STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Chester B. Salomon
Email: cs@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | District Court Case No. Civ. 08-10791 |
| Plaintiff, | Adv. Pro. No. 08-01789 (JMP) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of SBM Investments, LLP ("SBM"), a creditor and party-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Attn: Chester B. Salomon, Esq.
Telephone: 212-319-8500
Facsimile: 212-319-8505
Email: cs@stevenslee.com

1

SL1 891102v1/000000.00000

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive SBM's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which SBM is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
December 16, 2008

        STEVENS & LEE, P.C.

        By: /s/Chester B. Salomon
           Chester B. Salomon
           485 Madison Avenue, 20th Floor
           New York, New York  10022
           Telephone:  212-319-8500
           Facsimile:   212-319-8505
           Email:  cs@stevenslee.com

        Attorneys for SBM Investments, LLP