UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) District Court Case No. Civ. 08-10791 |
| Plaintiff, | ) ) Adv. Pro. No. 08-01789 (JMP) |
| v. | ) ) ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | ) ) ) |
| Defendant. | ) ) |

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    : ss.:
COUNTY OF NEW YORK  )

    Allison Decker, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

    On December 16, 2008, deponent served Notice of Appearance and Demand for Service of Papers via first class U.S. mail upon the following parties:

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215

Irving H. Picard
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

                /s/Allison Decker
                Allison Decker

Sworn to before me this
16th day of December 2008

    /s/Constantine D. Pourakis
Notary Public

SL1 891155v1/000000.00000

SL1 891155v1/000000.00000