UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>    Defendant. | DISTRICT COURT CASE NO.<br>CIV. 08-10791<br><br>Adv. Pro. No. 08-01789 (JMP)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

TO: Clerk, United States Bankruptcy Court
   Southern District of New York

   PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance as counsel for *KML Asset Management LLC,* pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following offices and addresses:

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Attn:   Michael D. Sirota, Esq.
Phone:    (201) 525-6262
Facsimile: (201) 678-6262
E-mail: msirota@coleschotz.com

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn:   Kevin R.J. Schroth, Esq.
Phone:    (646) 563-8927
Facsimile: (212) 752-8927
E-mail: rschroth@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affect or seek to affect in any way the Plaintiff or their respective property and/or property of the estate.

Respectfully submitted,

By: ___*/s/ Michael D. Sirota*___

Michael D. Sirota, Esq.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Telephone: (201) 525-6262
Facsimile: (201) 678-6262

Kevin R.J. Schroth, Esq.
COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Telephone: (646) 563-8927
Facsimile: (212) 752-8927

*Counsel for KML Asset Management LLC*

DATED:  Hackensack, New Jersey
        December 17, 2008

42710/0010-5210679v1

# AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )

COUNTY OF BERGEN      )

FRANCES PISANO, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Cole, Schotz, Meisel, Forman & Leonard, P.A., having offices at 25 Main Street, P.O. Box 800, Hackensack, New Jersey 07602.

2. I caused a true and correct copy of the Notice of Appearance and Request for Service and Documents to be served upon the following parties by ordinary mail, postage prepaid:

Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, DC 20005-2215

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Irving H. Picard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

                */s/ Frances Pisano*
                FRANCES PISANO

Sworn and subscribed to before me

this 17th day of December, 2008.

*/s/Julie Mamone*
A Notary Public of New Jersey
My Commission Expires 09/18/2011

4