UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                       Plaintiff,

  -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

                       Defendant.

– – – – – – – – – – – – – – – – – – – – – – – – – x

District Court Case No.
Civ. 08-10791

Adv. Pro. No. 08-01789 (JMP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                    :
COUNTY OF NASSAU  )

      Sharon Bruck, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

      On December 18, 2008, deponent served Notice of Appearance and Demand for Service of Papers via first class U.S. mail upon the following parties:

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215

Irving H. Picard
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10111

Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Sharon Bruck

Sworn to before me this
16th day of December 2008

Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10