**STUART I. RICH (SIR-0197)**
**MEISTER SEELIG & FEIN LLP**
140 East 45th Street 19th Floor
New York, New York 10017
(212) 655-3500
**Counsel for Jasper Investors Group LLC**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR : | District Court Case No. |
| PROTECTION CORP. : | Civ. 08-10791 |
|              Plaintiff : | |
| : | Adv. Pro. No. 08-01789 (JMP) |
| v. : | |
| : | In a liquidation proceeding pursuant to |
| : | the Securities Investor Protection Act |
| BERNARD L. MADOFF : | |
| INVESTMENT SECURITIES, LLC, : | |
|              Debtor. : | |

------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jasper Investors Group LLC ("Jasper") appears in the above-captioned bankruptcy proceeding, by undersigned counsel, in accordance with section 1109(b) of title 11, United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office addresses, facsimile numbers, email addresses and telephone numbers:

        Stuart I. Rich, Esq.
**Meister, Seelig & Fein LLP**
140 East 45th Street 19th Floor
New York, New York 10017
E-mail: sir@msf-law.com
212-655-3590
212-655-3535 (fax)

and

        James M. Ringer, Esq.
**Meister, Seelig & Fein LLP**
140 East 45th Street 19th Floor
New York, New York 10017
E-mail: jmr@msf-law.com
212-655-3546
212-655-3535 (fax)

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demands include not only notices and papers referred to in the Bankruptcy Rules specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affect or seek to affect any right or interest of any creditor or other party in interest in this case.

**THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** is without prejudice to Jasper' rights, remedies and claims against other entities or any objection that may be made to jurisdiction or venue of the Court or venue in this case, and shall not be deemed or construed to be a waiver of Jasper' rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference

in any matter subject to mandatory or discretionary withdrawal, (4) any other rights, claims, actions, set-offs, or recoupments to which Jasper is or may be entitled, in law or in equity, all of which rights, claims, actions, set-offs, recoupments Jasper expressly reserves.

Dated:  December 19, 2008

                MEISTER SEELIG & FEIN LLP
                Counsel for Jasper Investors Group LLC


            By: /s/ Stuart I. Rich
                  Stuart I. Rich (SIR-0197)

TO: ALL PARTIES ON THE ANNEXED SERVICE LIST

## SERVICE LIST

Securities Investor Protection Corp.
805 15th Street N.W., Suite 800
Washington, D.C. 20005-2215

Office of the United States Trustee
33 Whitehall Street Suite 2100
NY, NY 10004

Irving Picard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
NY, NY 10111

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Chester B. Salomon
Email: cs@stevenslee.com


**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota, Esq.
Phone: (201) 525-6262
Facsimile: (201) 678-6262
E-mail: msirota@coleschotz.com

**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth, Esq.

Phone: (646) 563-8927
Facsimile: (212) 752-8927
E-mail: rschroth@coleschotz.com

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:    **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK   )

I, _Veronica Colon_, being sworn, say: I am not a party to the action, am over 18 years of age and reside in _220 Buthick Ave. #B, Bronx, NY 10465_ .

On _December 19, 2008_, I served the Notice of Appearance and Demand for Service of Papers upon the parties as set forth on the attached list

_____
Veronica Colon

Sworn to before me this

_____
Notary Public

My Commission Expires

JAMES T. HAUSMAN
Notary Public, State Of New York
No 02HA5083796
Qualified In New York County
Commission Expires August ~~23, 2005~~ 27, 2009