# EXHIBIT D

<u>**EXHIBIT D**</u>

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**December 11, 2008**

TO BROKERS AND DEALERS HAVING OPEN SECURITIES POSITIONS OR MONEY BALANCES AS OF DECEMBER 11, 2008, WITH **BERNARD L. MADOFF INVESTMENT SECURITIES LLC**:

The United States District Court for the Southern District of New York entered an order on December 15, 2008 finding that customers of Bernard L. Madoff Investment Securities LLC (the "Debtor") were in need of the protection afforded by the Securities Investor Protection Act of 1970, as amended ("SIPA"). The District Court immediately appointed a trustee to liquidate the business of the Debtor. A Receiver had previously been appointed by the Court on December 12, 2008 in response to a complaint filed by the Securities and Exchange Commission on December 11, 2008. To recover upon any claim you may have against the Debtor, you must carefully follow the instructions contained in this package.

Enclosed are the following documents concerning the liquidation of the Debtor:

1. A Notice; and
2. The Series 300 Rules adopted under SIPA regarding the close-out or completion of open contractual commitments.

You are urged to read the enclosed documents carefully. They explain what steps, if any, you must take to protect any rights and claims you may have in this liquidation proceeding. If you have a claim, immediately contact the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201 for the claim forms or consult Fed. Sec. L. Rep. (CCH) ¶¶27,150W and 34,185-187.

**Claimants are advised to mail their completed claim forms to the Trustee by certified mail, return receipt requested.** Please make a copy of the completed broker claim forms and retain them for your own records.

Your broker claim forms will not be deemed to be filed until <u>received</u> by the Trustee. **THE BROKER CLAIM FORMS MUST BE RECEIVED BY THE TRUSTEE PROMPTLY UPON THE EXPIRATION OF 30 CALENDAR DAYS AFTER DECEMBER 11, 2008, AS PROVIDED BY 17 C.F.R. 300.303, ON OR BEFORE <u>JANUARY 12, 2009</u>.**

While your claim is being processed, you may be requested to file with the Trustee additional information or documents to support the validity of your claim.

It is your responsibility to report accurately all securities positions and money balances in connection with your account with the Debtor. A false claim or the retention of property to which you are not entitled may make you liable for damages and criminal penalties.

Your cooperation in promptly requesting and returning the completed broker claim forms to the Trustee is in your best interest as it will help speed the administration of the liquidation proceeding.

Dated: (Date of Publication)
New York, NY

Very truly yours,


Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC