# EXHIBIT E

**EXHIBIT E**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

TO ALL CREDITORS OF **BERNARD L. MADOFF INVESTMENT SECURITIES LLC**:

Enclosed is a notice concerning the liquidation of the business of **BERNARD L. MADOFF INVESTMENT SECURITIES LLC**. This notice informs you of the steps necessary to protect your interests in the proceeding. Please read the entire notice carefully.

The Notice also informs all creditors of the Debtor other than customers or broker-dealers that they must file formal proofs of claim with the Trustee within six (6) months of the date of the Notice.

Enclosed with this letter is a formal proof of claim form. If you believe that you have a bona fide creditor claim against the Debtor, you must complete this form and return it by mail to the Trustee at the following address:

Irving H. Picard, Esq.,<br>
Trustee for Bernard L. Madoff Investment Securities LLC<br>
Claims Processing Center<br>
2100 McKinney Ave., Suite 800<br>
Dallas, TX 75201.

Because claims are not deemed filed until received by the Trustee at the above address, it is strongly recommended that you use certified mail, return receipt requested. **No claim will be allowed unless filed with the Trustee by _____(date)_____.**

You should attach to the completed claim form copies of all documentation supporting your claim. Please make a copy of the completed claim form and any attached documentation for your own records.

Your cooperation in this matter is greatly appreciated.

DATED: (Date of Publication)
        New York, NY

                                      Very truly yours,

                                      Irving H. Picard, Esq.
                                      Trustee for the Liquidation of the Business of
                                      Bernard L. Madoff Investment Securities LLC