UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Securities Investor Protection Corporation | : | Adversary No. 08-1789 |
| Plaintiff | : | |
| V. | : | |
| Bernard L. Madoff Investment | : | |
| Defendant | : | |

REASSIGNMENT OF ADVERSARY PROCEEDING

Judge James M. Peck has recused himself from the above case. It is therefore randomly reassigned to Judge Burton R. Lifland.

Vito Genna, Acting Clerk

/s/ Gemma Philbert
Deputy Clerk

Date: December 22, 2008

cc: Chief Judge Stuart M. Bernstein
    Judge James M. Peck
    Judge Burton R. Lifland
    Automation Specialist
    Supervisors
    Courtroom Deputies (JMP) (BRL)