**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC.

CASE NO.: 08–01789–brl

Social Security/Taxpayer ID/Employer ID/Other Nos.:

CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Burton R. Lifland on December 22, 2008 for administration. Please style all future captions with the appropriate judicial suffix (brl ).

Dated: December 22, 2008

Vito Genna
Acting Clerk of the Court