# Intended Notice Recipients – Method of Notice

District/Off: 0208−1  User: gphilbert  Date Created: 12/22/2008
Case: 08−01789−brl  Form ID: 144  Total: 22

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**
pla  Securities Investor Protection Corporation
dft  Bernard L. Madoff Investment Securities, LLC.

TOTAL: 2

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty  Douglas E. Spelfogel  dspelfogel@bakerlaw.com

TOTAL: 1

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
tr  Irving H. Picard  Baker &Hostetler, LLP  45 Rockefeller Plaza  New York, NY 10111
smg  New York State Tax Commission  Bankruptcy/Special Procedures Section  P.O. Box 5300  Albany, NY 12205−0300
smg  United States Attorney  One St. Andrew's Plaza  Claims Unit – Room 417  New York, NY 10007−1701
smg  N.Y. State Unemployment Insurance Fund  P.O. Box 551  Albany, NY 12201−0551
smg  New York City Dept. Of Finance  345 Adams Street, 3rd Floor  Attn: Legal Affairs – Devora Cohn  Brooklyn, NY 11201−3719
ust  United States Trustee  33 Whitehall Street  21st Floor  New York, NY 10004
4687863  COLE, SCHOTZ, MEISEL,  FORMAN &LEONARD, P.A.  A Professional Corporation  900 Third Avenue, 16th Floor  New York, NY 10022−4728  Attn: Kevin R.J. Schroth, Esq.
4689574  COLE, SCHOTZ, MEISEL,  FORMAN &LEONARD, P.A.  A Professional Corporation  900 Third Avenue, 16th Floor  New York, NY 10022−4728  Attn: Kevin R.J. Schroth, Esq.
4687862  COLE, SCHOTZ, MEISEL,  FORMAN &LEONARD, P.A.  Court Plaza North  25 Main Street,  P.O. Box 800  Hackensack, NJ 07602−0800  Attn: Michael D. Sirota, Esq.
4689573  COLE, SCHOTZ, MEISEL,  FORMAN &LEONARD, P.A.  Court Plaza North  25 Main Street,  P.O. Box 800  Hackensack, NJ 07602−0800  Attn: Michael D. Sirota, Esq.
4687838  Chester B. Salomon, Esq.  Stevens &Lee, PC  485 Madison Avenue, 20th Floor  New York, NY 10022
4689890  Jasper Investors Group LLC  28 Rolling Drive  Brookville, NY 11545
4687542  KML Asset Management LLC  c/o Michael D. Sirota, Esq.  Cole Schotz Meisel Forman &Leonard PA  25 Main Street, Court Plaza North  Hackensack, NJ 07602
4687844  Kevin R.J. Schroth, Esq.  Cole, Schotz, Meisel, Forman &Leonard,  900 Third Avenue, 16th Floor  New York, NY 10022−4728
4687842  Michael D. Sirota, Esq.  Cole, Schotz, Meisel, Forman &Leonard,  25 Main Street  P.O. Box 800  Hackensack, NJ 07602−0800
4689572  Ruskin Moscou Faltischeck, P.C.  1425 RexCorp. Plaza  East Tower, 15th Floor  Uniondale, New York 11556  Attn: Mark S. Mulholland
4687864  STEVENS &LEE, P.C.  485 Madison Avenue, 20th Floor  New York, New York 10022  Attn: Chester B. Salomon, Esq.
4689575  STEVENS &LEE, P.C.  485 Madison Avenue, 20th Floor  New York, New York 10022  Attn: Chester B. Salomon, Esq.
4687186  Stevens &Lee, P.C.  Attn: Chester B. Salomon, Esq.  485 Madison Avenue, 20th Floor  New York, NY 10022

TOTAL: 19