UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | District Court Case No. Civ. 08-10791 (LLS) |
| Plaintiff-Applicant, | Adversary Proceeding Number 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## ORDER APPROVING TRUSTEE'S BOND UNDER FED. BANKR. P. RULE 2010

An order (the "Protection Order") having been entered on December 15, 2008 [Docket No. 1], by the Honorable Louis L. Stanton, United States District Judge, Southern District of New York, (1) finding that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor") were in need of the protection afforded by the Securities Investor Protection Act of 1970, (2) appointing Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the Debtor's estate, and (3) removing this case to the United States Bankruptcy Court for the Southern District of New York, and the Protection Order having required the Trustee to file a satisfactory fidelity bond in the amount of $250,000.00; and the required bond having been filed with the Court [Docket No. 9]; and no notice need be given, and sufficient cause appearing therefore, it is

ORDERED that bond number CFB 8954507, issued on December 19, 2008 and filed by Irving H. Picard, Esq., of 45 Rockefeller Plaza, New York, New York 10111, as trustee for the estate of Bernard L. Madoff Investment Securities LLC, is hereby approved.

Dated: New York, New York  
       December 23, 2008

So Ordered,

/s/Burton R. Lifland  
HONORABLE BURTON R. LIFLAND  
UNITED STATES BANKRUPTCY JUDGE