# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Securities Investor Protection Corporation v.    CASE NO.: 08–01789–brl
Bernard L. Madoff Investment Securities, LLC.

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Burton R. Lifland on December 22, 2008 for administration. Please style all future captions with the appropriate judicial suffix (brl ).

Dated: December 22, 2008                    Vito Genna
                            Acting Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: gphilbert           Page 1 of 1              Date Rcvd: Dec 23, 2008
Case: 08-01789                Form ID: 144              Total Served: 16

The following entities were served by first class mail on Dec 25, 2008.
tr           +Irving H. Picard,    Baker & Hostetler, LLP,    45 Rockefeller Plaza,    New York, NY 10111-0100
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY 12205-0300
smg           United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
               New York, NY 10007-1701
ust          +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
4687862       COLE, SCHOTZ, MEISEL,,    FORMAN & LEONARD, P.A.,    Court Plaza North,
               25 Main Street, P.O. Box 800,    Hackensack, NJ 07602-0800,    Attn: Michael D. Sirota, Esq.
4687863      +COLE, SCHOTZ, MEISEL,,    FORMAN & LEONARD, P.A.,    A Professional Corporation,
               900 Third Avenue, 16th Floor,    New York, NY 10022-4791,    Attn: Kevin R.J. Schroth, Esq.
4687838      +Chester B. Salomon, Esq.,    Stevens & Lee, PC,    485 Madison Avenue, 20th Floor,
               New York, NY 10022-5813
4689890      +Jasper Investors Group LLC,    28 Rolling Drive,    Brookville, NY 11545-2613
4687542       KML Asset Management LLC,    c/o Michael D. Sirota, Esq.,    Cole Schotz Meisel Forman & Leonard PA,
               25 Main Street, Court Plaza North,    Hackensack, NJ 07602
4687844      +Kevin R.J. Schroth, Esq.,    Cole, Schotz, Meisel, Forman & Leonard,,
               900 Third Avenue, 16th Floor,    New York, NY 10022-4791
4687842       Michael D. Sirota, Esq.,    Cole, Schotz, Meisel, Forman & Leonard,,    25 Main Street,
               P.O. Box 800,    Hackensack, NJ 07602-0800
4689572      +Ruskin Moscou Faltischeck, P.C.,    1425 RexCorp. Plaza,    East Tower, 15th Floor,
               Uniondale, New York 11556-1425,    Attn: Mark S. Mulholland
4687864      +STEVENS & LEE, P.C.,    485 Madison Avenue, 20th Floor,    New York, New York 10022-5813,
               Attn: Chester B. Salomon, Esq.
4687186      +Stevens & Lee, P.C.,    Attn: Chester B. Salomon, Esq.,    485 Madison Avenue, 20th Floor,
               New York, NY 10022-5813
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Bernard L. Madoff Investment Securities, LLC.
pla           Securities Investor Protection Corporation
4689573*      COLE, SCHOTZ, MEISEL,,    FORMAN & LEONARD, P.A.,    Court Plaza North,
               25 Main Street, P.O. Box 800,    Hackensack, NJ 07602-0800,    Attn: Michael D. Sirota, Esq.
4689574*     +COLE, SCHOTZ, MEISEL,,    FORMAN & LEONARD, P.A.,    A Professional Corporation,
               900 Third Avenue, 16th Floor,    New York, NY 10022-4791,    Attn: Kevin R.J. Schroth, Esq.
4689575*     +STEVENS & LEE, P.C.,    485 Madison Avenue, 20th Floor,    New York, New York 10022-5813,
               Attn: Chester B. Salomon, Esq.
                                                                                              TOTALS: 2, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2008**                    **Signature:**    *Joseph Speetjens*