UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X       Chapter 11

In re:                                                                                    Case No. 18-22984-rdd

**WILLIAM W. KOEPPEL**,                                                  NOTICE OF
                                                                                              APPEARANCE AND
                                                                      Debtor.        DEMAND FOR
                                                                                              NOTICES AND PAPERS

----------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Richenthal, Abrams & Moss and Law Offices of Craig Avedisian, P.C. ("Claimants") hereby appear in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address and telephone number:

           Jessica M. Baquet, Esq.
           Jaspan Schlesinger LLP
           300 Garden City Plaza
           Garden City, New York 11530
           Telephone: (516) 393-8292

      PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

      This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Claimants: (1) to have final orders in noncore matters

JXB/D1311761v1/M071460/C0176640

entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Claimants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimants expressly reserve.

Dated: July 19, 2018
      Garden City, NY

JASPAN SCHLESINGER LLP

By:   <u>/s/ Jessica M. Baquet</u>
Jessica M. Baquet, Esq.
300 Garden City Plaza, 5th Fl
Garden City, NY 11530
(516) 393-8292