Wachtel & Masyr, LLP
William B. Wachtel, Esq. (WW-4911)
Howard Kleinhendler, Esq. (HK-5712)
David Yeger, Esq. (DY-1393)
110 East 59th Street
New York, New York 10022
(212) 909-9500
*Attorneys for Rosenman Family LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | District Court Case No. 08-10791<br><br>Adv. Pro. No. 08-01789 (BRL) |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>NOTICE AND SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Rosenman Family LLC, a creditor and party-in-interest, through its attorneys, Wachtel & Masyr, LLP, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

> WACHTEL & MASYR, LLP
> 110 East 59th Street
> New York, New York 10022
> Attn: William B. Wachtel, Esq.
> Tel:   (212) 909-9500
> Fax:   (212) 909-9450
> Email: wachtel@wmllp.com

WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
Attn:   Howard Kleinhendler, Esq.
Tel:    (212) 909-9500
Fax:    (212) 909-9417
Email: hkleinhendler@wmllp.com

WACHTEL & MASYR, LLP
110 East 59th Street
New York, New York 10022
Attn:   David Yeger, Esq.
Tel:    (212) 909-9500
Fax:    (212) 909-9462
Email: dyeger@wmllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to Section 1109(b) of the Bankruptcy Code also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Rosenman Family LLC to the jurisdiction of the Court and it is without prejudice to their rights, remedies and claims against other entities or individuals.  This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to

be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal.  All rights, remedies, claims, actions, setoffs or recoupments to which Rosenman Family LLC is or may be entitled to are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

Dated: December 29, 2008

                                                  WACHTEL & MASYR, LLP


                                        By: /s/        DAVID YEGER
                                            DAVID YEGER (DY-1393)

*Attorneys for Rosenman Family LLC*