Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL) |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on December 26, 2008, I caused true copies of the Notice of Presentment of Stipulation and Order for Transfer of Funds by Bank of New York to Trustee and (proposed) Stipulation and Order for Transfer of Funds by the Bank of New York Mellon Corporation to Trustee to be served upon counsel for those parties who receive electronic service through ECF and by email and/or regular U.S. Mail to those parties set forth on the attached Schedule A.

102643695.1

Dated: December 31, 2008   Respectfully submitted,

*/s/ Elyssa S. Kates*
Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

Via Regular Mail:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

United States Attorney
Attn: Chief of Bankruptcy Litigation
One St. Andrew's Plaza
New York, NY 10007

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Email Delivery:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman - IFriedman@wlrk.com

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org