Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

          Plaintiff-Applicant,

          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

          Defendant.

Adv. Pro. No. 08-01789 (BRL)

---

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2008, I caused true copies of the Motion for Order Granting Authority to Issue Subpoenas for the Production of Documents and the Examination of Witnesses, together with the attached proposed Order Granting Authority to Issue Subpoenas for the Production of Documents and the Examination of Witnesses to be served upon counsel for those parties who receive electronic service through ECF and by email and/or regular U.S. Mail to those parties set forth on the attached Schedule A.

102647034.1

Dated:   December 31, 2008          Respectfully submitted,


*/s/ Richard J. Bernard*
Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

<u>Via Regular Mail</u>:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

United States Attorney
Attn: Chief of Bankruptcy Litigation
One St. Andrew's Plaza
New York, NY 10007

<u>Email Delivery</u>:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org