Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2009, I caused true copies of the Declaration of David J. Sheehan of Disinterestedness of Counsel to Trustee, the Declaration of Irving H. Picard of Disinterestedness of Trustee and (proposed) Order of Disinterestedness of Trustee and Counsel to Trustee to be served upon counsel for those parties who receive electronic service through ECF and by email and/or regular U.S. Mail to those parties set forth on the attached Schedule A.

102648573.1

Dated:  January 2, 2009                                   Respectfully submitted,


                                                          */s/ Elyssa S. Kates*
                                                          Richard J. Bernard (RB 6371)
                                                          Elyssa S. Kates (EK 8439)
                                                          BAKER & HOSTETLER LLP
                                                          45 Rockefeller Plaza
                                                          New York, New York 10111
                                                          Telephone:    (212) 589-4200
                                                          Facsimile:     (212) 589-4201

                                                          *Attorneys for Irving H. Picard, Esq.,*
                                                          *Trustee for the SIPA Liquidation of*
                                                          *Bernard L. Madoff Investment Securities LLC*

## Schedule A

<u>Via Regular Mail</u>:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

<u>Email Delivery</u>:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman - IFriedman@wlrk.com

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

William Johnson – William.Johnson@usdoj.gov