UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES INVESTOR PROTECTION CORPORATION,

            Plaintiff,

-against-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC

            Defendant.

------------------------------------- x

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for Bernard L. Madoff Investment Securities, LLC All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:   January 2, 2009
         New York, New York

                                    Respectfully submitted,

                                    /s David Sheehan (DS-4818)
                                    **BAKER & HOSTETLER LLP**
                                    45 Rockefeller Plaza
                                    New York, New York 10111
                                    Tel: 212.589.4200
                                    Fax: 212.589.4201
                                    dsheehan@bakerlaw.com