UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

                -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC

                Defendant.

------------------------------------------------x

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for Bernard L. Madoff Investment Securities, LLC All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:   January 5, 2009
           New York, New York

                                            Respectfully submitted,

                                            /s John Moscow (JM-9846)
                                            **BAKER & HOSTETLER LLP**
                                            45 Rockefeller Plaza
                                            New York, New York  10111
                                            Tel: 212.589.4200
                                            Fax: 212.589.4201
                                            jmoscow@bakerlaw.com