CROWELL & MORING LLP
William M. O'Connor, Esq.
Mark S. Lichtenstein, Esq.
153 East 53rd Street
New York, New York 10022-2524
(212) 223-4000 Telephone
(212) 895-4201 Facsimile
Attorneys for Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia,
    Jayshree Bhatia and Mandakini Gajaria

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Securities Investor Protection Corporation** | **Adversary Proceeding No. 08-01789-BRL** |
| **Plaintiff,** | |
| -against- | **Judge Burton R. Lifland** |
| **Bernard L. Madoff Investment Securities LLC,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICES OF PAPERS**

S I R S:

    PLEASE TAKE NOTICE, that Jitendra Bhatia, Gopal Bhatia, Kishanchand Bhatia, Jayshree Bhatia and Mandakini Gajaria hereby appears by their counsel, Crowell & Moring LLP, and demand, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorneys on their behalf, at the address set forth below, attention:

**William M. O'Connor, Esq.**
**Crowell & Moring LLP**
**153 East 53rd Street**
**New York, New York 10022**
**(212) 223-4000 Tel**
**(212) 895-4201 Fax**
**e-mail: woconnor@crowell.com**

PLEASE TAKE FURTHER NOTICE, the foregoing demand includes not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

Dated: New York, New York
January 8, 2009

Respectfully Submitted,

CROWELL & MORING LLP
Attorneys for Jitendra Bhatia, Gopal Bhatia,
Kishanchand Bhatia, Jayshree Bhatia
and Mandakini Gajaria
153 East 53rd Street
New York, New York 10022
(212) 223-4000

By:   /s/ William M. O'Connor_____
William M. O'Connor, Esq.
Mark S. Lichtenstein, Esq.

**Service List**

Richard J. Bernard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Matthew Gluck, Esq.
Milberg LLP
One Pennsylvania Plaza , 49th floor
New York, NY 10119-0165

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Mark Mulholland, Esq.
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556

Stuart I. Rich, Esq.
Meister, Seelig & Fein, LLP
Two Grand Central Tower
140 East 45th Street
19th Floor
New York, NY 10017

Chester B. Salomon, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, NJ 07601

Douglas E. Spelfogel, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
10th Floor
New York, NY 10111

David Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
10th Floor
New York, NY 10111

John Moscow, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
10th Floor
New York, NY 10111

William B. Wachtel, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

David Yeger, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022