**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>           Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*,**
**FOR UNITED STATES GOVERNMENT ATTORNEY BRAD ROGERS**

I, Brad Rogers, a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above referenced case.

The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. V 2005), and an agency of the United States under 28 U.S.C. § 451, thus we are exempt from filing fees.

Under the Local Rules of the Bankruptcy Court for the Southern District of New York "Upon motion to the Court, a member in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." LBR 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, D.C. 20005.

My e-mail address is: rogers.brad@pbgc.gov **and** efile@pbgc.gov. My telephone number is: (202) 326-4020, ext. 3029 or (800) 400-7242, ext. 3029.

Pension Benefit Guaranty Corporation is a U.S. Government corporation and is therefore exempt from filing fees.

Dated: January 13, 2009        Respectfully submitted,
       Washington, D.C.

                               /s/ Brad Rogers
                               Brad Rogers (BR 3552)
                               Attorney
                               Pension Benefit Guaranty Corporation
                               Office of the Chief Counsel
                               1200 K Street, N.W., Suite 340
                               Washington, D.C. 20005-4026
                               Telephone: (202) 326-4020, ext. 3029
                               Fax: (202) 326-4112
                               Emails: rogers.brad@pbgc.gov
                                       and efile@pbgc.gov

**ORDER**

**ORDERED,**

that Brad Rogers, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York. Mr. Rogers represents the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt from filing fees.

Dated: _____        _____
       New York, New York          UNITED STATES BANKRUPTCY JUDGE

2