# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2009, the Pension Benefit Guaranty Corporation's Motion for Admission to Practice, *Pro Hac Vice,* for United States Government Attorney Brad Rogers, was mailed by first class mail, postage pre-paid, on the following:


Irving H. Picard, Esq.
David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.
John Moscow, Esq.
Richard J. Bernard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
***Trustee for Bernard L. Madoff Investment Securities, LLC***

Kevin H. Bell, Esq.
SIPC
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005-2215

                                                  /s/ Brad Rogers
                                                  Brad Rogers
                                                  Attorney