**MILBERG LLP**
Brad N. Friedman
bfriedman@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: 212-594-5300
Fax: 212-868-1229

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | District Court Case No. Civ. 08-10791 |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

<u>**NOTICE OF APPEARANCE AND**</u>

<u>**DEMAND FOR SERVICE OF DOCUMENTS**</u>

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Ruth E. Goldstein and June Pollack (collectively, the "Creditors"), creditors and parties-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> **MILBERG LLP**
> One Pennsylvania Plaza, 49th Floor
> New York, New York 10119
> Attn: Brad N. Friedman, Esq.
> Tel: 212-594-5300
> Fax: 212-868-1229
> Email: bfriedman@milberg.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Creditors': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Creditors are or may be entitled under agreements, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       January 14, 2009

                          **MILBERG LLP**

                          By:   */s/ Brad N. Friedman*
                               Brad N. Friedman
                               bfriedman@milberg.com
                               One Pennsylvania Plaza, 49th Floor
                               New York, New York 10119
                               Tel: 212-594-5300
                               Fax: 212-868-1229

                               *Attorneys for Creditors,*
                               *Ruth E. Goldstein and June Pollack*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>            Defendant. | District Court Case No. Civ. 08-10791<br><br>Adv. Pro. No. 08-01789 (BRL) |

### CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Brad N. Friedman, one of the attorneys for June Pollack and Ruth E Goldstein, herby certify that on, January 14, 2009, service of the foregoing Notice of Appearance and Demand for Service of Documents was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the parties listed below and serve via First Class Mail.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215

*/s/ Brad N. Friedman*
Brad N. Friedman