**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) )  Plaintiff-Applicant,  ) v.                                                                     ) ) BERNARD L. MADOFF INVESTMENT  ) SECURITIES, LLC,                                       ) )                                  Defendant.      ) _____) | Adversary Proceeding No. 08-01789-BRL |

**ORDER FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*,
<u>**FOR UNITED STATES GOVERNMENT ATTORNEY BRAD ROGERS**</u>

**ORDERED,**

that Brad Rogers, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the

United States Bankruptcy Court, Southern District of New York.  Mr. Rogers represents the

Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt

from filing fees.

Dated: January 14, 2009                          /s/Burton R. Lifland_____
         New York, New York                   UNITED STATES BANKRUPTCY JUDGE