UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                                 :

SECURITIES INVESTOR PROTECTION     :
CORPORATION,
                                                                 :

        Plaintiff,                       :        Adv. Proc. No. 08-01789-BRL

       v.                            :        SIPA Liquidation

BERNARD L. MADOFF INVESTMENT      :
SECURITIES LLC,

        Defendant.

------------------------------------------------------------ x

## NOTICE OF APPEARANCE

The undersigned attorney respectfully requests the Clerk of the Court to enter his appearance in this case on behalf of the United States of America.

Date:  New York, New York
         January 14, 2009

                                                   Respectfully submitted,

                                                 LEV L. DASSIN
                                                 Acting United States Attorney for the
                                                 Southern District of New York
                                                 *Attorney for the United States of America*

                         By:     /s/ Sean H. Lane
                                   SEAN H. LANE
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-2737
                                   Facsimile:  (212) 637-2686
                                   E-mail: sean.lane@usdoj.gov