UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                              Chapter 11

BeerCo Limited LLC                                      Case No. 18-10150 (JLG)
d/b/a BeerCo Restaurant LLC
d/b/a Belgian Beer Café,

                                              Debtor.
------------------------------------------------------------x

## <u>DECLARATION OF SERVICE</u>

   I, Ina Petersen**,** declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

   On May 23, 2018, I caused to be served the Notice of Hearing on Debtor's Motion for Extension of Exclusivity, together with the Motion for an Order Extending the Debtor's Exclusive Periods to File a Plan of Reorganization and to Solicit Acceptances Thereto Pursuant to 11 U.S.C. §1121(d)(1) on those creditors and parties set forth in **Schedule "A"**, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such persons and/or entities to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated  May 23, 2018
  New York, NY

               /s/ Ina Petersen

**SCHEDULE "A"**

220 5th Realty LLC
156 William St Fl 10
New York, NY 10038-5324

A&L Cesspool Service Corp
3840 Review Ave
Long Island City, NY 11101-2019

A.H. Draft Systems (Tap King)
16 Noble St
North Babylon, NY 11703-1811

American Compressed Gas
3452 Laurel Hill Blvd
Maspeth, NY 11378-2007

American Draft Systems LLC
21 Jeanette Rd
Danbury, CT 06811-3743

Amtrust North America
c/o Alan C. Hochheiser, Esq.
Maurice Wutscher LLP
2000 Auburn Drive, Suite 200
 Beachwood, OH 44122

Anheuser-Bush
550 Food Center Dr
Bronx, NY 10474-7047

Atlantic Tomorrows Office
P.O. Box 26200
New York, NY 10087-6200

Belgian Beer Cafe USA Inc
5855 Sandy Springs Cir Ste 300
Atlanta, GA 30328-6275

Bernstein Redo, P.C.
1177 Avenue of the Americas Fl 5
New York, NY 10036-2714

BMI
7 World Trade Center 250 Greenwich St
New York, NY 10007

Bruno Kearney Architects, LLP
33 Flatbush Ave Fl 5
Brooklyn, NY 11217-1101

Calabrese Construction & Sons
1930 W 11th St
Brooklyn, NY 11223-2443

Catsmo LLC
25 Myers Rd
Wallkill, NY 12589-3516

Cedric Durafour
c/o Pechman Law Group PLLC
488 Madison Ave
New York, NY 10022-5702

Chief Fire Prevention
10 Broad St W Fl 2
Mount Vernon, NY 10552-2102

Coca Cola Enterprises Bottling
P.O. Box 4108
Boston, MA 02211-4108

Condon & Forsyth LLP
Attn: John Maggio, Esq.
7 Times Sq
New York, NY 10036-6524

Creneau International USA Inc
5855 Sandy Springs Cir # 300
Atlanta, GA 30328-6275

Down East Seafood, Inc
311 Manida St
Bronx, NY 10474-6819

Driscoll Foods
174 Delawanna Ave
Clifton, NJ 07014-1550

E&L Refrigeration, Corp
313 Cayuga Ave
East Meadow, NY 11554-3518

Economy Refigeration & Ventilation Corp
226 Bowery # 228
New York, NY 10012-4263

Edgar Ortiz Santiago
c/o Pechman Law Group PLLC
488 Madison Ave
New York, NY 10022-5702

El Records LLC
P.O. Box 623
New York, NY 10150-0623

Eli's Bread Inc.
P.O. Box 29093
New York, NY 10087-9093

Empire Provisions
P.O. Box 2246
New Hyde Park, NY 11040-8246

Endicott Meats
23 Hunts Pt # B-23
Bronx, NY 10474

Father & Son Sewer Services Inc
29 Roberts Dr
Staten Island, NY 10306-5617

Gabriella Fine Wines
305 W 87th St # 3
New York, NY 10024-2602

Gallet Dreyer & Berkey LLP
845 3rd Ave # 800
New York, NY 10022-6627

Gourmet Parisien Inc
P.O. Box 331007
Brooklyn, NY 11233-7007

GQ Chemical Supply
815 Bergen Blvd Apt 4
Fort Lee, NJ 07024-1558

Haoua Coulibaly
c/o Pechman Law Group PLLC
488 Madison Ave
New York, NY 10022-5702

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jerome McGoey
Donald H. Hazelton, Esq.
25 Hillside Ave
Williston Park, NY 11596-2304

Joyce Beer Gas
36 Mountainview Ave
Ardsley, NY 10502-2010

Karla Chrzanowski
2041 5th Ave # 2D
New York, NY 10035-1510

220 5th Realty LLC
c/o Kossoff LLC
Attn: Joseph Goldsmith, Esq.
217 Broadway Rm 401
New York, NY 10007-2944

Leonard Stahl CPA PC
420 E 72nd St # 6A
New York, NY 10021-4636

Lund Fire Products Company, Inc
4033 215th St
Bayside, NY 11361-2131

Majestic Mechanical-Monarch Industries I
P.O. Box 247
Eastport, NY 11941-0247

Mercury Mechanical Corp
101 Veterans Rd W
Staten Island, NY 10309-1204

Micros Retail Systems, Inc
1200 Harbor Blvd Fl 10
Weehawken, NJ 07086-6728

NYC Dep't of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

NYS Dep't of Taxation
Bankruptcy/Special Procedure
P.O. Box 5300
Albany, NY 12205-0300

OpenTable, Inc.
P.O. Box 671198
Dallas, TX 75267-1198

Paramount Paper and Plastic Corp.
8 Timber Ln
Marlboro, NJ 07746-1444

Peace of Mind Pest Control
142 Bay 44Th St
Brooklyn, NY 11214-5528

RM Bakery LLC
4425 54th Dr
Maspeth, NY 11378-1017

Ron Hansford Design LLC
122 W 137th St # 1D
New York, NY 10030-2532

S.K.I. Beer Corp
169 Gardner Ave
Brooklyn, NY 11237-1109

Sam Tell and Son Inc
P.O. Box 1180
Farmingdale, NY 11735-0854

Savecom Telecom Inc
709 Church Ave
Brooklyn, NY 11218-3305

Sebastian Alappat
36 W 90th St # B
New York, NY 10024-1535

SGWS Warehousing of Metro New York, LLC
P.O. Box 250
East Norwich, NY 11732-0250

Southern Glazer's Wine & Spirits of New
P.O. Box 3143
Hicksville, NY 11802-3143

Swede Farms, Inc
480 Alfred Ave
Teaneck, NJ 07666-5756

Table Ventures LLC
878 Main St
Hackensack, NJ 07601-4908

The Customer Connection
960 S Andreasen Dr # B
Escondido, CA 92029-1964

Time Warner Cable of NYC
P.O. Box 11820
Newark, NJ 07101-8120

Verizon
P.O. Box 15124
Albany, NY 12212-5124

W.H. Linen Supply Co, Inc
P.O. Box 899
Clifton, NJ 07015-0899

Waste Connections
330 7th Ave # 16Th
New York, NY 10001-5010

Western Pest Services
483 10th Ave # 100
New York, NY 10018-9851

Whitey's Hardware & Paint Corp
244 5th Ave
New York, NY 10001-7604

Woolco Foods, Inc
135 Amity St
Jersey City, NJ 07304-3509

World Insurance Associates LLC
656 Shrewsbury Ave Ste 200
Tinton Falls, NJ 07701-4964

Office of the US Trustee
Attn: Greg Zipes, Esq.
201 Varick St., Ste. 1006
New York, NY 10014

Daneford Investments LLC
Jeffrey H. Schwartz, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530

Donald H. Hazelton, P.C.
245 Hillside Avenue
Williston Park, New York 11596