**BAKER & HOSTETLER LLP**
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
and
Jonathan R. Barr
1050 Connecticut Avenue-Suite 1100
Washington, D.C. 20036-5304
Telephone-(202) 861-1534
Facsimile-(202) 861-1783
E-mail-jbarr@bakerlaw.com
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jonathan R. Barr, a member in good standing of the bar of the District of Columbia and the United States District Court for the District of Columbia, request admission, *pro hac vice,* before the Honorable Burton R. Lifland to represent Irving H. Picard, trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned proceeding.

My address is Baker & Hostetler, LLP 1050 Connecticut Avenue, NW Washington, D.C. 20036-5304, e-mail:jbarr@bakerlaw.com, telephone number: (202) 861-1534.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice pro hac vice.

Dated: Washington, D.C.
      January 16, 2009

                                  */s/ Jonathan R. Barr*
                                  Jonathan R. Barr
                                  1050 Connecticut Avenue-Suite 1100
                                  Washington, D.C. 20036-5304
                                  Telephone-(202) 861-1534
                                  Facsimile-(202) 861-1783
                                  E-mail-jbarr@bakerlaw

## **ORDER**

ORDERED, that Jonathan R. Barr, Esq., is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January ___, 2009
       New York, New York

                                  BURTON R. LIFLAND
                                  UNITED STATES BANKRUPTCY JUDGE