David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2009, I caused true copies of the Motion for Admission to Practice-Pro Hac Vice for Jonathan R. Barr, Esq. and Order to be served upon counsel for those parties who receive electronic service through ECF and by email and/or regular U.S. Mail to those parties as set forth on the attached Schedule A.

102655171.1

Dated: January 16, 2009

Respectfully submitted,

*/s/ Richard J. Bernard*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

## Schedule A

<u>Via Regular Mail</u>:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

<u>Email Delivery</u>:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman - IFriedman@wlrk.com

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

William Johnson – William.Johnson@usdoj.gov