## **EXHIBIT A**

**Proposed Order**

102651844.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

**ORDER PURSUANT TO SECTIONS 105(a) AND 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, AUTHORIZING REJECTION OF EXECUTORY CONTRACTS ON A *NUNC PRO TUNC* BASIS**

Upon the motion, dated January 15, 2009 (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor") pursuant to the Securities Investor Protection Act ("SIPA"), pursuant to sections 105(a) and 365(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to reject certain executory contracts as of the effective date, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing (the "Hearing") having been held on February 4,

---

[1] Capitalized terms not defined herein shall have the meaning used in the Motion.

102651844.1

2009 to consider the relief requested in the Motion, and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, customers and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is hereby granted; and it is further

ORDERED that the rejection of each Rejected Lease is authorized and approved pursuant to section 365(a) of the Bankruptcy Code. Each Rejected Lease is hereby rejected by the Trustee, effective as of the December 11, 2008 Filing Date; and it is further

ORDERED that the Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that entry of this Order is without prejudice to the rights of the Trustee, including but not limited to, the right to seek further, other, or different relief regarding the Rejected Leases pursuant to among other things, section 363 of the Bankruptcy Code; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
          _____, 2009

                                      _____
                                      BURTON R. LIFLAND
                                      UNITED STATES BANKRUPTCY JUDGE