# **EXHIBIT B**

# **Rejected Leases**

102651855.1

## PROPOSED LEASES TO BE REJECTED

| **Lessor and Address** | **Lease Date** | **Brand/Model** | **VIN** | **Return Date** |
|---|---|---|---|---|
| LandRover Manhattan<br>787 11th Ave.<br>New York, NY 10019 | April 23, 2007 | Land Rover 2007 Range Rover | SALSK25427A110992 | December 29, 2008 |
| Potamkin Cadillac/Buick/Chev<br>798 11th Ave.<br>New York, NY 10019 | December 17, 2007 | Cadillac 2008 DTS | 1G6KD57Y88U140939 | December 29, 2008 |
| Rallye Motors<br>1600 Northern Blvd.<br>Roslyn, NY 11576 | October 31, 2008 | Mercedes-Benz 2009 S550-4 | WDDNG86X49A254361 | December 30, 2008 |
| Silver Star Auto Resource LLC<br>36-11 Northern Blvd.<br>L.I.C., NY 11101 | October 27, 2006 | Mercedes-Benz 2007 S55V | WDDNG71XX7A094596 | December 30, 2008 |
| Rallye Motors<br>1600 Northern Blvd.<br>Roslyn, NY 11576 | October 31, 2007 | Mercedes-Benz 2008 GL450 | 4JGBF71E78A326325 | December 31, 2008 |
| Autonation Imports of Palm Beach, Inc.<br>2300 Okeechobee Blvd.<br>W. Palm Beach, Fl 33409<br><br>***<br><br>USB Leasing LT<br>1850 Osborn Ave.<br>Oshkosh, WI 54902 | January 20, 2006 | Lexus 2006 | JTJBT20X460110127 | January 13, 2009 |

102651855.1