Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

| | |
|---|---|
| | Hearing Date:  February 4, 2009 |
| | Hearing Time:  10:00 AM (EST) |
| | Objection Deadline:  January 30, 2009 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (BRL)
SIPA Liquidation

**NOTICE OF TRUSTEE'S MOTION PURSUANT TO SECTIONS 105(a) AND 365(a) OF**
**THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 SEEKING AUTHORITY**
**TO REJECT EXECUTORY CONTRACTS ON A *NUNC PRO TUNC* BASIS**

    **PLEASE TAKE NOTICE** that a hearing on the attached motion (the "Motion") will be

held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on February 4,

2009 at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, at the United States

Courthouse, One Bowling Green, Courtroom 623, New York, New York 10004.

102650525.1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be in writing, state with particularity the basis for the objection, and be filed with the Bankruptcy Court in accordance with General Order #462 by users of the Bankruptcy Court's case filing system, and by all other parties, on a 3.5 inch disk, with a hard copy to Chambers, and served in accordance with General Order #462 and upon: (a) Baker & Hostetler LLP, attorneys for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Douglas E. Spelfogel and Richard J. Bernard; and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than January 30, 2009.  Any such objection shall state with specificity the reason or reasons why the relief sought in the Motion should not be granted.

Dated: New York, New York
      January 21, 2009

Respectfully submitted,

/s/ Richard J. Bernard
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com

Attorneys for Irving H. Picard, Esq.
Trustee for the SIPA Liquidation of Bernard L.
Madoff Investment Securities LLC

102650525.1