# Exhibit A

102663306.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**ORDER PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

This matter came before the Court on the motion (the "Motion")[1] of Irving H. Picard, Esq. ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("Debtor"), for an order pursuant to section 365(d)(1) of the Bankruptcy Code extending the time within which the Trustee may assume or reject the Debtor's executory contracts and unexpired leases for sixty (60) days up to and including May 1, 2009 (the "Extension Request"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the estate, its customers, its creditors, and all parties in interest; and due notice of the motion having been given, and it appearing that no other or further notice need be given; and the Court having determined that the Trustee articulated good, sufficient and sound business justifications for the Extension Request; and the Court having determined that the legal and factual bases set forth in

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

the Motion establish just cause for the relief granted herein; and upon the proceedings before the Court and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is granted.

2. The time within which the Trustee may assume or reject all of the Debtor's executory contracts and unexpired leases hereby is extended up to and including May 1, 2009.

3. The entry of this Order is without prejudice to (a) further extensions of the time within which the Trustee may assume or reject the executory contracts and unexpired leases upon proper application; and (b) the rights of the nondebtor parties to such executory contracts and unexpired leases to seek entry of an order shortening such time.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
_____, 2009

_____
BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE