| | |
|---|---|
| Baker & Hostetler LLP | Hearing Date:        February 4, 2009 |
| 45 Rockefeller Plaza | Hearing Time:        10:00 AM (EST) |
| New York, New York 10111 | Objection Deadline:  January 30, 2009 |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |
| David J. Sheehan (DS 4818) | |
| Email: dsheehan@bakerlaw.com | |
| Douglas E. Spelfogel (DS 7097) | |
| Email: dspelfogel@bakerlaw.com | |
| Richard J. Bernard (RB 6371) | |
| Email: rbernard@bakerlaw.com | |

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

**NOTICE OF TRUSTEE'S MOTION FOR AN ORDER PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that a hearing on the attached motion (the "Motion") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on February 4, 2009 at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, at the United States Courthouse, One Bowling Green, Courtroom 623, New York, New York 10004.

102663084.1

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be in writing, state with particularity the basis for the objection, and be filed with the Bankruptcy Court in accordance with General Order #462 by users of the Bankruptcy Court's case filing system, and by all other parties, on a 3.5 inch disk, with a hard copy to Chambers, and served in accordance with General Order #462 and upon: (a) Baker & Hostetler LLP, attorneys for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Douglas E. Spelfogel and Richard J. Bernard; and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than January 30, 2009.  Any such objection shall state with specificity the reason or reasons why the relief sought in the Motion should not be granted.

Dated:  New York, New York  
   January 21, 2009

Respectfully submitted,

*/s/ Richard J. Bernard*  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
Douglas E. Spelfogel (DS 7097)  
Email: dspelfogel@bakerlaw.com  
David J. Sheehan (DS 4818)  
Email: dsheehan@bakerlaw.com  
Richard J. Bernard (RB 6371)  
Email: rbernard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.*  
*Trustee for the SIPA Liquidation of Bernard L.*  
*Madoff Investment Securities LLC*

102663084.1