David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Appellant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (BRL) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2009, I caused true copies of the Trustee's Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006 Seeking Authority to Reject Executory Contracts on a *Nunc Pro Tunc* Basis and the notice of motion thereof to be served upon counsel for those parties who receive electronic service through ECF and by email and/or regular U.S. Mail to those parties as set forth on the attached Schedule A.

102650558.1

Dated: January 21, 2009                                     Respectfully submitted,

*/s/ Richard J. Bernard*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

Schedule A

Via Regular Mail:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

LandRover Manhattan
787 11th Avenue
New York, NY  10019

Potamkin Cadillac/Buick/Chevrolet
1600 Northern Boulevard
Roslyn, NY  11576

Silver Star Auto
Resource LLC
36-11 Northern Blvd.
Long Island City, NY  11101

Email Delivery:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

William Johnson – William.Johnson@usdoj.gov