

**Steven R. Schlesinger**
Partner
516.393.8220
sschlesinger@jaspanllp.com
REPLY TO GARDEN CITY OFFICE

June 25, 2018

**VIA FIRST CLASS MAIL and ECF**
Hon. James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

**In re: BeerCo Limited LLC**
**Case No. 18-10150 (jlg)**

Dear Judge Garrity:

We represent Danesford Investments, Ltd., in the above referenced matter.

As per my conversation with the Court, this letter is to hereby withdraw the Motion for Substitution of Attorney [Docket No.41], filed on June 5, 2018.

Respectfully submitted,

/s/Steven R. Schlesinger
Steven R. Schlesinger

SRS/rc

RC/D1306055v1/M074499/C0181750

300 Garden City Plaza, Garden City, NY 11530   |   Tel: 516.746.8000   |   Fax: 516.393.8282   |   www.jaspanllp.com

56 Park Avenue, Suffern, NY 10901   |   Tel: 845.357.0036   |   Fax: 845.357.0297   |   The Right Decision