Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 746-8000
Fax: (516) 393-8282
Steven R. Schlesinger, Esq.

*Attorneys for Daneford Investments, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                Chapter 11

BeerCo Limited LLC
d/b/a BeerCo Restaurant LLC              Case No. 18-10150 (JLG)
d/b/a Belgian Beer Café,


                     Debtor.
----------------------------------------------------------------X

**NOTICE OF APPEARANCE and**
**REQUEST FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE**, that Jaspan Schlesinger LLP, appears herein as counsel on behalf of Daneford Investments, Ltd., and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

                              Steven R. Schlesinger, Esq.
                              Jaspan Schlesinger LLP
                              300 Garden City Plaza
                              Garden City, NY 11530
                              Telephone: (516) 746-8000
                              Facsimile: (516) 393-8282
                              sschlesinger@jaspanllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above-captioned estate's property or the administration of the Debtor's bankruptcy case.

Dated: Garden City, New York
June 25, 2018

JASPAN SCHLESINGER LLP
*Attorneys for Daneford Investments, Ltd.*

By:    */s/Steven R. Schlesinger*
Steven R. Schlesinger
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000