David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Appellant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on January 23, 2009, I caused true copies of the Trustee's Amended Motion Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Seeking Authority to Reject Executory Contracts on a *Nunc Pro Tunc* Basis and the notice of motion thereof to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

　　　　On January 26, 2009, I caused true copies of the Trustee's Amended Motion Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Seeking Authority to Reject Executory Contracts on a *Nunc Pro Tunc* Basis and the notice of motion

102666065.1

thereof to be served by overnight mail and/or facsimile upon those parties as set forth on the attached Schedule B.

Dated: January 26, 2009

Respectfully submitted,

*/s/ Richard J. Bernard*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

<u>Schedule A</u>

<u>Via Overnight Mail</u>:

Rallye Motors
1600 Northern Boulevard
Roslyn, NY 11576

Potamkin Cadillac/Buick/Chevrolet
798 11th Avenue
New York, NY 10019

Autonation Imports of Palm Beach, Inc.
2300 Okeechobee Boulevard
West Palm Beach, FL 33409

USB Leasing LT
1850 Osborn Avenue
Oshkosh, WI 54902

LandRover Manhattan
787 11th Avenue
New York, NY 10019

Silver Star Auto Resource, LLC
36-11 Northern Boulevard
Long Island City, NY 11101

Daimler Financial Services
13650 Heritage Parkway
Ft. Worth, TX 76177
Attn: Bankruptcy Department

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Andrew Kosloff, Esq.
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza
26th Floor
New York, NY 10081

Barry W. Agulnick, Esq.
Agulnick & Gogel, LLC
321 Broadway
New York, NY 10007

John R. Wing, Esq.
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110

<u>Via Email</u>:

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

William Johnson – William.Johnson@usdoj.gov

Schedule B

Via Overnight Mail:

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Via Facsimile:

Autonation Imports of Palm Beach, Inc.
Facsimile No. (561) 656-5890