David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789-BRL <br><br> SIPA Liquidation |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2009, I caused true and correct copies of the Trustee's Motion for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Extending Time Within Which the Trustee May Assume or Reject Executory Contracts and Unexpired Leases and the notice of motion thereof to be served by first class U.S. mail, postage prepaid, to those parties as set forth on the attached Schedule A.

Additional parties were served on January 21, 2009, as set forth in the Certificate of Service of that same date.

Dated: New York, New York
January 26, 2009

Respectfully submitted,

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

**Schedule A**

41-41 38th Street LLC
41-41 38th Street
Long Island City, NY 11101

53rd at Third
c/o Gerald D. Hines Interests, Ltd.
885 Third Avenue
New York, NY 10022-4802

ABN-AMRO (Merrill Lynch)
208 South LaSalle Street
Chicago, IL 60604

ADP
400 Covina Boulevard
San Dimas, CA 91773-2976

Advanta
PO Box 8088
Philadelphia, PA 19101-8088

Advantage International Systems, Inc.
2570 Coral Landings Blvd.
Suite 201
Palm Harbor, FL 34684

ALPS Distributor, Inc.
1290 Broadway
Suite 1100
Denver, CO 80203

Ambrosino, DePinto & Scmeider,
PC
275 Seventh Avenue
21st Floor
New York, NY 10001

American Express
PO Box 297812
Ft Lauderdale, FL 33329-7812

American Registry for Internet
Numbers
P. O. Box 79010
Baltimore, MD 21279-0010

American Stock Exchange
86 Trinity Place
New York, NY 10006-1881

Anacomp
PO Box 30838
Los Angeles, CA 90030

Archipelago LLC / ARCA
100 S. Wacker Dr.
Suite 2012
Chicago, IL 60606

Arrowhead Securities, LLC
109 Highland avenue
Needham, MA 02499

Associated Networks, Inc.
1120 Easton Road
Willow Grove, PA 19090

AT&T
PO Box 13146
Newark, NJ 07101-5646

AT&T
PO Box 9001309
Louisville, KY 40290-1309

AT&T
250 So. Clinton
4th Floor
Syracuse, NY 13202

AT&T
32 Avenue of the Americas
New York, NY 10013

AT&T
PO Box 13148
Newark, NJ 07101-5648

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility
PO Box 538695
Atlanta, GA 30353-8695

AT&T Mobility
2612 North Roan St.
Johnson City, TN 37601

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Automated Building System Corp.
225 North Fehr Way
Bayshore, NY 11706

Automated Trading Desk LLC
11 eWall Street
Mt. Pleasant, SC 29464

Avant Business Services
PO Box 5952
New York, NY 10163-5952

Avaya
312 Elm Street
Suite 1100
Cincinnati, OH 45202

Avaya
2 Gatehall Drive
Parsippany, NJ 07039

Avaya Financial Services
PO Box 550599
Jacksonville, FL 32255-0599

Avaya Financial Services
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134

Avtec Systems, Inc.
500 N. Broadway
Jericho, NY 11753

Barclays
45 Fremonth Street
San Francisco, CA 94105

Basler Kantonalbank, Basel (BKB
Trader)
Spiegelgasse 2
Basel, 4002
Switzerland,

BATS
8050 Marshall Drive
Suite 120
Lenexa, KS 66214

BATS Exchange, Inc
8050 Marshall Dr.
Suite 120
Lenexa, KS 66214-1585

BEA Systems, Inc.
2315 North First Street
San Jose, CA 95131

Bear Stearns Securities Corp
383 Madison Avenue
New York, NY 10179

BeCompliant Corporation
580 Burbank Street
Suite 110
Broomfield, CO 80020

Bloomberg
731 Lexington Avenue
New York, NY 10022

Bloomberg Finance LP
PO Box 30244
Hartford, CT 06150-0244

BNY ConvergEx
1633 Broadway
48th Floor
New York, NY 10019

Brass Utility LLC
55 Broadway
New York, NY 10006

Broadridge Securities Processing
Solutions, Inc
2 Journal Square Plaza
Jersey City, NJ 07306

BT
575 Lexington Avenue
New York, NY 10022

B-Trade Services LLC/BTRD
1633 Broadway
48th Floor
New York, NY 10019

Bunchberries
222 E. 53rd Street
New York, NY 10022

Calamp
12670 High Bluff Drive
San Diego, CA 92130

Cantor Fitzgerald & Co.
1840 Century Park East
Lost Angeles, CA 90067

Capital IQ, division of S&P
55 Water St.
New York, NY 10041

Caplin Systems Limited
8th Floor Mercury House
Titan Court, London EC2A 1BR

CCH Incorporated
2700 Lake Cook Road
Riverwoods, IL 60015

Central Parking System
211 East 53rd Street
New York, NY 10022

Check Point Software
Technologies LTD
800 Bridge Parkway
Redwood City, CA 94065

Check Point Software
Technologies Ltd.
800 Bridge Parkway
Redwood City, CA 94065

Chop't Creative Salad
853 Broadway
New York, NY 10003

Chubb Group of Insurance
Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180

CIBC World Markets
300 Madison Ave
New York, NY 10017

Cisco Systems
1 Penn Plaza
New York, NY 10022

CIT Communications Finance
Corporation
650 CIT Drive
Livingston, NJ 07039

Compass Professional Services,
LLC
111 W. Jackson Blvd
20th Floor
Chicago, IL 60604

Computer Tech International
1415 Ohio Avenue
Bayshore, NY 11706

Consolidated Edison Company of
NY
JAF Station
PO Box 1702
New York, NY 10116-1702

Consolidated Technologies Inc.
666 Fifth Avenue
New York, NY 10103

Copyright Clearance, Inc.
222 Rosewood Drive
Danvers, MA 01923

Corporate Coffee Systems
745 Summa Ave.
Westbury, NY 11590

CQG
1050 17th Street
Suite 2000
Denver, CO 80265

CRD
c/o FINRA
P.O. Box 7777-8705
Philadelphia, PA 19175-8705

Credit Suisse Securities
Eleven Madison Avenue
New York, NY 10010

Davidge Data Systems
20 Exchange Place
39th Floor
New York, NY 10005

De Lage Landen Financial Services
PO Box 41601
Philadelphia, PA 19101-1601

Deer Park Direct
6661 Dixie Hwy
Suite 4
Louisville, KY 40258

Direct Edge ECN LLC
22 Cortlandt Street
New York, NY 10007

DirectEdge
545 Washington Blvd
Jersey City, NJ 07310

DirectTV
PO Box 11732
Newark, NJ 07101-4732

DirectTV
PO Box 5392
Miami, FL 33152-5392

Domestic Securities, Inc.
160 Summit Avenue
Montvale, NJ 07645

Dow Jones & Company, Inc.
1 World Financial Center
200 Liberty Street
New York, NY 10281

Dow Jones News Service
PO Box 300
Princeton, NJ 08543-0300

eBX LLC
100 Franklin Street
Boston, MA 02110

Ecco Business Systems
60 West 38th Street
4th Floor
New York, NY 10018

Ecco Business Systems, Inc.
55 West 39th Street
New York, NY 10018

Electronic Global Holdings, Ltd. (f/k/a
ITTI)
120 Broadway
34th Floor
New York, NY 10005

Elkins McSherry LLC (subsidiary
of State Street Bank and Trust
Company)
225 Liberty Street
24th Floor
New York, NY 10281

EMC Corporation
176 South Street
Hopkinton, MA 01748-1000

EMC Corporation
176 South Street
Hopkinton, MA 01748-9103

EMC Corporation
176 South Street
Boston, MA 01748

Employment Law Trading, Inc.
650 California Street
22nd Floor
San Francisco, CA 94108

Ess-a-Bagel
831 3rd Avenue
New York, NY 10022

Executive Charge, Inc.
1440 39th Street
Brooklyn, NY 11218

Exxon Mobile
Processing Center
Des Moines, IA 50361-0001

EZPass
PO Box 149004
Staten Island, NY 10314-9004

FD Consulting, Inc.
2040 Victory Boulevard
Staten Island, NY 10314

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

FedEx
PO Box 332
Memphis, TN 38101-0332

FedEx, Revenue Recovery c/o
Denise Stacy
3965 Airways Blvd.
Module G, 3rd Floor
Memphis, TN 38116

Fidessa
17 State Street
New York, NY 10004

FINRA
PO Box 7777-W5050
Philadelphia, PA 19175-5050

First Call Corporation
40 West 57th Street
10th Floor
New York, NY 10019

Forsythe Solutions
75 Remittance Drive
Suite 1134
Chicago, IL 60675-1134

Galaxy Office Products
20 Dubon Court
Farmingdale, NY 11735

Genior Inc. dba Sette Mezzo
969 Lexington Ave
New York, NY 10021

Genserve Inc.
80 Sweeneydale Avenue
Bayshore, NY 11706

Gerson Lehrman Group
P.O. Box 200589
Pittsburgh, PA 15251-0589

GGMC Parking, LLC
1651 3rd Ave
Suite 207
New York, NY 10128

GL Trade
261 Madison Ave
16th Floor
New York, NY 10016

GL Trade
42 rue Notre-Dame des Victoires
75002 Paris, FRANCE

Glen Oaks Club
PO Box 249
Old Westbury, NY 11568

Glenwood Management Corp
1200 Union Turnpike
New Hyde Park, NY 11040

GMAC
PO Box 9001948
Louisville, KY 40290-1948

GMPCS
1501 Green Road
Suite A-B
Pompano Beach, FL 33064

Goldman Sachs
PO Box 30169
New York, NY 10087-0169

Goldman Sachs
85 Broad Street
17th Floor
New York, NY 10004

Granite Telecom
920 Broadway
Suite 503
New York, NY 10010

Guardian Service Industries, Inc
88005 Expedite Way
Chicago, IL 60695-0005

Guardian Service Industries, Inc
161 Avenue of the Americas
New York, NY 10013

Henson Group
1375 Broadway
3rd Floor
New York, NY 10018

Hewlett Packard
8000 Foothills Boulevard
MS5538
Roseville, CA 95747-5538

H-P Co.
8000 Foothills Blvd
MS5518
Roseville, CA 95747

HSBC
2700 Sanders Road
Prospect Heights, IL 60070

IBM
1360 Boul Rene-Leves
Montreal, QC, Canada H3G2W6

IBM
1 New Orchard Road
Armonk, NY 10504-1722

ICE 32
1717 Woodstead Circle
Spring, TX 77380

ILX
P.O. Box 71601
Chicago, IL 60694-1601

Im-age Software Inc.
15 Buffalo Ridge Circle
Houston, TX 77056

ImageMAKER Development Inc.
416 6th Street
Suite 102
New Westminster, British
Columbia, Canada V3L 3B2

Imperial Parking Inc
PO Box 7777
Philadelphia, PA 19175-0119

Indivex Trading/Eclipse Trading, Inc.
30 Broad Street
38th Floor
New York, NY 10004

InfoPrint Solutions Company
4111 Northside Pkwy
Atlanta, GA 30327

Innovative Consulting
1162 Camino Vallecito
Lafayette, CA 94549

Instinet Corp.
875 Third Avenue, 18th Floor
New York, NY 10022

Instinet Corporation
757 Third Avenue
New York, NY 10017

Interactive Brokers LLC
8 Greenwich Office Park
Greenwich, CT 6831

Interactive Data
PO Box 98616
Chicago, IL 60693

Interactive Data
32 Crosby Dr.
Bedford, MA 01730

InterNAP
601 Union Street
Suite 1000
Seattle, WA 98101

InterNAP
501 Union Street
Suite 1000
Seattle, WA 98101

International Video Conferencing
Inc.
180 Adams Avenue
Hauppauge, NY 11788

Internet Trading Technologies
120 Broadway
34th Floor
New York, NY 10271-3400

Iron Mountain
PO Box 27129
New York, NY 10087

Iron Mountain
203 Moonachie Road
Moonachie, NJ 07074-1309

Island ECN, Inc.
50 Broad Streetq
New York, NY 10004

JMS Execution Services c/o Sun
Microsystems, Inc.
Worldwide Headquarters
4150 Network Circle
Santa Clara, CA 95054

Kiplinger
1729 H Street NW
Washington, DC 20006

Knight Execution Partners LLC
111 W Jackson Boulevard
10th Floor
Chicago, IL 60604-3589

La Guardia Corp Center Assoc, LLC c/o
BDG Ltd
300 Robbins Lane
Syosset, NY 11791-6012

LaGuardia Corporate Center
Associates
6800 Jericho Turnpike
Syosett, NY 11791

LakeView Technology
2301 W 22nd Street
Suite 206
Oak Brook, IL 60523

Land Rover Capital Group, Dept
#193901
PO Box 55000
Detroit, MI 48255

Lava Trading Inc.
95 Morton Street
New York, NY 10014

Lavaflow Inc.
388 Greenwich Street
New York, NY 10013

Lewco Securities Corp
34 Exchange Place
Jersey City, NJ 07302

Lexis Nexis
P.O. Box 7247-7090
Philadelphia, PA 18170-7090

Liberty Mutual
PO Box 7247-0109
Philadelphia, PA 19170-0109

Liquidnet Holdings, Inc.
498 Seventh Avenue
12th Floor
New York, NY 10018

Littler Mendelson
900 Third Avenue
New York, NY 10022-3298

Lucent Technologies
666 5th Avenue
New York, NY 10103

Market Guide, Inc.
2001 Marcus Avenue
Lake Success, NY 11042

Market Systems, Inc.
2464 North Orchard Street
Chicago, IL 60614

Market XT
100 Broadway
New York, NY 10005-1902

Marsh USA
111 S.W. Columbia
Suite 500
Portland, OR 97201

Matco Service Corp
584 Mineola Ave.
Carle Place, NY 11514

Matco Service Corp
584 Mineola Avenue
Carle Place, NY 11514

MathWorks
3 Apple Hill Drive
Natick, MA 01760-2098

Matrix Mechanical Corp.
47-15 35th Street
LIC, NY 11101

MCI
MCI Comm Service
27732 Network Pl
Chicago, IL 60673-1277

Mellon Invest Data Corporation
161 William Street
New York, NY 10038

Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

Meritain Health
PO Box 8000
Department 207
Buffalo, NY 14267

Merrill Lynch
440 S. LaSalle Street
Suite 2500
Chicago, IL 60693

Metlife
PO Box 8000
Johnstown, PA 15907-8000

Metropolitan 885 Third Ave LLC
In Trust for Royal Bank of CN
PO Box 415157
Boston, MA 02241-5157

MGE UPS Systems, Inc.
2643 Collections Center Drive
Chicago, IL 60693

Microbank
80 Broad Street
7th Floor
New York, NY 10004

MicroMem International, Inc.
One West 34th Street
Suite 1202
New York, NY 10001

MicroMem International, Inc.
One West 34th Street
Suite 1202
New York, NY 10001

Microsoft
One Microsoft Way
Redmond, WA 98052

Mid-Com, Inc.
377 Route 17 South
Hasbrouck Heights, NJ 07604

Morgan Keegan and Company Attn:
Byron Mitson
50 Front Street
15th Floor
Memphis, TN 38103

Morgan Stanley & Co. Inc.
One Pierrepont Plaza
Brooklyn, NY 11201

Morton Williams, Associated
Supermarkets
908 2nd Ave
New York, NY 10022

Morton Williams, Associated
Supermarkets
15 E. Kingsbridge Rd.
Bronx, NY 10468

MSLI, GP
6100 Neil Road
Reno, NV 89511-1137

Muriel Siebert & Co., Inc.
885 Third Avenue
17th Floor
New York, NY 10022

Nasdaq
9513 Kew West Avenue
Rockville, MD 20850

Nasdaq OMX
Lockbox 10200
PO Box 8500
Philadelphia, PA 19178-0200

Nasdaq Stock Market LLC
9600 Blackwell Road
Rockville, MD 20850

Nasdaq Tools, Inc.
15 Exchange Place
Suite 320
Jersey City, NJ 07302-3906

National Association of Securities
Dealers, Inc.
1735 K Street NW
Washington, DC 20006-1500

National Financial Services LLC
200 Seaport Blvd
Z2H
Boston, MA 02210

National Stock Exchange
101 Hudson Street
Suite 1200
Jersey City, NJ 07302

NBL Insurance Company
PO Box 7247-8844
Philadelphia, PA 19170-8844

Net Jets Aviation, Inc.
PO Box 933300
Atlanta, GA 31193-3300

Network Associates, Inc.
3965 Freedom Circle
Santa Clara, CA 95054-0963

Network Solutions
505 Huntmar Park Drive
Herndon, VA 20170

NewCourt Communications
Finance Corporations/Lucent
Technologies Inc.
2 Gatehall Drive
Parsippany, NJ 07054

NewsWare Inc.
56 Pine Street
New York, NY 10005

NY Fix Millennium LLC
100 Wall Street
New York, NY 10005

NY Times
PO Box 371456
Pittsburgh, PA 15250-7456

NYFIX Millennium LLC
100 Wall Street
26th Floor
New York, NY 10005-3703

NYSE
11 Wall Street
17th Floor
New York, NY 10005

NYSE Market Inc
Box 4006
PO Box 8500
Philadelphia, PA 19178-4006

NYSE Transact Tools Inc.
2 Metrotech Center
Brooklyn, NY 11201

NYSE TransactTools
PO Box 785901
Philadelphia, PA 19178-5901

Oasys Open Access Systems
Corp
56 Main Street
Bloomingdale, NJ 07403

OES
194 Nassau Street
Princeton, NJ 08542

Options Price Reporting Authority
PO Box 95718
Chicago, IL 60694-5718

Options Price Reporting Authority
400 South Lasalle Street
Chicago, IL 60605

Oracle
P.O. Box 71028
Chicago, IL 60694-1028

Oscar Gruss and Son Incorporated
292 Madison Avenue
14th Floor
New York, NY 10017

Passport Advantage (IBM Lotus)
P.O. Box 643600
Pittsburgh, PA 15264-3600

Pax Wholesome Foods
906 3rd Avenue
New York, NY 10022

Penson Financial Services
1700 Pacific Avenue
Suite 1400
Dallas, TX 75201

Perriwater Ltd
960 First Avenue
New York, NY 10022

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390

Pitney Bowes Global Financial
Services LLC
2225 American Dr.
Neenah, WI 54956-1005

Portfolio Science
16 Mountain View Drive
Westin, CT 06883

PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York, NY 10019

Productive Online
510 First Avenue North
Suite 310
Minneapolis, MN 55403

Progressive Business Publications
370 Technology Drive
Malvern, PA 19355

Prudential SECS
One Corporate Drive
Shelton, CT 06484

Qwest Business
PO Box 29040
Phoenix, AZ 85038-9040

Radianz Americas Inc.
Dept CH 19227
Palantine, IL 60055-9227

Radianz Americas Inc.
Dept. CH 19227
Palestine, IL 60055-9227

Redball Parking System
F.D.R. Station
PO Box 5333
New York, NY 10150-5333

REDI System
1601 Tuttle Creek Blvd.
Manhattan, KS 66502

REDI System c/o Spear Leeds and
Kellogg
120 Broadway
New York, NY 10271

Reuters America Inc.
1700 Broadway
New York, NY 10019

Reuters Transaction Services LLC
PO Box 2003
Carol Stream, IL 60132-2003

RIM Securities LLC
570 Lexington Avenue
New York, NY 10022

Royalblue Financial Corporation
17 State Street
New York, NY 10004-1501

Rudy's Limousine
85 Old Long Ridge road
Stamford, CT 6903

S.A.C. Capital Management, L.P.
520 Madison Avenue
7th Floor
New York, NY 10022

S3 Matching Technologies, LP
9433 FM 2244
Building 1, Suite 200
Austin, TX 78733

Salomon Smith Barney
390 Greenwich Street
New York, NY 10013

Salomon Smith Barney
388 Greenwich Street
New York, NY 10013

Savvis
1 Savvis Pkwy
Town and Country, MO 63017

SAVVIS Communications Corporation
1 SAVVIS Parkway
Town & Country, MO 63017

Schwab Enterprise LLC
1114 Avenue of the Americas
24th Floor
New York, NY 10036

Securities Industries Automation
Corporation
P.O. Box 27315
New York, NY 10087

Shell Card Center
PO Box 689151
Des Moines, IA 50368-9151

Sherry-Lehmann
505 Park Avenue
New York, NY 10022

Skytel, Platinum Funding Services
LLC
500 Clinton Center Dr.
Suite 2300
Clinton, MS 39056-5674

SL Data Services, Inc.
529 Fifth Avenue
14th Floor
New York, NY 10017

Snow Becker Krauss PC
605 3rd Avenue
New York, NY 10158-0125

Snow Becker Krauss PC
605 3rd Avenue
New York, NY 10158-0125

SourceMedia
1 State St.
26th Floor
New York, NY 10004

Spear, Leeds and Kellogg
120 Broadway
New York, NY 10271

Spectrum Mini-Storage
160 John Street
Brooklyn, NY 11201

Sprint
PO Box 8077
London, KY 40742

Sprint
PO Box 219530
Kansas City, MO 64121-9530

Sprint Communications
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251-4300

Standard & Poors
55 Water Street
New York, NY 10041

Stratus Computer, Inc.
55 Fairbanks Boulevard
Malborough, MA 1752

Stratus Technologies
111 Powdermill Rd
S2ACT
Maynard, MA 01754

Stratus Technologies
U.S. Operations
111 Powdermill Road
Maynard, MA 01754-3409

StreetAccount
110 Buffalo Way
PO Box 13453
Jackson, WY 83002

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA 94303

SunGard
680 East Swedesford Rd
Wayne, PA 19087

SunGard ePI
70 South Orange Ave.
Livingston, NJ 7039

Sungard Securities Finance LLC
15558 Collections Center Drive
Chicago, IL 60693

SunGard Trading Systems
1008 Virgil Avenue
Ridgefield, NJ 7657

Sungard, Brass
545 Washington Blvd
7th Floor
Jersey City, NJ 07310

Susan Blumenfeld Interiors, Ltd
300 Robbins Lane
Syosset, NY 11791

Swaps Monitor
401 Broadway
Suite 610
New York, NY 10013

SWN
224 West 30th Street
Suite 500
New York, NY 10001

Symantec
P.O. Box 60000
San Francisco, CA 94160

Talarian
333 Distel Circle
Los Altos, CA 94022-1404

TD Waterhouse Investor Services, Inc.
100 Wall Street
New York, NY 10005

TelAlert
12670 High Bluff Drive
San Diego, CA 92130

The New York Times
PO Box 70
Northvale, NJ 07647-9908

TheStreet.com
2 Rector Street
14th Floor
New York, NY 10006

Thomson Financial
195 Broadway
New York, NY 10007

Thomson Financial
195 Broadway
New York, NY 10007-3100

Thomson Financial LLC
195 Broadway
7th Floor
New York, NY 10007

Thomson Reuters
PO Box 2003
Carol Stream, IL 60132-2003

TIBCO
3305 Hillview Ave
Palo Alto, CA 94304

TIBCO
3305 Hillview Ave
Palo Alto, CA 94304

Time Warner Cable
41-61 Kissena Blvd
Flushing, NY 11355-3189

T-Mobile
PO Box 790047
St Louis, MO 63179-0047

Toronto Stock Exchange
The Exchange Tower
2 First Canadian Place
Toronto, ONTARIO M5X 1J2

Traders Magazine
40 W. 57th Street
11th Floor
New York, NY 10019

Tradeware Global LLC
40 Wall Street
36th Floor
New York, NY 10005

Transaction Auditing Group (TAG)
24 Woodbine Ave.,
Second Floor
Northport, NY 11768-2910

Transaction Network Services
1939 Roland Clarke Place
Reston, VA 22091

Trans-Lux Corp.
110 Richards Avenue
Norwalk, CT 06856-5090

Tumbleweed Communications Corp.
700 Saginaw Drive
Redwood City, CA 94063

Universal Safe Deposit Corp.
420 Lexington Ave
New York, NY 10017

Unum
The Paul Revere Life Insurance Company
PO Box 740590
Atlanta, GA 30374-0590

Unum, Provident Life and Casualty Insurance Co.
1 Fountain Square
Chattanooga, TN 37402

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

UPS
PO Box 650580
Dallas, TX 75265-0580

US Bank N.A.
PO Box 2188
Oshkosh, WI 54903-2188

USAA
9800 Fredericksburg Road
San Antonio, TX 78288

Utility Programs & Metering
135 W 36th St.
New York, NY 10018

UTOG 2 Way Radio, Inc.
25-20 39th Avenue
Long Island City, NY 11101-3616

V.Santini
27 South 6th Avenue
Mt. Vernon, NY 10550

Valera Global Inc.
53-02 11th Street
Long Island City, NY 11101

Vanguard Marketing Corporation
100 Vanguard Blvd.
Malvern, PA 19355

Venali
One Columbus Center
One Alhambra Plaza, Suite 800
Coral Gables, FL 33134

Venali, Inc.
6100 Blue Lagoon Drive
Suite 250
Miami, FL 33126

Veramark Technologies
3750 Monroe Avenue
Pittsford, NY 14534

Verisign Site Services Pro
3 East 54th Street
Suite 1100
New York, NY 10022

Veritas Software
1600 Plymouth Street
Mountain View, CA 94043

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon
PO Box 4820
Trenton, NJ 08650-4820

Verizon
PO Box 4833
Trenton, NJ 08650-4833

Verizon
PO Box 1100
Albany, NY 12250-0001

Verizon
Verizon Wireless Bankruptcy
Administration
P.O.Box 3397
Bloomington, IL 61702

Verizon Business
500 Technology Dr.
Suite 870
Weldon Springs, MO 63304

Verizon Conferencing
500 Second Ave SE
8th Floor
Cedar Rapids, IA 52401

Verizon Wireless
PO Box 17120
Tucson, AZ 85731-7120

Visible Decisions
100 Wall Street
New York, NY 10005

Vizada
1101 Wootton Parkway
10th Floor
Rockville, MD 20852

Wall Street Source
PO Box 10179
Uniondale, NY 11555

Wall Street Source
26 West 17th Street
3rd Floor
New York, NY 10011

Wedbush Morgan Securities
1000 Wilshire Boulevard
Suite 830
Los Angeles, CA 90017

Wells Fargo Investments LLC
420 Montgomery Street
San Francisco, CA 94104

William Blair & Company LLC
222 West Adams Street
Chicago, IL 60606

Xerox Capital Services LLC
PO Box 660501
Dallas, TX 75266-0501

XM Satellite Radio
PO Box 33174
Detroit, MI 48232-5280

Yeshiva University
Department of Advancement Services
500 West 185th Street
New York, NY 10033-3201