**Hearing: September 13, 2018 (10:00 a.m.)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                                         :

In re                                                   :     Case No. 17-13571 (SHL)

**ASULIN GALLERY, LLC,**              :     Chapter 11
                      Debtor.    :

------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF HEARING

Please take notice that the hearing on the United States Trustee's motion to convert the chapter 11 case referenced above to chapter 7, or alternatively dismiss, (Dkt. No. 46) has been adjourned.

The date and time of the adjourned hearing are September 13, 2018, at 10:00 a.m. The hearing will be held in the Courtroom of the Honorable Sean H. Lane, One Bowling Green, New York, New York.

Dated: New York, New York
       July 19, 2018                          WILLIAM K. HARRINGTON
                                           UNITED STATES TRUSTEE

                                     *By:*    ***/s/ Andrew D. Velez-Rivera***
                                                 Trial Attorney
                                                 U.S. Federal Office Bldg.
                                                 201 Varick Street, Room 1006
                                                 New York, New York 10014
                                                 Tel. No. (212) 510-0500
                                                 Fax. No. (212) 668-2255