**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re:

ALITALIA Societa Aerea Italiana S.p.A.
AMMINISTRAZIONE STRAORDINARIA

Chapter 15
Case No. 17-11618-SHL

Debtor in Foreign Proceeding.
------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Paula M. Junghans, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Aircraft Engine Lease Finance, Inc. in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the District of Columbia and in the State of Maryland, and the bar of the U.S. District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 25, 2018
Washington, D.C.

/s/ Paula M. Junghans
Paula M. Junghans
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
E-mail: pjunghans@zuckerman.com
Tel: (202) 778-1800

*Attorneys for Aircraft Engine Lease Finance, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:

ALITALIA Societa Aerea Italiana S.p.A.
AMMINISTRAZIONE STRAORDINARIA

Chapter 15
Case No. 17-11618-SHL

Debtor in Foreign Proceeding.
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Paula M. Junghans, to be admitted, ***pro hac vice***, to represent Aircraft Engine Lease Finance, Inc., (the "Client"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the State of Maryland, and the bar of the U.S. District Court for the District of Maryland, it is hereby

**ORDERED**, that Paula M. Junghans, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:
_____, New York      /s/_____
             UNITED STATES BANKRUPTCY JUDGE