**Presentment Date: February 4, 2009**
**Objection Deadline: February 3, 2009**

David Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
**BAKER & HOSTETLER, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
*Attorneys for Irving H. Picard, Esq.*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding |
| Plaintiff-Applicant, | No. 08-01789-BRL |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER FOR TRANSFER OF FUNDS BY J.P. MORGAN CHASE BANK TO TRUSTEE

**PLEASE TAKE NOTICE** that upon the proposed stipulation and order (the "Order") between J.P. Morgan Chase Bank and Irving H. Picard, Esq. as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor"), the undersigned will present the Order submitted herewith to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on February 4, 2009 at 10:00 a.m., or such later time as established by the Court upon further notice.

**PLEASE TAKE FURTHER NOTICE,** that any objections to the Order should be (a) filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland and (b) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan and Richard Bernard, by no later than 9:00 a.m. on February 3, 2009.

Dated: New York, New York
      January 29, 2009

                              **BAKER & HOSTETLER, LLP**
                              David Sheehan (DS 4818)
                              Douglas E. Spelfogel (DS 7097)
                              Richard J. Bernard (RB 6371)
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone: (212) 589-4200
                              Facsimile: (212) 589-4201
                              *Attorneys for the Trustee*

                              By: */s/ David J. Sheehan*