David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Appellant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

     I hereby certify that on January 29, 2009, I caused true copies of the Notice of Presentment of Stipulation and Order for Transfer of Funds by J.P. Morgan Chase Bank to Trustee to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated: January 29, 2009

Respectfully submitted,

*/s/ David J. Sheehan*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

Via Overnight Mail:

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

Craig Kugel
c/o William Gogel, Esq.
321 Broadway – 2nd Floor
New York, NY 10007

Via Email:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

Lewis Liman - lliman@cgsh.com

Andrew Kosloff – andrew.r.kosloff@chase.com