**Presentment Date: February 4, 2009**
**Objection Deadline: February 3, 2009**

David Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
**BAKER & HOSTETLER, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
*Attorneys for Irving H. Picard, Esq.*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.

Adversary Proceeding

No. 08-01789-BRL

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER FOR TRANSFER OF FUNDS BY BANK OF NEW YORK MELLON TO TRUSTEE

**PLEASE TAKE NOTICE** that upon the proposed stipulation and order (the "Order") between Bank of New York Mellon and Irving H. Picard, Esq. as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor"), the undersigned will present the Order submitted herewith to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on February 4, 2008 at 10:00 a.m., or such later time as established by the Court upon further notice.

**PLEASE TAKE FURTHER NOTICE,** that any objections to the Order should be (a) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland and (b) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan and Richard Bernard, by no later than 9:00 a.m. on February 3, 2009.

Dated: New York, New York
       January 29, 2009

                               **BAKER & HOSTETLER, LLP**
                               David Sheehan (DS 4818)
                               Douglas E. Spelfogel (DS 7097)
                               Richard J. Bernard (RB 6371)
                               45 Rockefeller Plaza
                               New York, New York 10111
                               Telephone: (212) 589-4200
                               Facsimile: (212) 589-4201
                               *Attorneys for the Trustee*

                               By:  */s/ David J. Sheehan*