SHUTTS & BOWEN LLP
Peter E. Shapiro, Esq. (PES-4795)
200 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL 33301
(954) 847-3883
*Attorneys for Franklin Sands*



RECEIVED JAN 2 0 2009 U.S. BANKRUPTCY COURT, SDNY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

    Defendant.

District Court Case No. 08-10791

Adv. Pro. No. 08-01789 (BRL)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **Shutts & Bowen LLP** hereby enters its appearance as counsel for **FRANKLIN SANDS** in the above-captioned bankruptcy matter. In accordance with Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor(s), or any other party in interest, upon said counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to Section 1109(b) of the Bankruptcy Code also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail,

FTLDOCS 5389933 2

Adv. Pro. No.: 08-01789 (BRL)

delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Franklin Sands to the jurisdiction of the Court and it is without prejudice to their rights, remedies and claims against other entities or individuals. This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge: (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Franklin Sands is or may be entitled to are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

SHUTTS & BOWEN LLP
*Attorneys for Franklin Sands*
200 E. Broward Blvd., Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 847-3883
Facsimile: (954) 888-3073

By: _____
Peter E. Shapiro (PES-4795)

Adv. Pro. No.: 08-01789 (BRL)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2009, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served via U.S. Mail on:

Irving H. Picard, Esq.
*Trustee*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Richard J. Bernard, Esq.
David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.
*Counsel for Trustee*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

_____
Peter E. Shapiro

FTLDOCS 5389933 2

3