UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

**AFFIDAVIT OF PUBLICATION**

I, JOHN FRANKS, being duly sworn, depose and say that:

1. I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners"). AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2. I have personal knowledge of the matters herein.

3. On December 15, 2008, the United States District Court for the Southern District of New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, the debtor herein ("the Debtor"), under the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa *et seq.*, as amended ("SIPA").

4. On December 23, 2008, an order ("the Order") was entered in this proceeding authorizing and directing the Trustee to cause notice of the commencement of this liquidation proceeding (the "Notice") to be published one time in the following newspapers on or before January 9, 2009: *The New York Times*, all editions; *The Wall Street Journal*, all editions; *The Financial*

*Times*, all editions; *USA Today*, all editions; *Jerusalem Post*, all editions; and *Ye'diot Achronot*, all editions (the "Newspapers").

5.     The Notice was entitled "Notice To Customers And Creditors Of Bernard L. Madoff Investment Securities LLC And To All Other Parties In Interest." A copy of the Notice is attached hereto as Exhibit A.

6.     The Notice was published in each of the Newspapers on January 2, 2009. A copy of the Verification of Publication for each newspaper and the Notice as it appeared in each newspaper is attached hereto as Exhibits B through H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas this 2nd day of February, 2009.

John Franks
Director
AlixPartners LLP

Subscribed and sworn to before me
this 2nd day of February, 2009.

Kasandra B. Coleman
Notary Public    March 27, 2010

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010