## EXHIBIT A

**The Notice**

## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

### COMMENCEMENT OF LIQUIDATION PROCEEDING

        NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A.

Stanton of the United States District Court for the Southern District of New York, entered an Order

granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a

Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC

(the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of

1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee

for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as

counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection

afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days

after the date of this Notice. Customers may file their claims up to six months after the date of this

Notice; however, the filing of claims after the sixty (60) day period but within the six month period

may result in less protection for the customer. Such claims should be filed with the Trustee at Irving

H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing

Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed**

**only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as

their name and addresses appear on the Debtor's books and records. Customers who do not receive

such forms within seven (7) days from the date of this Notice may obtain them by writing to the

Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be

filed with the Trustee at the above address within thirty (30) days after the date of this Notice.

**Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim

forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the

address shown above within six (6) months after the date of this Notice. **All such claims will be**

**deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6)**

**months after the date of this Notice.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree,

certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C.

§ 362 and by order of the United States District Court for the Southern District of New York entered

on December 15, 2008 by the Honorable Louis A. Stanton.

## MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

**NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

**NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website,

www.madofftrustee.com. From time to time in the future, other updated information and notices

concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.


Dated: January 2, 2009
       New York, New York


                                    Irving H. Picard, Esq.
                                    Trustee for the Liquidation of the
                                    Business of Bernard L. Madoff Investment
                                    Securities LLC

# <u>EXHIBIT B</u>

**Jerusalem Post and Ye'diot Achronot**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

## AFFIDAVIT OF PUBLICATION

    I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc., an advertising agency, and (b) that the advertisement of which the annexed is a copy was published in the following publications:

*Jerusalem Post Daily (Israel) Edition* in the issue dated 1/2/09
*Jerusalem Post International Edition* in the issue dated 1/2/09
*Yedioth Ahronoth Daily (Israel) Edition* in the issue dated 1/2/09
*Yedioth Ahronoth International Edition* in the issue dated 1/2/09

X _____
           (Signature)

_____
           (Title)

Sworn to before me this: _____ day of _____, 2009

_____
Notary Public

"OFFICIAL SEAL"
Lori Hummel
Notary Public, State of Illinois
Commission Expires 12/20/2010





**אילן טורס**

סיולים מודרכים בשפה העברית

הטיולים כוללים ארוחות בוקר, כניסות לאתרים,
וטיסות פנים וחזור לאמריקה

**מסלולי הסיולים לעונת החורף!**

מחירים
אטרקטיביים

718.924.7544

הרשמה ופירוט לסיול לטול בטלדגון:

קונקורס אינטרנשיונל
טראוול בע"מ

15 West 34th, St., Floor 5, NY, NY 10001
Tel: 212-689-2323
E-mail:Concourse.travel@gmail.com

**Corporate Accounts Welcome**
Last Minute Booking at Low
Advanced Purchase Prices

**CIT  Concourse International Travel, Inc.**

משרדי עו"ד
**מאיר מוצא**
לשעבר תובע המחוז מני-יורק
**FORMER PROSECUTOR**

ייצוג אמין תקיף ומקצועי:

כל התיקים הפליליים
עבירות תנועה
כל סוגי התביעות האזרחיות
תביעות שוכר / משכיר
דובר עברית



**www.mozaLaw.com**

בעל הסמכה בניו יורק, ניו ג'רזי ובל בתי המשפט הפדראליים

(718) 470-1206  Queens
ניתן להשיג 24 שעות
(516) 741-0003  Nassau

מוצרי חשמל
של הממצאה ה-21
יורם נחימובסקי, עו"ד

עסקים ומקומות בינלאומיים
הם חדרותהם תמריחידות שלו

212-964-5056  טל.
212-267-1199  פקס.

**KUNST**


UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Proofs for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., in the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., a Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC





## "הוא גרם לי לה!

### כ־4,000 המלצות כבר הגיעו לתחרות "המורה של המדינה

### בית כנסת
### לא במשר

### הדרכון אבד לכנ
### שלמו 1,000 שקל

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.                                                    Adversary Proceeding
No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton
of the United States District Court for the Southern District of New York, entered an Order granting the
application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective
Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the
"Debtor"), are in need of the protections afforded by the Securities Investor Protection Act of 1970,
15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for
the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to
the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them
under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of
this Notice. Customers may file their claims up to six months after the date of this Notice; however,
the filing of claims after the sixty (60) day period but within the six month period may result in less
protection for the customer. Each claim should be filed with the Trustee at Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney
Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by
the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their same
and addresses appear on the Debtor's books and records. Customers who do not receive such forms
within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the
address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with
the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer
claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained
by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file proof of claim with the Trustee at the address
shown above within six (6) months after the date of this Notice. All such claims will be deemed filed
only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after
the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain
acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and
by order of the United States District Court for the Southern District of New York entered on December
15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on
February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern
District of New York, One Bowling Green, New York, New York 10004. At the meeting, claims and other
customers and creditors may attend, examine the Debtor, and transact such other business as may
properly come before said meeting.

HEARINGS ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the
United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New
York 10004, has been set as the date, time and place for the hearing before the Honorable Burton R. Lifland,
United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard,
Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are
not qualified or not disinterested as provided in SIPA § 78eee(b)(4). Objections, if any, must be filed
not less than five (5) days prior to such hearing, with a copy to be served as counsel for the Trustee at
Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel,
Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer
claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at
www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com.
From time to time in the future, other updated information and notices concerning this proceeding may
also be posted at SIPC's website for the Trustee's website.

Dated: January 2, 2009                    Irving H. Picard, Esq.
New York, New York                        Trustee for the Liquidation of the Business of
                                          Bernard L. Madoff Investment Securities LLC



**12 DEFENSE**

Sights on Gaza



**24 BUSINESS**

Reflections on the stock market

From Harry Potter to the Nazis

**28 ARTS**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,                                        Adversary Proceeding

v.                                                          No. 08-01789-BRL

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT**
**SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard. Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings-Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# Weigh your options.



Get the scales tipping in your favor.
Advertise in The Jerusalem Post.

For details contact Sigal Nahissi at 212 742 0505 | ext. 106| sigaln@jpost.com



FOREIGN JOURNALISTS reporting from Sderot have been influenced by first-hand experience of life under rocket fire. Meanwhile IDF spokesman Avi Benayahu (inset) says new media is the future for communicating Israel's message. (Ariel Schalit/AP)

## groups give gov't top grades
## handling of Gaza operation

THE JERUSALEM POST

## NATIONAL ELECTIONS 2009

English Language Forums

will be inviting our readers to meet and hear representatives
at all the major parties at a series of meetings.

Mark your calendars. Further details to come.

February 13   8 pm   HAIFA      Menahem Hall (adjacent to Rambam Synagogue),
                                 39 Rechov Hahistim, Neve Shaanan
                                 (co-sponsored by EMUNAH)

February 18   8 pm   NETANYA    AACI Hall, 28 Shmuel Hanatziv
                                 (co-sponsored by AACI)

February 25   8 pm   RA'ANANA   to be announced

February 31   8 pm   JERUSALEM  The Jerusalem Great Synagogue, 56 Rehov King
                                 George
                                 (co-sponsored by AACI and The Jerusalem Great
                                 Synagogue)

March 1       8 pm   TEL AVIV   Ben Daniel, 62 Rehov B'nei Dan
                                 (co-sponsored by AACI)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
                                    Plaintiff-Applicant,
v.                                                          Adversary Proceeding
                                                            No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                                    Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the
United States District Court for the Southern District of New York, entered an Order granting the application
of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating
that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the
protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA").
Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and
Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail
themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee
within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after
the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month
period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving
H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100
McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received
by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and
addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven
(7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the
Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will
be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the
Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown
above within six (6) months after the date of this Notice. All such claims will be deemed filed only when
received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the
date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and
proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of
the United States District Court for the Southern District of New York entered on December 15, 2008 by the
Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February
20, 2009, at 10:00 a.m., at the Auditorium of the United States Bankruptcy Court, Southern District of New
York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may
attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United
States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004,
has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States
Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee,
and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not
disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days
prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45
Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer
than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim
form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under
Proceedings/Liquidations and on the Trustee's website, www.madoff.bakerlaw.com. Please time to time in the
future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/
or the Trustee's website.

Dated:  January 2, 2009                          Irving H. Picard, Esq.
        New York, New York                       Trustee for the Liquidation of the Business of
                                                 Bernard L. Madoff Investment Securities LLC

## EXHIBIT C

**USA Today (National Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

———————————————————

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.**
**MADOFF INVESTMENT....** published in the national edition of USA Today.

Principal Clerk of USA TODAY
January 5th 2009

This ___5___ day of ___January___ month
___2009___ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012



At PepsiCo: Indra Nooyi ranks No. 3 on Forbes magazine's list of the 100 most powerful women and is the highest ranked CEO, ahead of non-CEOs such as Sen. Hillary Rodham Clinton and Queen Elizabeth.




At DuPont: Ellen Kullman became CEO on Thursday.



At Kraft: Irene Rosenfeld has been CEO of Kraft since 2006.



At Avon: Stock is up 65% during CEO Andrea Jung's nine years.

## How stocks have performed

The stock market suffered its worst year since 1937, and female CEOs did not escape the devastation.

| CEO | Company | Fortune 500 rank | Change in 2008 | Change in career |
|-----|---------|------------------|----------------|------------------|
| Angela Braly | WellPoint | 33 | -61.2% | -48.5% |
| Patricia Woertz | Archer Daniels Midland | 52 | -37.9% | -39.2% |
| Lynn Laverty Elsenhans | Sunoco | 56 | -40.0% | -4.2% |
| Indra Nooyi | PepsiCo | 59 | -27.8% | -16.1% |
| Irene Rosenfeld | Kraft Foods | 63 | -17.7% | -15.2% |
| Carol Meyrowitz | TJX | 132 | -28.4% | -30.3% |
| Mary Sammons | Rite Aid | 142 | -84.9% | -93.1% |
| Anne Mulcahy | Xerox | 144 | -50.3% | -53% |
| Brenda Barnes | Sara Lee | 203 | -39.0% | -40.3% |
| Andrea Jung | Avon | 265 | -37.7% | -46.4% |
| Susan Ivey | Reynolds American | 290 | -35.8% | 20.6% |
| Christina Gold | Western Union | 473 | -46.9% | -17.4% |
| S&P 500 Index | | | -38.5% | |

*Change in career figures are from Aug. 13, 2007, except PepsiCo (from 2006) and Xerox (from 2001).*

## USA TODAY — MARKETPLACE TODAY

www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only

### NOTICES

### LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.                                                      Adversary Proceeding
                                                        No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within thirty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice, however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

RELATING TO DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found at the SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's website or the Trustee's website.

Dated:   January 7, 2009
         New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# **EXHIBIT D**

**USA Today (International Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



GANNETT

---

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

---

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.
MADOFF INVESTMENT** published in the international edition of USA Today.

Principal Clerk of USA TODAY
January 7th 2009

This ___ day of _____ month
_____ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012






## EDUCATION TODAY

Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm (EST)
To advertise call 1.800.397.0070 Toll-free in the U.S. only

ADVERTORIAL

### Distance Learning Offers Flexibility and Opportunity to Update Skills in Uncertain Times

Education content provided by Peterson's

...with friends online.
...and your news online.
...you actually go to
online! If you're consid-
ering a career change as a
part of the current economy,
it's only way want to improve your
to be better prepared for
jobs in these uncertain
times. Distance learning is deli-
... something to think about

...jobs take advantage of
technology, the classroom is
being a much larger
... one that extends
beyond a physical cam-
pus... accredited distance learn-
ing programs are just as real
and doable as the ones
you attend at a "brick and
mortar" school.

...advantage is flexibility.
...you have to work full
time you go to school.
...apps you are not ready for
what is stable, or wonder if
...you need to now for a
reason. Distance learn-
...you pursue your goals

in uncertain times because of
the flexibility it offers.

Distance learning programs
include print, audio, and
video-based courses, but are
increasingly administered
online. Some online classes
require you to logon at specific
times. Others are less struc-
tured, allowing you to "go"
whenever -- but it's important
to remember that in order to
make the grade, you'll have to
do the work.

Email, of course, plays a criti-
cal role in staying connected to
classmates and communicating
with professors. Many profes-
sors set up virtual office hours,
when you can ask questions or
seek help. A well-run program
will never leave you without
the chance for one-on-one
time, if you need it.

The Internet is the perfect
place to start looking into dis-
tance learning programs.
Online searches allow you to
sort through thousands of

options by the criteria that matter
most to you. School Web sites
also offer great information.

You'll quickly find that you have
a lot of choices -- perhaps
even more than you expect,
since geography's not a factor.
While looking for the right fit,
keep the following in mind:

- Assess the quality of the
  program
- Consider what financial aid
  will be available
- Make sure you have the
  required equipment

About Peterson's
To succeed on your lifelong edu-
cational journey, you will need
accurate, dependable, and prac-
tical tools and resources. That is
why Peterson's is everywhere
education happens. Because
whenever and however you
need education content deliv-
ered, you can rely on Peterson's
to provide the information,
know-how, and guidance to help
you reach your goals.



### DISTANCE LEARNING

EDINBURGH



Send your sales through
the roof with an ad in

## MARKETPLACE TODAY.

For more information
on how to place
your ad call:
1-800-397-0070
toll-free in the U.S. only
Or visit us online at:
www.USATODAY.com

## MARKETPLACE TODAY

www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only

NOTICES

### UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789 BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CUSTOMERS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may also be found at SIPC's website at www.sipc.org under Proceedings/Legislation and at the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC