# EXHIBIT E

**The New York Times (International Herald Tribune)**



620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723 Fax: (212) 556-7706

**DECLARATION OF PUBLICATION**

**NOTICE: AlixPartners**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

January 2, 2009

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on January 5, 2009

Judith King

Judith King, Legal Notice Manager

Sworn before me on this 5th day of January 2009 in the state of New York.

Gail Arena

Notary Public

Gail Arena
Notary Public, State of NY
No. 01AR4769887
Qualified in Nassau County
Commission Expires May 31, 2010

THE WORLD'S DAILY NEWSPAPER

reached No. 4 with just over ... sales, and AC/DC's "Black ... hrough an exclusive deal with ... was No. 5 with 1.92 million. ... act sells its music through ... iTunes, the dominant online ... DC has said that selling indi... ...ks breaks up the continuity ... num. But à la carte downloads ... r less lucrative than full CDs.

...tendance for the top 100 tours dropped 3 percent, but the average ticket price climbed 8 percent, to $66.90.

Despite the growth of online music sales, CDs remain by far the most popular format, although that hold is slipping: 361 million CDs were sold in 2008, down almost 20 percent from the previous year. About 84 percent of all album purchases were CDs, down from

...reducing the floor space allotted to ... sic, said Richard Greenfield, a media analyst at Pali Research in New York.

"CDs no longer drive somebody into a store on Tuesday," Greenfield said, referring to the day new CDs usually go on sale. "So the big risk for 2009 is that you will see even more rapid contraction of floor space, as CDs really go out of sight, out of mind for the consumer."

... software that was created and packaged almost identically to the real products, despite Microsoft's antipiracy measures.

The counterfeit goods, like Windows XP and Office 2007, were sold using the Internet and exported from China, mostly shipped to the United States and Europe, where they commanded relatively high prices, investigators say.

American and Chinese officials say they broke up the criminal ring in July 2007 with the arrests of 25 people in China, the dismantling of several manufacturing facilities and the confiscation of counterfeit software valued at more than $500 million.

"This is absolutely unprecedented," said David Finn, Microsoft's associate general counsel for worldwide piracy and counterfeiting issues. "The size and scope of the operation is unlike anything we've seen before. We found their products in 36 countries."

A separate trial involving nine suspects in Shanghai has not yet reached a verdict. That group has been accused of counterfeiting Microsoft and Symantec software and distributing it worldwide.

Legal specialists say that software pirates are becoming increasingly sophisticated and that the two court cases show that China is capable of exporting high-quality, fully packaged software that could easily be sold as if it were the real thing. Even customs officials have been fooled by the counterfeits, which

The counterfeiting has caused some friction between U.S. and Chinese officials, but China insists that it has made significant progress in its fight against intellectual property violators. Now, the successful prosecution of one of the biggest software counterfeiting rings is seen by the government as a major breakthrough.

Shenzhen officials declined to comment Wednesday on the court verdict. Still, while the FBI and Chinese officials said hundreds of millions of dollars' worth of material had been seized in international raids, the Shenzhen court found Wednesday that the suspects on trial there had sold less than $200,000 worth of counterfeit products overseas.

It is unclear whether others pocketed much greater sums or whether many more ringleaders are still at large.

Those convicted had access to one of the biggest Chinese disk manufacturing companies — in Shenzhen — through the use of phony licenses, court papers said.

The counterfeit Microsoft software was produced using manufacturing equipment that costs millions of dollars, investigators said, and appeared in English, German, Italian, Korean, Spanish and other languages. The Chinese government found warehouses filled with molding machines, gilding machines, sealing machines and air compressors.

# ...usic died for owners of Zune

...e way the device handles a ... " Apparently the Zune had ... cting 2008 to have 365 days.

...for the glitch? Patience. The ... aid the internal clocks on the ... ers expected to reset them... a.m. on the East Coast of the ... ites on Thursday. Microsoft ... ne owners to drain the batter... en turn the players back on ... time. Those who had been ... provide the soundtrack to ... s Eve parties were out of luck. ...une owners, like Geoffry ... 53-year-old entrepreneur in ... , were frustrated by the ...

...xcusable," Houze said. "It's ... that Microsoft wouldn't

have been aware of something like this. They're fortunate the problem will resolve itself. They dodged a very large truck here."

Microsoft has had trouble getting traction for the Zune against the iPod, from Apple, which dominates the portable player market. It says North American sales of all Zune devices topped three million units in November, but it would not say how many were 30-gigabyte models.

The end-of-year timing led some Zune owners to call the problem "Z2K9." To some it offered a quick reminder of how full daily life is of highly complex systems that sometimes behave in unpredictable ways.

"Sure, a Zune breaks and no one cares. No one is really affected," said

Peter Neumann, a security expert and principal scientist at SRI International, a nonprofit research institute in Menlo Park, California. "But if this were to happen on a much larger scale, in a life-critical situation like with a defense system or even a shuttle system, it would be a serious problem."

Another big Microsoft venture into hardware, the Xbox 360 video gaming console, has had its own share of breakdowns, the result of a manufacturing flaw. The company has offered to fix faulty machines free of charge, and it set aside a reported $1.1 billion for the repairs.

Zune fans are hoping that the player will not be quite as troublesome.

Microsoft plans to release an update for the player's internal software.

# MARKETS WITH REUTERS

## BREAKINGVIEWS.COM

## ...t countries ...'d be losers

...huge policy mistakes, the ...wnturn will not rival the ...ression, when U.S. gross ...roduct dropped by 27 ...d the unemployment rate ... percent. Even the worst ... do not expect a GDP ... double-digit percentage ... r there is a chance of a sort ...epression — which could ...ulti-decade decline in living ... in rich countries.

... between developing and ... world living standards is ... GDP per person in the ...tes is 4.6 times as high as the ...age.

...alization — in trade, ...ations and knowledge — is ... the difference. Both poor ...ave gotten richer, though the ... got richer faster.

...uld change. The growth of ...ight start to come at the ... f the rich.

... that income gap of 4.6 ...es in the next 15 years while ... GDP keeps growing at the ... it did between 1960 and ... 6 percent. If that happens, ...pita GDP will ...ically be 27 percent lower in ...an 2007 — the same fall as in ... Depression, just spread out ... more years.

...untries can actually get ...e average Argentine was 9 ...oorer in 1945 than in 1929. It ... e doses of wasteful ...nomic policy to get that ... the current rich-country ... f huge government deficits ...terest rates are not growth-... ver the long term.

... reversed quickly, this mix ...ad to larger governments, ...ne budget deficits and — ... debts cannot be paid off — ...ly dangerous inflation. ...olicies could make a bad ...worse. In the United States ... wealthy countries, the result ... downward-sloping saw-... attern of output, in which ...ery is feebler than the ... downturn.

...nds, the poor are closely tied ... so China and its peers are ...rom the troubles in their big ...rkets. That could change. ... poorer countries learn to rely ...-value exports. Instead, they ...te a self-sustaining upward ...seful investments, improved ...ity and rising incomes. Such a ...g would be highly advisable if ...ries turned to the economic ... of self-harming behavior.

Even if the rich get one-third poorer, they will be much richer than their ancestors were in 1929, before the Great Depression started. But the psychological effect of losing income for so many years could be just as great. Talk about depressing.

— *Martin Hutchinson*

## *Credit Suisse drops problem*

Credit Suisse has found a new home for its perennial problem child. The Swiss bank is offloading the bulk of its non-Swiss fund management business — which guards about $58 billion in assets — to Aberdeen Asset Management of Britain, in an all-stock deal. The timing of the agreement, announced just before the end of the year, is neat.

But otherwise the deal is messy. The Swiss bank clearly wanted a fix for this drag on performance.

Asset management has been a headache for Credit Suisse, with high costs, poor investment performance and management walkouts. So it makes sense to carve it out and sell to a dedicated asset manager with more time to devote to fixing it.

But Credit Suisse's short patience is writ large in the terms of the deal.

Aberdeen is snapping up the fund-management business for just 0.6 percent of the value of its total assets — a shade more than it paid for Deutsche Bank's asset management business in 2005. If Aberdeen can apply a 30 percent margin on the $171 million in revenues it hopes to get this year, it would make an after-tax profit of about $41 million — a generous return on its investment of 11 percent.

Moreover, Credit Suisse has not achieved a clean break. It has swapped the business for as much as $363 million worth of shares in Aberdeen. That is small enough not to have much strategic value, and big enough to be inconvenient. The Swiss bank has to retain its shares for at least a year, but after that it is not clear it has an exit plan. An outright sale for cash would have been preferable.

Aberdeen gets an insurance policy, too. The price goes down if revenues fall over the next six months. If revenue halves, it can walk away. That extraordinary concession is a pretty clear indication of how much Credit Suisse wanted a deal — even one as imperfect as this.

— *John Foley*

breakingviews.com

*For more independent commentary and analysis, visit www.breakingviews.com.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT F

**The New York Times**

The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

SEC 3 PG. 2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of

## CERTIFICATION OF PUBLICATION

JAN 0 2 2009 20__

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

JAN 0 2 2009 20__

Alice Weber

Approved:
Mario Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

**NOTICE IS HEREBY GIVEN** that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

**NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

**NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

**NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be postéd at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

GMAC in seeking to restructure the debt-fueled buyouts of the last two years.

"These companies had the bad luck to add sizable amounts of leverage at the peak of the cycle," said Christopher Garman, chief executive officer of Garman Research in Orinda, Calif.

LyondellBasell's $615 million of 8.375 percent notes due in 2015 were last quoted at 7 cents on the dollar, according to Trace, the bond-price system of the Financial Industry Regulatory Authority. The $225 million of 9.8 percent notes due in 2020 were priced at 25 cents on the dollar, Trace data showed.

The chemicals maker hired Kevin McShea of the turnaround specialist Alix Partners to oversee any restructuring, according to the Securities and Exchange Commission filing. Ms. Moore said Mr. McShea's appointment is not effective unless the company files for bankruptcy.

The company said its Lyondell Chemicals Company unit asked a finance affiliate of the Access Group, Mr. Blavatnik's private equity firm, to extend it credit as part of a March loan agreement, but was denied. Lyondell said it disagreed with the basis for the denial.

LyondellBasell is in "selective default" after postponing $280 million of interest payments and faces a "rapidly weakening liquidity position" with $26 billion of debt, Standard & Poor's analysts, led by Tobias Mock in Frankfurt, wrote in a report this week. The company said it is "not currently in default according to its agreements with its lenders."

The company was formed in the 2007 acquisition of the Lyondell Chemical Company by Basell, a takeover that created one of the world's biggest plastics makers just as the auto industry was beginning its longest sales decline in 17 years.

**Rise and shine.**

**Get The Times delivered to your home for less than $1 a day.***

Call 1-800-392-1006 or visit nytimes.com/specialoffer.

The New York Times

C
Condé Nast ... B3
Credit Suisse ... B4

D
Disinformation ... C6

E
Echo Library ... C36

H
Hastings House ... C34

K
Knitting Factory Entertainment ... C1

N
Nucor ... A1

P
PBS ... C6
Publicis Groupe ... B3

S
Scribner ... C8

U
United States Steel ...

V
Viacom ... B3

W
WPP Group ... B3

Y
Yale University Press ... C34

The New York Times STORE

**THE GLORY YEARS IN THE BRONX**

**Commemorate the Stadium's Final Season**

The New York Yankees have won more world championships than any other team in sports history. Every championship is now captured in a special framed commemorative, "World Champions, 26 Times," available only through The New York Times Store.

This handsome keepsake displays the triumphant World Series news as presented in The Times. Reprints of the actual pages, starting with the Babe Ruth era and continuing through 2000, surround two unique souvenirs: a limited-edition 24kt gold overlay final season coin and a capsule of dirt from the stadium.

"World Champions, 26 Times" comes with a black wood frame (24" x 26"), gray mat and plexiglass.

$199 NSAP1839

TO ORDER: visit our Web site or call (800) 671-4332.

The New York Times
nytimes.com/store

# EXHIBIT G

**The Wall Street Journal**

STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in THE WALL STREET JOURNAL (Global) for one insertion(s) on the following date(s): January 2, 2009; advertiser Securities Investor Protection Corporation and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Sworn to before me this

16th day of January 2009

Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

THE WALL STREET JOURNAL. FRIDAY - SUNDAY, JANUARY 2 - 4, 2009 15

# THE MART

PUBLIC NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

**NOTICE IS HEREBY GIVEN** that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

**NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

**NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111; attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

**NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT H

**The Financial Times**

# AFFIDAVITS

**IN THE MATTER OF:** ALIX PARTNERS

**STATE OF NEW YORK:** |

**ss:** |

**COUNTY OF NEW YORK:** |

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the

**2nd day of January 2009**

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
**Notary Public, State of New York**
No [illegible]
**Qualified in New York County**
**Commission Expires** ...... 11/1/10

LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM

PUBLIC NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

:IE WALL STREET JOURNAL. FRIDAY - SUNDAY, JANUARY 2 - 4, 2009 27

# THE MART

PUBLIC NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adversary Proceeding No. 08-01789-BRL |

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Pakistani officials hailed the latest steps as helping to avoid conflict.

But India kept up its pressure on Pakistan to crack down on militants, saying "tangible" progress had yet to be achieved. Pranab Mukherjee, India's foreign minister, said the US had shared evidence with Pakistan about the Mumbai attacks and insisted again that Islamabad hand over suspects for trial.

Five members of the US FBI on Wednesday visited a remote village in central Pakistan reported to be the home of Ajmal Kasab, the lone gunman captured during the Mumbai attacks.

Reports this week said Abrar Shah, a leading member of Lashkar-e-Taiba detained by Pakistan, had confessed that the group planned the attacks in Mumbai.

Pakistani legal experts, however, warned that such a confession had questionable value when police in Pakistan often used torture. Tafazul Rizvi, a respected lawyer, said: "Even an elephant will confess to being a deer if told to do so during a police interrogation."

Separately, at least three blasts rocked Guwahati, capital of India's north-eastern Assam state, last night with police saying at least five people were killed and 26 wounded.

Mitch McConnell (centre) with senators-elect Jim Risch (left) and Mike Johanns. 'As of right now, Americans are left with more questions than answers,' Mr McConnell said Getty

# Republicans threaten to delay stimulus

News analysis

**The party has made it clear there will be no rubber stamp for Obama's legislation, writes Andrew Ward**

Members of Congress are poised to resume negotiations over Barack Obama's proposed fiscal stimulus today, amid Republican warnings against hasty legislation laden with wasteful spending.

The president-elect wants Congress to have a bill ready to sign soon after he takes office on January 20, but Republicans are threatening to delay the process.

Mr Obama's advisers have proposed a $675bn-$775bn (€480bn-€552bn, £466bn-£535bn) stimulus to shore up the economy, with the price likely to rise above $800bn after additions from congressional Democrats.

But Republican leaders this week made clear there would be no rubber stamp approval, warning that the bill faced "tough scrutiny and oversight".

"Taxpayers are in no mood to have a single dollar wasted," said Mitch McConnell, Republican leader in the Senate.

The Obama administration will need support from some Republicans to pass the bill because the Democrats fell narrowly short of a filibuster-proof Senate majority in November's election.

Many Republicans on Capitol Hill have cautiously accepted the need for stimulus measures to avoid a deeper economic crisis, creating the potential for bipartisan agreement. But Mr McConnell said his party would act as a watchdog against excess, raising the prospect of conflict over the scale and contents of the package.

The Kentucky senator urged hearings on the stimulus and at least a week to review the legislation before a vote, casting doubt on the fast-track approval mooted by Democratic leaders. "As of right now, Americans are left with more questions than answers about this unprecedented government spending," he said. "I believe the taxpayers deserve to know a lot more about where it will be spent before we consider passing it."

Mr McConnell said Republicans would push for "the right mix of tax relief and other measures", signalling his hope to place greater emphasis on tax cuts rather than spending.

In addition to tax cuts for the middle class, Mr Obama's plan would also include aid to cash-strapped state governments and massive investment in infrastructure, school construction, energy efficiency, broadband access and healthcare technology.

Republicans face a dilemma over how aggressively to challenge the proposals, given the risk of being blamed for stifling economic recovery. But this week's strongly worded statements by Mr McConnell and others suggest that the party is bristling for a fight.

> 'Taxpayers are in no mood to have a single dollar wasted'
>
> Mitch McConnell, Senate minority leader

"We should have a simple test: will the yet-unwritten, reportedly trillion-dollar spending bill really create jobs and grow the economy – or will it simply create more government spending, more bureaucrats and deeper deficits?" said Mr McConnell.

As Senate minority leader, Mr McConnell will become the most powerful Republican in Washington after President George W. Bush leaves office, at a time when the party is struggling to agree a new direction.

Many Republicans are eager to reassert the party's fiscal conservative principles, which were tarnished by the Bush administration's heavy deficit spending even before recent bail-outs for the financial and car sectors.

As state and local governments line up for a slice of the stimulus, Republicans have seized on questionable funding requests to highlight the risk of waste and fraud. Among them: $4.8m for a polar bear exhibit in Rhode Island, a $1.5m water park ride in Miami, and $9m for snowmaking at a ski resort in Minnesota.

Mr Obama has warned against special interest spending, insisting the stimulus must remain focused on projects that create the most jobs. He has already started reaching across the aisle with phone calls to moderate Republican senators such as Olympia Snowe of Maine. She subsequently praised the president-elect for his "collaborative" approach.

The next few weeks will provide the first big test of Mr Obama's election pledge to break the partisan gridlock in Washington – and of Mr McConnell's ability to impose discipline on the Republican caucus.

www.ft.com/obama

# :volution party not over

before 3,000 people led by President Raúl Castro in eastern Santiago de Cuba, where the revolution began.

A phone survey found people across the land managed to obtain the pork, rice, beans and yucca for the traditional family dinner on New Year's eve, in spite of recent hurricanes that seriously damaged agriculture. Havana's streets were all but deserted for the 21 gun salute to the new year from the old Spanish fort overlooking the city.

People said there was plenty of talk at the dinner table about the future. The Castro era is coming to an end, a new administration is taking over in Washington and President Raúl Castro said a few days ago that "structural and conceptual changes" were on the agenda of a Communist Party Congress due in late 2009. When Fidel Castro took Santiago 50 years ago he followed up his speech by leading a ragtag caravan of guerrillas on a week-long sojourn across the island. He made a spectacular entry into Havana on January 8, where he spoke at a military garrison now turned into a complex of schools called "Liberty City".

> Raúl Castro said 'structural and conceptual changes' were on Communist agenda

The government said exemplary citizens would copy the caravan's route beginning on Friday and end at Liberty City on Thursday.

Foreign leaders, noticeably absent from yesterday's event – such as allies Hugo Chávez of Venezuela and Bolivia's Evo Morales – may well attend the final act, a local Communist party official said.

Those who hope to see Fidel Castro, 82, one more time speculated that he might appear. The former president has not been seen in public since intestinal surgery in July 2006.

# ›onent of S African regime

ment, which ultimately became the Progressive Federal party, in 1968.

She was the sole representative for the PFP between 1961 and 1974, as well as for many years the only woman in the legislature, becoming known as a skilful parliamentarian.

Year after year she delivered dozens of parliamentary speeches on a wide range of issues, and cleverly used parliamentary questions, bringing to light information that would otherwise have remained hidden.

She took a special interest in prison conditions, being dubbed "Our Lady of the Prisons" by Breyten Breytenbach, the Afrikaans poet, apartheid opponent and political prisoner, and was one of the very few people permitted to visit former president Nelson Mandela during his imprisonment on Robben Island.

In his autobiography, Mr Mandela writes: "It was an odd and wonderful sight to see this courageous woman peering into our cells and strolling around our courtyard." After the end of apartheid (and Ms Suzman's own retirement from parliament in 1989) her relationship with Mr Mandela – who is one year her junior – was warm.

But her dealings with Mr Mandela's African National Congress were not always cordial. During the apartheid years Ms Suzman had opposed the ANC's use of violence and the call for international sanctions against South Africa.

When Thabo Mbeki took over the presidency from Mr Mandela in 1999, he found her a staunch critic of his bizarre policy on HIV and Aids and so-called "quiet diplomacy" towards President Robert Mugabe in Zimbabwe.

Ms Suzman was also forthright in pointing out the shortcomings of the black empowerment policies championed by Mr Mbeki, arguing that these had simply benefited a handful of politically connected individuals and that more needed to be done to develop the skills of the majority black population.

But it will be for her brave opposition to apartheid that Ms Suzman will be remembered. She was awarded more than 20 honorary doctorates from international institutions, received the United Nations award of the International League for Human Rights, was made Dame of the British Empire, and was twice nominated for the Nobel Peace prize.

Suzman holds hands with Mandela in 1990 AP

Richard Lapper

**Legal Notices**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC