David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I caused true copies of the Affidavit of Publication to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated: February 2, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ David J. Sheehan*
　　　　　　　　　　　　　　　　　　　　　David J. Sheehan (DS 4818)
　　　　　　　　　　　　　　　　　　　　　Douglas E. Spelfogel (DS 7097)
　　　　　　　　　　　　　　　　　　　　　Richard J. Bernard (RB 6371)
　　　　　　　　　　　　　　　　　　　　　BAKER & HOSTETLER LLP
　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 589-4200
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 589-4201

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Esq.,*
　　　　　　　　　　　　　　　　　　　　　*Trustee for the SIPA Liquidation of*
　　　　　　　　　　　　　　　　　　　　　*Bernard L. Madoff Investment Securities LLC*

Schedule A

<u>Via Overnight Mail</u>:

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

Craig Kugel
c/o William Gogel, Esq.
321 Broadway – 2nd Floor
New York, NY 10007

<u>Via U.S. First Class Mail</u>

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

<u>Via Email</u>:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

Lewis Liman - lliman@cgsh.com

- 3 -

Andrew Kosloff – <u>andrew.r.kosloff@chase.com</u>