UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                              Chapter 11

BeerCo Limited LLC                                                       Case No. 18-10150 (JLG)
d/b/a BeerCo Restaurant LLC
d/b/a Belgian Beer Café,

                                            Debtor.
------------------------------------------------------------x

## STIPULATION OF ADJOURNMENT

It is hereby stipulated and agreed that Debtor's motion to extend exclusivity (ECF #36), Debtor's motion for contempt against the Landlord (ECF #52), and the case status conference in the above captioned case scheduled to be heard on August 30, 2018 have been adjourned on consent to August 22, 2018 at 10:00 a.m., when they will be held before the Honorable James L. Garrity, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 601, One Bowling Green, New York, New York 10004. The deadline for the Landlord to serve any responsive papers is hereby modified from August 23, 2018 to August 21, 2018 at 12:00 noon.

Dated: New York, New York
            August 13, 2018

| | |
|---|---|
| Goldberg Weprin Finkel Goldstein LLP | Kossoff, PLLC |
| *Attorneys for the Debtor* | *Attorneys for the Landlord* |
| 1501 Broadway, 22nd Floor | 217 Broadway, Suite 401 |
| New York, New York 10036 | New York, New York 10036 |
| | |
| By:   /s/ Kevin J. Nash, Esq. | By:   Joseph Goldsmith, Esq. |

So Ordered this __ day of August, 2018

_____
Hon. James L. Garrity, Jr.