David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Appellant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 2, 2009, I caused true copies of the **Trustee's Motion for Authority to Retain Special Counsel *Nunc Pro Tunc* as of January 15, 2009** to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated:  February 2, 2009 Respectfully submitted,

*/s/ David J. Sheehan*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

Via Overnight Mail:

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Via Email:

Alistaire Bambach – bombacha@sec.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org