JOSEPHINE WANG
General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2207
Telephone: (202) 371-8300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adversary No. 08-01789<br><br>**MOTION FOR ADMISSION TO PRACTICE,**<br>***PRO HAC VICE*** |

I, Josephine Wang, a member in good standing of the Bar of the District of Columbia and of the Bar of the United States District Court for the District of Columbia, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding.

Josephine Wang
General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: jwang@sipc.org

   The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: February 3, 2009
Washington, D.C.

                Respectfully submitted,

                Josephine Wang
                General Counsel
                Securities Investor Protection Corporation
                805 15th Street, N.W., Suite 800
                Washington, D.C. 20005
                Telephone: (202) 371-8300
                Fax: (202) 371-6728
                Email: jwang@sipc.org