UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adversary No. 08-01789<br><br>**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE* |

Josephine Wang, a member in good standing of the Bar of the District of Columbia and of the Bar of the United States District Court for the District of Columbia, having requested admission, *pro hac vice*, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding, it is

**ORDERED,**

that Josephine Wang, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February _____, 2009
New York, N.Y.

_____
UNITED STATES BANKRUPTCY JUDGE