HEMANT SHARMA
Assistant General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2207
Telephone: (202) 371-8300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adversary No. 08-01789<br><br>**MOTION FOR ADMISSION TO PRACTICE,**<br>***PRO HAC VICE*** |

I, Hemant Sharma, a member in good standing of the State Bar of California, of the New York State Bar, and of the Bar of the United States District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding.

Hemant Sharma
Assistant General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: hsharma@sipc.org

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: February 3, 2009
Washington, D.C.

                                        Respectfully submitted,

                                        Hemant Sharma
                                        Assistant General Counsel
                                        Securities Investor Protection Corporation
                                        805 15th Street, N.W., Suite 800
                                        Washington, D.C.  20005
                                        Telephone: (202) 371-8300
                                        Fax: (202) 371-6728
                                        Email: hsharma@sipc.org