UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>  Defendant. | Adversary No. 08-01789<br><br>**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*** |

Hemant Sharma, a member in good standing of the State Bar of California, of the New York State Bar, and of the Bar of the United States District Court for the Central District of California, having requested admission, *pro hac vice*, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding, it is

**ORDERED,**

that Hemant Sharma, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February _____, 2009
New York, N.Y.

_____
UNITED STATES BANKRUPTCY JUDGE