UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-1789 (BRL)
CORPORATION,
: SIPA Liquidation
        Plaintiff, :

        -against- :

BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC,
:
        Defendant.
------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:   February 3, 2009
         New York, New York

                                      Respectfully submitted,

                                      /s / Alissa M. Nann (AN-4664)
                                      **BAKER & HOSTETLER LLP**
                                      45 Rockefeller Plaza
                                      New York, New York  10111
                                      Tel: 212.589.4200
                                      Fax: 212.589.4201
                                      anann@bakerlaw.com