UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | |
| -against- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Securities Investor Protection Corporation in the above-referenced adversary proceeding. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: February 3, 2009
New York, New York

                Respectfully submitted,

                /s / Kevin H. Bell (KB-2260))
                **SECURITIES INVESTOR PROTECTION CORPORATION**
                Senior Associate General Counsel for Dispute Resolution
                805 Fifteenth Street N.W.
                Suite 800
                Washington, D.C. 20005-2207
                Tel: 202 371-8300
                Fax: 202 371-6728
                kbell@sipc.org