# NEW YORK
## Motor Vehicle Lease Agreement
DEAL# 32627

*The First Class Lease®*

### Dates
The date of this lease is **10/27/06**
The scheduled term of this lease is **39** months ("Lease Term").
The scheduled date this lease ends is **01/27/10** ("Lease End").

### Parties
**Lessor (Dealer):** SILVER STAR AUTO RESOURCE LLC
**Address:** 36-11 NORTHERN BLVD.
L.I.C., NY 11101

**Lessee:** BERNARD L MADOFF INV SECURITIES LLC
885 THIRD AVE
**Lessee's Billing Address:** NEW YORK NY 10022-4834  NEW YORK

### Type of Lease
[X] Standard Lease  [ ] Single Payment Lease

### Vehicle Information
VIN: WDDNG71XX7A094596
[X] New  [ ] Pre-owned
Year: 2007  Make: Mercedes  Model: S550V  Body Style: 4DR  Odometer reading: 25

### Optional Factory Equipment
[ ] CD Player  [ ] Telephone  [ ] Other

### Primary Intended Use
[ ] Personal  [X] Business, Commercial, or Agricultural Purposes

## Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payment) | 4. Total of Payments |
|---|---|---|---|
| $2641.28 | Your first Monthly Payment of $1567.20 is due on 10/27/06, followed by 38 payments of $1567.20 due on the 26TH of each month. The total of your Monthly Payments is $61120.80 | a. Vehicle Turn-In Fee (if you do not purchase the vehicle) $595.00<br>b. N/A $N/A<br>c. Total $595.00 | $62789.88 |

### 5. Itemization of Amount Due at Lease Signing or Delivery:
a. Amount Due at Lease Signing or Delivery:
1. First Total Monthly Payment (includes sales/use taxes) $1567.20
2. Capitalized Cost Reduction +$0.00
3. Acquisition Fee (if not capitalized) +$795.00
4. Sales/Use Taxes +$66.58
5. Refundable Security Deposit +$N/A
6. Title Fees +$N/A
7. License Fees +$N/A
8. Registration Fees +$145.00
9. Waste Tire Recycling Fee +$12.50
10. DOC/FUEL FEE +$45.00
11. INSPECTION FEE +$10.00
12. +$N/A
13. Total =$2641.28

b. How the Amount Due at Lease Signing or Delivery will be paid:
1. Net Trade-In Allowance $N/A
2. Rebates and noncash credits +$N/A
3. Amount to be paid in cash +$2641.28
4. N/A +$N/A
5. Total =$2641.28

### 6. Your monthly payment is determined as shown below:
a. Gross Capitalized Cost: $93481.06 (vehicle $88425.00)
b. Capitalized Cost Reduction: -$0.00
c. Adjusted Capitalized Cost: =$93481.06
d. Residual Value: -$54255.00
e. Depreciation and any amortized amounts: =$39226.06
f. Rent Charge: +$21894.74
g. Total of Base Monthly Payments: =$61120.80
h. Lease Payments: number of payments ÷39
i. Base Monthly Payment =$1567.20
j. Monthly Sales/Use Taxes +$N/A
k. N/A +$N/A
l. Total Monthly Payment =$1567.20

### 7. Early Termination.
### 8. Excessive Wear and Use. ... $.25 per mile. 39,000 miles (Mileage Allowance)
### 9. Purchase Option at End of Lease Term. Purchase Option Fee of $150.00, plus a processing fee of $N/A, plus all official fees and taxes. $54255.00
### 10. Other Important Terms.

### 11. Itemization of Gross Capitalized Cost
a. Price of Vehicle $88425.00
b. Approved Dealer Installed Equipment $N/A
c. Service Contract $N/A
d. Extended Warranty $N/A
e. Credit Life and/or Credit Disability Premium $N/A
f. Current Year Taxes, Title, Licenses, Registration $N/A
g. Acquisition Fee $N/A
h. Sales/Use Taxes $5056.06
i. Other tax (describe) $N/A
j. $N/A
k. $N/A
l. $N/A
m. Total Gross Capitalized Cost $93481.06

### 12. Estimated Official Fees and Taxes
Total estimated amount... $5557.64

### 13. Mileage Allowance
...greater than 39,000 "Base Mileage Amount"... $.20 per mile

### 14. Missing Records
...amount of $500.00

### 15. New and Pre-owned Vehicle Warranty

### 16. Optional Insurance and Other Products
Credit Life Provider: N/A
Initial Coverage $N/A  Prem. $N/A
Credit Disability Provider: N/A
Maximum Mo. Benefit $N/A  Prem. $N/A
Service Agreement Provider: N/A
Coverage is for N/A months or N/A, whichever happens first.
Premium or charge $N/A
Extended Warranty Provider: N/A
Coverage is for N/A months or N/A miles, whichever happens first.
Premium or charge $N/A

### 17. Additional Disclosures Required by New York Law.
Capitalized Cost $93481.06
Adjusted Capitalized Cost $93481.06
Estimated Residual Value $54255.00

## Notices/Signatures

**WARNING:** Important consumer protections may not apply if this agreement indicates that you are leasing the vehicle primarily for agricultural, business or commercial use.

**NOTICE TO LESSEE:** (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT WHEN YOU SIGN IT.

**LESSEE**
X _Peter Madoff_  By: CEO
Driver's license number/State: 365 318 302 NY

### GUARANTY
X _Peter Madoff_  Guarantor
Print Name: PETER MADOFF
Address: 31 PHEASANT RUN, ROSLYN NY 11568

### INSURANCE VERIFICATION
Insurance Company: LIBERTY MUTUAL  Policy No: AS2 120192748036
Insurance Agent: CONNIE WASHINGTON  Phone: 2123917500
Address: 114 W 47TH ST 21 FL NEW YORK NY 10036

Mercedes-Benz Financial, PO BOX 1800, ROANOKE TX 76262

### LESSOR SIGNATURE AND ASSIGNMENT
X _____  Title: __MGR__

## Operation and Maintenance

### 18. Maintenance

You agree to maintain, service and repair the vehicle according to the manufacturer's recommendations and any applicable warranty. You will keep the vehicle in good operating condition and return the maintenance booklets with the vehicle. You agree to comply with all vehicle recall notices. You agree to pay for all operating costs including, but not limited to gas, oil, antifreeze, parking fees, inspection and certification fees, fines, towing, and replacement tires. Lessor will not provide maintenance services unless you agree at your option to buy a separate maintenance agreement.

### 19. Prohibited Uses of Vehicle

You agree not to use or allow anyone else to use the vehicle: (a) in a way that violates the law or the terms of your insurance policy or that causes cancellation or suspension of any applicable warranty; and (b) to transport goods or people for pay. You also agree not to take the vehicle outside the United States; however, you may take the vehicle to Canada or Mexico for 30 days or less.

In addition, you agree not to use or allow anyone else to use the vehicle for more than 30 days outside the state where you first registered it or recorded the title unless you first have our written consent.

You will not change or modify the vehicle's body or interior in any way unless you first get our written consent. If you add parts to the vehicle that cannot be removed without harming the vehicle's usefulness or value, you understand that these parts become our property. We may inspect the vehicle at any reasonable time.

**You will not assign or sublease any interest in the vehicle or this lease.** You will keep the vehicle and lease free from all liens.

You agree that you and anyone else that uses the vehicle are liable for any injury, death, or damage arising out of the use of the motor vehicle, and that we are not liable for any such injury, death or damage.

## Insurance

### 20. Vehicle Insurance

You agree to provide primary insurance coverage as indicated below during the lease and until the vehicle is returned: (a) liability insurance with limits of not less than $100,000 per person for bodily injury, $300,000 per accident for bodily injury and $50,000 per accident for property damage; (b) collision insurance for the actual value of vehicle and with a deductible no higher than $2,500; (c) comprehensive fire and theft insurance for the actual value of vehicle and with a deductible no higher than $2,500; and (d) uninsured motorist coverage as required by law in the state where the vehicle is registered. You may obtain insurance from an insurer of your choice which is reasonably acceptable to us. The insurance policy must name Assignee as additional insured and loss payee and you must provide us with a copy of your policy. If you carry excess or umbrella liability insurance, it will include our interest to the extent provided by law. The policy must require the insurance company to notify us at least 30 days in advance of any changes in coverage or cancellation. You will notify us and your insurance company within 24 hours after any damage, loss, theft, seizure, or impoundment of the vehicle. For claims arising under your insurance that concern physical damage to the vehicle, you appoint us your attorney-in-fact to initiate, settle or release the claim. You authorize us to cash or negotiate checks or drafts or other payments received from your insurance company and endorse your name on such items if you are a payee. You also give us a security interest in any money paid under your insurance.

**No physical damage or liability insurance coverage for bodily injury or property damage caused to others is included in this lease.**

### 21. Total Vehicle Loss/Gap Waiver

If the vehicle is subject to a total loss due to collision, destruction or theft, you will pay us the Gap Amount which is the difference between the Early Termination Liability and the insurance proceeds we receive based on the total loss. **We agree to waive the Gap Amount if you had the vehicle insurance required by this lease at the time of total loss, in which case you will pay to us the sum of:** (a) all unpaid amounts that are due or past due under this lease; **plus** (b) the amount of your insurance deductible; **plus** (c) any other amounts that were subtracted from the vehicle's actual cash value to determine the insurance proceeds we received for the total loss. If this is a single payment lease, you will receive a refund equal to your lease payment divided by your Lease Term (as shown on the front of this lease) times the number of months left in this lease at the time of the loss of the vehicle. If you do not have insurance on the vehicle or your insurance company denies part or all of your claim, you will be in default and will pay us the early termination liability set forth in section 24.

This subsection will not apply and you will be in default if you accept a cash value settlement from your insurance company without first receiving our consent and forwarding any such settlement to us.

## End of Lease

### 22. Purchase Option

If you purchase the vehicle at any time, you agree to re-register and re-title the vehicle in your name no later than 30 days from the time you purchase it. If you fail to do so, we reserve the right to cancel the registration.

a. **Scheduled Termination.** At the end of the scheduled Lease Term, you may purchase the vehicle "as is" for the amount set forth in section 9 on the front of this lease.

b. **Before Scheduled Termination.** At any time before the scheduled Lease End, you have an option to purchase the vehicle "as is" for the Early Purchase Option Price (described below).

1) **Standard Lease - Early Purchase Option Price.** If this is a Standard Lease as indicated on the front of the lease, the Early Purchase Option Price is the sum of: (a) any lease payments or other amounts due under the lease at the time of termination; (b) all fees and taxes assessed on or billed in connection with this lease or the vehicle; (c) an amount equal to the Vehicle Turn-In Fee on the front of this lease; (d) the Adjusted Lease Balance (explained below); and (e) 4% of the Adjusted Lease Balance.

The **Adjusted Lease Balance** is calculated by reducing the Adjusted Capitalized Cost each month, on each monthly payment due date, by the difference in the base monthly payment and the part of the rent charge earned in that month calculated on a constant yield basis.

2) **Single Payment Lease - Early Purchase Option Price.** If this is a Single Payment Lease as indicated on the front of this lease, the Early Purchase Option Price is: (a) any lease payments or other amounts due under the lease at the time of termination; **plus** (b) an amount equal to the Vehicle Turn-In-Fee on the front of this lease; **plus** (c) all fees and taxes assessed on or billed in connection with this lease or the vehicle; **plus** (d) the Residual Value printed on the front of this lease; **plus** (e) 4% of the Residual Value; **less** (f) the unearned rent charges you paid calculated on a constant yield basis.

### 23. Return of Vehicle

a. **Scheduled Termination.** If this lease is not terminated early and you do not purchase the vehicle, you will, at Lease End: (1) return the vehicle to us at the time and place we specify at your expense; (2) complete and sign odometer statement and, if not already signed, the vehicle condition report; (3) pay the following amounts: (a) any amount owed for excess wear and use (explained in section 23.a.2.); plus (b) all unpaid amounts that are due or past due under this lease; plus (c) the vehicle turn-in fee provided on the front of this lease; plus (d) any official fees and taxes related to the scheduled termination; plus (e) the Missing Records Fee in the amount provided on the front of this lease, if any maintenance booklets are not returned with the vehicle. You agree to cooperate in the completion of the condition report, which will be prepared close to or at Lease End.

DCFS TRUST
P O BOX 685
ROANOKE TX        76262

001213



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | LIENS Document No. |
|---|---|---|---|---|---|
| WDDNG71XX7A094596 | 2007 | ME/BE | S5F | 4DSD | 611778H |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4320 | GAS | 8 | NEW | VEHICLE | 1/04/07 |

Name and Address of Owner(s)

DCFS TRUST
P O BOX 685
ROANOKE TX        76262

ODOMETER READING: 00025
ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
US;BANK;AS;COLL;AGT
PO BOX 997539
SACRAMENTO CA   95899

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

MV-999 (7/03)

DEPARTMENT OF MOTOR VEHICLES