DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,
                    Plaintiff,
        v.

BERNARD L. MADOFF INVESTMENT            Case No. Ad. Pro. No. 08-01789 (BRL)
SECURITES LLC,                          SIPA Liquidation

                    Defendant.
_____

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, DCFS USA LLC successor in interest to DaimlerChrysler Financial Services Americas LLC,

having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and the Order Extending the Stay Against

All Creditors signed by Hon. Burton R. Lifland on January 5, 2009, authorizing relief from automatic stay

herein,

UPON reading and filing the Notice and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C.

Section 362(d)(1), dated February 3, 2009, together with the exhibits annexed thereto and due proof of service

thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been

interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of DCFS USA LLC successor in interest to DaimlerChrysler Financial Services

Americas LLC, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, DCFS USA LLC

successor in interest to DaimlerChrysler Financial Services Americas LLC, for Relief from Automatic Stay is

granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by

the defendant, above named, be, and the same hereby is, terminated in that it shall not apply to any action by

creditor, DCFS USA LLC successor in interest to DaimlerChrysler Financial Services Americas LLC, to

dispose of its property; namely, one (1) 2007 Mercedes S550V (V.I.N. WDDNG71XX7A094596); and it is

further

ORDERED, that all surplus monies, if any, obtained by DCFS USA LLC successor in interest to

DaimlerChrysler Financial Services Americas LLC after liquidation of the property and satisfaction of its debt,

shall be remitted to the Trustee.

DATED:        February ___, 2009
              New York, New York

                                        _____
                                        Hon. Burton R. Lifland
                                        United States Bankruptcy Judge
E N T E R:                              Southern District of New York        09.00541