DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,

    v.

BERNARD L. MADOFF INVESTMENT    Case No. Ad. Pro. No. 08-01789 (BRL)
SECURITES LLC,    SIPA Liquidation

    Defendant.
_____

## CERTIFICATE OF SERVICE

I, GEORGIA C. VISCONTI, certify that I am not less than eighteen (18) years of age; that service of the Notice of Motion, Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached Exhibits) and Affidavit of Fact was made on February 4, 2009.

Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Securities Investor Protection Corporation | Office of the U.S. Trustee |
| Attention: Kevin H. Bell | 33 Whitehall Street, 21st Floor |
| 805 15th Street, N.W. Suite 800 | New York, NY 10004-2112 |
| Washington, DC 20005-2215 | |
| | |
| Irving H. Picard, Esq. (Trustee) | |
| Baker & Hostetler, LLP | |
| 45 Rockefeller Plaza | |
| New York, NY 10111 | |

                        /s/ Martin A. Mooney
                        Georgia C. Visconti

09.00541