# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: mlopez | Date Created: 12/4/2013 |
| Case: 13−11571−alg | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

6113059    LA REDDOLA LESTER &ASSOC.    600 OLD COUNTRY RD    SUITE 224    GARDEN CITY, NY 11530

TOTAL: 1