**NEW YORK**
Motor Vehicle Lease Agreement    DEAL # 158154

Mercedes-Benz Financial
*The First Class Lease*

### Dates
The date of this lease is: 10/31/08
The scheduled term of this lease is: 36 months ("Lease Term").
The scheduled date this lease ends is: 11/01/11 ("Lease End").

### Parties
Lessor (Dealer): RALLYE MOTORS
Address: 1600 NORTHERN BLVD
ROSLYN, NY 11576-1101
Lessee: BERNARD L MADOFF INVESTMENT SECURITIES LLC
Lessee's Billing Address: 885 THIRD AVENUE
NEW YORK, NY 10022 NASSAU

### Type of Lease
[X] Standard Lease    [ ] Single Payment Lease

### Vehicle Information
[X] New   [ ] Pre-owned   VIN: WDDNG86X49A254361
Year: 2009   Make: Mercedes   Model: S550-4   Body Style: 4DSD   Odometer reading: 12

**Optional Factory Equipment**
[ ] CD Player    [ ] Telephone
[ ] Other (please specify)

**Primary Intended Use**
[X] Personal   [ ] Business, Commercial, or Agricultural Purposes

## Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery | 2. Monthly Payments | 3. Other Charges (not part of your Monthly Payment) | 4. Total of Payments |
|---|---|---|---|
| (Itemized below)* $ 2702.22 | Your first Monthly Payment of $ 1712.14 is due on 10/31/08, followed by 35 payments of $ 1712.14 due on the 1ST of each month. The total of your Monthly Payments is $ 61637.04 | a. Vehicle Turn-in Fee (if you do not purchase the vehicle) $ 595.00  b. N/A $ N/A  c. Total $ 595.00 | (The amount you will have paid by the end of the lease) $ 63222.12 |

### 5. Itemization of Amount Due at Lease Signing or Delivery
**a. Amount Due at Lease Signing or Delivery:**
1. First Total Monthly Payment (includes sales/use taxes) $ 1712.14
2. Capitalized Cost Reduction +$ 0.00
3. Acquisition Fee (if not capitalized) +$ 795.00
4. Sales/Use Taxes +$ 66.58
5. Refundable Security Deposit +$ N/A
6. Title Fees +$ N/A
7. License Fees +$ 61.00
8. Registration Fees +$ N/A
9. Waste Tire Recycling Fee +$ 12.50
10. Inspection & Gas +$ 10.00
11. DEALER FEE +$ 45.00
12. +$ N/A
13. Total =$ 2702.22

**b. How the Amount Due at Lease Signing or Delivery will be paid:**
1. Net Trade-in Allowance $ N/A
2. Rebates and noncash credits +$ N/A
3. Amount to be paid in cash +$ 2702.22
4. N/A +$ N/A
5. Total =$ 2702.22

### 6. Your monthly payment is determined as shown below:
a. Gross Capitalized Cost: $ 89102.87 (vehicle is $84000.00)
b. Capitalized Cost Reduction: -$ 0.00
c. Adjusted Capitalized Cost: =$ 89102.87
d. Residual Value: -$ 46221.70
e. Depreciation and any amortized amounts: =$ 42881.17
f. Rent Charge: +$ 18755.87
g. Total of Base Monthly Payments: =$ 61637.04
h. Lease Payments: number 36
i. Base Monthly Payment =$ 1712.14
j. Monthly Sales/Use Taxes +$ N/A
k. N/A +$ N/A
l. Total Monthly Payment =$ 1712.14

**7. Early Termination.** You may have to pay a substantial charge if you end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

**8. Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 45,000 miles (Mileage Allowance) for the term of this lease, at the rate of .25 per mile.

**9. Purchase Option at End of Lease Term.** You have an option to purchase the vehicle ("as is") at the end of the lease term for $ 46221.70, plus a Purchase Option Fee of $ 150.00, plus a processing fee of $ 150.00, plus all official fees and taxes. See the Purchase Option section on the back of this lease for more information.

**10. Other Important Terms.** See your lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

### 11. Itemization of Gross Capitalized Cost
a. Price of Vehicle $ 84000.00
b. Approved Dealer Installed Equipment $ N/A
c. Service Contract $ N/A
d. Extended Warranty $ N/A
e. Credit Life and/or Credit Disability Premium $ N/A
f. Current Year Taxes, Title, Licenses, Registration $ N/A
g. Acquisition Fee $ N/A
h. Sales/Use Taxes $ 5102.87
i. Other Tax (describe) $ N/A
j. $ N/A
k. $ N/A
l. $ N/A
m. Total Gross Capitalized Cost $ 89102.87

### 12. Estimated Official Fees and Taxes
The total estimated amount you will pay for official fees, license, title and registration fees, and taxes over the term of your lease, whether included with your Monthly Payment or assessed otherwise is $ 5382.45.

### 13. Mileage Allowance
If your Mileage Allowance in section 8 above is greater than 45,000 "Base Mileage Amount", you have chosen to purchase additional miles...

### 14. Missing Records
If you do not return the vehicle's maintenance booklets... amount of $ 500.00.

### 15. New and Pre-owned Vehicle Warranty
[ ] Remainder of standard new vehicle warranty from manufacturer
[ ] Pre-owned vehicle warranty from manufacturer
[ ] Pre-owned warranty from third-party provider

**We lease the vehicle to you "AS IS". EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, AND UNLESS PROHIBITED BY LAW, WE MAKE NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESS OR IMPLIED, AS TO THE VEHICLE'S (OR ANY PART OR ACCESSORY THEREOF) CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE, AND WE MAKE NO OTHER REPRESENTATION OR WARRANTY WHATSOEVER.**

### 16. Optional Insurance and Other Products
[ ] Credit Life Provider N/A
Initial Coverage $ N/A   Prem. $ N/A
Lessee/Co-Lessee Initials
[ ] Credit Disability Provider N/A
Maximum Mo. Benefit $ N/A   Prem. $ N/A
Lessee/Co-Lessee Initials
[ ] Service Agreement Provider N/A
Coverage is for N/A months or N/A miles, whichever happens first.
Premium or charge $ N/A   Lessee/Co Lessee Initials
[ ] Extended Warranty Provider N/A
Coverage is for N/A months N/A miles, whichever happens first.
Premium or charge $ N/A   Lessee/Co-Lessee Initials

### 17. Additional Disclosures Required by New York Law
Capitalized Cost $ 89102.87
Adjusted Capitalized Cost $ 89102.87
Estimated Residual Value $ 46221.70

**WARNING: Important consumer protections may not apply if this agreement indicates that you are leasing the vehicle primarily for agricultural, business or commercial use.**

### NOTICE TO LESSEE
(1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS AGREEMENT WHEN YOU SIGN IT.

### LESSEE
By signing below, you acknowledge that:
- This lease is completely filled out;
- You have read this entire lease carefully and agree to all of its terms, INCLUDING THE IMPORTANT ARBITRATION DISCLOSURES AND PRIVACY POLICY ON THE REVERSE SIDE;
- You have received a completed copy of this lease, and the Lessor may assign all right, title, and interest in this lease, vehicle and Guaranty to anyone.

**MOTOR VEHICLE LEASE AGREEMENT**
BERNARD L MADOFF INVESTMENT SECURITIES LLC
Title: Director
416 762 336 NY

### GUARANTY
The Guarantor(s) named below absolutely and unconditionally guarantee(s) payment of all amounts owed under this lease...

Guarantor: Carl Kugel
Print Name: Carl Kugel

### LESSOR SIGNATURE AND ASSIGNMENT
By signing below, the Lessor (or if Daimler Trust is Lessor, through its attorney in fact) accepts the terms and conditions of this lease...

### INSURANCE VERIFICATION
Lessor (or Dealer) has verified that the insurance coverage required by this lease is in force on the date of this lease...
Mercedes-Benz Financial, P.O. BOX 1800, ROANOKE TX 76262
Your insurance company: ONEBEACON MIDWEST   Policy No: 7120078389001
Your insurance agent: ONEBEACON MIDWEST   (516) 488-4747
MANHASSET NY

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION.**
THE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE ARE A PART OF THIS LEASE.

### AUTO-PAY DEBIT AUTHORIZATION
Upon acceptance by DCFS USA LLC, its successors and assigns ("Mercedes-Benz Financial"), of this authorization and a properly voided check, preprinted with all the account holder name(s) and address, Mercedes-Benz Financial is authorized by the account holder ("you" or "your") to initiate electronic debit entries or effect a charge by any other commercially accepted means...

Financial Institution Name:
Financial Institution Address:
Lessee's Name(s):
Name(s) on the Checking/Draft Account:
Checking/Draft Account Number:
Account Holder's Signature(s):
Date:

DAIMLER TRUST
PO BOX 685
ROANOKE TX          76262

008971



# CERTIFICATE OF TITLE

## NEW YORK STATE

www.nysdmv.com

* * LIENS * *

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WDDNG86X49A254361 | 2009 | ME/BE | S5A | 4DSD | 542616X |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4478 | GAS | 8 | NEW | VEHICLE | 12/05/08 |

Name and Address of Owner(s)

DAIMLER TRUST
PO BOX 685
ROANOKE TX          76262

ODOMETER READING:   00012
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.



Lienholder
DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO CA      95899

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

Lienholder
* ONE LIEN RECORDED *

VOID IF ALTERED

MV-999 (7/03)

DEPARTMENT OF MOTOR VEHICLES

84-001-0037 (10/07) REGM NY, ME

# DEALER LEASE WORKSHEET
# NEW YORK, MAINE - REGULATION M

**Mercedes-Benz Financial**

| DEALER NAME | CUSTOMER NAME |
|---|---|
| RALLYE MOTORS | BERNARD L MADOFF INVESTMENT SECURIT |
| SERIAL NUMBER | SOCIAL SECURITY NUMBER |
| WDDNG86X49A254361 | |

| YEAR | MODEL | LEASE DATE | LEASE TERM | BASE ANNUAL MILES |
|---|---|---|---|---|
| 2009 | S550-4 V4 | 10/31/2008 | 36 | 15000 |

## CAPITALIZED COST CALCULATION

| | |
|---|---|
| 1 Agreed Upon Value of the Vehicle | $ 84000.00 |
| 2 Other (explain) | $ + |
| 3 Prior Credit or Lease Balance (negative equity) | $ + |
| 4 Subtotal | $ = 84000.00 |
| 5 Acquisition Fee (if capitalized) | $ + |
| 6 Scheduled Maintenance Cost | $ + |
| 7 Additional Wear & Usage | $ + |
| 8 Subtotal | $ = 84000.00 |
| 9 (A) Capitalized Cost Reduction Trade | $ - |
| (B) Capitalized Cost Reduction Cash | $ - |
| 10 Subtotal (basis for lease payment calculation) | $ = 84000.00 |
| 11 Total Capitalized Sales Tax Due (calculation B) | $ + 5102.87 |
| 12 Adjusted Capitalization Cost (lines 10 + 11) | $ = 89102.87 |
| 13 Gross Capitalized Cost (lines 9 + 12) | $ = 89102.87 |

## LEASE PAYMENT CALCULATION

| | |
|---|---|
| 14 Residual Value (calculation A) | $ 46221.70 |
| 15 Depreciation (lines 10 - 14) | $ 37778.30 |
| 16 Money Factor | .00385 |
| 17 Add Lines 10 + 14 | $ 130221.70 |
| 18 Rent Charge (lines 16 x 17) x Term 36 | $ 18048.70 |
| 19 Total Base Monthly Payments (lines 15 + 18) Single Pay | $ 55827.00 |
| 20 Base Monthly Payment (line 19/Term) | $ 1550.75 |

## FOR USE ONLY IF TAXES ARE CAPITALIZED

| | |
|---|---|
| 21 Residual Value (calculation A) | $ 46221.70 |
| 22 Depreciation (lines 12 - 21) | $ 42881.17 |
| 23 Money Factor | .00385 |
| 24 Add Lines 12 + 21 | $ 135324.57 |
| 25 Rent Charge (lines 23 x 24) x Term 36 | $ 18755.87 |
| 26 Total of Base Monthly Payments (lines 22 + 25) Single Pay | $ 61637.04 |
| 27 Base Monthly Payment (line 26/Term) | $ 1712.14 |

## SETTLEMENT CALCULATION

| | |
|---|---|
| 28 Adjusted Capitalized Cost (line 12) | $ 89102.87 |
| 29 Other (explain) | $ + |
| 30 First Base Monthly Payment (line 20 or 27) Single Pay (line 19 or 26) | $ - 1712.14 |
| 31 Total Sales/Use Tax State (if MBF to pay) | $ |
| 32 Total Sales/Use Tax Local $ ____ Misc. $ ____ | $ - |
| 33 Acquisition Fee (if capitalized or paid at signing) | $ - |
| 34 Standard Lease Reserve Amount (calculation D) | $ 795.00 |
| 35 Wholesale Per Deal Bonus | $ 1296.13 |
| 36 Settlement Amount    EFT | $ = 87891.86 |

### F. Tax Codes

State _____ County _____ City _____
Sales Tax Exempt Code _____

*Note: Capitalized cost reductions & acquisition fees not capitalized may be subject to sales tax at the applicable rate to be paid at lease signing.*

Please contact your own counsel regarding the legal sufficiency of this job aid before you use it. DCFS USA LLC does not guaranty that this job aid complies with all current laws.

### A. Residual Value Calculation

| | |
|---|---|
| MSRP | 95630.00 |
| Residualized Options + | -1300.00 |
| Subtotal = | 94330.00 |
| Gas Guzzler Tax - | |
| Basis for Residual Value = | 94330.00 |
| Residual Value % x | 49.00% |
| Residual Value = | 46221.70 |
| Prepaid Mileage ($0.20 per mile) - | |
| Adjusted Residual Value (line 14 & 21) = | 46221.70 |

### B. Sales Tax Calculation

| | |
|---|---|
| Total of Base Monthly Payments (line 19) | 55827.00 |
| Add Cash Downpayment (line 9B) + | 55827.00 |
| Add Trade-in (line 9A - Maine Only) + | |
| Taxable Total = | |
| Sales Tax Rate x | 8.3750 |
| Sales Tax Due (if paid at lease signing) = | |
| Sales Tax Factor x | 1.09146 |
| Total Capitalized Sales Tax Due (line 11) = | 5102.87 |

### C. New York Sales Tax Factor = 1 / (1-Tax Rate)

| Sales Tax Rate % | Sales Tax Factor | Sales Tax Rate % | Sales Tax Factor |
|---|---|---|---|
| 7.00 % | 1.07527 | 8.125 % | 1.08844 |
| 7.375 % | 1.07962 | 8.25 % | 1.08992 |
| 7.50 % | 1.08108 | 8.375 % | 1.09141 |
| 7.75 % | 1.08401 | 8.50 % | 1.09290 |
| 7.875 % | 1.08548 | 8.625 % | 1.09439 |
| 8.00 % | 1.08696 | 9.50 % | 1.10497 |

| Maine Sales Tax Factor | 1.05 |
|---|---|

### D. Dealer Reserve Calculation

| | |
|---|---|
| Customer Money Factor | 0.00385 |
| Dealer Money Factor - | 0.00030 |
| Dealer Reserve Money Factor = | 0.00355 |
| Line 17 (Taxes paid at lease signing) | |
| or | |
| Line 24 (If taxes are capitalized) x | |
| Monthly Reserve = | |
| Term x | 36 |
| Total Reserve = | |
| Reserve Percentage x | |
| Reserve Due = | 1296.13 |

### E. Wholesale Per Deal Bonus

☐ Standard Rate      ☐ Wholesale Dealer
☐ Special Rate       ☐ Non-Wholesale Dealer

Per Deal Bonus = _____

### G. AETC Disclosure (New York Only)

Adjusted Cap Cost (line 12) _____
x 0.0400
AETC Disclosure = _____