DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,
              Plaintiff,
   v.

BERNARD L. MADOFF INVESTMENT         Case No. Ad. Pro. No. 08-01789 (BRL)
SECURITES LLC,                                     SIPA Liquidation

              Defendant.
_____

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

    Creditor, DCFS USA LLC subservicer for Daimler Trust, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and the Order Extending the Stay Against All Creditors signed by Hon. Burton R. Lifland on January 5, 2009, authorizing relief from automatic stay herein,

    UPON reading and filing the Notice and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated February 3, 2009, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

    NOW, on motion of DCFS USA LLC subservicer for Daimler Trust, by its counsel, Deily, Mooney & Glastetter, LLP, it is hereby

    ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, DCFS USA LLC subservicer for Daimler Trust, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the defendant, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, DCFS USA LLC subservicer for Daimler Trust, to dispose of its property; namely, one (1) 2009 Mercedes S550V4 (V.I.N. WDDNG86X49A254361); and it is further

ORDERED, that all surplus monies, if any, obtained by DCFS USA LLC subservicer for Daimler Trust after liquidation of the property and satisfaction of its debt, shall be remitted to the Trustee.

DATED:    February ___, 2009
          New York, New York

                                            _____
                                            Hon. Burton R. Lifland
                                            United States Bankruptcy Judge
E N T E R:                                  Southern District of New York          09.00544