DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION
CORPORATION,

    v.

BERNARD L. MADOFF INVESTMENT      Case No. Ad. Pro. No. 08-01789 (BRL)
SECURITES LLC,      SIPA Liquidation

        Defendant.
_____

## CERTIFICATE OF SERVICE

    I, GEORGIA C. VISCONTI, certify that I am not less than eighteen (18) years of age; that service of the Notice of Motion, Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached Exhibits) and Affidavit of Fact was made on February 4, 2009.

Mail Service:  Regular, first-class United States mail, postage fully pre-paid, addressed to:

    Securities Investor Protection Corporation    Office of the U.S. Trustee
    Attention: Kevin H. Bell    33 Whitehall Street, 21st Floor
    805 15th Street, N.W. Suite 800    New York, NY 10004-2112
    Washington, DC 20005-2215

    Irving H. Picard, Esq. (Trustee)
    Baker & Hostetler, LLP
    45 Rockefeller Plaza
    New York, NY 10111

        /s/ Georgia C. Visconti
        Georgia C. Visconti

09.00544