**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>CMG MORTGAGE, INC.,<br><br>                Defendant. | Adversary Proceeding<br>No. 16-01332 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>CTX MORTGAGE COMPANY, LLC,<br><br>                Defendant. | Adversary Proceeding<br>No. 16-01359 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br> - against -<br><br>EAGLE MORTGAGE HOLDINGS, LLC as successor by merger to EAGLE HOME MORTGAGE, INC.; and UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC<br><br>    Defendants. | Adversary Proceeding<br>No. 16-01383 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br><br> - against –<br><br>STANDARD PACIFIC MORTGAGE, INC.<br>f/k/a FAMILY LENDING SERVICES, INC.,<br><br>    Defendants. | Adversary Proceeding<br>No. 16-01002 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>    Plaintiff,<br> - against –<br><br>UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC<br><br>    Defendant. | Adversary Proceeding<br>No. 16-01297 (SCC) |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING NOTICE OF PRESENTMENT OF PROPOSED ORDER RELIEVING ROLLIN BRASWELL FISHER LLC, n/k/a FOX ROTHSCHILD LLP, AS CO-COUNSEL FOR LEHMAN BROTHERS HOLDINGS INC. AS TO CMG MORTGAGE, INC., CTX MORTGAGE COMPANY, LLC, EAGLE MORTGAGE HOLDINGS, LLC, STANDARD PACIFIC MORTGAGE, INC., AND UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated June 17, 2010 [Case No. 08-13555, ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned certifies as follows:

1.      On July 11, 2018, Lehman Brothers Holdings Inc. ("LBHI") filed the Notice of Presentment of Proposed Order Relieving Rollin Braswell Fisher LLC n/k/a Fox Rothschild LLP as co-counsel for Lehman Brothers Holdings Inc. as to CMG Mortgage, Inc. (16-01332, ECF No. 39), CTX Mortgage Company, LLC (16-01359, ECF No. 18), Eagle Mortgage Holdings, LLC (16-01383, ECF No. 28), Standard Pacific Mortgage, Inc. (16-01002, ECF No. 69), and Universal American Mortgage Company, LLC (16-01297, ECF No. 26); (16-01019, ECF No. 598) (the "Notice of Presentment") with the Court.

2.      Under the Second Amended Case Management Order, LBHI established a deadline for parties to object or file responses to the Notice of Presentment (the "Response Deadline"). The Response Deadline was set for July 23, 2018 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the Response Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3

3. The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Notice of Presentment have been (a) filed on the docket of the above-referenced case under the procedures in the Second Amended Case Management Order, or (b) served on counsel to LBHI.

4. LBHI respectfully requests that the proposed order granting the Notice of Presentment, annexed as Exhibit 1, which is unmodified since filing the Notice of Presentment, be entered under the procedures described in the Second Amended Case Management Order.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 25, 2018

Respectfully submitted,

By: *Michael A. Rollin*

Michael A. Rollin
Maritza Dominguez Braswell
Caleb Durling

FOX ROTHSCHILD LLP
1225 17th Street, Ste. 2200
Denver, CO 80202
Telephone: (303) 292-1200
Facsimile: (303) 292-1300

FOX ROTHSCHILD LLP
101 Park Avenue, Ste. 1700
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

- and –

William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Mara R. Lieber
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Plaintiff Lehman Brothers Holdings Inc.*