# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No.<br>08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>1ST ADVANTAGE MORTGAGE, L.L.C. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 16-01019 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>CMG MORTGAGE, INC.,<br><br>                Defendant. | Adversary Proceeding<br>No. 16-01332 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>                Plaintiff,<br>    - against -<br><br>CTX MORTGAGE COMPANY, LLC,<br><br>                Defendant. | Adversary Proceeding<br>No. 16-01359 (SCC) |

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br> - against -<br><br>EAGLE MORTGAGE HOLDINGS, LLC as successor by merger to EAGLE HOME MORTGAGE, INC.; and UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC<br>      Defendants. | Adversary Proceeding<br>No. 16-01383 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br><br> - against –<br><br>STANDARD PACIFIC MORTGAGE, INC.<br>f/k/a FAMILY LENDING SERVICES, INC.,<br><br>      Defendants. | Adversary Proceeding<br>No. 16-01002 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>      Plaintiff,<br> - against –<br><br>UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC<br>      Defendant. | Adversary Proceeding<br>No. 16-01297 (SCC) |

**[PROPOSED] ORDER RELIEVING ROLLIN BRASWELL FISHER LLC, n/k/a FOX ROTHSCHILD LLP, AS CO-COUNSEL FOR LEHMAN BROTHER HOLDINGS INC. AS TO CMG MORTGAGE, INC., CTX MORTGAGE COMPANY, EAGLE MORTGAGE HOLDINGS, LLC, STANDARD PACIFIC MORTGAGE, INC., AND UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC**

WHEREAS, on July 11, 2018, Rollin Braswell Fisher LLC, n/k/a Fox Rothschild LLP, submitted a Notice of Presentment with a Proposed Order relieving it as co-counsel for Lehman Brothers Holdings Inc. ("LBHI") as to CMG Mortgage, Inc. (16-01322), CTX Mortgage Company (16-01359), Eagle Mortgage Holdings, LLC (16-01383), Standard Pacific Mortgage (16-01002), Inc., and Universal American Mortgage Company, LLC (16-01297) (the "Actions");

WHEREAS, any party objecting to the Proposed Order was required to submit an objection by July 23, 2018;

WHEREAS, no party filed an objection to the Proposed Order and the time for an objection has passed.

IT IS HEREBY ORDERED that Rollin Braswell Fisher LLC, n/k/a Fox Rothschild LLP, is relieved as co-counsel for LBHI as to CMG Mortgage, Inc., CTX Mortgage Company, Eagle Mortgage Holdings, LLC, Standard Pacific Mortgage, Inc., and Universal American Mortgage Company, LLC in the Actions.

New York, New York  
Dated: July ___, 2018

_____  
HONORABLE SHELLEY C. CHAPMAN  
UNITED STATES BANKRUPTCY JUDGE

3