**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary No. 08-01789 |
| Plaintiff, | **ORDER GRANTING ADMISSION TO PRACTICE**, *PRO HAC VICE* |
| v. |  |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, |  |
| Defendant. |  |

Hemant Sharma, a member in good standing of the State Bar of California, of the New York State Bar, and of the Bar of the United States District Court for the Central District of California, having requested admission, *pro hac vice*, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding, it is

**ORDERED**,

that Hemant Sharma, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 4, 2009
       New York, New York

/s/Burton R. Lifland_____
UNITED STATES BANKRUPTCY JUDGE