**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary No. 08-01789 |
| Plaintiff, | **ORDER GRANTING ADMISSION TO PRACTICE**, *PRO HAC VICE* |
| v. |  |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, |  |
| Defendant. |  |

Josephine Wang, a member in good standing of the Bar of the District of Columbia and of the Bar of the United States District Court for the District of Columbia, having requested admission, *pro hac vice*, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding, it is

**ORDERED**,

that Josephine Wang, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 4, 2009
       New York, New York

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE