# **EXHIBIT B**

**Vendors**

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| 10K Wizard Technology LLC | PO Box 975302 | Dallas, TX 75397-5302 | |
| 41-38 39th Street | 41-41 38th Street | Long Island City, NY 11101 | |
| 41-41 38th Street LLC | 41-41 38th Street | Long Island City, NY 11101 | |
| Abraham B Goldner | Attorney At Law | 440 Park Ave South | New York, NY 10016 |
| Accu-Tech Corporation | PO Box 840781 | Dallas, TX 75284-0781 | |
| ADP | 400 Covina Boulevard | San Dimas, CA 91773-2976 | |
| ADP | PO Box 9001006 | Louisville, KY 40290-1006 | |
| ADP Brokerage Services | P O Box 23175 | Newark, NJ 07189 | |
| Advanta | PO box 8088 | Philadelphia, PA 19101-8088 | |
| Advanta Bank Corp | PO Box 8088 | Philadelphia, PA 19101-8088 | |
| Advantage International | 2570 Coral Landing Blvd | Suite 101 | Palm Harbor, FL 34684 |
| Agilent Technologies Inc | 4187 Collections Center Drive | Chicago, IL 60693 | |
| Albert L Maltz PC | 167 East 61st Street - 7A | New York, NY 10021 | |
| Albert Pearlman Inc | 60 E 42nd Street | New York, NY 10165-1041 | |
| Alberto Casanova | 821 Oak Harbour Drive | Juno Beach, FL 33408 | |
| AL-CON Locksmiths | 515 Madison Avenue | New York, NY 10022 | |
| Amagansett Flowers by Beth | PO Box 2656 | Amagansett, NY 11930 | |
| American Bar Association | Post Office Box 4745 | Carol Stream, IL 60197-4745 | |
| American Express | POBox 2855 | New York, NY 10116-2855 | |
| American Stock Exchange | Box 757510 | Philadelphia, PA 19175-7510 | |
| Anacomp | PO Box 30838 | Los Angeles, CA 90030-0838 | |
| Analytics Research LLC | PO Box 2532 | New York, NY 10021 | |
| Annabel's | 46 Charles Street | London, England W1X 7PB | United Kingdom |
| Archipelago Inc | 100 S Wacker Drive | Suite 2012 | Chicago, IL 60606 |
| ARIN | Accounting Department | 3635 Concorde Parkway Ste 200 | Chantilly, VA 20151 |
| AT&T | AT&T - PO Box 78425 | Phoenix, AZ 85062-8425 | |
| AT&T | P O Box 9001310 | LOUISVILLE, KY 40290-1310 | |
| AT&T | AT&T - PO Box 9001309 | Louisville, KY 40290-1309 | |
| AT&T | PO Box 105503 | Atlanta, GA 30348-5503 | |
| AT&T | PO Box 13146 | Newark, NJ 07101-5646 | |
| AT&T | PO Box 13148 | Newark, NJ 07101-5648 | |
| AT&T | PO Box 78152 | Phoenix, AZ 85062-8152 | |
| AT&T | PO Box 78158 | Phoenix, AZ 85062-8158 | |
| AT&T | PO Box 8100 | Aurora, IL 60507-8100 | |
| AT&T | PO Box 8206 | Fox Valley, IL 60572-8207 | |
| AT&T | PO Box 8212 | Aurora, IL 60572-8212 | |
| AT&T | PO Box 830120 | Baltimore, MD 21283-0120 | |
| AT&T | PO Box 9001307 | Louisville, KY 40290-1307 | |
| AT&T | PO Box 9001309 | Louisville, KY 40290-1309 | |
| AT&T | POBox 8221 | Aurora, IL 60572-8221 | |
| AT&T Mobility | PO Box 537104 | Atlanta, GA 30353-7104 | |
| AT&T Mobility | PO Box 538695 | Atlanta, GA 30353-8695 | |
| AT&T Mobility | PO Box 6463 | Carol Stream, IL 60197-6463 | |
| Atlantic Golf Club | P O Box 1890 | Scuttle Hole Road | Bridgehampton, NY 11932 |
| Atlantix Global Systems | PO Box 934034 | Atlanta, GA 31193-4034 | |
| Automated Securities Clearance | Ltd DBA Sungard Trading Sys | 7821 Collections Center Drive | Chicago, IL 60693 |
| Automated Trading Desk LLC | 11 eWall Street | Mount Pleasant, SC 29464 | |
| Avant Business Services | PO Box 5952 | Grand Central Station | New York, NY 10163-5952 |
| Avaya Financial Services | PO Box 93000 | Chicago, IL 60673-3000 | |
| Avaya Inc | PO Box 5332 | New York, NY 10087-5332 | |
| Barnes & Noble com | 76 Ninth Ave 9th Floor | Attn: Accounts Receivable | New York, NY 10011 |

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Barra | Dept 1875 | PO Box 61000 | San Francisco, CA 94161-1875 |
| BATS Trading Inc | 8050 Marshall Drive Suite 120 | Attn: Accounts Receivable | Lenexa, KS 66214-1585 |
| BDG Construction Corp | 300 Robbins Lane | Syosset, NY 11791 | |
| Beachcomber Resort | PO Box 348 | 727 Old Montauk Highway | Montauk, NY 11954 |
| BeCompliant Corp DBA ENCRYPTX | 580 Burbank Street | Suite 110 | Bloomfield, CO 80020 |
| BellSouth | PO Box 1262 | Charlotte, NC 28201-1262 | |
| Bingham McCutchen LLP | PO Box 3486 | Boston, MA 02241-3486 | |
| Bloomberg Finance LP | PO Box 30244 | Hartford, CT 06150-0244 | |
| Bloomberg LP | PO Box 30244 | Hartford, CT 06150 | |
| Blumenfeld Development Group | 300 Robbins Lane | Attn: Kerrie Dunn | Syosset, NY 11791 |
| BMW Financial Services | PO Box 9001065 | Louisville, KY 40290-1065 | |
| BNY ConvergEx Execution Solution | 1633 Broadway - 30th Floor | New York, NY 10019 | |
| Boca Raton Resort & Club | PO Box 404655 | Atlanta, GA 30384-4655 | |
| Bourse de Montreal | CP 61 800 | Square Victoria | Montreal, Quebec CANADA H4Z1A9 Canada |
| Breakers | 1 South County Road | Palm Beach, FL 33480 | |
| Broadridge Securities Processing Solutions | 2 Journal Square Plaza | Jersey City, NJ 07306-0817 | |
| Broadridge Securities Processing Solutions | PO Box 23175 | Newark, NJ 07189 | |
| Brother / International | PO Box 6911 | Bridgewater, NJ 08807 | |
| B-Trade Services LLC | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BunchBerries | 222 East 53rd Street | New York, NY 10022 | |
| CalAmp Solutions Unit I | PO Box 51920 | Los Angeles, CA 90051-6220 | |
| Calence LLC | PO Box 64231 | Phoenix, AZ 85082 | |
| Call One Inc | PO Box 9002 | Cape Canaveral, FL 32920 | |
| Cameron Systems Inc | PO Box 7742 | S-103 95 | Stockholm, Sweden Sweden |
| Campbells | PO Box 268 | Grand Cayman, KY1-1104 Cayman Islands | KY1-1104 Cayman Islands |
| CDW Direct LLC | PO Box 75723 | Chicago, IL 60675 | |
| Central Parking System | 211 East 53rd Street | New York, NY 10022 | |
| Central Parking Systems | PO Box 790402 | St Louis, MO 63179-0402 | |
| Centre Autobody | 99 North Centre Avenue | Rockville Center, NY 11570 | |
| CFA Institute | PO Box 3638 | Charlotsville, VA 22903-0638 | |
| Chop't Creative Salad Co | Co Evans Partnership | 745 5th Avenue | New York, NY 10051 |
| Chubb | PO Box 7247-0180 | Philadelphia, PA 19170-0180 | |
| Chubb Group of Insurance Companies | PO Box 7247-0180 | Philadelphia, PA 19170-0180 | |
| CIBC/World Markets | 161 Bay Street | BCE Place | Toronto, Canada M5J2S8 Canada |
| Cingular Wireless | PO Box 105773 | Atlanta, GA 30348-5773 | |
| Cingular Wireless | PO Box 17252 | Baltimore, MD 21297-1252 | |
| Citicorp Vendor Finance Inc | PO Box 7247-0322 | Philadelphia, PA 19170 | |
| Citizens Property Insurance Co | Quaker Special Risk | 224 Datura Street #715 | West Palm Beach, FL 33401 |
| City Center | 130 West 56th Street | New York, NY 10019 | |
| Coecles Harbor Marina & Boatyard Inc | Hudson Avenue | PO Box 1670 | Shelter Island, NY 11964-1670 |
| Commerce Clearing House | PO Box 4307 | Carol Stream, IL 60197-4307 | |
| Commissioner of Taxation & | Finance | NYS Assessment Receivables | Binghamton, NY 13902-4127 |
| Common | 52110 Eagle Way | Chicago, IL 60678-1521 | |
| Compass Professional Services LLC | 111 W Jackson Blvd | Chicago, IL 60604 | |
| COMPUSA Inc | The Computer Superstore | PO Box 200670 | Dallas, TX 75320 |
| Computer Tech International Inc | 1415 Ohio Avenue | Bayshore, NY 11706 | |
| Con Edison | PO Box 1702 | New York, NY 10116-1702 | |
| Consolidated Edison Company of NY | JAF Station | PO Box 1702 | New York, NY 10116-1702 |
| Consolidated Technologies Inc | 10 Midland Ave | 10 Midland Ave | Port Chester, NY 10573-4927 |
| Copyright Clearance Center | 222 Rosewood Drive | Danvers, MA 01923 | |
| Cord Contracting Co Inc | 213 Roslyn Road | Roslyn Heights, NY 11577 | |

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Corporate Actions Division | 360 Madison Avenue | 15th Floor | New York, NY 10017 |
| Corporate Coffee Systems | 745 Summa Ave | Westbury, NY 11590 | |
| Corporate Coffee Systems | 745 Sumner Avenue | Westbury, NY 11590 | |
| Corporate Technologies Inc | PO Box 847120 | Boston, MA 02284-7120 | |
| CQG | 1050 17th Street | Suite 2000 | Denver, CO 80265 |
| Credit Suisse | 1 Madison Avenue | New York, NY 10010 | |
| Crunch Fitness | 14525 Collections Center Drive | Chicago, IL 60693 | |
| Cure Water Systems Inc | 153 West 27th Street | New York, NY 10001 | |
| Dallas Security Traders | 5919 Greenville Avenue #329 | Dallas, TX 75206-1906 | |
| Data Power Monitoring Corp | 228 Sir Francis Drake Blvd | San Anselmo, CA 94960 | |
| David Chang | 204 West 81st Street | New York, NY 10024 | |
| De Lage Landen | PO Box 41601 | Philadelphia, PA 19101-1601 | |
| DE LAGE LANDEN FINANCIAL SERVICES | PO Box 41601 | Philadelphia, PA 19101 | |
| Deer Park Direct | 6661 Dixie Hwy | Suite 4 | Louisville, KY 40258 |
| Deer Park Spring Water Processing | PO Box 856192 | Louisville, KY 40285-6192 | |
| Dell Marketing LP | C/O Dell USA LP | PO Box 643561 | Pittsburgh, PA 15264-3561 |
| Deluxe Business Checks and Solutions | PO Box 742572 | Cincinnati, OH 45274-2572 | |
| Detroit Tigers Ticket Department | 2100 Woodward Avenue | Detroit, MI 48201-3474 | |
| DHL Express (USA) Inc | 14091 Collections Ctr Dr | Chicago, IL 60693 | |
| Digital River Gmbh | 88259 Expedite Way | Chicago, IL 60695 | |
| Direct Edge ECN LLC | 545 Washington Blvd | Jersey City, NJ 07310 | |
| Direct TV | PO Box 60036 | Los Angeles, CA 90060-0036 | |
| DirectTV | PO Box 11732 | Newark, NJ 07101-4732 | |
| Diskeeper Corporation | 7590 North Glen Oaks Blvd | Burbank, CA 91504 | |
| Dow Jones Indexes | PO Box 4137 | New York, NY 10261 | |
| Dow Jones News Service | PO Box 4137 | New York, NY 10261-4137 | |
| Dow Lohnes PLLC | 1200 New Hampshire Avenue NW | Suite 800 | Washington, DC 20036-6802 |
| Dowling & Partners Securities LLC | 190 Farmington Avenue | Farmington, CT 06032-1713 | |
| Dun & Bradstreet | Suite 1793 | 75 Remittance Drive | Chicago, IL 60675-1793 |
| ECCO Business Systems | 60 West 38th Street | 4th Floor | New York, NY 10018 |
| Elkins/McSherry  LLC | 225 Liberty Street | 24th Floor | New York, NY 10281 |
| EMC Corporation | 176 South Street | Hopkinton, MA 01748-1000 | |
| EMC Corporation | PO Box 651388 | Charlotte, NC 28265-1388 | |
| Employment Law Training Inc | 160 Pine Street | San Francisco, CA 94111 | |
| Equinox Fitness Clubs | PO Box 1774 | New York, NY 10156-1774 | |
| Ess-a-bagel Inc | 831 Third Ave | Accounts Receivable | New York, NY 10022 |
| Executive Charge | 1440 39th Street | Brooklyn, NY 11218 | |
| Executive Charge Inc | 1440 39th Street | Brooklyn, NY 11218 | |
| ExxonMobil | Processing Center | Des Moines, IA 50361-0001 | |
| E-Z Telephone | 106 Seventh Street | Garden City, NY 11530 | |
| Farmingdale Meat Market | 210 Main Street | Farmingdale, NY 11735 | |
| Federal Express | PO Box 371461 | Pittsburgh, PA 15250-7461 | |
| Fidelity Institutional | PO Box 73307 | Chicago, IL 60673-7307 | |
| Fidelity Investments | 200 Liberty Street | 5th Floor | New York, NY 10281 |
| Fidessa | 14828 Collections Center Drive | Chicago, IL 60693 | |
| Financial Information Forum | 5 Hanover Square | New York, NY 10004 | |
| Financial Library | P O Box 2341 | Boca Raton, FL 33432 | |
| FINRA | PO Box 7777 | W9850 | Philadelphia, PA 19175-9850 |
| Finra | PO Box 7777-W5050 | Philadelphia, PA 19175-5050 | |
| FINRA Regulation Inc | PO Box 7777 | W9850 | Philadelphia, PA 19175-9850 |
| Fish & Richardson PC | PO Box 3295 | Boston, MA 02241-3295 | |

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Fishnet Security | PO Box 411835 | Kansas City, MO 64141-1835 | |
| Fishnet Security UK | PO Box 411835 | Kansas City, MO 64141-1835 | |
| Five Star Consulting Group | 5 Penn Plaza | Suite 19 | New York, NY 10001 |
| Florida Dept of Revenue | 5050 West Tennessee Street | Tallahassee, FL 32399-0180 | |
| Foley & Lardner | 3000 K Street NW | Suite 500 | Washington, DC 20007-5143 |
| Frank Pollak & Sons | 608 5th Avenue | New York, NY 10020 | |
| FRCM Case-Acme | 39-27 59th Street | Woodside, NY 11377 | |
| Fresh Meadow Country Club | 255 Lakeville Road | Lake Success, NY 11020 | |
| Freshway Air LLC | 21-31 21ST Ave | Long Island City, NY 11105 | |
| FridsonVision | 54 West 21st Street | New York, NY 10010 | |
| Friehling & Horowitz CPA PC | 4 High Tor Road | New City, NY 10956 | |
| Galasso Trucking Inc | Box 5458 | New York, NY 10087-5458 | |
| GallandKharaschGreenbergFellman & | 1054 31st Street NW | Suite 200 | Washington, DC 20007 |
| Gallant & Wein Corp | 11-20 43rd Road | Long Island City, NY 11101-6826 | |
| Gardere Wynne Sewell LLP | 1000 Louisiana | Suite 3400 | Houston, TX 77002-5011 |
| General Plumbing Corporation | 436 Keep Street | Brooklyn, NY 11211-3485 | |
| Genino Inc | 1302 Madison Avenue | New York, NY 10128-1323 | |
| Genior Inc | 969 Lexington Avenue | New York, NY 10021 | |
| GenServe Inc | 5 Dakota Drive | Lake Success, NY 11042-1188 | |
| Geoffrey A Largas & Assoc Inc | 630 5th Avenue | SB101 | New York, NY 10111 |
| Georgewood Florist Inc | 216-03 Horace Harding Expressway | Bayside, NY 11364 | |
| Gerson Lehrman Group Inc | Box 200589 | Pittsburgh, PA 15251-0589 | |
| GGMC Parking LLC | PO Box 287283 | New York, NY 10128 | |
| Gino | 780 Lexington Avenue | New York, NY 10021 | |
| GL Trade Americas Inc | 261 Madison Avenue | New York, NY 10016 | |
| Glen Oaks Club | PO Box 249 | Old Westbury, NY 11568-0249 | |
| Global Computer Supplies | C/O SYX Services | PO Box 440939 | Miami, FL 33144-0939 |
| Global Knowledge | 13279 Collections Center Dr | Chicago, IL 60693-3279 | |
| GMAC | PO Box 9001948 | Louisville, KY 40290-1948 | |
| GMPCS Personal Communications Inc | PO Box 864356 | Orlando, FL 32886-4356 | |
| Goldman Sachs Execution & Clearing LP | PO Box 30169 | New York, NY 10087-0169 | |
| Gordon & Sanderson | 502 Centennial Avenue | PO Box 160 | Cranford, NJ 07016 |
| Graybar | PO Box 414396 | Boston, MA 02241-4396 | |
| Guardian Service Industries Inc | 88005 Expedite Way | Chicago, IL 60695-0005 | |
| Gurwin Foundation | 68 Hauppauge Road | Commack, NY 11725-9017 | |
| H&R Recruiters LLC | 7 Macdonald Ave | Armonk, NY 10504 | |
| Hampton Technologies LLC | 19 Industrial Blvd | Medford, NY 11763 | |
| Hartman's Briney Breezes Motel | POBox 5020 | Montauk, NY 11954 | |
| Hello Direct Inc | 77 Northeastern Blvd | MS Box 555 | Nashua, NH 03062 |
| Henson Group Inc | 1375 Broadway 3th floor | New York, NY 10018 | |
| Herb's Market | 778 Montauk Highway | Montauk, NY 11954 | |
| Herman Agar Co | 3300 Hudson Ave | 2nd Floor | Union City, NJ 07087 |
| Hewlett-Packard Company | POBox 101149 | Atlanta, GA 30392-1149 | |
| Hewlett-Packard Express Services | PO Box 202475 | Dallas, TX 75320-2475 | |
| HFBC Ltd | 11 Penn Plaza | New York, NY 10001 | |
| Hi Tech Air Conditioning Service Inc | 60 Otis Street | West Babylon, NY 11704-1406 | |
| Hillmann Evironmental Group LLC | PO Box 1597 | Union, NJ 07083-1597 | |
| Hotel du Cap Eden-Roc | Blvd Kennedy | BP29 | Antibes, CEDEX 06601 FRANCE |
| ILOG Inc | NW 5315 | Minneapolis, MN 55485-5315 | |
| ImageMAKER Development | Suite 102- 416 Sixth Street | New Westminster BC, Canada V3L 3B2 | Canada |
| Impark | PO Box 7777 | Philadelphia, PA 19175-0119 | |

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| INET ATS Inc | PO Box 757503 | Philadelphia, PA 19175-7503 | |
| Infoprint Solutions Company | PO Box 644225 | Pittsburgh, PA 15264-4225 | |
| Infragistics Inc | 50 Millstone Road | Bldg 200 Suite 150 | East Windsor, NJ 08520 |
| Institutional Investor | PO Box 5034 | Brentwood, TN 37024-9552 | |
| Integrated Custom Software | 12 National Drive | Glastonbury, CT 06033 | |
| Interactive Brokers LLC | Two Pickwick Plaza | Greenwich, CT 06830 | |
| Interactive Data | PO Box 98616 | Chicago, IL 60693 | |
| Internap Network Services | Box 200111 | Pittsburgh, PA 15251-0111 | |
| International Business Machines Corp | Box 643600 | Pittsburgh, PA 15264-3600 | |
| International Video Conferencing Inc | 180 Adams Avenue | Hauppauge, NY 11788 | |
| Investor's Business Daily | POBox 92163 | Los Angeles, CA 90099 | |
| Iron Mountain | Off-Site Data Protection | PO Box 27129 | New York, NY 10087-7129 |
| Island Harvest | 199 Second Street | Mineola, NY 11501 | |
| Jasinsky Immigration Law PC | 30 Oak Street Suite 401 | Stamford, CT 06905 | |
| JBM Electronics Co | For the account of: JBM Electronics | Dept CH17360 | Palatine, IL 60055-7360 |
| Jiajun Gu | 33 Oxford Street | Cambridge, MA 02138 | |
| Kanter Press | 210 East 23rd Street | New York, NY 10010 | |
| Katten Muchin Rosenman LLP | 575 Madison Ave | New York, NY 10022-2585 | |
| Keith Strand | 133 W 123rd St | New york, NY 10027 | |
| KFS Education Services LLC | One Blue Hill Plaza 11th Floor | PO Box 1686 | Pearl River, NY 10965-8686 |
| Knight Equity Markets LP | 545 Washington Blvd | 3rd Floor | Jersey City, NJ 07310 |
| Konigsberg Wolf & Co PC | 440 Park Ave South | New York, NY 10016 | |
| Laguardia Corp Center Assoc | C/O Blumenfeld Development Grp | 300 Robbins Lane | Syosset, NY 11791 |
| Land Rover Capital Group | Department #193901 | Detroit, MI 48255-1939 | |
| Laser Chargers | 676 Paramus Road | Paramus, NJ 07652 | |
| Laurence Ward | 188 East 64th Street | Apt 3001 | New York, NY 10021-7468 |
| Lava Flow Inc | 95 Morton Street | 7th Floor | New York, NY 10014 |
| Lazy Bones | PO Box 2033 | Montauk, NY 11954 | |
| Lehman Brothers Inc | Attn: Jeffery Jansen - 8th Floor | 1301 Avenue of the Americas | New York, NY 10019 |
| Lent Scrivner & Roth | 1420 New York Avenue | Suite 800 | Washington, DC 20005 |
| Lexis-Nexis | PO Box 7247-7090 | Philadelphia, PA 19170-7090 | |
| Liberty Mutual Group | PO Box 7247-0109 | Philadelphia, PA 19170-0109 | |
| Lincoln Center Theater | 150 West 65th Street | New York, NY 10023 | |
| Littler Mendelson PC | P O Box 45547 | San Francisco, CA 94145-0547 | |
| Logicalis Intergration Solutions | Department #172301 | Detroit, MI 48267-1723 | |
| Long Island Party Rentals | 500 A Ocean Avenue | Building A | East Rockaway, NY 11518 |
| Love Bites | 18190 Settlers Way | Eden Prairie, MN 55347 | |
| Lower East Side Tenement | Museum | 91 Orchard Street | New York, NY 10002 |
| Lucas Group | PO Box 406672 | Atlanta, GA 30384-6672 | |
| Lung Cancer Research Foundation | C/O BIO-IB | 800 Third Avenue 4th Floor | New York, NY 10022 |
| Lymphoma Research Foundation | 115 Broadway | 13th Floor | New York, NY 10006 |
| Mad Hatters LLC | 120 Elmwood Road | Verona, NJ 07044 | |
| Madison Square Garden | Subscription & Group Sales | 2 Pennsylvania Plaza FL 15 | New York, NY 10121 |
| MAR LLC | 3832 Old Greenville Road | Staunton, VA 24401 | |
| Market Cafe | At Citicorp Building | 153 East 53rd Street | New York, NY 10022 |
| Marlin Leasing Corp | PO Box 13604 | Philadelphia, PA 19101-3604 | |
| Marlin VI Inc | 452 Westlake Drive | Montauk, NY 11954 | |
| Matco Service | 584 Mineola Ave | Carle Place, NY 11514 | |
| Maurice J Cohn | 54 Elderfields Road | Manhasset, NY 11030 | |
| MCI | P O Box 371322 | Pittsburgh, PA 15250-7322 | |
| MCI | MCI Comm Service | 27732 Network Pl | Chicago, IL 60673-1277 |

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| MCI Comm Service | 27732 Network PL | Chicago, IL 60673-1277 | |
| MCI Worldcom Conferencing | 901 Stewart Ave | Attn: Helen Putelo | Garden City, NY 11530 |
| McMillan Analysis Corporation | PO Box 1323 | Morristown, NJ 07962-1323 | |
| Mercedes-Benz Financial | PO Box 900180 | Louisville, KY 40290-1680 | |
| Mercer Parking Garage Corp | 165 Mercer Street | New York, NY 10012 | |
| Meritain Health | PO Box 8000 | Department 207 | Buffalo, NY 14267 |
| Merrill Lynch Pierce Fenner & Smith Inc | 440 S LaSalle Street | Suite 2500 | Chicago, IL 60605 |
| MetLife Life Administration | Box 371888 | Pittsburgh, PA 15250-7888 | |
| Metro Imaging Services Inc | 10 Merry Lane | East Hanover, NJ 07936 | |
| METROCOM | 307 Fifth Avenue | 6TH Floor | New York, NY 10016 |
| Metropolitan 885 Third Ave LLC | In trust for Royal Bank of CN | PO Box 415157 | Boston, MA 02241-5157 |
| MGE UPS Systems | Training Department | 1660 Scenic Ave | Costa Mesa, CA 92626 |
| MGE UPS Systems | 2643 Collections Center Drive | Chicago, IL 60693 | |
| Michael C Lieberbaum | 336 Bayberry Lane | Westport, CT 06880 | |
| Michaels Marketing Group | 80 Varick Street | New York, NY 10013 | |
| MicroMem International Inc | One West 34th Street | Suite 1202 | New York, NY 10001 |
| Microsoft Corporation | One Lone Tree Road | Attn: MBS Orders | Fargo, ND 58104 |
| Microsoft Licensing GP | Lockbox:842467 | 1401 Elm Street | Dallas, TX 75202 |
| Millennium Communications Inc | 875 3rd Avenue | New York, NY 10022 | |
| Miller Tabak & Co LLC | 331 Madison Avenue | New York, NY 10017 | |
| Minnesota Wild | 317 Washington Street | Saint Paul, MN 55102 | |
| MIR3 Intelligent Notification | 3398 Carmel Mountain Road | Suite 120 | San Diego, CA 92121 |
| Montauk Fire Department | 12 Flamingo Road | Montauk, NY 11954 | |
| Montauk Marine Basin | PO Box 610 | Montauk, NY 11954 | |
| Montauk Yacht Club | 32 Star Island Road | PO Box 5048 | Montauk, NY 11954 |
| Morgan Stanley Dean Witter | Attn: David Scoones | 240 South Pineapple Avenue 5th Fl | Sarasota, FL 34236 |
| Morgan Stanley Inc | Attn: David Scoones | 240 South Pineapple Avenue 5th Fl | Sarasota, FL 34236 |
| Morstan General Agency Inc | 600 Community Drive | Manhasset, NY 11040 | |
| Morton Williams Supermarkets | RBG Management Corp | 15 E Kingsbridge Road | Bronx, NY 10468 |
| Mount Sinai Hospital of Queens | 25-10 30th Avenue | Long Island City, NY 11102 | |
| NASD | 1735 K Street NW | Washington, DC 20006-1500 | |
| NASD Regulation Inc | Dept # 0653c/o Riggs National | Bank 5700 River Tech Court | Riverdale, MD 20737-1250 |
| NASD Regulations Inc CRD | Dept # 0653c/o Riggs National | Bank 5700 River Tech Court | Riverdale, MD 20737-1250 |
| Nassau Tent | 109 Lamar Street | West Babylon, NY 11704 | |
| National Benefit Life Insurance Company | Disability Insurance | PO Box 7247-8844 | Philadelphia, PA 19170-8844 |
| NBL National Benefit Life Insurance Company | PO Box 7247-8844 | Philadelphia, PA 19170-8844 | |
| Network General Corporation | PO Box 39000 | DEPT 33621 | San Francisco, CA 94139 |
| New York City Bar Association | General Post Office Box 30487 | New York, NY 10087-0487 | |
| New York Health & Racquet Club | Attn: Maria Acuna | 18 East 50th Street 4th Fl | New York, NY 10022 |
| New York Institute of Finance | Bank of America NA | 12562 Collection Center Drive | Chicago, IL 60693 |
| New York Mets | Shea Stadium | 123-01 Roosevelt Ave | Flushing, NY 11368 |
| New York State Bar Association | One Elk Street | Albany, NY 11207 | |
| New York State Sales Tax | Processing JAF Building | PO Box 1206 | New York, NY 10116-1206 |
| New York Stock Exchange | Grand Central Station | PO Box 4816 | New York, NY 10163 |
| New York Stock Exchange | Box #4006 | Post-Office Box 8500 | Philadelphia, PA 19178-4006 |
| New York Stock Exchange Inc | Attn: Donald Whalen | 20 Broad Street 5th Floor | New York, NY 10005 |
| New York Times | P O Box 371456 | Pittsburgh, PA 15250-7456 | |
| New York University | SCPS Registration Office | PO Box 1206 | New York, NY 10003 |
| New York Urban Professionals | Volleyball League | 200 West 72nd Street Suite 68 | New York, NY 10023 |
| New York Yacht Club | PO Box 36228 | Newark, NJ 07188-6228 | |
| New York Yankees | General Post Office | PO Box 26490 | New York, NY 10087-6490 |

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Nexa Technologies | 8 Pasteur | Suite 100 | Irvine, CA 92618 |
| NOIP | 4201 Congress Street Ste 450 | Attn: Grady Thomas | Charlotte, NC 28209 |
| NRI Data & Business Products Inc | 1313 S Pennsylvania Ave | Morrisville, PA 19067 | |
| NTT Services LLC | 520 Madison Avenue | New York, NY 10022 | |
| NUART INC | 19 Bluewater Hill | Westport, CT 06880 | |
| NWORKS | 3900 Pelandale #420-340 | Modesto, CA 95356 | |
| NYC Department of Finance | Parking Violations | PO 2127 | New York, NY 10272-2127 |
| NYC Department of Finance | Red Light Camera Monitoring Program | PO Box 3674 Church Street Station | New York, NY 10008-3674 |
| NYC Department Of Finance | PO Box 5100 | Kingston, NY 12402-5100 | |
| NYC Department of Finance | PO Box 5100 | Kingston, NY 12402-5150 | |
| NYFIX Inc | 100 Wall Street 26th Floor | New York, NY 10005 | |
| NYFIX Millennium LLC | Attn: Accounts Receivable | 100 Wall Street 26th Floor | New York, NY 10005-3703 |
| NYS Office of Court | Administration | PO Box 29327 | New York, NY 10087-9327 |
| NYSE TransactTools | PO Box 785901 | Philadelphia, PA 19178-5901 | |
| Ocean Beach | PO Box 670 | Montauk, NY 11954 | |
| Of Home Family and Future Inc | 980 Broadway | Suite 324 | Thornwood, NY 10594 |
| Open Access System Corp | 56 Main Street | Bloomingdale, NJ 07403 | |
| Open Systems Technologies | 462 Seventh Avenue | 15th Floor | New York, NY 10018 |
| Options Price Reporting Authority | PO Box 95718 | Chicago, IL 60694-5718 | |
| Oracle | PO Box 71028 | Chicago, IL 60694-1028 | |
| Orc Software AB (publ) | PO Box 7742 | Stockholm, Sweden S-103 95 | Sweden |
| Order Execution Services LLC | 194 Nassau Street | Princeton, NJ 08542 | |
| Paige CompanyInc | Parker Plaza 400 Kelby St | Fort Lee, NJ 07024 | |
| Pali Capital Inc | 650 Fifth Avenue | Attn: Finance Dept- 6th Floor | New York, NY 10019 |
| Palm Beach Country Club | PO Box 997 | Palm Beach, FL 33480 | |
| Palm Beach Yacht Club | 800 North Flagler Drive | West Palm Beach, FL 33401 | |
| Paul Revere Insurance | PO Box 740590 | Atlanta, GA 30374-0590 | |
| Pax Wholesome Foods | 906 3rd Avenue | New York, NY 10022 | |
| Pax World | 1776 Broadway | New York, NY 10019 | |
| PC Magazine | POBox 54070 | Boulder, CO 80322-4070 | |
| Penton Technology Media | 2420 Reliable Parkway | Chicago, IL 60686-0024 | |
| Perriwater Ltd | 960 First Ave at 53rd Street | New York, NY 10022 | |
| Peter Luger | 185-195 Broadway | Brooklyn, NY 11211 | |
| Phoenix | PO Box 643070 | Pittsburgh, PA 15264-3070 | |
| PICKARD AND DJINIS | Attorneys at Law | 1990 M Street NW | Washington, DC 20036 |
| Pitney Bowes | PO Box 856390 | Louisville, KY 40285-6390 | |
| Pitney Bowes Credit Corp | P O Box 856460 | Louisville, KY 40285-6460 | |
| Postage By Phone | PO Box 856056 | Louisville, KY 40285-6056 | |
| Power Battery Co Inc | 25 McLEAN BlVD | Paterson, NJ 07514-1507 | |
| Presensoft Inc | 5161 San Felipe Street | Houston, TX 77056-3640 | |
| Presidio | PO Box 934070 | Atlanta, GA 31193-4070 | |
| Princeton University Office of Career Services | Attn: Jo Ann Alexander | 201 Nassau Street | Princeton, NJ 08542-4607 |
| Progressive Business Publications | 370 Technology Drive | POBox 3019 | Malvern, PA 19355 |
| Progressive Business Publications | 370 Technology Drive | Malvern, PA 19355 | |
| ProMetro Business ProductsInc | P O Box 7414 | Monroe Twp, NJ 08831-4850 | |
| Provident Life | PO Box 740592 | Atlanta, GA 30374-0592 | |
| Purchase Power | PO Box 856042 | Louisville, KY 40285-6042 | |
| QCC Bursar Office | 222-05 56th Avenue | Bayside, NY 11364 | |
| Qualys Inc | 1600 Bridge Parkway | 2nd Floor | Redwood Shores, CA 94065 |
| Queens County Bar Association | 90-35 148th St | Jamaica, NY 11435 | |
| QWEST | PO Box 173638 | Denver, CO 80217-3638 | |

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| QWEST | PO Box 91104 | Seattle, WA 98111-9204 | |
| Radianz | Dept CH 19227 | Palatine, IL 60055-9227 | |
| Raz-Lee Security Inc | 12 Englewood Ave | Nanuet, NY 10954 | |
| Red Ball Parking System Corp | FDR Station | POBox 5333 | New York, NY 10150-5333 |
| Red Hat | PO Box 951701 | Dallas, TX 75395-1701 | |
| Red Sun Enterprises | PO Box 376 | Montauk, NY 11954 | |
| Research In Motion Corporation | 12432 Collections Center Drive | Chicago, IL 60693 | |
| Reuters America LLC | GPO | PO Box 26803 | New York, NY 10087-6803 |
| Reuters Transaction Services LLC | PO Box 2003 | Carol Stream, IL 60132-2003 | |
| Reuters Transaction Services LLC | PO Box 2003 | Carol Stream, IL 60132-2003 | |
| Richard G Sobel Esq | 19 Clover Lane | Westport, CT 06880 | |
| Richmond County Country Club | 135 Flagg Place | Staten Island, NY 10304 | |
| Richmond International Raceway Inc | PO Box 9257 | Richmond, VA 23227-0257 | |
| Rick's Painting & Decorating Corp | 1357 Broadway Suite 524 | New York, NY 10018 | |
| Rogue Wave Software Inc | Attn: Accounts Receivable | Dept #1362 | Denver, CO 80291 |
| Roses and Blooms | 599 Lexington Ave | New York, NY 10022 | |
| RSM McGladrey Inc | 5155 Paysphere Circle | Chicago, IL 60674 | |
| Rudy's Limousine | 85 Old Long Ridge road | Stamford, CT 06903 | |
| S D & M Investments | 23 Vails Gate Heights Drive | New Windsor, NY 12553 | |
| S&E Advertising Inc | 1854 Autumn Frost Lane | Baltimore, MD 21209 | |
| S3 Matching Technologies LP | 7800 N Mopac Expressway | Suite 110 | Austin, TX 78759 |
| Sackman Enterprises | 165 West 73rd Street | New York, NY 11050 | |
| SAVVIS Communications Corp | 13322 Collections Center Dr | Chicago, IL 60693-0133 | |
| SCS Printing & Office Products | 20 Dubon Court | Farmingdale, NY 11735 | |
| SeamlessWeb Professional Solutions | PO Box 5439 | New York, NY 10087-5439 | |
| Securities Industry | Association | 120 Broadway 35th Floor | New York, NY 10271-0080 |
| Securities Industry Automation Corp | PO Box 27315 | New York, NY 10087-7315 | |
| Securities Industry Benefit | Services | 120 Broadway 35th Floor | New York, NY 10271 |
| Securities Industry News | PO Box 4871 | Chicago, IL 60680 | |
| Securities Industry Software | P O Box 23585 | Newark, NJ 07189 | |
| Securities Information Center | Securities Information Center | PO Box 5136 | Carol Stream, IL 60197-5136 |
| Securities Training Corp | 17 Battery Place Suite 1730 | Attn: Loretta | New York, NY 10004 |
| Security Traders Association | 420 Lexington Ave | Suite 2334 | New York, NY 10170 |
| Senior Connections/canalWALK | c/o Wachovia Securities | 901 East Byrd Street WS 2005 | Richmond, VA 23219 |
| Service Source International | Dept 33847 | PO Box 39000 | San Francisco, CA 94139 |
| Seth H Hochman | 31 East 32nd Street | 4th Floor | New York, NY 10016 |
| Shell Card Center | PO Box 689151 | Des Moines, IA 50368-9151 | |
| Shell Oil Company | PO Box 183018 | Columbus, OH 43218-3018 | |
| Sherry-Lehmann | 505 Park Avenue | New York, NY 10022 | |
| Shoregroup Inc | 460 West 35th Street | New York, NY 10001 | |
| Shoreline Aviation | PO Box 438 | East Hampton Airport | Wainscott, NY 11975 |
| Sidney W Barbanel | 29-15 Queens Plaza North | Long Island City, NY 11101 | |
| SIPC | Corporation | PO Box 92185 | Washington, DC 20090-2185 |
| Skytel | 1410 South Ocean Boulevard | Palm Beach, FL 33480 | |
| SL Data Services Inc | 529 Fifth Ave | 14th Floor | New York, NY 10017 |
| SMA Incorporated | 1410 South Ocean Boulevard | Palm Beach, FL 33480 | |
| Snow Becker Krauss PC | Attorney At Law | 605 Third Ave | New York, NY 10158-0125 |
| Snow Becker Krauss PC | 605 3rd Avenue | New York, NY 10158-0125 | |
| Society for Human Resource | Management | PO Box 79482 | Baltimore, MD 21298-8614 |
| Softchoice Corporation | PO Box 18892 | Newark, NJ 07191-8892 | |
| Soho Village Parking LLC | 610 Broadway | New York, NY 10012 | |

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Solarcom | PO Box 934070 | Atlanta, GA 31193-4070 | |
| Solomon Schechter School of | Manhattan | 520 Eighth Avenue | New York, NY 10128 |
| Sonoma Technical Services Inc | 51 Route 35 South | Cliffwood Beach, NJ 07735 | |
| Source Media Diary & Guide | One State Street Plaza | 27th Floor | New York, NY 10004 |
| SourceMedia | PO Box 71633 | Chicago, IL 60694-1633 | |
| South Fork Country Club Inc | PO Box 708 | Amagansett, NY 11930 | |
| South Shore Outdoor Stores | PO Box 1329 | Bay Shore, NY 11706 | |
| Sovereign Motors | 1800 Shore Parkway | Brooklyn, NY 11214 | |
| Special Olympics Connecticut Inc | 2666 State Street Suite 1 | Hamden, CT 06517-2232 | |
| Spin-Off Advisors LLC | Attn: Kevin Hare | 1327 W Washington Blvd Ste 4G | Chicago, IL 60607 |
| Sprint | PO BOX 200188 | Dallas, TX 75320-0188 | |
| Sprint | PO Box 219623 | Kansas City, MO 64121-9623 | |
| Sprint | PO Box 4181 | Carol Stream, IL 60197-4181 | |
| Sprint | PO Box 8077 | London, KY 40742 | |
| Ss Joachim & Anne School | 218-19 105 Avenue | Queens Village, NY 11429 | |
| STA of Chicago | 216 W Jackson | Chicago, IL 60606 | |
| Standard & Poors | J Grunwald | 25 Broadway | New York, NY 10275-0123 |
| STANY | 39 Broadway | Suite 1840 | New York, NY 10006 |
| Sterling Computer Products | 16135 Covello Street | Van Nuys, CA 91406 | |
| Stratus Technologies Inc | POBox 101128 | Atlanta, GA 30392-1128 | |
| Stratus Technologies Ireland Ltd | POBox 101128 | Atlanta, GA 30392-1128 | |
| Streetaccount | PO Box 13453 | Jackson, WY 83002 | |
| STS Program Management INC | One Blue Hill Plaza 11th Floor | Post Office Box 1686 | Pearl River, NY 10965-8686 |
| Sun Microsystems Inc | C/O Bank of America Lockbox Services | 12120 Collection Center Drive | Chicago, IL 60693-1212 |
| Sungard eProcess Intelligence | 3425 Collection Center Drive | Chicago, IL 60693 | |
| SunGard Securities Finance Inc | 15558 Collections Center Drive | Chicago, IL 60693 | |
| Sungard Securities Finance LLC | 15558 Collections Center Drive | Chicago, IL 60693 | |
| Susan Blumenfeld Interiors Ltd | 300 Robbins Lane | Syosset, NY 11791 | |
| Swaps Monitor Publications Inc | 29 Broadway | Suite 1315 | New York, NY 10006 |
| Sweetwater's Cleaners | PO Box 1156 | Wainscott, NY 11975 | |
| SWN Communications Inc | 224 West 30th Street | Suite 500 | New York, NY 10001 |
| Sy Syms School Of Business | Yeshiva University | 500 West 185th St BH-412 | New York, NY 10033-3201 |
| Symantec | PO Box 60000 | File #32168 | San Francisco, CA 94160 |
| Symmetricom | PO Box 60000 | File No 31625 | San Francisco, CA 94160-1625 |
| Syska Hennessy Group Inc | PO Box 48212 | Newark, NJ 07101-4812 | |
| System 3x/4xx Warehouse | 1400 10th Street | Plano, TX 75074 | |
| Systems Union Inc | 777 Hornby Street | Suite 710 | Vancouver, BC V6Z 1S4  Canada |
| Tal Bagels | 977 1st Avenue | New York, NY 10022 | |
| Talon Air Inc | 8300 Republic Airport | Farmingdale, NY 11735 | |
| TEC Document Solutions Inc | 135 West 27th Street 5th Floor | New York, NY 10001 | |
| TEKSERVE | 119 West 23rd Street | New York, NY 10011 | |
| Tennessee Dept of Revenue | Andrew Jackson State office | Building 500 Deaderick Street | Nashville, TN 37242 |
| The Gartman Letter LC | PO Box 6147 | Suffolk, VA 23433 | |
| The NASDAQ Stock Market LLC | Lockbox 10200/PO Box 8500 | Philadelphia, PA 19178-0200 | |
| The Nasdaq Stock MarketInc | Lockbox 10200/PO Box 8500 | Philadelphia, PA 19178-0200 | |
| The Toronto Stock Exchange | P O Box 421 | Toronto, Canada M5X 1J2 | Canada |
| The Transaction Auditing Group | 24 Woodbine Avenue | 2nd Floor | Northport, NY 11768-2910 |
| Thirty and Over Enterprises | 1644 E 96th Street | Brooklyn, NY 11236 | |
| Thompson Financial LLC | 195 Broadway | 7th Floor | New York, NY 10007 |
| Thomson Financial | PO Box 5136 | Carol Stream, IL 60197-5136 | |
| Thomson Financial | PO Box 71601 | Chicago, IL 60694-1601 | |

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| Thomson Financial LLC | 195 Broadway | 7th Floor | New York, NY 10007 |
| Thomson Transaction Services | PO Box 71326 | Chicago, IL 60694-1326 | |
| Tibco Software Inc | Dept 33142 PO Box 39000 | San Francisco, CA 94139-3142 | |
| Tiffany & Company | PO Box 740121 | Atlanta, GA 30374-0121 | |
| Time Warner | POBox 371381 | Pittsburgh, PA 15250-7381 | |
| Time Warner | POBox 9227 | Uniondale, NY 11555-9227 | |
| T-Mobile | PO Box 790047 | St Louis, MO 63179-0047 | |
| Total Fire Protection | 5322 Avenue N | Brooklyn, NY 11234 | |
| Track Data Corp | 95 Rockwell Place | Brooklyn, NY 11217 | |
| Tradeware | 40 Wall Street 36th Floor | New York, NY 10005-1304 | |
| Tradewind Aviation | 288 Christian Street | Oxford, CT 06478 | |
| Transaction Network Services | PO Box 1911 | Merrifield, VA 22116-1911 | |
| TransitCenter Inc | General Post Office | PO Box 27457 | New York, NY 10087-7457 |
| Trans-Lux | 110 Richards Avenue | Norwalk, CT 06854-1692 | |
| Travelers Flood Insurance Program | PO Box 2874 | Omaha, NE 68103-2874 | |
| Tribeca Grill | 375 Greenwich Street | New York, NY 10013 | |
| Trucks by the Hour Inc | PO Box 141265 | Staten Island, NY 10314 | |
| Trump International Golf Club | 1100 S Ocean Blvd | Palm Beach, FL 33480 | |
| TST 885 Third Avenue LLC | General Post Office | PO Box 27659 | New York, NY 10087-7659 |
| Unum | The Paul Revere Life Insurance Company | PO box 740590 | Atlanta, GA 30374-0590 |
| UPS | PO Box 7247-0244 | Philadelphia, PA 19170-0001 | |
| Urban Justice Center | 123 William Street | New York, NY 10012 | |
| US Bank NA | PO Box 790117 | St Louis, MO 63179-0117 | |
| US Chamber OF Commerce | Member Processing Center | PO Box 0976 | Wilton, NH 03086-0976 |
| US Coffee Inc | 51 Alpha Plaza | Hicksville, NY 11801 | |
| UTOG 2 WAY RADIO INC | 25-20 39th Avenue | Long Island City, NY 11101-3616 | |
| V Santini | 27 South 6th Avenue | Mount Vernon, NY 10550 | |
| Valera Global Inc | 53-02 11th Street | Long Island City, NY 11101 | |
| Venali Inc | 6100 Blue Lagoon DriveSTE250 | Miami, FL 33126 | |
| Veramark Technologies | 3750 Monroe Ave | Pittsford, NY 14534 | |
| Verizon | PO Box 1100 | Albany, NY 12250-0001 | |
| Verizon | PO Box 15026 | Albany, NY 12212-5026 | |
| Verizon | PO Box 15124 | Albany, NY 12212-5124 | |
| Verizon | PO Box 4820 | Trenton, NJ 08650-4820 | |
| Verizon | PO Box 4833 | Trenton, NJ 08650-4833 | |
| Verizon | PO Box 4861 | Trenton, NJ 08650-4861 | |
| Verizon  Conferencing | PO Box 70129 | Chicago, IL 60673-0129 | |
| Verizon Business | PO Box 371355 | Pittsburgh, PA 15250-7355 | |
| Verizon Network Integration | PO Box 650457 | Dallas, TX 75265-0457 | |
| Verizon Wireless | PO Box 17120 | Tucson, AZ 85731-7120 | |
| Verizon Wireless | PO Box 408 | Newark, NJ 07101-0408 | |
| Vision Solutions | 6371 Eagle Way | Chicago, IL 60678-1063 | |
| Visual Numerics Inc | PO Box 973976 | Dallas, TX 75397-3976 | |
| Vizada Inc | PO Box 8500-53578 | Philadelphia, PA 19178-3578 | |
| VSantini | 27 South 6th Avenue | Mt Vernon, NY 10550 | |
| Wall Street Access | 17 Battery Place | New York, NY 10004 | |
| Wall Street Journal | 200 Burnett Road | Chicopee, MA 01021 | |
| Wall Street Source | PO Box 10179 | Uniondale, NY 11555 | |
| Wall Street Synagogue | 47 Beekman Street | New York, NY 10038-1510 | |
| Wedbush Morgan Securities | 1000 Wilshire Blvd | Los Angeles, CA 90017 | |
| Wellesley Information Services | PO Box 8500 | Lockbox #6876 | Philadelphia, PA 19178-6876 |

Vendors

| LINE1 | LINE2 | LINE3 | LINE4 |
|---|---|---|---|
| White & Case Limited Liability Partnership | 1155 Avenue of The Americas | New York, NY 10036-2787 | |
| White Apron Catering | 1253 Old Okeechobee Rd | West Palm Beach, FL 33401 | |
| William J Erbe Co Inc | 560 Barry Street | Bronx, NY 10474 | |
| WILMERHALE | PO Box 7247-8760 | Philadelphia, PA 19170-8760 | |
| Windows IT Pro | PO Box 447 | Loveland, CO 80539-9968 | |
| Winston Office Support | 122 East 42nd Street Suite 320 | New York, NY 10168 | |
| Wireless One of NYC | 875 Third Avenue | New York, NY 10022 | |
| Wireless Warehouse | 1031 2nd Avenue | New York, NY 10022 | |
| Wireless Warehouse | 115 West 50th Street | New York, NY 10020 | |
| Women's Wear Daily | Subscription Dept | POBox 15008 | North Hollywood, CA 91615-5008 |
| WorkflowOne | PO Box 644108 | Pittsburgh, PA 15264-4108 | |
| Worth Builders of Palm Beach Inc | PO Box 6339 | West Palm Beach, FL 33405-6339 | |
| Xerox Corporation | PO Box 827598 | Philadelphia, PA 19182-7598 | |
| XM Satellite Radio | PO Box 9001399 | Louisville, KY 40290-1399 | |
| Yeshiva University | Department of Advancement Services | 500 West 185th Street | New York, NY 10033-3201 |
| Yeshiva University | 500 West 185th Street | New York, NY 10033 | |
| Zafer Barutcuoglu | 328 W 11th Street | New York, NY 10014 | |
| Zwicker Electric Co | 360 Park Ave South | New York, NY 10010 | |