# EXHIBIT C

**Employees**

| LINE1 | LINE2 | LINE3 |
|-------|-------|-------|
| Abend, Reed | 330 East 80th St - Apt 7R | New York, NY 10021 |
| Anderson, Semone | 3115 Edson Ave | Bronx, NY 10469 |
| Arroyo, Richard | 113 Adams Ave | Staten Island, NY 10306 |
| Astuto, Toniann | 65 Stuyvesant Avenue | Staten Island, NY 10312 |
| Barutcuoglu, Zafer | 328 West 11th St - Apt 3H | New York, NY 10014 |
| Batalion, Sally | 787 East 5th St | Brookyln, NY 11218 |
| Bergstrom, Ase | 335 1/2 Plymouth Rd | West Palm Beach, FL 33405 |
| Berkowitz, David | 18 Tall Timber Road | Mt. Kisco, NY 10549 |
| Berkowitz, Peter | 18 Tall Timber Road | Mt. Kisco, NY 10549 |
| Birch, Larry | 6 Narrowbrook Ct | Plainsboro, NJ 08536 |
| Bongiorno, Annette | 78 Stone Hill Dr East | North Hills, NY 11030 |
| Bonventre, Daniel | 505 East 79th St - Apt 17G | New York, NY 10075 |
| Bonventre, John | 524 East 79th St - Apt 2H | New York, NY 10075 |
| Brown, Clive | 6 Gould Ave | Dobbs Ferry, NY 10522 |
| Bruttomesso, Garrett | 229 Chrystie St - Apt 516 | New York, NY 10002 |
| Bryant, Jamaal | 105-13 Inwood St - Basement | Jamaica, NY 11435 |
| Buchmueller, Elizabeth | 525 East 13th St - Apt 4F | New York, NY 10009 |
| Cacas, Eduardo | 20 Linda Ln | Pearl River, NY 10965 |
| Camvycis, Thomas | 85 East End Ave - Apt 11J | New York, NY 10028 |
| Cardile, Robert | 1041 Rector Rd | Bridgewater, NJ 08807 |
| Carlson, David | 37 London Terrace | New Rochelle, NY 10804 |
| Caro, Elizabeth | 47 Angelus Drive | Greenwich, CT 06831 |
| Carrero, David | 360 West 43rd St - Apt S10F | New York, NY 10036 |
| Carroll, Richard | 3682 Southwest Bimini Cl North | Palm City, FL 34990 |
| Casanova, Alberto | 821 Oak Harbor Dr | Juno Beach, FL 33408 |
| Chen, Terrence | 1793 Riverside Dr - Apt 2H | New York, NY 10034 |
| Clarke, Prunella | 1372 New York Ave - Apt 2G | Brooklyn, NY 11203 |
| Cohn, Leon | 1616 59th St | Brooklyn, NY 11204 |
| Colin, Stephani | 208 Harris Rd DA-1 | Bedford Hills, NY 10507 |
| Collado, Ralph | 46-09 204th St | Bayside, NY 11361 |
| Collins, Richard | 100 Elgar Pl - Apt 21L | Bronx, NY 10475 |
| Concepcion, Darlene | 53 All Angels Hill Rd | Wappingers Falls, NY 12590 |
| Connelly, Andrew | 43 West Summit Ave | Midland Park, NJ 07432 |
| Copersino, Albert | 12 Roosevelt Rd | Westport , CT 06880 |
| Cotellessa-Pitz, Enrica | 91-11 107th Ave | Ozone Park, NY 11417 |
| Coughlin, Edward | 8 Rogers Ct | Midland Park, NJ 07432 |
| Crupi, JoAnn | 436 Grove St | Westfield, NJ 07090 |
| Damiba, David | 102 Osprey Court | Seacaucus, NJ 07094 |
| Davis, Sankey | 438 Mary Ann Lane | West Hempstead, NY 11552 |
| De Lisi, Frederick | 120 Carteret St | Staten Island, NY 10307 |

| LINE1 | LINE2 | LINE3 |
|---|---|---|
| Delgado, Iris | 84-38 90th Street | Woodhaven, NY 11421 |
| DiMaggio, Juliette | 310 Maddock St | West Palm Beach, FL 33405 |
| DiPascali, Frank | 1400 Mountain Top Rd | Bridgewater, NJ 08807 |
| Dirilo, Praxides | 322 East 57th St | New York, NY 10022 |
| Distenfeld, Eric | 638 Sunderland Rd | Teaneck, NJ 07666 |
| Dolinsky, Craig | 2 Azalea Ct | East Brunswick , NJ 08816 |
| Dubler, Scott | 305 West 91st Street, Apt 4F | New York, NY 10024 |
| Duffy, Daniel | 531 Colonial Ave | Westfield, NJ 07090 |
| Eckhaus, Daniel | 248 West 21st St - Apt 1C | New York, NY 10011 |
| Falcone, Robert | 52 Egbert Ave | Staten Island, NY 10310 |
| Feld, Anthony | 160 East 38th Street, Apt 8A | New York, NY 10016 |
| Ferraro, Jeffrey | 50-31 211th St | Bayside, NY 11364 |
| Ferraro, Marc | 175 Rockaway Ave | Garden City, NY 11530 |
| Fleischmann, Barry | 268 Kell Avenue | Staten Island, NY 10314 |
| Fleming, Junior | 4155 Baychester Ave | Bronx , NY  10466 |
| Flores, Enrique | 89 Seigel St - 2nd Fl | Brooklyn, NY 11206 |
| Fong, Kevin | 562 Blueberry Pl | Franklin Lakes, NJ 07417 |
| Fraga, Carlos | 640 39th Street, Apt 6B | Union City, NJ 07087 |
| Friedman, Steven | 34 Old Mill Rd | West Harrison, NY 10604 |
| Fuller, Tracey | 591 Hart St - Apt 3 | Brooklyn, NY 11221 |
| Fullerton, Stephanie | 591 Hart St - Apt 3 | Brooklyn, NY 11221 |
| Garcia, Vincent | 30 Elizabeth St | Oradell, NJ 07649 |
| Gavlik, Margaret | 100 Bradford Ave | Rye, NY 10580 |
| Glassman, Brett | 515 East 72nd St - Apt 18F | New York, NY 10021 |
| Green, Ari | 6864 Yellowstone Blvd - A-37 | Forest Hills, NY 11375 |
| Gross, Jason | 1641 West 2nd St - 2nd Fl | Brooklyn, NY 11223 |
| Gutman, Robert | 215 East 24th St - Apt 308 | New York, NY 10010 |
| Gutzwiller, Mark | 14 Franklin Ave | Westport, CT 06880 |
| Hemrajani, Haresh | 15 Tiffany Ct | Old Bridge, NJ 08857 |
| Hooey, Rolland | 80 Calvin Ave | Syosset, NY 11791 |
| Horwitz, Daniel | 110 3rd Ave Apt - 16A | New York, NY 10003 |
| Hutchinson, Kenneth | 16 Schindler Ln | Monroe, NJ 08831 |
| Imbruce, Gregory | 93 Rockledge Drive | Stamford, CT 06902 |
| Jackson, Winifier | 1220 Croes Ave - Apt 5D | Bronx, NY 10472 |
| Jacobson, Jeffrey | 47 Center Ct | Roslyn Heights, NY 11577 |
| Jimenez, Anthony | 30-26 89th St | Jackson Heights, NY 11369 |
| Joel, Amy | 50 Sutton Pl South - Apt 11J | New York, NY 10022 |
| Johnson, Donovan | 50 Sutton Pl South - Apt 11J | New York, NY 10022 |
| Jones, Richard | 801 Allwyn St | Baldwin Harbor, NY 11510 |
| Jorgensen, George | 9 Pippin Ln | Wappingers Falls, NY 12590 |

| LINE1 | LINE2 | LINE3 |
|---|---|---|
| Kanning, Robert | 37 Sutton Dr | Ho-Ho-Kus, NJ 07423 |
| Kelly, John | 31 Washington Mews | Portchester, NY 10573 |
| Khan, Dorothy | 107-37 124th St | Richmond Hill, NY 11419 |
| King, Seon | 95 Lenox Avenue, Apr 8M | New York, NY 10026 |
| Koster, Deborah | 860 U.N. Plaza - Apt 15B | New York, NY 10017 |
| Kugel, Craig | 21 Soundview Ln | Sands Point, NY 11050 |
| Kugel, David | 69 Charney Ct | Manhasset, NY 11030 |
| Lanier, Adam | 522 West Webster Ave | Roselle Park, NJ 07204 |
| Larsen, Jean | 349 East 49th St - Apt 2P | New York, NY 10017 |
| Lenaghan, Jonathan | 4705 Center Blvd - Apt 2513 | Long Island City , NY 11109 |
| Lipkin, Eric | 314 Steilen Ave | Ridgewood, NJ 07450 |
| Lipkin, Irwin | 15408 Strathearn Dr | Delray Beach, FL 33446 |
| Madoff, Andrew | 433 East 74th St. Apt. 5 | New York, NY 10021 |
| Madoff, Bernard | 133 East 64th St | New York, NY 10021 |
| Madoff, Mark | 158 Mercer St | New York, NY 10012 |
| Madoff, Peter | 34 Pheasant Run | Old Westbury, NY 11568 |
| Madoff, Shana | 420 East 54th St - Apt 18 C/D | New York, NY 10022 |
| Magnus, Dumarsais | 108-09 221st St | Queens Village, NY 11429 |
| Mann, Kathryn | 190 East 7th Street, Apt 501 | New York, NY 10009 |
| Marasa, Gaetano | 67 Canton Ave | Staten Island, NY 10312 |
| Mastrangelo, Ralph | 277 Leverett Ave | Staten Island, NY 10308 |
| Mayer, Leonard | 45 Sutton Place South, Apt 3F | New York, NY 10022 |
| McDonald, Christopher | 8 Second Avenue | Ossining, NY 10562 |
| McGuire, Kevin | 29 Wyckoff St - Apt 1 | Brooklyn, NY 11201 |
| McMahon, Robert | 34 Prall Road | Hillsborough, NJ 08844 |
| Mehta, Neilay | 225 Columbus Ave - Apt 4E | New York, NY 10023 |
| Meyer-Mitchell, Merlin | 10 Allen Road | Norwalk, CT 06851 |
| Moy, Peter | 163 Hurlbert St | Staten Island, NY 10305 |
| Mui, Alethea | 45 Pasadena Dr | Hamilton, NJ 08619 |
| Murray, Damien | 1226 Intervale Avenue | Bronx, NY 10459 |
| Nabile, Walid | 291 Prospect Drive | Brick, NJ 08724 |
| Nano, Glenn | 175 East 2nd St - Apt 4D | New York, NY 10009 |
| Nasi, William | 153-34 59 Ave | Flushing, NY 11355 |
| Noer, Martin | 39-52 44th Street | Sunnyside, NY 11104 |
| Nunez, Rafael | 35-63 88th St - Apt 2L | Jackson Heights, NY 11372 |
| O'Hara, Jerome | 167 Legion Pl | Malverne, NY 11565 |
| Oritz, Magdalena | 92 West 26th St | Bayonne, NJ 07002 |
| O'Toole, Elizabeth | 347 Court St | Brooklyn, NY 11231 |
| Padala, Matthew | 207 East 74th St - Apt 5A | New York, NY 10021 |
| Pagan, Rafael | 2323 Cambreleng Ave - Apt 8 | Bronx, NY 10458 |

| LINE1 | LINE2 | LINE3 |
|-------|-------|-------|
| Paliotta, Michael | 1620 West 8th Street, Apt 1F | Brooklyn, NY 11223 |
| Pechatnikov, Yefim | 46 Oceanside Ave | Staten Island , NY 10305 |
| Pennachio, Daniel | 19 Eleventh St | Carle Place, NY 11514 |
| Perez, George | 16 Quaker Dr | East Brunswick, NJ 08816 |
| Perez, Raul | 1500 Hudson Street, Apt 1L | Hoboken, NJ 07030 |
| Persaud, Sharda | 93-31 205th St | Hollis, NY 11423-3029 |
| Reardon, Erin | 87 McLean St | Middletown, NJ 07701 |
| Rosenberger, Jamie | 40 Harrison St - Apt 32B | New York, NY 10013 |
| Sanchez, Frankie | 111-32  66th Ave - Apt 1B | Forest Hills, NY 11375 |
| Scharlop, Benjamin | 11 Cecily Ln | Commack, NY 11725 |
| Schwartz, Robert | 3278 Amelia Dr | Mohegan Lake, NY 10547 |
| Shapiro, Stanley | 983 Park Ave | New York, NY 10028 |
| Shaps, Ryan | 242 Coverly Avenue | Staten Island, NY 10301 |
| Sharr, Henry | 1440 66th St - Apt 3F | Brooklyn, NY 11219 |
| Shaw, Christopher | 421 Hudson St - Apt 718 | New York, NY 10014 |
| Shen, Hong | 141C Beverly Hills Terr | Woodbridge, NJ 07095 |
| Sheredos, Robert | 906 West Meadow Dr | Bound Brook, NJ 08805 |
| Sibbley, Errol | 227 West 2nd St | Mt Vernon, NY 10550 |
| Sibbley, Lebert | 171-42 107th Ave | Jamaica, NY 11433-2530 |
| Sobel, Richard | 19 Clover Ln | Westport, CT 06880 |
| Solomon, Elaine | 50 Sutton Pl South - Apt 8E | New York, NY 10022 |
| Sondike, Brett | 418 Oceanfront | Long Beach, NY 11561 |
| Squillari, Eleanor | 594 Davis Ave | Staten Island, NY 10310 |
| Sroka, Heath | 301 East 66th Street, Apt 3M | New York, NY 10021 |
| Stahl, Richard | 8 East Tr | Darien, CT 06820 |
| Stampfli, Joshua | 151 Rock Creek Ln | Scarsdale, NY 10583 |
| Suazo, Joseph | 415 Ridgefield Rd | Hauppauge, NY 11788 |
| Sullivan, Stefanie | 175 West 87th St - Apt 19F | New York, NY 10024 |
| Sutton, Kurt | 315 East 86th St - Apt 17JE | New York, NY 10028 |
| Taratunio, Deborah | 180 Ardmore Ave | Staten Island, NY 10314 |
| Tiletnick, Peter | 77-15 113th St - Apt 3O | Forest Hills, NY 11375 |
| Tiletnick, Walter | 440 East 13th St | New York, NY 11009 |
| Torres, Elvis | 2540 Wilson Ave | Bellmore, NY 11710 |
| Tringali, Barbara | 1807 West 7th St | Brooklyn, NY 11223 |
| Vicinelli, Paolo | 15 Dante St | Larchmont, NY 10538 |
| Voigt, Hendrik | 1 Independence Ct - Apt 611N | Hoboken, NJ 07030 |
| Ward, Laurence | 188 East 64th St - Apt 3001 | New York, NY 10021 |
| Watkins, Michella | 1589 Unionport Rd - Apt 7H | Bronx, NY 10462 |
| Weber, Robert | 406 Tarrytown Ave | Staten Island, NY 10306 |
| Westhuis, Kathryn | 531 East 20th St  - Apt 3D | New York, NY 10010 |

| LINE1 | LINE2 | LINE3 |
|---|---|---|
| Wharton, Sean-Louis | 4 Sonoma Ct | Old Bridge, NJ 08857 |
| White, Charlene | 39 Morton St | Garnerville, NY 10923 |
| Wiener, Charles | 6 Harbor Park Ct | Centerport, NY 11721 |
| Wong, William | 725 Jefferson Street, Unit 2 | Hoboken, NJ 07030 |
| Yeh, Richard | 200 East 58th St - Apt 14J | New York, NY  10022 |
| Yelsey, Neil | 1 Cliff Pl | Pelham Manor, NY 10803 |
| Zachar, Ned | 372 Guard Hill Road | Bedford, NY 10506 |
| Zheng, Xing | 18 Cornell Dr | Great Neck, NY 11020 |