# **EXHIBIT D**

**Broker/Dealers**

Broker2Dealers

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| AEB Corporation | Robert | Tepper | 518 South Main Street | Great Barrington, MA 01230 | |
| Akar Capital Management, Inc | Emil | Akar | 8551 W. Sunrise Blvd | Plantation, FL 33322 | |
| Akar Capital Management, Inc | Robert | Larrick | 8551 W. Sunrise Blvd | Plantation, FL 33322 | |
| Albert Fried & Co. | Scott | Carotenuto | 60 Broad Street | New York, NY 10004 | |
| Alpine Securities Corp | Todd | Groskreutz | 440 East 400 South | Salt Lake City, UT 84111 | |
| Alpine Securities Corp | Stephen | Hunsaker | 440 East 400 South | Salt Lake City, UT 84111 | |
| Ameriprise Advisor Services, Inc. | Michael | Ross | 719 Griswold St. | Suite 1700 | Detroit, MI 48226 |
| Ameriprise Advisor Services, Inc. | David | Cravens | 719 Griswold St | Suite 1700 | Detroit, MI 48226 |
| Ameriprise Advisor Services, Inc. | Cathy | Vanhouten | 719 Griswold St | Suite 1700 | Detroit, MI 48226 |
| Ameriprise Advisor Services, Inc. | Steve | Whiting | 719 Griswold St | Suite 1700 | Detroit, MI 48226 |
| Ameriprise Financial | Karl | Dornfeld | 901 3rd Ave, | Minneapolis, MN 55474 | |
| Ameriprise Financial | Michael | Costley | 901 3rd Ave | Minneapolis, MN 55474 | |
| Ameriprise Financial | Jason | Roeske | 901 3rd Ave | Minneapolis, MN 55474 | |
| Azroc Securities, Inc. | Mary Beth | Feduska | 4055 Monroeville Blvd. | Bldg One, Ste 410 | Monroeville, PA 15146 |
| Barclays Capital | Seth | Weber | 745 Seventh Avenue | 2nd Floor | New York, NY 10019-6801 |
| Barclays Stockbrokers | Ruth | Barlow | Tay House | 300 Bath Street | Glasgow, Scotland G24JR |
| Barclays Stockbrokers | John | Dixon | Tay House | 300 Bath Street | Glasgow, Scotland G24JR |
| Battenkill Capital | Shawn | Harrington | 7252 Main Street | P.O. Box 2528 | Manchester Center, VT 05255 |
| BNY ConvergEx Group | Paul G. | Basmajian | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | Giancarlo | Battaglia | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | David | Bryan | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | Peter | Coleman | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | Mark | Eads | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | Barclay | Frey | 1633 Broadway | 48th Floor | New York, NY 10019 |
| BNY ConvergEx Group | Carey | Pack | 1633 Broadway | 48th Floor | New York, NY 10019 |
| Boenning & Scattergood Inc. | Kathy | Wilhelm | 4 Tower Bridge | 200 Barr Harbor Drive | West Conshohocken, PA 19428 |
| Boyle Marathon Fund | Mike | Boyle | 1401 Woodsong Drive | Hendersonville, NC 28791 | |
| Broker Dealer Financial Services Corp. | Michael T. | Sherzan | 8800 N.W. 62th Ave. | P.O. Box 6240 | Johnston, IA 50131 |
| Broker Dealer Financial Services Corp. | Terrie | Toms | 8800 N.W. 62th Ave. | P.O. Box 6240 | Johnston, IA 50131 |
| Brown Brothers Harriman & Co. | Mark | Pinto | 140 Broadway | 11th Floor | New York, NY 10005 |
| Brown Brothers Harriman & Co. | Jim | Schneider | 140 Broadway | 11th floor | New York, NY 10005 |
| Brown Brothers Harriman & Co. | Steve | Walters | 140 Broadway | 11th Floor | New York, NY 10005 |
| BTIG Trading | Steven | Starker | 825 Third Avenue | 7th Floor | New York, NY 10022 |
| Canaccord Capital | Andrew | Jappy | 609 Granville St. | Suite 2200 | Vancouver, BC V7Y1H2 |
| Canaccord Capital | Stacy | Paterson | 609 Granville St. | Suite 2200 | Vancouver, BC V7Y1H2 |
| Canaccord Capital | James | Duncan | BCE Place | 161 Bay Street | Toronto, Ontario, ON M5J2S1 |
| Cantella & Co., Inc. | Marty | Desmond | Two Oliver Street, 11th floor | Boston, MA 02109 | |
| Capital International Limited | Mark | Wilkinson | PO Box 15 | Mill Court, Castletown, Isle of Man | IM99 5XH Great Britain |
| Chicago Capital Inc. | Thomas | Sanders | 200 West Madison | Suite 2000 | Chicago, IL 60606 |
| ChoiceTrade | Richard | Bertematti | 197 State Route 18 | Suite 3000 | East Brunswick, NJ 08816 |
| CIBC World Markets (Can) | Nancy | Bennett | BCE Place | 161 Bay St. | Toronto, ON M5J 2S8 |
| CIBC World Markets (Can) | Martin | Piszel | BCE Place | 161 Bay St. | Toronto, ON M5J 2S8 |
| Citigroup Global Markets Inc | Stacey | Jackson | 700 Red Brook Blvd | 3rd Floor | Owings Mills, MD 21117 |
| Citigroup Global Markets Inc | Terese | Strickland-Smith | 700 Red Brook Blvd | 3rd Floor | Owings Mills, MD 21117 |
| Citigroup Global Markets Inc | Daniel | Seidenstein | 390 Greenwich Street | 3rd Floor | New York, NY 10013 |
| Citigroup Global Markets Inc | Abe | Narvaez | 390 Greenwich Street | 20th floor | New York, NY 10013 |
| Citigroup Global Markets Inc | Ken | Wilson | Chicago, IL | | |
| City National Investments | Steve | Colborn | 225 Broadway | 5th Floor | San Diego, CA 92101 |
| Conifer Securities | William F. | Byrne | 767 Third Avenue | 6th Floor | New York, NY 10017 |
| Conifer Securities | Gary | McIlroy | 767 Third Avenue | 6th Floor | New York, NY 10017 |
| Credit Suisse | Eugene | Choe | Eleven Madison Avenue | New York, NY 10010 | |
| Credit Suisse | Kenneth | Chu | 11 Madison Avenue | New York, NY 10010 | |
| Crowell Weedon & Co | Ralph | MacMillan | One Wilshire Blvd | Los Angeles, CA 90017 | |
| Curian Clearing, LLC | Jan | Hanshaft | 7601 Technology Way | 5th Floor | Denver, CO 80237 |

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| Curian Clearing, LLC | Marc | van Rijssen | 7601 Technology Way | 5th Floor | Denver, CO 80237 |
| D.A. Davidson & Company | Erik | Madsen | 8 3rd Street North | Davidson Bldg. | Great Falls, MT 59401 |
| Davenport & Co. LLC | Brenda C. | Blackard | One James Center | 901 East Cary Street | Richmond, VA 23219 |
| Davenport & Co. LLC | Coleman | Wortham III | 1 James Center/11th Fl. | 901 East Cary Street | Richmond, VA 23219 |
| Davenport & Co. LLC | Brenda | Boyd | 1 James Center | 901 East Cary Street | Richmond, VA 23219 |
| Davenport & Co. LLC | James | Whelen III | One James Center | Richmond, VA 23285-5678 | |
| Delta Equity Services | Gerald | Powers | 579 Main St | Bolton, MA 01740-1300 | |
| Du Pasquier & Company Inc. | Chris | Moran | One Battery Park Plaza | 7th Floor | New York, NY 10004 |
| Du Pasquier & Company Inc. | Frank | Auletti | One Battery Park Plaza | 3rd Floor | New York, NY 10004 |
| Edward D. Jones & Co. | Travis | Vieth | 12555 Manchester Road | Equity Trading | St. Louis, MO 63131 |
| Edward D. Jones & Co. | Neal | Lanigan | 8620 South River Pkwy | Tempe, AZ 85284 | |
| Edward D. Jones & Co. | Norman L. | Eaker | 700 Maryville Centre Drive | St. Louis, MO 63141 | |
| Edward D. Jones & Co. | Mary | Burnes | 12555 Manchester Road | St. Louis, MO 63131 | |
| Ehrenkrantz King Nussbaum, Inc. | Shane | Malone | 598 Madison Ave. | 14th Floor | New York, NY 10022 |
| Ehrenkrantz King Nussbaum, Inc. | Phil | Matto | 598 Madison Ave. | 14th Floor | New York, NY 10022 |
| Ehrenkrantz King Nussbaum, Inc. | Frank | Trotta | 598 Madison Ave. | 14th Floor | New York, NY 10022 |
| Electronic Global Securities Inc | Nilesh | Nanavati | 111 Broadway | Suite 405 | New York, NY 10006 |
| EnvestnetPMC | Jim | Dean | 35 East Wacker | Suite 1600 | Chicago, IL 60601 |
| Ferris Baker Watts | Craig | Hartman | 100 Light St | 9th Floor | Baltimore, MD 21202 |
| Ferris Baker Watts | Tom | Heffernan | 100 Light Street | 8th Floor | Baltimore, MD 21202 |
| Ferris Baker Watts | Paddy | Brooks | 100 Light St | 8th Floor | Baltimore, MD 21202 |
| First Allied | Gary | Ramos | P.O. Box 85549 | San Diego, CA 92186-5549 | |
| First American Capital & Trading | Alerts | Trading | 1499 W. Palmetto Park Road | Suite 250 | Boca Raton, FL 33486 |
| First American Capital & Trading | Tony | Varela | 1499 W. Palmetto Park Road | Suite 250 | Boca Raton, FL 33486 |
| First Southwest Company | Cathi | Maxwell | 325 North St. Paul Street | Suite 800 | Dallas, TX 75201-3852 |
| First Southwest Company | Jeff | Hammill | 325 N. St. Paul Street | Suite 800 | Dallas, TX 75201-3852 |
| Flagstone Securities LLC | Thomas | Riley | 7733 Forsyth Blvd | 19th Floor | St. Louis, MO 63105 |
| Foliofn Investments | Anne | Byrd | 8000 Towers Crescent Drive | Suite 1500 | Vienna, VA 22181 |
| Foliofn Investments | Beth | Kirksey | 8000 Towers Crescent Drive | Suite 1500 | Vienna, VA 22182 |
| Foliofn Investments | Jeffery | Smith | 8000 Towers Crescent Drive | Suite 1500 | Vienna, VA 22182 |
| Goetz, Batchker & Co. Inc. | Craig | Batchker | 40 Exchange Place | 15th Floor | New York, NY 10005 |
| Gunnallen Financial, Inc. | Chris | Frankel | 5002 W. Waters Avenue | Tampa, FL 33634 | |
| Gunnallen Financial, Inc. | Kevin | Daniels | 5002 W. Waters Ave | Tampa, FL 33634 | |
| Gunnallen Financial, Inc. | Tom | Lang | 5002 W. Waters Ave | Tampa, FL 33634 | |
| H. Beck Inc. | James | Dresselaers | 11140 Rockville Pike | 4th Floor | Rockville, MD 20852 |
| H. Beck Inc. | Gary | Hurvitz | 11140 Rockville Pike | 4th Floor | Rockville, MD 20852 |
| H. Beck Inc. | Kevin | Ramos | 11140 Rockville Pike | 4th Floor | Rockville, MD 20852 |
| H.G. Wellington & Co., Inc. | Maureen | Henderson | 14 Wall Street | Suite 1702 | New York, NY 10005 |
| Hamershlag, Kempner & Co. L.P. | Owen | Comiskey | 11 West 42nd Street, 19th Floor | New York, NY 10036 | |
| Hapoalim Securities USA, Inc | Joe | Cornish | One Battery Park Plaza | 2nd Floor | New York, NY 10004 |
| Hapoalim Securities USA, Inc | Walter | Joyce | One Battery Park Plaza | 2nd Floor | New York, NY 10004 |
| Hilliard Lyons | P. | Freeman | 500 West Jefferson Street | Louisville, KY 40202 | |
| Hilliard Lyons | George | Moorin | 500 West Jefferson Street | Louisville, KY 40202 | |
| Hilliard Lyons | Sharon | Brinley | 500 W. Jefferson Street | Louisville, KY 40202 | |
| Hilliard Lyons | Room - Listed | Order | 500 W. Jefferson Street | Louisville, KY 40202 | |
| Hilliard Lyons | James M. | Rogers | 500 W. Jefferson Street | Louisville, KY 40202 | |
| Hilliard Lyons | Angie | Smith | 500 W. Jefferson Street | Louisville, KY 40202 | |
| Horwitz & Associates, Inc. | Diane | Ryan | 2610 Lake Cook Road | Suite 190 | Riverwoods, IL 60015 |
| HSBC Brokerage (USA) Inc | Dominick | Caccavale | 452 Fifth Avenue | 3rd Floor | New York, NY 10018 |
| J.P. Turner & Company | John | McFarland | 3060 Peachtree Rd | Suite 1100 | Atlanta, GA - Georgia 30305 |
| J.P. Turner & Company | Charles | Gehring | One Buckhead Plaza | 3060 Peachtree Road, NW | Atlanta, GA 30305 |
| Janney Montgomery Scott Inc. | JD | O'Brien | 1801 Market Street | 8th Floor | Philadelphia, PA 19103 |
| JP Morgan Securities | Joseph | Baggio | 383 Madison | 4th Floor | New York, NY 10179 |
| JP Morgan Securities | Joseph | Buttacavoli | 383 Madison | 4th Floor | New York, NY 10179 |

Broker/Dealers

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| JP Morgan Securities | Brett | Redfearn | 383 Madison Ave. | New York, NY 10179 | |
| JP Morgan Securities | Bobby | Composto | 383 Madison | New York, NY 10179 | |
| Kaufman Brothers | Roger | Darpino | 800 3rd Avenue | 25th Floor | New York, NY 10022 |
| Kaufman Brothers | Paul | Siacca | 800 3rd Avenue | 25th Floor | New York, NY 10022 |
| Kaufman Brothers | Timothy | Thomas | 800 Third Avenue, 25th Floor | New York, NY 10022 | |
| Kaufman Brothers | James | Alperin | 800 Third Avenue 25th Floor | New York, NY 10022 | |
| Kedem Capital Corp. | Ben | Kedem | 534 Broad Hollow Road | Melville, NY 11747 | |
| Koonce Securities | Michael | Currey | 6550 Rock Spring Drive | Suite 600 | Bethesda, MD 20817 |
| Legent Clearing Corp | Sean | Coffey | 9300 Underwood Avenue | Suite 400 | Omaha, NE 68114 |
| Legent Clearing Corp | Cathy | Davis | 9300 Underwood Ave | Suite 400 | Omaha, NE 68114 |
| Lek Securities Corp | Mike | Mainwald | 140 Broadway | 29th Floor | New York, NY 10001 |
| Leonard & Co | Alvin | Cottage | 1450 W. Long Lake Road | Suite 150 | Troy, MI 48098 |
| Leonard & Co | David | Muncie | 1450 W. Long Lake Road | Suite 150 | Troy, MI 48098 |
| Leonard & Co | David | Foran | 1450 W. Long Lake Rd | Suite 150 | Troy, MI 48098 |
| Lexington Investment Company Inc. | Stanley | Kerrick | 2365 Harriodsburg Rd. | Suite B 375 | Lexington, KY 40504 |
| LPL Financial Services | Amy | Durgan | P.O. Box 502307 | San Diego , CA 92150-2307 | |
| LPL Financial Services | Eleanore | Terrazas | P.O. Box 502307 | San Diego, CA 92150-2307 | |
| LPL Financial Services | Bill | Walcher | P.O. Box 502307 | San Diego, CA 92150-2307 | |
| LPL Financial Services | Tom | Wroblewski | P.O. Box 502307 | San Diego, CA 92150-2307 | |
| Matrix Capital Group Inc. | Christopher F. | Anci | 420 Lexington Ave | Suite 601 | New York, NY 10170 |
| Maxim Group LLC | Mike | Rabinowitz | 405 Lexington Ave | 2nd Floor | New York, NY - New York 10174 |
| Maxim Group LLC | Robert | Sayegh | 405 Lexington Ave | 2nd Floor | New York, NY 10174 |
| Merrill Lynch & Co. | Robert | Moir | 4 World Financial Center | 5th floor | New York, NY 10080 |
| Merrill Lynch & Co. | Anousha | Radjy | 4 WFC North Tower | 5th Floor | New York, NY 10080 |
| Merrill Lynch & Co. | Neelima | Sharma | 4 WFC North Tower | 5th Floor | New York, NY 10080 |
| Merrill Lynch & Co. | Jarrod | Yuster | 4 WFC North Tower | 5th Floor | New York , NY 10080 |
| Merrill Lynch & Co. | Ruth | Colagiuri | 4 World Financial Center | 15th floor | New York, NY 10080 |
| MF Global Securities | Dan | Caputo | 440 S. Lasalle St. | 20th Floor | Chicago, IL 60605 |
| MF Global Securities | Rob | Wendt | 440 S. LaSalle St. | 20th Floor | Chicago, IL 60605 |
| Morgan Keegan & Co, Inc | Byron | Mitson | 50 Front Street | 15th Floor | Memphis, TN 38103 |
| Morgan Keegan & Co, Inc | Marilyn | Hiner | 50 Front Street | 12th Floor | Memphis, TN 38103 |
| Morgan Keegan & Co, Inc | William | Kitchens | 50 Front Street | Memphis, TN 38103 | |
| National Financial Markets Group | Jay | Owen | 200 Seaport Blvd | Suite 630 | Boston, MA 02210 |
| National Financial Markets Group | Jeff | Brown | 200 Seaport Blvd. Z2H | Boston, MA 02210 | |
| National Financial Markets Group | Mark A. | Haggerty | 200 Seaport Blvd. Z2H | Boston, MA 02210 | |
| National Financial Services LLC | Brian | Desjourdy | 200 Liberty Street | NJAC1 | New York, NY 10281 |
| NBC Securities, Inc | Parimal | Patel | 1927 First Avenue North | 7th Floor | Birmingham, AL 35203 |
| OES, Order Execution Services LLC | George | Lawlor | 744 Broad Street | 23rd Floor | Newark, NJ 07102 |
| OES, Order Execution Services LLC | David | Scheckel | 744 Broad Street | 23rd Floor | Newark, NJ 07102 |
| Olympus Securities | Jim | Carrazza | 170 Changebridge Road | Suite B-1 | Montville, NJ 07045 |
| Oppenheimer & Co., Inc. | Albert | Lowenthal | 125 Broad St | 15th Floor | New York, NY 10005 |
| Oppenheimer & Co., Inc. | Robert | Marnell | 125 Broad St | 15th Floor | New York, NY 10004 |
| Oppenheimer & Co., Inc. | Thomas | Riordan | 125 Broad St | 15th Floor | New York, NY 10005 |
| OptionsXpress Inc. | Peter | Bottini | 311 W. Monroe Street | Suite 1000 | Chicago, IL 60606 |
| OptionsXpress Inc. | Jeremy | Coronado | 311 W. Monroe Street | Suite 1000 | Chicago, IL 60606 |
| OptionsXpress Inc. | Tom | Gemmell | 311 W. Monroe Street | Suite 1000 | Chicago, IL 60606 |
| Pershing Trading Company, L.P. | Tony | Hallinger | One Pershing Plaza | Jersey City, NJ 07399 | |
| Pershing Trading Company, L.P. | Craig | Messenger | One Pershing Plaza | Jersey City, NJ 07399 | |
| Piper Jaffray Co | Jim | Fehrenbach | 800 Nicollet Mall | 12th Floor | Minneapolis, MN 55402 |
| PMK Securities & Research Inc. | Sue | Finch | 105 East Atlantic Ave | Suite 200 | Delray Beach, FL 33444 |
| PMK Securities & Research Inc. | Roger | Kumar | 105 East Atlantic Ave | Suite 200 | Delray Beach, FL 33444 |
| Pointe Capital | John | Kelly | Suite 100 | 4800 T-Rex Ave. | Boca Raton, FL 33431 |
| PrimeVest Financial Services | Eric | Crawford | 400 First Street So. | Suite 300 | St. Cloud, MN 56301 |
| PrimeVest Financial Services | Christopher | Reinholz | 400 First Street So. | Suite 300 | St. Cloud, MN 56301 |

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| Radnor Research & Trading, LLC | Steve | Manzo | 290 King of Prussia Road | Radnor Station 2 - Suite 120 | Radnor , PA 19087 |
| Radnor Research & Trading, LLC | Morgan | Simpson | 290 King of Prussia Rd | Radnor Station 2 - Suite 120 | Radnor , PA 19087 |
| Raymond James & Associates, Inc. | Debby | Deacon | Raymond James Financial Center | 880 Carillon Parkway - Tower 3 | St. Petersburg, FL 33716 |
| Raymond James & Associates, Inc. | Wade | DeRemer | Raymond James Financial Center | 880 Carillon Parkway - Tower 3 | St. Petersburg, FL 33716 |
| Raymond James & Associates, Inc. | Pam | Marlborough | Raymond James Financial Center | 880 Carillon Parkway - Tower 3 | St. Petersburg, FL 33716 |
| Raymond James & Associates, Inc. | Teresa | Stewart | Raymond James Financial Center | 880 Carillon Parkway - Tower 3 | St. Petersburg, FL 33716 |
| Raymond James & Associates, Inc. | Louis | Parks | 250 Park Ave. | 2nd Floor | New York , NY 10177 |
| RBC Dain Rauscher | Michael | Fine | 60 S. 6th St. | Dain Rauscher Plaza | Minneapolis, MN 55402-4422 |
| RBC Dain Rauscher | Brian | Hansen | 60 S. 6th St. | Dain Rauscher Plaza | Minneapolis, MN 55402 |
| RBC Dain Rauscher | Anthony | Meyer | 60 S. 6th St. | Dain Rauscher Plaza | Minneapolis, MN 55402 |
| RBC Dominion Securities Inc. | Brent | Chisholm | Royal Bank Plaza | South Tower - 2nd Floor | Toronto, ON M5J2W7 |
| RBC Dominion Securities Inc. | Blair | Morton | Royal Bank Plaza | South Tower - 2nd Floor | Toronto, ON M5J2W7 |
| RBC Dominion Securities Inc. | Barry | Pound | Royal Bank Plaza | South Tower - 2nd Floor | Toronto, ON M5J2W7 |
| RBC Dominion Securities Inc. | Glenn | Intendencia | Royal Bank Plaza | South Tower | Toronto, ON M5J2W7 |
| RBC Dominion Securities Inc. | Darlene | Thompson | Royal Bank Plaza | South Tower | Toronto, ON M5J2W7 |
| RBC Dominion Securities Inc. | Kenneth | Poon | 2nd Floor, South Tower | Royal Bank Plaza | Toronto, ON M5J 2WJ |
| RBC Dominion Securities Inc. | Marty | Reader | 2nd Floor, South Tower | Royal Bank Plaza | Toronto, ON M5J 2WJ |
| RIM Securities LLC | Greg | Giaquinto | 570 Lexington Avenue | 9th Floor | New York, NY 10022-6837 |
| RIM Securities LLC | Dave | Shmulewitz | 570 Lexington Avenue | 9th Floor | New York, NY 10022-6837 |
| Robert W. Baird & Co. Incorporated | James | Herrick | 777 East Wisconsin Avenue | First Wisconsin Ctr. | Milwaukee, WI 53202 |
| Robert W. Baird & Co. Incorporated | Fred | Kubiak | 777 East Wisconsin Avenue | First Wisconsin Ctr. | Milwaukee, WI 53202 |
| Robert W. Baird & Co. Incorporated | Barbara | Nelson | 777 East Wisconsin Avenue | First Wisconsin Ctr. | Milwaukee, WI 53202-5391 |
| Robert W. Baird & Co. Incorporated | Matt | Turner | 777 East Wisconsin Avenue | First Wisconsin Ctr. | Milwaukee, WI 53202 |
| Romano Brothers & Co | Robert | Vallone | One Rotary Center | Suite 1300 | Evanston, IL 60201 |
| Romano Brothers & Co | Mary | Kalamatianos | Suite 1300 | Onew Rotary Center | Evanston, IL 60201 |
| Rothschild Investment Corp | Bob | Steiner | 311 S Wacker Dr | Suite 6500 | Chicago, IL 60606 |
| S.L. Reed | Jeremy | Johnson | 11111 Santa Monica Blvd | 12th Floor | Los Angeles, CA 90025 |
| S.L. Reed | Milkah | LoScalzo | 11111 Santa Monica Blvd | 12th Floor | Los Angeles, CA 90025 |
| S.L. Reed | Vicki | Redhouse | 11111 Santa Monica Blvd | 12th Floor | Los Angeles, CA 90025 |
| Scott & Stringfellow, Inc. | Charles | Stites | 909 East Main Street | 6th Floor | Richmond, VA 23219 |
| Scott & Stringfellow, Inc. | Sandy | Tyler | 909 East Main Street | 6th Floor | Richmond, VA 23219 |
| Scott & Stringfellow, Inc. | Walter S. | Robertson, III | 909 East Main Street | Richmond, VA 23219 | |
| Southwest Securities Inc. | William D. | Felder | 1201 Elm St./Suite 3500 | Dallas, TX 75270 | |
| Southwest Securities Inc. | Mary | Hanan | 1201 Elm St./Suite 3500 | Dallas, TX 75270 | |
| Southwest Securities Inc. | Brad | Northcutt | 1201 Elm St./Suite 3500 | Dallas, TX 75270-2180 | |
| Stephens Inc. | Peter | Carr | 111 Center Street | Stephens Bldg. | Little Rock, AR 72201 |
| Stephens Inc. | William ( Doc ) | Franks | 111 Center Street | Stephens Bldg. | Little Rock, AR 72201 |
| Stephens Inc. | Leon | Lants III | 111 Center Street | Stephens Bldg. | Little Rock, AR 72201 |
| Sterling Financial Investment Group | Gina | Buddie | 225 North East Mizner Blvd. | Fifth Floor | Boca Raton, FL 33432 |
| Sterne, Agee & Leach, Inc. | Mark | Hamm | 800 Shades Creek Parkway | Suite 775 | Birmingham, AL 35209 |
| Sterne, Agee & Leach, Inc. | Amber | Spitzer | 800 Shades Creek Parkway | Suite 775 | Birmingham, AL 35209 |
| Sterne, Agee & Leach, Inc. | Scott | Hughen | 800 Shades Creek Parkway | Suite 730 | Birmingham, AL 35209 |
| Sterne, Agee & Leach, Inc. | Robert | Lake | 800 Shades Creek Parkway | Suite 730 | Birmingham, AL 35209 |
| Sterne, Agee & Leach, Inc. | Ryan | Medo | 800 Shades Creek Parkway | Suite 725 | Birmingham, AL 35209 |
| Stifel, Nicolaus & Company, Inc. | Barbara | Misiewicz | 501 N. Broadway | 8th floor | St. Louis, MO 63102 |
| Stifel, Nicolaus & Company, Inc. | Keith | Bellchamber | 501 N. Broadway | St. Louis, MO 63102 | |
| Stifel, Nicolaus & Company, Inc. | Vicki | Brinker | 501 N. Broadway | St. Louis, MO 63102 | |
| Stifel, Nicolaus & Company, Inc. | Ronald J. | Kruszewski | 501 N. Broadway | St. Louis, MO 63102 | |
| Stifel, Nicolaus & Company, Inc. | Joanne | McIntyre | 501 N. Broadway | St. Louis, MO - Missouri 63102 | |
| Stifel, Nicolaus & Company, Inc. | Joyce | Young | 501 N. Broadway | St. Louis, MO 63102 | |
| Sungard Institutional Brokerage | Chris | Boschert | Four City Place Drive | Sutie 225 | St. Louis, MO 63141 |
| Sungard Institutional Brokerage | Scott | Franc | Four City Place Drive | Sutie 225 | St. Louis, MO 63141 |
| TD Ameritrade Holding Corp. | Kurt D. | Halvorson | 4211 South 102nd Street | Omaha, NE 68103-2226 | |
| TD Ameritrade Holding Corp. | Chris | Nagy | 1005 North Ameritrade Place | Bellevue, NE 68005 | |

Broker/Dealers

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| TD Ameritrade Holding Corp. | Steve | Woodward | 1005 North Ameritrade Place | Bellevue, NE 68005 | |
| The Vanguard Group - Vanguard Brokerage Services | David | Cermak | P.O. Box 2600 | Valley Forge, PA 19482 | |
| The Vanguard Group - Vanguard Brokerage Services | David | Flood | P.O. Box 2600 | Valley Forge, PA 19482 | |
| The Vanguard Group - Vanguard Brokerage Services | Mike | Haub | P.O. Box 2600 | Valley Forge, PA 19482 | |
| The Vanguard Group - Vanguard Brokerage Services | Brian | McCarthy | P.O. Box 2600 | Valley Forge, PA 19482 | |
| The Vanguard Group - Vanguard Brokerage Services | Doug | Hayden | 14321 N. Northsigth Blvd | Scottsdale, AZ 85260 | |
| Thompson Davis & Co., Inc. | Kevin | Rutherford | 919 E Main St | 16th Floor | Richmond, VA 23218 |
| Trade Manage Capital, Inc. | Ed | xxxx | 299 Market Street | Suite 410 | Saddle Brook, NJ 07663 |
| Trade Manage Capital, Inc. | Will | xxxxxxx | 299 Market Street | Suite 410 | Saddle Brook, NJ 07663 |
| U.S.Bancorp Investments Inc | Ed | Ebel | 60 Livingston Ave | EP-MN-WN2D | St. Paul, MN 55107-1419 |
| U.S.Bancorp Investments Inc | Gregg | Schreiner | 60 Livingston Ave | EP-MN-WN2D | St. Paul, MN 55107-1419 |
| UBS Financial Services, Inc. | Ed | Lynn | 1000 Harbor Blvd | Weehawken, NJ 07086 | |
| UBS Financial Services, Inc. | Gary | McDowell | 1000 Harbor Blvd | Weehawken, NJ 07087 | |
| UBS Financial Services, Inc. | Frank | Parodi | 1000 Harbor Blvd | Weehawken, NJ 07087 | |
| UBS Securities | Mike | Hogan | 1285 Avenue of the Americas | 9th Floor | New York, NY 10019 |
| UBS Securities | Bob | Rickmers | 1285 Avenue of the Americas | 9th Floor | New York, NY 10019 |
| UBS Securities | Joseph | Schifano | 1285 Avenue of the Americas | 9th Floor | New York, NY 10019 |
| USAA Investment Management Co | Rick | Guizar | McDermott Building A03E | 9800 Fredricksburg Road | San Antonio, TX 78288 |
| USAA Investment Management Co | Thomas T. | Engelke | McDermott Building A03E | 9800 Fredericksburg Road | San Antonio, TX 78288 |
| USAA Investment Management Co | Gina | O'May | McDermott Building A03E | 9800 Fredericksburg Road | San Antonio, TX 78288 |
| vFinance Investments, Inc | Dana | Peek | 3010 North Military Trail | Suite 300 | Boca Raton, FL 33431 |
| Wachovia Securities Inc. | Anthony G. | Ambrosino | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wachovia Securities Inc. | Frank | Childress | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wachovia Securities Inc. | Richard | Clever | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wachovia Securities Inc. | Bart | Green | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wachovia Securities Inc. | Paolina | Jacobi | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wachovia Securities Inc. | Jay | Matthews | 1 North Jefferson Ave. | St. Louis, MO 63103 | |
| Wayne Hummer Investments | Marylin | Hederman | 300 South Wacker Dr. | 14th Floor | Chicago, IL 60606 |
| Wayne Hummer Investments | Laura A. | Kogut | 300 South Wacker Dr. | 14th Floor | Chicago, IL 60606 |
| Wedbush Morgan Securities Inc. | Jeff | Bell | 1000 Wilshire Blvd. | Suite 900 | Los Angeles, CA 90017 |
| Wedbush Morgan Securities Inc. | Jason | Wise | 1000 Wilshire Blvd. | Suite 900 | Los Angeles, CA 90017 |
| Wedbush Morgan Securities Inc. | Robert | Paset | 1000 Wilshire Blvd. | Los Angeles, CA 90017 | |
| Wells Fargo Investments LLC | Andy | Espiritu | 999 Third Avenue | Suite 4000 | Seattle, WA 98104 |
| Wells Fargo Investments LLC | Jana | Notoa | 999 Third Avenue | Suite 4000 | Seattle, WA 98104 |
| Wells Fargo Investments LLC | Richard | Fong | 999 3rd Avenue | Suite 4000 | Seattle, WA 98104 |
| Wells Fargo Investments LLC | Jaylynn | Jury | 999 3rd Avenue | Suite 4000 | Seattle, WA 98104 |
| Wells Fargo Investments LLC | Stacey | Mulier | 999 3rd Avenue | Suite 4000 | Seattle, WA 98104 |
| Wells Fargo Investments LLC | Desk | Order | 999 3rd Avenue | Suite 4000 | Seattle, WA 98104-4009 |
| Wells Fargo Investments LLC | Jennifer | Pike | 999 3rd Avenue | Suite 4000 | Seattle, WA 98104-4009 |
| Wells Fargo Investments LLC | Ken | Cameranesi | 625 Marquette Ave | MAC N9311-134 | Minneapolis, MN 55402 |
| William Blair & Company LLC | John | Ettelson | 222 West Adams Street | 34th floor | Chicago, IL 60606 |
| William Blair & Company LLC | John | Moore | 222 West Adams Street | 31st Floor | Chicago, , IL 60606 |
| William Blair & Company LLC | Carol | Zenk | 222 West Adams | 28th Floor | Chicago, IL 60606 |
| William Blair & Company LLC | Colleen Quinn | / Trading | 222 West Adams Street | Chicago, IL 60606 | |
| William Blair & Company LLC | Judy | Caruso | 222 West Adams Street | Chicago, IL 60606 | |
| William Blair & Company LLC | Steven | Campbell | 222 West Adams | Chicago, IL 60606 | |
| William Blair & Company LLC | Terrence G. | Muldoon | 222 West Adams | Chicago, IL 60606 | |
| Wilson-Davis & Co | Trudy | Evans | 236 S Main Street | Salt Lake City, UT 84101 | |