**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | |
| -against- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: February 6, 2009
New York, New York

Respectfully submitted,

/s / Jonathan R. Barr (JB-4909)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304
Tel: 202.861.1500
Fax: 202.861.1783
jbarr@bakerlaw.com