Hearing Date: February 24, 2009 at 10:00 a.m.
Objection Deadline: February 20, 2009 at 4:00 p.m.

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Philip Bentley
Philip S. Kaufman
Gregory A. Horowitz

*Attorneys for Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION      :    Adv. Proc. No.: 08-01789 (BRL)
CORPORATION,                        :
                                    :
       Plaintiff,           :    SIPA Liquidation
                                    :
   v.                            :
                                    :
BERNARD L. MADOFF INVESTMENT        :
SECURITIES LLC,                     :
                                    :
       Defendant.           :
                                    :
-----------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the motion (the "Motion") of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky for an order modifying the December 23, 2008 order establishing deadlines for the filing of customer claims will be considered at a hearing held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court located at One Bowling Green, New York, New York, 10004, Courtroom 623 on Tuesday, February 24, 2009 at 10:00 a.m. prevailing New York time, or as soon thereafter as counsel may be heard.

KL2 2591468.1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought by the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court Southern District of New York, and be filed with the Court (with a copy to Judge Lifland's chambers) and served so as to be received no later than Friday, February 20, 2009 at 4 p.m. prevailing New York time by the undersigned counsel at the address below.

Dated: New York, New York
February 10, 2009

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

        By: /s/ Philip S. Kaufman
           Philip Bentley
           Philip S. Kaufman
           Gregory A. Horowitz

        1177 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 715-9100

        *Attorneys for Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky*