1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

      In the Matter

         of                 Index No.

                            08-1789


      THE SIPA LINK,

               Debtors.

----------------------------------x

                    February 4, 2009

                    United States Custom House

                    One Bowling Green

                    New York, New York 10004



      Disinterestedness Hearing.


      Trustee's motion pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Seeking Authority to Reject Executory Contracts on a Nunc Pro Tunc Basis, et cetera.




B E F O R E:


              HON. BURTON R. LIFLAND,


                    U.S. Bankruptcy Judge

2

1

A P P E A R A N C E S:

2

3          BAKER HOSTETLER
                    Attorneys for the Trustee
4                   45 Rockefeller Plaza
                    New York, New York 10017

5

           BY:    IRVING H. PICARD, ESQ.
6                       -and-
                  DAVID J. SHEEHAN, ESQ.

7

8

           SECURITIES INVESTOR PROTECTION CORPORATION
9                   805 15th Street, Suite 800
                    Washington, D.C.  20005

10

           BY:    KEVIN H. BELL, ESQ.

11

12

           AGULNICK & GOGEL, LLC
13                  Attorneys for Craig Kugel
                    321 Broadway
14                  New York, New York   10017                    ;
15         BY:    WILLIAM A. GOGEL, ESQ.

16

17

           WACHTEL & MASYR, LLP
18                  Attorneys for the Rosenman Family
                    110 East 59th Street
19                  New York, New York  10022
20         BY:    HOWARD KLEINHENDLER, ESQ.

21

22

23

24

25

                                                                    3

1                           PROCEEDINGS

2                THE COURT:  The SIPA Link.

3                MR. PICARD:  Good morning, Your Honor.

4                THE COURT:  Good morning, Mr. Picard.

5                MR. PICARD:   Irving Picard, trustee for

6    the liquidation of Bernard L. Madoff Investment Securities,

7    LLC.

8                Your Honor, I would like to suggest that

9    perhaps we do the disinterestedness matters first.

10               THE COURT:  Sure.

11               MR. PICARD:   Your Honor, then once we are

12   are done with that, perhaps I can give a little status

13   report.

14               THE COURT:  Please, I think people are

15   expecting that.

16               MR. PICARD:   And then we could go into the

17   other motions.

18               THE COURT: Go ahead.

19               MR. PICARD:   Your Honor, my declaration of

20   disinterestedness was filed approximately a month ago.   As

21   indicated in the application in our briefing book, it is

22   item number 2, I have no conflicts within the statuary

23   provisions of SIPA, nor if you ask me would I have any

24   under the Bankruptcy Code, and there were no objections

25   filed to the declaration, and I would ask that Your Honor

4

1    find that I am disinterested and able to continue in the

2    capacity as Trustee of this case.

3                    THE COURT:  Does anyone else want to be

4    heard?

5                    Hearing no response, your application is

6    granted.

7                    MR. PICARD:   Thank you, Your Honor.   Mr.

8    Sheehan will handle the other matters.

9                    MR. SHEEHAN:  Your Honor, as you have again

10   in the briefing book, as item number 1, is the affidavit of

11   disinterestedness filed by myself and the firm that I am

12   partner in Baker Hostetler, evidencing that there are no

13   conflicts within the purview of the statute.

14                   Again, this has been filed for over a month

15   and we have not received any objections.

16                   I move Your Honor to enter the order

17   finding us to be disinterested and that we could continue

18   in our role as counsel to the Trustee.

19                   THE COURT: I have reviewed the

20   applications, and I concur there is no element of

21   disinterestedness shown here to preclude the granting of

22   the request.

23                   MR. SHEEHAN: Thank you, Your Honor.

24                   MR. PICARD:   Your Honor, I have the order

25   and a disk.   I just noticed that it did not have a date on

5

1    it, and if your chambers would put the date on it, we would

2    be obliged.

3                    THE COURT:   Yes, we could arrange for

4    that.

5                    MR. PICARD:   Thank you.   May I approach,

6    Your Honor?

7                    THE COURT:  Yes. I will entertain the

8    order.

9                    I have approved the order.

10                   MR. PICARD:   Thank you, Your Honor.

11                   During the approximately six or seven weeks

12   since I have been appointed, Your Honor, we have spent a

13   lot of time with the law enforcement authorities as well as

14   some securities regulators, and a substantial amount of

15   time has been spent in those areas.

16                   Within a day of my appointment the premises

17   at the Lipstick Building at 885 Third Avenue was seized by

18   the FBI, the premises are deemed as a crime scene by the

19   U.S. Attorney's Office.   So we are working under certain

20   constraints.   We have worked out protocols so that we

21   could get access to the records.   But there are parts of

22   the premises that we cannot go to, nor can anyone else

23   other than if you are escorted by the FBI on a need to know

24   or need to go basis.

25                   Your Honor, that created certain problems

6

1    with getting computer information that has now been

2    resolved.   We had a group go into a warehouse in Queens, I

3    guess it was about ten days ago to inventory approximately

4    7,000 boxes of records, which were out there.   Some news

5    reports indicated there was some hush-hush project going on

6    out there, but I assure you it was not hush-hush.

7                    In the furtherance of the Trustee's duties,

8    both for the statuary investigation, those records are

9    important and, secondly, those records will be necessary in

10   the claims process, reviewing claims and looking at account

11   histories which will become a critical aspect of the

12   customer complaint process.

13                   In addition, probably what most people

14   would like to hear about now is that during the course of

15   this period we have been working with a number of banks and

16   financial institutions to recover funds in Madoff

17   Investment Securities accounts, and also the securities

18   that were on deposit at the Depository Trust Company.

19                   I am pleased to report that the earnings as

20   of the close of business yesterday we had actually

21   recovered about $111,426,000.   That if Your Honor approves

22   several stipulations with the banks that are on the

23   calendar this morning, we will have another almost $535

24   million in cash.   Those funds will be invested.   They

25   will be set aside, and their distribution will be subject

7

1    to further court order.   That court order may not come for

2    quite a while.   It is our intention to designate those

3    funds as customer property and the distribution of those

4    funds would be subject to under a SIPA statute of what is

5    called an allocation application where money is allocated

6    between the customer fund and the general estate.

7                    As I said, Your Honor, and it is important

8    to note that we will, it is our intention to have all these

9    funds and funds from other assets that we are able to

10   collect to go into the customer fund and be available to

11   distribute to the customers who were victimized in this

12   matter.

13                   In addition, Your Honor, from the DTC last

14   week we recovered securities that had an estimated market

15   value at the time of approximately $300 billion, between 15

16   and 16 million positions of which approximately 20 to 25

17   are probably illiquid securities, and over a period of time

18   those securities are going to be liquidated and turned into

19   cash.

20                   It is my intention to take all the cash as

21   we get it and invest it in short-term government or

22   something that will give us a little bit of a return, so

23   that we could build up the pot and have some additional

24   funds that we could distribute to the customers.

25                   These distributions to the customers, Your

8

1    Honor, are over and above the amount of money that will be

2    available from the SIPC fund.   So if someone had, for

3    example, an $800,000 claim and they got $500,000 of SIPC

4    money, when we allocate down the road they would get a pro

5    rata share to cover the $300,000 balance.

6                As I said, that is our intention and it

7    will be subject to a Court application and people can be

8    heard at that time if they disagree with us.

9                We have begun, and it has been a number of

10   weeks after the Trustee's statuary investigation.   We are

11   looking for the assets, where they are and how we could get

12   them.   We are looking into various causes of action that

13   we may have against third parties, and we hope that in the

14   very near future we will be coming before Your Honor with a

15   proposal to sell the market-making operation, which is at

16   the moment the one asset that we have our hands on that we

17   think has some value and that perhaps we could get a little

18   auction going for its sale.   Again, Your Honor, those

19   proceeds, it would be our intention to put into the

20   customer fund.

21                There are two other matters, not

22   necessarily having to do with what our activities have been

23   and what we have now and what may be going on, is that

24   there seems to be a misunderstanding both on the part of

25   customers and the press with regard to what the bar date is

9

1  in this case.

2          There is a statuary bar date in SIPA

3  liquidations which goes six months from the date of the

4  publication of notice.   The publication of notice was on

5  January 2, so the bar date in this case is July 2009.

6          The confusion I think arises from the fact

7  that there is a provision in the statute which says that if

8  you don't get your claim in by a certain date that the

9  Trustee has some discretion on how to handle your claim,

10  that is if it saves you some money maybe then you don't

11  have to buy the securities, you could pay cash.   At this

12  time people should be focusing on the July 2, 2009 bar date

13  as the one, rather than the preferred bar date.

14          The other item is, Your Honor, and we will

15  be issuing a press release on this, hopefully, in the next

16  day or so, we will not be issuing the IRS form 1099s.   In

17  my view and that of my consultants who have been working

18  with me, the records are not accurate.   They can't be

19  verified, and we would be doing a disservice to everybody.

20          What we are telling our customers who are

21  calling in, and we have a hotline that is being manned by

22  Alix Partners, who are also working on the claims, is that

23  in terms of how you deal with tax issues you have to

24  contact your tax advisor.

25          We are not in a position to give any tax

10

1    advice to customers on what they should do about losses or

2    whatever.   The most important thing is within the next two

3    weeks that people might be expecting to receive a 1099

4    form, and we are just not going to be issuing them.

5              I think one of the last points I would like

6    to make is that through e-mails and telephone calls there

7    seems to be a concern to people regarding, and I referred

8    earlier to the SIPC case, if you will, the two estates.

9              One is called customer property and one is

10   called the general estate.   All of the expenses, the rent

11   of the premises, the telephone telephones, the consultants,

12   the lawyers, me, all those expenses are paid by SIPC out of

13   its coffers because the statute says that if the general

14   estate is not sufficient to pay the administration costs

15   then SIPC has to pay.   And when SIPC pays those expenses,

16   those expenses are not going to be attached to the customer

17   property.

18              So if we sell something for $1 million, the

19   gross proceeds, $1 million will go into the customer pot.

20   That will then be available for the allocation and the

21   distribution to customers.   Unlike a typical bankruptcy

22   case, where when the Trustee sells an asset, his expenses,

23   his fees come out of the gross proceeds of the sale.   So

24   that he is only then going to distribute net proceeds.

25              I believe along the way in a case of this

11

1   size, that will be a very big distinction, and I would like

2   people to really keep that in mind that when we say that we

3   are paying money for rent, $350,000 a month, approximately,

4   all of those costs are not coming at the expense of the

5   customer property.

6                    Thank you, Your Honor.

7                    THE COURT:  Does anyone else want to be

8   heard?

9                    Hearing no response, you could proceed with

10  your menu.

11                   MR. SHEEHAN:   There are before Your Honor

12  two applications with regard to the executory contracts.

13  The first one deals with an extension of a 60-day period.

14                   As alluded to by Mr. Picard, we are

15  operating under difficult circumstances, to say the least,

16  in getting access to the records.   In an abundance of

17  caution we seek this additional time so we don't incur a

18  forfeiture unnecessarily.   There are no objections that I

19  am aware of.

20                   I would again ask Your Honor to approve

21  that application and to grant us that additional time in

22  which to consider the executory contracts before we take

23  action.

24                   THE COURT:  Does anyone else want to be

25  heard?

12

1          Hearing no response, let me say that I have

2    reviewed the request and I find that under the

3    circumstances it is appropriate.   I will entertain an

4    order for its approval.

5                    MR. PICARD:   Thank you, Your Honor.

6                    THE COURT:   I have approved the order.

7                    MR. SHEEHAN:   Thank you.

8          The next application with regard to

9    executory contracts is very specific.   It is an

10   application to reject six very specific and as identified

11   in the papers car leases, automobile leases.   Those cars

12   were returned immediately by the Trustee upon his approval

13   at the premises.   They have been in the hands of lessors

14   since the inception of the case.

15         Accordingly, what we are seeking to do here

16   today, Your Honor, is reject those leases nunc pro tunc,

17   back to the filing date of December 11, 2008.

18         There has been no objection, save one, and

19   that is by an employee, Mr. Kugel.   I think Your Honor is

20   probably familiar with that.   But, just for the record,

21   Mr. Kugel was directed by Peter Madoff according to the

22   papers to sign the guarantee.

23         So as a result of this rejection, Mr. Kugel

24   is on the hook it appears for the guarantee of the lease.

25   There is nothing we could do about that.   I don't think we

13

1    have any comment, quite frankly, on that objection.    I

2    don't think it should interfere with the Trustee's ability

3    to exercise his statuary duty to reject this lease, which

4    would serve no purpose for the trustee to continue paying,

5    even though it puts Mr. Kugel in jeopardy, Your Honor,

6    fully, and I have talked to Mr. Kugel personally about

7    this.   I see it as his problem and not ours.

8                    THE COURT:   Does anyone else want to speak?

9                    MR. GOGEL:   Yes, Your Honor, William Gogel.

10   I am with the law firm of Agulnick & Gogel.   I represent

11   Craig Kugel.

12                    I think it is quite clear on paper when

13   Madoff directed Peter to execute this lease, it was

14   executed on behalf of Madoff, LLC.   He also signed it as a

15   guarantor.   It has never been his intention to sign as a

16   guarantor, but the reason he signed it was Rally Motors and

17   Mercedes Benz Financial rejected the application on behalf

18   of Madoff, LLC without a guarantor.

19                    THE COURT:   I think that everybody

20   understands that.

21                    MR. GOGEL: But here --

22                    THE COURT:   But his signing of these

23   documents is certainly an act of volition.   It perhaps was

24   naive.

25                    I have been asked to sign on behalf of

14

1   relatives and I have refused, even though there was some

2   kind of imperative, and I wouldn't dare ask my wife to sign

3   anything because I know what she would tell me.

4               This is an act of volition, and I have not

5   heard anything that he was mentally incapacitated and,

6   therefore, subject to a domineering employer.

7               MR. GOGEL: No, Your Honor but --

8               THE COURT:  There is no basis for the

9   objection to the rejection.

10              MR. GOGEL:  Judge, may I say one other

11  thing.  In the rejection signed by Peter Madoff where Craig

12  Kugel signed the document, it directed him in the body of

13  it to sign a document that was required to have this lease

14  executed, and Mercedes would not give the lease unless

15  there was a guarantor.  Specifically, in the certification

16  of the resolution.

17              THE COURT:  Hello boss, they wouldn't ever

18  give it to me without a signature.

19              MR. GOGEL: Exactly.

20              THE COURT:  That is what he could have and

21  should have done.   The objection is overruled.

22              MR. SHEEHAN:  Your Honor, I realize upon

23  looking at the order it does not address Mr. Kugel's

24  objection.

25              What I would like is Your Honor's

15

1    permission to submit an order that includes Your Honor's

2    ruling with a new disk, and I will get it to you this

3    afternoon.

4              THE COURT:  Very well.   Submit the order.

5              MR. GOGEL: Thank you.

6              MR. SHEEHAN:   There are two other items

7    before the presentment, one of which is unopposed, it is an

8    agreement we have with the Bank of New York with regard to

9    the turnover to the trustee of the precise amount which is

10   in the vicinity of $300 million.  We have agreed, Your

11   Honor, because there could be third-party claims, as there

12   are against the Chase Manhattan account.

13             We have agreed to indemnify, "we" being not

14   the Trustee but SIPC standing behind the Trustee, this will

15   again not imperil any customer fund.  But we stand behind

16   that, and we will indemnify the bank should there be any

17   third-party actions with regard to these specific funds.

18             So the bank does not have to worry about

19   being in peril of turning them over.  Having reached that

20   agreement and having the indemnity in place, the bank has

21   agreed to turn the funds over to us.  As I understand,

22   there is no objection to this stipulation and I would ask

23   Your Honor approve it.

24             THE COURT:  Does anyone want to be heard?

25             Hearing no response, the application is

16

1    granted.

2                    MR. PICARD:   May I approach the bench,

3    Your Honor?

4                    THE COURT:  Yes.  I have approved the

5    order.

6                    MR. SHEEHAN:  Thank you, Your Honor.

7                    The last item for the agenda today is, in

8    fact, a stipulation and presentment that we have provided

9    to your Honor with regard to a turnover, again, of bank

10   funds, this time from J.P. Morgan Chase, it is the account,

11   basically operating account of Madoff Securities.   Again,

12   it is in the amount of approximately $200 million, the

13   exact amount would be in the papers and would be in the

14   order.

15                   The only thing that stands in the way of

16   that is an objection we received last night.   I understand

17   why, according to this, that counsel filed because we had

18   also filed last night a motion to dismiss the Rosenman

19   case.

20                   Now, if I could put our position on the

21   record since we did not have a chance to submit anything to

22   you.

23                   At the outset when Mr. Kleinhendler

24   contacted me we had our position.   Your Honor, we believe

25   this complaint is ill-founded as, obviously, we said in our

17

1  papers to you.

2              However, I understood Mr. Kleinhendler's

3  concern.  We agreed to a stipulation to the extent those

4  funds were to weave in and be brought over to the trustee,

5  we would keep $10 million, even though it is all fungible.

6  And that is our argument, it is all one big body of

7  commingled funds.

8              But in any event we would keep that, not

9  spend the $10 million, it would sit there until Your Honor

10 had at chance to resolve the issue in the adversary

11 proceeding.  I don't see that having changed at all by

12 virtue of what is happening here.  We stipulate to that.

13 The Trustee will honor that stipulation.

14             The fact that the funds are being held at

15 Chase Manhattan Bank under Madoff Securities and

16 transferred over to the Trustee and would be held by him in

17 another account, I don't see see that as jeopardizing what

18 counsel was suggesting is in place.

19             I represent to your Honor we will not spend

20 the $300 million any time too soon, and I think pretty soon

21 we will have this issue resolved.

22             So I would respectfully suggest that the

23 objection be overruled.

24             MR. KLEINHENDLER:  Good morning, Your

25 Honor.  Howard Kleinhendler, for the Rosenman family.

18

1           The objection I filed is limited.   What

2    concerned me --

3           THE COURT:  Limited with a capital L.

4           MR. KLEINHENDLER:  Yes, with a capital L.

5           What concerned me was some of the language

6    in this proposed order which could indicate that the Court

7    has already made certain determinations with regard to this

8    $10 million deposit.

9           For example, Your Honor, in some of the

10   whereas clauses, the funds are referred to as the Debtors'

11   funds.   They are going to be allocated as customer

12   property.

13          All I want to do, Your Honor, is have a

14   placeholder and a clarification that regardless of the

15   language in the stipulation that is being proposed right

16   now, that will not affect the merits of my claim which is,

17   basically, the money in the Chase account, that money

18   belongs to my client.   It does not belong to the trustee.

19   It is not customer funds.   It doesn't fall under the SIPC

20   statute, and as long as we know that argument has not been

21   given up, I have no problem then with the money moving from

22   Chase to an account controlled by the Trustee.   That was

23   the point of the objection.

24          MR. SHEEHAN:  Certainly, Your Honor, I

25   could agree that was not the purpose of the order.   That

19

1   was not the purpose of the whereas clauses to somehow end

2   the claim of Mr. Rosenman here.

3                   THE COURT:  Which is already subject to the

4   stipulation --

5                   MR. SHEEHAN:  Exactly, Your Honor.

6                   THE COURT: -- preserving at least $10

7   million of funds.  I don't know why so much time and

8   effort has been utilized to charge for these papers.  Mr.

9   Rosenman has suffered enough, apparently, and he has to pay

10  a little bit more for something that seems to be quite

11  self-evident.

12                  The complaint is the subject of a motion to

13  dismiss.  The issue, which is the ultimate issue, will

14  either be the subject of a trial or of the motion to

15  dismiss.  So you are not out of Court.  The Court will

16  have an opportunity to rule on your position as soon as you

17  respond to the motion to dismiss.

18                  Your limited objection is overruled.  It

19  is not really founded.

20                  MR. SHEEHAN:  Your Honor, I have another

21  problem with the order, I didn't anticipate the objection

22  because it was filed last night.

23                  I will again give you a supplemental order,

24  including a new order which includes the denial of the

25  limited objection and the new disk this afternoon, the same

20

1    as in the other one.

2              THE COURT: If you have a paper order in

3    front of you, all you have to do is insert.

4              MR. PICARD:   Your Honor, the problem with

5    this is that it is a stipulation.

6              MR. SHEEHAN:   Right.

7              MR. PICARD:   So we will have to give you a

8    separate order.

9              THE COURT: Very well.   Submit the order.

10             MR. SHEEHAN:   Thank you, Your Honor.   That

11   concludes our agenda for today, Your Honor.

12             THE COURT: Well, before we conclude, I will

13   say that I think things are moving a little bit slower than

14   some people would have anticipated, at least on the public

15   front.   I don't know really what is going on behind the

16   scenes.

17             After all, there are so many agents and

18   agencies and units of government that are charged with

19   maximizing the recovery for redistribution to those who

20   have been importuned by this financial debacle, it's a

21   problem, it's now a Madoff scheme as opposed to a Ponzi

22   scheme.

23             I would hope all these groups are not

24   working at cross purposes, and I have a feeling because of

25   the media coverage, these things are like a hovering

21

1    parent -- that all the agencies are not pulling together,

2    and I would hope that there is going to be shown to the

3    Court and to all of the courts that are involved that you

4    are all working in harmony to maximize the recovery, and

5    not working at cross purposes so as not to jeopardize

6    whatever assets are out there because indeed those assets

7    in my experience are wasting assets.

8              What is not typical in any bankruptcy case

9    is that the administration expenses are not being charged

10   to those that are laboring to bring monies back into the

11   estate.  So I would like the word to get out that I would

12   hope that all parties start working in harmony and not in

13   disharmony because wasting assets are something that could

14   never, never be recovered.  Thank you.

15             MR. SHEEHAN: Thank you, Your Honor.

16             MR. PICARD:   Your Honor, there may be some

17   people with questions.  If we stay, can we use the

18   courtroom for a little while.

19             THE COURT:  I am not charging rent.   This

20   is another freebie.

21             MR. PICARD:  Thank you, Your Honor.

22

23                  *    *    *

24

25

22

1                    C E R T I F I C A T E

2

3    STATE OF NEW YORK          }

                                 }    ss.:

4    COUNTY OF NEW YORK          }

5                    I, MINDY CORCORAN, a Shorthand Reporter

6    and Notary Public within and for the State of New York, do

7    hereby certify:

8                    That I reported the proceedings in the

9    within entitled matter, and that the within transcript is a

10   true record of such proceedings.

11                   I further certify that I am not related, by

12   blood or marriage, to any of the parties in this matter and

13   that I am in no way interested in the outcome of this

14   matter.

15                   IN WITNESS WHEREOF, I have hereunto set my

16   hand this 4th day of February, 2009.

17

18                    _____

                             MINDY CORCORAN

19

20

21

22

23

24

25

**A**

**ability** 13:2
**able** 4:1 7:9
**abundance** 11:16
**access** 5:21 11:16
**account** 6:10 15:12
  16:10,11 17:17 18:17
  18:22
**accounts** 6:17
**accurate** 9:18
**act** 13:23 14:4
**action** 8:12 11:23
**actions** 15:17
**activities** 8:22
**addition** 6:13 7:13
**additional** 7:23 11:17,21
**address** 14:23
**administration** 10:14
  21:9
**adversary** 17:10
**advice** 10:1
**advisor** 9:24
**affect** 18:16
**affidavit** 4:10
**afternoon** 15:3 19:25
**agencies** 20:18 21:1
**agenda** 16:7 20:11
**agents** 20:17
**ago** 3:20 6:3
**agree** 18:25
**agreed** 15:10,13,21 17:3
**agreement** 15:8,20
**Agulnick** 2:12 13:10
**ahead** 3:18
**Alix** 9:22
**allocate** 8:4
**allocated** 7:5 18:11
**allocation** 7:5 10:20
**alluded** 11:14
**amount** 5:14 8:1 15:9
  16:12,13
**anticipate** 19:21
**anticipated** 20:14
**apparently** 19:9
**appears** 12:24
**application** 3:21 4:5 7:5
  8:7 11:21 12:8,10

13:17 15:25
**applications** 4:20 11:12
**appointed** 5:12
**appointment** 5:16
**approach** 5:5 16:2
**appropriate** 12:3
**approval** 12:4,12
**approve** 11:20 15:23
**approved** 5:9 12:6 16:4
**approves** 6:21
**approximately** 3:20 5:11
  6:3 7:15,16 11:3 16:12
**areas** 5:15
**argument** 17:6 18:20
**arises** 9:6
**arrange** 5:3
**aside** 6:25
**asked** 13:25
**aspect** 6:11
**asset** 8:16 10:22
**assets** 7:9 8:11 21:6,6,7
  21:13
**assure** 6:6
**attached** 10:16
**Attorneys** 2:3,13,18
**Attorney's** 5:19
**auction** 8:18
**authorities** 5:13
**Authority** 1:15
**automobile** 12:11
**available** 7:10 8:2 10:20
**Avenue** 5:17
**aware** 11:19

**B**

**B** 1:19
**back** 12:17 21:10
**Baker** 2:3 4:12
**balance** 8:5
**bank** 15:8,16,18,20 16:9
  17:15
**bankruptcy** 1:1,15,15,21
  3:24 10:21 21:8
**banks** 6:15,22
**bar** 8:25 9:2,5,12,13
**basically** 16:11 18:17
**basis** 1:16 5:24 14:8
**begun** 8:9

**behalf** 13:14,17,25
**believe** 10:25 16:24
**BELL** 2:10
**belong** 18:18
**belongs** 18:18
**bench** 16:2
**Benz** 13:17
**Bernard** 3:6
**big** 11:1 17:6
**billion** 7:15
**bit** 7:22 19:10 20:13
**blood** 22:12
**body** 14:12 17:6
**book** 3:21 4:10
**boss** 14:17
**Bowling** 1:10
**boxes** 6:4
**briefing** 3:21 4:10
**bring** 21:10
**Broadway** 2:13
**brought** 17:4
**build** 7:23
**Building** 5:17
**BURTON** 1:20
**business** 6:20
**buy** 9:11

**C**

**C** 2:1 22:1,1
**calendar** 6:23
**called** 7:5 10:9,10
**calling** 9:21
**calls** 10:6
**capacity** 4:2
**capital** 18:3,4
**car** 12:11
**cars** 12:11
**case** 4:2 9:1,5 10:8,22,25
  12:14 16:19 21:8
**cash** 6:24 7:19,20 9:11
**causes** 8:12
**caution** 11:17
**certain** 5:19,25 9:8 18:7
**certainly** 13:23 18:24
**certification** 14:15
**certify** 22:7,11
**cetera** 1:16
**chambers** 5:1

**chance** 16:21 17:10
**changed** 17:11
**charge** 19:8
**charged** 20:18 21:9
**charging** 21:19
**Chase** 15:12 16:10 17:15
  18:17,22
**circumstances** 11:15
  12:3
**claim** 8:3 9:8,9 18:16
  19:2
**claims** 6:10,10 9:22
  15:11
**clarification** 18:14
**clauses** 18:10 19:1
**clear** 13:12
**client** 18:18
**close** 6:20
**Code** 1:15 3:24
**coffers** 10:13
**collect** 7:10
**come** 7:1 10:23
**coming** 8:14 11:4
**comment** 13:1
**commingled** 17:7
**Company** 6:18
**complaint** 6:12 16:25
  19:12
**computer** 6:1
**concern** 10:7 17:3
**concerned** 18:2,5
**conclude** 20:12
**concludes** 20:11
**concur** 4:20
**conflicts** 3:22 4:13
**confusion** 9:6
**consider** 11:22
**constraints** 5:20
**consultants** 9:17 10:11
**contact** 9:24
**contacted** 16:24
**continue** 4:1,17 13:4
**contracts** 1:15 11:12,22
  12:9
**controlled** 18:22
**CORCORAN** 22:5,18
**CORPORATION** 2:8
**costs** 10:14 11:4

counsel 4:18 16:17 17:18
COUNTY 22:4
course 6:14
court 1:1 3:2,4,10,14,18
  4:3,19 5:3,7 7:1,1 8:7
  11:7,24 12:6 13:8,19
  13:22 14:8,17,20 15:4
  15:24 16:4 18:3,6 19:3
  19:6,15,15 20:2,9,12
  21:3,19
courtroom 21:18
courts 21:3
cover 8:5
coverage 20:25
Craig 2:13 13:11 14:11
created 5:25
crime 5:18
critical 6:11
cross 20:24 21:5
Custom 1:10
customer 6:12 7:3,6,10
  8:20 10:9,16,19 11:5
  15:15 18:11,19
customers 7:11,24,25
  8:25 9:20 10:1,21

**D**

dare 14:2
date 4:25 5:1 8:25 9:2,3
  9:5,8,12,13 12:17
DAVID 2:6
day 5:16 9:16 22:16
days 6:3
deal 9:23
deals 11:13
debacle 20:20
Debtors 1:7 18:10
December 12:17
declaration 3:19,25
deemed 5:18
denial 19:24
deposit 6:18 18:8
Depository 6:18
designate 7:2
determinations 18:7
difficult 11:15
directed 12:21 13:13
  14:12

disagree 8:8
discretion 9:9
disharmony 21:13
disinterested 4:1,17
disinterestedness 1:13
  3:9,20 4:11,21
disk 4:25 15:2 19:25
dismiss 16:18 19:13,15
  19:17
disservice 9:19
distinction 11:1
distribute 7:11,24 10:24
distribution 6:25 7:3
  10:21
distributions 7:25
DISTRICT 1:2
document 14:12,13
documents 13:23
doing 9:19
domineering 14:6
DTC 7:13
duties 6:7
duty 13:3
D.C 2:9

**E**

E 1:19,19 2:1,1 22:1,1
earlier 10:8
earnings 6:19
East 2:18
effort 19:8
either 19:14
element 4:20
employee 12:19
employer 14:6
enforcement 5:13
enter 4:16
entertain 5:7 12:3
entitled 22:9
escorted 5:23
ESQ 2:5,6,10,15,20
estate 7:6 10:10,14 21:11
estates 10:8
estimated 7:14
et 1:16
event 17:8
everybody 9:19 13:19
evidencing 4:12

exact 16:13
Exactly 14:19 19:5
example 8:3 18:9
execute 13:13
executed 13:14 14:14
executory 1:15 11:12,22
  12:9
exercise 13:3
expecting 3:15 10:3
expense 11:4
expenses 10:10,12,15,16
  10:22 21:9
experience 21:7
extension 11:13
extent 17:3
e-mails 10:6

**F**

F 1:19 22:1
fact 9:6 16:8 17:14
fall 18:19
familiar 12:20
family 2:18 17:25
FBI 5:18,23
February 1:9 22:16
feeling 20:24
fees 10:23
filed 3:20,25 4:11,14
  16:17,18 18:1 19:22
filing 12:17
financial 6:16 13:17
  20:20
find 4:1 12:2
finding 4:17
firm 4:11 13:10
first 3:9 11:13
focusing 9:12
forfeiture 11:18
form 9:16 10:4
founded 19:19
frankly 13:1
freebie 21:20
front 20:3,15
fully 13:6
fund 7:6,10 8:2,20 15:15
funds 6:16,24 7:3,4,9,9
  7:24 15:17,21 16:10
  17:4,7,14 18:10,11,19

19:7
fungible 17:5
further 7:1 22:11
furtherance 6:7
future 8:14

**G**

general 7:6 10:10,13
getting 6:1 11:16
give 3:12 7:22 9:25 14:14
  14:18 19:23 20:7
given 18:21
go 3:16,18 5:22,24 6:2
  7:10 10:19
goes 9:3
Gogel 2:12,15 13:9,9,10
  13:21 14:7,10,19 15:5
going 6:5 7:18 8:18,23
  10:4,16,24 18:11 20:15
  21:2
Good 3:3,4 17:24
government 7:21 20:18
grant 11:21
granted 4:6 16:1
granting 4:21
Green 1:10
gross 10:19,23
group 6:2
groups 20:23
guarantee 12:22,24
guarantor 13:15,16,18
  14:15
guess 6:3

**H**

H 2:5,10
hand 22:16
handle 4:8 9:9
hands 8:16 12:13
happening 17:12
harmony 21:4,12
hear 6:14
heard 4:4 8:8 11:8,25
  14:5 15:24
Hearing 1:13 4:5 11:9
  12:1 15:25
held 17:14,16
Hello 14:17

**hereunto** 22:15
**histories** 6:11
**HON** 1:20
**honor** 3:3,8,11,19,25 4:7
   4:9,16,23,24 5:6,10,12
   5:25 6:21 7:7,13 8:1,14
   8:18 9:14 11:6,11,20
   12:5,16,19 13:5,9 14:7
   14:22 15:11,23 16:3,6
   16:9,24 17:9,13,19,25
   18:9,13,24 19:5,20
   20:4,10,11 21:15,16,21
**Honor's** 14:25 15:1
**hook** 12:24
**hope** 8:13 20:23 21:2,12
**hopefully** 9:15
**Hostetler** 2:3 4:12
**hotline** 9:21
**House** 1:10
**hovering** 20:25
**Howard** 2:20 17:25
**hush-hush** 6:5,6

**I**

**identified** 12:10
**illiquid** 7:17
**ill-founded** 16:25
**immediately** 12:12
**imperative** 14:2
**imperil** 15:15
**important** 6:9 7:7 10:2
**importuned** 20:20
**incapacitated** 14:5
**inception** 12:14
**includes** 15:1 19:24
**including** 19:24
**incur** 11:17
**indemnify** 15:13,16
**indemnity** 15:20
**Index** 1:5
**indicate** 18:6
**indicated** 3:21 6:5
**information** 6:1
**insert** 20:3
**institutions** 6:16
**intention** 7:2,8,20 8:6,19
   13:15
**interested** 22:13

**interfere** 13:2
**inventory** 6:3
**invest** 7:21
**invested** 6:24
**investigation** 6:8 8:10
**Investment** 3:6 6:17
**INVESTOR** 2:8
**involved** 21:3
**IRS** 9:16
**Irving** 2:5 3:5
**issue** 17:10,21 19:13,13
**issues** 9:23
**issuing** 9:15,16 10:4
**item** 3:22 4:10 9:14 16:7
**items** 15:6

**J**

**J** 2:6
**January** 9:5
**jeopardize** 21:5
**jeopardizing** 17:17
**jeopardy** 13:5
**Judge** 1:21 14:10
**July** 9:5,12
**J.P** 16:10

**K**

**keep** 11:2 17:5,8
**KEVIN** 2:10
**kind** 14:2
**Kleinhendler** 2:20 16:23
   17:24,25 18:4
**Kleinhendler's** 17:2
**know** 5:23 14:3 18:20
   19:7 20:15
**Kugel** 2:13 12:19,21,23
   13:5,6,11 14:12
**Kugel's** 14:23

**L**

**L** 3:6 18:3,4
**laboring** 21:10
**language** 18:5,15
**law** 5:13 13:10
**lawyers** 10:12
**lease** 12:24 13:3,13 14:13
   14:14
**leases** 12:11,11,16

**lessors** 12:13
**LIFLAND** 1:20
**limited** 18:1,3 19:18,25
**Link** 1:6 3:2
**Lipstick** 5:17
**liquidated** 7:18
**liquidation** 3:6
**liquidations** 9:3
**little** 3:12 7:22 8:17
   19:10 20:13 21:18
**LLC** 2:12 3:7 13:14,18
**LLP** 2:17
**long** 18:20
**looking** 6:10 8:11,12
   14:23
**losses** 10:1
**lot** 5:13

**M**

**Madoff** 3:6 6:16 12:21
   13:13,14,18 14:11
   16:11 17:15 20:21
**Manhattan** 15:12 17:15
**manned** 9:21
**market** 7:14
**market-making** 8:15
**marriage** 22:12
**MASYR** 2:17
**matter** 1:4 7:12 22:9,12
   22:14
**matters** 3:9 4:8 8:21
**maximize** 21:4
**maximizing** 20:19
**media** 20:25
**mentally** 14:5
**menu** 11:10
**Mercedes** 13:17 14:14
**merits** 18:16
**million** 6:24 7:16 10:18
   10:19 15:10 16:12 17:5
   17:9,20 18:8 19:7
**mind** 11:2
**MINDY** 22:5,18
**misunderstanding** 8:24
**moment** 8:16
**money** 7:5 8:1,4 9:10
   11:3 18:17,17,21
**monies** 21:10

**month** 3:20 4:14 11:3
**months** 9:3
**Morgan** 16:10
**morning** 3:3,4 6:23
   17:24
**motion** 1:14 16:18 19:12
   19:14,17
**motions** 3:17
**Motors** 13:16
**move** 4:16
**moving** 18:21 20:13

**N**

**N** 2:1
**naive** 13:24
**near** 8:14
**necessarily** 8:22
**necessary** 6:9
**need** 5:23,24
**net** 10:24
**never** 13:15 21:14,14
**new** 1:2,11,11 2:4,4,14
   2:14,19,19 15:2,8
   19:24,25 22:3,4,6
**news** 6:4
**night** 16:16,18 19:22
**Notary** 22:6
**note** 7:8
**notice** 9:4,4
**noticed** 4:25
**number** 3:22 4:10 6:15
   8:9
**nunc** 1:15 12:16

**O**

**O** 1:19
**objection** 12:18 13:1
   14:9,21,24 15:22 16:16
   17:23 18:1,23 19:18,21
   19:25
**objections** 3:24 4:15
   11:18
**obliged** 5:2
**obviously** 16:25
**Office** 5:19
**once** 3:11
**operating** 11:15 16:11
**operation** 8:15

opportunity 19:16
opposed 20:21
order 4:16,24 5:8,9 7:1,1
    12:4,6 14:23 15:1,4
    16:5,14 18:6,25 19:21
    19:23,24 20:2,8,9
outcome 22:13
outset 16:23
overruled 14:21 17:23
    19:18

**P**

P 2:1,1
paid 10:12
paper 13:12 20:2
papers 12:11,22 16:13
    17:1 19:8
parent 21:1
part 8:24
parties 8:13 21:12 22:12
partner 4:12
Partners 9:22
parts 5:21
pay 9:11 10:14,15 19:9
paying 11:3 13:4
pays 10:15
people 3:14 6:13 8:7 9:12
    10:3,7 11:2 20:14
    21:17
peril 15:19
period 6:15 7:17 11:13
permission 15:1
personally 13:6
Peter 12:21 13:13 14:11
Picard 2:5 3:3,4,5,5,11
    3:16,19 4:7,24 5:5,10
    11:14 12:5 16:2 20:4,7
    21:16,21
place 15:20 17:18
placeholder 18:14
Plaza 2:4
Please 3:14
pleased 6:19
point 18:23
points 10:5
Ponzi 20:21
position 9:25 16:20,24
    19:16

positions 7:16
pot 7:23 10:19
precise 15:9
preclude 4:21
preferred 9:13
premises 5:16,18,22
    10:11 12:13
presentment 15:7 16:8
preserving 19:6
press 8:25 9:15
pretty 17:20
pro 1:16 8:4 12:16
probably 6:13 7:17
    12:20
problem 13:7 18:21
    19:21 20:4,21
problems 5:25
proceed 11:9
proceeding 17:11
proceedings 3:1 22:8,10
proceeds 8:19 10:19,23
    10:24
process 6:10,12
project 6:5
property 7:3 10:9,17
    11:5 18:12
proposal 8:15
proposed 18:6,15
PROTECTION 2:8
protocols 5:20
provided 16:8
provision 9:7
provisions 3:23
public 20:14 22:6
publication 9:4,4
pulling 21:1
purpose 13:4 18:25 19:1
purposes 20:24 21:5
pursuant 1:14
purview 4:13
put 5:1 8:19 16:20
puts 13:5

**Q**

Queens 6:2
questions 21:17
quite 7:2 13:1,12 19:10

**R**

R 1:19,20 2:1 22:1
Rally 13:16
rata 8:5
reached 15:19
realize 14:22
really 11:2 19:19 20:15
reason 13:16
receive 10:3
received 4:15 16:16
record 12:20 16:21
    22:10
records 5:21 6:4,8,9 9:18
    11:16
recover 6:16
recovered 6:21 7:14
    21:14
recovery 20:19 21:4
redistribution 20:19
referred 10:7 18:10
refused 14:1
regard 8:25 11:12 12:8
    15:8,17 16:9 18:7
regarding 10:7
regardless 18:14
regulators 5:14
reject 1:15 12:10,16 13:3
rejected 13:17
rejection 12:23 14:9,11
related 22:11
relatives 14:1
release 9:15
rent 10:10 11:3 21:19
report 3:13 6:19
reported 22:8
Reporter 22:5
reports 6:5
represent 13:10 17:19
request 4:22 12:2
required 14:13
resolution 14:16
resolve 17:10
resolved 6:2 17:21
respectfully 17:22
respond 19:17
response 4:5 11:9 12:1
    15:25

result 12:23
return 7:22
returned 12:12
reviewed 4:19 12:2
reviewing 6:10
right 18:15 20:6
road 8:4
Rockefeller 2:4
role 4:18
Rosenman 2:18 16:18
    17:25 19:2,9
rule 1:15 19:16
ruling 15:2

**S**

S 2:1
sale 8:18 10:23
save 12:18
saves 9:10
says 9:7 10:13
scene 5:18
scenes 20:16
scheme 20:21,22
secondly 6:9
Sections 1:14
securities 2:8 3:6 5:14
    6:17,17 7:14,17,18
    9:11 16:11 17:15
see 13:7 17:11,17,17
seek 11:17
seeking 1:15 12:15
seized 5:17
self-evident 19:11
sell 8:15 10:18
sells 10:22
separate 20:8
serve 13:4
set 6:25 22:15
seven 5:11
share 8:5
Sheehan 2:6 4:8,9,23
    11:11 12:7 14:22 15:6
    16:6 18:24 19:5,20
    20:6,10 21:15
Shorthand 22:5
short-term 7:21
shown 4:21 21:2
sign 12:22 13:15,25 14:2

14:13
**signature** 14:18
**signed** 13:14,16 14:11,12
**signing** 13:22
**SIPA** 1:6 3:2,23 7:4 9:2
**SIPC** 8:2,3 10:8,12,15,15
    15:14 18:19
**sit** 17:9
**six** 5:11 9:3 12:10
**size** 11:1
**slower** 20:13
**soon** 17:20,20 19:16
**SOUTHERN** 1:2
**speak** 13:8
**specific** 12:9,10 15:17
**Specifically** 14:15
**spend** 17:9,19
**spent** 5:12,15
**ss** 22:3
**stand** 15:15
**standing** 15:14
**stands** 16:15
**start** 21:12
**State** 22:3,6
**States** 1:1,10
**statuary** 3:22 6:8 8:10
    9:2 13:3
**status** 3:12
**statute** 4:13 7:4 9:7
    10:13 18:20
**stay** 21:17
**stipulate** 17:12
**stipulation** 15:22 16:8
    17:3,13 18:15 19:4
    20:5
**stipulations** 6:22
**Street** 2:9,18
**subject** 6:25 7:4 8:7 14:6
    19:3,12,14
**submit** 15:1,4 16:21 20:9
**substantial** 5:14
**suffered** 19:9
**sufficient** 10:14
**suggest** 3:8 17:22
**suggesting** 17:18
**Suite** 2:9
**supplemental** 19:23
**Sure** 3:10

---
### T
---

**T** 22:1,1
**take** 7:20 11:22
**talked** 13:6
**tax** 9:23,24,25
**telephone** 10:6,11
**telephones** 10:11
**tell** 14:3
**telling** 9:20
**ten** 6:3
**terms** 9:23
**Thank** 4:7,23 5:5,10
    11:6 12:5,7 15:5 16:6
    20:10 21:14,15,21
**thing** 10:2 14:11 16:15
**things** 20:13,25
**think** 3:14 8:17 9:6 10:5
    12:19,25 13:2,12,19
    17:20 20:13
**third** 5:17 8:13
**third-party** 15:11,17
**time** 5:13,15 7:15,17 8:8
    9:12 11:17,21 16:10
    17:20 19:7
**today** 12:16 16:7 20:11
**transcript** 22:9
**transferred** 17:16
**trial** 19:14
**true** 22:10
**Trust** 6:18
**trustee** 2:3 3:5 4:2,18 9:9
    10:22 12:12 13:4 15:9
    15:14,14 17:4,13,16
    18:18,22
**Trustee's** 1:14 6:7 8:10
    13:2
**tunc** 1:16 12:16
**turn** 15:21
**turned** 7:18
**turning** 15:19
**turnover** 15:9 16:9
**two** 8:21 10:2,8 11:12
    15:6
**typical** 10:21 21:8

---
### U
---

**ultimate** 19:13
**understand** 15:21 16:16

**understands** 13:20
**understood** 17:2
**United** 1:1,10
**units** 20:18
**unnecessarily** 11:18
**unopposed** 15:7
**use** 21:17
**utilized** 19:8
**U.S** 1:21 5:19

---
### V
---

**value** 7:15 8:17
**various** 8:12
**verified** 9:19
**vicinity** 15:10
**victimized** 7:11
**view** 9:17
**virtue** 17:12
**volition** 13:23 14:4

---
### W
---

**WACHTEL** 2:17
**want** 4:3 11:7,24 13:8
    15:24 18:13
**warehouse** 6:2
**Washington** 2:9
**wasting** 21:7,13
**way** 10:25 16:15 22:13
**weave** 17:4
**week** 7:14
**weeks** 5:11 8:10 10:3
**WHEREOF** 22:15
**wife** 14:2
**William** 2:15 13:9
**WITNESS** 22:15
**word** 21:11
**worked** 5:20
**working** 5:19 6:15 9:17
    9:22 20:24 21:4,5,12
**worry** 15:18
**wouldn't** 14:2,17

---
### X
---

**x** 1:3,8

---
### Y
---

**yesterday** 6:20
**York** 1:2,11,11 2:4,4,14

2:14,19,19 15:8 22:3,4
    22:6

---
### $
---

**$1** 10:18,19
**$10** 17:5,9 18:8 19:6
**$111,426,000** 6:21
**$200** 16:12
**$300** 7:15 15:10 17:20
**$300,000** 8:5
**$350,000** 11:3
**$500,000** 8:3
**$535** 6:23
**$800,000** 8:3

---
### 0
---

**08-1789** 1:5

---
### 1
---

**1** 4:10
**10004** 1:11
**10017** 2:4,14
**10022** 2:19
**105(a)** 1:14
**1099** 10:3
**1099s** 9:16
**11** 12:17
**110** 2:18
**15** 7:15
**15th** 2:9
**16** 7:16

---
### 2
---

**2** 3:22 9:5,12
**20** 7:16
**20005** 2:9
**2008** 12:17
**2009** 1:9 9:5,12 22:16
**25** 7:16

---
### 3
---

**321** 2:13
**365(a)** 1:15

---
### 4
---

**4** 1:9
**4th** 22:16
**45** 2:4

| **5** | | | |
| **59th** 2:18 | | | |
| **6** | | | |
| **60-day** 11:13 | | | |
| **6006** 1:15 | | | |
| **7** | | | |
| **7,000** 6:4 | | | |
| **8** | | | |
| **800** 2:9 | | | |
| **805** 2:9 | | | |
| **885** 5:17 | | | |