UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re MANHATTAN JEEP CHRYSLER DODGE, INC          Case No. 18-10657
_____
    Debtor                                    Reporting Period: 7/31/2018

Federal Tax I.D. # 13-3452520

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date     8/14/2018

Signature of Authorized Individual* _____     Date _____

Printed Name of Authorized Individual _____     Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re MANHATTAN JEEP CHRYSLER DODGE INC          Case No. 18-10657
     Debtor                                       Reporting Period:    7/31/2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING  OF MONTH | 1,625,309 | N/A | N/A | N/A | |
| RECEIPTS | | | | | |
| CASH SALES | 380,510 | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 1,302,253 | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | 1,248,561 | | | | |
| LOANS AND ADVANCES | 0 | | | | |
| SALE OF ASSETS | 0 | | | | |
| OTHER *(ATTACH LIST)* | 0 | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | 0 | | | | |
| TOTAL  RECEIPTS | 434,202 | | | | |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | 145,784 | | | | |
| PAYROLL TAXES | 45,601 | | | | |
| SALES, USE, & OTHER TAXES | 19,485 | | | | |
| INVENTORY PURCHASES | 0 | | | | |
| SECURED/ RENTAL/ LEASES | 0 | | | | |
| INSURANCE | 59,037 | | | | |
| ADMINISTRATIVE | 143,736 | | | | |
| SELLING | 88,265 | | | | |
| OTHER *(ATTACH LIST)* | 37,996 | FLOORPLAN PAYOFF | | | |
| OWNER DRAW * | 0 | | | | |
| TRANSFERS *(TO DIP ACCTS)* | 0 | | | | |
| PROFESSIONAL FEES | 0 | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | 71,393 | | | | |
| COURT COSTS | 0 | | | | |
| TOTAL DISBURSEMENTS | 611,297 | | | | |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -177,095 | | | | |
| | | | | | |
| CASH – END OF MONTH | 1,448,214 | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

In re MANHATTAN JEEP CHRYSLER DODGE, INC     Case No. 18-10657

Debtor     Reporting Period:     7/31/2018

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 380,510 | 17,432,428 |
| Less: Returns and Allowances | 0 | 0 |
| Net Revenue | 380,510 | 17,432,428 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | 168,537 | 14,819,089 |
| Gross Profit | 211,973 | 2,613,339 |
| **OPERATING EXPENSES** | | |
| Advertising | 3,445 | 195,119 |
| Auto and Truck Expense | 32,950 | 256,893 |
| Bad Debts | 0 | 0 |
| Contributions | 0 | 11,028 |
| Employee Benefits Programs | 85,005 | 591,395 |
| Officer/Insider Compensation* | 0 | 0 |
| Insurance | 59,037 | 430,080 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 12,388 | 131,742 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 4,534 | 112,457 |
| Rent and Lease Expense | 182 | 1,278 |
| Salaries/Commissions/Fees | 157,619 | 1,434,849 |
| Supplies | -6,053 | 4,646 |
| Taxes - Payroll | 15,220 | 172,526 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 7,128 |
| Utilities | 4,647 | 59,461 |
| Other *(attach schedule)* | 16,382 | 286,799 |
| Total Operating Expenses Before Depreciation | 385,356 | 3,695,401 |
| Depreciation/Depletion/Amortization | 1,213 | -7,981 |
| Net Profit (Loss) Before Other Income & Expenses | 386,569 | 3,687,420 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0 | 474,747 |
| Interest Expense | 60,406 | 383,698 |
| Other Expense *(attach schedule)* | 86,227 | 252,932 |
| Net Profit (Loss) Before Reorganization Items | -321,229 | -1,235,964 |

In re MANHATTAN JEEP CHRYSLER DODGE, INC                    Case No. 18-10657
    **Debtor**                                    Reporting Period:        7/31/2018

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| LEGAL AND AUDIT | 16,382 | 286,799 |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| FACTORY INCENTIVES | 0 | 466,402 |
| INTEREST | 0 | 8,345 |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| US TRUST | 71,393 | 71,393 |
| CREDIT CARD AND BANK FEES | 14,834 | 181,539 |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re MANHATTAN JEEP CHRYSLER DODGE, INC    Case No.    18-10657
Debtor    Reporting Period:    7/31/2018

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 1,448,214 | 1,625,309 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 1,248,561 | 1,302,253 | |
| Notes Receivable | 0 | 0 | |
| Inventories | 9,284,000 | 9,342,969 | |
| Prepaid Expenses | 343,056 | 347,423 | |
| Professional Retainers | 0 | 0 | |
| Other Current Assets *(attach schedule)* | 0 | 0 | |
| *TOTAL CURRENT ASSETS* | 12,323,831 | 12,617,954 | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | 0 | 0 | |
| Machinery and Equipment | 501,135 | 501,135 | |
| Furniture, Fixtures and Office Equipment | 560,337 | 560,337 | |
| Leasehold Improvements | 30,241 | 30,241 | |
| Vehicles | 0 | 0 | |
| Less:  Accumulated Depreciation | 1,038,409 | 1,038,127 | |
| *TOTAL PROPERTY & EQUIPMENT* | 53,305 | 53,589 | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | -1,010,106 | -1,010,016 | |
| Other Assets *(attach schedule)* | 22,389 | 23,500 | |
| *TOTAL OTHER ASSETS* | -987,717 | -986,516 | |
| *TOTAL ASSETS* | 11,389,419 | 11,685,027 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 1,535,458 | 1,544,780 | |
| Taxes Payable *(refer to FORM MOR-4)* | 37,111 | 39,306 | |
| Wages Payable | 16,611 | 45,236 | |
| Notes Payable | 84,000 | 84,000 | |
| Rent / Leases - Building/Equipment | 0 | 0 | |
| Secured Debt / Adequate Protection Payments | 8,962,771 | 9,000,767 | |
| Professional Fees | 0 | 0 | |
| Amounts Due to Insiders* | 0 | 0 | |
| Other Post-petition Liabilities *(attach schedule)* | 3,016,510 | 2,912,752 | |
| *TOTAL POST-PETITION LIABILITIES* | 13,652,461 | 13,626,841 | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 0 | 0 | |
| Priority Debt | 0 | 0 | |
| Unsecured Debt | 0 | 0 | |
| *TOTAL PRE-PETITION LIABILITIES* | 0 | 0 | |
| *TOTAL LIABILITIES* | 13,652,461 | 13,626,841 | |
| *OWNERS' EQUITY* | | | |
| Capital Stock | 463,138 | 463,138 | |
| Additional Paid-In Capital | 784,377 | 784,377 | |
| Partners' Capital Account | 1,500,000 | 1,500,000 | |
| Owner's Equity Account | 0 | 0 | |
| Retained Earnings - Pre-Petition | -3,774,593 | -3,774,593 | |
| Retained Earnings - Post-petition | -1,235,964 | -914,736 | |
| Adjustments to Owner Equity *(attach schedule)* | 0 | 0 | |
| Post-petition Contributions  *(attach schedule)* | 0 | 0 | |
| *NET OWNERS' EQUITY* | -2,263,042 | -1,941,814 | |
| *TOTAL LIABILITIES AND OWNERS' EQUITY* | 11,389,419 | 11,685,027 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re MANHATTAN JEEP CHRYSLER DODGE, INC      Case No.     **18-10657**
      Debtor               Reporting Period:     **7/31/2018**

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| OFFSET TO OWNERS INVESTMENT | -1,010,016 | -1,010,016 | |
| WRITE DOWN OF BLUE SKY | -1,111 | 0 | |
| SECURITY DEPOSIT | 23,500 | 23,500 | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| LIFO | 2,498,007 | 2,498,007 | |
| INTEREST PAYABLE | 410,411 | 347,025 | |
| INSURANCE PAYABLE | 88,092 | 47,720 | |
| OTHER ACCRUED EXPEN | 20,000 | 20,000 | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re MANHATTAN JEEP CHRYSLER DODGE, INC          Case No. 18-10657

Debtor                                          Reporting Period: 7/31/2018

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0 | 18,613 | 18,613 | 07/31/18 | EFT | |
| FICA-Employee | 0 | 12,409 | 12,409 | 07/31/18 | EFT | |
| FICA-Employer | 0 | 12,409 | 12,409 | 07/31/18 | EFT | |
| Unemployment | 0 | 0 | 0 | | | |
| Income | 0 | 0 | 0 | | | |
| Other: | 0 | 0 | 0 | | | |
| Total Federal Taxes | 0 | 43,431 | 43,431 | 07/31/18 | EFT | |
| **State and Local** | | | | | | |
| Withholding | 0 | 14,579 | 14,579 | 07/31/18 | EFT | |
| Sales | 0 | 37,111 | 37,111 | 08/21/18 | EFT | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 970,729 | 34,097 | 273,480 | 55,036 | 608,116 | 970,729 |
| Wages Payable | 16,611 | 16,611 | | | | 16,611 |
| Taxes Payable | 37,111 | 37,111 | | | | 37,111 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | 1,024,451 | 87,819 | 273,480 | 55,036 | 608,116 | 1,024,451 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re MANHATTAN JEEP CHRYSLER DODGE, INC

Debtor

Case No. 18-10657

Reporting Period:    7/31/2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 565,751 |
| Plus: Amounts billed during the period | 332,490 |
| Less: Amounts collected during the period | 320,899 |
| Total Accounts Receivable at the end of the reporting period | 577,342 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 332,490 | | | | 332,490 |
| 31 - 60 days old | | 75,972 | | | 75,972 |
| 61 - 90 days old | | | 12,629 | | 12,629 |
| 91+ days old | | | | 156,251 | 156,251 |
| Total Accounts Receivable | 332,490 | 75,972 | 12,629 | 156,251 | 577,342 |
| Less: Bad Debts (Amount considered uncollectible) | 0 | 0 | 0 | 0 | 0 |
| Net Accounts Receivable | 332,490 | 75,972 | 12,629 | 156,251 | 577,342 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 37,111 | | | | 37,111 |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 37,111 | | | | 37,111 |
| Total Accounts Payable | | | | | |

In re MANHATTAN JEEP CHRYSLER DODGE, I     Case No. 18-10657
        Debtor                                              Reporting Period:        7/31/2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | 0 | 0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | | 0 | 0 |

In re MANHATTAN JEEP CHRYSLER DODGE, INC                    Case No. 18-10657

Debtor                                                     Reporting Period:    7/31/2018

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | NO |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | NO |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | NO |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | **NO** |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | NO |
| 8 Are any post petition payroll taxes past due? | | NO |
| 9 Are any post petition State or Federal income taxes past due? | | NO |
| 10 Are any post petition real estate taxes past due? | | NO |
| 11 Are any other post petition taxes past due? | | **NO** |
| 12 Have any pre-petition taxes been paid during this reporting period? | | NO |
| 13 Are any amounts owed to post petition creditors delinquent? | | NO |
| 14 Are any wage payments past due? | | NO |
| 15 Have any post petition loans been been received by the Debtor from any party? | | NO |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | NO |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | NO |

# Cash Disbursements Edit Listing

Date From: 07/01/18 To: 07/31/18

Bank Code: 1

Check/EFT Option: All

GL Distribution: N

| Check Date | Check Number | Check Voided | Check Type | Check Amount | Bank Code | Vendor Number | Vendor Name | PO Number | Posted Date | Store# | Distribution Account Number | Distribution Account Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/02/18 | 94391 | | Check | 52.20 | 1 | 128425 | JACQUELINE A ENYA... | | 07/02/18 | | | |
| 07/02/18 | 94392 | | Check | 173.11 | 1 | 427 | TRI COUNTY AUTO S... | | 07/02/18 | | | |
| 07/03/18 | 94393 | | Check | 3,412.15 | 1 | | ALLY BANK | | 07/03/18 | | | |
| 07/03/18 | 94394 | | Check | 2,005.00 | 1 | | TIME WARNER CABLE | | 07/03/18 | | | |
| 07/03/18 | 94395 | | Check | 128.00 | 1 | 131374 | MELISSA LAVERNE H... | | 07/03/18 | | | |
| 07/06/18 | 94396 | | Check | 1,500.00 | 1 | 5450011 | DEANS EXPERT AUT... | | 07/06/18 | | | |
| 07/06/18 | 94397 | | Check | 7,557.74 | 1 | 99707 | ERNIE'S AUTO DETAI... | | 07/06/18 | | | |
| 07/06/18 | 94398 | | Check | 12,001.70 | 1 | 146 | REYNOLDS & REYNO... | | 07/06/18 | | | |
| 07/06/18 | 94399 | | Check | 95.94 | 1 | | UNITED STATES TRE... | | 07/06/18 | | | |
| 07/09/18 | 94400 | | Check | 479.05 | 1 | 159 | FRIGID CARE INC. | | 07/09/18 | | | |
| 07/11/18 | 94401 | | Check | 1,287.24 | 1 | 427 | TRI COUNTY AUTO S... | | 07/11/18 | | | |
| 07/12/18 | 94402 | | Check | 482.00 | 1 | | PETTY CASH | | 07/12/18 | | | |
| 07/12/18 | 94403 | | Check | 1,040.00 | 1 | 9847 | ROBERT M MUSCOLI... | | 07/12/18 | | | |
| 07/16/18 | 94404 | | Check | 324.83 | 1 | | PETTY CASH | | 07/16/18 | | | |
| 07/16/18 | 94405 | | Check | 87.00 | 1 | 128425 | JACQUELINE A ENYA... | | 07/16/18 | | | |
| 07/17/18 | 94406 | | Check | 5,023.06 | 1 | | CONFIDENTIAL SHRE... | | 07/17/18 | | | |
| 07/17/18 | 94407 | | Check | 54.00 | 1 | | BRADLEY BEACH MU... | | 07/17/18 | | | |
| 07/17/18 | 94408 | | Check | 1,550.00 | 1 | | BASED CLEANING WI... | | 07/17/18 | | | |
| 07/18/18 | 94409 | | Check | 426.86 | 1 | | PETTY CASH | | 07/18/18 | | | |
| 07/18/18 | 94410 | | Check | 1,710.91 | 1 | | LOCAL 259 | | 07/18/18 | | | |
| 07/18/18 | 94411 | | Check | 494.50 | 1 | 113351 | NY STATE AUTO DEA... | | 07/18/18 | | | |
| 07/18/18 | 94412 | | Check | 7,194.40 | 1 | 112 | LOCAL 259 PENSION | | 07/18/18 | | | |
| 07/18/18 | 94413 | | Check | 29,178.91 | 1 | 110 | LOCAL 259 SOCIAL S... | | 07/18/18 | | | |
| 07/18/18 | 94414 | | Check | 11,318.47 | 1 | 115646 | NYSIF WORKER'S CO... | | 07/18/18 | | | |
| 07/18/18 | 94415 | | Check | 70.00 | 1 | 132 | LOCAL UNION 917 D... | | 07/18/18 | | | |
| 07/18/18 | 94416 | Voided | Check | 3,534.00 | 1 | 111 | LOCAL 259 | | 07/18/18 | | | |
| 07/18/18 | 94416 | Voided | Check | -3,534.00 | 1 | 111 | LOCAL 259 | | 07/18/18 | | | |
| 07/18/18 | 94417 | | Check | 3,534.00 | 1 | 102 | HEALTH FUND 917 | | 07/18/18 | | | |
| 07/18/18 | 94418 | | Check | 375.00 | 1 | 103 | LOCAL 868 PENSION... | | 07/18/18 | | | |
| 07/18/18 | 94419 | | Check | 4,515.89 | 1 | | ZURICH | | 07/18/18 | | | |
| 07/18/18 | 94420 | | Check | 2,174.02 | 1 | 80494 | OXFORD HEALTH PL... | | 07/18/18 | | | |
| 07/18/18 | 94421 | | Check | 855.49 | 1 | 80494 | OXFORD HEALTH PL... | | 07/18/18 | | | |
| 07/18/18 | 94422 | | Check | 4,374.46 | 1 | 80494 | OXFORD HEALTH PL... | | 07/25/18 | | | |
| 07/18/18 | 94423 | Voided | Check | 50.00 | 1 | | NYS DEPART OF TAX... | | 07/18/18 | | | |
| 07/18/18 | 94423 | Voided | Check | -50.00 | 1 | | NYS DEPART OF TAX... | | 07/24/18 | | | |
| 07/18/18 | 94424 | | Check | 151.05 | 1 | 128425 | JACQUELINE A ENYA... | | 07/18/18 | | | |
| 07/20/18 | 94425 | | Check | 500.00 | 1 | | PETTEY CASH | | 07/20/18 | | | |
| 07/20/18 | 94426 | | Check | 37,996.00 | 1 | | ALLY BANK | | 07/20/18 | | | |
| 07/24/18 | 94427 | | Check | 223.19 | 1 | 1104 | ACTION ENVIRNMEN... | | 07/24/18 | | | |
| 07/24/18 | 94428 | | Check | 50.97 | 1 | 181 | VERIZON | | 07/24/18 | | | |
| 07/24/18 | 94429 | | Check | 106.29 | 1 | 181 | VERIZON | | 07/24/18 | | | |
| 07/24/18 | 94430 | | Check | 106.90 | 1 | 181 | VERIZON | | 07/24/18 | | | |
| 07/24/18 | 94431 | | Check | 12.46 | 1 | 121783 | SPECTRUM BUSINESS | | 07/24/18 | | | |
| 07/24/18 | 94432 | | Check | 1,221.36 | 1 | 121783 | SPECTRUM BUSINESS | | 07/24/18 | | | |
| 07/24/18 | 94433 | | Check | 720.39 | 1 | 121783 | SPECTRUM BUSINESS | | 07/24/18 | | | |
| 07/24/18 | 94434 | | Check | 3,807.66 | 1 | 427 | TRI COUNTY AUTO S... | | 07/24/18 | | | |
| 07/24/18 | 94435 | | Check | 69.60 | 1 | 128425 | JACQUELINE A ENYA... | | 07/24/18 | | | |
| 07/24/18 | 94436 | | Check | 494.50 | 1 | 113351 | NY STATE AUTO DEA... | | 07/24/18 | | | |
| 07/24/18 | 94437 | | Check | 407.19 | 1 | 115484 | ROCIO D VANEGAS | | 07/24/18 | | | |
| 07/25/18 | 94438 | | Check | 250.00 | 1 | 257 | COMMISSIONER OF ... | | 07/25/18 | | | |
| 07/25/18 | 94439 | | Check | 2,064.27 | 1 | | CONFIDENTIAL SHRE... | | 07/25/18 | | | |
| 07/25/18 | 94440 | | Check | 71,392.65 | 1 | | US TRUSTEE | | 07/25/18 | | | |
| 07/25/18 | 94441 | | Check | 202.31 | 1 | | RAMSEY CHRYSLER J... | | 07/25/18 | | | |
| 07/25/18 | 94442 | | Check | 530.77 | 1 | 1047 | ACTIVE LI INC | | 07/25/18 | | | |
| 07/25/18 | 94443 | | Check | 7,232.45 | 1 | 132290 | AMERICAN TIRE DIS... | | 07/25/18 | | | |
| 07/25/18 | 94444 | | Check | 1,030.15 | 1 | 5450011 | DEANS EXPERT AUT... | | 07/25/18 | | | |
| 07/25/18 | 94445 | | Check | 272.15 | 1 | 201 | VERIZON WIRELESS | | 07/25/18 | | | |
| 07/26/18 | 94446 | | Check | 300.00 | 1 | 2651177 | CYBERT TIRE | | 07/26/18 | | | |

# Cash Disbursements Edit Listing

| Check Date | Check Number | Check Voided | Check Type | Check Amount | Bank Code | Vendor Number | Vendor Name | PO Number | Posted Date | Store# | Distribution Account Number | Distribution Account Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/18 | 94447 | | Check | 7,521.00 | 1 | 427 | TRI COUNTY AUTO S... | | 07/26/18 | | | |
| 07/26/18 | 94448 | | Check | 727.50 | 1 | | PETTY CASH | | 07/26/18 | | | |
| 07/26/18 | 94449 | | Check | 1,506.89 | 1 | 128507 | ZURICH DEDUCTIBL... | | 07/26/18 | | | |
| 07/26/18 | 94450 | | Check | 13,721.50 | 1 | 37658 | AMERICAN EXPRESS | | 07/26/18 | | | |
| 07/27/18 | 94451 | | Check | 1,023.58 | 1 | 815 | ANGELO CINCOTTA | | 07/27/18 | | | |
| 07/31/18 | 94452 | | Check | 1,000.00 | 1 | 131655 | JOSE URENA | | 07/31/18 | | | |
| 07/31/18 | 94453 | | Check | 871.01 | 1 | 114286 | BRISCOE PROTECTIV... | | 07/31/18 | | | |
| 07/31/18 | 94454 | | Check | 526.00 | 1 | | MOUNT SINAI SCOO... | | 07/31/18 | | | |
| 07/31/18 | 94455 | | Check | 2,478.90 | 1 | 212 | UNITED PARCEL SER... | | 07/31/18 | | | |
| 07/31/18 | 94456 | | Check | 78.30 | 1 | 128425 | JACQUELINE A ENYA... | | 07/31/18 | | | |
| Report T... | | | | **262,072.92** | | | | | | | | 0.00 |


**CHASE**

June 30, 2018 through July 31, 2018

Primary Account:

---

## CHASE ANALYSIS BUSINESS CHECKING

MANHATTAN JEEP CHRYSLER DODGE, INC.                    Account Number: 000000875923760

---

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$455,154.91** |
| Deposits and Additions | 83 | 481,434.30 |
| Checks Paid | 73 | -294,877.02 |
| Electronic Withdrawals | 9 | -295,454.24 |
| Fees | 1 | -970.22 |
| **Ending Balance** | **166** | **$345,287.73** |

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Deposit | $20,846.59 |
| 07/02 | Deposit | 1,068.19 |
| 07/02 | Deposit | 506.60 |
| 07/02 | Deposit | 125.88 |
| 07/02 | Deposit | 10.64 |
| 07/02 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 12,024.59 |
| 07/03 | Deposit | 375.79 |
| 07/03 | Deposit | 88.34 |
| 07/03 | Online Transfer From Chk ...8465 Transaction#: 7283791535 | 60,427.61 |
| 07/03 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 20,923.89 |
| 07/03 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 4,592.03 |
| 07/05 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 19,589.95 |
| 07/05 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 5,570.73 |
| 07/06 | Deposit | 1,335.97 |
| 07/06 | Deposit | 1,084.93 |
| 07/06 | Deposit | 112.02 |
| 07/06 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 446.02 |
| 07/09 | Deposit | 4,020.00 |
| 07/09 | Deposit | 1,250.72 |
| 07/09 | Deposit | 485.70 |
| 07/09 | Deposit | 121.00 |
| 07/09 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 7,699.31 |
| 07/09 | Smartcash Ally H EDI/Eftpmt          CCD ID: 3002719011 | 124.87 |
| 07/10 | Deposit | 1,764.85 |
| 07/10 | Deposit | 1,232.07 |
| 07/10 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 18,314.20 |
| 07/10 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 2,940.90 |
| 07/10 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 238.37 |
| 07/11 | Deposit | 687.12 |
| 07/11 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 9,542.10 |
| 07/12 | Merchant Bnkcd   Deposit   434489545880      CCD ID: 8752044092 | 6,634.06 |



June 30, 2018 through July 31, 2018
Primary Account:



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/13 | Deposit | 1,107.46 |
| 07/13 | Deposit | 1,045.07 |
| 07/13 | Deposit | 301.00 |
| 07/13 | Deposit | 280.64 |
| 07/13 | Deposit | 151.40 |
| 07/13 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 11,171.18 |
| 07/16 | Deposit | 2,903.01 |
| 07/16 | Deposit | 1,589.35 |
| 07/16 | Deposit | 21.98 |
| 07/16 | Deposit | 10.00 |
| 07/16 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 10,637.75 |
| 07/17 | Deposit | 1,877.61 |
| 07/17 | Deposit | 1,051.72 |
| 07/17 | Deposit | 140.00 |
| 07/17 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 13,510.72 |
| 07/17 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 5,397.33 |
| 07/17 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 118.76 |
| 07/18 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 8,908.03 |
| 07/19 | Deposit | 3,228.15 |
| 07/19 | Deposit | 382.38 |
| 07/19 | Online Transfer From Chk ...8465 Transaction#: 7326787060 | 24,000.00 |
| 07/19 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 6,561.80 |
| 07/20 | Deposit | 37,996.00 |
| 07/20 | Deposit | 1,082.28 |
| 07/20 | Deposit | 277.94 |
| 07/20 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 8,230.02 |
| 07/23 | Deposit | 1,138.48 |
| 07/23 | Deposit | 312.50 |
| 07/23 | Deposit | 135.00 |
| 07/23 | Deposit | 10.00 |
| 07/23 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 18,847.91 |
| 07/24 | Online Transfer From Chk ...8465 Transaction#: 7339240985 | 31,000.00 |
| 07/24 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 18,162.71 |
| 07/24 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 7,781.54 |
| 07/24 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 684.63 |
| 07/25 | Deposit | 958.49 |
| 07/25 | Deposit | 260.86 |
| 07/25 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 3,068.88 |
| 07/26 | Deposit | 2,275.00 |
| 07/26 | Deposit | 121.99 |
| 07/26 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 9,126.05 |
| 07/27 | Deposit | 438.85 |
| 07/27 | Deposit | 308.00 |
| 07/27 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 7,010.09 |
| 07/30 | Deposit | 423.99 |
| 07/30 | Deposit | 189.83 |
| 07/30 | Deposit | 7.10 |
| 07/30 | Merchant Bnkcd   Deposit   434489545880   CCD ID: 8752044092 | 17,452.97 |



**CHASE**

June 30, 2018 through July 31, 2018

Primary Account:

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|---|---|---|--------|
| 07/31 | Deposit | | | | 398.76 |
| 07/31 | Merchant Bnkcd | Deposit | 434489545880 | CCD ID: 8752044092 | 13,372.09 |
| 07/31 | Merchant Bnkcd | Deposit | 434489545880 | CCD ID: 8752044092 | 1,438.96 |
| 07/31 | Merchant Bnkcd | Deposit | 434489545880 | CCD ID: 8752044092 | 343.00 |
| **Total Deposits and Additions** | | | | | **$481,434.30** |

## CHECKS PAID

| CHECK NO. | | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|---|-------------|-----------|--------|
| 93136 | ^ | | 07/02 | $8.56 |
| 93940 | * ^ | | 07/03 | 5.00 |
| 94012 | * ^ | | 07/02 | 130.00 |
| 94013 | ^ | | 07/02 | 8.97 |
| 94022 | * ^ | | 07/25 | 115.50 |
| 94303 | * ^ | | 07/02 | 5.00 |
| 94350 | * ^ | | 07/19 | 105.00 |
| 94355 | * ^ | | 07/10 | 41,647.35 |
| 94372 | * ^ | | 07/02 | 3,306.64 |
| 94373 | ^ | | 07/02 | 522.82 |
| 94375 | * ^ | | 07/06 | 7,194.40 |
| 94376 | ^ | | 07/06 | 29,178.91 |
| 94377 | ^ | | 07/13 | 37.00 |
| 94378 | ^ | | 07/09 | 1,043.68 |
| 94381 | * ^ | | 07/03 | 2,072.92 |
| 94382 | ^ | | 07/03 | 7,493.75 |
| 94383 | ^ | | 07/03 | 281.44 |
| 94384 | ^ | | 07/02 | 87.00 |
| 94385 | ^ | | 07/02 | 2,780.61 |
| 94386 | ^ | | 07/02 | 960.00 |
| 94387 | ^ | | 07/17 | 84.93 |
| 94388 | ^ | | 07/02 | 1,550.00 |
| 94389 | ^ | | 07/02 | 1,300.00 |
| 94390 | ^ | | 07/02 | 15,631.24 |
| 94391 | ^ | | 07/02 | 52.20 |
| 94392 | ^ | | 07/05 | 173.11 |
| 94393 | ^ | 07/03 | 07/03 | 3,412.15 |
| 94394 | ^ | | 07/11 | 2,005.00 |
| 94395 | ^ | | 07/09 | 128.00 |
| 94396 | ^ | | 07/13 | 1,500.00 |
| 94397 | ^ | | 07/19 | 7,557.74 |
| 94398 | ^ | | 07/09 | 12,001.70 |
| 94399 | ^ | | 07/10 | 95.94 |
| 94401 | * ^ | | 07/18 | 1,287.24 |
| 94402 | ^ | | 07/12 | 482.00 |
| 94403 | ^ | | 07/12 | 1,040.00 |
| 94404 | ^ | | 07/16 | 324.83 |
| 94405 | ^ | | 07/16 | 87.00 |



CHASE

June 30, 2018 through July 31, 2018

Primary Account:

## CHECKS PAID  *(continued)*



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 94406 ^ | | 07/24 | 5,023.06 |
| 94407 ^ | | 07/20 | 54.00 |
| 94408 ^ | | 07/20 | 1,550.00 |
| 94409 ^ | | 07/18 | 426.86 |
| 94410 ^ | | 07/27 | 1,710.91 |
| 94411 ^ | | 07/20 | 494.50 |
| 94412 ^ | | 07/20 | 7,194.40 |
| 94413 ^ | | 07/20 | 29,178.91 |
| 94414 ^ | | 07/24 | 11,318.47 |
| 94417 * ^ | | 07/25 | 3,534.00 |
| 94418 ^ | | 07/25 | 375.00 |
| 94419 ^ | | 07/23 | 4,515.89 |
| 94420 ^ | | 07/23 | 2,174.02 |
| 94421 ^ | | 07/23 | 855.49 |
| 94422 ^ | | 07/23 | 4,374.46 |
| 94424 * ^ | | 07/23 | 151.05 |
| 94425 ^ | | 07/20 | 500.00 |
| 94426 ^ | 07/20 | 07/20 | 37,996.00 |
| 94428 * ^ | | 07/30 | 50.97 |
| 94429 ^ | | 07/30 | 106.29 |
| 94430 ^ | | 07/30 | 106.90 |
| 94434 * ^ | | 07/25 | 3,807.66 |
| 94435 ^ | | 07/31 | 69.60 |
| 94436 ^ | | 07/27 | 494.50 |
| 94441 * ^ | | 07/31 | 202.31 |
| 94442 ^ | | 07/30 | 530.77 |
| 94443 ^ | | 07/30 | 7,232.45 |
| 94445 * ^ | | 07/31 | 272.15 |
| 94446 ^ | | 07/26 | 300.00 |
| 94447 ^ | | 07/26 | 7,521.00 |
| 94448 ^ | | 07/26 | 727.50 |
| 94449 ^ | | 07/30 | 1,506.89 |
| 94450 ^ | | 07/27 | 13,721.50 |
| 94451 ^ | | 07/27 | 1,023.58 |
| 94456 * ^ | | 07/31 | 78.30 |

**Total Checks Paid** **$294,877.02**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



June 30, 2018 through July 31, 2018

Primary Account:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/03 | Merchant Bnkcd  Deposit    434489545880    CCD ID: 8752044092 | $6,166.76 |
| 07/06 | W169Tmanhattan J Payroll                    CCD ID: 7861082548 | 44,368.36 |
| 07/13 | W169Tmanhattan J Payroll                    CCD ID: 7861082548 | 48,353.79 |
| 07/19 | W169Tmanhattan J Payroll                    CCD ID: 7861082548 | 67,739.63 |
| 07/25 | Nys Dtf Promp St Tax Paymnt 000000033723288 CCD ID: 8146013200 | 19,485.35 |
| 07/27 | W169Tmanhattan J Payroll                    CCD ID: 7861082548 | 45,868.33 |
| 07/31 | 07/31 Online Transfer To Chk ...8465 Transaction#: 7358204841 | 60,000.00 |
| 07/31 | Aflac        Insurance  N9886949901    CCD ID: 8520807803 | 1,736.01 |
| 07/31 | Aflac        Insurance  N9886972189    CCD ID: 8520807803 | 1,736.01 |
| **Total Electronic Withdrawals** | | **$295,454.24** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/16 | Account Analysis Settlement Charge | $970.22 |
| **Total Fees** | | **$970.22** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 07/02 | $463,394.36 | 07/12 | 474,206.44 | 07/23 | 419,118.95 |
| 07/03 | 530,370.00 | 07/13 | 438,372.40 | 07/24 | 460,406.30 |
| 07/05 | 555,357.57 | 07/16 | 452,152.44 | 07/25 | 437,377.02 |
| 07/06 | 477,594.84 | 07/17 | 474,163.65 | 07/26 | 440,351.56 |
| 07/09 | 478,123.06 | 07/18 | 481,357.58 | 07/27 | 385,289.68 |
| 07/10 | 460,870.16 | 07/19 | 440,127.54 | 07/30 | 393,829.30 |
| 07/11 | 469,094.38 | 07/20 | 410,745.97 | 07/31 | 345,287.73 |

 CHASE

June 30, 2018 through July 31, 2018

Primary Account:



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



June 30, 2018 through July 31, 2018
Primary Account:

This Page Intentionally Left Blank



June 30, 2018 through July 31, 2018
Primary Account:

## STOP PAYMENT RENEWAL NOTICE



**ACCOUNT NUMBER**     **BANK NUMBER**
                              802

The following Stop Payments will automatically renew for a 1-year period.  You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000014-01 | 10/11/17 | 10/11/18 | 92478 | $10,475.02 |
| ☐ | 0000015-01 | 10/19/17 | 10/19/18 | 92475 | $18,084.61 |

Manhattan Jeep Chrysler Dodge, Inc.
678 11th Ave
New York NY 10019-7047

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 182051
Columbus  OH 43218-2051



June 30, 2018 through July 31, 2018

Primary Account:

This Page Intentionally Left Blank