UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adversary Proceeding No. 08-01789 (BRL) <br><br> SIPA Liquidation |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on February 12, 2009, I served a copy of the Notice of Appearance and Request For Service of Papers, in the manner specified below to the parties on the attached service list.


Dated: February 12, 2009        /s/ Frank F. McGinn
                                Frank F. McGinn (Massachusetts BBO # 564729)
                                ffm@bostonbusinesslaw.com
                                Bartlett Hackett Feinberg P.C.
                                155 Federal Street, 9th Floor
                                Boston, MA  02110
                                Tel. (617) 422-0200
                                Fax. (617) 422-0383

**BY EMAIL**

- Jonathan R. Barr    jbarr@bakerlaw.com
- Kevin H. Bell    kbell@sipc.org
- Richard J. Bernard    rbernard@bakerlaw.com
- Seanna Brown    sbrown@bakerlaw.com
- Sanford P. Dumain    sdumain@milberg.com
- Brad N. Friedman    bfriedman@milberg.com, kchoi@milberg.com,jlanders@milberg.com
- Matthew Gluck    mgluck@milberg.com, arado@milberg.com;cslidders@milberg.com;mpenrhyn@milberg.com
- Howard Kleinhendler    hkleinhendler@wmllp.com
- Jonathan Koevary    jkoevary@kramerlevin.com
- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com
- David J. Mark    dmark@kasowitz.com, courtnotices@kasowitz.com
- Martin A. Mooney    mmooney@deilylawfirm.com, tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- John Moscow    jmoscow@bakerlaw.com
- Mark Mulholland    mmulholland@rmfpc.com
- Alissa M. Nann    anann@bakerlaw.com
- Lauren Resnick    lresnick@bakerlaw.com
- Stuart I. Rich    sir@msf-law.com, srich@meisterseelig.com
- Brad Rogers    rogers.brad@pbgc.gov, efile@pbgc.gov
- Chester B. Salomon    cs@stevenslee.com
- Peter E. Shapiro    pshapiro@shutts.com, rlowe@shutts.com
- David J. Sheehan    dsheehan@bakerlaw.com, tblaber@bakerlaw.com;apinka@bakerlaw.com
- Michael D. Sirota    msirota@coleschotz.com
- Douglas E. Spelfogel    dspelfogel@bakerlaw.com
- Josephine Wang    jwang@sipc.org
- Stephen A. Weiss    sweiss@seegerweiss.com, dmora@seegerweiss.com;paminolroaya@seegerweiss.com;cvandekieft@seegerweiss.com
- Robert William Yalen    robert.yalen@usdoj.gov
- David Yeger    dyeger@wmllp.com, dyeger@wmllp.com

**BY FIRST CLASS MAIL**

Philip Bentley
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

~~Bernard L. Madoff Investment Securities, LLC.~~

SETH DAVIS
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

Howard Kleinhendler
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Andrew Kosloff
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza
26th Floor
New York, NY 10081

~~Craig Kugel~~

Irving H. Picard
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

DAVID E. ROSS
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590