**SILVERMANACAMPORA LLP**
Counsel to plaintiff Marianne T. O'Toole, the Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq.
Ronald J. Friedman, Esq.
Robert J. Ansell, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:                                                                  Chapter 7

HRH CONSTRUCTION LLC, *et al.,*                                         Case No.: 09-23665 (RDD)
                                                                        (Jointly Administered)
                    Debtor.
-----------------------------------------------------------------------x
MARIANNE T. O'TOOLE, Chapter 7 Trustee
of HRH CONSTRUCTION LLC, *et al.*,

                        Plaintiff,
       -against-                                                        Adv. Pro. No.: 12-08230 (RDD)

REMUS HRH LLC, REMUS HOLDINGS LLC,
STARRETT CONSULTING LLC, LEVIATHAN
CONSTRUCTION MANAGEMENT SERVICES LLC
a/k/a LEVIATHAN CONSTRUCTION SERVICES LLC,
BRAD SINGER, GARY SINGER, GREGORY
CUNEO, KAREN SINGER, GARY & KAREN SINGER
CHILDREN'S TRUST, STEVEN SINGER, HRH
MANAGEMENT LLC, ROMULUS HOLDINGS, INC.,
HRH SERIES A LLC, HRH CLASS A COMMON LLC,
GEMINI CONSTRUCTION ASSOCIATES, LLC,
ANNE MARIE LLC, BRAD & BETH SINGER
CHILDREN'S TRUST, STEVEN SINGER
CHILDREN'S TRUST, SECOND GARY AND KAREN
SINGER CHILDREN'S TRUST, AVERY MAYA CMS
LLC, NEW HRH FUNDING LLC, DIANE HARRIS,
DOROTHY M. SINGER TRUST, REBECCA SINGER,
PHILLIP MANDELBAUM, "JOHN DOES 1-50",
"JANE DOES 1-50", "ABC PARTNERSHIPS 1-50",
"DEF LIMITED LIABILITY COMPANIES 1-50" and/or
"XYZ CORPORATIONS 1-50" (the last five names
being names unknown to Trustee, the parties
intended being any other parties who are transferors,
transferees or beneficiaries of any of the conveyed
assets described in the Complaint, and who gave no,
or less than fair, consideration for such assets),

                        Defendants.
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

SBK/1435942.1/060289

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NASSAU    )

I, **SHEREE B. KING**, being duly sworn, depose and say that: I am not a party to this action, am over 18 years of age, and am employed by SilvermanAcampora LLP.

On November 13, 2013, deponent served the documents known as follows:

- **DECLARATION OF JAY S. HELLMAN IN REPLY TO DEFENDANTS' OPPOSITION TO THE TRUSTEE'S MOTON FOR SANCTIONS BASED ON DEFENDANTS' FAILURE TO COMPLY WITH THE COURT'S JUNE ORDER AND THEIR DISCOVERY OBLIGATION.**

by **overnight delivery** to the address(es) listed herein, said address(es) designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of **Federal Express** within the State of New York.

TO:    Joseph A. Patella, Esq.
         Andrews Kurth LLP
         450 Lexington Avenue
         New York, New York  10017
         **Counsel for Defendants:**
         Remus HRH LLC,
         Remus Holdings LLC,
         Starrett Consulting LLC,
         Gary Singer,
         Karen Singer,
         Gary & Karen Singer Children's Trust,
         Steven Singer,
         HRH Management LLC,
         Romulus Holdings, Inc.,
         HRH Series A LLC,
         HRH Class A Common LLC,
         Gemini Construction Associates, LLC,
         Steven Singer Children's Trust,
         Second Gary & Karen Singer Children's Trust,
         Estate of Dorothy M. Singer,
         Rebecca Singer and
         Phillip Mandelbaum

SBK/1435942.1/060289

Neal H. Klausner, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, New York  10019
**Counsel for Defendants:**
Leviathan Construction Management Services LLC
a/k/a Leviathan Construction Services LLC,
Brad Singer,
Brad & Beth Singer Children's Trust,
Avery Maya CMS LLC,
and Diane Harris

Harry W. Lipman, Esq.
Rottenberg Lipman Rich, P.C.
369 Lexington Avenue
16th Floor
New York, New York  10017
**Counsel for Defendant:**
Gregory Cuneo

Howard O. Godnick, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, New York  10022
**Counsel for Defendants:**
Anne Marie LLC and New HRH Funding

              s/SHEREE B. KING
              **SHEREE B. KING**

Sworn to before me this
13th day of November, 2013

s/Elisa Coates
Notary Public

Elisa Coates
Notary Public, State of New York
No. 01C04764451
Qualified in Suffolk County
Commission Expires November 30, 2014