**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>BERNSOHN & FETNER LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No.  17-23707 (RDD) |

## <u>CERTIFICATE OF SERVICE</u>

I, David H. Hartheimer, an attorney admitted to practice in the State of New York and

a member of the firm of Mayerson & Hartheimer PLLC, herby certify that:

On the 4th day of October 2018, I have caused service of:

(a)  Notice of Debtor's Second Motion to (i) Extend Time to File Plan; (ii) Extend
     Time to Confirm Plan; and (iii) Extend Debtor's Excusive Period of Time to File
     Chapter 11 Plan [Docket No. 86];

(b)  Debtor's Second Motion to (i) Extend Time to File Plan; (ii) Extend Time to
     Confirm Plan; and (iii) Extend Debtor's Excusive Period of Time to File Chapter
     11 Plan, with exhibits [Docket No. 87]; and

(c)  Declaration of Steven Fetner in Support of Debtor's Second Motion to (i) Extend
     Time to File Plan; (ii) Extend Time to Confirm Plan; and (iii) Extend Debtor's
     Excusive Period of Time to File Chapter 11 Plan [Docket No. 88];

by regular mail to all interested parties listed on Exhibit A attached hereto.

Dated: New York, New York
       October 5, 2018

                                        /s/ David H. Hartheimer
                                        David H. Hartheimer, Esq.

                                        MAYERSON & HARTHEIMER PLLC
                                        845 Third Avenue, 11th Floor
                                        New York, NY 10022
                                        Tel: (646) 778-4380
                                        Fax: (501) 423-8672
                                        david@mhlaw-ny.com

                                        *Counsel for Debtor and Debtor-in-Possession*

# EXHIBIT A

36 Bleecker St., LLC
390 Park Avenue
16th floor
NY, NY 10022

David and Marcia Kaplan
C/O William J. Turkish, Esq.
7600 Jericho Turnpike
Woodbury, NY 11797

Marty and Lauren Geller
c/o Geller & Company
909 Third Avenue
New York, NY 10022

51st Street Realty, Inc
625 W 51st Street 2nd Floor
New York, NY 10019

Dutch Express
100 Avenue of the Americas
New York, NY 10013

MG Dolphin, LLC
C/O Geller and Company.
909 Third Avenue
New York, NY 10022

Alba Demolition
237 West 35th Street
New York, NY 10001

Emque
527 Townline Rd
Happauge, NY 11788

New York State Dept of Taxation
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

American Arbitration Associatio:
1301 Atwood Ave.
Suite 211N
Johnston, R.I. 02919

Grossbach Zaino & Associates, P
6 International Drive
Suite 130
Rye Brook, NY 10573

NYC Department of Finance
66 John Street
Room 104
New York, NY 10038

Architectural Flooring Resource
135 W 27th Street
6th fl
New York, NY 10001

IRS
Centralized Insolvency Operatio:
Post Office Box 7346
Philadelphia, PA 19101-7346

Precision Stone
95 Hopper Street
Westbury, NY 11590

Arista Air Conditioning Corp.
3826 10th Street
Long Island City, NY 11101

JVA Industries
522 US Highway 9 North
#175
Manalapan, NJ 07726

Randall Bernsohn
18 Homeward Lane
Weston, CT 06883

Atlantech Systems Inc
349 Spook Rock Road
Bldg. G
Suffern, NY 10901

Kern Rockenfield, Inc
178 Classon Avenue
Brooklyn, NY 11205

RCS Corporate Sales and Profess
1674 Broadway
Suite 7C
New York, NY 10019

Atlantic De Lage
134 W 26th St
New York, NY 10001

Koenig Iron Works, Inc.
8-14 37th Avenue
Long Island City, NY 11101

Richard Mugler
70 Saint Casimir Avenue
Yonkers, NY 10451

Brian Masumoto, Esq.
Office of the United States Tru
201 Varick Street
New York, NY 10014

LG Blessed LLC
154 E. 78th St.
NY, NY 10075

Rimi Woodcraft
1185 Commerce Avenue
Bronx, NY 10462

Con Edison
4 Irving Place
Room 1875S
New York, NY 10003

Lough Conn, Inc.
69-23 60th Rd
Maspeth, NY 11378

Skyline Scaffolding Group, Inc.
181 Coit Street
Irvington, NJ 7111

Steven Fetner
12 Van Houten Street
Upper Nyack, New York 10960

Steven Fetner
12 Van Houten Street
Upper Nyack, NY 10960

Team Electric
20 W 36th St,
Suite 702
New York, NY 10018

Time Warner
Attn. Recovery Support
3347 Platt Springs Road
West Columbia, SC 29170

Verizon Office
500 Technology Drive
Suite 550
Weldon Springs, MO 63304

Verizon Wireless
500 Technology Drive
Suite 550
Weldon Springs, MO 63304

Wasserman Grubin & Rogers
1700 Broadway
42nd floor
New York, NY 10019