UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re                                                :
                                                     :   Chapter 7
MARCIA CAMPBELL,                                     :
                                                     :   Case No. 17-13518 (CMG)
             Debtor.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**    )
                         ) ss:
**COUNTY OF NEW YORK** )

I, Reyko E. Delpino, being duly sworn, depose and say:

1.  I am not a party to the action and am over 18 years of age.

2.  A true and correct copy of the *ORDER GRANTING TRUSTEE'S APPLICATION SEEKING AN ORDER UNDER BANKRUPTCY CODE SECTIONS 363(a), (b), (f) AND (m) AND RULES 2002 AND 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE: (1) AUTHORIZING THE TRUSTEE TO SELL THE REAL PROPERTY KNOWN AS 3939 WHITE PLAINS ROAD, BRONX, NEW YORK 10466 TO THE HIGHEST AND BEST BIDDER AT AN AUCTION SALE; (2) SCHEDULING A HEARING TO APPROVE SUCH SALE TO THE HIGHEST AND BEST BIDDER; (3) APPROVING CERTAIN BIDDING PROCEDURES; AND (4) APPROVING THE MANNER AND EXTENT OF NOTICE OF SUCH AUCTION HEARING [Doc. No. 90]* was served on August 13, 2018 via (i) Electronic Notice and/or Electronic Mail; or (ii) overnight delivery via Federal Express upon the parties as denoted with a (\*)on the attached service list.

                                              */s/Reyko E. Delpino*
                                              Reyko E. Delpino

Sworn to before me this
13th day of August 2018

*/s/Jennifer Mackson (Smith)*
Jennifer J. Mackson
Notary Public, State of New York
No. 01MA6243728
Qualified in New York County
Commission Expires 6/27/2019

46088390;1

**SERVICE LIST**

**SERVICE VIA ELECTRONIC NOTICE AND ELECTRONIC MAIL:**
Nigel Edwin Blackman on behalf of Debtor Marcia Campbell
nigel@bmlawonline.com, shermane@bmlawonline.com

Jordan S. Katz on behalf of Creditor Bank of America, N.A.
bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Deborah B. Koplovitz on behalf of Creditor Ninel Baker
dkoplovitz@andersonkill.com, dflynn@andersonkill.com

Gary O. Ravert on behalf of Creditor 3939 White Plains Road Funding Associates
gravert@ravertpllc.com, gary.ravertpllc@gmail.com

Robert Rickner on behalf of Plaintiff DVM Second Chance LLC
rob@ricknerpllc.com, rrickner@gmail.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

**SERVICE VIA ELECTRONIC MAIL:**
NYC Water Board a/k/a NYC Dept. of Environmental Protection as Creditor
waterboardbankruptcy@dep.nyc.gov

Consolidated Edison Company of New York, Inc. as Creditor
Enyenihie@coned.com

American Express National Bank as Creditor
proofofclaim@becket-lee.com

LVNV Funding LLC c/o Resurgent Capital Services as Creditor
securedbankruptcy@resurgent.com

**SERVICE VIA FEDERAL EXPRESS:**
New York State Dept. of Taxation and Finance as Creditor
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

New York City Dept. of Finance as Creditor
Office of Legal Affairs-Collection Unit
345 Adams Street, 3rd Flr.
Brooklyn, NY 11201

46088390;1

Kerry Ann Lawson as interested party
3314 Bouck Avenue
Bronx, NY 10469

Parking Violations Bureau as Creditor
60 Centre Street
New York, NY 10007

Environmental Control Board as Creditro
66 John Street
New York, NY 10038

New York State Commissioner of Labor as Creditor
W. Averell Harriman Office
Albany, NY 12240

Extreme Tax & Insurance Services
Attn: Any Officer, Gen. or Managing Agent
3939 White Plains Road, 2nd Floor
Bronx, NY 10466

Nuru Security
Attn: Any Officer, Gen. or Managing Agent
3939 White Plains Road, 3rd Floor
Bronx, NY 10466

46088390;1