**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>MARCIA CAMPBELL,<br><br>*Debtor*. | Chapter 7<br><br>Case No. 17-13518 (CGM) |

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  3939 White Plains Road Funding Associates

**Property Address**:  3939 White Plains Road, Bronx, NY 10466 [Block 4825, Lot 5] ("Property")

**Last Four Digits of Account Number of Loan**: N/A

**File Date of Loss Mitigation request**: 2/2/18 [Docket No. 27]

**Date of Entry of Loss Mitigation Order**: N/A

**Date of Entry of Order Approving Settlement (*if any*)**: N/A

**Other Requests for Loss Mitigation in this Case**: ____ Yes    **XX**   No


--Remainder of page intentionally left blank--

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | Loan modification | | Surrender of property |
|---|---|---|---|
| | Short sale | | No agreement has been reached |
| **XX** | Other: <u>11 U.S.C. § 363(b) and (f) sale of Property</u> | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above.



**Dated: October 1, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**