David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

### DECLARATION OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION ON THE CLEARING CORPORATION

I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY  10111.  On  February 16, 2009, I served the Subpoena for Rule 2004 Examination and a copy of this Court's January 12, 2009 Order on the interested parties by placing true and correct copies thereof in sealed packages designated by Federal Express for that purpose, with such packages addressed for delivery as follows:

The Clearing Corporation
227 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Attn: Jessica Bertoldi or Officer/Director Authorized to Accept Service

102695547.1

On the date indicated above, I delivered the sealed packages to an authorized courier or driver authorized by Federal Express to receive documents, with the delivery fees paid or provided by the sender.

I also served copies of the Subpoena for Rule 2004 Examination and a copy of this Court's January 12, 2009 Order on the following individuals by Federal Express:

Kevin Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005

Israel Friedman, Esq.
Scott L. Black, Esq.
U.S. Securities and Exchange Commission
3 World Financial Center
New York, New York 10281-1022

Internal Revenue Service Insolvency
290 Broadway
5th Floor
New York, New York 10007

Marc Litt
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2009 at New York, New York.

s/Alethea Pinka
ALETHEA PINKA