UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,

             Plaintiff,

             -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.

------------------------------------------------- x

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:   February 17, 2009
          New York, New York

                                             Respectfully submitted,

                                             /s / Brian K. Esser (BE-0653)
                                             **BAKER & HOSTETLER LLP**
                                             45 Rockefeller Plaza
                                             New York, New York 10111
                                             Tel: 212.589.4200
                                             Fax: 212.589.4201
                                             besser@bakerlaw.com