David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**DECLARATION OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATION**

     I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY  10111.  On February 17, 2009, I served the Subpoena for Rule 2004 Examination and a copy of this Court's January 12, 2009 Order on the interested parties by placing true and correct copies thereof in sealed packages designated by Federal Express for that purpose, with such packages addressed for delivery as follows:

SD&M Investments
6111 Harrison Stret
Merrillville, Indiana 46410
Attn: Sharon Mallory or Officer/Director Authorized to Accept Service

095879, 102697800

Conn Geneva & Robinson
4927 Stariha Drive
Suite A
Muskegon, Michigan 49441
Attn: P. Geneva or Officer/Director Authorized to Accept Service

Marks, Paneth & Shron
622 Third Avenue
New York, New York 10017-6701
Attn: Mark Levenfuf or Officer/Director Authorized to Accept Service

Singer & Lusardi
370 Main Street
Suite 925
Worcester, Massachusetts 01608
Attn: Officer or Director Authorized to Accept Service

J.H. Cohn LLP
4 Becker Farm Road
Roseland, New Jersey 07068
Attn: Thomas Marino or Officer/Director Authorized to Accept Service

Schwartz & Company
2580 Sunrise Highway
Bellmore, New York 11710
Attn: Angela Mattia or Officer/Director Authorized to Accept Service

Guston & Guston LLP
55 Harristown Road
Glen Rock, New Jersey 07452-3303
Attn: Officer or Director Authorized to Accept Service

Blow Styling Salon LLC
342 West 14th Street
New York, New York 10014-5002
Attn: Officer or Director Authorized to Accept Service

The Law Offices of Patricia Halsted
4 North Water Street
Nantucket, Massachusetts 02554
Attn: Patricia A. Halsted, Esq. or Officer/Director Authorized to Accept Service

On the date indicated above, I delivered the sealed packages to an authorized courier or driver authorized by Federal Express to receive documents, with the delivery fees paid or provided by the sender.

I also served copies of the Subpoena for Rule 2004 Examination and a copy of this Court's January 12, 2009 Order on the following individuals by Federal Express:

Kevin Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 20005

Israel Friedman, Esq.
Scott L. Black, Esq.
U.S. Securities and Exchange Commission
3 World Financial Center
New York, New York 10281-1022

Internal Revenue Service Insolvency
290 Broadway
5th Floor
New York, New York 10007

Marc Litt
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2009 at New York, New York.

                                              s/Alethea Pinka
                                              ALETHEA PINKA