**MILBERG LLP**
Jonathan M. Landers
jlanders@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　Defendant. | District Court Case No. Civ. 08-10791<br><br>Adv. Pro. No. 08-01789 (BRL) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Ruth E. Goldstein, June Pollack, Gerald Blumenthal, Blumenthal & Associates Florida General Partnership, Judith Rock Goldman, the Horowitz Family Trust, and the Unofficial Committee of Certain Claim Holders (collectively, the "Creditors"), creditors and parties-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Attn: Jonathan M. Landers
Tel: (212) 594-5300
Fax: (212) 868-1229
Email: jlanders@milberg.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Creditors': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
February 18, 2009

**MILBERG LLP**

By: *__/s/ Jonathan M. Landers______*

Jonathan M. Landers
jlanders@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

CERTIFICATE OF SERVICE

I, Jonathan M. Landers, hereby certify that on February 18, 2009 the foregoing NOTICE

OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS was electronically

filed, and served upon the following by First Class Mail:

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215

                    /s/ Jonathon M. Landers

4