David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Irving H. Picard, Esq. as Trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

102699009

|  |  |
|---|---|
| Dated: February 19, 2009<br>    New York, New York | Respectfully submitted,<br><br>s/Thomas M. Wearsch<br>Thomas M. Wearsch<br>David J. Sheehan<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel:  (212) 589-4200<br>Fax:  (212) 589-4201<br>twearsch@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Esq.,*<br>*Trustee for the SIPA Liquidation of*<br>*Bernard L. Madoff Investment Securities LLC* |