David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Alethea Pinka, a resident of Suffolk County, New York State, state under penalty of perjury that I am more than 18 years of age and not a party to this action and that on the 19th day of February, 2009, I caused a true and correct copy of a **NOTICE OF APPEARANCE FOR THOMAS M. WEARSCH, ESQ. AS COUNSEL FOR IRVING H. PICARD, ESQ. AS TRUSTEE** to be served upon counsel for those parties who receive electronic service through ECF, and by email and/or Unites States regular mail to those parties as set forth on the attached Schedule A.

                                                                             s/Alethea Pinka
                                                                    ALETHEA PINKA
                                                                    Paralegal

095879, 102699122

## Schedule A

**Regular Mail**

Marc Litt
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, New York 10007

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org