David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
Elyssa S. Kates (EK 8439)
Email: ekates@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2009, I caused true copies of the **TRUSTEE'S OBJECTION TO DCFS USA LLC'S MOTIONS FOR RELIEF FROM AUTOMATIC STAY AND REQUEST FOR SANCTIONS** to be served upon counsel for those parties who receive electronic service through ECF, and by email and/or U.S. mail to those parties as set forth on the attached Schedule A.

102699813

Dated: February 19, 2009

          Respectfully submitted,

          */s/ Richard J. Bernard*
David J. Sheehan (DS 4818)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

102699813      2

## Schedule A

**Regular Mail**

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Martin A. Mooney, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 12203

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org