Josephine Wang (JW 0674)
Email: **jwang@sipc.org**
Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile**:** (202) 371-6728

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

     I, Hemant Sharma, hereby certify that on February 20, 2009, I caused true and correct copies of the Response of the Securities Investor Protection Corporation in Opposition to Motion of Lucerne Foundation, et al., for Order Creating Exception to Customer Claims Filing Date and exhibits attached thereto, to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail, prepaid regular U.S. Mail, or prepaid Federal Express to those parties as set forth on the attached Schedule A.

                        *s/ Hemant Sharma*_____
                         Hemant Sharma

Schedule A

Via Federal Express:

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Via U.S. Mail:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Internal Revenue Service
290 Broadway
New York, NY 10007
Attn: Insolvency Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Via Email:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov