David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
Kelly S. Burgan
Email: kburgan@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:    (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Kelly Burgan, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced adversary proceeding.

Mailing address:  3200 National City Center, 1900 E. 9th St., Cleveland, OH 44114

Email address:  kburgan@bakerlaw.com; telephone number (216) 621-0200

095879, 102699033

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: February 23, 2009　　　　　　　　　　　Respectfully submitted,
　　　　　Cleveland, Ohio

　　　　　　　　　　　　　　　　　　　　　　　s/Kelly Burgan
　　　　　　　　　　　　　　　　　　　　　　　Kelly S. Burgan
　　　　　　　　　　　　　　　　　　　　　　　David J. Sheehan (DS 4818)
　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Wearsch (TW 5000)
　　　　　　　　　　　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10111
　　　　　　　　　　　　　　　　　　　　　　　Tel:    (212) 589-4200
　　　　　　　　　　　　　　　　　　　　　　　Fax:    (212) 589-4201
　　　　　　　　　　　　　　　　　　　　　　　kburgan@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Esq.,*
　　　　　　　　　　　　　　　　　　　　　　　*Trustee for the SIPA Liquidation of*
　　　　　　　　　　　　　　　　　　　　　　　*Bernard L. Madoff Investment Securities LLC*