**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  I, Kelly Burgan, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced adversary proceeding.

**ORDERED**,

That Kelly Burgan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February ___, 2009
   New York, New York

                   _____
                   HONORABLE BURTON R. LIFLAND
                   UNITED STATES BANKRUPTCY JUDGE

095879, 102699036