UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

                                          Chapter 7

MICHAEL P. D'ALESSIO,                    Case No. 18-22552 (RDD)

                        Debtor.
------------------------------------------------------X

**ORDER EXTENDING DEADLINE TO OBJECT TO THE DEBTOR'S DISCHARGE
PURSUANT TO 11 U.S.C. § 727 AND DISCHARGEABILITY
OF CERTAIN DEBTS PURSUANT TO 11 U.S.C. § 523(c) PURSUANT
TO BANKRUPTCY RULES 4004(b) AND 4007(c)**

Upon the timely motion, dated July 30, 2018 (the "Motion"), of Attis Properties, Inc., Attis

Ventures LLC, Bonni Stanley, Marilyn Shendell, Douglas Scibelli, Sanley Company, RNG WEA

LLC, Jacqueline Martinez, Keith Hummel, Philip Healy, Ellen Goldstein, Philip Goldstein, Stacey

Gendels, Glen Feller, East 64th Street Realty Partners LLC, Robert Cicero, Angie Brown, Joshua

Brown, Rella Fogliano, and Joseph Breda (the "Attis Parties") for entry of an order pursuant to

Rules 4004(b) and 4007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

extending the Attis Parties' time to object to the discharge of the debtor herein (the "Debtor")

pursuant to § 727 of Title 11 United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code")

and to object to the dischargeability of certain debts of the Debtor to the Attis Parties pursuant to

Bankruptcy Code § 523(c); and upon the timely motion of John Pantanelli, dated August 1, 2018

(the "Pantanelli Motion") for entry of an order pursuant to Bankruptcy Rules 4004(b) and 4007(c)

extending John Pantanelli's time to object to the Debtor's discharge pursuant to Bankruptcy Code §

727 and to object to the dischargeability of certain debts of the Debtor to John Pantanelli pursuant to

Bankruptcy Code § 523(c), couched as a "joinder" in the Motion but treated by the Court as a

motion; and upon the timely motion of Preferred Bank, dated August 1, 2018 (the "Preferred Bank

Motion") for entry of an order pursuant to Bankruptcy Rules 4004(b) and 4007(b) extending

Preferred Bank's time to object to the Debtor's discharge pursuant to Bankruptcy Code § 727 and

the dischargeability of certain debts of the Debtor to Preferred Bank pursuant to Bankruptcy Code §

523(c), couched as a "joinder" in the Motion but treated by the Court as a motion; and upon the

Debtor's objections to the Motion and the Pantanelli Motion and the Preferred Bank Motion, dated

August 8, 2018; and upon the reply of John Pantanelli dated August 8, 2018 and the reply of the

Attis Parties dated August 10, 2018; and upon the record of the hearing held by the Court on the

Motion, the Pantanelli Motion and the Preferred Bank Motion on August 13, 2018 (the "Hearing");

and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing,

the Court having determined that the Attis Parties, John Pantanelli, and Preferred Bank have each

established sufficient cause for the extension granted hereby, it is hereby

**ORDERED**, that the deadline of each of the Attis Parties, John Pantanelli and Preferred

Bank to object to the Debtor's discharge pursuant to Bankruptcy Code § 727 and to object to the

dischargeability of certain debts of the Debtor to them pursuant to Bankruptcy Code § 523(c) is

extended from August 13, 2018 to and including October 12, 2018; and it is further

**ORDERED**, that nothing herein precludes the Attis Parties, John Pantanelli or Preferred

Bank from requesting a further extension of the foregoing deadline for good cause shown; and it

is further

**ORDERED**, that this Court shall maintain jurisdiction with respect to enforcement of

this Order; and it is further

**ORDERED**, that this Order is deemed to be a separate order with respect to each of the

Motion, the Pantanelli Motion, and the Preferred Bank Motion.

Dated:  White Plains, New York
   August 13, 2018

          /s/Robert D. Drain
          HONORABLE ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE