# EXHIBIT "A"

Date: 02/23/2009

# Matter - Securities Investor Protection Corporation [Note Listing]

| Date Created | Description/Subject | Type Description |
|---|---|---|
| 02/13/2009 10:58:01 AM | Phone Call - William Gogel | Phone Call Note |
| 02/10/2009 5:06:09 PM | Phone Call - Chris Hutton | Phone Call Note |
| 02/10/2009 4:34:02 PM | Phone Call - William Gogel | Phone Call Note |
| 02/10/2009 9:34:20 AM | Phone call with Elyssa Kates | Phone Call Note |
| 02/09/2009 4:33:20 PM | Phone Call - Chris Hutton | Phone Call Note |
| 02/09/2009 4:31:52 PM | Phone Call - Elyssa Kates | Phone Call Note |
| 02/06/2009 4:11:27 PM | Phone Call - to Elyssa Kates | Phone Call Note |
| 01/23/2009 3:05:06 PM | Vehicle | Default Note Type |

Note - Phone Call - to Elyssa Kates

## _Phone Call - to Elyssa Kates_

Type:              **Phone Call Note**

Primary Matter:

Matter No.:

Author/User:    **Cano, Pilar A, Esq.**

Other:

---

Left message with Ms. Kates' assistant, Brenda, informing her that I was following up with a voice mail message and email message sent to Martin Mooney regarding our Motions from Stay.  [It appears that counsel for the Trustee does not see the need for such a motion.] I asked that Ms. Kates return my call.

Note - Phone Call - Elyssa Kates

## *<u>Phone Call - Elyssa Kates</u>*

Type:              **Phone Call Note**

Primary Matter:

Matter No.:

Author/User:      **Cano, Pilar A, Esq.**

Other:

Returned phone call from Ms. Kates.  She called in response to my phone message left on Friday, February 6, 2009.

Note - Phone call with Elyssa Kates

---

## *Phone call with Elyssa Kates*

Type:              **Phone Call Note**

Primary Matter:

Matter No.:

Author/User:    **Cano, Pilar A, Esq.**

Other:

---

Phone call with Elyssa Kates regarding our three MFRS that are pending in Madoff matter.  Her position is that our motions are now unnecessary and moot due to the court issuing its order on February 4, 2009.  I informed her that my client, with regard to one account, wanted to pursue *redemption of the lease* with the guarantor, Mr. Kugel.  She said it was her position that Mr. Kugel is not part of the proceeding and therefore not subject to the bankruptcy protection.  She further added that whatever agreement our client decided to enter into with Mr. Kugel was a business decision that had no bearing on the proceeding.

I asked her if she would entertain reviewing and possibly signing off on a consent order on the MFRS on the account with the guarantor and she said that I could send something for her review.

Will discuss phone call with MAM.

# EXHIBIT "B"

# DEILY, MOONEY & GLASTETTER, LLP

### Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
.° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
. Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts   02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555, Fax: (856) 596-1923

°* Richard C. Maider
   Leigh A. Hoffman
°◊~ Linda S. Fossi
*# Douglas J. Rose
°◊~ Brian E. Caine
   Scott T. Dillon
Δ Pilar A. Cano
∂ Alexander Powhida

February 20, 2009

<u>VIA FACSIMILE 212-589-4201</u>
<u>AND FIRST CLASS MAIL</u>

Elyssa S. Kates, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

> Re:  Securities Investor Protection Corporation
>       Case No. 08-01789-BRL
>       Our File No. B-DCFJAX.09.00541

Dear Ms. Kates:

This letter is in response to your faxed letter dated February 13, 2009, as well as your voice mail message left for me on February 16, 2009.

I have relayed the Trustee's position of refusing to sign off on our proposed Stipulation and Orders to my client. As I stated in previous conversations, our Motions for Relief for Automatic Stay were filed in the above-referenced matter because we do not interpret the Order signed by Judge Lifland on February 4, 2009 granting your Motion to Reject the Executory Contracts on *Nunc Pro Tunc* basis as equaling or granting relief from the automatic stay. Given the unusual nature of this case, as well as the Order Extending the Stay Against All Creditors signed by Judge Lifland on January 5, 2009, we are requesting the Court grant us relief from the automatic stay.

It was my hope and intention that this matter could be settled prior to the hearing scheduled for February 24, 2009 through our proposed Orders and Stipulation. That way neither party would have to appear in court and incur additional fees and time. If after reviewing this letter with the Trustee, his position remains unchanged then our client has requested that we

February 19, 2009
Page 2

move forward with our motions.

If you would like to discuss this matter further, I can be reached at the number above.

Very truly yours,

DEILY, MOONEY & GLASTETTER, LLP

Pilar A Cano

PAC/tav

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              1494
CONNECTION TEL                912125894201
SUBADDRESS
CONNECTION ID
ST. TIME              02/20 09:54
USAGE T               00'38
PGS. SENT             3
RESULT                OK
```

# DEILY, MOONEY & GLASTETTER, LLP

## Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·* F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
· Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia
ə Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts  02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

** Richard C. Maider
   Leigh A. Hoffman
*◊~ Linda S. Fossi
*# Douglas J. Ross
*◊~ Brian E. Caine
   Scott T. Dillon
Δ  Pilar A. Cano
ə  Alexander Powhida

## FACSIMILE COVER SHEET

NUMBER OF PAGES **(INCLUDING COVER SHEET)** _Three (3)_

_IF PROBLEMS ARISE WITH RECEIPT OF THIS TRANSACTION, PLEASE CONTACT_____ AT (518) 436-0344_

**TO:**        **Elyssa S. Kates**

**FROM:**      **Pilar A Cano**

**FAX NO.:**   **(212) 589-4201**

**DATE:**      **February 20, 2009**

**MESSAGE RE:** SIPC v. Bernard L. Madoff Investment
Securities LLC – SIPA Liquidation          **OUR FILE NO.** B-DCFJAX.09.00541

THE ORIGINAL OF THE TRANSMITTED DOCUMENT WILL BE SENT VIA:

(  )    FIRST CLASS MAIL                    (  )    THIS WILL BE THE ONLY FORM OF DELIVERY OF THE
                                                    TRANSMITTED DOCUMENT

# DEILY, MOONEY & GLASTETTER, LLP

### Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
Leigh A. Hoffman
°◊~ Linda S. Fossi
*# Douglas J. Rose
°◊~ Brian E. Caine
Scott T. Dillon
Δ Pilar A. Cano
∂ Alexander Powhida

## FACSIMILE COVER SHEET

---

NUMBER OF PAGES **(INCLUDING COVER SHEET)**  Three (3)

IF PROBLEMS ARISE WITH RECEIPT OF THIS TRANSACTION, PLEASE CONTACT_____ AT (518) 436-0344

**TO:**  **Elyssa S. Kates**

**FROM:**  **Pilar A Cano**

**FAX NO.:**  **(212) 589-4201**

**DATE:**  **February 20, 2009**

**MESSAGE RE:** **SIPC v. Bernard L. Madoff Investment Securities LLC – SIPA Liquidation**    **OUR FILE NO.**  **B-DCFJAX.09.00541**

---

THE ORIGINAL OF THE TRANSMITTED DOCUMENT WILL BE SENT VIA:

( )   FIRST CLASS MAIL

( )   MESSENGER

( )   OVERNIGHT COURIER

( )   THIS WILL BE THE ONLY FORM OF DELIVERY OF THE TRANSMITTED DOCUMENT

( )   PLEASE CONFIRM RECEIPT

---

**CONFIDENTIALITY NOTICE:**

       **The documents accompanying this facsimile transmission contain information from Deily, Mooney & Glastetter, LLP, which is confidential and privileged.  This information is intended to be for the use of the addressed individual or entity.  If you are not the intended recipient, beware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this transmission in error, please notify us by telephone immediately so that we may arrange for the retrieval of the documents at no cost to you.  Thank you.**