DEILY, MOONEY & GLASTETTER, LLP  
8 Thurlow Terrace  
Albany, New York 12203  
(518) 436-0344  
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

SECURITIES INVESTOR PROTECTION  
CORPORATION,

    v.

BERNARD L. MADOFF INVESTMENT      Adv. Pro. No. 08-01789 (BRL)  
SECURITES LLC,      SIPA Liquidation

                   Defendant.  
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

## CERTIFICATE OF SERVICE

      I, Linda M. Anderson, certify that I am not less than eighteen (18) years of age; that service of DCFS USA LLC's Response to Trustee's Objection to DCFS USA LLC's Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) (with attached Exhibits) was made on February 23, 2009.

Mail Service:  Regular, first-class United States mail, postage fully pre-paid, addressed to:

    Securities Investor Protection Corporation      Office of the U.S. Trustee  
    Attention: Kevin H. Bell      33 Whitehall Street, 21st Floor  
    805 15th Street, N.W. Suite 800      New York, NY 10004-2112  
    Washington, DC 20005-2215

    Irving H. Picard, Esq. (Trustee) (facsimile &  
    first class mail)  
    Baker & Hostetler, LLP  
    45 Rockefeller Plaza  
    New York, NY 10111

                                                        /s/ Linda Anderson  
                                                         Linda M. Anderson