David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 24, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-01789**

1.      Motion for Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP [Filed: February 12, 2009 ] (Docket No. 87)

       Objection Deadline:          February 20, 2009

       Objections Received:         None

       Status:                      This matter is going forward.

102691791

## **CONTESTED MATTERS**

**SIPC v. BLMIS**
**SIPA Liquidation; Adv. Pro. No. 08-01789**

2.    Motion for Relief from Stay Re: 2009 Mercedes S550V4 (DMG) filed by Martin A. Mooney on behalf of DCFS USA LLC subservicer for DCFS Trust [Filed: February 4, 2009] (Docket No. 66)

    Objection Deadline:    February 20, 2009

    Objection Filed:

    A.    Objection to Motion Trustee's Objection to DCFS USA LLC's Motions for Relief from Automatic Stay and Request for Sanctions (related document(s)68, 66, 67) filed by Richard J. Bernard on behalf of Irving H. Picard [Filed: February 19, 2009 ] (Docket No. 111)

    Status:    This matter is going forward.

3.    Motion for Relief from Stay Re: 2008 Mercedes GL450 (DMG) filed by Martin A. Mooney on behalf of DCFS USA LLC subservicer for DCFS Trust [Filed: February 4, 2009] (Docket No. 67)

    Objection Deadline:    February 20, 2009

    Objection Filed:

    A.    Objection to Motion Trustee's Objection to DCFS USA LLC's Motions for Relief from Automatic Stay and Request for Sanctions (related document(s)68, 66, 67) filed by Richard J. Bernard on behalf of Irving H. Picard [Filed: February 19, 2009] (Docket No. 111)

    Status:    This matter is going forward.

4.    Motion for Relief from Stay Re: 2009 Mercedes S550V4 (DMG) filed by Martin A. Mooney on behalf of DCFS USA LLC subservicer for DCFS Trust [Filed: February 4, 2009] (Docket No. 68)

    Objection Deadline:    February 20, 2009

    Objection Filed:

    A.    Objection to Motion Trustee's Objection to DCFS USA LLC's Motions for Relief from Automatic Stay and Request for Sanctions (related document(s)68, 66, 67) filed by Richard J. Bernard on behalf of Irving H. Picard [Filed: February 19, 2009 ] (Docket No. 111)

    Status:                        This matter is going forward.

5.     Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines for the Filing of Customer Claims filed by Philip Bentley on behalf of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky [Filed: February 10, 2009] (Docket No. 80 )

    Objection Deadline:          February 20, 2009

    Objections Received:

    A.     Response to Motion Response Of The Unofficial Claims Committee In Opposition To Motion For An Order Modifying The December 23, 2008 Order Establishing Claims Deadlines Filed by Jonathan M. Landers on behalf of Ruth E. Goldstein, June Pollack. [Filed: February 20, 2009] (Docket No. 113)

    B.     Response of the Securities Investor Protection Corporation in Opposition to Motion of Lucerne Foundation, et al., for Order Creating Exception to Customer Claims Filing Deadline filed by Josephine Wang on behalf of Securities Investor Protection Corporation. [Filed: February 20, 2009] (Docket No. 114)

    C.     Objection to Motion/Trustee's Objection to Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines For the Filing of Customer Claims filed by David J. Sheehan on behalf of Irving H. Picard [Filed: February 20, 2009] (Docket No. 115)

    D.     Reply to Motion/Reply in Further Support of Motion for an Order Modifying the December 23, 2008 Order Establishing Deadlines for the Filing of Customer Claims filed by Philip Bentley on behalf of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky [Filed: February 23, 2009) (Docket No. 117)

    Status:                        This matter is going forward.

**Rosenman Family LLC v. Irving H. Picard, Trustee and
JP Morgan Chase Bank, NA
Adv. Pro. No. 09-01000**

6.     Motion to Dismiss Adversary Proceeding No. 09-1000 (Rosenman Family, LLC) [Filed: February 3, 2009] (Docket No. 10)

    Objection Deadline:          February 17, 2009

    Objections Received:

    A.     Memorandum of Law by Rosenman Family LLC in Opposition to Motion by Trustee to Dismiss Complaint [Filed: February 17, 2009] (Docket No. 13)

    B.    Declaration in Support of Plaintiff's Opposition to Motion by Trustee to Dismiss Complaint filed by Howard Kleinhendler on behalf of Rosenman Family, LLC [Filed: February 17, 2009] (Docket No. 14)

    C.    Response Reply of Trustee in Support of the Motion to Dismiss the Complaint of Rosenman Family, LLC Pursuant to Fed. R. Civ. P. 12(b)(6) filed by David J. Sheehan on behalf of Irving H. Picard [Filed: February 19, 2009] (Docket No. 16)

    <u>Status</u>:    This matter is going forward.

**Hadleigh Holdings LLC v. Irving H. Picard, Trustee**
<u>**Adv. Pro. No. 09-01005**</u>

7.    Motion to Dismiss Adversary Proceeding No. 09-1005 (Hadleigh Holdings LLC) [Filed: February 4, 2009] (Docket No. 8)

    <u>Objection Due</u>:    February 23, 2009

    <u>Objection Received</u>:

    A.    Opposition to Motion by Trustee to Dismiss the Complaint (related document(s)8) filed by Howard Kleinhendler on behalf of Hadleigh Holding LLC. [Filed: February 17, 2009] (Docket No. 12).

    B.    Amended Complaint Against Irving H. Picard Filed by Howard Kleinhendler on behalf of Hadleigh Holding LLC [Filed: February 17, 2009] (Docket No. 11)

    C.    Response Reply of Trustee to the Memorandum of Law by Hadleigh Holdings LLC (related document(s)12) filed by David J. Sheehan on behalf of Irving H. Picard. [Filed: February 19, 2009] (Docket No. 14)

    <u>Status</u>:    This matter going forward.

Dated: February 23, 2009  
      New York, New York

Respectfully submitted,

s/David J. Sheehan
David J. Sheehan (DS 4818)
Thomas M. Wearsch (TW 5000)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*