David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:    (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I, Alethea Pinka, a resident of Suffolk County, New York State, state under penalty of perjury that I am more than 18 years of age and not a party to this action and that on the 23rd day of February, 2009, I caused a true and correct copy of the **AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON FEBRUARY 24, 2009 AT 10:00 A.M.** to be served upon counsel for those parties who receive electronic service through ECF, and by email and/or Unites States regular mail to those parties as set forth on the attached Schedule A.

        s/Alethea Pinka
ALETHEA PINKA
Paralegal

095879, 102703360

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org

Willaim Johnson – William.johnson@usdoj.gov

Marc Litt – marc.litt@usdoj.gov