UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**ORDER DENYING MOTION TO MODIFY ORDER ESTABLISHING DEADLINES
FOR THE FILING OF CUSTOMER CLAIMS**

This matter came before the Court on the motion (the "Motion") of Lucerne Foundation, Collingwood Enterprises and Douglas Rimsky (collectively, "Movants"), for an Order Modifying the December 23, 2008 Order Establishing Deadlines for the Filing of Customer Claims; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 15 U.S.C. § 78eee(b) and 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there having been a Response in Opposition to the Motion filed by the Unofficial Claims Committee [Docket No. 113], a Response in Opposition to the Motion filed by the Securities Investor Protection Corporation [Docket No. 114], an Objection to the Motion filed by the Trustee [Docket No. 115], and a Reply in Further Support of the Motion filed by the Movants on [Docket No. 117]; and a hearing (the "Hearing") having been held

before this Court on February 24, 2009 to consider the relief requested in the Motion, and upon the record of the Hearing, and all of the proceedings had before the Court;

NOW THEREFORE, IT IS HEREBY,

ORDERED that for the reasons stated on the record at the Hearing and in the Memorandum Decision and Order Denying Motion to Modify Order Establishing Deadlines for the Filing of Customer Claim entered by the Court on February 24, 2009 [Docket No. 124], the Motion is DENIED.

Dated: New York, New York
February 25, 2009

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE