**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff,

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kelly Burgan, a member in good standing of the bar in the State of Ohio, and the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, Esq., Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC in the above-referenced adversary proceeding.

**ORDERED**,

That Kelly Burgan, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 25, 2009
       New York, New York

                                          /s/Burton R. Lifland
                                          HONORABLE BURTON R. LIFLAND
                                          UNITED STATES BANKRUPTCY JUDGE