**INFINITI.** MOTOR VEHICLE
NEW YORK
**Signature LEASE®**

## 1. PARTIES

**Lessor:**
Lessor (Dealer): PEPE INFINITI   Phone: ___   Lease Date: 07/18/2016
Street Address: 300 CENTRAL AVE   City, St, Zip: WHITE PLAINS, NY 10606   IPS Dealer #: ___

**Lessee & Co-Lessee:**
Lease Name: MICHAEL PAUL ENTERPRISES, LLC   Co-Lessee: MICHAEL P DALESSIO   Name of Driver (if Different): ___
Street Address: 12 WATER ST SUITE 204   City, St, Zip: WHITE PLAINS NY 10601   County: WESTCHESTER
Mailing Address: N/A   City, St, Zip: N/A   County: N/A
Garaging Address: N/A   City, St, Zip: N/A   County: N/A

"You" and "your" refer equally to the Lessee and Co-Lessee (if any) signing this Lease. "We," "us" and "our" refer to the Dealer, or if this Lease is assigned, to Nissan-Infiniti LT ("NILT") and/or any other assignees. "Vehicle" refers to the Motor Vehicle described below, including attachments, accessories, the battery and accessories, including any charging accessories included with the vehicle. You agree to lease this Vehicle from us under the terms on the front and back of this Lease. You understand that this is a Lease. You do not own this Vehicle, unless and until you exercise your option to purchase this Vehicle.

## 2. DESCRIPTION OF LEASED PROPERTY

☒ New   ☐ Used   ☐ Charging Accessories   Odometer Reading: 25   PRIMARY USE: ☐ Commercial   ☒ Personal, Family or Household
Year: 2016   Make: INFINITI   Model: QX80   Body Style: SUBN
WARNING: Incorrect customer primary use may not apply if this Lease indicates that the Vehicle is being leased primarily for agricultural, business or commercial use.
Color/Key Code: BK   VIN: JN8AZ2NE0G9325813

## 3. FEDERAL CONSUMER LEASING ACT DISCLOSURE BOX

| AMOUNT DUE AT LEASE SIGNING | MONTHLY PAYMENTS | OTHER CHARGES* (Not part of your monthly payment) | | TOTAL OF PAYMENTS |
|---|---|---|---|---|
| Your first monthly payment of $ 975.00 is due at signing, followed by 38 payments of $ 975.00 due on the 17TH of each month, beginning on 08/17/2016. The total of your monthly payments is $ 38025.00 | | a) Disposition fee (if you do not purchase the Vehicle) $ 395.00 | | (The amount you will have paid by the end of the Lease) |
| (from Section 4, Line a) $ 10837.48 | | b) N/A $ N/A | | |
| | | c) N/A $ N/A | | |
| | | d) Total $ 395.00 | | |
| $ 10837.48 | $ 38025.00 | *In addition, you may have to pay excess wear and use and mileage, if any. | | $ 48782.48 |

### ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

| AMOUNT DUE AT LEASE SIGNING OR DELIVERY | | | HOW THE AMOUNT DUE AT LEASE SIGNING OR DELIVERY WILL BE PAID | |
|---|---|---|---|---|
| a) Capitalized Cost Reduction including any net trade-in allowance $ 5091.56 | b) N/A | | | |
| b) First Monthly Payment $ 975.00 | h) AKA FEE $ 700.00 | | i) Net Trade-in Allowance $ ___ | |
| c) Refundable Security Deposit $ N/A | i) INSPECTION FEE $ 10.00 | | ii) Rebates and Non-Cash Credits $ N/A | |
| d) Title Fees $ N/A | j) NY TIRE FEE $ 12.50 | | | |
| e) Registration Fees $ 297.50 | k) DOC FEE $ 75.00 | | iii) Amount To Be Paid In Cash $ 10837.48 | |
| f) Tax on Cap Cost Reduction $ N/A | l) N/A $ N/A | | | |
| g) Sales Tax Paid in Advance $ 3675.92 | m) Total $ 10837.48 | | iv) Total $ 10837.48 | |

### YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW

| a) **Gross Capitalized Cost** The agreed upon value of the Vehicle ($ 73878.48) and any items you pay over the lease term such as taxes, fees, service contracts, insurance and any outstanding prior credit or lease balance. If you want an itemization of this amount, please see Section 8. | $ 78051.48 | e) **Depreciation and Any Amortized Amounts** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term. | $ 29927.62 |
|---|---|---|---|
| b) **Capitalized Cost Reduction** The amount of any net trade-in allowance, rebate, non-cash credit or cash you pay that reduces the gross capitalized cost. | $ 5091.56 | f) **Rent Charge** The amount charged in addition to the depreciation and any amortized amounts | $ 8097.38 |
| c) **Adjusted Capitalized Cost** The amount used for calculating your base monthly payment. | $ 72959.92 | g) **Total of Base Monthly Payments** The depreciation and any amortized amounts plus the rent charge. | $ 38025.00 |
| d) **Residual Value** The value of the Vehicle at the end of the Lease used in calculating your base monthly payment. | $ 43032.30 | h) **The Number of Payments in Your Lease** | 39 |
| | | i) **Base Monthly Payment** | $ 975.00 |
| | | j) **Monthly Sales, Use or Lease Tax** | $ N/A |
| | | k) **Monthly Luxury Tax** | $ N/A |
| | | l) **Total Monthly Payment** | $ 975.00 |

## 5. IMPORTANT TERMS

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be. See Section 14.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 10,000 miles per year at the rate of .25 cents per mile. See Section 22. If this box is checked, this mileage includes 9,750 miles over the term of the Lease purchased in advance.

10 cents per mile, which is included in your monthly payment. There will be no refund for unused miles, including any additional miles purchased by you.

**Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the lease term for $ 43032.30 and a Purchase Option Fee of $300.00. See Section 14.

**Other Important Terms.** This Lease contains additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

## 7. NEW YORK MOTOR VEHICLE LEASE DISCLOSURE BOX

| a) **Capitalized Cost** (The sum of the adjusted capitalized cost and the capitalized cost reduction. The capitalized cost and the amount of rental payment may be negotiable.) | $ 78051.48 |
|---|---|
| b) **Capitalized Cost Reduction** (total downpayment plus net trade-in value) | $ 5091.56 |
| c) **Adjusted Capitalized Cost** (The amount which is capitalized in connection with the Lease and is used in determining the amount of your periodic payment. This amount will be equal to the total of any capitalized cost and any kind of your early termination provisions of this Lease, the "adjusted capitalized cost" is not referred to in the early termination provisions of this Lease, the "adjusted capitalized cost" may be used to compare the early termination provisions of competing leases.) | $ 72959.92 |
| d) **Estimated Residual Value** | $ 43032.30 |

## 10. ESTIMATED FEES AND TAXES

The estimated total amount you will pay for official and license fees, registration, title and taxes, including personal property taxes, over the term of your Lease, whether included with your monthly payments or assessed otherwise is $ 4465.30. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

## 8. ITEMIZATION OF GROSS CAPITALIZED COST

The following items you will pay over the lease term and are in your monthly payment.

| a) Agreed upon value of the Vehicle | $ 73878.48 |
|---|---|
| b) Up-front Sales Tax, if applicable | $ N/A |
| c) Title, License and Registration | $ N/A |
| d) Acquisition Fee | $ N/A |
| e) Service Contract(s) and/or Maintenance Contract(s) (See Section 11) | $ 1638.00 |
| f) Credit Life and/or Disability Insurance (See Section 11) | $ N/A |
| g) Prior Credit or Lease Balance | $ N/A |
| WHEEL LOCKS | $ 99.00 |
| EASY CARE SELECT | $ 699.00 |
| HAND BOND | $ 499.00 |
| TIRE AND WHEEL | $ 369.00 |
| KEY REPLACEMENT | $ 369.00 |
| h) Total Gross Capitalized Cost | $ 78051.48 |

## 11. OPTIONAL INSURANCE, COVERAGES AND MAINTENANCE

These products are not required to enter into this Lease and will not be provided unless you initial below. If insurance, coverages and/or warranties are purchased by you, these are shown in a notice given to you on this date. These products may not be available in some states.

| a) Credit Life Insurance | $ N/A | PREMIUM |
|---|---|---|
| N/A | | INITIAL-CO-LESSEE |
| N/A | $ N/A | INITIAL-LESSEE |
| b) Credit Disability Insurance | $ N/A | PREMIUM |
| N/A | | |
| N/A | $ N/A | |
| c) Mechanical Breakdown Protection | $ N/A | |
| (Covers parts of Vehicle up to sooner of N/A months or N/A miles) | | |
| N/A | $ N/A | |

## 9. VEHICLE WARRANTIES

This Vehicle is covered by any warranty, extended warranty, service contract, or maintenance contract indicated below:

☒ Standard New Vehicle Limited Warranty provided by the manufacturer or distributor of this Vehicle.
☐ Mechanical Breakdown Protection (MBP), a service contract for the repairs of certain major mechanical breakdowns of this Vehicle and related expenses.
☒ Maintenance Contract, a contract for regularly scheduled care and maintenance of this Vehicle.
☐ Used Vehicle Limited Warranty
☐ N/A

EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, WE OFFER NO EXPRESS OR IMPLIED WARRANTIES WITH RESPECT TO THIS VEHICLE. WE MAKE NO IMPLIED WARRANTY OF MERCHANTABILITY OR THE LESSOR UNDERTAKES NO RESPONSIBILITY FOR THE QUALITY OF THE GOODS EXCEPT AS OTHERWISE PROVIDED IN THIS CONTRACT. THE LESSOR ASSUMES NO RESPONSIBILITY THAT THE GOODS WILL BE FIT FOR ANY PARTICULAR PURPOSE FOR WHICH YOU MAY BE LEASING THESE GOODS, EXCEPT AS OTHERWISE PROVIDED IN THE CONTRACT.

| d) Maintenance Contract INFINITI | $ 1638.00 | CHARGE |
|---|---|---|
| e) TIRE AND WHEEL INFINITI | $ 369.00 | CHARGE |
| f) KEY REPLACEMENT INFINITI | $ 369.00 | CHARGE |
| g) EASY CARE SELECT EASY CARE | $ 699.00 | CHARGE |
| Total Premiums/Charges | $ 3575.00 | |

## SIGNATURES

**Signature DIRECT PAY AUTHORIZATION AGREEMENT (Not required. Please complete and sign if you want this option.)**
You agree to let us debit the payments shown in this contract from your account electronically when they are due. The payments will be debited from the Bank or other financial institution listed below. You also agree to let your Bank honor the debit requests. You agree to continue to make your payments until you are notified by us that the debit payment process is engaged. This agreement will be in effect until all the payments have been made. You can stop the debits at any time by giving us and your Bank written notice to cancel that leaves a reasonable period of time for us to act. You acknowledge that we will not send you paper monthly billing statements. You will be able to view your monthly billing statement electronically by logging in and registering at www.infinitifinance.com. If you would like us to provide us with a voided check that has your Bank name, branch address and account number so we can arrange the debits.

BANK/FINANCIAL INSTITUTION   BANK ACCOUNT OWNER OR OTHER SOURCE OF FUNDS   BANK ABA#

**Lessee** PLEASE SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS.

NOTICE: THIS CONTRACT CONTAINS AN ARBITRATION CLAUSE. PLEASE SEE OTHER SIDE.

Notice Regarding Arbitration: By signing below, you acknowledge that this Lease contains an arbitration clause and that you have read it. READ THE ARBITRATION CLAUSE IN SECTION 30 BEFORE SIGNING HERE.

Lessee Signature: _____ Pre-Sign Co-Lessee signature: _____

This Lease and the Special Notice – New York set forth in all of our agreements and can only be changed by written agreement between the Lessee-Co-Lessee (if applicable) and Dealer, NILT, or any other assignee, if this Lease is assigned. There are no other written or verbal agreements. Any provision of this Lease which is invalid, illegal or unenforceable shall be ineffective without affecting in any way the remaining provisions. All leases and guarantees are jointly and severally liable. Notice to the Lessee: (1) Do not sign this Lease before you read it or if it contains any blank spaces to be filled in; (2) You are entitled to a completely filled in copy of this Lease when you sign it; (3) If you default in the performance of your obligations under this Lease, the Vehicle may be repossessed and you may be subject to suit and liability for the unpaid legal balance evidenced by this Lease.

YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES AND RECEIVED A COMPLETED COPY OF THIS LEASE BEFORE SIGNING BELOW.
**MOTOR VEHICLE LEASE AGREEMENT**

MICHAEL PAUL ENTERPRISES, LLC
LESSEE SIGNATURE   BUSINESS NAME   NAME (PLEASE PRINT)
CO-LESSEE SIGNATURE   BY (SIGNATURE)

## Guarantor

For purposes of this section, I/we/my/our/mine refers solely to Guarantor. I/We jointly, severally and unconditionally guarantee the performance of all payment and other obligations of the Lessee, under this Lease. Upon any default by Lessee, Lessor may, at Lessor's option, proceed immediately. There is no other written or verbal agreement without first proceeding against Lessee, any other Guarantor or taking possession of and disposing of the Vehicle. My/Our liability is primary and will be unaffected by any settlement, compromise, extension, renewal or modification of this Lease or by any release or discharge of Lessee or other guarantor. I/We waive all rights to demands and presentments. This guarantee applies to the benefit of Lessor's successors and assigns.

GUARANTOR SIGNATURE   GUARANTOR SIGNATURE   N/A
PRINT NAME   PRINT NAME   PRINT NAME

## Lessor

a) Lessor accepts the terms of this Lease and b) Lessor assigns and transfers to Nissan-Infiniti LT ("NILT") all of Lessor's rights, title and interest in and to this Vehicle and this Lease including all amounts payable thereunder, pursuant to the terms of the applicable written Retail Agreement between Lessor and Infiniti Financial Services ("IFS"), the benefits of which have been assigned by IFS to NILT for purposes of leases assigned to NILT. Any guaranty for this Lease is made notwithstanding the terms of the Retail Agreement.

By signing below, the Lessor accepts the terms and conditions of this Lease.
PEPE INFINITI
LESSOR (PRINT NAME)   LESSOR SIGNATURE   ORIGINAL
NILTA 5001-NY 4/15 Infiniti Financial Services is a division of Nissan Motor Acceptance Corporation.

## ENDING YOUR LEASE

### Vehicle Return

### Scheduled Termination

### Early Termination

### Purchase Option

## VEHICLE INSURANCE, MAINTENANCE, PAYMENTS AND USE

### Insurance

### Late Charge, Returned Check Charge, Fines, and Fees

### Official Fees and Taxes

### Vehicle Maintenance and Use

### Excessive Wear and Use

## ADDITIONAL INFORMATION

### Notices and Communications

### Security Deposit (if collected)

### Security Interest

### Assignment

### Default and Payments

### Damage, Loss or Potential Loss of This Vehicle

### Indemnity

### Notices Regarding Assignments

### ARBITRATION CLAUSE – IMPORTANT – PLEASE REVIEW – AFFECTS YOUR LEGAL RIGHTS