NISSAN-INFINITI LT
PO BOX 254648
SACRAMENTO      CA 95865

007057

# CERTIFICATE OF TITLE

## NEW YORK STATE

www.dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| JN8AZ2NE0G9125813 | 2016 | INFIN | QX8 | SUBN | 916554D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5748 | GAS | 8 | NEW | VEHICLE | 8/01/16 |

Name and Address of Owner(s)

NISSAN-INFINITI LT
PO BOX 254648
SACRAMENTO CA    95865

ODOMETER READING:  00025
ACTUAL MILEAGE     00025

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder ─────────────
* NO LIENS RECORDED *

Lienholder ─────────────
* NO LIENS RECORDED *

Lienholder ─────────────
* NO LIENS RECORDED *

Lienholder ─────────────
* NO LIENS RECORDED *

VOID IF ALTERED

MV-999 (1/15)

**DEPARTMENT OF MOTOR VEHICLES**