## NADA Used Cars/Trucks

NADA User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.



Licensed to J.D. Power

**Period:** August 14, 2018     **Region:** New York
**VIN:** JN8AZ2NE0G9125813     **Ref. Number:**

### 2016 Infiniti QX80 Utility 4D AWD 5.6L V8

**Mileage:** 37,500     **Adjustment:** $0     **Base MSRP:** $66,350
**Weight:** 5,888

### NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low Auction* | $32,325 | $500 | N/A | $32,825 |
| Average Auction* | $38,025 | $500 | N/A | $38,525 |
| High Auction* | $43,750 | $500 | N/A | $44,250 |
| Rough Trade-In | $34,975 | N/A | $2,650 | $37,625 |
| Average Trade-In | $37,400 | N/A | $2,650 | $40,050 |
| Clean Trade-In | $39,425 | N/A | $2,650 | $42,075 |
| Clean Loan | $35,500 | N/A | $2,650 | $38,150 |
| Clean Retail | $43,825 | N/A | $2,975 | $46,800 |

* The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size; drivetrain, and trim.

### Vehicle Information

| | Trade-In / Loan | Retail |
|---|---|---|
| ☑ Technology Pkg. | $2,600 | $2,900 |
| ☐ Towing/Camper Pkg | $350 | $400 |
| ☐ Certified Pre-Owned | N/A | $2,275 |
| ☐ W/out Rear Ent. System | $-675 | $-675 |
| ☐ Fixed Running Boards | $50 | $75 |
| ☑ Luggage Rack | $50 | $75 |
| ☐ W/out Rear Bucket Seats | $-425 | $-425 |
| ☐ W/out Driver Assist Pkg. | $-900 | $-900 |

https://extapps.nada.com/NADAOnline/ucg/     8/14/2018