UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                           Chapter 7

    Michael P. D'alessio,                    Bky. No. 18-22552
    Debtor(s)

| | | |
|---|---|---|
| **STATE OF TEXAS** | ) | |
| | ) ss. | |
| **COUNTY OF DALLAS** | ) | **AFFIDAVIT** |

    I, Norma Estrada, a bankruptcy specialist of Nissan-Infiniti LT as serviced by Nissan Motor Acceptance Corporation, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

    1.    This affidavit is based on the lease payment records of Nissan-Infiniti LT as serviced by Nissan Motor Acceptance Corporation as of August 14, 2018. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the lease payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

    2.    Nissan-Infiniti LT as serviced by Nissan Motor Acceptance Corporation owns the following (the "Vehicle"): 2016 Infiniti QX80, VIN: JN8AZ2NE0G9125813.

    3.    $57,385.45 is the outstanding balance under the lease.

    4.    $2,925.00 is the amount of the existing delinquency under the lease.

    5.    $46,800.00 is the fair market value of the Vehicle.

    6.    No appropriate insurance has been verified.

    Further your affiant sayeth not.

Date: August 15, 2018

Subscribed and sworn to before me on August 15, 2018.

_/s/ Notary_

*Norma Estrada* (signature)
Norma Estrada
Bankruptcy Specialist
Nissan-Infiniti LT as serviced by Nissan
Motor Acceptance Corporation

[Notary Seal: NICKOLAS ANTON CARNEY, Notary ID #12933959, NOTARY PUBLIC, STATE OF TEXAS, My Comm. Exp. Mar 6, 2021]