UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    MICHAEL P. D'ALESSIO,

           Debtor.

Hearing Date: October 1, 2018
Hearing Time: 10:00 AM

**ORDER PURSUANT TO 11 U.S.C. §362 (d)(1) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. §362(a)**

Case No. 18-22552-rdd
Chapter 7

UPON the Motion, dated August 20, 2018 (the "Motion") of Nissan-Infiniti LT as serviced by Nissan Motor Acceptance Corporation (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to §362(d) of Title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above captioned case by §362(a) of the Bankruptcy Code as to the Creditor's interests in one (1) 2016 Infiniti QX80 (V.I.N. JN8AZ2NE0G9125813) (the "Property") to allow for the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing (the "Hearing") on the motion on October 1, 2018; and there being no opposition to the motion; and upon all of the proceedings had before the Court; and due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the motion is granted as provided herein; and it is hereby

ORDERED, that the automatic stay imposed in this case by §362(a) of the Bankruptcy Code is vacated under §362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property

DATED:    White Plains, New York
               October ___, 2018

                                                    _____
                                                    Hon. Robert D. Drain
                                                    United States Bankruptcy Judge
                                                    Southern District of New York