UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

    MICHAEL P. D'ALESSIO,

          Debtor.

Case No. 18-22552-RDD
(Chapter 7)

---

### CERTIFICATE OF SERVICE

    I, GEORGIA C. VISCONTI, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order) on August 21, 2018 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Michael Philip D'Alessio (Debtor)
12 Water Street, Suite 204
White Plains, New York  10601

Michael Paul Enterprises LLC
(Party in Interest)
12 Water Street, Suite 204
White Plains, New York  10601

Marianne T. O'Toole, Esq. (Trustee)
22 Valley Road
Katonah, New York  10536

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York  10014

Sanford Philip Rosen, Esq.
Rosen & Associates, P.C.
Attorney for Debtor
747 Third Avenue
New York, New York  10007-2803

/s/ Georgia C. Visconti
Georgia C. Visconti