David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch (TW 5000)
Email: twearsch@bakerlaw.com
Marc D. Powers (MP 1528)
Email: mpowers@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:    (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2009, I caused true copies of the **NOTICE OF APPEARANCE FOR MARC D. POWERS, ESQ. AS COUNSEL FOR IRVING H. PICARD, ESQ. AS TRUSTEE** to be served upon counsel for those parties who receive electronic service through ECF, and by email and/or Unites States regular mail to those parties as set forth on the attached Schedule A.

095879, 102713926

2

Dated: March 3, 2009　　　　　　　　　　　　Respectfully submitted,
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　s/Marc D. Powers
　　　　　　　　　　　　　　　　　　　　　　　Marc D. Powers
　　　　　　　　　　　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Wearsch
　　　　　　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 589-4200
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 589-4201
　　　　　　　　　　　　　　　　　　　　　　　mpowers@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Esq.,*
　　　　　　　　　　　　　　　　　　　　　　　*Trustee for the SIPA Liquidation of*
　　　　　　　　　　　　　　　　　　　　　　　*Bernard L. Madoff Investment Securities LLC*

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org