UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES INVESTOR PROTECTION    **STIPULATION AND ORDER**
CORPORATION,
               Plaintiff,

       v.    Adv. Pro. No. 08-01789 (BRL)
                                                                      SIPA Liquidation
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
_____

       WHEREAS, the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor") pursuant to the Securities Investment Protection Act ("SIPA") is before this Honorable Court having been transferred from United States District Court, Southern District of New York on December 11, 2008 (08-cv-10791); and

       WHEREAS, DCFS USA LLC successor in interest to DaimlerChrysler Financial Services is the record owner of one (1) 2008 Mercedes GL450 (V.I.N. 4JGBF71E78A326325) (hereinafter "Property"); and

       WHEREAS, on or about February 3, 2009, DCFS USA LLC successor in interest to DaimlerChrysler Financial Services filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1) based upon the surrender of the leased vehicle to DCFS USA LLC successor in interest to DaimlerChrysler Financial Services; and

       WHEREAS, on or about February 19, 2009, the attorneys for Irving H. Picard, Esq., Trustee for the Securities Investor Protection Corporation liquidation of Bernard L. Madoff Investment Securities LLC ("Trustee") filed an objection to DCFS USA LLC's Motion for Relief from Automatic Stay and Request for Sanctions; and

WHEREAS, on or about February 23, 2009, the attorneys for DCFS USA LLC filed a Response to the Trustee's Objection and Request for Sanctions; and

WHEREAS, a hearing was held on February 24, 2009 at 10:00 a.m. before the Honorable Burton R. Lifland in New York, New York and present were counsel for both DCFS USA LLC and the Trustee; and

WHEREAS, the Trustee surrendered the Property on or about December 31, 2008; and

WHEREAS, the Court has ordered the parties to enter into a Stipulation.

NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1.  That the automatic stay instituted upon the transfer of this case from the United States District Court, Southern District of New York on December 11, 2008 (08-cv-10791) and the Order Extending the Stays Against All Creditors entered on January 5, 2009 is terminated in that it shall not apply to any action by creditor, DCFS USA LLC, successor in interest to DaimlerChrysler Financial Services, pursuant to applicable state and federal law, to dispose of

the Property in accordance with applicable law; namely, one (1) 2008 Mercedes GL450 (V.I.N.

4JGBF71E78A326325).

DATED:   Albany, New York
         March 9, 2009          /s/ Martin A. Mooney_____
                                Martin A. Mooney, Esq. (mm 8333)
                                DEILY, MOONEY & GLASTETTER, LLP
                                Attorneys for DCFS USA LLC, successor in
                                interest to DaimlerChrysler Financial Services
                                Office and P.O. Address:
                                8 Thurlow Terrace
                                Albany, NY  12203
                                Tel:  (518) 436-0344


DATED:   March 4, 2009          /s/ Alissa M. Nann_____
                                Alissa M. Nann, Esq.
                                Attorney for Irving H. Picard, as Trustee for the
                                Liquidation of Bernard L. Madoff Investment
                                Securities LLC
                                BAKER & HOSTETLER, LLP
                                45 Rockefeller Plaza
                                New York, NY  10111
                                Tel:  (212) 589-4227



                                **SO ORDERED:**

DATED:   March 12, 2009
         New York, New York

                                /s/Burton R. Lifland\_\_
                                United States Bankruptcy Judge