David J. Sheehan  
Seanna R. Brown  
**BAKER & HOSTETLER, LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
*Attorneys for Irving H. Picard*  
*Trustee for the SIPA Liquidation of*  
*Bernard L. Madoff Investment Securities LLC*

Presentment Date: March 30, 2009  
Time: 12:00 p.m.

Objections Due: March 27, 2009  
Time: 12:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO RETAIN SPECIAL COUNSEL *NUNC PRO TUNC* AS OF MARCH 13, 2009 AND OPPORTUNITY FOR HEARING

**PLEASE TAKE NOTICE** that upon the motion (the "Motion") of Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor") for authority to retain Attias & Levy as special counsel *nunc pro tunc* as of March 13, 2009, the undersigned will present the proposed order (the "Order") submitted herewith to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **March 30, 2009, at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE,** that any objections to the Order must be (a) filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (b) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, by no later than **12:00 noon on March 27, 2009**.

**PLEASE TAKE FURTHER NOTICE,** that unless a written objection to the Order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the chambers of the Honorable Burton R. Lifland by no later than 12:00 noon on March 27, 2009, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE,** that if a written objection is timely filed, a hearing on the motion and Order will be scheduled by the Court. The moving and objecting parties, if any, are required to attend the hearing, and failure to attend in person or by counsel may result in the requested relief being granted or denied upon default.

Dated: New York, New York
       March 16, 2009

By:   /s/David J. Sheehan
      David J. Sheehan
      Seanna R. Brown
      **Baker & Hostetler, LLP**
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      Email: dsheehan@bakerlaw.com
      Email: sbrown@bakerlaw.com

      *Attorneys for Irving H. Picard*
      *Trustee for the SIPA Liquidation of Bernard*
      *L. Madoff Investment Securities LLC*