David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas M. Wearsch
Email: twearsch@bakerlaw.com
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:     (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, I caused true and correct copies of the **Notice of Presentment and Trustee's Motion for Authority to Retain Special Counsel** *Nunc Pro Tunc* **as of March 13, 2009** and the exhibits attached thereto, to be served upon counsel for those parties who receive electronic service through ECF and by email, or regular U.S. Mail to those parties as set forth on the attached Schedule A.

095879, 102730956

Dated: March 16, 2009                          Respectfully submitted,

                                              */s/* David J. Sheehan
                                              David J. Sheehan
                                              Thomas M. Wearsch
                                              **BAKER & HOSTETLER, LLP**
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Tel:    (212) 589-4200
                                              Fax:    (212) 589-4201

                                              *Attorneys for Irving H. Picard, Esq.,*
                                              *Trustee for the SIPA Liquidation of*
                                              *Bernard L. Madoff Investment Securities LLC*

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org