**MILBERG LLP**
Jonathan M. Landers
Brad N. Friedman
Matthew Gluck
Sanford P. Dumain
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

## AMENDED VERIFIED STATEMENT OF
## UNOFFICIAL COMMITTEE OF CERTAIN CLAIM HOLDERS

Jonathan M. Landers verifies as follows:

1.      I am an attorney and a member of the law firm Milberg LLP ("Milberg"). I am

admitted to practice before the courts of the State of New York, as well as, *inter alia*, the United

States District Court for the Southern District of New York.

2.      On February 18, 2009, I filed the Verified Statement of Unofficial Committee of

Certain Claim Holders Pursuant to Bankruptcy Rule 2019(a) [Dkt. No. 109]. This Amended

Verified Statement omits the reference to Rule 2019(a), which is inapplicable to this proceeding,

and makes related changes.

3.     No official committee was elected at the Section 341(a) meeting in accordance with Bankruptcy Code Section 705(a).

4.     The Unofficial Committee of Certain Claim Holders ("Unofficial Claims Committee"), comprised of certain persons holding, owning, and/or beneficially holding or owning various claims against Bernard L. Madoff Investment Securities, LLC ("BMIS"), was organized on or about February 10, 2009.  The Unofficial Claims Committee has taken, and intends in the future to take, positions on matters of concern to customers of BMIS.

5.     Attached as Exhibit A is a list of the members of the Unofficial Claims Committee and information regarding the amount of each member's claim.  Unless specifically set forth in Exhibit A, no member of the Unofficial Claims Committee acquired any portion of his or her claim within one year of the date of the filing of this case, and no member acquired his or her claim after the filing of this case, or in contemplation of the filing of this case.

6.     The Unofficial Claims Committee is preparing by-laws to govern its activities.

7.     In addition to members of the Unofficial Claims Committee, Milberg represents a number of other clients with claims against BMIS.

8.     The undersigned verifies under penalty of perjury that this Amended Verified Statement is true and correct to the best of his knowledge.  The source of this knowledge includes communications with members of the Unofficial Claims Committee and the review of certain documents.  The Unofficial Claims Committee reserves the right to update, revise, supplement, and amend this Amended Verified Statement.

Dated: March 23, 2009
        New York, New York

By:     /s/  Jonathan M. Landers
        Jonathan M. Landers
        jlanders@milberg.com
        Brad N. Friedman
        bfriedman@milberg.com
        Matthew Gluck
        mgluck@milberg.com
        Sanford P. Dumain
        sdumain@milberg.com
        MILBERG LLP
        One Pennsylvania Plaza
        New York, New York 10119
        (212) 594-5300

        SEEGER WEISS LLP
        Christopher A. Seeger
        Stephen A. Weiss
        One William Street
        New York, New York
        (212) 584-0700

        *Counsel for the Unofficial Committee
        of Certain Claim Holders*

**VERIFICATION**

Jonathan M. Landers hereby declares under penalty of perjury as follows:

1.      I am a member of the law firm Milberg LLP, counsel to the Unofficial Committee of Certain Claim Holders in the above-captioned bankruptcy case.

2.      I have read the foregoing AMENDED VERIFIED STATEMENT OF UNOFFICIAL COMMITTEE OF CERTAIN CLAIM HOLDERS and know the contents thereof to be true to my own knowledge.  The source of this knowledge includes communications with members of the Unofficial Committee of Certain Claim Holders and the review of certain documents.

Dated:  March 23, 2009
        New York, New York

                                                /s/  Jonathan M. Landers
                                                    Jonathan M Landers

**EXHIBIT A**

**Members of the Unofficial Committee of Certain Claim Holders**

| Committee Member Name and Address | Amount of Claim | Total Investment Contributions Made Within One Year of Petition, Excluding Dividend/Interest Reinvestments |
|---|---|---|
| The Blumenthal & Associates Florida General Partnership Gerald Blumenthal, Partner 3193 NW 61st Street Boca Raton, FL 33496 | $30,209,413.89 | $4,271,366.60 |
| Gerald Blumenthal 3193 NW 61st Street Boca Raton, FL 33496 | $4,275,955.93 | $0 |
| Marc Cherno 10 West 66th Street Apartment 32C New York, NY 10023 | $1,166,563.96 | $0 |
| Judith Rock Goldman 110 Whispering Sands Drive Siesta Key, FL 34242 | $652,563.27 (based on two accounts) | $0 |
| Horowitz Family Trust Robert Horowitz, Trustee 1743 Westridge Road Los Angeles, CA 90049 | $8,758,039.10 | $0 |

CERTIFICATE OF SERVICE

I, Jonathan M. Landers, hereby certify that on, March 23, 2009, the foregoing

AMENDED VERIFIED STATEMENT OF UNOFFICIAL COMMITTEE OF CERTAIN

CLAIM HOLDERS was electronically filed, and served upon the following by First Class Mail:

> Office of the United States Trustee
> 33 Whitehall Street, Suite 2100
> New York, NY 10004
>
> Securities Investor Protection Corporation
> 805 15th Street, N.W. Suite 800
> Washington, D.C. 20005-2215

_____ /s/ Jonathan M. Landers_____