David J. Sheehan  
Seanna R. Brown  
**BAKER & HOSTETLER, LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  

*Attorneys for Irving H. Picard*  
*Trustee for the SIPA Liquidation of*  
*Bernard L. Madoff Investment Securities LLC*

Presentment Date: **April 7, 2009**  
Time: **12:00 p.m.**

Objections Due: **April 3, 2009**  
Time: **12:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF PRESENTMENT OF PROPOSED**  
**STIPULATION AND ORDER FOR TRANSFER OF**  
**FUNDS BY JPMORGAN CHASE BANK TO TRUSTEE**

**PLEASE TAKE NOTICE** that upon the annexed application of Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, the undersigned will present the attached proposed Stipulation and Order For Transfer of Funds by JP Morgan Chase Bank to Trustee (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **April 7, 2009, at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy

095879, 300000780

Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, so as to be received no later than **12:00 noon on April 3, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

Dated: New York, New York
March 25, 2009

By:  /s/David J. Sheehan
David J. Sheehan
Seanna R. Brown
**Baker & Hostetler, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC*

095879, 300000780                                    2