# EXHIBIT A

EXHIBIT A

| Number | Date | Amount | Payee |
|---|---|---|---|
| 202140 | 12/4/08 | $25,000.00 | Laurie Ekstrom a/c/f Heather Eckstrom & Erika Eckstrom |
| 202083 | 12/2/08 | $25,000.00 | Eric J Metzger Trustee of the Eric J Metzger Living Trust |
| 202136 | 12/4/08 | $187,537.32 | PMER Associates Profit Sharing u/a dtd 12/01/93 fbd Harris A Ross |
| 202162 | 12/5/08 | $30,000.00 | Harold Roitenber Trustee for Samuel Roitenberg |
| 202186 | 12/5/08 | $4,000.00 | Michael E Thau |
| 201919 | 11/25/08 | $100,000.00 | Norman J Blum Living Trust |
| 202085 | 12/2/08 | $325,000.00 | Ribakoff Family Foundation |
| 202234 | 12/9/08 | $100,000.00 | Ruth Kahn |
| 202164 | 12/5/08 | $10,000.00 | Dr. Lynn Lazarus Serper |
| 201950 | 11/26/08 | $395,000.00 | Jal Nominee Partnership |
| 202091 | 12/2/08 | $25,000.00 | Jeanette Hetzger of Jeanette Hetzger Living Trust |
| 202142 | 12/4/08 | $50,000.00 | Herbert Boxill |
| 202165 | 12/5/08 | $10,000.00 | Paul D Kunin Revocable Trust |
| 201980 | 11/28/08 | $400,000.00 | Dorchester House Associates |
| 202095 | 12/3/08 | $1,048.00 | AGL Life Assurance Corp Separate Acct VL55 fbo VL300297 |
| 202143 | 12/4/08 | $100,000.00 | Judi Camus Boxill |
| 202166 | 12/5/08 | $10,000.00 | Beverly Carolyn Kunin |
| 201986 | 11/28/08 | $75,000.00 | Robert Horowitz and Marlene Horowitz as Trustees of Horowitz Family Fund dtd 08/28/03 |
| 202108 | 12/3/08 | $200,000.00 | PGC Limited Partnership |
| 202144 | 12/4/08 | $10,000.00 | Robert Halio & Stephanie Halio j/t WROS |
| 202170 | 12/5/08 | $218,224.00 | Miscork Corp #2 Retirement Plan |
| 202034 | 12/1/08 | $6,000.00 | Stella Friedman |
| 202124 | 12/4/08 | $71,750.00 | Edwin Ginsburg Trustee of Edwin Ginsburg Profit Sharing Plan |
| 202154 | 12/5/08 | $15,000.00 | M Harvey Rubin Trust of 11/11/92 |
| 202183 | 12/5/08 | $50,000.00 | Contance Stein and Richard Stein j/t WROS |
| 202035 | 12/1/08 | $3,700.00 | Lanny Kotelchuck and Katherine Kotelchuck j/t TEN |
| 202125 | 12/4/08 | $30,000.00 | Robert M Peskin and Diane Peskin j/t WROS |
| 202158 | 12/5/08 | $15,000.00 | Matthew J Barnes Jr. |
| 202185 | 12/5/08 | $4,000.00 | Amy Thau Friedman |

172615