David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:    (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2009, I caused true and correct copies of the **Notice of Presentment and Proposed Stipulation and Order For Transfer of Funds by JPMorgan Chase Bank to Trustee** and the exhibit attached thereto, to be served upon counsel for those parties who receive electronic service through ECF and by email, or regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated:  March 25, 2009

Respectfully submitted,

/s/ David J. Sheehan
David J. Sheehan
Seanna R. Brown
**BAKER & HOSTETLER, LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel:   (212) 589-4200
Fax:   (212) 589-4201
Email:  dsheehan@bakerlaw.com
Email:  sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

# SCHEDULE A

Andrew R. Kosloff, Esq.
JPMorgan Chase
Legal Department
Litigation Division, 26th Floor
1 Chase Manhattan Plaza
New York, NY 10005

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org