## EXHIBIT D

## Cure Amounts

| Counterparty | Contract Description | Cure Amount ($) |
|---|---|---|
| Cameron Systems Inc. | End User Software License dated November 26, 2007 | 0 |
| Service Source International | Hardware and Software Invoice dated October 5, 2007 | 0 |
| Talarian Corporation | End-User Terms and Conditions dated December 31, 2001 | 0 |
| TIBCO Software Inc. | Maintenance & Updates Agreement dated November 27, 2002 | 0 |
| TIBCO Software Inc. | Maintenance & Updates Agreement dated January 27, 2003 | 0 |