David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Marc Hirschfield (MH 1537)
Email: mhirschfield@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2009, I served true and correct copies of the:

- **Order Shortening Notice On Motion For Orders Pursuant To Section 78fff(A) of The Securities Investor Protection Act and Sections 105(A), 363 and 365 of The Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006: (A) Fixing The Time, Date and Place for The Bidding Procedures Hearing; (B)(i) Establishing Bidding Procedures and Bid Protections in Connection With The Sale of Certain Assets, (ii) Establishing Procedures in Respect of The Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving The Form and Manner of Notices, (iv) Approving The Asset Purchase Agreement Subject to Higher and Better Offers, and (v) Setting a Sale Hearing Date; (C)(i) Approving The Sale of Certain Assets of The Debtor Free and Clear of Liens, Claims and**

> Encumbrances, (ii) Authorizing The Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (D) Granting Related Relief;

- **Affidavit of Marc Hirschfield Pursuant to Local Bankruptcy Rule 9077-1 In Support of Order Shortening Notice; and**

- **Motion and the Exhibits attached thereto**

upon the interested parties who receive electronic service through ECF, by emailing true and correct copies via electronic transmission to the email addresses designated for delivery on the entities identified below and/or by placing true and correct copies thereof in sealed packages designated by Federal Express and/or Express Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
       March 31, 2009

                                                                                      s/Nikki M. Landrio
                                                                                      Nikki M. Landrio

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via Email**

Kevin Bell – kbell@sipc.org

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Marc Litt – marc.litt@usdoj.gov


**Purchaser**

Jolie M. Siegel, Esq. – jsiegel@choate.com

William S. McMahon, Esq. – wmcmahon@choate.com

**Taxing Authorities**

Attorney General
Department Of Law
120 Broadway
New York, New York 10271-0332

Internal Revenue Service

095879, 300003225                                      - 3 -

10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201

Internal Revenue Service
Holtsville, New York 00501

NYC Dept. Of Finance
Attn: Bankruptcy & Assignment Unit
345 Adams Street, 10th Floor South
Brooklyn, New York 11201

NYC Dept of Finance
Attn: Legal Affairs – Devora Cohn
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC Dept. Of Finance
Office Of The Commissioner Of Finance
One Centre Street, Room 500
New York, New York 10007

NYS Dept. Of Taxation & Finance
W.A. Harriman Campus
Building 9
Albany, New York 12227-0125

US Attorney - SDNY
One St. Andrew's Plaza
Claims Unit – Room 417
New York, New York 10007

NYS Dept of Taxation & Finance
Bankruptcy Special Procedures Section
PO Box 5300
Albany, New York  12205-0300

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

U.S. Attorney
225 Cadman Plaza East, 5th Floor
Brooklyn, New York 11201