David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 7, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-01789**

1.    Motion for Order to Allow (A) Fixing the Time, Date and Place for the Bidding Procedures Hearing; (B)(i) Establishing Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (ii) Establishing Procedures in Respect of the Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving the Form and Manner of Notices, (iv) Approving the Asset Purchase Agreement Subject to Higher and Better Offers [Filed: March 30, 2009 ] (Docket No. 137)

     Related Documents:

        A.    Order signed on March 30, 2009 Shortening Notice on Motion for Order (A) Fixing the Time, Date and Place for the Bidding Procedures Hearing; (B)(i)

    Establishing Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (ii) Establishing Procedures in Respect of the Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving the Form and Manner of Notices, (iv) Approving the Asset Purchase Agreement Subject to Higher and Better Offers, (v) Setting a Sale Hearing Date; (C)(i) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances, (ii) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (iii) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts; and (D) Granting Related Relief Hearing to be held on April 7, 2009 [Filed: March 30, 2009] (Docket No. 138)

B.     Exhibits to Motion [Filed: March 30, 2009] (Docket No. 139)

C.     Affidavit of Marc Hirschfield Pursuant to Local Bankruptcy Rule 9077-1 In Support of Order Shortening Notice [Filed: March 30, 2009] (Docket No. 140)

<u>Objection Deadline</u>:    April 3, 2009

<u>Objections Received</u>:    None

<u>Status</u>:    This matter is going forward.

Dated: April 3, 2009
       New York, New York

Respectfully submitted,

s/Marc Hirschfield
David J. Sheehan
Marc Hirschfield
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*