LAW OFFICES OF DAVID C. MCGRAIL
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

-and-

CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA  02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Douglas R. Gooding, Esq.
William S. McMahon, Esq.

*Attorneys for Castor Pollux Securities, LLC*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,    ) ) ) | |
|        Plaintiff,    ) ) | Adv. Proc. No. 08-01789 (BRL) SIPA Liquidation |
|        v.    ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,    ) ) ) | |
|        Defendant.    ) ) | |


**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Douglas R. Gooding, a member in good standing of the bar of the State of Massachusetts,

request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Castor

Pollux Securities, LLC, a party-in-interest in the above-captioned proceeding.   My mailing

address is: Choate Hall & Stewart, Two International Place, Boston, Massachusetts, 02110.  My

2

e-mail address is dgooding@choate.com.  My telephone number is (617) 248-5000.  The filing

fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated:  April 6, 2009
       Boston, Massachusetts

                                             s/ Douglas R. Gooding
                                             Douglas R. Gooding