LAW OFFICES OF DAVID C. MCGRAIL
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

-and-

CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA  02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Douglas R. Gooding, Esq.
William S. McMahon, Esq.

*Attorneys for Castor Pollux Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | )<br>)<br>) |
| Plaintiff, | )  Adv. Proc. No. 08-01789 (BRL)<br>)  SIPA Liquidation |
| v. | ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES     LLC, | )<br>)<br>) |
| Defendant. | ) |

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Douglas R. Gooding, a member in good standing of the bar of Massachusetts, having requested

admission, *pro hac vice*, to represent Castor Pollux Securities, LLC, a party-in-interest in the

above-captioned proceeding,

IT IS THEREFORE ORDERED:

that Douglas R. Gooding, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  April __, 2009
       New York, New York

                                                  UNITED STATES BANKRUPTCY JUDGE