UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>)<br>Defendant. ) | Adv. Proc. No. 08-01789 (BRL)<br>SIPA Liquidation |

### ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Douglas R. Gooding, a member in good standing of the bar of Massachusetts, having requested admission, *pro hac vice*, to represent Castor Pollux Securities, LLC, a party-in-interest in the above-captioned proceeding,

IT IS THEREFORE ORDERED:

that Douglas R. Gooding, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: April 6, 2009
       New York, New York

                                        /s/Burton R. Lifland_____
                                        UNITED STATES BANKRUPTCY JUDGE