UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO RETAIN SPECIAL COUNSEL *NUNC PRO TUNC* AS OF MARCH 13, 2009**

The cause having come before the Court upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("Debtor" or "BLMIS"), for authority to retain special counsel *nunc pro tunc* as of March 13, 2009, due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Attias & Levy as special counsel, and the Court being fully advised in the premises,

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　The Motion is GRANTED.

　　　　2.　　Notice of the Motion to those persons and entities who have requested notice of all matters in this case shall be sufficient.

　　　　3.　　　　The Court finds that Attias & Levy is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

2

      4.      The Trustee is authorized to retain Attias & Levy as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of March 13, 2009.

Dated: April 7, 2009
       New York, NY

                                    /s/Burton R. Lifland
                                    HON. BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

2