UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

### ORDER SHORTENING NOTICE ON MOTION FOR AN ORDER APPROVING THE SALE PROCEDURES AND AUTHORIZING THE SALE OF THE DEBTOR'S NEW YORK METS TICKETS FREE AND CLEAR OF LIENS, CLAIMS AND <u>ENCUMBRANCES</u>

Upon consideration of the Affidavit of Marc Hirschfield seeking entry of an Order shortening the notice period to consider the motion of Irving H. Picard, Esq., as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor") for the entry of an order authorizing the sale of the Debtor's New York Mets season tickets (the "Motion"), it is hereby:

ORDERED that a hearing will be held on April 14, 2009 at 10:00 a.m. (Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10022 before the Honorable Burton R. Lifland, United States Bankruptcy Judge, to consider the entry of the Sale Order (as described in the Motion); and it is further

ORDERED that the Trustee is immediately authorized to sell individual game tickets for games that will be played in April of 2009 through an online ticket broker or online auction; and it is further

ORDERED that objections, if any to the relief requested with respect to the Sale Order shall be (a) filed with the Bankruptcy Court and (b) served upon (i) counsel for the Trustee, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111 (Att: Marc Hirschfield, Esq. and Amy Vanderwal, Esq.) and (ii) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005 (Att: Kevin H. Bell, Esq.), no later than April 10, 2009 at 4:00 p.m., with a courtesy hard copy delivered to Judge Lifland's Chambers; and it is further

ORDERED that the Trustee shall serve a copy of this Order, the Hirschfield Affidavit and the Motion on the following by fax, e-mail or hand delivery, on April 7, 2009, which shall constitute good and sufficient notice of the Motion and no further notice with respect to the relief requested in the Motion shall be required: (i) the New York Mets; (ii) the Securities Investor Protection Corporation, (iii) the Securities and Exchange Commission; (iv) and the United States Attorney for the Southern District of New York.  All appropriate federal, state and local taxing authorities shall be served by overnight mail.  The Trustee shall also serve each person or entity that has filed a notice of appearance in this case by means of the ECF filing made with respect to each such document and will post this Order, the Hirschfield Affidavit and the Motion on the Trustee's website, www.madofftrustee.com.


Dated: New York, New York
       April 7, 2009

                                            /s/Burton R. Lifland
                                            UNITED STATES BANKRUPTCY JUDGE