David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 7 2009, I served true and correct copies of the **Notice of Sale and Solicitation of Bids to Purchase Certain Assets of Bernard L. Madoff Investment Securities LLC** upon the interested parties who receive electronic service through ECF, by emailing true and correct copies via electronic transmission to the email addresses designated for delivery on the entities identified below and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached

095879, 300004099

Schedule A.

Dated: New York, New York
April 7, 2009

_____s/Nikki M. Landrio_____
Nikki M. Landrio

## SCHEDULE A

### Via Email Transmission[1]

Aleo
Allston Trading, LLC
Apollo
Barclays
Barnegat Fund
Mart McDade
Bernstein (Sanford C.)
Blackstone Group
Broadpoint
BTIG
Cannacord Capital
Capital Fund Management
Capital IQ (McGraw Hill)
Castor Pollux Securities
Chestnut Ridge Capital
Citadel
CIVC
Credit Suisse
D.E. Shaw
Deutsche Bank
E*Trade Financial
Equifin Capital Partners
Fox-Pitt Kelton
Frank & Co. LLC
General Atlantic/Getco
Goldman Sachs
GSO
GTCR
Guzman & Company
Hellman & Friedman, LLC
Imperial Capital
Interactive Brokers
Jane Street Holdings, LLC
J.C. Flowers
J.J.B. Hilliard Lyons
J.P. Morgan
Janney Montgomery Scott
Jefferies
JG Fund

---

[1] The email addresses of those parties receiving service via email have not been disclosed in order to preserve their privacy.

KBW
Knight Capital
Kohlberg Kravis Roberts & Co.
Level ATS
Lightyear Capityal
Lime Brokerage, LLC
LiquidNet
Macquarie FIG Private Equity
Marathon Asset Management
Merrill Lynch
Moelis & Co.
Morgan Stanley
OptionsXpress
Pali Capital
Penson Worldwide, Inc.
RBC Capital Markets
RBS
RGMAdvisors
Robert W. Baird & Co.
Ronin Capital
S.A.C. Capital Advisors
Schonfeld Group
Silver Lake
Societe Generale
Sterne Agee
Stifel
Stonepoint
Summit Partners
Susquehanna Group
SWS Group, Inc.
TA Associates
Technology Crossover Ventures
Thomas Weisel
TIAA-CREF
Vernon & Park Capial
Warren Spector
Wedbush
Weeden & Co.
Wilbur Ross
William Blair


**<u>Via Regular Mail</u>**

Albert Fried
60 Broad Street

39th Floor
New York, NY 10004

Amherst Securities Group LP
1650 Tysons Boulevard, Suite 650
McLean, VA 22101

Bank of NY Mellon
One Wall Street
New York, NY 10286

BlackRock
40 East 52nd Street
New York, NY 10022

Blue Capital Group
440 S. LaSalle St., Suite 1850
Chicago, IL 60605

Casgrain & Co.
500 boulevard Rene-Levesque Ouest -1625
Montreal, Quebec Canada H2Z 1W7

Corsair Capital Partners
717 Fifth Avenue, 24th Floor
New York, NY 10022

Cowen
1221 Avenue of the Americas
New York, NY 10020

Fidelity
82 Devonshire Street
Boston, MA 02109

First Empires Securities
100 Motor Parkway, 2nd Floor
Hauppauge, NY 11788-5157

Instinet, LLC
3 Times Square
New York, NY 10036

Knox Lawrence
445 Park Avenue, Floor 20
New York, NY 10022-2606

LaBranche
33 Whitehall Street
New York, NY 10004

Legent Clearing
9300 Underwood Avenue, #400
Omaha, NE 68114-2400

LLR Partners
2929 Arch Street, Suite 2700
Philadelphia, PA 19104-2868

Maxim Group
405 Lexington Avenue
New York, NY 10174

MF Global
717 Fifth Avenue, 9th Floor
New York, NY 10022-8101

Morgan Keegan
50 North Front Street
Memphis, TN 38103

Nile Capital
275 Grove Street, Suite 2-400
Newton, MA 02466

Nomura
2 World Financial Center
Building B
New York, NY 10281-1198

NYFIX
100 Wall Street, 26th Floor
New York, NY 10005

Oppenheimer
125 Broad Street, 16th Floor
New York, NY 10004

Perry Capital
767 5th Avenue, 19th Floor
New York, NY 10153

Piper
800 Nicollet Mall
Minneapolis, MN 55402

Raymond James
880 Carillon Parkway
St. Petersburg, FL 33716

Seaport Group
360 Madison Avenue 22nd Floor
New York, NY 10017

Spencer Clarke
545 Fifth Avenue, 6th Floor
New York, NY 10017

Two Sigma Investment
379 West Broadway, 5th Floor
New York, NY 10012

US Bank
800 Nicollet Mall
Minneapolis, MN 55402