David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

# CERTIFICATE OF SERVICE

I hereby certify that on April 7 2009, I served true and correct copies of the:

- **Order (A) Establishing Bidding Procedures in Connection With The Sale of Certain Assets; (B) Establishing Procedures in Respect of The Assumption and Assignment of Unexpired Leases and Executory Contracts; (C) Approving The Form and Manner of Notices; (D) Approving The Asset Purchase Agreement Subject to Higher and Better Offers; and (E) Scheduling a Sale Hearing Date;**

- **Notice of Cure Amounts for Service Source International;**

- **Notice of Cure Amounts for Cameron Systems Inc.;**

- **Notice of Cure Amounts for Talarian Corporation; and**

- **Notice of Cure Amounts for TIBCO Software Inc.**

095879, 300004095

upon the interested parties who receive electronic service through ECF, by emailing true and correct copies via electronic transmission to the email addresses designated for delivery on the entities identified below and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

I hereby certify that on April 7 2009, I served true and correct copies of the **Motion For Orders Pursuant To Section 78fff(A) of The Securities Investor Protection Act and Sections 105(A), 363 and 365 of The Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006: (A) Fixing The Time, Date and Place for The Bidding Procedures Hearing; (B)(i) Establishing Bidding Procedures and Bid Protections in Connection With The Sale of Certain Assets, (ii) Establishing Procedures in Respect of The Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving The Form and Manner of Notices, (iv) Approving The Asset Purchase Agreement Subject to Higher and Better Offers, and (v) Setting a Sale Hearing Date; (C)(i) Approving The Sale of Certain Assets of The Debtor Free and Clear of Liens, Claims and Encumbrances, (ii) Authorizing The Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (D) Granting Related Relief** with Exhibits attached thereto by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail upon the interested parties listed below.

Cameron Systems Inc.
420 Lexington Ave.,
Suite 2007, NY, NY 10170

Service Source International
735 Battery
San Francisco, CA 94111

Talarian Corporation
3301 Hillview Ave,

Palo Alto, CA 94304-1213

TIBCO Software Inc.
3301 Hillview Ave,
Palo Alto, CA 94304-1213

Dated:  New York, New York
           April 7, 2009

                                                s/Nikki M. Landrio
                                               Nikki M. Landrio

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov


**Non-Debtor Contracting Parties**

Cameron Systems Inc.
420 Lexington Ave.,
Suite 2007, NY, NY 10170

Service Source International
735 Battery
San Francisco, CA 94111

Talarian Corporation
3301 Hillview Ave,
Palo Alto, CA 94304-1213

TIBCO Software Inc.
3301 Hillview Ave,
Palo Alto, CA 94304-1213

**Taxing Authorities**

Attorney General
Department Of Law
120 Broadway
New York, New York 10271-0332

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201

Internal Revenue Service
Holtsville, New York 00501

NYC Dept. Of Finance
Attn: Bankruptcy & Assignment Unit
345 Adams Street, 10th Floor South
Brooklyn, New York 11201

NYC Dept of Finance
Attn: Legal Affairs – Devora Cohn
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC Dept. Of Finance
Office Of The Commissioner Of Finance
One Centre Street, Room 500
New York, New York 10007

NYS Dept. Of Taxation & Finance
W.A. Harriman Campus
Building 9
Albany, New York 12227-0125

US Attorney - SDNY

One St. Andrew's Plaza
Claims Unit – Room 417
New York, New York 10007

NYS Dept of Taxation & Finance
Bankruptcy Special Procedures Section
PO Box 5300
Albany, New York  12205-0300

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

U.S. Attorney
225 Cadman Plaza East, 5th Floor
Brooklyn, New York 11201

**Lein Holders**

No lien holders


**Notices of Appearance**

Service via Electronic Notification through ECF Filing