UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF CURE AMOUNTS

1. Please be advised that pursuant to the Order (A) Establishing Bidding Procedures in Connection with the Sale of Certain Assets; (B) Establishing Procedures in Respect of the Assumption and Assignments of Unexpired Leases and Executory Contracts; (C) Approving the Form and Manner of Notices; (D) Approving the Asset Purchase Agreement Subject to Higher and Better Offers; and (E) Scheduling a Sale Hearing Date, entered by the Bankruptcy Court on April 7, 2009, Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor") hereby provides notice that the Trustee intends to assume and assign the End-User Terms and Conditions dated December 31, 2001 between the Debtor and **Talarian Corporation**.

2. The Trustee has determined that the cure amount associated with the contract is **$0**.

3. Any objection to this determination must be (a) filed with the Court and (b) served upon (i) counsel for the Trustee, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111 (Att: David J. Sheehan, Esq., Douglas E. Spelfogel, Esq., Marc Hirschfield, Esq. and Richard J. Bernard, Esq.), and (ii) the Securities Investor Protection

300004109

Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005 (Att: Kevin H. Bell, Esq.), no later than **April 22, 2009 at 12:00 p.m. EDT**.

4. Any non-debtor party to a contract being assigned and assumed has the right to seek adequate assurance of performance from the purchaser of such contract by filing, prior to, **April 22, 2009 at 12:00 p.m. EDT**, such request with the Court and serving (i) the attorneys for the Trustee, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111 (Attn: David J. Sheehan, Esq., Douglas E. Spelfogel, Esq., Marc Hirschfield, Esq. and Richard J. Bernard, Esq.), and (ii) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005 (Attn: Kevin H. Bell, Esq.), and (iii) the attorneys for the Purchaser, Choate Hall & Stewart LLP, Two International Place, Boston, Massachusetts 02110 (Attn: Jolie M. Siegel, Esq. and William S. McMahon, Esq.), indicating what adequate assurance it requires from the purchaser.

Date:   New York, New York
        April 7, 2009

Respectfully submitted,

/s/ Marc Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Marc Hirschfield (MH 1537)
Email: mhirschfield@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.*
*Trustee for the SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC*