David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
Amy Vanderwal
Email: avanderwal@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 7, 2009, I served true and correct copies of the:

- **Order Shortening Notice On Motion For an Order Approving The Sale Procedures and Authorizing The Sale of The Debtor's New York Mets Tickets Free and Clear of Liens, Claims and Encumbrances;**

- **Affidavit of Marc Hirschfield Pursuant to Local Bankruptcy Rule 9077-1 In Support of Order Shortening Notice; and**

- **Motion For an Order Pursuant To Section 78fff(a) of The Securities Investor Protection Act and Sections 105(a) and 363 of The Bankruptcy Code and Bankruptcy Rules 2002 and 6004 Authorizing The Sale of The Debtor's New York Mets Tickets, Free and Clear of Liens, Claims and Encumbrances (and the Exhibit attached thereto)**

095879, 300004115

upon the interested parties who receive electronic service through ECF, by emailing true and correct copies via electronic transmission to the email addresses designated for delivery on the entities identified below and/or by placing true and correct copies thereof in sealed packages designated by Federal Express and/or Express Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
       April 8, 2009

                              _____s/Nikki M. Landrio_____
                              Nikki M. Landrio

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via Email**

Kevin Bell – kbell@sipc.org

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Marc Litt – marc.litt@usdoj.gov

New York Mets[1]-

**Taxing Authorities**

Attorney General
Department Of Law
120 Broadway
New York, New York 10271-0332

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201

---

[1] The email address of the New York Mets has not been disclosed in order to preserve their privacy.

Internal Revenue Service
Holtsville, New York 00501

NYC Dept. Of Finance
Attn: Bankruptcy & Assignment Unit
345 Adams Street, 10th Floor South
Brooklyn, New York 11201

NYC Dept of Finance
Attn: Legal Affairs – Devora Cohn
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC Dept. Of Finance
Office Of The Commissioner Of Finance
One Centre Street, Room 500
New York, New York 10007

NYS Dept. Of Taxation & Finance
W.A. Harriman Campus
Building 9
Albany, New York 12227-0125

US Attorney - SDNY
One St. Andrew's Plaza
Claims Unit – Room 417
New York, New York 10007

NYS Dept of Taxation & Finance
Bankruptcy Special Procedures Section
PO Box 5300
Albany, New York  12205-0300

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

U.S. Attorney
225 Cadman Plaza East, 5th Floor
Brooklyn, New York 11201