David J. Sheehan
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel
Email: dspelfogel@bakerlaw.com
Richard J. Bernard
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York 10111
Tel:   (212) 589-4200
Fax:   (212) 589-4201

*Attorneys for Irving H. Picard
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

Presentment Date: April 21, 2009
Time: 12:00 p.m.

Objections Due: April 17, 2009
Time: 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION FOR AN
ORDER APPROVING THE RETENTION OF SPECIAL COUNSEL
*NUNC PRO TUNC* AS OF JANUARY 15, 2009**

**PLEASE TAKE NOTICE** that upon the motion of Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain special counsel *nunc pro tunc* as of January 15, 2009, the undersigned will present the proposed order (the "Order") submitted herewith to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **April 21, 2009, at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy

095879, 300004118

Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, so as to be received no later than **4:00 p.m. on April 17, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

Dated: New York, New York
April 8, 2009

By:   /s/David J. Sheehan
David J. Sheehan
Seanna R. Brown
**Baker & Hostetler, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC*

095879, 300004118                                      2