David J. Sheehan
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel
Email: dspelfogel@bakerlaw.com
Richard J. Bernard
Email:  rbernard@bakerlaw.com
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:     (212) 589-4200
Fax:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 8, 2009, I served true and correct copies of the **Notice of Presentment and Trustee's Motion for an Order Approving the Retention of Special Counsel *Nunc Pro Tunc* as of January 15, 2009** and the exhibits attached thereto, to be served upon counsel for those parties who receive electronic service through ECF, by emailing true and correct copies via electronic transmission to the email addresses designated for delivery on the

095879, 300004142

entities identified below and/or by regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
   April 8, 2009

                           s/Nikki M. Landrio
                          NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org

Lisa Baroni – lisa.baroni@usdoj.gov