UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                Chapter 11

YOSI SAMRA, INC.,                                     Case No. 17-12493 (SCC)

          Debtor.

---------------------------------------------------------x

**ORDER GRANTING MOTION TO REJECT
REAL PROPERTY LEASE EFFECTIVE APRIL 30, 2018**

      Upon the motion (the "Motion") of Yosi Samra, Inc. (the "Debtor"), for the entry of an order authorizing the Debtor to reject an unexpired lease pursuant to 11 U.S.C. §§ 365(a), Fed. R. Bankr. P. 6006, and Rule 6006-1(a) of the Local Rules for the United States Bankruptcy Court for the Southern District of New York; and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 to consider the Motion and the relief requested therein; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that notice of this Motion and the opportunity for a hearing was appropriate and no further or other notice need be given; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

    1.    The Motion is granted.

    2.    The Lease (as defined in the Motion) is rejected as of April 30, 2018, pursuant to 11 U.S.C. § 365(a).

    3.    The Debtor shall serve this Order by regular mail upon the counterparty to the Lease.

4. Any person or entity that holds a claim that arises from the rejection of the Lease must file a proof of claim based on such rejection within thirty (30) days of service of this Order.

5. The Debtor is authorized and empowered to take all actions it deems necessary to implement the terms of this Order.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order

Dated: New York, New York
      May 23, 2018

                                              /S/ Shelley C. Chapman
                                              United States Bankruptcy Judge