David J. Sheehan
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel
Email: dspelfogel@bakerlaw.com
Richard J. Bernard
Email:  rbernard@bakerlaw.com
BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:     (212) 589-4200
Fax:     (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2009, I served true and correct copies of the **Notice of Presentment and Trustee's Motion for an Order Approving the Retention of Higgs Johnson Truman Bodden & Co as Special Counsel** *Nunc Pro Tunc* **as of March 25, 2009** and the exhibits attached thereto, to be served upon counsel for those parties who receive electronic service through ECF and by email, or regular U.S. Mail to those parties as set forth on

095879, 300004173

the attached Schedule A.

Dated: New York, New York
     April 8, 2009                                                     s/Nikki M. Landrio
                                                                        NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Kevin Bell – kbell@sipc.org

Lisa Baroni – lisa.baroni@usdoj.gov

Marc Litt – marc.litt@usdoj.gov