David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc Hirschfield
Email: mhirschfield@bakerlaw.com
Amy Vanderwal
Email:  avanderwal@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON APRIL 14, 2009 AT 10:00 A.M.

### UNCONTESTED MATTERS

**SIPC v. BLMIS; Adv. Pro. No. 08-01789**

1.     Motion for Order Pursuant to Section 78fff(a) of The Securities Investor Protection Act and Sections 105(a) and 363 of The Bankruptcy Code and Bankruptcy Rules 2002 and 6004 Authorizing The Sale of The Debtor's New York Mets Tickets, Free and Clear of Liens, Claims and Encumbrances [Filed: April 7, 2009 ] (Docket No. 149)

Related Documents:

A.     Order signed on April 7, 2009 Shortening Notice on Motion for Order Approving The Sale Procedures and Authorizing The Sale of The Debtor's New York Mets

    Tickets, Free and Clear of Liens, Claims and Encumbrances [Filed: April 7, 2009] (Docket No. 151)

B.    Affidavit of Marc Hirschfield Pursuant to Local Bankruptcy Rule 9077-1 In Support of Order Shortening Notice [Filed: April 7, 2009] (Docket No. 150)

<u>Objection Deadline</u>:     April 10, 2009

<u>Objections Received</u>:     None

<u>Status</u>:     This matter is going forward.

Dated: April 10, 2009                       Respectfully submitted,
       New York, New York

                                              s/Marc Hirschfield
                                              David J. Sheehan
                                              Marc Hirschfield
                                              Amy Vanderwal
                                              BAKER & HOSTETLER LLP
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone:   (212) 589-4200
                                              Facsimile:    (212) 589-4201

                                              *Attorneys for Irving H. Picard, Esq.,*
                                              *Trustee for the SIPA Liquidation of*
                                              *Bernard L. Madoff Investment Securities LLC*