**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                    :    Chapter 11
                                                          :
HOOPER HOLMES, INC.                                       :    Case No. 18-23302 (RDD)
D/B/A PROVANT HEALTH, *et al.*,                           :
                                                          :    (Jointly Administered)
            Debtors.[1]                                   :
                                                          :    **Ref. Docket No. 138**
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 24, 2018, I caused to be served the "Affidavit of Publication," dated September 24, 2018 [Docket No. 138], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed in the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511). The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
27th day of September, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BASS, BERRY & SIMS PLC | ATTN: J. ALLEN OVERBY, ESQ. AND TATJANA PATERNO, ESQ. (COUNSEL TO STALKING HORSE BIDDER) 150 THIRD AVENUE SOUTH, SUITE 2800 NASHVILLE TN 37201 |
| BASS, BERRY & SIMS PLC | COUNSEL TO SUMMIT HEALTH, INC ATTN: PAUL G. JENNINGS 150 THIRD AVENUE SOUTH, SUITE 2800 NASHVILLE TN 37201 |
| BROWN RUDNICK LLP | COUNSEL TO UNSECURED CREDITORS' COMMITTEE ATTN: EDWARD S. WEISFELNER, ESQ. BENNET S. SILVERBERG, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | COUNSEL TO UNSECURED CREDITORS' COMMITTEE ATTN: SUNNI P. BEVILLE, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 |
| BUCHALTER, P.C. | COUNSEL TO: MOORE MEDICAL ATTN: JEFFREY K. GARFINKLE 18400 VON KARMAN AVE., SUITE 800 IRVINE CA 92612 |
| CANTOR FITZGERALD | ATTN: DAVID A. PAUL (COUNSEL TO CANTOR FITZGERALD & CO.O 110 EAST 59TH ST., 7TH FL NEW YORK NY 10022 |
| CNH FINANCE FUND I LP | ATTN: TERRY DOUGHTERY 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830 |
| DUANE MORRIS LLP | ATTN: MICHAEL R. LASTOWSKI (COUNSEL TO CNH FINANCE FUND I, L.P.) 1540 BROADWAY NEW YORK NY 10036-4086 |
| DUANE MORRIS LLP | ATTN: CHRISTOPHER M. WINTER (COUNSEL TO CNH FINANCE FUND I, L.P.) 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | CHRISTOPHER M. WINTER; MICHAEL LATOWSKI (COUNSEL TO CNH, DIP LENDER) 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 |
| FINRA | 1735 K STREET, NW WASHINGTON DC 20006 |
| FOLEY & LARDNER LLP | COUNSEL TO THE DEBTORS ATTN: JOHN P. MELKO 1000 LOUISIANA, SUITE 2000 HOUSTON TX 77002 |
| HOLLAND & KNIGHT | BRENT MCILWAIN & RYAN MAGEE (COUNSEL TO SWK, DIP LENDER) 200 CRESCENT COURT, SUITE 1600 DALLAS TX 75201 |
| HOLLAND & KNIGHT LLP | ATTN: ARTHUR E. ROSENBERG, ESQ (COUNSEL TO SWK FUNDING LLC) 31 WEST 52ND STREET NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | COUNSEL TO LABCORP ATTN: JOHN MUELLER, ESQ. 50 FOUNTAIN PLAZA, SUITE 1700 BUFFALO NY 14202 |
| LIPPES MATHIAS WEXLER FRIEDMAN, LLP | ATTN: ROBERT E. GANZ (COUNSEL TO LABORATORY CORPORATION OF AMERICA HOLDINGS) OFFICE AND POST OFFICE ADDRESS ONE COLUMBIA CIRCLE ALBANY NY 12203 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER P.O. BOX 475 JEFFERSON CITY MO 65105-0475 |
| OFFICE OF THE ATTORNEY GENERAL FOR THE | COMMONWEALTH OF PA ATTN: CHRISTOPHER R. MOMJIAN, SR. DEPUTY AG OFFICE OF ATTTORNEY GENERAL THE PHOENIX, 1600 ARCH STREET, SUITE 300 PHILADLEPHIA PA 19103 |
| OFFICE OF THE U.S. TRUSTEE | DEPARTMENT OF JUSTICE ATTN: BRIAN MASUMOTO 201 VARICK STREET, ROOM 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | UNITED STATES TRUSTEE'S OFFICE ATTN: SUSAN A. ARBEIT, TRIAL ATTORNEY U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, ROOM 1006 NEW YORK NY 10014 |
| SAUL EWING ARNSTEIN & LEHR LLP | COUNSEL TO: MINUTECLINIC, L.L.C. ATTN: MARK MINUTI, ESQ., LUCIAN B. MURLEY, ESQ 1201 N. MARKET STREET, SUITE 2300 P. O. BOX 1266 WILMINGTON DE 19899 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BARBARA D. UNDERWOOD THE CAPITOL ALBANY NY 12224-0341 |
| SWK FUNDING LLC, AS AGENT | 15770 DALLAS PARKWAY SUITE 1290 DALLAS TX 75248 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTANTS | ASSISTANT ATTORNEY GENERAL, JAY W. HURST BANKRUPTCY & COLLECTIONS DIVISION C/O SHERRI K. SIMPSON, PARALEGAL P.O. BOX 12548 AUSTIN TX 78711-2548 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | OFFICE OF THE GENERAL COUNSEL 26 FEDERAL PLAZA ROOM 3908 NEW YORK NY 10278 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE BROOKFIELD PLACE 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| UNITED STATES ATTORNEY FOR THE SOUTHERN | DISTRICT OF NEW YORK UNITED STATES ATTORNEY'S OFFICE 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| WEIL, GOTSHAL & MANGES LLP | ATTN: JESSICA LIOU, GARY T. HOLTZER, JOHN CONTE (COUNSEL TO SUMMIT HEALTH, |

# HOOPER HOLMES, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | INC.) 767 FIFTH AVENUE NEW YORK NY 10153 |

**Total Creditor count  29**

# EXHIBIT B

**Email List**

AOVERBY@BASSBERRY.COM
ARTHUR.ROSENBERG@HKLAW.COM
BK-JHURST@OAG.TEXAS.GOV
BRENT.MCILWAIN@HKLAW.COM
Brian.Masumoto@usdoj.gov
bsilverberg@brownrudnick.com
CMWINTER@DUANEMORRIS.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
DPAUL@CANTOR.COM
eweisfelner@brownrudnick.com
GARY.HOLTZER@WEIL.COM
JESSICA.LIOU@WEIL.COM
jgarfinkle@buchalter.com
JMELKO@FOLEY.COM
jmueller@lippes.com
JOHN.CONTE@WEIL.COM
luke.murley@saul.com
mark.minuti@saul.com
MLASTOWSKI@DUANEMORRIS.COM
NYROBANKRUPTCY@SEC.GOV
pjennings@bassberry.com
rganz@lippes.com
RYAN.MAGEE@HKLAW.COM
sbeville@brownrudnick.com
SDNYECF@DOR.MO.GOV
SHERRI.SIMPSON@OAG.TEXAS.GOV
susan.arbeit@usdoj.gov
TPATERNO@BASSBERRY.COM

Email Count = 28