# EXHIBIT A

## A S S I G N M E N T

Creditors Adjustment Bureau, Inc.
P.O. Box 5932
Sherman Oaks, CA 91413

Re:  YOSI SAMRA INC.

For and on behalf of GUANGZHOU TAIHE LEATHER CO LTD., I have
been authorized to assign the above-referenced account for
collection in the sum of $1,911,263.65.

We hereby assign the above referenced account to CREDITORS
ADJUSTMENT BUREAU, INC., for collection with full right to file
legal action in the name of CREDITORS ADJUSTMENT BUREAU, INC.

BY:  Yongxu Yan

F#6028909

# EXHIBIT B

## YAN PAYMENT STATEMENT

| PO# | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 | 备注 |
| LYQ80_SS16_I | 1344 | 12/21/2015 | US$19,536.60 | US$19,536.60 | OK | 2016/7/30,8/8 | | TH608 | |
| LYH96-SS16-BEIGE | 264 | 12/21/2015 | US$3,463.25 | US$3,463.25 | OK | 7/27/2016 | | TH609A | |
| SL061-SS16-BEIGE | 192 | 12/21/2015 | US$2,517.60 | US$2,517.60 | OK | 7/27/2016 | | TH609B | |
| LYH96-SS16-LION | 352 | 12/21/2015 | US$4,560.60 | US$4,560.60 | OK | 7/27/2016 | | TH610 | |
| elnemsa_sp16 | 18700 | 12/30/2015 | US$234,809.25 | US$50,000.00 | | 2016/8/22,8/30 | | TH612 | |
| LYH96-616-YA | 948 | 12/22/2015 | US$12,917.40 | US$12,917.40 | OK | 2016/7/27,8/8 | | TH613A | |
| EC066-KD-616-YA | 1060 | 12/22/2015 | US$14,199.00 | US$13,132.80 | | 2016/8/8,9/19 | | TH614A | |
| PSKD-OPS-616-YA | 1522 | 12/22/2015 | US$20,174.30 | US$20,174.30 | | 2016/9/13,10/16 | | TH615A | |
| ZAPPOS-KD-616 | 1518 | 12/22/2015 | US$19,641.50 | US$15,000.00 | | 2016/9/23,11/10 | | TH616A | |
| wegmart-ops-616-ya | 1088 | 12/22/2015 | US$14,987.60 | US$11,242.10 | | 2016/9/30,10/16 | | TH617 | |
| WHOLESALE-616-YA | 7872 | 12/22/2015 | US$104,972.80 | | | | | TH618A | 扣出拉菲草款2877.5 |
| YSKD-616-YA | 4080 | 12/22/2015 | US$54,290.50 | US$10,000.00 | | 2016/11/25,12/23 | | TH619A | |
| ZAPPOS-616-YA | 1464 | 12/22/2015 | US$20,202.60 | | | | | TH620A | |
| SLPDF-KD-616 | 282 | 12/23/2015 | US$3,583.60 | US$3,583.60 | OK | 11/10/2016 | | TH621 | |
| SLFLD-KD-616 | 290 | 12/23/2015 | US$3,695.00 | | | | | TH622 | |
| SLFLD-616-616 | 13 | 12/23/2015 | US$162.10 | | | | | TH623 | |
| STF-A014749 | 4300 | 12/22/2015 | US$58,650.00 | | | | | TH624 | |
| LK-YSFEB16 | 802 | 12/22/2015 | US$10,424.70 | | | | | TH627A | |
| GH-138810 | 385 | 12/22/2015 | US$5,005.00 | US$5,000.00 | | 1/28/2017 | | TH628 | |
| STF-A014750 | 600 | 12/22/2015 | US$6,660.00 | | | | | TH629 | |
| NORD-616-774 | 168 | 12/22/2015 | US$2,121.60 | | | | | TH630 | |
| JOYUS-716-IN-YA | 1100 | 12/22/2015 | US$17,996.00 | | | | | TH631 | |
| TRS-SP16-ROSI-1 | 400 | 12/22/2015 | US$5,280.00 | | | | | TH632A | |
| J00136877 | 852 | 12/22/2015 | US$11,778.60 | | | | | TH633 | |
| NORD-616-524 | 126 | 12/22/2015 | US$1,591.20 | | | | | TH634 | |
| NORD-616-520 | 126 | 12/22/2015 | US$1,591.20 | | | | | TH635 | |
| NORD-616-YA | 300 | 12/22/2015 | US$4,211.40 | | | | | TH636A | |
| J00136880 | 492 | 12/22/2015 | US$6,520.80 | | | | | TH637 | |
| J00136944 | 312 | 12/22/2015 | US$4,077.60 | | | | | TH638 | |
| NORD-616-219 | 126 | 12/22/2015 | US$1,591.20 | | | | | TH639 | |
| NORD-616-763 | 126 | 12/22/2015 | US$1,591.20 | | | | | TH640 | |
| NORD-616-768 | 168 | 12/22/2015 | US$2,121.60 | | | | | TH641 | |
| NORD-KD-616 | 350 | 12/22/2015 | US$4,205.00 | | | | | TH642A | |
| trust_sp16-1 | 1875 | 12/23/2015 | US$26,342.85 | | | | | TH650 | |
| trust_sp16-kids | 200 | 12/23/2015 | US$2,513.50 | | | | | TH651 | |
| trust_sp16_kidssss | 120 | 12/23/2015 | US$1,485.00 | | | | | TH657 | |
| PR-616-YA | 179 | 12/22/2015 | US$2,585.75 | | | | | TH658A | |
| SM-616-YA | 232 | 12/22/2015 | US$3,357.20 | | | | | TH659 | |
| | 54328 | | US$715,415.05 | US$171,128.25 | | | | | |

Remarks:                    US$544,286.80

灰色标示为已出货未付款

过期单已扣十二月份的付款项由年中扣除  另计3d网布的学川 一月份的扣除 请和资   本确认的页 :

另外  扣款通知收款单付给供应参考

Yao Yao / Macy

请作记录:

$2877.50 (Raffia Dot 拉菲草货款) - 会从 WHOLESALE-616-YA 扣除
$1916.93 (3D Mesh  3d 网布货款) - 会从 WHOLESALE-716-YA (not yet submitted)扣除

# YAN PAYMENT STATEMENT

| PO#<br>订单号 | QUNTITY<br>订单数量 | XF DATE<br>出货日期 | PI ORIGINAL AMOUNT<br>PI总金额 | PI RECEIVED AMOUNT<br>PI收到款的金额 | PAYMENT STATUS<br>付款状态 | YOSI PAID DATE<br>Yosi付款的日期 | YOSI PAID AMOUNT<br>Yosi付款的金额 | 发票号 |
|---|---|---|---|---|---|---|---|---|
| AMZN VKNL_SPR_1 | 600 | 1/4/2016 | US$8,078.40 | | | | | TH607 |
| LYORO_SS16_1 | 24 | 1/19/2016 | US$340.80 | | | | | TH608B |
| TRUST SS16_KIDS | 24 | 1/19/2016 | US$320.70 | | | | | TH610B |
| LG_SS16 | 6200 | 1/24/2016 | US$77,028.50 | | | | | TH611A |
| LG_SS16 | 1110 | 1/24/2016 | US$14,216.00 | | | | | TH611B |
| ecomm-616-ya | 48 | 1/22/2016 | US$695.00 | | | | | TH613B |
| ECOMM-KD-616-YA | 130 | 1/22/2016 | US$1,723.00 | | | | | TH614B |
| YSKD-6PS-616-YA | 10 | 1/15/2016 | US$125.00 | | | | | TH615B |
| YSKD-6PS-616-YA | 87 | 1/22/2016 | US$1,150.00 | | | | | TH615C |
| ZAPPOS-KD-616 | 42 | 1/15/2016 | US$553.75 | | | | | TH616B |
| ZAPPOS-KD-616 | 140 | 1/22/2016 | US$1,836.00 | | | | | TH616C |
| WHOLESALE-616-YA | 24 | 1/15/2016 | US$333.60 | | | | | TH618B |
| WHOLESALE-616-YA | 340 | 1/22/2016 | US$4,950.40 | | | | | TH618C |
| YSKD-616-YA | 300 | 1/15/2016 | US$3,955.00 | | | | | TH619B |
| YSKD-616-YA | 450 | 1/22/2016 | US$6,043.00 | | | | | TH619C |
| ZAPPOS-616-YA | 72 | 1/22/2016 | US$1,044.00 | | | | | TH620B |
| LK-YSFEB616 | 52 | 1/15/2016 | US$650.00 | | | | | TH627B |
| YEA-SP16-YOSI-1 | 50 | 1/15/2016 | US$625.00 | | | | | TH632B |
| NORD-616-YA | 36 | 1/22/2016 | US$518.40 | | | | | TH636B |
| NORD-KD-616 | 60 | 1/15/2016 | US$800.00 | | | | | TH642B |
| 007252-SP1 | 827 | 1/20/2016 | US$11,067.00 | | | | | TH643 |
| 007254-CORE | 97 | 1/20/2016 | US$1,274.30 | | | | | TH644 |
| 007265_KIDS16 | 88 | 1/20/2016 | US$1,154.00 | | | | | TH645 |
| 007264_KIDS-CORE | 206 | 1/20/2016 | US$2,441.00 | | | | | TH646 |
| G1-POWER_S16 | 2244 | 1/21/2016 | US$30,797.20 | | | | | TH647 |
| GTP_S16 | 7256 | 1/21/2016 | US$99,669.05 | | | | | TH649 |
| trust_sp16-1 | 140 | 1/20/2016 | US$2,016.80 | | | | | TH650B |
| trust_sp16-kids | 30 | 1/20/2016 | US$399.00 | | | | | TH651B |
| 007287_core | 57 | 1/20/2016 | US$629.20 | | | | | TH652 |
| 007286_sp1 | 44 | 1/20/2016 | US$561.20 | | | | | TH653 |
| 007285_kids-core | 180 | 1/20/2016 | US$2,115.40 | | | | | TH654 |
| 007284_kids | 130 | 1/20/2016 | US$1,800.00 | | | | | TH655 |
| PR-616-YA | 26 | 1/22/2016 | US$377.00 | | | | | TH658B |
| SM-616-YA | 26 | 1/22/2016 | US$375.20 | | | | | TH659B |
| ZAPPOS-616-CORE | 780 | 1/22/2016 | US$9,332.40 | | | | | TH660 |
| ZAPPOS-616-MCORE | 1092 | 1/22/2016 | US$13,638.00 | | | | | TH661 |
| ECOM-616-CORE | 588 | 1/22/2016 | US$7,774.20 | | | | | TH662 |
| YSCOMG-616 | 5780 | 1/22/2016 | US$69,149.20 | | | | | TH663 |
| J00139488 | 450 | 1/22/2016 | US$6,382.75 | | | | | TH664 |
| J00139489 | 1150 | 1/22/2016 | US$16,381.25 | | | | | TH665 |
| ZAPPOS-616-BOLI | 1149 | 1/22/2016 | US$14,423.45 | | | | | TH666 |
| KDCORE-616 | 130 | 1/22/2016 | US$1,585.00 | | | | | TH667 |
| NORD-KDCR-616 | 410 | 1/22/2016 | US$4,882.50 | | | | | TH668 |
| US-REORDER-6PS-616 | 592 | 1/22/2016 | US$6,957.00 | | | | | TH669 |
| ECOMM-REORDER-616 | 590 | 1/22/2016 | US$6,980.00 | | | | | TH670 |
| ECOM-716-YA | 696 | 1/30/2016 | US$9,084.00 | | | | | TH671 |
| J00136951 | 696 | 1/30/2016 | US$8,902.20 | | | | | TH672 |
| WHOLESALE-716-YA | 4352 | 1/30/2016 | US$56,476.00 | | | | | TH673 |
| WHOLESALE-6PS-716-YA | 718 | 1/30/2016 | US$9,166.95 | | | | | TH674 |
| ZAPPOS-716-A | 504 | 1/30/2016 | US$6,966.00 | | | | | TH675 |
| ZAPPOS-716-B | 792 | 1/30/2016 | US$10,171.80 | | | | | TH676 |
| TRUST_S162_1 | 984 | 1/28/2016 | US$13,441.80 | | | | | TH678 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRUST_S162_3 | 576 | 1/28/2016 | US$7,387.80 | | | | TH679 |
| TRUST_S162_4 | 150 | 1/28/2016 | US$2,069.00 | | | | TH680 |
| TRUST_S162_5 | 187 | 1/28/2016 | US$2,301.80 | | | | TH681 |
| TRUST_S162_6 | 72 | 1/28/2016 | US$753.60 | | | | TH682 |
| TRUST_S162_7 | 68 | 1/28/2016 | US$865.60 | | | | TH683 |
| TRUST_S162_8 | 72 | 1/28/2016 | US$969.60 | | | | TH684 |
| TRUST_S162_9 | 72 | 1/28/2016 | US$816.80 | | | | TH685 |
| TRUST_S162_10 | 160 | 1/28/2016 | US$213.50 | | | | TH686 |
| TRUST_S162_11 | 99 | 1/28/2016 | US$1,345.55 | | | | TH687 |
| TRUST_S162_12 | 318 | 1/28/2016 | US$4,140.70 | | | | TH688 |
| TRUST_S162_13 | 278 | 1/28/2016 | US$3,266.10 | | | | TH689 |
| TRUST_S162_14 | 122 | 1/28/2016 | US$1,659.30 | | | | TH690 |
| PR-716 | 90 | 1/30/2016 | US$1,100.45 | | | | TH691 |
| SM-716 | 212 | 1/30/2016 | US$3,004.40 | | | | TH692 |
| TRUST_S162_2 | 188 | 1/28/2016 | US$2,456.60 | | | | TH693 |
| TRUST_S162_15 | 60 | 1/28/2016 | US$867.00 | | | | TH694 |
| 7374 | 40 | 1/20/2016 | US$477.50 | | | | TH695 |
| | 45367 | | US$585,053.30 | | | | |

Remarks:

灰色标示为已出货未付款

| REMARKS |
| 备注 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

## YAN PAYMENT STATEMENT

| PO#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|------|---------|---------|--------------------|--------------------|----------------|----------------|------------------|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| GL/T~SP16 | 160 | 2/29/2016 | US$2,034.80 | | | | | TH648 |
| SS16-2 | 396 | 2/26/2016 | US$6,183.60 | | | | | TH677 |
| | 556 | | US$8,218.40 | | | | | |

Remarks:

灰色标示为已出货未付款

## YAN PAYMENT STATEMENT

| PO#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| GS500-TH | 1180 | 4/27/2016 | US$16,350.40 | | | | | TH700-2 |
| | | | | | | | | |

Remarks:

灰色标示为已出货未付款

| REMARKS |
| --- |
| 备注 |

## YAN PAYMENT STATEMENT

| PO#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| STPDBV-716-OASE | 768 | 5/13/2016 | US$10,041.60 | | | | | TH696 |
| STPDBV-716-OASE | 60 | 5/14/2016 | US$837.00 | | | | | TH696-1 |
| FSO139690 | 385 | 5/13/2016 | US$5,465.75 | | | | | TH697 |
| WCLF-716-OASE | 684 | 5/13/2016 | US$8,988.00 | | | | | TH698 |
| WCLF-716-OASE | 60 | 5/14/2016 | US$837.00 | | | | | TH698-1 |
| RDVESTAER-BK-716-YA | 375 | 5/14/2016 | US$5,381.25 | | | | | TH699 |
| YST687-716 | 6324 | 5/13/2016 | US$80,133.40 | | | | | TH700 |
| YST687-716 | 568 | 5/14/2016 | US$7,923.60 | | | | | TH700-1 |
| ZAPKG-716-MOOSE | 919 | 5/13/2016 | US$11,626.00 | | | | | TH701 |
| ZAPK6-716-OASE | 1062 | 5/13/2016 | US$13,598.95 | | | | | TH702 |
| STP-601ISBM | 662 | 5/13/2016 | US$8,275.00 | | | | | TH703 |
| STP-HIME | 343 | 5/13/2016 | US$4,733.40 | | | | | TH704 |
| ZOMSBROS-9L6-YA | 240 | 5/13/2016 | US$3,549.60 | | | | | TH705 |
| 5685-918-YA | 104 | 5/13/2016 | US$1,456.00 | | | | | TH706 |
| STPDSPTB-016 | 2462 | 5/13/2016 | US$32,176.70 | | | | | TH707 |
| RDVLSTLK-016-YA | 1028 | 5/13/2016 | US$15,952.00 | | | | | TH708 |
| RDVLSTLK-GRS-016-YA | 279 | 5/13/2016 | US$3,887.40 | | | | | TH709 |
| ZAPPDS-018-YA | 25 | 5/13/2016 | US$320.00 | | | | | TH710 |
| | 16348 | | US$215,182.65 | | | | | |

Remarks:

灰色标示为已出货未付款

| REMARKS |
| --- |
| 备注 |

## YAN PAYMENT STATEMENT

| PD#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| GT-SS16-PRODUCTION | 850 | 6/8/2016 | US$13,424.75 | | | | | TH712 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 850 | | US$13,424.75 | 0 | | | | |

Remarks

灰色标示为已出货未付款

| REMARKS |
| --- |
| 备注 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

## YAN PAYMENT STATEMENT

| PO#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| 749 - 2 | 32 | 7/9/2016 | US$434.20 | | | | | TH711G |
| 7555-2 | 144 | 7/9/2016 | US$1,947.60 | | | | | TH711H |
| 7545-2 | 8 | 7/9/2016 | US$92.80 | | | | | TH711i |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 184 | | US$2,474.60 | 0 | | | | |

Remarks

灰色标示为已出货未付款

| REMARKS |
|---------|
| 备注 |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## YAN PAYMENT STATEMENT

| PO#: | QUNITITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| STITCHFIX-216-YA | 1,422 | 8/3/2016 | US$22,797.00 | | | | | TH725 |
| GT-CORE-PRODUCTION-815 | 1,156 | 8/4/2016 | US$16,240.90 | | | | | TH713 |
| FW16-1 | 338 | 8/4/2016 | US$4,985.50 | | | | | TH711E |
| PH-FW16-1 | 44 | 8/4/2016 | US$649.00 | | | | | TH711F |
| FALL 16 CORE | 6428 | 8/4/2016 | US$88,749.20 | | | | | TH714D |
| ys34640 （美国进口） | 209 | 8/4/2016 | | | | | | |
| IND-FA1 | 12 | 8/4/2016 | US$177.00 | | | | | TH711L |
| FALL 16 CORE PH | 732 | 8/4/2016 | US$10,325.20 | | | | | TH714G |
| 7500 | 40 | 8/18/2016 | US$566.60 | | | | | TH728 |
| 7546 | 13 | 8/18/2016 | US$191.20 | | | | | TH729 |
| 7556 | 72 | 8/18/2016 | US$1,206.00 | | | | | TH730 |
| 7657 | 16 | 8/18/2016 | US$220.40 | | | | | TH731 |
| 7557 | 148 | 8/18/2016 | US$2,302.40 | | | | | TH743 |
| 7501 | 20 | 8/18/2016 | US$310.80 | | | | | TH744 |
| 7547 | 12 | 8/18/2016 | US$186.00 | | | | | TH745 |
| 7658 | 8 | 8/18/2016 | US$102.40 | | | | | TH746 |
| ECOMM-116 | 160 | 8/23/2016 | US$2,089.10 | | | | | TH711A |
| SM-116 | 32 | 8/23/2016 | US$446.80 | | | | | TH711B |
| ECOMM CORE FW16 | 209 | 8/23/2016 | US$2,790.00 | | | | | TH714A |
| WHOLESALE-116-YA | 1,160 | 8/23/2016 | US$15,446.80 | | | | | TH711C |
| OPS-116-YA | 912 | 8/23/2016 | US$12,237.90 | | | | | TH711D |
| USA-CORE-116 | 478 | 8/23/2016 | US$6,566.40 | | | | | TH714B |
| USA-OPS-CORE-116 | 1,044 | 8/23/2016 | US$14,523.30 | | | | | TH714C |
| STITCHFIX-916-YAN | 810 | 8/23/2016 | US$12,352.50 | | | | | TH738 |
| USA-CORE-116 | 2496 | 8/25/2016 | US$33,393.60 | | | | | TH714B |
| USA-OPS-CORE-116 | 2313 | 8/25/2016 | US$31,479.70 | | | | | TH714C |
| ECOMM-216-YA | 408 | 8/30/2016 | US$5,784.75 | | | | | TH721 |
| SM-216-YA | 41 | 8/30/2016 | US$592.70 | | | | | TH722 |
| ECOMM-916-YAN | 204 | 8/30/2016 | US$3,035.44 | | | | | TH734 |
| SM-916-YA | 61 | 8/30/2016 | US$912.55 | | | | | TH735 |
| WHSL-216-YA | 2,474 | 8/30/2016 | US$35,240.00 | | | | | TH723 |
| WHSL-216-OPS-YA | 1,033 | 8/30/2016 | US$14,396.25 | | | | | TH724 |
| WHSL-916-YA | 1,066 | 8/30/2016 | US$15,925.08 | | | | | TH736 |
| WHSL-916-OPS-YA | 373 | 8/30/2016 | US$5,536.10 | | | | | TH737 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 25,925 | | US$361,758.57 | 0 | | | | |

Remarks:

灰色标示为已出货未付款

| REMARKS |
|---------|
| 备注 |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

## YAN PAYMENT STATEMENT

| PO#: | QUNTITY | XF DATE | PI ORIGINAL AMOUNT | PI RECEIVED AMOUNT | PAYMENT STATUS | YOSI PAID DATE | YOSI PAID AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| 订单号 | 订单数量 | 出货日期 | PI总金额 | PI收到款的金额 | 付款状态 | Yosi付款的日期 | Yosi付款的金额 | 发票号 |
| YE6SB-2 A | 380 | 9/9/2016 | US$4,449.80 | | | | | TH757 |
| YS30107（美国进口） | 352 | 9/18/2016 | | | | | | |
| AW16 CORE | 344 | 9/18/2016 | US$5,014.80 | | | | | TH714F |
| ECOMM-316-YA | 198 | 9/21/2016 | US$2,784.49 | | | | | TH747 |
| SM-316-YAN | 82 | 9/21/2016 | US$1,061.00 | | | | | TH748 |
| WHSL-316-YA | 1,798 | 9/21/2016 | US$26,412.06 | | | | | TH749 |
| WHSL-316-OPS-YA | 533 | 9/21/2016 | US$7,454.62 | | | | | TH750 |
| STITCHFIX-316-YAN | 810 | 9/21/2016 | US$10,125.00 | | | | | TH751 |
| FW-2-16-2 | 888 | 9/22/2016 | US$12,613.75 | | | | | TH726A |
| FW-2-16-PH-2 | 132 | 9/22/2016 | US$1,779.80 | | | | | TH727 |
| GREEN TEE- FALL 3 | 693 | 9/22/2016 | US$10,400.19 | | | | | TH739 |
| FALL 3 16 | 132 | 9/22/2016 | US$2,024.00 | | | | | TH740 |
| GT-HOLIDAY 16 | 574 | 9/22/2016 | US$8,417.20 | | | | | TH752 |
| HOLIDAY 16 | 44 | 9/22/2016 | US$541.26 | | | | | TH755 |
| IN72616-1 | 66 | 9/26/2016 | US$902.00 | | | | | TH723A |
| IN72616-2 | 18 | 9/26/2016 | US$246.42 | | | | | TH736A |
| FALL 1 | 210 | 9/27/2016 | US$2,625.00 | | | | | TH711J |
| YS033 | 90 | 9/27/2016 | US$1,327.50 | | | | | TH732 |
| FALL 3 -2016 | 360 | 9/27/2016 | US$5,379.60 | | | | | TH741 |
| KDCORE-316 | 1,500 | 9/30/2016 | US$19,139.00 | | | | | TH758 |
| STITCHFIX-CR-916 | 704 | 9/30/2016 | US$9,504.00 | | | | | TH759A-E |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 9,908 | | US$132,201.43 | 0 | | | | |

Remarks

灰色标示为已出货未付款

| REMARKS |
| --- |
| 备注 |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

# EXHIBIT C

## Racel Barlongo

**From:**       Yosi Samra <yosi@yosisamra.com>
**Sent:**       Thursday, November 03, 2016 3:43 PM
**To:**         everlong_xu
**Subject:**    Re: Yan factory

Hey Macy,

We are pushing on our end as well.  a lot of the big customers have longer payment terms net 60/120 days.  So next week we should be able to get you out some payments.  we havent forgotten about you.

will keep you posted


On Wed, Nov 2, 2016 at 8:13 PM, everlong_xu <everlong_xu@163.com> wrote:

HI, Yosi

How is everything going? Is it the busy season? We haven't received payments for two weeks! I know both Yan ans Yan are in the difficult time. But the suppliers pushed us for  goods payments . 'Can you help to arrange some for factory?   'And I also hope there will be some new orders to continue this factory.

Thanks you very much!

Macy

2016-11-03
_____
everlong_xu


--



**Yosi Samra**  | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 646-808-3344 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc.  The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights.  By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

## Racel Barlongo

**From:** everlong_xu <everlong_xu@163.com>
**Sent:** Thursday, June 28, 2018 7:52 AM
**To:** Henry Hou
**Subject:** Fw:Fw:payment
**Attachments:** YAN-091216.pdf

-------- Forwarding messages --------
From: "everlong_xu" <everlong_xu@163.com>
Date: 2018-06-27 21:03:25
To: "513389181@qq.com" <513389181@qq.com>
Subject: Fw:payment

-------- Forwarding messages --------
From: "Yosi Samra" <yosi@yosisamra.com>
Date: 2016-09-12 11:09:31
To: "Yan Yong Xu" <everlong_xu@163.com>,"Eric Samra" <Eric@yosisamra.com>,"Melody Yehounatan"
<melody@yosisamra.com>,"Meghan Webb" <Meghan@yosisamra.com>,"Maayan Pery"
<Maayan@yosisamra.com>
Subject: payment
hi macy

see attached.

we were only able to get out 15k.  Our goods just arrived last week and we are starting to ship and waiting for the
money to come in.  We have a lot of orders to get out so we should start seeing a lot more money coming in the
short term.

we should hopefully be able to send more by the end of this week.

thanks

yosi

--



**Yosi Samra** | CEO/CREATIVE DESIGNER

1

Yosi Samra Inc. | 515 Greenwich Street #401 RY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc. The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights. By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

【好吃到爆】鲜香 Q 弹加热即食，经典 13 香/麻辣小龙虾仅 98 元 2 斤！

**Racel Barlongo**

| | |
|---|---|
| **From:** | Yosi Samra <yosi@yosisamra.com> |
| **Sent:** | Thursday, October 13, 2016 7:45 AM |
| **To:** | everlong_xu; Eric Samra |
| **Subject:** | Re: Re: Re: wire |

hey macy

we will be sending something to you for sure tomorrow

On Thu, Oct 13, 2016 at 1:48 AM, everlong_xu <everlong_xu@163.com> wrote:

> Hi, Yosi
>
> noted and thanks! Waiting for good news !
>
> Macy
>
> 2016-10-13
> _____
> everlong_xu
>
> _____
>
> 发件人： Yosi Samra <yosi@yosisamra.com>
> 发送时间： 2016-10-10 23:59
> 主题： Re: Re: wire
> 收件人： "everlong_xu"<everlong_xu@163.com>
> 抄送：
>
> Hi Macy
>
> hope you are well.  Things are going ok.  Still very tight at the moment.  due to the late shipments we did have some cancellations and we had to incur high costs on airing the goods in (i know this isn't your fault).
>
> We shipped a lot of orders to our bigger accounts and are continuing to ship through orders.  The bigger accounts have 60-90 day payment terms so it takes a bit longer to pay.
>
> We have one customer that sent us a payment last week and are waiting for it to clear.  we will continue to make payments and have another payment scheduled to send this week.
>
> We have been making great improvements to restructuring our company and have cut our overhead significantly and are continuing to do so.
>
> keep you posted on payment for this week
>
> thank you
>
> yosi

On Sat, Oct 8, 2016 at 12:27 AM, everlong_xu <everlong_xu@163.com> wrote:

Hi,Yosi

'How is everything going recently?

Factory have delivery goods on time, how about the payment?

Could you please arrange some for the suppliers?

Macy

2016-10-08
_____
everlong_xu

_____

--



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 646-808-3344 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc. The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights. By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

--

**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 646-808-3344 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc. The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights. By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

**Racel Barlongo**

| | |
|---|---|
| **From:** | Yosi Samra <yosi@yosisamra.com> |
| **Sent:** | Thursday, September 22, 2016 7:31 AM |
| **To:** | everlong_xu |
| **Cc:** | JARED; Eric Samra; Maayan Pery; Melody Yehounatan; Meghan Webb |
| **Subject:** | Re: wire |
| **Attachments:** | YAN-092216.pdf |

hi macy,

see attached. we are still waiting on customers to collect money.

On Thu, Sep 22, 2016 at 3:11 AM, everlong_xu <everlong_xu@163.com> wrote:

Jared

请帮译下英文，谢谢！

HI, Yosi

上周你告知说本周二会支付我们一笔大的金额，今天已经周四了，我们还没有收到水单，请问有安排支付了吗？我们需要承诺付给供应商，且货代费用，水单，还有KIDS TEST 费用都急著要支付，还需要现金提货KIDS SHOES COW SUEDE，Outsole , ASAP！

Thank You very much !

Macy

2016-09-22

everlong_xu

**发件人：** Yosi Samra <yosi@yosisamra.com>
**发送时间：** 2016-09-17 09:25
**主题：** wire
**收件人：** "Yan Yong Xu"<everlong_xu@163.com>
**抄送：** "Eric Samra"<Eric@yosisamra.com>,"Maayan Pery"<Maayan@yosisamra.com>,"Melody Yehounatan"<melody@yosisamra.com>,"Meghan Webb"<Meghan@yosisamra.com>

Hi Macy

please find attached wire. We should be able to send more on tuesday.

Please help to push all orders out on time so we can ensure deliveries.

I am available on we chat all day/all night if you need to reach me.

thanks

yosi

--



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc. The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights. By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

--



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

CONFIDENTIALITY NOTICE: Enclosed are confidential information and
designs that are the sole property of Yosi Samra Inc. The
distribution or use of this information for any purpose other than that
intended may violate Yosi Samra's intellectual property rights. By
accepting this information, you are confirming your agreement to use the
enclosed only for the intended purpose, and you are representing that
you will not use such information in any way that is contrary to the
rights of Yosi Samra Inc.

Chase Online Confirmation

**Chase Online**

## Wire Money - Step 4 of 4

Wire Authorized in U.S. Dollars

You have authorized the wire for processing. To check its status, click "See Wire Activity" in the "I'd like to..." section on this page.

Important! The amounts shown below do not include any fees. If applicable, any fees will show up as separate transactions on your Account Activity page.

| Wire To | Wire From | Wire Amount | Wire Date | Transaction Number |
|---------|-----------|-------------|-----------|--------------------|
| **YAN(...5883)** | ANALYSIS BUS CHKG(...4160) | $10,000.00 (USD) | **09/22/2016** | 5002908257 |

© 2016 JPMorgan Chase & Co.

**Racel Barlongo**

| | |
|---|---|
| **From:** | everlong_xu <everlong_xu@163.com> |
| **Sent:** | Thursday, June 28, 2018 7:50 AM |
| **To:** | Henry Hou |
| **Subject:** | Fw:Fw:Re: Re: wire |

-------- Forwarding messages --------
From: "Maayan Pery" <maayan@yosisamra.com>
Date: 2016-08-14 12:59:21
To: everlong_xu <everlong_xu@163.com>
Cc: "Yosi Samra" <yosi@yosisamra.com>,"Meghan Webb" <Meghan@yosisamra.com>,"Eric Samra"
<Eric@yosisamra.com>
Subject: Re: Re: wire
Hi Macy,

We working on getting you another payment beginning of this week, we need to get the international shipments ready to ship
asap and collect from the distributors so we can pay you a healthy amount this week for materials.

Please cooperate with us, and thank you for understanding.

Best,

Maayan

On Fri, Aug 12, 2016 at 8:13 PM, everlong_xu <everlong_xu@163.com> wrote:

Hi, Maayan

This week's payment for goods can pay in today? We need to buy materials, Thanks!

Macy

2016-08-13

everlong_xu

发件人: Maayan Pery <maayan@yosisamra.com>
发送时间: 2016-08-06 14:42

1

主題: Re: wire

收件人: "Yosi Samra"<yosi@yosisamra.com>

抄送: "Yan Yong Xu"<everlong_xu@163.com>,"Meghan
Webb"<Meghan@yosisamra.com>,"Eric Samra"<Eric@yosisamra.com>

fyi,

| COUNTRY | CUSTOMER | PO# | QTY | FACTORY | INVOICE# | P I AMOUNT | PAY DEPOSIT | PAY DATE | BALANCE DUE | PAY DATE |
|---------|----------|-----|-----|---------|----------|-----------|-------------|----------|-------------|----------|
| Taiwan | I-Yoho | Iyoho_SS16_1 | 1344 | yan | th608 | $19,536.60 | $10,000.00 | 7/29/2016 | $9,536.60 | 8/8/2016 |
| U.S.A | yosi samra | ECOMM-616-YA | 948 | yan | th613a | $12,917.40 | $586.80 | 7/27/2016 | $12,330.60 | 8/8/2016 |
| U.S.A | yosi samra | ECOMM-KD-616-YA | 1060 | yan | th614a | $14,199.00 | $3,132.80 | 8/8/2016 | | |

On Fri, Aug 5, 2016 at 6:27 PM, Yosi Samra <yosi@yosisamra.com> wrote:
hi guys

please fine attached wire

have a good weekend

yosi

--



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

--

**Maayan Pery** | VP Logistics & International Operation
Yosi Samra Inc. | 515 Greenwich Street, #401 NY, NY 10013
Tel: 646-837-7916 Email: maayan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

**Maayan Pery** | VP Logistics & International Operation
Yosi Samra Inc. | 515 Greenwich Street, #401 NY, NY 10013
Tel: 646-837-7916 Email: maayan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

---

【好吃到爆】鲜香 Q 弹加热即食，经典 13 香/麻辣小龙虾仅 98 元 2 斤！

**Racel Barlongo**

| | |
|---|---|
| **From:** | everlong_xu <everlong_xu@163.com> |
| **Sent:** | Thursday, June 28, 2018 7:46 AM |
| **To:** | Henry Hou |
| **Subject:** | Fw:Fw:回复： Kids Testing Paperwork |
| **Attachments:** | 06678-15 KSM-341-616.pdf; 06679-15 KSM-340-616.pdf; 06680-15 KSM-342-616.pdf; 06681-15 KSM-344-616.pdf; 63214-11131.pdf; 63214-11552.pdf; 63214-11553.pdf; 63214-11676.pdf; 63214-11867.pdf; 63214-11868.pdf; 03805-15 KSM-172-115.pdf; 03851-15 KSL-315-115.pdf; 03806-15 KSO-297-115.pdf; 03852-15 KSC-315-115.pdf; 03853-15 KSC-283-115.pdf; 03854-15 KSM-314-115.pdf; 03855-15 KSC-276-115.pdf; 03856-15 KSC-316-115.pdf; 03857-15 KSC-172-115.pdf; 03858-15 KSO-301-115.pdf; 03859-15 KSM-280-115.pdf; 03860-15  KSI-315-115.pdf; 06671-15 KSM-336-616.pdf; 06672-15 KSM-213-616.pdf; 06673-15 KSC-213-616.pdf; 06674-15 KSM-338-616.pdf; 06675-15 KSL-315-616.pdf; 06676-15 KSO-301-616.pdf; 06677-15-KSM-350-616.pdf |

-------- Forwarding messages --------
From: "everlong_xu" <everlong_xu@163.com>
Date: 2018-06-27 21:12:29
To: "513389181@qq.com" <513389181@qq.com>
Subject: Fw:回复： Kids Testing Paperwork

-------- Forwarding messages --------
From: "JARED" <962918128@qq.com>
Date: 2016-08-06 12:22:15
To: everlong_xu <everlong_xu@163.com>,meghan <meghan@yosisamra.com>
Subject: 回复： Kids Testing Paperwork
Hi Meg,
Attached testing reoprt for your ref, we only have some for shoes for latest 2 seasons, and the others are for mateirals as it's too old season.

Noted we need to test the shoe and  provide the report on shoe as the style you have been lighted in yellow.

----------------
Thanks,
Jared
C: 13825735057

---------------- 原始邮件 ----------------

1

HI, Meg

请查收附档测试报告，因涉及多个季度，前面测试的没要求按型体出报告，只有后面二季的有，前面只有材料的测试报告。

Macy

2016-08-06

————————————————

everlong_xu

————————————————————————————————————————————————————

发件人：Meghan Webb <meghan@yosisamra.com>
发送时间：2016-08-06 01:33
主题：Kids Testing Paperwork
收件人："Yan Yong Xu"<everlong_xu@163.com>,"JARED"<962918128@qq.com>
抄送：

Macy,

Hi! I have a customer who is interested in some of our old kids stock and they are requesting testing paperwork on specific shoes. Can you please send me testing paperwork on the SKUs highlighted in Yellow on the attached worksheet?

Thank you.

--
**Meghan Webb** | VP Production & Domestic Operations
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7916 Email: meghan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

————————————————————————————————————————————————————

【好吃到爆】鲜香 Q 弹加热即食，经典 13 香/麻辣小龙虾仅 98 元 2 斤！

## Racel Barlongo

**From:** everlong_xu <everlong_xu@163.com>
**Sent:** Thursday, June 28, 2018 7:47 AM
**To:** Henry Hou
**Subject:** Fw:Fw:Re: Re: PAYMENT

-------- Forwarding messages --------
From: "everlong_xu" <everlong_xu@163.com>
Date: 2018-06-27 21:17:24
To: "513389181@qq.com" <513389181@qq.com>
Subject: Fw:Re: Re: PAYMENT

-------- Forwarding messages --------
From: "Yosi Samra" <yosi@yosisamra.com>
Date: 2016-07-06 00:48:32
To: everlong_xu <everlong_xu@163.com>
Cc: "Maayan Pery" <Maayan@yosisamra.com>,"Eric Samra" <Eric@yosisamra.com>
Subject: Re: Re: PAYMENT
macy,

do you also have an email for them?  i can reach out and let them know whats going on to help take pressure off of yan.

what do you think?

thanks

On Tue, Jul 5, 2016 at 11:41 AM, Yosi Samra <yosi@yosisamra.com> wrote:
  Hi macy,

  This is all the money thats owed to them altogether?  or just for these fall orders?

  On Mon, Jul 4, 2016 at 10:07 AM, everlong_xu <everlong_xu@163.com> wrote:
    HI, Yosi

    1. We also know the importance for Fall orders, as we owed suppliers so much before, all of them and us are suffering finacial troubles. So what we can do is waiting for the materials.

    2. We only received usd 75,000 in June. There's no sense for big expense of factory.

    3.   Re the suppliers we owed as below:

1

2015. 11 ~ 2016.6
Outsole: RMB758,000
Changyun for materials:RMB 459,750
XinJiahe  for materials: RMB896,800
Packing : RMB387,200
Fengrun :RMB256,000
Taike:   RMB589,000

New ponyhair from Jiaxing for FAll2, the deposit are already paid, but need RMB 1000,000 for balance.

4.    You said there would be a bulk payment last week, we also adviced our suppliers like that, but disappointed!


Macy




At 2016-07-03 23:20:09, "Yosi Samra" <yosi@yosisamra.com> wrote:
  Hi Macy,

Let me discuss with them on tuesday (it is a holiday weekend).

in the meantime can you send the invoices for the suppliers?

Right now it is very important to get these fall orders out since this is the busy season and we will be able to
secure bigger payments back to you.  I mentioned that these last 2 months are typically low selling months.

we have a lot of good things coming up with new bigger customers and some new distributors.  We are very
close to finalizing the deal with the new bank, they have been in the office a lot doing their due diligence and
audits.

Send me the invoices that you and brian spoke about so we can review first thing tuesday.  Regardless, we will
get another payment out this week.  The bank said the deal should finalize within this week or next week.

thanks

yosi

On Sat, Jul 2, 2016 at 12:51 AM, everlong_xu <everlong_xu@163.com> wrote:
  HI,YOSI

    I am very confused about the payment, what's your plan for the payment this week? Brain told us you will
pay suppliers directly? If yes, i will provide all the invoice information for you.


  macy




    At 2016-06-25 06:42:55, "Yosi Samra" <yosi@yosisamra.com> wrote:
    |  hi all

see attached.  I know you guys need more.  The bank deal should be done soon and we will be able to send a
bulk payment once that deal goes through.  In the mean time please do your best to get orders out in a timely
manner so it doesn't affect sales.  these next few months are busier for us.  may and june are typically slow
months, so now we will see more sales and we will be able to get back on healthy payment terms.

if you need anything yan, please do not hesitate to qq me.

thank you

yosi

--



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

--

**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

--

**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

☒

**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

---

【好吃到爆】鲜香 Q 弹加热即食，经典 13 香/麻辣小龙虾仅 98 元 2 斤！

4

**Racel Barlongo**

| | |
|---|---|
| **From:** | everlong_xu <everlong_xu@163.com> |
| **Sent:** | Thursday, June 28, 2018 7:46 AM |
| **To:** | Henry Hou |
| **Subject:** | Fw:Fw:Re: payment |

-------- Forwarding messages --------
From: "Maayan Pery" <maayan@yosisamra.com>
Date: 2016-07-27 13:13:11
To: "Yan Yong Xu" <everlong_xu@163.com>
Cc: "Meghan Webb" <Meghan@yosisamra.com>,"Eric Samra" <Eric@yosisamra.com>,"Yosi Samra"
<yosi@yosisamra.com>
Subject: Re: payment
Hi Macy,

fyi,

| COUNTRY | CUSTOMER | PO# | QTY | FACTORY | INVOICE# | P I AMOUNT | PAY DEPOSIT | PAY DATE | BALANCE DUE | PAY DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S.A | YOSI SAMRA | YSOPS-CORE-415 | 441 | yan | th601 | $6,220.60 | | | $6,220.60 | 7/27/2016 |
| U.S.A | YOSI SAMRA | KDOPS-CORE-415 | 723 | yan | th605 | $8,487.75 | $6,771.55 | 7/19/2016 | $1,716.20 | 7/27/2016 |
| U.S.A | YOSI SAMRA | DCD-KDCORE-415 | 510 | yan | th603 | $5,935.00 | | | $5,935.00 | 7/27/2016 |
| Taiwan | I-Yoho | SS16-1 | 264 | yan | th609a | $3,463.20 | | | $3,463.20 | 7/27/2016 |
| Taiwan | I-Yoho | SS16-KIDS | 192 | yan | th609b | $2,517.60 | | | $2,517.60 | 7/27/2016 |
| Taiwan | I-Yoho | iyoho_SS16_KIDS | 352 | yan | th610 | $4,560.60 | | | $4,560.60 | 7/27/2016 |
| U.S.A | yosi samra | ECOMM-616-YA | 948 | yan | th613a | $12,917.40 | $586.80 | | $586.80 | 7/27/2016 |
| | | | | | | | | **TOTAL:** | **$25,000.00** | |

On Tue, Jul 26, 2016 at 8:50 PM, Yosi Samra <yosi@yosisamra.com> wrote:
Hi macy/yan

see attached wire for 25k.  We should have another one for you by the end of the week.  Pushing to get more to you soon.

thanks

yosi

1



**Yosi Samra** | CEO/CREATIVE DESIGNER
Yosi Samra Inc. | 515 Greenwich Street #401 NY, NY 10013
Tel: 646-837-7791 Fax: 212-994-5382 Email: yosi@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

--

**Maayan Pery** | VP Logistics & International Operation
Yosi Samra Inc. | 515 Greenwich Street, #401 NY, NY 10013
Tel: 646-837-7916 Email: maayan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

---

【好吃到爆】鲜香 Q 弹加热即食，经典 13 香/麻辣小龙虾仅 98 元 2 斤！

## Racel Barlongo

| | |
|---|---|
| **From:** | everlong_xu <everlong_xu@163.com> |
| **Sent:** | Thursday, June 28, 2018 7:43 AM |
| **To:** | Henry Hou |
| **Subject:** | Fw:Fw:Re: Re: Fwd: Yan Payment |

-------- Forwarding messages --------
From: "Maayan Pery" <maayan@yosisamra.com>
Date: 2016-05-14 02:28:21
To: "everlong_xu@163.com" <everlong_xu@163.com>
Cc: "Eric Samra" <Eric@yosisamra.com>,"Yosi Samra" <yosi@yosisamra.com>
Subject: Re: Re: Fwd: Yan Payment
Hi Yan,

Yesterday, Yosi made a wire of $50k, and 3 days ago - $20k.
As we promised, we make a wire every week.
The next payment will be next week.

Best,

Maayan

On Wed, Mar 2, 2016 at 2:24 AM, everlong_xu@163.com <everlong_xu@163.com> wrote:

Hey,Maayan

Have you make the payment yet? If you have, please send us the payment list, thanks!

Yan

发自我的小米手机

在 2016-2-29 上午 5:02，Maayan Pery <maayan@yosisamra.com>写道：

Hi Yan,

Tomorrow I will speak with our financial department, and pushing them to get you a payment this week. So you will able to continue run the production without any delay.

I will keep you posted.

Best,

Maayan

1

On Sat, Feb 27, 2016 at 8:57 PM, everlong_xu <everlong_xu@163.com> wrote:

HI, MAAYAN

Hao are you?

Hope everything is going well.

Our factory reopened on 24/2. But now, we are facing some financial issues that needs your support urgently.

We haven't received any money that you confirmed would pay in Feb. before.($400k)
And we also told the suppliers would pay them after New Year in Feb.  So they push us for the money again.

So please help to arrange the payment in two days for the factory to pay them, if not, we will lose our credit and their support that will make a big difficulty to continue the following production .
At the same time, pls make the payment plan for March, because we need the 1/4 money for preparing materials
Looking forward to your reply soon, thanks!


yan


2016-02-28

everlong_xu

---

**发件人:** "everlong_xu@163.com" <everlong_xu@163.com>
**发送时间:** 2016-02-16 09:25
**主题:** 回复: Fwd: Yan Payment
**收件人:** "Rena Huang"<renahuang@brandswami.cn>
**抄送:** "Cheryl DeVries Knudson"<cdevknud@brandswami.com>

hi, rena

请帮忙跟进2月份客人付款，我们还没有收到，需支付供应商，谢谢！

macy

发自我的小米手机

在 2016-1-19 上午 11:01, Rena Huang <renahuang@brandswami.cn>写道：
macy

客人在二月份会每个星期安排（ $165k　 / $ 65k / $ 100k　 / $ 65 k　 ）总共
$400k .

另外大货订单你可以参考附页表格：

4/1 出货的订单： core 订单大概 13000prs 左右 （ 已下）
5/1 出货的订单： pre fall 订单， 这个期的订单不会很大，大概 3-4000prs 左右，大
概 5 个款，订单会在二月底下。
6/1 出货的订单： fall 1 女鞋订单和 6/15 童鞋订单， 这些订单也会在二月底下，因为
童鞋会做测试所以会给多点时间，你们可以将这个订单一起订材料

以上资料供参考，如有任何问题请跟我联系！

best regards
rena

Begin forwarded message:

> **From:** Cheryl Devries-Knudson <cdevknud@brandswami.com>
> **Subject: Re: Yan Payment**
> **Date:** January 19, 2016 at 10:52:20 AM GMT+8
> **To:** Rena Huang <renahuang@brandswami.cn>
> **Cc:** Frank Yan <everlong_xu@163.com>
>
> Hi Rena:
> I have requested the below of Eric - he is doing his best to meet
> the request for this month.
> For February, he has scheduled out weekly payment totaling around
> $400k:　 $165k, $65k, $100k and $65k.
>
> For production schedule, you can share the calendar below with
> Yan.　 Here is what each of those deliveries looks like:
> 4/1xf - core - you already have all of these PO's ((13,000+
> pairs)
> 51xf - pre-fall - this delivery will not be very big.　 I
> anticipate only 3-4000pair across 5 styles (all using local
> leathers). Orders will be placed end Feb.
> 6/1xf - women's Fall 1 and 6/15xf - kid's fall = these
> deliveries will be ordered at the same time (end of February) but

we are giving kid's more time than to the testing.   For women's, they will also order any Fall materials that are shared with kids at this time.

And since there are some local leathers, I think they will be able to use some of these orders to fill in the   April and May production time frame.

Let me know if he has specific production concerns after looking at this calendar so I can help to address them with the YS team.

--
**Maayan Pery** | Head of Distribution Division
Yosi Samra Inc. | 515 Greenwich Street, #401 NY, NY 10013
Tel: 646-837-7916 Email: maayan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

--


**Maayan Pery** | VP Logistics & International Operation
Yosi Samra Inc. | 515 Greenwich Street, #401 NY, NY 10013
Tel: 646-837-7916 Email: maayan@yosisamra.com
Website: www.yosisamra.com
Twitter | Facebook | Instagram | Pinterest | Youtube

【好吃到爆】鲜香Q弹加热即食，经典13香/麻辣小龙虾仅98元2斤！