**Presentment Date and Time: October 19, 2018 at 10:00 a.m. (ET)**
**Objection Date and Time: October 12, 2018 at 4:00 p.m. (ET)**

**BROWN RUDNICK LLP**
Edward S. Weisfelner
Bennett S. Silverberg
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

-and-

Sunni P. Beville (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HOOPER HOLMES, INC.<br>D/B/A PROVANT HEALTH, et al,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23302 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER AUTHORIZING**
**THE RETENTION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL**
**ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 6, 2018**

**PLEASE TAKE NOTICE** that upon the annexed Application for Order Authorizing the

Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee Of

Unsecured Creditors  Nunc Pro Tunc to September 6, 2018 (the "Application"), the undersigned

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS  66286.

will present the proposed order annexed as **Exhibit A** to the Application to the Honorable Robert

D. Drain of the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court"), for signature on **October 19, 2018, at 10:00 a.m. (prevailing Eastern**

**Time)** (the "Presentment Date") or as soon thereafter as is practicable.

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections (each, an

"Objection") to the Application and the relief requested therein shall be in writing, shall conform

to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern

District of New York, shall set forth the basis for the Objection and the specific grounds therefor,

and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-

399 by registered users of the Bankruptcy Court's case filing system (the User's Manual for the

Electronic Case Filing System can be found at **http://www.nysb.uscourts.gov** the official

website for the Bankruptcy Court), with a hard copy delivered directly to chambers pursuant to

Local Bankruptcy Rule 9070-1 and served so as to be actually received no later than **October 12,**

**2018, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), upon (i) Hooper

Holmes, Inc. d/b/a Provant Health, 560 N. Rogers Road, Olathe, Kansas  66062 (Attn: Mark

Clermont, President); (ii) proposed counsel to the Debtors, Foley & Lardner LLP, 90 Park

Avenue, New York, New York  10016-1314 (Attn: Richard J. Bernard, Esq.); (iii) counsel to the

DIP Lender, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware

19801-1659 (Attn: Christopher M. Winter, Esq. and Michael Latowski, Esq. (iv) counsel to the

U.S. Trustee for Region 2, 201 Varick Street, Room 1006, New York, NY 10014 (Attn: Susan A.

Arbeit, Esq.); and (v) proposed counsel to the Official Committee of Unsecured Creditors,

Brown Rudnick LLP, 7 Times Square, New York, NY 10036 (Attn: Edward S. Weisfelner,

Esq.).

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served with respect to the Application, the Committee shall, on the Presentment Date, submit to the Bankruptcy Court an order substantially in the form annexed as **Exhibit A** to the Application, which order the Bankruptcy Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is timely filed and served, a hearing at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained free of charge by visiting the website of Epiq Corporate Restructuring, LLC at **http://dm.epiq11.com/hooperholmes**.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at **http://www.nysb.uscourts.gov** in accordance with the procedures and fees set forth therein.

Dated: October 2, 2018
New York, New York

**BROWN RUDNICK LLP**

By: /s/ *Edward S. Weisfelner*
Edward S. Weisfelner
Bennett S. Silverberg
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801
E-mail: eweisfelner@brownrudnick.com
E-mail: bsilverberg@brownrudnick.com

-and-

Sunni P. Beville
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:   (617) 856-8201
E-mail: sbeville@brownrudnick.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

63168155

**BROWN RUDNICK LLP**
Edward S. Weisfelner
Bennett S. Silverberg
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

-and-

Sunni P. Beville (admitted *pro hac vice*)
One Financial Center
Boston, MA  02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HOOPER HOLMES, INC.<br>D/B/A PROVANT HEALTH, et al,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 18-23302 (RDD)<br><br>(Jointly Administered) |

**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO SEPTEMBER 6, 2018**

The Official Committee of Unsecured Creditors (the "Committee") of Hooper Holmes,

Inc. d/b/a Provant Health, *et al*., as debtors and debtors-in-possession in these proceedings (the

"Debtors") hereby files this application (this "Application") for an order, substantially in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS  66286.

form attached hereto as **Exhibit A**, pursuant to sections 328(a) and 1103(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") authorizing the retention and employment of Berkeley Research Group, LLC ("BRG") as its financial advisor *nunc pro tunc* to September 6, 2018, pursuant to that certain engagement letter, attached hereto as **Exhibit C** (the "Engagement Letter").  In support of the Application, the Committee also files the (i) *Affidavit of David Galfus in Support of the Application for Entry of an Order Authorizing the Employment and Retention of Berkeley Research Group, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 6, 2018* (the "Galfus Affidavit"), attached hereto as **Exhibit B**.

### JURISDICTION AND VENUE

1.      Pursuant to 28 U.S.C. §§ 157 and 1334, this Court has jurisdiction to consider and grant the relief requested herein.  A proceeding to consider and grant such relief is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 328(a) and 1103(a) of the Bankruptcy Code.  Relief is also proper pursuant to Bankruptcy Rule 2014 and Local Rule 2014-1.

### BACKGROUND

2.      On August 27, 2018 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Cases") with the United States Bankruptcy Court for the Southern District of New York (the "Court").  The Debtors are authorized to continue operating their businesses and managing their properties as debtors in

2

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Cases.

3.    On September 6, 2018, the United States Trustee for the Southern District of New York (the "United States Trustee") selected the Committee members. The Committee is presently comprised of the following members: (i) MinuteClinic, L.L.C.; (ii) Moore Medical; and (iii) ND Data Group of RI d/b/a New Directions. Also on September 6, 2018, the Committee selected Brown Rudnick LLP ("Counsel") as its legal counsel, and BRG as its financial advisor.

## REQUESTED RELIEF AND GROUNDS THEREFOR

4.    The Committee respectfully requests entry of an order pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code authorizing BRG to perform financial advisory services that will be necessary during these Cases. The Debtors are a large, complex enterprise, and the Committee requires the services of an experienced financial advisor such as BRG. Immediately upon its selection, BRG commenced work on several time-sensitive matters and promptly devoted substantial resources to these cases pending submission and approval of this Application. To allow BRG to be compensated for work performed prior to and after the submission of the Application, the Committee seeks to employ and retain BRG as its financial advisor *nunc pro tunc* to September 6, 2018.

### A.    Qualifications of Professionals

4.    BRG has significant qualifications and experience in providing the services contemplated herein. BRG is a multinational strategic advisory and consulting firm with approximately 1,100 professionals. BRG's Corporate Finance practice consists of senior financial, management consulting, accounting, and other professionals who specialize in providing financial, business, and strategic assistance, typically in distressed business settings.

BRG has acted as financial advisor, crisis manager, and corporate officer in middle market to large multinational restructurings across a wide array of industries, including pharmaceuticals. BRG has experience in restructuring, transaction advisory, litigation support, solvency, and valuation matters and provided a focus on viable solutions that maximize value for companies and creditors. BRG's services include forensic analysis, plan development and implementation, and advice on sale/merger transactions. BRG serves troubled companies, debtors, secured and unsecured creditors, equity holders, and other parties in both in-court and out-of-court engagements. The Committee believes that BRG's services are necessary to enable the Committee to assess and monitor the Debtors' restructuring efforts in furtherance of the Committee's obligations to protect the interests of and maximize value for all unsecured creditors.

**B.** **Services to be Rendered**

5.      BRG will provide such financial advisory services to the Committee and its legal advisors as they deem appropriate and necessary to advise the Committee during the course of these Cases. BRG intends to communicate regularly with the Committee and its legal advisors to ensure that the actual financial advisory services performed are appropriate based on the status of the case and needs of the Committee.

6.      The services to be rendered by BRG, which services may be subject to modification at the Committee's request, are necessary to enable the Committee to faithfully execute its statutory duties to unsecured creditors. Subject to further Order of this Court, and in accordance with the Engagement Letter, the Committee has requested that BRG render the following financial advisory services:

a)      Advising and assisting the Committee with respect to any debtor-in-possession financing arrangements and/or use of cash;

b)      Providing the Committee assurance of the Debtors' compliance with the approved uses of cash collateral;

c)      Reviewing cash disbursements and capital requirements on an on-going basis for the period subsequent to the commencement of the Cases;

d)      Advising and assisting the Committee and Counsel in reviewing and evaluating any court motions, applications, or other forms of relief, filed or to be filed by the Debtors, or any other parties-in-interest;

e)      Evaluating relief requested in cash management motion, including proper controls related to financial transparency into intercompany transactions;

f)      Assisting Counsel in the investigation of properly perfected liens, including performing cash tracing and establishing identifiable collateral proceeds, if any;

g)      Monitoring and critically challenging the asset sale process or processes conducted by the Debtors;

h)      Advising and assisting the Committee in identifying and/or reviewing any preference payments, fraudulent conveyances, and other potential causes of action that the Debtors' estates may hold against insiders and/or third parties;

i)      Analyzing both historical and ongoing related party transactions of the Debtors and non-Debtor affiliates;

j)      Providing electronic forensic assistance as necessary;

k)      Advising and assisting the Committee in its analysis and monitoring of the Debtors' and non-Debtor affiliates' historical, current, and projected financial affairs, including, SEC filings, schedules of assets and liabilities and statement of financial affairs;

l)      Monitoring the Debtors' financial performance relative to projections to enable the Committee to evaluate any relevant operational issues and validate underlying operational and financial business plan assumptions against historical financial and cash flow performance;

m)      Analyzing the Debtors' and non-Debtor affiliates' assets and possible recoveries to creditor constituencies under various scenarios;

n)      Monitoring Debtors' claims management process, including analyzing claims and guarantees, and summarizing claims by entity

o)      Reviewing and providing analysis of any bankruptcy plan and disclosure statement relating to the Debtors including, the assessment of projections to ensure any plan or reorganization is supported by a credible business plan/projections, and if applicable, the development and analysis of any bankruptcy plans proposed by the Committee;

p)      Advising and assisting the Committee in its assessment of the Debtors' employee needs and related costs;

q)      As appropriate and in concert with the Committee's other professionals, analyzing any prior sale or purchase processes and transactions and assessing the reasonableness of the process and the consideration received;

r)      Working with the Debtors' advisors to ensure that any restructuring or sale transaction is structured to minimize tax liabilities to the estate; and

s)      Performing other potential services, including: rendering expert testimony, issuing expert reports and or preparing litigation, valuation and forensic analyses that have not yet been identified but as may be requested from time to time by the Committee or Counsel.

7.      The Committee believes it is necessary to retain BRG as its financial advisor to render the foregoing professional services.   In light of BRG's substantial experience and expertise and the complex nature of the Debtors' business and financial affairs, the Committee believes that BRG is well qualified to represent it in these bankruptcy cases and to provide such services in a cost-effective, efficient and timely manner.

8.      Notwithstanding anything in this Application to the contrary, BRG shall (i) to the extent that, with the prior written consent of the Committee, it uses the services of independent

contractors or subcontractors ("Contractors") in these cases, pass-through the cost of Contractors to the Debtors at the same rate that BRG pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflict checks as required for BRG; and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

## C.   Disinterestedness of Professionals

9.     To the best of the Committee's knowledge and based upon and subject to the disclosures made in the Galfus Affidavit filed contemporaneously herewith, BRG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code and the Committee is satisfied that (i) BRG represents no interest adverse to the Committee, the Debtors, their estates, or any other party in interest in the matters upon which it is to be engaged and that its employment is in the best interest of the estates; (ii) BRG and Managing Directors and Directors of BRG do not have any financial interest or business with the Debtors; (iii) BRG has no connection with the United States Trustee or any other person employed in the office of the United States Trustee; and (iv) BRG has no connection with the bankruptcy judge approving the employment of BRG as the Committee's financial advisor. BRG has not provided, and will not provide, any professional services to the Debtors, any other creditors, other parties in interest, or their respective attorneys and accountants with regard to any matter related to these Cases.

10.     From time to time, BRG may be asked to value and manage the liquidation of assets of investment funds.  Such investment funds could, from time to time, take positions in debt or equity of the Debtors, without BRG's knowledge or consent.  BRG has no pecuniary interest in such investment funds, nor will BRG profit from the value realized from the sale of their interests in the Debtors.  Under such circumstances, if BRG is providing valuation work on any debt or equity securities of the Debtors for any investment fund for the duration of this engagement, then the BRG employee undertaking such work will be restricted and have no

access to the confidential information of the Debtors.  Moreover, to the extent any employee of BRG is utilized by the Debtors for valuation expertise (and, accordingly, given access to confidential information of the Debtors), for the duration of this engagement that employee will not perform any valuation work on any debt or equity securities of the Debtors for any investment fund.

## D.      Professional Compensation

11.      BRG has advised the Committee, and the Committee has agreed, that BRG will charge hourly rates reflecting a fifteen percent (15%) discount from its standard hourly rates for professional services rendered, plus reimbursement of actual and necessary expenses incurred by BRG.  The professional fees shall be calculated by multiplying the hours worked by the discounted hourly billing rates in effect for the specific personnel involved.  The hourly rates charged by BRG for the services provided by its personnel differ based upon, among other things, each professional's level of experience, geographic differentials, and the types of services being provided. In the ordinary course of business, BRG periodically revises its hourly rates to reflect promotions and other changes in personnel responsibilities, increases in experience, and increases in the cost of doing business.  Actual and necessary expenses include, among other things, travel and lodging expenses, business meals, costs of reproduction, research, communications, our legal counsel, any applicable sales or excise taxes and other direct expenses.

12.      BRG has advised the Committee that its fees will be commensurate with the fees charged to its other clients and in other cases of this size (provided such clients are billed hourly).  BRG has also advised the Committee that it intends to make application to the Court for allowance of its fees. BRG's compensation for services rendered on behalf of the Committee shall be fixed by the Court after due application.  BRG intends to apply to the Court for

compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the terms of any order establishing procedures for interim compensation that may be entered in the Cases.

13.     For professional services, fees are usually based on BRG's standard hourly rates. As discussed and agreed to with the Committee, for purposes of this engagement, BRG has agreed to a 15% discount off of the standard hourly rates.   The proposed rates of compensation, subject to final Court approval, are the customary hourly rates in effect when services are performed by the professionals and paraprofessionals who provide services to the Committee. The current standard hourly rates for BRG personnel (prior to the agreed upon discount) are as follows:

|                      | 2018          |
|----------------------|---------------|
| Managing Director    | $675 - $995   |
| Director             | $505 - $740   |
| Professional Staff   | $260 - $510   |
| Support Staff        | $135 - $195   |

These hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised rates become effective.   The rates for the BRG professionals principally anticipated to be assigned to this engagement are as follows: Christopher Kearns ($995), David Galfus ($995), Richard Wright ($740), Brian Park ($360), and Aldo Dianderas ($275)  As discussed and agreed to with the Committee, for purposes of this engagement, BRG will discount its standard hourly rates by fifteen percent (15%).

14.     Consistent with the firm's policy with respect to its other clients, BRG will continue to charge the Committee for other services provided and for other charges and disbursements incurred in rendering services to the Committee.   These customary items include,

among other things, travel and lodging expenses, business meals, costs of reproduction, research, communications, our legal counsel, any applicable sales or excise taxes and other direct expenses. Internal costs or overhead cost and document production services (including regular secretarial and word processing time) will not be charged for separately.

15.    BRG will also request compensation for any time and expenses (including, without limitation, reasonable legal fees and expenses, except in the case of legal fees pertaining to any fee defense) that may be incurred in considering or responding to discovery requests or other requests for documents or information, or in. participating as a witness or otherwise in any legal, regulatory, or other proceedings, including, without limitation, those other than the instant matter, as a result of BRG's performance of these services.

16.    BRG acknowledges that neither the Committee, its constituents, nor any of its advisors or professionals (including, but not limited to Counsel), shall be liable for the fees, expenses or other amounts payable to BRG.

17.    Regardless of the time and manner of interim compensation, BRG understands that, subject to this Court's orders, BRG will be required to follow the procedures for final allowance of fees at the end of the bankruptcy cases.

18.    No promises have been received by BRG, nor any employee or independent contractor thereof, as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Except for internal agreements among the employees and independent contractors of BRG regarding the sharing of revenue or compensation, neither BRG nor any of its employees or independent contractors has entered into an agreement or understanding to share compensation with any other entity as described in Bankruptcy Rule 2016.

E.    **Indemnification Provision**

19.    The Engagement Letter provides that as a condition to BRG's employment, the Court will have entered an order providing BRG with an indemnity as detailed in the Engagement Letter (the "Indemnity").

20.    The Indemnity includes qualifications and limitations on the indemnifications and limitation on liability provisions that are customary in chapter 11 cases in New York. Accordingly, the Committee and BRG believe that the Indemnity is customary and reasonable for engagements of this type and should be approved.

21.    BRG acknowledges that neither the Committee nor any of its individual members shall have any liability for the Indemnity.

## NOTICE

22.    The Committee will provide notice of this Application to the following parties, or in lieu thereof, to their counsel, if known: (i) the Debtors; (ii) counsel to the Debtors; (iii) the Office of the U. S. Trustee; (iv) counsel to the Debtors' prepetition secured lenders; (v) counsel to the DIP Lenders; (vi) the Internal Revenue Service, the Securities and Exchange Commission, and any other federal, state, or local governmental agency to the extent required by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, or order of the Court; (vii) any other party who has filed a notice of appearance in the Case; and (viii) any other party entitled to notice pursuant to Bankruptcy Rule 2002 (the "Notice Parties").  The Committee respectfully submits that, in light of the nature of the relief requested, no further notice is necessary or required.

## NO PRIOR REQUEST

23.    No prior application has been made in this or any other court.

24.     The Committee submits that this Application does not present novel issues of law requiring the citation to any authority, other than the statutes and rules cited above and, accordingly, submits that no brief is necessary.

**WHEREFORE,** the Committee hereby respectfully requests that it be authorized to retain

and employ BRG as its financial advisor *nunc pro tunc* to September 6, 2018 and that BRG be

paid such compensation as may be allowed by this Court, and for such other further relief as is

deemed just and proper.

Dated: ~~September~~ October 2, 2018                Respectfully submitted,

                                                                    The Official Committee of Unsecured
                                                                    Creditors of Hooper Holmes, Inc. d/b/a
                                                                    Provant Health, *et al.*

                                                                    By: _____
                                                                         Jonathan O'Reilly
                                                                         *Authorized Signatory*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HOOPER HOLMES, INC.<br>D/B/A PROVANT HEALTH, et al,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 18-23302 (RDD)<br><br>(Jointly Administered) |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 6, 2018

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Hooper Holmes, Inc. d/b/a Provant Health, *et al*., as debtors and debtors-in-possession in these proceedings (the "Debtors"), for entry of an order authorizing the Committee to employ and retain Berkeley Research Group, LLC ("BRG") as financial advisor *nunc pro tunc* to September 6, 2018, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code; and upon the Affidavit of David Galfus of BRG (the "Galfus Affidavit") attached to the Application as **Exhibit B**; and the Court having reviewed the BRG engagement letter attached to the Application as **Exhibit C** (the "Engagement Letter"); and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and the Court being satisfied that notice of this Application and the opportunity for a hearing on this application was appropriate

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511).  The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS  66286.

under the particular circumstances and no further or other notice need be given; and the Court

being satisfied, based on the representations made in the Application and the Galfus Affidavit,

that BRG does not represent or hold any interest adverse to the Debtors or its estates as to the

matters upon which BRG has been and is to be employed, and that BRG is a "disinterested

person" as such term is defined in section 101(14) of the Bankruptcy Code; and the Court having

determined that the relief sought in the Application is in the best interests of the Committee, the

Debtors, their creditors, and all parties in interest; and this Court having determined that the legal

and factual bases set forth in the Application, in the Galfus Affidavit and at the hearing establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is hereby ORDERED that:

1.       The Application is GRANTED to the extent set forth herein.

2.       In accordance with sections 328(a) and 1103(a) of the Bankruptcy Code and

Bankruptcy Rule 2014, the Committee is authorized to employ and to retain BRG as its financial

advisor, *nunc pro tunc* to September 6, 2018, on the terms and conditions set forth in the

Application, in the Galfus Affidavit and in the Engagement Letter, provided that:

(a)      All requests for payment of indemnity, contribution, or otherwise pursuant to the

Engagement Letter shall be made by means of an interim or final fee application

and shall be subject to the approval of, and review by, the Court to ensure that

such payment conforms to the terms of the Engagement Letter, the Bankruptcy

Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the orders of this

Court, and is reasonable based on the circumstances of the litigation or settlement

in respect of which indemnity is sought; provided that in no event shall any

person be indemnified or receive contribution to the extent that any claim arose or

2

expense has resulted from any such losses finally judicially determined by a court of competent jurisdiction to have primarily resulted from the bad- faith, self-dealing, breach of fiduciary duty, if any, gross negligence, or willful misconduct on the part of that or any other person entitled to indemnity under the Engagement Letter.

(b)     In no event shall any person be indemnified or receive contribution or other payment under the indemnification provisions of the Engagement Letter if such person asserts a claim for, and the Court determines by final order that such claim primarily arose out of, such person's bad-faith, self-dealing, breach of fiduciary duty, if any, gross negligence, or willful misconduct on the part of that or any other person entitled to indemnity under the Engagement Letter.

(c)     In the event any person seeks reimbursement for attorneys' fees from the Debtors pursuant to the Engagement Letter, the invoices and supporting time records from such attorneys shall be annexed to BRG's own interim and final fee applications, and such invoices and time records shall be subject to the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York, dated January 29, 2013 (General Order M-447) ("Amended Guidelines"), the United States Trustee Fee Guidelines effective January 30, 1996 (the "UST Guidelines") and the approval of the Court under the standards of section 330 of the Bankruptcy Code without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

3

3.      BRG shall file interim and final fee applications for allowance of compensation and reimbursement of out-of-pocket expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (General Order M-412), the Amended Guidelines, the UST Guidelines, and any other Orders of the Court.

4.      Prior to any increases in BRG's rates, BRG shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtors have consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court.

5.      The Committee and BRG are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4

7.      This Court shall retain jurisdiction with respect to all matters arising from or

relating to the interpretation or implementation of this Order.


Dated: _____, 2018
            New York, NY


_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HOOPER HOLMES, INC. | Case No. 18-23302 (RDD) |
| D/B/A PROVANT HEALTH, et al,[1] |  |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF DAVID GALFUS IN SUPPORT OF THE APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF BERKELEY RESEARCH GROUP, LLC AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, *NUNC PRO TUNC* TO SEPTEMBER 6, 2018**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss.: |
| COUNTY OF BERGEN | ) |

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), **DAVID GALFUS**, being duly sworn, deposes and says:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm with offices located at 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663. I am duly authorized to make this affidavit on behalf of BRG. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511). The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286.

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other Managing Directors and

2.      I submit this Affidavit in support of the application ("Application")[3] of the Official

Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (collectively,

the "Debtors") seeking entry of an order authorizing the Committee to employ BRG as financial

advisor to the Committee, nunc pro tunc to September 6, 2018, pursuant to section 1103(a) of title

11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), and

pursuant to Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1.

3.      BRG is well-suited to act as financial advisor to the Committee in these Chapter 11

Cases. BRG is a multinational strategic advisory and consulting firm with approximately 1,100

professionals. BRG's Corporate Finance practice has acted as financial advisor, crisis manager, and

corporate officer in middle market to large multinational restructurings across a wide array of

industries, including pharmaceuticals. BRG's Corporate Finance practice has experience in

restructuring, transaction advisory, litigation support, solvency and valuation matters and has

provided a focus on viable solutions that maximize value for companies and creditors. BRG's

services include forensic analysis, plan development and implementation, and advice on sale/merger

transactions. Moreover, the Corporate Finance professionals at BRG have assisted and advised

debtors, creditors, creditors' committees, bondholders, investors, and others in numerous

bankruptcy cases, including Orexigen Therapeutics, Vitamin World, 21st Century Oncology

Holdings, Inc., Real Industry/ Real Alloy, Peabody Energy Corporation, M&G USA Corporation,

Nine West Holdings, Inc., Sabine Oil & Gas Corp, Molycorp Inc., Arch Coal Inc. Quicksilver

Resources, Inc., Reichhold Holdings US, Inc., Brookstone Holding Corp., MF Global Holdings,

Ltd., Refco, Inc., Chrysler (a.k.a. Old Carco LLC), Tropicana Entertainment, LLC, W.R. Grace,

Mirant Energy, Penson Worldwide, Collins & Aikman, AWI Delaware, Federal-Mogul, SemGroup,

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Nortel Networks Inc., and Calpine[4].

4.      On September 6, 2018, the Committee selected BRG to serve as its financial advisor, to perform financial advisory and litigation support services in connection with the Chapter 11 Cases. Since its retention by the Committee, BRG has become familiar with the Debtors' businesses and financial affairs and is therefore particularly qualified to serve as the Committee's financial advisor.

5.      BRG has agreed to provide financial advisory services to the Committee pursuant to the engagement letter between the Committee and BRG effective as of September 6, 2018 (the "Engagement Letter"), a copy of which is attached as Exhibit C to the Application.

6.      Notwithstanding anything in this Application to the contrary,  BRG shall:  (i) to the extent that, with the prior written consent of the Committee, it uses the services of independent contractors or subcontractors (the "Contractors") in these cases, pass through the cost of Contractors to the Debtors at the same rate that BRG pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflict checks as required for BRG; and (iv) file with the Court such disclosures required by Bankruptcy Rule 2014.

7.      The terms and conditions of BRG's proposed retention were negotiated between the Committee and BRG, and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.

8.      As discussed and agreed to with the Committee, for purposes of this engagement, and with respect to the services to be provided, BRG will be entitled to receive as compensation for its services, fees based on hours worked times rates, plus reimbursement of actual and necessary expenses incurred by BRG. As discussed and agreed to with the Committee, for purposes of this engagement, BRG will discount its standard hourly rates by fifteen percent (15%). Actual and necessary expenses include, among other things, travel and lodging expenses, business meals, costs

---

[4] The professionals were employed in certain of these engagements prior to joining BRG.

of reproduction, research, communications, our legal counsel, any applicable sales or excise taxes and other direct expenses. The current standard hourly rates for BRG are as follows:

|  | 2018 |
|---|---|
| Managing Director | $675 - $995 |
| Director | $505 - $740 |
| Professional Staff | $260 - $510 |
| Support Staff | $135 - $195 |

These hourly rates are subject to periodic adjustment, which shall be noted on the invoices for the first time period in which the revised rates become effective. The rates for the BRG professionals anticipated to be assigned to this engagement are as follows: Christopher Kearns ($995), David Galfus ($995), Richard Wright ($740), Brian Park ($360), and Aldo Dianderas ($275) As discussed and agreed to with the Committee, for purposes of this engagement, BRG will discount its standard hourly rates by fifteen percent (15%). We believe that our standard hourly rates are at or below those of firms we consider our peers.

9.      BRG intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules (including any order adopting any guidelines promulgated by the Office of the United States Trustee), the Engagement Letter, and any additional procedures that may be established by the Court in the Cases.

10.      BRG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code because BRG and its Managing Directors and Directors:

(a)      are not creditors, equity security holders or insiders of the Debtors;

(b)      are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtors; and

(c)      do not have an interest materially adverse to the interest of the Debtors'

estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

11.    Moreover, to the best of my knowledge, information and belief formed after reasonable inquiry, BRG and its Managing Directors and Directors have no interests that are materially adverse to the Debtors' estates or the creditors in these Cases.

12.    To determine BRG's relationship with the parties-in-interest identified by the Committee to BRG, in preparing this Affidavit, I caused the names of the parties set forth in Exhibit B-1, which is attached hereto, to be submitted to BRG's internal conflicts procedures. This list was compiled by reviewing various documents, submitted by the Debtors' counsel to the Court, including their retention documents. Accordingly, we are relying on the accuracy and completeness of the information in connection with our conflict review and disclosure. To the best of my knowledge, information and belief, neither I nor any other Managing Director or Director of BRG has any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which BRG is proposed to be employed, except that BRG has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest unrelated to the Debtors' cases. As set forth in Exhibit B-2, which is attached hereto, BRG has certain relationships with certain parties-in-interest in these cases, but such relationships are unrelated to either the Debtors or these cases.

13.    None of the engagements set forth in Exhibit B-2 are related to these cases.

14.    From time to time, BRG may be asked to value and manage the liquidation of assets of investment funds.  Such investment funds could, from time to time, take positions in debt or equity of the Debtors, without BRG's knowledge or consent.  BRG has no pecuniary interest in such investment funds, nor will BRG profit from the value realized from the sale of their interests

in the Debtors. Under such circumstances, if BRG is providing valuation work on any debt or equity securities of the Debtors for any investment fund for the duration of this engagement, then the BRG employee undertaking such work will be restricted and have no access to the confidential information of the Debtors. Moreover, to the extent any employee of BRG is utilized by the Debtors for valuation expertise (and, accordingly, given access to confidential information of the Debtors), for the duration of this engagement that employee will not perform any valuation work on any debt or equity securities of the Debtors for any investment fund.

15.     To the extent I discover any additional facts bearing on the matters described herein and required to be disclosed during the period of the Committee's retention of BRG, I will supplement the information contained in this Affidavit.

16.     To the best of my knowledge, BRG has not been engaged to assist any entity or person other than the Committee on matters relating to, or in connection with, these cases. If this Court approves the proposed employment of BRG by the Committee, then BRG will not accept any engagement or perform any services in these cases for any entity or person other than the Committee. BRG may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors in these cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these cases.

17.     I am not related or connected to and, to the best of my knowledge, no other Managing Director or Director of BRG is related or connected to any United States Bankruptcy Judge or District Judge for the Southern District of New York, or the United States Trustee for the Southern District of New York or to any employee in the offices thereof.

18.     No promises have been received by BRG nor any employee or independent contractor thereof as to payment or compensation in connection with these cases other than in

accordance with the provisions of the Bankruptcy Code. Except for internal agreements among the employees and independent contractors of BRG regarding the sharing of revenue or compensation, neither BRG nor any of its employees or independent contractors has entered into an agreement or understanding to share compensation as described in Bankruptcy Rule 2016.

19.    The foregoing constitutes the statement of BRG pursuant to sections 504 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 5002, and Local Rule 2014-1.

David Galfus

Sworn to before me this

28 th day of September , 20 18

Notary Public

IDA C MOSCATELLO
ID # 2401877
NOTARY PUBLIC
STATE OF NEW JERSEY
My Commission Expires November 1, 2020

**Exhibit B-1**

**List of Potential Parties in Interest**

**Debtors**
Accountable Health Solutions, LLC
Hooper Distribution Services, LLC
Hooper Holmes, Inc.
Hooper Information Services, Inc.
Hooper Kit Services, LLC
Hooper Wellness, LLC
Provant Health Solutions, LLC

**Customers**
Abt Asscociates
Add Health DUA (Carolina Population Center)
Aetna
Andrews Kurth LLP
Anheuser-Busch, LLC
Aqua-Chem, Inc.
Arkos Field Services
Awana
Beaver Dam
Benefit Source Inc.
Benicomp Advantage, Inc
Best, Best & Krieger LLP
BIOIQ
BOINGO
Boscov's Department Store, LLC
Business Health Services
Cargill, Incorporated
Castlight Health, Inc
CCS Medical
Children's Health System of Te
Chrysler
City of Olathe
Clariant Corporation
Clinical Reference Laboratory
Cloudera, Inc
Community Hospital Corp.
ConAgra Foods, Inc.
Conoco Phillips Company
Continental Benefits
Crossmark
CSM Bakery Solutions LLC
Damage Control & DC Restoration
Disney
Diversified Communications
Donan Engineering Co, Inc.

Doylestown Health
Duquesne Light Holdings, Inc.
Elbit Systems of America
Emser Tile
Ernst & Young
Fikes Wholesale, INC.
FM Global
Fortinet, INC.
Good Shepherd Health System
GP Strategies
Graymont, Inc.
Group & Pension Administrators
Hallmark
Hasbro
Health Catalyst
HEALTHCHECK 360
HealthNow Claims Billing
HealthNow New York Inc.
Healthways Inc
Henkel Corporation
Hilcorp Energy Company
Hill View Retirement Center
Hillman Group
Hodges-Mace, LLC
Holmes Murphy & Assoc
Hormel Foods Corporation
HPN Worldwide
Hub International Limited
Humana
Incentisoft
Intercontinental Hotel Group
Iron Workers Local No 8
Jenny Craig
Jewish Federation of
JP Morgan Chase & Co.
Kaman Corp
Kenny Pipe & Supply, Inc.
Lennox International
Lereta Tax & Flood Services
LHOIST North America
Limeade
Little Rock Christian Academy
Lumentum Operations, LLC
Lytx, Inc
Main Line Health

Maxim Integrated
Mediation Arbitration Professional Systems, Inc.
Medical Mutual
Medical Mutual of Ohio
Medline
Meredith Corporation
Meriter Health Services
MidAmerican Energy Pacificorp
Miraca Life Sciences
Mitchell International
MMO Brewer-Garrett
MMO Universal Metal Products
MMO West Geauga
Momentum Health
Moody Bible Institute
Moran Towing Corporation
Mountain Management Services
MYND Analytics
National Gypsum Company
NCR Corporation
NEXANS USA INC.
Nippon Life Benefits
Noble Group
Nokia USA
Norbord, Inc.
NORDAM
Norris Asphalt Paving Co.
Northwest Smiles
OB Sports
Ohio Insurance Serv.
Optimum Health Solutions
Oriental Trading Company
ORRIANT
Paradigm Services Group, LLC
PG & E Corporation
Pinnacle Entertainment
Pioneer Natural Resources
PLC Medical Services
Polsinelli
Progressive
Prominence Health Plan
Raytheon
Red Cedar Services, Inc.
RedBrick Health Corporation
Reddy Ice Holdings, Inc.
Reliance Steel & Aluminum Co.
RESECO Advisors
RH - Cordevall L.P.
RH - RHR California Services
RH - Rosewood Washington D.C.

RH - The Carlyle LLC
Rich Products Corporation
Rosewood Hotel GROUP
RSI Home Products
Sanmina Corporation
SC Johnson
Service Experts LLC
Shelton School
Solis Mammography
St Charles Healthy System, INC.
State of Rhode Island
Stimson Lumber
Systemax
Telligen, Inc
Texas Health Partners Diag.
Texas Health Presbyterian Hosp
The Brandt Companies, LLC
THHMHS-TX Health Partners
THOMPSON COBURN, LLP
THPHR-TX HEALTH PARTNERS
Travel and Transport
TRIHYDRO
Tronox Inc.
TSG Resources
Ubuntu International
Ultra Electronics, Inc.
UMR
United Technologies Corp
University of Michigan
University of Pittsburgh
University of Washington
US Healthworks
Valley Schools Employee
Wabash National
Waters Technologies
WellnessFX
Welltok
Westat
Wilsonart

**Vendors**
200 NNH, LLC
96-OP PROP, LLC
AbeTech, Inc.
Access Corp.
Accounting & Advisory Services
Accounting Principals
ADP
AG RX
AIG

AirWatch, LLC
Allied Global Services, LLC
Alphagraphics
American Box Company
American Driving Records
American Express
American Marking Systems
American Proficiency Institute
American Stock
Anderson & Kreiger LLP
Answer Connect
Aramark Uniform Services
Archive Systems, Inc
Ariba, Inc.
Arkey Green
Arrowhead Scientific, Inc.
Assurebridge, Inc.
AT&T Corp.
Atrion Inc./Carousel
Automated Packaging Systems
AVIOQ, INC
AXA Financial, Inc.
Ballast Lane Applications
Bell Medical Services, Inc.
Best Brew Coffee
BioWaste, LLC
Blue Cross Blue Shield of KC
Borzal Consulting, Inc.
Boundless Network Inc.
Boyd Total Delivery Systems
Brand Registration Office
Brillio, LLC
Broadridge Investor Communication Solutions, Inc.
Brooke Army Medical Center
Brunos Semi Trailers
Bublitz Material Handling
California State Controller
Canon Financial Services, Inc.
Canon Solutions America
Cantor Fitzgerald & Co.
CARDINAL HEALTH
Career Builder
Carella, Byrne, Cecchi, Olstein, Brody & Agnello,
    P.C.
Carenet Healthcare Services
Cavern Technologies
CBIZ MHM, LLC
Century Equity Partners
Century Link
Cerner Corp

Certified Languages Intern'l
Certified Web Serv
Cervenka Green Antonelli LLC
CFGI, LLC
Chaffee Lock & Key
Chasadee Davis
Chin & Curtis LLP
Choate Hall & Stewart LLP
Cintas Corporation #0479
Cintas Corporation #430
Cintas First Aid & Safety
Cisco Capital
Cisco Systems Capital Corp
City of Warwick Tax Collector
City Wide Maintenance
City Wide Maintenance Co., Inc
Clifford Power Systems, Inc.
Clinical Reference Laboratory
Cobb Refrigeration LLC
Colorado Dept of Labor
Comcast
Compass IT Compliance
Computershare Governance Services Inc.
Concentra
CONCENTRA - RI
Concur Technologies, Inc.
Confluence Health
Conga Composer
Connecticut DOR
Consolidated Communications
COR Prominence, LLC
COREMEDICA Laboratories INC
Cox Communications
Coyote Logistics LLC
Crosstown Press
Crown Packaging
CT Corporation
CVS Pharmacy
Dallas County Tax Office - John R. Ames
Databank IMX LLC
DCL
DCL INC.
DE LAGE LANDEN
Delaware Department of Labor
Delaware DOL
Dell Financial Services
Department of Ecology - State of Washington
Department of Employment Services - Washington,
    DC
Department of Labor and Industries - Seattle

Department of the Air Force

Department of Workforce Dev.

Dept of Labor & Industries

Dept of Workforce Services

Dhruv Technology Solutions Inc

Dickinson Company

Direct Communications

Discount Drug Mart, Inc.

Discovery Benefit Claim Fund

DiscoveryOrg LLC

District of Columbia

Doucet Consulting

Dr. David Ashley

EASYPERMIT POSTAGE

ecfirst.com

EGENCIA

Eliassen Group LLC

EMMA INC

Engage Mobile

Engage2Excel

Enrageous DESIGN

ENTERPRISE RENT-A-CAR

Equifax Consumer Services

Eurus Technologies LLC

Evergreen Clinic

EXAMPLUS

Favorite Healthcare Staffing

FaxLogic, LLC

FedEx

First Object, Inc

Fisher Health Care

Fisher Healthcare

Florida Dept of Revenue

Foley & Lardner LLP

Folio Investments, Inc

Ford Credit

Form Swift

FRANK BAZOS

Frontier Communications

GBF, INC

Gem Mechanical Services, Inc.

Georgia Department of Revenue

GO2 PARTNERS/LAB MEDIA

GoldFax

Grant Thornton LLP

GRAVES GILBERT CLINIC

GRAY, BARBARA GAIL

Greenwich Mills, LLC

Group Dynamic Inc

Haldex

Hallmark

Hammel Scale of Kansas City

Hanson Medical Services, Inc

Hanson Medical Systems

HARLA SOMERS

Health Enhancement Research Or

Health Enhancement Systems

HEALTHCARE PARTNERS

HEALTHNOW NEW YORK, INC.

HEALTHPARTNERS

Healthwise, Inc

Hewlett Packard

HNI Corporation

HOME ACCESS HEALTH CORPORATION

Hostway

IBM CORPORATION

Ice Systems, Inc

IMAGE QUEST

InCorp Services, Inc.

Indeed

INDEED, INC

Indiana Dept of Revenue

INGERSOLL RAND

Inmark LLC

Insight Direct USA, Inc.

Integrated Benefits Institute

INTEGRITY PRODUCTS, INC.

International Translation Serv

IOD Incorporated

IPSWITCH, INC.

Iron Mountain Inc.

J. Black Associates

JACKSON LEWIS P.C.

JAMES PRINTING

JIM FOREMAN

JMS ADVISORY GROUP, LLC

Johnson Controls

Johnson County Treasurer

Karen J. Fong, LLC

KC Series of Lockton Companies

KCP&L

KENAI DESIGN STUDIO

Konica Minolta

Labcorp

Laboratory Corporation

LARRY FERGUSON

LAWRENCE PAPER CO.

Liberty Cleaning Company

LIFESECURE INSURANCE COMPANY

LOCKTON COMPANIES

Lori Dustin
Louisiana Dept of Revenue
Lutheran Family Services of Nebraska
Massachusetts Dept of Revenue
MEARA WELCH BROWNE, P.C.
MEDASSURE
Mediant Communications Inc.
Medical Staffing Network
MEDIPURPOSE, INC
MEDLINE INDUSTRIES, INC
MEDLINE INDUSTRIES, INC.
MERCY MEDICAL SERVICES
MEREDITH CORPORATION
Michael McEachern
MICROSOFT
Microsoft Corporation
MIDWEST SIGN COMPANY
Millennium Consulting
MinuteClinic Diagnostic
MISSISSIPPI DEPT OF REVENUE
MISSOURI DIVISION EMPLOYMENT
MONTANA DEPARTMENT OF REVENUE
Moore Medical
Muto Advisors, LLC
NASDAQ CORPORATE SOLUTIONS LLC
National Grid
NaviSite, LLC
ND Data Group of RI
Netanium
New England Employee Benefits Council
NEW MEXICO TAXATION AND
NEXLINK COMMUNICATIONS
North Dakota Office of State
NYS Estimated Corporation Tax
NYSE Market
NYSIF Disability Benefits
Occupational Health Centers of the Southwest, P.A.
Office Team
OHIO ATTORNEY GENERAL
OMNI COLOR PRINTING
OmniColor
OMNICOLOR PRINTING
Optisom, LLC
ORASURE TECHNOLOGIES, INC.
Oregon Department of Revenue
ORKIN INC.
PARCEL AUDIT PROS INC.
PAUL DAOUST
PDHI
PENNSYLVANIA DEPT OF HEALTH

Pitney Bowes
PITNEY BOWES GLOBAL FINANCIAL
PMCM, LLC
Pocatello Community Care
PR Newswire Association LLC
PROPIO LANGUAGE SERVICES
Publix Super Markets, Inc.
Purchase Power - Pitney Bowes
PWC PRODUCT SALES LLC
Quality Systems Inc
Quest Diagnostics
R&L Carriers
Regus Management Group LLC
reSourcing, LLC
RGH OCCUPATIONAL MEDICINE
RIBGH
Ricoh USA
Ricoh USA, Inc
ROCHE DIAGNOSTICS
ROCHESTER REGIONAL HEALTH
ROCK CREEK FAMILY MEDICINE
RONALD APRAHAMIAN
RSM US LLP
RSUI GROUP, INC.
RUBIN BROWN LLP
Safia Berrefas
SAGE CHECKS & FORMS
Salesforce.com Inc
Sansiveri, Kimball & Co. LLP
Sarah Strahm
SAVVIS
SCITECK DIAGNOSTICS
Security Equipment, Inc
SHI International Corp
Shred-IT USA
SHRED-IT USA LLC
Silkroad
SILVER PINE MEDICAL GROUP
SIMPLEXGRINNELL
SM Berger & Company
Smart ERP Solutions Inc
Software Quality Assc, LLC
SOLOMON PAGE GROUP LLC
South Carolina Dept of Revenue
Southwest Cabling. LLC
Spencer Fane Britt & Browne
Sprint Corporation
Starpoint Solutions, A Yoh Company
STATE OF NEW JERSEY
STERICYCLE, INC.

SurveyGizmo
SYSTEM ID WAREHOUSE, INC
Take Care Health Pennsylvania
TEKSYSTEMS, INC.
Temp-Con
TENNESE DOR
THE DOCTORS' CLINIC
The Employment Security Division - Nevada
The Executive Search Group
THE LAWRENCE PAPER COMPANY
THERMOSAFE BRANDS
THOMAS WATFORD
TLC HomeCare & Nursing
TRANSWORLD SYSTEMS INC.
TRANSYSTEMS CORPORATION
Twine Health
ULINE
UMB Bank, N.A.
UNITED HEALTHCARE
UNITED OFFICE PRODUCTS
United Parcel Service
US Bank Equipment Finance
US Cloud LC
US POSTAL SERVICE - OLATHE
US POSTAL SERVICE - SHAWNEE
Utah State Tax Commission
VAR Technology Finance
Ventura County Environmental Health Division
VERITIV
Verizon Communications
Verizon Fios
Verizon Wireless
VERMONT DEPARTMENT OF LABOR
VICKY SAVAS, M.D.
Vision Service Plan
VOLK & BELL BENEFITS
Voya Financial
VWR INTERNATIONAL INC
W.W. Grainger
Waikato Inc
Walgreens
Waste Management
WASTE MANAGEMENT OF RI
WELCOA
Wellness Corporate Solutions
Wellness Layers Inc.
Wellsource, Inc.
West Unified Communications
WILBURN MEDICAL USA
Windstream Enterprise

WORKIVA INC.
Yellow Pages United
Zacks Investment Research
Zipongo, Inc.
ZURICH NORTH AMERICA INSURANCE

### Litigation & Accruals

Abriella Lanier
Accountable Health Solutions
Antonio Ornelas
AT&T Corp.
Cantor Fitzgerald & Co.
Cleaning Up, LLC
College Crossing EFGH, LLC
Engage 2 Excel
F.D.I Medical/Fitness Distributors
FedEx
Fisher Scientific
Gina Dykes and Jeffery Dykes
Hanson Medical
Henry Dubois
Labcorp
Litigation & Accruals
Millennium Consulting
Optisom, LLC
Richa Ahula
Ruan (Des Moines Lease)
Wellness Corporate Solutions
Zipongo, Inc.

### Real Estate

96-OP PROP, LLC
Greenwich Mills, LLC
National Grid
Qvidian Corporation

### Capital Leases

Cisco

### Secured Debt

Century Equity Partners
CNH Finance, LP
SWK Holdings Corporation

### Professional Firms

Brown Rudnick LLP
Burns & Levinson
CBIZ (Mayer Hoffman McCann P.C.)
Foley
Mike MacKeen

Mike McEachern
Phoenix Management
Raymond James
Rick Darer
SpenserFane
Westport Equity Partners

**Director and Officers**

Chuck Gillman
David Ashley M.D. MBA
Dr. Elaine Rigolisi
Ernie Sifford
Frank Bazos
Gus D. Halas
Heather Provino
Henry E. Dubois
James E. Fleet
James Foreman
Kevin T. Johnson
Larry Ferguson
Marc Salois
Mark Clermont
Mark J. Emkjer
Paul Daoust
Ronald V. Aprahamian
Steven R. Balthazor
Thomas A. Watford
Thomas Basiliere
Tom Collins
Tracy Bradford
Tracy D. Mackey

**Shareholders**

Aracle SPF V, LLC
Bard Associates, Inc.
Brio Capital Mgmt
John Pappajohn
Lincoln Park Capital
Wellfleet (Mark Lev)
WH-HH Holdings

**Unsecured Creditor**

Abriella Lanier
Allied Global Services, LLC
American Express
AT&T Corp.
Blue Cross Blue Shield of KC
Cantor Fitzgerald & Co.
Clinical Reference Laboratory
College Crossing EFGH, LLC

Eliassen Group LLC
Engage2Excel
FedEx
Grant Thornton LLP
Hallmark
Hanson Medical Systems
Henry Dubois
Laboratory Corporation
MinuteClinic Diagnostic
Moore Medical
ND Data Group of RI
Netanium
NYSE Market
Optisom, LLC
Quest Diagnostics
Richa Ahuja
Salesforce.com Inc
Spencer Fane Britt & Browne
Steven Balthazor
United Parcel Service
Wellness Corporate Solutions
Zipongo, Inc.

**Committee Member**

MinuteClinic, L.L.C. (CVS Health)
Moore Medical
ND Data Group of RI d/b/a New Directions

**Bankruptcy Judges**

Cecelia G. Morris
James L. Garrity Jr.
Martin Glenn
Mary Kay Vyskocil
Michael E. Wiles
Robert D. Drain
Robert E. Grossman
Sean H. Lane
Shelley C. Chapman
Stuart M. Bernstein

**US Trustee's Office**

Amanda Cassara
Andrea B. Schwartz
Andy Velez-Rivera
Benjamin J. Higgins
Brian S. Masumoto
Cheuk M. Ng
Danny A. Choy
Ercilia A. Mendoza
Greg M. Zipes

Ilusion Rodriguez

Linda A. Riffkin

Maria Catapano

Mary V. Moroney

Nadkarni Jospeh

Paul K. Schwartzberg

Richard C. Morrissey

Serene Nakano

Shannon Scott

Susan Arbeit

Sylvester Sharp

Victor Abriano

WILLIAM K. HARRINGTON

**Governmental Entities**

Securities and Exchange Commission

Texas Tax Comptroller.

## Exhibit B-2

**Parties in interest, or affiliates thereof that currently engage, or are
serving in matters with BRG, sorted by their relationship to the Debtor, that
are unrelated to these Cases, are as follows:**

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Aetna | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Andrews Kurth LLP | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Awana | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Best, Best & Krieger LLP | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Chrysler | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Conoco Phillips Company | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Disney | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Diversified Communications | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Elbit Systems of America | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Ernst & Young | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| FM Global | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Hallmark | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| HealthNow New York Inc. | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Henkel Corporation | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Hub International Limited | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Humana | Customers | Current client of BRG; work for Humana accounts for just slightly over 1% of BRG's revenue in the trailing 12 months; work done for party in interest is unrelated to the Debtors |
| JP Morgan Chase & Co. | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Lumentum Operations, LLC | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Lytx, Inc | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Maxim Integrated | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Medical Mutual of Ohio | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Medline | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Meredith Corporation | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| NCR Corporation | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Noble Group | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Nokia USA | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| PG & E Corporation | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Pinnacle Entertainment | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Polsinelli | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Progressive | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Raytheon | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Rich Products Corporation | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Sanmina Corporation | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| SC Johnson | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| State of Rhode Island | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Telligen, Inc | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| The Brandt Companies, LLC | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Thompson Coburn, LLP | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| University of Michigan | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| University of Pittsburgh | Customers | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| University of Washington | Customers | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Accounting Principals | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| ADP | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| AIG | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| AirWatch, LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| American Express | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| American Stock | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Aramark Uniform Services | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| AT&T Corp. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Blue Cross Blue Shield of KC | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Boundless Network Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| California State Controller | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Canon Financial Services, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Canon Solutions America | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cantor Fitzgerald & Co. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cardinal Health | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Century Link | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Choate Hall & Stewart LLP | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Cintas Corporation #0479 | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cintas Corporation #430 | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cisco Capital | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cisco Systems Capital Corp | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| City of Warwick Tax Collector | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Comcast | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Concur Technologies, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Consolidated Communications | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cox Communications | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Coyote Logistics LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| CT Corporation | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| CVS Pharmacy | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| De Lage Landen | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Delaware Department of Labor | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Delaware DOL | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Dell Financial Services | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Department of Labor and Industries - Seattle | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Department of Ecology - State of Washington | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Department of the Air Force | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Department of Workforce Dev. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Dept of Labor & Industries | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Dept of Workforce Services | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Dickinson Company | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| District of Columbia | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Egencia | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Enterprise Rent-A-Car | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Equifax Consumer Services | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| FedEx | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Fisher Health Care | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Florida Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Foley & Lardner LLP | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Ford Credit | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Frontier Communications | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Georgia Department of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Grant Thornton LLP | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Hallmark | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Healthcare Partners | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Healthnow New York, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Healthpartners | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Hewlett Packard | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| IBM Corporation | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Indeed | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Indiana Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Ingersoll Rand | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Insight Direct USA, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Iron Mountain Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Jackson Lewis P.C. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Johnson Controls | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Johnson County Treasurer | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| KCP&L | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Konica Minolta | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Labcorp | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Laboratory Corporation | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Lockton Companies | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Lori Dustin | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Louisiana Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Massachusetts Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Medline Industries, Inc | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Medline Industries, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Mercy Medical Services | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Meredith Corporation | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Microsoft | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Microsoft Corporation | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| MinuteClinic Diagnostic | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Mississippi Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Missouri Division Employment | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Montana Department of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| NASDAQ Corporate Solutions LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| National Grid | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| New Mexico Taxation And | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| North Dakota Office of State | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| NYS Estimated Corporation Tax | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| NYSIF Disability Benefits | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Office Team | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Ohio Attorney General | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Oregon Department of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Pennsylvania Dept of Health | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Pitney Bowes | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Pitney Bowes Global Financial | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| PR Newswire Association LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Publix Super Markets, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| PWC Product Sales LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Quest Diagnostics | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| R&L Carriers | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Ricoh USA | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Roche Diagnostics | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| RSM US LLP | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| RSUI Group, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Salesforce.com Inc | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Security Equipment, Inc | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| SHI International Corp | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Shred-IT USA | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Shred-it USA LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Silkroad | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Simplexgrinnell | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Solomon Page Group LLC | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| South Carolina Dept of Revenue | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Sprint Corporation | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Starpoint Solutions, A Yoh Company | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| State of New Jersey | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Stericycle, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Teksystems, Inc. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| The Employment Security Division - Nevada | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Uline | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| UMB Bank, N.A. | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| United Healthcare | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| United Parcel Service | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| US Bank Equipment Finance | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| US Postal Service - Olathe | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| US Postal Service - Shawnee | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Utah State Tax Commission | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Ventura County Environmental Health Division | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Veritiv | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Verizon Communications | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Verizon Fios | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Verizon Wireless | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Vermont Department of Labor | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Vision Service Plan | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Voya Financial | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| VWR International Inc | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| W.W. Grainger | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Walgreens | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Waste Management | Vendors | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| West Unified Communications | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Wilburn Medical USA | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Zurich North America Insurance | Vendors | Party in interest in a BRG active matter that is unrelated to the Debtors |
| AT&T Corp. | Litigation & Accruals | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Cantor Fitzgerald & Co. | Litigation & Accruals | Party in interest in a BRG active matter that is unrelated to the Debtors |
| FedEx | Litigation & Accruals | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Fisher Scientific | Litigation & Accruals | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Labcorp | Litigation & Accruals | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| National Grid | Real Estate | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Cisco | Capital Leases | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Brown Rudnick LLP | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Burns & Levinson | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| CBIZ (Mayer Hoffman McCann P.C.) | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Foley | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Phoenix Management | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Raymond James | Professional Firms | Party in interest in a BRG active matter that is unrelated to the Debtors |
| American Express | Unsecured Creditor | Party in interest in a BRG active matter that is unrelated to the Debtors |
| AT&T Corp. | Unsecured Creditor | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Blue Cross Blue Shield of KC | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Cantor Fitzgerald & Co. | Unsecured Creditor | Party in interest in a BRG active matter that is unrelated to the Debtors |
| FedEx | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Grant Thornton LLP | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Hallmark | Unsecured Creditor | Party in interest in a BRG active matter that is unrelated to the Debtors |
| Laboratory Corporation | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| MinuteClinic Diagnostic | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Quest Diagnostics | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Salesforce.com Inc | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| United Parcel Service | Unsecured Creditor | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| MinuteClinic, L.L.C. (CVS Health) | Committee Member | Current client of BRG; work done for party in interest is unrelated to the Debtors |

| Name (Party in Interest) | Relationship to Debtor | Relationship to BRG |
|---|---|---|
| Moore Medical (McKesson Corp) | Committee Member | Current client of BRG; work done for party in interest is unrelated to the Debtors |
| Securities and Exchange Commission | Governmental Entities | Party in interest in a BRG active matter that is unrelated to the Debtors |

# EXHIBIT C



Effective as of September 6, 2018

**Official Creditors' Committee of Hooper Holmes Inc. d/b/a Provant Health, et al.**

Re:   Engagement Letter Regarding *In re Hooper Holmes, Inc. d/b/a Provant Health, et al.*, Case No. 18-23302

This letter agreement (the "Agreement") confirms the terms under which the Official Committee of Unsecured Creditors of *In re Hooper Holmes, Inc. d/b/a Provant Health, et al.* (the "Committee") has engaged Berkeley Research Group, LLC ("BRG"), effective as of September 6, 2018 (the "Effective Date"), to provide financial advisory services to the Committee in connection with the Chapter 11 cases (the "Cases") of Hooper Holmes, Inc. d/b/a Provant Health and its affiliated debtors and debtors-in-possession (the "Debtors"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

1.   **Services**

All of the services that BRG will provide to the Committee will be: (i) appropriately directed by the Committee, and (ii) performed in accordance with applicable standards of the profession. BRG will provide such financial advisory services to the Committee and Brown Rudnick LLP ("Brown Rudnick" and/or "Counsel"), its legal advisor, as they deem appropriate and feasible in order to advise the Committee in the course of the Case, including but not limited to the areas listed below. BRG intends to regularly communicate with the Committee and Brown Rudnick to ensure that the actual financial advisory services performed are appropriate based on the status of the Cases and needs of the Committee. BRG will coordinate the execution of its services with Counsel to avoid any duplication of effort.   The areas noted below may be modified during the course of the Cases as appropriate in consultation with the Committee.

   a) Advising and assisting the Committee with respect to any debtor-in-possession financing arrangements and/or use of cash;

   b) Providing the Committee assurance of the Debtors' compliance with the approved uses of cash collateral;

   c) Reviewing cash disbursements and capital requirements on an on-going basis for the period subsequent to the commencement of the Cases;

   d) Advising and assisting the Committee and Counsel in reviewing and evaluating any court motions, applications, or other forms of relief, filed or to be filed by the Debtors, or any other parties-in-interest;

   e) Evaluating relief requested in cash management motion, including proper controls related to financial transparency into intercompany transactions;



f) Assisting Counsel in the investigation of properly perfected liens, including performing cash tracing and establishing identifiable collateral proceeds, if any;

g) Monitoring and critically challenging the asset sale process or processes conducted by the Debtors;

h) Advising and assisting the Committee in identifying and/or reviewing any preference payments, fraudulent conveyances, and other potential causes of action that the Debtors' estates may hold against insiders and/or third parties;

i) Analyzing both historical and ongoing related party transactions of the Debtors and non-Debtor affiliates;

j) Providing electronic forensic assistance as necessary;

k) Advising and assisting the Committee in its analysis and monitoring of the Debtors' and non-Debtor affiliates' historical, current, and projected financial affairs, including, SEC filings, schedules of assets and liabilities and statement of financial affairs;

l) Monitoring the Debtors financial performance relative to projections to enable the Committee to evaluate any relevant operational issues and validate underlying operational and financial business plan assumptions against historical financial and cash flow performance;

m) Analyzing the Debtors' and non-Debtor affiliates' assets and possible recoveries to creditor constituencies under various scenarios;

n) Monitoring Debtors' claims management process, including analyzing claims and guarantees, and summarizing claims by entity

o) Reviewing and providing analysis of any bankruptcy plan and disclosure statement relating to the Debtors including, the assessment of projections to ensure any plan or reorganization is supported by a credible business plan/projections, and if applicable, the development and analysis of any bankruptcy plans proposed by the Committee;

p) Advising and assisting the Committee in its assessment of the Debtors' employee needs and related costs;

q) As appropriate and in concert with the Committee's other professionals, analyzing any prior sale or purchase processes and transactions and assessing the reasonableness of the process and the consideration received;

r) Working with the Debtors' advisors to ensure that any restructuring or sale transaction is structured to minimize tax liabilities to the estate; and



s)  Performing other potential services, including: rendering expert testimony, issuing expert reports and or preparing litigation, valuation and forensic analyses that have not yet been identified but as may be requested from time to time by the Committee or Counsel.

In addition to services related to these areas, we understand that we may be requested to participate, at your request and to the extent appropriate, in meetings and discussions with the Committee, the Debtors, and the other parties-in-interest and with their respective professionals.

2.  **Work Product**

BRG will submit its evaluations and analyses pursuant to this engagement in periodic oral or written reports.  Before submitting our reports to you, it may be necessary and appropriate for us to review certain information with management or the advisors of the Debtors for accuracy and validity.  Written reports will not be given to the Debtors without your prior approval.

3.  **Debtors' Cooperation**

In order for us to perform our services, it will be necessary for our personnel to have access to certain books, records and reports of the Debtors and certain non-Debtor subsidiaries, and have discussions with their personnel and advisors. Accordingly, we assume that the Debtors have agreed to cooperate with our personnel, and to make available their personnel and any books, records and other sources from which data can be obtained.

4.  **Effect on Operations**

We will perform our services in a manner which, we believe, will permit the business operations of the Debtors to proceed in an orderly manner, subject to the requirements of this engagement; our personnel may need to be on site to review data located at the offices of the Debtors and to discuss matters with their personnel.

5.  **Disclaimers Regarding Verification, Audit, Reliance, Scope and Update**

Our reports will encompass only matters that come to our attention in the course of our work that we perceive to be significant in relation to the objectives of our engagement. Because of the time and scope limitations implicit in our engagement and the related limitations on the depth of our analyses and the extent of our verification of information, we may not discover all such matters or perceive their significance. Accordingly, we will be unable to and will not provide assurances in our reports concerning the integrity of the information used in our analyses and on which our findings and advice to you may be based.  We understand, and you acknowledge, that we are not being requested to perform an audit nor apply generally accepted auditing standards or procedures. We understand, and you acknowledge, that we are entitled, in general, to rely on the accuracy and validity of the data disclosed to us or supplied to us by employees and representatives of the Debtors. We will not, nor are we under any obligation to, update data submitted to us or review any other areas unless you specifically request us to do so.

6.  **Level-of-Effort**



Our work will be performed on a "level-of-effort" basis; that is, the circumstances of our engagement may cause our advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period.

7.   **Committee Engagement**
BRG is providing its services as the financial advisor to the Committee, and is not providing any services on behalf of the individual members of the Committee. To the extent any issue arises as to the scope, nature or substance of BRG's analysis, BRG and the Committee, with the advice of Counsel, shall in good faith work to mutually resolve such issue.

8.   **Client Confidentiality**
We understand that the Committee has agreed to treat any information received from BRG, whether orally or in writing, with the utmost confidentially and, except as provided in this letter, will not publish, distribute or disclose in any matter any information developed by or received from us without our prior or written approval.  Such approval shall not be unreasonably withheld.  Our approval is not needed if (a) the information sought is required to be disclosed by an order binding on the Committee, Committee counsel, or BRG, issued by a court having competent jurisdiction over BRG (unless such order specifies that the information to be disclosed is to be placed under seal), (b) such information is otherwise publicly available, or (c) such information is shared with you by the Debtors.

If access to any of the materials in our possession relating to this engagement is sought by a third party, we will promptly notify you of such action, tender to you our defense responding to such request, and cooperate with you concerning our response thereto. In the event that we are subpoenaed as the result of any work performed for you in connection with this engagement, you agree that you will compensate us for our time involved, plus our reasonable attorneys' fees and expenses, in responding to such subpoena(s).

9.   **BRG Confidentiality**
We agree that all information, not publicly available, which is received by us from you or the Debtors in connection with this engagement, will be treated confidentially by BRG, except as required by an order, subpoena or similar legal requirement binding on BRG issued by a court or administrative body of competent jurisdiction (subject to the terms set forth below) or as authorized by you in writing.

10.  **Fees and Expenses**
BRG's fees are typically based on the actual hours charged at our standard hourly rates, which are in effect when the services are rendered. Hourly rates may change in the future from time to time and are typically adjusted annually. The rates charged by BRG professionals, before the agreed upon discount, are currently as follows:

|                    |                |
|--------------------|----------------|
| Managing Director  | $675 - $995    |
| Director           | $505 - $740    |
| Professional Staff | $260 - $510    |



Support Staff          $135 - $195

The rates for the BRG professionals principally anticipated to be assigned to this engagement are as follows: Christopher Kearns ($995), David Galfus ($995), Richard Wright ($740), Brian Park ($360), and Aldo Dianderas ($275).   As discussed and agreed to with the Committee, for purposes of this engagement, BRG will discount its standard hourly rates by fifteen (15%) percent.

In addition, BRG will be reimbursed for our reasonable, direct, out-of-pocket expenses including, but not limited to, travel and lodging expenses, costs of reproduction, research, communications, our legal counsel, any applicable sales or excise taxes, and other direct expenses.

Further, in the event we are requested to produce any documents or to provide testimony at or in connection with any a judicial or administrative proceeding relating to this matter (pursuant to subpoena, legal process, or otherwise), BRG will be reimbursed at standard billing rates for all professional time and expenses, including reasonable attorneys' fees, incurred in preparing for and responding to such requests for production of documents or testimony.

BRG will submit to the Bankruptcy Court fee statements and applications for all services rendered and expenses incurred pursuant to the procedures set forth in the Interim Compensation Order.  It is our understanding that all invoices will be paid by the Debtors, subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the local rules of the Bankruptcy Court with jurisdiction, and pursuant to any additional procedures that may be established by the Bankruptcy Court specific for this matter.

BRG acknowledges that neither the Committee, its constituents, nor any of its advisors or professionals (including, but not limited to Committee Counsel), shall be liable for the fees, expenses or other amounts payable to BRG hereunder.

It is understood that if BRG is requested to support Counsel in connection with any causes of action, including the preparation of an expert report and providing expert testimony, BRG will be compensated at our regular hourly rates, subject to the agreed upon discount noted herein, in effect at the time, and reimbursed for reasonable out of pocket expenses (including counsel fees).

11.  **Indemnification**
In connection with our engagement to provide consulting services to the Committee, the Debtors agrees to indemnify and hold harmless BRG against any and all losses, claims, damages, liabilities, penalties, judgments, awards, costs, fees, expenses and disbursements including, without limitation, defending any action, suit, proceedings or investigation (whether or not in connection with a proceeding or litigation in which BRG is a party), directly or indirectly, caused by, related to, based upon, arising out of or in connection with the engagement of BRG or any services rendered pursuant to such engagement, unless there is a final non-appealable order of a court of competent jurisdiction, finding BRG directly liable for gross negligence or willful misconduct. The foregoing indemnification obligations of the Debtors shall survive any termination of this Agreement. These indemnification provisions extend to the employees,



representatives, agents, independent contractors, counsel and affiliates of BRG. All requests for payment of indemnity provided herein shall be made by means of an application and review of the Bankruptcy Court in accordance with an order of the Bankruptcy Court approving the Committee's engagement of BRG. We acknowledge that neither the Committee nor any of its individual members shall have any liability hereunder for the indemnification in favor of BRG by the Debtors.

12. **Advertising**

Notwithstanding anything to the contrary contained herein, BRG shall have the right to disclose this engagement and/or the successful completion of its services hereunder in advertisements describing its services placed, at its own expense, in financial and other newspapers or otherwise.

13. **Conflicts**

We confirm that no Managing Directors and Directors of BRG have any financial interest or business connection with the Debtors and, as more fully described in the affidavit of David Galfus in support of BRG's retention by the Committee, we are aware of no matter that would constitute a conflict in connection with this engagement. BRG has been engaged by, currently is engaged by and in the future will likely be engaged by certain entities that are involved in these cases, including members of the Committee, claimants or interest holders of the Debtors, their subsidiaries and affiliates, in matters wholly unrelated to the Debtors, their bankruptcy cases or such parties' claims against or interest in the Debtors. In addition, BRG sometimes is engaged by formal and *ad hoc* committees of creditors and interest holders in bankruptcy and other financial restructuring matters. Accordingly, we believe that such engagements have no bearing on the services for which BRG is being engaged in these Cases. BRG will not advise any of these entities with respect to the Debtors' bankruptcy case or have any relationships with any such entities that would be adverse to the interests of the Committee.

14. **Document Policy**

Pursuant to BRG's document retention policy, in general, short-term documents will be destroyed when no longer relevant to the engagement (such as when a draft report has been superseded or if the information is available publicly or from the Debtor). Work papers associated with our services are the confidential property of BRG. Except as otherwise required by law or special circumstance, at the end of this engagement, or else as otherwise directed by the Committee, BRG will return or destroy (except as necessary for archiving purposes) all case information and provide the Committee with BRG's final work product in appropriate media as agreed by BRG and the Committee.

15. **Termination**

We understand that you may terminate this agreement on thirty days prior written notice. If you terminate this engagement, the Debtor will not be held responsible for fees that accrued after the date of termination, other than those fees and expenses related to any requirement to testify at any administrative or judicial proceeding related to this matter or perform related investigation as specified above.



16.  **Modification**

This Agreement (a) constitutes the entire agreement of the parties with respect to the subject matter hereof and supersedes any other communications, understandings or agreements (both written and oral) among parties with respect to the subject matter hereof, and (b) may be modified, amended or supplemented only by written agreement among all the parties hereto.

It is our intention to work closely with you and to discuss our engagement regularly.  This should facilitate our progress and serve to confirm or modify the scope of our engagement on an ongoing basis.

This Agreement may be executed in one or more counterparts, each of which may be signed and transmitted via facsimile or PDF electronic delivery with the same validity as if it were an ink signed document

17.  **Closing**

All of us at Berkeley Research Group, LLC thank you for choosing us to advise the Committee, and look forward to working with you on this engagement.

Please sign and return a copy of this engagement letter signifying your agreement with the terms and provisions herein.  If you have any questions, please call David Galfus at (201) 587-7117.

Very truly yours,

**Berkeley Research Group, LLC**



Accepted and agreed to as of the Effective Date:

**BERKELEY RESEARCH GROUP, LLC**

By:
David Galfus
Managing Director, Berkeley Research Group, LLC


Accepted and agreed to as of the Effective Date:

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
*Hooper Holmes, Inc. d/b/a Provant Health, et al.*

By: _____
Jonathan O'Reilly, not in his individual or personal capacity, but solely in his capacity as
authorized signatory for the Committee