| | |
|---|---|
| **LaMONICA HERBST & MANISCALCO, LLP**<br>*Counsel to Marianne T. O'Toole, as Chapter 7 Trustee*<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Telephone: (516) 826-6500<br>Salvatore LaMonica, Esq.<br>Holly R. Holecek, Esq. | Auction Sale Date: November 14, 2018 at 1:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, <u>et al</u>., | Case No.: 18-22552 (RDD)<br>(Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

 **PLEASE TAKE NOTICE** that, on June 21, 2018, 3 Sandpiper Court LLC ("<u>3 Sandpiper Debtor</u>") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("<u>Bankruptcy Code</u>"). The 3 Sandpiper Debtor's case is pending before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York and is being jointly administered by Order of the Court under the *In re: Michael P. D'Alessio* bankruptcy case. Marianne T. O'Toole is the Chapter 7 Trustee of the 3 Sandpiper Debtor's estate ("<u>Trustee</u>").

 **PLEASE TAKE FURTHER NOTICE** that, on **November 14, 2018 at 1:00 p.m.**, the Trustee, through her auctioneer, Maltz Auctions Inc. d/b/a Maltz Auctions ("<u>Auctioneer</u>"), will conduct a public auction sale ("<u>363 Sale</u>") of the real property known as and located at 3 Sandpiper Court, Westhampton, New York 11977 ("<u>3 Sandpiper Property</u>").

 **PLEASE TAKE FURTHER NOTICE** that the 363 Sale will held at the Auctioneer's offices located at 39 Windsor Place, Central Islip, New York 11722.

 **PLEASE TAKE FURTHER NOTICE** that registration for the 363 Sale will commence at **12:00 p.m. on November 14, 2018**. In order to bid on the 3 Sandpiper Property, a deposit of **$75,000.00** by certified or official bank check payable to "Marianne T. O'Toole, as Trustee" is due at the time of registration.

 **PLEASE TAKE FURTHER NOTICE** that the 3 Sandpiper Property will be sold by the Trustee: "AS IS" "WHERE IS", "WITH ALL FAULTS," without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, free and clear of any and all interests in the 3 Sandpiper Property including, but not limited to, any and all liens, claims, encumbrances <u>and subject to</u>: (a) any state of facts that an accurate survey may show; (b) any state of facts a physical inspection may show; (c) any covenants, restrictions and easements of record; (d) any

1

building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions.

**PLEASE TAKE FURTHER NOTICE** that a hearing to confirm the results of the 363 Sale is scheduled for **November 16, 2018 at 10:00 a.m.**, before the Honorable Robert D. Drain, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, but may be adjourned or rescheduled by the Trustee.

**PLEASE TAKE FURTHER NOTICE** that the successful bidder for the 3 Sandpiper Property at the 363 Sale must be prepared to close on title to the 3 Sandpiper Property on a date that is **no more than thirty-five (35) days after the 363 Sale**, i.e., on or before December 19, 2018.

**PLEASE TAKE FURTHER NOTICE** that any requests for additional information about the 3 Sandpiper Property, including requests for the terms and conditions of sale, may be obtained by contacting counsel to the Trustee, LaMonica Herbst & Maniscalco, LLP, Holly R. Holecek, Esq., at hrh@lhmlawfirm.com or (516) 826-6500 x225, or the Auctioneer, Richard B. Maltz, at rmaltz@maltzauctions.com or (516) 349-7022 x 202.

Dated: October ___, 2018

| **Marianne T. O'Toole, as Chapter 7 Trustee** | **Maltz Auctions Inc. d/b/a Maltz Auctions** |
|---|---|
| c/o LaMonica Herbst & Maniscalco, LLP | Richard B. Maltz |
| Salvatore LaMonica, Esq. | David C. Constantino |
| Holly R. Holecek, Esq. | 39 Windsor Place |
| 3305 Jerusalem Avenue | Central Islip, New York 11722 |
| Wantagh, New York 11793 | Telephone: (516) 349-7022 |
| Telephone: (516) 826-6500 | Fax: (516) 349-0105 |
| Fax: (516) 826-0222 | |