MILBERG LLP
Jonathan M. Landers
Brad N. Friedman
Matthew Gluck
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza, 48th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

and

SEEGER WEISS LLP
Stephen A. Weiss
Christopher A. Seeger
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Counsel for the Movants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I, Jennifer L. Young, certify that on the 21st day of April 2009, I caused a true and correct copy of the NOTICE OF MOTION FOR RULE 1014(b) TRANSFER OF RELATED PROCEEDING and the MOTION FOR RULE 1014(b)TRANSFER OF RELATED

2

PROCEEDING to be electronically filed in *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.), and served via Federal Express overnight mail on:

Tina M. Talarchyk, Esq.
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401

Elizabeth L. Marvin, Esq.
Herbert Bradford Glassman, Esq.
Baach Robinson & Lewis PLLC
1201 F Street NW, #500
Washington, DC 20004

United States Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Irving H. Picard, Esq.
David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Peter Madoff
200 Algoma Road
West Palm Beach, FL 33480

Madoff Securities International Limited
12 Berkeley St., Mayfair
London, England
EC2A 1AG
UK

Dated: April 21, 2009

[signature]