1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
    In the Matter
        of                          Index No.
                                      08-01789

    THE SIPA LINK,
               Debtor.
----------------------------------x
                    April 14, 2009
                    United States Custom House
                    One Bowling Green
                    New York, New York 10004

        Trustee's motion for an order authorizing the sale of the Debtor's New York Mets Tickets, Free and Clear of Liens, Claims and Encumbrances (on Shortened Notice)

B E F O R E:

        HON. BURTON R. LIFLAND,

                      U.S. Bankruptcy Judge

1

A P P E A R A N C E S:

2

3      BAKER HOSTETLER, LLP

          Attorneys for Trustee Irving H.

4         Picard and Counsel for the

          Trustee

5         45 Rockefeller Plaza

          New York, New York 10017

6

          BY:    MARC E. HIRSCHFIELD, ESQ.

7                -and-

          AMY E. VANDERWAL, ESQ.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                              3
 1                    PROCEEDINGS
 2              THE COURT:  The Sipa Link.
 3              MR. HIRSCHFIELD:  Good morning Your Honor.
 4              THE COURT:  Good morning.
 5              MR. HIRSCHFIELD:  Your Honor, Marc
 6    Hirschfield, from the law firm of Baker Hostetler on behalf
 7    of the Trustee.
 8              We have one motion on the calendar this
 9    morning.  It is the motion to seek authority to sell the
10    Debtor's New York Mets tickets.
11              My colleague, Ms. Vanderwal, will address
12    the Court.
13              MS. VANDERWAL:   Good morning, Your Honor.
14              We are here as my colleague mentioned
15    seeking two things.   First.
16              Is the trustee's motion for an order
17    authorizing the sale of the Debtor's New York Mets tickets
18    free and clear of liens, claims and encumbrances to the
19    highest bidder at the conclusion of that process.
20              As part of the Trustee's practice to
21    identify the assets, the Trustee has determined that the
22    Debtor owns two platinum seats two rows behind home plate,
23    and that the value is approximately $80,000.
24              In considering how to maximize the value of
25    those tickets, the trustee has been engaged in discussions
```

4

1   with several ticket brokers who have told the Trustee that
2   they are not interested, and who have indicated that it
3   would be difficult to sell the tickets given the high end
4   prices.
5              As a result, now they have entered into
6   discussions with the New York Mets, and the New York Mets
7   have expressed their willingness to allow the Trustee to
8   exchange the platinum seats for gold seats, and to provide
9   a full refund of the full amount of the difference between
10  the platinum and gold tickets.
11             The Mets have also agreed to allow the
12  purchaser of the gold tickets to retain any and all rights
13  as the account holder.  So that they will be able to
14  purchase the post-season tickets playoff tickets with
15  renewal rights for the subsequent seasons.  The gold
16  tickets are just a few rows from the platinum, and in these
17  difficult market conditions the Trustee feels they will be
18  easier to sell.
19             The Trustee believes that this exchange is
20  beneficial for the Trustee for several reasons.
21             First,  the Trustee can capture the
22  increased value from the inclusion of the season ticket
23  holder rights and renewal opportunities.
24             Second, the Mets have agreed to refund to
25  the Trustee the full amount of the difference between the

1    gold and the platinum tickets.
2                   THE COURT:  Suppose the Trustee were to
3    wait a couple of months to see if the Mets do well since it
4    has not started that way?
5                   MS. VANDERWAL:  It unfortunately didn't,
6    and it may be best to sell them as quickly as possible.
7    As for the proposed sale process, we are sorry that the
8    market for them is at the bottom right now, given the poor
9    economic showing at the start of this season.
10                  THE COURT:  So if you wait a little bit, it
11   might be speculative to expect that they have no place to
12   go but up.
13                  MS. VANDERWAL:  But it may also be, not to
14   be a pessimist, but it may also get worse.
15                  As for the proposed sale process, the
16   Trustee is seeking the Court's approval to sell the tickets
17   on an online auction on E-Bay, and the Trustee proposes
18   that the auction would also be before seven days.  And if
19   the Court were to enter the order, the auction could begin
20   either today or tomorrow, and we would be able to sell the
21   tickets to the highest bidder at the conclusion of the
22   auction process.
23                  As the Court may be aware, the Trustee had
24   good success on the opening day tickets on E-Bay.  It had a
25   ticket price of approximately $1,000 and they sold for

6

1  $7,500.

2  Now, if the Court were to approve the sale,
3  the Mets will be able to start the online bidding at 50
4  percent of the face value of the tickets, that would be
5  combined with the ticket exchange for the opening day on
6  E-Bay.  The Trustee has already sold the opening day, and
7  the Trustee believes that this will provide the highest
8  returns on the tickets.

9  The combination of the Mets exchange offer,
10 and its opening bid guarantees that the Trustee will have a
11 minimum return of 62 percent of the face value of the
12 tickets.

13 As I've already mentioned, the Trustee is
14 also asking for Your Honor to approve the order, so that it
15 will go to the highest bidder at the conclusion of the
16 auction.

17 Given the fact that the season has already
18 started, the tickets need to be sold as quickly as possible
19 to allow the Trustee to maximize its value.

20 In conclusion, we submit there is a sound
21 business justification for the sale of the Mets tickets and
22 that the auction process will allow the tickets to be sold
23 for a fair and reasonable price.

24 There have been no objections filed, Your
25 Honor.  So that we would now ask for an order approving

7

1   the sale process and authorizing the sale to the highest
2   bidders.
3               THE COURT:  Does anyone else want to be
4   heard?
5               Hearing no reply, the process order is
6   approved.
7               MS. VANDERWAL:  May I approach, Your
8   Honor.
9               THE COURT:  Yes, I will entertain the
10  order.
11              (Brief recess.)
12              THE COURT:  All right.  I have approved the
13  order.
14              MS. VANDERWAL:  Thank you, Your Honor.
15              MR. HIRSCHFIELD:  Thank you, Your Honor.
16
17                  *     *     *
18
19
20
21
22
23
24
25

8

1       C E R T I F I C A T E

2

3   STATE OF NEW YORK         }
                              }   ss.:
4   COUNTY OF NEW YORK        }

5               I, MINDY CORCORAN, a Shorthand Reporter

6   and Notary Public within and for the State of New York, do

7   hereby certify:

8               That I reported the proceedings in the

9   within entitled matter, and that the within transcript is a

10  true record of such proceedings.

11              I further certify that I am not related, by

12  blood or marriage, to any of the parties in this matter and

13  that I am in no way interested in the outcome of this

14  matter.

15              IN WITNESS WHEREOF, I have hereunto set my

16  hand this 14th day of April, 2009.

17

18              _____

                MINDY CORCORAN

19

20

21

22

23

24

25