**Presentment Date/Time: October 26, 2018, at 12:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: October 19, 2018, at 4:00 p.m. (prevailing Eastern Time)**

Richard J. Bernard
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

- and -

John P. Melko (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, TX 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

*Proposed Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:

HOOPER HOLMES, INC.
D/B/A PROVANT HEALTH, *et al.*,

                Debtors.[1]
---------------------------------------------------------------x

Chapter 11

Case No. 18-23302 (RDD)

(Jointly Administered)

### NOTICE OF ADJOURNMENT OF APPICATION OF DEBTORS FOR AUTHORITY TO EMPLOY AND RETAIN EPIQ CORPORATE RESTRUCTURING, LLC AS ADMINISTRATIVE <u>AGENT EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE</u>

**PLEASE TAKE NOTICE** that on September 18, 2018, the Debtors filed the

*Application of Debtors for Authority to Employ and Retain Epiq Corporate Restructuring, LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hooper Holmes, Inc. (9359); Hooper Distribution Services, LLC (6838); Hooper Wellness, LLC (6005); Accountable Health Solutions, LLC (9625); Hooper Information Services, Inc. (4927); Hooper Kit Services, LLC (8378); and Provant Health Solutions, LLC (8511). The location of the Debtors' corporate headquarters is 560 N. Rogers Road, Olathe, KS 66286.

*as Administrative Agent Effective Nunc Pro Tunc to the Petition Date* [Docket No. 114] (the "Application") which was filed on presented under that *Notice of Presentment of Application of Debtors for Authority to Employ and Retain Epiq Corporate Restructuring, LLC as Administrative Agent Effective Nunc Pro Tunc to the Petition Date* [Docket No. 110], which is set for presentment on October 12, 2018 at 9:00 am is hereby adjourned to present the Application to the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), for signature on **October 26, 2018 at 12:00 pm (prevailing Eastern Time)** (the "Presentment Date") or as soon thereafter as is practicable.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the basis for the response or objection and the specific grounds therefore, and shall be electronically filed with the Court and served in accordance with all applicable rules, no later than **October 19, 2018, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), upon (a) the Debtors, and their proposed counsel; (b) proposed counsel to the Creditors Committee; and (c) the Office of the United States Trustee for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, if no objections or other responses are timely filed and served with respect to the Application, the Debtors shall, on the Presentment Date, submit to the Bankruptcy Court an order substantially in the form annexed as **Exhibit C** to the Application, which the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings filed in the above-captioned chapter 11 cases, may be obtained free of charge by visiting the website of Epiq Corporate Restructuring, LLC at **http://dm.epiq11.com/hooperholmes**.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at **http://www.nysb.uscourts.gov** in accordance with the procedures and fees set forth therein.


Dated: October 5, 2018
       New York, New York

                                      *Richard J. Bernard*
Richard J. Bernard
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-134
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

- and -

John P. Melko (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, TX 77002-2099
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

*Proposed Counsel for Debtors
and Debtors in Possession*