| | |
|---|---|
| **BAKER & HOSTETLER, LLP** <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile:  (212) 589-4201 <br> David Sheehan, Esq. <br> Seanna Brown, Esq. | Presentment Date: May 11, 2009 <br> Time:  12:00 p.m. <br><br> Objections Due:  May 8, 2009 <br> Time:  4:00 p.m. |

Attorneys for Irving H. Picard
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation |

NOTICE OF PRESENTMENT OF PROPOSED
STIPULATION AND ORDER FOR TRANSFER OF FUNDS BY
<u>BANK OF NEW YORK MELLON CORPORATION TO TRUSTEE</u>

**PLEASE TAKE NOTICE** that upon the annexed application of Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, the undersigned will present the attached proposed Stipulation and Order For Transfer of Funds by Bank of New York Mellon Corporation to Trustee (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **May 11, 2009, at 12:00 noon.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy

095879, 300010465

Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, so as to be received no later than **4:00 p.m. on May 8, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

Dated: New York, New York
April 28, 2009

By:   _/s/David J. Sheehan_
**Baker & Hostetler, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Seanna R. Brown, Esq.

Attorneys for Irving H. Picard
Trustee for the SIPA Liquidation of Bernard
L. Madoff Investment Securities LLC