BAKER & HOSTETLER, LLP
45 Rockefeller Plaza
New York, New York  10111
Tel:    (212) 589-4200
Fax:    (212) 589-4201
David J. Sheehan, Esq.
Email:  dsheehan@bakerlaw.com
Seanna R. Brown, Esq.
Email:  sbrown@bakerlaw.com

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2009, I served true and correct copies of the **Notice of Presentment and Proposed Stipulation and Order For Transfer of Funds by Bank of New York Mellon Corporation to Trustee**, upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated:  New York, New York
        April 28, 2009                                  s/Nikki Landrio
                                                        NIKKI LANDRIO

095879, 300010498

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Via E-Mail**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

Terri Swanson – swansont@sec.gov

Kevin Bell – kbell@sipc.org

Lisa Baroni – lisa.baroni@usdoj.gov

Marc Litt – marc.litt@usdoj.gov

Lewis Liman – lliman@cgsh.com

Stephen T. Kaiser – STKaiser@cgsh.com