LAW OFFICES OF DAVID C. MCGRAIL
676A Ninth Avenue #211
New York, New York 10036
Telephone: (646) 290-6496
David C. McGrail, Esq. (DM 3904)

*Co-Counsel to Castor Pollux Securities, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Proc. No. 08-01789 (BRL) |
| | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, William S. McMahon, a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Castor Pollux Securities, LLC, a party-in-interest in the above-captioned proceeding. My mailing address is: Choate Hall & Stewart, Two International Place, Boston, Massachusetts, 02110. My e-mail address is wmcmahon@choate.com. My telephone number is (617) 248-5000. The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: April 29, 2009
Boston, Massachusetts

s/ William S. McMahon
William S. McMahon