UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>)<br>Defendant. ) | Adv. Proc. No. 08-01789 (BRL)<br>SIPA Liquidation |

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

William S. McMahon, a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent Castor Pollux Securities, LLC, a party-in-interest in the above-captioned proceeding,

IT IS THEREFORE ORDERED:

that William S. McMahon, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: April __, 2009
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE