**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 08-01789 (BRL) SIPA Liquidation |
| v. | ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

William S. McMahon, a member in good standing of the bar of the Commonwealth of

Massachusetts and the United States District Court for the District of Massachusetts, having

requested admission, *pro hac vice*, to represent Castor Pollux Securities, LLC, a party-in-interest

in the above-captioned proceeding,

IT IS THEREFORE ORDERED:

that William S. McMahon, Esq., is admitted to practice, *pro hac vice*, in the above-captioned

proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that

the filing fee has been paid.

Dated:  April 29, 2009
         New York, New York


                                                    /s/Burton R. Lifland
                                                    UNITED STATES BANKRUPTCY JUDGE