UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant,

Adv. Pro No. 08-01789

(BRL)

SIPA Liquidation

**MOTION FOR INTERVENTION FRCP 24 (a) 24 (b)**

ADE O. OGUNJOBI
TOKS, INC. & WHOLLY-OWNED SUBSIDIARIES

    Intervenor-Applicant

Before: Burton R. Lifland
    United States Bankruptcy Judge



---

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, on June 2, 2009, at 10:00 a.m. or as soon thereafter as the matter may be heard, at the United States Bankruptcy Courthouse, Southern District of New York, One Bowling Green, New York, New York, Courtroom 625 before the Honorable Burton R. Lifland, Proposed Intervenor-Applicant, Toks, inc. and its wholly-owned subsidiaries will move this Honorable Court for leave to intervene in this case as party Intervenor-Applicant pursuant to Rules 24 (a) Intervention of right; 24 (b) Permissive intervention.

Applicant's Motion is based on this Notice of Motion and Motion; the Memorandum of Law In Support of Motion For Intervention; the Declaration of Ade O. Ogunjobi, Founder and Entrepreneur in Support of the Motion to Intervene; all pleadings

and other documents filed in this case; and any and all arguments of Intervenor-Applicant.

DATED April 22, 2009

_____
Ade O. Ogunjobi, P.O. Box 123 Honolulu, Hawaii 96810 (808) 393-6573