## PROOF OF SERVICE

I, Ade O. Ogunjobi, declare that I am over the eighteen years and I am not a party to this action. My business address is P.O. Box 123, Honolulu, Hawaii 96810

On April 22, 2009, I served the following:

Applicant's Notice of Motion For Intervention, Memorandum of Law In Support of Motion For Intervention, Sworn Affidavit Supporting Motion For Intervention and Proof of Service of Applicant's Notice of Motion for Intervention and Memorandum of Law In Support of Motion for Intervention on the interested parties in this action by placing true and correct copies thereof, enclosed in sealed envelope addressed as follows:

See attached Service List

[X] BY MAIL: I am readily familiar with the business practice for collection and processing correspondence of mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Services on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in Hawaii.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on April 22, 2009 in Honolulu, Hawaii.

_____
Ade O. Ogunjobi

SERVICE LIST

Josephine Wang (JW 0674)---General Counsel
Kevin Bell (KB 2260)---Senior Associate General Counsel
Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, DC 20005-2207

Irving H. Packard---Partner, Baker & Hostetler LLP
Trustee
Bernard L. Madoff Investment Securities LLC Bankruptcy
45 Rockefeller Plaza
11th Floor
New York, NY 10111

Ben S. Bernanke---Chairman Board of Governors of Federal Reserve System
Federal Reserve Board
20th Street and Constitution Avenue N.W.
Washington, DC 20551

United States Securities and Exchange Commission
SEC Headquarters
100 F Street NE
Washington, DC 20549