BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON APRIL 30, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-01789**

1.    Motion to Allow (a) Fixing the Time, Date and Place for the Bidding Procedures Hearing: (B) (i) Establishing Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (ii) Establishing Procedures in Respect of the Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving the Form and Manner of Notices, (iv) Approving the Asset Purchase Agreement Subject to Higher and Better Offers [Filed: March 30, 2009 ] (Docket No. 137)

Related Documents:

A. Order Signed on March 30, 2009 Shortening Notice on Motion for Order (A) Fixing the Time, Date and Place for the Bidding Procedures Hearing; (B)(i)Establishing Bidding Procedures and Bid Protections in Connection with the Sale of Certain Assets, (ii) Establishing Procedures in Respect of the Assumption and Assignment of Unexpired Leases and Executory Contracts, (iii) Approving the Form and Manner of Notices, (iv) Approving the Asset Purchase Agreement Subject to Higher and Better Offers and (v) Setting A Sale Hearing Date; (C)(i) Approving the Sale of of Certain Assets of the Debtor Free and Clear of Liens, Claims and Encumbrances (ii) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts and (iii) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts; and (D) Granting Related Relief  [Filed:  March 30, 2009] (Docket No. 138)

B. Exhibits to Motion to Allow  [Filed:  March 30, 2009] (Docket No. 139)

C. Affidavit of Marc Hirschfield Pursuant to Local Bankruptcy Rule 9077-1 In Support of Order Shortening Notice  [Filed:  March 30, 2009] (Docket No. 140)

D. Certificate of Service of the Order Shortening Notice and Motion For Orders Pursuant to Section 78fff(a) of the Securities Investor Protection Act and Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006  [Filed: March 31, 2009] (Docket No. 141)

E. Order Singed on April 7, 2009 (A) Establishing bidding procedures in connection with the sale of certain assets; (B) Establishing procedures in respect of the assumption and assignment of unexpired leases and executory contracts; (C) Approving the form and manner of notices; (D) Approving the asset purchase agreement subject to higher and better offers; and (E) Scheduling a sale hearing date  [Filed:  April 7, 2009] (Docket No. 146)

F. Notice of Sale and Solicitation of Bids to Purchase Certain Assets of Bernard L. Madoff Investment Securities LLC  [Filed:  April 7, 2009] (Docket No. 152)

G. Certificate of Service of Order Establishing Bidding Procedures in Connection with Sale of Certain Assets including Notices of Cure Amounts [Filed:  April 7, 2009] (Docket No. 153)

H. Supplemental Certificate of Service of the Notice of Sale and Solicitation of Bids to Purchase Certain Assets of Bernard L. Madoff Investment Securities LLC [Filed:  April 8, 2009] (Docket No. 156)

I. Notice of Adjournment of Hearing of Motion for Orders Pursuant to Section 78fff(a) of the Securities Investor Protection Act and Sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, along with an Affidavit of Service [Filed:  April 22, 2009] (Docket No. 174)

J.  Notice of Amended and Restated Asset Purchase Agreement and Revised Proposed Order Approving the Sale of Certain Assets  [Filed: April 29, 2009] (Docket No. 180 )

Objection Deadline:     April 3, 2009

Objections Received:    None

Status:                 This matter is going forward.

Dated: New York, New York         Respectfully submitted,
April 29, 2009

s/Marc Hirschfield
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Marc Hirschfield, Esq.

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*