BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:      (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2009, I served true and correct copies of the **Notice of**

**Agenda for Matters Scheduled for Hearing on April 30, 2009** upon the interested parties who

receive electronic service through ECF, by emailing the interested parties true and correct copies

via electronic transmission to the email addresses designated for delivery and/or by placing true

and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as

set forth on the attached Schedule A.

Dated: New York, New York
         April 30, 2009

                                                          s/Nikki M. Landrio
                                                        Nikki M. Landrio

095879, 300010594

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Terri Swanson – swansont@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov

Lisa Baroni – lisa.baroni@usdoj.gov

**Non-Debtor Contracting Parties**

Cameron Systems Inc.
420 Lexington Ave.,
Suite 2007, NY, NY 10170

Service Source International
735 Battery
San Francisco, CA 94111

Talarian Corporation
3301 Hillview Ave,
Palo Alto, CA 94304-1213

TIBCO Software Inc.
3301 Hillview Ave,
Palo Alto, CA 94304-1213

**Taxing Authorities**

Attorney General
Department Of Law
120 Broadway
New York, New York 10271-0332

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street
Brooklyn, NY 11201

Internal Revenue Service
Holtsville, New York 00501

NYC Dept. Of Finance
Attn: Bankruptcy & Assignment Unit
345 Adams Street, 10th Floor South
Brooklyn, New York 11201

NYC Dept of Finance
Attn: Legal Affairs – Dara Jaffee
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC Dept. Of Finance
Office Of The Commissioner Of Finance
One Centre Street, Room 500
New York, New York 10007

NYS Dept. Of Taxation & Finance
W.A. Harriman Campus
Building 9
Albany, New York 12227-0125

US Attorney - SDNY
One St. Andrew's Plaza
Claims Unit – Room 417
New York, New York 10007

NYS Dept of Taxation & Finance
Bankruptcy Special Procedures Section
PO Box 5300
Albany, New York  12205-0300

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY 12201

U.S. Attorney
225 Cadman Plaza East, 5th Floor
Brooklyn, New York 11201

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

095879, 300010594                                    - 4 -