| | |
|---|---|
| David J. Sheehan | Hearing Date:          May 27, 2009 |
| Marc Hirschfield | Hearing Time:          10:00 a.m. |
| Richard J. Bernard | Objection Deadline:  May 21, 2009 |
| Alissa M. Nann | |
| BAKER & HOSTETLER LLP | |
| 45 Rockefeller Plaza | |
| New York, New York 10111 | |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF TRUSTEE'S SECOND MOTION FOR AN ORDER PURSUANT TO
SECTION 365(d)(1) OF THE BANKRUPTCY CODE FURTHER
EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME
<u>OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

**PLEASE TAKE NOTICE** that a hearing on the attached motion (the "Motion") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on May 27, 2009 at 10:00 a.m. (EST), or as soon thereafter as counsel may be heard, at the United States Courthouse, One Bowling Green, Courtroom 623, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be in writing, state with particularity the basis for the objection, and be filed with

300010402

the Bankruptcy Court in accordance with General Order #462 by users of the Bankruptcy Court's case filing system, and by all other parties, on a 3.5 inch disk, with a hard copy to Chambers, and served in accordance with General Order #462 and upon: (a) Baker & Hostetler LLP, attorneys for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Marc Hirschfield and Richard J. Bernard; and (b) Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., so as to be received no later than May 21, 2009. Any such objection shall state with specificity the reason or reasons why the relief sought in the Motion should not be granted.

Dated: New York, New York
      May 1, 2009

Respectfully submitted,

*/s/ Richard J. Bernard*
David J. Sheehan
Marc Hirschfield
Richard J. Bernard
Alissa M. Nann
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

300010402    2