# EXHIBIT A
(Executory Contracts and Unexpired Leases)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 10/29/08 | 36 months | Office equipment | Xerox copier W5675PT (W5675 Printer/4T) |
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 7/31/07 | 36 months | Office equipment | Xerox copier WCP275H (WCP275 PTR/SCN/HCF), Bonus item 6360DN |
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway |
| IBM Credit LLC<br>North Castle Drive<br>Armonk, NY 10504<br><br>IBM<br>1 New Orchard Road<br>Armonk, NY 10504-1722<br><br>IBM<br>1360 Boul Rene-Leves<br>Montreal, QC, Canada H3G2W6 | 3/16/06 | | Equipment lease | AS400 |
| Cameron Systems Inc.<br>420 Lexington Ave.<br>Suite 2007, NY, NY 10170 | 11/26/07 | | License | End User Software License and Support Agr. |
| Service Source International<br>735 Battery<br>San Francisco, CA 94111 | 10/5/07 | | Hardware and software | Invoice for Hardware and Software |
| Talarian Corporation<br>3301 Hillview Ave,<br>Palo Alto, CA 94304-1213 | 12/31/01 | | | End User Terms and Conditions |

300010397

-2-

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| LaGuardia Corporate Center Associates, LLC<br>Blumenfeld Development Group, Ltd.<br>300 Robbins Lane<br>Syosset, NY 11791<br>Attn: David J. Kaplan, Esq. | 11/91 | | Lease | Commercial real property located in Astoria, Queens |
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039<br><br>Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124<br><br>Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820<br><br>Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833<br><br>Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001<br><br>Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304<br><br>Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147<br><br>Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | 3/6/06<br><br>2/27/06<br><br>1/20/07 | 36 months | Services<br><br>Services<br><br>Services | Long distance telephone service<br><br>PRI tem and Volume tariff<br><br>Conference and internet |

300010397        -2-