**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### BRIDGE ORDER EXTENDING TRUSTEE'S TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon the motion (the "Motion") of Irving H. Picard, Esq. (the "Trustee"), Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC (the "Debtor"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, Baker & Hostetler LLP, seeking the entry of an order, under sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 6006, further extending the time by which the Trustee must assume or reject the Debtor's executory contracts and unexpired leases (the "Agreements") set forth in Exhibit A attached hereto, from May 1, 2009 through and including May 27, 2009, the date scheduled for the hearing on the Motion; and upon the affidavit of service of the Motion filed with the Clerk of the Court; and upon the scheduling of the hearing on the Motion for May 27, 2009; and no other notice being necessary or required; and after due deliberation and good and sufficient cause appearing therefore; it is now, hereby

**ORDERED**, that the Motion is granted to the extent provided for herein; and it is further

**ORDERED**, that the time by which the Trustee shall assume or reject the Debtor's Agreements be, and it hereby is, extended through and including May 27, 2009, the date of the hearing scheduled on the Motion, without prejudice to further extensions.

Dated: May 1, 2009
       New York, New York

                              /s/ Burton R. Lifland
                              HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**
**(Executory Contracts and Unexpired Leases)**

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 10/29/08 | 36 months | Office equipment | Xerox copier W5675PT (W5675 Printer/4T) |
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 7/31/07 | 36 months | Office equipment | Xerox copier WCP275H (WCP275 PTR/SCN/HCF), Bonus item 6360DN |
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway |
| IBM Credit LLC<br>North Castle Drive<br>Armonk, NY 10504<br><br>IBM<br>1 New Orchard Road<br>Armonk, NY 10504-1722<br><br>IBM<br>1360 Boul Rene-Leves<br>Montreal, QC, Canada<br>  H3G2W6 | 3/16/06 | | Equipment lease | AS400 |
| Cameron Systems Inc.<br>420 Lexington Ave.<br>Suite 2007, NY, NY 10170 | 11/26/07 | | License | End User Software License and Support Agr. |
| Service Source International<br>735 Battery<br>San Francisco, CA 94111 | 10/5/07 | | Hardware and software | Invoice for Hardware and Software |

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Talarian Corporation<br>3301 Hillview Ave,<br>Palo Alto, CA 94304-1213 | 12/31/01 | | | End User Terms and Conditions |
| LaGuardia Corporate Center Associates, LLC<br>Blumenfeld Development Group, Ltd.<br>300 Robbins Lane<br>Syosset, NY 11791<br>Attn: David J. Kaplan, Esq. | 11/91 | | Lease | Commercial real property located in Astoria, Queens |
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039 | 3/6/06 | 36 months | Services | Long distance telephone service |
| Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124 | 2/27/06<br><br>1/20/07 | | Services<br><br>Services | PRI tem and Volume tariff<br><br>Conference and internet |
| Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820 | | | | |
| Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833 | | | | |
| Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001 | | | | |
| Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304 | | | | |
| Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147 | | | | |
| Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | | | | |

2