David J. Sheehan
Marc Hirschfield
Richard J. Bernard
Alissa M. Nann
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 1, 2009, I caused true copies of the **Bridge Order signed on May 1, 2009 Extending Trustee's Time to Assume or Reject Executory Contracts and Unexpired Leases** to be served upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

300010403

| | |
|---|---|
| Dated: New York, New York<br>May 1, 2009 | Respectfully submitted,<br><br>*/s/ Richard J. Bernard*<br>David J. Sheehan<br>Marc Hirschfield<br>Richard J. Bernard<br>Alissa M. Nann<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Esq.,*<br>*Trustee for the SIPA Liquidation of Bernard L.*<br>*Madoff Investment Securities LLC* |

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu – vasilescua@sec.gov

Terri Swanson – swansont@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov

Lisa Baroni – lisa.baroni@usdoj.gov


**Notices of Appearance**

Service via Electronic Notification through ECF Filing

300010403

Xerox Capital Services, LLC
Post Office Box 660501
Dallas, TX 75266-0501

Xerox Capital Services, LLC
Post Office Box 660501
Dallas, TX 75266-0501

CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ 07039

CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039

Avaya
312 Elm Street, Suite 1100
Cincinnati, OH 45202

Avaya
2 Gatehall Drive
Parsippany, NJ 07039

Avaya Financial Services
Post Office Box 550599
Jacksonville, FL 32255

IBM Credit LLC
North Castle Drive
Armonk, NY 10504

IBM
1 New Orchard Road
Armonk, NY 10504-1722

IBM
1360 Boul Rene-Leves
Montreal, QC, Canada
  H3G2W6

Cameron Systems Inc.
420 Lexington Ave., Suite 2007
New York, NY 10170

Service Source International
735 Battery
San Francisco, CA 94111

Talarian Corporation
3301 Hillview Ave,
Palo Alto, CA 94304-1213

LaGuardia Corporate Center Associates, LLC
Blumenfeld Development Group, Ltd.
300 Robbins Lane
Syosset, NY 11791
Attn: David J. Kaplan, Esq.

Verizon Select Services Inc.
6665 N. MacArthur Blvd.
Irving, TX 75039

Verizon
Post Office Box 15124
Albany, NY 12212-5124

Verizon
Post Office Box 4820
Trenton, NJ 08650-4820

Verizon
Post Office Box 4833
Trenton, NJ 08650-4833

Verizon
Post Office Box 1100
Albany, NY 12250-0001

Verizon Business
500 Technology Drive
Suite 870
Weldon Springs, MO 63304

Verizon Business Network Services, Inc.
22001 Loudon County Pkwy.
Ashburn, VA 20147

Verizon Business Services
6415-6455 Business Center Dr.
Highlands Ranch, CO 80130