WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee*
    *For the Estate of Bernard L. Madoff*
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000

Attorneys appearing:
Howard L. Simon (hsimon@windeslmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                             Adv. Proc. No. 08-01789 (BRL)

              Plaintiff,

  v.                                                     AFFIDAVIT OF SERVICE

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.
-----------------------------------------------------x

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

      Maritza Segarra, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 100019.  On May 1, 2009, I served Response of Alan Nisselson, Chapter 7 Trustee of the Estate of Bernard L. Madoff, in Support of Motion Pursuant to Rule 1014(b) for Transfer of Related Proceeding, upon:

| | | |
|---|---|---|
| Tina M. Talarchyk, Esq. | United States Trustee | Elizabeth L. Marvin, Esq. |
| Squire, Sanders & Dempsey LLP | 33 Whitehall Street | Herbert Bradford Glassman, Esq. |
| 1900 Phillips Point West | 21st Floor | Baach Robinson & Lewis PLLC |
| 777 South Flagler Drive | New York, NY  10004 | 1201 F Street NW, #500 |
| West Palm Beach, FL  33401 | | Washington, DC  20004 |

{10507713:1}

| | | |
|---|---|---|
| Irving H. Picard, Esq.<br>David J. Sheehan, Esq.<br>Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY  10111 | United States Trustee<br>51 S.W. 1st Avenue<br>Suite 1204<br>Miami, FL  33130 | Peter Madoff<br>200 Algoma Road<br>West Palm Beach, FL  33480 |
| Jonathan Landers, Esq.<br>Matthew Gluck, Esq.<br>Jennifer Young, Esq.<br>Millberg LLP<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY  10019 | Madoff Securities<br>International Limited<br>12 Berkeley St., Mayfair<br>London, England<br>EC2A 1AG<br>UK | |

at the addresses designated by said parties for that purpose, via Federal Express Overnight Delivery.

/a/ Maritza Segarra
Maritza Segarra

Sworn to before me this
1st day of May, 2009

/s/ Mary Elizabeth Coyle
Mary Elizabeth Coyle
Notary Public, State of New York
No. 01C04975525
Qualified in Westchester County
Commission Expires Dec. 10, 2010

{10507713:1}93477-1