Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel: 202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking, appointed by the High Court of Justice in England as the Joint Provisional Liquidators of Madoff Securities International Limited.[1] All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

---

[1] This Notice of Appearance is on behalf of the Joint Provisional Liquidators for purposes of the Chapter 15 proceedings captioned *In re Madoff Sec. Int'l Ltd.,* No. 09-16751 (Bankr. S.D. Fla. filed Apr. 14, 2009) only and is not intended as a general concession of jurisdiction. The Liquidators hereby reserve all rights and immunities provided or available to them by law including without limitation 11 U.S.C. § 1510.

1

| Dated: May 1, 2009 | Respectfully submitted, |
|---|---|
| | BAACH ROBINSON & LEWIS PLLC |
| | /s/ Eric. L. Lewis |
| | _____ |
| | Eric L. Lewis, Esq. (EL 0038)<br>1201 F Street N.W., Suite 500<br>Washington D.C.  20004<br>Telephone:  (202) 833-8900<br>Facsimile:   (202) 466-5738 |
| | *Counsel for the Joint Provisional Liquidators* |