**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | ) ) ) |
| v. | ) SIPA Liquidation ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) ) |
| Defendant. | ) ) |

### [PROPOSED] ORDER

WHEREAS Movants Blumenthal & Associates Florida General Partnership, Martin Rappaport Charitable Remainder Unitrust, Martin Rappaport, Marc Cherno, and Steven Morganstern have submitted a Motion for Rule 1014(b) Transfer of Related Proceedings seeking transfer of a Chapter 15 proceeding captioned *In re Madoff Sec. Int'l Ltd.,* No. 09-16751 (Bankr. S.D. Fla. filed Apr. 14, 2009) to this District, and the Court having reviewed the response filed on behalf of the Petitioners in that Chapter 15 proceeding, Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking, appointed by the High Court of Justice in England as the Joint Provisional Liquidators (hereinafter, the "Liquidators") of Madoff Securities International Limited ("MSIL"), and the Court having considered the relevant submissions [and oral argument]; and

WHEREAS, the Court having found that:

(1)    on December 11, 2008, the above-captioned action was commenced against Bernard L. Madoff Investment Securities, LLC ("BMIS"), pursuant to the Securities Investor Protection Act of 1970 ("SIPA");

1

(2) on April 13, 2009, the Movants filed an involuntary petition against Bernard L. Madoff in this Court seeking relief under Chapter 7 of the Bankruptcy Code (Case no. 09-11893);

(3) on April 14, 2009, the Liquidators of MSIL filed a Chapter 15 Petition in the United States Bankruptcy Court for the Southern District of Florida (Case No. 09-16751). On the same date, the Liquidators filed an adversary proceeding in the United States Bankruptcy Court for the Southern District of Florida (Adv. Case. No. 09-01355);

(4) without waiving the protections afforded in 11 U.S.C. § 1510 and other provisions of law, the Liquidators have indicated that they do not oppose transfer of the Chapter 15 Ancillary Case to this District on the basis that such transfer will facilitate coordination in respect of discovery and recovery of MSIL's U.S. assets.

IT IS NOW, THEREFORE, ORDERED that, pursuant to Fed. R. Bankr. P. 1014(b), the Chapter 15 case captioned *In re Madoff Sec. Int'l Ltd.,* No. 09-16751 (Bankr. S.D. Fla. filed Apr. 14, 2009), shall be transferred forthwith to this District. Venue of the Adversary Action captioned *Stephen John Akers, et al. v. Peter B. Madoff,* Adv. No. 09-01355 (Bankr. S.D. Fla. filed Apr. 14, 2009), shall remain with the United States Bankruptcy Court for the Southern District of Florida.

SO ORDERED this \_\_\_\_ day of _____, 2009.

_____
Burton R. Lifland
United States Bankruptcy Judge