Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel: 202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2009, I caused true copies of the **Joint Provisional Liquidators' Response to Motion for Rule 1014(b) Transfer of Related Proceeding** to be served upon the interested parties who receive electronic service through ECF and additionally by emailing true and correct copies via electronic transmission and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

1

|  |  |
|---|---|
| Dated: May 1, 2009 | Respectfully submitted, |
|  | BAACH ROBINSON & LEWIS PLLC |
|  | /s/ Eric L. Lewis |
|  | _____ |
|  | Eric L. Lewis, Esq. (EL 0038)<br>1201 F Street N.W., Suite 500<br>Washington D.C.  20004<br>Telephone:  (202) 833-8900<br>Facsimile:   (202) 466-5738 |
|  | *Counsel for the Joint Provisional Liquidators* |

2

## Schedule A

John Moscow, Esq. – jmoscow@bakerlaw.com

Jonathan M. Landers, Esq. –  jlanders@milberg.com

Brad N. Friedman, Esq. –  bfriedman@milberg.com

Sanford P. Dumain, Esq. – sdumain@milberg.com

Jennifer L. Young, Esq. – jyoung@milberg.com

SEEGER WEISS LLP
Stephen A. Weiss, Esq.
Christopher A. Seeger, Esq.
One William Street
New York, NY 10004