BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I served true copies of the **Joint Response of Trustee Irving H. Picard and the Securities Investor Protection Corporation to Motion For Fed.R.Bankr.P. Rule 1014(b) Transfer of Related Proceedings** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
    May 4, 2009               s/Nikki Landrio
                      NIKKI LANDRIO

095879, 300010767

**SCHEDULE A**

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Tina M. Talarchyk, Esq.
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Elizabeth L. Marvin, Esq.
Herbert Bradford Glassman, Esq.
Baach Robinson & Lewis PLLC
1201 F Street NW, #500
Washington, DC 20004

United States Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

Peter Madoff
200 Algoma Road
West Palm Beach, FL 33480

Madoff Securities International Limited
12 Berkeley St., Mayfair
London, England
EC2A 1AG
UK

095879, 300010767

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

**Counsel to Joint Provisional Liquidators**

Eric Lewis – eric.lewis@baachrobinson.com
T. Talarchyk – ttalarchyk@ssd.com

**Counsel to Chapter 7 Trustee**

H. Simon – hsimon@windelsmarx.com
R. Griffin – rgriffin@windelsmarx.com

**Counsel to Movants**

J. Landers – jlanders@milberg.com
B. Friedman – bfriedman@milberg.com
M. Gluck – mgluck@milberg.com
S. dumain – sdumain@milberg.com
J. Young – jyoung@milberg.com
S. Weiss – sweiss@seegerweiss.com
C. Seeger – cseeger@seegerweiss.com