# EXHIBIT 1

08-01789-cgm    Doc 197-1    Filed 05/05/09    Entered 05/05/09 21:38:45    Exhibit 1
Pg 1 of 2



**BERNARD L. MADOFF**
Investment Securities LLC

885 Third Avenue New York, NY 10022-4834

# Facsimile Transmittal

Date: _____    Pages: _____

To: _____    From:   Jodi Crupi

Fax #: _____    Phone #:  (212) 230-2424

                                  Fax #:   (212) 838-4061

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply

Notes:

## WIRE INSTRUCTIONS

JP Morgan Chase Bank
40 Wall Street
New York, NY 10015
ABA #: 021 000 021
For Further Credit To:
Bernard L. Madoff
Account #: 140 081 703
FBO:   (your account name) *Rosenman Family LLC*
       (your account #)
           *R0254*