# EXHIBIT 2

AAD8552 10/29/2008 10 47 AM

| Form **1040X** Rev. November 2007 | Department of the Treasury-Internal Revenue Service **Amended U.S. Individual Income Tax Return** ► See separate instructions. | OMB No. 1545 1074 |
|---|---|---|

This return is for calendar year ► 2007, or fiscal year ended ►

| Your first name and initial | Last name | | Your social security number |
|---|---|---|---|
| BERNARD L. | MADOFF | COPY | 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 |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| RUTH | MADOFF | | 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 |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | | Apt. no. | Phone number |
| 133 EAST 64TH STREET | | | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 3 of the instructions. | | | |
| NEW YORK           NY 10021 | | | |

A If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ............ ► ☐ Yes ☐ No

B Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.
On original return ► ☐ Single  ☒ Married filing jointly  ☐ Married filing separately  ☐ Head of household  ☐ Qualifying widow(er)
On this return ► ☐ Single  ☒ Married filing jointly  ☐ Married filing separately  ☐ Head of household* ☐ Qualifying widow(er)
* If the qualifying person is a child but not your dependent, see page 3 of the instructions.

| Use Part II on the back to explain any changes<br>**Income and Deductions (see instructions)** | | A. Original amount or as previously adjusted (see page 3) | B. Net change-amount of increase or (decrease)- explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 13,261,071 | 1,635 | 13,262,706 |
| 2 Itemized deductions or standard deduction (see page 4) | 2 | 8,055,157 | 784 | 8,055,941 |
| 3 Subtract line 2 from line 1 | 3 | 5,205,914 | 851 | 5,206,765 |
| 4 Exemptions. If changing, fill in Parts I and II on the back (see page 4) | 4 | 2,266 | | 2,266 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 5,203,648 | 851 | 5,204,499 |
| 6 Tax (see page 5). Method used in col. C Sch. D | 6 | 1,775,916 | 229 | 1,776,145 |
| 7 Credits (see page 5) | 7 | 818,780 | | 818,780 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 957,136 | 229 | 957,365 |
| 9 Other taxes (see page 5) | 9 | 264,432 | | 264,432 |
| 10 Total tax. Add lines 8 and 9 | 10 | 1,221,568 | 229 | 1,221,797 |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 5 | 11 | 28 | | 28 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0 | | |
| 13 Earned income credit (EIC) | 13 | 0 | | |
| 14 Additional child tax credit from Form 8812 | 14 | 0 | | |
| 15 Credits: Federal telephone excise tax or from Forms 2439, 4136, 8885, or 8801 (if refundable) | 15 | 0 | | |
| 16 Amount paid with request for extension of time to file (see page 5) | 16 | | | 1,901,000 |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 1,901,028 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | 679,460 |
| 20 Subtract line 19 from line 18 (see page 6) | 20 | | | 1,221,568 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 6 | 21 | | | 229 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | |
| 23 Amount of line 22 you want refunded to you | 23 | | | |
| 24 Amount of line 22 you want applied to your estimated tax | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► Your signature                                 Date           ► Spouse's signature. If a joint return, both must sign.    Date

**Paid Preparer's Use Only**

| Preparer's signature ► | David G. Friehling | Date 10/29/08 | Check if self-employed ☐ | Preparer's SSN or PTIN P00630010 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | Friehling & Horowitz, CPA's P.C.<br>337 N Main St<br>New City                    NY 10956 | | EIN<br>Phone no.<br>845-639-0501 | |

For Paperwork Reduction Act Notice, see page 7 of instructions.                                  Form **1040X** (Rev. 11-2007)

DAA

MAD9552 10/29/2008 3:35 PM

**BERNARD L. & RUTH MADOFF**                                               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

Form 1040X (Rev. 11-2007)                                                                                   Page 2

| | Exemptions. See Form 1040 or 1040A instructions. Complete this part only if you are: <br>• Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or <br>• Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina. | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse <br>Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. <br> Tax year / Exemption amount / But see the instructions for line 4 on page 3 if the amount on line 1 is over: <br> 2007 / $3,400 / $117,300 <br> 2006 / 3,300 / 112,875 <br> 2005 / 3,200 / 109,475 <br> 2004 / 3,100 / 107,025 | 30 | | | |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006 (see instructions for line 4). Otherwise enter -0- | 31 | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 | 32 | | | |

33  Dependents (children and other) not claimed on original (or adjusted) return:

| (A) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ If qualifying child for child tax credit (see page 6) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

No. of children on 33 who:
• lived with you ▶ ☐
• did not live with you due to divorce or separation (see page 6) ▶ ☐
Dependents on 33 not entered above ▶ ☐

**Explanation of Changes**
Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

Taxpayer's spouse receive a K-1 from New Jersey MR Imaging aafter the
original 1040 was efiled. This accounts for the additional tax due.

**Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund
If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

Form **1040X** (Rev. 11-2007)

DAA

JAD9552 10/29/2008 10:47 AM

# Form 1040 U.S. Individual Income Tax Return 2007

Department of the Treasury—Internal Revenue Service    (99)    IRS Use Only—Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

**Label**

Your first name and initial: BERNARD L.    Last name: MADOFF    Your social security number: 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

If a joint return, spouse's first name and initial: RUTH    Last name: MADOFF    Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see page 12.    Apt. no.
133 EAST 64TH STREET

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.
NEW YORK    NY 10021

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶    [X] You    [X] Spouse

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 14)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ................    Boxes checked on 6a and 6b: 2
6b [X] Spouse                                                                                                                      No. of children on 6c who:
6c Dependents:                                                                                                                      • lived with you
  (1) First name  Last name    (2) Dependent's social security number    (3) Dependent's relationship to you    (4) ✓ if qualifying child for child tax credit (see page 15)    • did not live with you due to divorce or separation (see page 16)

If more than four dependents, see page 15.

Dependents on 6c not entered above

d Total number of exemptions claimed ..................................................    Add numbers on lines above ▶ 2

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7    Wages, salaries, tips, etc. Attach Form(s) W-2 ................................................    7
8a   Taxable interest. Attach Schedule B if required .................................................    8a    3,679,311
b    Tax-exempt interest. Do not include on line 8a ............    8b    2,566,428
9a   Ordinary dividends. Attach Schedule B if required .............................................    9a    120,067
b    Qualified dividends (see page 19) .................................    9b    54,960
10   Taxable refunds, credits, or offsets of state and local income taxes (see page 20) ..........    10
11   Alimony received ................................................................................    11
12   Business income or (loss). Attach Schedule C or C-EZ ....................................    12    9,422,238
13   Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ]    13    1,355,808
14   Other gains or (losses). Attach Form 4797 ...................................................    14
15a  IRA distributions .........    15a            b Taxable amount (see page 21)    15b
16a  Pensions and annuities ..    16a            b Taxable amount (see page 22)    16b
17   Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E    17    -1,182,502
18   Farm income or (loss). Attach Schedule F ..................................................    18
19   Unemployment compensation ...................................................................    19
20a  Social security benefits ..    20a            b Taxable amount (see page 24)    20b
21   Other income. List type and amount (see page 24) ▶                                            21
22   Add the amounts in the far right column for lines 7 through 21. This is your total income ▶    22    13,394,922

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
23   Educator expenses (see page 26) ..............................    23
24   Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ    24
25   Health savings account deduction. Attach Form 8889 .......    25
26   Moving expenses. Attach Form 3903 ..........................    26
27   One-half of self-employment tax. Attach Schedule SE .......    27    132,216
28   Self-employed SEP, SIMPLE, and qualified plans ............    28
29   Self-employed health insurance deduction (see page 26) ....    29
30   Penalty on early withdrawal of savings .......................    30
31a  Alimony paid  b Recipient's SSN ▶                                31a
32   IRA deduction (see page 27) ....................................    32
33   Student loan interest deduction (see page 30) ................    33
34   Tuition and fees deduction. Attach Form 8917 ...............    34
35   Domestic production activities deduction. Attach Form 8903    35
36   Add lines 23 through 31a and 32 through 35 ................................................    36    132,216
37   Subtract line 36 from line 22. This is your adjusted gross income ........................ ▶    37    13,262,706

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.    Form 1040 (2007)
DAA

Form 1040 (2007) BERNARD L. & RUTH MADOFF    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    Page 2

| | | | Amount |
|---|---|---|---|
| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 13,262,706 |
| | 38a | Check if: [X] You were born before January 2, 1943, Blind. [X] Spouse was born before January 2, 1943, Blind. Total boxes checked ▶ 38a | 2 |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b | |
| Standard Deduction for — | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 8,055,941 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 41 | Subtract line 40 from line 38 | 5,206,765 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 2,266 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 5,204,499 |
| • All others: | 44 | Tax (see page 33). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 c [ ] Form(s) 8889 | 1,677,003 |
| Single or Married filing separately, $5,350 | 45 | Alternative minimum tax (see page 36). Attach Form 6251 | 99,142 |
| | 46 | Add lines 44 and 45 ▶ | 1,776,145 |
| Married filing jointly or Qualifying widow(er), $10,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| | 49 | Education credits. Attach Form 8863 | |
| Head of household, $7,850 | 50 | Residential energy credits. Attach Form 5695 | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 818,780 |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | |
| | 54 | Credits from: a [ ] Form 8396 b [ ] Form 8859 c [ ] Form 8839 | |
| | 55 | Other credits: a [ ] Form 3800 b [ ] Form 8801 c [ ] Form | |
| | 56 | Add lines 47 through 55. These are your total credits | 818,780 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 957,365 |
| Other Taxes | 58 | Self-employment tax. Attach Schedule SE | 264,432 |
| | 59 | Unreported social security and Medicare tax from: a [ ] Form 4137 b [ ] Form 8919 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | |
| | 62 | Household employment taxes. Attach Schedule H | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 1,221,797 |
| Payments | 64 | Federal income tax withheld from Forms W-2 and 1099 | 28 |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | |
| | b | Nontaxable combat pay election ▶ 66b | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | |
| | 68 | Additional child tax credit. Attach Form 8812 | |
| | 69 | Amount paid with request for extension to file (see page 59) | 1,900,000 |
| | 70 | Payments from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 1,901,028 |
| Refund | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 671,231 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 631,577 |
| | ▶ b | Routing number 021000018  ▶ c Type: [X] Checking [ ] Savings | |
| | ▶ d | Account number 1200202690 | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ 75 | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | |
| | 77 | Estimated tax penalty (see page 61) | 39,654 |
| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see page 61)? [X] Yes. Complete the following. [ ] No | | |
| | Designee's name ▶ Preparer    Phone no. ▶    Personal identification number (PIN) ▶ | | |

Sign Here
Joint return? See page 13.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature    Date    Your occupation SECURITIES BROKER    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation NONE

Paid Preparer's Use Only

Preparer's signature ▶ David G. Friehling    Date 10/29/08    Check if self-employed [ ]    Preparer's SSN or PTIN P0063030

Firm's name (or yours if self-employed), address, and ZIP code ▶ Friehling & Horowitz, CPA's P.C.
337 N Main St
New City    NY 10956    EIN
Phone no. 845-639-0501

Form 1040 (2007)

DAA

MAD6552 10/29/2008 10:46 AM

| SCHEDULES A&B (Form 1040) Department of the Treasury Internal Revenue Service | Schedule A—Itemized Deductions (Schedule B is on back) ▶ Attach to Form 1040.   ▶ See Instructions for Schedules A&B (Form 1040). | OMB No. 1545-0074 **2007** Attachment Sequence No. 07 |
|---|---|---|

Name(s) shown on Form 1040: **BERNARD L. & RUTH MADOFF**
Your social security number: **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**

| Section | | | Amount | Total |
|---|---|---|---:|---:|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | |
| | 2 | Enter amount from Form 1040, line 38 [2] | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes | 5 | 1,516,019 |
| | 6 | Real estate taxes (see page A-5) | 6 | 156,504 |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | | 9  1,672,523 |
| **Interest You Paid** (See page A-5.) Note. Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 1,989 |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶ | 11 | |
| | 12 | Points not reported to you on Form 1098. See page A-6 for special rules | 12 | |
| | 13 | Qualified mortgage insurance premiums (See page A-7) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See page A-7.) | 14 | 12,202 |
| | 15 | Add lines 10 through 14 | | 15  14,191 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-8. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see page A-8 | 16 | 6,631,353 |
| | 17 | Other than by cash or check. If any gift of $250 or more, see page A-8. You must attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | | 19  6,631,353 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See page A-8.) | | 20 |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-9.) | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-9.) ▶ | 21 | |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ Portfolio Inc Ded (K-1s) | 23 | 43,188 |
| | 24 | Add lines 21 through 23 | 24 | 43,188 |
| | 25 | Enter amount from Form 1040, line 38 [25] 13,262,706 | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 265,254 |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27  0 |
| **Other Miscellaneous Deductions** | 28 | Other—from list on page A-10. List type and amount ▶ | | 28 |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? [ ] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. [X] Yes. Your deduction may be limited. See page A-10 for the amount to enter. | ▶ | 29  8,055,941 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | |

* Limited by AGI

For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule A (Form 1040) 2007
DAA

MAD9552  MADOFF, BERNARD L. & RUTH                              10/29/2008  10:47 AM
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                    **Federal Statements**

### Schedule A, Line 5 - State and Local Taxes

| Description | Amount |
|---|---:|
| 2006 NJ extension payment | $ 15,000 |
| 2006 NY extension payment | 1,200,000 |
| State Tax Payments | 145,409 |
| City Tax Payments | 230,000 |
| '06 NJ income tax refund | -5,177 |
| '06 NY income tax refund | -69,213 |
| Total Income Taxes* | 1,516,019 |
| | |
| General Sales Tax | 1,092 |
| Total Sales Taxes | 1,092 |

*Income taxes are being deducted

### Schedule A, Line 6 - Real Estate Taxes

| Description | Amount |
|---|---:|
| NYC COOP | $ 21,538 |
| PALM BEACH HOME | 119,788 |
| MONTAUK HOUSE | 15,178 |
| Total | $ 156,504 |

### Schedule A, Line 16 - Charitable Contributions by Cash or Check

| Description | Amount |
|---|---:|
| 2005 CARRYOVER CONTRIBUTIONS | $ 5,712,834 |
| BLM | 5,415,535 |
| BLM FOUNDATION | 119,040 |
| VARIOUS CHAR ORG | 389,713 |
| BLM INV SEC SCH C | 796,837 |
| MARK MADOFF FOUNDATION | 2,000,000 |
| 50% Cash contrib from K-1s | 607 |
| Disallowed Cash Contribution | -7,803,213 |
| Total | $ 6,631,353 |

MAD9552 10/29/2008 10:48 AM

Schedules A&B (Form 1040) 2007 — OMB No. 1545-0074 — Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.
BERNARD L. & RUTH MADOFF

Your social security number: 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

## Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I — Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| | Amount |
|---|---|
| See Statement 1 | 3,679,311 |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | |
|---|---|---|
| 2 | Add the amounts on line 1 | 3,679,311 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 3,679,311 |

Note. If line 4 is over $1,500, you must complete Part III.

**Part II — Ordinary Dividends**

(See page B-1 and the instructions for Form 1040, line 9a.)

5. List name of payer ▶

| Payer | EIN | Amount |
|---|---|---|
| BERNARD L. MADOFF | | 5?,032 |
| LEHMAN BROTHERS | | ?,486 |
| MERCK | | 15 |
| PFIZER | | 16 |
| MICROSOFT | | 9 |
| MERCK | | 15 |
| SKYLINE | | 288 |
| BANK OF AMERICA | | ,042 |
| EDWARD BLUMENFELD ET AL | 11-3186901 | ?,783 |
| LAGUARDIA CORP CENTER ASSOC LLC | 11-2774627 | ?,499 |
| COHMAD SECURITIES CORP. | 13-3257661 | 25 |
| 4TH & FORTY, LLC | 11-3594078 | 136 |
| US SBA RECEIVER FOR STERLING/CARL M | 11-2909776 | 5?,575 |
| WDI LLC | 11-3555258 | 146 |

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | |
|---|---|---|
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | 12?,067 |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III — Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | X | |
| b | If "Yes," enter the name of the foreign country ▶ UNITED KINGDOM | | |
| 8 | During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.
Schedule B (Form 1040) 2007
DAA

| MAD9552 MADOFF, BERNARD L. & RUTH | 10/29/2008 10:47 M |
|---|---|
| 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 **Federal Statements** | |

### Statement 1 - Schedule B, Line 1 - Interest Income

| Description | | Amount |
|---|---|---:|
| BEAR STERNS | | $ 18,237 |
| PITNEY BOWES | | 119 |
| MADOFF LONDON | | 3,481,894 |
| DUHL & MAYER ET AL | 13-6138493 | 246 |
| EDWARD BLUMENFELD ET AL | 11-3186901 | 5,019 |
| STERLING AMERICAN PROPERTY V LP | 20-4527031 | 6,306 |
| FINARD GERMANTOWN, LLC | 20-4430264 | 81 |
| STERLING AMERICAN PROPERTY III L.P. | 52-2158467 | 23,233 |
| STERLING AMERICAN PROPERTY IV, LP | 11-3634613 | 10,351 |
| DELTA FUND I, L.P. | 98-0220262 | 8,320 |
| NEW JERSEY MR IMAGING, LP | 22-3341151 | 2,611 |
| DELIVERY CONCEPTS LLC | 13-3806762 | 11 |
| MADOFF TECHNOLOGIES, LLC | 13-4031422 | 10,199 |
| MADOFF BROKERAGE & TRADING TECH LLC | 13-4154726 | 2,511 |
| REALTY ASSOCIATES MADOFF II | 11-3347854 | 58,660 |
| LAGUARDIA CORP CENTER ASSOC LLC | 11-2774627 | 918 |
| COHMAD SECURITIES CORP. | 13-3257661 | 15,242 |
| 4TH & FORTY, LLC | 11-3594078 | 46 |
| HOBOKEN RADIOLOGY LLC | 90-0139595 | 4,021 |
| US SBA RECEIVER FOR STERLING/CARL M | 11-2909776 | 31,236 |
| WDI LLC | 11-3555258 | 50 |
| Total | | $ 3,679,311 |

1

MAD9552 10/29/2008 10:46 AM

Schedule E (Form 1040) 2007 — Attachment Sequence No. 13 — Page 2

Name(s) shown on return. Do not enter name and social security number if shown on other side.

**BERNARD L. & RUTH MADOFF**

Your social security number: **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**

Caution. The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II  Income or Loss From Partnerships and S Corporations
Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (e) on line 28 and attach Form 6198. See page E-1.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?   ☒ Yes   ☐ No

If you answered "Yes," see page E-5 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | See Statement 2 | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | 153,579 | | | |
| b Totals | 1,336,081 | | | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | 153,579 |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( 1,336,081 ) |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -1,182,502 |

## Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

## Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-7) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

## Part V  Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, & 40. Enter the result here & on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | -1,182,502 |
| 42 | Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see page E-2), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

DAA                                                                                        Schedule E (Form 1040) 2007

MAD9552  MADOFF, BERNARD L. & RUTH                                    10/29/2008 10:47 AM
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                    **Federal Statements**

### Statement 2 - Schedule E, Page 2, Line 28

| P S | For Ptr | EIN | Not at Risk | Passive Loss | Passive Income | Nonpass Loss | Sec 179 Deduct | Nonpass Income |
|---|---|---|---|---|---|---|---|---|
| DUHL & MAYER ET AL | | | | | | | | |
| P | | 13-6138493 | | $ | $ 4,104 | $ | $ | $ |
| EDWARD BLUMENFELD ET AL | | | | | | | | |
| P | | 11-3186901 | | | | | | |
| STERLING AMERICAN PROPERTY V LP | | | | | | | | |
| P | | 20-4527031 | | 293,277 | | | | |
| STERLING AMERICAN PROPERTY V LP  PYA | | | | | | | | |
| P | | 20-4527031 | | 17,152 | | | | |
| FINARD GERMANTOWN, LLC | | | | | | | | |
| P | | 20-4430264 | | | 4,259 | | | |
| FINARD GERMANTOWN, LLC  PYA | | | | | | | | |
| P | | 20-4430264 | | 2,442 | | | | |
| STERLING AMERICAN PROPERTY III L.P. | | | | | | | | |
| P | | 52-2158467 | | 168,292 | | | | |
| STERLING AMERICAN PROPERTY III L.P.  PYA | | | | | | | | |
| P | | 52-2158467 | | 45,291 | | | | |
| STERLING AMERICAN PROPERTY IV, LP | | | | | | | | |
| P | | 11-3634613 | | 467,635 | | | | |
| STERLING AMERICAN PROPERTY IV, LP  PYA | | | | | | | | |
| P | | 11-3634613 | | 136,348 | | | | |
| DELTA FUND I, L.P. | | | | | | | | |
| P | X | 98-0220262 | | | | | | |
| NEW JERSEY MR IMAGING, LP | | | | | | | | |
| P | | 22-3341151 | | 976 | | | | |
| DELIVERY CONCEPTS LLC | | | | | | | | |
| P | | 13-3806762 | | | | | | |
| DELIVERY CONCEPTS LLC  PYA | | | | | | | | |
| P | | 13-3806762 | | 21 | | | | |
| MADOFF TECHNOLOGIES, LLC | | | | | | | | |
| P | | 13-4031422 | | 86,318 | 1,207 | | | |
| MADOFF TECHNOLOGIES, LLC  PYA | | | | | | | | |
| P | | 13-4031422 | | 29,891 | | | | |
| MADOFF BROKERAGE & TRADING TECH LLC | | | | | | | | |
| P | | 13-4154726 | | 36,919 | 297 | | | |
| MADOFF BROKERAGE & TRADING TECH LLC  PYA | | | | | | | | |
| P | | 13-4154726 | | 10,642 | | | | |
| STERLING ACQUISITONS LLC | | | | | | | | |
| P | | 11-3480270 | | 2,576 | | | | |
| STERLING ACQUISITONS LLC  PYA | | | | | | | | |
| P | | 11-3480270 | | 89 | | | | |
| REALTY ASSOCIATES MADOFF II | | | | | | | | |
| P | | 11-3347854 | | 218 | 38,928 | | | |
| LAGUARDIA CORP CENTER ASSOC LLC | | | | | | | | |
| P | | 11-2774627 | | | 15,168 | | | |
| PJ CLARKS ON THE HUDSON LLC | | | | | | | | |
| P | | 76-0774474 | | 2,314 | 5,472 | | | |
| THE CLARKS GROUP LLC | | | | | | | | |
| P | | 13-4181639 | | 1,551 | 23,584 | | | |
| COHMAD SECURITIES CORP. | | | | | | | | |
| S | | 13-3257661 | | 3,881 | | | | |
| 4TH & FORTY, LLC | | | | | | | | |
| P | | 11-3594078 | | | 9,043 | | | |

2

MAD9552 MADOFF, BERNARD L. & RUTH  
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  
**Federal Statements**  
10/29/2008 10:47 M

### Statement 2 - Schedule E, Page 2, Line 28 (continued)

| P S | For Ptr | EIN | Not at Risk | Passive Loss | Passive Income | Nonpass Loss | Sec 179 Deduct | Nonpass Income |
|---|---|---|---|---|---|---|---|---|
| | | | | **Name** | | | | |
| HOBOKEN RADIOLOGY LLC | | | | | | | | |
| P | | 90-0139595 | $ | 7,078 | $ | $ | $ | $ |
| HOBOKEN RADIOLOGY LLC | | | | | PYA | | | |
| P | | 90-0139595 | | | 1,858 | | | |
| BACAR, L.P. | | | | | | | | |
| P | | 94-3337120 | | | 5 | | | |
| US SBA RECEIVER FOR STERLING/CARL M | | | | | | | | |
| S | | 11-2909776 | | | 41,829 | | | |
| US SBA RECEIVER FOR STERLING/CARL M | | | | | PYA | | | |
| S | | 11-2909776 | | | 16,830 | | | |
| WDI LLC | | | | | | | | |
| P | | 11-3555258 | | | 9,688 | | | |
| VIAGER II LLC | | | | | | | | |
| P | | 74-3202390 | | 4,477 | | | | |
| | Total | | | $1,336,081 | $ 153,579 | $ 0 | $ 0 | $ 0 |

2

MAD9552 10/29/2008 10:45 AM

| Form **6251** | Alternative Minimum Tax—Individuals | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions. ▶ Attach to Form 1040 or Form 1040NR. | **2007** Attachment Sequence No. **32** |

Name(s) shown on Form 1040 or Form 1040NR: BERNARD L. & RUTH MADOFF
Your social security number: 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

### Part I  Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| # | Description | | Amount |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 5,206,765 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 1,672,523 |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | 0 |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | If Form 1040, line 38, is over $156,400 (over $78,200 if married filing separately), enter the amount from line 11 of the Itemized Deductions Worksheet on page A-10 of the instructions for Schedule A (Form 1040) | 6 | 262,126) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | -73,872 |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | -20,812 |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | 7,846 |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | 0 |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | ( ) |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | ( ) |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately and line 28 is more than $207,500, see page 7 of the instructions.) | 28 | 6,530,324 |

### Part II  Alternative Minimum Tax

| # | Description | | Amount |
|---|---|---|---|
| 29 | Exemption. (If this form is for a child under age 18, see page 7 of the instructions.) IF your filing status is... Single or head of household $112,500 $44,350; Married filing jointly or qualifying widow(er) 150,000 66,250; Married filing separately 75,000 33,125. If line 28 is over the amount shown above for your filing status, see page 7 of the instructions. | 29 | |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 33 and 35 and skip the rest of Part II | 30 | 6,530,324 |
| 31 | • If you are filing Form 2555 or 2555-EZ, see page 8 of the instructions for the amount to enter. • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 55 here. • All others: If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 1,771,024 |
| 32 | Alternative minimum tax foreign tax credit (see page 8 of the instructions) | 32 | 816,659 |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 954,365 |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 51). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see page 9 of the instructions) | 34 | 855,223 |
| 35 | Alternative minimum tax. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 99,142 |

For Paperwork Reduction Act Notice, see page 10 of the instructions.

Form **6251** (2007)

DAA

BERNARD L. & RUTH MADOFF                                                      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

Form 6251 (2007)                                                                         Page 2

### Tax Computation Using Maximum Capital Gains Rates

| | | | |
|---|---|---|---|
| 36 Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from 3 of the worksheet on page 8 of the instructions | | 36 | 6,530,324 |
| 37 Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet on page D-10 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see page 9 of the instructions). If you are filing Form 2555 or 2555-EZ, see page 10 of the instructions for the amount to enter | 37 | 262,374 | |
| 38 Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see page 9 of the instructions). If you are filing Form 2555 or 2555-EZ, see page 10 of the instructions for the amount to enter | 38 | 495,290 | |
| 39 If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see page 10 of the instructions for the amount to enter | 39 | 757,664 | |
| 40 Enter the smaller of line 36 or line 39 | | 40 | 757,664 |
| 41 Subtract line 40 from line 36 | | 41 | 5,772,660 |
| 42 If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 42 | 1,612,845 |
| 43 Enter: • $63,700 if married filing jointly or qualifying widow(er), • $31,850 if single or married filing separately, or • $42,650 if head of household. | 43 | 63,700 | |
| 44 Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet on page D-10 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- | 44 | 4,868,253 | |
| 45 Subtract line 44 from line 43. If zero or less, enter -0- | 45 | 0 | |
| 46 Enter the smaller of line 36 or line 37 | 46 | 262,374 | |
| 47 Enter the smaller of line 45 or line 46 | 47 | | |
| 48 Multiply line 47 by 5% (.05) | | 48 | |
| 49 Subtract line 47 from line 46 | 49 | 262,374 | |
| 50 Multiply line 49 by 15% (.15) | | 50 | 39,356 |
| If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51. | | | |
| 51 Subtract line 46 from line 40 | 51 | 495,290 | |
| 52 Multiply line 51 by 25% (.25) | | 52 | 123,823 |
| 53 Add lines 42, 48, 50, and 52 | | 53 | 1,776,024 |
| 54 If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 54 | 1,824,991 |
| 55 Enter the smaller of line 53 or line 54 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet on page 8 of the instructions | | 55 | 1,776,024 |

DAA                                                                              Form 6251 (2007)

MAD9552 MADOFF, BERNARD L. & RUTH                                           10/29/2008 10:47 AM
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                     **Federal Statements**

### Form 1040, Line 8b - Tax-exempt Interest

| Payer | Amount |
|---|---:|
| FIDELITY | $ 101 |
| BEAR STERNS | 2,566,327 |
| Total | $ 2,566,428 |

### Form 1040, Dividend Income

| Payer | Ordinary Dividends | Qualified Dividends |
|---|---:|---:|
| EDWARD BLUMENFELD ET AL | $ 3,783 | $ |
| LAGUARDIA CORP CENTER ASSOC LLC | 2,499 | |
| COHMAD SECURITIES CORP. | 25 | |
| 4TH & FORTY, LLC | 136 | |
| US SBA RECEIVER FOR STERLING/CARL M | 52,575 | 52,575 |
| WDI LLC | 146 | |
| BERNARD L. MADOFF | 56,032 | |
| LEHMAN BROTHERS | 2,486 | |
| MERCK | 15 | 15 |
| PFIZER | 16 | 16 |
| MICROSOFT | 9 | 9 |
| MERCK | 15 | 15 |
| SKYLINE | 288 | 288 |
| BANK OF AMERICA | 2,042 | 2,042 |
| Total | $ 120,067 | $ 54,960 |

MAD9552 MADOFF, BERNARD L. & RUTH                           10/29/2008 10:47 AM
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              **Federal Statements**

### Form 6251, Line 17 - Post-1986 Depreciation Adjustment

| Nonpassive Activity type | Amount |
|---|---|
| Depreciation adjustment report | $ -20,812 |
| Total | $ -20,812 |

### Form 6251, Line 18 - Passive Activities

| Description | Form/Sch | AMT Inc/Loss | Regular Inc/Loss | Difference Line 18 |
|---|---|---|---|---|
| DUHL & MAYER ET AL | Sch E2 | $ 4,104 | $ 4,104 | $ |
| STERLING AMERICAN PROPERTY V LP | Sch E2 | -297,767 | -310,429 | 12,662 |
| FINARD GERMANTOWN, LLC | Sch E2 | 1,597 | 1,817 | -220 |
| STERLING AMERICAN PROPERTY III L.P. | Sch E2 | -229,681 | -213,583 | -16,098 |
| STERLING AMERICAN PROPERTY IV, LP | Sch E2 | -592,806 | -603,983 | 11,177 |
| NEW JERSEY MR IMAGING, LP | Sch E2 | -976 | -976 | |
| DELIVERY CONCEPTS LLC | Sch E2 | -22 | -21 | -1 |
| MADOFF TECHNOLOGIES, LLC | Sch E2 | -117,542 | -115,002 | -2,540 |
| MADOFF BROKERAGE & TRADING TECH LLC | Sch E2 | -48,192 | -47,264 | -928 |
| STERLING ACQUISITONS LLC | Sch E2 | -2,673 | -2,665 | -8 |
| REALTY ASSOCIATES MADOFF II | Sch E2 | 38,417 | 38,710 | -293 |
| LAGUARDIA CORP CENTER ASSOC LLC | Sch E2 | 15,168 | 15,168 | |
| PJ CLARKS ON THE HUDSON LLC | Sch E2 | 3,448 | 3,158 | 290 |
| THE CLARKS GROUP LLC | Sch E2 | 22,038 | 22,033 | 5 |
| COHMAD SECURITIES CORP. | Sch E2 | -4,147 | -3,881 | -266 |
| 4TH & FORTY, LLC | Sch E2 | 9,043 | 9,043 | |
| HOBOKEN RADIOLOGY LLC | Sch E2 | -7,771 | -8,936 | 1,165 |
| BACAR, L.P. | Sch E2 | -5 | -5 | |
| US SBA RECEIVER FOR STERLING/CARL M | Sch E2 | 27,900 | 24,999 | 2,901 |
| WDI LLC | Sch E2 | 9,688 | 9,688 | |
| VIAGER II LLC | Sch E2 | -4,477 | -4,477 | |
| Total | | $-1,174,656 | $-1,182,502 | $ 7,846 |