# EXHIBIT 3

| | | Statement Number | CSM070430000046/ | | Account Number | 866-1126-621 | |
|---|---|---|---|---|---|---|---|
| | | Statement Period | 2007-04-02 – 2007-04-30 | | Opening Book Balance | 2,185,634.19 | |
| | | Number of Enclosures | 5 | | 70 Total Credits | 229,327,527.43 | |
| | | | | | 96 Total Debits | 230,073,561.59 | |
| | | Page | 2 of 5 | | Closing Book Balance | 1,439,600.03 | |

| Our Transaction Reference | Your Reference Related Reference Our Description | Beneficiary name (Ben)/ By Order of Party (B/O)/ Ordering Bank (O/B)/Other Information | Value Date YYMMDD | Entry Date MMDD | F | Debits (U.S. Dollars) | Credits (U.S. Dollars) | Balance (U.S. Dollars) |
|---|---|---|---|---|---|---|---|---|
| FTJ07040654093544 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070406 | 070406 | S | 125,000.00 | | |
| FTJ07040653735544 | AMRO | B/O:BERNARD L MADOFF INVEST SEC LL | 070406 | 070406 | S | 100,000.00 | | |
| | | CLOSING BOOK BALANCE | 070406 | | | | | 2,787,937.42 |
| | | CLOSING AVAILABLE BALANCE | 070406 | | | | | 2,787,937.42 |
| BLM070409000120D | LOAN 2000021406 | C/L:LOAN PROCEEDS A/C 0294565105 | 070409 | 070409 | S | | 25,300,000.00 | |
| F2S070409973458OO | NONREF | O/B:ABIC/CRESUS33 | 070409 | 070409 | S | | 2,049,841.47 | |
| FTJ070409612804 | FTJ07040961280044 | DBT:BERNARD L MADOFF INVESTMENT | 070409 | 070409 | S | | 56,600.00 | |
| FTJ070409652494 | FTJ07040965249444 | DBT:BERNARD L MADOFF INVESTMENT | 070409 | 070409 | S | | 60.00 | |
| BSJ07040965614 | D0846DR00070409 | BEN:BROKERS SERVICES ORISKANY | 070409 | 070409 | S | 25,154,390.73 | | |
| FTJ070409670404 | AMRO | B/O:BERNARD L MADOFF INVEST SEC LL | 070409 | 070409 | S | 200,000.00 | | |
| FTJ07040961281 44 | JOHN/LDN | B/O:BERNARD MADOFF | 070409 | 070409 | S | 173,624.69 | | |
| FTJ07040961281944 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070409 | 070409 | S | 100,000.00 | | |
| CAN07040908490D | OVERDRAFT INT | NET OVERDRAFT INTEREST CHARGE | 070409 | 070409 | S | 2,415.90 | | |
| | | CLOSING BOOK BALANCE | 070409 | | | | | 4,234,007.97 |
| | | CLOSING AVAILABLE BALANCE | 070409 | | | | | 4,234,007.97 |
| BSJ07041003187 44 | BSJ07041003187044 | B/O:BROKER SERVICES NYC | 070410 | 070410 | S | | 11,634,075.19 | |
| BSJ07041003110 44 | BSJ07041003110044 | B/O:BROKER SERVICES NYC | 070410 | 070410 | S | | 3,918,463.05 | |
| FTJ07041075970 44 | FTJ07041075970144 | DBT:BERNARD L MADOFF INVESTMENT | 070410 | 070410 | S | | 20,815.00 | |
| BLM07041000018OO | LOAN 2000021406 | C/L PRIN PAYMENT A/C 0294565105 | 070410 | 070410 | S | 12,000,000.00 | | |
| FTJ07041075971 44 | JOHN/LDN | B/O:BERNARD MADOFF | 070410 | 070410 | S | 6,640,199.15 | | |
| FTJ07041075969 44 | EXP/TRN | BEN:BERNARD L MADOFF | 070410 | 070410 | S | 55,000.00 | | |
| FTJ07041075968 44 | RUTH PERS | BEN:BERNARD L MADOFF | 070410 | 070410 | S | 25,000.00 | | |
| | | CLOSING BOOK BALANCE | 070410 | | | | | 987,101.66 |
| | | CLOSING AVAILABLE BALANCE | 070410 | | | | | 987,101.66 |
| BSJ07041117495 44 | BSJ07041117495444 | B/O:BROKER SERVICES NYC | 070411 | 070411 | S | | 1,143,600.39 | |
| BLM07041100012OO | LOAN 2000021406 | C/L:LOAN PROCEEDS A/C 0294565105 | 070411 | 070411 | S | | 1,000,000.00 | |
| FTJ07041100089 44 | FTJ07041100089444 | DBT:BERNARD L MADOFF INVESTMENT | 070411 | 070411 | S | | 197,310.00 | |
| FTJ07041100087 44 | JOHN/LDN | B/O:BERNARD MADOFF | 070411 | 070411 | S | 1,266,778.56 | | |
| FTJ07041100084 44 | PAY ROLL | BEN:BERNARD L MADOFF | 070411 | 070411 | S | 672,796.13 | | |
| FTJ07041100085 44 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070411 | 070411 | S | 50,000.00 | | |
| | | CLOSING BOOK BALANCE | 070411 | | | | | 1,238,437.36 |
| | | CLOSING AVAILABLE BALANCE | 070411 | | | | | 1,238,437.36 |
| BSJ07041231920 44 | BSJ07041231920044 | B/O:BROKER SERVICES NYC | 070412 | 070412 | S | | 3,762,339.43 | |
| BSJ07041231855 44 | BSJ07041231855444 | B/O:BROKER SERVICES NYC | 070412 | 070412 | S | | 2,020,572.73 | |
| F2S07041283343OO | NONREF | O/B:ABIC/CRESUS33 | 070412 | 070412 | S | | 307,822.94 | |
| FTJ07041227493 44 | FTJ07041227493444 | DBT:BERNARD L MADOFF INVESTMENT | 070412 | 070412 | S | | 206,290.00 | |
| FTJ07041224509 44 | JOHN/LDN | B/O:BERNARD MADOFF | 070412 | 070412 | S | 3,262,672.56 | | |
| FTJ07041224690 44 | RUTH PERS | BEN:BERNARD L MADOFF | 070412 | 070412 | S | 2,000,000.00 | | |
| FTJ07041224508 44 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070412 | 070412 | S | 5,000.00 | | |
| | | CLOSING BOOK BALANCE | 070412 | | | | | 2,265,789.90 |
| | | CLOSING AVAILABLE BALANCE | 070412 | | | | | 2,269,789.90 |
| FDC07041327376OO | T2007041301692S | B/O:BARCLAYS BANK PLC FID BARCLAYS | 070413 | 070413 | S | | 709,512.03 | |
| FTJ07041339105 44 | FTJ07041339105444 | DBT:BERNARD L MADOFF INVESTMENT | 070413 | 070413 | S | | 211,870.00 | |
| FTJ07041339103 44 | RUTH PERS | BEN:BERNARD L MADOFF | 070413 | 070413 | S | 1,000,000.00 | | |
| BSJ07041348580 44 | D0846DR00070413 | BEN:BROKERS SERVICES ORISKANY | 070413 | 070413 | S | 410,284.22 | | |
| BSJ07041348728 44 | N0846DR00070413 | BEN:BROKERS SERVICES ORISKANY | 070413 | 070413 | S | 95,056.35 | | |
| FTJ07041339104 44 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070413 | 070413 | S | 30,000.00 | | |
| | | CLOSING BOOK BALANCE | 070413 | | | | | 1,655,821.26 |

*CHECKS AND ENCLOSURES FOR THESE TRANSACTIONS ARE INCLUDED FOR YOUR VERIFICATION AND RECONCILEMENT PURPOSES

Confidential Treatment Requested by The Bank of New York Mellon Corp.

BNYM000011465