# EXHIBIT 6

BNYM00011482

## BERNARD L MADOFF INVESTMENT

| | |
|---|---|
| Statement Number CSM070629000053E | Account Number 866-1126-621 |
| Statement Period 2007-06-01 – 2007-06-29 | Opening Book Balance 3,205,126.23 |
| | 76 Total Credits 330,333,918.45 |
| Number of Enclosures 5 | 88 Total Debits 330,653,820.64 |
| Page 3 of 5 | Closing Book Balance 2,885,224.04 |

| Our Transaction Reference | Your Reference / Related Reference / Our Description | Beneficiary name (Ben)/ By Order of Party (B/O)/ Ordering Bank (O/B)/Other Information | Value Date | Entry Date | F | Debits (U.S. Dollars) | Credits (U.S. Dollars) | Balance (U.S. Dollars) |
|---|---|---|---|---|---|---|---|---|
| FTJ07061534618448 | AMRO | B/O BERNARD L MADOFF INVEST SEC LL | 070615 | 070615 | S | 600,000.00 | | |
| FTJ07061534618544 | OCC PAY | BEN BERNARD L MADOFF INVESTMENT | 070615 | 070615 | S | 233,375.00 | | |
| FTJ07061530420414 | NSCC PART FUND | B/O BERNARD L MADOFF | 070615 | 070615 | S | 200,000.00 | | |
| FTJ07061534618344 | RUTH PERS | BEN BERNARD L MADOFF | 070615 | 070615 | S | 70,000.00 | | |
| FTJ07061534618644 | EXP/TRN | BEN BERNARD L MADOFF INVESTMENT | 070615 | 070615 | S | 15,000.00 | | |
| FTJ07061534618444 | PRIVATE BK BLM | BEN BERNARD AND RUTH MADOFF | 070615 | 070615 | S | 5,000.00 | | |
| CHG07061506655500 | NET SVC CHARGE | REFER TO SERVICE CHARGE ADVICE | 070615 | 070615 | S | 500.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 2,469,600.42 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 2,469,600.42 |
| FDC07061824104004 | T2007061876263 | B/O BARCLAYS BANK PLC FID BARCLAYS | 070618 | 070618 | S | | 14,504,576.81 | |
| BLM07061800021000 | LOAN 2000021406 | CA LOAN PROCEEDS A/C 0294565105 | 070618 | 070618 | S | | 12,000,000.00 | |
| FDF07061811761000 | DCO OF 07/06/18 | B/O MR ANDREW H MADOFF DEBORAH W M | 070618 | 070618 | S | | 1,500,000.00 | |
| BSJ07061857468944 | D0646DR000070618 | BEN, BROKERS SERVICES ORISKANY | 070618 | 070618 | S | 20,801,351.52 | | |
| BSJ07061857632244 | N0648DR000070618 | BEN, BROKERS SERVICES ORISKANY | 070618 | 070618 | S | 3,884,990.16 | | |
| FTJ07061850864944 | OCC PAY | BEN BERNARD L MADOFF INVESTMENT | 070618 | 070618 | S | 932,304.00 | | |
| FTJ07061850848484 | AMRO | B/O BERNARD L MADOFF INVEST SEC LL | 070618 | 070618 | S | 500,000.00 | | |
| FTJ07061847655544 | NSCC PART FUND | B/O BERNARD L MADOFF | 070618 | 070618 | S | 500,000.00 | | |
| FTJ07061850847444 | EXP/TRN | BEN BERNARD L MADOFF INVESTMENT | 070618 | 070618 | S | 110,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 3,645,531.55 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 3,645,531.55 |
| BSJ07061970496444 | BSJ07061970496444 | B/O BROKER SERVICES NYC | 070619 | 070619 | S | | 22,056,553.70 | |
| BSJ07061970433444 | BSJ07061970433444 | B/O BROKER SERVICES NYC | 070619 | 070619 | S | | 5,116,721.53 | |
| FTJ07061963576444 | FTJ07061963576444 | DBT BERNARD L MADOFF INVESTMENT | 070619 | 070619 | S | | 430,269.00 | |
| BLM07061900001000 | LOAN 2000021406 | CA PRIN PAYMENT A/C 0294565105 | 070619 | 070619 | S | 25,000,000.00 | | |
| FTJ07061963577440 | JOHNLDN | B/O BERNARD L MADOFF | 070619 | 070619 | S | 4,059,420.19 | | |
| FTJ07061963575440 | EXP/TRN | BEN BERNARD L MADOFF INVESTMENT | 070619 | 070619 | S | 140,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 2,050,647.65 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 2,050,647.65 |
| BSJ07062004545444 | BSJ07062004545444 | B/O BROKER SERVICES NYC | 070620 | 070620 | S | | 12,518,762.48 | |
| FDC07062031681004 | 29692519 | B/O BARCLAYS BANK PLC FID BARCLAYS | 070620 | 070620 | S | | 3,696,123.18 | |
| FTS07062057934004 | FTS07062057934004 | DBT BERNARD L MADOFF INVESTMENT | 070620 | 070620 | S | | 552,920.00 | |
| BLM07062000010004 | LOAN 2000021406 | B/O CASH CONTROL-CONTROLLER DEPT | 070620 | 070620 | S | | 7,424.82 | |
| FTJ07062076972444 | PAY ROLL | BEN BERNARD L MADOFF | 070620 | 070620 | S | 16,000,000.00 | | |
| FTJ07062077440044 | EXP/TRN | BEN BERNARD L MADOFF INVESTMENT | 070620 | 070620 | S | 519,009.07 | | |
| | | | 070620 | 070620 | S | 65,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 2,235,019.06 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 2,235,019.06 |
| FDC07062122590600 | T2007062185347 | B/O BARCLAYS BANK PLC FID BARCLAYS | 070621 | 070621 | S | | 4,969,500.00 | |
| BSJ07062182744444 | BSJ07062182744444 | B/O BROKER SERVICES NYC | 070621 | 070621 | S | | 4,166,629.82 | |
| FDC07062127772000 | 29749764 | B/O BARCLAYS BANK PLC FID BARCLAYS | 070621 | 070621 | S | | 399,457.81 | |
| FTJ07062113931444 | FTJ07062113931444 | DBT BERNARD L MADOFF INVESTMENT | 070621 | 070621 | S | | 314,961.00 | |
| BLM07062102884440 | 6:59 | DBT LINSCORP PRIVATE LEDGER CORP | 070621 | 070621 | S | | 485.07 | |
| BLM07062100007000 | LOAN 2000021406 | CA PRIN PAYMENT A/C 0294565105 | 070621 | 070621 | S | 10,000,000.00 | | |
| FTJ07062118431440 | MADOFF ENERGY | BEN MADOFF ENERGY HOLDINGS LLC | 070621 | 070621 | S | 500,000.00 | | |
| FTJ07062113930440 | EXP/TRN | BEN BERNARD L MADOFF INVESTMENT | 070621 | 070621 | S | 190,000.00 | | |
| FTJ07062113932440 | PETER | BEN PETER MADOFF | 070621 | 070621 | S | 100,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 1,290,052.76 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 1,290,052.76 |

*CHECKS AND ENCLOSURES FOR THESE TRANSACTIONS ARE INCLUDED FOR YOUR VERIFICATION AND RECONCILEMENT PURPOSES

Confidential Treatment Requested by The Bank of New York Mellon Corp.

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| Statement Number | CSM0707310000449 |
| Statement Period | 2007-07-02 – 2007-07-31 |
| Number of Enclosures | 4 |
| Page | 1 of 5 |
| Account Number | 866-1126-621 |
| Opening Book Balance | 2,885,224.04 |
| 71 Total Credits | 370,681,601.78 |
| 90 Total Debits | 370,119,595.64 |
| Closing Book Balance | 3,447,230.18 |

| Our Transaction Reference | Your Reference / Related Reference / Our Description | Beneficiary name (Ben)/ By Order of Party (B/O)/ Ordering Bank (O/B)/Other Information | Value Date YYMMDD | Entry Date MMDD | F | Debits (U.S. Dollars) | Credits (U.S. Dollars) | Balance (U.S. Dollars) |
|---|---|---|---|---|---|---|---|---|
| | | OPENING BOOK BALANCE | | | | | | 2,885,224.04 |
| | | OPENING AVAILABLE BALANCE | | | | | | 2,664,775.74 |
| BSJ0707025665044 | BSJ0707025665044 | B/O BROKER SERVICES NYC | 070702 | | S | | 26,656,811.96 | |
| *CPB1830018811293 | CK NO 13571 | CHECK | 070702 | | S | 500.00 | | |
| BLM0707020002900 | LOAN 2000021406 | C/L PRIN PAYMENT A/C 0294565105 | 070702 | | S | 12,000,000.00 | | |
| FTJ0707024340944 | JOHN/LDN | B/O BERNARD MADOFF | 070702 | | S | 11,132,608.84 | | |
| FTJ0707024341144 | MADOFF ENERGY | BEN:MADOFF ENERGY HOLDINGS LLC | 070702 | | S | 1,206,000.00 | | |
| BLM0707020000600 | INV 1071043474 | C/L PAYMENT A/C 0294565105 | 070702 | | S | 379,911.75 | | |
| FTJ0707023340844 | OCC PAY | BEN:BERNARD L MADOFF INVESTMENT | 070702 | | S | 145,315.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 4,364,600.41 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 4,393,751.71 |
| CPE1840019321570 | ITEM COUNT 00014 | DEPOSIT TO ACCOUNT | 070703 | | S | | 15,474.55 | |
| CPE1840019321568 | ITEM COUNT 00031 | DEPOSIT TO ACCOUNT | 070703 | | S | | 1,250.00 | |
| CPE1840019321563 | ITEM COUNT 00004 | DEPOSIT TO ACCOUNT | 070703 | | S | | 327.00 | |
| BSJ0707037117344 | BSJ0707037117344 | B/O BROKER SERVICES NYC | 070703 | | S | | 22,705,133.53 | |
| FTJ0707036292844 | FTJ0707036292844 | DBT:BERNARD L MADOFF INVESTMENT | 070703 | | S | | 415,552.06 | |
| BLM0707030000900 | LOAN 2000021406 | C/L PRIN PAYMENT A/C 0294565105 | 070703 | | S | 15,000,000.00 | | |
| FTJ0707035729344 | JOHN/LDN | B/O BERNARD L MADOFF | 070703 | | S | 6,209,324.90 | | |
| FTJ0707036293304 | AMRO | BEN:BERNARD L MADOFF INVEST SEC LL | 070703 | | S | 1,500,000.00 | | |
| FTJ0707037096944 | PAY ROLL | BEN:BERNARD L MADOFF | 070703 | | S | 561,039.34 | | |
| FTJ0707036292744 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070703 | | S | 200,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 4,121,573.22 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 4,114,521.76 |
| FDC0707054080900 | T2007070526354 | B/O BARCLAYS BANK PLC FID BARCLAYS | 070705 | | S | | 14,022,477.48 | |
| BLM0707050000100 | LOAN 2000021406 | C/L LOAN PROCEEDS A/C 0294565105 | 070705 | | S | | 3,000,000.00 | |
| FTJ0707057427244 | NON REF | DBT:BERNARD L MADOFF INVESTMENT | 070705 | | S | | 278,543.00 | |
| FZS0707054016300 | N064SDR000070705 | O/B ABACRESUS33 | 070705 | | S | | 30,535.00 | |
| BSJ0707050716944 | N064SDR000070705 | BEN:BROKERS SERVICES CRISKANY | 070705 | | S | 6,791,736.13 | | |
| BSJ0707050355444 | D064SDR000070705 | BEN:BROKERS SERVICES CRISKANY | 070705 | | S | 6,505,026.27 | | |
| FTJ0707050355444 | ISOLA USA | B/O BERNARD L MADOFF INVEST SEC | 070705 | | S | 1,977,910.88 | | |
| FTJ0707057427944 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070705 | | S | 460,000.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 3,730,555.57 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 3,725,458.65 |
| BSJ0707062194744 | BSJ0707062194744 | B/O BROKER SERVICES NYC | 070706 | | S | | 35,817,146.93 | |
| BSJ0707062201244 | BSJ0707067201244 | B/O BROKER SERVICES NYC | 070706 | | S | | 2,734,783.43 | |
| BLM0707060001100 | LOAN 2000021406 | C/L PRIN PAYMENT A/C 0294565105 | 070706 | | S | 25,000,000.00 | | |
| FTJ0707061202044 | JOHN/LDN | B/O BERNARD MADOFF | 070706 | | S | 10,241,395.13 | | |
| FTJ0707061201944 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070706 | | S | 110,000.00 | | |
| FTJ0707061201844 | OCC PAY | BEN:BERNARD MADOFF | 070706 | | S | 56,543.00 | | |
| | | CLOSING BOOK BALANCE | | | | | | 3,074,053.74 |
| | | CLOSING AVAILABLE BALANCE | | | | | | 3,873,789.09 |
| BSJ0707095565244 | BSJ0707095565244 | B/O BROKER SERVICES NYC | 070709 | | S | | 5,251,696.45 | |
| FTJ0707092698144 | FTJ0707092698144 | DBT:BERNARD L MADOFF INVEST SEC LL | 070709 | | S | | 108,670.01 | |
| *CPB1900015703274 | CK NO 13574 | CHECK | 070709 | | S | 4,000.00 | | |
| FTJ0707092699244 | JOHN/LDN | B/O BERNARD MADOFF | 070709 | | S | 2,831,862.00 | | |
| BLM0707090000900 | LOAN 2000021406 | C/L PRIN PAYMENT A/C 0294565105 | 070709 | | S | 2,000,000.00 | | |
| FTJ0707092698344 | AMRO | B/O BERNARD L MADOFF INVEST SEC LL | 070709 | | S | 500,000.00 | | |
| FTJ0707092698044 | EXP/TRN | BEN:BERNARD L MADOFF INVESTMENT | 070709 | | S | 100,000.00 | | |

*CHECKS AND ENCLOSURES FOR THESE TRANSACTIONS ARE INCLUDED FOR YOUR VERIFICATION AND RECONCILEMENT PURPOSES

BNYM000011488

Confidential Treatment Requested by The Bank of New York Mellon Corp.

11:08 AM
01/15/08
Cash Basis

# Madoff Energy Holdings LLC
## Balance Sheet
### As of December 31, 2007

|  | Dec 31, 07 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| CGR Savings | 4,460,582.10 |
| CGR Checking | 1,000.00 |
| Energy Saving | 26,336.89 |
| Energy Checking | 1,000.00 |
| Holdings Saving | 10,248.66 |
| Holding Checking | 1,000.00 |
| **Total Checking/Savings** | 4,500,167.65 |
| **Total Current Assets** | 4,500,167.65 |
| **Fixed Assets** | |
| **Mineral Rights** | |
| Foster | 463,714.87 |
| Reitz et Al | 260,591.05 |
| **Total Mineral Rights** | 724,305.92 |
| **Mineral Rights w/ workGas Wells** | |
| Rock E7H | 312,240.00 |
| Rock E8H | 312,720.00 |
| Foster 1H | 330,240.00 |
| Rock Creek I 3H | 321,240.00 |
| Rock Creek I 2H | 314,160.00 |
| Rock Creek I 1H | 310,680.00 |
| Clements 2H | 318,120.00 |
| **Total Mineral Rights w/ workGas Wells** | 2,219,400.00 |
| **Total Fixed Assets** | 2,943,705.92 |
| **Other Assets** | |
| Organizational Expenses | 11,749.46 |
| **Total Other Assets** | 11,749.46 |
| **TOTAL ASSETS** | 7,455,623.03 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Andrew Madoff Equity** | |
| Andrew Madoff Investments | 2,370,000.00 |
| **Total Andrew Madoff Equity** | 2,370,000.00 |
| **Mark Madoff Equity** | |
| Mark Madoff Investments | 2,370,000.00 |
| **Total Mark Madoff Equity** | 2,370,000.00 |
| **Shana Madoff Equity** | |
| Shana Madoff Investment | 2,370,000.00 |
| **Total Shana Madoff Equity** | 2,370,000.00 |
| Net Income | 345,623.03 |
| **Total Equity** | 7,455,623.03 |
| **TOTAL LIABILITIES & EQUITY** | 7,455,623.03 |