# EXHIBIT 8

# BOAT SERVICE

**YACHT BULL CORPORATION**
Scotiabank Building
PO Box 884 GT
Grand Cayman
Cayman Islands

Cannes, le 31 mai 2007

## FACTURE Nº BT 07050005

**Vente d'un Motor-Yacht neuf, marque Léopard, type 27 Sport.**

| | |
|---|---|
| Numéro de construction : | 37 |
| Année de construction : | 2007 |
| Longueur : | 26.78 Mt |
| Largeur : | 6.05 Mt |
| Moteurs : | 2 x MTU 16V2000 M92 2.180 hp |
| Numéro des moteurs : | 536106153 - 536106154 |
| | |
| Générateurs : | 1 x Kohler 19 Kw |
| | 1 x Kohler 27 Kw |
| | |
| Homologation : | BV |

Le bateau n'a fait l'objet d'aucune utilisation autre que pour tests nécessaires à la livraison du bateau.

**Prix de vente HT**        **5.000.000,00 € HT**
                            **(cinq millions d'Euros hors taxes)**

Modalités de paiement :

| | |
|---|---|
| A la signature : | 150.000,00 Euros |
| Au plus tard le 20 octobre 2006 | 750.000,00 Euros |
| Et reprise du Léopard 23/27 pour : | 2.000.000,00 Euros |
| Au plus tard le 20 décembre 2006 | 600.000,00 Euros |
| Au plus tard le 20 février 2007 | 600.000,00 Euros |
| Au plus tard le 20 avril 2007 | 600.000,00 Euros |
| A livraison : | 300.000,00 Euros |



JPMorgan Chase Bank

# JPMorganChase

CM

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | In US Dollars |
|---|---|---|---|
| Account No: | | | 140-081703 |
| Statement Start Date: | | | 01 OCT 2003 |
| Statement End Date: | | | 31 OCT 2003 |
| Account Code: | | | 000-USA-11 |
| Statement Code: | | | 010 |
| Statement No: | | | Page 11 of 54 |

| | | | | |
|---|---|---|---|---|
| 02OCT | USD | YOUR: 31Y9997G81274 | 39,241,287.00 | B/O: ANGLO IRISH BK (SUISSE) SA, GE |
| | | OUR: 2742004564XN | | REF: MRN=BERNARD MADOFF NEW YORK |
| | | | | NY 10022-4834/AC-001400081703 BNF= |
| | | | | TRORANDY INVESTMENT COMPANY LTD/AC- |
| | | | | ACIFERSD40 ORG=ANGLO IRISH BK SUIS |
| | | | | SES SA, GENEVE OGB=ANGLO IRISH BANK |
| | | | | SSN: 0085455 |
| 02OCT | USD | YOUR: NC0231337110020301 | 45,001,171.88 | ATP INVESTMENT PRINCIPAL |
| | | OUR: 032750021IIN | | REF: REDEMPTION OF J.P. MORGAN |
| | | | | CHASE & CO. COMMERCIAL PAPER. |
| | | | | NASSAU DEPOSIT TAKEN |
| | | | | B/O: BERNARD L MADOFF INC. |
| | | | | ATTN: TONY TILETNICK |
| 02OCT | USD | OUR: 0000001192IB | 255,000,000.00 | REF: TO REPAY YOUR DEPOSIT FR 03100 |
| | | | | 1 TO 031002 RATE 0.9375 |
| | | | | MATURITY |
| | | | | REF: MATURITY           COMMERCIAL PA |
| 02OCT | USD | YOUR: JODI | 10,000.00 | PER      TICKET 001192 |
| | | OUR: 0435070027SFP | | DDA TRANSFER DEBIT |
| | | | | A/C: ESTATE OF LILLIAN B STEINBERG |
| | | | | NEW YORK NY 10016 |
| | | | | B/O: BERNARD L MADOFF |
| | | | | 885 THIRD AVE |
| | | | | REF: LILLSTATE/ANF/FFC-ACC 98709098 |
| | | | | 5663 NAME=ESTATE OF LILLIAN B. |
| 02OCT | USD | | 20,000.00 | STEINBERG |
| 02OCT | USD | | 40,000.00 | CHECK PAID #       16124 |
| 02OCT | USD | | 50,000.00 | CHECK PAID #       16127 |
| 02OCT | USD | | 80,000.00 | CHECK PAID #       16128 |
| 02OCT | USD | | 123,000.00 | CHECK PAID #       16126 |
| 02OCT | USD | | 392,105.00 | CHECK PAID #       16123 |
| 02OCT | USD | YOUR: JODI | 500,000.00 | CHECK PAID #       16125 |
| | | OUR: 0435690275FP | | FEDWIRE DEBIT |
| | | | | VIA: WACHOVIA BK NA FL |
| | | | | A/C: RICHARD M. SCHLANGER |
| | | | | PALM BEACH,FLA 33480 |
| | | | | REF: REDSCH |
| 02OCT | USD | YOUR: BOB WALT | 2,337,400.00 | IMAD: 1002B1Q8C06C002771 |
| | | OUR: 0437010275FP | | CHIPS DEBIT |
| | | | | VIA: BARCLAYS BANK PLC |
| | | | | /0257 |
| | | | | A/C: BARCLAYS CAPITAL SECURITIES LI |
| | | | | LONDON E14 4BB, ENGLAND |
| | | | | BEN: MADOFF SEC INTL LTD LONDON |



**Madoff Securities International Limited**
12, Berkeley Street, Mayfair,
London W1J 8DT

| | |
|---|---|
| Office | 020 7493 6222 |
| US Trading | 020 7493 6111 |
| Pan European Trading | 020 7493 6444 |
| Fax | 020 7493 6082 |

BY FAX to 0845 3020199

19th September 2006.

The Manager
Royal Bank of Scotland
London Service Centre
PO Box 39952
2½ Devonshire Square
London
EC2M 4XJ

*BA16279*

*Dr 42300*
*then convert to USD*
*as per FX*

Dear Sir

**OUR ACCOUNT No. MASEIN-EUR1**

Please effect the following telegraphic transfer for value 20th September, 2006 and debit our
above-captioned account accordingly:

| | |
|---|---|
| Account Name: | SNP BOAT SERVICE SA |
| | Pierre Canto |
| | 06400 Cannes |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| BIC: | CMCIFR2L |
| Amount: | One Hundred and Fifty Thousand Euros (EUR 150,000.00) |
| Reference: | Madoff – RBS |

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

LEON FLAX
DIRECTOR

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange   Authorised and regulated by the Financial Services Authority
Registered in England No. 1705642 Registered Office address as above
Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834  Tel 212 230-2424

# BARX : Trade Details

| | |
|---|---|
| ID | 1379 |
| User | dalec |
| Group | Madoff Securities Int |
| Status | EXECUTED |
| Reciprocal | No |
| Rate | 1.267434 |
| Spot Rate | 1.26751 |
| Fwd Points | 0.76 |
| Buy | EUR 150,000.00 |
| Sell | USD 190,115.10 |
| Value Date | 20-Sep-06 |
| Trade Date | 19-Sep-06 |
| Trade Time | 16:51:26 GMT |
| Sub Account | |
| Unique ID | 006BO0012B |

BA 16285

This publication has been prepared by Barclays Capital,

the investment banking division of Barclays Bank PLC and is provided to you for information purposes only.

When a transaction is entered into between you and Barclays Bank PLC a trade confirmation agreement will be sent to you.

That confirmation will be a binding record of the transaction.

dalec

From UK Joint Provisional Liquidator: Doc 6



**Madoff Securities International Limited**
12, Berkeley Street, Mayfair,
London W1J 8DT

| | |
|---|---|
| Office | 020 7493 6222 |
| US Trading | 020 7493 6111 |
| Pan European Trading | 020 7493 6444 |
| Fax | 020 7493 6082 |

BY FAX TO 020 7710 7111

6 November 2006

Barclays Capital
5 The North Colonnade
Canary Wharf
London
E14 4BB

Attention : James Sixsmith Esq, Associate Director

Dear Sirs

EURO Transfer

Please transfer EUR 750,000.00 as follows:

| | |
|---|---|
| Payee: | CIC Lyonnaise de Banque |
| | Rue d'Antibes- 06400-CANNES |
| SWIFT Address: | CMCIFR2L |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| Reference: | Madoff |

For value:             7 November 2006

Thank you for your assistance in this matter.

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

STEPHEN RAVEN
CHIEF EXECUTIVE OFFICER

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange  Authorised and regulated by the Financial Services Authority
Registered in England No. 1705962 Registered Office address as above
Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834  Tel 212 230-2424

From UK Joint Provisional Liquidator: Doc 6

# BARX : Trade Details

| | |
|---|---|
| ID | 1474 |
| User | dalec |
| Group | Madoff Securities Int |
| Status | CONFIRMED |
| Reciprocal | No |
| Rate | 1.27123 |
| Spot Rate | |
| Fwd Points | |
| Buy | EUR 750,000.00 |
| Sell | USD 953,422.50 |
| Value Date | 08-Nov-06 |
| Trade Date | 06-Nov-06 |
| Trade Time | 15:42:56 GMT |
| Sub Account | |
| Unique ID | 006BO0014Y |

This publication has been prepared by Barclays Capital,

the investment banking division of Barclays Bank PLC and is provided to you for information purposes only.

When a transaction is entered into between you and Barclays Bank PLC a trade confirmation agreement will be sent to you.

That confirmation will be a binding record of the transaction.

dalec

Page 1 of 1 : Mon Nov 06 15:43:35 GMT 2006

CIC Lyonnaise de Banque
Rue d'Antibes- 06400-CANNES
Swift Address : CMCIFR2L
IBAN FR76 1009 6185 8000 0249 8680 178

750,000 Euros

BLM-Spec

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 NOV 2008 |
| Statement End Date: | 30 NOV 2008 |
| Statement Code: | 000-USA-11 |
| Statement No: | 011 |
| | Page 16 of 51 |

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

CM

| Date | | Value/Ref | Debit | Credit | Balance |
|---|---|---|---|---|---|

08NOV

08NOV USD    YOUR: JODI
             OUR: 1180900310JO
953,422.50

FEDWIRE DEBIT
VIA: BARCLAYS PLC
/026002574
A/C: BARCLAYS CAP SEC LTD LONDON
LONDON ENGLAND
BEN: MADOFF SEC INTL LTD LONDON
LONDON
REF: TELE TELEBEN BNF/TIME/13:29
IMAD: 1108310GC07C004025

08NOV USD    YOUR: CAP OF 06/21/06
             OUR: 0700800310JO
2,029,011.11

BOOK TRANSFER DEBIT
A/C: CHEMICAL BANK
N SYRACUSE NY 13212-4710

08NOV   USD    YOUR: 31Y9998590310
               OUR: 3194001B192E
19,415,161.00

REF: REF: CDS FUNDING
AIP OVERNIGHT INVESTMENT

08NOV   USD    YOUR: ND0855100311060601
               OUR: 0651100475AN
250,000,000.00

AIP PURCHASE OF J.P.MORGAN CHASE
& CO. COMMERCIAL PAPER.
JPMORGAN CHASE & CO DEP TAKEN
A/C: BERNARD L MADOFF
10022

08NOV USD    YOUR: M08564315670576
             OUR: 1320600310JK
325,000,000.00

REF TO ESTABLISH YOUR DEPOSIT FR 0
10022 MATURITY DATE 5.1407
BOOK TRANSFER DEBIT
A/C: D323522645
ORG0: JPMORGAN CHASE BANK
NEW YORK NY 10004

08NOV   **** Balance ****   1,521,707.58
08NOV   **** Balance ****       681.87

09NOV     USH DEP REF #    2239

000. SHORT TERM DERIVATIVES (TUFFS)
B08, BARCLAYS
CLOSING LEDGER BALANCE
CLOSING COLLECTED BALANCE
DEPOSIT CASH LETTER 00000002239
CASH LETTER CASH 00000002239
NVALUE DATE:  11/08    461
             11/09    198
             11/10      2

07NOV   USD    YOUR: 31Y9973061311
               OUR: 3111003061XP
2,518.58

AIP INTEREST PAYMENT
INTEREST ON PRINCIPAL OF
$19,415,161.00 AT AIP RATE=04.67%
FOR AIP INVESTMENT DATED 11/06/06
AIP REFERENCE=31Y9998590310
EFFECTIVE YIELD=04.78%. EFFECTIVE
YIELD REFLECTS COMPOUNDING OF
INTEREST

07NOV USD    YOUR: B PLUS
             OUR: 4481500311FC
10,000.00

CHIPS CREDIT
VIA: BANK OF NEW YORK
/001 BANK OF NEW YORK



**Madoff Securities International Limited**
12, Berkeley Street, Mayfair,
London W1J 8DT

| | |
|---|---|
| Office | 020 7493 6222 |
| US Trading | 020 7493 6111 |
| Pan European Trading | 020 7493 6444 |
| Fax | 020 7493 6082 |

BY FAX TO 020 7710 7111

10 January 2007

BA 17087

Anglo Irish Bank Corporation Plc
10 Old Jewry
London
EC2R 8DN

Dear Sirs

EURO Transfer

Please transfer EUR 600,000.00 as follows:

| | |
|---|---|
| Payee: | CIC Lyonnaise de Banque |
| | Rue d'Antibes- 06400-CANNES |
| SWIFT Address: | CMCIFR2L |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| Reference: | Madoff |

For value:       11 January 2007

Thank you for your assistance in this matter.

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

STEPHEN RAVEN
CHIEF EXECUTIVE OFFICER

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange   Authorised and regulated by the Financial Services Authority

Registered in England No. 1705902 Registered Office address as above

Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834  Tel 212 230-2424

From UK Joint Provisional Liquidator: Doc 7

# BARX : Trade Details

BARX | *Power*Fill

| | |
|---|---|
| ID | 1651 |
| User | dalec |
| Group | Madoff Securities Int |
| Status | CONFIRMED |
| Reciprocal | No |
| Rate | 1.29393 |
| Spot Rate | |
| Fwd Points | |
| Buy | EUR 600,000.00 |
| Sell | USD 776,358.00 |
| Value Date | 12-Jan-07 |
| Trade Date | 10-Jan-07 |
| Trade Time | 15:30:55 GMT |
| Sub Account | |
| Unique ID | 006BO0019V |

This publication has been prepared by Barclays Capital,

the investment banking division of Barclays Bank PLC and is provided to you for information purposes only.

When a transaction is entered into between you and Barclays Bank PLC a trade confirmation agreement will be sent to you.

That confirmation will be a binding record of the transaction.

dalec

CIC Lyonnaise de Banque
Rue d'Antibes- 06400-CANNES
Swift Address : CMCIFR2L
IBAN FR76 1009 6185 8000 0249 8680 178

750.000 Euros

BLM-Spec

Per Bernie, request 3:30pm 10 Jan'07
€ 600,000 to same instruction as
last time. 10/1/7

**JPMorgan Chase**

JPMorgan Chase Bank, N.A.

BERNARD L MADOFF INVESTMENT SECURITIES
CM
ATTN TONY TILETNICK
615 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**Statement of Account**

In US Dollars

Account No: 140-081703
Statement Start Date: 30 DEC 2008
Statement End Date: 31 JAN 2007
Statement Code: 000-USA4-11
Statement No: 001
Page 51 of 71

| Date | Amount | Date | Ccy | Reference | Details |
|---|---|---|---|---|---|
| 10JAN | 500,000.00 | 10JAN | USD | YOUR: INGRAM OUR: 1235000010JO | A/C: MERRITT KEVIN AND PATRICE M AU SEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 0101B1Q8C02C002621 /BNF VIA: CITIBANK |
| 10JAN | 700,000.00 | 10JAN | USD | YOUR: GREENSEHLP OUR: 1229900010JO | A/C: ROBERT A. & ANDREA INGRAM SSN: 025571 /008B FEDWIRE DEBIT VIA: CITI /021000089 A/C: CITCO BANKING CORPORATION N.V. BEN: GREENWICH SENTRY L.P. HAMILTON HM BERMUDA HM I IMAD: 0101B1Q8C07C002621 |
| 10JAN | 776,358.00 | 10JAN | USD | YOUR: JODI OUR: 1229800010JO | FEDWIRE DEBIT VIA: BARCLAYS PLC /026002574 A/C: BARCLAYS CAP SEC LTD LONDON LONDON ENGLAND BEN: MADOFF SEC INTL LTD LONDON LONDON |
| 10JAN | 1,064,907.90 | 10JAN | USD | YOUR: JODI OUR: 1229700010JO | REF: TELE TELEBEN BNF/TIME/11:29 FEDWIRE DEBIT VIA: WACHOVIA BK NA VA /051400549 A/C: ANT ASSOCIATES, LLC FALLS CHURCH, VIRGINIA 22046 |
| 10JAN | 2,100,000.00 | 10JAN | USD | YOUR: WHITEORCH OUR: 1229600010JO | REF: TELEBEN FEDWIRE DEBIT VIA: NORTHERN INTL NYC /026001122 A/C: FAIRFIELD'S PRIME FUND SOLUTIONS JA BEN: WHITE ORCHARD INVESTMENTS LTD. (IRELAND) LTD |
| 10JAN | 7,392,452.13 | 10JAN | USD | YOUR: CAP OF 07/01/10 OUR: 1028800010JO | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA SYRACUSE NY 13212-4710 REF: CHASE CBS FUND/WE |
| 10JAN | 20,745,275.00 | | USD | YOUR: 31Y9998668010 OUR: 0104010858ZE | ATP OVERNIGHT INVESTMENT ATP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |

# Madoff Securities International Limited

12, Berkeley Street, Mayfair
London W1J 8DT

| | |
|---|---|
| Office | 020 7493 6222 |
| US Trading | 020 7493 6111 |
| Pan European Trading | 020 7493 6444 |
| Fax | 020 7493 6082 |

BY FAX TO 020 7710 7111

13 March 2007

Anglo Irish Bank Corporation Plc
10 Old Jewry
London
EC2R 8DN

Dear Sirs

EURO Transfer

Please transfer BUR 600,000.00 as follows:

Beneficiary / Payee: SNP BOAT SERVICE SA.

| | |
|---|---|
| Payee: | CIC Lyonnaise de Banque |
| | Rue d'Antibes- 06400-CANNES |
| BIC: | CMCIFRPP |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| Reference: | Madoff |

For value:          13 March 2007

Thank you for your assistance in this matter.

*Watch for duplication*

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

LEON FLAX
DIRECTOR

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange   Authorised and regulated by the Financial Services Authority
Registered in England No. 1705962 Registered Office address as above

Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834 Tel 212 230 2424

From UK Joint Provisional Liquidator: Doc 6

# BARX : Trade Details

**BARX | PowerFill**

| | |
|---|---|
| **ID** | **2067** |
| **User** | **dalec** |
| **Group** | **Madoff Securities Int** |
| **Status** | **CONFIRMED** |
| **Reciprocal** | **No** |
| **Rate** | **1.3157** |
| **Spot Rate** | |
| **Fwd Points** | |
| **Buy** | **EUR 600,000.00** |
| **Sell** | **USD 789,420.00** |
| **Value Date** | **14-Mar-07** |
| **Trade Date** | **12-Mar-07** |
| **Trade Time** | **13:39:37 GMT** |
| **Sub Account** | |
| **Unique ID** | **006BO001LF** |

*Bernie A/C*

This publication has been prepared by Barclays Capital,

the investment banking division of Barclays Bank PLC and is provided to you for information purposes only.

When a transaction is entered into between you and Barclays Bank PLC a trade confirmation agreement will be sent to you.

That confirmation will be a binding record of the transaction.

**dalec**

**Page 1 of 1 : Mon Mar 12 13:40:01 GMT 2007**

JPMorgan Chase Bank, N.A.

**JPMorganChase**

**Statement of Account**

In US Dollars

Account No:      140-081703
Statement Start Date:   01 MAR 2007
Statement End Date:   30 MAR 2007
Statement Code:   000-USA-11
Statement No:      003

Page 24 of 64

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4835

| | | | |
|---|---|---|---|
| 12MAR | 12MAR USD | YOUR: O/B MELLON BANK OUR: 0245313071FF | 915,497.05 |
| 12MAR | 12MAR USD | YOUR: 0107051200167BNY OUR: 0866813071FF | 1,500,000.00 |
| 12MAR | USM DEP REF # 2226 | | 2,392,053.60 |
| 12MAR | USD | YOUR: 31Y9998669068 OUR: 0682036504BN | 10,689,086.00 |
| 12MAR | USD | YOUR: NC0400741203120701 OUR: 070710015LAN | 330,141,410.50 |
| 12MAR | 12MAR USD | YOUR: 03784537 OUR: 1029200071JK | 525,550,833.33 |
| 12MAR | 12MAR USD | YOUR: JDDI OUR: 2080300071JO | 789,420.00 |

SSN_0501485
WIRE CREDIT
VIA: MELLON BANK N.A.-DUE FROM BK M
/043000261
TER CORONA V CROM. TTEE U/A DTD 10/0
TER CORONA DL MAR CA 92625
REF: CHASE NYC/CTR/BNK=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
0001400 INF=CORONA V CROM FAMILY TRUST/AC-
LC126159 RFL=0/B MELLON BANK BNI=/0
IMAD: 0312D3Q0120C002351

WIRE CREDIT
VIA: BANK OF AMERICA N.A.
/026009593
B/O: BLUMENFELD DEV. GROUP, LTD.
SYOSSET NY 11791-5012
REF: CHASE NYC/CTR/BNF=BERNARD L MA
DOFF NEW YORK NY 10022-4834/AC-0000
0001400 ORG=FED177591201678NY ORG=F
/0B7A MARK177591201678NY OBI=/0
IMAD: 0312B657M1AR000901

DEPOSIT CASH LETTER
CASH LETTER 0000022226
NVALUE DATE: 03/12         24,000
                03/13      1,310,055
                03/15      1,020,000
                03/15         20,000

RETURN OF AIP INVESTMENT PRINCIPAL
AIP REDEMPTION OF J.P. MORGAN
CHASE & CO COMMERCIAL PAPER.
CPSWP035987
JPMORGAN CHASE & CO DEP TAKEN
B/O: BERNARD L MADDOFF
10022

REF: TO REPAY YOUR DEPOSIT FR 07030
9 TO 070312 RATE 5.1422
BOOK TRANSFER DEBIT
A/C: CHASE BANK USA, NA- TREASURY
NEWARK DE 19711-
OBB: JPMORGAN CHASE BANK
NEW YORK NY 10004

OBB: SHORT TERM DERIVATIVES (TUFFS)
NEW YORK NY 10004
FEDWIRE DEBIT
VIA: BARCLAYS PLC
/026002574

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | | |
|---|---|---|---|---|
| Account No: | 140-081703 | | | |
| Statement Start Date: | 01 MAR 2007 | | | |
| Statement End Date: | 30 MAR 2007 | | | |
| Statement Code: | 000-USA-11 | | | |
| Statement No: | 003 | | | |

In US Dollars
Page 25 of 64

| Date | | Your/Our Ref | Amount | Description |
|---|---|---|---|---|
| 12MAR | 12MAR USD | YOUR: CAP OF 07/03/12<br>OUR: 10558800071J0 | 1,306,190.00 | A/C: BARCLAYS CAP SEC LTD LONDON<br>LONDON ENGLAND<br>BNF: MADOFF SEC INTL LTD LONDON<br>LONDON<br>REF: TELE TELEBEN BNF/TINE/714.06 |
| 12MAR | 12MAR USD | YOUR: JODI<br>OUR: 2089200071J0 | 8,000,000.00 | IMAD: 0312B1QGC85C003677<br>7031C TRANSFER DEBIT<br>A/C: CHASE BANK USA, NA<br>N.SYRACUSE NY 13212-4710<br>CREF: REF: CDS PENDING<br>BOOK TRANSFER DEBIT<br>A/C: STERLING METS, L.P. |
| 12MAR | USD | YOUR: 31Y9998661071<br>OUR: 0714004972ZE | 30,929,192.00 | FLUSHING NY 11368-<br>ORG: BERNARD L MADOFF 88<br>5 THIRD AVENUE NE<br>AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE |
| 12MAR | USD | YOUR: N006160990903120701<br>OUR: 0707100573AN | 228,000,000.00 | & CO COMMERCIAL PAPER.<br>AIP REFERENCE:<br>CPSMP031207<br>JPMORGAN CHASE & CO DEP TAKEN<br>B CO<br>A/C BERNARD L MADOFF<br>10022 |
| 12MAR | 12MAR USD | YOUR: M04156355126789<br>OUR: 10541007 JLK | 600,000,000.00 | REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>7031C TO 7031C RATE 5.1407<br>BOOK TRANSFER DEBIT<br>A/C: D523522645<br>NEW YORK NY 1004<br>CHASE JPMORGAN CHASE BANK<br>NEW YORK NY 1004 |
| 12MAR<br>12MAR<br>13MAR | | | \*\*\*\* Balance \*\*\*\* 3,360,053.27<br>\*\*\*\* Balance \*\*\*\* 398.76 | ORG: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK INVESTMENT<br>CLOSING LEDGER BALANCE<br>CLOSING COLLECTED BALANCE |
| 13MAR | 13MAR USD | YOUR: MT07031330545453<br>OUR: 0479807072FF | | FEDWIRE DEBIT<br>VIA: MANUFACTURERS & TRADERS TRUST<br>/022000046<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000 |
| 13MAR | USD | YOUR: 31Y9973098072<br>OUR: 0721005098XP | 4,012.20 | 0001400 ORG=MT1272231933/MTS IDBI-FRO<br>STERLING EQUITIES ENTITY<br>IMAD: 0313B2089Z1C001671<br>ATT: TRANSFER OF PRINCIPAL<br>INTEREST PAYMENT<br>$30,929,192.00 AT AIP RATE=04.67% |

# Madoff Securities International Limited

12, Berkeley Street, Mayfair
London W1J 8DT

| | |
|---|---|
| Office | 020 7493 6222 |
| US Trading | 020 7493 6111 |
| Pan European Trading | 020 7493 6444 |
| Fax | 020 7493 6082 |

BY FAX TO 020 7710 7111

24 April 2007

Anglo Irish Bank Corporation Plc
10 Old Jewry
London
EC2R 8DN

Dear Sirs

EURO Transfer

Please transfer EUR 600,000.00 as follows:

| | |
|---|---|
| Beneficiary: | SNP Boat Service SA |
| Payee: | CIC Lyonnaise de Banque |
| | Rue d'Antibes- 06400-CANNES |
| BIC: | CMCIFRPP |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| Reference: | Madoff |

For value:    24 April 2007

Thank you for your assistance in this matter.

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

LEON FLAX
DIRECTOR

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange   Authorised and regulated by the Financial Services Authority

Registered in England No. 1705962 Registered Office address as above

Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834  Tel 212 230 2424

# BARX : Trade Details

BARX | *PowerFill*

| | |
|---|---|
| ID | 2476 |
| User | dalec |
| Group | Madoff Securities Int |
| Status | CONFIRMED |
| Reciprocal | No |
| Rate | 1.35574 |
| Spot Rate | |
| Fwd Points | |
| Buy | EUR 600,000.00 |
| Sell | USD 813,444.00 |
| Value Date | 25-Apr-07 |
| Trade Date | 23-Apr-07 |
| Trade Time | 13:01:59 GMT |
| Sub Account | |
| Unique ID | 006BO001WS |
| Template Input User | |
| Template Reference | |

This publication has been prepared by Barclays Capital,

the investment banking division of Barclays Bank PLC and is provided to you for information purposes only.

When a transaction is entered into between you and Barclays Bank PLC a trade confirmation agreement will be sent to you.

That confirmation will be a binding record of the transaction.

dalec

# JPMorganChase

JPMorgan Chase Bank, N.A.

## Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

TS

| | | | In US Dollars |
|---|---|---|---|
| Account No: | | | 140-081700 |
| Statement Start Date: | | | 1 APR 2007 |
| Statement End Date: | | | 30 APR 2007 |
| Statement Code: | | | 000-USA-11 |
| Statement No: | | | 004 |
| | | | Page 53 of 67 |

| Date | | Reference | Amount | Description |
|---|---|---|---|---|
| 23APR | USD | YOUR: FLMARD  OUR: 1187600113J0 | 100,000.00 | ORG. JPMORGAN CHASE BANK  NEW YORK NY 10004  OGB. SHORT TERM DERIVATIVES (TUFFS)  NEW YORK NY 10004  FEDWIRE DEBIT  VIA: LYDIAN PRIVATE BK  /067090201D |
| 23APR | USD | YOUR: KINER  OUR: 1187560113J0 | 103,000.00 | A/C: MARDEN FAMILY LTD PARTNERSHIP  IRAD 04/060820002332  CHIPS DEBIT  VIA: BANK OF AMERICA N.A.  /0959 |
| 23APR | USD | YOUR: JODI  OUR: 1187400113J0 | 813,444.00 | A/C: DR. DAVID H. & BARBARA J. KIME  SSN. 0272996  FEDWIRE DEBIT  VIA: BARCLAYS PLC  /026002574  A/C: BARCLAYS CAP SEC LTD LONDON  LONDON ENGLAND  BEN: MADOFF SEC INTL LTD LONDON  LONDON |
| 23APR | USD | YOUR: CAP 07/04/23  OUR: 0921000113J0 | 4,432,228.84 | REF: TELE TELEBEN BNF/TIME/11:06  /BNF/0181MGT/06/02305  BOOK TRANSFER DEBIT  A/C: CHASE BANK USA, NA  SYRACUSE NY 13212-4710 |
| 23APR | USD | YOUR: 31V99867611  OUR: 1134051482E | 13,857,455.00 | REF: COS FUNDING  AIP OVERNIGHT INVESTMENT  AIP PURCHASE OF J.P. MORGAN CHASE  & CO. COMMERCIAL PAPER.  CPSHP042307 |
| 23APR | USD | YOUR: NDD611621404230701  OUR: 0711500617AM | 145,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN  B/O: BERNARD L MADOFF  10022 |
| 23APR | USD | YOUR: M06113152372011  OUR: 6525700113JK | 460,000,000.00 | REF: TO ESTABLISH YOUR DEPOSIT FR 0  70423 TO 070424 RATE 5.1407  BOOK TRANSFER DEBIT  A/C: B5235Z2645  CHGSA CAYMAN  NEW YORK NY 10004  OGB. SHORT TERM DERIVATIVES (TUFFS)  NEW YORK NY 10004 |
| 23APR |  |  | **** Balance **** | CLOSING LEDGER BALANCE |
| 23APR |  |  | **** Balance **** | CLOSING COLLECTED BALANCE |

| | |
|---|---|
| **** Balance **** | 1,981,476.23 |
| **** Balance **** | .23 |

BY FAX TO 020 7710 7111

4 June 2007

10 Old Jewry
London
EC2R 8DN

Dear Sirs

**EURO Transfer**

Please transfer EUR 300,000.00 as follows:

| Payee: | CIC Lyonnaise de Banque |
| | Rue d'Antibes- 06400-CANNES |
| SWIFT Address: | CMCIFR2L |
| IBAN: | FR76 1009 6185 8000 0249 8680 178 |
| Reference: | Madoff |

For value: 4 June 2007

*Phil charged over phone 13.20 4/6/07*

Thank you for your assistance in this matter.

Yours faithfully
MADOFF SECURITIES INTERNATIONAL LIMITED

LEON FLAX
DIRECTOR

CHRIS DALE
DIRECTOR

Member of The London Stock Exchange  Authorised and regulated by the Financial Services Authority

Registered in England No. 1705962 Registered Office address as above
Associated with Bernard L. Madoff Investment Securities LLC
885 Third Avenue New York, NY 10022-4834  Tel 212 230-2424

**◯ JPMorganChase**

JPMorgan Chase Bank, N.A.

Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 140-08170 |
| Statement Start Date: | 01 JUN 2007 |
| Statement End Date: | 29 JUN 2007 |
| Statement Code: | 000-USA-11 |
| Statement No: | 006 |

Page 7 of 66

BERNARD L MADOFF INVESTMENT SECURITIES
TS
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | | |
|---|---|---|---|---|
| 04JUN | | USD | YOUR: 31Y9998768152 | 19,630,382.00 |
| | | | OUR: 1522003736XN | |

CURACAO NETHERLANDS ANTILLES
ORGN/0123410057200 C V
GREENWICH SENTRY L P
ORG: CITCO BANKING CORP N V
KAYA FLAMBOYAN 9
REF: /OCMT/USD16200000.00/
RETURN OF AIP INVESTMENT PRINCIPAL
AIP REDEMPTION OF J.P. MORGAN
CHASE & CO. COMMERCIAL PAPER.
OBI: CHASE & CO. COMMERCIAL PAPER.
OFSN: P06107.

| | | | | |
|---|---|---|---|---|
| 04JUN | USD | YOUR: MADOFF | OUR: 4182700155FC | 25,000,000.00 |

CHIPS CREDIT
VIA: BANK OF NEW YORK
/0001
B/O: RYE SELECT BROAD MARKET FUND,L
RYE, NY 00580
REF: NBNF=BERNARD L MADOFF NEW YORK
NY 10022-4834/AC-00000001400 ORG=
RYE SELECT BROAD MARKET FUND,LP RYE
RYE SELECT BROAD MARKET FUND/LP RYE
NY 10580 OBI=FFC, RYE SELECT BROA

| | | | | |
|---|---|---|---|---|
| 04JUN | USD | YOUR: 9595578-00844666 | OUR: 3507800155FC | 25,500,000.00 |

SSN: 0230859
CHIPS CREDIT
VIA: UBS AG STAMFORD BRANCH
/0799
B/O: UBS (LUXEMBOURG) S.A.
REF: NBNF=BERNARD L MADOFF NEW YORK
NY 10022-4834/AC-00000001400 ORG=
UBS (LUXEMBOURG) S.A. OBI=UBS LUXEN
BOURG S.A. LUXEMBOURG LUXEMBOURG 20
VIA-IN-BO THYBO STABLE FUND A C 1F
SSN: 0183099

| | | | | |
|---|---|---|---|---|
| 04JUN | USD | YOUR: NC0014924706040701 | OUR: 0715500329AN | 125,053,564.58 |

JPMORGAN CHASE & CO DEP TAKEN
B/O: BERNARD L MADOFF
1022
REF: TO REPAY YOUR DEPOSIT FR 07060
1 TO 070604 RATE 5.1422
BOOK TRANSFER CREDIT

| | | | | |
|---|---|---|---|---|
| 04JUN | USD | YOUR: 07505365 | OUR: 4194000155JK | 501,011,111.11 |

B/O: CHASE BANK USA, NA- TREASURY
NEWARK DE 19711-
ORG: JPMORGAN CHASE BANK
NEW YORK NY 10004
OBI: SHORT TERM DERIVATIVES (TUFFS)
NEW YORK NY 10004
CHIPS DEBIT

| | | | | |
|---|---|---|---|---|
| 04JUN | USD | YOUR: JODI | OUR: 1261700155JD | 400,000.00 |

VIA: BARCLAYS BANK PLC
/0257
A/C: BARCLAYS CAPITAL SECURITIES LI

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID Q180dc08-344

# JPMorganChase

JPMorgan Chase Bank, N.A.

## Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars

Account No: 140-081703
Statement Start Date: 01 JUN 2007
Statement End Date: 29 JUN 2007
Statement Code: 000-USA-11
Statement No: 008
Page 8 of 66

| Date | | Reference | Amount | Description |
|---|---|---|---|---|
| 04JUN | USD | YOUR: JODI  OUR: 1261600155JD | 500,000.00 | LONDON E14 4BJ, ENGLAND / BEN: MADOFF SEC INTL LTD LONDON / LONDON / REF: TELE TELEBEN BNF / SSN: 0270465 / BOOK TRANSFER DEBIT |
| 04JUN | USD | YOUR: WIVIOTT  OUR: 1261500155JO | 500,000.00 | A/C: 000100040070910990 / ORG: BERNARD L MADOFF 68 / 5 THIRD AVENUE NE / REF: FEDWIRE / FEDWIRE DEBIT / VIA: WELLS FARGO NA |
| 04JUN | USD | YOUR: CAP OF 07/06/04  OUR: 1354000155JD | 3,120,446.14 | /210101101 / ... MADOFF INVESTMENTS, LLC / IMAD: 0604B1Q6C08C002957 / BOOK TRANSFER DEBIT |
| 04JUN | USD | OUR: 1552850808TC | 5,051,724.58 | A/C: MADOFF ... NA / N.SYRACUSE NY 13212-4710 / REF: REF: CDS FUNDING / ELECTRONIC FUNDS TRANSFER |
| 04JUN | USD | YOUR: 31Y9998736155  OUR: 1554000238ZE | 27,105,575.00 | BEN: NAMES TRANSFER / ORIG ID.33B7702000 DESC DATE:060407 / CO ENTRY DESCR:USATAXPYMTSEC;CCD / TRACE... / IND ID.122275550035970 |
| 04JUN | USD | YOUR: NDDB222275006040701  OUR: 0715500651AN | 135,000,000.00 | IND NAME:BERNARD L MADOFF / AIP OVERNIGHT INVESTMENT / AIP PURCHASE OF J.P.MORGAN CHASE / & CO. COMMERCIAL PAPER. / CP5005040? / JPMORGAN CHASE & CO DEP TAKEN / A/C: BERNARD L MADOFF |
| 04JUN | USD | YOUR: M00218066470050  OUR: 4199200155K | 550,000,000.00 | 1B022 / 1B022 TO ESTABLISH YOUR DEPOSIT FR 0 / 78604 TO 070405 RATE 5.1407 / BOOK TRANSFER DEBIT / A/C: 0332522645 / CHASE CAYMAN / ORG: JPMORGAN CHASE BANK / NEW YORK NY 10004 |
| 04JUN | | **** Balance **** | 827,000.66 | |
| 04JUN | | **** Balance **** | 3,523.72 | |
| 05JUN | USD | YOUR: 31Y9973163156  OUR: 1561UN3165XP | | NEW YORK NY 10004 / TREASURY TAX DERIVATIVES (TUFFS) / CLOSING LEDGER BALANCE / CLOSING COLLECTED BALANCE / AIP INTEREST PAID / INTEREST ON PRINCIPAL OF |