# EXHIBIT 9

## ASSIGNMENT AGREEMENT

ASSIGNMENT AGREEMENT, dated as of January 30, 2001, by and between BERNARD L. MADOFF (the "Assignor") and BERNARD L. MADOFF INVESTMENT SECURITIES LLC, a New York limited liability company, (the "Assignee").

Assignor is the owner of all the economic interest in BLM Air Charter LLC ("Air Charter".) For legal bona-fide business purposes, Assignor wishes to transfer ownership thereof to Assignee, a New York limited liability company whose sole member and economic interest holder is Assignor.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor hereby assigns, transfers and conveys to the Assignee and the Assignee hereby assumes and agrees to pay, perform and discharge all liabilities of the Assignor as they pertain to his economic interest in Air Charter, to the extent not paid, performed or discharged on or before the date hereof ("Assumed Liabilities").

This Assignment Agreement shall be governed by and construed in accordance with the internal laws of the State of New York without reference to choice of law principles thereof. This Assignment Agreement may only be amended or modified in writing signed by the party against whom enforcement of such amendment or modification is sought.

**IN WITNESS WHEREOF**, the parties hereto have caused this Assignment to be duly executed on their behalf by the undersigned, thereunto duly authorized, and have caused their respective corporate seals to be affixed hereto as of the day and year first above written.

Name:  BERNARD L. MADOFF

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

By:
   Name: BERNARD L. MADOFF
   Title: Sole member