# EXHIBIT 10

16-Dec-08                                                                                                                                16Dec08-344
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G16Dec08-344

**JPMorganChase** ⭕

March 01, 2008 -
March 31, 2008

Page 23 of 44

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Activity**

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 03/17 | | BOOK TRANSFER DEBIT A/C: 0323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1822700077JK YOUR REF: M006478031766340 | $375,000,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE LAMBETH CO. BEVERLY HILLS REF: TELEBEN/TIME/11:10 IMAD: 0317B1QGC03C002523 TRN: 1185000077JO YOUR REF: JODI | $12,000,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: BLM AIR CHARTER, LLC NEW YORK NY 10022 IMAD: 0317B1QGC01C001310 TRN: 0232500077JO YOUR REF: BLMAIR | $11,000,000.00 | |
| 03/17 | | BOOK TRANSFER DEBIT A/C: JLC &/OR KLC NEW YORK NY 10022- TRN: 1186100077JO YOUR REF: JEANNE | $7,500,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE BRIGHTON CO. CA. REF/TIME/11:09 IMAD: 0317B1QGC01C002812 TRN: 1185200077JO YOUR REF: BRIGHTON | $7,000,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: AA (LANDMARK INVESTMENT FUND) REF: REF- SORT CODE 40-05-15 IMAD: 0317B1QGC01C002813 TRN: 1189300077JO YOUR REF: LANDMARK | $6,000,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: THE POPHAM CO. BEVERLY HILLS, CA REF: TELEBEN/TIME/11:09 IMAD: 0317B1QGC07C003171 TRN: 1186400077JO YOUR REF: JODI | $5,000,000.00 | |
| 03/17 | | BOOK TRANSFER DEBIT A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL ORG: BERNAR L MADOFF 88 5 THIRD AVE NE TRN: 1186600077JO YOUR REF: CAP OF 08/03/17 | $2,000,000.00 | |
| 03/17 | | FEDWIRE DEBIT VIA: CITICORP FL/266086554 A/C: JEFFRY M.& BARBARA PICOWER FDNPALM BEACH,FL 33480 REF: TELEBEN IMAD: 0317B1QGC08C003044 TRN: 1185500077JO YOUR REF: CAP OF 08/03/17 | $2,000,000.00 | |
| 03/17 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON E1 8EG UNITED KINGDOM BEN:/246081633 ASSOCIADOS INVESTIMENTO LTD TRN: 1186700077JO YOUR REF: ASSOCNEW | $110,000.00 | |
| 03/17 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 080317 TO 080318 RATE 2.9602 TRN: 0807700479AN YOUR REF: ND0065585503170801 | $625,000,000.00 | |
| 03/17 | | FUNDING XFER TO 006301428151509 TRN: 0190000241RF | $1,053,865.59 | |

**CERTIFIED COPY**
TO BE RECORDED BY FAA
FORM APPROVED
OMB NO. 2120-0042
08/31/2008

## UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

### AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ 1 OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

| UNITED STATES REGISTRATION NUMBER | **N18BM** |
|---|---|
| AIRCRAFT MANUFACTURER & MODEL | Embraer EMB-135 BJ |
| AIRCRAFT SERIAL No. | 14501034 |

DOES THIS 19 DAY OF March, 2008 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**
NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

BLM Air Charter, LLC a 50% undivided interest
885 3rd Avenue, 18th Floor
New York, NY 10022

0807912D7272
$5.00  03/19/2008

DEALER CERTIFICATE NUMBER

AND TO its successors,  EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF I HAVE SET MY HAND AND SEAL THIS 19 DAY OF March, 2008

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| BDG Aircharter, Inc. | David J. Kaplan | Vice President |
| | | |
| | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA:
AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

I hereby certify that I have compared this document with the original and it is a true and correct copy thereof.


Janet Bennett


CAR CERT B