# EXHIBIT 11

**JPMorganChase**

August 30, 2008 -
September 30, 2008

Page 22 of 53

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit Amount |
|---|---|---|---|
| 09/12 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7814200256JK YOUR REF: M009867531270043 | $250,000,000.00 |
| 09/12 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: KENNETH L. EVENSTAD IMAD: 0912B1QGC08C002224 TRN: 0425900256JO YOUR REF: EVENSTAD | $2,000,000.00 |
| 09/12 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: AA (LANDMARK INVESTMENT FUND) REF: REF- SORT CODE 40-05-15 IMAD: 0912B1QGC07C001871 TRN: 0426000256JO YOUR REF: LANDMARK | $2,000,000.00 |
| 09/12 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: GOLDMAN SACHS & CO NY BEN: JEANETTE LOEB NY SSN: 0220759 TRN: 0426100256JO YOUR REF: NONREF | $1,000,000.00 |
| 09/12 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM REF: BNF-SORT CODE 56-00-20, HOLBORN CIRCUS BRANCH/BNF/00000000011945540 NATIONAL WESTMINSTER BANK PLC CO THE ROYAL BANK OF SCOTLAND PLC 6TH FL 2 DEVONSHIRE SQ,LONDON EC2M TRN: 0426200256JO YOUR REF: LORDJAKE | $605,000.00 |
| 09/12 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: AMERICAN JEWISH CONGRESS ENDOWREF: BNF-FFC-ACC, 610951297, AMERICAN JEWISH CONGRESS ENDOWMENT FUND SSN: 0220757 TRN: 0426300256JO YOUR REF: AJCEF | $600,000.00 |
| 09/12 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: 4000 MASSACHUSETTS ASSOCIATES IMAD: 0912B1QGC02C001350 TRN: 0426400256JO YOUR REF: MASSPTR | $500,000.00 |
| 09/12 | | FEDWIRE DEBIT VIA: GOTHAM BK NYC/026010605 A/C: TOOTMAN,NACHAMIE,SPIZZ& JOHNS,425 PARK AVE NY 10022 REF: B/O ANDREW MADOFF IMAD: 0912B1QGC06C004417 TRN: 2869000256JO YOUR REF: NONREF | $430,000.00 |

**JPMorganChase**

October 01, 2008 -
October 31, 2008

Page 4 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/01 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080930 TO 081001 RATE 1.0000 TRN: 0827500092AN YOUR REF: NC43835681001081 | | $480,013,333.60 |
| 10/01 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: RYE SELECT BROAD MARKET PORTFOREF: BNF-FFC-ACC,8900630612, RYE SELECT BROAD MARKET PORTFOLIO LIMITEDIMAD: 1001B1QGC07C004426 TRN: 2150400275JO YOUR REF: RYEMKTLTD | $65,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MORGAN STANLEY & CO. BEN: ASCOT PARTNERS,LP IMAD: 1001B1QGC05C003632 TRN: 2150500275JO YOUR REF: ASCOT | $45,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUREF: BNF-REF- SENATOR IMAD: 1001B1QGC08C005201 TRN: 2150600275JO YOUR REF: SENATOR | $13,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: MAXAM ABSOLUTE RETURN FUND, L.IMAD: 1001B1QGC02C004204 TRN: 2150700275JO YOUR REF: MAXAM | $5,000,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS BEN: GEOFFREY S. REHNERT BOSTON, MA 02199 IMAD: 1001B1QGC06C003633 TRN: 2150800275JO YOUR REF: CAP OF 08/10/01 | $4,600,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA PA/031201467 A/C: PALKO ASSOCIATES IMAD: 1001B1QGC05C003896 TRN: 2150900275JO YOUR REF: PALKO | $4,100,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: STERLING NYC/026007773 A/C: SNOW BECKER KRAUSS IOLA ESCROWREF: BNF-REF-MEMO,ANDREW MADOFF/TIME/12:13 IMAD: 1001B1QGC03C003820 TRN: 2151000275JO YOUR REF: NONREF | $4,055,000.00 | |
| 10/01 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: JAMES HELLER FAMILY LLC IMAD: 1001B1QGC08C005202 TRN: 2151100275JO YOUR REF: JHFLLC | $2,500,000.00 | |