# EXHIBIT 12

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2008101400167001001EB735 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2008101400167001 | Document Date: 10-06-2008 | Preparation Date: 10-14-2008 |
| **Document Type:** DEED | | |
| **Document Page Count:** 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST AMERICAN TITLE INSURANCE- PICK UP<br>633 THIRD AVENUE<br>3008-250215 SH<br>NEW YORK, NY 10017<br>212-850-0670<br>cquartararo@firstam.com | MARK BORTEN, ESQ.,<br>SNOW BECKER KRAUSS, P.C.<br>605 THIRD AVENUE<br>NEW YORK, NY 10158 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1469 | 1109 | Entire Lot 5A | 433 EAST 74TH STREET |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN _____ or Document ID _____ or _____ Year ____ Reel ___ Page ____ or File Number _____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 433 EAST 74TH STREET LLC<br>185 EAST 85TH STREET<br>NEW YORK, NY 10028 | ANDREW H. MADOFF<br>400 EAST 84TH STREET<br>NEW YORK, NY 10028 |

### FEES AND TAXES

| Mortgage | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 75.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 62,393.27 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $17,514.00 + $43,784.75 = $ | 61,298.75 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 57.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    10-31-2008 15:05
City Register File No.(CRFN):
2008000425995

*City Register Official Signature*

First Amer.
[illegible address]
New York, New York 10017
T - (212) 922-9700
F - (212) 922-0391

*UNIT DEED*

Block: 1469
Lot: 1109
New York

THIS INDENTURE, made the 6TH day of October, 2008, between 433 East 74th Street, LLC, a New York limited liability company, having an address at 185 East 85th Street, New York, New York 10028 (the "Grantor"), and ANDREW H. MADOFF, residing at 400 East 84th Street, New York, New York 10028, ("Grantee").

WITNESSETH, that the Grantor, in consideration of Ten ($10.00) Dollars, lawful money of the United States, and other valuable consideration paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee, the Condominium Unit known as Unit 5A and more particularly described on Schedule A annexed hereto.

TOGETHER with the benefits, rights, privileges, easements and subject to the burdens, covenants, restrictions, By-Laws, rules, regulations and easements set forth in the Condominium Documents, filed and recorded as described in Schedule A annexed hereto.

TOGETHER with all right, title and interest, if any, of the Grantor in and to any streets and roads abutting the above-described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of the Grantor in and to said premises.

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, the heirs or successors and assigns of the Grantee forever.

AND the Grantor covenants that it has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the Grantor, in compliance with Section 13 of the Lien Law, covenants that it will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The term "Unit" as used in this Deed has the same meaning as the term "Unit" as defined in Article 9-B of the Real Property Law of the State of New York.

Except as otherwise specifically permitted by the Board of Managers, or provided in the Declaration or By-Laws, the Unit is intended for residential use or, in the event that the Unit conveyed hereby is a parking space Unit, for use as a parking space.

By accepting this Deed, the Grantee accepts and ratifies the provisions of the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws) and agrees to comply with all the terms and provisions thereof.

The term "Grantee" shall be read as "Grantees" whenever the sense of this indenture so requires.

241385

IN WITNESS WHEREOF, the Grantor and the Grantee have duly executed this indenture as of the day and year first above written.

IN PRESENCE OF:

GRANTOR:

433 East 74th Street, LLC

By: _____
JOSHUA P. GUBERMAN, MANAGER

GRANTEE:
_____
ANDREW H. MADOFF

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NEW YORK    )

On the 6th day of October in the year 2008, before me, the undersigned, a Notary Public in and for said State of New York, personally appeared Joshua P. Guberman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

BRANDI JARATH
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JA6171512
Qualified In Queens County
My Commission Expires July 23, 2011

STATE OF NEW YORK     )
                      )ss:
COUNTY OF NEW YORK    )

On the 6th day of October in the year 2008, before me, the undersigned, a Notary Public in and for said State of New York, personally appeared Andrew H. Madoff, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

E. VICKY KRYONERIS
NOTARY PUBLIC, State of New York
No. 01KR6089084
Qualified in Nassau County
Commission Expires March 17, 2011

241385



*First American Title Insurance Company of New York*

Title No. 3008-250215

## SCHEDULE "A"

THE CONDOMINIUM UNIT (THE "UNIT") KNOWN AS UNIT NO. 5A IN THE PREMISES KNOWN AS THE LUX CONDOMINIUM, SAID UNIT BEING DESIGNATED AND DESCRIBED AS UNIT NO. 5A IN THE DECLARATION ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP OF SAID PREMISES UNDER ARTICLE 9-B OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK (THE "NEW YORK CONDOMINIUM ACT") DATED 6/26/2008 RECORDED 8/5/2008 IN THE NEW YORK COUNTY REGISTER'S OFFICE AS CRFN 2008000310415, AND ALSO DESIGNATED AS TAX LOT 1109 IN BLOCK 1469 OF THE BOROUGH OF MANHATTAN AND ON THE TAX MAP OF THE REAL PROPERTY ASSESSMENT DEPARTMENT OF THE CITY OF NEW YORK AND ON THE FLOOR PLANS OF SAID BUILDING CERTIFIED BY ADG ARCHITECTURE & DESIGN, P.C., ARCHITECT, ON 4/18/2008 AND FILED WITH THE REAL PROPERTY ASSESSMENT DEPARTMENT OF THE CITY OF NEW YORK ON 6/6/2008 AS CONDOMINIUM PLAN NO. 1944 AND FILED IN THE REGISTER'S OFFICE ON 8/5/2008 AS MAP NO. CRFN 2008000310416.

TOGETHER WITH A TOTAL UNDIVIDED 11.323% INTEREST IN THE COMMON ELEMENTS (AS SUCH TERM IS DEFINED IN THE DECLARATION).

THE PREMISES WITHIN WHICH THE UNIT IS LOCATED ARE MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE BOROUGH OF MANHATTAN, THE CITY OF NEW YORK, IN THE COUNTY AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHERLY SIDE OF 74TH STREET, DISTANT 200 FEET WESTERLY FROM THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF 74TH STREET WITH THE WESTERLY SIDE OF YORK AVENUE;

RUNNING THENCE WESTERLY ALONG THE NORTHERLY SIDE OF 74TH STREET, 75 FEET;

THENCE NORTHERLY PARALLEL WITH YORK AVENUE, 59 FEET 9-3/4 INCHES;

THENCE SOUTHEASTERLY 25 FEET 3-3/4 INCHES TO A POINT DISTANT 250 FEET WESTERLY FROM THE WESTERLY SIDE OF YORK AVENUE AND 55 FEET 10-1/2 INCHES NORTHERLY FROM THE NORTHERLY SIDE OF 74TH STREET;

THENCE NORTHERLY PARALLEL WITH YORK AVENUE, 46 FEET 3-1/2 INCHES;

THENCE EASTERLY PARALLEL WITH 74TH STREET, 50 FEET; AND

THENCE SOUTHERLY PARALLEL WITH YORK AVENUE, 102 FEET 2 INCHES TO THE NORTHERLY SIDE OF 74TH STREET AT THE POINT AND PLACE OF BEGINNING.

**THE** policy to be issued under this report will insure the title to such buildings and improvements erected on the premises, which by law constitute real property.

**FOR CONVEYANCING ONLY: TOGETHER** with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.

*UNIT DEED*

Title No. 3008-250215

433 East 74th Street, LLC

TO

Andrew H. Madoff

---

BLOCK 1469

LOT 1109

NEW YORK COUNTY

RECORD AND RETURN BY MAIL TO:

Mark Borten, Esq.
Snow Becker Krauss P.C.
605 Third Avenue, New York, New York 10158

241385

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2008101400167001001S79B4 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

Document ID: 2008101400167001  Document Date: 10-06-2008  Preparation Date: 10-14-2008
Document Type: DEED

**ASSOCIATED TAX FORM ID: 2008100300292**

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month/Day/Year | STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book OR C5. CRFN | C4. Page | **RP - 5217NYC** (Rev 11/2002) |

### PROPERTY INFORMATION

1. **Property Location**: 433 | EAST 74TH STREET 5A | MANHATTAN | 10021
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. **Buyer Name**: MADOFF | ANDREW
   LAST NAME / COMPANY | FIRST NAME

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ____ FRONT FEET X ____ DEPTH OR ____ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ✓
   7. New Construction on Vacant Land ☐

8. **Seller Name**: 433 EAST 74TH STREET LLC
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ✓ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

### SALE INFORMATION

10. **Sale Contract Date**: 9 / 12 / 2008
11. **Date of Sale / Transfer**: 10 / 6 / 2008
12. **Full Sale Price**: $ 430,000

    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: ____

14. Check one or more of these conditions as applicable to transfer:
   - A ☐ Sale Between Relatives or Former Relatives
   - B ☐ Sale Between Related Companies or Partners in Business
   - C ☐ One of the Buyers is also a Seller
   - D ☐ Buyer or Seller is Government Agency or Lending Institution
   - E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
   - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   - H ☐ Sale of Business is Included in Sale Price
   - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   - J ✓ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: R 4
16. **Total Assessed Value** (of all parcels in transfer): ____
17. **Borough, Block and Lot / Roll Identifier(s)**: MANHATTAN 1469 1109

### CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**: [signature] 10-6-08
433 E. 74 St. UNIT 5A
New York, N.Y. 10021

**BUYER'S ATTORNEY**: BORTEN, MARK
212 455-0308

**SELLER**: 433 East 74th Street LLC
By: [signature] 10/6/08

2008100300292201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

**BUYER**

BUYER SIGNATURE: _[signature]_  DATE: 10-6-08

**BUYER'S ATTORNEY**

LAST NAME: BORTEN    FIRST NAME: MARK

STREET NUMBER: 433    STREET NAME (AFTER SALE): EAST 74TH ST UNIT 5H

AREA CODE: 212    TELEPHONE NUMBER: 455-0308

433 East 74th Street SELLER

CITY OR TOWN: NY    STATE: NY    ZIP CODE: 10021

By: _[signature]_  SELLER SIGNATURE    DATE: 10/6/08

2008100300292201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York    )
                     ) SS.:
County of New York   )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 433 EAST 74TH STREET | 5A |
|---|---|
| Street Address | Unit/Apt. |

| MANHATTAN | New York, | 1469 | 1109 | (the "Premises"): |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

433 East 74th Street LLC                          Andrew H. Madoff
Name of Grantor (Type or Print)                   Name of Grantee (Type or Print)

BY: [signature]                                   [signature]
Signature of Grantor                              Signature of Grantee

Sworn to before me                                Sworn to before me
this __6__ date of October 19 2008                this __6__ date of OCTOBER 19 2008

[signature]                                       
BRANDI JARATH                                     E. VICKY KRYONERIS
NOTARY PUBLIC-STATE OF NEW YORK                   NOTARY PUBLIC, State of New York
No. 01JA6171512                                   No. 01KR6089084
Qualified in Queens County                        Qualified in Nassau County
My Commission Expires July 23, 2011               Commission Expires March 17, 2011
[SEAL]                                            [SEAL]

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

1

2008100300292101

ACRIS Detailed Document Information Page 1 of 1



**New York City Department of Finance**
**Office of the City Register**

# Detailed Document Information

**Current Search Criteria:**
Name: MADOFF*
Date: To Current Date
Party Type: All Parties
Borough/County: All Boroughs/Counties
Document Class: All Document Classes

| DOCUMENT ID: | 2008101400167001 | CRFN: | 2008000425995 | COLLATERAL: | N/A |
|---|---|---|---|---|---|
| # of PAGES: | 5 | REEL-PAGE: | N/A-N/A | EXPIRATION DATE: | N/A |
| DOC. TYPE: | DEED | FILE NUMBER: | N/A | ASSESSMENT DATE: | N/A |
| DOC. DATE: | 10/6/2008 | RECORDED / FILED: | 10/31/2008 3:05:37 PM | SLID #: | N/A |
| | | BOROUGH: | MANHATTAN | | |
| DOC. AMOUNT: | $4,378,475.00 | RPTT #: | N/A | MAP SEQUENCE #: | N/A |
| MESSAGE: | N/A | | | | |

**PARTY 1**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 433 EAST 74TH STREET LLC | 185 EAST 85TH STREET | | NEW YORK | NY | 10028 | US |

**PARTY 2**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| MADOFF, ANDREW H | 400 EAST 84TH STREET | | NEW YORK | NY | 10028 | US |

**PARTY 3/Other**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

**PARCELS**

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 1469 | 1109 | ENTIRE LOT | SINGLE RESIDENTIAL CONDO UNIT | N | N | N | 433 EAST 74TH STREET | 5A | |

**REFERENCES**

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS**

[ Print ] [ View Document ] [ Search Results ] [ Search Options ] [ Main Options ]

Go to Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map

http://a836-acris.nyc.gov/Scripts/DocSearch.dll/Detail?Doc_ID=2008101400167001  1/7/2009