# EXHIBIT 13

18-Dec-08                                                                                           18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬢

May 01, 2008 ·
May 30, 2008

Page 43 of 51

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 05/28 | | DEPOSIT           2019 | | $281,820.00 |
| | | 1 DAY FLOAT     05/29          $211,820.00 | | |
| | | 2 DAY FLOAT     05/30          $68,000.00 | | |
| | | 3 DAY FLOAT     06/02          $2,000.00 | | |
| 05/28 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER, PRINCIPAL= $9,803,855.00 RATE=01.54% FOR INVESTMENT DATED 05/27/08, REF=CPSWP052708 TRN: 1491001111XP YOUR REF: 31Y9971111149 | | $419.39 |
| 05/28 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080527 TO 080528 RATE 1.9001 TRN: 0814900122AN YOUR REF: NC7463965052806I | | $90,004,750.25 |
| 05/28 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 8142300149JK YOUR REF: M076288382870007 | $350,000,000.00 | |
| 05/28 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: D.C.A GRANTOR TRUST AVENTURA, FLORIDA 33180 REF: BNF-FFC-ACC- 1210005654, D.C.A GRANTOR TRUST, ALLAN H. APPLESTEIN,TRUSTEE IMAD: 0528B1QGC07C003458 TRN: 1602700149JO YOUR REF: CAP OF 08/05/28 | $3,000,000.00 | |
| 05/28 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 0528B1QGC08C003923 TRN: 1602800149JO YOUR REF: LUXINV | $2,000,000.00 | |
| 05/28 | | FEDWIRE DEBIT VIA: NANTUCKET SVGS BK/211370134 A/C: PATRICIA A. HALSTED REF: BNF-FFC-ACC, 880180247, PATRICIA A.HALSTED, ATTORNEY AT LAW CLIENTS IOLTA ACCOUNT IMAD: 0528B1QGC02C003085 TRN: 1602900149JO YOUR REF: HALSTED | $640,000.00 | |
| 05/28 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 TRN: 1603000149JO YOUR REF: CAP OF 08/05/28 | $800,000.00 | |
| 05/28 | | BOOK TRANSFER DEBIT A/C: SCHEUER FAMILY FDN INC NEW YORK NY 10016-5010 ORG: BERNARD L MADOFF 88 S THIRD AVENUE NE TRN: 1603100149JO YOUR REF: JODI | $550,000.00 | |
| 05/28 | | BOOK TRANSFER DEBIT A/C: LEHMAN BROS INC-INCOMING CUST NEW YORK NY 10019 TRN: 1603200149JO YOUR REF: LOEBJ | $500,000.00 | |

18-Dec-08                                                                                          18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

**Page 15 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/06 | | DEPOSIT          2027<br>1 DAY FLOAT     06/09        $115,000.00<br>2 DAY FLOAT     06/10        $20,000.00 | | $233,774.00 |
| 06/06 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $14,638,464.00 RATE=01.50% FOR INVESTMENT DATED 06/05/08. REF=CPSWP060508 TRN: 1581000797XP<br>YOUR REF: 31Y9970797158 | | $609.94 |
| 06/06 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080605 TO 080606 RATE 1.9001 TRN: 0315800160AN<br>YOUR REF: NC88293480606061 | | $100,005,278.06 |
| 06/06 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2046500158JK<br>YOUR REF: M088001100670440 | $300,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BARCLAYS PLC/026002574 A/C: BARCLAYS CAP SEC LTD LONDON LONDON ENGLAND BEN: MADOFF SEC INTL LTD LONDON LONDON REF: TELE TELEBEN BNF/TIME/10:31 IMAD: 0606B1QGC02C002212 TRN: 0994300158JO<br>YOUR REF: JODI | $15,870,880.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BOE NAT PARIS/026007689 A/C: BNP PARIBAS DUBLIN IMAD: 0606B1QGC06C002133 TRN: 0994400158JO<br>YOUR REF: BNPLEG | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: SANTANDER TRUST & BANKING CORPBAHAMAS BEN: LEGACY CAPITAL LIMITED WICKHAMS CAY, ROAD TOWN REF: TELE TELEBEN BNF IMAD: 0606B1QGC05C001984 TRN: 0994500158JO<br>YOUR REF: JODI | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: NANTUCKET SVGS BK/211370134 A/C: PATRICIA A. HALSTED REF: BNF-FFC-ACC, 8801180247, PATRICIA A.HALSTED, ATTORNEY AT LAW CLIENTS IOLTA ACCOUNT IMAD: 0606B1QGC05C002134 TRN: 0994600158JO<br>YOUR REF: HALSTED | $8,005,000.00 | |
| 06/06 | | BOOK TRANSFER DEBIT A/C: PJ ADMSTR LLC NEW YORK NY 10017- ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE TRN: 0994700158JO<br>YOUR REF: JODI | $850,000.00 | |