# EXHIBIT 14

PATRICIA A. HALSTED
ATTORNEY AT LAW
FOUR NORTH WATER STREET
NANTUCKET, MASSACHUSETTS 02554

TELEPHONE (508) 228-0444
FACSIMILE (508) 228-0468

June 18, 2008

Mr. and Mrs. Mark D. Madoff
158 Mercer Street
New York, New York 10012

Re: 51 Wanoma Way
Nantucket, Massachusetts

Dear Mark and Stephanie:

Enclosed please find the closing package from your purchase of the above property.

Please call us if you have any questions or need anything further.

Sincerely,

Patricia A. Halsted

Patricia A. Halsted

PAH/kh
Enclosures

```
                         STATEMENT OF CLOSING
                      Mark Madoff and Stephanie Madoff
                       from Frank L. Katz and Elise R. Katz
                                51 Wanoma Way
                            Nantucket, Massachusetts
                                June 9, 2008

Purchase Price                                              $6,500,000.00
Less Deposit                                                 -650,000.00
Balance                                                     $5,850,000.00

Fuel Adjustment due seller
1000 gal x 85% = 850 Gallons @ $3.51 gallon)                    2,983.50

Real estate tax adjustment due
($18,440.21/366 x 22 days)                                      1,108.43

Balance due seller from buyer                               $5,854,091.93

Seller's deductions:

    Deed stamps                                                29,640.00
    Recording fees (2 Certificates)                               150.00

Total deductions                                               29,790.00

Amount due seller                                           $5,824,301.93
                    ................
Amount due seller per above                                 $5,854,091.93
Title Insurance                                                15,412.50
Land Bank fee                                                 130,000.00
Recording fees (deed, MLC)                                        190.00
Bill Brown, Title Examiner                                        426.00
Earle and Sullivan (Surveyors) (estimate)                       1,000.00
Patricia A. Halsted, Attorney                                   3,614.25

Total Amount due from Buyer                                 $6,004,734.68
```

Z:\documents\2008q2\madoff\statementclosing.buyer

Yes X    No ____

## CLOSING INFORMATION

| | |
|---|---|
| Date of Closing: | June 9, 2008 |
| Property address: | 51 Wanoma Way |
| Purchase price: | $6,500,000.00 |
| Amount of real estate tax adjustment due seller, if any: | $1,108.43 |

Seller(s):   Name       Frank Katz
             Address    1 Huntington Avenue #1002
                        Boston, Massachusetts 02116

Share of Purchase Price  50%

Social Security Number:  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

Seller(s):   Name       Elise R. Katz
             Address    1 Huntington Avenue #1002
                        Boston, Massachusetts 02116

Share of Purchase Price  50%

Social Security Number:  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

Attorney:               Richard Glidden, Attorney

Buyer(s):   Name        Mark D. Madoff
                        Stephanie Madoff
                        158 Mercer Street
                        New York, New York
            Address

Attorneys:              Patricia A. Halsted