# EXHIBIT 16

18-Dec-08                                                                                         18Dec08-344
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase**

May 31, 2008 -
June 30, 2008

Page 48 of 55

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/25 | | FEDWIRE DEBIT VIA: COMMERCE NORTH/021200957 A/C: GUSTON & GUSTON,L.L.P.,ATTORNETRUST REF: BNF-FFC-ACC, 3451089270, GUSTON & GUSTON, L.L.P., ATTORNEY TRUSTIMAD: 062581QGC04C002239 TRN: 1334800177JO YOUR REF: GUSTON | $475,000.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 062581QGC05C002544 TRN: 1334900177JO YOUR REF: PATRICE | $39,000.00 | |
| 06/25 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080625 TO 080626 RATE 2.0001 TRN: 0817700340AN YOUR REF: ND7820180625081 | $65,000,000.00 | |
| 06/25 | | FUNDING XFER TO 006301428151509 TRN: 0190000234RF | $734,200.00 | |
| 06/25 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062508. YOUR REF: 31Y9996923177 | $6,599,514.00 | |
| 06/25 | | CHECK PAID # 15506 | $2,500.00 | |
| 06/25 | | CLOSING LEDGER BALANCE | *** Balance *** | $109,995.85 |
| 06/25 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.85 |
| 06/26 | | REDEMPTION OR CALL GIS REF: T308178ABIC CUSTODY ACT: G 13414 REDM TD: 06/26/08 SETTLE DATE: 06/26/08BKR: REDEMPTIONS UNITS: 200,000,000.00 CUSIP NO: 912795F22 UNITED STATES TREASURY BILLS UNITED TRN: 0000062264ST | | $200,000,000.00 |
| 06/26 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062508. TRN: 1772003306XN YOUR REF: 31Y9996923177 | | $6,599,514.00 |
| 06/26 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3535900178JK YOUR REF: 00275854 | | $325,123,229.17 |
| 06/26 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/064956008 HAROLD L STRAUSS TRN: 0799600178ES YOUR REF: OS1 OF 08/06/26 | | $600,000.00 |

## JPMorganChase

October 01, 2008 -
October 31, 2008

Page 35 of 63

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



### Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit Amount |
|---|---|---|---|
| 10/16 | | FEDWIRE DEBIT VIA: NORTHERN INTL NYC/026001122 A/C: FORTIS PRIME FUND SOLUTIONS BA(IRELAND) LIMITED BEN: HARLEY INTL (CAYMAN) LTD IMAD: 1016B1QGC02C001238 TRN: 0224700290JO YOUR REF: HARLEY | $180,000,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: AA (LANDMARK INVESTMENT FUND) REF: REF- SORT CODE 40-05-15 IMAD: 1016B1QGC01C001504 TRN: 0224800290JO YOUR REF: LANDMARK | $14,000,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: ALPINE GLENWOOD SP/102103407 A/C: PETER & PATRICE KNOBEL IMAD: 1016B1QGC01C001505 TRN: 0224900290JO YOUR REF: KNOBEL | $5,537,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: COMMERCE NORTH/021200957 A/C: GUSTON & GUSTON,L.L.P.,ATTORNETRUST REF: BNF-FFC-ACC, 3451089270 , GUSTON & GUSTON, L.L.P., ATTORNEY TRUSTIMAD: 1016B1QGC01C003045 TRN: 1077000290JO YOUR REF: GUSTON | $2,225,000.00 |
| 10/16 | | BOOK TRANSFER DEBIT A/C: MARLENE R KRAUSS NEW YORK NY 10106-0001 TRN: 0225000290JO YOUR REF: MKRAUSS | $1,350,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: ANNETTE & RUDY BONGIORNO IMAD: 1016B1QGC01C001506 TRN: 0225100290JO YOUR REF: RUANN | $1,200,000.00 |
| 10/16 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-8710 BEN: FRED A DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0213521 TRN: 0225300290JO YOUR REF: CAP OF 08/10/16 | $1,000,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: BIGOS MANAGEMENT,INC SUITE 1400,EDINA,MN 55435 IMAD: 1016B1QGC01C001507 TRN: 0225200290JO YOUR REF: CAP OF 08/10/16 | $1,000,000.00 |
| 10/16 | | BOOK TRANSFER DEBIT A/C: MR JEFFREY LEVY-HINTE NEW YORK NY 10003- TRN: 0225400290JO YOUR REF: JEFFLH | $700,000.00 |
| 10/16 | | FEDWIRE DEBIT VIA: CHEVY CHASE SAV BK/255071981 A/C: ELEVEN-EIGHTEEN LP IMAD: 1016B1QGC01C001508 TRN: 0225500290JO YOUR REF: EELP | $500,000.00 |