# EXHIBIT 18

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 1/31/1996 | $ 2,943 |
| 885 Third Avenue Corporation | 1/31/1996 | 648 |
| 885 Third Avenue Corporation | 1/31/1996 | 129 |
| 885 Third Avenue Corporation | 1/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 2/29/1996 | 96,213 |
| 885 Third Avenue Corporation | 2/29/1996 | 6,031 |
| 885 Third Avenue Corporation | 2/29/1996 | 844 |
| 885 Third Avenue Corporation | 2/29/1996 | 735 |
| 885 Third Avenue Corporation | 3/31/1996 | 903 |
| 885 Third Avenue Corporation | 3/31/1996 | 1,144 |
| 885 Third Avenue Corporation | 3/31/1996 | 2,070 |
| 885 Third Avenue Corporation | 3/31/1996 | 2,846 |
| 885 Third Avenue Corporation | 3/31/1996 | 630 |
| 885 Third Avenue Corporation | 3/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 3/31/1996 | 630 |
| 885 Third Avenue Corporation | 3/31/1996 | 765 |
| 885 Third Avenue Corporation | 3/31/1996 | 5,389 |
| 885 Third Avenue Corporation | 3/31/1996 | 129 |
| 885 Third Avenue Corporation | 4/30/1996 | 133 |
| 885 Third Avenue Corporation | 4/30/1996 | 1,722 |
| 885 Third Avenue Corporation | 4/30/1996 | 5,794 |
| 885 Third Avenue Corporation | 4/30/1996 | 96,213 |
| 885 Third Avenue Corporation | 5/31/1996 | 6,538 |
| 885 Third Avenue Corporation | 5/31/1996 | 900 |
| 885 Third Avenue Corporation | 5/31/1996 | 557 |
| 885 Third Avenue Corporation | 5/31/1996 | 50 |
| 885 Third Avenue Corporation | 5/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 6/30/1996 | 188 |
| 885 Third Avenue Corporation | 6/30/1996 | 96,213 |
| 885 Third Avenue Corporation | 6/30/1996 | 180 |
| 885 Third Avenue Corporation | 6/30/1996 | 634 |
| 885 Third Avenue Corporation | 6/30/1996 | 8,698 |
| 885 Third Avenue Corporation | 6/30/1996 | 6,040 |
| 885 Third Avenue Corporation | 7/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 7/31/1996 | 6,253 |
| 885 Third Avenue Corporation | 7/31/1996 | 133 |
| 885 Third Avenue Corporation | 7/31/1996 | 902 |
| 885 Third Avenue Corporation | 7/31/1996 | 2,303 |
| 885 Third Avenue Corporation | 8/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 8/31/1996 | 7,320 |
| 885 Third Avenue Corporation | 9/30/1996 | 284 |
| 885 Third Avenue Corporation | 9/30/1996 | 9,381 |
| 885 Third Avenue Corporation | 9/30/1996 | 360 |
| 885 Third Avenue Corporation | 9/30/1996 | 96,213 |
| 885 Third Avenue Corporation | 10/31/1996 | 928 |
| 885 Third Avenue Corporation | 10/31/1996 | 9,952 |
| 885 Third Avenue Corporation | 10/31/1996 | 196 |
| 885 Third Avenue Corporation | 10/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 11/30/1996 | 96,213 |
| 885 Third Avenue Corporation | 11/30/1996 | 10,896 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 11/30/1996 | 9,780 |
| 885 Third Avenue Corporation | 11/30/1996 | 131 |
| 885 Third Avenue Corporation | 11/30/1996 | 38,690 |
| 885 Third Avenue Corporation | 11/30/1996 | 24 |
| 885 Third Avenue Corporation | 12/31/1996 | 6,028 |
| 885 Third Avenue Corporation | 12/31/1996 | 96,213 |
| 885 Third Avenue Corporation | 12/31/1996 | 4,836 |
| 885 Third Avenue Corporation | 12/31/1996 | 1,034 |
| 885 Third Avenue Corporation | 12/31/1996 | 49,800 |
| 885 Third Avenue Corporation | 12/31/1996 | 100 |
| 885 Third Avenue Corporation | 1/31/1997 | 112,630 |
| 885 Third Avenue Corporation | 1/31/1997 | 148 |
| 885 Third Avenue Corporation | 2/28/1997 | 124,825 |
| 885 Third Avenue Corporation | 2/28/1997 | 113 |
| 885 Third Avenue Corporation | 2/28/1997 | 888 |
| 885 Third Avenue Corporation | 2/28/1997 | 630 |
| 885 Third Avenue Corporation | 2/28/1997 | 793 |
| 885 Third Avenue Corporation | 2/28/1997 | 899 |
| 885 Third Avenue Corporation | 2/28/1997 | 1,100 |
| 885 Third Avenue Corporation | 2/28/1997 | 44 |
| 885 Third Avenue Corporation | 3/31/1997 | 7,013 |
| 885 Third Avenue Corporation | 3/31/1997 | 1,144 |
| 885 Third Avenue Corporation | 3/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 4/30/1997 | 7,794 |
| 885 Third Avenue Corporation | 4/30/1997 | 672 |
| 885 Third Avenue Corporation | 4/30/1997 | 124,825 |
| 885 Third Avenue Corporation | 4/30/1997 | 168 |
| 885 Third Avenue Corporation | 4/30/1997 | 120 |
| 885 Third Avenue Corporation | 4/30/1997 | 6,056 |
| 885 Third Avenue Corporation | 4/30/1997 | 595 |
| 885 Third Avenue Corporation | 4/30/1997 | 580 |
| 885 Third Avenue Corporation | 4/30/1997 | 1,144 |
| 885 Third Avenue Corporation | 4/30/1997 | 398 |
| 885 Third Avenue Corporation | 5/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 5/31/1997 | 988 |
| 885 Third Avenue Corporation | 5/31/1997 | 609 |
| 885 Third Avenue Corporation | 5/31/1997 | 419 |
| 885 Third Avenue Corporation | 5/31/1997 | 849 |
| 885 Third Avenue Corporation | 5/31/1997 | 1,198 |
| 885 Third Avenue Corporation | 5/31/1997 | 8,089 |
| 885 Third Avenue Corporation | 5/31/1997 | 4,163 |
| 885 Third Avenue Corporation | 5/31/1997 | 145 |
| 885 Third Avenue Corporation | 6/30/1997 | 124,825 |
| 885 Third Avenue Corporation | 6/30/1997 | 9,370 |
| 885 Third Avenue Corporation | 6/30/1997 | 4,390 |
| 885 Third Avenue Corporation | 6/30/1997 | 8,511 |
| 885 Third Avenue Corporation | 6/30/1997 | 639 |
| 885 Third Avenue Corporation | 6/30/1997 | 60 |
| 885 Third Avenue Corporation | 7/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 7/31/1997 | 13,815 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 7/31/1997 | 1,553 |
| 885 Third Avenue Corporation | 7/31/1997 | 1,885 |
| 885 Third Avenue Corporation | 7/31/1997 | 8,919 |
| 885 Third Avenue Corporation | 7/31/1997 | 1,045 |
| 885 Third Avenue Corporation | 8/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 8/31/1997 | 293 |
| 885 Third Avenue Corporation | 8/31/1997 | 7,695 |
| 885 Third Avenue Corporation | 8/31/1997 | 14,007 |
| 885 Third Avenue Corporation | 9/30/1997 | 150 |
| 885 Third Avenue Corporation | 9/30/1997 | 5,575 |
| 885 Third Avenue Corporation | 9/30/1997 | 14,730 |
| 885 Third Avenue Corporation | 9/30/1997 | 252 |
| 885 Third Avenue Corporation | 9/30/1997 | 1,074 |
| 885 Third Avenue Corporation | 9/30/1997 | 124,825 |
| 885 Third Avenue Corporation | 9/30/1997 | 2,111 |
| 885 Third Avenue Corporation | 10/31/1997 | 217 |
| 885 Third Avenue Corporation | 10/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 10/31/1997 | 138 |
| 885 Third Avenue Corporation | 10/31/1997 | 465 |
| 885 Third Avenue Corporation | 11/30/1997 | 2,161 |
| 885 Third Avenue Corporation | 11/30/1997 | 1,938 |
| 885 Third Avenue Corporation | 11/30/1997 | 15,239 |
| 885 Third Avenue Corporation | 11/30/1997 | 124,825 |
| 885 Third Avenue Corporation | 11/30/1997 | 13,636 |
| 885 Third Avenue Corporation | 12/31/1997 | 1,260 |
| 885 Third Avenue Corporation | 12/31/1997 | 11,641 |
| 885 Third Avenue Corporation | 12/31/1997 | 1,060 |
| 885 Third Avenue Corporation | 12/31/1997 | 124,825 |
| 885 Third Avenue Corporation | 12/31/1997 | 754 |
| 885 Third Avenue Corporation | 12/31/1997 | 10,138 |
| 885 Third Avenue Corporation | 12/31/1997 | 24,865 |
| 885 Third Avenue Corporation | 1/14/1998 | 3,985 |
| 885 Third Avenue Corporation | 1/16/1998 | 2,344 |
| 885 Third Avenue Corporation | 2/1/1998 | 150,486 |
| 885 Third Avenue Corporation | 2/11/1998 | 776 |
| 885 Third Avenue Corporation | 2/20/1998 | 11,214 |
| 885 Third Avenue Corporation | 3/1/1998 | 150,486 |
| 885 Third Avenue Corporation | 3/5/1998 | 11,083 |
| 885 Third Avenue Corporation | 3/16/1998 | 90 |
| 885 Third Avenue Corporation | 3/19/1998 | 90 |
| 885 Third Avenue Corporation | 3/24/1998 | 4,797 |
| 885 Third Avenue Corporation | 4/2/1998 | 152,085 |
| 885 Third Avenue Corporation | 4/6/1998 | 9,994 |
| 885 Third Avenue Corporation | 4/8/1998 | 2,395 |
| 885 Third Avenue Corporation | 4/15/1998 | 2,985 |
| 885 Third Avenue Corporation | 5/1/1998 | 156,522 |
| 885 Third Avenue Corporation | 5/14/1998 | 90 |
| 885 Third Avenue Corporation | 6/2/1998 | 131,366 |
| 885 Third Avenue Corporation | 6/3/1998 | 10,207 |
| 885 Third Avenue Corporation | 6/8/1998 | 1,368 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 6/9/1998 | 337 |
| 885 Third Avenue Corporation | 6/30/1998 | 10,339 |
| 885 Third Avenue Corporation | 6/30/1998 | 10,339 |
| 885 Third Avenue Corporation | 6/30/1998 | (10,339) |
| 885 Third Avenue Corporation | 7/1/1998 | 156,523 |
| 885 Third Avenue Corporation | 7/9/1998 | 10,821 |
| 885 Third Avenue Corporation | 7/16/1998 | 1,067 |
| 885 Third Avenue Corporation | 7/20/1998 | 3,510 |
| 885 Third Avenue Corporation | 7/28/1998 | 16,012 |
| 885 Third Avenue Corporation | 8/3/1998 | 156,523 |
| 885 Third Avenue Corporation | 8/24/1998 | 2,205 |
| 885 Third Avenue Corporation | 8/26/1998 | 279 |
| 885 Third Avenue Corporation | 8/31/1998 | 1,368 |
| 885 Third Avenue Corporation | 9/1/1998 | 156,523 |
| 885 Third Avenue Corporation | 9/3/1998 | 16,367 |
| 885 Third Avenue Corporation | 9/10/1998 | 315 |
| 885 Third Avenue Corporation | 9/14/1998 | 293 |
| 885 Third Avenue Corporation | 10/2/1998 | 156,523 |
| 885 Third Avenue Corporation | 10/5/1998 | 17,593 |
| 885 Third Avenue Corporation | 10/20/1998 | 297 |
| 885 Third Avenue Corporation | 11/3/1998 | 156,523 |
| 885 Third Avenue Corporation | 11/9/1998 | 16,965 |
| 885 Third Avenue Corporation | 11/13/1998 | 3,650 |
| 885 Third Avenue Corporation | 12/1/1998 | 156,523 |
| 885 Third Avenue Corporation | 12/2/1998 | 10,473 |
| 885 Third Avenue Corporation | 12/11/1998 | 1,491 |
| 885 Third Avenue Corporation | 12/11/1998 | 1,279 |
| 885 Third Avenue Corporation | 12/15/1998 | 540 |
| 885 Third Avenue Corporation | 12/15/1998 | 728 |
| 885 Third Avenue Corporation | 1/4/1999 | 153,494 |
| 885 Third Avenue Corporation | 1/19/1999 | 9,845 |
| 885 Third Avenue Corporation | 1/19/1999 | 1,260 |
| 885 Third Avenue Corporation | 1/19/1999 | 566 |
| 885 Third Avenue Corporation | 1/21/1999 | 1,117 |
| 885 Third Avenue Corporation | 2/1/1999 | 153,915 |
| 885 Third Avenue Corporation | 2/10/1999 | 10,069 |
| 885 Third Avenue Corporation | 2/17/1999 | 1,299 |
| 885 Third Avenue Corporation | 3/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 3/16/1999 | 8,586 |
| 885 Third Avenue Corporation | 3/17/1999 | 345 |
| 885 Third Avenue Corporation | 3/17/1999 | 239 |
| 885 Third Avenue Corporation | 3/17/1999 | 198 |
| 885 Third Avenue Corporation | 3/17/1999 | 1,096 |
| 885 Third Avenue Corporation | 4/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 4/22/1999 | 8,721 |
| 885 Third Avenue Corporation | 5/3/1999 | 797 |
| 885 Third Avenue Corporation | 5/3/1999 | 275 |
| 885 Third Avenue Corporation | 5/3/1999 | 158,759 |
| 885 Third Avenue Corporation | 5/3/1999 | 1,270 |
| 885 Third Avenue Corporation | 5/3/1999 | 8,261 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 5/13/1999 | 706 |
| 885 Third Avenue Corporation | 5/13/1999 | 453 |
| 885 Third Avenue Corporation | 5/25/1999 | 2,185 |
| 885 Third Avenue Corporation | 5/25/1999 | 332 |
| 885 Third Avenue Corporation | 6/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 6/4/1999 | 258 |
| 885 Third Avenue Corporation | 6/8/1999 | 1,903 |
| 885 Third Avenue Corporation | 6/8/1999 | 1,123 |
| 885 Third Avenue Corporation | 6/15/1999 | 8,487 |
| 885 Third Avenue Corporation | 7/1/1999 | 92,378 |
| 885 Third Avenue Corporation | 7/20/1999 | 11,602 |
| 885 Third Avenue Corporation | 8/2/1999 | 158,759 |
| 885 Third Avenue Corporation | 8/3/1999 | 14,922 |
| 885 Third Avenue Corporation | 8/6/1999 | 238 |
| 885 Third Avenue Corporation | 8/6/1999 | 544 |
| 885 Third Avenue Corporation | 8/26/1999 | 1,470 |
| 885 Third Avenue Corporation | 8/30/1999 | 1,065 |
| 885 Third Avenue Corporation | 9/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 9/10/1999 | 408 |
| 885 Third Avenue Corporation | 9/14/1999 | 18,333 |
| 885 Third Avenue Corporation | 9/27/1999 | 1,650 |
| 885 Third Avenue Corporation | 10/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 10/7/1999 | 611 |
| 885 Third Avenue Corporation | 10/7/1999 | 288 |
| 885 Third Avenue Corporation | 10/7/1999 | 16,126 |
| 885 Third Avenue Corporation | 10/28/1999 | 1,650 |
| 885 Third Avenue Corporation | 11/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 11/3/1999 | 16,140 |
| 885 Third Avenue Corporation | 11/16/1999 | 2,233 |
| 885 Third Avenue Corporation | 11/16/1999 | 174 |
| 885 Third Avenue Corporation | 11/24/1999 | 1,710 |
| 885 Third Avenue Corporation | 12/1/1999 | 158,759 |
| 885 Third Avenue Corporation | 12/2/1999 | 12,384 |
| 885 Third Avenue Corporation | 12/21/1999 | 4,567 |
| 885 Third Avenue Corporation | 12/30/1999 | 10,901 |
| 885 Third Avenue Corporation | 1/14/2000 | 1,260 |
| 885 Third Avenue Corporation | 1/14/2000 | 154 |
| 885 Third Avenue Corporation | 1/18/2000 | 159,884 |
| 885 Third Avenue Corporation | 2/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 2/3/2000 | 2,613 |
| 885 Third Avenue Corporation | 2/8/2000 | 11,917 |
| 885 Third Avenue Corporation | 2/14/2000 | 1,530 |
| 885 Third Avenue Corporation | 2/18/2000 | 127 |
| 885 Third Avenue Corporation | 3/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 3/6/2000 | 10,185 |
| 885 Third Avenue Corporation | 3/17/2000 | 407 |
| 885 Third Avenue Corporation | 3/23/2000 | 5,409 |
| 885 Third Avenue Corporation | 3/30/2000 | 1,725 |
| 885 Third Avenue Corporation | 4/3/2000 | 160,547 |
| 885 Third Avenue Corporation | 4/14/2000 | 1,530 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 5/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 5/2/2000 | 294 |
| 885 Third Avenue Corporation | 5/8/2000 | 4,880 |
| 885 Third Avenue Corporation | 5/8/2000 | 11,969 |
| 885 Third Avenue Corporation | 5/10/2000 | 13,851 |
| 885 Third Avenue Corporation | 5/11/2000 | 1,290 |
| 885 Third Avenue Corporation | 5/18/2000 | 957 |
| 885 Third Avenue Corporation | 6/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 7/3/2000 | 160,547 |
| 885 Third Avenue Corporation | 7/5/2000 | 2,125 |
| 885 Third Avenue Corporation | 7/12/2000 | 10,776 |
| 885 Third Avenue Corporation | 7/12/2000 | 2,331 |
| 885 Third Avenue Corporation | 7/12/2000 | 1,880 |
| 885 Third Avenue Corporation | 7/12/2000 | 3,505 |
| 885 Third Avenue Corporation | 7/12/2000 | 1,350 |
| 885 Third Avenue Corporation | 7/14/2000 | 1,320 |
| 885 Third Avenue Corporation | 7/20/2000 | 4,082 |
| 885 Third Avenue Corporation | 7/20/2000 | 184 |
| 885 Third Avenue Corporation | 7/28/2000 | 13,318 |
| 885 Third Avenue Corporation | 8/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 8/28/2000 | 16,097 |
| 885 Third Avenue Corporation | 8/28/2000 | 647 |
| 885 Third Avenue Corporation | 8/28/2000 | 20,679 |
| 885 Third Avenue Corporation | 8/28/2000 | 1,200 |
| 885 Third Avenue Corporation | 9/1/2000 | 160,547 |
| 885 Third Avenue Corporation | 9/11/2000 | 25,008 |
| 885 Third Avenue Corporation | 9/19/2000 | 1,725 |
| 885 Third Avenue Corporation | 9/22/2000 | 286 |
| 885 Third Avenue Corporation | 9/22/2000 | 8,701 |
| 885 Third Avenue Corporation | 9/22/2000 | 6,727 |
| 885 Third Avenue Corporation | 9/27/2000 | 4,383 |
| 885 Third Avenue Corporation | 10/2/2000 | 135,671 |
| 885 Third Avenue Corporation | 10/9/2000 | 18,985 |
| 885 Third Avenue Corporation | 10/9/2000 | 2,191 |
| 885 Third Avenue Corporation | 10/18/2000 | 1,500 |
| 885 Third Avenue Corporation | 11/1/2000 | 162,738 |
| 885 Third Avenue Corporation | 11/8/2000 | 1,406 |
| 885 Third Avenue Corporation | 11/8/2000 | 3,619 |
| 885 Third Avenue Corporation | 11/8/2000 | 18,846 |
| 885 Third Avenue Corporation | 11/16/2000 | 987 |
| 885 Third Avenue Corporation | 11/22/2000 | 1,380 |
| 885 Third Avenue Corporation | 12/1/2000 | 162,738 |
| 885 Third Avenue Corporation | 12/7/2000 | 16,734 |
| 885 Third Avenue Corporation | 12/13/2000 | 700 |
| 885 Third Avenue Corporation | 12/22/2000 | 2,250 |
| 885 Third Avenue Corporation | 12/29/2000 | 16,752 |
| 885 Third Avenue Corporation | 1/2/2001 | 165,648 |
| 885 Third Avenue Corporation | 1/12/2001 | 1,960 |
| 885 Third Avenue Corporation | 1/30/2001 | 301 |
| 885 Third Avenue Corporation | 2/1/2001 | 166,084 |

*Data provided herein is subject to revision as the Trustee's investigation is ongoing*

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 2/13/2001 | 19,792 |
| 885 Third Avenue Corporation | 2/23/2001 | 19,747 |
| 885 Third Avenue Corporation | 2/28/2001 | 75 |
| 885 Third Avenue Corporation | 3/1/2001 | 166,251 |
| 885 Third Avenue Corporation | 3/9/2001 | 8,113 |
| 885 Third Avenue Corporation | 3/12/2001 | 3,150 |
| 885 Third Avenue Corporation | 3/15/2001 | 180 |
| 885 Third Avenue Corporation | 3/15/2001 | 413 |
| 885 Third Avenue Corporation | 3/19/2001 | 3,425 |
| 885 Third Avenue Corporation | 3/21/2001 | 17,327 |
| 885 Third Avenue Corporation | 3/21/2001 | 153 |
| 885 Third Avenue Corporation | 3/23/2001 | 192 |
| 885 Third Avenue Corporation | 4/2/2001 | 180,389 |
| 885 Third Avenue Corporation | 4/4/2001 | 3,291 |
| 885 Third Avenue Corporation | 4/9/2001 | 6,788 |
| 885 Third Avenue Corporation | 4/10/2001 | 2,917 |
| 885 Third Avenue Corporation | 4/18/2001 | 90 |
| 885 Third Avenue Corporation | 4/19/2001 | 15,072 |
| 885 Third Avenue Corporation | 4/26/2001 | 4,971 |
| 885 Third Avenue Corporation | 5/1/2001 | 190,332 |
| 885 Third Avenue Corporation | 5/15/2001 | 142 |
| 885 Third Avenue Corporation | 5/25/2001 | 151 |
| 885 Third Avenue Corporation | 5/29/2001 | 859 |
| 885 Third Avenue Corporation | 5/29/2001 | 15,369 |
| 885 Third Avenue Corporation | 6/1/2001 | 204,850 |
| 885 Third Avenue Corporation | 6/13/2001 | 6,056 |
| 885 Third Avenue Corporation | 7/2/2001 | 180,389 |
| 885 Third Avenue Corporation | 7/11/2001 | 469 |
| 885 Third Avenue Corporation | 7/11/2001 | 19,411 |
| 885 Third Avenue Corporation | 7/11/2001 | 90 |
| 885 Third Avenue Corporation | 7/24/2001 | 2,751 |
| 885 Third Avenue Corporation | 7/26/2001 | 533 |
| 885 Third Avenue Corporation | 8/1/2001 | 155,253 |
| 885 Third Avenue Corporation | 8/8/2001 | 31,445 |
| 885 Third Avenue Corporation | 8/9/2001 | 6,117 |
| 885 Third Avenue Corporation | 8/9/2001 | 75 |
| 885 Third Avenue Corporation | 8/15/2001 | 60 |
| 885 Third Avenue Corporation | 8/15/2001 | 1,575 |
| 885 Third Avenue Corporation | 9/4/2001 | 180,389 |
| 885 Third Avenue Corporation | 9/6/2001 | 35,080 |
| 885 Third Avenue Corporation | 9/17/2001 | 7,771 |
| 885 Third Avenue Corporation | 9/20/2001 | 105 |
| 885 Third Avenue Corporation | 10/1/2001 | 180,389 |
| 885 Third Avenue Corporation | 10/11/2001 | 32,667 |
| 885 Third Avenue Corporation | 10/17/2001 | 890 |
| 885 Third Avenue Corporation | 11/1/2001 | 180,389 |
| 885 Third Avenue Corporation | 11/7/2001 | 402 |
| 885 Third Avenue Corporation | 11/13/2001 | 195 |
| 885 Third Avenue Corporation | 11/26/2001 | 10,673 |
| 885 Third Avenue Corporation | 11/28/2001 | 33,275 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 12/1/2001 | 180,389 |
| 885 Third Avenue Corporation | 12/6/2001 | 20,639 |
| 885 Third Avenue Corporation | 12/13/2001 | 1,286 |
| 885 Third Avenue Corporation | 12/19/2001 | 2,810 |
| 885 Third Avenue Corporation | 12/26/2001 | 7,420 |
| 885 Third Avenue Corporation | 1/2/2002 | 223,893 |
| 885 Third Avenue Corporation | 1/14/2002 | 14,544 |
| 885 Third Avenue Corporation | 1/14/2002 | 4,288 |
| 885 Third Avenue Corporation | 1/18/2002 | 5,825 |
| 885 Third Avenue Corporation | 1/29/2002 | 13,728 |
| 885 Third Avenue Corporation | 2/1/2002 | 225,067 |
| 885 Third Avenue Corporation | 2/14/2002 | 590 |
| 885 Third Avenue Corporation | 2/19/2002 | 270 |
| 885 Third Avenue Corporation | 2/19/2002 | 4,905 |
| 885 Third Avenue Corporation | 3/1/2002 | 225,067 |
| 885 Third Avenue Corporation | 3/1/2002 | 15,424 |
| 885 Third Avenue Corporation | 3/18/2002 | 360 |
| 885 Third Avenue Corporation | 4/1/2002 | 225,067 |
| 885 Third Avenue Corporation | 4/10/2002 | 435 |
| 885 Third Avenue Corporation | 4/10/2002 | 14,433 |
| 885 Third Avenue Corporation | 4/15/2002 | 3,933 |
| 885 Third Avenue Corporation | 4/15/2002 | 3,658 |
| 885 Third Avenue Corporation | 4/15/2002 | 456 |
| 885 Third Avenue Corporation | 5/1/2002 | 133,946 |
| 885 Third Avenue Corporation | 5/2/2002 | 14,327 |
| 885 Third Avenue Corporation | 5/2/2002 | 50 |
| 885 Third Avenue Corporation | 5/22/2002 | 2,717 |
| 885 Third Avenue Corporation | 5/24/2002 | 13,708 |
| 885 Third Avenue Corporation | 6/3/2002 | 220,398 |
| 885 Third Avenue Corporation | 6/3/2002 | 2,524 |
| 885 Third Avenue Corporation | 6/12/2002 | 105 |
| 885 Third Avenue Corporation | 7/1/2002 | 220,398 |
| 885 Third Avenue Corporation | 7/11/2002 | 4,082 |
| 885 Third Avenue Corporation | 7/25/2002 | 122 |
| 885 Third Avenue Corporation | 8/1/2002 | 220,398 |
| 885 Third Avenue Corporation | 8/6/2002 | 5,063 |
| 885 Third Avenue Corporation | 8/7/2002 | 163 |
| 885 Third Avenue Corporation | 8/12/2002 | 17,772 |
| 885 Third Avenue Corporation | 8/14/2002 | 15,673 |
| 885 Third Avenue Corporation | 8/26/2002 | 5,203 |
| 885 Third Avenue Corporation | 9/3/2002 | 220,398 |
| 885 Third Avenue Corporation | 9/9/2002 | 18,873 |
| 885 Third Avenue Corporation | 9/16/2002 | 1,150 |
| 885 Third Avenue Corporation | 9/16/2002 | 90 |
| 885 Third Avenue Corporation | 9/16/2002 | 2,595 |
| 885 Third Avenue Corporation | 10/1/2002 | 220,398 |
| 885 Third Avenue Corporation | 10/9/2002 | 19,316 |
| 885 Third Avenue Corporation | 10/9/2002 | 73 |
| 885 Third Avenue Corporation | 10/29/2002 | 5,388 |
| 885 Third Avenue Corporation | 11/1/2002 | 220,398 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 11/11/2002 | 19,314 |
| 885 Third Avenue Corporation | 11/12/2002 | 140 |
| 885 Third Avenue Corporation | 11/12/2002 | 1,575 |
| 885 Third Avenue Corporation | 11/19/2002 | 255 |
| 885 Third Avenue Corporation | 11/27/2002 | 2,894 |
| 885 Third Avenue Corporation | 11/27/2002 | 9 |
| 885 Third Avenue Corporation | 12/2/2002 | 220,398 |
| 885 Third Avenue Corporation | 12/16/2002 | 16,036 |
| 885 Third Avenue Corporation | 12/17/2002 | 3,226 |
| 885 Third Avenue Corporation | 1/2/2003 | 234,191 |
| 885 Third Avenue Corporation | 1/16/2003 | 15,279 |
| 885 Third Avenue Corporation | 1/30/2003 | 168 |
| 885 Third Avenue Corporation | 1/30/2003 | 368 |
| 885 Third Avenue Corporation | 2/3/2003 | 234,191 |
| 885 Third Avenue Corporation | 2/6/2003 | 14,483 |
| 885 Third Avenue Corporation | 2/6/2003 | 22,254 |
| 885 Third Avenue Corporation | 2/7/2003 | 260 |
| 885 Third Avenue Corporation | 2/7/2003 | 1,215 |
| 885 Third Avenue Corporation | 2/14/2003 | 35 |
| 885 Third Avenue Corporation | 2/20/2003 | 55 |
| 885 Third Avenue Corporation | 2/24/2003 | 5,598 |
| 885 Third Avenue Corporation | 2/24/2003 | 3,365 |
| 885 Third Avenue Corporation | 3/3/2003 | 235,406 |
| 885 Third Avenue Corporation | 3/5/2003 | 13,459 |
| 885 Third Avenue Corporation | 3/17/2003 | 2,795 |
| 885 Third Avenue Corporation | 3/20/2003 | 61 |
| 885 Third Avenue Corporation | 4/1/2003 | 235,406 |
| 885 Third Avenue Corporation | 4/2/2003 | 182 |
| 885 Third Avenue Corporation | 4/7/2003 | 14,193 |
| 885 Third Avenue Corporation | 4/21/2003 | 4,824 |
| 885 Third Avenue Corporation | 5/1/2003 | 235,406 |
| 885 Third Avenue Corporation | 5/2/2003 | 105 |
| 885 Third Avenue Corporation | 5/6/2003 | 3,195 |
| 885 Third Avenue Corporation | 5/6/2003 | 15,618 |
| 885 Third Avenue Corporation | 5/7/2003 | 101 |
| 885 Third Avenue Corporation | 5/15/2003 | 2,899 |
| 885 Third Avenue Corporation | 6/2/2003 | 235,406 |
| 885 Third Avenue Corporation | 6/4/2003 | 13,641 |
| 885 Third Avenue Corporation | 6/9/2003 | 105 |
| 885 Third Avenue Corporation | 7/1/2003 | 10,137 |
| 885 Third Avenue Corporation | 7/1/2003 | 4,705 |
| 885 Third Avenue Corporation | 7/1/2003 | 235,406 |
| 885 Third Avenue Corporation | 7/9/2003 | 17,090 |
| 885 Third Avenue Corporation | 7/25/2003 | 210 |
| 885 Third Avenue Corporation | 7/25/2003 | 338 |
| 885 Third Avenue Corporation | 7/25/2003 | 1,960 |
| 885 Third Avenue Corporation | 8/1/2003 | 235,406 |
| 885 Third Avenue Corporation | 8/4/2003 | 6,574 |
| 885 Third Avenue Corporation | 8/4/2003 | 27,082 |
| 885 Third Avenue Corporation | 8/8/2003 | 1,575 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| 885 Third Avenue Corporation | 9/2/2003 | 235,759 |
| 885 Third Avenue Corporation | 9/8/2003 | 24,142 |
| 885 Third Avenue Corporation | 9/23/2003 | 663 |
| 885 Third Avenue Corporation | 9/23/2003 | 1,978 |
| 885 Third Avenue Corporation | 10/1/2003 | 236,779 |
| 885 Third Avenue Corporation | 10/16/2003 | 24,340 |
| 885 Third Avenue Corporation | 10/21/2003 | 6,378 |
| 885 Third Avenue LLC | 11/3/2003 | 235,821 |
| 885 Third Avenue LLC | 11/17/2003 | 988 |
| 885 Third Avenue LLC | 11/17/2003 | 4,482 |
| 885 Third Avenue LLC | 11/20/2003 | 24,360 |
| 885 Third Avenue LLC | 12/1/2003 | 236,779 |
| 885 Third Avenue LLC | 12/10/2003 | 23,977 |
| 885 Third Avenue LLC | 12/15/2003 | 935 |
| 885 Third Avenue LLC | 12/23/2003 | 213 |
| 885 Third Avenue LLC | 1/2/2004 | 241,198 |
| 885 Third Avenue LLC | 1/14/2004 | 21,825 |
| 885 Third Avenue LLC | 1/21/2004 | 7,570 |
| 885 Third Avenue LLC | 2/2/2004 | 242,413 |
| 885 Third Avenue LLC | 2/3/2004 | 2,495 |
| 885 Third Avenue LLC | 2/11/2004 | 10,106 |
| 885 Third Avenue LLC | 2/11/2004 | 22,033 |
| 885 Third Avenue LLC | 3/1/2004 | 242,413 |
| 885 Third Avenue LLC | 3/5/2004 | 20,777 |
| 885 Third Avenue LLC | 3/8/2004 | 30,548 |
| 885 Third Avenue LLC | 3/16/2004 | 1,625 |
| 885 Third Avenue LLC | 3/16/2004 | 169 |
| TST 885 Third Avenue LLC | 4/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 5/3/2004 | 242,399 |
| TST 885 Third Avenue LLC | 5/3/2004 | 22,510 |
| TST 885 Third Avenue LLC | 5/3/2004 | 216 |
| TST 885 Third Avenue LLC | 5/3/2004 | 470 |
| TST 885 Third Avenue LLC | 6/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 6/2/2004 | 20,215 |
| TST 885 Third Avenue LLC | 6/2/2004 | 1,526 |
| TST 885 Third Avenue LLC | 7/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 7/1/2004 | 9,295 |
| TST 885 Third Avenue LLC | 7/1/2004 | 19,145 |
| TST 885 Third Avenue LLC | 8/2/2004 | 242,399 |
| TST 885 Third Avenue LLC | 8/3/2004 | 4,470 |
| TST 885 Third Avenue LLC | 8/3/2004 | 20,966 |
| TST 885 Third Avenue LLC | 9/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 9/2/2004 | 5,894 |
| TST 885 Third Avenue LLC | 9/2/2004 | 29,859 |
| TST 885 Third Avenue LLC | 10/1/2004 | 280,265 |
| TST 885 Third Avenue LLC | 11/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 11/1/2004 | 14,943 |
| TST 885 Third Avenue LLC | 11/1/2004 | 31,175 |
| TST 885 Third Avenue LLC | 12/1/2004 | 242,399 |
| TST 885 Third Avenue LLC | 12/1/2004 | 32,596 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| TST 885 Third Avenue LLC | 12/1/2004 | 12,020 |
| TST 885 Third Avenue LLC | 1/3/2005 | 237,882 |
| TST 885 Third Avenue LLC | 1/3/2005 | 24,464 |
| TST 885 Third Avenue LLC | 1/3/2005 | 5,285 |
| TST 885 Third Avenue LLC | 2/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 2/1/2005 | 27,372 |
| TST 885 Third Avenue LLC | 2/1/2005 | 16,255 |
| TST 885 Third Avenue LLC | 3/1/2005 | 23,883 |
| TST 885 Third Avenue LLC | 3/1/2005 | 16,571 |
| TST 885 Third Avenue LLC | 3/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 4/1/2005 | 23,275 |
| TST 885 Third Avenue LLC | 4/1/2005 | 12,492 |
| TST 885 Third Avenue LLC | 4/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 5/2/2005 | 22,590 |
| TST 885 Third Avenue LLC | 5/2/2005 | 3,496 |
| TST 885 Third Avenue LLC | 5/2/2005 | 239,103 |
| TST 885 Third Avenue LLC | 6/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 6/1/2005 | 23,808 |
| TST 885 Third Avenue LLC | 6/1/2005 | 6,948 |
| TST 885 Third Avenue LLC | 7/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 7/1/2005 | 23,300 |
| TST 885 Third Avenue LLC | 7/1/2005 | 8,892 |
| TST 885 Third Avenue LLC | 8/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 8/1/2005 | 26,947 |
| TST 885 Third Avenue LLC | 8/1/2005 | 16,647 |
| TST 885 Third Avenue LLC | 9/1/2005 | 29,534 |
| TST 885 Third Avenue LLC | 9/1/2005 | 5,867 |
| TST 885 Third Avenue LLC | 9/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 10/3/2005 | 239,103 |
| TST 885 Third Avenue LLC | 10/28/2005 | 25,322 |
| TST 885 Third Avenue LLC | 11/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 11/1/2005 | 26,372 |
| TST 885 Third Avenue LLC | 11/1/2005 | 6,509 |
| TST 885 Third Avenue LLC | 12/1/2005 | 7,563 |
| TST 885 Third Avenue LLC | 12/1/2005 | 24,300 |
| TST 885 Third Avenue LLC | 12/1/2005 | 239,103 |
| TST 885 Third Avenue LLC | 1/3/2006 | 23,658 |
| TST 885 Third Avenue LLC | 1/3/2006 | 7,992 |
| TST 885 Third Avenue LLC | 1/20/2006 | 246,566 |
| TST 885 Third Avenue LLC | 2/1/2006 | 247,785 |
| TST 885 Third Avenue LLC | 2/1/2006 | 22,256 |
| TST 885 Third Avenue LLC | 2/1/2006 | 12,785 |
| TST 885 Third Avenue LLC | 3/1/2006 | 248,139 |
| TST 885 Third Avenue LLC | 3/1/2006 | 23,560 |
| TST 885 Third Avenue LLC | 3/1/2006 | 7,977 |
| TST 885 Third Avenue LLC | 4/3/2006 | 248,683 |
| TST 885 Third Avenue LLC | 4/3/2006 | 20,499 |
| TST 885 Third Avenue LLC | 4/3/2006 | 2,793 |
| TST 885 Third Avenue LLC | 5/1/2006 | 249,158 |
| TST 885 Third Avenue LLC | 5/1/2006 | 1,571 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| TST 885 Third Avenue LLC | 6/1/2006 | 7,690 |
| TST 885 Third Avenue LLC | 6/1/2006 | 1,514 |
| TST 885 Third Avenue LLC | 6/1/2006 | 249,158 |
| TST 885 Third Avenue LLC | 7/3/2006 | 249,158 |
| TST 885 Third Avenue LLC | 7/3/2006 | 66,005 |
| TST 885 Third Avenue LLC | 7/3/2006 | 2,830 |
| TST 885 Third Avenue LLC | 8/1/2006 | 249,158 |
| TST 885 Third Avenue LLC | 8/3/2006 | 31,292 |
| TST 885 Third Avenue LLC | 8/3/2006 | 6,109 |
| TST 885 Third Avenue LLC | 8/3/2006 | 34,848 |
| TST 885 Third Avenue LLC | 9/1/2006 | 2,811 |
| TST 885 Third Avenue LLC | 9/1/2006 | 249,158 |
| TST 885 Third Avenue LLC | 9/1/2006 | 37,116 |
| TST 885 Third Avenue LLC | 10/2/2006 | 1,209 |
| TST 885 Third Avenue LLC | 10/2/2006 | 33,434 |
| TST 885 Third Avenue LLC | 10/2/2006 | 249,158 |
| TST 885 Third Avenue LLC | 11/1/2006 | 249,158 |
| TST 885 Third Avenue LLC | 11/1/2006 | 34,355 |
| TST 885 Third Avenue, LLC | 11/1/2006 | 1,853 |
| TST 885 Third Avenue, LLC | 12/1/2006 | 249,158 |
| TST 885 Third Avenue, LLC | 12/4/2006 | 37,584 |
| TST 885 Third Avenue, LLC | 12/4/2006 | 5,043 |
| TST 885 Third Avenue, LLC | 12/4/2006 | 51,859 |
| TST 885 Third Avenue, LLC | 12/4/2006 | 18,789 |
| TST 885 Third Avenue, LLC | 1/30/2007 | 265,228 |
| TST 885 Third Avenue, LLC | 2/1/2007 | 254,620 |
| TST 885 Third Avenue, LLC | 3/1/2007 | 30,665 |
| TST 885 Third Avenue, LLC | 3/1/2007 | 1,360 |
| TST 885 Third Avenue, LLC | 3/1/2007 | 216,677 |
| TST 885 Third Avenue, LLC | 3/8/2007 | 6,536 |
| TST 885 Third Avenue, LLC | 4/2/2007 | 255,491 |
| TST 885 Third Avenue, LLC | 4/2/2007 | 33,332 |
| TST 885 Third Avenue, LLC | 4/2/2007 | 9,779 |
| TST 885 Third Avenue, LLC | 5/1/2007 | 216,351 |
| TST 885 Third Avenue, LLC | 5/1/2007 | 29,420 |
| TST 885 Third Avenue, LLC | 5/1/2007 | 12,340 |
| TST 885 Third Avenue, LLC | 6/1/2007 | 255,491 |
| TST 885 Third Avenue, LLC | 6/1/2007 | 26,727 |
| TST 885 Third Avenue, LLC | 6/1/2007 | 8,825 |
| TST 885 Third Avenue, LLC | 7/2/2007 | 1,740 |
| TST 885 Third Avenue, LLC | 7/2/2007 | 255,491 |
| TST 885 Third Avenue, LLC | 7/2/2007 | 27,672 |
| Metropolitan 885 Third Ave. LLC | 8/1/2007 | 291,623 |
| Metropolitan 885 Third Ave. LLC | 9/4/2007 | 296,724 |
| Metropolitan 885 Third Ave. LLC | 10/1/2007 | 255,491 |
| Metropolitan 885 Third Ave. LLC | 10/1/2007 | 26,574 |
| Metropolitan 885 Third Ave. LLC | 10/1/2007 | 2,937 |
| Metropolitan 885 Third Ave. LLC | 11/1/2007 | 255,491 |
| Metropolitan 885 Third Ave. LLC | 11/1/2007 | 29,588 |
| Metropolitan 885 Third Ave. LLC | 11/1/2007 | 1,886 |

**Bernard L. Madoff Investment Securities, LLC**
**Rent Payments for 885 3rd Avenue**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Metropolitan 885 Third Ave. LLC | 11/20/2007 | 38,835 |
| Metropolitan 885 Third Ave. LLC | 12/3/2007 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 12/3/2007 | 63,935 |
| Metropolitan 885 Third Ave. LLC | 12/3/2007 | 7,513 |
| Metropolitan 885 Third Ave. LLC | 1/3/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 1/3/2008 | 5,689 |
| Metropolitan 885 Third Ave. LLC | 2/1/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 2/4/2008 | 1,445 |
| Metropolitan 885 Third Ave. LLC | 2/4/2008 | 31,215 |
| Metropolitan 885 Third Ave. LLC | 3/3/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 3/3/2008 | 34,333 |
| Metropolitan 885 Third Ave. LLC | 3/3/2008 | 1,445 |
| Metropolitan 885 Third Ave. LLC | 4/1/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 4/1/2008 | 1,445 |
| Metropolitan 885 Third Ave. LLC | 5/1/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 5/1/2008 | 1,445 |
| Metropolitan 885 Third Ave. LLC | 6/2/2008 | 239,359 |
| Metropolitan 885 Third Ave. LLC | 6/2/2008 | 24,504 |
| Metropolitan 885 Third Ave. LLC | 6/2/2008 | 7,344 |
| Metropolitan 885 Third Ave. LLC | 6/2/2008 | 31,813 |
| Metropolitan 885 Third Ave. LLC | 6/3/2008 | 4,926 |
| Metropolitan 885 Third Ave. LLC | 7/1/2008 | 249,470 |
| Metropolitan 885 Third Ave. LLC | 7/1/2008 | 6,147 |
| Metropolitan 885 Third Ave. LLC | 7/1/2008 | 30,258 |
| Metropolitan 885 Third Ave. LLC | 7/1/2008 | 7,517 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 254,297 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 7,270 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 34,503 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 30,976 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 59,049 |
| Metropolitan 885 Third Ave. LLC | 8/1/2008 | 4,827 |
| Metropolitan 885 Third Ave. LLC | 9/5/2008 | 254,297 |
| Metropolitan 885 Third Ave. LLC | 9/5/2008 | 73,204 |
| Metropolitan 885 Third Ave. LLC | 9/5/2008 | 2,239 |
| Metropolitan 885 Third Ave. LLC | 10/1/2008 | 82,052 |
| Metropolitan 885 Third Ave. LLC | 10/1/2008 | 13,880 |
| Metropolitan 885 Third Ave. LLC | 10/1/2008 | 219,396 |
| Metropolitan 885 Third Ave. LLC | 10/1/2008 | 49,805 |
| Metropolitan 885 Third Ave. LLC | 10/1/2008 | 5,325 |
| Metropolitan 885 Third Ave. LLC | 11/3/2008 | 40,226 |
| Metropolitan 885 Third Ave. LLC | 11/3/2008 | 3,466 |
| Metropolitan 885 Third Ave. LLC | 11/3/2008 | 219,396 |
| Metropolitan 885 Third Ave. LLC | 11/17/2008 | 80,870 |
| Metropolitan 885 Third Ave. LLC | 12/1/2008 | 259,831 |
| Metropolitan 885 Third Ave. LLC | 12/1/2008 | 9,509 |
| Metropolitan 885 Third Ave. LLC | 12/1/2008 | 3,830 |
| | | **$ 34,639,930** |