# EXHIBIT 19

**Bernard L. Madoff Investment Securities, LLC**
**Payments For Commercial Rent Tax**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| NYC Department of Finance | 2/29/1996 | $ 55 |
| NYC Department of Finance | 3/31/1996 | 19,947 |
| NYC Department of Finance | 3/31/1996 | 40 |
| NYC Department of Finance | 4/30/1996 | 25 |
| NYC Department of Finance | 6/30/1996 | 15,974 |
| NYC Department of Finance | 8/31/1996 | 50 |
| NYC Department of Finance | 8/31/1996 | 55 |
| NYC Department of Finance | 8/31/1996 | 55 |
| NYC Department of Finance | 9/30/1996 | 14,643 |
| NYC Department of Finance | 9/30/1996 | 184,134 |
| NYC Department of Finance | 11/30/1996 | 63,169 |
| NYC Department of Finance | 12/31/1996 | 16,279 |
| NYC Department of Finance | 12/31/1996 | 110 |
| NYC Department of Finance | 1/31/1997 | 55 |
| NYC Department of Finance | 1/31/1997 | 7 |
| NYC Department of Finance | 3/31/1997 | 16,874 |
| NYC Department of Finance | 4/30/1997 | 180,000 |
| NYC Department of Finance | 5/31/1997 | 55 |
| NYC Department of Finance | 5/31/1997 | 65 |
| NYC Department of Finance | 6/30/1997 | 9,154 |
| NYC Department of Finance | 7/31/1997 | 55 |
| NYC Department of Finance | 9/30/1997 | 17,482 |
| NYC Department of Finance | 9/30/1997 | 55 |
| NYC Department of Finance | 12/31/1997 | 822 |
| NYC Department of Finance | 12/31/1997 | 17,785 |
| NYC Department of Finance | 1/22/1998 | 55 |
| NYC Department of Finance | 3/13/1998 | 20,232 |
| NYC Department of Finance | 4/3/1998 | 55 |
| NYC Department of Finance | 4/29/1998 | 55 |
| NYC Department of Finance | 6/4/1998 | 55 |
| NYC Department of Finance | 6/11/1998 | 21,020 |
| NYC Department of Finance | 6/24/1998 | 55 |
| NYC Department of Finance | 7/9/1998 | 55 |
| NYC Department of Finance | 7/24/1998 | 65 |
| NYC Department of Finance | 8/31/1998 | 55 |
| NYC Department of Finance | 9/24/1998 | 20,635 |
| NYC Department of Finance | 12/9/1998 | 18,634 |
| NYC Department of Finance | 1/29/1999 | 55 |
| NYC Department of Finance | 3/17/1999 | 18,460 |
| NYC Department of Finance | 4/5/1999 | 55 |
| NYC Department of Finance | 6/17/1999 | 17,205 |
| NYC Department of Finance | 6/30/1999 | 55 |
| NYC Department of Finance | 8/3/1999 | 55 |
| NYC Department of Finance | 9/13/1999 | 15,686 |
| NYC Department of Finance | 9/23/1999 | 65 |
| NYC Department of Finance | 12/8/1999 | 18,778 |
| NYC Department of Finance | 1/12/2000 | 55 |
| NYC Department Of Finance | 1/12/2000 | 49,047 |
| NYC Department of Finance | 1/28/2000 | 55 |
| NYC Department of Finance | 2/10/2000 | 55 |
| NYC Department of Finance | 2/14/2000 | 55 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments For Commercial Rent Tax**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---:|---:|
| NYC Department Of Finance | 3/2/2000 | 15,590 |
| NYC Department of Finance | 3/17/2000 | 18,838 |
| NYC Department Of Finance | 3/17/2000 | 13 |
| NYC Department of Finance | 6/7/2000 | 19,736 |
| NYC Department of Finance | 6/28/2000 | 55 |
| NYC Department of Finance | 9/20/2000 | 19,689 |
| NYC Department of Finance | 10/20/2000 | 55 |
| NYC Department of Finance | 11/22/2000 | 55 |
| NYC Department of Finance | 11/28/2000 | 55 |
| NYC Department of Finance | 12/4/2000 | 55 |
| NYC Department of Finance | 12/14/2000 | 18,943 |
| NYC Department of Finance | 1/16/2001 | 65 |
| NYC Department of Finance | 1/30/2001 | 55 |
| NYC Department of Finance | 3/12/2001 | 20,903 |
| NYC Department of Finance | 6/5/2001 | 65 |
| NYC Department of Finance | 6/13/2001 | 22,724 |
| NYC Department of Finance | 8/9/2001 | 1,940 |
| NYC Department of Finance | 9/13/2001 | 7,910 |
| NYC Department of Finance | 9/19/2001 | 22,222 |
| NYC Department of Finance | 9/28/2001 | 2,745 |
| NYC Department of Finance | 10/31/2001 | 14 |
| NYC Department of Finance | 11/2/2001 | 14,055 |
| NYC Department of Finance | 12/19/2001 | 22,563 |
| NYC Department of Finance | 3/19/2002 | 24,659 |
| NYC Department of Finance | 6/10/2002 | 22,727 |
| NYC Department of Finance | 9/9/2002 | 65 |
| NYC Department of Finance | 9/13/2002 | 24,771 |
| NYC Department of Finance | 9/19/2002 | 55 |
| NYC Department of Finance | 11/21/2002 | 105 |
| NYC Department of Finance | 12/6/2002 | 25,071 |
| NYC Department of Finance | 3/6/2003 | 105 |
| NYC Department of Finance | 3/18/2003 | 26,847 |
| NYC Department of Finance | 4/23/2003 | 55 |
| NYC Department of Finance | 5/5/2003 | 105 |
| NYC Department of Finance | 6/17/2003 | 26,056 |
| NYC Department of Finance | 9/16/2003 | 27,024 |
| NYC Department of Finance | 10/9/2003 | 105 |
| NYC Department of Finance | 11/17/2003 | 115 |
| NYC Department of Finance | 12/11/2003 | 26,050 |
| NYC Department of Finance | 12/22/2003 | 55 |
| NYC Department of Finance | 12/22/2003 | 115 |
| NYC Department of Finance | 1/7/2004 | 75 |
| NYC Department of Finance | 2/20/2004 | 65 |
| NYC Department of Finance | 3/2/2004 | 75 |
| NYC Department of Finance | 3/18/2004 | 27,301 |
| NYC Department of Finance | 3/29/2004 | 65 |
| NYC Department of Finance | 6/14/2004 | 26,502 |
| NYC Department of Finance | 6/21/2004 | 100 |
| NYC Department of Finance | 7/26/2004 | 55 |
| NYC Department of Finance | 8/4/2004 | 115 |
| NYC Department of Finance | 8/24/2004 | 115 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments For Commercial Rent Tax**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| NYC Department of Finance | 9/2/2004 | 65 |
| NYC Department of Finance | 9/20/2004 | 26,761 |
| NYC Department of Finance | 10/4/2004 | 65 |
| NYC Department of Finance | 10/12/2004 | 65 |
| NYC Department Of Finance | 12/6/2004 | 14,577 |
| NYC Department of Finance | 12/7/2004 | 27,581 |
| NYC Department of Finance | 1/5/2005 | 65 |
| NYC Department Of Finance | 1/5/2005 | 25 |
| NYC Department of Finance | 1/21/2005 | 75 |
| NYC Department of Finance | 3/16/2005 | 27,360 |
| NYC Department of Finance | 4/27/2005 | 75 |
| NYC Department of Finance | 6/15/2005 | 26,452 |
| NYC Department of Finance | 6/22/2005 | 95 |
| NYC Department of Finance | 7/7/2005 | 115 |
| NYC Department of Finance | 7/12/2005 | 65 |
| NYC Department of Finance | 9/15/2005 | 115 |
| NYC Department of Finance | 9/15/2005 | 26,465 |
| NYC Department of Finance | 9/20/2005 | 65 |
| NYC Department of Finance | 11/2/2005 | 105 |
| NYC Department of Finance | 11/9/2005 | 115 |
| NYC Department of Finance | 12/5/2005 | 26,393 |
| NYC Department Of Finance | 12/13/2005 | 8,255 |
| NYC Department of Finance | 12/19/2005 | 75 |
| NYC Department Of Finance | 12/20/2005 | 22,455 |
| NYC Department of Finance | 1/30/2006 | 65 |
| NYC Department of Finance | 2/8/2006 | 65 |
| NYC Department of Finance | 3/8/2006 | 115 |
| NYC Department of Finance | 3/15/2006 | 26,786 |
| NYC Department of Finance | 6/16/2006 | 25,702 |
| NYC Department of Finance | 6/27/2006 | 250 |
| NYC Department of Finance | 7/24/2006 | 115 |
| NYC Department of Finance | 8/21/2006 | 115 |
| NYC Department of Finance | 8/22/2006 | 115 |
| NYC Department of Finance | 9/19/2006 | 29,516 |
| NYC Department of Finance | 10/20/2006 | 115 |
| NYC Department of Finance | 11/21/2006 | 125 |
| NYC Department of Finance | 12/12/2006 | 28,375 |
| NYC Department of Finance | 1/10/2007 | 115 |
| NYC Department of Finance | 3/20/2007 | 31,320 |
| NYC Department of Finance | 3/28/2007 | 115 |
| NYC Department of Finance | 4/20/2007 | 115 |
| NYC Department of Finance | 5/8/2007 | 115 |
| NYC Department of Finance | 5/30/2007 | 115 |
| NYC Department of Finance | 6/1/2007 | 115 |
| NYC Department of Finance | 6/18/2007 | 27,557 |
| NYC Department of Finance | 6/27/2007 | 65 |
| NYC Department of Finance | 6/29/2007 | 95 |
| NYC Department of Finance | 8/3/2007 | 50 |
| NYC Department of Finance | 8/13/2007 | 115 |
| NYC Department of Finance | 9/19/2007 | 28,442 |
| NYC Department of Finance | 10/1/2007 | 65 |

*Data provided herein is subject to revision as the Trustee's investigation is ongoing*

**Bernard L. Madoff Investment Securities, LLC**
**Payments For Commercial Rent Tax**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| NYC Department of Finance | 11/5/2007 | 65 |
| NYC Department of Finance | 11/14/2007 | 115 |
| NYC Department of Finance | 11/21/2007 | 115 |
| NYC Department of Finance | 11/29/2007 | 95 |
| NYC Department of Finance | 12/19/2007 | 115 |
| NYC Department of Finance | 12/19/2007 | 31,191 |
| NYC Department of Finance | 1/18/2008 | 115 |
| NYC Department of Finance | 1/18/2008 | 115 |
| NYC Department of Finance | 1/22/2008 | 115 |
| NYC Department of Finance | 3/6/2008 | 65 |
| NYC Department of Finance | 3/19/2008 | 26,713 |
| NYC Department of Finance | 4/21/2008 | 115 |
| NYC Department of Finance | 6/19/2008 | 22,014 |
| NYC Department of Finance | 6/20/2008 | 115 |
| NYC Department of Finance | 8/20/2008 | 115 |
| NYC Department of Finance | 9/19/2008 | 34,268 |
| NYC Department of Finance | 10/27/2008 | 43 |
| NYC Department Of Finance | 11/7/2008 | 7,419 |
| NYC Department of Finance | 12/1/2008 | 60 |
| NYC Department of Finance | 12/1/2008 | 95 |
| NYC Department of Finance | 12/8/2008 | 105 |
| | $ | 1,755,005 |