# EXHIBIT 20

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Coecles Harbor Marina**
**2003 - 2008**

| Vendor Name/Description | Date | Amount |
|---|---|---|
| Wire transfer to COECLES HARBOR MARINE | 6/18/2003 | $ 144,000 |
| Wire transfer to COECLES HARBOR MARINE | 7/14/2003 | 144,000 |
| Wire transfer to COECLES HARBOR MARINE | 7/29/2003 | 142,812 |
| Coecles Harbor Marina & Boatyard | 8/8/2003 | 360 |
| Coecles Harbor Marina & Boatyard | 10/2/2003 | 622 |
| Coecles Harbor Marina & Boatyard | 2/3/2004 | 13,541 |
| Coecles Harbor Marina & Boatyard Inc. | 8/17/2004 | 3,437 |
| Coecles Harbor Marina & Boatyard Inc. | 9/7/2005 | 153 |
| Coecles Harbor Marina & Boatyard Inc. | 9/7/2005 | 7,317 |
| Coecles Harbor Marina & Boatyard Inc. | 9/13/2007 | 7,854 |
| Coecles Harbor Marina & Boatyard Inc. | 9/15/2008 | 284 |
| Coecles Harbor Marina & Boatyard Inc. | 10/8/2008 | 7,565 |
| | | $ 471,946 |