# EXHIBIT 21

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Breakers | 1/31/1996 | $ 2,085 |
| Breakers | 1/31/1996 | 697 |
| Atlantic Golf Club | 2/29/1996 | 11,150 |
| Breakers | 2/29/1996 | 374 |
| Breakers | 3/31/1996 | 994 |
| Breakers | 3/31/1996 | 129 |
| Breakers | 4/30/1996 | 731 |
| Breakers | 4/30/1996 | 512 |
| Atlantic Golf Club | 5/31/1996 | 1,032 |
| Breakers | 5/31/1996 | 1,072 |
| Breakers | 5/31/1996 | 480 |
| Atlantic Golf Club | 6/30/1996 | 938 |
| Atlantic Golf Club | 6/30/1996 | 546 |
| Atlantic Golf Club | 7/31/1996 | 2,739 |
| Atlantic Golf Club | 8/31/1996 | 1,593 |
| Atlantic Golf Club | 8/31/1996 | 1,046 |
| Atlantic Golf Club | 9/30/1996 | 1,084 |
| Atlantic Golf Club | 9/30/1996 | 907 |
| Breakers | 9/30/1996 | 3,869 |
| Atlantic Golf Club | 10/31/1996 | 669 |
| Atlantic Golf Club | 10/31/1996 | 546 |
| Breakers | 10/31/1996 | 6,996 |
| Breakers | 10/31/1996 | 1,186 |
| Atlantic Golf Club | 11/30/1996 | 13 |
| Breakers | 11/30/1996 | 481 |
| Breakers | 11/30/1996 | 355 |
| Breakers | 11/30/1996 | 281 |
| Atlantic Golf Club | 12/31/1996 | 500 |
| Breakers | 12/31/1996 | 938 |
| Breakers | 12/31/1996 | 723 |
| Breakers | 1/31/1997 | 2,007 |
| Breakers | 1/31/1997 | 883 |
| Palm Beach Country Club | 1/31/1997 | 926 |
| Palm Beach Country Club | 1/31/1997 | 516 |
| Atlantic Golf Club | 2/28/1997 | 11,475 |
| Breakers | 2/28/1997 | 892 |
| Breakers | 2/28/1997 | 756 |
| Palm Beach Country Club | 2/28/1997 | 1,085 |
| Palm Beach Country Club | 2/28/1997 | 966 |
| Breakers | 3/31/1997 | 781 |
| Breakers | 3/31/1997 | 183 |
| Palm Beach Country Club | 3/31/1997 | 629 |
| Breakers | 4/30/1997 | 776 |
| Breakers | 4/30/1997 | 415 |
| Palm Beach Country Club | 4/30/1997 | 1,269 |
| Palm Beach Country Club | 5/31/1997 | 749 |
| Atlantic Golf Club | 6/30/1997 | 298 |
| Breakers | 6/30/1997 | 100 |
| Palm Beach Country Club | 6/30/1997 | 155 |
| Atlantic Golf Club | 7/31/1997 | 844 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Atlantic Golf Club | 7/31/1997 | 545 |
| Palm Beach Country Club | 7/31/1997 | 12,773 |
| Palm Beach Country Club | 7/31/1997 | 1,988 |
| Atlantic Golf Club | 8/31/1997 | 1,060 |
| Atlantic Golf Club | 8/31/1997 | 390 |
| Atlantic Golf Club | 9/30/1997 | 1,108 |
| Atlantic Golf Club | 9/30/1997 | 381 |
| Breakers | 9/30/1997 | 4,521 |
| Atlantic Golf Club | 10/31/1997 | 163 |
| Breakers | 10/31/1997 | 7,807 |
| Breakers | 10/31/1997 | 23 |
| Atlantic Golf Club | 11/30/1997 | 522 |
| Breakers | 11/30/1997 | 539 |
| Palm Beach Country Club | 11/30/1997 | 320 |
| Palm Beach Country Club | 11/30/1997 | 199 |
| Breakers | 12/31/1997 | 290 |
| Palm Beach Country Club | 12/31/1997 | 830 |
| Palm Beach Country Club | 12/31/1997 | 595 |
| Breakers | 1/12/1998 | 1,495 |
| Palm Beach Country Club | 1/14/1998 | 2,297 |
| Breakers | 2/6/1998 | 283 |
| Breakers | 2/9/1998 | 38 |
| Atlantic Golf Club | 2/12/1998 | 11,908 |
| Palm Beach Country Club | 2/19/1998 | 836 |
| Breakers | 3/13/1998 | 769 |
| Palm Beach Country Club | 3/17/1998 | 704 |
| Breakers | 3/19/1998 | 12 |
| Breakers | 4/8/1998 | 750 |
| Breakers | 4/13/1998 | 806 |
| Palm Beach Country Club | 4/13/1998 | 1,154 |
| Palm Beach Country Club | 5/12/1998 | 47 |
| Breakers | 5/14/1998 | 549 |
| Atlantic Golf Club | 6/8/1998 | 298 |
| Breakers | 6/11/1998 | 561 |
| Palm Beach Country Club | 6/22/1998 | 494 |
| Atlantic Golf Club | 7/7/1998 | 900 |
| Atlantic Golf Club | 8/6/1998 | 2,347 |
| Atlantic Golf Club | 9/9/1998 | 2,535 |
| Breakers | 9/29/1998 | 3,975 |
| Breakers | 10/5/1998 | 5,369 |
| Atlantic Golf Club | 10/6/1998 | 248 |
| Palm Beach Country Club | 10/14/1998 | 320 |
| Atlantic Golf Club | 11/6/1998 | 1,389 |
| Breakers | 11/10/1998 | 456 |
| Palm Beach Country Club | 11/10/1998 | 211 |
| Breakers | 11/11/1998 | 121 |
| Atlantic Golf Club | 12/7/1998 | 4,059 |
| Palm Beach Country Club | 12/11/1998 | 2,911 |
| Breakers | 12/15/1998 | 344 |
| Atlantic Golf Club | 1/7/1999 | 750 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Atlantic Golf Club | 1/14/1999 | 12,232 |
| Breakers | 1/14/1999 | 799 |
| Palm Beach Country Club | 1/14/1999 | 1,559 |
| Breakers | 1/15/1999 | 574 |
| Breakers | 2/11/1999 | 157 |
| Breakers | 2/17/1999 | 54 |
| Breakers | 3/9/1999 | 192 |
| Breakers | 3/16/1999 | 545 |
| Palm Beach Country Club | 3/19/1999 | 1,597 |
| Breakers | 4/8/1999 | 544 |
| Breakers | 4/8/1999 | 22 |
| Palm Beach Country Club | 4/15/1999 | 863 |
| Palm Beach Country Club | 5/17/1999 | 790 |
| Breakers | 5/19/1999 | 181 |
| Atlantic Golf Club | 6/4/1999 | 955 |
| Atlantic Golf Club | 8/5/1999 | 964 |
| Atlantic Golf Club | 9/8/1999 | 1,156 |
| Atlantic Golf Club | 10/6/1999 | 1,864 |
| Breakers | 10/15/1999 | 5,330 |
| Atlantic Golf Club | 11/9/1999 | 1,060 |
| Trump International Golf Club | 11/9/1999 | 9,540 |
| Palm Beach Country Club | 11/15/1999 | 1,180 |
| Atlantic Golf Club | 12/9/1999 | 750 |
| Trump International Golf Club | 12/10/1999 | 1,147 |
| Palm Beach Country Club | 12/16/1999 | 2,892 |
| Breakers | 1/12/2000 | 281 |
| Atlantic Golf Club | 1/14/2000 | 12,557 |
| Palm Beach Country Club | 1/14/2000 | 1,160 |
| Palm Beach Country Club | 2/17/2000 | 909 |
| Palm Beach Country Club | 3/14/2000 | 1,627 |
| Trump International Golf Club | 3/14/2000 | 788 |
| Breakers | 4/14/2000 | 492 |
| Palm Beach Country Club | 4/14/2000 | 734 |
| Trump International Golf Club | 4/18/2000 | 315 |
| Trump International Golf Club | 5/15/2000 | 2,158 |
| Breakers | 5/18/2000 | 568 |
| Palm Beach Country Club | 5/18/2000 | 869 |
| Atlantic Golf Club | 6/7/2000 | 589 |
| Breakers | 6/21/2000 | 9 |
| Atlantic Golf Club | 7/12/2000 | 54 |
| Breakers | 7/20/2000 | 77 |
| Palm Beach Country Club | 7/27/2000 | 1,643 |
| Atlantic Golf Club | 8/7/2000 | 3,602 |
| Atlantic Golf Club | 9/8/2000 | 1,478 |
| Atlantic Golf Club | 10/9/2000 | 153 |
| Trump International Golf Club | 10/11/2000 | 10,070 |
| Palm Beach Country Club | 10/13/2000 | 320 |
| Atlantic Golf Club | 11/16/2000 | 80 |
| Palm Beach Country Club | 11/16/2000 | 112 |
| Atlantic Golf Club | 11/27/2000 | 5,492 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
| --- | --- | --- |
| Trump International Golf Club | 12/11/2000 | 361 |
| Atlantic Golf Club | 12/13/2000 | 670 |
| Breakers | 12/18/2000 | 42 |
| Palm Beach Country Club | 12/18/2000 | 248 |
| Trump International Golf Club | 1/12/2001 | 691 |
| Breakers | 1/23/2001 | 168 |
| Breakers | 2/1/2001 | 431 |
| Palm Beach Country Club | 2/1/2001 | 3,925 |
| Breakers | 2/8/2001 | 1,089 |
| Breakers | 2/8/2001 | 499 |
| Trump International Golf Club | 2/8/2001 | 383 |
| Atlantic Golf Club | 2/14/2001 | 13,856 |
| Palm Beach Country Club | 2/16/2001 | 370 |
| Palm Beach Country Club | 3/14/2001 | 3,542 |
| Breakers | 3/21/2001 | 1,886 |
| Breakers | 3/21/2001 | 851 |
| Trump International Golf Club | 3/21/2001 | 1,780 |
| Palm Beach Country Club | 4/11/2001 | 970 |
| Breakers | 4/19/2001 | 845 |
| Breakers | 4/19/2001 | 424 |
| Breakers | 5/10/2001 | 169 |
| Palm Beach Country Club | 5/15/2001 | 546 |
| Breakers | 5/17/2001 | 67 |
| Trump International Golf Club | 5/17/2001 | 932 |
| Atlantic Golf Club | 6/6/2001 | 734 |
| Breakers | 6/12/2001 | 272 |
| Breakers | 7/13/2001 | 80 |
| Palm Beach Country Club | 7/26/2001 | 2,849 |
| Atlantic Golf Club | 8/8/2001 | 445 |
| Breakers | 8/14/2001 | 7,208 |
| Breakers | 8/30/2001 | 15,026 |
| Atlantic Golf Club | 9/6/2001 | 874 |
| Breakers | 9/24/2001 | 3,233 |
| Atlantic Golf Club | 10/9/2001 | 579 |
| Trump International Golf Club | 10/11/2001 | 13,250 |
| Breakers | 10/17/2001 | 9 |
| Atlantic Golf Club | 11/13/2001 | 67 |
| Breakers | 11/20/2001 | 254 |
| Palm Beach Country Club | 11/20/2001 | 233 |
| Breakers | 12/12/2001 | 3,337 |
| Breakers | 12/12/2001 | 779 |
| Palm Beach Country Club | 12/19/2001 | 2,423 |
| Trump International Golf Club | 12/19/2001 | 742 |
| Trump International Golf Club | 1/9/2002 | 790 |
| Atlantic Golf Club | 1/11/2002 | 750 |
| Breakers | 1/14/2002 | 557 |
| Breakers | 1/14/2002 | 254 |
| Palm Beach Country Club | 1/15/2002 | 1,830 |
| Atlantic Golf Club | 1/29/2002 | 13,888 |
| Trump International Golf Club | 2/12/2002 | 472 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Palm Beach Country Club | 2/13/2002 | 2,287 |
| Breakers | 2/14/2002 | 127 |
| Breakers | 2/19/2002 | 178 |
| Trump International Golf Club | 3/13/2002 | 1,635 |
| Breakers | 3/14/2002 | 702 |
| Breakers | 3/15/2002 | 237 |
| Trump International Golf Club | 3/15/2002 | 85 |
| Palm Beach Country Club | 4/4/2002 | 1,236 |
| Palm Beach Country Club | 4/9/2002 | 2,060 |
| Breakers | 4/11/2002 | 601 |
| Breakers | 4/11/2002 | 162 |
| Trump International Golf Club | 4/11/2002 | 107 |
| Breakers | 5/15/2002 | 147 |
| Breakers | 5/23/2002 | 306 |
| Atlantic Golf Club | 6/10/2002 | 1,157 |
| Breakers | 6/14/2002 | 417 |
| Trump International Golf Club | 6/14/2002 | 144 |
| Atlantic Golf Club | 8/6/2002 | 1,498 |
| Palm Beach Country Club | 8/6/2002 | 19,239 |
| Atlantic Golf Club | 9/9/2002 | 474 |
| Breakers | 9/18/2002 | 11,713 |
| Breakers | 9/18/2002 | 11,713 |
| Trump International Golf Club | 9/24/2002 | 13,780 |
| Palm Beach Country Club | 10/17/2002 | 481 |
| Atlantic Golf Club | 11/12/2002 | 43 |
| Breakers | 11/13/2002 | 1,762 |
| Palm Beach Country Club | 11/14/2002 | 590 |
| Breakers | 12/10/2002 | 538 |
| Palm Beach Country Club | 12/13/2002 | 1,265 |
| Trump International Golf Club | 12/13/2002 | 386 |
| Atlantic Golf Club | 12/18/2002 | 1,000 |
| Trump International Golf Club | 1/10/2003 | 372 |
| Breakers | 1/13/2003 | 168 |
| Breakers | 1/13/2003 | 133 |
| Palm Beach Country Club | 1/15/2003 | 406 |
| Atlantic Golf Club | 1/21/2003 | 15,190 |
| Breakers | 2/12/2003 | 71 |
| Breakers | 2/13/2003 | 154 |
| Trump International Golf Club | 2/13/2003 | 148 |
| Palm Beach Country Club | 2/18/2003 | 48 |
| Breakers | 3/13/2003 | 831 |
| Breakers | 3/13/2003 | 747 |
| Palm Beach Country Club | 3/13/2003 | 5,179 |
| Palm Beach Country Club | 3/13/2003 | 588 |
| Palm Beach Country Club | 3/14/2003 | (5,179) |
| Trump International Golf Club | 3/14/2003 | 1,211 |
| Trump International Golf Club | 4/10/2003 | 95 |
| Palm Beach Country Club | 4/11/2003 | 2,967 |
| Breakers | 4/23/2003 | 611 |
| Breakers | 4/23/2003 | 174 |

08-01789-cgm    Doc 197-21    Filed 05/05/09    Entered 05/05/09 21:38:45    Exhibit 21
Pg 7 of 10

Bernard L. Madoff Investment Securities, LLC
Payments to Country Clubs
1996 - 2008

| Vendor Name | Date | Amount |
|---|---|---|
| Breakers | 5/13/2003 | 665 |
| Breakers | 5/13/2003 | 98 |
| Palm Beach Country Club | 5/14/2003 | 882 |
| Trump International Golf Club | 5/14/2003 | 372 |
| Atlantic Golf Club | 6/9/2003 | 597 |
| Breakers | 6/13/2003 | 306 |
| Palm Beach Country Club | 7/23/2003 | 21,013 |
| Atlantic Golf Club | 8/6/2003 | 1,120 |
| Breakers | 8/12/2003 | 8,904 |
| Breakers | 8/19/2003 | 8,904 |
| Atlantic Golf Club | 9/8/2003 | 733 |
| Breakers | 9/11/2003 | 5,532 |
| Trump International Golf Club | 9/18/2003 | 15,900 |
| Breakers | 10/16/2003 | 719 |
| Breakers | 10/16/2003 | 414 |
| Palm Beach Country Club | 10/17/2003 | 460 |
| Atlantic Golf Club | 11/11/2003 | 304 |
| Breakers | 11/11/2003 | 115 |
| Palm Beach Country Club | 11/11/2003 | 330 |
| Atlantic Golf Club | 12/8/2003 | 1,000 |
| Breakers | 12/15/2003 | 1,265 |
| Palm Beach Country Club | 12/15/2003 | 613 |
| Breakers | 1/14/2004 | 539 |
| Palm Beach Country Club | 1/14/2004 | 1,304 |
| Trump International Golf Club | 1/14/2004 | 1,849 |
| Atlantic Golf Club | 1/16/2004 | 182 |
| Breakers | 1/16/2004 | 74 |
| Palm Beach Country Club | 1/16/2004 | 1,281 |
| Atlantic Golf Club | 1/28/2004 | 15,986 |
| Breakers | 2/11/2004 | 234 |
| Palm Beach Country Club | 2/11/2004 | 383 |
| Trump International Golf Club | 2/11/2004 | 239 |
| Breakers | 2/12/2004 | 90 |
| Palm Beach Country Club | 2/18/2004 | 2,281 |
| Breakers | 3/12/2004 | 325 |
| Breakers | 3/12/2004 | 77 |
| Palm Beach Country Club | 3/12/2004 | 1,012 |
| Trump International Golf Club | 3/12/2004 | 266 |
| Trump International Golf Club | 4/13/2004 | 334 |
| Palm Beach Country Club | 4/14/2004 | 326 |
| Breakers | 4/15/2004 | 119 |
| Breakers | 4/15/2004 | 53 |
| Palm Beach Country Club | 4/20/2004 | 2,083 |
| Breakers | 5/10/2004 | 46 |
| Breakers | 5/14/2004 | 34 |
| Palm Beach Country Club | 5/17/2004 | 462 |
| Trump International Golf Club | 5/17/2004 | 1,121 |
| Atlantic Golf Club | 6/10/2004 | 408 |
| Atlantic Golf Club | 7/7/2004 | 111 |
| Palm Beach Country Club | 7/27/2004 | 21,941 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Atlantic Golf Club | 8/9/2004 | 1,477 |
| Breakers | 8/27/2004 | 5,406 |
| Breakers | 8/27/2004 | 5,406 |
| Atlantic Golf Club | 9/10/2004 | 844 |
| Trump International Golf Club | 9/21/2004 | 16,695 |
| Palm Beach Country Club | 10/15/2004 | 320 |
| Palm Beach Country Club | 10/15/2004 | 320 |
| Breakers | 11/16/2004 | 7,314 |
| Breakers | 11/16/2004 | 7,314 |
| Breakers | 12/8/2004 | 432 |
| Breakers | 12/8/2004 | 384 |
| Palm Beach Country Club | 12/8/2004 | 2,576 |
| Trump International Golf Club | 12/8/2004 | 297 |
| Atlantic Golf Club | 12/14/2004 | 1,000 |
| Palm Beach Country Club | 12/14/2004 | 3,305 |
| Breakers | 1/12/2005 | 753 |
| Palm Beach Country Club | 1/14/2005 | 3,035 |
| Breakers | 1/20/2005 | 20 |
| Palm Beach Country Club | 1/20/2005 | 53 |
| Breakers | 2/9/2005 | 294 |
| Palm Beach Country Club | 2/9/2005 | 1,059 |
| Palm Beach Country Club | 2/9/2005 | 354 |
| Trump International Golf Club | 2/9/2005 | 95 |
| Breakers | 2/17/2005 | 179 |
| Breakers | 3/8/2005 | 827 |
| Breakers | 3/10/2005 | 526 |
| Palm Beach Country Club | 3/10/2005 | 1,272 |
| Palm Beach Country Club | 3/10/2005 | 769 |
| Trump International Golf Club | 3/10/2005 | 415 |
| Palm Beach Country Club | 4/11/2005 | 710 |
| Palm Beach Country Club | 4/12/2005 | 1,702 |
| Trump International Golf Club | 4/12/2005 | 248 |
| Breakers | 4/13/2005 | 75 |
| Breakers | 4/19/2005 | 86 |
| Palm Beach Country Club | 5/11/2005 | 486 |
| Palm Beach Country Club | 5/12/2005 | 96 |
| Trump International Golf Club | 5/13/2005 | 652 |
| Atlantic Golf Club | 6/7/2005 | 408 |
| Palm Beach Country Club | 6/7/2005 | 115 |
| Trump International Golf Club | 6/14/2005 | 827 |
| Palm Beach Country Club | 7/12/2005 | 182 |
| Palm Beach Country Club | 7/20/2005 | 23,602 |
| Palm Beach Country Club | 8/3/2005 | (23,602) |
| Atlantic Golf Club | 8/4/2005 | 488 |
| Breakers | 8/23/2005 | 11,875 |
| Breakers | 8/23/2005 | 11,875 |
| Atlantic Golf Club | 9/7/2005 | 1,125 |
| Breakers | 9/14/2005 | 83 |
| Trump International Golf Club | 9/21/2005 | 19,170 |
| Atlantic Golf Club | 11/9/2005 | 380 |

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Breakers | 12/7/2005 | 176 |
| Breakers | 12/7/2005 | 168 |
| Palm Beach Country Club | 12/15/2005 | 436 |
| Palm Beach Country Club | 12/16/2005 | 884 |
| Trump International Golf Club | 12/16/2005 | 73 |
| Atlantic Golf Club | 1/9/2006 | 17,597 |
| Breakers | 1/10/2006 | 372 |
| Breakers | 1/10/2006 | 144 |
| Palm Beach Country Club | 1/12/2006 | 1,263 |
| Trump International Golf Club | 1/20/2006 | 272 |
| Breakers | 2/13/2006 | 131 |
| Palm Beach Country Club | 2/15/2006 | 612 |
| Breakers | 3/1/2006 | 65 |
| Palm Beach Country Club | 3/10/2006 | 638 |
| Trump International Golf Club | 3/16/2006 | 1,162 |
| Breakers | 4/11/2006 | 248 |
| Palm Beach Country Club | 4/11/2006 | 933 |
| Trump International Golf Club | 4/11/2006 | 32 |
| Breakers | 4/12/2006 | 81 |
| Breakers | 5/9/2006 | 137 |
| Palm Beach Country Club | 5/11/2006 | 1,225 |
| Atlantic Golf Club | 6/6/2006 | 1,661 |
| Breakers | 6/6/2006 | 234 |
| Trump International Golf Club | 6/6/2006 | 306 |
| Palm Beach Country Club | 6/15/2006 | 425 |
| Atlantic Golf Club | 7/6/2006 | 152 |
| Atlantic Golf Club | 8/7/2006 | 849 |
| Breakers | 8/14/2006 | 13,472 |
| Breakers | 8/23/2006 | 13,027 |
| Atlantic Golf Club | 9/8/2006 | 293 |
| Trump International Golf Club | 9/27/2006 | 19,170 |
| Atlantic Golf Club | 10/5/2006 | 115 |
| Trump International Golf Club | 11/8/2006 | 113 |
| Palm Beach Country Club | 11/9/2006 | 311 |
| Breakers | 12/11/2006 | 404 |
| Palm Beach Country Club | 12/12/2006 | 362 |
| Breakers | 12/14/2006 | 89 |
| Trump International Golf Club | 12/14/2006 | 429 |
| Atlantic Golf Club | 1/9/2007 | 750 |
| Breakers | 1/9/2007 | 1,865 |
| Trump International Golf Club | 1/12/2007 | 1,384 |
| Atlantic Golf Club | 1/16/2007 | 19,216 |
| Palm Beach Country Club | 1/17/2007 | 1,329 |
| Breakers | 2/7/2007 | 457 |
| Breakers | 2/9/2007 | 442 |
| Palm Beach Country Club | 2/14/2007 | 168 |
| Trump International Golf Club | 2/15/2007 | 958 |
| Breakers | 3/15/2007 | 482 |
| Palm Beach Country Club | 3/20/2007 | 870 |
| Breakers | 4/13/2007 | 164 |

*Data provided herein is subject to revision as the Trustee's investigation is ongoing*

8 of 9

**Bernard L. Madoff Investment Securities, LLC**
**Payments to Country Clubs**
**1996 - 2008**

| Vendor Name | Date | Amount |
|---|---|---|
| Palm Beach Country Club | 4/16/2007 | 141 |
| Breakers | 4/18/2007 | 99 |
| Breakers | 5/7/2007 | 1,530 |
| Palm Beach Country Club | 5/9/2007 | 1,117 |
| Trump International Golf Club | 5/9/2007 | 243 |
| Trump International Golf Club | 6/13/2007 | 260 |
| Palm Beach Country Club | 7/17/2007 | 4,983 |
| Breakers | 8/8/2007 | 14,559 |
| Breakers | 8/8/2007 | 13,845 |
| Atlantic Golf Club | 10/5/2007 | 413 |
| Atlantic Golf Club | 11/7/2007 | 183 |
| Trump International Golf Club | 11/9/2007 | 19,458 |
| Palm Beach Country Club | 11/13/2007 | 344 |
| Atlantic Golf Club | 12/6/2007 | 56 |
| Breakers | 12/11/2007 | 149 |
| Palm Beach Country Club | 12/11/2007 | 866 |
| Trump International Golf Club | 12/14/2007 | 488 |
| Atlantic Golf Club | 1/7/2008 | 750 |
| Breakers | 1/7/2008 | 1,092 |
| Breakers | 1/8/2008 | 365 |
| Atlantic Golf Club | 1/15/2008 | 20,303 |
| Trump International Golf Club | 1/18/2008 | 1,017 |
| Palm Beach Country Club | 1/23/2008 | 1,263 |
| Breakers | 2/11/2008 | 118 |
| Palm Beach Country Club | 2/12/2008 | 429 |
| Trump International Golf Club | 2/14/2008 | 154 |
| Breakers | 3/12/2008 | 156 |
| Breakers | 3/13/2008 | 142 |
| Palm Beach Country Club | 3/13/2008 | 5,814 |
| Trump International Golf Club | 3/13/2008 | 415 |
| Breakers | 4/9/2008 | 107 |
| Trump International Golf Club | 4/11/2008 | 853 |
| Palm Beach Country Club | 4/15/2008 | 681 |
| Breakers | 5/7/2008 | 554 |
| Trump International Golf Club | 5/13/2008 | 322 |
| Palm Beach Country Club | 5/21/2008 | 2,996 |
| Trump International Golf Club | 6/17/2008 | 127 |
| Breakers | 8/7/2008 | 16,188 |
| Breakers | 8/11/2008 | 15,443 |
| Atlantic Golf Club | 9/5/2008 | 153 |
| Palm Beach Country Club | 9/24/2008 | 160 |
| Trump International Golf Club | 9/26/2008 | 22,365 |
| Atlantic Golf Club | 10/7/2008 | 310 |
| Atlantic Golf Club | 11/6/2008 | 212 |
| Atlantic Golf Club | 12/8/2008 | 750 |
| Breakers | 12/9/2008 | 749 |
| | $ | 947,703 |