# EXHIBIT 22

**FOR PRIVACY REASONS, THIS EXHIBIT HAS BEEN INTENTIONALLY EXCLUDED FROM ELECTRONIC FILING. COPIES WILL BE PROVIDED TO CHAMBERS.**