BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Seanna R. Brown, Esq.
Email: sbrown@bakerlaw.com

Attorneys for Irving H. Picard
Trustee for the SIPA Liquidation of Bernard
L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | Chapter 7 |
| BERNARD L. MADOFF, | No. 09-11893 (BRL) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2009, I served true copies of the

- **Notice And Joint Motion For Entry Of Order Substantively Consolidating The Estate Of Bernard L. Madoff Into The SIPA Proceeding Of Bernard L. Madoff Investment Securities LLC (with Exhibit attached);**

- **Memorandum Of Law In Support Of Joint Motion For Entry Of Order Substantively Consolidating The Estate Of Bernard L. Madoff Into The SIPA**

095879, 300010865

**Proceeding Of Bernard L. Madoff Investment Securities LLC; and**

- **Affidavit Of Michael Slattery, Jr. In Support Of Joint Motion Of Trustee And Securities Investor Protection Corporation For An Order Substantively Consolidating The Estate Of Bernard L. Madoff With The SIPA Proceeding Of Bernard L. Madoff Investment Securities LLC (with Exhibits attached)**

upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      May 5, 2009                                       s/Nikki Landrio
                                                                              NIKKI LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Office of the United States Trustee**

United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

095879, 300010865

**Counsel to the Debtor**

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

**Chapter 7 Trustee**

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Creditors**

Jonathan M. Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Matthew Gluck, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, New York 10004