Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional  Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 2002-2 and the instruction of the Court, a hearing shall be held on May 27, 2009 at 10:00 a.m. concerning confirmation, upon notice pursuant to Bankruptcy Rule 2002(q), of the April 14, 2009 Order of the United States Bankruptcy Court for the Southern District of Florida in *In re Madoff Securities International Limited,* No. 09-16751 (Bankr. S.D. Fla.) (the "Florida Order") recognizing the Joint Provisional Liquidators (Stephen John Akers, Andrew Laurence Hosking and Mark Richard Byers) of Madoff Securities International Limited ("MSIL"), an English company, as the exclusive representatives of MSIL pursuant to 11 U.S.C. § 1501, *et seq.*

1

All objections or responses in respect of confirmation of the Florida Order shall be served upon the Joint Provisional Liquidators by no later than 5:00 p.m. on May 22, 2009 and shall be heard at the hearing on May 27, 2009, whereupon a confirming Order may be entered by the Court

Dated:  May 6, 2009                    Respectfully submitted,

                                       BAACH ROBINSON & LEWIS PLLC


                                       /s/ Eric. L. Lewis
                                       _____
                                       Eric L. Lewis, Esq. (EL 0038)
                                       1201 F Street N.W., Suite 500
                                       Washington D.C.  20004
                                       Telephone:  (202) 833-8900
                                       Facsimile:   (202) 466-5738

                                       *Counsel for the Joint Provisional*
                                       *Liquidators*