Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2009, I caused true copies of the **Joint Provisional Liquidators' Notice of Hearing** on the confirmation of the April 14, 2009 Order of the United States Bankruptcy Court for the Southern District of Florida to be served upon the interested parties who receive electronic service through ECF and additionally by emailing true and correct copies via electronic transmission to those parties as set forth on the attached Schedule A.

1

Dated:  May 6, 2009

Respectfully submitted,

BAACH ROBINSON & LEWIS PLLC

/s/ Eric L. Lewis
_____
Eric L. Lewis, Esq. (EL 0038)
1201 F Street N.W., Suite 500
Washington D.C.  20004
Telephone:  (202) 833-8900
Facsimile:   (202) 466-5738

*Counsel for the Joint Provisional Liquidators*

2

## **Schedule A**

Charles Spada, Esq. (counsel for Peter Madoff) – cspada@lswlaw.com

Jeannie R. Rubin, Esq. (counsel for Peter Madoff) – rrubin@lswlaw.com