Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional  Liquidators*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                )
SECURITIES INVESTOR PROTECTION    )
CORPORATION,                                        )          Adv. Pro. No. 08-01789 (BRL)
                                                                )
Plaintiff,                                                   )
                                                                )
v.                                                              )          SIPA Liquidation
                                                                )
BERNARD L. MADOFF INVESTMENT    )
SECURITIES LLC,                                      )
                                                                )
Defendant.                                              )
_____)

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 2002-2 and the instruction of the Court, a hearing shall be held on May 27, 2009 at 10:00 a.m. concerning the recognition of a foreign proceeding as a foreign main proceeding, upon notice pursuant to Bankruptcy Rule 2002(q), and pursuant to the April 14, 2009 Petition for Recognition of Foreign Proceeding filed in the United States Bankruptcy Court for the Southern District of Florida in *In re Madoff Securities International Limited,* No. 09-16751 (Bankr. S.D. Fla.).

All objections or responses in respect of the Petition for Recognition shall be served upon the Joint Provisional Liquidators by no later than 5:00 p.m. on May 22, 2009

1

and shall be heard at the hearing on May 27, 2009, whereupon an Order recognizing the foreign proceeding as a foreign main proceeding may be entered by the Court.

Attached hereto as Exhibits A, B, and C, respectively, are true and correct copies of the: (1) Joint Provisional Liquidators' Petition for Recognition of Foreign Proceeding; (2) April 14, 2009 Order of the Florida Bankruptcy Court recognizing the foreign proceeding; and (3) May 6, 2009 Order of this Court transferring the Florida Chapter 15 proceeding and any related adversary proceedings to New York.

Dated:  May 7, 2009

Respectfully submitted,

BAACH ROBINSON & LEWIS PLLC

/s/ Eric. L. Lewis

_____
Eric L. Lewis, Esq. (EL 0038)
1201 F Street N.W., Suite 500
Washington D.C.  20004
Telephone:  (202) 833-8900
Facsimile:   (202) 466-5738

*Counsel for the Joint Provisional
Liquidators*