# EXHIBIT B



ORDERED in the Southern District of Florida on April 14, 2009.

 Paul G. Hyman, Chief Judge
 United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

**In re**

| | |
|---|---|
| **Madoff Securities International Limited** | Case No. 09-16751-BKC-PGH |
| **Debtor in a Foreign Proceeding** | Chapter 15 |

_____/

**ORDER ON JOINT PROVISIONAL LIQUIDATORS' EXPEDITED PETITION FOR RECOGNITION OF FOREIGN PROCEEDING AND FOR COMMENCEMENT OF CHAPTER 15 ANCILLARY CASE IN AID OF FOREIGN MAIN PROCEEDING**
**(D.E. #3)**

THIS MATTER came to be heard on April 14, 2009 at 4:00 p.m., in West Palm Beach Florida, on the Expedited Petition of the Petitioners' (Stephen John Akers, Andrew Laurence Hosking and Mark Richard Byers appointed by the High Court of Justice, Chancery Division, Companies Court as the Joint Provisional Liquidators of Madoff Securities International Limited ("MSIL")) for Recognition of Foreign Proceeding and For Commencement of Chapter 15 Ancillary Case In Aid of Foreign Main

Proceeding ("Petition For Recognition")(D.E. #3), and subsequent to a review of the Petition and papers filed in this matter and arguments of counsel, there being good cause shown, the Court finds as follows:

    a.    The Provisional Liquidation before the English High Court of Justice is a foreign main proceeding as defined in 11 U.S.C. § 1502(4) and the Petitioners are the exclusive representatives of MSIL pursuant to those proceedings;

    b.    All Orders of the English Court with respect to MSIL's affairs and interest shall be given comity and enforced by this Court;

    c.    The Petitioners shall have full administration and realization of all of MSIL's assets within the territorial jurisdiction of the United States as provided in 11 U.S.C. § 1509(b)(1);

    d.    The Petitioners may commence legal actions within the territorial jurisdiction of the United States as provided in 11 U.S.C. § 1509(b)(1);

    e.    The Petitioners may conduct discovery as provided in 11 U.S.C. § 1521(a)(4);

    f.    The Petitioners are authorized to examine Peter Madoff pursuant to and to the full extent permitted by the Bankruptcy Rules, and Peter Madoff is hereby required to produce all documents in his possession, custody or control that are relevant to the Provisional Liquidation of MSIL or reasonably calculated to lead to the discovery of admissible evidence;

    g.    Peter Madoff and all persons and entities in possession or control of records and information relating to funds, assets, liabilities, property, or accounts now or formerly of MSIL or any matter which may affect the liquidation of MSIL shall preserve

such information and shall provide such information to the Petitioners upon any demand which complies with the Bankruptcy Rules and the Local Rules of this Court;

    h.    The Petitioners are further authorized to seek such further relief as may be appropriate, including without limitation relief pursuant to 11 U.S.C. §§ 1521 and 1507, so that it is

    ORDERED as follows:

    1.    That the Petitioners' request to open a proceeding in this Court pursuant to 11 U.S.C. § 1501, *et seq.* is **GRANTED.**

    2.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Prepared and Submitted by:
**Squire, Sanders & Dempsey, L.L.P.**
Tina M. Talarchyk, Esquire*
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
(*Attorney Talarchyk shall serve a copy of this Order on all parties served with the Motion and file a certificate of service with the Court).