# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**ORDER TRANSFERRING CASE**

WHEREAS, the Court held a hearing on May 6, 2009 on the Motion for Rule 1014(b) Transfer of Related Proceedings filed by Movants Blumenthal & Associates Florida General Partnership, Martin Rappaport Charitable Remainder Unitrust, Martin Rappaport, Marc Cherno, and Steven Morganstern, and the Court having reviewed papers and heard argument from those parties expressing an interest in the outcome of the Motion; and no party in interest having objected to the requested transfer, and

WHEREAS, the Court having found that:

    (1)    on December 11, 2008, the above-captioned action was commenced against Bernard L. Madoff Investment Securities, LLC ("BMIS"), pursuant to the Securities Investor Protection Act of 1970 ("SIPA");

    (2)    on April 13, 2009, the Movants filed an involuntary petition against Bernard L. Madoff in this Court seeking relief under Chapter 7 of the Bankruptcy Code;

(3)    on April 14, 2009, Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking, who are serving as Joint Provisional Liquidators in an English liquidation proceeding as to Madoff Securities International Limited ("MSIL), filed a Chapter 15 Petition in the United States Bankruptcy Court for the Southern District of Florida;

(4)    MSIL is an affiliate of BMIS and Madoff; and

(5)    the MSIL bankruptcy case filed in Florida raises issues common to the prior pending BMIS and Madoff bankruptcies before this Court.

IT IS NOW, THEREFORE, ORDERED, that pursuant to Fed. R. Bankr. P. 1014(b), the Chapter 15 case captioned *In re Madoff Securities Int'l Ltd.*, No. 09-16751 (Bankr. S.D. Fla.), filed on April 14, 2009 in the United States Bankruptcy Court for the Southern District of Florida, together with any pending related adversary proceedings, shall be transferred to this District forthwith.

SO ORDERED this 6th day of May, 2009.


/s/Burton R. Lifland____
Burton R. Lifland
United States Bankruptcy Judge