UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                  Adv. Pro. No. 08-01789 (BRL)
                                                                                         SIPA Liquidation
                              Plaintiff,

                v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                             Defendant.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Talon Air, Inc., hereby appears by and through its counsel, SILVERMANACAMPORA LLP, and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys on its behalf, at the address set forth below:

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen

**PLEASE TAKE FURTHER NOTICE**, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or facsimile which affect or seek to affect in any way the Debtor or its property or proceeds in which the Debtor may claim an interest.

Dated: Jericho, New York
       May 8, 2009                    **SILVERMANACAMPORA LLP**
                                      Attorneys for Talon Air, Inc.

                                        s/ Adam L. Rosen
                              By:_____
                                   Adam L. Rosen
                               100 Jericho Quadrangle, Suite 300
                               Jericho, New York 11753
                               (516) 479-6300

ALR/D283248v/F056429