Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
H. Bradford Glassman
Email: bradford.glassman@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel: 202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) ) Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | ) ) ) |
| v. | ) SIPA Liquidation ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) |
| Defendant. | ) ) ) |

### **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, H. Bradford Glassman, a member in good standing of the bar of the State of Virginia and the bar of the District of Columbia, request admission *pro hac vice* before the Honorable Burton R. Lifland, to represent Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking, appointed by the High Court of Justice in England as the Joint Provisional Liquidators of Madoff Securities International Limited in the above-referenced adversary proceeding.

Mailing address: 1201 F Street, NW, Suite 500, Washington D.C. 20004

Email address: bradford.glassman@baachrobinson.com

2

Telephone number (202) 833-8900

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: May 14, 2009<br>Washington D.C. | Respectfully submitted,<br><br>BAACH ROBINSON & LEWIS PLLC<br><br>/s/ H. Bradford Glassman<br>_____<br>H. Bradford Glassman<br>1201 F Street N.W., Suite 500<br>Washington D.C.  20004<br>Telephone:  (202) 833-8900<br>Facsimile:   (202) 466-5738<br><br>*Counsel for the Joint Provisional Liquidators* |

2