Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
H. Bradford Glassman
Email:  bradford.glassman@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional  Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                      )
SECURITIES INVESTOR PROTECTION    )
CORPORATION,                                     )          Adv. Pro. No. 08-01789 (BRL)
                                                      )
Plaintiff,                                         )
                                                      )
v.                                                  )          SIPA Liquidation
                                                      )
BERNARD L. MADOFF INVESTMENT  )
SECURITIES LLC,                                )
                                                      )
Defendant.                                       )
_____)

**<u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>**

WHEREAS H. Bradford Glassman, Esq. a member in good standing of the bar of the State of Virginia and the bar of the District of Columbia, has requested admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Stephen John Akers, Mark Richard Byers, and Andrew Laurence Hosking, appointed by the High Court of Justice in England as the Joint Provisional Liquidators of Madoff Securities International Limited in the above-referenced adversary proceeding, it is now, hereby

**ORDERED**

That H. Bradford Glassman, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced

adversary proceeding, in the United States Bankruptcy Court, Southern District of New York,

provided that the filing fee has been paid.


Dated:  May ____, 2009
New York, New York

_____
Honorable Burton R. Lifland
United States Bankruptcy Judge