Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
H. Bradford Glassman
Email:  bradford.glassman@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional  Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ | |
| ) | |
| SECURITIES INVESTOR PROTECTION ) | |
| CORPORATION, ) | Adv. Pro. No. 08-01789 (BRL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SIPA Liquidation |
| ) | |
| BERNARD L. MADOFF INVESTMENT ) | |
| SECURITIES LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 14, 2009, I caused true copies of the foregoing

**Motion For Admission,** *Pro Hac Vice* to be served upon the interested parties who

receive electronic service through ECF and additionally by emailing true and correct

copies via electronic transmission to those parties as set forth on the attached Schedule A.

2

Dated:  May 14, 2009                              Respectfully submitted,

                                                 BAACH ROBINSON & LEWIS PLLC


                                                 /s/ H. Bradford Glassman
                                                 _____
                                                 H. Bradford Glassman
                                                 1201 F Street N.W., Suite 500
                                                 Washington D.C.  20004
                                                 Telephone:  (202) 833-8900
                                                 Facsimile:   (202) 466-5738

                                                 *Counsel for the Joint Provisional
                                                 Liquidators*

## Schedule A

Charles Spada, Esq. (counsel for Peter Madoff) – cspada@lswlaw.com

Jeannie R. Rubin, Esq. (counsel for Peter Madoff) – rrubin@lswlaw.com