**POST PETITION (12/12/08 THROUGH 4/30/09)**
**AIRCRAFT PILOT AND MANAGEMENT SERVICES AGREEMENT**
    Dated March 3, 2008
    Parties: BDG MLJF, Inc., Bernard L. Madoff Investment Securities, LLC ("BLMIS"), Talon Air Inc

**Section 5.1**
- Management fee of $11,083.34 per month
- Hangar fee of $7,500 per month
- ($11,083.34 + $7,500) equals $18,583.34
- $18,583.34 times 50% ownership equals $9,291.67

| | |
|---|---:|
| January Hangar & Mgmt | 9,291.67 |
| February Hangar & Mgmt | 9,291.67 |
| March Hangar & Mgmt | 9,291.67 |
| April Hangar & Mgmt | 9,291.67 |
| | 37,166.68 |

**Section 5.2**
    5.2.(a).(i) - Fixed Expense

| | |
|---|---:|
| December Fixed Expenses (pro rated 20 days) | 3,369.63 |
| January Fixed Expenses | 5,222.92 |
| February Fixed Expenses | 5,222.92 |
| March Fixed Expenses | 9,897.71 |
| April Fixed Expenses | 9,897.71 |
| December Fixed Expense credit (pro rated 20 days) | (3,310.08) |
| January Fixed Expense credit | (7,783.32) |
| February Fixed Expense credit | (4,164.67) |
| March Fixed Expense credit | (8,841.34) |
| April Fixed Expense credit | (8,002.41) |
| Subtotal | 1,509.06 |

| | | |
|---|---:|---|
| 5.2.(a).(ii) - Variable Expense | 0 | none |
| 5.2.(a).(iii) - Incidental Expenses | 0 | none |

| Misc 3rd party vendors detail | Inv # | Inv Date | Amount |
|---|---|---|---:|
| Landmark Aviation (50%) | M002252S | 12/29/08 | 170.00 |
| Airborne Maintenance (50%) | 643N924AK36 | 3/6/09 | 125.00 |
| Constant Aviation (50%) | L1 /L2 Insp | 3/16/09 | 5,250.00 |
| Airborne Maintenance (50%) | N924AK31909 | 3/19/09 | 939.50 |
| Airborne Maintenance (50%) | N924AK22409 | 3/31/09 | 420.00 |
| Global Aircraft Interiors (50%) | 1798 | 3/31/09 | 1,072.50 |
| Constant Aviation (50%) | CLM-10954 | 4/17/09 | 564.38 |
| | | | 8,541.38 |

**Amount due from BLMIS to Talon Air (12/12/08 through 4/30/09)**
| | |
|---|---:|
| Total | 47,217.12 |

**NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT**
    Dated March 3, 2008
    Parties: BDG Aircharter, Inc., BLM Air Charter LLC, Talon Air, Inc.

**Amounts due to BLM Air Charter LLC from Talon Air, Inc. (12/12/08 through 4/30/09)**
**Charter hours revenue**

| | |
|---|---:|
| Dec Charter hours (36.9) | 26,568.00 |
| Jan Charter hours (41.2) | 29,664.00 |
| Feb Charter hours (23.5) | 16,920.00 |
| Mar Charter hours (37.2) | 26,784.00 |
| Apr Charter hours (18.0) | 12,960.00 |
| Total | (112,896.00) |

**PRE PETITION (11/1/08 THROUGH 12/11/08)**

**AIRCRAFT PILOT AND MANAGEMENT SERVICES AGREEMENT**
    Dated March 3, 2008
    Parties: BDG MLJF, Inc., Bernard L. Madoff Investment Securities, LLC ("BLMIS"), Talon Air Inc.

**Section 5.1**
- Management fee of $11,083.34 per month
- Hangar fee of $7,500 per month
- ($11,083.34 + $7,500) equals $18,583.34
- $18,583.34 times 50% ownership equals $9,291.67
- No amounts due

                                              0   none

**Section 5.2**

    5.2.(a).(i) - Fixed Expense

| | |
|---|---:|
| November Fixed Expenses | 5,222.92 |
| December Fixed Expenses (pro rated 11 days) | 1,853.29 |
| November Fixed Expense debit | 5,670.02 |
| December Fixed Expense credit (pro rated 11 days) | (1,820.55) |
| Subtotal | 10,925.69 |

    5.2.(a).(ii) - Variable Expense (November 2008)      53,187.26

    5.2.(a).(iii) - Incidental Expenses (November 2008)    14,215.41

| Misc 3rd party vendors detail | Inv # | Inv Date | Amount |
|---|---|---|---:|
| Embraer Aircraft Holding | 25131254 | 5/24/08 | 1,956.14 |
| Embraer Aircraft Holding | 25139220 | 7/7/08 | 1.69 |
| APT Marketing Solutions | 25843 | 8/19/08 | 1,058.68 |
| Eastway Aircraft Inc. | 800616 | 10/16/08 | 1,106.07 |
| Eastway Aircraft Inc. | 800693 | 11/30/08 | 200.00 |
| Jeppesen Sanderson | 3242989 | 12/1/08 | 9,874.72 |
| | | | 14,197.30 |

**Amount due from BLMIS to Talon Air (11/01/08 through 12/11/08)**
                Total      92,525.66

**NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT**
    Dated March 3, 2008
    Parties: BDG Aircharter, Inc., BLM Air Charter LLC, Talon Air, Inc.

    **Amounts due to BLM Air Charter LLC from Talon Air, Inc. (11/1/08 through 12/11/08)**
    **Charter hours revenue**
    Nov Charter hours (0.0)      0   none
    Dec Charter hours (0.0)      0   none

                Total      0   none