S‌ILVERMAN‌A‌CAMPORA LLP
Attorneys for Talon Air, Inc.
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
516-479-6300
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                  Adv. Pro. No. 08-01789 (BRL)

                              Plaintiff,                       SIPA LIQUIDATION

      v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                              Defendant.
-----------------------------------------------------------------x

In re:

BERNARD L. MADOFF,                                                        Chapter 7

                              Debtor.                          Case No. 09-11893 (BRL)

-----------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

      GINA MARIA DAMOULIS, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

      On May 18, 2009, deponent served the within

- **NOTICE OF MOTION OF TALON AIR, INC. FOR ORDER (A) COMPELLING BLMIS TRUSTEE TO PAY AMOUNTS OWED UNDER AIRCRAFT MANAGEMENT AGREEMENT, (B) FIXING TIME FOR BLMIS TRUSTEE TO ASSUME OR REJECT AIRCRAFT MANAGEMENT AGREEMENT AND (C) MODIFYING STAY TO PERMIT TERMINATION OF AIRCRAFT LEASE AGREEMENT;**

- **MOTION OF TALON AIR, INC. FOR ORDER (A) COMPELLING BLMIS TRUSTEE TO PAY AMOUNTS OWED UNDER AIRCRAFT MANAGEMENT AGREEMENT, (B) FIXING TIME FOR BLMIS TRUSTEE TO ASSUME OR REJECT AIRCRAFT MANAGEMENT AGREEMENT AND (C) MODIFYING STAY TO PERMIT**

GMD/D283731v/F056429

**TERMINATION OF AIRCRAFT LEASE AGREEMENT;**

- **DECLARATION OF ADAM KATZ IN SUPPORT OF MOTION OF TALON AIR, INC. FOR ORDER (A) COMPELLING BLMIS TRUSTEE TO PAY AMOUNTS OWED UNDER AIRCRAFT MANAGEMENT AGREEMENT, (B) FIXING TIME FOR BLMIS TRUSTEE TO ASSUME OR REJECT AIRCRAFT MANAGEMENT AGREEMENT AND (C) MODIFYING STAY TO PERMIT TERMINATION OF AIRCRAFT LEASE AGREEMENT**

by first class mail delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:   ***See Service List Attached***

s/ Gina Maria Damoulis

_____
GINA MARIA DAMOULIS

Sworn to before me this
19th day of May 2009

s/ Adam L. Rosen
_____
Notary Public

Adam L. Rosen
Notary Public, State of New York
No. 02RO6054127
Qualified in Nassau County
Commission Expires January 29, 2011

**SERVICE LIST**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, NY 11722-4437
Attn: Diana G. Adams

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: David Sheehan

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: Irving H. Picard, Trustee

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Alan Nisselson, Trustee

BDG Aircharter, Inc.
c/o Blumenfeld Development Group, Ltd.
300 Robbins Lane
Syosset, NY 11791
Attention:  David Kaplan

BLM Air Charter LLC
c/o Bernard L. Madoff Investment Securities
885 3rd Avenue, 18th Floor
New York, NY 10022-4877
Attn: Mark Madoff

**Notices of Appearance**

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota

Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth

GMD/D283731v/F056429

Becker, Glynn, Melamed & Mussly
299 Park Avenue, 16th Floor
New York, New York 10171
Attn: Chester B. Salomon

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Attn: Mark S. Mulholland

Jaspan Schesinger LLP
300 Garden City Plaza
Garden City, new York 11530
Attn: Steven R. Schlesinger
Attn: Hale Yazicioglu

Lev L. Dassin
Attorney for the United States of America
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: Sean H. Lane

Lev L. Dassin
Attorney for the United States of America
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: Robert William Yalen

Shutts & Bowen LLP
Attorneys for Franklin Sands
200 E. Broward Blvd., Suite 2100
Fort Lauderdale, FL 33301

Securities Investor Protection Corporation
805 Fifteenth Street N.W.
Suite 800
Washington, D.C. 20005-2207
Attn: Kevin H. Bell

Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn: Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018
Attn: Barry R. Lax

Crowell & Moring LLP
153 East 53rd Street
New York, New York 10022
Attn: William M. O'Connor

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, New York 10017
Attn: Stuart I. Rich

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, New York 10017
Attn:  James M. Ringer

Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Attn: Sanford P. Dumain

Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Attn: Matthew Gluck

Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022
Attn: William B. Wachtel

Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022
Attn:  David Yeger

Baach Robinson & Lewis PLLC
1201 F Street N.W., Suite 500
Washington, D.C. 20004
Attn: Eric L. Lewis

Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Attn: Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, New York 10016-0301
Attn: Dennis C. Quinn