BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2009, I served true copies of the **Objection of Trustee Irving H. Picard to Motion of Ade O. Ogunjobi and TOKS, Inc., et al. For Intervention Pursuant to Fed.R.Civ.P. 24** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      May 20, 2009                              s/Nikki M. Landrio
                                                           NIKKI M. LANDRIO

095879, 300011993

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Ben S. Bernanke
Federal Reserve Board
20th Street and Constitution Avenue N.W.
Washington, DC 20551

United States Securities and Exchange Commission
SEC Headquarters
100 F Street NE
Washington, DC 20549

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov

**Notices of Appearance**

Service via Electronic Notification through ECF Filing