BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | Chapter 7 |
| BERNARD L. MADOFF, | No. 09-11893 (BRL) |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF JOINT MOTION FOR**
**ENTRY OF ORDER SUBSTANTIVELY CONSOLIDATING THE**
**ESTATE OF BERNARD L. MADOFF INTO THE SIPA PROCEEDING**
**OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

**PLEASE TAKE NOTICE** that the hearing on the Joint Motion For Entry of Order

Substantively Consolidating Madoff The Estate of Bernard L. Madoff Into The SIPA Proceeding

Of Bernard L. Madoff Investment Securities LLC in the above-referenced adversary proceeding

095879, 300012834

which had previously been adjourned to Wednesday, May 27, 2009 at 10:00 a.m. has been further adjourned to **Tuesday, June 9, 2009 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. so as to be received no later than **4:00 p.m. on June 4, 2009**.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated:  New York, New York
        May 22, 2009

By:     s/Marc Hirschfield
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111
        Tel: (212) 589-4200
        Fax: (212) 589-4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Marc Hirschfield
        Email: mhirschfield@bakerlaw.com

        Attorneys for Irving H. Picard, Esq.,
        Trustee for the SIPA Liquidation of
        Bernard L. Madoff Investment Securities LLC

2

095879, 300012834