BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Seanna R. Brown, Esq.
Email: sbrown@bakerlaw.com

Attorneys for Irving H. Picard
Trustee for the SIPA Liquidation of Bernard
L. Madoff Investment Securities LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | Chapter 7<br><br>No. 09-11893 (BRL) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2009, I served true copies of the **Notice of Adjournment of Joint Motion For Entry Of Order Substantively Consolidating The Estate Of Bernard L. Madoff Into The SIPA Proceeding Of Bernard L. Madoff Investment Securities Proceeding Of Bernard L. Madoff Investment Securities LLC** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via

095879, 300012883

electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      May 22, 2009                                                        s/Nikki Landrio
                                                                                NIKKI LANDRIO

095879, 300012883

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044


**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov


**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

3

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

**Counsel to the Debtor**

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

**Chapter 7 Trustee**

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Creditors**

Jonathan M. Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Matthew Gluck, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, New York 10004