BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Keith R. Murphy, Esq.
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

     I hereby certify that on May 22, 2009, I served true copies of the **Objection of Trustee Irving H. Picard to Motion of Ade O. Ogunjobi and TOKS, Inc., et al. For Intervention Pursuant to Fed.R.Civ.P. 24** by regular mail and by Express Mail upon the party below at the address listed below, said address designated for that purpose by them, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository designated for regular U.S. Mail and Express Mail:

TO:    Ade O. Ogunjobi
          PO Box 123
          Honolulu, Hawaii 96810

Dated: New York, New York
       May 22, 2009                                    s/Nikki M. Landrio
                                                                  NIKKI M. LANDRIO

095879, 300012906