Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel:  202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF ADJOURNMENT OF HEARING CONCERNING THE
RECOGNITION OF A FOREIGN PROCEEDING AS A
<u>FOREIGN MAIN PROCEEDING</u>**

PLEASE TAKE NOTICE that the hearing concerning the recognition of a foreign proceeding as a foreign main proceeding, upon notice pursuant to Bankruptcy Rule 2002(q), and pursuant to the April 14, 2009 Petition for Recognition of Foreign Proceeding filed in the United States Bankruptcy Court for the Southern District of Florida in *In re Madoff Securities International Limited,* No. 09-16751 (Bankr. S.D. Fla.), which had previously been scheduled for May 27, 2009 at 10:00 a.m., has been adjourned to **Tuesday, June 9, 2009 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE, that objections or responses, if any, in respect of the Petition for Recognition shall be served upon the Joint Provisional Liquidators by no later than **5:00 p.m. on June 4, 2009** and shall be heard at the hearing on June 9, 2009, whereupon an Order recognizing the foreign proceeding as a foreign main proceeding may be entered by the Court.

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated:  May 22, 2009
       Washington D.C.

Respectfully submitted,

BAACH ROBINSON & LEWIS PLLC

/s/ Eric L. Lewis
_____
Eric L. Lewis, Esq. (EL 0038)
1201 F Street N.W., Suite 500
Washington D.C.  20004
Telephone:  (202) 833-8900
Facsimile:   (202) 466-5738

*Counsel for the Joint Provisional Liquidators*

2