Eric L. Lewis (EL 0038)
Email: eric.lewis@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel: 202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2009, I caused true copies of the Joint Provisional Liquidators' **Notice of Adjournment of Hearing Concerning The Recognition of a Foreign Proceeding as a Foreign Main Proceeding** to be served upon the interested parties who receive electronic service through ECF and additionally by emailing true and correct copies via electronic transmission to those parties as set forth on the attached Schedule A.

Dated: May 22, 2009                    Respectfully submitted,

                                      BAACH ROBINSON & LEWIS PLLC

                                      /s/ Eric L. Lewis
                                      _____
                                      Eric L. Lewis, Esq. (EL 0038)
                                      1201 F Street N.W., Suite 500
                                      Washington D.C. 20004
                                      Telephone: (202) 833-8900
                                      Facsimile: (202) 466-5738

                                      *Counsel for the Joint Provisional Liquidators*

2

## **Schedule A**

Charles Spada, Esq. (counsel for Peter Madoff) – cspada@lswlaw.com

Jeannie R. Rubin, Esq. (counsel for Peter Madoff) – rrubin@lswlaw.com