David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc Hirschfield  
Email: mhirschfield@bakerlaw.com  
Amy Vanderwal  
Email: avanderwal@bakerlaw.com  
BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York  10111  
Telephone:    (212) 589-4200  
Facsimile:    (212) 589-4201  

Attorneys for Irving H. Picard, Esq.,  
Trustee for the SIPA Liquidation of  
Bernard L. Madoff Investment Securities LLC  

**Hearing Date and Time: June 16, 2009 at 10:00 a.m.**  
**Objection Deadline:  June 11, 2009**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF MOTION FOR ENTRY OF ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING AN AGREEMENT BY AND AMONG THE TRUSTEE AND OPTIMAL STRATEGIC U.S. EQUITY LIMITED AND OPTIMAL ARBITRAGE LIMITED**

Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor" or "BLMIS"), by and through his undersigned counsel, will move before the Honorable Burton R. Lifland, United States

Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004-1408, on June 16, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, seeking entry of an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure approving that certain Agreement by and among the Trustee on the one hand and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited, on the other hand, as more particularly set forth in the Motion.

PLEASE TAKE FURTHER NOTICE that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on June 11, 2009** (with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland) and must be served upon (a) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Marc Hirschfield and (b) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019, Attn: Richard Levin.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

| | |
|---|---|
| Dated: New York, New York<br>May 26, 2009 | Respectfully submitted,<br><br>/s/ Marc Hirschfield<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Amy Vanderwal<br>Email: avanderwal@bakerlaw.com<br>*Attorneys for Irving H. Picard, Esq.*<br>*Trustee for the SIPA Liquidation of Bernard L.*<br>*Madoff Investment Securities LLC* |