UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES INVESTOR PROTECTION                Adv. Pro. No.: 08-1789 (BRL)
CORPORATION,

       Plintiff-Applicant,

                                    SIPA Liquidation

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.

       Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED MAY 22, 2009 (DOCUMENT NO.: 214) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.