BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Alissa Nann, Esq.
Email: anann@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON MAY 27, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-01789**

1.   Motion to Extend Time /Trustee's Second Motion for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending Time Within Which the Trustee May Assume Or Reject Executory Contracts and Unexpired Leases  [Filed: May 1, 2009] (Docket No. 185)

     Related Documents:

     A.   Bridge Order Extending Trustee's Time To Assume Or Reject Executory Contracts and Unexpired Leases signed on 5/1/2009 (Docket No. 186)

    B.    Certificate of Service of Notice of Motion and Trustee's Second Motion for an Order Extending Time Within Which the Trustee May Assume or Reject Executory Contracts and Unexpired Leases  [Filed: May 1, 2009] (Docket No. 187)

    C.    Certificate of Service of Bridge Order Extending Trustee's Time to Assume or Reject Executory Contracts and Unexpired Leases  [Filed: May 1, 2009] (Docket No. 188)

Objection Deadline:    May 21, 2009

Objections Filed:    None

Status:    This matter is going forward.

2.    Motion to Authorize /Trustee's Motion Pursuant to Section 78fff(a) of The Securities Investor Protection Act and Sections 105(a) and 363 of The Bankruptcy Code Authorizing The Amendment Of And Termination Of Certain Employee Benefit Plans [Filed:  May 15, 2009] (Docket No. 207)

Related Documents:

    A.    Motion to Authorize /Ex Parte Application of Trustee For an Order Authorizing Trustee To File Certificate of Service Under Seal  [Filed:  May 21, 2009] (Docket No. 213)

    B.    Order signed on May 22, 2009 Authorizing Trustee to File Certificate of Service Under Seal  [Filed: May 22, 2009] (Docket No. 214)

    C.    Notice to File Schedules. Notice of Filing of Resolutions And Amendments To Certain Employee Benefit Plans  [Filed: May 22, 2009] (Docket No. 216)

Objection Deadline:    May 22, 2009

Objections Filed:    None

Status:    This matter is going forward.

**HEARINGS ADJOURNED FROM**
**MAY 27, 2009 TO JUNE 9, 2009 AT 10:00 A.M.**

3.    Notice of Hearing /Notice of Joint Motion For Entry of Order Substantively Consolidating the Estate of Bernard L. Madoff Into the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: May 5, 2009 ] (Docket No. 195)

Related Documents:

A. Memorandum of Law in Support of Joint Motion For Entry of Order Substantively Consolidating the Estate of Bernard L. Madoff Into the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC [Filed: May 5, 2009] (Docket No. 196)

B. Affidavit of Michael Slatterly, Jr. In Support of Joint Motion of Trustee and Securities Investor Protection Corporation For an Order Substantively Consolidating the Estate of Bernard L. Madoff With the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC [Filed: May 5, 2009] (Docket No. 197)

C. Certificate of Service of Notice and Motion, Memorandum of Law and Affidavit of Michael Slattery, Jr. In Support of Joint Motion of Trustee And Securities Investor Protection Corporation For an Order Substantively Consolidating the Estate of Bernard L. Madoff With the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC [Filed: May 6, 2009] (Docket No. 198)

D. Notice of Adjournment of Hearing /Notice of Adjournment of Joint Motion For Entry of Order Substantively Consolidating The Estate of Bernard L. Madoff Into The SIPA Proceeding of Bernard L. Madoff Investment Securities LLC [Filed: May 15, 2009] (Docket No. 208)

E. Notice of Adjournment of Hearing /Notice of Adjournment of Joint Motion For Entry of Order Substantively Consolidating The Estate of Bernard L. Madoff Into The SIPA Proceeding of Bernard L. Madoff Investment Securities LLC [Filed: May 22, 2009] (Docket No. 215)

Objection Deadline:       June 4, 2009

Objections Filed:         None

Status:                   This matter has been adjourned to June 9, 2009.

4. Notice of Hearing on the confirmation of the April 14, 2009 Order of the United States Bankruptcy Court for the Southern District of Florida [Filed: May 6, 2009] (Docket No. 200)

Related Documents:

A. Amended Notice of Hearing on the recognition of a foreign proceeding as a foreign main proceeding [Filed: May 7, 2009] (Docket No. 201)

B. Order signed April 14, 2009 Granting Joint Provisional Liquidators' Expedited Petition For Recognition of Foreign Proceeding and for Commencement of

    Chapter 15 Ancillary Case in Aid of Foreign Main Proceeding [Filed: April 14, 2009] (Docket No. 13) – *Filed in Case No. 09-16751 (PGH), Southern District of Florida*

C.    Notice of Adjournment of Hearing Concerning The Recognition of a Foreign Proceeding as a Foreign Main Proceeding [Filed: May 22, 2009] (Docket No. 218)

<u>Objection Deadline</u>:    June 4, 2009

<u>Objection Filed</u>:    None

<u>Status</u>:    This matter has been adjourned to June 9, 2009.

Dated: New York, New York  
       May 26, 2009

Respectfully submitted,

*s/ Marc Hirschfield*  
BAKER & HOSTETLER LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone:    (212) 589-4200  
Facsimile:    (212) 589-4201  
David J. Sheehan, Esq.  
Email: dsheehan@bakerlaw.com  
Marc Hirschfield, Esq.  
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*  
*Trustee for the SIPA Liquidation of*  
*Bernard L. Madoff Investment Securities LLC*