BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy Vanderwal, Esq.
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2009, I served true copies of the **Notice of Motion and Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving An Agreement By and Among The Trustee and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited** upon the interested parties who receive electronic service through ECF and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

I further hereby certify that on May 27, 2009, I served true copies of the **Notice of Motion**

and Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving An Agreement By and Among The Trustee and Optimal Strategic U.S. Equity Limited and **Optimal Arbitrage Limited** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth below:

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044


**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

Dated: New York, New York
      May 27, 2009                                    s/Nikki Landrio
                                                         NIKKI LANDRIO

## SCHEDULE A

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

**All Known Creditors of BLMIS**

41-41 38th Street LLC
41-41 38th Street
Long Island City, NY  11101

53rd at Third
c/o Gerald D. Hines Interests, Ltd.
885 Third Avenue
New York, NY  10022-4802

ABN-AMRO (Merrill Lynch)
208 South LaSalle Street
Chicago, IL  60604

Advantage International Systems, Inc.
2570 Coral Landings Blvd.
Suite 201
Palm Harbor, FL  34684

ALPS Distributor, Inc.
1290 Broadway
Suite 1100
Denver, CO  80203

Ambrosino, DePinto & Scmeider, PC
275 Seventh Avenue
21st Floor
New York, NY  10001

American Registry for Internet Numbers
P. O. Box 79010
Baltimore, MD  21279-0010

American Stock Exchange
86 Trinity Place
New York, NY  10006-1881

Archipelago LLC / ARCA
100 S. Wacker Dr.
Suite 2012
Chicago, IL  60606

Arrowhead Securities, LLC
109 Highland avenue
Needham, MA  02499

Associated Networks, Inc.
1120 Easton Road
Willow Grove, PA  19090

AT&T
32 Avenue of the Americas
New York, NY  10013

Automated Building System Corp.
225 North Fehr Way
Bayshore, NY  11706

Automated Trading Desk LLC
11 eWall Street
Mt. Pleasant, SC  29464

Avaya
312 Elm Street
Suite 1100
Cincinnati, OH  45202

Avaya
2 Gatehall Drive
Parsippany, NJ  07039

Avtec Systems, Inc.
500 N. Broadway
Jericho, NY  11753

Barclays
45 Fremonth Street
San Francisco, CA  94105

Basler Kantonalbank, Basel (BKB Trader)
Spiegelgasse 2
Basel, 4002
Switzerland

BATS
8050 Marshall Drive
Suite 120
Lenexa, KS  66214

BEA Systems, Inc.
2315 North First Street
San Jose, CA  95131

Bear Stearns Securities Corp
383 Madison Avenue
New York, NY  10179

BeCompliant Corporation
580 Burbank Street
Suite 110
Broomfield, CO  80020

Bloomberg
731 Lexington Avenue
New York, NY  10022

BNY ConvergEx
1633 Broadway
48th Floor
New York, NY  10019

Brass Utility LLC
55 Broadway
New York, NY  10006

BT
575 Lexington Avenue
New York, NY  10022

B-Trade Services LLC/BTRD
1633 Broadway
48th Floor
New York, NY  10019

Calamp
12670 High Bluff Drive
San Diego, CA  92130

Cantor Fitzgerald & Co.
1840 Century Park East
Lost Angeles, CA  90067

Caplin Systems Limited
8th Floor Mercury House
Titan Court, London  EC2A 1BR

CCH Incorporated
2700 Lake Cook Road
Riverwoods, IL  60015

Check Point Software Technologies LTD
800 Bridge Parkway
Redwood City, CA  94065

Check Point Software Technologies Ltd.
800 Bridge Parkway
Redwood City, CA  94065

CIBC World Markets
300 Madison Ave
New York, NY  10017

Cisco Systems
1 Penn Plaza
New York, NY  10022

CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ  07039

Computer Tech International
1415 Ohio Avenue
Bayshore, NY  11706

Consolidated Technologies Inc.
666 Fifth Avenue
New York, NY  10103

Copyright Clearance, Inc.
222 Rosewood Drive
Danvers, MA  01923

CQG
1050 17th Street
Suite 2000
Denver, CO  80265

CRD
c/o FINRA
P.O. Box 7777-8705
Philadelphia, PA  19175-8705

Credit Suisse Securities
Eleven Madison Avenue
New York, NY  10010

Davidge Data Systems
20 Exchange Place
39th Floor
New York, NY  10005

Direct Edge ECN LLC
22 Cortlandt Street
New York, NY  10007

Domestic Securities, Inc.
160 Summit Avenue
Montvale, NJ  07645

Dow Jones & Company, Inc.
1 World Financial Center
200 Liberty Street
New York, NY  10281

eBX LLC
100 Franklin Street
Boston, MA  02110

Ecco Business Systems, Inc.
55 West 39th Street
New YorkNY  10018

Electronic Global Holdings, Ltd. (f/k/a ITTI)
120 Broadway
34th Floor
New York, NY  10005

Elkins McSherry LLC (subsidiary of State Street Bank & Trust Co.)
225 Liberty Street
24th Floor
New York, NY  10281

Employment Law Trading, Inc.
650 California Street
22nd Floor
San Francisco, CA  94108

FD Consulting, Inc.
2040 Victory Boulevard
Staten Island, NY  10314

Fidessa
17 State Street
New York, NY  10004

First Call Corporation
40 West 57th Street
10th Floor
New York, NY  10019

Forsythe Solutions
75 Remittance Drive
Suite 1134
Chicago, IL  60675-1134

Genserve Inc.
80 Sweeneydale Avenue
Bayshore, NY  11706

Gerson Lehrman Group
P.O. Box 200589
Pittsburgh, PA  15251-0589

GL Trade
42 rue Notre-Dame des Victoires
75002 Paris, FRANCE

GMPCS
1501 Green Road
Suite A-B
Pompano Beach, FL  33064

Goldman Sachs
85 Broad Street
17th Floor
New York, NY  10004

Granite Telecom
920 Broadway
Suite 503
New York, NY  10010

Henson Group
1375 Broadway
3rd Floor
New York, NY  10018

Hewlett Packard
8000 Foothills Boulevard
MS5538
Roseville, CA  95747-5538

HSBC
2700 Sanders Road
Prospect Heights, IL  60070

IBM
1 New Orchard Road
Armonk, NY  10504-1722

ILX
P.O. Box 71601
Chicago, IL  60694-1601

Im-age Software Inc.
15 Buffalo Ridge Circle
Houston, TX  77056

ImageMAKER Development Inc.
416 6th Street
Suite 102
New Westminster, British Columbia,
Canada  V3L 3B2

Indivex Trading/Eclipse Trading, Inc.
30 Broad Street
38th Floor
New York, NY  10004

Innovative Consulting
1162 Camino Vallecito
Lafayette, CA  94549

Instinet Corp.
875 Third Avenue, 18th Floor
New York, NY  10022

Instinet Corporation
757 Third Avenue
New York, NY  10017

InterNAP
601 Union Street
Suite 1000
Seattle, WA  98101

InterNAP
501 Union Street
Suite 1000
Seattle, WA  98101

International Video Conferencing Inc.
180 Adams Avenue
Hauppauge, NY  11788

Internet Trading Technologies
120 Broadway
34th Floor
New YorkNY  10271-3400

Iron Mountain
203 Moonachie Road
Moonachie, NJ  07074-1309

Island ECN, Inc.
50 Broad Streetq
New York, NY  10004

Kiplinger
1729 H Street NW
Washington, DC  20006

Knight Execution Partners LLC
111 W Jackson Boulevard
10th Floor
Chicago, IL  60604-3589

LaGuardia Corporate Center
Associates
6800 Jericho Turnpike
Syosett, NY  11791

LakeView Technology
2301 W 22nd Street
Suite 206
Oak Brook, IL  60523

Lava Trading Inc.
95 Morton Street
New York, NY  10014

Lavaflow Inc.
388 Greenwich Street
New York, NY  10013

Lewco Securities Corp
34 Exchange Place
Jersey City, NJ  07302

Lexis Nexis
P.O. Box 7247-7090
Philadelphia, PA  18170-7090

Liquidnet Holdings, Inc.
498 Seventh Avenue
12th Floor
New York, NY  10018

Littler Mendelson  
900 Third Avenue  
New York, NY 10022-3298

Lucent Technologies  
666 5th Avenue  
New York, NY 10103

Market Guide, Inc.  
2001 Marcus Avenue  
Lake Success, NY 11042

Market Systems, Inc.  
2464 North Orchard Street  
Chicago, IL 60614

Market XT  
100 Broadway  
New York, NY 10005-1902

Marsh USA  
111 S.W. Columbia  
Suite 500  
Portland, OR 97201

Matco Service Corp  
584 Mineola Avenue  
Carle Place, NY 11514

MathWorks  
3 Apple Hill Drive  
Natick, MA 01760-2098

Matrix Mechanical Corp.  
47-15 35th Street  
LIC, NY 11101

Mellon Invest Data Corporation  
161 William Street  
New York, NY 10038

Merrill Lynch  
440 S. LaSalle Street  
Suite 2500  
Chicago, IL 60693

MGE UPS Systems, Inc.  
2643 Collections Center Drive  
Chicago, IL 60693

Microbank  
80 Broad Street  
7th Floor  
New York, NY 10004

Microsoft  
One Microsoft Way  
Redmond, WA 98052

Mid-Com, Inc.  
377 Route 17 South  
Hasbrouck Heights, NJ 07604

Morgan Stanley & Co. Inc.  
One Pierrepont Plaza  
Brooklyn, NY 11201

MSLI, GP  
6100 Neil Road  
Reno, NV 89511-1137

Muriel Siebert & Co., Inc.  
885 Third Avenue  
17th Floor  
New York, NY 10022

Nasdaq  
9513 Kew West Avenue  
RockvilleMD 20850

Nasdaq Tools, Inc.  
15 Exchange Place  
Suite 320  
Jersey City, NJ 07302-3906

National Association of Securities Dealers, Inc.  
1735 K Street NW  
Washington, DC 20006-1500

National Financial Services LLC  
200 Seaport Blvd  
Z2H  
Boston, MA 02210

National Stock Exchange  
101 Hudson Street  
Suite 1200  
Jersey City, NJ 07302

Network Associates, Inc.  
3965 Freedom Circle  
Santa Clara, CA 95054-0963

Network Solutions  
505 Huntmar Park Drive  
Herndon, VA 20170

NewCourt Communications Finance Corporations/Lucent Technologies Inc.  
2 Gatehall Drive  
Parsippany, NJ 07054

NewsWare Inc.  
56 Pine Street  
New York, NY 10005

NY Fix Millennium LLC  
100 Wall Street  
New York, NY 10005

NYSE  
11 Wall Street  
17th Floor  
New York, NY 10005

NYSE Transact Tools Inc.  
2 Metrotech Center  
Brooklyn, NY 11201

| | | |
|---|---|---|
| OES<br>194 Nassau Street<br>Princeton, NJ 08542 | Options Price Reporting Authority<br>400 South Lasalle Street<br>Chicago, IL 60605 | Oracle<br>P.O. Box 71028<br>Chicago, IL 60694-1028 |
| Oscar Gruss and Son Incorporated<br>292 Madison Avenue<br>14th Floor<br>New York, NY 10017 | Passport Advantage (IBM Lotus)<br>P.O. Box 643600<br>Pittsburgh, PA 15264-3600 | Penson Financial Services<br>1700 Pacific Avenue<br>Suite 1400<br>Dallas, TX 75201 |
| Pitney Bowes<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | PricewaterhouseCoopers LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | Productive Online<br>510 First Avenue North<br>Suite 310<br>Minneapolis, MN 55403 |
| Radianz Americas Inc.<br>Dept. CH 19227<br>Palestine, IL 60055-9227 | Reuters America Inc.<br>1700 Broadway<br>New York, NY 10019 | RIM Securities LLC<br>570 Lexington Avenue<br>New York, NY 10022 |
| Royalblue Financial Corporation<br>17 State Street<br>New York, NY 10004-1501 | S.A.C. Capital Management, L.P.<br>520 Madison Avenue<br>7th Floor<br>New York, NY 10022 | S3 Matching Technologies, LP<br>9433 FM 2244<br>Building 1, Suite 200<br>Austin, TX 78733 |
| Salomon Smith Barney<br>390 Greenwich Street<br>New York, NY 10013 | Salomon Smith Barney<br>388 Greenwich Street<br>New York, NY 10013 | SAVVIS Communications Corporation<br>1 SAVVIS Parkway<br>Town & Country, MO 63017 |
| Schwab Enterprise LLC<br>1114 Avenue of the Americas<br>24th Floor<br>New YorkNY 10036 | SL Data Services, Inc.<br>529 Fifth Avenue<br>14th Floor<br>New York, NY 10017 | Spear, Leeds and Kellogg<br>120 Broadway<br>New York, NY 10271 |
| Spectrum Mini-Storage<br>160 John Street<br>Brooklyn, NY 11201 | Sprint Communications<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 | Standard & Poors<br>55 Water Street<br>New York, NY 10041 |
| Stratus Computer, Inc.<br>55 Fairbanks Boulevard<br>Malborough, MA 1752 | Stratus Technologies<br>U.S. Operations<br>111 Powdermill Road<br>Maynard, MA 01754-3409 | StreetAccount<br>110 Buffalo Way<br>PO Box 13453<br>Jackson, WY 83002 |
| Sun Microsystems, Inc.<br>901 San Antonio Road<br>Palo Alto, CA 94303 | SunGard<br>680 East Swedesford Rd<br>Wayne, PA 19087 | SunGard ePI<br>70 South Orange Ave.<br>Livingston, NJ 7039 |

| | | |
|---|---|---|
| SunGard Trading Systems<br>1008 Virgil Avenue<br>Ridgefield, NJ  7657 | Swaps Monitor<br>401 Broadway<br>Suite 610<br>New York, NY  10013 | Talarian<br>333 Distel Circle<br>Los Altos, CA  94022-1404 |
| TD Waterhouse Investor Services, Inc.<br>100 Wall Street<br>New York, NY  10005 | TelAlert<br>12670 High Bluff Drive<br>San Diego, CA  92130 | TheStreet.com<br>2 Rector Street<br>14th Floor<br>New York, NY  10006 |
| | | TIBCO<br>3305 Hillview Ave<br>Palo Alto, CA  94304 |
| TIBCO<br>3305 Hillview Ave<br>Palo Alto, CA  94304 | Toronto Stock Exchange<br>The Exchange Tower<br>2 First Canadian Place<br>Toronto, ONTARIO  M5X 1J2 | Traders Magazine<br>40 W. 57th Street<br>11th Floor<br>New York, NY  10019 |
| Tradeware Global LLC<br>40 Wall Street<br>36th Floor<br>New York, NY  10005 | Transaction Auditing Group (TAG)<br>24 Woodbine Ave.,<br>Second Floor<br>Northport, NY  11768-2910 | Transaction Network Services<br>1939 Roland Clarke Place<br>Reston, VA  22091 |
| Trans-Lux Corp.<br>110 Richards Avenue<br>Norwalk, CT  06856-5090 | Tumbleweed Communications Corp.<br>700 Saginaw Drive<br>Redwood City, CA  94063 | Universal Safe Deposit Corp.<br>420 Lexington Ave<br>New York, NY  10017 |
| USAA<br>9800 Fredericksburg Road<br>San AntonioTX  78288 | Vanguard Marketing Corporation<br>100 Vanguard Blvd.<br>Malvern, PA  19355 | Venali<br>One Columbus Center<br>One Alhambra Plaza, Suite 800<br>Coral Gables, FL  33134 |
| Veramark Technologies<br>3750 Monroe Avenue<br>Pittsford, NY  14534 | Verisign Site Services Pro<br>3 East 54th Street<br>Suite 1100<br>New York, NY  10022 | Veritas Software<br>1600 Plymouth Street<br>Mountain View, CA  94043 |
| Verizon<br>Verizon Wireless Bankruptcy Administration<br>P.O.Box 3397<br>Bloomington, IL  61702 | Wall Street Source<br>26 West 17th Street<br>3rd Floor<br>New York, NY  10011 | Wedbush Morgan Securities<br>1000 Wilshire Boulevard<br>Suite 830<br>Los Angeles, CA  90017 |

Wells Fargo Investments LLC
420 Montgomery Street
San Francisco, CA  94104

William Blair & Company LLC
222 West Adams Street
Chicago, IL  60606

ADP
400 Covina Boulevard
San Dimas, CA 91773-2976

Broadridge Securities Processing
Solutions
2 Journal Square Plaza
Jersey City, NJ 07306-0817

Executive Charge, Inc.
1440 39th Street
Brooklyn, NY 11218

Advanta
PO box 8088
Philadelphia, PA 19101-8088

Central Parking System
211 East 53rd Street
New York, NY 10022

ExxonMobil
Processing Center
Des Moines, IA 50361-0001

AT&T
PO Box 13146
Newark, NJ 07101-5646

Chubb Group of Insurance
Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Consolidated Edison Company of
NY
JAF Station
PO Box 1702
New York, NY 10116-1702

Finra
PO Box 7777-W5050
Philadelphia, PA 19175-5050

AT&T
PO Box 78152
Phoenix, AZ 85062-8152

Corporate Coffee Systems
745 Summa Ave.
Westbury, NY 11590

Guardian Service
Industries, Inc
88005 Expedite Way
Chicago, IL 60695-0005

AT&T
PO Box 13148
Newark, NJ 07101-5648

De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601

Interactive Data
PO Box 98616
Chicago, IL 60693

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Deer Park Direct
6661 Dixie Hwy
Suite 4
Louisville, KY 40258

MCI
MCI Comm Service
27732 Network Pl
Chicago, IL 60673-1277

AT&T Mobility
PO Box 538695
Atlanta, GA 30353-8695

DirectTV
PO Box 11732
Newark, NJ 07101-4732

Mercedes-Benz Financial
PO Box 900180
Louisville, KY 40290-1680

Avant Business Services
PO Box 5952
New York, NY 10163-5952

Bloomberg Finance LP
PO Box 30244
Hartford, CT 06150-0244

MicroMem International, Inc.
One West 34th Street
Suite 1202
New York, NY 10001

NBL National Benefit Life
Insurance Company
PO Box 7247-8844
Philadelphia, PA 19170-8844

Options Price Reporting Authority
PO Box 95718
Chicago, IL 60694-5718

Pax Wholesome Foods
906 3rd Avenue
New York, NY 10022

Perriwater Ltd
960 First Avenue
New York, NY 10022

Progressive Business Publications
370 Technology Drive
Malvern, PA 19355

Reuters Transaction Services LLC
PO Box 2003
Carol Stream, IL 60132-2003

Ecco Business Systems
60 West 38th Street
4th Floor
New York, NY 10018

EMC Corporation
176 South Street
Hopkinton, MA 01748-1000

Snow Becker Krauss PC
605 3rd Avenue
New York, NY 10158-0125

Sprint
PO Box 8077
London, KY 40742

Sungard Securities Finance LLC
15558 Collections Center Drive
Chicago, IL 60693

Susan Blumenfeld Interiors, Ltd
300 Robbins Lane
Syosset, NY 11791

Thomson Financial LLC
195 Broadway
7th Floor
New York, NY 10007

Unum
The Paul Revere Life Insurance
Company
PO box 740590
Atlanta, GA 30374-0590

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Meritain Health
PO Box 8000
Department 207
Buffalo, NY 14267

Metropolitan 885 Third
Ave LLC
In Trust for Royal Bank of
CN
PO Box 415157

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon
PO Box 4820
Trenton, NJ 08650-4820

Verizon
PO Box 4833
Trenton, NJ 08650-4833

41-38 39th Street
41-41 38th Street
Long Island City, NY,
11101

Verizon
PO Box 1100
Albany, NY 12250-0001

Verizon Wireless
PO Box 17120
Tucson, AZ 85731-7120

Yeshiva University
Department of
Advancement Services
500 West 185th Street
New York, NY 10033-

Rudy's Limousine
85 Old Long Ridge road
Stamford, CT 6903

UTOG 2 Way Radio, Inc.
25-20 39th Avenue
Long Island City, NY 11101-3616

Shell Card Center
PO Box 689151
Des Moines, IA 50368-9151

V.Santini
27 South 6th Avenue
Mt. Vernon, NY 10550

Sherry-Lehmann
505 Park Avenue
New York, NY 10022

Valera Global Inc.
53-02 11th Street
Long Island City, NY 11101