UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>     Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>     Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

### STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, NTC & Co. by Joel Busel, in support of his Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this 27th day of May, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service:

Certified Mail, Return Receipt Requested to:
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Regular Mail to:
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

*Joel Busel*

Joel Busel
NTC & Co.
Creditor
1400 South Ocean boulevard, Apt. 1506
Boca Raton, Florida 33434
(561) 392-7460

1080205.1