| | |
|---|---|
| SECURITIES INVESTOR PROTECTION<br>  CORPORATION<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, DC 20005-2207<br>Telephone: (202) 371-8300<br>JOSEPHINE WANG<br>General Counsel<br>Email: jwang@sipc.org<br>KEVIN H. BELL<br>Senior Associate General Counsel<br> For Dispute Resolution<br>Email: kbell@sipc.org | Hearing Date: June 2, 2009<br>Hearing Time: 10:00 a.m.<br>Objection Deadline: May 28, 2009 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

SECURITIES INVESTOR PROTECTION )    Adv. Pro. No. 08-1789 (BRL)
  CORPORATION,                                  )
                Plaintiff-Applicant,   )    SIPA Liquidation
       v.                                              )
BERNARD L. MADOFF INVESTMENT       )
  SECURITIES LLC,                             )
                Defendant.              )
_____)

**OBJECTION OF SECURITIES INVESTOR PROTECTION CORPORATION**
**TO MOTION OF ADE O. OGUNJOBI AND TOKS, INC., et al.,**
**FOR INTERVENTION PURSUANT TO FED.R.CIV.P.24**

       In the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"),[1] the Securities Investor

Protection Corporation ("SIPC") is a party to all matters arising therein pursuant to SIPA section

78eee(d). SIPC submits this objection to the motion ("Motion") of Ade O. Agunjobi ("Ogunjobi"),

---

[1] For convenience, subsequent references to SIPA shall omit "15 U.S.C."

Toks, Inc. ("Toks") and Wholly-Owned Subsidiaries (collectively with Ogunjobi and Toks, the "Movants") to intervene in this SIPA Proceeding pursuant to Federal Rule of Civil Procedure 24(a) and (b).

Irving H. Picard, trustee ("Trustee") for the liquidation of BLMIS, by his counsel Baker & Hostetler LLP, has submitted his objection to the Motion.[2] In that Objection, the Trustee has recommended that the Motion be denied and has provided extensive legal analysis of the Motion and supplied documentation of at least one previous similar foray by the Movants which had been challenged by the United States Securities and Exchange Commission ("SEC") and enjoined by Court order.

In a "Final Judgment Granting Permanent Injunction and Other Equitable Relief" dated March 24, 2004 ("Injunction Order"), the United States District Court for the District of Columbia permanently enjoined Toks and Ogunjobi from violating sections 5 and 17 of the Securities Act of 1933 relating to registration and anti-fraud provisions, as well as Section 14 of the Securities Exchange Act of 1934 relating to tender offers. A copy of the Injunction Order is attached as Exhibit C to the Trustee's Objection.

SIPC adopts the legal analysis presented in the Trustee's Objection, and respectfully requests that the Court deny the Motion.

---

[2] Objection of Trustee Irving Picard to Motion of Ade O. Ogunjobi and Toks, Inc., et al. For Intervention Pursuant To Fed.R.Civ.P.24, filed on May 20, 2009 ("Trustee's Objection").

DATED: May 28, 2009                                             Respectfully submitted,

                                                                JOSEPHINE WANG
                                                                General Counsel

                                                                  s/Kevin H. Bell
                                                                KEVIN H. BELL
                                                                Senior Associate General Counsel
                                                                 For Dispute Resolution
                                                                SECURITIES INVESTOR
                                                                PROTECTION CORPORATION
                                                                805 Fifteenth Street, N.W. #800
                                                                Washington, DC 20005
                                                                Telephone: (202) 371-8300
                                                                Facsimile: (202) 371-6728
                                                                E-mail: jwang@sipc.org
                                                                E-mail: kbell@sipc.org