| | |
|---|---|
| SECURITIES INVESTOR PROTECTION<br>  CORPORATION<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, DC 20005-2207<br>Telephone: (202) 371-8300<br>JOSEPHINE WANG<br>General Counsel<br>Email: jwang@sipc.org<br>KEVIN H. BELL<br>Senior Associate General Counsel<br>  For Dispute Resolution<br>Email: kbell@sipc.org | Hearing Date: June 2, 2009<br>Hearing Time: 10:00 a.m.<br>Objection Deadline: May 28, 2009 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION<br>CORPORATION,<br><br>       Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

     I, Kevin H. Bell, hereby certify that on May 28, 2009, I caused true and correct copies of the **Objection of Securities Investor Protection Corporation to Motion of Ade O. Ogunjobi and Toks, Inc., et al., for Intervention Pursuant to Fed.R.Civ.P.24**, to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail, prepaid regular U.S. Mail, or prepaid Federal Express to those parties as set forth on the attached Schedule A.

                                              *s/ Kevin H. Bell*_____
                                               KEVIN H. BELL

Schedule A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, Pennsylvania  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC  20044

Ben S. Bernanke
Federal Reserve Board
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551

United States Securities and Exchange Commission
SEC Headquarters
100 F Street, N.E.
Washington, D.C.  20549

Securities Investor Protection Corporation

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

Securities and Exchange Commission

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

United States Attorney for SDNY

Marc Litt-Marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov

<u>Notices of Appearances</u>

Service via Electronic Notification through ECF Filing

<u>Via Federal Express</u>:

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Via U.S. Mail</u>:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Internal Revenue Service
290 Broadway
New York, NY 10007
Attn: Insolvency Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

<u>Via Email</u>:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov