**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# Minutes of Proceedings

_____

Date:   **June 2, 2009**

-----------------------------------------------------------------

**Securities Investor Protection Corporation,**        **Adv. Pro. No. 08-01789 (BRL)**
                                                       **SIPA Liquidation**
            **Plaintiff-Applicant,**
        v.

**Bernard L. Madoff Investment Securities LLC**

            **Defendant.**

---

**Present:   Hon.   Burton R. Lifland        Monica Saenz de Viteri         Mindy Rothman**
                   **Bankruptcy Judge          Courtroom Deputy              Court Reporter**

---

**Proceedings:**

☒ **Ade O. Ogunjobi's, Representative For Toks, Inc., Motion For Intervention**

---

**Orders:**   ☒ **Relief sought in the Motion:**
              ¤ **Granted**    ☒ **Denied**    ¤ **Dismissed**    ¤ **Awarded by Default**
              ¤ **Matter taken under advisement**
              ¤ **Formal order or Judgment to enter**
              ¤ **Confirmation/modification of plan**    ¤ **granted**    ¤ **denied**
              ☒ **As per the record of the hearing held on June 2, 2009, the Motion is hereby denied to the extent set forth therein**

              **It is So Ordered.**

---

**BY THE COURT**                              **FOR THE COURT:** Vito Genna, Clerk

 /s/ Burton R. Lifland            **June 2, 2009**       **By: /s/ Monica Saenz de Viteri**
**United States Bankruptcy Judge        Date                    Deputy Clerk**