MILBERG LLP
Matthew Gluck
Jonathan M. Landers
Brad M. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza, 48th Floor
New York, New York 10119
Phone: (212) 594-5300
Fax: (212) 868-1229

SEEGER WEISS LLP
Christopher A. Seeger
Stephen A. Weiss
One William Street
New York, New York
Phone: (212) 584-0700
Fax: (212) 584-0799

*Counsel for the Unofficial Committee of Certain Claim Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| Plaintiff, | SIPA Liquidation |
| vs. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Matthew Gluck, certify that on the 4th day of June 2009, I caused a true and correct copy of the foregoing UNOFFICIAL COMMITTEE'S RESPONSE TO (1) EXPEDITED PETITION FOR RECOGNITION OF A FOREIGN PROCEEDING AND FOR

COMMENCEMENT OF A CHAPTER 15 ANCILLARY CASE IN AID OF A FOREIGN MAIN PROCEEDING [DKT. NO. 201] AND (2) MOTION FOR ENTRY OF ORDER APPROVING PROTOCOLS [DKT. NO. 232] to be filed and served on the parties to this action via electronic filing and served via email on:

    Charles Spada, Esq. (counsel for Peter Madoff) - cspada@lswlaw.com

    Jeannie R. Rubin, Esq. (counsel for Peter Madoff) - rrubin@lswlaw.com

    s/ Matthew Gluck