UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | GOVERNMENT'S NOTICE OF INTENT TO SEEK FORFEITURE OF CERTAIN ASSETS |
| - v. - | : | |
| | : | |
| BERNARD L. MADOFF, | : | 09 Cr. 213 (DC) |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In accordance with its letter pursuant to *United States v. Pimentel*, 932 F.2d 1029, 1034 (2d Cir. 1991), the Government gives notice that the property subject to forfeiture as a result of the offenses charged in Counts One, Three through Seven, and Eleven of the Information, as alleged in the Forfeiture Allegations with respect to the said Counts, includes, but is not limited to, all right, title and interest of the defendant in the following:

1. All shares of stock held in the name of Bernard L. Madoff and/or Ruth Madoff in 133 East 64th Street Corporation, a cooperative housing corporation, and the proprietary lease for the real property and appurtenances, improvements and fixtures known as and located at 133 East 64th Street, Apartments 11 and 12A (also known as "Apartment 11-A/PH," also known as "Apartment 12A"), New York, New York, 11954, and all insured and readily salable personal property contained therein;

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements known as 216 Old Montauk Highway, Montauk, New York, 11954, and all insured and readily salable personal property contained therein;

3. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements known as 410 North Lake Way, Palm Beach, Florida, 33480, and all insured and readily salable personal property contained therein;

4. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements known as Chateau des Pins Villa 2, 279 Chemin de la Garoupe, Cap d'Antibes, France, 06600, and all insured and readily salable personal property contained therein;

5. One Leopard 23M Sport Yacht known as *Bull*, Hull No. 27, HIN IT ARNA 2327 K 202, approximately 23 meters long, 5.35 meters wide and 1.5 meters draft, and registered in the name of Yacht Bull Corp., George Town, Grand Cayman, Cayman Islands, Docked in Mooring No. 25, Port Gallice, Pointe du Crouton, Boulevard Baudoin, 06160, Juan-les-Pins, Cap d'Antibes, France;

6. Any and all interest held in the name of Yacht Bull Corp., George Town, Grand Cayman, Cayman Islands, in Mooring Number 25, Port Gallice, Pointe du Crouton, Boulevard Baudoin, 06160, Juan-les-Pins, Cap d'Antibes, France;

7. One 40 foot Shelter Island Runabout sport fishing boat known as "Sitting Bull," Hull No. 33, purchased on or about July 23, 2003 in the name of Ruth Madoff, for approximately $430,812;

8. One 1969 Rybovich 56 foot sport fishing boat, USCG #522159, call sign WY7449, Hull No. 71, owned in the name of Ruth Madoff;

9. One 25 foot Pathfinder boat known as "Little Bull," and trailer, owned in the name of Ruth Madoff;

10. One 2007 BMW 530i, vehicle identification number WBANB53547CP06964, Florida registration number W426DY;

11. One 1999 Mercedes Benz CLK Class, vehicle identification number WDBLK65G9XT012137, Florida registration number K556WB;

12. One 2004 Volkswagen Touareg, vehicle identification number WVGEM77L34D077975, New York registration number CYC6394;

13. One 2001 Mercedes Benz E Class, vehicle identification number WDBJH82J71X043517, New York registration number BAR8009;

14. One Steinway piano owned in the name of Ruth Madoff and located at 133 East 64th Street, Apartment 12A, New York, New York (valued at approximately $39,000);

15. Silverware set owned in the name of Ruth Madoff and located at 133 East 64th Street, Apartment 12A, New York, New York (valued at approximately $65,000);

16. All funds on deposit in any and all accounts at Wachovia Bank, N.A., including but not limited to Account No. 1010146337325 in the name of Ruth Madoff, and any accounts to which said funds have been transferred, and all funds traceable thereto (approximately $17,010,000);

17. Any and all interest in COHMAD Securities Corporation, 885 Third Avenue, New York, New York, 10022, held in the name of Bernard Madoff, and all property traceable thereto; and

18. Any and all securities, funds and other property in Account No. 126-01070 in the name of Ruth Madoff at COHMAD Securities Corp., 885 Third Avenue, New York, New York, 10022, including but not limited to, municipal bonds valued at approximately $45,000,000, and all property traceable thereto.

Dated:  New York, New York
        March 15, 2009

                              Respectfully submitted,

                              LEV L. DASSIN
                              Acting United States Attorney


                        By:        /s/
                              Barbara A. Ward
                              Sharon E. Frase
                              Assistant United States Attorneys
                              Telephone: (212) 637-1048/2329