UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | GOVERNMENT'S SECOND NOTICE OF INTENT TO SEEK FORFEITURE OF CERTAIN ASSETS |
| - v. - : | |
| : | |
| BERNARD L. MADOFF, : | 09 Cr. 213 (DC) |
| Defendant. : | |
| : | |

---------------------------------- x

In accordance with its letter pursuant to *United States* v. *Pimentel*, 932 F.2d 1029, 1034 (2d Cir. 1991), the Government gives further notice that the property subject to forfeiture as a result of the offenses charged in Counts One, Three through Seven, and Eleven of the Information, as alleged in the Forfeiture Allegations with respect to the said Counts, includes, but is not limited to, all right, title and interest of the defendant in the following:

1. Any and all ownership interest held in the name of Ruth Madoff and/or Bernard Madoff in the following entities, and/or their subsidiaries, affiliates and joint ventures:

    a. Sterling Equity Partners;

    b. Sterling American Property III LP;

    c. Sterling American Property IV LP;

    d. Sterling American Property V LP;

    e. Sterling Acquisitions LLC;

    f. US SBA Receiver for Sterling LLC;

    g. Realty Associates Madoff II;

    h.    Hoboken Radiology LLC;

    i.    Delivery Concepts LLC;

    j.    The Clarke's Group LLC;

    k.    PJ Clarke's on the Hudson LLC;

    l.    FINARF Germantown LLC;

    m.    Delta Ventures (Israel) and/or Delta Fund 1 LP;

    n.    Viager II LLC;

    o.    Bacar LP;

    p.    4th and Forty LLC;

    q.    Duhl & Mayer et al.;

    r.    Laguardia Corporate Center Association LLC;

    s.    W.D.I. LLC; and

    t.    Madoff La Brea LLC.

2. Any and all promissory notes executed by Andrew Madoff and/or Mark Madoff, as borrowers, in favor of Bernard L. Madoff and/or Ruth Madoff, as lender(s) and/or assignee(s), including but not limited to the following:

    a.    An October 6, 2008 unsecured promissory note for $4,300,000.00, executed by Andrew Madoff in favor of Bernard L. Madoff, due September 30, 2012;

    b.    A September 21, 2008 unsecured promissory note for $250,000.00, executed by Andrew Madoff in favor of Bernard L. Madoff, due August 31, 2012;

    c.    A December 31, 2005 unsecured promissory note for $5,000,000, executed by Mark Madoff in favor of Bernard L. Madoff, due December 31, 2010;

    d.    A June 17, 2005 unsecured promissory note for $6,000,000.00, executed by Mark Madoff in favor of Bernard L. Madoff, due May 31, 2010;

  e. A March 1, 2004, unsecured promissory note for $6,000,000.00, executed by Mark Madoff in favor of Bernard L. Madoff, due May 31, 2010;

  f. A December 31, 2005 unsecured promissory note for $5,000,000.00, executed by Andrew Madoff in favor of Bernard L. Madoff, due December 31, 2010; and

  g. A December 31, 2005 unsecured promissory note for $5,000,000.00, dated December 31, 2001, executed by Mark Madoff in favor of Bernard L. Madoff, due December 31, 2010.

3. Various pieces of jewelry owned or held in the name of Ruth Madoff valued at approximately $2,624,340;

4. Approximately 35 sets of watches and cufflinks owned by Bernard Madoff, currently in the custody of Dickstein Shapiro LLC.

Dated: New York, New York
    March 17, 2009

         Respectfully submitted,

         LEV L. DASSIN
         Acting United States Attorney

      By:  /s/
         Barbara A. Ward
         Sharon E. Frase
         Assistant United States Attorneys
         Telephone: (212) 637-1048/2329