WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee*
*For the Estate of Bernard L. Madoff*
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000

Attorneys appearing:
Howard L. Simon (hsimon@windeslmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

 v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------x

Adv. Proc. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE BY ECF FILING, E-MAIL AND REGULAR MAIL**

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF NEW YORK  )

      Tracy Heston, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 100019. On June 4, 2009 I served true copies of the *Limited Objection Of Alan Nisselson, Chapter 7 Trustee Of The Estate Of Bernard L. Madoff To The Joint Provisional Liquidators' Petition For Recognition Of Foreign Proceeding And For Commencement Of Chapter 15 Ancillary Case In Aid Of Foreign Main Proceeding* upon the interested parties who receive electronic service through ECF, by e-mailing the interested parties true and correct copies via electronic transmission to the e-mail addresses designated for delivery

{10512953:1}

and/or by placing true and correct copies thereof in sealed packages for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
June 4, 2009

/s/ Tracy Heston
Tracy Heston

Sworn to before me this
4th day of June 2009

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009

Schedule A

Internal Revenue Service
District Director
290 Broadway
New York, NY  10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC  20044

**Counsel to the JPL**

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
eric.lewis@baachrobinson.com

**Securities Investor Protection Corporation:**

Kevin Bell - kbell@sipc.org
Joseph Wang - jwang@sipc.org

**Securities and Exchange Commission:**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY:**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler – Natalie.kuehler@usdoj.gov