WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee*
*For the Estate of Bernard L. Madoff*
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000

Attorneys appearing:
Howard L. Simon (hsimon@windeslmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Proc. No. 08-01789 (BRL) <br><br> **AFFIDAVIT OF SERVICE BY ECF FILING, E-MAIL AND REGULAR MAIL** |

-----------------------------------------------------x

STATE OF NEW YORK       )
                                          ) SS.:
COUNTY OF NEW YORK   )

      Tracy Heston, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 100019.  On June 4, 2009 I served true copies of the *Response Of Alan Nisselson, Chapter 7 Trustee Of Bernard L. Madoff, To The Joint Motion Of SIPC And The SIPA Trustee For Entry Of Order Substantively Consolidating The Estate Of Bernard L. Madoff And The SIPA Liquidation Proceeding Of Bernard L. Madoff Investment Securities LLC* upon the interested parties who receive electronic service through ECF, by e-mailing the interested parties true and correct copies via electronic transmission to the e-mail addresses

{10513033:1}

designated for delivery and/or by placing true and correct copies thereof in sealed packages for

regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
June 4, 2009

/s/ Tracy Heston
Tracy Heston


Sworn to before me this
4th day of June 2009

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2009

{10513033:1}    2

Schedule A

Internal Revenue Service
District Director
290 Broadway
New York, NY  10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC  20044

**Attorneys for Iving H. Picard, Trustee for The SIPA Liquidation**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
   Attention:    David J. Sheehan, Esq.
                 Marc Hirschfield, Esq.
                 Seanna R. Brown, Esq.

**Office Of The United States Trustee:**

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

**Counsel to Debtor:**

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY  10036-2714

**Creditors:**

Jonathan M. Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY  10019

Matthew Gluck, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY  10019

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY  10004

**Counsel to Debtor:**

Brian Edward Goldberg
Dickstein Shapiro LLP
goldbergb@dicksteinshapiro.com


**Securities Investor Protection Corporation:**

Kevin Bell - kbell@sipc.org
Joseph Wang - jwang@sipc.org

**Securities and Exchange Commission:**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY:**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov