UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,
    Plaintiff,
 v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
    Defendant/Debtor.

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## STATEMENT REGARDING PROOFS OF CLAIM

Comes now, the Creditor, Donald A. Benjamin, in support of his Proof of Claim and states as follows:

1. The Creditor had/has two client accounts with the Debtor.

2. The Creditor has filed claims with the Trustee through SIPC.

I hereby certify that on this 5 day of JUNE, 2009 a copy of this statement and the related Proofs of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

Donald A. Benjamin
Creditor
152 Darters Lane
Manhasset, NY 11030
516-484-2779

1081721.1