BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff,<br><br>                 v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON JUNE 9, 2009 AT 10:00 A.M.

### UNCONTESTED MATTERS

1.      Notice of Hearing/Notice of Joint Motion For Entry of Order Substantively Consolidating the Estate of Bernard L. Madoff Into the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: May 5, 2009 ] (Docket No. 195)

Related Documents:

    A.      Memorandum of Law in Support of Joint Motion For Entry of Order Substantively Consolidating the Estate of Bernard L. Madoff Into the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC   [Filed: May 5, 2009] (Docket No. 196)

    B.      Affidavit of Michael Slatterly, Jr. In Support of Joint Motion of Trustee and Securities Investor Protection Corporation For an Order Substantively

095879, 300013019

Consolidating the Estate of Bernard L. Madoff With the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: May 5, 2009] (Docket No. 197)

C.      Certificate of Service of Notice and Motion, Memorandum of Law and Affidavit of Michael Slattery, Jr. In Support of Joint Motion of Trustee And Securities Investor Protection Corporation For an Order Substantively Consolidating the Estate of Bernard L. Madoff With the SIPA Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: May 6, 2009] (Docket No. 198)

D.      Notice of Adjournment of Hearing /Notice of Adjournment of Joint Motion For Entry of Order Substantively Consolidating The Estate of Bernard L. Madoff Into The SIPA Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: May 15, 2009] (Docket No. 208)

E.      Notice of Adjournment of Hearing /Notice of Adjournment of Joint Motion For Entry of Order Substantively Consolidating The Estate of Bernard L. Madoff Into the SIPA Proceeding Of Bernard L. Madoff Investment Securities LLC  [Filed: May 22, 2009] (Docket No. 215)

F.      Response of Alan Nisselson, Chapter 7 Trustee of Bernard L. Madoff, to the Joint Motion of SIPC and SIPA Trustee for Entry of Order Substantively Consolidating the Estate of Bernard L. Madoff and the SIPA Liquidation Proceeding of Bernard L. Madoff Investment Securities LLC  [Filed: June 4, 2009] (Docket No. 238)

Objection Deadline:          June 4, 2009

Objections Filed:            None

Status:                      This matter is going forward.

2.      Motion to Approve Motion For Entry of Order Pursuant To Sections 1526, 1527 and 105(a) of the Bankruptcy Code Approving Protocols By and Between the Trustee and The Joint Provisional Liquidators of Madoff Securities International Limited   [Filed: May 29, 2009] (Docket No. 232)

Objections Filed:            None

Objection Deadline:          June 4, 2009

Status:                      This matter is going forward.

## CONTESTED MATTERS

3.      Notice of Hearing on the confirmation of the April 14, 2009 Order of the United States Bankruptcy Court for the Southern District of Florida [Filed: May 6, 2009] (Docket No. 200)

Related Documents:

A.      Amended Notice of Hearing on the recognition of a foreign proceeding as a foreign main proceeding [Filed: May 7, 2009] (Docket No. 201)

B.      Order signed April 14, 2009 Granting Joint Provisional Liquidators' Expedited Petition For Recognition of Foreign Proceeding and for Commencement of Chapter 15 Ancillary Case in Aid of Foreign Main Proceeding [Filed: April 14, 2009] (Docket No. 13) – *Filed in Case No. 09-16751 (PGH), Southern District of Florida*

C.      Notice of Adjournment of Hearing Concerning the Recognition of a Foreign Proceeding as a Foreign Main Proceeding  [Filed:  May 22, 2009] (Docket No. 218)

Objection Deadline:          June 4, 2009

Objections/Responses Filed:

A.      Unofficial Committees Response To (1) Expedited Petition For Recognition Of A Foreign Proceeding And For Commencement Of A Chapter 15 Ancillary Case In Aid Of A Foreign Main Proceeding And (2) Motion For Entry Of Order Approving Protocols [Filed:  June 4, 2009] (Docket No. 235)

B.      Limited Objection of Alan Nisselson, Chapter 7 Trustee of the Estate of Bernard L. Madoff, to the Joint Provisional Liquidators' Petition for Recognition of Foreign Proceeding and for Commencement of Chapter 15 Ancillary Case in Aid of Foreign Main Proceeding  [Filed: June 4, 2009] (Docket No. 237)

C.      Response to Motion Response of Trustee Irving H. Picard to Joint Provisional Liquidators' Expedited Petition for Recognition of Madoff Securities International Limited Foreign Proceeding  [Filed:  June 4, 2009] (Docket No. 236)

Status:                      This matter is going forward.

Dated: New York, New York
       June 5, 2009

Respectfully submitted,

*s/ Marc Hirschfield*

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*