Eric L. Lewis, Esq. (EL 0038)
Email: eric.lewis@baachrobinson.com
H. Bradford Glassman, Esq.
Email: bradford.glassman@baachrobinson.com
BAACH ROBINSON & LEWIS PLLC
1201 F Street, N.W., Suite 500
Washington D.C. 20004
Tel: 202-833-8900
Fax: 202-466-5738

*Counsel for the Joint Provisional Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | |
| Madoff Securities International Limited, ) | Case No. 09-12998 (BRL) |
| ) | |
| ) | Chapter 15 |
| Debtor in a Foreign Proceeding ) | |
| ) | |
| ) | |
| SECURITIES INVESTOR PROTECTION ) | |
| CORPORATION, ) | Adv. Pro. No. 08-01789 (BRL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SIPA Liquidation |
| ) | |
| BERNARD L. MADOFF INVESTMENT ) | |
| SECURITIES LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| STEPHEN JOHN AKERS, ) | |
| MARK RICHARD BYERS, ) | Adv. Pro. No. 09-1186 (BRL) |
| ANDREW LAURENCE HOSKING, ) | |
| Joint Provisional Liquidators of ) | |
| Madoff Securities International ) | |
| Limited ) | |
| ) | |
| ) | |

Plaintiffs,                                    )
                                               )
v.                                             )
                                               )
PETER B. MADOFF,                               )
                                               )
Defendant.                                     )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2009, I caused true copies of the **Joint Provisional Liquidators' Reply to the June 4, 2009 Submissions Concerning The Joint Provisional Liquidators' Petition for Recognition Under Chapter 15 of the Bankruptcy Code** to be served upon the interested parties who receive electronic service through ECF and additionally by emailing true and correct copies via electronic transmission to those parties as set forth on the attached Schedule A.

Dated:  June 8, 2009                    Respectfully submitted,
        Washington D.C.
                                        BAACH ROBINSON & LEWIS PLLC

                                        /s/ Eric L. Lewis
                                        _____
                                        Eric L. Lewis, Esq. (EL 0038)
                                        H. Bradford Glassman, Esq.
                                        1201 F Street N.W., Suite 500
                                        Washington D.C.  20004
                                        Telephone:  (202) 833-8900
                                        Facsimile:   (202) 466-5738

                                        *Counsel for the Joint Provisional*
                                        *Liquidators*

## **Schedule A**

Charles Spada, Esq. (counsel for Peter Madoff) – cspada@lswlaw.com

Jeannie R. Rubin, Esq. (counsel for Peter Madoff) – rrubin@lswlaw.com