David J. Sheehan
Seanna R. Brown
**BAKER & HOSTETLER, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Presentment Date: June 15 2009
Time: 12:00 p.m.

Objections Due: June 15, 2009
Time: 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

      Debtor.
------------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION FOR AN**
**ORDER APPROVING THE RETENTION OF SCHIFFERLI VAFDAR SIVILOTTI**
<u>**AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF MAY 29, 2009**</u>

**PLEASE TAKE NOTICE** that upon the motion of Irving H. Picard as trustee (the

"Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC,

for authority to retain Schifferli Vafadar Sivilotti as special counsel *nunc pro tunc* as of May 29,

2009, the undersigned will present the proposed order (the "Order") submitted herewith to the

Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **June 15, 2009, at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, so as to be received no later than **10:00 a.m. on June 15, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

Dated: New York, New York
June 9, 2009

By:    /s/David J. Sheehan
David J. Sheehan
Seanna R. Brown
**Baker & Hostetler, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC*