UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
SCHIFFERLI VAFADAR SIVILOTTI
AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF MAY 29, 2009**

The cause having come before the Court upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain Schifferli Vafadar Sivilotti as special counsel *nunc pro tunc* as of May 29, 2009, due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified Schifferli Vafadar Sivilotti as special counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    Notice of the Motion to those persons and entities who have requested notice of all matters in this case shall be sufficient.

3.    The Court finds that Schifferli Vafadar Sivilotti is hereby deemed disinterested

under 15 U.S.C. § 78eee(b)(6)(B).

4. The Trustee is authorized to retain Schifferli Vafadar Sivilotti as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of May 29, 2009.


Dated: New York, NY
       June ____, 2009

                                        _____
                                        HONORABLE  BURTON R. LIFLAND
                                        UNITED STATES BANKRUPTCY JUDGE

2