BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Seanna R. Brown, Esq.
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                      Adv. Pro. No. 08-01789 (BRL)

       Plaintiff-Applicant,
                                                                               SIPA Liquidation
       v.
                                                                               (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
----------------------------------------------------------x
In re:

BERNARD L. MADOFF,

       Debtor.
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2009, I served true copies of the

- **Notice of Presentment of Trustee's Motion For an Order Approving The Retention of Schifferli Vafdar Sivilotti as Special Counsel *Nunc Pro Tunc* as of May 29, 2009; and**

- **Trustee's Motion For an Order Approving The Retention of Schifferli Vafadar Sivilotti as Special Counsel *Nunc Pro Tunc* as of May 29, 2009 (with**

095879, 300014582

**Exhibits attached)**

upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      June 9, 2009                                            s/Nikki M. Landrio
                                                                            NIKKI M. LANDRIO

095879, 300014582

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019


**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

3

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**

Service via Electronic Notification through ECF Filing