UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>     Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>     Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Realty Negotiators Inc Defined Benefit Pension Plan by David Abel, in support of his Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this _9_ day of _JUNE_, 2009 a copy of this statement and the related Proof of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

| | |
|---|---|
| 2100 McKinney Avenue, Suite 800<br>Dallas, TX 75201 | Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 20005-2215 |

_/s/ David Abel_
Realty Negotiators Inc. Defined Benefit
Pension Plan by David Abel
Creditor
30 Jericho Executive Plaza - Suite 300C
Jericho, NY 11753
631-421-1000

1081873.1