UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,
    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
    Defendant/Debtor.

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## STATEMENT REGARDING PROOFS OF CLAIM

Comes now, the Creditor, Robert Yaffe, in support of his Proofs of Claim and states as follows:

1. The Creditor had/has two client accounts with the Debtor.

2. The Creditor has filed claims with the Trustee through SIPC.

I hereby certify that on this 9 day of JUNE, 2009 a copy of this statement and the related Proofs of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

_____
Robert Yaffe
Creditor
30 Jericho Executive Plaza - Suite 300C
Jericho, NY 11753
631-421-1000

1081749.1