UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　　Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Triangle Properties #39 by Robert Yaffe, in support of his Proof of Claim and states as follows:

1. The Creditor had/has client account with the Debtor.

2. The Creditor has filed claim with the Trustee through SIPC.

I hereby certify that on this _9_ day of _JUNE_, 2009 a copy of this statement and the related Proof of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800　　　　　　Baker & Hostetler, LLP
Dallas, TX 75201　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, NY 20005-2215

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Triangle Properties #39 by Robert Yaffe
　　　　　　　　　　　　　　　　　　　　　　Creditor
　　　　　　　　　　　　　　　　　　　　　　30 Jericho Executive Plaza - Suite 300C
　　　　　　　　　　　　　　　　　　　　　　Jericho, NY 11753
　　　　　　　　　　　　　　　　　　　　　　631-421-1000

1081752.1