## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) SIPA Liquidation |
|  | ) |
|  | ) Adv. Pro No. 08-017 (BRL) |
|  | ) |
| BERNARD L. MADOFF | ) |
| INVESTMENTS SECURITIES LLC, | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |
|  | ) |



### NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT, Ade O. Ogunjobi, Toks, Inc. and its wholly-owned subsidiaries, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. Section 158(a) from the Order (I) Denying Ade O. Ogunjobi, et al Motion For Intervention to Conduct Buyout of Bernard L. Madoff Investments Securities LLC for $75,000,000,000 in stock/cash program that will reimburse all former clients of Bernard L. Madoff Investments Securities LLC all money lost in the Ponzi Scheme of Mr. Bernard L. Madoff, entered by the United States Bankruptcy Court for the Southern District of New York (the Honorable Burton L. Lifland).

The name(s) of all parties to the order appealed from and the name, address, and telephone number of their respective representative is as follows:

Parties                                        Representative (Founder)


Ade O. Ogunjobi                                Ade O. Ogunjobi

Toks, Inc. and its Wholly-owned subsidiaries

138 Foster Street # A1
Carrollton, Georgia 30117
Phone: (808) 393-6573
tspnotes@tspnotes.com

Respectfully Submitted,

Dated 6, 2009

Ade O. Ogunjobi
138 Foster Street # A1
Carrollton, Georgia 30017
(808) 393-6573
tspnotes@tspnotes.com