## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 12th day of June 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Martin Rappaport 1CM701) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via Federal Express:

>Irving H. Picard, Trustee
>c/o Baker Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011

> s/ Jonathan M. Landers