UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,
        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
        Defendant/Debtor.

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Joan Roman, in support of his Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this _12_ day of _June_, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service:

<u>Certified Mail, Return Receipt Requested to:</u>
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

<u>Regular Mail to:</u>
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

_/s/ Joan Roman_
Joan Roman
Creditor
2444 N.W. 59th Street, #1301
Boca Raton, FL 33496
(561) 988-1760

1080481.1