UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　　Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

### STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Robert Roman, in support of his Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this _12_ day of _June_, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service:

| Certified Mail, Return Receipt Requested to: | Regular Mail to: |
|---|---|
| 2100 McKinney Avenue, Suite 800<br>Dallas, TX 75201 | Baker & Hostetler, LLP<br>45 Rockefeller Plaza<br>New York, NY 20005-2215 |

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert Roman
　　　　　　　　　　　　　　　　　　　　　　　Robert Roman
　　　　　　　　　　　　　　　　　　　　　　　Creditor
　　　　　　　　　　　　　　　　　　　　　　　2444 N.W. 59th Street, #1301
　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33496
　　　　　　　　　　　　　　　　　　　　　　　(561) 988-1760

1080480.1