UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

### STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Richard Shapiro, in support of his Proof of Claim and states as follows:

1.　　The Creditor had/has a client account with the Debtor.

2.　　The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this 12 day of June, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service:

Certified Mail, Return Receipt Requested to:
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Regular Mail to:
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

_____
Richard Shapiro
Creditor
5000 N. Parkway Calabasas, Suite 105
Calabasas, California 91302
(818) 227-55555

1080210.1