UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re COSKUN BROTHERS SPECIALTY FOOD INC     Case No. 16-12491

Debtor     Reporting Period:     4/30/2018

Federal Tax I.D. # 13-3886172

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date

Signature of Authorized Individual* _____     Date 07-06-2018

Printed Name of Authorized Individual _____     Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re COSKUN BROTHERS SPECIALTY FOOD INC
   Debtor

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS                    4/30/2018

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | BANK ACCOUNTS | |
|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPERATING | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | -29961 | -29961 |
| **RECEIPTS** | | |
| CASH SALES | 0 | 0 |
| ACCOUNTS RECEIVABLE - PREPETITION | 0 | |
| ACCOUNTS RECEIVABLE - POSTPETITION | 0 | 0 |
| LOANS AND ADVANCES | 0 | 0 |
| SALE OF ASSETS | 0 | 0 |
| OTHER *(ATTACH LIST)* | 0 | 0 |
| TRANSFERS *(FROM DIP ACCTS)* | 0 | 0 |
| TOTAL RECEIPTS | 0 | 0 |
| **DISBURSEMENTS** | | |
| NET PAYROLL | 0 | 0 |
| PAYROLL TAXES | 0 | 0 |
| SALES, USE, & OTHER TAXES | 0 | 0 |
| INVENTORY PURCHASES | -1977 | -1977 |
| SECURED/ RENTAL/ LEASES | 0 | 0 |
| INSURANCE | 0 | 0 |
| ADMINISTRATIVE | 0 | 0 |
| SELLING | 700 | 700 |
| UTILITIES | -8571 | -8571 |
| NOAH BANK | 0 | 0 |
| PACA VENDORS POST PETITION PAYMENT | | 0 |
| PRE-PETITION VENDOR PAYMENT | | 0 |
| AMEX MERCHANT LOAN | 0 | 0 |
| MAINTENANCE& REPAIRS | -573 | -573 |
| OTHER -STORE EQUIPMENT | 0 | 0 |
| OWNER DRAW * | 0 | 0 |
| TRANSFERS *(TO DIP ACCTS)* | 0 | 0 |
| PROFESSIONAL FEES | | 0 |
| U.S. TRUSTEE QUARTERLY FEES | -13000 | -13000 |
| COURT COSTS | | 0 |
| TOTAL DISBURSEMENTS** | -23421 | -23421 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 23421 | 23421 |
| **CASH – END OF MONTH** | -6540 | -6540 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**There were no available funds to make these payments

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 0 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

In re COSKUN BROTHERS SPECIALTY FOOD IN          Case No. 16-12491
      Debtor                                    Reporting Period:      4/30/2018

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | OPERATING #0248 | | | TOTAL |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | -6540 | 0 | | -6540 |
| | | | | |
| **BANK BALANCE** | 222 | | 0 | 222 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 246 | | 0 | 246 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* | -7008 | | 0 | -7008 |
| OTHER *(ATTACH EXPLANATION)* | 0 | | 0 | 0 |
| **ADJUSTED BANK BALANCE** * | -6540 | | 0 | -6540 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____
_____
_____
_____



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

COSKUN BROS SPECIALTY FOOD INC
ZBA ACCOUNT
DEBTOR IN POSSESSION CASE 16-12488
720 ANDERSON AVE STE 2
CLIFFSIDE PK, NJ  07010-2040

## Your Full Analysis Business Checking - Small Business

for April 1, 2018 to April 30, 2018                    Account number:          0248

**COSKUN BROS SPECIALTY FOOD INC    ZBA ACCOUNT    DEBTOR IN POSSESSION CASE 16-12488**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2018 | $937.38 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -15.00 | # of days in cycle: 30 |
| Checks | -0.00 | Average ledger balance: $573.18 |
| Service fees | -700.39 | |
| **Ending balance on April 30, 2018** | **$221.99** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Bank of America**
**Merrill Lynch**

# Your checking account

COSKUN BROS SPECIALTY FOOD INC  |  Account #    0248  |  April 1, 2018 to April 30, 2018

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 04/03/18 | AUTHNET GATEWAY  DES:BILLING ID:XXXXXXXXX  INDN:CHELSEA CO ID:1870568569 CCD | | 902392021148623 | -15.00 |

| **Total withdrawals and other debits** | | | | **-$15.00** |
|---|---|---|---|---|

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/16/18 | 03/18 ACCT ANALYSIS FEE | -700.39 |

| **Total service fees** | | **-$700.39** |
|---|---|---|

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 937.38 | 04/03 | 922.38 | 04/16 | 221.99 |

COSKUN BROS SPECIALTY FOOD INC  |  Account #        !48  |  April 1, 2018 to April 30, 2018

This page intentionally left blank

In re COSKUN BROTHERS SPECIALTY FOOD INC
                                                                    Case No. 16-12491
      Debtor                                                  Reporting Period:          4/30/2018

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 0 | 0 |
| Less: Returns and Allowances | 0 | 0 |
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of | | 0 |
| COST OF GOODS SOLD | 0 | 0 |
| Beginning Inventory | 0 | 0 |
| Add: Purchases | 0 | -9,179 |
| Add: Cost of Labor | 0 | 0 |
| Add: Other Costs (attach schedule) | 0 | 0 |
| Less: Ending Inventory | 0 | 0 |
| Cost of Goods Sold | 0 | -9,179 |
| Gross Profit | 0 | 9,179 |
| OPERATING EXPENSES | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Bad Debts | 0 | 0 |
| Pre-Petion Debt | 0 | 0 |
| Contributions | 0 | 0 |
| Employee Benefits Programs | 0 | 0 |
| Officer/Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 815 |
| Pension & Profit-Sharing Plans | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Rent and Lease Expense | 0 | 0 |
| Salaries/Commissions/Fees | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Payroll | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Taxes - Other | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 15 | -1,922 |
| Other (attach schedule) BANK FEES&CREDIT CARD FEES | 700 | 1,197 |
| Total Operating Expenses Before Depreciation | 715 | 90 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | -715 | 9,089 |
| OTHER INCOME AND EXPENSES | | 0 |
| Other Income (attach schedule) | 0 | 0 |
| Interest Expense | 194 | 194 |
| Other Expense- MGT Admin & Payroll Fees | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | -909 | 8,895 |

In re COSKUN BROTHERS SPECIALTY FOOD INC
    Debtor

Case No. 16-12491
Reporting Period:      4/30/2018

| REORGANIZATION ITEMS | | 0 |
|---|---|---|
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 8775 | 8,775 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 0 | 0 |
| Gain (Loss) from Sale of Equipment | 0 | 0 |
| Other Reorganization Expenses *(attach schedule)* | 0 | 0 |
| Total Reorganization Expenses | 8,775 | 8,775 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | -9,684 | 120 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re COSKUN BROTHERS SPECIALRTY FOOD INC     Case No.    16-12491

Debtor     Reporting Period:    4/30/2018

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | -6540 | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | | |
| Accounts Receivable (Net) | 0 | | |
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | | |
| Inventories | 0 | | |
| Prepaid Expenses | 0 | | |
| Professional Retainers | 0 | | |
| Other Current Assets (attach schedule) | 43333 | | |
| TOTAL CURRENT ASSETS | 36793 | | |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 0 | | |
| Machinery and Equipment | 6002 | | |
| Furniture, Fixtures and Office Equipment | 0 | | |
| Leasehold Improvements | 0 | | |
| Vehicles | 0 | | |
| Less: Accumulated Depreciation | 0 | | |
| TOTAL PROPERTY & EQUIPMENT | 6002 | | |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | 0 | | |
| Other Assets (attach schedule) | 0 | | |
| TOTAL OTHER ASSETS | 0 | | |
| TOTAL ASSETS | 42795 | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | 263392 | | |
| Taxes Payable (refer to FORM MOR-4) SALES TAX | 31600 | | |
| Wages Payable ACCRUAL PAYROLL | 2157 | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | 0 | | |
| Secured Debt / Adequate Protection Payments | 0 | | |
| Professional Fees | 0 | | |
| Amounts Due to Insiders* | 499125 | | |
| Other Post-petition Liabilities (attach schedule) | 0 | | |
| TOTAL POST-PETITION LIABILITIES | 796274 | | |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 4374664 | | |
| Priority Debt | 16365 | | |
| Unsecured Debt | 738327 | | |
| TOTAL PRE-PETITION LIABILITIES | 5129356 | | |
| TOTAL LIABILITIES | 5925630 | | |
| OWNERS' EQUITY | | | |
| Capital Stock | 0 | | |
| Additional Paid-In Capital | 0 | | |
| Partners' Capital Account | 0 | | |
| Equity - Pre-Petiton | 221173 | | |
| Retained Earnings - Pre-Petition | -5234515 | | |
| Retained Earnings - Post-petition-Current | 121 | | |
| Retained Earnings- Beginin Balance | -869614 | | |
| Adjustments to Owner Equity (attach schedule) | | | |
| Post-petition Contributions (attach schedule) | | | |
| NET OWNERS' EQUITY | -5882835 | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 42795 | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re COSKUN BROTHERS SPECIALRTY FOOD INC

| | |
|---|---|
| **Debtor** | |

| Case No. | 16-12491 |
|---|---|
| Reporting Period: | 4/30/2018 |

0

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| SECURITY RENT | 43,333 | | |
| UTILITY DEPOSIT | 6315 | | |
| EQUIPMENT | 8645 | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** CSKUN BROTHERS SPECIALTY FOOD INC      Case No. 16-12491

     **Debtor**                               Reporting Period: 4/30/2018

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | | | | | |
| FICA-Employee | | | | | | 0 |
| FICA-Employer | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Income | | | | | | 0 |
| Other: | | | | | | 0 |
| Total Federal Taxes | | | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0 |
| Sales | 31600 | | 0 | | 0 | 31600 |
| Excise | | | | | | 0 |
| Unemployment | | | | | | 0 |
| Real Property | | | | | | 0 |
| Personal Property | | | | | | 0 |
| Other: | | | | | | 0 |
| Total State and Local | | | | | | 31600 |
| **Total Taxes** | 31600 | | 0 | | | 31600 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 30 | 60 | 90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | 0 | 406 | 0 | 30440 | 30846 |
| Wages Payable | | | | | 2157 | 2157 |
| Taxes Payable | 0 | 0 | 0 | 0 | 31600 | 31600 |
| Rent/Leases-Building | 0 | 0 | 0 | 0 | 210578 | 210578 |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 21968 | 0 | | | | 21968 |
| Amounts Due to Insiders | 0 | 0 | 0 | 0 | 499126 | 499126 |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | 21968 | 0 | 406 | 0 | 773901 | 796275 |

796275

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

In re COSKUN BROTHERS SPEIALTY FOOD
Debtor

Case No. 16-12491
Reporting Period: 4/30/2018

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| Plus: Amounts billed during the period | 0 |
| Less: Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and

| Accounts Receivable Aging | 0 - 30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0 | | | | |
| 31 - 60 days old | 0 | | | | |
| 61 - 90 days old | | | | 0 | |
| 91+ days old | | | | 0 | 0 |
| Total Accounts Receivable | 0 | 0 | 0 | 0 | 0 |
| Less: Bad Debts (Amount considered uncollectible) | 0 | | | | |
| Net Accounts Receivable | 0 | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | 0 | | | |
| 61 - 90 days old | | | 0 | | |
| 91+ days old | | | | 31600 | |
| Total Taxes Payable | 0 | 0 | 0 | 31600 | 31600 |
| Total Accounts Payable | | | | | |

FORM MOR-5
2/2008
PAGE 14 OF 16

In re COSKUN BROTHERS SPECIALTY FOD IN(      Case No. 16-12491

**Debtor**                           **Reporting Period:**       4/30/2018

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| t a copy to the United States Trustee within | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | TRANSFER | 0 | 52500 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | 0 | 52500 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | 0 | 0 | 0 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | 0 |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 0 | 0 |

**In re** COSKUN BROHERS SPECAILTY FOOD          Case No. 16-12491

    **Debtor**                                      **Reporting Period:**    4/30/2018

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | NO |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 5 | File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and | | NO |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | **NO** |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | NO |
| 8 | Are any post petition payroll taxes past due? | | NO |
| 9 | Are any post petition State or Federal income taxes past due? | | NO |
| 10 | Are any post petition real estate taxes past due? | | NO |
| 11 | Are any other post petition taxes past due? | | **YES** |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | NO |
| 13 | Are any amounts owed to post petition creditors delinquent? | | NO |
| 14 | Are any wage payments past due? | | NO |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | NO |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | YES |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | NO |