BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,
Trustee for the SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON JUNE 16, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Motion to Approve Compromise /Motion for Entry of Order Pursuant to Section 105(a) of The Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving an Agreement By and Among The Trustee and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited [Filed: May 26, 2009 ] (Docket No. 219)

095879, 300015600

Related Documents:

A. Certificate of Service for Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedures Approving an Agreement by and Among The Trustee and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited  [Filed: May 27, 2009] (Docket No. 224)

Objection Deadline: June 11, 2009

Objections Filed: None

Status: This matter is going forward.

## CONTESTED MATTERS

**Bank of America, et al. v. Picard, et al.; Adv. Pro. No. 09-1179**

2. Declaration in Support of Order to Show Cause  [Filed: June 3, 2009] (Docket No. 4)

Related Documents:

A. Order Granting Temporary Restraining Order signed on 6/3/2009 at 11:30 AM and Order to Show Cause why an order should not be entered staying and enjoining interpleader defendants Maxam Capital Management LLC and Maxam Absolute Return Fund L.P. from pursuing the action pending in the United States District Court, D. Conn.  [Filed: June 3, 2009] (Docket No. 5)

B. Affidavit of Service of Order to Show Cause and Supporting Documents  [Filed: June 4, 2009] (Docket No. 6)

Objection Deadline: June 12, 2009

Objections/Responses Filed:

A. Objection to Motion for Order Staying Connecticut Action  [Filed: June 12, 2009] (Docket No. 7)

B. Declaration in Support of MAXAM Objections  [Filed: June 12, 2009] (Docket No. 8)

C. Memorandum of Law In Support of Interpleaders' Application for an Order Staying the Connecticut Action Brought by Maxam Capital Management LLC and Maxam Absolute Return Fund LP  [Filed: June 12, 2009] (Docket No. 10)

D.  Declaration of Marc D. Powers in Support of Interpleaders' Application For an Order Staying the Connecticut Action Brought by Maxam Capital Management LLC and Maxam Absolute Return Fund LP  [Filed:  June 12, 2009] (Docket No. 12)

E.  Statement *(Rule 7007.1)* filed on behalf of Maxam Capital Management LLC [Filed:  June 12, 2009] (Docket No. 13)

F.  Certificate of Service of Memorandum of Law and Declaration of Marc D. Powers In Support of Interpleaders' Application for an Order Staying the Connecticut Action Brought by Maxam Capital Management LLC and Maxam Absolute Return Fund LP  [Filed:  June 12, 2009] (Docket No. 14)

Status:    This matter is going forward.

Dated: New York, New York
June 15, 2009

Respectfully submitted,

*s/ Marc Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*