UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | No. 08-01789 (BRL) |
| Debtor. | |

———————————————————————— x

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01154 (BRL) |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| VIZCAYA PARTNERS LIMITED, | |
| and | |
| BANQUE JACOB SAFRA (GIBRALTAR) LTD. a/k/a BANK J SAFRA LIMITED, | |
| Defendants. | |

———————————————————————— x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendant Vizcaya Partners Limited may move, answer or otherwise respond to the Complaint is extended up to and including June 26, 2009.[1]

Dated: New York, New York
       June 12, 2009

KATTEN MUCHIN ROSENMAN LLP

    /s/ Anthony L. Paccione
By:   Anthony L. Paccione
       anthony.paccione@kattenlaw.com
       Brian A. Schmidt
       brian.schmidt@kattenlaw.com

---

[1] By entering into this Stipulation, Vizcaya Partners Limited does not waive, either expressly or impliedly, any motion, right or defense, including but not limited to lack of personal jurisdiction.

    575 Madison Avenue
    New York, NY 10022-2585
    (212) 940-8800

    *Attorneys for Defendant Vizcaya Partners Limited*

BAKER & HOSTETLER LLP

    /s/ Marc E. Hirschfield
By:    Marc E. Hirschfield
    mhirschfield@bakerlaw.com
    David J. Sheehan
    dsheehan@bakerlaw.com
    Thomas W. Wearsch
    twearsch@bakerlaw.com
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200

    *Attorneys for Plaintiff Irving H. Picard, Esq., Trustee for the*
    *SIPA Liquidation of Bernard L. Madoff Securities LLC*

Dated: June 15, 2009        SO ORDERED.

                /s/ Burton R. Lifland
                HONORABLE BURTON R. LIFLAND
                UNITED STATES BANKRUPTCY JUDGE