UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Lowell Harwood and Craig Harwood, Trustees of the Charitable

Remainder Trust FBO Craig Harwood, in support of his/her Proof of Claim and states as follows:

1.    The Creditor had/has a client account with the Debtor.

2.    The Creditor has filed a claim with the Trustee through SIPC.

I  hereby certify that on this _16_ day of _June_____, 2009 a copy of this statement and the

related Proof of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff

Investment Securities LLC, at each of the following addresses by United States Postal Service

Regular Mail to:

2100 McKinney Avenue, Suite 800          Baker & Hostetler, LLP
Dallas, TX 75201                                       45 Rockefeller Plaza
                                                                  New York, NY 20005-2215


_Lowell Harwood_, as trustee
Lowell Harwood and Craig Harwood,
Trustees of the Charitable Remainder Trust
FBO Craig Harwood
Creditor
26 Journal Square, Suite 804
Jersey City, NJ 07306
201-798-9001