UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　　Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Lowell Harwood and Craig Harwood, Trustees of the Charitable Remainder Trust FBO Laura Ehrlich, in support of his/her Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this 16 day of June, 2009 a copy of this statement and the related Proof of Claim have been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

_____
Lowell Harwood and Craig Harwood,
Trustees of the Charitable Remainder Trust
FBO Laura Ehrlich
Creditor
26 Journal Square, Suite 804
Jersey City, NJ 07306
201-798-9001