Angelina E. Lim (AL 8845)
JOHNSON POPE BOKOR RUPPEL & BURNS LLP
911 Chestnut Street
Clearwater, Florida 33756
(727) 461-1818

*Counsel for Anchor Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                              Adversary Proceeding
                                                          NO. 08-01789-BRL
       Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

YOU ARE HEREBY NOTIFIED that Angelina E. Lim, Esq. of the law firm of Johnson, Pope, Bokor, Ruppel & Burns, LLP, file this Notice of Appearance and Request for Notices on behalf of Creditor, Anchor Holdings, LLC and request that copies of all notices and pleadings filed in this case be served upon the undersigned, and that the following names be added to the mailing Matrix:

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Post Office Box 1368
Clearwater, Florida 33757

Dated: June 18, 2009

   /s/ Angelina E. Lim
Angelina E. Lim; (AL 8845)
Johnson, Pope, Bokor,
Ruppel & Burns, LLP
P.O. Box 1368
Clearwater, FL 33757
(727) 461-1818
(727) 443-6548 fax
Attorneys for Anchor Holdings, LLC

(492989\1)