UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　　　Defendant/Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation |

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Stephen Ehrlich and Leslie Ehrlich, in support of his/her Proof of Claim and states as follows:

1. The Creditor had/has a client account with the Debtor.

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on this _18_ day of _June_, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800　　　　Baker & Hostetler, LLP
Dallas, TX 75201　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　　New York, NY 20005-2215

_____　　　　_____
Stephen Ehrlich　　　　　　　　　　　　　Leslie Ehrlich
Creditor　　　　　　　　　　　　　　　　　Creditor
　　　　　　　　　　　　　　　　　　　　　　48 East 91st Street,
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10128
　　　　　　　　　　　　　　　　　　　　　　212-427-5554