SECURITIES INVESTOR PROTECTION
  CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005-2207
Telephone: (202) 371-8300
JOSEPHINE WANG
General Counsel
Email: jwang@sipc.org
KEVIN H. BELL
Senior Associate General Counsel
 For Dispute Resolution
Email: kbell@sipc.org

Hearing Date: June 2, 2009
Hearing Time: 10:00 a.m.
Objection Deadline: May 28, 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                    )
SECURITIES INVESTOR PROTECTION    )    Adv. Pro. No. 08-1789 (BRL)
  CORPORATION,                               )
                                    )
              Plaintiff-Applicant,    )    SIPA Liquidation
                                    )
    v.                                   )
                                    )
BERNARD L. MADOFF INVESTMENT    )
  SECURITIES LLC,                           )
              Defendant.          )
_____)

**OBJECTION OF SECURITIES INVESTOR PROTECTION CORPORATION**
**TO MOTION OF ADE O. OGUNJOBI AND TOKS, INC., et al.,**
**FOR INTERVENTION PURSUANT TO FED.R.CIV.P.24**

In the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"),[1] the Securities Investor

Protection Corporation ("SIPC") is a party to all matters arising therein pursuant to SIPA section

78eee(d).  SIPC submits this objection to the motion ("Motion") of Ade O. Agunjobi ("Ogunjobi"),

---

[1] For convenience, subsequent references to SIPA shall omit "15 U.S.C."

Toks, Inc. ("Toks") and Wholly-Owned Subsidiaries (collectively with Ogunjobi and Toks, the "Movants") to intervene in this SIPA Proceeding pursuant to Federal Rule of Civil Procedure 24(a) and (b).

Irving H. Picard, trustee ("Trustee") for the liquidation of BLMIS, by his counsel Baker & Hostetler LLP, has submitted his objection to the Motion.[2] In that Objection, the Trustee has recommended that the Motion be denied and has provided extensive legal analysis of the Motion and supplied documentation of at least one previous similar foray by the Movants which had been challenged by the United States Securities and Exchange Commission ("SEC") and enjoined by Court order.

In a "Final Judgment Granting Permanent Injunction and Other Equitable Relief" dated March 24, 2004 ("Injunction Order"), the United States District Court for the District of Columbia permanently enjoined Toks and Ogunjobi from violating sections 5 and 17 of the Securities Act of 1933 relating to registration and anti-fraud provisions, as well as Section 14 of the Securities Exchange Act of 1934 relating to tender offers. A copy of the Injunction Order is attached as Exhibit C to the Trustee's Objection.

SIPC adopts the legal analysis presented in the Trustee's Objection, and respectfully requests that the Court deny the Motion.

---

[2] Objection of Trustee Irving Picard to Motion of Ade O. Ogunjobi and Toks, Inc., et al. For Intervention Pursuant To Fed.R.Civ.P.24, filed on May 20, 2009 ("Trustee's Objection").

DATED: May 28, 2009                     Respectfully submitted,

                                                          JOSEPHINE WANG
                                                        General Counsel

                                                        __s/Kevin H. Bell_____
                                                        KEVIN H. BELL
                                                        Senior Associate General Counsel
                                                         For Dispute Resolution
                                                        SECURITIES INVESTOR
                                                         PROTECTION  CORPORATION
                                                        805 Fifteenth Street, N.W. #800
                                                        Washington, DC 20005
                                                        Telephone: (202) 371-8300
                                                        Facsimile: (202) 371-6728
                                                        E-mail: jwang@sipc.org
                                                        E-mail: kbell@sipc.org

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION<br>  CORPORATION<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, DC 20005-2207<br>Telephone: (202) 371-8300<br>JOSEPHINE WANG<br>General Counsel<br>Email: jwang@sipc.org<br>KEVIN H. BELL<br>Senior Associate General Counsel<br>  For Dispute Resolution<br>Email: kbell@sipc.org | Hearing Date: June 2, 2009<br>Hearing Time: 10:00 a.m.<br>Objection Deadline: May 28, 2009 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION<br>CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

     I, Kevin H. Bell, hereby certify that on May 28, 2009, I caused true and correct copies of the **Objection of Securities Investor Protection Corporation to Motion of Ade O. Ogunjobi and Toks, Inc., et al., for Intervention Pursuant to Fed.R.Civ.P.24**, to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail, prepaid regular U.S. Mail, or prepaid Federal Express to those parties as set forth on the attached Schedule A.

                                                                         *s/ Kevin H. Bell*_____
                                                                         KEVIN H. BELL

Schedule A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, Pennsylvania  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC  20044

Ben S. Bernanke
Federal Reserve Board
20th Street and Constitution Avenue, N.W.
Washington, D.C.  20551

United States Securities and Exchange Commission
SEC Headquarters
100 F Street, N.E.
Washington, D.C.  20549

Securities Investor Protection Corporation

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

Securities and Exchange Commission

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

United States Attorney for SDNY

Marc Litt-Marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov

- 2 -

Notices of Appearances

Service via Electronic Notification through ECF Filing

<u>Via Federal Express</u>:

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

<u>Via U.S. Mail</u>:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Internal Revenue Service
290 Broadway
New York, NY 10007
Attn: Insolvency Department

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

<u>Via Email</u>:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alistaire Bambach – bambacha@sec.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov