# **DOCKET NO. 258**

**Electronic access to the transcript regarding the hearing held on June 2, 2009 regarding the Motion to Intervene in buyout of the Company is restricted until September 9, 2009. The transcript may be viewed at the Bankruptcy Court Clerks Office.**

**A copy of the transcript is included in the service copy sent to Appellant by Appellee.**