BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Amy Vanderwal, Esq.
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I served true copies of the **Notice of Motion and Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving An Agreement By and Among The Trustee, NetJets Sales, Inc., NetJets Aviation, Inc. and NetJets Services, Inc.** upon the interested parties who receive electronic service through ECF, by emailing the

095879, 300016300

interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      June 19, 2009                                        s/Nikki M. Landrio
                                                             NIKKI M. LANDRIO

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street


**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov


**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**All Known Creditors**

41-41 38th Street LLC
41-41 38th Street
Long Island City, NY  11101

53rd at Third
c/o Gerald D. Hines Interests, Ltd.
885 Third Avenue
New York, NY  10022-4802

ABN-AMRO (Merrill Lynch)
208 South LaSalle Street
Chicago, IL  60604

Advantage International Systems, Inc.
2570 Coral Landings Blvd.
Suite 201
Palm Harbor, FL  34684

ALPS Distributor, Inc.
1290 Broadway
Suite 1100
Denver, CO  80203

Ambrosino, DePinto & Scmeider, PC
275 Seventh Avenue
21st Floor
New York, NY  10001

American Registry for Internet Numbers
P. O. Box 79010
Baltimore, MD  21279-0010

American Stock Exchange
86 Trinity Place
New York, NY  10006-1881

Archipelago LLC / ARCA
100 S. Wacker Dr.
Suite 2012
Chicago, IL  60606

Arrowhead Securities, LLC
109 Highland avenue
Needham, MA  02499

Associated Networks, Inc.
1120 Easton Road
Willow Grove, PA  19090

AT&T
32 Avenue of the Americas
New York, NY  10013

Automated Building System Corp.
225 North Fehr Way
Bayshore, NY  11706

Automated Trading Desk LLC
11 eWall Street
Mt. Pleasant, SC  29464

Avaya
312 Elm Street
Suite 1100
Cincinnati, OH  45202

Avaya
2 Gatehall Drive
Parsippany, NJ  07039

Avtec Systems, Inc.
500 N. Broadway
Jericho, NY  11753

Barclays
45 Fremonth Street
San Francisco, CA  94105

Basler Kantonalbank, Basel (BKB Trader)
Spiegelgasse 2
Basel, 4002
Switzerland

BATS
8050 Marshall Drive
Suite 120
Lenexa, KS  66214

BEA Systems, Inc.
2315 North First Street
San Jose, CA  95131

Bear Stearns Securities Corp
383 Madison Avenue
New York, NY  10179

BeCompliant Corporation
580 Burbank Street
Suite 110
Broomfield, CO  80020

Bloomberg
731 Lexington Avenue
New York, NY  10022

BNY ConvergEx
1633 Broadway
48th Floor
New York, NY  10019

Brass Utility LLC
55 Broadway
New York, NY  10006

BT
575 Lexington Avenue
New York, NY  10022

B-Trade Services LLC/BTRD
1633 Broadway
48th Floor
New York, NY  10019

Calamp
12670 High Bluff Drive
San Diego, CA  92130

Cantor Fitzgerald & Co.
1840 Century Park East
Lost Angeles, CA  90067

Caplin Systems Limited  
8th Floor Mercury House  
Titan Court, London  EC2A 1BR  

CCH Incorporated  
2700 Lake Cook Road  
Riverwoods, IL  60015  

Check Point Software Technologies LTD  
800 Bridge Parkway  
Redwood City, CA  94065  

Check Point Software Technologies Ltd.  
800 Bridge Parkway  
Redwood City, CA  94065  

CIBC World Markets  
300 Madison Ave  
New York, NY  10017  

Cisco Systems  
1 Penn Plaza  
New York, NY  10022  

CIT Communications Finance Corporation  
650 CIT Drive  
Livingston, NJ  07039  

Computer Tech International  
1415 Ohio Avenue  
Bayshore, NY  11706  

Consolidated Technologies Inc.  
666 Fifth Avenue  
New York, NY  10103  

Copyright Clearance, Inc.  
222 Rosewood Drive  
Danvers, MA  01923  

CQG  
1050 17th Street  
Suite 2000  
Denver, CO  80265  

CRD  
c/o FINRA  
P.O. Box 7777-8705  
Philadelphia, PA  19175-8705  

Credit Suisse Securities  
Eleven Madison Avenue  
New York, NY  10010  

Davidge Data Systems  
20 Exchange Place  
39th Floor  
New York, NY  10005  

Direct Edge ECN LLC  
22 Cortlandt Street  
New York, NY  10007  

Domestic Securities, Inc.  
160 Summit Avenue  
Montvale, NJ  07645  

Dow Jones & Company, Inc.  
1 World Financial Center  
200 Liberty Street  
New York, NY  10281  

eBX LLC  
100 Franklin Street  
Boston, MA  02110  

Ecco Business Systems, Inc.  
55 West 39th Street  
New YorkNY  10018  

Electronic Global Holdings, Ltd. (f/k/a ITTI)  
120 Broadway  
34th Floor  
New York, NY  10005  

Elkins McSherry LLC (subsidiary of State Street Bank & Trust Co.)  
225 Liberty Street  
24th Floor  
New York, NY  10281  

Employment Law Trading, Inc.  
650 California Street  
22nd Floor  
San Francisco, CA  94108  

FD Consulting, Inc.  
2040 Victory Boulevard  
Staten Island, NY  10314  

Fidessa  
17 State Street  
New York, NY  10004  

First Call Corporation  
40 West 57th Street  
10th Floor  
New York, NY  10019

| | | |
|---|---|---|
| Forsythe Solutions<br>75 Remittance Drive<br>Suite 1134<br>Chicago, IL  60675-1134 | Genserve Inc.<br>80 Sweeneydale Avenue<br>Bayshore, NY  11706 | Gerson Lehrman Group<br>P.O. Box 200589<br>Pittsburgh, PA  15251-0589 |
| GL Trade<br>42 rue Notre-Dame des Victoires<br>75002 Paris, FRANCE | GMPCS<br>1501 Green Road<br>Suite A-B<br>Pompano Beach, FL  33064 | Goldman Sachs<br>85 Broad Street<br>17th Floor<br>New York, NY  10004 |
| Granite Telecom<br>920 Broadway<br>Suite 503<br>New York, NY  10010 | Henson Group<br>1375 Broadway<br>3rd Floor<br>New York, NY  10018 | Hewlett Packard<br>8000 Foothills Boulevard<br>MS5538<br>Roseville, CA  95747-5538 |
| HSBC<br>2700 Sanders Road<br>Prospect Heights, IL  60070 | IBM<br>1 New Orchard Road<br>Armonk, NY  10504-1722 | ILX<br>P.O. Box 71601<br>Chicago, IL  60694-1601 |
| Im-age Software Inc.<br>15 Buffalo Ridge Circle<br>Houston, TX  77056 | ImageMAKER Development Inc.<br>416 6th Street<br>Suite 102<br>New Westminster, British Columbia, Canada  V3L 3B2 | Indivex Trading/Eclipse Trading, Inc.<br>30 Broad Street<br>38th Floor<br>New York, NY  10004 |
| Innovative Consulting<br>1162 Camino Vallecito<br>Lafayette, CA  94549 | Instinet Corp.<br>875 Third Avenue, 18th Floor<br>New York, NY  10022 | Instinet Corporation<br>757 Third Avenue<br>New York, NY  10017 |
| InterNAP<br>601 Union Street<br>Suite 1000<br>Seattle, WA  98101 | InterNAP<br>501 Union Street<br>Suite 1000<br>Seattle, WA  98101 | International Video Conferencing Inc.<br>180 Adams Avenue<br>Hauppauge, NY  11788 |
| Internet Trading Technologies<br>120 Broadway<br>34th Floor<br>New YorkNY  10271-3400 | Iron Mountain<br>203 Moonachie Road<br>Moonachie, NJ  07074-1309 | Island ECN, Inc.<br>50 Broad Streetq<br>New York, NY  10004 |
| Kiplinger<br>1729 H Street NW<br>Washington, DC  20006 | Knight Execution Partners LLC<br>111 W Jackson Boulevard<br>10th Floor<br>Chicago, IL  60604-3589 | LaGuardia Corporate Center Associates<br>6800 Jericho Turnpike<br>Syosett, NY  11791 |

| | | |
|---|---|---|
| LakeView Technology<br>2301 W 22nd Street<br>Suite 206<br>Oak Brook, IL  60523 | Lava Trading Inc.<br>95 Morton Street<br>New York, NY  10014 | Lavaflow Inc.<br>388 Greenwich Street<br>New York, NY  10013 |
| Lewco Securities Corp<br>34 Exchange Place<br>Jersey City, NJ  07302 | Lexis Nexis<br>P.O. Box 7247-7090<br>Philadelphia, PA  18170-7090 | Liquidnet Holdings, Inc.<br>498 Seventh Avenue<br>12th Floor<br>New York, NY  10018 |
| Littler Mendelson<br>900 Third Avenue<br>New York, NY  10022-3298 | Lucent Technologies<br>666 5th Avenue<br>New York, NY  10103 | Market Guide, Inc.<br>2001 Marcus Avenue<br>Lake Success, NY  11042 |
| Market Systems, Inc.<br>2464 North Orchard Street<br>Chicago, IL  60614 | Market XT<br>100 Broadway<br>New York, NY  10005-1902 | Marsh USA<br>111 S.W. Columbia<br>Suite 500<br>Portland, OR  97201 |
| Matco Service Corp<br>584 Mineola Avenue<br>Carle Place, NY  11514 | MathWorks<br>3 Apple Hill Drive<br>Natick, MA  01760-2098 | Matrix Mechanical Corp.<br>47-15 35th Street<br>LIC, NY  11101 |
| Mellon Invest Data Corporation<br>161 William Street<br>New York, NY  10038 | Merrill Lynch<br>440 S. LaSalle Street<br>Suite 2500<br>Chicago, IL  60693 | MGE UPS Systems, Inc.<br>2643 Collections Center Drive<br>Chicago, IL  60693 |
| Microbank<br>80 Broad Street<br>7th Floor<br>New York, NY  10004 | Microsoft<br>One Microsoft Way<br>Redmond, WA  98052 | Mid-Com, Inc.<br>377 Route 17 South<br>Hasbrouck Heights, NJ  07604 |
| Morgan Stanley & Co. Inc.<br>One Pierrepont Plaza<br>Brooklyn, NY  11201 | MSLI, GP<br>6100 Neil Road<br>Reno, NV  89511-1137 | Muriel Siebert & Co., Inc.<br>885 Third Avenue<br>17th Floor<br>New York, NY  10022 |
| Nasdaq<br>9513 Kew West Avenue<br>RockvilleMD  20850 | Nasdaq Tools, Inc.<br>15 Exchange Place<br>Suite 320<br>Jersey City, NJ  07302-3906 | National Association of Securities Dealers, Inc.<br>1735 K Street NW<br>Washington, DC  20006-1500 |

National Financial Services LLC
200 Seaport Blvd
Z2H
Boston, MA  02210

National Stock Exchange
101 Hudson Street
Suite 1200
Jersey City, NJ  07302

Network Associates, Inc.
3965 Freedom Circle
Santa Clara, CA  95054-0963

Network Solutions
505 Huntmar Park Drive
Herndon, VA  20170

NewCourt Communications Finance Corporations/Lucent Technologies Inc.
2 Gatehall Drive
Parsippany, NJ  07054

NewsWare Inc.
56 Pine Street
New York, NY  10005

NY Fix Millennium LLC
100 Wall Street
New York, NY  10005

NYSE
11 Wall Street
17th Floor
New York, NY  10005

NYSE Transact Tools Inc.
2 Metrotech Center
Brooklyn, NY  11201

OES
194 Nassau Street
Princeton, NJ  08542

Options Price Reporting Authority
400 South Lasalle Street
Chicago, IL  60605

Oracle
P.O. Box 71028
Chicago, IL  60694-1028

Oscar Gruss and Son Incorporated
292 Madison Avenue
14th Floor
New York, NY  10017

Passport Advantage (IBM Lotus)
P.O. Box 643600
Pittsburgh, PA  15264-3600

Penson Financial Services
1700 Pacific Avenue
Suite 1400
Dallas, TX  75201

Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390

PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York, NY  10019

Productive Online
510 First Avenue North
Suite 310
Minneapolis, MN  55403

Radianz Americas Inc.
Dept. CH 19227
Palestine, IL  60055-9227

Reuters America Inc.
1700 Broadway
New York, NY  10019

RIM Securities LLC
570 Lexington Avenue
New York, NY  10022

Royalblue Financial Corporation
17 State Street
New York, NY  10004-1501

S.A.C. Capital Management, L.P.
520 Madison Avenue
7th Floor
New York, NY  10022

S3 Matching Technologies, LP
9433 FM 2244
Building 1, Suite 200
Austin, TX  78733

Salomon Smith Barney
390 Greenwich Street
New York, NY  10013

Salomon Smith Barney
388 Greenwich Street
New York, NY  10013

SAVVIS Communications Corporation
1 SAVVIS Parkway
Town & Country, MO  63017

| | | |
|---|---|---|
| Schwab Enterprise LLC<br>1114 Avenue of the Americas<br>24th Floor<br>New YorkNY  10036 | SL Data Services, Inc.<br>529 Fifth Avenue<br>14th Floor<br>New York, NY  10017 | Spear, Leeds and Kellogg<br>120 Broadway<br>New York, NY  10271 |
| Spectrum Mini-Storage<br>160 John Street<br>Brooklyn, NY  11201 | Sprint Communications<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS  66251-4300 | Standard & Poors<br>55 Water Street<br>New York, NY  10041 |
| Stratus Computer, Inc.<br>55 Fairbanks Boulevard<br>Malborough, MA  1752 | Stratus Technologies<br>U.S. Operations<br>111 Powdermill Road<br>Maynard, MA  01754-3409 | StreetAccount<br>110 Buffalo Way<br>PO Box 13453<br>Jackson, WY  83002 |
| Sun Microsystems, Inc.<br>901 San Antonio Road<br>Palo Alto, CA  94303 | SunGard<br>680 East Swedesford Rd<br>Wayne, PA  19087 | SunGard ePI<br>70 South Orange Ave.<br>Livingston, NJ  7039 |
| SunGard Trading Systems<br>1008 Virgil Avenue<br>Ridgefield, NJ  7657 | Swaps Monitor<br>401 Broadway<br>Suite 610<br>New York, NY  10013 | Talarian<br>333 Distel Circle<br>Los Altos, CA  94022-1404 |
| TD Waterhouse Investor Services, Inc.<br>100 Wall Street<br>New York, NY  10005 | TelAlert<br>12670 High Bluff Drive<br>San Diego, CA  92130 | TheStreet.com<br>2 Rector Street<br>14th Floor<br>New York, NY  10006 |
| | | TIBCO<br>3305 Hillview Ave<br>Palo Alto, CA  94304 |
| TIBCO<br>3305 Hillview Ave<br>Palo Alto, CA  94304 | Toronto Stock Exchange<br>The Exchange Tower<br>2 First Canadian Place<br>Toronto, ONTARIO  M5X 1J2 | Traders Magazine<br>40 W. 57th Street<br>11th Floor<br>New York, NY  10019 |
| Tradeware Global LLC<br>40 Wall Street<br>36th Floor<br>New York, NY  10005 | Transaction Auditing Group (TAG)<br>24 Woodbine Ave.,<br>Second Floor<br>Northport, NY  11768-2910 | Transaction Network Services<br>1939 Roland Clarke Place<br>Reston, VA  22091 |

Trans-Lux Corp.
110 Richards Avenue
Norwalk, CT 06856-5090

Tumbleweed Communications Corp.
700 Saginaw Drive
Redwood City, CA 94063

Universal Safe Deposit Corp.
420 Lexington Ave
New York, NY 10017

USAA
9800 Fredericksburg Road
San AntonioTX 78288

Vanguard Marketing Corporation
100 Vanguard Blvd.
Malvern, PA 19355

Venali
One Columbus Center
One Alhambra Plaza, Suite 800
Coral Gables, FL 33134

Veramark Technologies
3750 Monroe Avenue
Pittsford, NY 14534

Verisign Site Services Pro
3 East 54th Street
Suite 1100
New York, NY 10022

Veritas Software
1600 Plymouth Street
Mountain View, CA 94043

Verizon
Verizon Wireless Bankruptcy Administration
P.O.Box 3397
Bloomington, IL 61702

Wall Street Source
26 West 17th Street
3rd Floor
New York, NY 10011

Wedbush Morgan Securities
1000 Wilshire Boulevard
Suite 830
Los Angeles, CA 90017

Wells Fargo Investments LLC
420 Montgomery Street
San Francisco, CA 94104

William Blair & Company LLC
222 West Adams Street
Chicago, IL 60606

ADP
400 Covina Boulevard
San Dimas, CA 91773-2976

Broadridge Securities Processing Solutions
2 Journal Square Plaza
Jersey City, NJ 07306-0817

Executive Charge, Inc.
1440 39th Street
Brooklyn, NY 11218

Advanta
PO box 8088
Philadelphia, PA 19101-8088

Central Parking System
211 East 53rd Street
New York, NY 10022

ExxonMobil
Processing Center
Des Moines, IA 50361-0001

AT&T
PO Box 13146
Newark, NJ 07101-5646

Chubb Group of Insurance Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Consolidated Edison Company of NY
JAF Station
PO Box 1702
New York, NY 10116-1702

Finra
PO Box 7777-W5050
Philadelphia, PA 19175-5050

AT&T
PO Box 78152
Phoenix, AZ 85062-8152

Corporate Coffee Systems
745 Summa Ave.
Westbury, NY 11590

Guardian Service Industries, Inc
88005 Expedite Way
Chicago, IL 60695-0005

AT&T
PO Box 13148
Newark, NJ 07101-5648

De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601

Interactive Data
PO Box 98616
Chicago, IL 60693

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Deer Park Direct
6661 Dixie Hwy
Suite 4
Louisville, KY 40258

MCI
MCI Comm Service
27732 Network Pl
Chicago, IL 60673-1277

AT&T Mobility
PO Box 538695
Atlanta, GA 30353-8695

DirectTV
PO Box 11732
Newark, NJ 07101-4732

Mercedes-Benz Financial
PO Box 900180
Louisville, KY 40290-1680

Avant Business Services
PO Box 5952
New York, NY 10163-5952

Ecco Business Systems
60 West 38th Street
4th Floor
New York, NY 10018

Meritain Health
PO Box 8000
Department 207
Buffalo, NY 14267

Bloomberg Finance LP
PO Box 30244
Hartford, CT 06150-0244

EMC Corporation
176 South Street
Hopkinton, MA 01748-1000

Metropolitan 885 Third Ave LLC
In Trust for Royal Bank of CN
PO Box 415157
Boston, MA 02241-5157

MicroMem International, Inc.
One West 34th Street
Suite 1202
New York, NY 10001

Snow Becker Krauss PC
605 3rd Avenue
New York, NY 10158-0125

Verizon
PO Box 15124
Albany, NY 12212-5124

NBL National Benefit Life Insurance
Company
PO Box 7247-8844
Philadelphia, PA 19170-8844

Sprint
PO Box 8077
London, KY 40742

Verizon
PO Box 4820
Trenton, NJ 08650-4820

Options Price Reporting Authority
PO Box 95718
Chicago, IL 60694-5718

Sungard Securities Finance LLC
15558 Collections Center Drive
Chicago, IL 60693

Verizon
PO Box 4833
Trenton, NJ 08650-4833

| | | |
|---|---|---|
| Pax Wholesome Foods<br>906 3rd Avenue<br>New York, NY 10022 | Susan Blumenfeld Interiors, Ltd<br>300 Robbins Lane<br>Syosset, NY 11791 | 41-38 39th Street<br>41-41 38th Street<br>Long Island City, NY, 11101 |
| Perriwater Ltd<br>960 First Avenue<br>New York, NY 10022 | Thomson Financial LLC<br>195 Broadway<br>7th Floor<br>New York, NY 10007 | Verizon<br>PO Box 1100<br>Albany, NY 12250-0001 |
| Progressive Business Publications<br>370 Technology Drive<br>Malvern, PA 19355 | Unum<br>The Paul Revere Life Insurance Company<br>PO box 740590<br>Atlanta, GA 30374-0590 | Verizon Wireless<br>PO Box 17120<br>Tucson, AZ 85731-7120 |
| Reuters Transaction Services LLC<br>PO Box 2003<br>Carol Stream, IL 60132-2003 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | Yeshiva University<br>Department of Advancement Services<br>500 West 185th Street<br>New York, NY 10033-3201 |
| Rudy's Limousine<br>85 Old Long Ridge road<br>Stamford, CT 6903 | UTOG 2 Way Radio, Inc.<br>25-20 39th Avenue<br>Long Island City, NY 11101-3616 | Internal Revenue Service<br>District Director<br>290 Broadway, 5th Floor<br>New York, New York 10008 |
| Shell Card Center<br>PO Box 689151<br>Des Moines, IA 50368-9151 | V.Santini<br>27 South 6th Avenue<br>Mt. Vernon, NY 10550 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA  19114 |
| Sherry-Lehmann<br>505 Park Avenue<br>New York, NY 10022 | Valera Global Inc.<br>53-02 11th Street<br>Long Island City, NY 11101 | U.S. Department of Justice, Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20044 |
| Alan Nisselson, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | Patricia Samuels, Esq.<br>Jaspan Schlesinger LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Steven Schlesinger, Esq.<br>Jaspan Schlesinger LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 |
| United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Bernard L. Madoff<br>133 East 64th Street<br>Apt. 12A<br>New York, NY 10065 | Brian Edward Goldberg<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

)95879, 300016300

08-01789-cgm    Doc 279-5    Filed 06/19/09    Entered 06/19/09 15:32:43    Appendix

BDG Aircharter, Inc.
c/o Blumenfeld Development Group
300 Robbins Lane
Syosset, NY 11791
Attn: David Kaplan

BLM Air Charter LLC
c/o BLMIS
885 3rd Avenue, 18th Floor
New York, NY 10022
Attn: Mark Madoff

Jonathan Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Cole, Schotz, Meisel, Forman & Leonard
Court Plaza North
25 Main Street, PO Box 800
Hackensack, NJ 07602
Attn: Michael D. Sirota

Becker, Glynn, Melamed & Mussly
299 Park Avenue, 16th Floor
New York, NY 10171
Attn: Chester B. Salomon

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attn: Mark Mulholland

Lev L. Dassin
Attorney for the USA
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Sean H. Lane

Shutts & Bowen LLP
200 E. Broward Blvd. Suite 2100
Fort Lauderdale, FL 33301

Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn: Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY 10018
Attn: Barry R. Lax

Crowell & Moring LLP
153 East 53rd Street
New York, NY 10022
Attn: William M. O'Connor

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Attn: James M. Ringer

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
Attn: William B. Wachtel

Baach Robinson & Lewis PLLC
1201 F Street N.W., Suite 500
Washington, DC 20004
Attn: Eric L. Lewis

Buchalter Nemer, A Professional Corp.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Attn: Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY 10016
Attn: Dennis Quinn