**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

**AFFIDAVIT OF SERVICE**



Index no : 08−01789 BRL

| Plaintiff(s): | Securities Investor Protection Corp. |
|---|---|
| Defendant(s): | Bernard L. Madoff Investment Securities LLC |

STATE OF CONNECTICUT
HARTFORD COUNTY        ss.:

Eric Rubin, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Connecticut.

On **06/02/2009** at **3:15 PM**, I served the within **Subpoena for Rule 2004 Examination together with a witness fee in the amount of $91.00** on **Maxam Capital Management LLC** at **16 Thorndal Circle, Darien, CT 06820** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Richard Phelan, C.F.O.** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Maxam Capital Management LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Gray | 55 | 5'10" | 175 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
June 03, 2009
by an affiant who is personally known to
me or produced identification

NOTARY PUBLIC
My Commission Expires: 8/31/2009

X _____
Eric Rubin
Connecticut Process Serving, LLC
9 Beaumont Street
East Hartford, CT 06108
888.528.2920
Atty File#: