UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In the Matter of Garden of Eden Enterprises, Inc.     Case No.: 16-12488-JLG
D/b/a Garden of Eden,     Chapter 11

REX ELLIOTT HUMRICH,

                              Plaintiff,
    -against-

GARDEN OF EDEN GOURMET, INC., GARDEN
OF EDEN GOURMET, INC., d/b/a GARDEN OF
EDEN MARKETPLACE, GARDEN OF EDEN
ENTERPRISE, INC., and AEGEAN GOURMET
FOOD, INC.
                          Debtors.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appear as counsel for **REX ELLIOTT HUMRICH** and pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b), request is hereby made that the parties below be added to the Master Service List and that all notices given or required to be given and all pleadings, motions, applications, and papers served or required to be served in this case be given to and served upon the following address:

     Marc Gertler, Esq.
     Eric H. Green, Esq.
     295 Madison Avenue, 16th Floor
     New York, New York 10017
     (212) 532-2450
     greenlegal@msn.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred

to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive **REX ELLIOTT HUMRICH**'s: (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which **REX ELLIOTT HUMRICH** is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:   New York, New York
         October 2, 2018

        Yours, etc.,

        **ERIC H. GREEN, ESQ.**

        By:   /s/ Marc Gertler
              Marc Gertler, Esq.
        295 Madison Avenue, 16th Floor
        New York, New York 10017
        Tel: (212) 532-2450
        greenlegal@msn.com

        Attorneys for **REX ELLIOTT HUMRICH**