**BAKER & HOSTETLER, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Presentment Date: June 29, 2009
Time: 12:00 p.m.

Objections Due: June 25, 2009
Time: 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF PRESENTMENT OF PROPOSED**
**STIPULATIONS AND ORDERS FOR REJECTION OF UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and as trustee for the estate of Bernard L. Madoff, individually, through his undersigned counsel, will present the

300016083

attached proposed Stipulations and Orders, copies of which are annexed hereto as Exhibits A and B, (i) rejecting the unexpired lease for real property located at 885 Third Avenue, New York, New York, and (ii) rejecting the unexpired lease for real property located at 75-20 Astoria Boulevard, Queens, New York, each effective as of June 30, 2009, (the "Orders") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **June 29, 2009, at 12:00 noon.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to either of the proposed Orders ("Objections"), shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green New York, New York 10004 and (v) served upon on Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Marc Hirschfield, so as to be received no later than **10:00 a.m. on June 25, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Orders may be signed without a hearing.

Dated: New York, New York
      June 19, 2009

By:   */s/Marc Hirschfield*
**Baker & Hostetler, LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard*
*Trustee for the SIPA Liquidation of Bernard*
*L. Madoff Investment Securities LLC*