# EXHIBIT "G"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X     Index No. 154611/2018
REX ELLIOTT HUMRICH,

                              Plaintiff,

            -against-
                                                                   **STIPULATION**
                                                                   **TO ADJOURN**
GARDEN OF EDEN GOURMET INC.,                                        **PRELIMINARY**
GARDEN OF EDEN GOURMET INC.                                         **CONFERENCE**
D/B/A GARDEN OF EDEN MARKETPLACE,
GARDEN OF EDEN ENTERPRISES, INC. and
AEGEAN GOURMET FOOD, INC.,

                              Defendants.
-------------------------------------------------------------X

    **It is hereby stipulated and agreed** by and between the undersigned attorneys for the parties

to the above-captioned action that the Preliminary Conference currently scheduled for September

20, 2018, is hereby adjourned with a control date of February 7, 2019.

    **It is further stipulated and agreed,** that this stipulation may be signed in counterparts and

a facsimile signature is deemed an original for all purposes. This stipulation may be filed without

further notice with the Clerk of the Court.

Dated:  New York, New York
        September 18, 2018


ERIC H. GREEN, ESQ.                              WEISER & McCARTHY


By: Marc Gertler, Esq.                           By: _____
*Attorneys for Plaintiff*                        *Attorneys for Defendants*
295 Madison Avenue                               17 State Street - 8th Floor
New York, New York 10017                         New York, New York 10004
(212) 532-2450                                   (212) 943-8940
Facsimile: (212) 532-0117                        Facsimile: (212) 943-8940