# EXHIBIT "H"



ZHE 8293003 08

The Hanover Insurance Company (A Stock Company)
440 Lincoln Street, Worcester, MA 01653-0002
Commercial Line Policy
Common Declarations

CM

| Policy Number | Policy Period From | To | Coverage is Provided in the: | Agency Code |
|---|---|---|---|---|
| ZHE 8293003 08 | 05/11/2017 | 05/11/2018 | The Hanover Insurance Company | 1501396 |

| Named Insured and Address: | Agent: |
|---|---|
| GARDEN OF EDEN ENTERPRISES INC<br>AEGEAN GOURMET FOODS INC.,<br>720 ANDERSON AVENUE, 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010 | SACHS WALSH INSURANCE<br>728 POST ROAD EAST<br>PO BOX 5163<br>WESTPORT CT 06881 |

Branch : Connecticut Branch Office
Policy Period : From   05/11/2017   To  05/11/2018
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description: Gourmet Food Stores
Legal Entity: Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
|---|---|
| Commercial Property Coverage | $. |
| Commercial General Liability Coverage | $ |
| Commercial Inland Marine Coverage | $ |
| Commercial Crime Coverage | Not Covered |
| Commercial Auto Coverage | Not Covered |
| Total Surcharges Premium | $ |
| Additional Premium For Policy Minimum | N/A |
| ** Total | $ |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____ By _____

Equal Monthly

Group Number  ZKQ

401-0151 01/05                                Page 1                                Issued  05/09/2017
Original Insured



GARDEN OF EDEN ENTERPRISES INC                ZHE 8293003 08

SACHS WALSH INSURANCE

## Commercial Lines Surcharges

**State:** New York

New York Fire Fee Premium:                                                                 $

**Total New York Surcharge Premium:**                                              $

**State:** New Jersey

New Jersey Surcharge Premium:                                                        $

**Total New Jersey Surcharge Premium:**                                          $



GARDEN OF EDEN ENTERPRISES INC

ZHE 8293003 08

## SACHS WALSH INSURANCE

| Additional Named Insured | Additional Named Insured |
|---|---|
| Montague Fancy Foods, Inc. | NY Metro Transportation, Inc. |
| **Additional Named Insured** | **Additional Named Insured** |
| Aloha Healthy Foods LLC dba Shaka Big Island Burrito | 3 Flavors LLC dba Fruitilicous Flavors |
| **Additional Named Insured** | **Additional Named Insured** |
| Healthy Foods 23rd Street LLC dba Shaka Burrito | NB Specialty Food LLC dba Shaka Burrito |
| **Additional Named Insured** | **Additional Named Insured** |
| Aegean Gourmet Foods Inc | Berkeley Fine Foods LLC |
| **Additional Named Insured** | **Additional Named Insured** |
| Garden of Eden Wholesale, Inc. | Garden of Eden Gourmet, Inc. |
| **Additional Named Insured** | **Additional Named Insured** |
| Broadway Specialty Foods, Inc. | Coskun Brothers Specialty Food, Inc. |

## Locations of All Premises You Own, Rent or Occupy

**Location: 1**
162 West 23rd Street
New York NY
10011

**Location: 2**
7 East 14th Street
New York NY
10003

**Location: 3**
2780 Broadway
New York NY
10025

**Location: 4**
720 Anderson Ave
Cliffside Park NJ
07010



ZHE 8293003 08

SACHS WALSH INSURANCE

## Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 221-0163 | 04/90 | Change Endorsement Form |
| 221-0163 | 10/03 | Change Endorsement Form |
| * 401-1127 | 01/15 | Notice - Acceptance Of Terrorism Coverage and Disclosure Of Premium |
| * 401-1337 | 02/16 | Trade Or Economic Sanctions Endorsement |
| * 401-1374 | 01/15 | Offer Disclosure Pursuant To Terrorism Risk Insurance Act |
| * 401-1377 | 12/14 | Company Address Listing |
| IL 00 03 | 09/08 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 01 11 | 11/03 | New Jersey Changes |
| IL 01 83 | 08/08 | New York Changes - Fraud |
| IL 02 08 | 09/07 | New Jersey Changes - Cancellation and Nonrenewal |
| IL 02 68 | 01/14 | New York Changes - Cancellation and Nonrenewal |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| * SIG 11 00 | 08/16 | Signature Page |



GARDEN OF EDEN  
ENTERPRISES INC

ZHE 8293003 08

## SACHS WALSH INSURANCE

# Commercial General Liability Coverage Part Declaration

Audit Frequency:         Annual  
Limits of Insurance:  
General Aggregate Limit                                              $2,000,000  
Products-Completed Operations Aggregate Limit                        $2,000,000  
Each Occurrence Limit                                                $1,000,000  
Personal and Advertising Injury Limit                                $1,000,000  
Damage to Premises Rented to You Limit                                 $100,000  
Medical Expense Limit, Any One Person                                   $10,000  
General Liability Deductible:  
Total Advance Commercial General Liability Premium                          $.

THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III - LIMITS OF INSURANCE FOR DETAILS

## Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 421-0017 | 06/89 | Employee Benefits Liability Insurance |
| 421-0022 | 12/90 | Asbestos Liability Exclusion |
| 421-2915 | 06/15 | Commercial General Liability Broadening Endorsement |
| 421-2916 | 06/15 | Commercial General Liability Enhancement Endorsement |
| * 421-2929 | 06/16 | New York Amendatory Endorsement |
| CG 00 01 | 04/13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 04 | 12/04 | New York Changes - Premium Audit |
| * CG 01 63 | 07/11 | New York Changes - Commercial General Liability Coverage Form |
| CG 20 10 | 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person or Organization |
| CG 20 24 | 04/13 | Additional Insured - Owners Or Other Interest From Whom Land Has Been Leased |
| CG 21 06 | 05/14 | Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| CG 21 70 | 01/15 | Cap On Losses From Certified Acts of Terrorism |
| CG 26 21 | 10/91 | New York Changes - Transfer Of Duties When A Limit Of Insurance Is Used Up |
| IL 00 23 | 07/02 | Nuclear Energy Liability Exclusion Endorsement |



RENEWAL OF POLICY UHE 8293022 06

# COMMERCIAL FOLLOW FORM EXCESS AND UMBRELLA POLICY

THESE DECLARATIONS, TOGETHER WITH THE COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE BELOW NUMBERED POLICY.

POLICY NUMBER: UHE 8293022 07
COMPANY: Hanover Insurance Company

## DECLARATIONS

**Item 1. Named Insured and Address**
(No., Street, Town, County, State)                                  Agent

| | |
|---|---|
| GARDEN OF EDEN ENTERPRISES INC<br>AEGEAN GOURMET FOODS INC.,<br>720 ANDERSON AVENUE, 2ND FLOOR<br>CLIFFSIDE PARK NJ 07010 | 1501396<br>SACHS WALSH INSURANCE<br>728 POST ROAD EAST<br>PO BOX 5163<br>WESTPORT CT 06881 |

**Item 2. Policy Period:** (Month, Day, Year)

From 05/11/2017 To 05/11/2018
12:01 A. M., standard time at the address of the Named Insured as stated herein.

**Form of Business:**
☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Limited Liability Company
☐ Organization (Other than Partnership, Joint Venture or Limited Liability Company)

**Business Description:** Gourmet Food Stores

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS PREMIUM MAY BE SUBJECT TO AUDIT.

**Item 3. Limit of Insurance**

| | |
|---|---|
| Each Occurrence or Each Claim Limit: | $10,000,000 |
| Products – Completed Operations Aggregate Limit: | $10,000,000 |
| General Aggregate Limit | $10,000,000 |
| Retained Limit: | $0 |

**Item 4. Premium Computation:**

| | |
|---|---|
| Estimated Annual Premium | $ |
| Premium Surcharges | $0.00 |
| (Premium Surcharges NOT APPLICABLE in New York) | |
| Annual Minimum Premium | $ |
| Advance Premium | $ |

**Endorsements:**

See next page

The Hanover Insurance Group.

☐ PREPAID - the total annual premium is due at inception.
☐ HANOCASH - the annual premium is payable according to the term of the Hanocash endorsement attached.
☐ ACCOUNT BILL    ☐ DIRECT BILL    ☐ Annual    ☐ Semi-Annual    ☒ Other

Audit period: Non Auditable Unless indicated by    ☐ Annual    ☐ Semi-Annual    ☐ Other
If you cancel this policy, we shall receive and retain not less than NIL as a policy minimum premium.



## Forms Applicable To This Policy:

*Asterisk denotes new or changed form

| Form Number | Form Edition | Description |
|---|---|---|
| 401-1127 | 01/15 | Notice - Acceptance Of Terrorism Coverage and Disclosure Of Premium |
| * 401-1337 | 02/16 | Trade Or Economic Sanctions Endorsement |
| * 401-1374 | 01/15 | Offer Disclosure Pursuant To Terrorism Risk Insurance Act |
| * 401-1377 | 12/14 | Company Address Listing |
| 475-0001 | 12/14 | Hanover Commercial Follow Form Excess And Umbrella Policy |
| 475-0015 | 12/14 | Exclusion - Cross Suits (Coverage A and B) |
| 475-0027 | 12/14 | Exclusion - Total Pollution (Coverage A) |
| 475-0031 | 12/14 | Exclusion - Professional Liability (Coverage A) |
| 475-0041 | 12/14 | New York Changes |
| 475-0066 | 01/15 | Cap on Losses From Certified Acts of Terrorism |
| 475-0070 | 01/15 | Exclusion of Punitive Damages Related To A Certified Act Of Terrorism |
| 475-0079 | 12/14 | Revised Coverage Territory - Suit Within United States (Coverage B) |
| 475-0114 | 12/14 | New York Exclusion - Abuse And Molestation (Coverage A and B) |
| * 475-0174 | 12/14 | Multiple Named Insured Endorsement |
| 475-0215 | 12/14 | Exclusion - Discrimination (Coverage A and B) |
| 475-0286 | 12/14 | New York Exclusion - International Abuse And Molestation (Coverage A and B) |
| 475-0391 | 12/14 | New York Exclusion - Silica (Coverage A and B) |
| 475-0424 | 12/14 | New York Exclusion - Employee Benefits Liability (Coverage B) |
| 475-0440 | 12/14 | New York - Claims Made Notice |
| * SIG 11 00 | 08/16 | Signature Page |



## SCHEDULE OF UNDERLYING POLICIES

Insured: GARDEN OF EDEN ENTERPRISES INC
Effective on and after 05/11/2017 **12:01 A.M. Standard Time**
This Schedule is part of Policy Number: UHE 8293022 07

| CARRIER, POLICY NUMBER & PERIOD | TYPE OF POLICY | APPLICABLE LIMITS OR AMOUNT OF INSURANCE |
|---|---|---|
| (a) Carrier: HANOVER INSURANCE COMPANY<br>Policy Number: ZHE 8293003 08<br>Policy Period: 05/11/2017 TO 05/11/2018 | Commercial General Liability<br>☐ Owned Autos<br>☐ Non-owned & Hired Autos | $1,000,000   Occurrence/ Each Claim<br>$1,000,000   Personal Injury<br>$1,000,000   Advertising Injury<br>$2,000,000   General Aggregate<br>$2,000,000   Product/Completed Operations Aggregate |
| (b) Carrier: ALLMERICA FINANCIAL BENEFITS<br>Policy Number: AWE 8711213 07<br>Policy Period: 05/11/2017 TO 05/11/2018 | Comprehensive Automobile Liability including<br>☒ Owned Autos<br>☒ Non-Owned & Hired Autos | Bodily Injury and Property Damage Liability Combined:<br>$1,000,000   Each Accident<br>Bodily Injury<br>$              Each Person<br>$              Each Accident<br>Property Damage:<br>$              Each Accident |
| (c) Carrier:<br>Policy Number:<br>Policy Period: | Garage Liability<br>☐ Dealers<br>☐ Service | Bodily Injury and Property Damage Liability Combined:<br>Each Accident<br>Garage Operations<br>$              Auto Only<br>$              Other than Auto Only<br>$              Aggregate<br>Garage Operations<br>$              Other than Auto Only |
| (d) Carrier: TRAVELERS INS<br>Policy Number: YJUB 237P82 3 09<br>Policy Period: 05/11/2017 TO 05/11/2018 | Standard Workers' Compensation & Employers' Liability<br><br>**NEW YORK ONLY:**<br>The Umbrella Coverage for Workers' Compensation and Employers Liability is not applicable in situations where an employee is subject to the New York Workers' Compensation Law. | **Coverage B – Employers Liability**<br>Bodily Injury by Accident<br>$500,000   Each Accident<br>Bodily Injury by Disease<br>$500,000   Each Employee<br>$500,000   Aggregate |

An "X" marked in the box provided indicates these broadening or optional coverage are provided in the Underlying Insurance

475-0003 12 14    Page 4    Issued 05/09/2017
Includes copyrighted material of Insurance Services Office, Inc. with its permission
Original Insured