UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,
           Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
           Defendant/Debtor.

Adv. Pro. No. 08-1789 (BRL)

SIPA Liquidation

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Robert F. Ferber, in support of his/her Proof of Claim and states as follows:

1. The Creditor had/has two client accounts with the Debtor.

2. The Creditor has filed two claims with the Trustee through SIPC.

I hereby certify that on this 12 day of June, 2009 a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service Regular Mail to:

2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 20005-2215

_____
Robert F. Ferber
Creditor
1807 Circle Road
Ruxton, MD 21204
433-278-5993
443