**BENJAMIN REALTY CORP.**

152 DARTERS LANE
MANHASSET
NEW YORK 11030
516 621-1504

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

June 13, 2009

Dear Sir:

I enclose a copy of the determination of claim on my account. 1CM401, Claim number 000980.

I reject the settlement offer in the amount of $228,964.39, because SIPC does not require "net equity' and to accept this amount is not what was represented by SIPC.

I will accept the full amount of $500,000.

Sincerely,

Donald A. Benjamin

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]



### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

June 9, 2009

NTC & CO. FBO Donald A. Benjamin
152 Darters Lane
Manhasset, New York 11030-4024

Dear NTC & CO. FBO Donald A. Benjamin:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1CM402 designated as Claim Number 000980:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Your claim is **ALLOWED** for $228,964.39, which is the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300014494