# EXHIBIT A
## (Executory Contracts)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway |

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039<br><br>Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124<br><br>Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820<br><br>Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833<br><br>Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001<br><br>Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304<br><br>Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147<br><br>Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | 3/6/06<br><br>2/27/06<br><br>1/20/07 | 36 months | Services<br><br>Services<br><br>Services | Long distance telephone service<br><br>PRI tem and Volume tariff<br><br>Conference and internet |