# EXHIBIT C
## (Proposed Bridge Order)

300010397

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## BRIDGE ORDER EXTENDING TRUSTEE'S TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon the motions of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor"), and as trustee for the estate of Bernard L. Madoff ("Madoff"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, Baker & Hostetler LLP, seeking the entry of an order, under sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 6006, (i) further extending the time by which the Trustee must assume or reject the Debtor's executory contracts and unexpired leases (the "Agreements") set forth in Exhibit A attached hereto, from June 30, 2009 through and including July 7, 2009 (the "Extension Motion") and (ii) seeking authority to assume an unexpired lease as set forth in Exhibit A attached hereto (the "Assumption Motion" and together with the Extension

300010397

Motion, the "Motions"), the date scheduled for the hearing on the Motions; and upon the affidavit of service of the Motion filed with the Clerk of the Court; and upon the scheduling of the hearing on the Motions for July 7, 2009; and no other notice being necessary or required; and after due deliberation and good and sufficient cause appearing therefore; it is now, hereby

**ORDERED**, that the Motions are granted to the extent provided for herein; and it is further

**ORDERED**, that the time by which the Trustee shall assume or reject the Debtor's Agreements be, and it hereby is, extended through and including July 7, 2009, the date of the hearing scheduled on the Motions, without prejudice to further extensions.

Dated: New York, New York
      June __, 2009

                                 HONORABLE BURTON R. LIFLAND
                                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A
## (Executory Contracts and Unexpired Lease)

| Counter-Parties Name/Address | Date | Term | Type | Subject | Treatment |
|---|---|---|---|---|---|
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 7/31/07 | 36 months | Office equipment | Xerox copier WCP275H (WCP275 PTR/SCN/HCF), Bonus item 6360DN | To be assumed |
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway | Request by Surge Trading Inc. f/k/a Castor Pollux Inc. to extent time to assume/reject |

300010397

| Counter-Parties Name/Address | Date | Term | Type | Subject | Treatment |
|---|---|---|---|---|---|
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039<br><br>Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124<br><br>Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820<br><br>Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833<br><br>Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001<br><br>Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304<br><br>Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147<br><br>Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | 3/6/06<br><br>2/27/06<br><br>1/20/07 | 36 months | Services<br><br>Services<br><br>Services | Long distance telephone service<br><br>PRI tem and Volume tariff<br><br>Conference and internet | Request by Surge Trading Inc. f/k/a Castor Pollux Inc. to extent time to assume/reject |

300010397      2