## EXHIBIT A

### PROPOSED LEASE TO BE ASSUMED

| Lessor and Address | Lease Date | Expiration Date | Type | Subject |
|---|---|---|---|---|
| Xerox Capital Services, LLC<br>P.O. Box 660501<br>Dallas, TX 75266 | July 31, 2007 | July 31, 2010 | Office equipment | Xerox copier WCP275H, Bonus item 6360DN |