**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**BRIDGE ORDER EXTENDING TRUSTEE'S TIME TO ASSUME**
**OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon the motions of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor"), and as trustee for the estate of Bernard L. Madoff ("Madoff"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, Baker & Hostetler LLP, seeking the entry of an order, under sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 6006, (i) further extending the time by which the Trustee must assume or reject the Debtor's executory contracts and unexpired leases (the "Agreements") set forth in Exhibit A attached hereto, from June 30, 2009 through and including July 7, 2009 (the "Extension Motion") and (ii) granting authority to assume an unexpired lease as set forth in Exhibit A attached hereto (the "Assumption Motion" and together with the

Extension Motion, the "Motions"); and upon the affidavit of service of the Motions filed with the Clerk of the Court; and upon the scheduling of the hearing on the Motions for July 7, 2009; and no other notice being necessary or required; and after due deliberation and good and sufficient cause appearing therefore; it is now, hereby

**ORDERED**, that the time by which the Trustee shall assume or reject the Debtor's Agreements be, and it hereby is, extended through and including July 7, 2009, the date of the hearing scheduled on the Motions, without prejudice to further extensions.

Dated: New York, New York
June 29, 2009

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A
## (Executory Contracts and Unexpired Lease)

| Counter-Parties Name/Address | Date | Term | Type | Subject | Treatment |
|---|---|---|---|---|---|
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 7/31/07 | 36 months | Office equipment | Xerox copier WCP275H (WCP275 PTR/SCN/HCF), Bonus item 6360DN | To be assumed |
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway | Request by Surge Trading Inc. f/k/a Castor Pollux Inc. to extent time to assume/reject |

3