# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET       NY   11030

PERIOD ENDING 11/30/08    PAGE 1

YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 242,342.75 |  |
| 11/12 | 2,288 |  | 2413 | WAL-MART STORES INC | 55.830 | 127,830.04 |  |
| 11/12 | 1,496 |  | 2915 | INTERNATIONAL BUSINESS MACHS | 87.270 | 130,614.92 |  |
| 11/12 | 5,544 |  | 6739 | EXXON MOBIL CORP | 72.880 | 404,267.72 |  |
| 11/12 | 6,072 |  | 7241 | INTEL CORP | 14.510 | 88,346.72 |  |
| 11/12 | 2,904 |  | 11567 | JOHNSON & JOHNSON | 59.580 | 173,136.32 |  |
| 11/12 | 3,960 |  | 15893 | J.P. MORGAN CHASE & CO | 38.530 | 152,736.80 |  |
| 11/12 | 2,112 |  | 20218 | COCA COLA CO | 44.660 | 94,405.92 |  |
| 11/12 | 1,232 |  | 24544 | MCDONALDS CORP | 55.370 | 68,264.84 |  |
| 11/12 | 2,288 |  | 28870 | MERCK & CO | 28.550 | 65,413.40 |  |
| 11/12 | 8,360 |  | 33196 | MICROSOFT CORP | 21.810 | 182,665.60 |  |
| 11/12 | 4,224 |  | 37522 | ORACLE CORPORATION | 17.300 | 73,243.20 |  |
| 11/12 | 1,672 |  | 50500 | PEPSICO INC | 56.410 | 94,383.52 |  |
| 11/12 | 968 |  | 51002 | APPLE INC | 100.780 | 97,593.04 |  |
| 11/12 | 7,128 |  | 54826 | PFIZER INC | 16.940 | 121,033.32 |  |
| 11/12 | 1,672 |  | 55328 | ABBOTT LABORATORIES | 54.610 | 91,373.92 |  |
| 11/12 | 3,168 |  | 59152 | PROCTER & GAMBLE CO | 64.080 | 203,131.44 |  |
| 11/12 | 1,144 |  | 59654 | AMGEN INC | 59.160 | 67,724.04 |  |
| 11/12 | 2,200 |  | 63478 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 96,008.00 |  |
| 11/12 | 5,280 |  | 63980 | BANK OF AMERICA | 21.590 | 114,206.20 |  |
| 11/12 | 1,760 |  | 67804 | QUALCOMM INC | 33.770 | 59,505.20 |  |
| 11/12 | 5,720 |  | 68306 | CITI GROUP INC | 12.510 | 71,785.20 |  |
| 11/12 | 1,320 |  | 72130 | SCHLUMBERGER LTD | 49.480 | 65,365.60 |  |
| 11/12 | 3,168 |  | 72632 | COMCAST CORP CL A | 16.510 | 52,429.68 |  |

CONTINUED ON PAGE   2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET          NY   11030

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 6,248 | | 76456 | AT&T INC | 27 | 168,945.00 | |
| 11/12 | 1,584 | | 76958 | CONOCOPHILIPS | 52.510 | 83,238.84 | |
| 11/12 | 1,056 | | 80782 | UNITED PARCEL SVC INC CLASS B | 52.040 | 54,996.24 | |
| 11/12 | 6,424 | | 81284 | CISCO SYSTEMS INC | 16.730 | 107,729.52 | |
| 11/12 | 1,848 | | 85108 | U S BANCORP | 29.530 | 54,644.44 | |
| 11/12 | 2,200 | | 85610 | CHEVRON CORP | 73.430 | 161,634.00 | |
| 11/12 | 1,056 | | 89434 | UNITED TECHNOLOGIES CORP | 53.160 | 56,178.96 | |
| 11/12 | 11,176 | | 89936 | GENERAL ELECTRIC CO | 19.630 | 219,831.88 | |
| 11/12 | 2,992 | | 93760 | VERIZON COMMUNICATIONS | 30.410 | 91,105.72 | |
| 11/12 | 264 | | 94262 | GOOGLE | 337.400 | 89,083.60 | |
| 11/12 | 3,696 | | 98086 | WELLS FARGO & CO NEW | 29.800 | 110,287.80 | |
| 11/12 | 2,640 | | 98588 | HEWLETT PACKARD CO | 34.900 | 92,241.00 | |
| 11/12 | | 3,950,000 | 20699 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.936 | | 3,947,472.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 106.02 |
| 11/12 | | 90,375 | 15797 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 90,375.00 |
| 11/12 | 34,795 | | 25166 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,795.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.27 |

CONTINUED ON PAGE   3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET    NY    11030

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-------|-------------|-----------------|-------------------------------|--------------------------------|
| 11/19 |               | 34,795         | 50426 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |              | 34,795.00 |
| 11/19 | 275,000        |                | 55060 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.926 | 274,796.50 |           |
| 11/19 | 23,651         |                | 59465 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,651.00 |           |
|       |                |                |       | NEW BALANCE |         | 488,214.60 |           |
|       |                |                |       | SECURITY POSITIONS | MKT PRICE |        |           |
|       | 6,248          |                |       | AT&T INC | 28.560 |            |           |
|       | 1,672          |                |       | ABBOTT LABORATORIES | 52.390 |   |           |
|       | 1,144          |                |       | AMGEN INC | 55.540 |            |           |
|       | 968            |                |       | APPLE INC | 92.670 |            |           |
|       | 5,280          |                |       | BANK OF AMERICA | 16.250 |      |           |
|       | 2,200          |                |       | CHEVRON CORP | 79.010 |         |           |
|       | 6,424          |                |       | CISCO SYSTEMS INC | 16.540 |    |           |
|       | 5,720          |                |       | CITI GROUP INC | 8.290 |         |           |
|       | 2,112          |                |       | COCA COLA CO | 46.870 |         |           |
|       | 3,168          |                |       | COMCAST CORP CL A | 17.340 |    |           |
|       | 1,584          |                |       | CONOCOPHILIPS | 52.520 |        |           |
|       | 5,544          |                |       | EXXON MOBIL CORP | 80.150 |     |           |
|       | 11,176         |                |       | GENERAL ELECTRIC CO | 17.170 |  |           |
|       |                |                |       | CONTINUED ON PAGE  4 |     |            |           |

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|---|

**DUPLICATE** FOR ACCOUNT  NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET      NY   11030

PERIOD ENDING: 11/30/08    PAGE: 4
YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 264 | | | GOOGLE | 292.960 | | |
| | 2,640 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 6,072 | | | INTEL CORP | 13.800 | | |
| | 1,496 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 3,960 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,904 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,232 | | | MCDONALDS CORP | 58.750 | | |
| | 2,288 | | | MERCK & CO | 26.720 | | |
| | 8,360 | | | MICROSOFT CORP | 20.220 | | |
| | 4,224 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,672 | | | PEPSICO INC | 56.700 | | |
| | 7,128 | | | PFIZER INC | 16.430 | | |
| | 2,200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,168 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,760 | | | QUALCOMM INC | 33.570 | | |
| | 1,320 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 23,651 | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | |
| | 1,848 | | | U S BANCORP | 26.980 | | |
| | 1,056 | | | UNITED PARCEL SVC INC<br>CLASS B | 57.600 | | |
| | 275,000 | | | U S TREASURY BILL<br>DUE 03/26/2009<br>3/26/2009 | 99.971 | | |
| | 1,056 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE  5

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET          NY   11030

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 2,992 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 2,288 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 3,696 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG                       SHORT |  |  |  |
|  |  |  |  | 4,175,700.77 |  |  |  |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET        NY   11030

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-CM402-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 26,808.24 |
| | | | | GROSS PROCEEDS FROM SALES | | | 22,586,166.42 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET         NY   11030

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM402-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 242,343.00 |
| 11/12 |  | 88 | 41848 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |  | 138,952.00 |
| 11/12 | 88 |  | 46174 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 156,728.00 |  |
| 11/19 |  | 88 | 32279 | S & P 100 INDEX DECEMBER 430 CALL | 26 |  | 228,712.00 |
| 11/19 | 88 |  | 36604 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 264,088.00 |  |
| 11/19 |  | 88 | 40929 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 26,488.00 |  |
| 11/19 |  | 88 | 45254 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |  | 325,512.00 |
|  |  |  |  | NEW BALANCE |  |  | 488,215.00 |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |  |
|  |  | 88 |  | S & P 100 INDEX DECEMBER 430 CALL | 23.300 |  |  |
|  | 88 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |  |  |

MARKET VALUE OF SECURITIES
LONG                SHORT
145,200.00       205,040.00-