SANFORD P. ROSEN & ASSOCIATES, P.C.
Attorneys for Judith S. Schustack,
  David A. Schustack, Robert J.
  Schustack, Shirley Schustack
  Conrad, and Amy Beth Smith
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
SECURITIES INVESTOR PROTECTION
  CORPORATION,

                 Plaintiff,   Adv.Pro.No. 08-01789 (BRL)
v.

BERNARD L. MADOFF INVESTMENT     SIPA Liquidation
  SECURITIES, LLC,

                 Defendant.   (Substantively Consolidated)
--------------------------------x
In re

BERNARD L. MADOFF INVESTMENT
  SECURITIES, LLC,

                 Debtor.
--------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of

the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules

of Bankruptcy Procedure, Sanford P. Rosen & Associates, P.C.

hereby appears as counsel in the above-captioned case for each

of the following creditors and parties in interest: Judith S.

Schustack, David A. Schustack, Robert J. Schustack, Shirley

Schustack Conrad, and Amy Beth Smith and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

>Sanford P. Rosen, Esq.
>Sanford P. Rosen & Associates, P.C.
>747 Third Avenue
>New York, NY 10017-2803
>Tel: (212) 223-1100
>Fax: (212) 223-1102
>srosen@rosenpc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned counsel be added to the notice list for notice of all contested matters, adversary proceedings, and

other proceedings in the referenced case.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Judith S. Schustack's, David A. Schustack's, Robert J. Schustack's, Shirley Schustack Conrad's, and Amy Beth Smith's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
July 2, 2009

                        SANFORD P. ROSEN & ASSOCIATES, P.C.
                        Attorneys for Judith S. Schustack,
                          David A. Schustack, Robert J.
                          Schustack, Shirley Schustack
                          Conrad, and Amy Beth Smith

                        By: /s/ Sanford P. Rosen
                            Sanford P. Rosen

                        747 Third Avenue
                        New York, NY 10017-2803
                        (212) 223-1100