BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, I served true copies of the **Notice of Adjournment of the Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of The Federal Rules of Bankruptcy Procedure Approving An Agreement By and Among The Trustee, NetJets Sales, Inc., NetJets Aviation, Inc. and NetJets Services, Inc.** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email

addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
     July 2, 2009

                                          *s/Nikki M. Landrio*
                                          NIKKI M. LANDRIO

<u>**SCHEDULE A**</u>

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street


**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov


**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

41-41 38th Street LLC
41-41 38th Street
Long Island City, NY  11101

53rd at Third
c/o Gerald D. Hines Interests, Ltd.
885 Third Avenue
New York, NY  10022-4802

ABN-AMRO (Merrill Lynch)
208 South LaSalle Street
Chicago, IL  60604

Advantage International Systems, Inc.
2570 Coral Landings Blvd.
Suite 201
Palm Harbor, FL  34684

ALPS Distributor, Inc.
1290 Broadway
Suite 1100
Denver, CO  80203

Ambrosino, DePinto & Scmeider, PC
275 Seventh Avenue
21st Floor
New York, NY  10001

American Registry for Internet Numbers
P. O. Box 79010
Baltimore, MD  21279-0010

American Stock Exchange
86 Trinity Place
New York, NY  10006-1881

Archipelago LLC / ARCA
100 S. Wacker Dr.
Suite 2012
Chicago, IL  60606

Arrowhead Securities, LLC
109 Highland avenue
Needham, MA  02499

Associated Networks, Inc.
1120 Easton Road
Willow Grove, PA  19090

AT&T
32 Avenue of the Americas
New York, NY  10013

Automated Building System Corp.
225 North Fehr Way
Bayshore, NY  11706

Automated Trading Desk LLC
11 eWall Street
Mt. Pleasant, SC  29464

Avaya
312 Elm Street
Suite 1100
Cincinnati, OH  45202

Avaya
2 Gatehall Drive
Parsippany, NJ  07039

Avtec Systems, Inc.
500 N. Broadway
Jericho, NY  11753

Barclays
45 Fremonth Street
San Francisco, CA  94105

Basler Kantonalbank, Basel (BKB Trader)
Spiegelgasse 2
Basel, 4002
Switzerland

BATS
8050 Marshall Drive
Suite 120
Lenexa, KS  66214

BEA Systems, Inc.
2315 North First Street
San Jose, CA  95131

Bear Stearns Securities Corp
383 Madison Avenue
New York, NY  10179

BeCompliant Corporation
580 Burbank Street
Suite 110
Broomfield, CO  80020

Bloomberg
731 Lexington Avenue
New York, NY  10022

BNY ConvergEx
1633 Broadway
48th Floor
New York, NY  10019

Brass Utility LLC
55 Broadway
New York, NY  10006

BT
575 Lexington Avenue
New York, NY  10022

B-Trade Services LLC/BTRD
1633 Broadway
48th Floor
New York, NY  10019

Calamp
12670 High Bluff Drive
San Diego, CA  92130

Cantor Fitzgerald & Co.
1840 Century Park East
Lost Angeles, CA  90067

Caplin Systems Limited
8th Floor Mercury House
Titan Court, London  EC2A 1BR

CCH Incorporated
2700 Lake Cook Road
Riverwoods, IL  60015

Check Point Software Technologies LTD
800 Bridge Parkway
Redwood City, CA  94065

Check Point Software Technologies Ltd.
800 Bridge Parkway
Redwood City, CA  94065

CIBC World Markets
300 Madison Ave
New York, NY  10017

Cisco Systems
1 Penn Plaza
New York, NY  10022

CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ  07039

Computer Tech International
1415 Ohio Avenue
Bayshore, NY  11706

Consolidated Technologies Inc.
666 Fifth Avenue
New York, NY  10103

Copyright Clearance, Inc.
222 Rosewood Drive
Danvers, MA  01923

CQG
1050 17th Street
Suite 2000
Denver, CO  80265

CRD
c/o FINRA
P.O. Box 7777-8705
Philadelphia, PA  19175-8705

Credit Suisse Securities
Eleven Madison Avenue
New York, NY  10010

Davidge Data Systems
20 Exchange Place
39th Floor
New York, NY  10005

Direct Edge ECN LLC
22 Cortlandt Street
New York, NY  10007

Domestic Securities, Inc.
160 Summit Avenue
Montvale, NJ  07645

Dow Jones & Company, Inc.
1 World Financial Center
200 Liberty Street
New York, NY  10281

eBX LLC
100 Franklin Street
Boston, MA  02110

Ecco Business Systems, Inc.
55 West 39th Street
New YorkNY  10018

Electronic Global Holdings, Ltd. (f/k/a ITTI)
120 Broadway
34th Floor
New York, NY  10005

Elkins McSherry LLC (subsidiary of State Street Bank & Trust Co.)
225 Liberty Street
24th Floor
New York, NY  10281

Employment Law Trading, Inc.
650 California Street
22nd Floor
San Francisco, CA  94108

FD Consulting, Inc.
2040 Victory Boulevard
Staten Island, NY  10314

Fidessa
17 State Street
New York, NY  10004

First Call Corporation
40 West 57th Street
10th Floor
New York, NY  10019

Forsythe Solutions
75 Remittance Drive
Suite 1134
Chicago, IL  60675-1134

Genserve Inc.
80 Sweeneydale Avenue
Bayshore, NY  11706

Gerson Lehrman Group
P.O. Box 200589
Pittsburgh, PA  15251-0589

GL Trade
42 rue Notre-Dame des Victoires
75002 Paris, FRANCE

GMPCS
1501 Green Road
Suite A-B
Pompano Beach, FL  33064

Goldman Sachs
85 Broad Street
17th Floor
New York, NY  10004

Granite Telecom
920 Broadway
Suite 503
New York, NY  10010

Henson Group
1375 Broadway
3rd Floor
New York, NY  10018

Hewlett Packard
8000 Foothills Boulevard
MS5538
Roseville, CA  95747-5538

HSBC
2700 Sanders Road
Prospect Heights, IL  60070

IBM
1 New Orchard Road
Armonk, NY  10504-1722

ILX
P.O. Box 71601
Chicago, IL  60694-1601

Im-age Software Inc.
15 Buffalo Ridge Circle
Houston, TX  77056

ImageMAKER Development Inc.
416 6th Street
Suite 102
New Westminster, British Columbia,
Canada  V3L 3B2

Indivex Trading/Eclipse Trading, Inc.
30 Broad Street
38th Floor
New York, NY  10004

Innovative Consulting
1162 Camino Vallecito
Lafayette, CA  94549

Instinet Corp.
875 Third Avenue, 18th Floor
New York, NY  10022

Instinet Corporation
757 Third Avenue
New York, NY  10017

InterNAP
601 Union Street
Suite 1000
Seattle, WA  98101

InterNAP
501 Union Street
Suite 1000
Seattle, WA  98101

International Video Conferencing Inc.
180 Adams Avenue
Hauppauge, NY  11788

Internet Trading Technologies
120 Broadway
34th Floor
New YorkNY  10271-3400

Iron Mountain
203 Moonachie Road
Moonachie, NJ  07074-1309

Island ECN, Inc.
50 Broad Streetq
New York, NY  10004

Kiplinger
1729 H Street NW
Washington, DC  20006

Knight Execution Partners LLC
111 W Jackson Boulevard
10th Floor
Chicago, IL  60604-3589

LaGuardia Corporate Center Associates
6800 Jericho Turnpike
Syosett, NY  11791

95879, 300022643

LakeView Technology
2301 W 22nd Street
Suite 206
Oak Brook, IL  60523

Lava Trading Inc.
95 Morton Street
New York, NY  10014

Lavaflow Inc.
388 Greenwich Street
New York, NY  10013

Lewco Securities Corp
34 Exchange Place
Jersey City, NJ  07302

Lexis Nexis
P.O. Box 7247-7090
Philadelphia, PA  18170-7090

Liquidnet Holdings, Inc.
498 Seventh Avenue
12th Floor
New York, NY  10018

Littler Mendelson
900 Third Avenue
New York, NY  10022-3298

Lucent Technologies
666 5th Avenue
New York, NY  10103

Market Guide, Inc.
2001 Marcus Avenue
Lake Success, NY  11042

Market Systems, Inc.
2464 North Orchard Street
Chicago, IL  60614

Market XT
100 Broadway
New York, NY  10005-1902

Marsh USA
111 S.W. Columbia
Suite 500
Portland, OR  97201

Matco Service Corp
584 Mineola Avenue
Carle Place, NY  11514

MathWorks
3 Apple Hill Drive
Natick, MA  01760-2098

Matrix Mechanical Corp.
47-15 35th Street
LIC, NY  11101

Mellon Invest Data Corporation
161 William Street
New York, NY  10038

Merrill Lynch
440 S. LaSalle Street
Suite 2500
Chicago, IL  60693

MGE UPS Systems, Inc.
2643 Collections Center Drive
Chicago, IL  60693

Microbank
80 Broad Street
7th Floor
New York, NY  10004

Microsoft
One Microsoft Way
Redmond, WA  98052

Mid-Com, Inc.
377 Route 17 South
Hasbrouck Heights, NJ  07604

Morgan Stanley & Co. Inc.
One Pierrepont Plaza
Brooklyn, NY  11201

MSLI, GP
6100 Neil Road
Reno, NV  89511-1137

Muriel Siebert & Co., Inc.
885 Third Avenue
17th Floor
New York, NY  10022

Nasdaq
9513 Kew West Avenue
RockvilleMD  20850

Nasdaq Tools, Inc.
15 Exchange Place
Suite 320
Jersey City, NJ  07302-3906

National Association of Securities Dealers,
Inc.
1735 K Street NW
Washington, DC  20006-1500

National Financial Services LLC
200 Seaport Blvd
Z2H
Boston, MA  02210

National Stock Exchange
101 Hudson Street
Suite 1200
Jersey City, NJ  07302

Network Associates, Inc.
3965 Freedom Circle
Santa Clara, CA  95054-0963

Network Solutions
505 Huntmar Park Drive
Herndon, VA  20170

NewCourt Communications Finance
Corporations/Lucent Technologies Inc.
2 Gatehall Drive
Parsippany, NJ  07054

NewsWare Inc.
56 Pine Street
New York, NY  10005

NY Fix Millennium LLC
100 Wall Street
New York, NY  10005

NYSE
11 Wall Street
17th Floor
New York, NY  10005

NYSE Transact Tools Inc.
2 Metrotech Center
Brooklyn, NY  11201

OES
194 Nassau Street
Princeton, NJ  08542

Options Price Reporting Authority
400 South Lasalle Street
Chicago, IL  60605

Oracle
P.O. Box 71028
Chicago, IL  60694-1028

Oscar Gruss and Son Incorporated
292 Madison Avenue
14th Floor
New York, NY  10017

Passport Advantage (IBM Lotus)
P.O. Box 643600
Pittsburgh, PA  15264-3600

Penson Financial Services
1700 Pacific Avenue
Suite 1400
Dallas, TX  75201

Pitney Bowes
P.O. Box 856390
Louisville, KY  40285-6390

PricewaterhouseCoopers LLP
1301 Avenue of the Americas
New York, NY  10019

Productive Online
510 First Avenue North
Suite 310
Minneapolis, MN  55403

Radianz Americas Inc.
Dept. CH 19227
Palestine, IL  60055-9227

Reuters America Inc.
1700 Broadway
New York, NY  10019

RIM Securities LLC
570 Lexington Avenue
New York, NY  10022

Royalblue Financial Corporation
17 State Street
New York, NY  10004-1501

S.A.C. Capital Management, L.P.
520 Madison Avenue
7th Floor
New York, NY  10022

S3 Matching Technologies, LP
9433 FM 2244
Building 1, Suite 200
Austin, TX  78733

Salomon Smith Barney
390 Greenwich Street
New York, NY  10013

Salomon Smith Barney
388 Greenwich Street
New York, NY  10013

SAVVIS Communications Corporation
1 SAVVIS Parkway
Town & Country, MO  63017

Schwab Enterprise LLC
1114 Avenue of the Americas
24th Floor
New YorkNY  10036

SL Data Services, Inc.
529 Fifth Avenue
14th Floor
New York, NY  10017

Spear, Leeds and Kellogg
120 Broadway
New York, NY  10271

Spectrum Mini-Storage
160 John Street
Brooklyn, NY  11201

Sprint Communications
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS  66251-4300

Standard & Poors
55 Water Street
New York, NY  10041

Stratus Computer, Inc.
55 Fairbanks Boulevard
Malborough, MA  1752

Stratus Technologies
U.S. Operations
111 Powdermill Road
Maynard, MA  01754-3409

StreetAccount
110 Buffalo Way
PO Box 13453
Jackson, WY  83002

Sun Microsystems, Inc.
901 San Antonio Road
Palo Alto, CA  94303

SunGard
680 East Swedesford Rd
Wayne, PA  19087

SunGard ePI
70 South Orange Ave.
Livingston, NJ  7039

SunGard Trading Systems
1008 Virgil Avenue
Ridgefield, NJ  7657

Swaps Monitor
401 Broadway
Suite 610
New York, NY  10013

Talarian
333 Distel Circle
Los Altos, CA  94022-1404

TD Waterhouse Investor Services, Inc.
100 Wall Street
New York, NY  10005

TelAlert
12670 High Bluff Drive
San Diego, CA  92130

TheStreet.com
2 Rector Street
14th Floor
New York, NY  10006

TIBCO
3305 Hillview Ave
Palo Alto, CA  94304

TIBCO
3305 Hillview Ave
Palo Alto, CA  94304

Toronto Stock Exchange
The Exchange Tower
2 First Canadian Place
Toronto, ONTARIO  M5X 1J2

Traders Magazine
40 W. 57th Street
11th Floor
New York, NY  10019

Tradeware Global LLC
40 Wall Street
36th Floor
New York, NY  10005

Transaction Auditing Group (TAG)
24 Woodbine Ave.,
Second Floor
Northport, NY  11768-2910

Transaction Network Services
1939 Roland Clarke Place
Reston, VA  22091

Trans-Lux Corp.
110 Richards Avenue
Norwalk, CT  06856-5090

Tumbleweed Communications Corp.
700 Saginaw Drive
Redwood City, CA  94063

Universal Safe Deposit Corp.
420 Lexington Ave
New York, NY  10017

USAA
9800 Fredericksburg Road
San AntonioTX  78288

Vanguard Marketing Corporation
100 Vanguard Blvd.
Malvern, PA  19355

Venali
One Columbus Center
One Alhambra Plaza, Suite 800
Coral Gables, FL  33134

Veramark Technologies
3750 Monroe Avenue
Pittsford, NY  14534

Verisign Site Services Pro
3 East 54th Street
Suite 1100
New York, NY  10022

Veritas Software
1600 Plymouth Street
Mountain View, CA  94043

Verizon
Verizon Wireless Bankruptcy
Administration
P.O.Box 3397
Bloomington, IL  61702

Wall Street Source
26 West 17th Street
3rd Floor
New York, NY  10011

Wedbush Morgan Securities
1000 Wilshire Boulevard
Suite 830
Los Angeles, CA  90017

Wells Fargo Investments LLC
420 Montgomery Street
San Francisco, CA  94104

William Blair & Company LLC
222 West Adams Street
Chicago, IL  60606

ADP
400 Covina Boulevard
San Dimas, CA 91773-2976

Broadridge Securities Processing
Solutions
2 Journal Square Plaza
Jersey City, NJ 07306-0817

Executive Charge, Inc.
1440 39th Street
Brooklyn, NY 11218

Advanta
PO box 8088
Philadelphia, PA 19101-8088

Central Parking System
211 East 53rd Street
New York, NY 10022

ExxonMobil
Processing Center
Des Moines, IA 50361-0001

AT&T
PO Box 13146
Newark, NJ 07101-5646

Chubb Group of Insurance Companies
PO Box 7247-0180
Philadelphia, PA 19170-0180

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Consolidated Edison Company of NY
JAF Station
PO Box 1702
New York, NY 10116-1702

Finra
PO Box 7777-W5050
Philadelphia, PA 19175-5050

AT&T
PO Box 78152
Phoenix, AZ 85062-8152

AT&T
PO Box 13148
Newark, NJ 07101-5648

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Mobility
PO Box 538695
Atlanta, GA 30353-8695

Avant Business Services
PO Box 5952
New York, NY 10163-5952

Bloomberg Finance LP
PO Box 30244
Hartford, CT 06150-0244

MicroMem International, Inc.
One West 34th Street
Suite 1202
New York, NY 10001

NBL National Benefit Life Insurance
Company
PO Box 7247-8844
Philadelphia, PA 19170-8844

Options Price Reporting Authority
PO Box 95718
Chicago, IL 60694-5718

Corporate Coffee Systems
745 Summa Ave.
Westbury, NY 11590

De Lage Landen
PO Box 41601
Philadelphia, PA 19101-1601

Deer Park Direct
6661 Dixie Hwy
Suite 4
Louisville, KY 40258

DirectTV
PO Box 11732
Newark, NJ 07101-4732

Ecco Business Systems
60 West 38th Street
4th Floor
New York, NY 10018

EMC Corporation
176 South Street
Hopkinton, MA 01748-1000

Snow Becker Krauss PC
605 3rd Avenue
New York, NY 10158-0125

Sprint
PO Box 8077
London, KY 40742

Sungard Securities Finance LLC
15558 Collections Center Drive
Chicago, IL 60693

Guardian Service Industries, Inc
88005 Expedite Way
Chicago, IL 60695-0005

Interactive Data
PO Box 98616
Chicago, IL 60693

MCI
MCI Comm Service
27732 Network Pl
Chicago, IL 60673-1277

Mercedes-Benz Financial
PO Box 900180
Louisville, KY 40290-1680

Meritain Health
PO Box 8000
Department 207
Buffalo, NY 14267

Metropolitan 885 Third Ave LLC
In Trust for Royal Bank of CN
PO Box 415157
Boston, MA 02241-5157

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon
PO Box 4820
Trenton, NJ 08650-4820

Verizon
PO Box 4833
Trenton, NJ 08650-4833

Pax Wholesome Foods
906 3rd Avenue
New York, NY 10022

Susan Blumenfeld Interiors, Ltd
300 Robbins Lane
Syosset, NY 11791

41-38 39th Street
41-41 38th Street
Long Island City, NY, 11101

Perriwater Ltd
960 First Avenue
New York, NY 10022

Thomson Financial LLC
195 Broadway
7th Floor
New York, NY 10007

Verizon
PO Box 1100
Albany, NY 12250-0001

Progressive Business Publications
370 Technology Drive
Malvern, PA 19355

Unum
The Paul Revere Life Insurance Company
PO box 740590
Atlanta, GA 30374-0590

Verizon Wireless
PO Box 17120
Tucson, AZ 85731-7120

Reuters Transaction Services LLC
PO Box 2003
Carol Stream, IL 60132-2003

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Yeshiva University
Department of Advancement Services
500 West 185th Street
New York, NY 10033-3201

Rudy's Limousine
85 Old Long Ridge road
Stamford, CT 6903

UTOG 2 Way Radio, Inc.
25-20 39th Avenue
Long Island City, NY 11101-3616

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Shell Card Center
PO Box 689151
Des Moines, IA 50368-9151

V.Santini
27 South 6th Avenue
Mt. Vernon, NY 10550

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

Sherry-Lehmann
505 Park Avenue
New York, NY 10022

Valera Global Inc.
53-02 11th Street
Long Island City, NY 11101

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Patricia Samuels, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530

Steven Schlesinger, Esq.
Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Bernard L. Madoff
133 East 64th Street
Apt. 12A
New York, NY 10065

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

BDG Aircharter, Inc.
c/o Blumenfeld Development Group
300 Robbins Lane
Syosset, NY 11791
Attn: David Kaplan

BLM Air Charter LLC
c/o BLMIS
885 3rd Avenue, 18th Floor
New York, NY 10022
Attn: Mark Madoff

Jonathan Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Brian Edward Goldberg
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Cole, Schotz, Meisel, Forman & Leonard
Court Plaza North
25 Main Street, PO Box 800
Hackensack, NJ 07602
Attn: Michael D. Sirota

Becker, Glynn, Melamed & Mussly
299 Park Avenue, 16th Floor
New York, NY 10171
Attn: Chester B. Salomon

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attn: Mark Mulholland

Lev L. Dassin
Attorney for the USA
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Sean H. Lane

Shutts & Bowen LLP
200 E. Broward Blvd. Suite 2100
Fort Lauderdale, FL 33301

Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn: Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY 10018
Attn: Barry R. Lax

Crowell & Moring LLP
153 East 53rd Street
New York, NY 10022
Attn: William M. O'Connor

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Attn: James M. Ringer

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
Attn: William B. Wachtel

Baach Robinson & Lewis PLLC
1201 F Street N.W., Suite 500
Washington, DC 20004
Attn: Eric L. Lewis

Buchalter Nemer, A Professional Corp.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Attn: Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY 10016
Attn: Dennis Quinn