BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON JULY 7, 2009 AT 10:00 A.M.

### UNCONTESTED MATTERS

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Motion to Extend Time /Trustee's Third Motion for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending The Time Within Which The Trustee May Assume or Reject Executory Contracts [Filed: June 26, 2009 ] (Docket No. 292)

Related Documents:

A. Bridge Order signed on June 29, 2009 Extending Trustee's Time to Assume or Reject Executory Contracts and Unexpired Leases [Filed: June 29, 2009] (Docket No. 294)

| | |
|---|---|
| Objection Deadline: | July 3, 2009 |
| Objections Filed: | None |
| Status: | This matter is going forward. |

2. Motion to Authorize /Trustee's Motion for an Order Pursuant to Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006 Seeking Authority to Assume an Executory Contract [Filed: June 26, 2009] (Docket No. 293)

Related Documents:

A. Bridge Order signed on June 29, 2009 Extending Trustee's Time to Assume or Reject Executory Contracts and Unexpired Leases [Filed: June 29, 2009] (Docket No. 294)

| | |
|---|---|
| Objection Deadline: | July 3, 2009 |
| Objections Filed: | None |
| Status: | This matter is going forward. |

Dated: New York, New York
July 6, 2009

Respectfully submitted,

*s/ Marc Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*