BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2009, I served true copies of the **Notice of Agenda for Matters Scheduled For Hearing on July 7, 2009 at 10:00 a.m.** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as

095879, 300022727

set forth on the attached Schedule A.

Dated: New York, New York
      July 6, 2009                                     s/Nikki M. Landrio
                                                   NIKKI M. LANDRIO

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

Verizon
Post Office Box 15124
Albany, NY 12212-5124

Verizon
Post Office Box 4820
Trenton, NJ 08650-4820

Verizon
Post Office Box 4833
Trenton, NJ 08650-4833

Verizon
Post Office Box 1100
Albany, NY 12250-0001

CIT Communications Finance Corporation
650 CIT Drive
Livingston, NJ 07039

Verizon Business
500 Technology Drive
Suite 870
Weldon Springs, MO 63304

CIT Communications Finance Corporation
1 CIT Drive
Livingston, NJ 07039

Verizon Business Network Services, Inc.
22001 Loudon County Pkwy.
Ashburn, VA 20147

Avaya

312 Elm Street, Suite 1100
Cincinnati, OH 45202

Verizon Business Services
6415-6455 Business Center Dr.
Highlands Ranch, CO 80130

Avaya
2 Gatehall Drive
Parsippany, NJ 07039

Avaya Financial Services
Post Office Box 550599
Jacksonville, FL 32255

Verizon Select Services Inc.
6665 N. MacArthur Blvd.
Irving, TX 75039

Xerox Capital Services, LLC
PO Box 660501
Dallas, TX 75266