**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant,

---

Adv. Pro No. 08-01789

(BRL)

SIPA Liquidation

### NOTICE FOR CHANGE OF ADDRESS

Please take notice that, effective July 1, 2009, the address of the Ade O.

Ogunjobi, et al. will change as follows:

5820 Hickory Street--#7
Callaway, Florida 32404

The telephone/contact number and e-mail address have not been affected by this

change.

DATED: Callaway, Florida
July 1, 2009

Ade O. Ogunjobi
Toks, Inc. and wholly-owned
5820 Hickory Street # 7
Callaway, Florida 32404
Tel: 808-393-6573
tspnotes@tspnotes.com

By: _____
Ade O. Ogunjobi