# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
SCA CREQUE AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF JUNE 8, 2009**

The cause having come before the Court upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, for authority to retain SCA Creque as special counsel *nunc pro tunc* as of June 8, 2009, due and proper notice having been given under the circumstances of this case, and the Securities Investor Protection Corporation having specified SCA Creque as special counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Notice of the Motion to those persons and entities who have requested notice of all matters in this case shall be sufficient.

3. The Court finds that SCA Creque is hereby deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

4. The Trustee is authorized to retain SCA Creque as special counsel to the Trustee as provided in the Motion, *nunc pro tunc*, as of June 8, 2009.

Dated: New York, NY
      July ____, 2009

_____
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

300015581.1, Order to Retain SCA Creque as Special Counsel in BVI

2