UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**SECOND ORDER PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE FURTHER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

This matter came before the Court on May 27, 2009 on the second motion (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor"), for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the time within which he may assume or reject executory contracts and unexpired leases (the "Agreements") set forth in Exhibit A hereto on behalf of the Debtor's estate for sixty (60) days, from May 1, 2009 through and including June 30, 2009 (the "Extension Request"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with section 78eee(b)(4) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the Protective Decree, entered on December 15, 2008 by the United States District Court for the Southern District of New York in Case No. 08 CV 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the estate, its customers, its

300013078

creditors, and all parties in interest; and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and the Court having determined that the Trustee articulated good, sufficient and sound business justifications for the Extension Request; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and upon the proceedings before the Court and after due deliberation, it is hereby

**ORDERED**, that the relief requested in the Motion is granted; and it is further

**ORDERED**, that the time within which the Trustee may assume or reject the Agreements hereby is extended up to and including June 30, 2009; and it is further

**ORDERED**, that the entry of this Order is without prejudice to (a) further extensions of the time within which the Trustee may assume or reject the Agreements upon proper application; and (b) the rights of the nondebtor parties to such Agreements to seek entry of an order shortening such time; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
       July 7, 2009

       /s/ Burton R. Lifland
       HONORABLE BURTON R. LIFLAND
       UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

# EXHIBIT A
## (Executory Contracts and Unexpired Leases)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 10/29/08 | 36 months | Office equipment | Xerox copier W5675PT (W5675 Printer/4T) |
| Xerox Capital Services, LLC<br>Post Office Box 660501<br>Dallas, TX 75266-0501 | 7/31/07 | 36 months | Office equipment | Xerox copier WCP275H (WCP275 PTR/SCN/HCF), Bonus item 6360DN |
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway |
| Cameron Systems Inc.<br>420 Lexington Ave.<br>Suite 2007, NY, NY 10170 | 11/26/07 | | License | End User Software License and Support Agr. |
| Service Source International<br>735 Battery<br>San Francisco, CA 94111 | 10/5/07 | | Hardware and software | Invoice for Hardware and Software |
| Talarian Corporation<br>3301 Hillview Ave,<br>Palo Alto, CA 94304-1213 | 12/31/01 | | | End User Terms and Conditions |
| LaGuardia Corporate Center Associates, LLC<br>Blumenfeld Development Group, Ltd.<br>300 Robbins Lane<br>Syosset, NY 11791<br>Attn: David J. Kaplan, Esq. | 11/91 | | Lease | Commercial real property located in Astoria, Queens |

300013078

| **Counter-Parties Name/Address** | **Date** | **Term** | **Type** | **Subject** |
|---|---|---|---|---|
| Verizon Select Services Inc. 6665 N. MacArthur Blvd. Irving, TX 75039 | 3/6/06 | 36 months | Services | Long distance telephone service |
| Verizon Post Office Box 15124 | 2/27/06 | | Services | PRI tem and Volume tariff |
| Albany, NY 12212-5124 | 1/20/07 | | Services | Conference and internet |
| Verizon Post Office Box 4820 Trenton, NJ 08650-4820 | | | | |
| Verizon Post Office Box 4833 Trenton, NJ 08650-4833 | | | | |
| Verizon Post Office Box 1100 Albany, NY 12250-0001 | | | | |
| Verizon Business 500 Technology Drive Suite 870 Weldon Springs, MO 63304 | | | | |
| Verizon Business Network Services, Inc. 22001 Loudon County Pkwy. Ashburn, VA 20147 | | | | |
| Verizon Business Services 6415-6455 Business Center Dr. Highlands Ranch, CO 80130 | | | | |