**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER PURSUANT TO SECTIONS 105(a) AND 365(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006 AUTHORIZING ASSUMPTION OF <u>EXECUTORY CONTRACT</u>**

Upon the motion, dated June 26, 2009 (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and as trustee for the estate of Bernard L. Madoff, pursuant to the Securities Investor Protection Act ("SIPA"), pursuant to sections 105(a) and 365(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to assume an unexpired lease (the "Lease") as set forth on Exhibit A attached hereto, and as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, section 78eee(b)(4) of the Securities Investor

---

[1] Capitalized terms not defined herein shall have the meaning used in the Motion.

300022731

Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"); and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and a hearing (the "Hearing") having been held on July 7, 2009 to consider the relief requested in the Motion, and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, customers and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the relief requested in the Motion is hereby granted; and it is further

**ORDERED** that the assumption of the Lease pursuant to section 365(a) of the Bankruptcy Code is hereby approved; and it is further

**ORDERED** that the Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
July 7, 2009

　　　　　　　　　　　　　　　　　　　　/s/ Burton R. Lifland
　　　　　　　　　　　　　　　　　　　　HONORABLE BURTON R. LIFLAND
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

## LEASE TO BE ASSUMED

| **Lessor and Address** | **Lease Date** | **Expiration Date** | **Type** | **Subject** |
|---|---|---|---|---|
| Xerox Capital Services, LLC P.O. Box 660501 Dallas, TX 75266 | July 31, 2007 | July 31, 2010 | Office equipment | Xerox copier WCP275H, Bonus item 6360DN |