**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**THIRD ORDER PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE FURHTER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS**

Upon the motion, dated June 26, 2009 (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor"), and as trustee for the estate of Bernard L. Madoff ("Madoff"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the time within which he may assume or reject executory contracts (the "Agreements") set forth in Exhibit A hereto on behalf of the Debtor's estate for thirty-one (31) days, from June 30, 2009 through and including July 31, 2009 (the "Extension Request"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and

---

[1] Capitalized terms not defined herein shall have the meaning used in the Motion.

300022729

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, section 78eee(b)(4) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"); and it appearing that the relief requested by the Motion is necessary and in the best interests of the estate, its customers, its creditors, and all parties in interest; and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and a hearing (the "Hearing") having been held on July 7, 2009 to consider the relief requested in the Motion, and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, customers and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the relief requested in the Motion is granted; and it is further

**ORDERED**, that the time within which the Trustee may assume or reject the Agreements hereby is extended up to and including July 31, 2009; and it is further

**ORDERED**, that the entry of this Order is without prejudice to (a) further extensions of the time within which the Trustee may assume or reject the Agreements upon proper application; and (b) the rights of the nondebtor parties to such Agreements to seek entry of an order shortening such time; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      July 7, 2009

                                    /s/ Burton R. Lifland
                                    HONORABLE BURTON R. LIFLAND
                                    UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A
### (Executory Contracts)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| CIT Communications Finance Corporation<br>650 CIT Drive<br>Livingston, NJ 07039<br><br>CIT Communications Finance Corporation<br>1 CIT Drive<br>Livingston, NJ 07039<br><br>Avaya<br>312 Elm Street<br>Suite 1100<br>Cincinnati, OH 45202<br><br>Avaya<br>2 Gatehall Drive<br>Parsippany, NJ 07039<br><br>Avaya Financial Services<br>Post Office Box 550599<br>Jacksonville, FL 32255 | 6/10/08 | 60 months | Telephone equipment | S8730 Media Server/G650 Media Gateway |

300022729

| **Counter-Parties Name/Address** | **Date** | **Term** | **Type** | **Subject** |
|---|---|---|---|---|
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039 | 3/6/06 | 36 months | Services | Long distance telephone service |
| Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124 | 2/27/06<br><br>1/20/07 | | Services<br><br>Services | PRI tem and Volume tariff<br><br>Conference and internet |
| Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820 | | | | |
| Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833 | | | | |
| Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001 | | | | |
| Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304 | | | | |
| Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147 | | | | |
| Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | | | | |