S‌ILVERMAN‌A‌CAMPORA LLP
Attorneys for Talon Air, Inc.
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
516-479-6300
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                Adv. Pro. No. 08-01789 (BRL)

                Plaintiff,                                         SIPA LIQUIDATION

     v.
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-----------------------------------------------------------------x
In re:

BERNARD L. MADOFF,                                                         Chapter 7

                Debtor.                                            Case No. 09-11893 (BRL)

-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing (the "Hearing") to consider the "Motion of Talon Air, Inc. For An Order (a) Compelling BLMIS Trustee to Pay Amounts Owed Under Aircraft Management Agreement, (b) Fixing Time for BLMIS Trustee to Assume or Reject Aircraft Management Agreement and (c) Modifying Stays to Permit Termination of Aircraft Lease Agreement", dated May 19, 2009 has been adjourned from July 14, 2009 at 10:00 a.m. to August 6, 2009 at 10:00 a.m.

ALR/D284181v2/F056429

**PLEASE TAKE FURTHER NOTICE**, that the time to file objections to the Motion has been extended until August 3, 2009 at 4:00 p.m.

Dated: Jericho, New York
       July 7, 2009

**SILVERMANACAMPORA LLP**
Attorneys for Talon Air, Inc.


By: s/ Adam L. Rosen
    Adam L. Rosen
100 Jericho Quadrangle - Suite 300
Jericho, New York 11753
(516) 479-6300