UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Pro. No. 08-01789 (BRL).
CORPORATION,

        Plaintiff-Applicant            SIPA Liquidation

        vs.                              (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                                         NOTICE OF APPEARANCE AND
        Defendant                        REQUEST FOR NOTICE AND
                                         SERVICE OF PAPERS
---------------------------------------------------------x
In re:

        BERNARD L. MADOFF


        Debtor
---------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the undersigned counsel hereby enters her appearance as counsel for *Lawrence Torn,* pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address :


MARSHA TORN, ESQ.
Calabrese and Torn,
Attorneys at Law
280 Madison Avenue, 5th Floor
New York, New York 10016
Tel:     (212) 986-7070
Fax :    (212) 881-3876
Email:   mcalabrese@earthlink.net

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affect or seek to affect in any way the Plaintiff or its respective property and/or property of the estate.

Respectfully submitted

By: /s/ Marsha Torn
Marsha Torn, Esq.
CALABRESE AND TORN,
Attorneys at Law
280 Madison Avenue, 5th Floor
New York, New York
(212) 986-7070