UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            Adv. Pro. No. 08-01789 (BRL).
CORPORATION,

        Plaintiff-Applicant            SIPA Liquidation

    vs.                               (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                                              CERTIFICATE OF SERVICE

    Defendant
-----------------------------------------------------------x

    The undersigned hereby certifies that on July 6th, 2009 a copy of the attached Notice of Appearance was served by depositing same enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

Securities Investor Protection Corporation
805 15th Street N.W. Suite 800
Washington, DC 20005-2215

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Irving H. Picard, Trustee
Baker and Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011

Alan Nisselson, Chapter 7 Trustee
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York NY 10019


Dated: New York, New York            /s/ Marsha Torn
       July 6, 2009                  Marsha Torn, Esq.