08-01789-cgm    Doc 313    Filed 07/08/09    Entered 07/08/09 10:55:03    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant

vs.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant
-----------------------------------------------------------x
In re:

        BERNARD L. MADOFF

        Debtor
-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL).

SIPA Liquidation

(Substantively Consolidated)

## STATEMENT REGARDING PROOF OF CLAIM

Comes now, the Creditor, Lawrence Torn, in support of his Proof of Claims and states as follows:

1. The Creditor has a client account with the Debtor

2. The Creditor has filed a claim with the Trustee through SIPC.

I hereby certify that on the 8th day of July, 2009, a copy of this statement and the related Proof of Claim has been delivered to Irving H. Picard, Esq. Trustee for Bernard L. Madoff Investment Securities LLC, at each of the following addresses by United States Postal Service :

<u>Certified Mail, Return Receipt Requested</u>
2100 Mc Kinney Avenue, Suite 800
Dallas, TX 75201

<u>Regular Mail</u>
Baker and Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10111

/s/ Lawrence Torn
Lawrence Torn, Creditor
4500 King Palm Drive
Tamarac, FL 33319