**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**AMENDED EXHIBIT "A" TO**
**TRUSTEE'S FIRST INTERIM REPORT FOR THE PERIOD**
**DECEMBER 11, 2008 THROUGH JUNE 30, 2009**

300016705

Dated: New York, New York  
      July 10, 2009

Respectfully submitted,

   /s/ Irving H. Picard  
Irving H. Picard  
c/o Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Trustee for the Substantively Consolidated  
SIPA Liquidation of Bernard L. Madoff  
Investment Securities LLC and  
Bernard L. Madoff*

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving Picard, Trustee of Bernard L. Madoff Investment Securities, LLC

Report No. 6

**Period Ended May 31, 2009**
*CASH RECEIPTS:*

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Cumulative Detail - Customer Fund | Cumulative Detail - General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $642,700,482.16 | | | | $ | | |
| Transfer from Debtor's Estate - Other | 1,016.50 | 4,157.93 | 5,174.43 | | | | 4010 |
| Transfers from Debtor's Estate - BNY account | 6,817,909.56 | 329,836,487.98 | 336,654,397.54 | | | | 4014 |
| Transfers from Debtor's Estate - Chase account | 0.00 | 235,156,309.36 | 235,156,309.36 | | | | 4016 |
| Customers | 0.00 | 25,000.00 | 25,000.00 | | | | 4020 |
| Interest and Dividends | 94,976.72 | 372,741.23 | 467,717.95 | | | | 4040 |
| Closeout Proceeds - Broker Dealers | -12,657.29 | 37,284,763.22 | 37,272,105.93 | | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 12,660,000.00 | 12,660,000.00 | | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 535,000.00 | 535,000.00 | | | | 4070 |
| - Sports Tickets | 5,181.00 | 73,610.70 | 78,791.70 | | | | 4071 |
| - Bank Debt Participations | 543,599.32 | 1,040,000.00 | 1,583,599.32 | | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | | | | 4073 |
| Refunds - Subscriptions | 0.00 | 1,078.59 | 1,078.59 | | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | | | | 4093 |
| - Vendors | 36,561.82 | 7,058.84 | 43,620.66 | | | | 4094 |
| - Transit Cards | 0.00 | 793.61 | 793.61 | | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 233,904.29 | 233,904.29 | | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 141,500.00 | 141,500.00 | | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | | | | 4099 |
| Recoveries - Employees | 0.00 | 10,674.74 | 10,674.74 | | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | | | | 4103 |
| - Class Actions | 0.00 | 51,028.97 | 51,028.97 | | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | | | | 4106 |
| - Transaction Fees | 0.00 | 2,954.71 | 2,954.71 | | | | 4107 |
| - Other * (See Note) | 0.00 | 494.64 | 494.64 | | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | | | | 4110 |
| Subtenant Rent | 15,252.36 | 335,424.30 | 350,676.66 | | | | 4111 |
| Sub-total General Cash Receipts | $7,501,839.99 | $640,265,854.06 | 647,767,694.05 | $0.00 | $0.00 | | |
| **Advances from SIPC** | | | | | | | |
| Administration - Advances | 5,104,537.53 | 28,298,911.54 | 33,403,449.07 | | | | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | | 2921 |
| - Cash in Lieu | 40,353,089.11 | 25,601,810.32 | 65,954,899.43 | | | | 2922 |
| Sub-total SIPC Advances | $45,457,626.64 | $53,900,721.86 | 99,358,348.50 | $0.00 | $0.00 | | |
| Total Cash Receipts | $52,959,466.63 | $694,166,575.92 | 747,126,042.55 | | $0.00 | $0.00 | |

Page 1

* (Note) In addition, on January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1601 securities positions. The total net equity value at May 31, 2009 is $298,520,680.
(See Page 5 for more details)

**Period Ended May 31, 2009**                    **Report No. 6**

*CASH DISBURSEMENTS:*

*Administrative Disbursements*

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|:---:|
| Computer - Rental | 0.00 | 11,121.59 | $11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | $55,159.20 | 5012 |
| - Equipment Leases | 45,279.00 | 71,798.24 | $117,077.24 | 5013 |
| Employee related - Salaries-Net | 31,352.00 | 4,286,884.00 | $4,318,236.00 | 5020 |
| - FICA-Employer | 2,274.97 | 314,885.30 | $317,160.27 | 5021 |
| - Fed. & St. Unemploy. | 109.04 | 436.16 | $545.20 | 5023 |
| - Employee Medical Plan | 28,892.32 | 612,384.53 | $641,276.85 | 5025 |
| - Employee LTD | -386.57 | 7,180.19 | $6,793.62 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | $1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | $9,006.83 | 5028 |
| - Other | 0.00 | 1,722.90 | $1,722.90 | 5029 |
| Insurance Workers Comp | 0.00 | 12,578.00 | $12,578.00 | 5032 |
| Fees - Payroll Processing | 51.33 | 7,848.54 | $7,899.87 | 5045 |
| - Other | 1,615.00 | 0.00 | $1,615.00 | 5049 |
| Rent - Office | 323,583.78 | 1,266,680.11 | $1,590,263.89 | 5050 |
| - Equipment | 287.19 | 1,408.70 | $1,695.89 | 5051 |
| - Warehouse | 10,144.30 | 50,785.98 | $60,930.28 | 5052 |
| - Bulova | 0.00 | 265,925.53 | $265,925.53 | 5053 |
| Telephone and Telegraph | 0.00 | 159,481.69 | $159,481.69 | 5060 |
| Communication Fees | 103,674.87 | 82,553.02 | $186,227.89 | 5061 |
| Utilities - Electricity | 121.10 | 954.35 | $1,075.45 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 19,989.81 | 41,001.03 | $60,990.84 | 5080 |
| - Postage | 91.00 | 0.00 | $91.00 | 5082 |
| - Reproduction | 2,853.12 | 7,522.47 | $10,375.59 | 5083 |
| - Locksmith | 0.00 | 2,770.83 | $2,770.83 | 5084 |
| - Security | 32,772.60 | 181,792.14 | $214,564.74 | 5085 |
| - Supplies | 580.88 | 552.71 | $1,133.59 | 5086 |
| - Temporary Help | 114,052.95 | 21,197.86 | $135,250.81 | 5087 |
| - Other | 259.94 | 33,274.82 | $33,534.76 | 5089 |
| Taxes | 8,198.74 | 36,647.51 | $44,846.25 | 5090 |
| Claims Related Costs | 0.00 | 0.00 | $0.00 | 5100 |
| - Mailing Costs | 0.00 | 15,157.38 | $15,157.38 | 5101 |
| - Publication | 0.00 | 163,961.13 | $163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | $16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | $2,207.42 | 5104 |
| Scanning - Investigation | 827,699.99 | 1,455,081.27 | $2,282,781.26 | 5110 |
| Hosting Expense | 0.00 | 289,237.74 | $289,237.74 | 5111 |
| Foreign Research | 0.00 | 38,975.00 | $38,975.00 | 5112 |
| **Sub-total General Admin. Disbursements** | **$1,553,497.36** | **$9,525,544.62** | **$11,079,041.98** | |

| Professional Fees and Expenses | | | | |
|---|---:|---:|---:|:---:|
| Trustee Fees | 145,414.80 | 320,515.20 | $465,930.00 | 5200 |
| Trustee Expenses | 0.00 | 37.00 | $37.00 | 5201 |
| Trustee Counsel Fees | 2,983,207.60 | 5,515,651.00 | $8,498,858.60 | 5210 |
| Trustee Counsel Expenses | 72,658.64 | 140,539.28 | $213,197.92 | 5211 |
| Consultant Fees | 86,281.25 | 13,817,746.48 | $13,904,027.73 | 5240 |
| Consultant Expenses | 8,776.50 | 644,249.86 | $653,026.36 | 5241 |
| Investment Banker Fees | 0.00 | 400,000.00 | $400,000.00 | 5242 |
| **Sub-total Professional Fees and Expenses** | **$3,296,338.79** | **$20,838,738.82** | **$24,135,077.61** | |
| **Total Administrative Disbursements** | **$4,849,836.15** | **$30,364,283.44** | **$35,214,119.59** | |

Page 2

Period Ended May 31, 2009

Report No. 6

### CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals - Customer Fund | Cumulative Totals - General Estate | Cumulative Totals - SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | $33,853,089.11 | $21,101,810.32 | $54,954,899.43 | | | | 6021 |
| - Securities - Cash in Lieu | | | | | | | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | **$33,853,089.11** | **$21,101,810.32** | **$54,954,899.43** | **$0.00** | **$0.00** | **$0.00** | |

### Other Disbursements (except investments)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |
| Investments by Trustee - Purchases | | | | | | | 1900 |
| **Sub-total Administrative Disb. - page 2** | **$4,849,836.15** | **$30,364,283.44** | **$35,214,119.59** | | **0.00** | **0.00** | |
| **Total Disbursements** | **$38,702,925.26** | **$51,466,093.76** | **$90,169,019.02** | **$0.00** | **$0.00** | **$0.00** | |
| **Total Receipts less Disbursements** | **$14,256,541.37** | **$642,700,482.16** | **$656,957,023.53** | **$0.00** | **$0.00** | **$0.00** | |
| **Ending Cash Balance** | **$656,957,023.53** | | | | | | |

Page 3

Period Ended <u>May 31, 2009</u>                                                    Report No. 6

SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 9,134 | 16 | 167 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied (1) | 5 | | |
| c. On an account by account basis-Partially Satisfied (1) | 107 | | |
| | 112 | | |
| Claims Determined but not yet satisfied (1) | 140 | | |
| Claims under review | 8,881 | 16 | 167 |
| Claims Denied: | | | |
| a. No Claims | 1 | | |
| b. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | | | |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | | | |
| - Set for Hearing | | | |
| - Adjudicated | | | |
| | 9,022 | 16 | 167 |
| Accounts with cash and/or securities which were transferred in bulk | | | |
| Filing Date Value | | | |
| Customer name securities distributed | $ | | |
| Customer fund securities distributed | | | |
| | $ | | |

(1) To the extent satisfied, customer claims have been paid with up to the maximum SIPC advance of $500,000.

Comments:    -

_____            6/25/09
(Trustee's Signature)                          (Date)

_____            6/24/09
(Accountant's Signature)                       (Date)

Page 4

**Period Ended May 31, 2009**                                                                    Report No. 6

**IRVING H. PICARD, TRUSTEE FOR BLMIS LLC**
**Morgan Joseph Account**

| | Fixed Income | Equities | Accrued Interest | Sweep Account (Proceeds from sale of securities and other investment transactions) | Account Balance | |
|---|---|---|---|---|---|---|
| Balance on April 30, 2009 | 140,471,477 | 18,781,214 | 1,069,386 | 133,329,041 | 293,651,118 | |
| Receipt of Funds from M&T Bank | | | | 4,030,939 | 4,030,939 | |
| Sale of Securities  Fixed Income | (1,700,000) | | | 1,932,000 | 232,000 | Note 1 |
| Equities | | (881,520) | | 885,950 | 4,430 | Note 2 |
| Unrealized Gain or (Loss) | 14,040 | 130,985 | | | 145,025 | |
| Interest and Dividends Earned | | | | 362,058 | 362,058 | |
| Other changes in Account Balance | | | 95,117 | (7) | 95,110 | |
| **Balance on May 31, 2009** | **138,785,517** | **18,030,679** | **1,164,503** | **140,539,981** | **298,520,680** | |

*Note 1: Actual gain on sale of fixed income securities*
*Note 2: Actual gain on sales of Equity Securities*

Page 5