EXHIBIT A

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY TRUSTEE FOR FIRST INTERIM
PERIOD OF DECEMBER 15, 2008 THROUGH APRIL 30, 2009

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 00 | No Task Code Assigned | 171.60 | 132,990.00 |
| 01 | Case Administration | 160.30 | 124,232.50 |
| 02 | Claims Review and Related Matters | 154.20 | 119,505.00 |
| 03 | Trustee Investigation | 122.30 | 94,782.50 |
| 04 | Banks and Feeder Funds | 9.40 | 7,285.00 |
| 05 | Trustee Report | 0.00 | 0.00 |
| 06 | Asset Search, Recovery and Sale | 140.90 | 109,197.50 |
| 07 | Avoidance Actions | 33.40 | 25,885.00 |
| 08 | Bankruptcy Court Litigation and Related Matters | 45.80 | 35,495.00 |
| 09 | Non-Bankruptcy Court Litigation | 39.30 | 30,457.50 |
| 10 | Court Appearance | 21.50 | 16,662.50 |
| 11 | Internal Office Meetings with Staff | 44.50 | 34,487.50 |
| 12 | Out of Office Meetings | 34.10 | 26,427.50 |
| 13 | USAO | 45.20 | 35,030.00 |
| 14 | SEC/FINRA | 11.00 | 8,525.00 |
| 15 | Travel Time | 0.00 | 0.00 |
| 16 | Fee Application and Related Matters | 18.30 | 14,182.50 |
| 17 | Press Inquiries and Responses | 36.70 | 28,442.50 |
| 10% Discount | | | -84,358.75 |
| Grand Total | | 1,088.50 | 759,228.75 |

Task code usage became effective for time worked after January 10, 2009.