<u>EXHIBIT B</u>

EXPENSE SUMMARY BY TRUSTEE FOR FIRST
<u>INTERIM PERIOD OF DECEMBER 15, 2008 THROUGH APRIL 30, 2009</u>

| Code Description | Amount |
|---|---|
| Local Travel (E109) | 45.00 |
| Grand Total | 45.00 |