EXHIBIT B

SUMMARY OF FIRST INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 11, 2008 THROUGH APRIL 30, 2009

| Summary Class | Name | Year Admitted | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Betty Southard Murphy | 1958 | 520 | 0.50 | 260.00 |
| | David J. Sheehan | 1968 | 775 | 1,064.70 | 825,142.50 |
| | William M Toomajian | 1968 | 650 | 15.80 | 10,270.00 |
| | G Thomas Ball | 1972 | 550 | 1.50 | 825.00 |
| | John W Moscow | 1973 | 710 | 676.80 | 480,528.00 |
| | Louis A Colombo | 1973 | 505 | 123.50 | 62,367.50 |
| | Mark A Cymrot | 1973 | 680 | 103.50 | 70,380.00 |
| | Michael R Matthias | 1973 | 575 | 1.00 | 575.00 |
| | Joseph F Hutchinson, Jr | 1974 | 560 | 40.10 | 22,456.00 |
| | Peter Brown | 1974 | 725 | 10.10 | 7,322.50 |
| | Brian A Bash | 1975 | 600 | 194.60 | 116,760.00 |
| | Paul P Eyre | 1975 | 680 | 86.90 | 59,092.00 |
| | Robert K Lease | 1976 | 485 | 0.80 | 388.00 |
| | Thomas L Long | 1976 | 525 | 135.70 | 71,242.50 |
| | Laurence S Markowitz | 1977 | 650 | 26.20 | 17,030.00 |
| | Robert M Kincaid | 1977 | 510 | 7.90 | 4,029.00 |
| | William F Kuntz | 1978 | 610 | 134.00 | 81,740.00 |
| | Margaret Rosenthal | 1979 | 450 | 1.00 | 450.00 |
| | Matthew R Goldman | 1979 | 645 | 9.40 | 6,063.00 |
| | Wendy J Gibson | 1979 | 430 | 215.65 | 92,635.75 |
| | John M Gherlein | 1980 | 550 | 2.30 | 1,265.00 |
| | Marc D Powers | 1981 | 675 | 423.20 | 285,660.00 |
| | Frederick W Chockley III | 1982 | 565 | 284.40 | 160,686.00 |
| | Stuart Bassin | 1982 | 550 | 253.60 | 139,480.00 |
| | Andrew M Drogen | 1983 | 550 | 51.30 | 28,215.00 |
| | Georgeann G Peters | 1983 | 510 | 0.50 | 255.00 |
| | James R Wooley | 1983 | 530 | 20.80 | 11,024.00 |
| | John D Parker | 1983 | 530 | 14.20 | 7,526.00 |
| | John P Hannon | 1983 | 640 | 302.40 | 193,536.00 |
| | John J McGowan Jr | 1984 | 495 | 74.30 | 36,778.50 |
| | Kevin G Robertson | 1984 | 550 | 1.10 | 605.00 |
| | Thomas R Lucchesi | 1984 | 550 | 528.10 | 290,455.00 |
| | David B Rivkin Jr | 1985 | 875 | 2.40 | 2,100.00 |
| | Elizabeth A Smith | 1985 | 710 | 296.00 | 210,160.00 |
| | Laurin D Quiat | 1985 | 490 | 3.90 | 1,911.00 |
| | Ronald S Okada | 1985 | 510 | 1.50 | 765.00 |
| | Sherri B Lazear | 1985 | 450 | 45.20 | 20,340.00 |
| | George A Stamboulidis | 1986 | 825 | 102.30 | 84,397.50 |
| | Andrew W Reich | 1987 | 485 | 564.50 | 273,782.50 |
| | Chris Bator | 1987 | 325 | 0.30 | 97.50 |
| | John Siegal | 1987 | 650 | 44.60 | 28,990.00 |
| | Thomas A Canova | 1987 | 560 | 70.80 | 39,648.00 |
| | Peder A Garske | 1988 | 575 | 114.50 | 65,837.50 |
| | Douglas E Spelfogel | 1989 | 675 | 200.40 | 135,270.00 |
| | John J Carney | 1990 | 800 | 595.20 | 476,160.00 |
| | Dean D Hunt | 1991 | 515 | 1.70 | 875.50 |
| | Jeffrey H Paravano | 1991 | 670 | 23.40 | 15,678.00 |
| | Lauren J Resnick | 1991 | 775 | 503.90 | 390,522.50 |
| | Steven H Goldberg | 1991 | 795 | 990.10 | 787,129.50 |

| Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven M Dettelbach | 1991 | 460 | 20.70 | 9,522.00 |
| Donald A Workman | 1992 | 605 | 0.60 | 363.00 |
| Marc E. Hirschfield | 1992 | 750 | 312.50 | 234,375.00 |
| Thomas D Warren | 1992 | 525 | 8.80 | 4,620.00 |
| Jonathan R. Barr | 1993 | 650 | 326.40 | 212,160.00 |
| Paul M Schmidt | 1993 | 670 | 2.30 | 1,541.00 |
| Richard M. Lehrer | 1993 | 625 | 37.50 | 23,437.50 |
| Anthony J Scaletta | 1995 | 375 | 3.90 | 1,462.50 |
| Lee A Casey | 1995 | 690 | 36.50 | 25,185.00 |
| Richard J Bernard | 1995 | 565 | 269.10 | 152,041.50 |
| Terry M Brennan | 1995 | 395 | 11.30 | 4,463.50 |
| Jennifer A Mills | 1996 | 375 | 10.60 | 3,975.00 |
| Tracy L Cole | 1996 | 575 | 200.00 | 115,000.00 |
| Elizabeth A Scully | 1997 | 490 | 115.10 | 56,399.00 |
| Keith R. Murphy | 1997 | 695 | 55.90 | 38,850.50 |
| Paul S Enockson | 1997 | 390 | 2.50 | 975.00 |
| Brett A Wall | 1998 | 360 | 61.80 | 22,248.00 |
| Emanuel J Cotronakis | 1998 | 360 | 18.30 | 6,588.00 |
| Eric S Golden | 1998 | 350 | 33.60 | 11,760.00 |
| James H Rollinson | 1998 | 340 | 42.10 | 14,314.00 |
| Ona T Wang | 1998 | 575 | 520.50 | 299,287.50 |
| Oren J. Warshavsky | 1998 | 535 | 143.50 | 76,772.50 |
| Stacy E Wilhite | 1998 | 330 | 1.00 | 330.00 |
| Todd A Dawson | 1998 | 340 | 2.50 | 850.00 |
| Leigh Ann Wilson | 1999 | 330 | 0.50 | 165.00 |
| Matthew W Hoyt | 2000 | 280 | 27.50 | 7,700.00 |
| Adam B. Oppenheim | 2001 | 550 | 26.50 | 14,575.00 |
| Adam M. Treiber | 2001 | 475 | 1.25 | 593.75 |
| Jimmy Fokas | 2001 | 575 | 825.20 | 474,490.00 |
| Kelly S Burgan | 2001 | 375 | 328.80 | 123,300.00 |
| Michael A VanNiel | 2001 | 340 | 21.80 | 7,412.00 |
| Scott R. Weiser | 2001 | 525 | 523.60 | 274,890.00 |
| Thomas M Wearsch | 2002 | 375 | 514.80 | 193,050.00 |
| **Partners and of Counsel Total** | | | **12,873.50** | **8,031,403.00** |

| Summary Class | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Associates | Naomi P. Meisels | 1984 | 480 | 355.60 | 170,688.00 |
| | Edward Daniel Papp | 1997 | 280 | 9.50 | 2,660.00 |
| | Eric R. Fish | 1998 | 510 | 586.20 | 298,962.00 |
| | Benjamin D Pergament | 1999 | 510 | 683.40 | 348,534.00 |
| | John R. Lehrer II | 1999 | 375 | 0.30 | 112.50 |
| | Elyssa S. Kates | 2000 | 475 | 231.20 | 109,820.00 |
| | Brian K Esser | 2001 | 510 | 627.50 | 320,025.00 |
| | Loura L Alaverdi | 2001 | 375 | 3.00 | 1,125.00 |
| | Robertson D Beckerlegge | 2001 | 450 | 4.80 | 2,160.00 |
| | James E Pfeffer | 2002 | 510 | 59.50 | 30,345.00 |
| | Julia E. Blankertz | 2002 | 460 | 59.50 | 27,370.00 |
| | Lora M Reece | 2002 | 285 | 12.90 | 3,676.50 |
| | Brandon E Kepple | 2003 | 280 | 39.30 | 11,004.00 |
| | Eric R Goodman | 2003 | 310 | 1.70 | 527.00 |
| | Heather Wlodek | 2003 | 345 | 683.30 | 235,738.50 |
| | Jason S. Oliver | 2003 | 435 | 78.70 | 34,234.50 |
| | Jessica M Parker | 2003 | 280 | 292.50 | 81,900.00 |
| | Karin Scholz Jenson | 2003 | 315 | 2.50 | 787.50 |
| | Michael P DeMinico | 2003 | 265 | 13.50 | 3,577.50 |

| Name | Year | | | |
|---|---|---|---|---|
| Sammi Malek | 2003 | 460 | 40.60 | 18,676.00 |
| Adam J Smith | 2004 | 385 | 427.20 | 164,472.00 |
| David E Kitchen | 2004 | 250 | 252.30 | 63,075.00 |
| David L Evans Jr | 2004 | 270 | 351.80 | 94,986.00 |
| Dennis O Cohen | 2004 | 435 | 541.60 | 235,596.00 |
| James W. May | 2004 | 250 | 240.30 | 60,075.00 |
| Jessie M Gabriel | 2004 | 255 | 61.70 | 15,733.50 |
| Julie A. Kolm | 2004 | 395 | 452.80 | 178,856.00 |
| Mark W DeLaquil | 2004 | 360 | 0.70 | 252.00 |
| Michael K. Gall | 2004 | 260 | 82.40 | 21,424.00 |
| Michael L Powell | 2004 | 360 | 429.50 | 154,620.00 |
| Michael P. Glasser | 2004 | 395 | 511.20 | 201,924.00 |
| Patrick T Lewis | 2004 | 250 | 69.45 | 17,362.50 |
| Alberto Rodriguez | 2005 | 395 | 253.70 | 100,211.50 |
| Andrew M Fisher | 2005 | 255 | 129.50 | 33,022.50 |
| Christopher M Hamilton | 2005 | 255 | 497.60 | 126,888.00 |
| David F Proano | 2005 | 250 | 55.10 | 13,775.00 |
| Hanna F. Madbak | 2005 | 450 | 52.50 | 23,625.00 |
| Henry C. Bodenheimer | 2005 | 380 | 487.20 | 185,136.00 |
| Jacob R. Stump | 2005 | 255 | 2.00 | 510.00 |
| Kathleen S O'Connor | 2005 | 265 | 9.50 | 2,517.50 |
| Kurt A Leeper | 2005 | 240 | 483.30 | 115,992.00 |
| Maryanne Stanganelli | 2005 | 395 | 170.40 | 67,308.00 |
| Matthew J Cavanagh | 2005 | 240 | 14.50 | 3,480.00 |
| Matthew R Raley | 2005 | 315 | 4.30 | 1,354.50 |
| Melissa M. Carvalho | 2005 | 395 | 266.30 | 105,188.50 |
| Nicholas L White | 2005 | 240 | 35.30 | 8,472.00 |
| Nina K Goldberg | 2005 | 320 | 0.60 | 192.00 |
| Ruth E Hartman | 2005 | 250 | 40.70 | 10,175.00 |
| Amy E. Vanderwal | 2006 | 435 | 302.30 | 131,500.50 |
| Anagha S Apte | 2006 | 380 | 204.20 | 77,596.00 |
| Annette K Kwok | 2006 | 340 | 596.60 | 202,844.00 |
| Cynthia D Raleigh | 2006 | 245 | 15.60 | 3,822.00 |
| David W Oigarden | 2006 | 245 | 19.60 | 4,802.00 |
| Douglas M Nevin | 2006 | 380 | 694.70 | 263,986.00 |
| Gregory R Flax | 2006 | 235 | 19.40 | 4,559.00 |
| Gretchen L Lange | 2006 | 230 | 35.10 | 8,073.00 |
| John W Petrelli III | 2006 | 305 | 3.70 | 1,128.50 |
| Jorge A Castillo | 2006 | 245 | 5.00 | 1,225.00 |
| Katie M McVoy | 2006 | 230 | 22.10 | 5,083.00 |
| Laurie A Babinski | 2006 | 325 | 170.40 | 55,380.00 |
| Mark Hatcher | 2006 | 235 | 132.00 | 31,020.00 |
| Melissa A DeGaetano | 2006 | 230 | 9.30 | 2,139.00 |
| Sylvia J Conley | 2006 | 460 | 238.00 | 109,480.00 |
| Alissa Lugo | 2007 | 235 | 10.50 | 2,467.50 |
| Alissa M. Nann | 2007 | 350 | 703.70 | 246,295.00 |
| Brian S. Karp | 2007 | 380 | 480.10 | 182,348.00 |
| Dustin A Frazier | 2007 | 225 | 502.50 | 113,062.50 |
| Elizabeth K. Riotte | 2007 | 220 | 22.00 | 4,840.00 |
| Erin R Barker Brown | 2007 | 220 | 54.40 | 11,968.00 |
| Essence Liburd | 2007 | 350 | 157.10 | 54,985.00 |
| James D. Figura | 2007 | 285 | 3.10 | 883.50 |
| Jason E Starling | 2007 | 225 | 166.80 | 37,530.00 |
| Jennifer M Walrath | 2007 | 310 | 203.90 | 63,209.00 |
| Kelvin M Lawrence | 2007 | 225 | 353.40 | 79,515.00 |
| Matthew C Roesch | 2007 | 225 | 67.20 | 15,120.00 |
| Michael B Jacobson | 2007 | 335 | 436.90 | 146,361.50 |
| Robert J Tucker | 2007 | 225 | 56.10 | 12,622.50 |

| | | | | |
|---|---|---|---|---|
| Seanna R. Brown | 2007 | 395 | 907.00 | 358,265.00 |
| Thomas P McNulty | 2007 | 257 | 29.60 | 7,612.00 |
| Alexis C. Osburn | 2008 | 210 | 369.60 | 77,616.00 |
| Catherine E. Woltering | 2008 | 215 | 162.30 | 34,894.50 |
| Chee Mei Sim | 2008 | 215 | 20.50 | 4,407.50 |
| Christy A. Monier | 2008 | 315 | 863.30 | 271,939.50 |
| Deborah A Kaplan | 2008 | 335 | 473.40 | 158,589.00 |
| Erik J. Raven-Hansen | 2008 | 300 | 226.50 | 67,950.00 |
| Erin K. Murdock | 2008 | 210 | 68.10 | 14,301.00 |
| Joseph M. Esmont | 2008 | 210 | 4.10 | 861.00 |
| Joshua C. Thomas | 2008 | 265 | 4.30 | 1,139.50 |
| Kathryn E Schill | 2008 | 220 | 108.60 | 23,892.00 |
| Krista A. Sivick | 2008 | 230 | 18.60 | 4,278.00 |
| Magdeline K. McAllister | 2008 | 215 | 165.60 | 35,604.00 |
| Matthew G. Oliver | 2008 | 210 | 28.90 | 6,069.00 |
| Rebecca S Khalil | 2008 | 335 | 360.70 | 120,834.50 |
| Sierus P. Erdelyi | 2008 | 275 | 3.70 | 1,017.50 |
| Susan Whittaker Hughes | 2008 | 210 | 26.60 | 5,586.00 |
| Tarsha L Luke | 2008 | 335 | 9.30 | 3,115.50 |
| Tina U Amin | 2008 | 230 | 4.10 | 943.00 |
| Trevor M. Stanley | 2008 | 300 | 329.40 | 98,820.00 |
| Francesca M. Ambrosio | 2009 | 315 | 27.30 | 8,599.50 |
| Mary E. Howe | 2009 | 315 | 504.00 | 158,760.00 |
| Matthew S. Raymer | 2009 | 300 | 2.50 | 750.00 |
| Patrick T Campbell | 2009 | 335 | 439.20 | 147,132.00 |
| Associates Total | | | 20,551.85 | 7,194,968.00 |

| Summary Class | Name | | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Esther E. Koblenz | | 180 | 5.70 | 1,026.00 |
| | Greer D Smith | | 195 | 1.00 | 195.00 |
| | Alexa T. Bordner | | 110 | 20.00 | 2,200.00 |
| | Benjamin K. Boamah | | 180 | 8.50 | 1,530.00 |
| | Bevaun Assanah | | 180 | 8.50 | 1,530.00 |
| | Brittany Taylor | | 180 | 16.20 | 2,916.00 |
| | Brooke N. Berkowitz | | 210 | 666.00 | 139,860.00 |
| | Carsten Kloppner | | 125 | 26.50 | 3,312.50 |
| | Clarissa K. Pintado | | 120 | 84.80 | 10,176.00 |
| | Dawn L. Wallace | | 240 | 169.30 | 40,632.00 |
| | Dawn M Van Dyke | | 190 | 8.00 | 1,520.00 |
| | Dennis B Angers | | 210 | 0.20 | 42.00 |
| | Elizabeth J. Bousky | | 180 | 9.00 | 1,620.00 |
| | Eric P. Nepomuceno | | 180 | 9.00 | 1,620.00 |
| | Frank A. Chiofalo | | 185 | 10.90 | 2,016.50 |
| | Harry K. Singletary | | 180 | 16.10 | 2,898.00 |
| | Jana Paremoud | | 190 | 373.90 | 71,041.00 |
| | Jason J. Bush | | 180 | 63.00 | 11,340.00 |
| | Jason P. Scott | | 180 | 579.20 | 104,256.00 |
| | Jeffrey L Fetzer | | 190 | 1.90 | 361.00 |
| | Jennifer Hardy | | 130 | 1.30 | 169.00 |
| | Jhyana S Koob | | 170 | 301.30 | 51,221.00 |
| | Jordan S. Sherman | | 200 | 246.20 | 49,240.00 |
| | Kenneth L. Renta | | 180 | 16.30 | 2,934.00 |

| Name | Rate | Hours | Total |
|---|---|---|---|
| Matthew A. Moore | 180 | 8.30 | 1,494.00 |
| Michael M Rawles | 195 | 1.10 | 214.50 |
| Morgan Manoff | 180 | 16.30 | 2,934.00 |
| Nicholas J. Kacuba | 180 | 612.20 | 110,196.00 |
| Nickiesha Radway | 180 | 8.50 | 1,530.00 |
| Nikki M. Landrio | 220 | 498.20 | 109,604.00 |
| Paula J. Dobriansky | 500 | 4.10 | 2,050.00 |
| Rachel M. Adams | 180 | 8.50 | 1,530.00 |
| Ramon C Cabrera | 190 | 49.50 | 9,405.00 |
| Renee M. Tomko | 165 | 6.00 | 990.00 |
| Riquelmi C. Flete | 180 | 8.50 | 1,530.00 |
| Sarah A Maxwell | 155 | 18.90 | 2,929.50 |
| Shelly S. Lipkis | 180 | 48.50 | 8,730.00 |
| Soe Rosa | 180 | 8.00 | 1,440.00 |
| Sonia K Lowe | 165 | 4.10 | 676.50 |
| Theresa A Blaber | 240 | 202.30 | 48,552.00 |
| William I. Potter | 180 | 15.80 | 2,844.00 |
| William Speros | 375 | 675.60 | 253,350.00 |
| Zelina L. Maxwell | 180 | 8.00 | 1,440.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | 4,845.20 | 1,065,095.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 635.69 | 12,873.50 | 8,031,403.00 |
| Associates Total | 350.08 | 20,551.85 | 7,194,968.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 219.82 | 4,845.20 | 1,065,095.50 |
| Blended Attorney Rate | 465.65 | | |
| Total Fees Incurred | | 38,270.55 | 16,291,466.50 |

**Less 10% Courtesy Discount**  1,629,146.67

14,662,319.83