## EXHIBIT C

### EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR FIRST INTERIM PERIOD OF DECEMBER 15, 2008 THROUGH APRIL 30, 2009

| Code Description | Amount |
|---|---|
| Copying (E101) | 32,827.10 |
| Outside Printing (E102) | 40,162.84 |
| Facsimile (E104) | 52.00 |
| Telephone (E105) | 3,624.85 |
| Online Research (E106) | 65,045.59 |
| Delivery Services/ Messengers (E107) | 10,618.86 |
| Postage (E108) | 1,287.58 |
| Local Travel (E109) | 16,934.82 |
| Out-of-Town Travel (E110) | 51,363.14 |
| Business Meals, etc. (E111) | 10,234.29 |
| Court Fees (E112) | 2,410.07 |
| Subpoena Fees (E113) | 95.00 |
| Trial Transcripts (E116) | 2,188.05 |
| Trial Exhibits (E117) | 1,522.80 |
| Experts (E119) | 7,289.70 |
| Other Profressionals (E123) | 27,280.00 |
| Other (E124) | 1,266.34 |
| Grand Total | 274,203.03 |