## EXHIBIT D

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR FIRST INTERIM PERIOD OF DECEMBER 15, 2008 THROUGH APRIL 30, 2009

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 00 | No Task Code Assigned | 2,240.15 | 1,120,246.25 |
| 01 | Trustee Investigation | 19,963.25 | 7,854,808.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 4,150.60 | 2,017,040.00 |
| 03 | Banks and Feeder Funds | 6,204.50 | 2,677,769.00 |
| 04 | Asset Search Recovery and Sale | 4,080.45 | 1,922,256.75 |
| 05 | Internal Office Meetings with Staff | 1,080.60 | 470,507.00 |
| 06 | Customer Claims | 445.60 | 185,864.00 |
| 07 | Billing | 105.40 | 42,975.00 |
| Grand Total | | 38,270.55 | 16,291,466.50 |

Task code usage became effective for time worked after December 31, 2008.
Usage of task codes 01 - 05 was effective for time worked after December 31, 2008.
Usage of task codes 06 and 07 was effective for time worked after May 31, 2009.