Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
And Bernard L. Madoff*

Hearing Date:    August 6, 2009
Hearing Time:    10:00 AM
Objection Deadline:    August 3, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**NOTICE OF HEARING ON FIRST APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
<u>ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS</u>**

**PLEASE TAKE NOTICE**, that on **August 6, 2009 at 10:00 a.m.**, a hearing (the "Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, on the first applications for interim compensation for services rendered and

reimbursement of actual and necessary expenses incurred (the "Applications") of the following parties:

**Applicants**

Baker & Hostetler LLP
Counsel to the Trustee
(Period: December 15, 2008 through April 30, 2009)
Fees: $14,662,319.83[1]
Expenses: $274,203.03

Irving H. Picard, Esq.
SIPA Liquidation Trustee
(Period: December 15, 2009 through April 30, 2009)
Fees: $759,228.75[2]
Expenses $45.00

Williams Barristers & Attorneys
(Period: January 15, 2009 through April 30, 2009)
Fees: $133,960.00
Expenses: $19,593.75

Higgs Johnson Truman Bodden & Co.
Special Counsel to the Trustee
(Period: March 25, 2009 through April 30, 2009)
Fees: $10,760.40**
Expenses: $223.18

Eugene F. Collins
Special Counsel to the Trustee
(Period: February 9, 2009 through April 30, 2009)
Fees: €58,883.60 (81,871.76 USD) **
Expenses: €18,837.94 (26,192.27 USD)

Lovells LLP
Special Count to the Trustee
(Period: January 15, 2009 through April 30, 2009)
Fees: 467,079.84 Pounds (751,905.13 USD)**
Expenses: 16,782.50 Pounds (27,016.47 USD)

Schiltz & Schiltz
Special Counsel to the Trustee
(Period: March 30, 2009 through April 30, 2009)
Fees: €36,464.68 (50,700.49 USD) **
Expenses: €2,962.75 (4,119.41 USD)

Attias & Levy
(Period: March 13, 2009 through April 30, 2009)
Fees: £9,026.67 GBP (14,531.13 USD)**
Expenses: £211 GBP (339.67 USD)

---

[1] At this time, Baker & Hostetler LLP seeks an interim payment for fees in the amount of $14,662,319.83, of which 20% is to be deferred through the conclusion of the liquidation period.

[2] At this time, Irving H. Picard seeks an interim payment for fees in the amount of $759,228.75, of which 20% is to be deferred through the conclusion of the liquidation period.

* Currency conversion figures were obtained from Bloomberg.com and reflect conversion rates on July 8, 2009 as 1 GBP (£) = 1.6098 UAD and 1 EUR (€) = 1.3904 USD.

** Please note that Applicants' interim payment for fees are post 20% holdback.

| | | |
|---|---|---|
| Windels Marx Lane & Mittendorf<br>Chapter 7 Trustee to Madoff<br>(Period: April 21, 2009 through June 8, 2009) | Fees:<br>Expenses: | $199,500.00<br>$2,770.46 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon and received by (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on August 3, 2009**.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Applications may be adjourned without further notice other than by announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
July 10, 2009

Respectfully submitted,

*s/David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300022852