UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

                v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

In re:

BERNARD L. MADOFF,

                Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

**ORDER GRANTING TRUSTEE'S MOTION TO RETAIN
SCA CREQUE AS SPECIAL COUNSEL *NUNC PRO TUNC* AS OF JUNE 8, 2009**

The cause having come before the Court upon the motion (the "Motion") of Irving H.

Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff

Investment Securities LLC, for authority to retain SCA Creque as special counsel *nunc pro tunc*

as of June 8, 2009, due and proper notice having been given under the circumstances of this case,

and the Securities Investor Protection Corporation having specified SCA Creque as special

counsel, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Notice of the Motion to those persons and entities who have requested notice of

all matters in this case shall be sufficient.

3.      The Court finds that SCA Creque is hereby deemed disinterested under 15 U.S.C.

§ 78eee(b)(6)(B).

4.      The Trustee is authorized to retain SCA Creque as special counsel to the Trustee

as provided in the Motion, *nunc pro tunc*, as of June 8, 2009.

Dated: New York, New York
       July 14, 2009

/s/Burton R. Lifland
HONORABLE  BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE