**EXHIBIT A**

**SUMMARY OF FIRST INTERIM FEE APPLICATION
OF ATTIAS & LEVY RENDERED
FOR THE PERIOD 13th MARCH 2009 THROUGH 30th APRIL 2009**

| NAME OF PROFESSIONAL PARTNERS AND OF COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Keith Azopardi - Partner | 1990 (UK & Gib) | 200 | 37 | £7,400.00 GBP |
| Samantha Sacramento - Associate | 2000 (UK)/2004 (Gib) | 160 | 24 | £3,840.00 GBP |
| **Total hours** | | | 61 | |
| **Total fees incurred** | | | | £11,240.00 GBP |
| **Blended attorney rate** | | | | 184.26 |
| **Total fees requested (less holdback)** | | | | **£8,992.00** |
| | | | | |

NY2M470849\13\1683L13!DOC\58399.0003

NY2:11970049\13116S3L131.1)0058399.0003    2