## EXHIBIT B

### EXPENSE SUMMARY BY ATTIAS & LEVY FOR THE
### FIRST INTERIM PERIOD OF 13th MARCH 2009 THROUGH 30th APRIL 2009

| [1]EXPENSES | AMOUNTS (£GBP) |
|---|---|
| | |
| Air courier fees | £36.00 |
| Court search and copy fee | £11.50 |
| Court filing fee | £75.00 |
| Telephone calls/conference calls/copies and general disbursements | £88.50 |
| | |
| **Total Expenses Requested:** | **£211.00** |

NY2M470849\13\1683L13!DOC\58399.0003