**EXHIBIT A**

**SUMMARY OF FIRST INTERIM FEE APPLICATION
OF EUGENE F. COLLINS, SOLICITORS FOR SERVICES RENDERED
FOR THE PERIOD FEBRUARY 9, 2009 THROUGH APRIL 30, 2009**

| NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Barry O'Neill (Partner) | 1972 | €450.00 | 87.90 | €39,547.50 |
| Terry Leggett (Partner) | 1979 | €450.00 | 4.80 | €2,160.00 |
| Donal Dunne (Associate) | 1994 | €315.00 | 30.60 | €9,639.00 |
| Robin McDonnell (Associate) | 2003 | €315.00 | 79.50 | €25,047.00 |
| Beth Fortune (Junior) | * | €100.00 | 29.70 | €2,970.00 |
| Sarah Conway (Junior) | * | €100.00 | 4.20 | €420.00 |
| Terry O'Malley (Junior) | * | €100.00 | 0.50 | €50.00 |
| | | | | |
| **Total** | | | **237.20** | **€79,833.50** |

| PROFESSIONALS | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | €450.00 | 92.70 | €41,707.50 |
| Associates | €315.00 | 110.10 | €34,686.00 |
| Juniors | €100.00 | 34.40 | €3,440.00 |
| Total Fees Incurred | | | €79,833.50 |
| Less amount discounted for agreed fees in respect of work done up to and including the hearing before the Irish High Court on 10th February 2009 | | | (€6,229.00) |
| Total Hours Billed | | 237.20 | |
| Blended Attorney Rate | €310.30 | | |
| Less holdback of 20% | | | (€14,720.90) |
| **Total Fees Requested** | | | **€58,883.60** |

Note: By agreement, we have given a 10% reduction on our fees. The figures indicated above are net of that 10% reduction.

* Juniors not yet admitted.