**EXHIBIT B**

**EXPENSE SUMMARY BY EUGENE F. COLLINS SOLICITORS FOR THE
FIRST INTERIM PERIOD OF FEBRUARY 9, 2009 THROUGH APRIL 30, 2009**

| EXPENSES | AMOUNTS |
|---|---|
| Photocopying Expenses | €562.95 |
| Taxi Charges | €251.55 |
| Courier Charges | €18.89 |
| Court Expenses | €57.50 |
| Stationery Charges | €52.80 |
| Facsimile Charges | €0.50 |
| | |
| **BARRISTERS' FEES** | |
| Senior Barrister - Lyndon MacCann S.C. | €6,393.75 |
| Junior Barrister - Rossa Fanning B.L. | €11,500.00 |
| | |
| **Total Expenses and Barristers' Fees:** | **€18,837.94** |