**EXHIBIT A**

**SUMMARY OF FIRST INTERIM FEE APPLICATION**

**OF LOVELLS LLP FOR SERVICES RENDERED**

**FOR THE PERIOD JANUARY 15, 2009 THROUGH APRIL 30, 2009**

| NAME OF PROFESSIONAL, PARTNERS AND OF COUNSEL | TITLE | YEAR OF QUALIFICATION | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION (£) |
|---|---|---|---|---|---|
| Quentin Archer | Partner | 1981 | 549.00 | 18.30 | 10,046.70 |
| Ken Breken | Partner | 1988 | 396.00 | 7.00 | 2,772.00 |
| Jean-Pascal Bus | Partner | 1993 | 427.50 | 3.00 | 1,282.50 |
| Caroline Caussarieu | Associate | 2006 | 247.50 | 4.60 | 1,138.50 |
| Natalia Fludra | Associate | 2008 | 270.00 | 9.80 | 2,646.00 |
| Christophe Garin | Associate | 2000 | 355.00 | 7.20 | 2,556.00 |
| Christopher Grierson | Partner | 1976 | 549.00 | 233.40 | 128,136.60 |
| Alex Hohl | Trainee | N/A | 207.00 | 64.70 | 13,392.90 |
| Richard Jadot | Partner | 1989 | 427.50 | 8.00 | 3,420.00 |
| Cary Kochberg | Partner | 1992 | 549.00 | 345.00 | 189,405.00 |
| Mac MacMillan | Of Counsel | 1999 | 504.00 | 6.20 | 3,124.80 |
| Paul Oldman | Partner | 1982 | 549.00 | 0.40 | 219.60 |
| Kenelm Richardson | Trainee | N/A | 207.00 | 67.50 | 13,972.50 |
| Michael Roberts | Senior Associate | 2002 | 459.00 | 457.30 | 209,900.70 |

BLMIS/D4MR/278.2

| | | | | | |
|---|---|---|---|---|---|
| **Totals** | | | | **1,232.40** | **582,013.80** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION (£) |
|---|---|---|---|
| Partners and Of Counsel | 544.68 | 621.30 | 338,407.20 |
| Associates | 451.54 | 478.90 | 216,241.20 |
| Trainees | 207.00 | 132.20 | 27,365.40 |
| Total Fees Incurred | | 1,232.40 | 582,013.80 |
| Blended Attorney Rate | 472.26 | | |
| | | | |
| Total Fees Requested | | 1,232.40 | 582,013.80 |
| Net of 20% "Holdback" | | | 465,611.04 (Approx. US$749,540.65) |