**EXHIBIT B**

**EXPENSES SUMMARY BY LOVELLS LLP FOR THE**

**FIRST INTERIM PERIOD OF JANUARY 15, 2009 THROUGH APRIL 30, 2009**

| EXPENSES | AMOUNTS |
|---|---|
| Counsel Fees | 9,665.00 |
| Courier Fees | 216.11 |
| Telephone Conferencing | 3.47 |
| Transcription Services (Hearing on 27 February 2009) | 240.72 |
| Online Services - Lexis | 334.63 |
| Taxis | 137.84 |
| Court Fee (For Recognition Application) | 130.00 |
| Press Advertisements (Recognition Order) | 1,398.23 |
| Copying and Binding | 4,528.40 |
| Printing | 128.10 |
| **Total** | **16,782.50** |
| | **(Approx. US$27,016.47)** |