## EXHIBIT A

| | |
|---|---|
| **Compensation Period:** | January 15, 2009 through April 30, 2009 |
| **Hours Worked** | 262.13 Hours |
| **Blended Hourly Rate for Fees Incurred during Compensation Period:** | US$507.48 |
| **Fees Incurred for Counsel:** (reflecting 12.5% discount and 20% write down) | US$132,990.60 |
| **Fees Sought in this Application** (reflecting 20% holdback) | US$106,392.48 |
| **Prior Fees and Expenses Requested** by | None |

### Partners

| Name | Department | Year Qualified | Hours | Hourly Rate (£) | Approximate Fees (US$) |
|---|---|---|---|---|---|
| J. Williams | Litigation | 1988 | 186.70 | 525 | $98,018.00 |

### Corporate Counsel

| Name | Department | Year Qualified | Hours | Hourly Rate (£) | Approximate Fees (US$) |
|---|---|---|---|---|---|
| O. Smith | Corporate | 1984 | 2.24 | 525 | $1,176.00 |

### Litigation Counsel

| Name | Department | Year Qualified | Hours | Hourly Rate (£) | Approximate Fees (US$) |
|---|---|---|---|---|---|
| Paul Harshaw | Litigation | 1995 | 45.15 | 525 | $23,705.80 |

### Insolvency

| Name | Department | Year Qualified | Hours | Hourly Rate (£) | Approximate Fees (US$) |
|---|---|---|---|---|---|
| N Howcroft | Insolvency | 1984 | 2.56 | 250 | $640.00 |

### Research

| Name | Department | Year Qualified | Hours | Hourly Rate (£) | Approximate Fees (US$) |
|---|---|---|---|---|---|
| M. Osborne | Research | 1998 | 16.24 | 525 | $8526.00 |

### Legal Assistants

| Name | Hours | Hourly Rate (i) | Approximate Fees (US$) |
|---|---|---|---|
| F Gilkes | 9.24 | 100 | $924.80 |

_____

An exchange rate from Bda$ to US$ 1 has been applied at par