**EXHIBIT B**

**EXPENSE SUMMARY BY WILLIAMS, BARRISTERS & ATTORNEYS FOR THE FIRST INTERIM PERIOD OF JANUARY 15, 2009 THROUGH APRIL 30, 2009**

| [1] EXPENSES | AMOUNTS |
|---|---|
| **Long Distance Telephone Charges** | |
| $35 long distance - 04/02/09 | $35.00 |
| $40 long distance - 04/03/09 | $40.00 |
| $40 long distance - 04/03/09 | $40.00 |
| $30 long distance - 04/03/09 | $30.00 |
| $55 long distance - 04/03/09 | $55.00 |
| $65 long distance - 04/03/09 | $65.00 |
| $35 long distance - 04/03/09 | $35.00 |
| $50 long distance - 04/03/09 | $50.00 |
| $35 long distance - 04/03/09 | $35.00 |
| $35 long distance - 04/03/09 | $35.00 |
| $40 long distance - 04/03/09 | $40.00 |
| $70 long distance - 04/03/09 | $70.00 |
| $40 long distance - 04/06/09 | $40.00 |
| $20 long distance - 04/10/09 | $20.00 |
| $50 long distance - 04/10/09 | $50.00 |
| $55 long distance - 04/10/09 | $55.00 |
| $45 long distance - 04/11/09 | $45.00 |
| $70 long distance - 04/11/09 | $70.00 |
| $55 long distance - 04/11/09 | $55.00 |
| $35 long distance - 04/13/09 | $35.00 |
| $85 long distance - 04/14/09 | $85.00 |
| $45 long distance - 04/14/09 | $45.00 |
| $51 long distance - 04/14/09 (WMGO) | $51.00 |
| $25 long distance - 04/14/09 (WMGO) | $25.00 |
| $45 long distance - 04/16/09 | $45.00 |
| $60 long distance - 04/16/09 | $60.00 |

| | |
|---|---:|
| $65 long distance - 04/16/09 | $65.00 |
| $40 long distance - 04/16/09 | $40.00 |
| $40 long distance - 04/16/09 | $40.00 |
| $150 long distance - 04/17/09 | $150.00 |
| $30 long distance - 04/17/09 | $30.00 |
| $35 long distance - 04/17/09 | $35.00 |
| $45 long distance - 04/20/09 | $45.00 |
| $45 long distance - 04/21/09 | $45.00 |
| $35 long distance - 04/21/09 | $35.00 |
| $40 long distance - 04/24/09 | $40.00 |
| $45 long distance - 04/28/09 | $45.00 |
| $35 long distance - 04/28/09 | $35.00 |
| $40 long distance - 04/28/09 | $40.00 |
| $40 long distance - 04/28/09 | $40.00 |
| $35 long distance - 04/28/09 | $35.00 |
| $40 long distance - 04/28/09 | $40.00 |
| $70 long distance - 04/28/09 | $70.00 |
| $40 long distance - 04/28/09 | $40.00 |
| $50 long distance - 04/28/09 | $50.00 |
| $40 long distance - 04/29/09 | $40.00 |
| $40 long distance - 04/29/09 | $40.00 |
| $60 long distance - 04/29/09 | $60.00 |
| $45 long distance - 04/29/09 | $45.00 |
| $30 long distance - 04/29/09 | $30.00 |
| $40 long distance - 04/30/09 | $40.00 |
| $60 long distance - 04/30/09 | $60.00 |
| $40 long distance - 04/30/09 | $40.00 |
| $60 long distance - 04/30/09 | $60.00 |
| $65 long distance - 04/30/09 | $65.00 |
| $45 long distance - 04/30/09 | $45.00 |
| $60 long distance - 04/30/09 | $60.00 |
| $25 long distance - 04/30/09 | $25.00 |

| | |
|---|---:|
| $40 long distance - 04/30/09 | $40.00 |
| $40 long distance - 04/30/09 | $40.00 |
| $40 long distance - 04/30/09 | $40.00 |
| Local Transportation | $200.00 |
| **0/S** Messenger | $400.00 |
| Periodicals / Online News Monitoring | $90.00 |
| Outside Temps - Paralegal/Other | $1,800.00 |
| Postage | $278.75 |
| Telephone | $280.00 |
| Associated Meetings Expenses (US) | $380.00 |
| Search & Responses | $157.50 |
| Copying & Scanning; Retainer Letter; Courier Pack; Revenue Stamps $15 x 2 | $402.50 |
| Administration Fee (WMGO) | $50.00 |
| Administration Fee (DJW) | $400.00 |
| Miscellaneous (WMGO) | $344.00 |
| Air Fare (Miami Meeting) | $2,250.00 |
| Air Fare (London Meeting) | $8,900.00 |
| IT Charges | $800.00 |
| **Total Expenses Requested:** | **$19,593.75** |