# EXHIBIT A

## SUMMARY OF FIRST INTERIM FEE APPLICATION OF "SCHILTZ & SCHILTZ" FOR SERVICES RENDERED FOR THE PERIOD MARCH 3, 2009 THROUGH APRIL 30, 2009

| NAME OF PROFESSIONAL PARTNER AND OF COUNSEL: | YEAR ADMITTED | HOURLY RATE (after reduction) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Franz SCHILTZ | 1993 | 380 € | 74h50 | 28.436,67 € |
| Laurence FRISING | 1999 | 285 € | 37h30 | 10.687,50 € |
| Claude VERITER | 1997/2003 | 245 € | 14h30 | 3.552,50 € |
| Jennifer MAYOT | 2005 | 205 € | 14h10 | 2.904,17 € |
| **TOTAL :** | | | | **45.580,84 €** |