# EXHIBIT A

## SUMMARY OF FIRST INTERIM FEE APPLICATION
## OF HIGGS JOHNSON TRUMAN BODDEN & CO. FOR SERVICES RENDERED
## FOR THE PERIOD APRIL 1, 2009 THROUGH APRIL 30, 2009

| NAME OF PROFESSIONAL PARTNERS AND OF COUNSEL: | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Raymond Davern | 1988[1]<br><br>2009[2] | $525.00 | 20.40 | $10,710.00 |
| Chris Narborough | 1981[1]<br><br>1989[2] | $550.00 | 7.70 | $4,235.00 |
| Total Partners and of Counsel | | | 28.10 | $14,945.00 |
| Total Minus 10% Discount | | | | $13,450.50 |
| Blended Hourly Rate after 10% Discount | | $478.67 | | |
| **Total Net of 20% Holdback** | | | | **$10,760.40** |

---

[1] Called to the Bar of England & Wales
[2] Admitted in the Cayman Islands