## EXHIBIT B

### EXPENSE SUMMARY
### BY HIGGS JOHNSON TRUMAN BODDEN & CO FOR THE
### FIRST INTERIM PERIOD OF APRIL 1, 2009 THROUGH APRIL 30, 2009

| EXPENSES | AMOUNTS |
|---|---|
| Communication Expenses (telephone) | $2.38 |
| Stationery | $220.80 |
| **Total Expenses Requested:** | **$223.18** |