# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>        Debtors. | Case No. 12-12020<br><br>Chapter 11<br><br>Jointly Administered |
| ROWENA DRENNEN, FLORA GASKIN, ROGER TURNER, CHRISTIE TURNER, JOHN PICARD AND REBECCA PICARD, individually and as the representatives of the KESSLER SETTLEMENT CLASS,<br><br>STEVEN AND RUTH MITCHELL, individually and as the representatives of the MITCHELL SETTLEMENT CLASS,<br><br>And<br><br>RESCAP LIQUIDATING TRUST,<br><br>        Plaintiffs,<br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>        Defendants. | Adv. Case No. 15-01025-shl |

## JOINT STIPULATION REGARDING
## PARTIAL MOTIONS FOR SUMMARY JUDGMENT

The Parties[1] hereby agree that:

---

[1] The "Parties" refer to Plaintiffs Kessler Settlement Class, Mitchell Settlement Class, and the ResCap Liquidating Trust and Defendants Certain Underwriters at Lloyd's of London, Clarendon National Insurance Company, Continental Casualty Company, North American Specialty Insurance Company, St. Paul Mercury Insurance Company, Steadfast Insurance Company, Swiss Re International SE, and Twin City Fire Insurance Company.

1. The Parties shall file simultaneous motions for partial summary judgment concerning the application of fee exclusions (Policy Exclusions C.9 and C.10) according to the following briefing schedule:

| **Event** | **Anticipated Deadline** |
| --- | --- |
| Initial summary judgment motions filed | March 16, 2018 |
| Opposition briefs filed | April 20, 2018 |
| Reply briefs (if any) filed | May 11, 2018 |
| Oral argument | ~~May 31, 2018~~ **TO BE DETERMINED** |

At this time, the Parties have agreed to include a deadline for the filing of reply briefs in the briefing schedule without prejudice to the Parties' right to later decide reply briefs are not necessary. The Parties will meet and confer shortly after filing opposition briefs to discuss the necessity of additional briefing. If the Parties determine that reply briefs are not necessary, the Parties will promptly inform the Court no later than May 1, 2018 that no reply briefs will be filed and that briefing of the partial summary judgment motions has concluded.

2. In accordance with the Individual Rules of this Court, the initial moving briefs and opposition briefs will each be limited to 40 pages, and reply briefs (if any) will be limited to 20 pages, exclusive of tables of contents and tables of authorities.

Dated: February 16, 2018

| | |
|---|---|
| /s/ R. Frederick Walters | /s/ Selena J. Linde |
| **WALTERS, BENDER STROHBEHN & VAUGHAN, P.C.** | **PERKINS COIE, LLP** |
| R. Frederick Walters, Esq. | Selena J. Linde, Esq. |
| Karen W. Renwick, Esq. | Vivek Chopra, Esq. |
| David M. Skeens, Esq. | Alexis Danneman, Esq. |
| Michael B. Sichter, Esq. | 700 13th St. NW, Suite 600 |
| 1100 Main, Suite 2500 | Washington, DC 20005 |
| Kansas City, Missouri 64105 | Telephone (202) 654-6200 |
| (816) 421-6620 (Telephone) | Facsimile (202) 654-9952 |
| (816) 421-4747 (Facsimile) | SLinde@perkinscoie.com |
| fwalters@wbsvlaw.com | VChopra@perkinscoie.com |
| krenwick@wbsvlaw.com | ADanneman@perkinscoie.com |
| dskeens@wbsvlaw.com | |
| msichter@wbsvlaw.com | *Counsel for ResCap Liquidating Trust* |
| | |
| *Co-Lead Counsel for the Kessler Class* | |
| *Counsel for the Mitchell Class* | |

| | |
|---|---|
| /s/ R. Bruce Carlson | /s/ Daniel J. Flanigan |
| **CARLSON LYNCH SWEET & KILPELA, LLP** | **POLSINELLI** |
| R. Bruce Carlson, Esq. | Daniel J. Flanigan |
| Edwin J. Kilpela, Jr., Esq. | Jason A. Nagi |
| 1133 Penn Avenue, 5th Floor | 900 Third Avenue, 21st Floor |
| Pittsburgh, Pennsylvania 15222 | New York, New York 10022 |
| (412) 322-9243 (Telephone) | (212) 684-0199 (Telephone) |
| (412) 231-0246 (Facsimile) | (212) 684-0197 (Facsimile) |
| bcarlson@carlsonlynch.com | dflanigan@polsinelli.com |
| ekilpela@carlsonlynch.com | jnagi@polsinelli.com |
| | |
| *Co-Lead Counsel for the Kessler Class* | *Counsel for Kessler and Mitchell* |

| /s/ Lawrence Klein | /s/ John Duchelle |
|---|---|
| Soo Y. Kim, Esq.<br>Lawrence Klein, Esq.<br>J. Gregory Lahr, Esq.<br>**ROBINSON & COLE LLP**<br>666 Third Avenue, 20th Floor<br>New York, NY 10017<br>(212) 451-2900  (Telephone)<br>(212) 451-2999 (Facsimile)<br>skim@rc.com<br>lklein@rc.com<br>glahr@rc.com<br><br>*Attorneys for Defendant Certain Interested Underwriters at Lloyd's, London* | John W. Duchelle, Esq.<br>Thomas Hay, Esq.<br>**TROUTMAN SANDERS LLP**<br>401 9th Street NW<br>Washington, DC 20004<br>(202) 274-2916 (Telephone)<br>(202) 654-5609 (Facsimile)<br>John.duchelle@troutmansanders.com<br>Thomas.hay@troutmansanders.com<br><br>*Attorneys for Defendant Clarendon National Insurance Company* |

| /s/ Patrick Kennell | /s/ Daniel Bernstein |
|---|---|
| Patrick M. Kennell, Esq.<br>Kevin M. Mattessich, Esq.<br>**KAUFMAN DOLOWICH & VOLUCK, LLP**<br>60 Broad Street — 36th Floor<br>New York, New York 10038<br>(212) 458-9600 (Telephone)<br>(212) 485-9700 (Facsimile)<br>pkennell@kdvlaw.com<br>kmattessich@kdvlaw.com<br><br>*Attorneys for Defendant Continental Casualty Company* | Daniel Bernstein, Esq.<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>399 Park Ave.<br>New York, NY 10022-4690<br>(212) 715-1000 (Telephone)<br>(212) 715-1399 (Facsimile)<br>Daniel.bernstein@aporter.com<br><br>*Attorneys for Defendant North American Specialty Insurance Company* |

/s/ Scott Schechter
Scott A. Schechter, Esq.
Paul T. Curley, Esq.
Patrick Stoltz, Esq.
**KAUFMAN BORGEEST & RYAN LLP**
200 Summit Lake Drive, 1st Floor
Valhalla, New York 10595
(914) 449-1000 (Telephone)
(914) 449-1100 (Facsimile)
sschechter@kbrlaw.com
pcurley@kbrlaw.com
pstoltz@kbrlaw.com

*Attorneys for Defendant St. Paul Mercury Insurance Company*

/s/ Ronald Schiller
Ronald P. Schiller, Esq.
Sharon F. McKee, Esq.
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200 (Telephone)
(215) 568-0300 (Facsimile)
rschiller@hangley.com
smckee@hangley.com

*Attorneys for Defendant Steadfast Insurance Company*

| | |
|---|---|
| /s/ Thorn Rosenthal | /s/ Susan Gummow |
| Samuel G. Mann, Esq. | Susan N.K. Gummow, Esq. |
| Thorn Rosenthal, Esq. | John Eggum, Esq. |
| **CAHILL GORDON & REINDEL LLP** | **FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.** |
| Eighty Pine Street | 222 N. La Salle St., Ste. 1400 |
| New York, NY 10005 | Chicago, IL 60601 |
| (215) 701-3823 (Telephone) | (312) 863-5000 (Telephone) |
| (215) 378-2328 (Facsimile) | (312) 863-5099 (Facsimile) |
| smann@cahill.com | sgummow@fgppr.com |
| trosenthal@cahill.com | jeggum(@fgppr.com |

*Attorneys for Defendant Swiss Re International (f/k/a SR International Business Insurance Company Ltd.)*

*Attorneys for Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001142 and Those Certain Underwriting Members at Lloyd's, London and Those Companies Whose Names are Severally Subscribed to Policy No. FD0001144, Twin City Fire Insurance Company, Continental Casualty Company, Clarendon National Insurance Company, Swiss Re International S.E. (formerly known as [f/k/a] SR International Business Insurance Company Ltd.), Steadfast Insurance Company, St. Paul Mercury Insurance Company, and North American Specialty Insurance Company*

/s/ Daniel Standish
Cara Tseng Duffield, Esq.
Daniel J. Standish, Esq.
**WILEY REIN LLP**
1776 K Street N.W.
Washington, DC 20006
(202) 719-7000 (Telephone)
(202) 719-7049 (Facsimile)
dstandish@wileyrein.com
mmartin@wileyrein.com

*Attorneys for Defendant Twin City Fire Insurance Company*

SO ORDERED this **28th** day of **February**, 2018

*/s/ Sean H. Lane*
The Honorable Sean H. Lane
United States Bankruptcy Judge