UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,                                   Adv. Pro. No. 08-1789 (BRL)

v.                                                       SIPA Liquidation

BERNARD L. MADOFF INVESTMENT             (Substantively Consolidated)
SECURITIES LLC,

      Defendant.
------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

      Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                   ) ss:
COUNTY OF NEW YORK   )

      Diane Romanik, being duly sworn, deposes and says:

      1.      I am not a party to the above-captioned action, I am older than 18 years of age and reside in Milford, CT.

      2.      On July 22, 2009, I caused to be served a true and correct copy of *"Response Of Burton And Elaine Traub ITF Paul, Gary And Kenneth Traub To Trustee's Determination Of Claim"* in the above captioned proceeding, on the parties listed below via Federal Express to the following:

| | |
|---|---|
| Clerk of the Court<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10011 |

                                                       */s/Diane Romanik*

Sworn to before me this
22nd day of July, 2009

*/s/Anthony Stumbo*
Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

NY:3602065v1