Judith L. Spanier [JS-5065]
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
212-889-3700
jspanier@abbeyspanier.com

Attorneys for ELEM Youth in Distress in Israel, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Abbey Spanier Rodd & Abrams, LLP hereby appears as counsel in the above-captioned case for ELEM/Youth in Distress in Israel, Inc. ("ELEM"), a creditor and party in interest and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the

following address:

       Judith L. Spanier, Esq.
       Abbey Spanier Rodd & Abrams, LLP
       212 East 39th Street
       New York, NY 10016
       Tel: (212)889-3700
       Fax: (212) 684-5191
       jspanier@abbeyspanier.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned counsel be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced cases.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive ELEM's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any mater subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of

which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       July 22, 2009

                          ABBEY SPANIER RODD & ABRAMS, LLP

                          By: /s/ Judith L. Spanier
                              Judith L. Spanier (JS-5065)
                              212 East 39th Street
                              New York, New York 10016
                              212-889-3700

                          Attorneys for ELEM/Youth in Distress in Israel, Inc.