UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Lillian Kozon, hereby certify, under penalty of perjury, that on July 24, 2009 service of the foregoing Notice of Appearance and Demand for Service of Papers was accomplished pursuant to ECF as to Filing Users and via US Mail as to the parties listed below.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10011

/s/ Lillian Kozon