# EXHIBIT A
## (Executory Contracts)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Verizon Select Services Inc.<br>6665 N. MacArthur Blvd.<br>Irving, TX 75039 | 3/6/06 | 36 months | Services | Long distance telephone service |
| Verizon<br>Post Office Box 15124<br>Albany, NY 12212-5124 | 2/27/06 | | Services | PRI tem and Volume tariff |
| | 1/20/07 | | Services | Conference and internet |
| Verizon<br>Post Office Box 4820<br>Trenton, NJ 08650-4820 | | | | |
| Verizon<br>Post Office Box 4833<br>Trenton, NJ 08650-4833 | | | | |
| Verizon<br>Post Office Box 1100<br>Albany, NY 12250-0001 | | | | |
| Verizon Business<br>500 Technology Drive<br>Suite 870<br>Weldon Springs, MO 63304 | | | | |
| Verizon Business Network Services, Inc.<br>22001 Loudon County Pkwy.<br>Ashburn, VA 20147 | | | | |
| Verizon Business Services<br>6415-6455 Business Center Dr.<br>Highlands Ranch, CO 80130 | | | | |

095879, 300024591