BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I caused true copies of the **Notice of Motion and Trustee's Fourth Motion for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending The Time Within Which The Trustee May Assume or Reject Executory Contracts** to be served upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic

095879, 300024598

transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      July 24, 2009                                                          s/Nikki M. Landrio
                                                                             NIKKI M. LANDRIO

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019


**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org


**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov


**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing


Verizon Select Services Inc.
6665 N. MacArthur Blvd.
Irving, TX 75039

Verizon
Post Office Box 15124
Albany, NY 12212-5124

Verizon
Post Office Box 4820
Trenton, NJ 08650-4820

Verizon
Post Office Box 4833
Trenton, NJ 08650-4833

Verizon
Post Office Box 1100
Albany, NY 12250-0001

Verizon Business
500 Technology Drive
Suite 870
Weldon Springs, MO 63304

Verizon Business Network Services, Inc.
22001 Loudon County Pkwy.
Ashburn, VA 20147

Verizon Business Services
6415-6455 Business Center Dr.
Highlands Ranch, CO 80130