BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON JULY 28, 2009 AT 10:00 A.M.

### UNCONTESTED MATTERS

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1. Motion to Approve Compromise /Motion for Entry of Order Pursuant to Section 105(a) of the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement by and Among the Trustee, NetJets Sales, Inc., NetJets Aviation, Inc. and NetJets Services, Inc.  [Filed: June 19, 2009 ] (Docket No. 279)

Related Documents:

A.  Notice of Adjournment of Hearing of Motion for Entry of Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving an Agreement By and Among The Trustee, NetJets Sales, Inc., NetJets Aviation, Inc. and NetJets Services, Inc  [Filed: July 2, 2009] (Docket No. 302)

Objection Deadline:        July 23, 2009

Objections Filed:          None

Status:                    This matter is going forward.

### Picard v. Merkin, et al.; Adv. Pro. No. 09-1182

2.  Motion for Temporary Restraining Order and Preliminary Injunction.

    Status:                This matter is going forward.  The Trustee will present a proposed stipulation continuing injunction.

### Picard v. Harley International (Cayman) Limited; Adv. Pro. No. 09-1187

3.  Pre-trial conference.

    Status:                This matter is going forward.  Defendant has defaulted and the Clerk's Entry of Default has been filed.  The Trustee will file a motion for entry of default judgment shortly.

### Picard v. Vizcaya, et al.; Adv. Pro. No. 09-1154

4.  Pre-trial conference.

    Status:                This matter is going forward.  Defendant Vizcaya Partners Limited has defaulted and the Clerk's Entry of Default has been filed.  This action proceeds against Defendant Banque Jacob Safra (Gibraltar) Ltd. a/k/a Bank J. Safra Limited.

Dated: New York, New York
      July 27, 2009

Respectfully submitted,

*s/ Marc Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:   (212) 589-4200
Facsimile:   (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*