UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**BRIDGE ORDER EXTENDING TRUSTEE'S TIME TO ASSUME
OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Upon the motions of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and as trustee for the estate of Bernard L. Madoff ("Madoff"), by and through his counsel, Baker & Hostetler LLP, seeking the entry of an order, under sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rule 6006, further extending the time by which the Trustee must assume or reject the Debtor's executory contracts (the "Agreements") set forth in Exhibit A attached hereto, from July 31, 2009 through and including August 6, 2009 (the "Motion"), the date scheduled for the hearing on the Motion; and upon the affidavit of service of the Motion filed with the Clerk of the Court; and upon the scheduling of the hearing on the Motion for

August 6, 2009; and no other notice being necessary or required; and after due deliberation and good and sufficient cause appearing therefore; it is now, hereby

**ORDERED**, that the Motion is granted to the extent provided for herein; and it is further

**ORDERED**, that the time by which the Trustee shall assume or reject the Agreements be, and it hereby is, extended through and including August 6, 2009, the date of the hearing scheduled on the Motion, without prejudice to further extensions.

Dated: New York, New York
July 27, 2009

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A
## (Executory Contracts and Unexpired Lease)

| Counter-Parties Name/Address | Date | Term | Type | Subject | Treatment |
|---|---|---|---|---|---|
| Verizon Select Services Inc. 6665 N. MacArthur Blvd. Irving, TX 75039<br><br>Verizon Post Office Box 15124 Albany, NY 12212-5124<br><br>Verizon Post Office Box 4820 Trenton, NJ 08650-4820<br><br>Verizon Post Office Box 4833 Trenton, NJ 08650-4833<br><br>Verizon Post Office Box 1100 Albany, NY 12250-0001<br><br>Verizon Business 500 Technology Drive Suite 870 Weldon Springs, MO 63304<br><br>Verizon Business Network Services, Inc. 22001 Loudon County Pkwy. Ashburn, VA 20147<br><br>Verizon Business Services 6415-6455 Business Center Dr. Highlands Ranch, CO 80130 | 3/6/06<br><br>2/27/06<br><br>1/20/07 | 36 months | Services<br><br>Services<br><br>Services | Long distance telephone service<br><br>PRI tem and Volume tariff<br><br>Conference and internet | Request by Surge Trading Inc. f/k/a Castor Pollux Inc. to extent time to assume/reject |