CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

AND

IRVING PICARD, TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK, 10011

REFERENCE: BANKRUPTCY CASE NO 08-1789 (BRL)
BLMIS ACCOUNT NO 1ZB-055 CLAIM NO. 000533

ENCLOSED PLEASE FIND PARTIAL ASSIGNMENT AND RELEASE EXECUTED THIS DATE BY JUDIE CAMUS BOXILL

THE WITHOLDING OF $70,000⁰⁰ BY THE TRUSTEE AS A PREFERENTIAL TRANSFER IS DISPUTED AND A HEARING BEFORE BANKRUPTCY JUDGE BURTON R. LIFLAND IS REQUESTED.

HOPEFULLY THE MATTER CAN BE RESOLVED TO MUTUAL SATISFACTION.

YOURS TRULY
*Judie Camus Boxill*
JUDIE CAMUS BOXILL



RECEIVED JUL 27 2009 U.S. BANKRUPTCY COURT, SDNY



JUDIE BOXILL
103 S US HWY 1, SUITE F-SW3
JUPITER, FL 33477

WEST PALM BEACH FL 334 ST
22 JUL 2009 PM

CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

10004+1415