# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _212 - 371 - 9255_

HOME:_____

Account Number:    1S0221
DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK, NY 10019

Taxpayer I.D. Number (Social Security No.)

____         **REDACTED**

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

c.   If you wish to repay the Debit Balance,

    please insert the amount you wish to repay and

    attach a check payable to "Irving H. Picard, Esq.,

    Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, it must be enclosed

    with this claim form.                  $_____

d.   If balance is zero, insert "None."

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

| | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ✓ | |
| b. I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | _See Attached Schedule_ | ✓ | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.     Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.      _____    ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: _____

_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _February 26, 2009_    Signature _Minna Saul_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**THE INVESTOR'S GUIDE TO BROKERAGE FIRM LIQUIDATIONS: WHAT YOU NEED TO KNOW... AND DO**

## INTRODUCTION

Brokerage firms that experience serious financial difficulties and may be shut down undergo what are called "liquidation" proceedings. The good news is that such closures do not happen very often. Thanks to the combined efforts of securities regulators like the U.S. Securities and Exchange Commission and state securities regulators, and securities industry self-regulatory organizations like the FINRA and stock exchanges, brokerage firm failures are a rare event in the United States. Even when a brokerage firm encounters financial difficulty, it usually has all of the assets owed to its customers, and can efficiently transfer those assets to another brokerage without a liquidation proceeding.

However, a small handful of brokerage firms do encounter more severe financial difficulties, including customer assets that may be missing due to theft. These are the instances where the Securities Investor Protection Corporation (SIPC) steps in to recover or replace customer cash and securities, within certain limits set by law. SIPC was created in 1970 by Congress under the Securities Investor Protection Act (SIPA) to protect the interests of investors and to help bolster confidence in the integrity of the American securities markets. Nearly all brokerage firms registered with the U.S. Securities and Exchange Commission are required by law to be members of SIPC.

You can find SIPC on the Web at http://www.sipc.org.

# THE INVESTOR'S GUIDE TO BROKERAGE FIRM LIQUIDATIONS: WHAT YOU NEED TO KNOW... AND DO



## IF YOUR BROKERAGE FIRM IS LIQUIDATED...

If you receive a letter notifying you that your brokerage firm has closed, SIPC has initiated a Direct Payment Procedure or a liquidation proceeding in court, you should immediately do the following:

1. Gather key information together. Locate your brokerage account records. Monthly or quarterly statements and trade confirmation slips (often called "confirms," for short) of securities purchases or sales are the key documents that you want to pull together. Cancelled checks and correspondence with your brokerage firm also may prove helpful.

2. Check your account statements for accuracy. You always should check your trade confirmation slips and your brokerage statements every time they are sent to you - regardless of whether or not your brokerage firm is in trouble. Verify that the statements reflect all cash deposits you sent to the brokerage firm. Check to see if the statements that you receive accurately reflect your understanding of what cash and securities are in your account. Did you authorize all of the transactions? If your records differ from the broker's records, the only way to protect your interests is to complain promptly in writing to

the brokerage firm about any discrepancy between your records and those of the firm. If you have not already done so and your brokerage firm is facing a liquidation proceeding, make sure to carefully review your account statements in the way that is described here.

3. Make sure the trustee in the liquidation proceeding has your correct address. Have you moved to a different residence recently? Are your transaction documents not arriving in the mail? The trustee will mail a claim form to every customer at the address listed in the brokerage firm's records. If the brokerage firm records relied upon to send mail are not up to date, you may not receive a claim form, and that could leave you at a serious disadvantage in the liquidation proceeding. If you don't get a notification from the trustee in a week or two after the liquidation proceeding is announced publicly, go to the SIPC Web site (http://www.sipc.org), find the information about your firm, and then contact the trustee as indicated with your current contact information. You may also want to print out the form from the SIPC Web site. (See Frequently Asked Questions" below.)

4. Obtain, fill out and submit the claim form in a timely way. The burden is on you to complete the claim form and then return it to the trustee on time. Make sure that you fill out the form in full and make a copy for your records. Send the copy of the form (and any necessary documents) - not the originals. Submit the claim form by certified mail with return receipt requested. It is important that you can prove the trustee received your claim form. If the claim form is not received, you are at risk of not getting back your assets. Pay strict attention to time limits set forth in the notice and claim form. Under federal law, no one - not the trustee, SIPC or the court -- has the authority to satisfy claims that are filed late.

## FREQUENTLY ASKED QUESTIONS

**Q)** I didn't get a claim form. What should I do?

**A)** Go to SIPC's Web site at http://www.sipc.org. Shortly after a liquidation proceeding starts, SIPC will post a copy of the claim form on its Web site. While you cannot file a claim form on the Web site and send it in. You also can consult the SIPC Web site to find the address to use to write to the trustee and request a claim form.

**Q)** I think I was a victim of fraud. My broker convinced me to buy securities that went down sharply. Can SIPC return the amount of my initial investment?

**A)** No, SIPC returns the current value of your eligible holdings at a brokerage firm. If your securities have gone down in value, that is just part of the normal risk involved in being an investor. On the other hand, if your securities have gone up in value since you purchased them, SIPC will endeavor to return those securities to you at their current value. You may have a "general creditor claim" for your market losses, but that is not something that falls within the scope of SIPA. Funds from SIPC cannot be used to pay damage claims based on fraud.

**Q)** How long will it take for me to get control of my account again?

**A)** Every liquidation proceeding is different. In some instances, a trustee has been able to transfer accounts in as little as one to three weeks. However, if the records of the defunct brokerage firm are in disarray, or if for any other reason it is not possible to transfer your

account to a financially healthy brokerage firm the process may take more time. You can cut down on the delays by filing your claim promptly, correctly and with all required documentation.

**Q)** After the liquidation proceeding involving my "old" brokerage firm started, I received a notice that my account was transferred to another brokerage firm. Does that mean I don't have to bother with the claim form?

**A)** No. You should still complete the claim form anyway and return it to the trustee. There are a number of things which might go wrong with a transfer of your assets to the new brokerage firm. Your account may be rejected by the new firm, or returned to the trustee for some other reason. If anything does in fact go wrong with the transfer of your account, the claim form will be the only way you will be able to receive your assets. Fill out the claim form and return it even if you have been told your account has been transferred.

**Q)** I don't understand how to fill in the claim form. Where can I get help?

**A)** You can find a step-by-step guide to filling out your claim form on the SIPC Web site at (http://www.sipc.org). Keep in mind that your claim form cannot be filed electronically. However, you can use the SIPC Claim Form Online Center" to fill out your form. If you do so, you must still print out and mail the completed form and all required attachments to the court appointed trustee. Remember: Your claim form is considered to be filed only when it is received in total by the trustee in the matter. Make sure—to copy the print-out of your claim form (and related documents) and then send in the copies by certified mail with return receipt requested. Be sure to observe the deadlines for timely submission of your claim!

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

## READ CAREFULLY

### INSTRUCTIONS FOR COMPLETING CUSTOMER CLAIM FORM

These instructions are to help you complete the customer claim form enclosed. If Bernard L. Madoff Investment Securities LLC ("Broker") owes you cash or securities and you wish to claim them, the trustee must receive your claim on or before the date specified on the claim form. An improperly completed claim form will not be processed but will be returned to you and, consequently, will cause a delay in the satisfaction of your claim.

Item 1 is to be completed if on the date shown, the Broker owed you cash or if you owed the Broker cash.

If the Broker owes money to you, please indicate the amount in the space provided [Item 1a]. If you owe the Broker money, please so indicate in the space provided [Item 1b]. If the Broker owes you securities and you wish to receive those securities without deduction, then you must enclose your check for the amount shown in Item 1c payable to "Irving H. Picard, Esq., Trustee for the Broker." **Payments not enclosed with this claim form will not be accepted by the trustee for purposes of determining what securities are to be distributed to you.**

Item 2 deals with securities (including any options) held for you. If the Broker is holding securities for you or has failed to deliver securities to you, please indicate by checking the appropriate box under Item 2 and set forth in detail the information required with respect to the date of the transaction, the name of the security and the number of shares or face value of bonds. With respect to options, set forth number and type of options, the exercise price and expiration date, e.g., 3 options [call] or [put] Xerox at 70 2x October 81. PLEASE DO NOT CLAIM ANY SECURITIES YOU ALREADY HAVE IN YOUR POSSESSION.

It would expedite satisfaction of your claim if you enclose copies of:

1.    Your last account statement;

2.  An explanation of any differences between cash balances and securities on your last account statement and cash balances and securities you claim;

3.  Purchase and sale confirmations and canceled checks covering the items referred to on your customer claim form; and

4.  Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

5.  Any other documentation which may assist the processing of your claim, such as correspondence, receipts, etc. In particular, if, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

Items 3 through 9 must each be marked and details supplied where appropriate.

A claim form must be filed for each account.

## When To File

There are two deadlines for filing customer claims. One is set by the bankruptcy court for customer claims and one is set by the law for all claims.

502180408

2

The bankruptcy court has set March 4, 2009 as the final day for filing customer claims. If your claim is received by the Trustee after March 4, 2009 but on or before July 2, 2009, your claim is subject to delayed processing and to being satisfied on terms less favorable to you.

The law governing this proceeding absolutely bars the allowance of any claim, including a customer claim, not actually received by the trustee on or before July 2, 2009. Neither the Trustee nor SIPC has authority to grant extensions of time for filing of claims, regardless of the reason. If your claim is received even one day late, it will be disallowed.

Please file well in advance so that there will be time to re-file if, for instance, your claim is lost in the mail.

### Where To File

The completed and signed claim form, together with supporting documents should be mailed promptly in the enclosed envelope to:

<div align="center">

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**\*\*\*   PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL -   \*\*\***
**RETURN RECEIPT REQUESTED**

</div>

Your claim is not filed until received by the Trustee. If the Trustee does not receive your claim, although timely mailed, you could lose all your rights against the Broker. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.

<div align="center">

**THIS INSTRUCTION SHEET IS FOR YOUR FILE - DO NOT RETURN**

</div>

**YOU SHOULD RETAIN A COPY OF THE COMPLETED CLAIM FORM FOR YOUR RECORDS.**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

TO ALL CUSTOMERS OF **BERNARD L. MADOFF INVESTMENT SECURITIES LLC:**

Enclosed are the following documents concerning the liquidation of the business of Bernard L. Madoff Investment Securities LLC (the "Debtor"):

1.  A Notice;
2.  A Customer Claim Form with Instructions; and
3.  A brochure entitled "How SIPC Protects You."

You are urged to read the enclosed documents carefully. They explain the steps you must take to protect any rights and claims you may have in this liquidation proceeding.

The Customer Claim form should be filled out by you and mailed to Irving H. Picard, Esq., Trustee for the Liquidation of the Business of Bernard L. Madoff Investment Securities LLC at: Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. A return envelope for the completed Customer Claim form is enclosed. Please make a copy of the completed Customer Claim form for your own records.

**Your Customer Claim form will not be deemed to be filed until received by the Trustee. It is strongly recommended your claim be mailed certified mail, return receipt requested. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.**

If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. It is also important that you provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of any cash amounts and any securities given to the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

While your claim is being processed, you may be requested to file additional information or documents with the Trustee to support the validity of your claim.

It is your responsibility to report accurately all securities positions and money balances in connection with your account with the Debtor. A false claim or the retention of property to which

502180405

you are not entitled may make you liable for damages and criminal penalties. If you cannot precisely calculate the amount of your claim, however, you may file an estimated claim.

One of the purposes of the liquidation is to return securities and cash due to customers as promptly as practicable. In that connection, funds of the Securities Investor Protection Corporation may be utilized to pay valid customer claims relating to securities and cash up to a maximum amount of $500,000.00 for each customer, including up to $100,000.00 for claims for cash, as provided in the Securities Investor Protection Act of 1970, as amended ("SIPA"). The enclosed brochure provides information concerning the protection afforded by SIPA.

Customers' telephone inquiries delay the liquidation. The time of personnel who would otherwise be at work to speed the satisfaction of customers' claims is required for such calls.

Your cooperation in promptly returning the completed Customer Claim form with all supporting documentation to the Trustee is in your best interest as it will help speed the administration of the liquidation proceeding.

Dated: January 2, 2009
     New York, New York

                    Irving H. Picard, Esq.
                    Trustee for the Liquidation of the
                    Business of Bernard L. Madoff Investment
                    Securities LLC

## UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding |
| Plaintiff-Applicant, | No. 08-01789-BRL |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

## COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving

502180404

H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) calendar days after December 11, 2008, that is January 12, 2009, as provided by 17 C.F.R. 300.303. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

502180404

## MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

502180404

- 3 -

website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website,
www.madofftrustee.com. From time to time in the future, other updated information and notices
concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
       New York, New York

                          Irving H. Picard, Esq.
                          Trustee for the Liquidation of the
                          Business of Bernard L. Madoff Investment
                          Securities LLC

### DENISE SAUL
### BERNARD MADOFF INVESTMENT SECURITIES
### YEAR ENDING 12/31/07

| | | |
|---|---|---|
| ACCOUNT OPENED | 03/01/96 | $100,000.00 |
| ADD'L CONTRIBUTION | 08/06/96 | $30,932.71 |
| ADD'L CONTRIBUTION | 03/02/98 | $20,000.00 |
| ADD'L CONTRIBUTION | 01/11/00 | $460,000.00 |
| ADD'L CONTRIBUTION | 01/09/01 | $20,000.00 |
| WITHDREW | 10/05/01 | ($10,000.00) |
| WITHDREW | 10/01/02 | ($20,000.00) |
| WITHDREW | 02/20/03 | ($15,000.00) |
| WITHDREW | 06/03/03 | ($15,000.00) |
| WITHDREW | 10/23/03 | ($10,000.00) |
| WITHDREW | 09/09/04 | ($10,000.00) |
| WITHDREW | 02/02/05 | ($25,000.00) |
| WITHDREW | 04/08/05 | ($10,000.00) |
| WITHDREW | 07/03/06 | ($15,000.00) |
| WITHDREW | 10/31/07 | ($20,000.00) |
| WITHDREW | 03/04/08 | ($12,000.00) |
| WITHDREW | 05/30/08 | ($20,000.00) |

*(handwritten annotations: 630932 ; ⟨182000⟩ ; 448932)*

| PORTFOLIO VALUE | | MONTH | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| DATE | VALUE | $ | % | $ | % |
| 12/31/07 | 1,624,731.25 | | | | |
| 01/31/08 | 1,634,388.00 | 9,656.75 | 0.59% | 9,656.75 | 0.59% |
| 02/28/08 | 1,636,354.25 | 1,966.25 | 0.12% | 11,623.00 | 0.72% |
| 03/31/08 | 1,626,232.50 | 1,878.25 | 0.11% | 13,501.25 | 0.83% |
| 04/30/08 | 1,676,374.10 | 50,141.60 | 3.08% | 63,642.85 | 3.92% |
| 05/31/08 | 1,689,112.00 | 32,737.90 | 1.95% | 96,380.75 | 5.93% |
| 06/30/08 | 1,695,738.25 | 6,626.25 | 0.39% | 103,007.00 | 6.34% |
| 07/31/08 | 1,698,535.50 | 2,797.25 | 0.16% | 105,804.25 | 6.51% |
| 08/31/08 | 1,696,878.02 | (1,657.48) | -0.10% | 104,146.77 | 6.41% |
| 09/30/08 | 1,720,886.00 | 24,007.98 | 1.41% | 128,154.75 | 7.89% |
| 10/31/08 | 1,726,563.00 | 5,677.00 | 0.33% | 133,831.75 | 8.24% |
| 11/28/08 | 1,760,345.23 | 33,782.23 | 1.96% | 167,613.98 | 10.32% |
| 12/31/08 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Denise Saul-Bernard Madoff

1-S0221-3

12/04/08

## Positions 11/28/08

| Symbol | Description | | Position | Market Price | Accrued Interest | Value |
|--------|-------------|---|----------|--------------|------------------|-------|
| AAPL | Apple Computer, Inc. (Computers - mini & | ✓ | 407 | 92.67 | 0.00 | 37,716.69 |
| ABT | Abbott Laboratories | ✓ | 703 | 52.39 | 0.00 | 36,830.17 |
| AMGN | AMGEN INC. | ✓ | 481 | 55.54 | 0.00 | 26,714.74 |
| BAC | BANK OF AMERICA COM | ✓ | 2,220 | 16.25 | 0.00 | 36,075.00 |
| C | CITIGROUP INC | ✓ | 2,405 | 8.29 | 0.00 | 19,937.45 |
| CMCSA | Comcast Corp Class A (Cable TV) | ✓ | 1,332 | 17.34 | 0.00 | 23,096.88 |
| COP | ConocoPhillips | ✓ | 666 | 52.52 | 0.00 | 34,978.32 |
| CSCO | CISCO SYSTEMS INC | ✓ | 2,701 | 16.54 | 0.00 | 44,674.54 |
| CVX | CHEVRON CORP | ✓ | 925 | 79.01 | 0.00 | 73,084.25 |
| FIDELIT | FIDELITY CASH RES | ✓ | 5,392 | 1 | 0.00 | 5,392.00 |
| GE | GENERAL ELECTRIC CO. | ✓ | 4,699 | 17.17 | 0.00 | 80,661.83 |
| GOOG | GOOGLE | ✓ | 111 | 292.96 | 0.00 | 32,518.56 |
| HWP | HEWLETT PACKARD CO | ✓ | 1,110 | 35.28 | 0.00 | 39,160.80 |
| IBM | International Business Machines Co | ✓ | 629 | 81.6 | 0.00 | 51,326.40 |
| INTC | INTEL CORP | ✓ | 2,553 | 13.8 | 0.00 | 35,231.40 |
| JNJ | JOHNSON & JOHNSON | ✓ | 1,221 | 58.58 | 0.00 | 71,526.18 |
| JPM | J P Morgan Chase & Co. | ✓ | 1,665 | 31.66 | 0.00 | 52,713.90 |
| KO | COCA COLA CO | ✓ | 888 | 46.87 | 0.00 | 41,620.56 |
| MCD | MCDONALDS CORP | ✓ | 518 | 58.75 | 0.00 | 30,432.50 |
| MRK | MERCK & CO | ✓ | 962 | 26.72 | 0.00 | 25,704.64 |
| MSFT | MICROSOFT CORP | ✓ | 3,515 | 20.22 | 0.00 | 71,073.30 |
| ORCL | ORACLE CORP | ✓ | 1,776 | 16.09 | 0.00 | 28,575.84 |
| PEP | PEPSICO INC | ✓ | 703 | 56.7 | 0.00 | 39,860.10 |
| PFE | PFIZER INC | ✓ | 2,997 | 16.43 | 0.00 | 49,240.71 |
| PG | PROCTER & GAMBLE CO | | 1,332 | 64.35 | 0.00 | 85,714.20 |
| PM | Philip Morris International | ✓ | 925 | 42.16 | 0.00 | 38,998.00 |
| QCOM | QUALCOMM, Inc. (Telecommunications | ✓ | 740 | 33.57 | 0.00 | 24,841.80 |
| SLB | SCHLUMBERGER LTD | | 555 | 50.74 | 0.00 | 28,160.70 |
| T | AT&T (formerly SBC Com) | ✓ | 2,627 | 28.56 | 0.00 | 75,027.12 |
| UPS | United Parcel Svc Inc - Class B | ✓ | 444 | 57.6 | 0.00 | 25,574.40 |
| USB | US BANCORP NEW | | 777 | 26.98 | 0.00 | 20,963.46 |
| UTX | United Technologies Corp | ✓ | 444 | 48.53 | 0.00 | 21,547.32 |
| VZ | VERIZON COMMUNICATIONS | ✓ | 1,258 | 32.65 | 0.00 | 41,073.70 |
| WFC | WELLS FARGO & CO | ✓ | 1,554 | 28.89 | 0.00 | 44,895.06 |
| WMT | WAL-MART STORES INC | ✓ | 962 | 55.88 | 0.00 | 53,756.56 |
| XOM | EXXON MOBILE CORP | ✓ | 2,331 | 80.15 | 0.00 | 186,829.65 |
| Subtotal | Common Stocks | | | | 0.00 | 1,635,546.73 |
| CALLDEC430 | S&P 100 CALL DEC 430 | ✓ | -37 | 2,330 | 0.00 | -86,210.00 |
| PUTDEC420 | S&P 100 PUT DEC 420 | ✓ | 37 | 1,650 | 0.00 | 61,050.00 |
| Subtotal | Options | | | | 0.00 | -25,160.00 |
| TB32609 | T-BILL 3/26/2009 | ✓ | 150,000 | 99.971 | 0.00 | 149,956.50 |
| Subtotal | US Treasury Obligation | | | | 0.00 | 149,956.50 |

Produced using Captool Global Investor Software

Denise Saul-Bernard Madoff

1-S0221-3

12/04/08

| Symbol | Description | Position | Market Price | Accrued Interest | Value |
|---|---|---|---|---|---|
| (CASH) | | | | | 0.76 |
| Subtotal | Undefined | | | 0.00 | 0.76 |
| Total | Gr. Total | | | 0.00 | 1,760,345.99 |

## Position By Lot 11/28/08

| Symbol | Description | Buy Date | Remaining Quantity | Remaining Cost | Taxable Cost/Unit | End Market Price | End Value |
|---|---|---|---|---|---|---|---|
| AAPL | Apple Computer, Inc. (Computers - mini | 11/06/08 | 407 | 41,033.46 | 100.82 | 92.67 | 37,716.69 |
| AAPL | Apple Computer, Inc. (Computers - m | | 407 | 41,033.46 | 100.82 | 92.67 | 37,716.89 |
| ABT | Abbott Laboratories | 11/06/08 | 703 | 38,418.83 | 54.65 | 52.39 | 36,830.17 |
| ABT | Abbott Laboratories | | 703 | 38,418.83 | 54.65 | 52.39 | 36,830.17 |
| AMGN | AMGEN INC. | 11/06/08 | 481 | 28,474.96 | 59.20 | 55.54 | 26,714.74 |
| AMGN | AMGEN INC. | | 481 | 28,474.96 | 59.20 | 55.54 | 26,714.74 |
| BAC | BANK OF AMERICA COM | 11/06/08 | 2,220 | 48,017.80 | 21.63 | 16.25 | 36,075.00 |
| BAC | BANK OF AMERICA COM | | 2,220 | 48,017.80 | 21.63 | 16.25 | 36,075.00 |
| C | CITIGROUP INC | 11/06/08 | 2,405 | 30,182.55 | 12.55 | 8.29 | 19,937.45 |
| C | CITIGROUP INC | | 2,405 | 30,182.55 | 12.55 | 8.29 | 19,937.45 |
| CALLDEC43 | S&P 100 CALL DEC 430 | 11/14/08 | -37 | -96,163.00 | 2,599.00 | 2,330.00 | -86,210.00 |
| CALLDEC43 | S&P 100 CALL DEC 430 | | -37 | -96,163.00 | 2,599.00 | 2,330.00 | -86,210.00 |
| CMCSA | Comcast Corp Class A (Cable TV) | 11/06/08 | 1,332 | 22,044.32 | 16.55 | 17.34 | 23,096.88 |
| CMCSA | Comcast Corp Class A (Cable TV) | | 1,332 | 22,044.32 | 16.55 | 17.34 | 23,096.88 |
| COP | ConocoPhillips | 11/06/08 | 666 | 34,997.66 | 52.55 | 52.52 | 34,978.32 |
| COP | ConocoPhillips | | 666 | 34,997.66 | 52.55 | 52.52 | 34,978.32 |
| CSCO | CISCO SYSTEMS INC | 11/06/08 | 2,701 | 45,295.73 | 16.77 | 16.54 | 44,674.54 |
| CSCO | CISCO SYSTEMS INC | | 2,701 | 45,295.73 | 16.77 | 16.54 | 44,674.54 |
| CVX | CHEVRON CORP | 11/06/08 | 925 | 67,959.75 | 73.47 | 79.01 | 73,084.25 |
| CVX | CHEVRON CORP | | 925 | 67,959.75 | 73.47 | 79.01 | 73,084.25 |
| FIDELIT | FIDELITY CASH RES | 11/19/08 | 5,392 | 5,392.00 | 1.00 | 1.00 | 5,392.00 |
| FIDELIT | FIDELITY CASH RES | | 5,392 | 5,392.00 | 1.00 | 1.00 | 5,392.00 |
| GE | GENERAL ELECTRIC CO. | 11/06/08 | 4,699 | 92,428.37 | 19.67 | 17.17 | 80,681.83 |
| GE | GENERAL ELECTRIC CO. | | 4,699 | 92,428.37 | 19.67 | 17.17 | 80,681.83 |
| GOOG | GOOGLE | 11/06/08 | 111 | 37,455.40 | 337.44 | 292.96 | 32,518.56 |
| GOOG | GOOGLE | | 111 | 37,455.40 | 337.44 | 292.96 | 32,518.56 |
| HWP | HEWLETT PACKARD CO | 11/06/08 | 1,110 | 38,783.00 | 34.94 | 35.28 | 39,160.80 |
| HWP | HEWLETT PACKARD CO | | 1,110 | 38,783.00 | 34.94 | 35.28 | 39,160.80 |
| IBM | International Business Machines Co | 11/06/08 | 629 | 54,917.83 | 87.31 | 81.60 | 51,326.40 |
| IBM | International Business Machines Co | | 629 | 54,917.83 | 87.31 | 81.60 | 51,326.40 |
| INTC | INTEL CORP | 11/06/08 | 2,553 | 37,146.03 | 14.55 | 13.80 | 35,231.40 |
| INTC | INTEL CORP | | 2,553 | 37,146.03 | 14.55 | 13.80 | 35,231.40 |

Denise Saul-Bernard Madoff

1-S0221-3

12/04/08

| Symbol | Description | Buy Date | Remaining Quantity | Remaining Cost | Taxable Cost/Unit | End Market Price | End Value |
|--------|-------------|----------|--------------------|----------------|-------------------|------------------|-----------|
| JNJ | JOHNSON & JOHNSON | 11/06/08 | | | | | |
| JNJ | JOHNSON & JOHNSON | | 1,221 | 72,795.18 | 59.62 | 58.58 | 71,526.18 |
| | | | 1,221 | 72,795.18 | 59.62 | 58.58 | 71,528.18 |
| JPM | J P Morgan Chase & Co. | 11/06/08 | | | | | |
| JPM | J P Morgan Chase & Co. | | 1,665 | 64,218.45 | 38.57 | 31.66 | 52,713.90 |
| | | | 1,665 | 64,218.45 | 38.57 | 31.66 | 52,713.90 |
| KO | COCA COLA CO | 11/06/08 | | | | | |
| KO | COCA COLA CO | | 888 | 39,693.08 | 44.70 | 46.87 | 41,620.56 |
| | | | 888 | 39,693.08 | 44.70 | 46.87 | 41,620.56 |
| MCD | MCDONALDS CORP | 11/06/08 | | | | | |
| MCD | MCDONALDS CORP | | 518 | 28,701.68 | 55.41 | 58.75 | 30,432.50 |
| | | | 518 | 28,701.68 | 55.41 | 58.75 | 30,432.50 |
| MRK | MERCK & CO | 11/06/08 | | | | | |
| MRK | MERCK & CO | | 962 | 27,503.10 | 28.59 | 26.72 | 25,704.64 |
| | | | 962 | 27,503.10 | 28.59 | 26.72 | 25,704.64 |
| MSFT | MICROSOFT CORP | 11/06/08 | | | | | |
| MSFT | MICROSOFT CORP | | 3,515 | 76,802.15 | 21.85 | 20.22 | 71,073.30 |
| | | | 3,515 | 76,802.15 | 21.85 | 20.22 | 71,073.30 |
| ORCL | ORACLE CORP | 11/06/08 | | | | | |
| ORCL | ORACLE CORP | | 1,776 | 30,795.80 | 17.34 | 16.09 | 28,575.84 |
| | | | 1,776 | 30,795.80 | 17.34 | 16.09 | 28,575.84 |
| PEP | PEPSICO INC | 11/06/08 | | | | | |
| PEP | PEPSICO INC | | 703 | 39,684.23 | 56.45 | 56.70 | 39,860.10 |
| | | | 703 | 39,684.23 | 56.45 | 56.70 | 39,860.10 |
| PFE | PFIZER INC | 11/06/08 | | | | | |
| PFE | PFIZER INC | | 2,997 | 50,888.18 | 16.98 | 16.43 | 49,240.71 |
| | | | 2,997 | 50,888.18 | 16.98 | 16.43 | 49,240.71 |
| PG | PROCTER & GAMBLE CO | 11/06/08 | | | | | |
| PG | PROCTER & GAMBLE CO | | 1,332 | 85,407.56 | 64.12 | 64.35 | 85,714.20 |
| | | | 1,332 | 85,407.56 | 64.12 | 64.35 | 85,714.20 |
| PM | Philip Morris International | 11/06/08 | | | | | |
| PM | Philip Morris International | | 925 | 40,367.00 | 43.64 | 42.16 | 38,998.00 |
| | | | 925 | 40,367.00 | 43.64 | 42.16 | 38,998.00 |
| PUTDEC420 | S&P 100 PUT DEC 420 | 11/14/08 | | | | | |
| PUTDEC420 | S&P 100 PUT DEC 420 | | 37 | 111,037.00 | 3,001.00 | 1,650.00 | 61,050.00 |
| | | | 37 | 111,037.00 | 3,001.00 | 1,650.00 | 61,050.00 |
| QCOM | QUALCOMM, Inc. (Telecommunications | 11/06/08 | | | | | |
| QCOM | QUALCOMM, Inc. (Telecommunicatio | | 740 | 25,018.80 | 33.81 | 33.57 | 24,841.80 |
| | | | 740 | 25,018.80 | 33.81 | 33.57 | 24,841.80 |
| SLB | SCHLUMBERGER LTD | 11/06/08 | | | | | |
| SLB | SCHLUMBERGER LTD | | 555 | 27,483.40 | 49.52 | 50.74 | 28,160.70 |
| | | | 555 | 27,483.40 | 49.52 | 50.74 | 28,160.70 |
| T | AT&T (formerly SBC Com) | 11/06/08 | | | | | |
| T | AT&T (formerly SBC Com) | | 2,627 | 71,034.00 | 27.04 | 28.56 | 75,027.12 |
| | | | 2,627 | 71,034.00 | 27.04 | 28.56 | 75,027.12 |
| TB32609 | T-BILL 3/26/2009 | 11/19/08 | | | | | |
| TB32609 | T-BILL 3/26/2009 | | 150,000 | 149,869.00 | 99.93 | 99.971 | 149,956.50 |
| | | | 150,000 | 149,869.00 | 99.93 | 99.971 | 149,956.50 |
| UPS | United Parcel Svc Inc - Class B | 11/06/08 | | | | | |
| UPS | United Parcel Svc Inc - Class B | | 444 | 23,122.76 | 52.08 | 57.60 | 25,574.40 |
| | | | 444 | 23,122.76 | 52.08 | 57.60 | 25,574.40 |
| USB | US BANCORP NEW | 11/06/08 | | | | | |
| USB | US BANCORP NEW | | 777 | 22,975.81 | 29.57 | 26.98 | 20,963.46 |
| | | | 777 | 22,975.81 | 29.57 | 26.98 | 20,963.46 |
| UTX | United Technologies Corp | 11/06/08 | | | | | |
| UTX | United Technologies Corp | | 444 | 23,620.04 | 53.20 | 48.53 | 21,547.32 |
| | | | 444 | 23,620.04 | 53.20 | 48.53 | 21,547.32 |
| VZ | VERIZON COMMUNICATIONS | 11/06/08 | | | | | |
| VZ | VERIZON COMMUNICATIONS | | 1,250 | 38,305.78 | 30.45 | 32.65 | 41,073.70 |
| | | | 1,250 | 38,305.78 | 30.45 | 32.65 | 41,073.70 |

Denise Saul-Bernard Medoff

1-S0221-3

12/04/08

| Symbol | Description | Buy Date | Remaining Quantity | Remaining Cost | Taxable Cost/Unit | End Market Price | End Value |
|---|---|---|---|---|---|---|---|
| WFC | WELLS FARGO & CO | 11/06/08 | 1,554 | 46,371.20 | 29.84 | 28.89 | 44,895.06 |
| WFC | WELLS FARGO & CO | | 1,554 | 46,371.20 | 29.84 | 28.89 | 44,895.06 |
| WMT | WAL-MART STORES INC | 11/06/08 | 962 | 53,746.46 | 55.87 | 55.88 | 53,756.56 |
| WMT | WAL-MART STORES INC | | 962 | 53,746.46 | 55.87 | 55.88 | 53,756.56 |
| XOM | EXXON MOBILE CORP | 11/06/08 | 2,331 | 169,976.26 | 72.92 | 80.15 | 186,829.65 |
| XOM | EXXON MOBILE CORP | | 2,331 | 169,976.26 | 72.92 | 80.15 | 186,829.65 |
| | Gr. Total | | | 1,845,821.61 | | | 1,766,345.23 |

**BERNARD L. MADOF**
**INVESTMENT SECURITIES LLC.**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  D..

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 57439 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

NOV 21 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 150,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21%  3/26/2009 | 149889.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99-926 | 149889.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**TRANSACTION (TR) CODE**

1 NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

**CAPACITY (CAP) CODE**

1 AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and
seller, charging a commission as
shown on the face hereof

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your
acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be
furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction
occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account.
We have acted in the capacity of Agent for your transaction. The Equity transaction consist of your account is an
average price transaction. Full details are available on written request.

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC.
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0221-4 | R | 34538 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 20 2008

| W/S | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 37 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 96163-00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26-000 | 96200-00 | 37-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC.
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0221-4 | D | 43188 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 20 2008

| W/S | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 37 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 11137-00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3-000 | 11100-00 | 37-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  D1C

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | |
| 0648 | | 1-S0221-4 | D | 38863 | 8 | 1 | | 11/14/08 | 11/19/08 |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 20 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 37 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 111037.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 111000.00 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOF INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  D1C

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | |
| 0648 | | 1-S0221-4 | R | 47513 | 8 | 1 | | 11/14/08 | 11/19/08 |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 20 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 37 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 136863.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 136900.00 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 78716 | 5 | | 1 | 11/06/08 | 11/12/08 |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,627 | 00206R102 | AT&T INC | 71034.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 70929.00 | 105.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---



**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | R | 22956 | 5 | | 1 | 11/10/08 | 11/12/08 |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

NOV 13 2008

1650000 = 1648944
50000 = 49968

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,700,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009      2/12/2009 | 1698912.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1698912.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0221-3 | D | 61914 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.     CONTRA PARTY     C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 481 | 031162100 | AMGEN INC | 28474.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 28455.96 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0221-3 | D | 57588 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.     CONTRA PARTY     C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 703 | 002824100 | ABBOTT LABORATORIES | 38418.83 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 38390.83 | 28.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 66240 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,220 | 060505104 | BANK OF AMERICA | 48017.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 47929.80 | 88.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 53262 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 407 | 037833100 | APPLE INC | 41033.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 41017.46 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)

17



**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 83544 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,701 | 17275R102 | CISCO SYSTEMS INC | 45295.73 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 45187.73 | 108.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 87870 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 925 | 166764100 | CHEVRON CORP | 67959.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 67922.75 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 22478 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 888 | 191216100 | COCA COLA CO | 39693•08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44•660 | 39658•08 | 35•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 70566 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,405 | 172967101 | CITI GROUP INC | 30182•55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12•510 | 30086•55 | 96•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 79218 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK               NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 666 | 20825C104 | CONOCOPHILIPS | 34997.66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 34971.66 | 26.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 74892 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK               NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,332 | 20030N101 | COMCAST CORP CL A | 22044.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 21991.32 | 53.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

17

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-3 | D | 92196 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,699 | 369604103 | GENERAL ELECTRIC CO | 92428.37 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 92241.37 | 187.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-3 | D | 08999 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,331 | 30231G102 | EXXON MOBIL CORP | 169976.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 169883.28 | 93.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 00849 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 1 2 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,110 | 428236103 | HEWLETT PACKARD CO | 38783•00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34•900 | 38739•00 | 44•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 96522 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 1 2 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 111 | 38259P508 | GOOGLE | 37455•40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337•400 | 37451•40 | 4•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 05175 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.　　CONTRA PARTY　　C.H. NUMBER　　SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK               NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 629 | 459200101 | INTERNATIONAL BUSINESS MACHS | 54917.83 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 54892.83 | 25.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 09501 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.　　CONTRA PARTY　　C.H. NUMBER　　SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK               NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,553 | 458140100 | INTEL CORP | 37146.03 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 37044.03 | 102.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 13827 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,221 | 478160104 | JOHNSON & JOHNSON | 72795.18 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 72747.18 | 48.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17



**BERNARD L. MADOI INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 18152 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,665 | 46625H100 | J.P. MORGAN CHASE & CO | 64218.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 64152.45 | 66.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17



**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

385 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 31130 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK           NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 962 | 589331107 | MERCK & CO | 27503.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 27465.10 | 38.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

385 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 26804 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK           NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 518 | 580135101 | MCDONALDS CORP | 28701.66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 28681.66 | 20.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOF INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-3 | D | 39782 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.                CONTRA PARTY                C.H. NUMBER                SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,776 | 68389X105 | ORACLE CORPORATION | 30795.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 30724.80 | 71.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOF INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-3 | D | 35456 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.                CONTRA PARTY                C.H. NUMBER                SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,515 | 594918104 | MICROSOFT CORP | 76802.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 76662.15 | 140.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0221-3 | D | 57086 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 2,997 | 717081103 | PFIZER INC | 50888.18 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.940 | 50769.18 | 119.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0221-3 | D | 52760 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 703 | 713448108 | PEPSICO INC | 39684.23 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.410 | 39656.23 | 28.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 61412 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,332 | 742718109 | PROCTER & GAMBLE CO | 85407.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 85354.56 | 53.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0221-3 | D | 65738 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 925 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 40367.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 40330.00 | 37.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 74390 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 555 | 806857108 | SCHLUMBERGER LTD | 27483.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 27461.40 | 22.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 70064 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 740 | 747525103 | QUALCOMM INC | 25018.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 24989.80 | 29.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 83042 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 444 | 911312106 | UNITED PARCEL SVC INC CLASS B | 23122.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 23105.76 | 17.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

---



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0221-3 | D | 87368 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 777 | 902973304 | U S BANCORP | 22975.81 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 22944.81 | 31.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0648 | | 1-S0221-3 | D | 96020 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,258 | 92343V104 | VERIZON COMMUNICATIONS | 38305.78 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 38255.78 | 50.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0648 | | 1-S0221-3 | D | 91694 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 444 | 913017109 | UNITED TECHNOLOGIES CORP | 23620.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 23603.04 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-S0221-3 | D | 00347 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                  NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,554 | 949746101 | WELLS FARGO & CO NEW | 46371-20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 46309.20 | 62.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-S0221-3 | D | 04673 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                  NY 10019

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 962 | 931142103 | WAL-MART STORES INC | 53746.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 53708.46 | 38.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-4 | R | 44108 | 8 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                     NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 37 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 58423.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 58460.00 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0221-4 | D | 48434 | 8 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                     NY 10019

NOV 12 2008

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 37 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 65897.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 65860.00 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK    NY    10019

DEC 04 2008

PERIOD ENDING: **11/30/08**

YOUR ACCOUNT NUMBER: **1-S0221-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **REDACTED**

PAGE **1**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 102,941.19 |
| 11/12 | 1,554 | | 347 | WELLS FARGO & CO NEW | 29,800 | 46,371.20 | |
| 11/12 | 1,110 | | 849 | HEWLETT PACKARD CO | 34,900 | 38,783.00 | |
| 11/12 | 962 | | 4673 | WAL-MART STORES INC | 55,830 | 53,740.46 | |
| 11/12 | 629 | | 5175 | INTERNATIONAL BUSINESS MACHS | 87,270 | 54,910.83 | |
| 11/12 | 2,331 | | 8999 | EXXON MOBIL CORP | 72,880 | 169,936.28 | |
| 11/12 | 2,553 | | 9901 | INTEL CORP | 14,510 | 37,116.23 | |
| 11/12 | 1,221 | | 13827 | JOHNSON & JOHNSON | 59,580 | 72,795.18 | |
| 11/12 | 1,565 | | 16152 | J P MORGAN CHASE & CO | 38,530 | 64,219.45 | |
| 11/12 | 880 | | 22470 | COCA COLA CO | 44,640 | 39,693.08 | |
| 11/12 | 518 | | 26000 | MCDONALDS CORP | 55,370 | 28,701.66 | |
| 11/12 | 962 | | 31130 | MERCK & CO | 28,550 | 27,503.10 | |
| 11/12 | 3,515 | | 35456 | MICROSOFT CORP | 21,810 | 76,802.15 | |
| 11/12 | 1,276 | | 39782 | ORACLE CORPORATION | 24,300 | 30,795.80 | |
| 11/12 | 703 | | 42760 | PEPSICO INC | 56,410 | 39,684.23 | |
| 11/12 | 407 | | 53262 | APPLE INC | 100,700 | 41,033.46 | |
| 11/12 | 2,997 | | 57086 | PFIZER INC | 16,940 | 50,888.18 | |
| 11/12 | 903 | | 57588 | ABBOTT LABORATORIES | 54,610 | 38,418.83 | |
| 11/12 | 1,332 | | 61432 | PROCTER & GAMBLE CO | 64,080 | 85,407.56 | |
| 11/12 | 481 | | 61914 | ANGER INC | 59,160 | 23,477.96 | |
| 11/12 | 925 | | 65738 | PHILLIP MORRIS INTERNATIONAL | 43,600 | 40,355.00 | |
| 11/12 | 2,220 | | 66240 | BANK OF AMERICA | 21,590 | 48,017.80 | |
| 11/12 | 740 | | 70564 | QUALCOMM INC | 33,770 | 25,018.80 | |
| 11/12 | 2,405 | | 70566 | CITI GROUP INC | 12,510 | 30,182.55 | |
| | | | | CONTINUED ON PAGE **2** | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK        NY        10019

**PAGE:** 2

**DATE:** 11/30/08

**YOUR ACCOUNT NUMBER:** 1-S0221-3-0

REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 555 | | 74390 | SCHLUMBERGER LTD | 49.480 | 27,483.40 | |
| 11/12 | 1,332 | | 74892 | COMCAST CORP | 16.510 | 22,046.32 | |
| 11/12 | | | | CE A | | | |
| 11/12 | 2,627 | | 78718 | AT&T INC | 27 | 71,036.00 | |
| 11/12 | 666 | | 79218 | CONOCOPHILLPS | 52.510 | 34,997.66 | |
| 11/12 | 444 | | 53042 | UNITED PARCEL SVC INC | 52.040 | 23,122.76 | |
| 11/12 | | | | CLASS B COMMON | | | |
| 11/12 | 2,701 | | 83544 | CISCO SYSTEMS INC | 16.730 | 45,295.73 | |
| 11/12 | 777 | | 87358 | U S BANCORP | 29.530 | 22,975.81 | |
| 11/12 | 925 | | 87870 | CHEVRON CORP | 73.630 | 67,959.75 | |
| 11/12 | 446 | | 91694 | UNITED TECHNOLOGIES CORP | 53.100 | 23,682.04 | |
| 11/12 | 4,699 | | 92190 | GENERAL ELECTRIC CO | 19.630 | 92,262.37 | |
| 11/12 | 1,258 | | 96020 | VERIZON COMMUNICATIONS | 30.410 | 38,305.78 | |
| 11/12 | 111 | | 96522 | GOOGLE | 33.900 | 37,655.60 | |
| 11/12 | | | 22959 | W S TREASURY BILL | 01.935 | | |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | 1,700,000 | 1,700,000 | | U S TREASURY BILL | 2/12/2009 | | 1,698,912.00 |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | |
| 11/12 | | | | U.S. TREASURY MONEY MARKET | | | 32.11 |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 28,520 | 18057 | FIDELITY SPARTAN | 1 | | 28,520.00 |
| 11/12 | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 44,424 | | 27426 | FIDELITY SPARTAN | 1 | 44,424.00 | |
| 11/12 | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 5.45 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK          NY   10019

**11/30/09**

YOUR ACCOUNT NUMBER  1-S0221-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 44,424 | 52903 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,424.00 |
| 11/19 | 150,000 | | 57439 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 149,889.00 | |
| 11/19 | 5,392 | | 61941 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 5,392.00 | |
| | | | | NEW BALANCE | | | 206,319.24 |
| | | | | SECURITY POSITIONS | MKT PRICE | | 286,568? |
| | 2,627 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 703 | | | AMGEN INC | 55.540 | | |
| | 481 | | | APACHE INC | 26.670 | | |
| | 407 | | | BANK OF AMERICA | 92.670 | | |
| | 2,220 | | | CHEVRON CORP | 76.230 | | |
| | 925 | | | CISCO SYSTEMS INC | 70.510 | | |
| | 2,701 | | | CITI GROUP INC | 16.540 | | |
| | 2,405 | | | COCA COLA CO | 8.290 | | |
| | 888 | | | COMCAST CORP | 45.870 | | |
| | 1,332 | | | CL A | 17.340 | | |
| | 666 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,331 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,699 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK NY 10019

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-S0221-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 111 | | | GOOGLE | 292.960 | | |
| | 1,110 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,553 | | | INTEL CORP | 13.800 | | |
| | 629 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | | |
| | 1,665 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,221 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 518 | | | MCDONALDS CORP | 58.750 | | |
| | 962 | | | MERCK & CO | 26.720 | | |
| | 3,515 | | | MICROSOFT CORP | 20.220 | | |
| | 1,776 | | | ORACLE CORPORATION | 16.090 | | |
| | 703 | | | PEPSICO INC | 56.700 | | |
| | 2,997 | | | PFIZER INC | 18.[illegible] | | |
| | 925 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,332 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 740 | | | QUALCOMM INC | 33.570 | | |
| | 555 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 5,392 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 777 | | | U S BANCORP | 26.980 | | |
| | 444 | | | UNITED PARCEL SVC INC | 57.500 | | |
| | | | | CLASS B | | | |
| | 150,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 444 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3435
NEW YORK          NY      10019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| — | 1,258 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 962 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,554 | | | WELLS FARGO & CO NEW | 29.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 1,785,505.23 | | | |

YOUR ACCOUNT NUMBER  1-S0221-3-0

11/30/03

PAGE 5

YOUR TAX PAYER IDENTIFICATION NUMBER  REDACTED



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6322

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK        NY    10019

PERIOD ENDING: 11/30/09

YOUR ACCOUNT NUMBER: 1-S0221-3-0

PAGE: 6

REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,786.06 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,956,922.94 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| BERNARD L. MADOFF | | |
| :-- | :-- | :-- |
| **MADF** INVESTMENT SECURITIES LLC | | |
| New York ☐ London | | |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DEMISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK        NY    10019

PERIOD ENDING: **11/10/08**    PAGE **1**

YOUR ACCOUNT NUMBER: **1-50221-4-0**

TAX PAYER IDENTIFICATION NUMBER: **REDACTED**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| 11/12 | | | | BALANCE FORWARD | | | 102,942.00 |
| 11/12 | | 37 | 44108 | S & P 100 INDEX | 15.800 | | |
| 11/12 | 37 | | 43434 | NOVEMBER 460 CALL | 17.800 | | 58,423.00 |
| 11/19 | | | | S & P 100 INDEX | | 65,897.00 | |
| 11/19 | | 37 | 34538 | NOVEMBER 450 PUT | 26. | | |
| 11/19 | | | | S & P 100 INDEX | | | 96,153.00 |
| 11/19 | 37 | | 38863 | DECEMBER 430 CALL | 30 | | |
| 11/19 | | | | S & P 100 INDEX | | 111,037.00 | |
| 11/19 | 37 | | 45168 | DECEMBER 430 PUT | | 11,137.00 | |
| 11/19 | 37 | | 47513 | NOVEMBER 460 CALL | | | 136,863.00 |
| | | | | S & P 100 INDEX | 37 | | |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | |
| | 37 | | | SECURITY POSITIONS | MKT PRICE | | 206,320.00 |
| | | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
61,050.00          86,210.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTF  IO MANAGEMENT REPORT AS OF  2/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DENISE SAUL                         1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

JAN 11 2008

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,474,678.93CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 20,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 170,052.44CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .12CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,624,731.25    NET LONG |
| TOTAL EQUITY | 1,624,731.37CR |

ANNUALIZED RETURN FOR CURRENT YEAR    11.55 %

PORTF{  O MANAGEMENT REPORT AS OF  2/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DENISE SAUL                         1-S0221-3        **JAN 16 2007**

9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

STARTING EQUITY FOR CURRENT YEAR                      1,314,556.26CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                      15,000.00-
REALIZED P/L FOR CURRENT YEAR                          175,122.67CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                          .43CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,474,678.50    NET LONG
TOTAL EQUITY                                          1,474,678.93CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.39 %

PORT  .IO MANAGEMENT REPORT AS O  12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DENISE SAUL                          1-S0221-3        JAN 20 2006

9 WEST 57TH STREET SUITE 3405
NEW YORK                  NY 10019

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,229,254.14CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 35,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 120,302.12CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .26CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,314,556.00    NET LONG |
| TOTAL EQUITY | 1,314,556.26CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.03 %

PORTI    IO MANAGEMENT REPORT AS O  .2/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JAN 14 2005

DENISE SAUL

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

STARTING EQUITY FOR CURRENT YEAR                    1,121,395.19CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          10,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS            117,858.95CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             .14CR
TOTAL EQUITY                                        1,229,254.00   NET LONG
                                                    1,229,254.14CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.51 %

PORTFO  J MANAGEMENT REPORT AS OF  /31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JAN 12 2004

DENISE SAUL                         1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK                NY 10019

STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                   1,055,277.67CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          40,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS            106,117.52CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS              .19CR
TOTAL EQUITY                                        1,121,395.00    NET LONG
                                                    1,121,395.19CR
ANNUALIZED RETURN FOR CURRENT YEAR      10.28 %

PORTH  IO MANAGEMENT REPORT AS OI  2/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JAN 09 2003

DENISE SAUL                          1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 945,048.90CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 20,000.00- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 130,228.77CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .92CR |
| TOTAL EQUITY | 1,055,276.75    NET LONG |
| | 1,055,277.67CR |

ANNUALIZED RETURN FOR CURRENT YEAR    13.85 %

PORTF( O MANAGEMENT REPORT AS OF !/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DENISE SAUL                          1-S0221-3            JAN 16 2002

9 WEST 57TH STREET SUITE 3405
NEW YORK                 NY 10019

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 814,301.73CR |
| CAPITAL WITHDRAWALS | 20,000.00CR |
| REALIZED P/L FOR CURRENT YEAR | 10,000.00- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 120,747.17CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .90CR |
| TOTAL EQUITY | 945,048.00   NET LONG |
| | 945,048.90CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.52 %

PORT  LIO MANAGEMENT REPORT AS OF  2/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DENISE SAUL                                         JAN 16 2001
                              1-S0221-3

 9 WEST 57TH STREET SUITE 3405
NEW YORK                NY 10019

STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                  266,525.63CR
CAPITAL WITHDRAWALS                                460,000.00CR
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS           87,776.10CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            .73CR
TOTAL EQUITY                                       814,301.00   NET LONG
                                                   814,301.73CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.26.%

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

5/30/08

CN   CHECK

20,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

**MEMO**

**BERNARD L. MADOFF**

82-26
311        2815-09

196745

5/30  20 08

PAY
TO THE    DENISE SAUL
ORDER OF

$ ****20000.00

******TWENTY THOUSAND 00/100                            **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0221-3

BERNARD L. MADOFF

FOR _____         By _____

⑈00196745⑈ ⑆031100267⑆ 630142815⑈ 509⑈



**BERNARD L. MADOFF**
INVESTMENT SECURITY    LC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/04/08

CW    CHECK

12,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/31/07

CN    CHECK

20,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK                NY 10019

MEMO

BERNARD L. MADOFF

02-28
311

2815-00

190599

10/31 20 07

PAY TO THE
ORDER OF    DENISE SAUL

$ ****20000.00

******TWENTY THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR    1-S0221-3

BERNARD L. MADOFF

By

⑈00190599⑈ ⑈031100267⑈ 630142B151 509⑈

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/03/06

CW    CHECK

15,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

MEMO

BERNARD L. MADOFF

02-28
311        2815-00

176123

7/03   2006

PAY TO THE CREDIT OF   DENISE SAUL

$ ******15000.00

******FIFTEEN THOUSAND 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR   1-S0221-3

By

⑆00176123⑆ ⑈031100267⑈ 6301428151 509⑈

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madof Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK          NY  10019

REDACTED

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TIME | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 10/14 | | 525,000 | 67001 | U S TREASURY BILL DUE 12/18/2003 | 99.868 | | 524,202.00 |
| 10/16 | | | | FIDELITY SPARTAN DUE 12/18/2003 | DIV | | 29.76 |
| 10/16 | 32,518 | | 25393 | U S TREASURY MONEY MARKET | | 32,518.00 | |
| 10/16 | | | | DIV 10/16/03 | | | |
| 10/16 | | 67,339 | 58660 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | 67,339.00 |
| 10/16 | 1,176 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,826.16 |
| 10/16 | | | | AOL TIME WARNER INC | | | |
| 10/16 | | | | AOL TIME WARNER/TIME WARNER | DELV | | |
| 10/17 | | | | AOL TIME WARNER INC | RECD | 17,826.16 | |
| 10/17 | 2,226 | | 47445 | AOL TIME WARNER/TIME WARNER CM/TREASURY MONEY MARKET | | 2,226.00 | |
| 10/23 | | | | CHECK | CM | 10,000.00 | |
| 10/23 | | | 49319 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 5.35 |
| 10/23 | 24,749 | | 49378 | DIV 10/23/03 FIDELITY SPARTAN | 1 | | 34,744.00 |
| 10/23 | | 34,744 | | U S TREASURY MONEY MARKET | 1 | 24,749.00 | |
| 10/31 | 807 | | 54493 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 807.00 | |

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

YOUR ACCOUNT NUMBER  1-S0221-3-0

10/31/03

Page 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

APR 1 1 2005

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/08/05

CW    CHECK

10,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK              NY 10019

MEMO

**BERNARD L. MADOFF**

62-26
311          2615-00

163630

4/08   20 05

PAY
TO THE
ORDER OF   DENISE SAUL                                    $ ****10000.00

******TEN THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801          BERNARD L. MADOFF

1-S0221-3
FOR _____         By _____

⑈00163630⑈ ⑆031100267⑆ 630142815 509⑈

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

2/02/05

CM   CHECK

25,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK           NY 10019

MEMO

BERNARD L. MADOFF

02-26
311

2815-00

161512

2/02  2005

PAY
TO THE
ORDER OF DENISE SAUL

$ ****25000.00

******TWENTY FIVE THOUSAND 00/100   DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   1-S0221-3

By

⑈00161512⑈ ⑆031100267⑆ 630142815 509⑈



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

9/09/04

CW   CHECK

10,000.00

CLIENT'S ACCOUNT NUMBER

1-S0221-3

DENISE SAUL

9 WEST 57TH STREET SUITE 3405
NEW YORK          NY 10019

MEMO

**BERNARD L. MADOFF**

62-26
311

2815-66

157033

9/09  20 04

Pay
to the
order of   DENISE SAUL

$ ****10000.00

EXACTLY *****10,000DOLLARS00CENTS                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR     1-S0221-3

⌐00157033⌐ ⌐:031100267⌐: 6301428151 509⌐



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

6/03/03

CW    CHECK                                    15,000.00

DENISE SAUL                          CLIENT'S ACCOUNT NUMBER
                                     1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK              NY 10019

**BERNARD L. MADOFF**

MEMO

82-26
311        2815-89

144754

6/03  2003

PAY
TO THE
ORDER OF DENISE SAUL                          $ ****15000.00

EXACTLY ******15,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank Delaware                    BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR  1-S0221-3                          By

⑆00144754⑆ ⑈031100267⑈ 630142815⑆ 509⑆

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 236-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:                    2/20/03

CM    CHECK                                    15,000.00

DENISE SAUL                    CLIENT'S ACCOUNT NUMBER
                               1-S0221-3

9 WEST 57TH STREET SUITE 3605
NEW YORK              NY 10019

MEMO

BERNARD L. MADOFF                              02-20

                                    311      2815-00

                                    142128

                                    2/20    20 03

PAY TO THE
ORDER OF...  DENISE SAUL                    $ ****15000.00

EXACTLY ****15,000DOLLARS0CENTS              DOLLARS

Chase Manhattan Bank Delaware               BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR    1-S0221-3

⑈0014212⑈ ⑆031100267⑆ 63014 28151 509⑈

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

OCT 09 2001

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/05/01

CW    CHECK

10,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER

1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK            NY 10019

MEMO

BERNARD L. MADOFF

82-26
311      2815-00

128324

10/05    20 01

PAY
TO THE    DENISE SAUL
ORDER OF

$ ****10000.00

EXACTLY *****10,000DOLLARS00CENTS                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801          1-S0221-3

BERNARD L. MADOFF

FOR

By

⑈00128324⑈ ⑆031100287⑆ 630128151 509⑈

DEP 10/3/02

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/01/02

CM   CHECK                                    20,000.00

DENISE SAUL

CLIENT'S ACCOUNT NUMBER
1-S0221-3

9 WEST 57TH STREET SUITE 3405
NEW YORK              NY 10019

MEMO

**BERNARD L. MADOFF**

62-28
311        2815-00

138429

10/01  20 02

PAY
TO THE   DENISE SAUL
ORDER OF                                            $ ****20000.00

EXACTLY *****20,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR    1-S0221-3

BERNARD L. MADOFF

By

DOLLARS

⑈00138429⑈ ⑈031100267⑈ 630142815⑈ 509⑈

**BERNARD L. MADOF**
Investment Securities LLC
New York □ London

**JAN 11 2001**

835 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/09/01

CHECK                                                20,000.00

CLIENT'S ACCOUNT NUMBER

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK              NY 10019

1-S0221-3

# DENISE SAUL

9 WEST 57 STREET · SUITE 3405
NEW YORK, NEW YORK 10019
(212) 371-9255 · FAX (212) 832-4817

January 10, 2000

Bernard Madoff Investment Securities
Attn: Eric
885 Third Avenue
New York, New York 10022-4834

RE:   ACCOUNT #1-S0221-3

Dear Eric:

With regard to my account listed above, please be advised that I am increasing my principal contribution by $460,000.00 for which I have enclosed a check.

If you require any further information, please feel free to contact my assistant, Susan Smith at REDACTED

Very truly yours,

Susan F. Smith
for Denise Saul

DS:ss

Enclosure



REDACTED

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

JAN 14 2000                                          1/11/00

**CHECK**                                            460,000.00

CLIENT'S ACCOUNT NUMBER

DENISE SAUL
9 WEST 57TH STREET SUITE 3405
NEW YORK                    NY 10019

1-S0221-3