# EXHIBIT L

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

**Helen Davis Chaitman***
212.841.1320
201.646.1664
hchaitman@phillipsnizer.com
*Admitted in New York and New Jersey

Court Plaza North
25 Main Street
Hackensack, NJ 07601-7015
201.487.3700
Fax 201.646.1764

www.phillipsnizer.com

July 21, 2009

**By Email & Regular Mail**

Irving H. Picard, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111

    Re:    **Diane & Roger Peskin**

Dear Mr. Picard:

    By letter dated June 26, 2009, your counsel David Sheehan acknowledged that Diane and Roger Peskin are entitled to $500,000 in SIPC insurance. By letter dated July 16, 2009, you sent me a determination letter with respect to the account of Diane and Roger Peskin. The form of the partial assignment and release that you enclosed with that letter is acceptable with one exception: Each of the Peskins is a "customer" entitled to $500,000 of SIPC insurance because both Diane and Roger Peskin deposited money with the debtor for the purpose of purchasing securities. 15 U.S.C. Section 78(lll)(2). Hence, I would like to add to the end of the partial assignment and release, above the signatures, the following:

> Notwithstanding any other provision of this document, the Peskins do not release their claim against SIPC for an additional $500,000 in SIPC insurance in view of their contention that each of them is a "customer" who deposited funds with the debtor for the purpose of purchasing securities. By signing this document, the Peskins expressly reserve their right to litigate this claim.

    As you know, the Peskins are "hardship" cases and, under the rules that you have established, they are entitled to preserve their claims while still receiving SIPC insurance in the amount you have acknowledged they are entitled to receive. Please be good enough to send me a

**PHILLIPS NIZER** LLP

Irving H. Picard, Esq.
July 21, 2009
Page 2

revised partial assignment and release including this language so that the Peskins can receive the $500,000 from SIPC which you have acknowledged they are owed.

Yours sincerely

*Helen Davis Chaitman/leb*

Helen Davis Chaitman

HDC:leb

cc:   Diane and Roger Peskin

1086603.1