BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2009, I served true copies of the **Trustee's Response to Objections to Applications of Trustee and Baker & Hostetler LLP For Allowance of Interim Compensation** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed

095879, 300025780

packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      August 5, 2009                                               s/Nikki M. Landrio
                                                           NIKKI M. LANDRIO

095879, 300025780

# SCHEDULE A

Joan Roman
2444 NW 59th St., Apt. 1301
Boca Raton, FL 33496

Helen Chaitman – hchaitman@phillipsnizer.com
Meyer Muschel – mmuschel@gmail.com