Josephine Wang
General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 15th Street, N.W., Suite 800
Washington, DC 20005
Telephone: 202-371-8300
E-mail: jwang@sipc.org

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IN RE: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Robin Cotchan, hereby certify that on August 5, 2009, I caused true and correct copies of the Response of the Securities Investor Protection Corporation to Objections to First Applications of Trustee and Counsel for Allowance of Interim Compensation and Reimbursement of Expenses, to be served by prepaid Federal Express and electronic mail on each of the following:

Meyer Muschel, Esquire
Counsel for The Joseph N. Muschel Memorial Foundation
340 Bowery
New York, NY 10012
Email: mmuschel@gmail.com

Helen Davis Chaitman, Esquire
Counsel for Diane and Roger Peskin and Maureen Ebel
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
Email: hchaitman@phillipsnizer.com

and by prepaid Federal Express on the following:

Joan Roman
2444 NW 59th Street
Apt. 1301
Boca Raton, FL 33496

*Robin Cotchan*
Robin Cotchan