BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON AUGUST 6, 2009 AT 10:00 A.M.

### UNCONTESTED MATTERS

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1.     Motion to Extend Time /Trustee's Fourth Motion for an Order Pursuant to Section 365(d)(1) of the Bankruptcy Code Further Extending the Time Within Which the Trustee May Assume or Reject Executory Contracts  [Filed:  July 24, 2009] (Docket No. 340)

       Objections Deadline:                    August 3, 2009

300025512

<div style="margin-left:auto"></div>

Objections Filed:                               None

Status:                                         This matter is going forward.


## CONTESTED MATTERS

2.    First Application for Interim Professional Compensation For Services Rendered and
      Reimbursement of Actual and Necessary Expenses Incurred for Irving H Picard Esq.,
      Trustee Chapter 7; Period: 12/15/2008 to 4/30/2009, Fees:$759,228.75, Expenses: $45.00
      [Filed: July 10, 2009 ] (Docket No. 320)

3.    First Application for Interim Professional Compensation for Services Rendered and
      Reimbursement of Actual and Necessary Expenses Incurred for Baker & Hostetler LLP,
      Trustee's Attorney; Period: 12/15/2008 to 4/30/2009, Fees:$14662319.83, Expenses:
      $274,203.03 [Filed: July 10, 2009] (Docket No. 321)

4.    Notice of Hearing on First Applications for Interim Compensation For Services Rendered
      and Reimbursement of Actual and Necessary Expenses Incurred by Applicants  [Filed:
      July 10, 2009] (Docket No. 322)

5.    Application for Final Professional Compensation for Windels Marx Lane & Mittendorf,
      LLP, Trustee's Attorney; Period: 4/21/2009 to 6/8/2009, Fees:$199,500.00, Expenses:
      $2,770.46 [Filed: July 10, 2009] (Docket No. 323)

6.    First Application for Interim Professional Compensation for Attias & Levy, Special
      Counsel; Period: 3/13/2009 to 4/30/2009, Fees:$14,475.32, Expenses: $339.67 [Filed:
      July 17, 2009] (Docket No. 328)

7.    First Application for Interim Professional Compensation for Eugene F. Collins, Special
      Counsel; Period: 2/9/2009 to 4/30/2009, Fees:$81,871.76, Expenses: $26,192.27 [Filed:
      July 17, 2009] (Docket No. 329)

8.    First Application for Interim Professional Compensation for Lovells LLP, Special
      Counsel; Period: 1/15/2009 to 4/30/2009, Fees:$749,540.65, Expenses: $27,016.47
      [Filed: July 17, 2009] (Docket No. 330)

9.    First Application for Interim Professional Compensation for Williams, Barristers &
      Attorneys, Special Counsel; Period: 1/15/2009 to 4/30/2009, Fees:$106,392.48[1],
      Expenses: $19,593.75 [Filed: July 17, 2009] (Docket No. 331)

---

[1]  In the Conclusion of its Application, William incorrectly states that the total value of the compensation Williams
seeks for fees during the Compensation Period is $132,990.60.  After application of a holdback of 20% the
Application seeks interim compensation in the amount of US $106,392.48.  Williams will seek the payment of the
balance of $26,598.12 at a later date.  See Williams Application paragraph 4 at page 2.

10.     First Application for Interim Professional Compensation for Schiltz & Schiltz, Special
        Counsel; Period: 3/3/2009 to 4/30/2009, Fees:$50,700.49, Expenses: $4,119.41  [Filed:
        July 17, 2009] (Docket No. 332)

11.     First Application for Interim Professional Compensation for Higgs Johnson Truman
        Bodden & Co., Special Counsel; Period: 4/1/2009 to 4/30/2009, Fees:$10,760.40,
        Expenses: $223.18  [Filed: July 17, 2009] (Docket No. 333)

        Related Documents

        A.      Reply to Motion Recommendation of the Securities Investor Protection
                Corporation in Support of First Applications of Trustee and Counsel for Interim
                Compensation and Reimbursement of Expenses  [Filed:  August 3, 2009] (Docket
                No. 352)

        B.      Reply to Motion Recommendation of the Securities Investor Protection
                Corporation in Support of First and Final Application of Windels Marx Lane &
                Mittendorf, LLP, Counsel to Alan Nisselson, the Chapter 7 Trustee for the Estate
                of Bernard L. Madoff, for Allowance and Payment of Interim Compensation and
                Reimbursement of Expenses  [Filed:  August 3, 2009] (Docket No. 353)

        C.      Reply to Motion Recommendation of the Securities Investor Protection
                Corporation in Support of First Applications of Special Counsel to Irving H.
                Picard, Trustee, For Interim Compensation and Reimbursement of Expenses
                [Filed:  August 3, 2009] (Docket No. 355)

        Objection Deadline:            August 3, 2009

        Objections Filed:

        A.      Objection filed by Joan Roman  [Filed: July 29, 2009] (Docket 348)

        B.      Objection to Motion of Baker & Hostetler and other Professionals for Allowance
                of Interim Compensation for Services Rendered filed by Meyer Muschel on
                behalf of Joseph N Muschel Memorial Foundation  [August 3, 2009] (Docket No.
                350)

        C.      Objection Objection to First Applications of Irving H. Picard, Trustee, and Baker
                & Hostetler LLP for Allowance of Interim Compensation for Services Rendered
                and Reimbursement of Expenses Incurred from December 15, 2008 through April
                30, 2009 filed by Helen Chaitman on behalf of Roger Peskin, Diane Peskin,
                Maureen Ebel  [Filed:  August 3, 2009] (Docket No. 351)

        D.      Certificate of Service filed by Helen Chaitman on behalf of Maureen Ebel, Diane
                Peskin, Roger Peskin  [Filed:  August 3, 2009] (Docket No. 354)

300025512                                 - 3 -

Responses Filed:

A.     Response /Trustee's Response to Objections to Applications of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation  [Filed:  August 5, 2009] (Docket No. 357)

B.     Supplemental Certificate of Service of Trustee's Response to Objections to Applications of Trustee and Baker & Hostetler LLP For Allowance of Interim Compensation  [Filed:  August 5, 2009] (Docket No. 359)

C.     Response of the Securities Investor Protection Corporation to Objections to First Applications of Trustee and Counsel for Allowance of Interim Compensation and Reimbursement of Expenses  [Filed:  August 5, 2009] (Docket No. 358)

D.     Supplemental Certificate of Service (related document(s)[358]) filed by Josephine Wang on behalf of Securities Investor Protection Corporation  [Filed:  August 5, 2009] (Docket No. 360)

Status:                              This matter is going forward.


Dated: New York, New York            Respectfully submitted,
       August 5, 2009


                                     *s/Marc Hirschfield*
                                     BAKER & HOSTETLER LLP
                                     45 Rockefeller Plaza
                                     New York, New York 10111
                                     Telephone:     (212) 589-4200
                                     Facsimile:     (212) 589-4201
                                     David J. Sheehan, Esq.
                                     Email: dsheehan@bakerlaw.com
                                     Marc Hirschfield, Esq.
                                     Email: mhirschfield@bakerlaw.com

                                     *Attorneys for Irving H. Picard, Esq.,Trustee for the*
                                     *Substantively Consolidated SIPA Liquidation of*
                                     *Bernard L. Madoff Investment Securities LLC*
                                     *And Bernard L. Madoff*