UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**FOURTH ORDER PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE FURTHER EXTENDING THE TIME WITHIN WHICH THE TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS**

This matter came before the Court on August 6, 2009 on the fourth motion (the "Motion")[1] of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS" or "Debtor") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and as trustee for the estate of Bernard L. Madoff ("Madoff"), for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), further extending the time within which he may assume or reject executory contracts (the "Agreements") set forth in Exhibit A attached hereto on behalf of the Debtor's estate for thirty-one (31) days, from July 31, 2009 through and including August 31, 2009 (the "Extension Request"), as more fully set forth in the Motion; and the Court having

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

jurisdiction to consider the Motion and the relief requested therein in accordance with section 78eee(b)(4) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the Protective Decree, entered on December 15, 2008 by the United States District Court for the Southern District of New York in Case No. 08 CV 10791, and 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the estate, its customers, its creditors, and all parties in interest; and due notice of the Motion having been given, and it appearing that no other or further notice need be given; and the Court having determined that the Trustee articulated good, sufficient and sound business justifications for the Extension Request; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and upon the proceedings before the Court and after due deliberation, it is hereby

**ORDERED**, that the relief requested in the Motion is granted; and it is further

**ORDERED**, that the time within which the Trustee may assume or reject the Agreements hereby is extended up to and including August 31, 2009; and it is further

**ORDERED**, that the entry of this Order is without prejudice to (a) further extensions of the time within which the Trustee may assume or reject the Agreements upon proper application; and (b) the rights of the nondebtor parties to such Agreements to seek entry of an order shortening such time; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      August 6, 2009             /s/Burton R. Lifland_____
                                           HONORABLE BURTON R. LIFLAND
                                           UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A
### (Executory Contracts)

| Counter-Parties Name/Address | Date | Term | Type | Subject |
|---|---|---|---|---|
| Verizon Select Services Inc. 6665 N. MacArthur Blvd. Irving, TX 75039 | 3/6/06 | 36 months | Services | Long distance telephone service |
|  | 2/27/06 |  | Services | PRI tem and Volume tariff |
| Verizon Post Office Box 15124 Albany, NY 12212-5124 | 1/20/07 |  | Services | Conference and internet |
| Verizon Post Office Box 4820 Trenton, NJ 08650-4820 |  |  |  |  |
| Verizon Post Office Box 4833 Trenton, NJ 08650-4833 |  |  |  |  |
| Verizon Post Office Box 1100 Albany, NY 12250-0001 |  |  |  |  |
| Verizon Business 500 Technology Drive Suite 870 Weldon Springs, MO 63304 |  |  |  |  |
| Verizon Business Network Services, Inc. 22001 Loudon County Pkwy. Ashburn, VA 20147 |  |  |  |  |
| Verizon Business Services 6415-6455 Business Center Dr. Highlands Ranch, CO 80130 |  |  |  |  |