# EXHIBIT B

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELAINE GLODSTEIN                1-ZR088-3

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH        FL 33437

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 549,771.83CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 43,243.86CR |
| REALIZED P/L FOR CURRENT YEAR | 697.25CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .44CR |
| CURRENT CASH BALANCE | 593,712.50   NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 593,712.94CR |
| TOTAL EQUITY | |
| ANNUALIZED RETURN FOR CURRENT YEAR    10.64 % | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

# 607,48552

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NYC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL  33437

PERIOD ENDING: 11/30/08    PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 33,695.69 |  |
| 11/12 | 546 |  | 1725 | WELLS FARGO & CO NEW | 29.800 | 16,291.80 |  |
| 11/12 | 390 |  | 2227 | HEWLETT PACKARD CO | 34.900 | 13,626.00 |  |
| 11/12 | 338 |  | 6051 | WAL-MART STORES INC | 55.830 | 18,883.54 |  |
| 11/12 | 221 |  | 6553 | INTERNATIONAL BUSINESS MACHS | 87.270 | 19,294.67 |  |
| 11/12 | 819 |  | 10377 | EXXON MOBIL CORP | 72.880 | 59,720.72 |  |
| 11/12 | 897 |  | 10879 | INTEL CORP | 14.510 | 13,050.47 |  |
| 11/12 | 429 |  | 15205 | JOHNSON & JOHNSON | 59.580 | 25,576.82 |  |
| 11/12 | 585 |  | 19530 | J.P. MORGAN CHASE & CO | 38.530 | 22,563.05 |  |
| 11/12 | 312 |  | 23856 | COCA COLA CO | 44.660 | 13,945.92 |  |
| 11/12 | 182 |  | 28182 | MCDONALDS CORP | 55.370 | 10,084.34 |  |
| 11/12 | 338 |  | 32508 | MERCK & CO | 28.550 | 9,662.90 |  |
| 11/12 | 1,235 |  | 36834 | MICROSOFT CORP | 21.810 | 26,984.35 |  |
| 11/12 | 624 |  | 41160 | ORACLE CORPORATION | 17.300 | 10,819.20 |  |
| 11/12 | 247 |  | 54138 | PEPSICO INC | 56.410 | 13,942.27 |  |
| 11/12 | 143 |  | 54640 | APPLE INC | 100.780 | 14,416.54 |  |
| 11/12 | 1,053 |  | 58464 | PFIZER INC | 16.940 | 17,879.82 |  |
| 11/12 | 247 |  | 58966 | ABBOTT LABORATORIES | 54.610 | 13,497.67 |  |
| 11/12 | 468 |  | 62790 | PROCTER & GAMBLE CO | 64.080 | 30,007.44 |  |
| 11/12 | 169 |  | 63292 | AMGEN INC | 59.160 | 10,004.04 |  |
| 11/12 | 325 |  | 67116 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 14,183.00 |  |
| 11/12 | 780 |  | 67618 | BANK OF AMERICA | 21.590 | 16,871.20 |  |
| 11/12 | 260 |  | 71442 | QUALCOMM INC | 33.770 | 8,790.20 |  |
| 11/12 | 845 |  | 71944 | CITI GROUP INC | 12.510 | 10,603.95 |  |
|  |  |  |  | CONTINUED ON PAGE   2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH     FL  33437

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 195 | | 75768 | SCHLUMBERGER LTD | 49.480 | 9,655.60 | |
| 11/12 | 468 | | 76270 | COMCAST CORP CL A | 16.510 | 7,744.68 | |
| 11/12 | 923 | | 80094 | AT&T INC | 27 | 24,957.00 | |
| 11/12 | 234 | | 80596 | CONOCOPHILIPS | 52.510 | 12,296.34 | |
| 11/12 | 156 | | 84420 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,124.24 | |
| 11/12 | 949 | | 84922 | CISCO SYSTEMS INC | 16.730 | 15,913.77 | |
| 11/12 | 273 | | 88746 | U S BANCORP | 29.530 | 8,071.69 | |
| 11/12 | 325 | | 89248 | CHEVRON CORP | 73.430 | 23,877.75 | |
| 11/12 | 156 | | 93072 | UNITED TECHNOLOGIES CORP | 53.160 | 8,298.96 | |
| 11/12 | 1,651 | | 93574 | GENERAL ELECTRIC CO | 19.630 | 32,475.13 | |
| 11/12 | 442 | | 97398 | VERIZON COMMUNICATIONS | 30.410 | 13,458.22 | |
| 11/12 | 39 | | 97900 | GOOGLE | 337.400 | 13,159.60 | |
| 11/12 | | 575,000 | 24331 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 574,632.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 24.75 |
| 11/12 | | 21,310 | 19435 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,310.00 |
| 11/12 | 4,608 | | 28803 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,608.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .57 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL    33437

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 4,608 | 54349 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,608. |
| 11/19 | 25,000 | | 58759 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 18,575 | | 63385 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,575.00 | |
| | | | | NEW BALANCE | | 70,017.76 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 923 | | | AT&T INC | 28.560 | | |
| | 247 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 169 | | | AMGEN INC | 55.540 | | |
| | 143 | | | APPLE INC | 92.670 | | |
| | 780 | | | BANK OF AMERICA | 16.250 | | |
| | 325 | | | CHEVRON CORP | 79.010 | | |
| | 949 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 845 | | | CITI GROUP INC | 8.290 | | |
| | 312 | | | COCA COLA CO | 46.870 | | |
| | 468 | | | COMCAST CORP CL A | 17.340 | | |
| | 234 | | | CONOCOPHILIPS | 52.520 | | |
| | 819 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,651 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL    33437

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 39 | | | GOOGLE | 292.960 | | |
| | 390 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 897 | | | INTEL CORP | 13.800 | | |
| | 221 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 585 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 429 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 182 | | | MCDONALDS CORP | 58.750 | | |
| | 338 | | | MERCK & CO | 26.720 | | |
| | 1,235 | | | MICROSOFT CORP | 20.220 | | |
| | 624 | | | ORACLE CORPORATION | 16.090 | | |
| | 247 | | | PEPSICO INC | 56.700 | | |
| | 1,053 | | | PFIZER INC | 16.430 | | |
| | 325 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 468 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 260 | | | QUALCOMM INC | 33.570 | | |
| | 195 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,575 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 273 | | | U S BANCORP | 26.980 | | |
| | 156 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 156 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL   33437

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 442 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 338 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 546 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG           SHORT |  |  |  |
|  |  |  |  | 616,325.52 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL    33437

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-ZR088-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | YEAR-TO-DATE SUMMARY |  |  |  |
|  |  |  |  | DIVIDENDS |  |  | 4,002.89 |
|  |  |  |  | GROSS PROCEEDS FROM SALES |  |  | 3,382,258.56 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ELAINE GLODSTEIN

12156 CONGRESSIONAL AVENUE
BOYNTON BEACH    FL    33437

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZR088-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 33,696.00 |
| 11/12 | | 13 | 45486 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 20,527.00 |
| 11/12 | 13 | | 49812 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 23,153.00 | |
| 11/19 | | 13 | 35916 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 33,787.00 |
| 11/19 | 13 | | 40241 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 39,013.00 | |
| 11/19 | 13 | | 44566 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 3,913.00 | |
| 11/19 | | 13 | 48891 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 48,087.00 |
| | | | | NEW BALANCE | | | 70,018.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 13 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 13 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES  LONG        SHORT  21,450.00   30,290.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES