

Writer's Direct Dial: (516) 663-6528
Writer's Direct Fax: (516) 663-6728
Writer's E-Mail: mmulholland@rmfpc.com

August 13, 2009

By ECF

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

   Re: *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities, LLC*; Bankruptcy Petition No. 08-0178-brl

Dear Sir or Madam:

  I represent Irwin Kellner, a creditor in the above-referenced bankruptcy case. Mr. Kellner has been added to the matrix of creditors, therefore I no longer have a need to receive automatic updates. Please remove my name from the Court's electronic filing system so that I do not receive any further notices relating to the above referenced matter.

  Thank you for your attention to this matter.

                Respectfully submitted,

                Mark S. Mulholland
                For the Firm

MSM/smb