Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and
Maureen Ebel, with the support of more than
100 other Customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## NOTICE OF APPEAL

Diane and Roger Peskin and Maureen Ebel ("Appellants"), interested parties, by their attorneys, Phillips Nizer LLP, with the support of over 100 other customers of Bernard L. Madoff Investment Securities, LLC, appeal under 28 U.S.C. § 158(a) from the Order of the bankruptcy judge Honorable Burton R. Lifland, titled "Order Approving Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses," entered in this Adversary Proceeding on the 6th day of August, 2009, to the extent that it allowed

the first applications for interim compensation of Irving H. Picard, Trustee, and his counsel, Baker & Hostetler LLP.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4688

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4616

Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000

Attias & Levy
First Floor Suites
39 Irish Town
P.O. Box 466
Gibraltar
Telephone: +350 200 72150

Mr. Barry O'Neill
Eugene F. Collins
Temple Chambers
3 Burlington Road
Dublin 4
Ireland
Telephone: +353 (1) 202 6400

Christopher Grierson
Lovells LLP
Atlantic House
Holborn Viaduct
London EC1A 2FG
Telephone: +44 (0) 20 7296 2000

Justin Williams
Williams, Barristers & Attorneys
LOM Building
27 Reid Street
Hamilton
Bermuda
Telephone: +1-441-536-0000

Schiltz & Schiltz
2 rue du Fort Rheinsheim
Luxembourg L-2419
Luxembourg
Telephone: 352456480

Raymond Davern
Higgs Johnson Truman Bodden & Co.
P.O. Box 866
Anderson Square Building
Grand Cayman
KY1-1103
Cayman Islands
Telephone: +1(345) 949-7555

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington D.C. 20005
Telephone: (202) 371-8300

United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Telephone: (888) 732-6585

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

Marc O. Litt, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2295

Diane and Roger Peskin
Maureen Ebel
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
Telephone: (212) 977-9700

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

United States Department of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20004

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLCC
1201 F Street, NW, Suite 500
Washington, DC 20004
Telephone: (202) 833-8900

Dated: August 14, 2009

Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and Maureen Ebel, with the support of more than 100 other Customers*

By: __/s/ Helen Davis Chaitman__
Helen Davis Chaitman

3

1088464.1

United States Bankruptcy Court  
Southern District of New York  
Adv. Pro. No. 08-01789 (BRL)

Helen Davis Chaitman (4266)  
Phillips Nizer LLP  
NOTICE OF APPEAL

## SERVICE LIST

Irving H. Picard, Trustee  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111

David J. Sheehan, Esq.  
Baker & Hostetler LLP  
Counsel to the Trustee  
45 Rockefeller Plaza  
New York, NY 10111

Howard L. Simon, Esq.  
Windels Marx Lane & Mittendorf, LLP  
156 West 56th Street  
New York, New York 10019

Attias & Levy  
First Floor Suites  
39 Irish Town  
P.O. Box 466  
Gibraltar

Mr. Barry O'Neill  
Eugene F. Collins  
Temple Chambers  
3 Burlington Road  
Dublin 4  
Ireland

Christopher Grierson  
Lovells LLP  
Atlantic House  
Holborn Viaduct  
London EC1A 2FG

Justin Williams  
Williams, Barristers & Attorneys  
LOM Building  
27 Reid Street  
Hamilton  
Bermuda

Schiltz & Schiltz  
2 rue du Fort Rheinsheim  
Luxembourg L-2419  
Luxembourg

Raymond Davern  
Higgs Johnson Truman Bodden & Co.  
P.O. Box 866  
Anderson Square Building  
Grand Cayman  
KY1-1103  
Cayman Islands

Kevin H. Bell, Esq.  
Securities Investor Protection Corporation  
805 Fifteenth Street, N.W., Suite 800  
Washington D.C. 20005

United States Securities and Exchange Commission  
100 F Street, NE  
Washington, D.C. 20549

Internal Revenue Service  
District Director  
290 Broadway, 5th Floor  
New York, New York 10008

4

1088464.1

| United States Bankruptcy Court | Helen Davis Chaitman (4266) |
| Southern District of New York | Phillips Nizer LLP |
| Adv. Pro. No. 08-01789 (BRL) | NOTICE OF APPEAL |

## SERVICE LIST CONTINUED

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

United States Department of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20004

Marc O. Litt, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLCC
1201 F Street, NW, Suite 500
Washington, DC 20004

1088464.1