Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and Maureen Ebel, with the support of more than 100 other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Case No._____ |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **NOTICE OF MOTION** |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**PLEASE TAKE NOTICE** that, upon the Declaration of Helen Davis Chaitman, dated August 14, 2009, the accompanying Memorandum of Law, and on all the proceedings heretofore had herein, Diane Peskin, Roger Peskin and Maureen Ebel, with the support of more than 100 other customers of Bernard L. Madoff Investment Securities LLC, by their undersigned counsel, hereby move the Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order pursuant to Federal Rules of Bankruptcy Procedure 8001(b) and 8003: (i) granting them leave to appeal the August 6, 2009 order of the United States Bankruptcy Court for the Southern District of New York Approving

1088499.1

Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses (the "Order") to the extent that it allowed the first applications for interim compensation of Irving H. Picard, Trustee, and his counsel, Baker & Hostetler LLP, and (ii) granting such other and further relief in the movants' favor as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Federal Rule of Bankruptcy Procedure 8003(a), answering papers are to be served within ten days after service of this motion.

August 14, 2009

PHILLIPS NIZER LLP

By: /s/ Helen Davis Chaitman
666 Fifth Avenue
New York, New York 10103-0084
(212) 841-1320

*Counsel for Diane and Roger Peskin and Maureen Ebel,* with the support of more than 100 other Customers