# EXHIBIT H

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: N/A

HOME: 610-419-0303

Taxpayer I.D. Number (Social Security No.)
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

Account Number:  1CM948
ROGER M PESKIN
AND DIANE PESKIN J/T WROS
51 EAST WALL STREET
BETHLEHEM, PA 18018

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.  Claim for money balances as of December 11, 2008:
    a. The Broker owes me a Credit (Cr.) Balance of      $   -0-
    b. I owe the Broker a Debit (Dr.) Balance of          $   -0-

1

c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**     $ ‑0‑

d. If balance is zero, insert "None."     ‑0‑

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|   | See attached schedule | $3,247,367.40 |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

Number of Shares or Face Amount of Bonds

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which **relate to the securities or cash you claim,** and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406                                        2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180405

3

9    Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.      _____ X _____

Please list the full name and address of anyone assisting you in the preparation of this claim form: G. Robert Santye; A J Santye & Co  36 East Main Street Somerville NJ 08876

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date 1/23/09      Signature _Roger Peskin_

Date 1/23/09      Signature _Diane Peskin_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

ROGER AND DIANE PESKIN  
ACCOUNT # 1-CM948

51 EAST WALL STREET  
BETHLEHEM PA 18018

*SECURITY HOLDINGS AS OF 11/30/08 (LATEST DATE AVAILABLE)*

| DESCRIPTION | # SHARES | PRICE | VALUE 11/30/2008 |
|---|---|---|---|
| FIDELITY SPARTAN US TREASURY MONEY MKT | 13244 | 1 | 13244 |
| US TREASURY BILL | 675000 | 0.99971 | 674804.25 |
| AT&T INC | 4189 | 28.56 | 119637.84 |
| ABBOTT LABORATORIES | 1121 | 52.39 | 58729.19 |
| AMGEN INC | 767 | 55.54 | 42599.18 |
| APPLE INC | 649 | 92.67 | 60142.83 |
| BANK OF AMERICA | 3540 | 16.25 | 57525 |
| CHEVRON CORP | 1475 | 79.01 | 116539.75 |
| CISCO SYSTEMS INC | 4307 | 16.54 | 71237.78 |
| CITIGROUP INC | 3835 | 8.29 | 31792.15 |
| COCA COLA CO | 1416 | 46.87 | 66367.92 |
| COMCAST CORP | 2124 | 17.34 | 36830.16 |
| CONOCOPHILIPS | 1062 | 52.52 | 55776.24 |
| EXXON MOBIL CORP | 3717 | 80.15 | 297917.55 |
| GENERAL ELECTRIC CO | 7493 | 17.17 | 128654.81 |
| GOOGLE | 177 | 292.96 | 51853.92 |
| HEWLETT PACKARD CO | 1770 | 35.28 | 62445.6 |
| INTEL CORP | 4071 | 13.8 | 56179.8 |
| IBM | 1003 | 81.6 | 81844.8 |
| J.P. MORGAN CHASE & CO | 2655 | 31.66 | 84057.3 |
| JOHNSON & JOHNSON | 1947 | 58.58 | 114055.26 |
| MCDONALDS CORP | 826 | 58.75 | 48527.5 |
| MERCK & CO | 1534 | 26.72 | 40988.48 |
| MICROSOFT CORP | 5605 | 20.22 | 113333.1 |
| ORACLE CORPORATION | 2832 | 16.09 | 45566.88 |
| PEPSICO INC | 1121 | 56.7 | 63560.7 |
| PFIZER INC | 4779 | 16.43 | 78518.97 |
| PHILIP MORRIS INTERNATIONAL | 1475 | 42.16 | 62186 |
| PROCTER & GAMBLE CO | 2124 | 64.35 | 136679.4 |
| QUALCOMM INC | 1180 | 33.57 | 39612.6 |
| SCHLUMBERGER LTD | 885 | 50.74 | 44904.9 |
| US BANCORP | 1239 | 26.98 | 33428.22 |
| UNITED PARCEL SVC INC | 708 | 57.6 | 40780.8 |
| UNITED TECHNOLOGIES CORP | 708 | 48.53 | 34359.24 |
| VERIZON COMMUNICATIONS | 2006 | 32.65 | 65495.9 |
| WAL MART STORES INC | 1534 | 55.88 | 85719.92 |
| WELLS FARGO & CO | 2418 | 28.89 | 71589.42 |
| SUBTOTAL-SECURITIES | | | 2599439.1 |
| S&P 100 INDEX DEC 430 CALL | 5900 | 23.3 | -137470 |
| S&P 100 INDEX DEC 420 PUT | 5900 | 16.5 | 97350 |
| TOTAL | | | 3247367.4 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

11/13/08

CHECK WIRE                                                   470,265.98

CLIENT'S ACCOUNT NUMBER

ROGER M PESKIN
AND DIANE PESKIN J/T WROS                                   1-CM948-3
51 EAST WALL STREET
BETHLEHEM          PA 18018



BERNARD L. MADOFF
Investment Securities LLC

885 Third Avenue New York, NY 10022-4834

# Facsimile Transmittal

Date: _____                    Pages:   1

To: _____                       From:   Frank DiPascali

Fax #: _____                      Phone #: 212-230-2424

                                                  Fax #:   212-838-4061

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply

Notes:

## WIRE INSTRUCTIONS

JP Morgan Chase Bank
40 Wall Street
New York, NY 10015
ABA #: 021 000 021
For Further Credit To:
Bernard L. Madoff
Account #: 140 081 703
FBO:  (Your account name)  Roger + Diane Peskin
      (Your account #)
      1-CM948-3-0

$ 470,365.98
  ___100.00___
  470,265.98

$ Total —
Less $100

# WACHOVIA
## Wire Transfer of Funds Request

Preparer's Signature: 059597

Initiator's Signature

Callback Required (Yes or No): NO

Customer Accepting Call Back/Phone Number

Verifier's Signature: Linda Kubiak 326186

Authorized Signature

**Account Status**
- Sufficient (Audio Checked)
- Not Sufficient (NSF)
**SUFFICIENT**

NSF Only

NSF Source of Funds

Credit Approver Name (Please Print)

Credit Approver Signature

Date | Time of Call

## Wire Transfer of Funds
### WACHOVIA BANK, N.A.

Current Date: 11/13/08
Control Number: 400124

Domestic or International: **DOMESTIC**
Non-Repetitive or Repetitive: **NON-REPETITIVE**
Line Number:
Amt Verify Cd: **N**
Verify I.D.:
Type (Fed, Book, Other): **FED**

Caller:
Financial Center or Department: **0801097**
Request Type (Fax, Phone, Walk in): **WALK-IN**

Description 2 (GL):
Execution Date: **11/13/08**
Domestic Transfer Amount: **$ 470,265.98**
Exchange Rate:

Type Currency:
Value Date:
Foreign Amount:

Contract Number / Provided By:

U.S. Dollar Amount:
Foreign Currency Transfer Amount: =

### Originator
Check One: ☐ Internal  ☒ Customer Initiated
Org: 75
Account Number: 1010208551201

Name: **ROGER M PESKIN**
Address: **51 EAST WALL ST BETHLEHEM PA**
City/State/Zip/Country: **18018**
ID: 29511924    ID Source: PA    ID Type: DL    Expiration Date: 110120

### Receiving Bank
Name: **JPMORGAN CHASE BANK, NA**
R/T Number: **021000021**
Address: **40 WALL ST**
City/State/Zip/Country: **NEW YORK NY 10015**
Advice: NONE
(No Phone Advice Required, Credit and Phone Advice, Notify and Pay, Pay Upon Proper I.D.)

### Beneficiary Payment Information
Name: **BERNARD L MADOFF INVEST SECURITIES**
Org:    Account Number: **140 081 703**
Address: **885 THIRD AVE**
City/State/Zip/Country: **NEW YORK NY 10022**
Other Payment Information: **FBO ROGER PESKIN AND DIANE PESKIN ACCT NO 1 CM948 3 0**

Approval # 787 7431

CHARGE
Fee Method (Waive/Charge)

### Customer Contract
All of the above information is complete and correct and provided to Wachovia Bank, N.A. or to Wachovia Bank of Delaware, N.A. (each, the "Bank") for it to implement a wire transfer of funds from my account. The Bank's acceptance and execution of my wire transfer transaction is subject to the Terms and Conditions contained in this Wire Transfer of Funds Request. My signature below evidences that I have received a complete copy of this Request, and that I have received the Deposit Agreement.

X attached
Customer Signature

X 11/13/2008
Date

562263 (Rev 02) Page 1 of 2    COPY 1 - FINANCIAL CENTER    COPY 2 - CUSTOMER