Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and*
*Maureen Ebel, with the support of more than*
*100 other Customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I caused a true copy of the **Objection to First Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP  for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 15 2008 through April 30, 2009** to be served upon the interested parties who receive electronic service through ECF, and as indicated by hand, United States Postal Service

1087624.1

Regular Mail and/or electronic mail to the parties at the addresses set forth on the attached

Schedule A.


August 3, 2009

_____/s/ Lourdes Blanco_____
Lourdes Blanco

## <u>SCHEDULE A</u>

### <u>BY HAND:</u>

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attention: David J. Sheehan, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attention: Kevin H. Bell, Esq.

### <u>BY UNITED STATES POSTAL SERVICE REGULAR MAIL:</u>

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 2004

### <u>Chapter 7 Trustee</u>
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

### <u>BY ELECTRONIC MAIL:</u>

### <u>Securities Investor Protection Corporation</u>
Kevin Bell – <u>kbell@sipc.org</u>
Josephine Wang – <u>jwang@sipc.org</u>

1087624.1

**<u>Securities and Exchange Commission</u>**
Alistaire Bambach – <u>bambacha@sec.gov</u>
Alexander Mircea Vasilescu – <u>vasilescua@sec.gov</u>
Terri Swanson – <u>swansont@sec.gov</u>
Israel E. Friedman – <u>friedmani@sec.gov</u>
Preethi Krishnamurthy – <u>krishnamurthyp@sec.gov</u>

**<u>United States Attorney for SDNY</u>**
Marc Litt – <u>marc.litt@usdoj.gov</u>
Lisa Baroni – <u>lisa.baroni@usdoj.gov</u>
Natalie Kuehler – <u>natalie.kuehler@usdoj.gov</u>

**<u>Counsel to the JPL</u>**
Eric L. Lewis – <u>Eric.Lewis@baachrobinson.com</u>

1087624.1