Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and*
*Maureen Ebel, with the support of more than*
*100 other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Case No._____<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 14, 2009, I caused a true copy of:

- **Notice of Motion,**

- **Declaration of Helen Davis Chaitman in Support of Motion for Leave to Appeal with Exhibits,** and

- **Memorandum of Law in Support of Motion for Leave to Appeal**

1088789.1

to be served upon the interested parties who receive electronic service through ECF, and as indicated by hand and/or United States Postal Service Regular Mail on the parties at the addresses set forth on the attached Service List.

August 14, 2009

                                                          */s/ Lourdes Blanco*
                                                          Lourdes Blanco

1088789.1

# SERVICE LIST

**BY HAND & UNITED STATES POSTAL SERVICE REGULAR MAIL:**

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |

**BY UNITED STATES POSTAL SERVICE REGULAR MAIL:**

| | |
|---|---|
| Howard L. Simon, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019 | Attias & Levy<br>First Floor Suites<br>39 Irish Town<br>P.O. Box 466<br>Gibraltar |
| Mr. Barry O'Neill<br>Eugene F. Collins<br>Temple Chambers<br>3 Burlington Road<br>Dublin 4<br>Ireland | Christopher Grierson<br>Lovells LLP<br>Atlantic House<br>Holborn Viaduct<br>London EC1A 2FG |
| Justin Williams<br>Williams, Barristers & Attorneys<br>LOM Building<br>27 Reid Street<br>Hamilton<br>Bermuda | Schiltz & Schiltz<br>2 rue du Fort Rheinsheim<br>Luxembourg L-2419<br>Luxembourg |
| Raymond Davern<br>Higgs Johnson Truman Bodden & Co.<br>P.O. Box 866<br>Anderson Square Building<br>Grand Cayman<br>KY1-1103<br>Cayman Islands | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 Fifteenth Street, N.W., Suite 800<br>Washington D.C. 20005 |
| United States Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549 | Internal Revenue Service<br>District Director<br>290 Broadway, 5th Floor<br>New York, New York 10008 |

1088789.1

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA 19114 | United States Department of Justice<br>Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20004 |
| Marc O. Litt, Esq.<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrew's Plaza<br>New York, New York 10007 | Eric L. Lewis, Esq.<br>Baach Robinson & Lewis PLCC<br>1201 F Street, NW, Suite 500<br>Washington, DC 20004 |

4