**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | ) | Case No. 18-10947 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF SERVICE**

I, Jennifer L. Woodson, declare under penalty of perjury:

    1.    I am an attorney employed by Akin Gump Strauss Hauer & Feld LLP, proposed counsel to the Official Committee of Unsecured Creditors of Nine West Holdings, Inc. *et al*.

    2.    On June 5, 2018, I served subpoenas for the production of documents on KKR Asset Management, Morgan Stanley & Co LLC and Morgan Stanley Senior Funding, Inc., Sycamore Partners Management, L.P. and Wells Fargo Bank, National Association via e-mail to counsel for each respective party as identified in the list below. (Copies of the respective subpoenas are attached as Exhibits B, C, E and F to the *Notice of Service of the Official Committee of Unsecured Creditors' Subpoena for the Production of Documents Pursuant to Bankruptcy Rule 2004* [ECF Dkt. No. 360].)

    a.    Andrew M. Leblanc
           MILBANK, TWEED, HADLEY & MCCLOY LLP
           Aleblanc@milbank.com
           *Counsel to KKR Asset Management*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

    b. Gregg L. Weiner
ROPES & GRAY LLP
Gregg.weiner@ropesgray.com
*Counsel to Morgan Stanley & Co LLC and*
*Morgan Stanley Senior Funding, Inc.*

    c. Michael T. Mervis
PROSKAUER ROSE LLP
mmervis@proskauer.com
*Counsel to Sycamore Partners Management, L.P.*

    d. Julia Frost-Davies
MORGAN, LEWIS & BOCKIUS LLP
Julia.frost-davies@morgan.lewis.com
*Counsel to Wells Fargo Bank, National Association*

3. On June 5, 2018, I served on the Debtors via email to counsel, Thomas B. Walper at Munger, Tolles & Olson LLP (Thomas.Walper@mto.com), the First Request for Production of Documents of the Official Committee of Unsecured Creditors to The Debtors Pursuant to Bankruptcy Rule 2004 and Rule 9016.

4. On June 6, 2018, I caused subpoenas for the production of documents to be served on Peter J. Solomon Company and Duff & Phelps, LLC via process server at the address listed below. (Copies of the respective subpoenas are attached as Exhibits A and D to the *Notice of Service of the Official Committee of Unsecured Creditors' Subpoena for the Production of Documents Pursuant to Bankruptcy Rule 2004* [ECF Dkt. No. 360].)

    a. PETER J. SOLOMON COMPANY
1345 6th Avenue
New York, NY, 10105

    b. DUFF & PHELPS, LLC
c/o Corporate Creations Network Inc.
15 North Mill Street
Nyack, NY 10960

5. Proof of service of the subpoenas directed to Peter J. Solomon Company and Duff & Phelps, LLC are attached hereto as **Exhibits A and B**, respectively.

| | |
|---|---|
| New York, New York<br>Dated:  June 8, 2018 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Jennifer L. Woodson*<br>Jennifer L. Woodson<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>jwoodson@akingump.com |

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Nine West Holdings, Inc., Debtor

CASE NO. : 18-10947 (SCC)
CHAPTER: 11

vs                                                                *Plaintiff*

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Woodside, New York

That on **6/6/2018** at **12:19 PM** at **1345 6th Avenue, Lobby, New York , NY 10105**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), Exhibit A**

on **Peter J. Solomon Company**, a domestic corporation,

by delivering thereat a true copy to **Tony Soto** personally,

deponent knew said corporation so served to be the corporation witness and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender: Male
Skin:  Hispanic
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: Over 200 Lbs.
Other:

Sworn to before me this
6th day of June, 2018

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholai Granados
License No.2028666

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Nine West Holdings, Inc., Debtor

CASE NO. : 18-10947 (SCC)
CHAPTER: 11

vs

*Plaintiff*

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **06/06/2018** at **11:54 AM** at **15 North Mill Street, Nyack, NY 10960**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), Exhibit A**

on **Duff & Phelps, LLC, a domestic limited liability company, c/o Corporate Creations Network Inc.** , Registered Agent,

by delivering thereat a true copy to **Joanne "Doe" (Refused to Give Last Name)** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin:  White
Hair: Brown
Age: Over 65 Yrs.
Height: 5' 0" - 5' 3"
Weight:131-160 Lbs.
Other: Glasses

Sworn to before me this
7th day of June, 2018

---
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

---
Justin DiCanio

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160