# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Jay e Neville LLP_
_(212) 696-1999_
HOME:_____

1K0142

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY, CA  94404   1318

Taxpayer I.D. Number (Social Security No.)

_____

(If incorrect, please change)

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of        $___0/N/A___
    b.    I owe the Broker a Debit (Dr.) Balance of        $___0 /N/A___

502180406                                             1

    c.    If you wish to repay the Debit Balance,

           please insert the amount you wish to repay and

           attach a check payable to "Irving H. Picard, Esq.,

           Trustee for Bernard L. Madoff Investment Securities LLC."

           If you wish to make a payment, **it must be enclosed**

           with this claim form.    $_____ 0

    d.    If balance is zero, insert "None."   _____ 0

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | ✓ |

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Please see the November 30, 2008 Account Statement attached as Exhibit A. | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406           2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                                  _____    ✓

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form: _Brian J. Neville, Lax & Neville, LLP, 1412 Broadway,_
       _Suite 1407, New York, NY 10018_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _4/1/09_____     Signature _Laurence U._____

Date _____     Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

LAX & NEVILLE, LLP
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE
DAVID S. RICH

SANDRA P. ESPINOSA

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

April 2, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Laurence Kaye /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Laurence Kaye and has assisted him in preparation of his Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Laurence Kaye's IRA account. Additionally, below is a description of the relationship between Laurence Kaye and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Laurence Kaye's SIPC claims.

Laurence Kaye is 66 years old and is married to Suzanne Kaye. In or about 1998, Laurence Kaye opened a Roth IRA account with Madoff Securities. Laurence Kaye contributed $147,876.60 to the Roth IRA account in 1998. Laurence Kaye did not make any additional contributions to the account, and did not withdraw any funds from his Roth IRA account.



Irving H. Picard
April 2, 2009
Page 2 of 3

Laurence Kaye invested over 95% of his retirement funds with Madoff Securities and has lost it all. The Kaye's are being forced to sell their home. Their bank accounts are depleted, and their only current source of income is social security benefits and a small pension. The Kaye's exemplify the severity, scope and hardship caused by the Madoff fraud. Please, any expedited determination of this claim is greatly appreciated.

Laurence Kaye received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing he held securities in his IRA account. Attached hereto as Exhibit A is the Madoff Securities account statement for Laurence Kaye's IRA account, dated November 30, 2008. Also attached hereto as Exhibit B are Madoff Securities November 2008 confirmations, which list SIPC membership, for Laurence Kaye's IRA account. Based upon the account statements and the confirmations, Laurence Kaye at all times expected to have those securities in his IRA account. The balance in Laurence Kaye's IRA account as of the filing date is $531,692.94. *See* the November 30, 2008 account statement as Exhibit A.

**CONCLUSION**

Laurence Kaye is seeking the full protection of SIPA for his account as follows:

Account No: 1-K0142-3-0        Laurence Kaye IRA Account

Total = $531,692.94

# Lax Neville

Irving H. Picard
April 2, 2009
Page 3 of 3

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By: _____
Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
LAURENCE KAYE

275 PUFFIN COURT
FOSTER CITY          CA   94404

PERIOD ENDING 11/30/08   YOUR TAX PAYER IDENTIFICATION NUMBER *****-6253   YOUR ACCOUNT NUMBER 1-K0142-3-0   PAGE 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,006.31 | |
| 11/12 | 330 | | 235 | HEWLETT PACKARD CO | 34.700 | 11,530.00 | |
| 11/12 | 286 | | 4059 | WAL-MART STORES INC | 55.830 | 15,978.38 | |
| 11/12 | 187 | | 4561 | INTERNATIONAL BUSINESS MACHS | 87.270 | 16,326.49 | |
| 11/12 | 693 | | 8385 | EXXON MOBIL CORP | 72.880 | 50,532.84 | |
| 11/12 | 759 | | 8887 | INTEL CORP | 14.510 | 11,043.09 | |
| 11/12 | 363 | | 13213 | JOHNSON & JOHNSON | 59.590 | 21,641.54 | |
| 11/12 | 495 | | 17538 | J.P. MORGAN CHASE & CO | 38.530 | 19,091.35 | |
| 11/12 | 264 | | 21864 | COCA COLA CO | 44.650 | 11,800.24 | |
| 11/12 | 154 | | 25190 | MCDONALDS CORP | 55.370 | 8,532.98 | |
| 11/12 | 286 | | 30536 | MERCK & CO | 28.550 | 8,176.30 | |
| 11/12 | 1,045 | | 34842 | MICROSOFT CORP | 21.810 | 22,832.45 | |
| 11/12 | 528 | | 39168 | ORACLE CORPORATION | 17.300 | 9,135.40 | |
| 11/12 | 209 | | 52186 | PEPSICO INC | 56.410 | 11,797.69 | |
| 11/12 | 123 | | 52648 | APPLE INC | 100.780 | 12,398.38 | |
| 11/12 | 891 | | 56472 | PFIZER INC | 16.940 | 15,128.54 | |
| 11/12 | 209 | | 55974 | ABBOTT LABORATORIES | 54.610 | 11,421.49 | |
| 11/12 | 396 | | 60798 | PROCTER & GAMBLE CO | 64.080 | 25,390.68 | |
| 11/12 | 143 | | 61300 | AMGEN INC | 59.160 | 8,464.88 | |
| 11/12 | 275 | | 65124 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 14,001.00 | |
| 11/12 | 660 | | 65626 | BANK OF AMERICA | 21.590 | 14,275.40 | |
| 11/12 | 220 | | 69450 | QUALCOMM INC | 33.770 | 7,437.40 | |
| 11/12 | 715 | | 69952 | CITI GROUP INC | 12.510 | 8,972.65 | |
| 11/12 | 165 | | 73776 | SCHLUMBERGER LTD | 49.480 | 8,170.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**
LAURENCE KAYE

FOR ACCOUNT    NTC & CO.

275 PUFFIN COURT
FOSTER CITY        CA    94404

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
YOUR ACCOUNT NUMBER: 1-K0142-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 396 | | 74278 | COMCAST CORP CL A | 16.510 | 6,552.96 | |
| 11/12 | 781 | | 78102 | ALTR INC | 27. | 21,118.80 | |
| 11/12 | 198 | | 78664 | CONOCOPHILLIPS | 52.510 | 10,403.98 | |
| 11/12 | 132 | | 82428 | UNITED PARCEL SVC INC CLASS B | 52.040 | 6,874.28 | |
| 11/12 | 803 | | 82930 | CISCO SYSTEMS INC | 16.730 | 13,466.19 | |
| 11/12 | 231 | | 86754 | U S BANCORP | 29.530 | 6,830.43 | |
| 11/12 | 275 | | 87256 | CHEVRON CORP | 73.430 | 20,204.25 | |
| 11/12 | 132 | | 91080 | UNITED TECHNOLOGIES CORP | 53.160 | 7,022.12 | |
| 11/12 | 1,397 | | 21582 | GENERAL ELECTRIC CO | 19.630 | 27,478.11 | |
| 11/12 | 374 | | 95406 | VERIZON COMMUNICATIONS | 30.410 | 11,387.34 | |
| 11/12 | 33 | | 95908 | GOOGLE | 337.400 | 11,135.20 | |
| 11/12 | 462 | | 99732 | WELLS FARGO & CO NEW | 29.800 | 13,785.60 | |
| 11/12 | | 450,000 | 22261 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 449,711.40 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 70.61 |
| 11/12 | | 64,673 | 17443 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 64,673.00 |
| 11/12 | 14,083 | | 26812 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,083.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1. |

CONTINUED ON PAGE   3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**
LAURENCE KAYE

FOR ACCOUNT    NTC & CO.

275 PUFFIN COURT
FOSTER CITY       CA   94404

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 3 | 11/30/08 | *******6253 | 1-K0142-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 14,083 | 52230 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 14,083.00 |
| 11/19 | 25,008 | | 56793 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 22,059 | | 61269 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,059.00 | |
| | | | | NEW BALANCE | | 59,740.45 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 781 | | | APEX INC | 28.560 | | |
| | 209 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 143 | | | AMGEN INC | 55.540 | | |
| | 121 | | | APPLE INC | 92.720 | | |
| | 660 | | | BANK OF AMERICA | 16.250 | | |
| | 275 | | | CHEVRON CORP | 79.010 | | |
| | 803 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 715 | | | CITIGROUP INC | 8.290 | | |
| | 264 | | | COCA COLA CO | 46.870 | | |
| | 396 | | | COMCAST CORP CL A | 17.340 | | |
| | 198 | | | CONOCOPHILLIPS | 52.520 | | |
| | 693 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,397 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
LAURENCE KAYE

275 PUFFIN COURT
FOSTER CITY          CA    94404

| PAGE | 4 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *****6253 |
| YOUR ACCOUNT NUMBER | 1-K0142-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 33 | | | GOOGLE | 292.960 | | |
| | 330 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 757 | | | INTEL CORP | 13.600 | | |
| | 187 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 495 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 363 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 154 | | | MCDONALDS CORP | 58.750 | | |
| | 286 | | | MERCK & CO | 26.720 | | |
| | 1,045 | | | MICROSOFT CORP | 20.220 | | |
| | 528 | | | ORACLE CORPORATION | 16.090 | | |
| | 209 | | | PEPSICO INC | 56.700 | | |
| | 891 | | | PFIZER INC | 16.630 | | |
| | 275 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 396 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 220 | | | QUALCOMM INC | 33.570 | | |
| | 155 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,059 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 231 | | | U S BANCORP | 26.980 | | |
| | 132 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009 | 99.971 | | |
| | 132 | | | 3/26/2009 UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

**DUPLICATE**  FOR ACCOUNT  NTC & CO.
LAURENCE KAYE

275 PUFFIN COURT
FOSTER CITY        CA  94404

| PAGE | 5 |
| --- | --- |

| PERIOD ENDING | 11/30/08 |
| --- | --- |

| YOUR ACCOUNT NUMBER | 1-K0142-3-0 |
| --- | --- |

| YOUR TAX PAYER IDENTIFICATION NUMBER | ******6253 |
| --- | --- |

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 374 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 286 | | | WAL-MART STORES INC | 55.880 | | |
| 462 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG  531,692.94 | | | |
| | | | SHORT | | | |

**Madoff Securities International Limited**
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

**DUPLICATE** FOR ACCOUNT NTC & CO.
LAURENCE KAYE

275 PUFFIN COURT
FOSTER CITY    CA    94404

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|------|---------------|--------------------------------------|---------------------|
| 6 | 11/30/08 | *****6253 | 1-K0142-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,417.76 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,823,139.13 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
LAURENCE KAYE

275 PUFFIN COURT
FOSTER CITY       CA   94404

PAGE 1
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER  *****6253
YOUR ACCOUNT NO 1-K0142-4-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TBN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 29,007.00 |
| 11/12 | | 11 | | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 17,369.00 |
| 11/12 | 11 | | 47820 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 19,591.00 | |
| 11/19 | | 11 | 33924 | S & P 100 INDEX DECEMBER 420 CALL | 26 | | 28,589.00 |
| 11/19 | 11 | | 38249 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 33,011.00 | |
| 11/19 | | 11 | | S & P 100 INDEX NOVEMBER 450 CALL | 3 | 3,311.00 | |
| 11/19 | | 11 | 46899 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 40,689.00 |
| | | | | NEW BALANCE | | | 59,741.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 11 | | S & P 100 INDEX DECEMBER 420 CALL | 23.300 | | |
| | | 11 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 18,150.00 | |
| | | | | SHORT | | 25,630.00- | |

# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 78102 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

\*\*\*\* DUPLICATE \*\*\*\*

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 781 | 00206R102 | AT&T INC | 21118.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 21087.00 | 31.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 56974 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

\*\*\*\* DUPLICATE \*\*\*\*

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 209 | 002824100 | ABBOTT LABORATORIES | 11421.49 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 11413.49 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | | MEMBER:<br>FINRA  NSX  SIPC  NSCC  DTC | | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TA | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 61300 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 143 | 031162100 | AMGEN INC | 8464.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 8459.88 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | | MEMBER:<br>FINRA  NSX  SIPC  NSCC  DTC | | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TA | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 52648 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 121 | 037833100 | APPLE INC | 12198.38 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 12194.38 | 4.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 65626 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 660 | 060505104 | BANK OF AMERICA | 14275.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 14249.40 | 26.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 87256 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 275 | 166764100 | CHEVRON CORP | 20204.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 20193.25 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 82930 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 803 | 17275R102 | CISCO SYSTEMS INC | 13466.19 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 13434.19 | 32.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 69952 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 715 | 172967101 | CITI GROUP INC | 8972.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 8944.65 | 28.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 21864 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY     CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 264 | 191216100 | COCA COLA CO | 11800.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 11790.24 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 74278 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY     CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 396 | 20030N101 | COMCAST CORP CL A | 6552.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 6537.96 | 15.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 78604 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 198 | 20825C104 | CONOCOPHILIPS | 10403.98 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 10396.98 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIDENTIAL (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 08385 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 693 | 30231G102 | EXXON MOBIL CORP | 50532.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 50505.84 | 27.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | BETT | | |
| 0646 | | 1-K0142-3 | D | 91582 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,397 | 369604103 | GENERAL ELECTRIC CO | 27478.11 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 27423.11 | 55.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0142-3 | D | 95908 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 33 | 38259P508 | GOOGLE | 11135.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 11134.20 | 1.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 00235 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY      CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 330 | 428236103 | HEWLETT PACKARD CO | 11530.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 11517.00 | 13.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 08887 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY      CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 759 | 458140100 | INTEL CORP | 11043.09 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 11013.09 | 30.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0142-3 | D | 04561 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 187 | 459200101 | INTERNATIONAL BUSINESS MACHS | 16326.49 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 16319.49 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-K0142-3 | D | 17538 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 495 | 46625H100 | J.P. MORGAN CHASE & CO | 19091.35 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 19072.35 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | MEMBER:<br>FINRA NSX SIPC NSCC DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |
|---|---|---|---|

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 13213 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 363 | 478160104 | JOHNSON & JOHNSON | 21641.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 21627.54 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | MEMBER:<br>FINRA NSX SIPC NSCC DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |
|---|---|---|---|

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0142-3 | D | 26190 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 154 | 580135101 | MCDONALDS CORP | 8532.98 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 8526.98 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 30516 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY     CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 286 | 589331107 | MERCK & CO | 8176.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 8165.30 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 34842 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY     CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,045 | 594918104 | MICROSOFT CORP | 22832.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 22791.45 | 41.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 898-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 39168 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 528 | 68389X105 | ORACLE CORPORATION | 9155.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 9134.40 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 52146 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 209 | 713448108 | PEPSICO INC | 11797.69 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 11789.69 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 56472 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

\*\*\*\* DUPLICATE \*\*\*\*

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 891 | 717081103 | PFIZER INC | 15128.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 15093.54 | 35.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 65124 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

\*\*\*\* DUPLICATE \*\*\*\*

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 275 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 12001.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 11990.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 60798 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO. / CONTRA PARTY / C.H. NUMBER / SPECIAL DELIVERY INSTRUCTIONS

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 396 | 742718109 | PROCTER & GAMBLE CO | 25390.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 25375.68 | 15.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 69450 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO. / CONTRA PARTY / C.H. NUMBER / SPECIAL DELIVERY INSTRUCTIONS

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 220 | 747525103 | QUALCOMM INC | 7437.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 7429.40 | 8.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 737.76 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 165 | 806857108 | SCHLUMBERGER LTD | 8170.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 8164.20 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

## MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 86754 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 231 | 902973304 | U S BANCORP | 6830.43 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 6821.43 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 82428 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 132 | 911312106 | UNITED PARCEL SVC INC CLASS B | 6874.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 6869.28 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 91080 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 132 | 913017109 | UNITED TECHNOLOGIES CORP | 7022.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 7017.12 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 95406 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY       CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 374 | 92343V104 | VERIZON COMMUNICATIONS | 11387.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 11373.34 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 04059 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY       CA 94404

ACCT OF/   NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 286 | 931142103 | WAL-MART STORES INC | 15978.38 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 15967.38 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 99732 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | ACCT OF/ NTC & CO. | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 462 | 949746101 | WELLS FARGO & CO NEW | 13785.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 13767.60 | 18.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | R | 43494 | 8 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | ACCT OF/ NTC & CO. | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 11 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 17369.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 17380.00 | 11.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | D | 47820 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 19591.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 19580.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | R | 22343 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY          CA 94404

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 450,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009        2/12/2009 | 449712.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 449712.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | R | 46899 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY    CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 11 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 40689.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 40700.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | D | 42574 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY    CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 3311.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 3300.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | **MEMBER:**<br>FINRA  NSX  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | R | 33924 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 11 | 783790LFF | S & P 100 INDEX<br>DECEMBER 430 CALL | 28589.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 28600.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details)*

---

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | **MEMBER:**<br>FINRA  NSX  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-4 | D | 38249 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11 | 783790XD4 | S & P 100 INDEX<br>DECEMBER 420 PUT | 33011.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 33000.00 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0142-3 | D | 56793 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

LAURENCE KAYE
275 PUFFIN COURT
FOSTER CITY        CA 94404

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 25,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009   Y.T.M. .213   3/26/2009 | 24981.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 24981.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)