# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

*Lox & Neville, LLP*

OFFICE: _212- 453-9247    212-696-1999_

HOME: _201 - 868- 1108_

Taxpayer I.D. Number (Social Security No.)
_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_

Account Number:    1ZB462
ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT ~~18D~~ 29F
GUTTENBERG, NJ  07093

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:
      a.    The Broker owes me a Credit (Cr.) Balance of          $____0____
      b.    I owe the Broker a Debit (Dr.) Balance of            $__0-N/A__

502180406                                1

c.   If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $ _____O_____

d.   If balance is zero, insert "None."    _____O_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | ✓ | |
| b.   I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | Please see the attached | _____ | _____ |
| _____ | November 30, 2008 | _____ | _____ |
| _____ | account statement | _____ | _____ |
| _____ | attached at Exhibit A. | _____ | _____ |
| _____ | | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406

2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                     _____    ___/___

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form: Brian J. Neville Esq., Lax & Neville, LLP,
    1912 Broadway, Suite 1407, New York, NY 10018                          .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __2/13/09_____    Signature _Allyn Robert Shew_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



BARRY R. LAX
BRIAN J. NEVILLE
BRENT A. BURNS
DAVID S. RICH

SANDRA P. ESPINOSA

LAX & NEVILLE, LLP
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

February 13, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Allen Robert Greene /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Allen Robert Greene and has assisted him in preparation of his Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Allen Greene's account. Additionally, below is a description of the relationship between Allen Greene and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Allen Greene's SIPC claims.

Allen Greene is 65 years old. In or about 2003, Allen Greene opened an account with Madoff Securities. Attached hereto as Exhibit A is an Account Summary for Allen Greene's account summarizing the contributions and withdrawals made in the account during the years 2003 through 2008, along with copies of deposit slips, quarterly dividend checks, portfolio management reports, and the November 30, 2008 account statement, as referenced in the

# LAX NEVILLE

Irving H. Picard
February 13, 2009
Page 2 of 3

Account Summary.  Contributions were made to the account in the amount of $1,050,960.32 during the period 2003 through 2008, and withdrawals were made in the amount of $464,371.44 during the same time period to pay taxes and for living expenses.  The balance in Allen Greene's account as of November 30, 2008 is $1,091,082.92.  *See* Allen Greene's November 30, 2008 account statement at Exhibit A.   Also attached hereto as Exhibit B are Madoff Securities November 2008 confirmations, which list SIPC membership, for Allen Greene's account.  Allen Greene has paid to the IRS all appropriate capital gains taxes that resulted from his Madoff Securities account.

Allen Greene received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing he held securities in his account.  Based upon the account statements and confirmations, Allen Greene, at all times, expected to have those securities in his account.   The balance in Allen Greene's account as of the filing date is $1,091,082.92.  *See* the November 30, 2008 account statement at Exhibit A.

Allen Greene, as custodian for his daughter, Julia Greene, is simultaneously submitting a separate SIPC Customer Claim Form for Julia's Greene's account with Madoff Securities – Julia Greene, Allen Robert Greene as Custodian - Account No: 1-ZA919-3-0.

## CONCLUSION

Allen Robert Greene is seeking the full protection of SIPA for his account as follows:

-   Account No: 1-ZB462-3-0     Allen Robert Greene

Total = **$1,091,082.92**



Irving H. Picard
February 13, 2009
Page 3 of 3

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By: Brian Neville/sec
Brian J. Neville

ENC.

# EXHIBIT A

**Madoff Account Summary**
**Allen Robert Greene**
**Account  1-ZB462-3-0, and 1-ZB461-4-0 (z)**

This spreadsheet summaries deposits and withdrawals for the last 5 1/2 years -- 22 quarters

| | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| Beginning Balance | | 664,509.15 | 689,950.64 | 754,647.01 |
| Contributions | 655,960.32 (a,b,c,d) | 20,000 (e) | 55,000 (f,g,h) | 130,000.00 (i-1, i-2) |
| Madoff checks | | | | |
| (capital withdrawals) | -48,235.88 (m) | -60,195.87 (n) | -58,391.01 (o) | -103,503.16 (p) |
| Realized P/L | 56,784.71 (s) | 65,637.36 (t) | 68,087.38 (u) | 102,264.44 (v) |
| Unrealized P/L on | | | | |
| unclosed positions | | | | |
| Ending Balance | 664,509.15 | 689,950.64 | 754,647.01 | 883,408.20 |

Reference
(a) Deposit of $370,960.32 made on 2/26/03 -- see Bernard Madoff Investment Securities LLC client receipt
(b) Deposit of $200,000 made on 4/07/03 -- see Bernard Madoff Investment Securities LLC client receipt
(c) Deposit of $45,000 made on 5/06/03 -- see Bernard Madoff Investment Securities LLC client receipt
(d) Deposit of $40,000 made on 10/22/03 -- see Bernard Madoff Investment Securities LLC client receipt
(e) Deposit of $20,000 -- see 12/31/04 account statement
(f) Deposit of $20,000 made on 3/03/05 -- see Bernard Madoff Investment Securities LLC client receipt
(g) Deposit of $20,000 made on 8/05/05 -- see Bernard Madoff Securities LLC client receipt
(h) Deposit of $15,000 -- see 12/31/05 account statement
(i-1) Deposit of $100,000 made on 5/08/06 -- see Bernard Madoff Invesment Securities LLC client receipt
(i-2) Deposit of $30,000 made on 10/26/06 -- see Bernard Madoff Investment Securities LLC client receipt
(j) Deposit of $145,000 made on 5/11/07 -- see Bernard Madoff Investment Securities LLC client receipt
(k) Deposit of $15,000 made on 10/18/07 -- see Bernard Madoff Investment Securities LLC client receipt
(l) Deposit of $30,000 made on 7/21/08 -- see Bernard Madoff Investment Securities LLC client receipt

Quarterly dividend checks

| | | | | | |
|---|---|---|---|---|---|
| (m) | 7/8/2003 | 26,239.10 | (q) | 1/8/2007 | 22,447.97 |
| | 10/9/2003 | 21,606.78 | | 4/4/2007 | 19,835.30 |
| (n) | 1/4/2004 | 8,548.43 | | 7/6/2007 | 26,183.70 |
| | 4/8/2004 | 13,213.21 | | 10/4/2007 | 30,879.34 |
| | 7/7/2004 | 20,964.50 | (r) | 1/8/2008 | 26,886.24 |
| | 10/7/2004 | 17,469.33 | | 4/7/2008 | 4/7/2008 |
| (o) | 1/7/2005 | 13,990.32 | | 7/7/2008 | 55,209.01 |
| | 4/7/2005 | 14,318.97 | | 10/6/2008 | 15,740.83 |
| | 7/7/2005 | 15,300.96 | | | |
| | 10/7/2005 | 14,780.76 | | | |
| (p) | 1/9/2006 | 23,686.69 | | | |
| | 4/7/2006 | 18,261.45 | | | |
| | 7/10/2006 | 20,959.63 | | | |
| | 10/6/2006 | 40,595.39 | | | |

(s) from 12/31/03 account statement
(t) from 12/31/04 account statement
(u) from 12/31/05 account statement
((v) from 12/31/06 account statement
(w) from 12/31/07 account statement
(x) from 9/30/08 account statement
(y) 11/30/08 Bernard Madoff Investment Securities LLC Monthly Statement of Securities Bought and Sold
(z) 11/30/08 Bernard Madoff Investment Securities LLC Monthly Statement of Securities for Account 1-ZB462-4-0

| 2007 | 9/30/2008 | 11/30/2008 | Totals |
|------|-----------|------------|--------|
| 883,408.29 | 1,047,846.56 | 1,066.701.15    (y)(z) | |
| 160,000.00 (j,k) | 30,000 (l) | | 1,050,960.32 |
| | | | |
| -99,346.31 (q) | -94,699.21 (r ) | | -464,371.44 |
| 103,784.58 (w) | 82,386.30 (x) | | 478,944.77 |
| | | | |
| 1,047,846.56 | 1,066,701.15 | | |

**Madoff Account Summary**
**Allen Robert Greene**
**Account 1-ZB462**

## DEPOSIT REFERENCE

**a, b, c, d, e, f, g, h, i-1, i-2, j, k, l**

(a)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY       CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: TRANS FROM 1ZA91330                        2/26/03

370,960.32

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG           NJ 07093

1-ZB462-3

---

(b)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY       CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: TRANS FROM 1ZA91930                        4/07/03

200,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG           NJ 07093

1-ZB462-3

(c)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

5/06/03

CHECK WIRE                                    45,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

1-ZB462-3

(d)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/22/03

CHECK                                        40,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

1-ZB462-3

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04   $\left(e\right)$

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3


7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093


STARTING EQUITY FOR CURRENT YEAR                         664,509.15CR
CAPITAL ADDITIONS                                         20,000.00CR
CAPITAL WITHDRAWALS                                       60,195.87-
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 65,637.36CR
CURRENT CASH BALANCE                                            .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            689,950.00    NET LONG
TOTAL EQUITY                                            689,950.64CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.24 %

(f)

| | 885 Third Avenue |
|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | New York, NY 10022<br>212 230-2424<br>P&S Dept. 212 230-2436<br>800 334-1343<br>Fax 212 838-4061 |

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

3/03/05

CHECK                                                    20,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG                    NJ 07093                    1-ZB462-3

(g)

| | 885 Third Avenue |
|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | New York, NY 10022<br>212 230-2424<br>P&S Dept. 212 230-2436<br>800 334-1343<br>Fax 212 838-4061 |

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

8/05/05

CHECK                                                    20,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG                    NJ 07093                    1-ZB462-3

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

(h)

ALLEN ROBERT GREENE                    1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG                 NJ 07093


STARTING EQUITY FOR CURRENT YEAR                    689,950.64CR
CAPITAL ADDITIONS                                    55,000.00CR
CAPITAL WITHDRAWALS                                  58,391.01-
REALIZED P/L FOR CURRENT YEAR                        68,087.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .51CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       754,646.50    NET LONG
TOTAL EQUITY                                        754,647.01CR

ANNUALIZED RETURN FOR CURRENT YEAR      9.87 %

---

$55,000
- 40,000 (f)(g)
$15,000

(1-1)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

5/08/06

CHECK                                               100,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07093

1-ZB462-3

(1-2)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/26/06

CHECK                                               30,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07093

1-ZB462-3

(J)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

5/11/07

CHECK WIRE                                                       145,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

1-ZB462-3

(K)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/18/07

CHECK                                                           15,000.00

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

1-ZB462-3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

7/21/08

| CHECK | 30,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

1-ZB462-3

**Madoff Account Summary**
**Allen Robert Greene**
**Account 1-ZB462**

## QUARTERLY DIVIDEND CHECKS

**m, n, o, p, q, r**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/08/03

CM   CHECK                                    26,029.10

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                          1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/08/03

CM   CHECK                                    21V606.70

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                          1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/04

CW    CHECK

8,540.83

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG         N.J. 07093

MEMO

---

(N)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/04

CW    CHECK

13,213.21

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG         N.J. 07093

MEMO

(1)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 888-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/04

CW   CHECK

20,964.50

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

MEMO

---

(2)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 888-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/07/04

CW   CHECK

17,469.33

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

(D)

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

1/07/05

CM    CHECK                                              13,990.32

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                              1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(D)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

1/07/05

CM    CHECK                                              14,318.97

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                              1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/05

CW   CHECK

15,300.96

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/07/05

CW   CHECK

14,780.76

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

1/09/06

CN    CHECK                                           23,606.69

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                    1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

4/07/06

CN    CHECK                                           18,263.45

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                    1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/10/06

CW    CHECK                                                20,959.63

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                         1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            N.J. 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

( p )

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/06

CW    CHECK                                                40,995.39

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                         1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            N.J. 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/07

CW    CHECK                                    22,467.97

                                    CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                       1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/04/07

CW    CHECK                                    19,835.30

                                    CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                       1-ZR462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

7/06/07

CW   CHECK                                    26,183.70

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                      1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07993

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

10/04/07

CW   CHECK                                    30,879.34

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                      1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07993

MEMO



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/06

CW   CHECK

26,886-24

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

MEMO

---

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/07/06

CW   CHECK

12,605-96

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE

1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

I HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/08

CW    CHECK                                                13,740.83

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                              1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/08

CW    CHECK                                                55,208.01

CLIENT'S ACCOUNT NUMBER

ALLEN ROBERT GREENE                              1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

MEMO

**Madoff Account Summary**
**Allen Robert Greene**
**Account 1-ZB462**

## ACCOUNT STATEMENTS

**s, t, u, v, w, x**

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3


7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093


STARTING EQUITY           2/26/03                          370,960.32CR
CAPITAL ADDITIONS                                          285,000.00CR
CAPITAL WITHDRAWALS                                         48,235.88-
REALIZED P/L FOR CURRENT YEAR                              56,784.71CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                             .65CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             664,508.50    NET LONG
TOTAL EQUITY                                              664,509.15CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.80 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3


7002 BOULEVARD EAST APT 16D
GUTTENBERG               NJ 07093


STARTING EQUITY FOR CURRENT YEAR                           664,509.15CR
CAPITAL ADDITIONS                                           20,000.00CR
CAPITAL WITHDRAWALS                                         60,195.87-
REALIZED P/L FOR CURRENT YEAR                              65,637.36CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                             .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             689,950.00   NET LONG
TOTAL EQUITY                                              689,950.64CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.24 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

(u)

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3


7002 BOULEVARD EAST APT 16D
GUTTENBERG                NJ 07093


STARTING EQUITY FOR CURRENT YEAR                      689,950.64CR
CAPITAL ADDITIONS                                      55,000.00CR
CAPITAL WITHDRAWALS                                    58,391.01-
REALIZED P/L FOR CURRENT YEAR                          68,087.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .51CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         754,646.50    NET LONG
TOTAL EQUITY                                          754,647.01CR

ANNUALIZED RETURN FOR CURRENT YEAR      9.87 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE              1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093


STARTING EQUITY FOR CURRENT YEAR              754,647.01CR
CAPITAL ADDITIONS                             130,000.00CR
CAPITAL WITHDRAWALS                           103,503.16-
REALIZED P/L FOR CURRENT YEAR                 102,264.44CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                .79CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS 883,407.50    NET LONG
TOTAL EQUITY                                  883,408.29CR

ANNUALIZED RETURN FOR CURRENT YEAR    13.29 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07   (W)

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3

7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                   883,408.29CR
CAPITAL WITHDRAWALS                                 160,000.00CR
REALIZED P/L FOR CURRENT YEAR                        99,346.31-
UNREALIZED P/L ON OPEN SECURITY POSITIONS           103,784.58CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS             .06CR
TOTAL EQUITY                                      1,047,846.50   NET LONG
                                                  1,047,846.56CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.24 %

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ALLEN ROBERT GREENE                    1-ZB462-3


7002 BOULEVARD EAST APT 16D
GUTTENBERG              NJ 07093


STARTING EQUITY FOR CURRENT YEAR                      1,047,846.56CR
CAPITAL ADDITIONS                                        30,000.00CR
CAPITAL WITHDRAWALS                                      94,699.21-
REALIZED P/L FOR CURRENT YEAR                           82,386.30CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                1,167.50CR
CURRENT CASH BALANCE                                          .15CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,066,701.00    NET LONG
TOTAL EQUITY                                          1,066,701.15CR

ANNUALIZED RETURN FOR CURRENT YEAR       11.08 %

**Madoff Account Summary**
**Allen Robert Greene**
**Account 1-ZB462**


## MONTHLY STATEMENTS OF SECURITIES


**y, z**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER **********5397

PAGE 1

ALLEN ROBERT GREENE

7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ  07093

YOUR ACCOUNT NUMBER  1-ZB462-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 62,702.25 | |
| 11/12 | 966 | | 1541 | WELLS FARGO & CO NEW | 29.300 | 28,324.80 | |
| 11/12 | 690 | | 2043 | HEWLETT PACKARD CO | 34.900 | 24,103.00 | |
| 11/12 | 598 | | 5667 | WAL-MART STORES INC | 55.830 | 33,409.34 | |
| 11/12 | 391 | | 6369 | INTERNATIONAL BUSINESS MACHS | 87.270 | 34,137.57 | |
| 11/12 | 1,449 | | 10193 | EXXON MOBIL CORP | 72.880 | 105,666.12 | |
| 11/12 | 1,587 | | 10695 | INTEL CORP | 14.510 | 23,090.37 | |
| 11/12 | 759 | | 15021 | JOHNSON & JOHNSON | 59.580 | 45,251.22 | |
| 11/12 | 1,035 | | 19345 | J.P. MORGAN CHASE & CO | 38.530 | 39,919.55 | |
| 11/12 | 552 | | 23672 | COCA COLA CO | 44.660 | 24,677.32 | |
| 11/12 | 322 | | 27998 | MCDONALDS CORP | 55.370 | 17,841.14 | |
| 11/12 | 598 | | 32324 | MERCK & CO | 28.550 | 17,095.90 | |
| 11/12 | 2,185 | | 36650 | MICROSOFT CORP | 21.810 | 47,741.85 | |
| 11/12 | 1,104 | | 40976 | ORACLE CORPORATION | 17.300 | 19,143.20 | |
| 11/12 | 437 | | 53954 | PEPSICO INC | 56.410 | 24,658.17 | |
| 11/12 | 253 | | 54456 | APPLE INC | 100.780 | 25,507.34 | |
| 11/12 | 1,663 | | 58280 | PFIZER INC | 16.940 | 28,181.22 | |
| 11/12 | 437 | | 58782 | ABBOTT LABORATORIES | 54.510 | 23,881.97 | |
| 11/12 | 828 | | 62606 | PROCTER & GAMBLE CO | 64.080 | 53,098.24 | |
| 11/12 | 299 | | 63108 | AMGEN INC | 59.160 | 17,699.84 | |
| 11/12 | 575 | | 66932 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 25,093.00 | |
| 11/12 | 1,380 | | 67434 | BANK OF AMERICA | 21.590 | 29,849.20 | |
| 11/12 | 460 | | 71258 | QUALCOMM INC | 33.770 | 15,552.20 | |
| 11/12 | 1,495 | | 71760 | CITI GROUP INC | 12.510 | 18,761.45 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-ZB462-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******5397

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG    NJ 07093

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 345 | | 75584 | SCHLUMBERGER LTD | 49.480 | 17,083.60 | |
| 11/12 | 828 | | 76036 | COMCAST CORP | 16.510 | 13,703.28 | |
| | | | | CL A | | | |
| 1/12 | 1,633 | | 79910 | AT&T INC | 27 | 44,156.00 | |
| 1/12 | 414 | | 80412 | CONOCOPHILLIPS | 52.510 | 21,755.14 | |
| 1/12 | 276 | | 84235 | UNITED PARCEL SVC INC | 52.040 | 14,374.04 | |
| | | | | CLASS B | | | |
| 1/12 | 1,679 | | 84738 | CISCO SYSTEMS INC | 16.730 | 28,156.67 | |
| 1/12 | 483 | | 88562 | U S BANCORP | 29.530 | 14,281.99 | |
| 1/12 | 575 | | 89064 | CHEVRON CORP | 73.430 | 42,245.25 | |
| 1/12 | 276 | | 92888 | UNITED TECHNOLOGIES CORP | 53.160 | 14,683.16 | |
| 1/12 | 2,921 | | 93390 | GENERAL ELECTRIC CO | 19.530 | 57,455.23 | |
| 1/12 | 782 | | 97214 | VERIZON COMMUNICATIONS | 30.410 | 23,811.62 | |
| 1/12 | 69 | | 97116 | GOOGLE | 337.400 | 23,282.60 | |
| 1/12 | | 1,050,000 | 24197 | U S TREASURY BILL | 99.936 | | 1,049,328.00 |
| | | | | DUE 2/12/2009 | | | |
| 1/12 | | | | FIDELITY SPARTAN | DIV | | 3.09 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 1/12 | | 5,737 | 19251 | FIDELITY SPARTAN | 1 | | 5,737.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/12 | 8,799 | | 28619 | FIDELITY SPARTAN | 1 | 8,799.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/19 | | | | FIDELITY SPARTAN | DIV | | 1.08 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE 3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ALLEN ROBERT GREENE

7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ    07093

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **-***-*5397
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZB462-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 8,799 | 54159 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,799.00 |
| 11/19 | 75,000 | | 58582 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 2,754 | | 63195 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,764.00 | |
| | | | | NEW BALANCE | | 126,964.78 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,633 | | | AT&T INC | 28.560 | | |
| | 437 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 299 | | | AMGEN INC | 55.540 | | |
| | 253 | | | APPLE INC | 92.670 | | |
| | 1,380 | | | BANK OF AMERICA | 16.250 | | |
| | 575 | | | CHEVRON CORP | 79.010 | | |
| | 1,679 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,495 | | | CITI GROUP INC | 8.290 | | |
| | 552 | | | COCA COLA CO | 46.870 | | |
| | 828 | | | COMCAST CORP CL A | 17.349 | | |
| | 414 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,449 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,921 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-ZB462-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******5397
PAGE 4



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 69 | | | GOOGLE | 292.960 | | |
| | 690 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 1,587 | | | INTEL CORP. | 13.800 | | |
| | 391 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,035 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 759 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 322 | | | MCDONALDS CORP | 58.730 | | |
| | 598 | | | MERCK & CO | 26.720 | | |
| | 2,185 | | | MICROSOFT CORP | 20.220 | | |
| | 1,104 | | | ORACLE CORPORATION | 15.090 | | |
| | 437 | | | PEPSICO INC | 56.700 | | |
| | 1,863 | | | PFIZER INC | 16.430 | | |
| | 575 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 828 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 460 | | | QUALCOMM INC | 33.570 | | |
| | 345 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 24,764 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 483 | | | U.S.BANCORP | 26.980 | | |
| | 276 | | | UNITED PARCEL SVC INC | 57.800 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 276 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING: 11/30/08

PAGE: 5

YOUR TAX PAYER IDENTIFICATION NUMBER: *******5397

YOUR ACCOUNT NUMBER: 1-ZB462-3-0

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG      NJ    07093

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 762 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 598 | | | WAL-MART STORES INC | 55.880 | | |
| | 956 | | | WELLS FARGO & CO NEW | 29.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 1,091,082.92 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ALLEN ROBERT GREENE

7002 BOULEVARD EAST APT 16D
GUTTENBERG       NJ   07093

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR TAX PAYER IDENTIFICATION NUMBER: *********5397
YOUR ACCOUNT NUMBER: 1-ZB462-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,242.95 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,290,831.99 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ    07093

YOUR ACCOUNT NUMBER: 1-ZB462-4-0
PERIOD ENDING: 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5397

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 62,703.00 |
| 1/12 | | 23 | 45302 | S & P 100 INDEX | | | 36,317.00 |
| 1/12 | | | 49628 | NOVEMBER 460 CALL S & P 100 INDEX | 15.800 17.800 | 40,953.00 | |
| 1/19 | | 23 | 35732 | NOVEMBER 450 PUT S & P 100 INDEX | 26 | | 59,777.00 |
| 1/19 | | | 40057 | DECEMBER 430 CALL S & P 100 INDEX | 30 | 69,023.00 | |
| 1/19 | | 23 | 44382 | DECEMBER 420 PUT S & P 100 INDEX | 3 | 69,923.00 | |
| 1/19 | | 23 | 48707 | NOVEMBER 460 CALL NOVEMBER 450 PUT | 37 | | 85,077.00 |
| | | | | NEW BALANCE | | | 126,965.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX | MKT PRICE 23.300 | | |
| | | 23 | | DECEMBER 430 CALL S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 37,950.00 | SHORT 53,590.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | |
| 0646 | | 1-ZB462-4 | R | 45302 | 8 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.                CONTRA PARTY                C.H. NUMBER                SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 23 | 78379QKLF | S & P 100 INDEX NOVEMBER 460 CALL | 36317.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 36340.00 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-4 | R | 48707 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

17

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 23 | 78379WJ1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 85077.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 85100.00 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB462-3 | R | 24147 | 5 | 1 | 1 | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST  APT 16D
GUTTENBERG       NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SGT | 1,050,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 2/12/2009 | 1049328.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1049328.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC.
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 88562 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 483 | 902973304 | U S BANCORP | 14281.99 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 14262.99 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 75584 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLB | 345 | 806857108 | SCHLUMBERGER LTD | 17083.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 17070.60 | 13.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 71258 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST  APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 460 | 747525103 | QUALCOMM INC | 15552.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 15534.20 | 18.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORDER/WORK NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 62606 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 828 | 74271B109 | PROCTER & GAMBLE CO | 53091.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 53058.24 | 33.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 66932 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES: TR CAP SETT

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 575 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 25093.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 25070.00 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVP | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB462-3 | D | 58280 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG         NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,863 | 717081103 | PFIZER INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 16.940 | 31559.22 | 74.00 | | | | | 31633.22 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 53954 | 5 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.
CONTRA PARTY
C.H. NUMBER
SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 437 | 713448108 | PEPSICO INC | 24668.17 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 24651.17 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 40976 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,104 | 68389X105 | ORACLE CORPORATION | 19143.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 19099.20 | 44.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 36650 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,185 | 594918104 | MICROSOFT CORP | 47741.85 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 47654.85 | 87.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 32324 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 598 | 589331107 | MERCK & CO | 17095.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX. | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 17072.90 | 23.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

17

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 27998 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST   APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 322 | 580135101 | MCDONALDS CORP | 17841.14 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 17829.14 | 12.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 15021 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY                C.H. NUMBER            SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 759 | 478160104 | JOHNSON & JOHNSON | 45251.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 45221.22 | 30.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 19346 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG            NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,035 | 46625H100 | J.P. MORGAN CHASE & CO | 39919.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 39878.55 | 41.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 06369 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| S13 | 391 | 459200101 | INTERNATIONAL BUSINESS MACHS | 34137.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 34122.57 | 15.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB462-3 | D | 10695 | 5 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,587 | 458140100 | INTEL CORP | 23090.37 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 23027.37 | 63.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB462-3 | D | 02043 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY                C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 690 | 428236103 | HEWLETT PACKARD CO | 24108.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 34.900 | 24081.00 | 27.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 97716 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 69 | 38259P508 | GOOGLE | 23282.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 23280.60 | 2.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 93390 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| S B | 2,921 | 369604103 | GENERAL ELECTRIC CO | 57455.23 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 57339.23 | 116.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212-230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 10193 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG       NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,449 | 302316102 | EXXON MOBIL CORP | 105660.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 105603.12 | 57.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 80412 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG    NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 414 | 208250104 | CONOCOPHILLIPS | 21755.14 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 21739.14 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB462-3 | D | 76086 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 828 | 20030N101 | COMCAST CORP CL A | 13703.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.510 | 13670.28 | 33.00 | | | | |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 23672 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES: 17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 552 | 191216100 | COCA COLA CO | 24674.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 24652.32 | 22.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR/CR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 71760 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST  APT 16D
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,495 | 172967101 | CITI GROUP INC | 18761.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 18702.45 | 59.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-ZB462-3 | D | 84738 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,679 | 17275R102 | CISCO SYSTEMS INC | 28156.67 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 28089.67 | 67.00 |  |  |  |  |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 89064 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG    NJ  07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 575 | 166764100 | CHEVRON CORP | 42245.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 42222.25 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
**MADF** INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA / | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 67434 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 1,380 | 060505104 | BANK OF AMERICA | 29649.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 29794.20 | 55.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 67434 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG     NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,380 | 060505104 | BANK OF AMERICA | | 29849.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 29794.20 | 55.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 54456 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 253 | 037833100 | APPLE INC | | | 25507.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 25497.34 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA    NSX    SIPC    NSCC    DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 58782 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 437 | 002824100 | ABBOTT LABORATORIES | 23881.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 23864.57 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 63108 | 5 | 1 | 11/06/08 | 11/12/08 | | |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 299 | 031162100 | AMGEN INC. | | | 17699.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 17688.84 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

08-01789-cgm    Doc 375-2    Filed 08/20/09    Entered 08/20/09 17:38:27    Exhibit B
Pg 82 of 90



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 92888 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 276 | 913017109 | UNITED TECHNOLOGIES CORP | | 14683.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 14672.16 | 11.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | CUR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-ZB462-3 | D | 97214 | 5 | 1 | | 11/06/08 | 11/12/08 | |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 782 | 92343V104 | VERIZON COMMUNICATIONS | 23811.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 23780.62 | 31.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

FINRA   NSX   SIPC   NSCC   DTC   **MEMBER:**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION   (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP. | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 05867 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 598 | 931142103 | WAL-MART STORES INC | 33409.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 33386.34 | 23.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-ZB462-4 | D | 49628 | 8 | 1 | 1 | 11/06/08 | 11/12/08 | | |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | | SPECIAL DELIVERY INSTRUCTIONS | | |

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG    NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 23 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | | | | 40963.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 40940.00 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | | CODES | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-3 | D | 01541 | TR 5 | CAP 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | SETT | SPECIAL DELIVERY INSTRUCTIONS |

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG
NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 966 | 949746101 | WELLS FARGO & CO NEW |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 29.800 | 28786.80 | 38.00 | | | | | 28824.80 |

17

Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange
Affiliated with:

CONFIRMATION (Please see reverse for further details.)



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212-230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 84236 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG    NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 276 | 911312106 | UNITED PARCEL SVC INC CLASS B | 14374.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 14363.04 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (*Please see reverse for further details.*)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 79910 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG      NJ 07093

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,633 | 00206R102 | AT&T INC | 44156.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 44091.00 | 65.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB462-4 | D | 40057 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 23 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 69023.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 69000.00 | 23.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB462-3 | D | 58582 | 5 | 1 | | 11/19/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ALLEN ROBERT GREENE
7002 BOULEVARD EAST APT 16D
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009 Y.T.M. .212  3/26/2009 | 74944.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 74944.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange