**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br> Plaintiff, <br> v. <br> FEDERICO CERETTI, *et al.*, <br> Defendants. | Adv. Pro. No. 09-01161 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                          ) ss.:
COUNTY OF NEW YORK )

I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

On October 22, 2018, I served the **Notice of Hearing on Trustee's Motion for the Issuance of Letter of Request** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

/s/ Tanya Kinne
TANYA KINNE

Sworn to before me this
22nd day of October, 2018

/s/ Sonya M. Graham
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2021

## SCHEDULE A

---

**Defendant Counsel**

---

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Scott Reynolds
Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Email: scott.reynolds@chaffetzlindsey.com
Attorneys for: Kingate Management Limited

Barry G Sher
Jodi Aileen Kleinick
Paul Hastings LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com
Attorneys for: Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Carmine D. Boccuzzi
Samuel L. Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Email: sraymond@cgsh.com
Attorneys for: Citi Hedge Fund Services Limited

Diarra Guthrie
Joseph M. Kay
Thomas J. Moloney
Jessa DeGroote
Cleary Gottlieb Steen & Hamilton LLP
Email: dguthrie@cgsh.com
Email: jkay@cgsh.com
Email: tmoloney@cgsh.com
Email: jdegroote@cgsh.com
Attorneys for: HSBC Bank Bermuda Limited

Lindsay M. Weber
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com

Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorneys for: Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd.

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Attorney for: Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby
Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of
The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El
Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules
Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust

Diarra Guthrie
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dguthrie@cgsh.com
Email: tmoloney@cgsh.com
Attorneys for: Craig Perry