BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2009, I served true copies of the

- **Memorandum of Law of Irving H. Picard, Trustee, In Opposition to Motion of Diane and Roger Peskin and Maureen Ebel for Leave To Appeal; and**

- **Declaration Of Keith R. Murphy In Support Of Trustee's Opposition To Motion By Diane And Roger Peskin And Maureen Ebel For Leave To Appeal**

upon the interested parties who receive electronic service through ECF, by emailing the interested

parties true and correct copies via electronic transmission to the email addresses designated for

delivery and/or by placing true and correct copies thereof in sealed packages designated for

regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      August 24, 2009                         _s/Nikki M. Landrio_____
                                           NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

### Chapter 7 Trustee

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

### Securities Investor Protection Corporation

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

### Securities and Exchange Commission

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

### United States Attorney for SDNY

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

095879, 300027384

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com


**Notices of Appearance**

Service via Electronic Notification through ECF Filing


**Counsel to Roger Peskin, Diane Peskin and Maureen Ebel**
Helen Davis Chaitman, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
Email: hchaitman@phillipsnizer.com