**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589-4200
Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Of Counsel:*
Frederick W. Chockley III
Email:  fchockley@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF FREDERICK W. CHOCKLEY III**

I, Frederick W. Chockley III, a member in good standing of the Bars of the District of

Columbia, and the Commonwealth of Virgina, respectfully request admission, *pro hac vice*,

before the Honorable Burton R. Lifland, to represent Irving H. Picard, Trustee (the "Trustee") for

the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC

and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary

proceedings.

My contact information is as follows:

Frederick W. Chockley III, Esq.
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T 202.861.1500 / F 202.861.1783
Email:  fchockley@bakerlaw.com

As counsel to the Trustee, Applicant requests that the $25 filing fee associated with the

motion for an order granting admission to practice, *pro hac vice*, be waived.

Dated: New York, New York
       August 27, 2009


        *s/Frederick W. Chockley*            *s/Marc Hirschfield*
BAKER & HOSTETLER LLP                    BAKER & HOSTETLER LLP
Washington Square, Suite 1100            45 Rockefeller Plaza
1050 Connecticut Avenue, NW              New York, New York 10111
Washington, DC 20036-5304                (212) 589-4200 / Fax (212) 589-4201
T 202.861.1500 / F 202.861.1783          David J. Sheehan
Frederick W. Chockley III                Email: dsheehan@bakerlaw.com
Email: fchockley@bakerlaw.com            Marc E. Hirschfield
                                         Email: mhirschfield@bakerlaw.com

                                         *Attorneys for Defendant Irving H. Picard,*
                                         *Esq., Trustee for the Substantively*
                                         *Consolidated SIPA Liquidation of Bernard L.*
                                         *Madoff Investment Securities LLC and Bernard*
                                         *L. Madoff*

095879, 300027710

- 2 -