UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE* OF FREDERICK W. CHOCKELY III

This matter came before the Court upon the motion of Frederick W. Chockley III, a member in good standing of the Bars of the District of Columbia, and the Commonwealth of Virginia, for admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Frederick W. Chockley III is admitted to practice, *pro hac vice*, in the United States Bankruptcy Court, Southern District of New York; and it is further

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that the filing fee associated with the entry of this order has been waived.

Dated: New York, New York
      August ___, 2009

                                                  _____
                                                  Honorable Burton L. Lifland
                                                  United States Bankruptcy Judge

095879, 300027773

2