BRUNELLE & HADJIKOW, P.C.
Timothy Kebbe (TK-6300)
One Whitehall Street – 18th Floor
New York, New York 10004
Telephone: (212) 809-9100
Facsimile: (212) 809-3219
*Attorneys for Objectors James H. Cohen Special Trust
and other Investor-Claimants Captioned Below*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   **CERTIFICATE OF SERVICE**

In Re: Objection to the Trustee's Determination
of Claim with Respect to

JAMES H. COHEN SPECIAL TRUST,
MORRIE ABRAMSON,
BARRY E. KAUFMAN,
JAMES H. COHEN,
ROBYN C. BERNIKER,
ALAN D. GARFIELD,
MARION TALLERING-GARFIELD,
ERIN M. HELBERG,
THE MARIAN COHEN 2001
  RESIDENCE TRUST, and
BK INTEREST, LLC,

                   Investor-Claimants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Timothy P. Kebbe, an attorney duly authorized to practice before the Court, certifies that on August 27, 2009, I caused a true copy of:

- Investor-Claimants' Objections to Trustee's Determination of Claim (with attachments);

- Investor Claimants' Exhibits in support of their Objection to the Trustee's Determination of Claim; and

- The Affidavit of James H. Cohen

to be served upon the following interested parties by Fedex Priority Overnight Delivery as set forth on the attached Service list.

Dated: August 27, 2009

                                             Timothy P. Kebbe (TK-6300)

## SERVICE LIST

Irving H. Picard, Trustee
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10111

Judge Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 623
New York, New York 10004-1407

Office of the Clerk
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1407