BRUNELLE & HADJIKOW, P.C.
George Brunelle (GB-3900)
Timothy Kebbe (TK-6300)
One Whitehall Street – 18th Floor
New York, New York 10006
Telephone: (212) 594-5300
Facsimile:  (212) 809-3219
*Attorneys for James H. Cohen Special Trust
and other Investor-Claimants Captioned Below*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| | : | SIPA Liquidation |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In Re: Objection to the Trustee's Determination of Claim with Respect to | : | **THE SPECIAL TRUST'S &** |
| | : | **INVESTOR-CLAIMANTS'** |
| JAMES H. COHEN SPECIAL TRUST, | | **EXHIBITS IN SUPPORT OF** |
| MORRIE ABRAMSON, | : | **THEIR OBJECTIONS** |
| BARRY E. KAUFMAN, | | **TO THE TRUSTEE'S** |
| JAMES H. COHEN, | : | **DETERMINATION OF CLAIM** |
| ROBYN C. BERNIKER, | | |
| ALAN D. GARFIELD, | : | |
| MARION TALLERING-GARFIELD, | | |
| ERIN M. HELBERG, | : | |
| THE MARIAN COHEN 2001 | | |
| RESIDENCE TRUST, and | : | |
| BK INTEREST, LLC, | | |
| | : | |
| Investor-Claimants | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | Agreement and Declaration of Trust (the "Trust Agreement") for the James H. Cohen Special Trust (the "Special Trust"), made on April 11, 2003. |
| 1(a) | First Amendment to the Trust Agreement, dated December 17, 2004. |
| 2 | The Special Trust's executed account opening documents with Bernard L. Madoff Investment Securities LLC ("BLMIS"). |
| 2(a) | BLMIS Monthly Account Statements for the Special Trust: March 31, 2003; January 31, 2008 - November 30, 2008. |
| 3 | Investors in BLMIS; deposits to the Special Trust's Fidelity Account (No. Z43-307793); amount of initial investments and stated value of investments with BLMIS on November 30, 2008. |
| 4 | The Special Trust's account opening documents with Fidelity Investments. |
| 4(a) | Special Trust checks, written on the Special Trust's Fidelity account, and payable to BLMIS in the total amount of $3,858,200. |
| 5 | A $650,000 check payable to the Special Trust; Fidelity account statement (May 1-May 31, 2003); BLMIS account statement (May 31, 2003) reflecting Morrie Abramson's $650,000 investment with BLMIS. |
| 6 | A $500,000 check payable to the Special Trust; Fidelity account statement (May-May 31, 2003); BLMIS account statement (May 31, 2003) reflecting Barry Kaufman's $500,000 investment in BLMIS; wire transfer records (June 28, 2007 and December 28, 2008); Fidelity account statements (July 1-July 31, 2007 and December 1-December 31, 2007); BLMIS account statements (June 30, 2007 and December 31, 2007) reflecting further investments in BLMIS by Mr. Kaufman in the following amounts: $150,000 and $100,000. |
| 7 | A $650,000 check payable to the Special Trust; Fidelity account statement (May1-May31, 2003); and BLMIS account statement (May 31, 2003) reflecting James H. Cohen's investment with BLMIS. |

00053367

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 8 | Separate checks issued by Robyn C. Berniker ($125,000), Alan Garfield ($125,000), Marion Tallering-Garfield ($125,000) and Erin Hellberg ($125,000), each check payable to the Special Trust; Fidelity account statement (January 1-January 31, 2005); BLMIS account statement (December 31, 2004), reflecting Ms. Berniker's, Mr. Garfield's, Ms. Tallering-Garfield's and Ms. Hellberg's $125,000 investments with BLMIS. |
| 9 | Mr. Garfield's two $100,000 checks payable to the Special Trust; Fidelity account statements (April 1-April 30, 2005 and December 1-December 31, 2006); BLMIS account statements (April 30, 2005 and December 31, 2006) reflecting Mr. Garfield's two additional $100,000 investments in BLMIS. |
| 10 | Two $100,000 checks payable to Ms. Berniker, which she authorized to be deposited in the Special Trust's Fidelity account; Fidelity account statement (June1-June 30, 2005);  BLMIS account statement (June 30, 2005), reflecting Ms. Berniker's additional $200,000 investment with BLMIS. |
| 11 | Mr. Garfield's $100,000 check payable to the Special Trust on behalf of Ms. Tallering-Garfield; Ms. Tallering-Garfield's $100,000 check in repayment of Mr. Garfield's $100,000 advance; Cohmad Securities Corporation account statement reflecting a $100,000 wire transfer to Ms. Tallering-Garfield's bank to enable her to issue a $100,000 reimbursement check to Mr. Garfield; Fildelity account statement (June 1-June30, 2005); BLMIS account statement (June 30, 2005) reflecting Ms. Tallering-Garfield's additional investment in BLMIS. |
| 12 | $55,000 and $103,200 checks issued on behalf of BK Interest, LLC ("BKI") payable to the Special Trust; requests for Taxpayer Identification Number and Certifications; letters from FISERV Investment Support Services, dated December 31, 2005 and December 31, 2006, reflecting the issuance of funds in the amount of $55,000 and $103,200, respectively; FISERV Trust Company Certificate of Resolution dated December 20, 2006; Fidelity account statements (December 1-December 31, 2005 and January 1-31, 2007); and BLMIS account statements (December1-December 31, 2006). The checks and investments were made on behalf of BKI's Qualified SEP/IRA Plan. |
| 13 | Marian Cohen 2001 Residence Trust dated September 20, 2001. |

00053367

2

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 14 | Certificate of Organization of BK Interest, LLC (Filing No. 800389789) dated September 15, 2004; Articles of Organization of BK Interest, LLC. dated September 15, 2004; and Ratification and Consent in lieu of Organizational Meeting of BK Interest, LLC. dated September 15, 2004. |
| 15 | July 10, 2006 Fax cover sheet from James H. Cohen to BLMIS, Attention: Jodi Crupi, Administrator. |
| 16 | In re New Times Securities Services, Inc., 371 F.3d 68 (2d Cir. 2004). |
| 17 | Special Trust's Profit and Loss Statement, by investor, for November 2008 and the 11 months there ended. |
| 18 | May 15th, 2003 letter from BLMIS to the Special Trust; May 16, 2003 letter from James H. Cohen to BLMIS, Attention: Jodi Crupi; undated BLMIS Account Verification Form (with attachment containing 6/30/03 handwritten note drafted by Mr. Cohen |
| 19 | June 24, 2005 letter from Ms. Hellberg to the Special Trust; $100,000 check payable to the Special Trust; Savings withdrawal slip, signed by Ms. Hellberg in the amount of $100,000; Fidelity account statement (June1-June30, 2005); BLMIS account statement (June 30, 2005) reflecting Ms. Hellberg's additional investment with BLMIS. |
| 20 | December 26, 2007 fax transmission from Alan Garfield to James H. Cohen; $50,000 check payable to the Special Trust on behalf of Mr. Garfield; Fidelity account statements (December 1-December 31, 2007 and January 1-January 31, 2008); BLMIS account statement (December 31, 2007) reflecting Mr. Garfield's additional investment with BLMIS. |
| 20(a) | December 26, 2007 fax transmission from Mr. Garfield to James H. Cohen; $25,000 check payable to the Special Trust on behalf of Ms. Tallering-Garfield; Chase Bank statement reflecting $25,000 withdrawal by Mr. Garfield for Ms. Tallering-Garfield's additional investment in BLMIS; Chase Bank statements reflecting Ms. Tallering-Garfield's reimbursement of the $25,000 advance; Fidelity account statements (December 1 - December 30, 2007 and January 1 - January 31, 2008); BLMIS account statement (December 31, 2007) reflecting Ms. Tallering-Garfield's initial investment with BLMIS. |

| EXHIBIT | DESCRIPTION |
|---|---|
| 20(b) | December 26, 2006 fax transmission from Mr. Garfield to James H. Cohen; $50,000 check payable to the Special Trust on behalf of Ms. Hellberg; Chase Bank statement reflecting a $50,000 wire transfer to pay for Ms. Hellberg's additional investment in BLMIS; Chase Bank statement reflecting Ms. Hellberg's reimbursement of the $50,000 advance; Fidelity account statement (December 1-December 31, 2007 and January 1-January 31, 2008); BLMIS account statement (December 31, 2007) reflecting Ms. Hellberg's additional investment in BLMIS; December 27, 2007 letter from Ms. Hellberg to Linda Schoenheimer regarding $50,000 wire transfer and Cohmad Securities Corporation account statement (December 1-December 31, 2007). |
| 21 | $300,000 check from the Residence Trust to the Special Trust; $125,000 check from the Residence Trust to the Special Trust; Fidelity account Statements (April 1-April 30, 2005 and July 1-July 31, 2006); BLMIS account statements (April 30, 2005 and June 30, 2006) reflecting the Residence Trust's investments in BLMIS. |
| 22 | Duplicate BLMIS Monthly Account Statements for the Special Trust (sent to Barry E. Kaufman): September 30, 2003; January - November 2008. |
| 23 | Special Trust - Check Register (2003 - 2008). The Check Register segregates, among other things, deposits, checks, investments, income reinvestment, and balances by each investor-beneficiary. |

# EXHIBIT 1

6

# AGREEMENT AND DECLARATION OF TRUST

**THIS AGREEMENT,** made the 11th day of April, 2003, between and among the undersigned parties, **JAMES H. COHEN** ("Cohen"), as Beneficiary and as Trustee; **MORRIE K. ABRAMSON** ("Abramson"), as Beneficiary; and **BARRY E. KAUFMAN** ("Kaufman"), as Beneficiary, constitutes the parties' Agreement and Declaration of Trust (the "Agreement").

In consideration of the parties' mutual promises and undertakings, as set forth in this Agreement, the undersigned parties agree as follow:

1. **Declaration, Modification and Revocation of Revocable Trust**

    (a)  Cohen, Abramson and Kaufman, respectively, as individuals, hereby create a trust that will hereafter be known as the ***"James H. Cohen Special Trust"*** (the "Trust"), of which they shall each be beneficiaries (the "Beneficiaries").

    (b)  The Beneficiaries hereby designate Cohen as Trustee of the Trust (the "Trustee"), and Cohen hereby agrees to act in that capacity.

    (c)  The respective interests of the Beneficiaries in the assets, profits and losses of the Trust, as of the date hereof, are as set forth in the attached "Exhibit A."

    (d)  Any Beneficiary shall have the right to withdraw from the Trust in whole or in part, at any time, in accordance with Section 4 hereof. New Beneficiaries may be admitted to the Trust, or current beneficiaries may change their interests in the Trust, in accordance with Section 5 hereof.

    (e)  Upon any change in the Trust of a kind described in Section 1(d) hereof, the percentages of ownership, profits and loss set forth in the attached "Exhibit A" (the "Ownership Percentages") shall be recalculated to reflect the relative values of the Beneficiaries' respective interests in the Trust.

    (f)  The Trust shall also be revocable at any time by vote of a majority of the then existing Beneficiaries. Upon revocation of the Trust, the Trustee shall proceed as promptly as possible to liquidate the assets of the Trust, to pay all outstanding obligations of the Trust, and to distribute to the Beneficiaries all assets of the Trust which shall remain. The Trustee may withhold from distribution an appropriate

reserve for the payment of any existing or anticipated obligations whose amount cannot be determined at the time of distribution. Should any obligations of the Trust become known after such distribution has occurred, the Beneficiaries agree to refund to the Trust any or all distributions they have received in proportion to their respective interests in the Trust.

2.    **Obligations of Trustee and Beneficiaries**

(a)    The Trustee, Cohen, will open with the New York broker-dealer organization of Bernard L. Madoff Investment Securities LLC ("Madoff") one or more retail brokerage accounts in the name of the Trust (the "Madoff Account"). In addition, the Trust will open a money market account with Fidelity Investments (the "Fidelity Account"). The Madoff Account and the Fidelity Account are collectively referred to in this Agreement as the "Accounts."

(b)    All Beneficiaries of the Trust will share equally and proportionally in all profits, losses, income and expenses incurred in, or in connection with, the Accounts, to the same extent as if each Beneficiary had an individual account.

(c)    The Madoff Account will be managed by Madoff on a "discretionary" basis, meaning that Madoff may enter orders for the Madoff Account to purchase or sell securities (including options) in the exercise of Madoff's brokerage judgment.

(d)    In all other respects, the Trustee shall have sole authority to act on the Trust's behalf with respect to the Accounts.

(e)    The Beneficiaries agree to provide and/or execute promptly any agreements or disclosures which may be required by Madoff or Fidelity with respect to the Accounts, and to meet any minimum balance and fee requirements in the Accounts.

(f)    Attached are the account authorization documents which the Madoff organization has requested that the Trust execute (Exhibits B and C), and those which have been presented for execution by Fidelity Brokerage Services, LLC ("Fidelity") (Exhibit D). The Beneficiaries hereby authorize Trustee to execute those documents on behalf of the Trust, and to execute any further documents which may be necessary to open or maintain accounts with Madoff and/or Fidelity.

(g) Trustee will instruct Madoff to transmit to the Trustee copies of all confirmations, statements and other documentation for the Accounts, with duplicate copies (if practicable) to each of the Beneficiaries. In the event that Madoff is unable or unwilling to provide such copies directly to the Beneficiaries, the Trustee, upon receipt of those documents from Madoff, will promptly forward copies to all Beneficiaries.

(h) The Trustee and the Beneficiaries agree that Trustee may, and they anticipate that he will open one or more Accounts with Madoff on a "discretionary" basis, that Trustee will authorize Madoff to effect transactions on behalf of the Trust's Account with Madoff, in the exercise of Madoff's business judgment, that Madoff will have no obligation to discuss such transactions with the Trustee before effecting them, and that Madoff may effect such transactions without obtaining the Trustee's, or the Beneficiaries', permission for, or approval of, any such transaction, either before the transaction(s) or after the transaction(s).

(i) The Trustee and the Beneficiaries agree and anticipate that the transactions in the Accounts will involve transactions in options, including puts and calls.

(j) The Beneficiaries understand that securities transactions involve risk, and that the transactions and/or positions in the Account may result in either profits or losses.

(k) The Beneficiaries have been informed by Madoff, (a) that there will be options transactions in the Madoff Account, and that the Account will therefore be a margin account; (b) that despite the margin status of the Account, the Account is not expected to employ "leverage"; (c) that all options transactions in the Account are expected to be either "long" or "covered" (*i.e.,* not "naked"), as well as dollar-for-dollar hedged; and accordingly, (d) that transactions in the Account are not expected to result in margin calls, or in losses which will exceed the amounts invested in the Account. (See Madoff's *"Trading Authorization Limited to Purchase and Sales of Securities and Options,"* which states in relevant part that, "in no event will the losses exceed my investment.")

(l) Nevertheless, should unforeseen events in the Account result in losses or obligations exceeding the value of the cash and securities invested in the Account, the Beneficiaries will mutually indemnify and hold one another and the Trustee harmless from any loss or

liability which might exceed each Beneficiary's respective investment in the Account ("excess losses"). Any such excess losses will be shared among the Beneficiaries in amounts proportional to their respective investments in the Account..

(m)   Each Beneficiary, to the extent of his Ownership Percentage only, agrees to indemnify, defend and hold harmless the Trustee of, from, and against any and all damage, loss, cost and expense of any kind suffered or incurred at any time by the Trustee in connection with the Accounts, and each Beneficiary hereby releases the Trustee from all liabilities and obligations in respect of the Trustee's acts or omissions (excluding only the Trustee's gross negligence, willful misconduct or willful breach of trust) in respect of the Accounts.

(n)   This Agreement does not create a partnership or a joint venture. In no event shall any Beneficiary become responsible for the debts, defaults or liabilities of any of the other Beneficiaries (individually or jointly) with respect to any transaction or business which does not directly arise from the Madoff Account.

3.   **Change of Trustee**

(a)   The Trustee reserves the right to resign as trustee under the Trust created hereby, at any time, by giving written notice to all Beneficiaries. In that event, the Beneficiaries' respective obligations to indemnify, defend, and hold harmless one another, as well as the Trustee, shall survive the Trustee's resignation.

(b)   A majority in interest of the Beneficiaries may at any time, by written agreement or by notice transmitted to the Trustee, to each Beneficiary and to Madoff, designate a new Trustee to replace the existing Trustee. In that event, the current Trustee shall furnish copies to the successor Trustee of all information and documents in his possession pertaining to the Trust. All provisions of this Agreement shall pertain to the successor Trustee.

(c)   Should the Trustee die or become incapacitated, the remaining Beneficiaries shall jointly select a new Trustee, by vote of a majority of their respective Ownership Interests in the Trust.

4.   **Partial or Complete Withdrawals by Beneficiaries**

(a)   All Beneficiaries reserve the right to make partial or complete withdrawals from the Trust. To make a partial or complete

withdrawal, a Beneficiary must give written notice of the intended withdrawal to the Trustee by Federal Express and fax at least 10 business days before the end of the current statement accounting period for the Madoff Account.

(b)    Also upon receipt of such notice, the Trustee shall request that the Trust's accountant make a valuation of the withdrawing Beneficiary's interest, and the accountant's determination, unless promptly objected to by the Trustee or by one of the Beneficiaries, shall be final and binding upon the Trustee and all Beneficiaries.

(c)    As promptly as possible following that valuation, Trustee shall convey funds and/or securities from the Accounts in an amount equivalent to the value of the withdrawing Beneficiary's interest. A majority in interest of the Beneficiaries may authorize the Trustee either, (i) to liquidate securities from the Accounts, or (ii) to convey securities from the Accounts, in order to pay the withdrawing Beneficiary the value of his interest in the Accounts.

(d)    Trustee's withdrawal and disbursement of funds and/or securities from the Madoff Account shall be subject to the provisions of all agreements between Madoff and the Trust, and further subject to all applicable requirements of securities laws and regulations.

(e)    For the Madoff Account's monthly statement accounting period immediately following the withdrawal of funds and/or securities under Sections 4(a) through 4(d) hereof, the Trustee will adjust the Ownership Percentages of all remaining Beneficiaries. The new Ownership Percentages shall be adjusted so that each beneficiary's Ownership Percentage shall be in the proportion of (i) the value of such Beneficiary's investment in the Madoff Account, to (ii) the total value of the entire Madoff Account.

5.    **Contribution by Existing or New Beneficiaries**

(a)    Existing Beneficiaries may make additional contributions to the Trust with the consent of all other existing Beneficiaries and the Trustee.

(b)    New Beneficiaries may be admitted into the Trust with the consent of all existing Beneficiaries and the Trustee.

(c)    In order for additional contributions to be made to the Trust, or additional Beneficiaries admitted, written notice of the proposal must be provided to the Trustee and all existing Beneficiaries by Federal

5

Express and fax, the written consent of all existing Beneficiaries must have been transmitted and received by the Trustee within the same 10-day period, and Madoff must have accepted the newly contributed funds and credited them to the Madoff Account prior to the last business day of the Madoff Account's current monthly statement accounting period.

(d)    For the Madoff Account's monthly statement accounting period immediately following the acceptance of funds under Sections 5(a) through 5(c) hereof, the Trustee will specify the Ownership Percentages of all Beneficiaries. The new Ownership Percentages shall be adjusted so that each Beneficiary's Ownership Percentage shall be in the proportion of (i) the value of such Beneficiary's investment in the Madoff Account, to (ii) the total value of the entire Madoff Account.

(e)    It is the intention, but shall not be the obligation, of Barry E. Kaufman to invest an additional $150,000 in the Accounts prior to twelve (12) months from the date the Accounts are originally opened.

6.    **Accounting Services**

(a)    The Trustee and Beneficiaries shall jointly designate an individual to perform accounting services for the Trust (the "Accountant").

(b)    Barry E. Kaufman is hereby designated as the initial Accountant for the Trust.

(c)    The Accountant will maintain all books and records with regard to the Accounts, and will timely prepare all tax filings in connection with the Accounts. For that purpose, the Accountant has obtained a Tax Identification Number for the Trust, ID 57-6200-338.

(d)    The Accountant will also issue a monthly report to the Beneficiaries, in accordance with the form attached as "Exhibit F."

(e)    The Accountant shall perform accounting services in connection with this Agreement without receiving compensation for those services, but shall be entitled to reimbursement for his reasonable and necessary expenses for clerical support services in performing services under this Agreement. The Beneficiaries, separately, or the Trust shall reimburse the Accountant for these expenses in amounts proportional to their respective investments in the Account.

6

(f)     The Trustee and Beneficiaries have been advised by their current Accountant (*see* attached Exhibit E), (i) that the Trust will be treated for purposes of Federal income tax laws and regulations as a grantor trust, (ii) that U.S. Income Tax Form 1041 will be prepared for the Trust annually, (iii) that a schedule will be attached to the return reflecting the name, address and social security number of each individual beneficiary, allocating among them the income and expenses on which each will be required to pay taxes.  Each Beneficiary will include on his U.S. Form 1040 his respective taxable income from the Trust.

**7.    Expenses of the Trust**

(a)     Trustee shall receive no compensation for acting as Trustee, but shall be reimbursed by each Beneficiary to the extent of such Beneficiary's Ownership Percentage for all reasonable third-party out-of-pocket expenses incurred in connection with the Trust, including any such expenses for accounting or legal services.

(b)     Trustee is hereby authorized to obtain reimbursement for such expenses, either by withdrawing funds from the Accounts or by obtaining checks directly from the Beneficiaries.  The Beneficiaries agree to remit any such payment promptly.

(c)     To facilitate such reimbursement, each Beneficiary will deposit an agreed upon sum into a checking account and/or money market account at Fidelity Investments.  The forms of account agreement currently required by Fidelity, including Fidelity's check writing form, are attached as Exhibit D.

**8.    Notices**

Any notice required or permitted to be given with respect to this Agreement shall be in writing and shall be deemed to have been given at the earlier of (i) when actually received, or (ii) five (5) business days after such notice has been sent, postage prepaid, by First Class, Certified or Registered U.S. mail, addressed as follows:

Beneficiary:        Barry E. Kaufman
                    9121 Briar Forest
                    Houston, Texas 77024
                    (713) 784-7986 (H)
                    (832) 476-3613 (O)
                    (713) 658-0859 (F)

-7-

Beneficiary:    Morrie K. Abramson
                1400 Post Oak Blvd., Suite 808
                Houston, Texas 77056
                (713) 626-1166 (H)
                (713) 965-0900 (O)
                (713) 965-0770 (F)

Beneficiary/
Trustee:        James H. Cohen
                850 Park Avenue, # 7C
                New York, New York 10021-1845
                (212) 249-1459 (H)
                (212) 717-2932 (F)

9.    **Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of New York (without regard to New York's conflict of laws rules).

10.    **Successors**

This Agreement shall bind and benefit the parties hereto and their respective heirs, successors, legal representatives and permitted assigns. Rights and obligations under this Agreement may be assigned *only* with the prior written consent of the Trustee and of all Beneficiaries.

11.    **Counterparts**

This Agreement may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

12.    **Entire Agreement; Amendments**

This Agreement comprises the complete understanding of the undersigned parties with respect to the subject matter hereof and supersedes all other oral or written agreements between them. This Agreement may be amended only by an instrument in writing signed by the Trustee and all Beneficiaries.

13. **Due Diligence**

Each of the undersigned parties has had an opportunity to make "due diligence" inquiries about the prospective Madoff Account, and has made an independent decision to assume the risks involved in trading securities and options in that Account. In addition, each of the undersigned acknowledges that he has received no guarantee of performance or profitability with respect to trading in that Account, or in any other account which may be opened pursuant to this Agreement.

14. **No Broker-Dealer Beneficiary or Trustee**

Each of the undersigned acknowledges that he understands that neither the Trustee nor any of the Beneficiaries is a registered Broker/Dealer or Investment Advisor.

15. **Effective Date**

The Trust Agreement shall become effective when signed by all parties and when funded by the deposits with Madoff of all funds set forth on Exhibit A.

| | |
|---|---|
| JAMES H. COHEN, Beneficiary and Trustee | 4/7/03 |
| | Date |
| MORRIE K. ABRAMSON, Beneficiary | 4/16/03 |
| | Date |
| BARRY E. KAUFMAN, Beneficiary | 4/16/03 |
| | Date |

## EXHIBIT A

| Beneficiary | Ownership Percentage | Original Investment |
|---|---|---|
| James H. Cohen | 36.111% | $650,000.00 |
| Morrie K. Abramson | 36.111% | $650,000.00 |
| Barry E. Kaufman | 27.778% | $500,000.00 |
| | 100.00% | $1,800,000.00 |

FROM :COHEN 850 PARK AVE          FAX NU. :212 fir 2552


**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## EXHIBIT B

**TAX ID # or SOCIAL SECURITY #**

_____  _____  _____

Mr./Mrs./Ms. _____

    **NAME**

    **STREET**

    **CITY**                **STATE**          **ZIP**

    **TEL. NUMBER**         **BUSINESS**         **RESIDENCE**

    WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE
    "KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY
    DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

    RESIDENCE _____

    NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

    EMPLOYER'S ADDRESS _____

    OCCUPATION _____

    BANK REFERENCE AND ADDRESS _____

    OTHER BROKERAGE ACCOUNTS _____

### FOR OFFICE USE ONLY

    ACCOUNT # ASSIGNED _____

    R R.'S ESTIMATE OF CLIENTS NET WORTH _____

    IS CLIENT OVER 21 YEARS OF AGE    YES_____    NO_____

    HOW LONG HAVE YOU KNOWN CLIENT _____

    CLIENT IS CITIZEN OF _____

    APPROVED BY _____

    DATE SENT TO CLIENT

    CORPORATE RESOLUTION _____
    JOINT AGREEMENT _____
    CORPORATE ACCOUNT FORM _____
    CO-PARTNERSHIP FORM _____

FROM :COHEN 850 PARK AVE          FAX NO. :212 717 2932          Apr. 04 2003 07:42PM P3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 13 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign the rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

**7. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**8. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

**9. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**10. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _____.

**11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**12. ARBITRATION DISCLOSURES**

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.



**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 10, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION.  THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects.  Therefore, please check one of the boxes below:

___ Yes, I do object to the disclosure of information.

___ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X)_____          (X)_____
(Customer Signature/date)                 (Customer Signature/date)


_____                 _____
(Customer Address)                        (Account Number)


_____

FROM :COHEN 656 PARK AVE



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-6178

EXHIBIT C

## OPTION AGREEMENT

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.    I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me. I agree to hold the company, its other divisions, and its officers, directors and agents harmless for such loss.

2.    I understand that any option transaction made for any account of mine is subject to the rules, regulations, customs and usages of The Options Clearing Corporation and of the registered national securities exchange, national securities association, clearing organization or market where such transaction was executed. I agree to abide by such rules, regulations, custom and usages and I agree that, acting individually or in concert with others, I will not exceed any applicable position or exercise limits imposed by such exchange, association, clearing organization or other market with respect to option trading.

3.    If I do not satisfy, on a timely basis, your money or security calls, you are authorized in your sole discretion and without notification, to take any and all steps you deem necessary to protect yourself (for any reason) in connection with option transactions for my account including the right to buy and/or sell (including short or short exempt) for my account and risk any part or all of the shares represented by options handled, purchased, sold and/or endorsed by you for my account or to buy for my account and risk any option as you may deem necessary or appropriate. Any and all expenses or losses incurred in this connection will be reimbursed by me.

4.    In addition to the terms and conditions hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the purchase and sale of securities and commodities except to the extent that such other agreements are contrary to or inconsistent herewith.

FROM :COHEN 850 PARK AVE          FAX NO. :212 717 2552          APr. 04 2008 0:.:. .. . .

5.   This agreement shall apply to all puts or call which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.   I have received from the company the most recent risk disclosure documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments". I have read and understand the information contained in these documents.

7.   I understand that you assign exercise notices on a random basis except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED _____          ACCOUNT NO._____

SIGNATURES

(If a Corporation)                               (If Individuals)

_____                  _____
(Name of Corporation)

By_____                _____
                                          (Second Party if Joint Account)

Title_____             (If a Partnership)

                                          _____
                                          (Name of Partnership)

        SEAL

                                          By_____
                                          (A Partner)

FROM :COHEN 850 PARK AVE          FAX NO. :212 717 2952          APR. 04 2003 01:44PM P5

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Congress has mandated that all interest and dividend payers including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payer) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number. If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payer is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

Even if you have already provided this information it is required by the IRS that all information requested below be provided again.

Thank you for your cooperation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

### SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): _____          Taxpayer Identification Number.

_____          _____

Name: _____

Address: _____

(Signature) _____
"Under penalties of perjury, I certify that the number shown
On this form is my correct Taxpayer Identification Number"

Please fill in your name, address, taxpayer identification number, and sign above.

FRUM :COHEN 850 PARK AVE                FAX NO. :212 717 2932            Apr. 04 2003 07:44AM P3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO PURCHASES
## AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

    The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

    In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.    All purchases, sales or trades shall be executed strictly in accordance with the established trading authorization directive.

    The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

    This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

    This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation.  This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated,_____

_____    _____
(City)             (State)

Very truly yours, _____
(Client Signature)

Signature of Authorized Agent: _____

FROM : COHEN 850 PARK AVE          FAX NO. :212 717 2502

## EXHIBIT D

### Trust – Fidelity Account™ Application
**$2,500 minimum to open account**

## 1 ACCOUNT SETUP

**Account Owner**

| | / / | | |
|---|---|---|---|
| Name of Trust | Date of Trust | For the benefit of | Tax Identification (or Social Security Number) |

**Address and Phone Number: Permanent street address is required.**

Permanent Street Address (no P.O. Boxes) _____

Mailing Address
(if different from above) _____ City _____ State ____ Zip ____

Home Phone ( ) _____ Work Phone ( ) _____

E-mail _____
Trustee-1 _____ Trustee-2 _____

## 2 REQUIRED INFORMATION

| | Trustee-1 | Trustee-2 |
|---|---|---|
| Trustee Name (First, MI, Last): | | |
| Date of Birth (Month/Day/Year): | __ / __ / __ | __ / __ / __ |
| Social Security Number: | | |
| Citizenship   Country of citizenship: | ☐U.S. ☐Other | ☐U.S. ☐Other |
| Country of tax residence: | ☐U.S. ☐Other | ☐U.S. ☐Other |
| Employment Status: | ☐Employed ☐Retired ☐Not employed | ☐Employed ☐Retired ☐Not employed |
| Occupation: (if retired or not employed, indicate source of income) | | |
| Employer's Name and Address: | | |

**Affiliations:**

■ Are you affiliated with or employed by a stock exchange or member firm of an exchange or the NASD, a municipal securities broker-dealer, or by Fidelity?

☐ Yes, with _____ (see instructions)    ☐ Yes, with _____ (see instructions)

■ Are you a "control person" or "affiliate" of a public company as defined in SEC Rule 144? This would include, but is not necessarily limited to, 10% shareholders, policy-making executives, and members of the Board of Directors.

☐ Yes. Trading symbol: _____   Company: _____    ☐ Yes. Trading symbol: _____   Company: _____

## 3 FINANCIAL PROFILE OF TRUST

**Investment Objective**
See supplemental information booklet for descriptions (choose up to two)
- ☐₁ Preservation of Capital
- ☐₂ Income
- ☐₃ Aggressive Income
- ☐₄ Growth
- ☐₅ Speculation

**Annual Income**
(from all sources)
- ☐₁ Under $20,000
- ☐₂ $20,000–$50,000
- ☐₃ $50,001–$100,000
- ☐₄ Over $100,000

**Estimated Net Worth**
(excluding residence)
- ☐₁ Under $30,000
- ☐₂ $30,000–$50,000
- ☐₃ $50,001–$100,000
- ☐₄ $100,001–$300,000
- ☐₅ Over $300,000

**Estimated Liquid Net Worth**
- ☐₁ Under $15,000
- ☐₂ $15,000–$50,000
- ☐₃ $50,001–$100,000
- ☐₄ $100,001–$500,000
- ☐₅ Over $500,000

**Federal Tax Bracket**
- ☐₁ < 15%
- ☐₂ 25%–27½%
- ☐₃ > 27½%

## 4 CORE ACCOUNT

## 5 FUNDING YOUR ACCOUNT

**By Check**

☐ I have enclosed a check for $_____ made payable to National Financial Services LLC, to be deposited to my core account.

☐ Please purchase a mutual fund(s) as indicated below. I understand the fund(s) can only be purchased consistent with its prospectus and after my check has been deposited in my core account. I have read the prospectus for this fund.

Fund Family and Fund Name _____

Fund Symbol _____ $_____
Generally $2,500 initial purchase minimum*

Fund Family and Fund Name _____

Fund Symbol _____ $_____
Generally $2,500 initial purchase minimum*

*Fidelity fund minimums are generally $2,500. Higher minimums apply for Fidelity index funds, municipal bond funds and some money market funds; see prospectus for more information. For non-Fidelity funds see prospectus for minimums.

FROM COHEN 650 PARK AVE                    FAX NO. 212 717 2502              Apr. 04 2003 07:40PM P11

## Transfer from Existing Fidelity Account

☐ I am transferring all shares or positions from my non-retirement mutual fund or Fidelity Account(s), as follows:

Fidelity Account Number:

### Transfer from Other Firm

☐ I am transferring money or securities from another firm and have included a Fidelity Account Transfer form (see attached form).

### Depositing Certificates

☐ I am depositing _____ appropriately endorsed certificates.
(number of)

## 6 OVERDRAFT PROTECTION AND MARGIN CREDIT

☐ Check here to be considered for margin borrowing.

## 7 ACTIVE TRADER SERVICES

Check below to be considered for our active trader services and discounted commissions if you plan on trading at least 36 times over a rolling 12-month period and will have at least $30,000 in assets at Fidelity.

I plan to trade ☐ 36-71 times  ☐ 72-239 times  ☐ 240(+) times

## 8 ACCOUNT FEATURES

By selecting the features below, I acknowledge I have read and agree to the terms set forth in the Customer Agreement.

### Cash Management Features

Mutual Fund Distributions: All distributions from mutual funds held in your account will be reinvested in the fund unless you check here. ☐

### Fidelity Money Line®

☐ Yes, I wish to establish Money Line. A voided check from my bank is attached to this application.

### Checkwriting

☐ Yes, I wish to establish checkwriting. Sign and attach the checkwriting signature card located on the last page of this booklet and return with this application.

### Fidelity BillPay™

☐ Yes, I wish to establish BillPay. I understand that if I do not have or maintain a balance of $30,000 across accounts, a monthly fee for this service may be assessed.

### Additional Information and forms are available at Fidelity.com for the following account features.

Also available with a $2,500 minimum balance in your account:
• Direct Deposit
• Fidelity Automatic Account Builder®
• Bank Wire

Available with a $5,000 minimum balance in your account:
• Fidelity Debit Card

Available with a $30,000 minimum balance in your account:
• Fidelity AccessLine®

## 9 SIGNATURE

Each owner and trustee must READ the separate Customer Agreement and SIGN this section in ink.

On behalf of the Trust, I hereby request Fidelity Brokerage Services LLC and National Financial Services LLC (collectively "Fidelity" or "you") to open a Fidelity Account in the name of the Trust listed as account owner on this application. The Trustees hereby certify the following:

• You have the authority to accept orders and other instructions relative to the Trust accounts identified herein from those individuals or entities listed in Section 2. They may execute any documents on behalf of the Trust which you may require. By signing this form, the Trustee(s) hereby certify(s) that you are authorized to follow the instructions of any Trustee and to deliver funds, securities, or any other assets to the Fidelity Account to any Trustee or on any Trustee's instructions, including delivering assets to a Trustee personally. Fidelity, in its sole discretion and for its sole protection, may require the written consent of any or all Trustees prior to acting upon the instructions of any Trustee.
• There are no other Trustee(s) of the Trust other than those listed in Section 2.
• Should only one person execute this agreement, it shall be a representation that the signer is the sole Trustee. Where applicable, plural references in this certification shall be deemed singular.
• We, the Trustee, have the power under the Trust and applicable law to enter into the transactions and issue the instructions that we make in this account. Such power may include, without limitation, the authority to buy, sell (including short sales), exchange, convert, tender, redeem and withdraw assets (including delivery of securities in and from the account) and to trade securities on margin or otherwise (including the purchase and/or sale of option contracts) for and at the risk of the Trust. We understand that all orders and transactions will be governed by the terms and conditions of all other account agreements applicable to this account.
• We, the Trustees, jointly and severally, indemnify you and hold you harmless from any claim, loss, expense or other liability for effecting any transactions, and acting upon any instructions given by the Trustees. We, the Trustees, certify that any and all transactions effected and instructions given on this account will be in full compliance with the Trust.
• We, the Trustees, agree to inform you in writing of any change in the composition of the Trustees, or any other event which could alter the certifications made above.
• We, the Trustees, agree that any information we give to Fidelity on this account will be subject to verification, and we authorize you to obtain a credit report about me (any of us) individually at any time. Upon written request, Fidelity will provide the name and address of the credit reporting agency used.
• I acknowledge that I have read, understood, and agree to be bound by the terms and conditions set forth in the Customer Agreement as are currently in effect and as may be amended from time to time. I am at least 18 years of age and of full legal age in the state in which I reside. I understand that, upon Issuer's request in accordance with applicable rules and regulations, you will supply my name to Issuers of any securities held in my account so I might receive any important information regarding them, unless I notify you in writing not to do so.
• I understand that this Customer Agreement and its enforcement shall be governed by the laws of the Commonwealth of Massachusetts. It shall cover individually and collectively all accounts which I may open or reopen with Fidelity. It shall inure to the benefit of Fidelity's successors and assigns, whether by merger, consolidation, or otherwise. Fidelity may transfer my account to your successors and assigns, and this Agreement shall be binding upon my heirs, executors, administrators, successors, and assigns.
• I hereby authorize Fidelity, upon receiving instructions from me, to make payments of amounts representing redemptions by me or distributions payable to me by initiating credit or debit entries to the bank account "Bank" indicated on the attached "voided" check. I authorize and request Bank to accept such entries from Fidelity and to credit or debit, as indicated, my account at the Bank in accordance with these entries. I understand that Fidelity will not be liable for any loss, expense, or cost arising out of my instructions provided that it institutes reasonable procedures to prevent unauthorized transactions. I acknowledge that this authorization may only be reviewed by providing written notice of revocation to Fidelity. In such time and manner as afford Fidelity and Bank a reasonable opportunity to act upon it.
• If I am a U.S. person, I certify under penalties of perjury that: (1) I am a U.S. person (including a U.S. resident alien) and the Social Security or taxpayer identification number provided above is correct; and (2) I am not subject to IRS backup withholding because (a) I am exempt from backup withholding; or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) I have been notified by the IRS that I am no longer subject to backup withholding. (Cross out item 2 if it does not apply to you.) If I am not a U.S. person, and I am submitting IRS Form W-8 BEN, Certificate of Foreign Status of Beneficial Owner for United States Tax withholding, with this form to certify my foreign status and, if applicable, claim tax treaty benefits.
• The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.
• The following clause referring to trading of securities applies only to those accounts eligible and approved for margin. I understand that UGMA/UTMA, estate, and other non-trust fiduciary accounts cannot use margin. I hereby authorize Fidelity to lend, hypothecate, or re-hypothecate, separately, or with the property of others, either to yourselves or to others, any property you may be carrying for me on margin. This authorization applies to all my accounts you carry and shall remain in force until you receive written notice of revocation at your main office in Boston, MA.
• This account is governed by a predispute arbitration clause, which is found in Section 18 of the Customer Agreement. I acknowledge receipt of the predispute arbitration clause.

SIGNATURE OF TRUSTEE-1                              Date (month, day, year)

X

SIGNATURE OF TRUSTEE-2                              Date (month, day, year)

X

Fidelity Investments is a registered trademark owned by FMR Corp. Accounts are carried

| For Fidelity Use Only | ☐ Cash | ☐ Margin | ☐ ATP |
|---|---|---|---|
| Account # Assigned | Reg. Rep. Signature | | Date |
| Approving Manager's Signature | | Date | |

## Checkwriting for Non-Retirement Business/Trust/Fiduciary Fidelity Accounts

**Customer Information:**

Name of Business/Trust _____    Social Security or TIN ___ - ___ - ___

Brokerage:
or
Mutual Fund: _____
              Fund Name          Mutual Fund Account Number

Evening Phone: ( _____ ) _____ - _____

Daytime Phone: ( _____ ) _____ - _____

Use this form to add checkwriting to the following Fidelity account registrations: Business/Trust/Partnerships/Sole-Proprietorship/Conservator/Guardian/Church or Religious Order/Unincorporated Association/Investment Club/Estate.

**Complete the Customer Information section above and the signature card.** Make sure the address you have on file with Fidelity is correct, as checkbooks will be sent to your record address. To update your address, visit us at **Fidelity.com.**

Checking activity will be reported on your statement, and canceled checks will not be returned. If you need a check copy, call us or request a copy at our Web site (a fee may apply).

**For Brokerage Accounts:** A minimum account balance is required. You may further personalize the information appearing on your checks by completing Section I.

**For Mutual Fund Accounts:** Checkwriting is available only for money market funds and certain bond funds, and most funds have a $500 minimum on checks. Refer to the prospectus to be sure your fund offers checkwriting. Your name and address will be printed on the checks.

Note that for bond funds, the share price and your account balance may change daily. If unsure, verify your balance prior to writing a check, and leave a sufficient amount to cover possible price changes. Check redemptions from bond funds are reportable events for tax purposes.

If you have any questions, call us at 800-544-6666.

Return the completed form to: Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0002

*Please continue* →

---

**Fidelity Investments®**

## Signature Card for Checkwriting

Do not detach this card. Use a blue or black pen, and print clearly in CAPITAL LETTERS.

This card supersedes any signature card    This card provides additional signers
already on file for the same account.       to this account.

Indicate the number of signatures required to honor a check. If no box is checked, one signature will be required.

☐ One signature    ☐ Two signatures (for business accounts only)

| For Fidelity use only |
| --- |
|  |

Account Number: Brokerage _____    or Mutual Fund _____

Print Names _____    Signature _____    Date _____

Authorized Person

FROM :COHEN 850 PARK AVE          FAX NO. :212 717 2932          Apr. 04 2003 07:46PM P13

## 1  BROKERAGE ACCOUNT CHECK PERSONALIZATION

Your name and address will be printed on checks, but you may customize them with the following options:

- ☐ Name(s) Only
- ☐ Name(s), Address, and Daytime Telephone Number
- ☐ Name(s), Address, and Evening Telephone Number

**Important Reminders:**

- All owners must complete the signature card. Print your name(s) at left, and sign within the box(es) to the right.
- For UGMA/UTMA accounts only the custodian should sign.
- For business accounts all authorized persons should sign.

## 2  DOCUMENTATION TO ADD OR CHANGE A SIGNATURE

Please provide the following documentation in order to add or change an individual(s) checkwriting privileges:

**Business Accounts**

- ☐ Certified Copy of the Corporate Resolution, dated within 60 days documenting new signers
- ☐ Signature Guarantee of an Officer other than new signers

**Trust Account**

- ☐ Signature Guarantee of current trustee
- ☐ Trust Certification of Investment power form

**Fiduciary**

- ☐ Signature guarantee of person authorized to act on behalf of the account.
- ☐ Documentation authorizing the person to sign on behalf of the account. If you are unsure, call Fidelity for instructions.



**Fidelity Investments®**

PO Box 770001, Cincinnati, OH 45277-0002
Fidelity Distributors Corporation
Fidelity Brokerage Services LLC, Member NYSE, SIPC.

316324

U.120-SCP-0201
1.753019.101

By signing this signature card on the reverse side, the signatory(ies) agree(s) to be subject to the terms and conditions, guidelines, and rules applicable to your account as now in effect and as amended from time to time, of the fund(s), and of UMB Bank, N.A. ("the Bank"), as they pertain to the use of redemption checks; therefore, all registered owners must sign this signature card. All checks will require only one signature unless otherwise indicated on the face of this card. Each signatory guarantees the genuineness of the other's signature on this card.

The Bank is hereby appointed agent by the account holders signing this card and, as such agent, is directed to request redemption of shares of such Fidelity fund(s) or cash in the core account as designated by the account holders from time to time, and as recorded on Fidelity's records, upon receipt of, and to the amount of, checks drawn upon this account(s). In so acting, the Bank shall be liable only for its own negligence. Account holders will be subject to the Bank's rules, regulations and associated laws governing check

It is further agreed as follows for mutual fund accounts:

1. All items, with the exception of those drawn on Spartan® money market funds and Fidelity Municipal Money Market Fund, must be for a minimum of $500 (or such other minimum amounts as may from time to time be established upon prior written notice to the shareholders, including the accounts of Spartan money market funds and Fidelity Municipal Money Market Fund), or they may be returned to the shareholders marked "Refer to Maker."

2. This card supersedes any card already on file for the same T Master Account, fund, or account number.

3. Refer to the fund prospectus for minimum check amounts and any applicable fees.

4. You may obtain a copy of the "Statement of Terms and Conditions" applicable to your account by calling Fidelity.

*EXHIBIT E*                                                    *Page 1 of 1*

## Jim Cohen

**From:**    "Kaufman, Barry" <Barry.Kaufman@GT.com>
**To:**      "James Cohen" <jcohen49@nyc.rr.com>
**Cc:**      "Morrie Abramson" <morrie@morrieabramson.com>
**Sent:**    Tuesday, March 11, 2003 12:53 PM
**Subject:** Tax Treatment of Madoff Investment

You asked that I advise you of how the income/expense for tax purposes would be handled with respect to the Madoff Investment.

Jerry Paine, tax director at Grant Thornton, and I reviewed the tax treatment of the income and expense as well as the tax return required and determined the following:

A grantor trust, U.S. Income Tax Form 1041 will be prepared annually.

The return will indicate that all income/expense is taxed to the individual grantors/beneficiaries.

A scheduled will be attached to the return reflecting the name, address and social security number of each grantor/beneficiary and the income allocated to each.

Each individual/beneficiary will include on his individual tax return, U. S. Form 1040, his respective amounts.

If you or your tax advisor need additional information, please give me or Jerry a call.

Barry Kaufman
333 Clay, Suite 2700
Houston, Texas 77002
832-476-3613

EXHIBIT F

James H Cohen Special Trust

Madoff P & L For The Month of _____

| Beneficiary | Ownership % | Original Investment | Current Month | YTD | Current Value |
|---|---|---|---|---|---|
| James H Cohen | 36.111 | $ 650,000.00 | | | |
| Carrie K. Abramson | 36.111 | 650,000.00 | | | |
| Larry E. Kaufman | 27.778 | 500,000.00 | | | |
| | 100.000 | $1,800,000.00 | $ (+- $0) | $ (+- $0) | $ (+- $0) |

# EXHIBIT 1A

# First Amendment to the James H. Cohen
## Special Trust Agreement and Declaration of Trust

**THIS IS THE FIRST AMENDMENT**, dated December 17, 2004, to the James H. Cohen Special Trust Agreement and Declaration of Trust entered into on April 11, 2003 by, between and among James H. Cohen (the "Trustee" and an "Original Beneficiary"), Morrie K. Abramson, and Barry E. Kaufman (individually referred to herein as an "Original Beneficiary," and collectively referred to herein as the "Original Beneficiaries").

## WITNESSETH:

**WHEREAS**, the Trustee and the Original Beneficiaries had entered into an Agreement and Declaration of Trust, dated April 11, 2003 (the "Trust Agreement"), pursuant to which a trust known as the John H. Cohen Special Trust (the "Trust") was created, and such Trust Agreement and Trust are in full force and effect;

**WHEREAS**, pursuant to Section 7-1.17(b) of the New York Estates Powers and Trusts Law (the "EPTL"), and Paragraph 12 of the Trust Agreement, the Trustee and Original Beneficiaries desire to amend this Trust Agreement as set forth below in anticipation of admitting additional beneficiaries, referred to herein as "New Beneficiaries" (each of the beneficiaries under the Trust Agreement, whether an Original Beneficiary or a new New Beneficiary, shall be referred to herein individually as a "Beneficiary," and collectively as "Beneficiaries");

**WHEREAS**, the Original Beneficiaries will retain full voting and consent rights under the Trust Agreement, and the New Beneficiaries shall have no voting or consent rights except with respect to their own additional contributions and withdrawal from the Trust, upon the terms and conditions set forth herein;

**WHEREAS**, pursuant to Paragraph 5(b), the Trustee and Original Beneficiaries desire to admit Robyn C. Berniker, Alan D. Garfield, Marion Garfield and Erin M. Hellberg as New Beneficiaries, conditioned upon satisfaction of all requirements under the Trust Agreement as amended herein, with the limited voting rights set forth herein, and to accept their respective $125,000 initial contributions;

**NOW THEREFORE**, in consideration of the premises and mutual covenants contained in this First Amendment, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

1. All references in Sections 1(a), (b), the first sentence of 1(f), 3(c), 4(b), 5(a), 6(a), 10 and 12 of the Trust Agreement to "beneficiary" or "beneficiaries" are hereby replaced with references to "Original Beneficiary" or "Original Beneficiaries." In the event of the death of an Original Beneficiary, the term "Original Beneficiary," as used in the Trust Agreement, this First Amendment, and amendment hereafter, shall refer to the heirs of such Original Beneficiary.

322A31B

2.   The first sentence of Section 3(b) of the Trust Agreement is replaced in its entirety by the following language: "A majority in interest of the Original Beneficiaries may, at any time, by written agreement or by notice transmitted to the Trustee, to each Beneficiary and to Madoff, designate a new Trustee to replace the existing Trustee.

3.   The second sentence of Section 4(c) of the Trust Agreement is replaced in its entirety by the following language: "A majority in interest of the Original Beneficiaries may authorize the Trustee either, (i) to liquidate securities from the Accounts, or (ii) to convey securities from the Accounts, in order to pay the withdrawing Beneficiary the value of his interest in the Accounts."

4.   The language in Section 5(b) of the Trust Agreement is replaced in its entirety with the following: "New Beneficiaries may be admitted into the Trust with the consent of all existing Original Beneficiaries and the Trustee."

5.   The language in Section 5(c) of the Trust Agreement is replaced in its entirety with the following language:

> In order for additional contributions to be made to the Trust or additional Beneficiaries admitted, written notice of the proposal must be provided to the Trustee and all existing Beneficiaries by fax, prepaid overnight courier service or e-mail, the written consent of all existing Original Beneficiaries must have been transmitted and received by the Trustee within the same 10-day period, and Madoff must have accepted the newly contributed funds and credited them to the Madoff Account prior to the last business day of the Madoff Account's current monthly statement accounting period.

6.   New Beneficiaries will have the same rights as the Original Beneficiaries to withdraw from the Trust pursuant to Section 4(a) of the Trust Agreement, and to participate in the profits and losses of the Trust in accordance with their respective Ownership Percentages as set forth in Exhibit A of the Trust Agreement, as amended by the Trustee. A majority of the Original Beneficiaries may, at any time, upon notice to a New Beneficiary, with a copy to the Trustee and all other Beneficiaries, remove such New Beneficiary or compel such New Beneficiary to reduce his or her contribution amount to the Trust. The Trustee is authorized to take such action, and execute such documents, as the Trustee deems are reasonable or necessary to effectuate the removal or reduction, as the case may be

7.   The Trustee reserves the right to modify and update the Exhibit F referred to in Section 6(d) of the Trust Agreement from time to time without the consent of the Beneficiaries, and will distribute a copy of Exhibit F upon each revision to the Beneficiaries.

322A31B                                    -2-

8.    The following new language is hereby added to Section 7 of the Trust Agreement:

(d) Each New Beneficiary shall be responsible for all administrative, professional and/or legal fees incurred by the Trust in connection with such New Beneficiary's admission,. The minimum fee payable by each New Beneficiary shall be one thousand five hundred dollars ($1,500) which shall, defray, to the extent it exceeds actual costs of admission, the expense incurred by the Trust in the preparation of the original Trust Agreement and in the implementation the Trust provisions. Any amount in excess of actual costs shall be distributed by the Trust to the Original Beneficiaries in proportion to their initial Ownership Percentages under the Trust Agreement. If such fee is not paid by the New Beneficiary upon admission to the Trust, the Trustee is authorized to deduct such amount from the contribution(s) made to the Trust by such New Beneficiary, and any accrued profits on such contribution(s).

9.    Any amendment approved by the Original Beneficiaries under Section 12 of the Trust Agreement shall be null and void to the extent that such amendment impairs or nullifies the New Beneficiaries' rights hereunder unless all New Beneficiaries have agreed to such amendment.

10.    The following language is added to Section 14 of the Trust Agreement:

Each Beneficiary hereunder represents and warrants that he or she has not received, and will not receive, any finders fee or any other consideration, directly or indirectly, for the admission of any Beneficiary under this Trust Agreement or any contribution or other transaction in connection with the Trust Agreement or the Madoff Account. No Beneficiary may act as a broker-dealer with respect to any of the Trust's investments or capital contributions. Any Beneficiary who receives any such fee or other consideration in contravention of this Section shall be removed as a Beneficiary from the Trust, upon the Trustee's delivery of notice of removal to the Beneficiary, and the removed Beneficiary shall forfeit such fee to the Trustee to be distributed to those of the Original Beneficiaries who did not receive such wrongful fee, in proportion to their initial Ownership Percentages under the Trust Agreement. If such fee is not paid over to the Trustee upon demand, the Trustee is authorized to deduct such amount from the

322A31B                                    -3-

contribution(s) made to the Trust by such Beneficiary,
and any accrued profits on such contribution(s).

11.    The Trustee is hereby authorized, without the consent of the Beneficiaries, to update Exhibit A of the Trust Agreement as necessary to reflect the admission and withdrawal of beneficiaries, changes in the respective Ownership Percentages of each Beneficiary upon such admission or withdrawal of a Beneficiary, or as otherwise required, and to distribute a copy of each such updated Exhibit A to all of the Beneficiaries.

12.    The method of delivery of any notice under the Trust Agreement is hereby modified to delivery by fax, prepaid overnight courier service or e-mail. Notice shall no longer be required to be delivered by fax and Federal Express.

13.    Robyn C. Berniker, Alan D. Garfield, Marion Garfield and Erin M. Hallberg are hereby admitted under the Trust Agreement, as amended herein, as New Beneficiaries, effective upon the full satisfaction by each such New Beneficiary of the following pre-conditions set forth in Section 5 of the Trust Agreement and in this First Amendment no later than the close of business on December 31, 2004:

(a)    Written notice of all the proposed admissions and additional contributions has been provided to the Trustee and to all Original Beneficiaries by fax, overnight courier service or e-mail, and the written consent of all Original Beneficiaries is transmitted and received by the Trustee no more than ten (10) days from the date that the Original Beneficiaries received the written notice;

(b)    All Original Beneficiaries have consented to the admission of the New Beneficiaries by executing this First Amendment, and delivered an original executed copy of this First Amendment to the Trustee;

(c)    The New Beneficiaries, by their execution of this First Amendment, agree to their admission to the Trust in accordance with the Trust Agreement as amended herein, and to be bound by the terms and conditions of the Trust Agreement as amended herein and hereafter;

(d)    The New Beneficiaries deliver an executed original copy of this First Amendment to the Trustee;

(e)    Each New Beneficiary contributes one hundred twenty five thousand dollars ($125,000) to the Trust;

(f)    Bernard L. Madoff Securities, LLC ("Madoff") accepts each such initial contribution and credits it to one or more retail brokerage accounts in the name of the Trust (the "Madoff Account") prior to the last business day of the Madoff Account's current monthly statement accounting period but no later than December 31, 2004.

If the pre-conditions set forth in this Section 13 of the First Amendment are not fully satisfied by a proposed New Beneficiary, such New Beneficiary shall not be admitted to the Trust as a Beneficiary, and the Trustee will promptly return to such New Beneficiary the amount of his

contribution (adjusted for profits or losses incurred on the contribution if it has been credited to a Trust Account).

14.  Robyn C. Berniker, Alan D. Garfield, Marion Garfield and Erin M. Hallberg may invest up to eight hundred thousand dollars ($800,000) in the aggregate over and above their agreggated initial contributions without the approval of the Original Beneficiaries or the Trustee. Any of these New Beneficiaries seeking to contribute in excess of the $800,000 aggregated amount must give thirty days' prior written notice of such contribution to the Trustee and the Original Beneficiaries, and must obtain the approval of the Trustee and all of the Original Beneficiaries for such contribution. The Trustee and the Original Beneficiaries may withhold their consent in their sole discretion. The Trustee has sole discretion in resolving any dispute among the New Beneficiaries with respect to additional contributions. The Trustee's decision in any such dispute shall be binding and final.

15.  The New Beneficiaries, jointly and severally, shall pay to the Trustee the fees required under Paragraph 7 of this Trust Agreement, as amended herein, but shall not be required to pay a minimum admission fee in excess of $1,500 in total.

16.  Notices under the Trust Agreement may be delivered to the New Beneficiaries at the following addresses, fax numbers and/or e-mail addresses:

> Robyn C. Berniker
> 7 Clearmeadow Court
> Woodbury, New York 11797
> (516) 692-5863 (F)
> berniefish@aol.com

> Alan D. Garfield
> 675 Third Avenue, Suite 1606
> New York, New York  10017
> (212) 661-0333 (O)
> (212) 661-9425 (F)
> adggizmo@aol.com

> Marion Garfield
> ISO East 69th Street, Apt. 20P
> New York, New York 10021
> (212) 517-7761 (F)
> mbgecho@aol.com

> Erin M. Hellberg
> 5 Galleine
> Commack, New York 11725
> (516) 543-5575 (F)
> troysmom@optonline.net

17.  Except as specifically amended herein, the parties hereto ratify and confirm all provisions of the Trust Agreement.

322A31B                                    -5-

18.    This First Amendment may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

**IN WITNESS WHEREOF,** the parties hereto have entered into this First Amendment to be effective on the date first above written.

_____
JAMES H. COHEN
Trustee and Original Beneficiary

_____
MORRIE K. ABRAMSON
Original Beneficiary

_____
BARRY E. KAUFMAN
Original Beneficiary

ACCEPTED AND AGREED TO:

_____
ROBYN C. BERNIKER
New Beneficiary

_____
ALAN D. GARFIELD
New Beneficiary

_____
MARION GARFIELD
New Beneficiary

_____
ERIN M. HELBERG
New Beneficiary

322A31B                                    -6-


STATE OF NEW YORK )
                        : ss.:
COUNTY OF NEW YORK )

      On this ____ day of December, 2004, before me personally came JAMES H. COHEN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


                                                  _____
                                                  Notary Public


STATE OF TEXAS )
                      : ss
COUNTY OF _____ )

      On this ____ day of December, 2004, before me personally came MORRIE K. ABRAMSON, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


                                                    _____
                                                  Notary Public


STATE OF TEXAS )
                      : ss
COUNTY OF _____ )

      On this ____ day of December, 2004, before me personally came BARRY E. KAUFMAN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


                                                    _____
                                                  Notary Public

STATE OF NEW YORK        )
                         : ss
COUNTY OF _____      )


On this ____ day of December, 2004, before me personally came ROBYN C. BERNIKER, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


_____
Notary Public


STATE OF NEW YORK        )
                         : ss
COUNTY OF NEW YORK       )


On this ____ day of December, 2004, before me personally came ALAN D. GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


_____
Notary Public


STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )


On this ____ day of December, 2004, before me personally came MARION GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


_____
Notary Public


322A31B                            -8-

STATE OF NEW YORK          )
                          : ss
COUNTY OF NEW YORK  )


On this ____ day of December, 2004, before me personally came ERIN M. HELLBERG, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.


_____

Notary Public

322A31B                                    -9-

18.    This First Amendment may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

**IN WITNESS WHEREOF**, the parties hereto have entered into this First Amendment to be effective on the date first above written.

_____
JAMES H. COHEN
Trustee and Original Beneficiary


_____
MORRIE K. ABRAMSON
Original Beneficiary


_____
BARRY E. KAUFMAN
Original Beneficiary


ACCEPTED AND AGREED TO:


_____
ROBYN C. BERNIKER
New Beneficiary


_____
ALAN D. GARFIELD
New Beneficiary


_____
MARION GARFIELD
New Beneficiary


_____
ERIN M. HELBERG
New Beneficiary


322A31B                         -6-

STATE OF NEW YORK          )
                          : ss.:
COUNTY OF NEW YORK        )

On this __22__ day of December, 2004, before me personally came JAMES H. COHEN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

JUDITH ROACH
Notary Public, State of New York
No. 01RO4859286
Qualified in Queens County
Commission Expires May 12, 2000

_____
Notary Public

STATE OF TEXAS            )
                          : ss
COUNTY OF _____       )

On this ____ day of December, 2004, before me personally came MORRIE K. ABRAMSON, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

STATE OF TEXAS            )
                          : ss
COUNTY OF _____       )

On this ____ day of December, 2004, before me personally came BARRY E. KAUFMAN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

322A31B                    -7-

18.   This First Amendment may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

   IN WITNESS WHEREOF, the parties hereto have entered into this First Amendment to be effective on the date first above written.


_____
JAMES H. COHEN
Trustee and Original Beneficiary

*Morrie K. Abramson*
_____
MORRIE K. ABRAMSON
Original Beneficiary


_____
BARRY E. KAUFMAN
Original Beneficiary


ACCEPTED AND AGREED TO:


_____
ROBYN C. BERNIKER
New Beneficiary


_____
ALAN D. GARFIELD
New Beneficiary


_____
MARION GARFIELD
New Beneficiary


_____
ERIN M. HELBERG
New Beneficiary

PAGE 05/05

FROM :COHEN 630 PARK AVE          FAX NO. :212 717 2932          Dec. 20 2004 11:49PM P5

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

On this ____ day of December, 2004, before me personally came JAMES H. COHEN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

STATE OF TEXAS           )
                         : ss
COUNTY OF Harris         )

On this 31st day of December, 2004, before me personally came MORRIE K. ABRAMSON, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

D. CHARLENE FLOYD
Notary Public, State of Texas
My Commission Expires 01-14-2008

Charlene Floyd
_____
Notary Public

STATE OF TEXAS           )
                         : ss
COUNTY OF _____   )

On this ____ day of December, 2004, before me personally came BARRY E. KAUFMAN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

322A31B                        -7-

18.   This First Amendment may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

IN WITNESS WHEREOF, the parties hereto have entered into this First Amendment to be effective on the date first above written.

_____
JAMES H. COHEN
Trustee and Original Beneficiary

_____
MORRIE K. ABRAMSON
Original Beneficiary

_____
BARRY E. KAUFMAN
Original Beneficiary

ACCEPTED AND AGREED TO:

_____
ROBYN C. BERNIKER
New Beneficiary

_____
ALAN D. GARFIELD
New Beneficiary

_____
MARION GARFIELD
New Beneficiary

_____
ERIN M. HELBERG
New Beneficiary

322A31B

-6-

STATE OF NEW YORK     )

               : ss.:

COUNTY OF NEW YORK )

       On this _____ day of December, 2004, before me personally came JAMES H. COHEN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

                                     _____

                                       Notary Public

STATE OF TEXAS         )

               : ss

COUNTY OF _____ )

       On this _____ day of December, 2004, before me personally came MORRIE K. ABRAMSON, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

                                         _____

                                       Notary Public

STATE OF TEXAS         )

               : ss

COUNTY OF *HARRIS* )

       On this *21* day of December, 2004, before me personally came BARRY E. KAUFMAN, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

                                       Notary Public

Lynn A Fontenot
My Commission Expires
April 28, 2008

18.    This First Amendment may be executed in two or more counterparts, each of which shall be binding on the party executing it, and all of which together shall constitute a single agreement.

**IN WITNESS WHEREOF**, the parties hereto have entered into this First Amendment to be effective on the date first above written.

_____
JAMES H. COHEN
Trustee and Original Beneficiary


_____
MORRIE K. ABRAMSON
Original Beneficiary


_____
BARRY E. KAUFMAN
Original Beneficiary


ACCEPTED AND AGREED TO:


_____
ROBYN C. BERNIKER
New Beneficiary


_____
ALAN D. GARFIELD
New Beneficiary


_____
MARION GARFIELD
New Beneficiary


_____
ERIN M. HELBERG
New Beneficiary


322A31B                                         -6-

STATE OF NEW YORK )
                  : ss
COUNTY OF _____ )

On this 23 day of December, 2004, before me personally came ERIN M. HELBERG and ROBYN C. BERNIKER, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

ALAN GARFIELD
Notary Public, State of New York
No. 02GA6001842
Qualified in New York County
Commission Expires Jan. 26,

STATE OF NEW YORK   )
                    : ss
COUNTY OF NEW YORK  )

On this 23 day of December, 2004, before me personally came ALAN D. GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

PEDRO COMAS
Notary Public, State of New York
No. 01CO6119008
Qualified in New York County
Commission Expires November 22, 2008

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

On this 23 day of December, 2004, before me personally came MARION GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

PEDRO COMAS
Notary Public, State of New York
No. 01CO6119008
Qualified in New York County
Commission Expires November 22, 2008

322A31B                          -8-

STATE OF NEW YORK )
                 : SS
COUNTY OF ____ )

ERIN M. HELBERG and

On this 23 day of December, 2004, before me personally came ROBYN C. BERNIKER, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

ALAN GARFIELD
Notary Public, State of New York
No. 02GA6001842
Qualified in New York County
Commission Expires Jan. 26,

STATE OF NEW YORK )
                 : SS
COUNTY OF NEW YORK )

On this 23 day of December, 2004, before me personally came ALAN D. GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

PEDRO COMAS
Notary Public, State of New York
No. 01CO6119008
Qualified in New York County 2008
Commission Expires November 22, _____

STATE OF NEW YORK )
                 : SS.:
COUNTY OF NEW YORK )

On this 23 day of December, 2004, before me personally came MARION GARFIELD, known to me to be the person who executed the foregoing Trust Agreement and who acknowledged to me that he executed same in the capacity set forth in the Trust Agreement.

_____
Notary Public

PEDRO COMAS
Notary Public, State of New York
No. 01CO6119008
Qualified in New York County 2008
Commission Expires November 22, _____

322A3IB                    -8-

# EXHIBIT 2



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022



4

212 230-2424
800 334-1343
Fax 212 486-8178

TAX ID # or SOCIAL SECURITY #

57 - 6200 - 338

~~Mr./Mrs./Ms.~~   James H. Cohen Special Trust

NAME   850 Park Avenue #7C

STREET   New York   NY   10021 - 1845

CITY   212 - 249 - 7459   STATE   ZIP

TEL. NUMBER          BUSINESS          RESIDENCE

WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE
"KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY
DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

RESIDENCE _____

_____

NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS _____

OCCUPATION _____

BANK REFERENCE AND ADDRESS _____

OTHER BROKERAGE ACCOUNTS _____

### FOR OFFICE USE ONLY

ACCOUNT # ASSIGNED _____

 R R.'S ESTIMATE OF CLIENTS NET WORTH _____

IS CLIENT OVER 21 YEARS OF AGE          YES_____     NO_____

HOW LONG HAVE YOU KNOWN CLIENT _____

CLIENT IS CITIZEN OF _____

APPROVED BY _____

DATE SENT TO CLIENT

CORPORATE RESOLUTION_____
JOINT AGREEMENT     _____
CORPORATE ACCOUNT FORM _____
CO-PARTNERSHIP FORM _____



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 13 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. SALES BY CUSTOMER

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

**7. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**8. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer.

**9. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall ensure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**10. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _New York_ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _New York_.

**11. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**12. ARBITRATION DISCLOSURES**

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.



MADF

**13. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 10, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION. THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**14. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

____ Yes, I do object to the disclosure of information.

____ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 13.

(X) _~~James A. Levy~~_, Trustee          (X) _____
(Customer Signature/date) *April 28, 2003*      (Customer Signature/date)

_____          _____
(Customer Address)                  (Account Number)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## OPTION AGREEMENT

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.  I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me.  I agree to hold the company, its other  divisions,  and its officers, directors and agents harmless for such loss.

2.  I understand that any option transaction  made for any account  of mine is  subject  to the  rules regulations, customs and usages of The Options Clearing Corporation  and of the registered national  securities exchange,  national securities association,  clearing  organization or market where  such transaction  was executed. I agree to  abide by such  rules, regulations, custom and usages and I agree that,  acting individually or in concert with others, I will not exceed any applicable  position or  exercise  limits  imposed  by  such  exchange,  association,  clearing organization or other market with respect  to option trading.

3.  If I do not satisfy, on a timely basis, your money or security calls,  you  are authorized in your sole discretion and without notification, to take  any and all steps you deem necessary to protect yourself (for any reason)  in connection with option transactions for my account including the right  to buy and/or sell (including short or short exempt) for my  account and risk any part or all of the shares represented by options  handled, purchased, sold and/or endorsed by you for my account or to buy  for my account and risk any option as you may deem necessary or appropriate.  Any and all expenses or losses incurred in this connection  will be reimbursed by me.

4.  In addition to the terms and conditions  hereof,  my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time entered into with you relating to the  purchase and sale of securities  and commodities except to the extent that such other agreements are contrary to  or inconsistent herewith.

5.   This agreement shall apply to all puts or call which  you may have executed, purchased, sold  or
     handled for any account of mine  and also  shall apply to all puts, or calls which  you may
     hereafter purchase, sell, handle or execute for any account of  mine.

6.   I have received from  the company the most recent risk disclosure  documents entitled
     "Understanding the Risks and Uses of Listed Options",  "Listed Options on Stock Indices",
     "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments".  I have read
     and understand the information contained in these documents.

7.   I understand that you assign exercise notices on a random basis  except that with respect to
     options on the following debt instruments: Treasury  Bonds, Treasury Notes, Treasury Bills and
     GNMAS, you may preferentially  assign exercises of block-size (i.e. covering $1,000,000 or more
     of   underlying securities) to block-size writing positions and you may   preferentially assign
     smaller exercises to smaller writing positions.  I  understand that upon my request you will
     provide me with further  information regarding the procedure used to assign exercise notices.

DATED ___*April 28, 2003*___          ACCOUNT NO._____

## SIGNATURES

*Trust*
(If a ~~Corporation~~)                    (If Individuals)

*James H. Cohen Special Trust*
(Name of ~~Corporation~~) *Trust*         _____

By _____          _____
                                      (Second Party if Joint Account)

Title ___*Trustee*___                 (If a Partnership)

                                      _____
                                      (Name of Partnership)

SEAL

                                      By_____
                                      (A Partner)



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

## TRADING AUTHORIZATION LIMITED TO PURCHASES
## AND SALES OF SECURITIES AND OPTIONS

To Whom It May Concern:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds, options and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.   All purchases, sales or trades shall be executed strictly in accordance with the established trading authorization directive.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation.  This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _April 28, 2003_

_New York_      _N Y_
(City)               (State)

Very truly yours, _____, _Trustee_
(Client Signature)

Signature of Authorized Agent: _____



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Congress has mandated that all interest and dividend payers including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payer) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payer is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

Even if you have already provided this information it is required by the IRS that all information requested below be provided again.

Thank you for your cooperation.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): _____

Taxpayer Identification Number

57 - 6200 - 338

Name: _____ James H. Cohen Special Trust _____

Address: _____ 850 Park Avenue #7c New York NY 10021 - 1845 _____

(Signature) _____ , Trustee
Under penalties of perjury, I certify that the number shown
On this form is my correct Taxpayer Identification Number'

Please fill in your name, address, taxpayer identification number, and sign above.

# EXHIBIT 2A

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| **MADF** | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London |
|---|---|

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C          NY
NEW YORK

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 5/31/03 | 1-CM793-3-0 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 5/13 | | | | CHECK | JRNL | | 1,800,000.00 |
| 5/13 | 1,800,000 | | 61947 | U S TREASURY BILL DUE 10/2/2003 10/02/2003 | 99.570 | 1,792,260.00 | |
| 5/13 | 7,740 | | 62784 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,740.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 7,740 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,800,000 | | | U S TREASURY BILL DUE 10/2/2003 10/02/2003 | 99.625 | | |
| | | | | MARKET VALUE OF SECURITIES LONG   SHORT 1,800,990.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 1

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

**PERIOD ENDING** 1/31/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .9 |
| 1/02 | | | | HEWLETT PACKARD CO | | | 200.6 |
| | | | | DIV 12/12/07  1/02/08 | DIV | | |
| 1/02 | | | | MERCK & CO | | | 808.6 |
| | | | | DIV 12/07/07  1/02/08 | DIV | | |
| 1/02 | | | | PEPSICO INC | | | 598. |
| | | | | DIV 12/07/07  1/02/08 | DIV | | |
| 1/02 | | | | WAL-MART STORES INC | | | 518. |
| | | | | DIV 12/14/07  1/02/08 | DIV | | |
| 1/03 | | | | UNITED PARCEL SVC INC | | | 414. |
| | | | | CLASS B | | | |
| | | | | DIV 11/19/07  1/03/08 | DIV | | |
| 1/04 | | | | SCHLUMBERGER LTD | | | 212.8 |
| | | | | DIV 12/05/07  1/04/08 | DIV | | |
| 1/31 | 2,754 | | 1173 | FIDELITY SPARTAN | 1 | 2,754.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | .8 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 24,349 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,550,000 | | | U S TREASURY BILL | 99.692 | | |
| | | | | DUE 04/03/2008 | | | |
| | | | | 4/03/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 5,557,255.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 1/31/08 | ********0338 | 2 |

YOUR ACCOUNT NUMBER
1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,753.55 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 2/29/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******0338

YOUR ACCOUNT NUMBER 1-CM793-3-0

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C    NY : 10021
NEW YORK

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | .84 |
| | | | | NEW BALANCE | | | |
| | 24,349 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 5,550,000 | | | U S TREASURY BILL DUE 04/03/2008    4/03/2008 | 99.813 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                    SHORT 5,563,970.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK            NY      10021

| PERIOD ENDING | PAGE |
|---|---|
| 2/29/08 | 2 |

YOUR ACCOUNT NUMBER
1-CM793-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,753.81 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-CM793-3-0 | 3/31/08 | *******0338 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .84 |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/19/08 | DIV | | 139.86 |
| 3/19 | | 24,349 | 25159 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,349.00 |
| 3/19 | | 5,550,000 | 29480 | U S TREASURY BILL DUE 04/03/2008 | 99.954 | | 5,547,447.00 |
| 3/19 | 5,575,000 | | 33950 | U S TREASURY BILL DUE 7/31/2008 | 99.576 | 5,551,362.00 | |
| 3/19 | 20,574 | | 38297 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,574.00 | |
| | | | | NEW BALANCE | | | .70 |
| | | | | SECURITY POSITIONS | | | |
| | 20,574 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 5,575,000 | | | U S TREASURY BILL DUE 7/31/2008 | 99.546 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      5,570,263.50      SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST
850 PARK AVENUE #7C
NEW YORK          NY  10021

| PAGE |
|------|
| 2 |

| PERIOD ENDING |
|---------------|
| 3/31/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|--------------------------------------|
| *******0338 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-CM793-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------------------------|---------------------------|-----|-------------|------------------|----------------------------------|----------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,893.72 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,547,447.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY   10021

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER
********0338

YOUR ACCOUNT NUMBER
1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 4/04 | 3,276 | | 2013 | VERIZON COMMUNICATIONS | 37.090 | 121,637.84 | |
| 4/04 | 11,466 | | 3228 | GENERAL ELECTRIC CO | 37.470 | 430,089.02 | |
| 4/04 | 3,640 | | 6308 | WELLS FARGO & CO NEW | 30.220 | 110,145.80 | |
| 4/04 | 273 | | 7523 | GOOGLE | 446.900 | 122,013.70 | |
| 4/04 | 2,730 | | 10603 | WAL-MART STORES INC | 52.970 | 144,717.10 | |
| 4/04 | 455 | | 11818 | GOLDMAN SACHS GROUP INC | 170.520 | 77,604.60 | |
| 4/04 | 6,188 | | 14898 | EXXON MOBIL CORP | 84.530 | 523,318.64 | |
| 4/04 | 2,821 | | 16113 | HEWLETT PACKARD CO | 46.270 | 130,639.67 | |
| 4/04 | 1,638 | | 20408 | INTERNATIONAL BUSINESS MACHS | 115.620 | 189,450.56 | |
| 4/04 | 6,643 | | 24703 | INTEL CORP | 21.470 | 142,890.21 | |
| 4/04 | 3,276 | | 28998 | JOHNSON & JOHNSON | 64.820 | 212,481.32 | |
| 4/04 | 3,731 | | 33293 | J.P. MORGAN CHASE & CO | 44.930 | 167,782.83 | |
| 4/04 | 2,275 | | 37587 | COCA COLA CO | 61.120 | 139,139.00 | |
| 4/04 | 1,365 | | 41882 | MCDONALDS CORP | 56.140 | 76,685.10 | |
| 4/04 | 2,457 | | 46177 | MERCK & CO | 38.310 | 94,225.67 | |
| 4/04 | 9,191 | | 50472 | MICROSOFT CORP. | 28.780 | 264,883.98 | |
| 4/04 | 1,001 | | 60278 | APPLE INC | 145.880 | 146,065.88 | |
| 4/04 | 4,550 | | 63357 | ORACLE CORPORATION | 19.870 | 90,590.50 | |
| 4/04 | 1,820 | | 64573 | ABBOTT LABORATORIES | 54.910 | 100,008.20 | |
| 4/04 | 1,911 | | 67652 | PEPSICO INC | 71.360 | 136,444.96 | |
| 4/04 | 2,821 | | 68868 | AMERICAN INTL GROUP INC | 44.860 | 126,662.06 | |
| 4/04 | 7,826 | | 71947 | PFIZER INC | 20.930 | 164,111.18 | |
| 4/04 | 4,914 | | 73152 | BANK OF AMERICA | 39.460 | 194,102.44 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PERIOD ENDING 4/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *******0338

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY 10021

YOUR ACCOUNT NUMBER 1-CH793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 4/04 | 3,549 | | 76242 | PROCTER & GAMBLE CO | 69.900 | 248,216.10 | |
| 4/04 | 5,733 | | 77457 | CITI GROUP INC | 22.650 | 130,081.45 | |
| 4/04 | 2,457 | | 80537 | PHILLIP MORRIS INTERNATIONAL | 50.530 | 124,250.21 | |
| 4/04 | 3,458 | | 81752 | COMCAST CORP CL A | 19.660 | 68,122.28 | |
| 4/04 | 1,365 | | 84832 | SCHLUMBERGER LTD | 86.410 | 118,003.65 | |
| 4/04 | 1,820 | | 86047 | CONOCOPHILIPS | 75.930 | 138,264.60 | |
| 4/04 | 6,916 | | 89127 | AT&T INC | 38.910 | 269,377.56 | |
| 4/04 | 6,825 | | 90342 | CISCO SYSTEMS INC | 24.470 | 167,280.75 | |
| 4/04 | 1,183 | | 93422 | UNITED PARCEL SVC INC CLASS B | 73.400 | 86,879.20 | |
| 4/04 | 2,457 | | 94637 | CHEVRON CORP | 85.210 | 209,458.97 | |
| 4/04 | 1,092 | | 97717 | UNITED TECHNOLOGIES CORP | 69.570 | 76,013.44 | |
| 4/04 | 2,184 | | 98932 | THE WALT DISNEY CO | 31.770 | 69,472.68 | |
| 4/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/04/08 | DIV | | 16- |
| 4/04 | | 20,574 | 19279 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,574 |
| 4/04 | | 5,575,000 | 23235 | U S TREASURY BILL DUE 7/31/2008      7/31/2008 | 99.548 | | 5,549,801. |
| 4/07 | 25,000 | | 32185 | U S TREASURY BILL DUE 9/18/2008      9/18/2008 | 99.317 | 24,829.25 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

PERIOD ENDING: 4/30/08
PAGE: 3

YOUR ACCOUNT NUMBER: 1-CM793-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 4/07 | 12,529 | | 34368 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,529.00 | |
| 4/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/23/08 | DIV | | 12,529. |
| 4/23 | | 12,529 | 57309 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 4/23 | 12,174 | | 61707 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,174.00 | |
| 4/30 | | | | J.P. MORGAN CHASE & CO DIV 4/04/08 4/30/08 | DIV | | 1,418. |
| 4/30 | 1,418 | | 71883 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,418.00 | |
| | | | | NEW BALANCE | | 77,713.65 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,916 | | | AT&T INC | 38.710 | | |
| | 1,820 | | | ABBOTT LABORATORIES | 52.750 | | |
| | 2,821 | | | AMERICAN INTL GROUP INC | 46.200 | | |
| | 1,001 | | | APPLE INC | 173.950 | | |
| | 4,914 | | | BANK OF AMERICA | 37.540 | | |
| | 2,457 | | | CHEVRON CORP | 96.150 | | |
| | 6,825 | | | CISCO SYSTEMS INC | 25.640 | | |
| | 5,733 | | | CITI GROUP INC | 25.270 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 4/30/08 | ******0338 | 4 |

YOUR ACCOUNT NUMBER: 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,275 | | | COCA COLA CO | 58.870 | | |
| | 3,458 | | | COMCAST CORP | 20.550 | | |
| | | | | CL A | | | |
| | 1,820 | | | CONOCOPHILIPS | 86.150 | | |
| | 2,184 | | | THE WALT DISNEY CO | 32.430 | | |
| | 6,188 | | | EXXON MOBIL CORP | 93.070 | | |
| | 11,466 | | | GENERAL ELECTRIC CO | 32.700 | | |
| | 455 | | | GOLDMAN SACHS GROUP INC | 191.370 | | |
| | 273 | | | GOOGLE | 574.290 | | |
| | 2,821 | | | HEWLETT PACKARD CO | 46.350 | | |
| | 6,643 | | | INTEL CORP | 22.260 | | |
| | 1,638 | | | INTERNATIONAL BUSINESS MACHS | 120.700 | | |
| | 3,731 | | | J.P. MORGAN CHASE & CO | 47.650 | | |
| | 3,276 | | | JOHNSON & JOHNSON | 67.090 | | |
| | 1,365 | | | MCDONALDS CORP | 59.580 | | |
| | 2,457 | | | MERCK & CO | 38.040 | | |
| | 9,191 | | | MICROSOFT CORP | 28.520 | | |
| | 4,550 | | | ORACLE CORPORATION | 20.850 | | |
| | 1,911 | | | PEPSICO INC | 68.530 | | |
| | 7,826 | | | PFIZER INC | 20.110 | | |
| | 2,457 | | | PHILLIP MORRIS INTERNATIONAL | 51.030 | | |
| | 3,549 | | | PROCTER & GAMBLE CO | 67.050 | | |
| | 1,365 | | | SCHLUMBERGER LTD | 100.550 | | |
| | 13,592 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET  5 | | | |
| | | | | CONTINUED ON PAGE  5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY    10021

**PAGE** 5

**PERIOD ENDING** 4/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,183 | | | UNITED PARCEL SVC INC CLASS B | 72.410 | | |
| | 25,000 | | | U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.444 | | |
| | 1,092 | | | UNITED TECHNOLOGIES CORP | 72.470 | | |
| | 3,276 | | | VERIZON COMMUNICATIONS | 38.480 | | |
| | 2,730 | | | WAL-MART STORES INC | 57.980 | | |
| | 3,640 | | | WELLS FARGO & CO NEW | 29.750 | | |
| | | | | MARKET VALUE OF SECURITIES LONG        SHORT 5,826,585.35 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY: 10021

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 6 | 4/30/08 | 1-CM793-3-0 | *******0338 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,336. |
| | | | | GROSS PROCEEDS FROM SALES | | | 11,097,248. |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE** 1

**PERIOD ENDING** 4/30/08

**YOUR ACCOUNT NUMBER** 1-CM793-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******0338

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY  10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | NO BALANCE FORWARD | | | |
| 4/04 | 91 | | 59062 | S & P 100 INDEX | 8.800 | 80,171.00 | |
| | | | | APRIL 615 PUT | | | |
| 4/07 | | 91 | 54767 | S & P 100 INDEX | 17.400 | | 158,249.00 |
| | | | | APRIL 625 CALL | | | |
| 4/22 | 91 | | 39264 | S & P 100 INDEX | 4.600 | 41,951.00 | |
| | | | | APRIL 625 CALL | | | |
| 4/22 | | 91 | 48274 | S & P 100 INDEX | 1 | | 9,000.00 |
| | | | | APRIL 615 PUT | | | |
| 4/22 | 91 | | 52779 | S & P 100 INDEX | 12.200 | 111,111.00 | |
| | | | | MAY 625 PUT | | | |
| 4/23 | 91 | | 43769 | S & P 100 INDEX | 15.800 | | 143,689.00 |
| | | | | MAY 635 CALL | | | |
| | | | | NEW BALANCE | | | 77,714.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 91 | | S & P 100 INDEX | 13.700 | | |
| | | | | MAY 535 CALL | | | |
| | 91 | | | S & P 100 INDEX | 4.800 | | |
| | | | | MAY 625 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          43,680.00 | | | |
| | | | | SHORT       124,670.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF |
|---|---|
| MADF | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 1

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY    10021

**PERIOD ENDING** 5/31/08

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

**YOUR TAXPAYER IDENTIFICATION NUMBER** *******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 77,713.65 | |
| 5/01 | | | | AT&T INC | DIV | | 2,766.48 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/01 | | | | VERIZON COMMUNICATIONS | DIV | | 1,408.68 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/15 | | | | ABBOTT LABORATORIES | DIV | | 655.50 |
| | | | | DIV 4/15/08 5/15/08 | | | |
| 5/15 | | | | PROCTER & GAMBLE CO | DIV | | 1,419.00 |
| | | | | DIV 4/18/08 5/15/08 | | | |
| 5/19 | | | | FIDELITY SPARTAN | DIV | | 14.73 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 05/19/08 | | | |
| 5/19 | 13,592 | | 9047 | FIDELITY SPARTAN | 1 | 13,592.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 5/19 | 255,000 | | 12946 | U S TREASURY BILL | 99.363 | 254,840.70 | |
| | | | | DUE 9/18/2008 | | | |
| | | | | 9/18/2008 | | | |
| 5/23 | | | | CITI GROUP INC | DIV | | 1,834.51 |
| | | | | DIV 5/05/08 5/23/08 | | | |
| 5/27 | 11,466 | | 1397 | GENERAL ELECTRIC CO | 31.740 | 363,472.89 | |
| 5/27 | 2,730 | | 3988 | WAL-MART STORES INC | 56.040 | 152,880.26 | |
| 5/27 | 273 | | 5684 | GOOGLE | 577.900 | 157,756.76 | |
| 5/27 | 6,188 | | 8255 | EXXON MOBIL CORP | 95.310 | 589,533.28 | |
| 5/27 | 455 | | 9953 | GOLDMAN SACHS GROUP INC | 183.260 | 83,365.34 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: **2**

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK    NY    10021

PERIOD ENDING: **5/31/08**

YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338

YOUR ACCOUNT NUMBER: **1-CN793-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 2,821 | 14131 | HEWLETT PACKARD CO | 46.300 | | 130,500.31 |
| 5/27 | | 1,638 | 18418 | INTERNATIONAL BUSINESS MACHS | 125.210 | | 205,028.94 |
| 5/27 | | 6,643 | 22705 | INTEL CORP | 24.120 | | 159,964.61 |
| 5/27 | | 3,276 | 26992 | JOHNSON & JOHNSON | 66.470 | | 217,624.72 |
| 5/27 | | 3,731 | 31279 | J.P. MORGAN CHASE & CO | 43.960 | | 163,865.78 |
| 5/27 | | 2,275 | 35565 | COCA COLA CO | 57.230 | | 130,107.25 |
| 5/27 | | 1,365 | 39830 | MCDONALDS CORP | 59.810 | | 81,580.09 |
| 5/27 | | 2,457 | 43966 | MERCK & CO | 39.960 | | 98,085.17 |
| 5/27 | | 9,191 | 48253 | MICROSOFT CORP | 28.820 | | 264,515.62 |
| 5/27 | | 4,550 | 56827 | ORACLE CORPORATION | 22.310 | | 101,326.74 |
| 5/27 | | 1,001 | 59172 | APPLE INC | 185.820 | | 185,965.81 |
| 5/27 | | 1,911 | 61114 | PEPSICO INC | 67.670 | | 129,249.82 |
| 5/27 | | 1,820 | 63459 | ABBOTT LABORATORIES | 55.030 | | 100,082.60 |
| 5/27 | | 7,826 | 65401 | PFIZER INC | 20.120 | | 157,146.11 |
| 5/27 | | 2,821 | 67746 | AMERICAN INTL GROUP INC | 38.430 | | 108,299.61 |
| 5/27 | | 3,549 | 69688 | PROCTER & GAMBLE CO | 65.880 | | 233,667.12 |
| 5/27 | | 4,914 | 72032 | BANK OF AMERICA | 35.490 | | 174,201.84 |
| 5/27 | | 2,457 | 73975 | PHILLIP MORRIS INTERNATIONAL | 52.900 | | 129,877.40 |
| 5/27 | | 5,733 | 76319 | CITI GROUP INC | 22.230 | | 127,215.51 |
| 5/27 | | 1,365 | 78262 | SCHLUMBERGER LTD | 106.430 | | 145,222.65 |
| 5/27 | | 3,458 | 80537 | COMCAST CORP CL A | 22 | | 75,938.67 |
| 5/27 | | 6,916 | 82549 | AT&T INC | 39.430 | | 272,421.11 |
| 5/27 | | 1,820 | 86486 | CONOCOPHILIPS | 93.870 | | 170,771.47 |
| 5/27 | | 1,183 | 86836 | UNITED PARCEL SVC INC CLASS B | 70.260 | | 83,070.55 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST
850 PARK AVENUE #7C
NEW YORK            NY   10021

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 3 | 5/31/08 | 1-CM793-3-0 | *******0338 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 6,825 | 88773 | CISCO SYSTEMS INC | 25.880 | | 176,358.09 |
| 5/27 | | 1,092 | 91122 | UNITED TECHNOLOGIES CORP | 73.570 | | 80,295.43 |
| 5/27 | | 2,457 | 93060 | CHEVRON CORP | 103.450 | | 254,078.62 |
| 5/27 | | 3,276 | 95393 | VERIZON COMMUNICATIONS | 37.940 | | 124,160.46 |
| 5/27 | | 2,184 | 97310 | THE WALT DISNEY CO | 34.040 | | 74,256.33 |
| 5/27 | | 3,640 | 99680 | WELLS FARGO & CO NEW | 28.160 | | 102,357.49 |
| 5/27 | 5,700,000 | | 18127 | U S TREASURY BILL DUE 9/18/2008 | 99.405 | 5,666,085.00 | |
| 5/27 | 33,916 | | 22322 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 9/18/2008 | 1 | 33,916.00 | |
| 5/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/28/08 | DIV | | 193 |
| 5/28 | | 33,916 | 26977 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,916.00 |
| 5/28 | 175,000 | | 31553 | U S TREASURY BILL DUE 9/18/2008 | 99.410 | 173,967.50 | |
| 5/28 | 10,919 | | 36474 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 9/18/2008 | 1 | 10,919.00 | |
| 5/29 | | | | GOLDMAN SACHS GROUP INC DIV 4/29/08 5/29/08 | DIV | | 159.21 |
| 5/30 | 8,244 | | 41594 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,244.00 | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF  **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 4

**JAMES H COHEN**
**SPECIAL TRUST**

850 PARK AVENUE #7C   NY   10021
NEW YORK

**PERIOD ENDING** 5/31/08

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | 85,994.96 |
| | | | | SECURITY POSITIONS | | | |
| | 19,163 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 5,875,000 | | | U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.420 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 5,860,088.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK      NY   10021

PAGE 5

PERIOD ENDING 5/31/08

YOUR ACCOUNT NUMBER 1-CM793-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER ********0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 12,596.32 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,926,330.64 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | MLADF | **BERNARD L. MADOFF** |
|---|---|---|
| | | INVESTMENT SECURITIES LLC |
| | | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**JAMES H COHEN**
**SPECIAL TRUST**

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM793-4-0 | ******0338 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 77,714.00 |
| 5/16 | 91 | | 98527 | S & P 100 INDEX | 10.600 | 96,551.00 | |
| 5/19 | | 91 | 3240 | MAY 635 CALL | .300 | | 2,730.00 |
| 5/19 | | 91 | 89527 | S & P 100 INDEX | | | |
| | | | | MAY 625 PUT | 12.300 | | 111,837.00 |
| 5/19 | 91 | | 94027 | S & P 100 INDEX | | | |
| | | | | JUNE 650 CALL | 10.500 | 95,641.00 | |
| 5/22 | 91 | | 32536 | S & P 100 INDEX | | | |
| | | | | JUNE 640 PUT | 8.200 | 74,711.00 | |
| 5/23 | 91 | | 19036 | S & P 100 INDEX | | | |
| | | | | JUNE 645 PUT | 10.900 | 99,281.00 | |
| 5/23 | | 91 | 23536 | S & P 100 INDEX | | | |
| | | | | JUNE 650 CALL | 9.300 | | 84,539.00 |
| 5/23 | | 91 | 28036 | S & P 100 INDEX | | | |
| | | | | JUNE 655 CALL | 9.700 | | 88,179.00 |
| 5/27 | 91 | | 12542 | S & P 100 INDEX | | | |
| | | | | JUNE 655 CALL | 7 | 63,791.00 | |
| 5/28 | | 91 | 52540 | S & P 100 INDEX | | | |
| | | | | JUNE 645 PUT | 16.600 | | 150,969.00 |
| | | | | NEW BALANCE | | | 85,995.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 6/30/08 | ******0338 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 85,994.96 | |
| 6/02 | | | | INTEL CORP | DIV | | 930.02 |
| 6/02 | | | | DIV 5/07/08  6/01/08 WAL-MART STORES INC | DIV | | 648.38 |
| 6/02 | | | | DIV 5/16/08  6/02/08 WELLS FARGO & CO NEW | DIV | | 1,128.40 |
| 6/03 | | | | DIV 5/09/08  6/01/08 PFIZER INC | DIV | | 2,504.30 |
| 6/03 | | | | DIV 5/09/08  6/03/08 UNITED PARCEL SVC INC CLASS B | DIV | | 532.30 |
| 6/10 | | | | DIV 5/19/08  6/03/08 CHEVRON CORP | DIV | | 1,597.05 |
| 6/10 | | | | DIV 5/19/08  6/10/08 EXXON MOBIL CORP | DIV | | 2,475.20 |
| 6/10 | | | | DIV 5/13/08  6/10/08 INTERNATIONAL BUSINESS MACHS | DIV | | 819.00 |
| 6/10 | | | | DIV 5/09/08  6/10/08 UNITED TECHNOLGIES CORP | DIV | | 349.44 |
| 6/12 | | | | DIV 5/16/08  6/10/08 MICROSOFT CORP | DIV | | 1,011.01 |
| 6/30 | 11,995 | | 49901 | DIV 5/15/08  6/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,995.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

**PAGE** 2

**PERIOD ENDING** 6/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | 85,994.79 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 31,158 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 5,875,000 | | | U S TREASURY BILL DUE 9/18/2008          9/18/2008 | 99.611 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT | | | |
| | | | | 5,883,304.25 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: **3**

PERIOD ENDING **6/30/08**

YOUR TAX PAYER/IDENTIFICATION NUMBER **********0338**

YOUR ACCOUNT NUMBER **1-CM793-3-0**

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C    NY    10021
NEW YORK

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 24,591.49 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,926,330.64 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY    10021

**PERIOD ENDING** 6/30/08  **PAGE** 1

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******0338

**YOUR ACCOUNT NUMBER** 1-CM793-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|--------------------------------|----------------------------------|
|      |                         |                         |     | BALANCE FORWARD |             |                                | 85,995.00 |
|      |                         |                         |     | NEW BALANCE |                 |                                | 85,995.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 7/31/08 | 1-CM793-3-0 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER ********0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 85,994.79 | |
| | | | | NEW BALANCE | | 85,994.79 | |
| | 31,158 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 5,875,000 | | | U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.778 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 5,893,115.50 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PAGE |
|---|
| 2 |

PERIOD ENDING **7/31/08**

YOUR TAX PAYER IDENTIFICATION NUMBER  **\*\*\*\*\*\*\*0338**

YOUR ACCOUNT NUMBER  **1-CH793-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | **YEAR-TO-DATE SUMMARY** | | | |
| | | | | DIVIDENDS | | | 24,591.69 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,926,330.64 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST
850 PARK AVENUE #7C
NEW YORK        NY    10021

PERIOD ENDING: 7/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********0338
YOUR ACCOUNT NUMBER: 1-CM793-4-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                         |                         |     | BALANCE FORWARD |             |                               | 85,995.08 |
|      |                         |                         |     | NEW BALANCE |                 |                               | 85,995.08 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK    NY    10021

PAGE 1
PERIOD ENDING 8/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER *******0338
YOUR ACCOUNT NUMBER 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 85,994.79 |
| 8/14 | 3,800 | | 2836 | PROCTER & GAMBLE CO | 69.490 | 264,214.00 | |
| 8/14 | 1,400 | | 3729 | AMGEN INC | 63.060 | 88,312.00 | |
| 8/14 | 2,600 | | 7145 | PHILLIP MORRIS INTERNATIONAL | 55.110 | 143,390.00 | |
| 8/14 | 5,900 | | 8038 | BANK OF AMERICA | 32.070 | 189,449.00 | |
| 8/14 | 2,000 | | 11454 | QUALCOMM INC | 55.530 | 111,140.00 | |
| 8/14 | 6,900 | | 12347 | CITI GROUP INC | 19.300 | 133,446.00 | |
| 8/14 | 1,500 | | 15763 | SCHLUMBERGER LTD | 92.190 | 138,345.00 | |
| 8/14 | 1,900 | | 16656 | CONOCOPHILLIPS | 81.290 | 154,527.00 | |
| 8/14 | 7,600 | | 20072 | AT&T INC | 31.040 | 235,904.00 | |
| 8/14 | 7,400 | | 20965 | CISCO SYSTEMS INC | 24.200 | 179,376.00 | |
| 8/14 | 1,300 | | 24381 | UNITED PARCEL SVC INC | 65.030 | 84,591.00 | |
| | | | | CLASS B | | | |
| 8/14 | 2,500 | | 25274 | CHEVRON CORP | 84.670 | 211,775.00 | |
| 8/14 | 1,200 | | 28690 | UNITED TECHNOLOGIES CORP | 66.460 | 79,800.00 | |
| 8/14 | 12,500 | | 29583 | GENERAL ELECTRIC CO | 29.600 | 370,500.00 | |
| 8/14 | 3,600 | | 32999 | VERIZON COMMUNICATIONS | 34.710 | 125,100.00 | |
| 8/14 | 300 | | 35897 | GOOGLE | 492.320 | 147,708.00 | |
| 8/14 | 4,300 | | 37308 | WELLS FARGO & CO NEW | 30.300 | 130,462.00 | |
| 8/14 | 500 | | 38201 | GOLDMAN SACHS GROUP INC | 175.950 | 87,995.00 | |
| 8/14 | 2,900 | | 41617 | WAL-MART STORES INC | 57.720 | 167,504.00 | |
| 8/14 | 3,100 | | 42510 | HEWLETT PACKARD CO | 45.660 | 141,570.00 | |
| 8/14 | 6,500 | | 45926 | EXXON MOBIL CORP | 78.440 | 510,120.00 | |
| 8/14 | 1,700 | | 46819 | INTERNATIONAL BUSINESS MACHS | 127.930 | 217,549.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| PAGE | 2 |

| PERIOD ENDING | 8/31/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER | *******0338 |

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK    NY   10021

| YOUR ACCOUNT NUMBER | 1-CM793-3-0 |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/14 | 7,200 | | 51128 | INTEL CORP | 24.040 | | 173,376.00 |
| 8/14 | 3,500 | | 55437 | JOHNSON & JOHNSON | 71.210 | | 249,375.00 |
| 8/14 | 4,400 | | 59746 | J.P. MORGAN CHASE & CO | 40.530 | | 178,508.00 |
| 8/14 | 2,500 | | 64054 | COCA-COLA CO | 55.310 | | 138,375.00 |
| 8/14 | 1,400 | | 68363 | MCDONALDS CORP | 64.860 | | 90,860.00 |
| 8/14 | 2,700 | | 72672 | MERCK & CO | 35.800 | | 96,768.00 |
| 8/14 | 9,900 | | 76981 | MICROSOFT CORP | 27.810 | | 275,715.00 |
| 8/14 | 4,900 | | 89908 | ORACLE CORPORATION | 23.130 | | 113,680.00 |
| 8/14 | 1,100 | | 90802 | APPLE INC | 170.050 | | 187,099.00 |
| 8/14 | 2,000 | | 94217 | PEPSICO INC | 69.060 | | 138,200.00 |
| 8/14 | 1,900 | | 95111 | ABBOTT LABORATORIES | 58.620 | | 111,454.00 |
| 8/14 | 8,400 | | 98526 | PFIZER INC | 19.800 | | 166,656.00 |
| 8/14 | 3,300 | | 99420 | AMERICAN INTL GROUP INC | 24.800 | | 82,236.00 |
| 8/14 | | 5,875,000 | 55544 | U.S.TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.829 | | 5,864,953.- |
| 8/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 78.- |
| 8/14 | | 31,158 | 51360 | FIDELITY SPARTAN DIV 08/24/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,158.- |
| 8/14 | 29,811 | | 61671 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,811.00 | |
| | | | | NEW BALANCE | | 134,794.81 | |
| | 7,000 | | | SECURITY POSITIONS ATET INC | MKT PRICE 31.990 | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PAGE | 3 |
| PERIOD ENDING | 8/31/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *******0338 |
| YOUR ACCOUNT NUMBER | 1-CM793-3-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,900 | | | ABBOTT LABORATORIES | 57.430 | | |
| | 3,300 | | | AMERICAN INTL GROUP INC | 21.490 | | |
| | 1,400 | | | AMGEN INC | 62.850 | | |
| | 1,100 | | | APPLE INC | 169.530 | | |
| | 5,900 | | | BANK OF AMERICA | 31.140 | | |
| | 2,500 | | | CHEVRON CORP | 86.320 | | |
| | 7,400 | | | CISCO SYSTEMS INC | 24.050 | | |
| | 6,900 | | | CITI GROUP INC | 18.990 | | |
| | 2,500 | | | COCA COLA CO | 52.070 | | |
| | 1,900 | | | CONOCOPHILLIPS | 82.510 | | |
| | 6,500 | | | EXXON MOBIL CORP | 80.010 | | |
| | 12,500 | | | GENERAL ELECTRIC CO | 28.100 | | |
| | 500 | | | GOLDMAN SACHS GROUP INC | 163.970 | | |
| | 300 | | | GOOGLE | 463.290 | | |
| | 3,100 | | | HEWLETT PACKARD CO | 46.920 | | |
| | 7,200 | | | INTEL CORP | 22.870 | | |
| | 1,700 | | | INTERNATIONAL BUSINESS MACHS | 121.730 | | |
| | 4,400 | | | J.P. MORGAN CHASE & CO | 38.490 | | |
| | 3,500 | | | JOHNSON & JOHNSON | 70.430 | | |
| | 1,400 | | | MCDONALDS CORP | 62.050 | | |
| | 2,700 | | | MERCK & CO | 35.670 | | |
| | 9,900 | | | MICROSOFT CORP | 27.220 | | |
| | 4,900 | | | ORACLE CORPORATION | 21.930 | | |
| | 2,000 | | | PEPSICO INC | 69.400 | | |
| | 8,400 | | | PFIZER INC | 19.110 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

PAGE: 4

PERIOD ENDING: 8/31/08

YOUR ACCOUNT NUMBER: 1-CM793-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 2,600 | | | PHILLIP MORRIS INTERNATIONAL | 53.700 | | |
| | 3,800 | | | PROCTER & GAMBLE CO | 69.770 | | |
| | 2,000 | | | QUALCOMM INC | 52.650 | | |
| | 1,500 | | | SCHLUMBERGER LTD | 94.220 | | |
| | 29,811 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | 1,300 | | | UNITED PARCEL SVC INC | 64.120 | | |
| | | | | CLASS B | | | |
| | 1,200 | | | UNITED TECHNOLOGIES CORP | 65.590 | | |
| | 3,600 | | | VERIZON COMMUNICATIONS | 35.120 | | |
| | 2,900 | | | WAL-MART STORES INC | 59.070 | | |
| | 4,300 | | | WELLS FARGO & CO NEW | 30.270 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 5,847,745.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

| PERIOD ENDING | PAGE |
|---------------|------|
| 8/31/08 | 5 |

YOUR TAXPAYER IDENTIFICATION NUMBER
*******0338

YOUR ACCOUNT NUMBER
1-CM793-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------|-------|-----|-------------|-----------------|---------|---------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 24,669. |
| | | | | GROSS PROCEEDS FROM SALES | | | 22,791,284. |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | 1 |

| PERIOD ENDING | 8/31/08 |

| YOUR ACCOUNT NUMBER | 1-CMT93-4-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER | *******0338 |

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK         NY    10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 85,995.0- |
| 8/14 | 100 | | 81290 | S & P 100 INDEX SEPTEMBER 590 PUT | 11.100 | 111,100.00 | |
| 8/14 | | 100 | 85599 | S & P 100 INDEX SEPTEMBER 600 CALL | 16 | | 159,900.0- |
| | | | | NEW BALANCE | | | 134,799.0- |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 100 | | S & P 100 INDEX SEPTEMBER 600 CALL | 6,500 | | |
| | 100 | | | S & P 100 INDEX SEPTEMBER 590 PUT | 10.400 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 104,000.00      65,000.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF   INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C      NY   10021
NEW YORK

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 9/30/08 | *****-***-0338 | 1 |

YOUR ACCOUNT NUMBER: 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 134,794.81 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 688.71 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 1,610.00 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | | 585.00 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | | 31.38 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | | 1,625.00 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | | 384.00 |
| 9/10 | | 29,811 | 81902 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 29,811.00 |
| 9/10 | 19,242 | | 87242 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,242.00 | |
| 9/11 | 50,000 | | 90615 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.559 | 49,779.50 | |
| 9/11 | | | | MICROSOFT CORP DIV 8/21/08 9/11/08 | DIV | | 1,089.00 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY.    10021

PERIOD ENDING 9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********0338
YOUR ACCOUNT NUMBER 1-CM793-3-0

| DATE | BOUGHT OR RECEIVED OR LONG | SOLD OR DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 9/11 | 1,121 | | 91962 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 1,121.00 | |
| 9/16 | | | | MCDONALDS CORP | DIV | | 525.00 |
| | | | | DIV 9/02/08 9/16/08 | | | |
| 9/17 | | 4,900 | 8061 | ORACLE CORPORATION | 19.310 | | 94,423.00 |
| 9/17 | | 1,100 | 9256 | APPLE INC | 150.770 | | 165,803.00 |
| 9/17 | | 2,000 | 12359 | PEPSICO INC | 72.460 | | 144,840.00 |
| 9/17 | | 1,900 | 13554 | ABBOTT LABORATORIES | 58.960 | | 111,948.00 |
| 9/17 | | 8,400 | 16657 | PFIZER INC | 18.360 | | 153,888.00 |
| 9/17 | | 3,300 | 17844 | AMERICAN INTL GROUP INC. | 15.290 | | 50,325.00 |
| 9/17 | | 3,800 | 20955 | PROCTER & GAMBLE CO | 72.780 | | 276,412.00 |
| 9/17 | | 1,400 | 22111 | AMGEN INC | 63.320 | | 88,592.00 |
| 9/17 | | 2,600 | 25253 | PHILLIP MORRIS INTERNATIONAL | 54.170 | | 140,738.00 |
| 9/17 | | 5,900 | 26399 | BANK OF AMERICA | 33.040 | | 194,700.00 |
| 9/17 | | 2,000 | 29550 | QUALCOMM INC. | 48.390 | | 96,700.00 |
| 9/17 | | 6,900 | 30697 | CITI GROUP INC | 18.220 | | 125,442.00 |
| 9/17 | | 1,500 | 33849 | SCHLUMBERGER LTD | 87.210 | | 130,755.00 |
| 9/17 | | 1,900 | 34995 | CONOCOPHILLIPS | 72.510 | | 137,693.00 |
| 9/17 | | 7,600 | 38147 | AT&T INC | 31.370 | | 238,108.00 |
| 9/17 | | 7,400 | 39293 | CISCO SYSTEMS INC | 23.050 | | 170,274.00 |
| 9/17 | | 1,300 | 42444 | UNITED PARCEL SVC INC CLASS B | 67.660 | | 89,166.00 |
| 9/17 | | 2,500 | 43591 | CHEVRON CORP | 83.210 | | 207,925.00 |
| 9/17 | | 1,200 | 46712 | UNITED TECHNOLOGIES CORP | 63.720 | | 76,416.00 |
| 9/17 | | 12,500 | 47889 | GENERAL ELECTRIC CO | 27.440 | | 342,500.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **3**

PERIOD ENDING **9/30/08**

YOUR ACCOUNT NUMBER **1-CM793-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*0338**

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| 9/17 | | 3,600 | 50964 | VERIZON COMMUNICATIONS | 34.570 | | 124,308.00 |
| 9/17 | | 300 | 52181 | GOOGLE | 432.200 | | 129,648.00 |
| 9/17 | | 4,300 | 55262 | WELLS FARGO & CO NEW | 33.390 | | 143,405.00 |
| 9/17 | | 500 | 56485 | GOLDMAN SACHS GROUP INC | 154.700 | | 77,330.00 |
| 9/17 | | 2,900 | 59560 | WAL-MART STORES INC | 62.470 | | 181,047.00 |
| 9/17 | | 3,100 | 60783 | HEWLETT PACKARD CO | 46.880 | | 145,204.00 |
| 9/17 | | 6,500 | 63858 | EXXON MOBIL CORP | 76.080 | | 494,260.00 |
| 9/17 | | 1,700 | 65081 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 201,892.00 |
| 9/17 | | 7,200 | 69379 | INTEL CORP | 19.970 | | 143,496.00 |
| 9/17 | | 3,500 | 73677 | JOHNSON & JOHNSON | 71.150 | | 248,865.00 |
| 9/17 | | 4,400 | 77975 | J.P. MORGAN CHASE & CO | 40.930 | | 179,916.00 |
| 9/17 | | 2,500 | 82272 | COCA COLA CO | 53.790 | | 134,375.00 |
| 9/17 | | 1,400 | 86570 | MCDONALDS CORP | 64.430 | | 90,146.00 |
| 9/17 | | 2,700 | 90868 | MERCK & CO | 34.160 | | 92,124.00 |
| 9/17 | | 9,900 | 95566 | MICROSOFT CORP | 27.420 | | 271,962.00 |
| 9/17 | 5,900,000 | | 82376 | U S TREASURY BILL DUE 2/12/2009 | 99.511 | 5,871,149.00 | |
| | | | | 2/12/2009 | | | |
| 9/17 | 12,397 | | 86674 | FIDELITY SPARTAN | 1 | 12,397.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/19 | | | | AMERICAN INTL GROUP INC | DIV | | 726.00 |
| | | | | DIV  9/05/08  9/19/08 | | | |
| 9/26 | | | | BANK OF AMERICA | DIV | | 3,776.00 |
| | | | | DIV  9/05/08  9/26/08 | | | |
| 9/26 | | | | QUALCOMM INC | DIV | | 320.00 |
| | | | | DIV  8/29/08  9/26/08 | | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C     NY, 10021
NEW YORK

| PERÍODO PHONO | 9/30/08 |
| YOUR ACCOUNT NUMBER | 1-CM793-3-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *********0338 |
| PAGE | 4 |

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---------|---------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| 9/30 | | | | PEPSICO INC | DIV | | 850.00 |
| | | | | DIV 9/05/08, 9/30/08 | | | |
| 9/30 | 12,179 | | 94511 | FIDELITY SPARTAN | 1 | 12,179.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 365,894.88 | |
| | 44,939 | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 50,000 | | | U S TREASURY BILL | 99.941 | | |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| | 5,900,000 | | | U S TREASURY BILL | 99.610 | | |
| | | | | DUE 2/12/2009    2/12/2009 | | | |
| | | | | MARKET VALUE OF SECURITIES, | | | |
| | | | | LONG    SHORT | | | |
| | | | | 5,971,899.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK    NY    10021

**PAGE** 5

**PERIOD ENDING** 9/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 36,880.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 28,484,030.39 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PERIOD ENDING:** 9/30/08

**PAGE:** 1

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY.  10021

**YOUR ACCOUNT NUMBER:** 1-CM793-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER:** *******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 134,795.00 |
| 9/10 | 100 | | 71746 | S & P 100 INDEX SEPTEMBER 600 CALL | 1.050 | 10,600.00 | |
| 9/11 | | 100 | 76271 | S & P 100 INDEX SEPTEMBER 600 CALL | 5.100 | | 50,900.00 |
| 9/17 | 100 | | 3763 | S & P 100 INDEX SEPTEMBER 600 CALL | .900 | 9,100.00 | |
| 9/17 | | 100 | 99464 | S & P 100 INDEX SEPTEMBER 590 PUT | 20 | | 199,900.00 |
| | | | | NEW BALANCE | | | 365,895.00 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY  10021

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-CM793-3-0 | 10/31/08 | ********0338 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 365,894.88 | |
| 10/01 | | | | COCA COLA CO | DIV | | 950.00 |
| | | | | DIV 9/15/08 10/01/08 | | | |
| 10/01 | | | | HEWLETT PACKARD CO | DIV | | 248.00 |
| | | | | DIV 9/10/08 10/01/08 | | | |
| 10/01 | | | | MERCK & CO | DIV | | 1,026.00 |
| | | | | DIV 9/05/08 10/01/08 | | | |
| 10/03 | | | | SCHLUMBERGER LTD | DIV | | 315.00 |
| | | | | DIV 9/03/08 10/03/08 | | | |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL | DIV | | 1,404.00 |
| | | | | DIV 9/15/08 10/10/08 | | | |
| 10/31 | 3,943 | | 7034 | FIDELITY SPARTAN | 1 | 3,943.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 365,894.88 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 48,882 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 50,000 | | | U S TREASURY BILL | 99.923 | | |
| | | | | DUE 12/18/2008    12/18/2008 | | | |
| | 5,900,000 | | | U S TREASURY BILL | 99.879 | | |
| | | | | DUE 2/12/2009    2/12/2009 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      5,991,704.50 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY   10021

PERIOD ENDING: 10/31/08
YOUR ACCOUNT NUMBER: 1-CM793-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 365,895.00 |
| | | | | NEW BALANCE | | | 365,895.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

YOUR ACCOUNT NUMBER: 1-CM793-3-0
PERIOD ENDING: 10/31/08
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 40,823.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 28,484,030.39 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY.  10021

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-CM793-3-0 | ******0338 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 365,894.68 | |
| 1/12 | 3,406 | | 2703 | WAL-MART STORES INC | 55.830 | 190,292.98 | |
| 1/12 | 2,227 | | 3205 | INTERNATIONAL BUSINESS MACHS | 87.270 | 194,439.29 | |
| 1/12 | 8,253 | | 7029 | EXXON MOBIL CORP | 72.880 | 601,808.64 | |
| 1/12 | 9,039 | | 7531 | INTEL CORP | 14.510 | 131,516.89 | |
| 1/12 | 4,323 | | 11857 | JOHNSON & JOHNSON | 59.580 | 257,736.34 | |
| 1/12 | 5,895 | | 16183 | J.P. MORGAN CHASE & CO | 38.530 | 227,369.35 | |
| 1/12 | 3,144 | | 20508 | COCA COLA CO | 44.660 | 140,536.04 | |
| 1/12 | 1,834 | | 24834 | MCDONALDS CORP | 55.370 | 101,621.58 | |
| 1/12 | 3,406 | | 29160 | MERCK & CO | 28.550 | 97,377.30 | |
| 1/12 | 12,445 | | 33486 | MICROSOFT CORP | 21.810 | 271,922.45 | |
| 1/12 | 6,288 | | 37812 | ORACLE CORPORATION | 17.300 | 109,033.40 | |
| 1/12 | 2,489 | | 50790 | PEPSICO INC | 56.410 | 140,503.49 | |
| 1/12 | 1,441 | | 51292 | APPLE INC | 100.780 | 145,280.98 | |
| 1/12 | 10,611 | | 55116 | PFIZER INC | 16.940 | 180,174.34 | |
| 1/12 | 2,489 | | 55618 | ABBOTT LABORATORIES | 54.610 | 136,023.29 | |
| 1/12 | 4,716 | | 59442 | PROCTER & GAMBLE CO | 64.080 | 302,389.28 | |
| 1/12 | 1,703 | | 59944 | AMGEN INC | 59.160 | 100,817.48 | |
| 1/12 | 3,275 | | 63768 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 142,921.00 | |
| 1/12 | 7,860 | | 64270 | BANK OF AMERICA | 21.590 | 170,011.40 | |
| 1/12 | 2,620 | | 68094 | QUALCOMM INC | 33.770 | 88,581.40 | |
| 1/12 | 8,515 | | 68598 | CITI GROUP INC | 12.510 | 106,862.65 | |
| 1/12 | 1,965 | | 72420 | SCHLUMBERGER LTD | 49.480 | 97,306.20 | |
| 1/12 | 4,716 | | 72922 | COMCAST CORP | 16.510 | 78,049.16 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

**PAGE** 2
**PERIOD ENDING** 11/30/08
**YOUR ACCOUNT NUMBER** 1-CM793-3-0
**YOUR TAXPAYER IDENTIFICATION NUMBER** *****0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 9,301 | | 76746 | AT&T INC | 27 | 251,499.00 | |
| 1/12 | 2,358 | | 77248 | CONOCOPHILIPS | 52.510 | 123,912.58 | |
| 1/12 | 1,572 | | 81072 | UNITED PARCEL SVC INC CLASS B | 52.040 | 81,868.88 | |
| 1/12 | 9,563 | | 81574 | CISCO SYSTEMS INC | 16.730 | 160,370.99 | |
| 1/12 | 2,751 | | 85398 | U.S. BANCORP | 29.530 | 81,347.03 | |
| 1/12 | 3,275 | | 85900 | CHEVRON CORP | 73.430 | 240,614.25 | |
| 1/12 | 1,572 | | 89724 | UNITED TECHNOLOGIES CORP | 53.160 | 83,629.52 | |
| 1/12 | 16,637 | | 90226 | GENERAL ELECTRIC CO | 19.630 | 327,249.31 | |
| 1/12 | 4,454 | | 94050 | VERIZON COMMUNICATIONS | 30.410 | 135,624.14 | |
| 1/12 | 393 | | 94552 | GOOGLE | 337.400 | 132,613.20 | |
| 1/12 | 5,502 | | 98376 | WELLS FARGO & CO NEW | 29.800 | 164,179.60 | |
| 1/12 | 3,930 | | 98878 | HEWLETT PACKARD CO | 34.900 | 137,314.00 | |
| 1/12 | | 50,000 | 19845 | U.S. TREASURY BILL 12/18/2008 DUE 12/18/2008 | 99.942 | | 49,971.00 |
| 1/12 | | 5,900,000 | 20989 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 5,896,224.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 48.64 |
| 1/12 | 48,882 | | 16087 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,882.00 | |
| 1/12 | 35,866 | | 25456 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,866.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY  10021

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-CM793-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.40 |
| 1/19 | | 35,866 | 50728 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,866.00 |
| 1/19 | 425,000 | | 55360 | FIDELITY SPARTAN U S TREASURY BILL DUE 03/26/2009 | 99.926 | 424,685.50 | |
| 1/19 | 3,661 | | 59767 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,661.00 | |
| | | | | NEW BALANCE | | 731,908.77 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 9,301 | | | ATT INC | 28.560 | | |
| | 2,489 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,703 | | | AMGEN INC | 55.540 | | |
| | 1,441 | | | APPLE INC | 92.670 | | |
| | 7,860 | | | BANK OF AMERICA | 16.250 | | |
| | 3,275 | | | CHEVRON CORP | 79.010 | | |
| | 9,563 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 8,515 | | | CITI GROUP INC | 8.290 | | |
| | 3,144 | | | COCA COLA CO | 46.870 | | |
| | 4,716 | | | COMCAST CORP CL A | 17.340 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338
YOUR ACCOUNT NUMBER: 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,358 | | | CONOCOPHILLIPS | 52.520 | | |
| | 8,253 | | | EXXON MOBIL CORP | 80.150 | | |
| | 16,637 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 393 | | | GOOGLE | 292.960 | | |
| | 3,930 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 9,035 | | | INTEL CORP | 13.800 | | |
| | 2,727 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 5,895 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 4,323 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,834 | | | MCDONALDS CORP | 58.750 | | |
| | 3,406 | | | MERCK & CO | 26.720 | | |
| | 12,445 | | | MICROSOFT CORP | 20.220 | | |
| | 6,288 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,489 | | | PEPSICO INC | 56.700 | | |
| | 10,611 | | | PFIZER INC | 16.430 | | |
| | 3,275 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 4,716 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,620 | | | QUALCOMM INC | 33.570 | | |
| | 1,965 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 3,661 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 2,751 | | | U.S. BANCORP | 26.980 | | |
| | 1,572 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 425,000 | | | U S TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.971 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 5

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY  10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,572 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 4,454 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 3,406 | | | WAL-MART STORES INC | 55.880 | | |
| | 5,502 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 6,200,173.74 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-CM793-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: *******0338

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN* | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  |  |  |  | YEAR-TO-DATE SUMMARY |  |  |  |
|  |  |  |  | DIVIDENDS |  |  | 40,876.19 |
|  |  |  |  | GROSS PROCEEDS FROM SALES |  |  | 34,430,225.39 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 1

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******0338

**YOUR ACCOUNT NUMBER** 1-CM793-4-0

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK           NY   10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|-------------|-----------------|-------------|-------------|
| | | | | | BALANCE FORWARD | | | 365,895.00 |
| 11/12 | | 131 | 131 | 42138 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 206,849.00 |
| 11/12 | | | | 46464 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 233,311.00 | |
| 11/19 | | 131 | 131 | 32569 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 340,469.00 |
| 11/19 | | 131 | | 36894 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 393,131.00 | |
| 11/19 | | 131 | 131 | 41219 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 39,431.00 | |
| 11/19 | | 131 | 131 | 45544 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 484,569.00 |
| | | | | | NEW BALANCE | | | 731,909.00 |
| | | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | | LONG | | 216,150.00 | |
| | | | | | SHORT | | 305,230.00- | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT 3

## Investors in Bernard L. Madoff Investment Securities LLC
### Deposits to James H. Cohen Special Trust, Fidelity Account Z43-307793,
### A Pass-Through Grantor Trust, Invested Solely in
### Bernard L. Madoff Investment Securities LLC, Account 1-CM793-3-0, 1-CM793-4-0
### November 30, 2008

| Investor Name, Address and Tel. | Social Security Number | Invested Amount ($) | Date Of Deposit | Check Number | Bank Drawn On | Investor Total ($) | Stated Value 11/30/08 |
|---|---|---|---|---|---|---|---|
| Morrie Abramson 1400 Post Oak Blvd, Suite 808 Houston TX 77056 (713) 965-0900 | 462488445 | 650,000 | 4/28/03 | 2520 | Chase | 650,000 | 1,166,008.03 |
| Barry E. Kaufman 5110 San Felipe St, Unit # 182W Houston, TX 77056 (713) 850-7986 | 451565550 | 500,000 150,000 100,000 | 4/28/03 6/28/07 12/31/07 | 8909 Wire tfr Wire tfr | Bk of Am Charles Schwab | 750,000 | 1,183,295.01 |
| James H. Cohen 850 Park Ave., 7C New York NY 10075 (212) 249-1459 | 092300113 | 650,000 | 4/28/03 | 1086 | UMB, Utd Bk of Missouri | 650,000 | 1,166,008.03 |
| Robyn C. Berniker 7 Clearmeadow Ct. Woodbury NY 11797 (516) 692-5862 | 124647653 | 125,000 100,000 100,000 | 12/23/04 6/23/05 6/23/05 | 292 20903683 20903684 | Chase Chase Chase | 325,000 | 488,101.36 |
| Alan D. Garfield 675 3rd Avenue Suite 1606 New York NY 10017 (212) 661-0333 | 131286226 | 125,000 100,000 100,000 50,000 | 12/23/04 4/14/05 12/18/06 12/26/07 | 1998 1129 1138 858255756 | Chase Chase Chase Chase | 375,000 | 522,083.30 |
| Marion Garfield 150 East 69th St., 20P New York NY 10021 (212) 737-3222 | 061325842 | 125,000 100,000 25,000 | 12/23/04 6/23/05 12/26/07 | 231 1004 858255755 | Chase HSBC Chase | 250,000 | 368,070.45 |
| Erin M. Hellberg 5 Galleine Commack NY 11725 (631) 543-5575 | 065628510 | 125,000 100,000 50,000 | 12/23/04 6/24/05 12/26/07 | 528 37489629 858255757 | Fleet Bk of Am Chase | 275,000 | 395,725.64 |
| Marian Cohen 2001 Residential Trust 850 Park Ave., 7C New York NY 10075 (212) 249-1459 | 463607008 | 300,000 125,000 | 4/20/05 6/27/06 | 1001 1016 | UMB UMB | 425,000 | 617,074.04 |
| BK Interest LLC % Fiserv Investments Account # 031038002070 P. O. Box 173301 Denver CO 80217 (713) 850-7986 | 840519832 | 55,000 103,200 | 12/23/05 12/26/06 | 1003237779 1003270502 | Fiserv Trust Co. | 158,200 | 204,727.88 |
| Total | | 3,858,200 | | | | 3,858,200 | 6,111,093.74 |

N.B.: No funds have been withdrawn at any time.

EXHIBIT 4

**James H. Cohen**
**850 Park Ave. # 7C**
**New York NY 10021**

April 2, 2003

Fidelity Investments
PO Box 5000
Cincinnati OH 45273-8699

Ladies and Gentlemen:

I am enclosing documents to open a trust account.

Kindly send duplicate confirmations and statements to:
           Barry E. Kaufman
           9121 Briar Forest
           Houston TX  77024

       and to:    Morrie K. Abramson
                  1400 Post Oak Blvd. Suite 808
                  Houston TX 77056

Thank you.

Sincerely,

(Page 1 of 5)

● _James H. Cohen Special Trust_

~~JAMES COHEN~~
850 PARK AVE # 7C
NEW YORK NY 10021 CONSTANCE KIRK
A 250175  NC&
Z43-307793

**Trust — Fidelity Account℠ Application**

**$2,500 minimum to open account**

Address and Phone Number: Permanent street address is required. Please provide if different from the address indicated at left.

Permanent Street Address (no P.O. Boxes) —————

Mailing Address (if different from above) —————

**1** ACCOUNT SETUP

**Account Owner**

James H. Cohen Special Trust          Morris R. Abrenson, Barry E. Kaufman, James H. Cohen 57-6200338

Name of Trust          Date of Trust          For the benefit of          Tax Identification (or Social Security Number)

## 2  REQUIRED INFORMATION

This information must be provided in accordance with industry regulations

|  | Trustee 1 | Trustee 2 |
|---|---|---|
| Name (First, MI, Last): | James H. Cohen | |
| Date of Birth (Month/Day/Year): | 11 / 5 / 37 | / / |
| Social Security Number: | 092 30 0115 | |
| Phone Numbers: | Home (212) 249 1459 | Home ( ) |
| | Work ( ) | Work ( ) |
| E-mail: | JCohen49@nyc.rr.com | |

Citizenship:     Country of citizenship: ☒ U.S. ☐ Other _____     ☐ U.S. ☐ Other _____
                 Country of tax residence: ☐ U.S. ☐ Other _____     ☐ U.S. ☐ Other _____

Employment Status:     ☐ Employed ☒ Retired ☐ Not employed     ☐ Employed ☐ Retired ☐ Not employed
Occupation: (if retired or not employed,
indicate source of income)     Investments

Employer's Name and Address:

Affiliations:
■ Are you affiliated with or employed by
a stock exchange or member firm of          ☐ Yes, with _____          ☐ Yes, with _____
an exchange or the NASD, a municipal          (see instructions)          (see instructions)
securities broker/dealer, or by Fidelity?     ☒ No          ☐ No

■ Are you a "control person" or "affiliate" of a     ☐ Yes. Trading symbol: _____     ☐ Yes. Trading symbol: _____
public company as defined in SEC Rule 144?          Company: _____          Company: _____
This would include, but is not necessarily
limited to, 10% shareholders, policy-making,     ☒ No          ☐ No
executives, and members of the Board of Directors.

## 3  FINANCIAL PROFILE OF TRUST

**Investment Objective**
See supplemental information booklet
for descriptions (choose up to two)
☒₁ Preservation of Capital
☒₂ Income
☐₃ Aggressive Income
☐₄ Growth
☐₅ Speculation

**Annual Income**
(from all sources)
☐₁ Under $20,000
☐₂ $20,000-$50,000
☐₃ $50,001-$100,000
☐₄ Over $100,000

**Estimated Net Worth**
(excluding residence)
☐₁ Under $30,000
☐₂ $30,000-$50,000
☐₃ $50,001-$100,000
☐₄ $100,001-$500,000
☒₅ Over $500,000

**Estimated Liquid Net Worth**
☐₁ Under $15,000
☐₂ $15,000-$50,000
☐₃ $50,001-$100,000
☐₄ $100,001-$500,000
☒₅ Over $500,000

**Federal Tax Bracket**
☐₁ < 15%
☐₂ 25%-27½%
☐₃ > 27½%

## 5  FUNDING YOUR ACCOUNT

**By Check**
☐ I have enclosed a check for $_____ made payable to
National Financial Services LLC, to be deposited to my core account.
☐ Please purchase a mutual fund(s) as indicated below. I understand the fund(s)
can only be purchased consistent with its prospectus and after my check has
been deposited in my core account. I have read the prospectus for this fund.

Fund Family and Fund Name _____

Fund Symbol _____          $_____
                              Generally $2,500 initial purchase minimum*

Fund Family and Fund Name _____

Fund Symbol _____          $_____
                              Generally $2,500 initial purchase minimum*

**Transfer from Other Firm**
☐ I am transferring money or securities from another firm and have included
a Transfer of Assets form (see attached form).

**Transfer from Existing Fidelity Account**
☐ I am transferring all shares or positions from my non-retirement mutual
fund and/or Fidelity Account(s), as follows:

T·

Fidelity Account Number: _____

## 4  CORE ACCOUNT

(choose one)
☐ Taxable Cash Account ☐ Fidelity Municipal Money Market Fund
☒ Other (see instructions) Fidelity Tax-Free Money Market Fund #275

1100522

1100522

FIMS_RETAIL:173428814

## 5 FUNDING YOUR ACCOUNT (CONTINUED)

**Depositing Certificates**

☒ I am depositing _____ appropriately endorsed certificates.
number of

*Fidelity fund minimums are generally $2,500. Higher minimums apply for Fidelity Index funds, municipal bond funds and some money market funds; see prospectus for more information. For non-Fidelity funds see prospectus for minimums.

## 6 OVERDRAFT PROTECTION AND MARGIN CREDIT

☐ Check here to be considered for margin borrowing.

## 7 ACTIVE TRADER SERVICES

Check below to be considered for our active trader services and discounted commissions if you plan on trading at least 36 times over a rolling 12-month period and will have at least $30,000 in assets at Fidelity.

I plan to trade   ☐ 36–71 times   ☐ 72–239 times   ☐ 240(+) times

## 8 ACCOUNT FEATURES

By selecting the features below, I acknowledge I have read and agree to the terms set forth in the Customer Agreement.

**Cash Management Features**

Mutual Fund Distributions: All distributions from mutual funds held in your account will be reinvested in the fund unless you check here. ☐

Fidelity Money Line®
☐ Yes, I wish to establish Money Line. A voided check from my bank is attached to this application.

Checkwriting
☒ Yes, I wish to establish checkwriting. Sign and attach the checkwriting signature card located on the last page of this booklet and return with this application.

Fidelity BillPay®
☐ Yes, I wish to establish BillPay. I understand that if I do not have or maintain a balance of $30,000 across certain accounts, a monthly fee for this service may be assessed.

**Additional information and forms are available at Fidelity.com for the following account features.**
Also available with a $2,500 minimum balance in your account:
• Direct Deposit
• Fidelity Automatic Account Builder®
• Bank Wire

Available with a $5,000 minimum balance in your account
• Fidelity Debit Card

Available with a $30,000 minimum balance in your account
• Fidelity AccessLine®

## 9 SIGNATURE

**Each trustee must READ the separate Customer Agreement and SIGN this section in ink.**
On behalf of the Trust, I hereby request Fidelity Brokerage Services LLC and National Financial Services LLC (collectively "Fidelity" or "you") to open a Fidelity Account in the name of the Trust listed as account owner on this application. The Trustees hereby certify the following:
• Fidelity has the authority to accept orders and other instructions relative to the Trust accounts identified herein from those individuals listed in Section 2. The trustee(s) may execute any documents on behalf of the Trust that you may require. By signing this form, the Trustee(s) hereby certify(ies) that you are authorized to follow the instructions of any Trustee and to deliver funds, securities, or any other assets in the Fidelity Account to any Trustee or on any Trustee's instructions, including delivering assets to a Trustee personally. Fidelity, in its sole discretion and for its sole protection, may require the written consent of any or all Trustees prior to acting upon the instructions of any Trustee.
• There are no other Trustee(s) of the Trust other than those listed in Section 2 or identified on a separate piece of paper attached to this application.
• Should only one person execute this agreement, it shall be a representation that the signer is the sole Trustee. The singular, plural references in this certification shall be deemed singular.
• We, the Trustees, have the power under the Trust and applicable law to enter into the transactions and issue the instructions that we make in this account. Such power may include, without limitation, the authority to buy, sell (including short sales), exchange, convert, tender, redeem and withdraw assets (including delivery of securities to and from the account), and to trade securities on margin or otherwise (including the purchase and/or sale of option contracts) for and at the risk of the Trust. We understand that all orders and

## 9 SIGNATURE (CONTINUED)

transactions will be governed by the terms and conditions of all other account agreements applicable to this account.
• We, the Trustees, jointly and severally, indemnify you and hold you harmless from any claim, loss, expense, or other liability for effecting any transactions, and acting upon any instructions given by the Trustees. We, the Trustees, certify that any and all transactions effected and instructions given on this account will be in full compliance with the Trust.
• We, the Trustees, agree to inform you in writing of any change in the composition of the Trustees, or any other event that could alter the certifications made above.
• We, the Trustees, agree that any information we give to Fidelity on this account will be subject to verification, and we authorize you to obtain a credit report about me (any of us) individually at any time. Upon written request, Fidelity will provide the name and address of the credit reporting agency used
• I acknowledge that I have read, understood, and agree to be bound by the terms and conditions set forth in the Customer Agreement as are currently in effect and as may be amended from time to time. I am at least 18 years of age and of full legal age in the state in which I reside. I understand that, upon request's request in accordance with applicable rules and regulations, you will supply my name to issuers of any securities held in my account so I might receive any important information regarding them, unless I notify you in writing not to do so.
• I understand that the Customer Agreement and its enforcement shall be governed by the laws of the Commonwealth of Massachusetts. It shall cover individually and collectively all accounts that I may open or reopen with Fidelity. It shall inure to the benefit of Fidelity's successors and assigns, whether by merger, consolidation, or otherwise. Fidelity may transfer my account to its successors and assigns, and this Agreement shall be binding upon my heirs, executors, administrators, successors, and assigns.
• I hereby authorize Fidelity, upon receiving instructions from me, to make payments of amounts representing redemptions by me or distributions payable to me by unissuing credit or debit entries to the bank account "Bank" indicated on the attached "voided" check. I authorize and request Bank to accept such entries from Fidelity, and to credit or debit, as indicated, my account at the Bank in accordance with these entries. I understand that Fidelity will not be liable for any loss, expense, or cost arising out of my instructions provided that it institutes reasonable procedures to prevent unauthorized transactions. I acknowledge that this authorization may only be revoked by providing written notice of revocation to Fidelity, in such time and manner as afford Fidelity and Bank a reasonable opportunity to act upon it.
• If I am a U.S. person, I certify under penalties of perjury that: (1) I am a U.S. person (including a U.S. resident alien) and the Social Security or taxpayer identification number provided above is correct; and (2) I am not subject to IRS backup withholding because: (a) I am exempt from backup withholding; or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) I have been notified by the IRS that I am no longer subject to backup withholding. (Cross out item 2 if it applies to you.) If I am not a U.S. person, and I am submitting IRS Form W8 BEN, Certificate of Foreign Status of Beneficial Owner for United States Tax withholding, with this form to certify my foreign status and, if applicable, claim tax treaty benefits.
• The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.
• The following clause referring to lending of securities applies only to those accounts eligible and approved for margin. I understand that UGMA/UTMA, estate, and other non-trust fiduciary accounts cannot use margin. I hereby authorize Fidelity to lend, hypothecate, or re-hypothecate, separately, or with the property of others, either to yourselves or to others, any property you may be carrying for me on margin. This authorization applies to all my accounts you carry and shall remain in force until you receive written notice of revocation at your main office in Boston, MA.
• This account is governed by a predispute arbitration clause, which is found in Section 18 of the Customer Agreement. I acknowledge receipt of the predispute arbitration clause.

SIGNATURE OF TRUSTEE 1                    Date (month, day, year)

X ~~signature~~

SIGNATURE OF TRUSTEE 2                    Date (month, day, year)

X

Fidelity Investments is a registered trademark used by FMR Corp. Accounts are carried with our affiliate, National Financial Services LLC, a member of the New York Stock Exchange and other principal exchanges. Fidelity Investments, P.O. Box 5000, Cincinnati, OH 45273-8699

| For Fidelity Use Only | ☐ Cash | ☐ Margin | ☐ ATP |
|---|---|---|---|
| Account # Assigned | | Reg. Rep. Signature | Date |
| Approving Manager's Signature | | | Date |

accepted by Bob Brunner___ 4/4/20039:37:51 AM

*Fidelity Investments*®

Fidelity Account is a service of
Fidelity Brokerage Services LLC, Member NYSE, SIPC

POS1R1USF.APP 0702

**FIMS_RETAIL:173428814**

H.
JAMES COHEN
850 PARK AVE # 7C
NEW YORK NY 10021-1845

## Checkwriting for Non-Retirement Business/Trust/Fiduciary Fidelity Accounts

**Customer Information:**

James H. Cohen Special Trust   57-62-00338
Name of Business/Trust      Social Security or TIN

Brokerage:
or
Mutual Fund:
   Fund Name     Mutual Fund Account Number

Evening Phone: ( 212 ) 249 - 1459

Daytime Phone: ( 212 ) 249 - 1459

Use this form to add checkwriting to the following Fidelity account registrations: Business/Trust/Partnerships/Sole-Proprietorship/Conservator/Guardian/Church or Religious Order/Unincorporated Association/Investment Club/Estate.
**Complete the Customer Information section above and the signature card.** Make sure the address you have on file with Fidelity is correct, as checkbooks will be sent to your record address. To update your address, visit us at **Fidelity.com.**
Checking activity will be reported on your statement, and canceled checks will not be returned. If you need a check copy, call us or request a copy at our Web site (a fee may apply).
**For Brokerage Accounts:** A minimum account balance is required. You may further personalize the information appearing on your checks by completing Section 1.
**For Mutual Fund Accounts:** Checkwriting is available only for money market funds and certain bond funds, and most funds have a $500 minimum on checks. Refer to the prospectus to be sure your fund offers checkwriting. Your name and address will be printed on the checks.
Note that for bond funds, the share price and your account balance may change daily. If unsure, verify your balance prior to writing a check, and leave a sufficient amount to cover possible price changes. Check redemptions from bond funds are reportable events for tax purposes.
If you have any questions, call us at 800-544-6666.
Return the completed form to: **Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0002**

*Please continue →*

---

**Fidelity Investments**

For Fidelity use only
999743307793

## Signature Card for Checkwriting

Do not detach this card. Use a blue or black pen, and print clearly in CAPITAL LETTERS.

This card supersedes any signature card    This card provides additional signers
already on file for the same account.    to this account.
Indicate the number of signatures required to honor a check. If no box is checked, one signature will be required.

X One signature    Two signatures (for business accounts only)

Account Number: Brokerage     or Mutual Fund
Print Names      Signature      Date

JAMES H. COHEN
Authorized Person

Authorized Person

1019688
FIMS_RETAIL:173428814

(Page 5 of 5)

## 1 | BROKERAGE ACCOUNT CHECK PERSONALIZATION

Your name and address will be printed on checks, but you may customize them with the following options:

☒ Name(s) Only
☐ Name(s), Address, and Daytime Telephone Number
☐ Name(s), Address, and Evening Telephone Number

**Important Reminders:**

• **All owners must complete the signature card.** Print your name(s) at left, and sign within the box(es) to the right.
• For UGMA/UTMA accounts only the custodian should sign.
• For business accounts all authorized persons should sign.

## 2 | DOCUMENTATION TO ADD OR CHANGE A SIGNATURE

Please provide the following documentation in order to add or change an individual(s) checkwriting privileges:

**Business Accounts**

☐ Certified Copy of the Corporate Resolution, dated within 60 days documenting new signers
☐ Signature Guarantee of an Officer other than new signers

**Trust Account**

☐ Signature Guarantee of current trustee
☐ Trust Certification of investment power form

**Fiduciary**

☐ Signature guarantee of person authorized to act on behalf of the account.
☐ Documentation authorizing the person to sign on behalf of the account. If you are unsure, call Fidelity for instructions.



**Fidelity Investments**

PO Box 770001, Cincinnati, OH 45277-0002
Fidelity Distributors Corporation
Fidelity Brokerage Services LLC, Member NYSE, SIPC.

316324

U.120-SCP-0201
1.753019.101

---

By signing this signature card on the reverse side, the signatory(ies) agree(s) to be subject to the terms and conditions, guidelines, and rules applicable to your account as now in effect and as amended from time to time, of the fund(s), and of UMB Bank, N.A. ("the Bank"), as they pertain to the use of redemption checks; therefore, all registered owners must sign this signature card. All checks will require only one signature unless otherwise indicated on the face of this card. Each signatory guarantees the genuineness of the other's signature on this card.

The Bank is hereby appointed agent by the account holders signing this card and, as such agent, is directed to request redemption of shares of such Fidelity fund(s) or cash in the core account as designated by the account holders from time to time, and as recorded on Fidelity's records, upon receipt of, and to the amount of, checks drawn upon this account(s). In so acting, the Bank shall be liable only for its own negligence. Account holders will be subject to the Bank's rules, regulations and associated laws governing check collection including the Uniform Commercial Code as enacted in the State of Missouri.

It is further agreed as follows for mutual fund accounts:

1. All items, with the exception of those drawn on Spartan® money market funds and Fidelity Municipal Money Market Fund, must be for a minimum of $500 (or such other minimum amounts as may from time to time be established upon prior written notice to the shareholders, including the accounts of Spartan money market funds and Fidelity Municipal Money Market Fund), or they may be returned to the shareholders marked "Refer to Maker."

2. This card supersedes any card already on file for the same "T Master Account, fund, or account number.

3. Refer to the fund prospectus for minimum check amounts and any applicable fees.

4. You may obtain a copy of the "Statement of Terms and Conditions" applicable to your account by calling Fidelity.

FIMS_RETAIL:173428814

Page 1 of 1)

# Duplicate Statement Request Form

**Customer Information:**

Juniper H. Colwen Special Trust    576.200.338
Name of Owner (or Business/Trust)    Social Security or Tax ID Number

Co-Owner (or Trustee/Authorized Person)    Social Security or Tax ID Number

Received by Mail
Date: 9/19/06
Initials: __

Use this form to authorize Fidelity to send duplicate statements of your account(s) to another individual ("interested party"). Complete the customer information above, and sections one, two, and three.
**Return this form to Fidelity Investments, PO Box 770001, Cincinnati, OH 45277-0002.** If you have any questions, visit us at **Fidelity.com** or call us at 800-544-6666.

## 1 ACCOUNT INFORMATION

Provide the account numbers you are requesting to have a duplicate statement be mailed to an interested party.

**Brokerage Account(s)**                              **Mutual Fund Account(s)**

2.4.3 - 3 0 7 7 9 3

## 2 INTERESTED PARTY INSTRUCTIONS

Complete the following information to have a copy of your statement and/or trade confirmations (available for brokerage accounts only) sent to another individual or interested party. For the account(s) listed in Section 1:

☒ Send a copy of the brokerage statement only.
☐ Send copies of the brokerage statement and trade confirmations.
☐ Send copies of my/our entire Customer Account statement. A Customer Account statement contains the same information included on the statement you currently receive, including mutual fund and brokerage accounts you own. If your statement includes accounts of other members of your household, their accounts will be included in the interested party statement and all applicable members of the household must sign this request.

**Interested Party Information**

Barry E. Kaufman
Name

5110 San Felipe, 182W        Houston        TX        77056
Mailing Address                             City            State        Zip Code

(713) 850 - 7986
Daytime Telephone Number

Company (if any)

## 3 AUTHORIZATION & SIGNATURES

All account owners must sign the form to authorize the above instructions.

SIGNATURE OF OWNER/                          SIGNATURE OF CO-OWNER/
TRUSTEE/AUTHORIZED INDIVIDUAL        Date        TRUSTEE/AUTHORIZED INDIVIDUAL        Date

_____    9/15/06

370855

## ♦Fidelity
INVESTMENTS

U121-SCP-0404
1.753498.103

PO Box 770001, Cincinnati, OH 45277-0002
Fidelity Distributors Corporation
Fidelity Brokerage Services LLC,
Member NYSE, SIPC

1 . 7 5 3 4 9 8 - 1 0 3                          006570001

FIMS_RETAIL:319833155

# EXHIBIT 4A

**JAMES H COHEN TTEE**
**JAMES H COHEN SPECIAL TRUST**
J50 PARK AVE 7C
NEW YORK, NY 10021

1002

80-568/1012

Date May 12, 2003

Pay to the
Order of Bernard L. Madoff Investment Securities LLC  $ 1,800,000 00

One Million Eight Hundred Thousand _____ NO/100 _____ Dollars

EXPENSE CODE

Fidelity
Investments®

United Missouri Bank
Warsaw, Missouri

ICM79330

For A/c James H Cohen Special Trust

⑆101205681⑈100 2⑈ 771074330779 3⑈    ⑈0180000000⑈

RETAIL: 176056898

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703





B is a LEGAL COPY of
r check. You can use
it the same way you
would use the original
check.

**1009**

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

Date *April 27, 2005*

Pay to the
Order of *Bernard L. Madoff Securities*          $ *400,000*

*Four Hundred Thousand* ———————— */100* Dollars

Fidelity Investments®          United Missouri Bank
Warsaw, Missouri

For *1CM 793*

Page 2 of 2)

PAY TO THE ORDER OF
JP CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

↓Do not endorse or write below this line↓

FIM _ RETAIL:253745802

*101000048*
06/30/2005
6111571571

s is a LEGAL COPY of
ur check. You can use
it the same way you
would use the original
check.

C021204U0051 06/30/2005
450075786J

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

1010

60-588/1012

Date 6-28-05

Pay to the Order of  Bernard L. Madoff Investment Securities LLC  $300,000 00/100

Three Hundred Thousand  NO  Dollars

EXPENSE CODE    Fidelity Investments    United Missouri Bank
Warsaw, Missouri

For    1CM793

⑈101205681⑈ 1010⑈ 7810743307793⑈  ⑈0030000000⑈

4⑈101205681⑈ 1010⑈ 7810743307793⑈  ⑈0030000000⑈

FIMS _ :TAIL:253745802

W302005
1010-0048
BAT-0079  TRX-0101 PK-03
0414552303

JAN 29 05

JPMORGAN CHASE BANK, NA
CARLSTADT, NJ    06/29/05
#22166#0214 653  4315 13
0400630020

Bernard L Madoff
Investment Securities LLC
PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

*101000048*
02130051
455006056
6111571571

C021204U
450075786J
06/30/2005
06/30/2005

06/30/2005
06/30/2005

‡Do not endorse or write below this line.‡

⑈ 70520791

*10100004A*
06/30/2005
6111571572

.s is a LEGAL COPY of
.ur check. You can use
it the same way you
would use the original
check.

FIM.

RETAIL:253745803

E023204005I 06/30/2005
45007S7870

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

1011

80-569/1012

Date 6-28-05

Pay to the
Order of  Bernard L. Madoff Investment Securities  $100,000/xx

One Hundred Thousand                          Dollars

Fidelity
Investments

United Missouri Bank
Warsaw, Missouri

EXPENSE CODE

For        LCM793

⑆101205681⑆1011⑈771074330779⑈        ⑈00100000000⑆

4⑆101205681⑆1011⑈771074330779⑈  ⑈00100000000⑆

FIMS

:TAIL:253745803

6/30/2005
1010-00048
EXT-2079 TRC-2191 PK-33

0414552304

JPMORGAN CHASE BANK, NA
CARLSTADT, NJ    06/29/05
M621094214 083  4518 13

340063802

Bernard Madoff
Investment Securities
PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF
140 081 703

*10100004A*
06/30/2005
6111571572

E023204005I
45007S7870
06/30/2005

Do not endorse or write below this line.

470520792

*101000048*
12/30/2005
6210305313

a is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

FIM

RETAIL:287657625

02120400SI 12/30/2005
E500886154

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

1015

80-568/1012

Date December 29, 2005

Pay to the
Order of Bernard L. Madoff Investment Securities LLC   $55,000.00

Fifty Five Thousand _____ 00/100   Dollars

Fidelity
Investments®

United Missouri Bank
Wausau, Missouri

EXPENSE CODE

For Dept to Ac 1-CM793-3

⑆101205681⑈1015⑆771074330779③⑈ ⑈0005500000⑈

⑆101205681⑈1015⑆771074330779③⑈ ⑈0005500000⑈

FIMS

AIL:287657625
318192872

A5
10-00048

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard L Madoff
Investment Securities

3200558025

*101000048*
02130305313
12/30/2005
E500886154
02120400SI 12/30/2005

↓Do not endorse or write below this line.↓





Print | Close Window

Check images are available for 18 months after posting.

| Account Number | Check Number | Amount | Date Posted |
|---|---|---|---|
| Z43307793 | 1020 | $150,000.00 | 07/02/2007 |

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

1020

80-568/1012

Date _Dec 29, 2007_

Pay to the Order of _Bernard L. Madoff Investment Securities, LLC_ $ 150,000 ⁰⁰/ₓₓ

_One Hundred Fifty Thousand_ NO/100 Dollars

EXPENSE CODE    Fidelity Investments ®    United Missouri Bank Warsaw, Missouri

For A/C _1CM793_

⑆101205681⑆1020⑈ 72107433077793⑈ ⑆0015000000⑆

JPMORGAN CHASE BANK. N.A.
> 021000021 < POSITION
06/29/2007  5970239662  5087  15
06    00000000001708 000123

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
150 PARK AVE. 7C
NEW YORK, NY 10021

**1021**

80-568/1012

Date 12 - 27 - 07

Pay to the Order of _Bernard L. Madoff Investment Securities LLC_   $ 125,000/XX

_One Hundred Twenty Five Ave Thousand ___ no/100_   **Dollars**

EXPENSE CODE   **Fidelity Investments**©

United Missouri Bank
Warsaw, Missouri

For 1-CM793-3-0

⑈101205681⑈ 1021⑈ 27102433077793⑈ 00125000000⑈

Page 2 of 2)

12312007
1010-00048
ENT=8811 TRC=8811 PK=24
0213614751

123107053200311199465
123107053200311199

JP MORGAN CHASE BANK
INDIANAPOLIS, IN

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF

Bernard L. Madoff
Investment Securities

Print | Close Window

Check images are available for 18 months after posting.

| Account Number | Check Number | Amount | Date Posted |
|---|---|---|---|
| Z43307793 | 1022 | $100,000.00 | 01/02/2008 |

```
*101000048*
01/02/2008
6116640096

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.
```

JAMES H COHEN TTEE
JAMES H COHEN SPECIAL TRUST
850 PARK AVE 7C
NEW YORK, NY 10021

1022
80-568/1012

Date  12-31-07

Pay to the
Order of  Bernard L Madoff Investment Securities   $ 100,000.00

One Hundred Thousand                     no/100           Dollars

Fidelity
Investments

For  ACH 793-3-0

⑆101205681⑆ 1022 ⑈ 77107433077 93⑈   ⑉00100000000⑉

⑆101205681⑆ 1022 ⑈ 77107433077 93⑈   ⑉00100000000⑉

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF

# EXHIBIT 5

Fidelity Investments®
Fidelity Brokerage Services LLC

James H Cohen Special Trust

NAME (                    )

Time Stamp

'08 '03APR28PM12:46ET

**Account Number** 243-307793

This shaded section is required if your Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

1. ☑ Non-Retirement
2. ☐ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ ICR
11. ☐ Margin

**Investment Allocation**

| FUND # | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
| **TOTAL** |     |

**List Check(s) Individually**

| CHECK # | AMOUNT |
|---------|--------|
| JHC 1086 | 650,000- |
| MKA 2520 | 650,000- |
| BEK 8905 | 500,000- |
|         |         |
| **TOTAL INVESTMENT** | 1,800,000- |

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a seven business day clearing period.

Internal use only

Rep Initials:





**Fidelity Investments®**

*Premium Services*

# Investment Report

May 1, 2008 - May 31, 2008

## Fidelity Account™ 249-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE FOR THE BENEFIT OF
MORRIE K ABRAMSON BARRYE KAUFMAN AND JAMES H COHEN

### Core Account - Fidelity Tax-Free Money Market

| Description | Balance | Amount |
|---|---|---|
| Beginning | $1,800,093.60 | |

**Investment Activity**

| | Description | Amount |
|---|---|---|
| Core account income | Cash Management Activity | |
| Subtotal of Investment Activity | $628.27 | |
| | Checking Activity | $800,028.04 |
| | Subtotal of Cash Management Activity | $1,800,028.04 |
| Ending | | $693.83 |

### Investment Activity

| Settlement Date | Security Name | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 5/30 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $628.27 |

### Cash Management Activity

**Checking Activity (2)**

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 1003 | 5/14 | | $1,800,000.00 | 1003 | 5/28 | | $800,028.04 | $1,800,028.04 |

### Daily Additions and Subtractions  Fidelity Tax-Free Money Market, the following is provided to you in accordance with industry regulations.

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/14 | $800,000.00 | $993.60 | 5/28 | $65.56 | | 5/30 | $628.27 | $693.83 |

## Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:

MORRIE K ABRAMSON
BARRYE KAUFMAN



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

YOUR ACCOUNT NUMBER: 1-CM793-3-0
PERIOD ENDING: 5/31/03
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | NO BALANCE FORWARD | | | |
| 5/13 | 1,800,000 | | 51947 | CHECK U S TREASURY BILL DUE 10/2/2003 | JRNL 99.570 | 1,792,260.00 | 1,800,000.00 |
| 5/13 | 7,740 | | 62784 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 10/02/2003 | 1 | 7,740.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 7,740 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,800,000 | | | U S TREASURY BILL DUE 10/2/2003 10/02/2003 | 99.625 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,800,990.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT 6

**Fidelity Investments®**
Fidelity Brokerage Services LLC

James H Cohen Special Trust

JE (_____)

Time Stamp

188 *03APR28PM12:46ET

**Internal use only**

Rep Initials ____ _/k_

1. ☑ Non-Retirement
2. ☑ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ ICR
11. ☐ Margin

**Account Number** ____ 243-307793

This shaded section is required if your Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

**Investment Allocation**

| FUND # | AMOUNT |
|--------|--------|
|        |        |
| **TOTAL** | |

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a seven business day clearing period.

**List Check(s) Individually**

| CHECK # | AMOUNT | |
|---------|--------|--|
| 1086 | 650,000 — | ✓ |
| 2520 | 650,000 — | |
| 8905 | 500,000 — | |
| | | |
| **TOTAL INVESTMENT** | 1,800,000 — | |

JKC
MKA
BCK

2009-01-04 23:14          Barry Kaufman    7138507986 >>

For Deposit only
James R Cohen Special Trust

BARRY E. KAUFMAN   11-99   313-309793          8909
9121 BRIAR FOREST DR.
HOUSTON, TX 77024

4-22-03          20          35-34/346
                                        1130

PAY TO THE
ORDER OF  James Cohen Special Trust _____          $ 500,000.00

five hundred thousand and 00/100 _____ DOLLARS

BANK OF AMERICA

FOR  Madoff Investment          Barry E Kaufman

⑆008909⑆  ⑆113000023⑆  00577868792⑆          ⑈00500000000⑇

**Fidelity Investments®**

*Premium Services*

## Investment Report

### Fidelity Account™ 249-307793 JAMESH COHEN SPECIAL TRUST U/A JAMESH COHEN TRUSTEE FOR THE BENEFIT OF MORRIE K ABRAMSON BARRYE K AUFMAN AND JAMESH COHEN

| Core Account | Fidelity Tax-Free Money Market | | Amount | Balance |
|---|---|---|---|---|
| Description | | Balance | | |
| Beginning | | $1,800,093.60 | | |

**Investment Activity**

| | Description | | Amount | Balance |
|---|---|---|---|---|
| Investment Activity | | | | |
| Core account income | | | | |
| Subtotal of Investment Activity | $628.27 | | | |

| Cash Management Activity | | | Amount | Balance |
|---|---|---|---|---|
| Checking activity | | | $1,800,028.04 | |
| Subtotal of Cash Management Activity | $1,800,028.04 | | | |
| Ending | | | | $693.83 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 5/30 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $628.27 |

### Cash Management Activity

**Checking Activity (2)**

| Check # | Date | Amount | Balance | Check # | Date | Amount | Balance | Check # | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1002 | 5/14 | $1,800,000.00 | $93.60 | 1003 | 5/28 | $28.04 | $65.56 | Total | | $1,800,028.04 | |

### Daily Additions and Subtractions  Fidelity Tax-Free Money Market (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/14 | $1,800,000.00 | $93.60 | 5/28 | $28.04 | $65.56 | 5/30 | $628.27 | $693.83 |

### Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:
MORRIE K ABRAMSON
BARRY E KAUFMAN



MadF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

**PERIOD ENDING** 5/31/03

**YOUR TAX PAYER IDENTIFICATION NUMBER** 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

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | NO BALANCE FORWARD | | | |
| 5/13 | | | | CHECK | JRNL | | 1,800,000.00 |
| 5/13 | 1,800,000 | | 61947 | U S TREASURY BILL DUE 10/2/2003 | 99.570 | 1,792,260.00 | |
| 5/13 | 7,740 | | 62784 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 10/02/2003 | 1 | 7,740.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 7,740 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,800,000 | | | U S TREASURY BILL DUE 10/2/2003 | 99.625 | | |
| | | | | 10/02/2003 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 1,800,990.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

FROM :                                    FAX NO. :                            Feb. 09 2009 11:01PM  P1

JAN-09-2009 FRI 04:39 PM Four-Leaf Towers                    FAX NO. 7135529919              P. 04


## *charles* SCHWAB

January 5, 2009                                          Account #: ****-*201
                                                         Questions: 1-800-472-9813

Judith Kaufman, Barry Kaufman
5110 San Felipe St Unit 182w
Houston, TX 77056


---

### Important Information about your wire transfer(s).

---

Dear Judith Kaufman and Barry Kaufman,

We're writing to provide the information you recently requested about a wire transfer(s) from the Schwab account referenced above. Following are the details of the transaction(s):

| | |
|---|---|
| **Date of Transfer:** | April 22, 2003 |
| **Confirmation Number:** | FED REF # 20030422B1Q8021C003311 |
| **Beneficiary Name:** | BARRY E KAUFMAN & JUDITH KAUFMAN |
| **Beneficiary Bank:** | BANK OF AMERICA, N.A. |
| **Amount:** | $500,000.00 |
| **Date of Transfer:** | June 28, 2007 |
| **Confirmation Number:** | FED REF # 06281167036R000294 |
| **Beneficiary Name:** | JAMES H COHEN SPECIAL TRUST |
| **Beneficiary Bank:** | NATIONAL FINANCIAL SERVICES FINANCIAL INSTITUTION US |
| **Amount:** | $150,000.00 |
| **Date of Transfer:** | December 31, 2007 |
| **Confirmation Number:** | FED REF # 1231I1B7036R000543 |
| **Beneficiary Name:** | JAMES H COHEN SPECIAL TRUST |
| **Beneficiary Bank:** | NATIONAL FINANCIAL SERVICES FINANCIAL INSTITUTION US |
| **Amount:** | $100,000.00 |

If the transfer(s) was a distribution from a retirement account, Schwab may have withheld taxes on the distribution, and the transferred amount(s) reflects this.

**Your next steps**

Please review the information above. If there are any errors, or if you have any questions regarding this transaction,

*(Continued on Next Page)*

©2009 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00036 (0908-4648) 1/09 SGC44070

FROM :

FAX NO. :

Feb. 09 2009 11:01PM  P2

JAN-09-2009 FRI 04:39 PM Four-Leaf Towers

FAX NO. 7135529010

P. 05

please call us at the number above, Monday through Friday, 9:00 a.m. to 8:00 p.m. ET.

**Thank you for investing with Schwab.** We appreciate your business and look forward to serving you in the future.

Sincerely,

*Demitra Charchalis*

**Demitra Charchalis**
Margins
9601 E. Panorama Circle
Englewood, CO 80112-3441

©2009 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 00038 (0908-4643) 1/09 SGC44070

*Private Access*

**Fidelity Investments®**

**Investment Report**

July 1, 2007 - July 31, 2007

**Fidelity Account℠ Z49-307793**    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

**Core Account** - Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $151,207.84 |
| Investment Activity | | |
| Core account income | $30.95 | |
| Subtotal of Investment Activity | $30.95 | |

| Description | Amount | Balance |
|---|---|---|
| Cash Management Activity | | |
| Checking activity | -150,000.00 | |
| Subtotal of Cash Management Activity | -$150,000.00 | |
| Ending | | $1,238.79 |

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 7/31 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $30.95 |

**Cash Management Activity**

**Checking Activity (1)**

| Check # | Date | Code | Amount | Balance | Check # | Date | Code | Amount |
|---|---|---|---|---|---|---|---|---|
| 1020 | 7/02 | | -$150,000.00 | $1,207.84 | | | | |
| | | Total | -$150,000.00 | | | | | |

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 7/02 | -$150,000.00 | $1,207.84 | | | |
| 7/31 | 30.95 | 1,238.79 | | | |

**Daily Additions and Subtractions** Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
ALAN D GARFIELD          BARRY E KAUFMAN          MORRIE K ABRAMSON

0001          070731 0001 235118778          04 18  000

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Associated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST
850 PARK AVENUE #7C
NEW YORK        NY    10021

| YOUR ACCOUNT NUMBER | DATE | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-CM793-3-0 | 6/30/07 | *****#0338 | 4 |



| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 5,110 | 94958 | INTEL CORP | 24.210 | | 123,509.10 |
| | 2,520 | 99235 | JOHNSON & JOHNSON | 62.100 | | 155,392.00 |
| 4,750,000 | | 85574 | U S TREASURY BILL DUE 8/9/2007 | 99.461 | 4724,397.50 | |
| 6,640 | | 90851 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET 8/09/2007 | 1 | 6,640.00 | |
| | | | CHECK | CK | | 150,000.00 |
| | | 147 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 06/29/07 | DIV | | 17.03 |
| | | 4882 | PEPSICO INC DIV 6/08/07 6/29/07 | DIV | | 551.25 |
| 179,093 | | 8890 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 179,093.00 | |
| | 179,093 | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 179,093.00 |
| 150,000 | | | U.S. TREASURY BILL DUE 8/9/2007 | 99.486 | 149,229.00 | |
| 29,864 | | 10179 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 29,864.00 | |
| 15,026 | | 99421 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 15,026.00 | |
| | | | NEW BALANCE | | 51,869.99 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 29,864 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**Fidelity Investments**

*Private Access*

## Investment Report

December 1, 2007 - December 31, 2007

**Fidelity Account℠** Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: JAKE MARSHALL, Team 229

### Core Account - Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | $1,252.32 |
| *Investment Activity* | | |
| Exchanges In | $25,000.00 | |
| Core account income | 55.39 | |
| Subtotal of Investment Activity | $25,055.39 | |

| Description | Amount | Balance |
|---|---|---|
| *Cash Management Activity* | | |
| Deposits | 225,000.00 | |
| Checking activity | -125,000.00 | |
| Subtotal of Cash Management Activity | $100,000.00 | |
| **Ending** | | $126,307.71 |

### Investment Activity

| Settlement Date | Security | Amount | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|---|
| 12/31 | X07-452009-1 | | Transferred from | | | $25,000.00 |
| 12/31 | FIDELITY TAX-FREE MONEY MARKET | | Dividend received | | | 55.39 |

### Cash Management Activity

**Deposits ( 4 )**

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26 | DEPOSIT RECEIVED | $50,000.00 | 12/26 | DEPOSIT RECEIVED | 25,000.00 | | | | **Total** | | $225,000.00 |
| 12/26 | DEPOSIT RECEIVED | 50,000.00 | 12/31 | WIRE TRANS FROM BANK | 100,000.00 | | | | | | |

**Checking Activity ( 1 )**

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Check # | Date | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1021 | 12/31 | | -$125,000.00 | | **Total** | | -$125,000.00 | | | | |

**Daily Additions and Subtractions** *Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/26 | $125,000.00 | $126,252.32 | 12/31 | 55.39 | 126,307.71 | | | |

071231 0001 135065086          04 18

Page 2 c



*Private Access*

## Fidelity Investments

**Investment Report**

January 1, 2008 - January 31, 2008

**Fidelity Account℠** 243-307793   JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: JAKE MARSHALL, Team 229

**Core Account** - *Fidelity Tax-Free Money Market*

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $126,307.71 |
| *Investment Activity* | | |
| Exchanges out | -$25,000.00 | |
| Core account income | 23.50 | |
| Subtotal of Investment Activity | -$24,976.50 | |

**Investment Activity**

| Settlement Date | Security | Description | Amount | Balance | Check # | Date | Code |
|---|---|---|---|---|---|---|---|
| 1/02 | X07-452009-1 | Transferred to | -$25,000.00 | | | | |
| 1/31 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | 23.50 | | | | |

**Cash Management Activity**

**Checking Activity (1)**

| Check # | Date | Code | Amount | Balance |
|---|---|---|---|---|
| 1022 | 1/02 | | -$100,000.00 | $1,307.71 |
| | | **Total** | -$100,000.00 | |

| Description | Amount | Balance |
|---|---|---|
| *Cash Management Activity* | | |
| Checking activity | -100,000.00 | |
| Subtotal of Cash Management Activity | -$100,000.00 | |
| Ending | | $1,331.21 |

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount | Balance |
|---|---|---|---|---|---|---|
| | | | | | -$25,000.00 | |
| | | | | | 23.50 | $1,331.21 |

| Amount | Balance |
|---|---|
| 23.50 | 1,331.21 |

| Date | Amount | Balance |
|---|---|---|
| 1/31 | 23.50 | 1,331.21 |

| Date | Amount | Balance |
|---|---|---|
| 1/02 | -$125,000.00 | $1,307.71 |

**Daily Additions and Subtractions** *Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

## Additional Information About Your Investment Report

A copy of your Investment Report is available to:
ALAN D GARFIELD          BARRY E KAUFMAN          MORRIE K ABRAMSON

0001          080131 0001 235122925          04 18  000          Page 2 of 3

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PAGE | **3** |
|---|---|
| PERIOD ENDING | **12/31/07** |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******0338 |
| YOUR ACCOUNT NUMBER | 1-CM793-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | | | AMERICAN INTL GROUP INC | DIV | | 501.6 |
| 12/21 | 5,010 | | 52460 | DIV 12/07/07 12/21/07 FIDELITY SPARTAN U S TREASURY MONEY MARKET CHECK | 1 | 5,010.00 | |
| 12/28 | | | | BANK OF AMERICA | CA | | 125,000.0 |
| 12/28 | | | | DIV 12/07/07 12/28/07 | DIV | | 2,7724 |
| 12/28 | 125,000 | | 56294 | U S TREASURY BILL DUE 4/10/2008 | 99.113 | 123,891.25 | |
| 12/28 | 1,108 | | 56343 | FIDELITY SPARTAN U S TREASURY MONEY MARKET CHECK | 1 | 1,108.00 | |
| 12/31 | | | | FIDELITY SPARTAN | CA | | 100,000 |
| 12/31 | | | | U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 238.4 |
| 12/31 | 62,270 | 62,270 | 57569 | TRANS TO 40 ACCT FIDELITY SPARTAN | JRNL 1 | 78,860.00 | 62,270.0 |
| 12/31 | 5,400,000 | | 64439 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 4/10/2008 | 99.133 | 5,353,182.0 | |
| 12/31 | 5,550,000 | | 71798 | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.149 | 5,502,769.50 | |
| | | | | **CONTINUED ON PAGE 4** | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

# EXHIBIT 7

**Fidelity Investments®**
Fidelity Brokerage Services LLC

James H Cohen Special Trust

IE (_____) _____

Time Stamp

108  '83APR28PM12:46ET

**Account Number** 243-307793

This shaded section is required if your Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

**Investment Allocation**

| FUND # | AMOUNT |
|--------|--------|

**TOTAL**

1. ☑ Non-Retirement
2. ☐ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ ICR
11. ☐ Margin

**List Check(s) Individually**

| CHECK # | AMOUNT | |
|---------|--------|---|
| JC  1086 | 450,000 — | ✓ |
| MRA  7520 | 450,000 — | |
| BEK  8905 | 500,000 — | |
| | | |
| TOTAL INVESTMENT | 1,000,000 — | |

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a seven business day clearing period.

**Internal use only**

ep Initials _____





**Fidelity Investments®**

*Premium Services*

**Investment Report**

May 1, 2003 - May 31, 2003

## Fidelity Account™ Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE FOR THE BENEFIT OF MORRIE K ABRAMSON, BARRY E KAUFMAN AND JAMES H COHEN

### Core Account — Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $1,800,093.60 |
| Investment Activity | | |
| Core account income | $628.27 | |
| Subtotal of Investment Activity | $628.27 | |
| Cash Management Activity | | |
| Checking activity | -$1,800,028.04 | |
| Subtotal of Cash Management Activity | -$1,800,028.04 | |
| Ending | | $693.83 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 5/30 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $628.27 |

### Cash Management Activity

#### Checking Activity (2)

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1002 | 5/14 | | -$1,800,000.00 | 1003 | 5/28 | | -$28.04 | |

| | | Total | -$1,800,028.04 | | | | | |

### Daily Additions and Subtractions — Fidelity Tax-Free Money Market (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/14 | -$1,800,000.00 | $93.60 | 5/28 | -$28.04 | $65.56 | 5/30 | $628.27 | $693.83 |

## Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:

BARRY E KAUFMAN
MORRIE K ABRAMSON

030530 0001 135128948        04 18



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

**YOUR ACCOUNT NUMBER:** 1-CM793-3-0
**PERIOD ENDING:** 5/31/03
**PAGE:** 1
**YOUR TAX PAYER IDENTIFICATION NUMBER:** 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | NO BALANCE FORWARD | | | |
| 5/13 | | | | CHECK | JRNL | | 1,800,000.00 |
| 5/13 | 1,800,000 | | 51947 | U S TREASURY BILL DUE 10/2/2003 | 99.570 | 1,792,260.00 | |
| 5/13 | 7,740 | | 62784 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,740.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 7,740 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 1,800,000 | | | U S TREASURY BILL DUE 10/2/2003 | 99.625 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,800,990.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT 8

# Fidelity
INVESTMENTS

AME James H Cohen Special Trust

AY PHONE ( 212 ) 249 1459

Time Stamp

**Account Number** 243-307793

This shaded section is required if your Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

1. ☒ Non-Retirement
2. ☐ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ ICR
11. ☐ Margin

Simple (cyp, pyp, cys, pys)
circle choice

**Investment Allocation**

| FUND # | AMOUNT |
|--------|--------|
| 275 | |
| | |
| TOTAL | |

**List Check(s) Individually**

| | CHECK # | AMOUNT |
|------|---------|---------|
| RCB | 292 | 125,000 |
| APG | 1998 | 125,000 |
| MG | 231 | 125,000 |
| EMI | 528 | 25,000 |
| | **TOTAL INVESTMENT** | 300,000 |

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a seven business day clearing period.

Internal use only

Rep Initials

v.3 (Rev. 12-03)



Jan 08 2009 3:02PM   Garfield Development Corp   212-661-9425   P.4



Page 1 of 1

| | |
|---|---|
| Posting Date: | 2004-12-23 |
| Sequence #: | 3400472386 |
| Account #: | 70060231465 |
| Routing Transit: | 02100002 |
| Amount #: | $125000.00 |
| Check/Serial #: | 000000000231 |
| Bank #: | 802 |
| Tran Code: | 0000 |
| IRD: | N/A |
| ItemType: | N/A |
| BOFD: | N/A |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |



ERIN M. HELLBERG
5 GALLEINE
COMMACK, NY  11725

1-32/210
9446812065

528

DATE 12/17/04

PAY TO THE
ORDER OF James H. Cohen Special Trust    $ 125,000.00

One Hundred Twenty Five Thousand +00/100 DOLLARS

Fleet
www.fleet.com
94203    Commack Office
Commack, New York 11725

Erin Heuberg

MEMO

⑈021000322⑈  94468  12055⑈ 0528

**Fidelity Investments**

*Private Access*

# Investment Report

January 1, 2005 - January 31, 2005

## Fidelity Account℠ — 243-307793 — JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE

Private Access Account Executive: John Marshall, Team 229

### Core Account — Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | $500,805.76 |
| *Investment Activity* | | |
| Core account income | $65.98 | |
| Subtotal of Investment Activity | $65.98 | |
| *Cash Management Activity* | | |
| Checking activity | -$500,267.98 | |
| Subtotal of Cash Management Activity | -$500,267.98 | |
| **Ending** | | $603.74 |

## Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount | Balance |
|---|---|---|---|---|---|---|
| 1/31 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $65.98 | $65.98 |

## Cash Management Activity

### Checking Activity ( 4 )

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Check # | Date | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1006 | 1/31 | | -$74.42 | 1008 | 1/26 | | -96.78 | | | | |
| 1007 | 1/21 | | -96.78* | 1026* | 1/03 | | -500,000.00* | | | Total | -$500,267.98 |

*Check number has been skipped.

## Daily Additions and Subtractions: Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/03 | -$500,000.00 | $805.76 | 1/26 | -96.78 | 612.20 | | | |
| 1/21 | -96.78 | 708.98 | 1/31 | -8.46 | 603.74 | | | |

## Additional Information About Your Investment Report

A copy of our Investment Report is available to
BARRY E KAUFMAN                    MORRIE K ABRAMSON

050131 0001 135110281          04 18  000

0001

| | | MADF | **BERNARD L. MADOFF** |
| | | | INVESTMENT SECURITIES LLC |
| | | | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

| PAGE | **4** |
| PERIOD ENDING | **12/31/04** |
| YOUR ACCOUNT NUMBER | **1-CM793-3-0** |
| YOUR TAX PAYER IDENTIFICATION NUMBER | **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** |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----|-----|-----|-----|-----|-----|-----|
| 12/31 | | | | CHECK | CA | | 500,000.00 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | | |
| 12/31 | | 29,162 | 71564 | FIDELITY SPARTAN | 1 | 15,617.00 | 29,162.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 1,300,000 | | 88242 | U S TREASURY BILL | 99.396 | 1,292,148.00 | |
| | | | | DUE 06/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| 12/31 | 1,300,000 | | 92673 | U S TREASURY BILL | 99.336 | 1,291,368.00 | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| 12/31 | 10,715 | | 9T115 | FIDELITY SPARTAN | 1 | 10,715.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | | | .17 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,715 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,300,000 | | | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| | 1,300,000 | | | U S TREASURY BILL | 99.336 | | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 2,594,231.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT 9









# Fidelity Investments

*Private Access*

## Investment Report

April 2005 - April 30, 2005

**Fidelity Account** Z43-307793    JAMES H COHEN SPECIAL TRUST U/A/ JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Core Account : Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $605.20 |
| Investment Activity | | |
| Core account income | $228.16 | |
| Subtotal of Investment Activity | $228.16 | |
| Cash Management Activity | | |
| Deposits | 400,000.00 | |
| Checking activity | -400,000.00 | |
| Subtotal of Cash Management Activity | $0.00 | |
| Ending | | $833.36 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 4/29 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $228.16 |

### Cash Management Activity

**Deposits ( 2 ):**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 4/4 | DEPOSIT RECEIVED | $100,000.00 | 4/21 | DEPOSIT RECEIVED | 300,000.00 |
| | | | | Total : | $400,000.00 |

**Checking Activity ( 1 ):**

| Check # | Date | Amount | Code | Check # | Date | Amount | Code |
|---|---|---|---|---|---|---|---|
| 1009 | 4/28 | $400,000.00 | | | | Total : | $400,000.00 |

**Daily Additions and Subtractions** : Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 4/14 | $100,000.00 | $100,605.20 | 4/28 | -400,000.00 | 605.20 |
| 4/21 | 300,000.00 | 400,605.20 | 4/29 | 228.16 | 833.36 |

Page 2 of 4

050429 0001 135109232    04 18  000

0001

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY    10021

PAGE 2
PERIOD ENDING 4/30/05
YOUR ACCOUNT NUMBER 1-CM793-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/25 | | | | GENERAL ELECTRIC CO | DIV | | 1,285.24 |
| 4/27 | | 400,000 | 16654 | DIV 2/28/05 - 4/25/05 CHECK | EA | | 400,000.00 |
| 4/27 | | | | U S TREASURY BILL DUE 06/09/2005 | 99.680 | 398,720.00 | |
| 4/27 | 1,280 | | 16665 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,280.09 | |
| 4/29 | 3,174 | | 17817 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,174.00 | |
| | | | | NEW BALANCE | | | 25,864.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 16,729 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,275,000 | | | U S TREASURY BILL DUE 06/02/2005 | 99.748 | | |
| | 1,775,000 | | | U S TREASURY BILL DUE 06/09/2005 | 99.697 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                SHORT 3,058,137.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**ALAN GARFIELD**
675 THIRD AVE, SUITE 1806
NEW YORK, NY 10017

1138

DATE 12-18-2006

PAY TO THE ORDER OF James H. Cohen Special Trust Acc 243-307793 $ 100,000.00

$100,000.00¢ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

⑈081138⑈ ⑈021000021⑈ 90 726 2559365⑈

FR DEPOSIT ONLY
FIDELITY ACC #
243-307793
JAMES H. COHEN SPECIAL

**Fidelity**
INVESTMENTS

NAME James H Cohen Special T

DAY PHONE ( )

Time Stamp

1. ☑ Non-Retirement
2. ☐ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ 60-Day Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ SE 401(k) Employer (Keogh)
11. ☐ SE 401(k) Employee (CYP or PYP) circle choice
12. ☐ ICR
13. ☐ Margin

**Account Number** 243.307793

This shaded section is required if your Fidelity Account No. begins with 2AA through ZZZ. (At least one fund # required)

**Investment Allocation**

| FUND # | AMOUNT |
|--------|--------|
| TOTAL  |        |

**List Check(s) Individually**

| CHECK # | AMOUNT |
|---------|--------|
| 1138    | 100,000 |
|         |        |
|         |        |
|         |        |
| TOTAL INVESTMENT | 100,000 |

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your C balances while awaiting reinvestment. All transactions involving these funds must be placed with Fidelity registered representative or through a Fidelity Automated Trading Service or complete shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a four business day clearing period.

**Internal use only**

Rep Initials ( AG )



## Private Access

Envelope 135059680

JAMES H COHEN
JAMES H COHEN SPECIAL TRUST
850 PARK AVE # 7C
NEW YORK NY 10021-1845

# Investment Report

December 1, 2006 - December 31, 2006

Online          Fidelity.com
FAST(sm)-Automated Telephone   800-544-5555
Private Access   800-544-5704

## Fidelity Account℠ Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Account Summary

| | |
|---|---|
| Beginning value as of Dec 1 | $1,047.96 |
| Additions | 203,200.00 |
| Change in investment value | 173.84 |
| Ending value as of Dec 31 | $204,421.80 |

Your commission schedule    Gold
Account eligible trades from Jan 2006 -    0
Dec 2006

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-exempt | | |
| Dividends | $173.84 | $304.84 |

### Holdings (Symbol) as of December 31, 2006

| | Performance December 31, 2006 | Quantity December 31, 2006 | Price per Unit December 31, 2006 | Total Value December 1, 2006 | Total Value December 31, 2006 |
|---|---|---|---|---|---|
| Core Account 100% of holdings | | | | | |
| FIDELITY TAX-FREE MONEY MARKET (FMOXX) | 7-day yield: 3.46% | 204,421.800 | $1.000 | $1,047.96 | $204,421.80 |

## Transaction Details    (for holdings with activity this period)

Page 1 of 3

0001    061229 0001 135059680    04 18  000

# Fidelity Investments®
*Private Access*

## Investment Report

December 1, 2006 - December 31, 2006

**Fidelity Account℠** 243-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Core Account - Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $1,047.96 |
| *Investment Activity* | | |
| Core account income | $173.84 | |
| Subtotal of Investment Activity | $173.84 | |

| Description | Amount | Balance |
|---|---|---|
| *Cash Management Activity* | | |
| Deposits | 203,200.00 | |
| Subtotal of Cash Management Activity | $203,200.00 | |
| Ending | | $204,421.80 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Amount | Transaction Amount |
|---|---|---|---|---|---|---|
| 12/29 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | | $173.84 |

### Cash Management Activity

**Deposits (2)**

| Date | Description | Amount | Balance | Date | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/18 | DEPOSIT RECEIVED | $100,000.00 | $101,047.96 | 12/26 | DEPOSIT RECEIVED | 103,200.00 | 204,247.96 |
| | | | | Total | | $203,200.00 | 204,421.80 |

**Daily Additions and Subtractions** *Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 12/18 | $100,000.00 | $101,047.96 | 12/29 | 173.84 | 204,421.80 |

### Additional Information About Your Investment Report

A copy of your Investment Report is available to:
ALAN D GARFIELD                    BARRY E KAUFMAN                    MORRIE K ABRAMSON

0001                    061229 0001 135059660    04 18  000

Page 2 of 3



*Private Access*

Envelope 235119993

JAMES H COHEN
JAMES H COHEN SPECIAL TRUST
850 PARK AVE # 7C
NEW YORK NY 10021-1845

# Investment Report

January 1, 2007 - January 31, 2007

Online
FAST(sm)-Automated Telephone
Private Access

Fidelity.com
800-544-5555
800-544-5704

## Fidelity Account℠ Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Account Summary

| | |
|---|---|
| Beginning value as of Jan 1 | $204,421.80 |
| Withdrawals | -203,200.00 |
| Change in investment value | 41.97 |
| Ending value as of Jan 31 | $1,263.77 |
| | |
| Your commission schedule | Gold |
| Account eligible trades from Feb 2006 - Jan 2007 | 0 |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| Tax-exempt | | |
| Dividends | $41.97 | $41.97 |

### Holdings (Symbol) as of January 31, 2007
Core Account 100% of holdings

| | Performance January 31, 2007 | Quantity January 31, 2007 | Price per Unit January 31, 2007 | Total Value January 1, 2007 | Total Value January 31, 2007 |
|---|---|---|---|---|---|
| FIDELITY TAX-FREE MONEY MARKET (FMOXX) | 7-day yield: 3.22% | 1,263.770 | $1.000 | $204,421.80 | $1,263.77 |

## Transaction Details    (for holdings with activity this period)

Page 1 of 3

0001    070131 0001 235119993    04 18  000



*Private Access*

**Investment Report**

January 1, 2007 - January 31, 2007

## Fidelity Account℠ Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Core Account - *Fidelity Tax-Free Money Market*

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | $204,421.80 |
| *Investment Activity* | | |
| Core account income | $41.97 | |
| Subtotal of Investment Activity | $41.97 | |

| Description | Amount |
|---|---|
| *Cash Management Activity* | |
| Checking activity | -203,200.00 |
| Subtotal of Cash Management Activity | -$203,200.00 |
| **Ending** | $1,263.77 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount | Balance |
|---|---|---|---|---|---|---|
| 1/31 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | $41.97 | $41.97 |

### Cash Management Activity

**Checking Activity (1)**

| Check # | Date | Code | Amount | Balance | Check # | Date | Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1018 | 1/02 | | -$203,200.00 | $1,221.80 | | Total | | -$203,200.00 | 1,263.77 |

*Daily Additions and Subtractions Fidelity Tax-Free Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 1/02 | -$203,200.00 | $1,221.80 | 1/31 | 41.97 | 1,263.77 |

## Additional Information About Your Investment Report
A copy of your Investment Report is available to:
ALAN D GARFIELD        BARRY E KAUFMAN        MORRIE K ABRAMSON

Page 2 of 3



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222
Affiliated with

**PAGE** 1

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C      NY    10021
NEW YORK    NY

**PERIOD ENDING** 12/31/06

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******0338

**YOUR ACCOUNT NUMBER** 1-CM793-3-0

**AMOUNT DEBITED TO YOUR ACCOUNT**

**AMOUNT CREDITED TO YOUR ACCOUNT**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 128,490.43 | |
| 12/01 | | | | INTEL CORP | DIV | | 475.70 |
| 12/01 | | | | DIV 11/07/06 12/01/06 WELLS FARGO & CO NEW | DIV | | 769.16 |
| 12/05 | | | | DIV 11/03/06 12/01/06 PFIZER INC | DIV | | 1,447.20 |
| 12/11 | | | | DIV 11/10/06 12/05/06 CHEVRON CORP | DIV | | 940.68 |
| 12/11 | | | | DIV 11/17/06 12/11/06 EXXON MOBIL CORP | DIV | | 1,565.12 |
| 12/11 | | | | DIV 11/13/06 12/11/06 INTERNATIONAL BUSINESS MACHS | DIV | | 381.90 |
| 12/11 | | | | DIV 11/10/06 12/09/06 UNITED TECHNOLOGIES CORP | DIV | | 213.06 |
| 12/12 | | | | DIV 11/17/05 12/10/06 JOHNSON & JOHNSON | DIV | | 906.50 |
| 12/14 | | | | DIV 11/28/05 12/12/06 HOME DEPOT INC | DIV | | 376.88 |
| 12/14 | | | | DIV 11/30/06 12/14/06 MICROSOFT CORP | DIV | | 710.20 |
| 12/15 | | | | DIV 11/16/06 12/14/06 AMERICAN INTL GROUP INC | DIV | | 353.76 |
| 12/15 | | | | DIV 12/01/06 12/15/06 COCA COLA CO | DIV | | 519.25 |
| | | | | DIV 12/01/06 12/15/06 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **2**

PERIOD ENDING **12/31/06**

YOUR ACCOUNT NUMBER **1-CM793-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*\*033B**

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY     10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | TIME WARNER INC | DIV | | 184.25 |
| | | | | DIV 11/30/06 12/15/06 | | | |
| 12/15 | | | | WACHOVIA CORP NEW | DIV | | 900.48 |
| | | | | DIV 11/30/06 12/15/06 | | | |
| 12/21 | | 4,087 | 874 | CITI GROUP INC | 54.580 | | 222,905.46 |
| 12/21 | | 938 | 2874 | SCHLUMBERGER LTD | 67 | | 62,809.00 |
| 12/21 | | 1,675 | 5124 | COMCAST CORP | 43.140 | | 72,192.50 |
| | | | | CL A | | | |
| 12/21 | | 3,216 | 7124 | AT&T INC | 35.810 | | 115,036.95 |
| 12/21 | | 5,092 | 9374 | CISCO SYSTEMS INC | 27.730 | | 140,998.16 |
| 12/21 | | 3,350 | 11374 | TIME WARNER INC | 21.710 | | 72,594.50 |
| 12/21 | | 1,809 | 13624 | CHEVRON CORP | 75.110 | | 135,801.99 |
| 12/21 | | 871 | 15624 | UNITED PARCEL SVC INC | 76.630 | | 66,710.73 |
| | | | | CLASS B | | | |
| 12/21 | | 8,509 | 17874 | GENERAL ELECTRIC CO | 37.630 | | 319,853.67 |
| 12/21 | | 804 | 19860 | UNITED TECHNOLOGIES CORP | 62.410 | | 50,145.64 |
| 12/21 | | 335 | 22124 | GOLDMAN SACHS GROUP INC | 201.700 | | 67,556.50 |
| 12/21 | | 1,608 | 24056 | WACHOVIA CORP NEW | 57.430 | | 92,283.44 |
| 12/21 | | 1,675 | 26374 | HOME DEPOT INC | 40.080 | | 67,067.00 |
| 12/21 | | 2,747 | 28306 | WELLS FARGO & CO NEW | 35.750 | | 98,096.25 |
| 12/21 | | 2,278 | 30624 | HEWLETT PACKARD CO | 40.020 | | 91,074.56 |
| 12/21 | | 2,010 | 32556 | WAL-MART STORES INC | 46.640 | | 93,666.40 |
| 12/21 | | 1,273 | 34874 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 121,903.40 |
| 12/21 | | 4,891 | 36806 | EXXON MOBIL CORP | 76.800 | | 375,633.80 |
| 12/21 | | 4,757 | 39124 | INTEL CORP | 21.100 | | 100,182.70 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3

PERIOD ENDING 12/31/06

YOUR TAX PAYER IDENTIFICATION NUMBER ******0338

YOUR ACCOUNT NUMBER 1-CM793-3-0

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK                NY   10021

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 2,412 | 43374 | JOHNSON & JOHNSON | 66.780 | | 160,977.36 |
| 12/21 | | 2,814 | 47624 | J.P. MORGAN CHASE & CO | 48.410 | | 136,113.74 |
| 12/21 | | 1,675 | 51873 | COCA COLA CO | 48.990 | | 81,991.25 |
| 12/21 | | 737 | 56123 | MERRILL LYNCH & CO INC | 91.960 | | 67,745.52 |
| 12/21 | | 1,742 | 60373 | ALTRIA GROUP INC | 85.910 | | 149,586.22 |
| 12/21 | | 1,809 | 64623 | MERCK & CO | 44 | | 79,524.00 |
| 12/21 | | 871 | 68873 | MORGAN STANLEY | 80.620 | | 70,186.02 |
| 12/21 | | 7,102 | 73123 | MICROSOFT CORP | 30.110 | | 213,557.22 |
| 12/21 | | 1,273 | 79681 | ABBOTT LABORATORIES | 48.170 | | 61,270.41 |
| 12/21 | | 2,144 | 83914 | AMERICAN INTL GROUP INC | 72.790 | | 155,976.76 |
| 12/21 | | 3,350 | 85873 | ORACLE CORPORATION | 18.050 | | 60,333.50 |
| 12/21 | | 938 | 88163 | AMGEN INC | 70.630 | | 66,213.94 |
| 12/21 | | 1,340 | 90123 | PEPSICO INC | 63.210 | | 84,648.40 |
| 12/21 | | 1,005 | 92405 | AMERICAN EXPRESS COMPANY | 62.270 | | 62,541.35 |
| 12/21 | | 6,030 | 94373 | PFIZER INC | 25.870 | | 155,755.10 |
| 12/21 | | 3,752 | 96623 | BANK OF AMERICA | 53.690 | | 201,294.88 |
| 12/21 | | 2,613 | 98623 | PROCTER & GAMBLE CO | 64.120 | | 167,441.56 |
| 12/21 | 4,300,000 | | 41199 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 4,259,709.00 | |
| | | | | 3/01/2007 | | | |
| 12/21 | 24,409 | | 45440 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,409.00 | |
| 12/22 | | | | BANK OF AMERICA DIV 12/01/06 12/22/06 | DIV | | 2,101.12 |
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 113.22 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY    10021

PERIOD ENDING: 12/31/06

YOUR ACCOUNT NUMBER: 1-CM793-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338

PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | | | | CHECK | CA | | 203,200.00 |
| 12/29 | | | | TRANS FROM 4D ACCT | JRNL | | 71,139.00 |
| 12/29 | 2,325,000 | | 1236 | U S TREASURY BILL DUE 4/5/2007 | 98.682 | 2,294,356.50 | |
| 12/29 | 10,924 | | 5748 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/05/2007 | 1 | 10,924.00 | |
| 12/29 | | 48,247 | 82513 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 48,247.00 |
| 12/29 | | 4,375,000 | 87846 | U S TREASURY BILL DUE 3/01/2007 | 99.166 | | 4,338,512.50 |
| 12/29 | 2,325,000 | | 96764 | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 98.780 | 2,296,635.00 | |
| | | | | NEW BALANCE | | | .94 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,924 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 2,325,000 | | | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 98.780 | | |
| | 2,325,000 | | | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 98.682 | | |

MARKET VALUE OF SECURITIES
LONG    4,601,915.50
SHORT

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING  12/31/06
PAGE  5

YOUR TAX PAYER IDENTIFICATION NUMBER  ********0338

YOUR ACCOUNT NUMBER  1-CM793-3-0

JAMES H COHEN
SPECIAL TRUST
850 PARK AVENUE #7C
NEW YORK          NY    10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 75,062.22 |
| | | | | GROSS PROCEEDS FROM SALES | | | 36,899,212.22 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C    NY    10021
NEW YORK

PERIOD ENDING: 12/31/06
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0338
YOUR ACCOUNT NUMBER: 1-CM793-4-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  |  |  |  | BALANCE FORWARD |  |  | 128,491.00 |
| 12/18 |  | 67 | 61786 | S & P 100 INDEX | 6.600 |  | 44,153.00 |
| 12/18 | 67 |  | 66224 | JANUARY 660 CALL S & P 100 INDEX | 2.700 | 18,157.00 |  |
| 12/18 | 67 |  | 70662 | DECEMBER 655 CALL S & P 100 INDEX | 5 | 33,567.00 |  |
| 12/18 |  | 67 | 75100 | JANUARY 650 PUT S & P 100 INDEX | .300 |  | 1,943.00 |
| 12/21 | 67 |  | 77373 | DECEMBER 645 PUT S & P 100 INDEX | 10.500 | 70,417.00 |  |
| 12/21 | 67 |  | 81623 | JANUARY 660 CALL S & P 100 INDEX | 2.800 | 71,139.00 |  |
| 12/29 |  |  |  | JANUARY 650 PUT TRANS TO 30 ACCT | JRNL |  | 18,693.00 |
|  |  |  |  | NEW BALANCE |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT 10

June 23, 2005

Att: Jim Cohen

Please find enclosed, copies of the checks and deposit slip for the additional
investment which I made today, June 23, 2002. I deposited two $100,000.00 checks
($200,000.00) into the "James H. Cohen Special Trust". Fidelity Acct. # Z43-307793.
Thank you,

Robyn Berniker
516-692-5862

Pages including cover:4

06/22/2005   15:24    5166925863              BERNIKER                              PAGE   02

**Fidelity**
INVESTMENTS

ME _James H. Cohen Special_
                              _Trust_
Y PHONE (_____)

Account Number ___ Z43- 307793

This shaded section is required if your Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

| Time Stamp | | |
|---|---|---|
| | 1. ☐ ICR | |
| | 2. ☐ Margin | |
| | 3. ☑ Non-Retirement | |
| | 4. ☐ Current Year Contribution | |
| | 5. ☐ Prior Year Contribution | |
| | 6. ☐ 60-Day Rollover | |
| | 7. ☐ Direct Corporate Rollover | |
| | 8. ☐ ROTH Conversion | |
| 118 '05JUN23PM 2:02ET | 9. ☐ Transfer of Assets | |
| | 10. ☐ SEP IRA | |
| | 11. ☐ Keogh | |
| | 12. ☐ SE 401(k) Employer (Keogh) | |
| | 13. ☐ SE 401(k) Employee (CYP or PYP) circle choice | |

**Investment Allocation**

| FUND # | AMOUNT |
|---|---|
| | |
| | |
| TOTAL | |

**List Check(s) Individually**

| CHECK # | AMOUNT |
|---|---|
| | 100,000 |
| | 100,000 |
| | |
| | |
| TOTAL INVESTMENT | 200,000 |

Internal use only
Rep Initials   AZH

i-3 (Rev. 11/04)

- Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
- If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
- We are unable to accept cash.
- All deposits may be subject to a seven business day clearing period.

---

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

JPMorgan Chase Bank
Buffalo, NY 14202

**CHASE**        10-84
                 220

Z43-5-7793        0020903884

Date   JUNE 23, 2005

REMITTER

Pay to the order of   ROBYN G. BERNIKER            $   100,000.00

Amount   ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS            U.S. Dollars

**CASHIER'S CHECK**                     Authorized Signature   _Stephen P. Hughes_

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

⑅"0020903684"⑅ ⑊02200084⑊2⑊601600034⑊

---

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

JPMorgan Chase Bank
Buffalo, NY 14202

**CHASE**        10-84
                 220

0020903683

Date   JUNE 23, 2005

REMITTER

Pay to the order of   ROBYN C. BERNIKER            $   100,000.00

Amount   ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS            U.S. Dollars

**CASHIER'S CHECK**                     Authorized Signature   _Stephen P. Hughes_

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

## ONE TRANSACTION PER FORM

### One-Time Letter of Instruction

118 '05JUN23PM 2:12 ET

### 1  CUSTOMER INFORMATION

James H. Cohen Special Trust

Name of Owner (or Trust/Business/Custodian)

57 - 6200338

Social Security or TIN

Co-Owner (or Trustee/Authorized Person)

Social Security or TIN

Account Number: 2 4 3 - 3 0 7 7 9 3

### 2  PARTIAL ACCOUNT TRANSFER

Dollar Amount $_____     OR the following Securities:

| Security Name | Symbol | Quantity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

To Account Number

Receiving Account Registration

### 3  DEPOSITORY TRUST COMPANY (DTC) TRANSFER

Receiving Firm's Name

Receiving Firm's DTC Number

Receiving Firm's Address

For the Benefit of

Receiving Firm's Account Number

| Security Name | Symbol | Quantity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

*Please continue* ◄─

06/22/2005  15:24   5166925863                BERNIKER                      PAGE  04

## 4 OTHER REQUEST

I authorize the deposit of checks
made out to me, Robyn C. Berniker
in the amount of $200,000 into the
James H. Cohen special trust.

## 5 SIGNATURE

I (We), the undersigned, hereby authorize National Financial Services LLC, Fidelity Brokerage Services LLC, Fidelity Management Trust Company, Fidelity Service Company, Fidelity Distributors Corporation and their affiliates, control persons, officers, directors, successors, assigns and employees (collectively "Fidelity") to act on the instructions denoted above on the indicated account. I (We) agree that Fidelity shall not be liable for any losses, liabilities, claims and costs (including reasonable attorneys' fees) resulting from transactions made in accordance with the instructions stated above.

| SIGNATURE OF OWNER (OR TRUST/BUSINESS/CUSTODIAN) | Date | SIGNATURE OF CO-OWNER (OR TRUSTEE/AUTHORIZED PERSON) | Date |
|---|---|---|---|
| X *Robyn C Berniker*  | | X | |

**For Trust Accounts:**
By signing above as trustee, I certify that I have the power and authority under the trust agreement and applicable law to enter into all transactions, including purchases, sales, and exchanges and redemptions of mutual funds, and deliver any documents necessary to open and maintain accounts on behalf of the trust.

**Fidelity Investments**

Fidelity Distributors Corporation
Fidelity Brokerage Services LLC. Member NYSE, SIPC
Fidelity Investments is a registered trademark of FMR Corp.

340043
LOI-FRM-0203
1.783219.100

# Fidelity Investments — Private Access

## Investment Report

Date: 2005 June 30, 2005

**Fidelity Account** Z43-307793    JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John Marshall, Team 229

### Core Account — Fidelity Tax-Free Money Market

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $835.09 |
| **Investment Activity** | | |
| Securities bought | $400,047.18 | |
| Securities sold | 400,047.18 | |
| Core account income | 98.68 | |
| Income | 47.18 | |

| Description | Amount | Balance |
|---|---|---|
| Subtotal of Investment Activity | | |
| **Cash Management Activity** | | |
| Deposits | 400,000.00 | |
| Checking activity | 400,000.00 | |
| Subtotal of Cash Management Activity | $0.00 | |
| Ending | | $980.95 |

### Investment Activity

| Settlement Date | Security | Amount | Date | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 6/27 | SPARTAN NY MUNI MONEY MARKET | | | You bought | 400,000.0000 | $1.00000 | $400,000.00 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | | | Dividend received | | | 47.18 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | | | Reinvestment | 47.1800 | 1.00000 | 47.18 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | | | You sold | -400,047.1800 | 1.00000 | 400,047.18 |
| 6/30 | FIDELITY TAX-FREE MONEY MARKET | | | Dividend received | | | 98.68 |

+ Prospectus sent under separate cover.

### Cash Management Activity

#### Deposits (4)

| Date | Description | Amount | Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/23 | DEPOSIT RECEIVED | $100,000.00 | 6/23 | DEPOSIT RECEIVED | 100,000.00 | | | $400,000.00 |
| 6/23 | DEPOSIT RECEIVED | 100,000.00 | 6/24 | DEPOSIT RECEIVED | 100,000.00 | | | |
| | | $300,000.00 | | Total | $100,000.00 | | Total | $400,000.00 |

#### Checking Activity (2)

| Check # | Date | Code | Amount | Check # | Date | Code | Amount | Check # | Date | Code | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1010 | 6/30 | | $300,000.00 | 1011 | 6/30 | | 100,000.00 | | | Total | $400,000.00 |

0001    050630 0001 235197419    04 18 000

Page 2 of 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK        NY   10021

PAGE **3**

PERIOD ENDING **6/30/05**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

YOUR ACCOUNT NUMBER **1-CMT93-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/28 | | 810 | 86929 | AMERICAN EXPRESS COMPANY | 54.480 | | 44,128.80 |
| 6/28 | | 1,134 | 89515 | PEPSICO INC | 55.090 | | 62,472.05 |
| 6/28 | | 2,700 | 91205 | BANK OF AMERICA | 47.110 | | 127,197.00 |
| 6/28 | | 4,968 | 93791 | PFIZER INC | 28.930 | | 143,724.24 |
| 6/28 | | 3,510 | 95481 | CITI GROUP INC | 47.360 | | 166,233.60 |
| 6/28 | | 1,674 | 98067 | PROCTER & GAMBLE CO | 54.200 | | 90,730.80 |
| 6/28 | | 1,458 | 99757 | COMCAST CORP | 31.950 | | 46,583.10 |
| | | | | CL A | | | |
| 6/28 | 1,550,000 | | 72332 | U S TREASURY BILL | 99.271 | 1,538,700.50 | |
| | | | | DUE 9/22/2005    9/22/2005 | | | |
| 6/28 | 1,550,000 | | 76605 | U S TREASURY BILL | 99.204 | 1,537,662.00 | |
| | | | | DUE 9/29/2005    9/29/2005 | | | |
| 6/29 | | | | CHECK | CA | | 300,000.00 |
| 6/29 | | | | CHECK | CA | | 100,000.00 |
| 6/29 | 1,540 | | 81837 | FIDELITY SPARTAN | 1 | 1,540.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 6/29 | 400,000 | | 86016 | U S TREASURY BILL | 99.346 | 397,384.00 | |
| | | | | DUE 09/15/2005 | | | |
| | | | | 9/15/2005 | | | |
| 6/29 | 2,616 | | 86048 | FIDELITY SPARTAN | 1 | 2,616.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 6/30 | | | | PEPSICO INC | DIV | | 294.8 |
| | | | | DIV 6/10/05  6/30/05 | | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT 11

Alan Garfields check to trust
for Marion Garfield for $100,000 &
6/23/05
Marion, Garfields reimbursement
Tallering
check 7/23/05

**Fidelity** INVESTMENTS

NAME JAMES H. Cohen Special Trust

DAY PHONE ( )

Time Stamp

1. ☐ Non-Retirement
2. ☐ Current Year Contribution
3. ☐ Prior Year Contribution
4. ☐ Rollover
5. ☐ Direct Corporate Rollover
6. ☐ ROTH Conversion
7. ☐ Transfer of Assets
8. ☐ SEP IRA
9. ☐ Keogh
10. ☐ ICR
11. ☐ Margin

Simple (syp, pyp, cys, pys)
circle choice

Internal use only

Rep Initials

INV3 (Rev. 12-03)

Account Number  Z43 - 307793

This shaded section is required if you Fidelity Account No. begins with 2AA through 2ZZ. (At least one fund # required)

Investment Allocation

| FUND # | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
| **TOTAL** |   |

List Check(s) Individually

| CHECK # | AMOUNT |
|---------|--------|
|         | 100,000 00 |
|         |        |
|         |        |
| **TOTAL INVESTMENT** | 100,000 00 |

• Brokerage accounts will have deposits credited to your Core Money Market Fund or to your Cash balances while awaiting reinvestment. All transactions involving these funds must be placed with a Fidelity registered representative or through a Fidelity Automated Trading Service or complete the shaded section above for Fidelity Mutual Fund purchases.
• If purchasing a new fund, I (we) have read the prospectus and agree to the terms.
• We are unable to accept cash.
• All deposits may be subject to a seven business day clearing period.

FOR MARION GARFIELD

---

1004

ALAN GARFIELD
675 3rd ave suite 1606
new york NY 10017

10-2/220

Date 6-23-05

PAY TO THE
ORDER OF  James H Cohen Spec Trust    | $ 100,000 00

One hundred thousand 00          DOLLARS

HSBC ◆X◆
HSBC Bank USA
Buffalo, New York

FOR Acct Z43-307293

⑆020000 20⑆ ⑆300 1067054⑆  1004  50

Page 1 of 1

| | |
|---|---|
| Posting Date: | 2005-07-26 |
| Sequence #: | 3400582022 |
| Account #: | 70060231465 |
| Routing Transit: | 02100002 |
| Amount #: | $100000.00 |
| Check/Serial #: | 000000000270 |
| Bank #: | 802 |
| Tran Code: | 000000 |
| IRD: | N/A |
| ItemType: | N/A |
| BOFD: | N/A |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

JAN-05-2009  03:58 PM    SCHOENHEIMER                212 557 4770              P.02



# COHMAD Securities Corporation

CLEARANCE AGENT

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

MARDON TALLERING- GIAFFI

STATEMENT PERIOD    July 1, 20C
THROUGH             July 26, 20

ACCOUNT NUMBER      120-01921
TAXPAYER NUMBER     On File
LAST STATEMENT      June 30, 20

OFFICE SERVICING YOUR ACCOUNT
896 Third Avenue
New York NY 10022
(212) 230-2480
29 Commonwealth Avenue Ste 9T10
Boston, MA 02116
(617) 266-2313

## Transaction Detail

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 07/19/05 | FND WIRED | MD/JPM/0010555 FNDS WIRED TO JPMORGAN CHASE BANK, NA ACCT/0098231466 FR/002319 REF/0027190527891 | 100,000.00 | |
| **TOTAL** | | | | $-100,000.00 |

### DIVIDENDS

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE ($) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 07/08/05 | SCHLUMBERGER LTD REC DIV/0005 PAY 07/08/05 | SLB | 1,000 | 0.2100 | | 210.00 |
| 07/15/05 | GRAMERCY CAPITAL CORP REC DIV/06/05 PAY 07/15/05 | GKK | 500 | 0.3500 | | 175.00 |
| **TOTAL** | | | | | | $385.00 |

### INTEREST

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 07/01/05 | MORGAN STANLEY CAPITAL TRUST IV 5.25% CAPITAL SECS DUE 4/7/2011 BOOK ENTRY REG INT DUE 220 BND REC 03/14/05 PAY 07/01/05 | MWG | 200 | 0.3906 | | 78.12 |
| 07/X/05 | MUNICIPAL ELEC AUTH GA PROJ ONE-SER B WA 8/27/2015 DUE 01/01/2025 REG INT DUE 50000 BND REC 07/05/05 PAY 07/05/05 | 626207HD0. | 50,000 | 3.0500 | | 118.61 |

037    017/00/00/03740 001      VERS

# Fidelity Investments®

*Private Access*

## Investment Report

June 1, 2005 – June 30, 2005

**Fidelity Account®** Z43-307793   JAMES H COHEN SPECIAL TRUST U/A JAMES H COHEN TRUSTEE
Private Access Account Executive: John J Marshall, Team 229

### Core Account - *Fidelity Tax-Free Money Market*

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $835.09 |

**Investment Activity**

| Description | Amount | |
|---|---|---|
| Securities bought | $400,047.18 | |
| Income | 99.68 | |
| Core account income | 47.18 | |

| Description | Amount | Balance |
|---|---|---|
| Beginning | | $145.86 |
| Subtotal of Investment Activity | | |

**Cash Management Activity**

| Description | Amount | |
|---|---|---|
| Deposits | 400,000.00 | |
| Checking activity | -400,000.00 | |
| Subtotal of Cash Management Activity | $0.00 | |
| Ending | | $980.95 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 6/27 | SPARTAN NY MUNI MONEY MARKET | You bought | 400,000.0000 | $1.0000 | $400,000.00 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | Dividend received | | | 47.18 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | Reinvestment | 47,800.000 | 1.00000 | 47,718 |
| 6/29 | SPARTAN NY MUNI MONEY MARKET | You sold | -400,047,800 | 1.00000 | 400,047,718 |
| 6/30 | FIDELITY TAX-FREE MONEY MARKET | Dividend received | | | 99.68 |

* Prospectus sent under separate cover.

### Cash Management Activity

**Deposits (4)**

| Date | Description | Amount | Code | Date | Description | Amount | Code |
|---|---|---|---|---|---|---|---|
| 6/23 | DEPOSIT RECEIVED | $100,000.00 | | 6/23 | DEPOSIT RECEIVED | $100,000.00 | |
| 6/23 | DEPOSIT RECEIVED | 100,000.00 | | 6/24 | DEPOSIT RECEIVED | 100,000.00 | |
| | | | | | Total | $400,000.00 | |

**Checking Activity (2)**

| Check # | Date | Amount | Code | Check # | Date | Amount | Code | Check # | Date | Amount | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1010 | 6/30 | $300,000.00 | | 1011 | 6/30 | $100,000.00 | | | Total | $400,000.00 | |

04  18   000

050630 0001 235197419

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**MadF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE **3**

JAMES H COHEN
SPECIAL TRUST

850 PARK AVENUE #7C
NEW YORK          NY   10021

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 6/30/05 | 1-CM793-3-0 | 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 |

| DATE | BOUGHT *RECEIVED OR LONG | SOLD *DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/28 | | 810 | 86929 | AMERICAN EXPRESS COMPANY | 54.480 | | 44,128.80 |
| 6/28 | | 1,134 | 89515 | PEPSICO INC | 55.090 | | 62,472.06 |
| 6/28 | | 2,700 | 91205 | BANK OF AMERICA | 47.110 | | 127,197.00 |
| 6/28 | | 4,968 | 93791 | PFIZER INC | 28.930 | | 143,724.24 |
| 6/28 | | 3,510 | 95481 | CITI GROUP INC | 47.360 | | 166,233.60 |
| 6/28 | | 1,674 | 98061 | PROCTER & GAMBLE CO | 54.200 | | 90,730.80 |
| 6/28 | | 1,458 | 99757 | COMCAST CORP | 31.950 | | 46,583.10 |
| | | | | CL A | | | |
| 6/28 | 1,550,000 | | 72332 | U S TREASURY BILL | 99.271 | 1,538,700.50 | |
| | | | | DUE 9/22/2005 | | | |
| | | | | 9/22/2005 | | | |
| 6/28 | 1,550,000 | | 76605 | U S TREASURY BILL | 99.204 | 1,537,662.00 | |
| | | | | DUE 9/29/2005 | | | |
| | | | | 9/29/2005 | | | |
| 6/29 | | | | CHECK | CA | | |
| 6/29 | | | | CHECK | CA | | |
| 6/29 | 1,540 | | 81837 | FIDELITY SPARTAN | 1 | | 1,540.00 |
| | | | | U.S TREASURY MONEY MARKET | | | |
| 6/29 | 400,000 | | 86016 | U.S TREASURY BILL | 99.346 | 397,384.00 | |
| | | | | DUE 09/15/2005 | | | |
| | | | | 9/15/2005 | | | |
| 6/29 | 2,616 | | 86048 | FIDELITY SPARTAN | 1 | | 2,616.00 |
| | | | | U.S TREASURY MONEY MARKET | | | |
| 6/30 | | | | PEPSICO INC | DIV | | |
| | | | | DIV 6/10/05  6/30/05 | | | |
| | | | | | | | 294.8 |
| | | | | CONTINUED ON PAGE 4 | | | |
| | | | | | | 300,000.0 | |
| | | | | | | 100,000.0 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES