**CERTIFICATE OF SERVICE**

I, Jonathan M. Landers, certify that on the 28th day of August 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Judith Rock Goldman - 1ZW013) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>Irving H. Picard, Trustee
>c/o Baker Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011

            s/ Jonathan M. Landers