# EXHIBIT B

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

*handwritten:* 5,807,000 / 5,693 / 114 / x20/0

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET    NY    11030

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 355,607.91 |  |
| 11/12 | 3,250 |  | 2204 | WAL-MART STORES INC | 55.830 | 181,577.50 |  |
| 11/12 | 2,125 |  | 2706 | INTERNATIONAL BUSINESS MACHS | 87.270 | 185,533.75 |  |
| 11/12 | 7,875 |  | 6530 | EXXON MOBIL CORP | 72.880 | 574,245.00 |  |
| 11/12 | 8,625 |  | 7032 | INTEL CORP | 14.510 | 125,493.75 |  |
| 11/12 | 4,125 |  | 11358 | JOHNSON & JOHNSON | 59.580 | 245,932.50 |  |
| 11/12 | 5,625 |  | 15684 | J.P. MORGAN CHASE & CO | 38.530 | 216,956.25 |  |
| 11/12 | 3,000 |  | 20009 | COCA COLA CO | 44.660 | 134,100.00 |  |
| 11/12 | 1,750 |  | 24335 | MCDONALDS CORP | 55.370 | 96,967.50 |  |
| 11/12 | 3,250 |  | 28661 | MERCK & CO | 28.550 | 92,917.50 |  |
| 11/12 | 11,875 |  | 32987 | MICROSOFT CORP | 21.810 | 259,468.75 |  |
| 11/12 | 6,000 |  | 37313 | ORACLE CORPORATION | 17.300 | 104,040.00 |  |
| 11/12 | 2,375 |  | 50291 | PEPSICO INC | 56.410 | 134,068.75 |  |
| 11/12 | 1,375 |  | 50793 | APPLE INC | 100.780 | 138,627.50 |  |
| 11/12 | 10,125 |  | 54617 | PFIZER INC | 16.940 | 171,922.50 |  |
| 11/12 | 2,375 |  | 55119 | ABBOTT LABORATORIES | 54.610 | 129,793.75 |  |
| 11/12 | 4,500 |  | 58943 | PROCTER & GAMBLE CO | 64.080 | 288,540.00 |  |
| 11/12 | 1,625 |  | 59445 | AMGEN INC | 59.160 | 96,200.00 |  |
| 11/12 | 3,125 |  | 63269 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 136,375.00 |  |
| 11/12 | 7,500 |  | 63771 | BANK OF AMERICA | 21.590 | 162,225.00 |  |
| 11/12 | 2,500 |  | 67595 | QUALCOMM INC | 33.770 | 84,525.00 |  |
| 11/12 | 8,125 |  | 68097 | CITI GROUP INC | 12.510 | 101,968.75 |  |
| 11/12 | 1,875 |  | 71921 | SCHLUMBERGER LTD | 49.480 | 92,850.00 |  |
| 11/12 | 4,500 |  | 72423 | COMCAST CORP CL A | 16.510 | 74,475.00 |  |
|  |  |  |  | CONTINUED ON PAGE    2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF |
|---|---|
| MADF | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET            NY   11030

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 8,875 | | 76247 | AT&T INC | 27 | 239,980.00 | |
| 11/12 | 2,250 | | 76749 | CONOCOPHILIPS | 52.510 | 118,237.50 | |
| 11/12 | 1,500 | | 80573 | UNITED PARCEL SVC INC CLASS B | 52.040 | 78,120.00 | |
| 11/12 | 9,125 | | 81075 | CISCO SYSTEMS INC | 16.730 | 153,026.25 | |
| 11/12 | 2,625 | | 84899 | U S BANCORP | 29.530 | 77,621.25 | |
| 11/12 | 3,125 | | 85401 | CHEVRON CORP | 73.430 | 229,593.75 | |
| 11/12 | 1,500 | | 89225 | UNITED TECHNOLOGIES CORP | 53.160 | 79,800.00 | |
| 11/12 | 15,875 | | 89727 | GENERAL ELECTRIC CO | 19.630 | 312,261.25 | |
| 11/12 | 4,250 | | 93551 | VERIZON COMMUNICATIONS | 30.410 | 129,412.50 | |
| 11/12 | 375 | | 94053 | GOOGLE | 337.400 | 126,540.00 | |
| 11/12 | 5,250 | | 97877 | WELLS FARGO & CO NEW | 29.800 | 156,660.00 | |
| 11/12 | 3,750 | | 98379 | HEWLETT PACKARD CO | 34.900 | 131,025.00 | |
| 11/12 | | 5,675,000 | 20490 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 5,671,368.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 10.54 |
| 11/12 | | 25,132 | 15588 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,132.00 |
| 11/12 | 10,179 | | 24957 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,179.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.25 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET    NY    11030

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 10,179 | 50206 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,179.00 |
| 11/19 | 375,000 | | 54849 | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.926 | 374,722.50 | |
| 11/19 | 9,958 | | 59247 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,958.00 | |
| | | | | NEW BALANCE | | 704,857.87 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 8,875 | | | AT&T INC | 28.560 | | |
| | 2,375 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,625 | | | AMGEN INC | 55.540 | | |
| | 1,375 | | | APPLE INC | 92.670 | | |
| | 7,500 | | | BANK OF AMERICA | 16.250 | | |
| | 3,125 | | | CHEVRON CORP | 79.010 | | |
| | 9,125 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 8,125 | | | CITI GROUP INC | 8.290 | | |
| | 3,000 | | | COCA COLA CO | 46.870 | | |
| | 4,500 | | | COMCAST CORP CL A | 17.340 | | |
| | 2,250 | | | CONOCOPHILIPS | 52.520 | | |
| | 7,875 | | | EXXON MOBIL CORP | 80.150 | | |
| | 15,875 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET          NY   11030

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 375 | | | GOOGLE | 292.960 | | |
| | 3,750 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 8,625 | | | INTEL CORP | 13.800 | | |
| | 2,125 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 5,625 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 4,125 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,750 | | | MCDONALDS CORP | 58.750 | | |
| | 3,250 | | | MERCK & CO | 26.720 | | |
| | 11,875 | | | MICROSOFT CORP | 20.220 | | |
| | 6,000 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,375 | | | PEPSICO INC | 56.700 | | |
| | 10,125 | | | PFIZER INC | 16.430 | | |
| | 3,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 4,500 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,500 | | | QUALCOMM INC | 33.570 | | |
| | 1,875 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 9,958 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 2,625 | | | U S BANCORP | 26.980 | | |
| | 1,500 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 375,000 | | | U S TREASURY BILL DUE 03/26/2009     3/26/2009 | 99.971 | | |
| | 1,500 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET       NY    11030

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,250 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 3,250 | | | WAL-MART STORES INC | 55.880 | | |
| | 5,250 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 5,892,135.50 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET          NY   11030

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-CM006-3-0
YOUR TAX-PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 40,014.95 |
| | | | | GROSS PROCEEDS FROM SALES | | | 39,537,498.16 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DONALD A BENJAMIN

152 DARTERS LANE
MANHASSET    NY    11030

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM006-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0999

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 355,608.00 |
| 11/12 |  | 125 | 41639 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |  | 197,375.00 |
| 11/12 | 125 |  | 45965 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 222,625.00 |  |
| 11/19 |  | 125 | 32070 | S & P 100 INDEX DECEMBER 430 CALL | 26 |  | 324,875.00 |
| 11/19 | 125 |  | 36395 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 375,125.00 |  |
| 11/19 | 125 |  | 40720 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 37,625.00 |  |
| 11/19 |  | 125 | 45045 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |  | 462,375.00 |
|  |  |  |  | NEW BALANCE |  |  | 704,858.00 |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |  |
|  |  | 125 |  | S & P 100 INDEX DECEMBER 430 CALL | 23.300 |  |  |
|  | 125 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG 206,250.00    SHORT 291,250.00- |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES