UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Timothy P. Kebbe, hereby certify, under penalty of perjury, that on September 1, 2009 service of foregoing Notice of Appearance and Demand for Service of Papers was accomplished pursuant to ECF as to Filing Users and via US Mail as to the parties listed below.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011

_____
Timothy P. Kebbe

{00057781}

George Brunelle (GB – 3900)
Timothy Kebbe (TK – 6300)
Brunelle & Hadjikow, P.C.
1 Whitehall Street, Suite 1825
New York, New York, 10004
gbrunelle@brunellelaw.com
tkebbe@brunellelaw.com
Attorneys for the Cohen Creditors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Brunelle & Hadjikow, P.C. hereby appears as counsel in the above-captioned case for The James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest, LLC, the Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman and Marion Tallering-Garfield (collectively the "Cohen Creditors"), creditors and parties in interest in the above Adversary Proceeding. We hereby request pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and §§ 342 and 1109(b) of the Bankruptcy Code, that copies all

{00057780}

notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

> George Brunelle, Esq.
> Timothy P. Kebbe, Esq.
> Brunelle & Hadjikow, P.C.
> One Whitehall Street, Suite 1825
> New York, New York, 10004
> (voice) 212.809.9100
> (fax) 212.809.3210
> gbrunelle@brunellelaw.com
> tkebbe@brunellelaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced case and the proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned counsel be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced cases.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Cohen Creditors (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any mater subject to mandatory or discretionary withdrawl; or (iv) other

{00057780}

rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved.

Dated: New York, New York,
September 1, 2009

BRUNELLE & HADJIKOW, P.C.

By: _____
George Brunelle (GB – 3900)
Timothy P. Kebbe (TK –6300)
One Whitehall Street, Suite 1825
New York, New York, 10004

Attorneys for the James H. Cohen Special Trust, James H. Cohen, Morrie Abramson, Robyn Berniker, BK Interest, LLC, the Marian Cohen 2001 Residence Trust, Alan D. Garfield, Erin M. Hellberg, Barry E. Kaufman and Marion Tallering-Garfield.

{00057780}