# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.
Lax & Neville, LLP
OFFICE: 212-696-1999

HOME:_____

Taxpayer I.D. Number (Social Security No.)
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

Account Number:  1CM435   1CM450-3
ALLAN GOLDSTEIN
BEAVER POND ROAD
SPENCERTOWN, NY 12165

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:
   a.    The Broker owes me a Credit (Cr.) Balance of    $    0
   b.    I owe the Broker a Debit (Dr.) Balance of    $    N/A

502180406                                    1

c.  If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**    $ _____0_____

d.  If balance is zero, insert "None."    _____0_____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See attached November 30, 2008 Account Statement at Exhibit A | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                   2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406

3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Brion J. Neville, Esq., Lax & Neville, LLP 1412 Broadway, Suite 1407, New York, NY 10018_.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _8/26/2009_     Signature _[signature]_

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



LAX & NEVILLE, LLP
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE
DAVID S. RICH

SANDRA P. ESPINOSA

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

## EXPEDITED REQUEST

March 26, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:   Allan Goldstein /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Allan Goldstein and has assisted him in preparation of his Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Allan Goldstein's IRA account. Additionally, below is a description of the relationship between Allan Goldstein and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Allan Goldstein's SIPC claims.

Allan Goldstein is 76 years old, and is married to Ruth Goldstein. Allan Goldstein opened an IRA account with Madoff Securities, and to the best of Allan Goldstein's recollection, he made deposits into the account in the amount of approximately $2.2 million. Allan Goldstein

**LAX NEVILLE**

Irving H. Picard
March 26, 2009
Page 2 of 3

took withdrawals from the account to pay for living expenses and taxes. He also took statutorily required minimum distributions for IRA accounts, starting in 2005 when he turned 71 ½ years old. Allan and Ruth Goldstein invested all of their funds with Madoff Securities and have lost it all. They were forced to sell their home and live with their daughter in California. They only have the means to pay for living expenses for a short period of time. Allan and Ruth are at the brink of being destitute. Their bank accounts are depleted, and their only current source of income is social security benefits. The funds in Allen Goldstein's account were the Goldstein's only retirement funds. The Goldstein's exemplify the severity, scope and hardship caused by the Madoff fraud. Please, any expedited determination of this claim is greatly appreciated.

Allan Goldstein received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing he held securities in his IRA account. Attached hereto as Exhibit A is the Madoff Securities account statement for Allan Goldstein's IRA account, dated November 30, 2008. Based upon the account statements and the confirmations, Allan Goldstein at all times expected to have those securities in his IRA account. The balance in Allan Goldstein's IRA account as of the filing date is $4,250,725.14. *See* the November 30, 2008 account statement at Exhibit A.

## CONCLUSION

Allan Goldstein is seeking the full protection of SIPA for his account as follows:

- Account No: 1-CM450-3-0    Allan Goldstein IRA Account

Total = **$4,250,725.14**



Irving H. Picard
March 26, 2009
Page 3 of 3

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

                              Very truly yours,
                              Lax & Neville, LLP

By: _____
       Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN    NY  12165

Account No: 1-CM450-3-0
Date: 11/30/08
******5253
Page: 1

| Date | Bought | Sold | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 262,043.43 |
| 11/05 | | 35758 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | |
| 11/05 | 1,324 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,324.00 |
| 11/12 | 5,733 | 6773 | EXXON MOBIL CORP | 72.880 | 418,050.04 |
| 11/12 | 6,238 | 7275 | INTEL CORP | 14.510 | 91,359.29 |
| 11/12 | 2,184 | 20252 | COCA COLA CO | 44.650 | 97,624.64 |
| 11/12 | 1,274 | 24578 | MCDONALDS CORP | 55.370 | 70,591.38 |
| 11/12 | | 35298 | MICROSOFT CORP | 21.010 | |
| 11/12 | 4,368 | 37556 | ORACLE CORPORATION | 17.300 | 75,740.40 |
| 11/12 | 1,729 | 50534 | PEPSICO INC | 56.610 | 97,601.89 |
| 11/12 | 1,729 | 55362 | ABBOTT LABORATORIES | 54.610 | 94,489.69 |





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN    NY    12165

11/30/08    *****6253    1-CM450-3-0    3

| DATE | BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | .17 |
| 11/12 | 9,036 | 17,524 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,524.00 | |
| 11/12 | | 25,200 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,036.00 | |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.14 |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY BILL DUE 03/26/2009 | 1 99.926 | 9,036.00 | |
| 11/19 | 275,000 | 55094 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 274,796.50 | |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 6,877.00 |
| 11/21 | 6,877 | | CHECK | | | 40,372.00 |
| 11/21 | | | FIDELITY SPARTAN DIV 11/21/08 | CM DIV | 6,877.00 | |
| 11/21 | 6,827 | 76,866 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | .23 |
| 11/21 | 275,000 | | U S TREASURY BILL DUE 03/26/2009 3/26/2003 | 99.962 | 274,895.50 | 6,877.00 |
| | | | CONFIRMED BALANCE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN    NY  12165

1-CM450-3-0    11/30/08    *****6253    4

| Date | Qty | No. | Description | MKT Price | Amount |
|---|---|---|---|---|---|
| 11/21 | 225,000 | 76888 | U S TREASURY BILL DUE 02/26/2009 | 99.962 | 224,914.50 |
| 11/21 | 16,486 | 78911 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,486.00 |
|  |  |  | SECURITY POSITIONS |  |  |
|  | 6,453 |  | AT&T INC | 28.560 |  |
|  |  |  |  | 52.290 |  |
|  | 1,185 |  | AMGEN INC | 55.540 |  |
|  | 1,001 |  | APPLE INC | 92.670 |  |
|  |  |  | BANK OF AMERICA | 16.250 |  |
|  |  |  | CHEVRON CORP |  |  |
|  | 6,645 |  | CISCO SYSTEMS INC | 16.540 |  |
|  | 5,915 |  | CITI GROUP INC | 8.290 |  |
|  |  |  | COCA COLA CO | 46.870 |  |
|  |  |  | COLGATE |  |  |
|  |  |  | CC A |  |  |
|  | 1,638 |  | CONOCOPHILLIPS | 52.520 |  |
|  |  |  | EXXON MOBIL CORP | 80.150 |  |
|  | 275 |  | GOOGLE | 292.960 |  |
|  | 2,730 |  | HEWLETT PACKARD CO | 35.280 |  |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN    NY   12165

Date: 11/30/08
Account: ******6253
1-CM450-3-0
5

| Quantity | Description | Price |
|---|---|---|
| 6,279 | INTEL CORP | 13.800 |
| 1,547 | INTERNATIONAL BUSINESS MACHS | 81.600 |
|  |  |  |
|  | JOHNSON & JOHNSON |  |
| 1,274 | MCDONALDS CORP | 58.750 |
| 2,366 | MERCK & CO | 26.720 |
|  |  |  |
|  | ORACLE CORPORATION |  |
| 1,729 | PEPSICO INC | 56.700 |
| 2,373 | PFIZER INC | 16.630 |
|  |  |  |
|  | PROCTER & GAMBLE CO |  |
| 1,820 | QUALCOMM INC | 33.570 |
|  | SCHLUMBERGER LTD | 50.760 |
|  |  |  |
|  | U S TREASURY MONEY MARKET |  |
| 1,911 | U S BANCORP | 26.980 |
| 1,092 | UNITED PARCEL SVC INC | 57.600 |
|  | U S TREASURY BILL | |
|  | DUE 03/26/2009    3/26/2009 | |
|  |  |  |
|  | VERIZON COMMUNICATIONS | |
| 2,366 | WAL-MART STORES INC | 55.880 |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN    NY    12165

| DATE | ACCOUNT NO. | |
|---|---|---|
| 11/30/08 | ******6253 | 5 |

| SOLD | BOUGHT | DESCRIPTION | PRICE | |
|---|---|---|---|---|
| 3,822 | | WELLS FARGO & CO NEW | 28.890 | 1-CM450-3-0 |
| | | MARKET VALUE OF SECURITIES | | |
| | | LONG    4,250,725.14    SHORT | | |





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
ALLAN GOLDSTEIN
45 BEAVER DAM ROAD
PO BOX 211
SPENCERTOWN          NY   12165

Account: 1-CM450-4-0    Date: 11/30/08    ******6253

| Date | | Qty | Description | Price | Amount | |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 262,044.06 |
| 11/12 | 91 | 46002 | S & P 100 INDEX | 65.000 | | 344,685.00 |
| 11/12 | | 46208 | NOVEMBER 460 CALL | 17.800 | 162,071.00 | |
| 11/19 | 91 | 32335 | NOVEMBER 450 PUT | | | 290,507.00 |
| 11/19 | | 36638 | DECEMBER 430 CALL | 26 | 273,091.00 | |
| 11/20 | 91 | 45240 | S & P 100 INDEX | 30 | | |
| 11/19 | | | DECEMBER 430 PUT | | 27,191.00 | |
| 11/19 | 91 | 45288 | NOVEMBER 460 CALL | 37 | | 336,609.03 |
| | | | NOVEMBER 450 PUT | | | |
| | | | NEW BALANCE | | | 516,298.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | DECEMBER 430 CALL | 24,500 | | |
| | 91 | | S & P 100 INDEX | 16.500 | | |
| | | | DECEMBER 430 PUT | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG  SHORT | | | |