**Hearing Date:  September 9, 2009 @ 10:00 a.m.**
**Objection Deadline:  September 3, 2009 @ 4:00 p.m.**

SONNENSCHEIN NATH & ROSENTHAL LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800

*Attorneys for the Sonnenschein Investors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**RESPONSE OF THE SONNENSCHEIN INVESTORS TO MOTION FOR ORDER**
**SCHEDULING HEARING ON "NET EQUITY" ISSUE**

The investors (the "Sonnenschein Investors")[1] in Bernard L. Madoff Investment

Securities LLC ("BLMIS") represented by Sonnenschein Nath & Rosenthal LLP

("Sonnenschein") file this response to the Motion of the Trustee For An Order To Schedule

Hearing on "Net Equity" Issue (the "Trustee's Motion") and respectfully states as follows:

1.      The Sonnenschein Investors support the Trustee's Motion.  Although there are a

number of issues to be resolved in connection with allowance of investor claims, the net equity

issue is a key for claim determination in this case and certainly due for adjudication by the Court

in the organized fashion proposed by the Trustee.

---

[1] For purposes of this response, Sonnenschein represents the following:  Marsha Peshkin IRA, Michael
Mann and Barry Weisfeld, each of whom have received determination letters that will be contested.

2.      That said, with the respect to the net equity issue, the Sonnenschein Investors

request that the Trustee add to the scope of the issue for the Court's determination the method of

valuing transfers from one BLMIS account to another BLMIS account.  The Trustee currently

calculates such transfers in accordance with the "money in versus money out method" he uses

for determining allowed claims, as opposed to crediting the transfer in the accordance with the

investors' account statement.  Because of Bernard Madoff's extraordinary control over the

number and ownership of accounts, as well as the personal interests of the investors, there are a

number of individuals and families that made transfers between accounts.  These transfers

impact the allowance of the customers claims.

3.      In addition, the Sonnenschein Investors propose a change to the schedule to

reduce the briefing time.  The Trustee proposes that he and the Securities Investor Protection

Corporation  file their opening briefs on October 16, 2009;  all objecting claimants and other

interested parties file their briefs on or before November 13, 2009; all interested parties

supporting the Trustee's position file and serve their briefs by December 11, 2009 and there are

two separate dates for replies by objectors and the Trustee.  The schedule can be shortened by

approximately one month if both objectors and supporters are required to file their briefs by

November 13, 2009 and all replies may be due on or about December 15, 2009.  This proposed

change affords both sides a full and equal opportunity to present their positions.

Dated: September 2, 2009                            SONNENSCHEIN NATH & ROSENTHAL LLP
      New York, New York

 

                          By:     /s/ Carole Neville
                              Carole Neville
                              1221 Avenue of the Americas
                              New York, New York 10020
                              Telephone:  (212) 768-6700
                              Facsimile:  (212) 768-6800

                          *Attorneys for the Sonnenschein Investors*

## <u>CERTIFICATE OF SERVICE</u>

Carole Neville, the undersigned certifies that on September 2, 2009, I caused a true and

correct copy of the **Response Of The Sonnenschein Investors To Motion For Order**

**Scheduling Hearing On "Net Equity" Issue** to be served upon the parties listed on the attached

service list via electronic mail as indicated therein.


                                    */s/ Carole Neville*
                                    Carole Neville

## SERVICE LIST

### VIA ELECTRONIC MAIL

| | |
|---|---|
| **Josephine Wang**<br>**Kevin H. Bell**<br>Securities Investor Protection Corp.<br>805 15th Street, N.W., Suite 800<br>Washington, DC 20005-2207<br>Tel:  (202) 371-8300<br>Fax:  (202) 371-6728<br>Email: jwang@sipc.org<br>        kbell@sipc.org | **Irving H. Picard**<br>**David J. Sheehan**<br>**Lauren J. Resnick**<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Tel:  (212) 589 4200<br>Fax:  (212) 589 4201<br>Email: ipicard@bakerlaw.com<br>        dsheehan@bakerlaw.com<br>        lresnick@bakerlaw.com |
| **Timothy P. Kebbe**<br>Brunelle & Hadjikow, P.C,<br>1 Whitehall Street, Suite 1825<br>New York, NY 10004<br>Tel:  (212) 809-9100<br>Fax:  (212) 809-3219<br>Email: tkebbe@brunellelaw.com | **Chester B. Salomon**<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>Tel:  (212) 319-8500<br>Fax:  (212) 319-8505<br>Email: cs@stevenslee.com |
| **Michael D. Sirota**<br>Cole, Schotz, Meisel,<br>   Forman & Leonard, P.A.<br>Court Plaza North, 25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Tel:  (201) 525-6262<br>Fax:  (201) 678-6262<br>Email: msirota@coleschotz.com | **Kevin R.J. Schroth**<br>Cole, Schotz, Meisel,<br>   Forman & Leonard, P.A.<br>A Professional Corporation<br>900 Third Avenue, 16th Floor<br>New York, NY 10022-4728<br>Tel:  (646) 563-8927<br>Fax:  (212) 752-8927<br>Email: rschroth@coleschotz.com |
| **Mark S. Mulholland**<br>Ruskin Moscou Faltischek, P.C.<br>1425 RexCorp Plaza<br>East Tower, 15th Floor<br>Uniondale, New York 11556<br>Tel.:  (516) 663-6600<br>Email: mmulholland@rmfpc.com | **Stuart I. Rich**<br>**James M. Ringer**<br>140 East 45th Street, 19th Floor<br>New York, New York 10017<br>Tel:  (212) 655-3590<br>Fax:  (212) 655-3535<br>Email: sir@msf-law.com<br>        jmr@msf-law.com |
| **Matthew Gluck**<br>Milberg LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119<br>Telephone: (212) 594-5300<br>Facsimile:  (212) 868-1229<br>Email: mgluck@milberg.com | **William M. O'Connor**<br>Crowell & Moring LLP<br>153 East 53rd Street<br>New York, New York 10022<br>(212) 223-4000 Tel<br>(212) 895-4201 Fax<br>Email: woconnor@crowell.com |

| **Sean H. Lane** | **Stephen A. Weiss** |
|---|---|
| Assistant United States Attorney | Seeger Weiss LLP |
| 86 Chambers Street, 3rd Floor | One William Street |
| New York, New York 10007 | New York, NY 10004 |
| Tel:  (212) 637-2737 | Email: sweiss@seegerweiss.com |
| Fax:  (212) 637-2686 | |
| Email: sean.lane@usdoj.gov | |