Ms. Lena Peskin
9330 Lime Bay Blvd Apt 205
Tamarac FL 33321-3467

8/27/09

Re: Bankruptcy Case No. 08-1789 (BRL)

I disagree with your balance.
I opened the account with $60,000.00, and I never withdrew any money from my account.
If you say I have withdrawn money, please send me copies with proof of the checks that you said were withdrawn.
Please send me copies of the following:
1) The request for any withdrawals I may have made;
2) Copies of the checks, the front and back of the checks you say I withdrew.

RECEIVED AUG 31 2009 U.S. BANKRUPTCY COURT SDNY

I can not appear in court for a hearing. I am 92 years old, and I am handicaped. I use a wheelchair, or a walker. I also have macular-degenaration.
Is there any other way to look into this matter. Thank you,
LENA PESKIN —
Lena Peskin