**CERTIFICATE OF SERVICE**

I, Jonathan M. Landers, certify that on the 3rd day of September 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Ann Denver - 1ZA470) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>   Irving H. Picard, Trustee
>   c/o Baker Hostetler LLP
>   45 Rockefeller Plaza
>   New York, New York 10011

                              s/ Jonathan M. Landers