BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

        Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I served true copies of the **Trustee's Response to Objections to Motion Of Trustee For An Order To Schedule Hearing On "Net Equity" Issue** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages

095879, 300029071

designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
       September 8, 2009

                                                        _s/Nikki M. Landrio_____
                                                        NIKKI M. LANDRIO

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

### Chapter 7 Trustee

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

### Securities Investor Protection Corporation

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

### Securities and Exchange Commission

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

### United States Attorney for SDNY

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

095879, 300029071

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**

Service via Electronic Notification through ECF Filing

**Counsel to Albert J. Goldstein U/W FBO Ruth E. Goldstein, *et al.***
Jonathan M. Landers – jlanders@milberg.com
Jennifer L. Young – jyoung@milberg.com

**Counsel to Sonnenschein Investors**
Carole Neville – cneville@sonnenschein.com

**Counsel to Morrie Abramson, BK Interest, LLC, *et al.***
Timothy Keebe – tkebbe@brunellelaw.com

**Counsel to Rose Less**
Brian Neville – bneville@laxneville.com
Barry R. Lax – blax@laxneville.com
Brian Maddox – bmaddox@laxneville.com

**Pro Se and on Behalf of Individual Clients of Ramben Associates, LLC**
James Newman – jymmye888@gmail.com

095879, 300029071