AKIN GUMP STRAUSS HAUER & FELD LLP
Daniel H. Golden
Arik Preis
Jason P. Rubin
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dgolden@akingump.com
apreis@akingump.com
jrubin@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Nine West Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINE WEST HOLDINGS, INC., *et al.*,[1] | Case No. 18-10947 (SCC) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

TRACY SOUTHWELL

    1.    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 600, Los Angeles, California 90067.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

2.  I certify that on June 21, 2018, I caused true and correct copies of the following documents to be served via email on the parties listed on the annexed **Exhibit A** and via first-class mail, postage prepaid on the parties listed on the annexed **Exhibit B**:

a.  *Supplemental Declaration of Guy A. Davis in Support of the Application of the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., et al., to Employ Protiviti Inc. as Financial Advisor and Forensic Accountant Nunc Pro Tunc to April 27, 2018* [ECF No. 406]; and

b.  *Application of the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., et al., to Retain and Employ Province Inc. as Financial Advisor and Forensic Accountant Nunc Pro Tunc to June 11, 2018* [ECF No. 407].

Los Angeles, California

Dated: June 22, 2018

Tracy Southwell

**EXHIBIT A**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Daniel H. Golden, David M. Zensky, Deborah Newman, Erik Preis | dgolden@akingump.com<br>dzensky@akingump.com<br>djnewman@akingump.com<br>apreis@akingump.com |
| Alicare, Inc. | Attn: David C. Sapp, Esq. | dsapp@amalgamatedlife.com |
| Alvarez & Marsal North America, LLC | Attn: Ralph Schipani, Amy Lee | rschipani@alvarezandmarsal.com<br>alee@alvarezandmarsal.com |
| Archer & Greiner, P.C. | Attn: Jeffrey Traurig, Esq. | jtraurig@archerlaw.com |
| Archer & Greiner, P.C. | Attn: Jerrold S. Kulback, Esq. | jkulback@archerlaw.com |
| ASK LLP | Attn: Edward E. Neiger, Esq., Marianna Udem, Esq. | eneiger@askllp.com<br>mudem@askllp.com |
| Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff | jnimeroff@bmnlawyers.com |
| Buchalter | Attn: Pamela K. Webster | pwebster@buchalter.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Esq. | brotenberg@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq. | szuber@csglaw.com |
| CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr., Jing Li-Selleck | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com<br>jli@ckrlaw.com |
| Cortland Capital Market Services LLC | Attn: Maria Villagomez and Legal Department | CPCAgency@cortlandglobal.com<br>legal@cortlandglobal.com |
| Davis Polk & Wardwell LLP | Attn: Darren S. Klein, Adam L. Shpeen, Marshall S. Huebner | adam.shpeen@davispolk.com<br>darren.klein@davispolk.com<br>9w.service@davispolk.com |
| DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese | rachel.albanese@dlapiper.com |
| DLA Piper LLP (US) | Attn: Richard A. Chesley | richard.chesley@dlapiper.com |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. | amish@doshilegal.com |
| Frejka PLLC | Attn: Elise S. Frejka | efrejka@frejka.com |
| Friedman Kaplan Seiler & Adelman LLP | Attn: Edward A. Friedman, Robert J. Lack, Stan Chiueh | efriedman@fklaw.com<br>rlack@fklaw.com<br>schiueh@fklaw.com |
| Glas Trust Company LLC | Attn: Adam Berman | adam.berman@glas.agency |
| Greenberg Traurig, LLP | Attn: Jeffrey M. Wolf | WOLFJE@gtlaw.com |
| IT Fashion Jewelry LLC | Attn: Abigail Klem | aklem@ivankatrump.com |
| Jaspan Schlesinger LLP | Attn: Steven R. Schlesinger, Esq. | sschlesinger@jaspanllp.com |
| Jones Day | Attn: David S. Torborg | dstorborg@jonesday.com |
| Jones Day | Attn: Sidney P. Levinson | slevinson@jonesday.com |
| Katsky Korins LLP | Attn: Steven H. Newman | snewman@katskykorins.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Esq., Cindi M. Giglio, Esq. | sreisman@katten.com<br>cgiglio@katten.com |
| Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Myers, David M. Posner, Gianfranco Finizio, Kelly Moynihan | tmeyers@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>kmoynihan@kilpatricktownsend.com |
| King & Spalding LLP | Attn: Bradley T. Giordano | rdano@kslaw.com<br>bgiordano@kslaw.com |
| King & Spalding LLP | Attn: Jeffrey Pawlitz, Michael C. Rupe, Michael R. Handler | jpawlitz@kslaw.com<br>mrupe@kslaw.com<br>mhandler@kslaw.com |
| Kirkland & Ellis LLP | Attn: Joseph M. Graham and Angela M. Snell | joe.graham@kirkland.com<br>angela.snell@kirkland.com |
| Kirkland & Ellis LLP | Attn: Syed Haq | james.sprayregen@kirkland.com |
| Kramer Levin Naftalis & Frankel LLP | Attn: Douglas Mannal and Rachael Ringer | DMannal@kramerlevin.com<br>RRinger@kramerlevin.com |
| Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus, Esq. | gillazarus@gmail.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Lozides, P.A. | Attn: Christopher D. Lozides, Esq. | loizides@loizides.com |
| Mccreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon | lgordon@mvbalaw.com |
| Menter, Rudin & Trivelpiece, P.C. | Attn: Kevin M. Newman | knewman@menterlaw.com |
| Michael Best & Friedrich LLP | Attn: Jonathan L. Gold | jlgold@michaelbest.com |
| Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Esq. and Amelia C. Joiner, Esq. | julia.frost-davies@morganlewis.com<br>amelia.joiner@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Matthew C. Ziegler, Esq. | matthew.ziegler@morganlewis.com |
| Morrison Cohen LLP | Attn: Jospeh T. Moldovan, Robert K. Davis, David J. Kozlowski | bankruptcy@morrisoncohen.com |
| New York State Department of Taxation and Finance | Attn: Jeffrey K. Cymbler, District Tax Attorney | Jeffrey.Cymbler@tax.ny.gov |
| Nine West Holdings, Inc. | Attn: Legal Department | plind@ninewestholdings.com |
| Office of the Attorney General of Pennsylvania | Attn: Carol E. Momjian, Senior Deputy | cmomjian@attorneygeneral.gov |
| Office of the General Counsel | Attn: Elisabeth B. Fry | fry.elisabeth@pbgc.gov<br>efile@pbgc.gov |
| Office of the United States Trustee | Attn: Susan Arbeit & Brian Masumoto | brian.masumoto@usdoj.gov<br>susan.arbeit@usdoj.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Otterbourg P.C. | Attn: Melanie L. Cyganowski, Robert C. Yan | mcyganowski@otterbourg.com ryan@otterbourg.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Prime Clerk, LLC | Attn: Jessica Berman | ninewestteam@primeclerk.com serviceqa@primeclerk.com |
| Proskauer Rose LLP | Attn: Mark K. Thomas | mthomas@proskauer.com |
| Proskauer Rose LLP | Attn: Michael T. Mervis, Jared Zajac | mmervis@proskauer.com jzajac@proskauer.com |
| Proskauer Rose LLP | Attn: Peter J. Young | pyoung@proskauer.com |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Benjamin I. Fineston, Kate Scherling | benjaminfinestone@quinnemanuel.com katescherling@quinnemanuel.com |
| Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Ronald S. Cook, P.C. | | Ron@BankruptcyLaws.Attorney |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Gregg L. Weiner | gregg.galardi@ropesgray.com gregg.weiner@ropesgray.com |
| Rubin, Di Paola & Di Paola | Attn: Thomas S. Di Paola | tom@rubindipaola.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Matthew B. West | mwest@schnader.com |
| Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore, III | nlepore@schnader.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov NYROBankruptcy@sec.gov |
| Seward & Kissel LLP | Attn: John R. Ashmead, Arlene R. Alves | ashmead@sewkis.com alves@sewkis.com |
| Sills Cummis & Gross P.C. | Attn: George R. Hirsch, Esq. | ghirsch@sillscummis.com |
| Sills Cummis & Gross P.C. | Attn: Mitchell D. Haddad, Esq. | mhaddad@sillscummis.com |
| Sullivan & Worcester LLP | Attn: Jeanne P. Darcey, Amy A. Zuccarello | jdarcey@sandw.com azuccarello@sandw.com |
| Taubman | Attn: Andrew S. Conway, Esq. | Aconway@taubman.com |
| Texas Attorney General's Office | Attn: John Stern, Megan Becker | john.stern@oag.texas.gov bk-mbecker@oag.texas.gov |
| Thompson Hine LLP | Attn: Barry M. Kazan, William H. Schrag, Esq. | Barry.Kazan@Thompsonhine.com William.Schrag@Thompsonhine.com |
| Thompson Hine LLP | Attn: Jonathan S. Hawkins | Jonathan.Hawkins@ThompsonHine.com |
| TN Attorney General's Office | Attn: Bankruptcy Division | AGBankNewYork@ag.tn.gov |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| U.S. Bank National Association, Global Corporate Trust Services | Attn: Julie J. Becker | julie.becker@usbank.com |
| Wells Fargo, National Association, as Administrative Agent | Attn: Wai Cheng, Michael Stavrakos | michael.stavrakos@wellsfargo.com<br>wai.y.cheng@wellsfargo.com |
| Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, Esq. | mhennessy@westermanllp.com |
| White & Case LLP | Attn: J. Christopher Shore, Philip M. Abelson | cshore@whitecase.com<br>philip.abelson@whitecase.com |

## EXHIBIT B

ASK LLP
Attn: Edward E. Neiger, Esq.,
Marianna Udem, Esq.
151 West 46th Street
4th Floor
New York, NY 10036

Aurelius Capital Master, Ltd.
Attn: Dan Gropper, Managing Director
535 Madison Avenue
22nd Floor
New York, NY 10022

DAVIS POLK & WARDWELL LLP
Attn: Darren S. Klein, Adam L. Shpeen,
Marshall S. Huebner
450 Lexington Avenue
New York, NY 10017

Environmental Protection Agency
Attn: Bankruptcy Division
290 Broadway
New York, NY 10007-1866

Glas Trust Company LLC
Attn: Adam Berman
230 Park Avenue
10th Floor
New York, NY 10169

GREENBERG TRAURIG, LLP
Attn: Jeffrey M. Wolf
c/o Wells Fargo, N.A.
One International Place
Boston, MA 02110

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JONES DAY
Attn: David S. Torborg
51 Louisiana Avenue, N.W.
Washington, DC 20001

JONES DAY
Attn: Sidney P. Levinson
250 Vesey Street
New York, NY 10047

KATTEN MUCHIN ROSENMAN LLP
Attn: Steven J. Reisman, Esq.,
Cindi M. Giglio, Esq.
575 Madison Avenue
New York, NY 10022-2585

KING & SPALDING LLP
Attn: Bradley T. Giordano
444 West Lake Street
Suite 1650
Chicago, IL 60606

KING & SPALDING LLP
Attn: Jeffrey Pawlitz, Michael C. Rupe,
Michael R. Handler
1185 Avenue of the Americas
New York, NY 10036

KIRKLAND & ELLIS LLP
Attn: Joseph M. Graham and Angela M. Snell
300 North LaSalle Street
Chicago, IL 60654

KIRKLAND & ELLIS LLP
Attn: Syed Haq
601 Lexington Avenue
New York, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Attn: Douglas Mannal and Rachael Ringer
1177 Avenue of the Americas
New York, NY 10036

Missouri Department of Revenue
Attn: Steven A. Ginther
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

MORGAN, LEWIS & BOCKIUS LLP
Attn: Julia Frost-Davies, Esq. and Amelia C. Joiner, Esq.
One Federal St.
Boston, MA 02110-1726

MORGAN, LEWIS & BOCKIUS LLP
Attn: Matthew C. Ziegler, Esq.
101 Park Avenue
New York, NY 10178

New York Attorney General
Attn: Bankruptcy Department
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224-0341

Nine West Holdings, Inc.
Attn: Legal Department
1411 Broadway
New York, NY 10018

Pension Benefit Guaranty Corp.
Office of the General Counsel
Attn: Elisabeth B. Fry, Olga Lionakis
1200 K Street, N.W.
Washington, DC 20005-4026

Office of the United States Trustee
Attn: Susan Arbeit & Brian Masumoto
201 Varick St.
Ste. 1006
New York, NY 10014

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly
1200 K Street Nw
Washington, DC 20005-4026

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attn: Benjamin I. Fineston, Kate Scherling
51 Madison Avenue, 22nd Floor
New York, NY 10010

SEWARD & KISSEL LLP
Attn: John R. Ashmead, Arlene R. Alves
One Battery Park Plaza
New York, NY 10004

Simon Property Group
Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204

Securities & Exchange Commission
Secretary of the Treasury
100 F. Street, NE
Washington, DC 20549

Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

U.S. Bank National Association
Attn: Corporate Trust Services
Two Midtown Plaza
1349 Peachtree St. NW, Suite 1050
Atlanta, GA 30309

U.S. Bank National Association, Global Corporate Trust Services
Attn: Julie J. Becker
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107

US Attorney for Southern District of New York
Attn: Bankruptcy Division
86 Chambers Street
3rd Floor
New York, NY 10007

WHITE & CASE LLP
Attn: J. Christopher Shore, Philip Abelson
1221 Avenue of Americas
New York, NY 10020-1095