UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NINE WEST HOLDINGS, INC., *et al.*,[1] ) | Case No. 18-10947 (SCC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

# AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 21, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Agenda for Hearing to Be Held June 25, 2018, at 11:00 a.m. (Prevailing Eastern Time) [Docket No. 412]

- Notice of Filing of Revised Paragraph 4(N) of Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 413]

Dated: June 22, 2018

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 22, 2018, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine West Holdings, Inc. (7645); Jasper Parent LLC (4157); Nine West Management Service LLC (4508); Kasper Group LLC (7906); Kasper U.S. Blocker LLC (2390); Nine West Apparel Holdings LLC (3348); Nine West Development LLC (2089); Nine West Distribution LLC (3029); Nine West Jeanswear Holding LLC (7263); One Jeanswear Group Inc. (0179); and US KIC Top Hat LLC (3076). The location of the Debtors' service address is: 1411 Broadway, New York, New York 10018.

SRF 25722

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors of Nine West Holdings, Inc., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Daniel H. Golden, David M. Zensky, Deborah Newman, Erik Preis<br>One Bryant Park<br>New York NY 10036 | dgolden@akingump.com<br>dzensky@akingump.com<br>djnewman@akingump.com<br>apreis@akingump.com | Email |
| Counsel to the National Retirement Fund and the Amalgamated National Health Fund | Alicare, Inc. | Attn: David C. Sapp, Esq.<br>333 Westchester Avenue<br>North Building, First Floor<br>White Plains NY 10604-2910 | dsapp@amalgamatedlife.com | Email |
| Financial Advisor | Alvarez & Marsal North America, LLC | Attn: Ralph Schipani, Amy Lee<br>540 West Madison Street<br>18th Floor<br>Chicago IL 60661 | rschipani@alvarezandmarsal.com<br>alee@alvarezandmarsal.com | Email |
| Counsel to HCL America, Inc. | Archer & Greiner, P.C. | Attn: Jeffrey Traurig, Esq.<br>630 Third Avenue<br>New York NY 10017 | jtraurig@archerlaw.com | Email |
| Counsel to HCL America, Inc. | Archer & Greiner, P.C. | Attn: Jerrold S. Kulback, Esq.<br>1717 Arch Street<br>Philadelphia PA 19103 | jkulback@archerlaw.com | Email |
| Counsel to Surefield Limited, Committee Member | ASK LLP | Attn: Edward E. Neiger, Esq., Marianna Udem, Esq.<br>151 West 46th Street<br>4th Floor<br>New York NY 10036 | eneiger@askllp.com<br>mudem@askllp.com | Email |
| Counsel to Concur Technologies, Inc. | Brown McGarry Nimeroff LLC | Attn: Jami B. Nimeroff<br>Two Commerce Square, Suite 3420<br>2001 Market Street<br>Philadelphia PA 19103 | jnimeroff@bmnlawyers.com | Email |
| Counsel to Creditor Port Logistics Group | Buchalter | Attn: Pamela K. Webster<br>1000 Wilshire Blvd.<br>Suite 1500<br>Los Angeles CA 90017 | pwebster@buchalter.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to 525 Delaware LLC | Charles E. Boulbol, P.C. | Attn: Charles E. Boulbol<br>26 Broadway<br>17th Floor<br>New York NY 10004 | rtrack@msn.com | Email |
| Counsel to Liberty Mutual Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | brotenberg@csglaw.com | Email |
| Counsel to Liberty Mutual Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | szuber@csglaw.com | Email |

In re: Nine West Holdings, Inc., et al.
Case No. 18-10947 (SCC)

Page 1 of 8

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Top Silver Enterprises Ltd. and Wide Rise Limited/Trendsetter Inc. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr., Jing Li-Selleck<br>1330 Avenue of the Americas<br>14th Floor<br>New York NY 10019 | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com<br>jli@ckrlaw.com | Email |
| Administrative Agent for the Debtors' Secured Term Loan Facility | Cortland Capital Market Services LLC | Attn: Maria Villagomez and Legal Department<br>225 W. Washington St., 9th Floor<br>Chicago IL 60606 | CPCAgency@cortlandglobal.com<br>legal@cortlandglobal.com | Email |
| Counsel to the Ad Hoc Group of Secured Lenders | Davis Polk & Wardwell LLP | Attn: Darren S. Klein, Adam L. Shpeen, Marshall S. Huebner<br>450 Lexington Avenue<br>New York NY 10017 | adam.shpeen@davispolk.com<br>darren.klein@davispolk.com<br>9w.service@davispolk.com | Email |
| Counsel to Authentic Brands Group | DLA Piper LLP (US) | Attn: Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020 | rachel.albanese@dlapiper.com | Email |
| Counsel to Authentic Brands Group | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606 | richard.chesley@dlapiper.com | Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue,<br>Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Counsel to WestRock CP, LLC and affiliates | Frejka PLLC | Attn: Elise S. Frejka<br>420 Lexington Avenue<br>Suite 310<br>New York NY 10170 | efrejka@frejka.com | Email |
| Counsel for Wilmington Savings Fund Society, FSB, as Trustee | Friedman Kaplan Seiler & Adelman LLP | Attn: Edward A. Friedman, Robert J. Lack, Stan Chiueh<br>7 Times Square<br>New York NY 10036-6516 | efriedman@fklaw.com<br>rlack@fklaw.com<br>schiueh@fklaw.com | Email |
| Administrative Agent for the Debtors' Unsecured Term Loan Facility, Committee Member | Glas Trust Company LLC | Attn: Adam Berman<br>230 Park Avenue<br>10th Floor<br>New York NY 10169 | adam.berman@glas.agency | Email |
| Counsel to administrative Agent for the Debtors' Revolving Loan Credit Facility | Greenberg Traurig, LLP | Attn: Jeffrey M. Wolf<br>c/o Wells Fargo, N.A.<br>One International Place<br>Boston MA 02110 | WOLFJE@gtlaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IT Fashion Jewelry LLC | IT Fashion Jewelry LLC | Attn: Abigail Klem<br>725 Fifth Avenue<br>23rd Floor<br>New York NY 10022 | aklem@ivankatrump.com | Email |
| Counsel to AVR-Portchester, LLC | Jaspan Schlesinger LLP | Attn: Steven R. Schlesinger, Esq.<br>300 Garden City Plaza<br>Garden City NY 11530 | sschlesinger@jaspanllp.com | Email |
| Counsel to the Ad Hoc Group of 2034 Unsecured Noteholders | Jones Day | Attn: David S. Torborg<br>51 Louisiana Avenue, N.W.<br>Washington DC 20001 | dstorborg@jonesday.com | Email |
| Counsel to the Ad Hoc Group of 2034 Unsecured Noteholders | Jones Day | Attn: Sidney P. Levinson<br>250 Vesey Street<br>New York NY 10047 | slevinson@jonesday.com | Email |
| Counsel to H.O.P. New York Entertainment, LLC | Katsky Korins LLP | Attn: Steven H. Newman<br>605 Third Avenue<br>16th Floor<br>New York NY 10158 | snewman@katskykorins.com | Email |
| Counsel to Stella International Trading (Macao Commercial Offshore) Limited, Committee Member | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Esq., Cindi M. Giglio, Esq.<br>575 Madison Avenue<br>New York NY 10022-2585 | sreisman@katten.com<br>cgiglio@katten.com | Email |
| Counsel for Wilmington Savings Fund Society, FSB, as Trustee | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Myers, David M. Posner, Gianfranco Finizio, Kelly Moynihan<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>kmoynihan@kilpatricktownsend.com | Email |
| Counsel to the Ad Hoc Group of Crossover Lenders | King & Spalding LLP | Attn: Bradley T. Giordano<br>444 West Lake Street<br>Suite 1650<br>Chicago IL 60606 | rdano@kslaw.com<br>bgiordano@kslaw.com | Email |
| Counsel to the Ad Hoc Group of Crossover Lenders | King & Spalding LLP | Attn: Jeffrey Pawlitz, Michael C. Rupe, Michael R. Handler<br>1185 Avenue of the Americas<br>New York NY 10036 | jpawlitz@kslaw.com<br>mrupe@kslaw.com<br>mhandler@kslaw.com | Email |
| Counsel to Debtor | Kirkland & Ellis LLP | Attn: Joseph M. Graham and Angela M. Snell<br>300 North LaSalle Street<br>Chicago IL 60654 | joe.graham@kirkland.com<br>angela.snell@kirkland.com | Email |
| Counsel to Debtor | Kirkland & Ellis LLP | Attn: Rachael J. Morgan<br>609 Main Street<br>Houston TX 77002 | rachael.morgan@kirkland.com | Email |
| Counsel to Debtor | Kirkland & Ellis LLP | Attn: Syed Haq<br>601 Lexington Avenue<br>New York NY 10022 | james.sprayregen@kirkland.com | Email |
| Counsel to Brigade Capital Management, LP | Kramer Levin Naftalis & Frankel LLP | Attn: Douglas Mannal and Rachael Ringer<br>1177 Avenue of the Americas<br>New York NY 10036 | DMannal@kramerlevin.com<br>RRinger@kramerlevin.com | Email |
| Counsel to PT Sansan Saudaratex Jaya | Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus, Esq.<br>92-12 68th Avenue<br>Forest Hills NY 11375 | gillazarus@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cypress-Fairbanks ISD, Harris County, Galveston County, and Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| Counsel to Allen ISD, Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Nishat Mills Ltd. | Lozides, P.A. | Attn: Christopher D. Lozides, Esq.<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | Email |
| Counsel to The County of Hays, Texas and The County of Williamson, Texas | Mccreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon<br>P.O. Box 1269<br>Round Rock TX 78680 | lgordon@mvbalaw.com | Email |
| Counsel to Bloomfield Holdings, LLC and Bristol 1031 DST | Menter, Rudin & Trivelpiece, P.C. | Attn: Kevin M. Newman<br>308 Maltbie Street<br>Suite 200<br>Syracuse NY 13204-1439 | knewman@menterlaw.com | Email |
| Counsel to WestRock CP, LLC and affiliates | Michael Best & Friedrich LLP | Attn: Jonathan L. Gold<br>601 Pennsylvania Avenue, NW<br>Suite 700 South<br>Washington DC 20004 | jlgold@michaelbest.com | Email |
| Missouri Department of Revenue | Missouri Department of Revenue | Attn: Steven A. Ginther<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to the Prepetition ABL Agent and the DIP ABL Agent, Counsel to Wells Fargo Bank, National Association | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Esq. and Amelia C. Joiner, Esq.<br>One Federal St.<br>Boston MA 02110-1726 | julia.frost-davies@morganlewis.com<br>amelia.joiner@morganlewis.com | Email |
| Counsel to the Prepetition ABL Agent and the DIP ABL Agent, Counsel to Wells Fargo Bank, National Association | Morgan, Lewis & Bockius LLP | Attn: Matthew C. Ziegler, Esq.<br>101 Park Avenue<br>New York NY 10178 | matthew.ziegler@morganlewis.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Fortune Footwear Inc., Kathy Kaswell, Chengdu Aoluola Leather Products Co., Ltd, Chengdu Landun Shoemaking Industrial Co., Ltd (Sichuan New Rise Imp and Exp Co., Ltd), Sichuan New Rise Imp and Exp Co., Ltd (Chengdu Yaqili Shoes Industry Co., Ltd), Dong Guan Qi Quan Shoes Company Limited (Megao., Ltd.), Dong Guan Qi Quan Shoes Company Limited (Mega Spring Shoes. Co. LTD.), Dongguan Chen Ming Shoes Factory (HK ChenMing Investment Co. Ltd.), Dongguan Hongyun Shoes, Co. Ltd., Dongguan Liang Ping Footwear Co., Ltd., Dongguan Lirui Footwear Co., Ltd., Dongguan Qunyao Shoes Co., Ltd. (KwanYiu Company LTD.), Fujian Hua Shun Imp. & Exp. Co., Ltd. (Fujian Putian He Shun Footwear Co., Ltd.), Gan Zhou Hua Jian International Footwear Co., Ltd., Hui Zhou He Xing Da Industrial Co., Ltd., Wai Lai Footwear Trading Limited (Huizhou City Huiayng Wah Lai Shoes Co., Ltd.), Lin Rui Trading Ltd. (Foshan Nanhai Shine-Way Leather Products Co., Ltd.), Sabrina Ent. Co. Ltd., and Yongjia Zhongchuang Shoes Co., Ltd. (Harvest Sail Limited) | Morrison Cohen LLP | Attn: Jospeh T. Moldovan, Robert K. Davis, David J. Kozlowski 909 Third Avenue New York NY 10022 | bankruptcy@morrisoncohen.com | Email |
| New York Attorney General | New York Attorney General | Attn: Bankruptcy Department Department of Law The Capitol, 2nd Floor Albany NY 12224-0341 | | First Class Mail |
| Counsel to New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Jeffrey K. Cymbler, District Tax Attorney 15 Metro Tech Center Brooklyn NY 11201 | Jeffrey.Cymbler@tax.ny.gov | Email |
| Debtor | Nine West Holdings, Inc. | Attn: Legal Department 1411 Broadway New York NY 10018 | plind@ninewestholdings.com | Email |
| Counsel to the Commonwealth of Pennsylvania, Department of Revenue | Office of the Attorney General of Pennsylvania | Attn: Carol E. Momjian, Senior Deputy The Phoenix Building 1600 Arch Street, Suite 300 Philadelphia PA 19103 | cmomjian@attorneygeneral.gov | Email |
| Counsel to Creditor Pension Benefit Guaranty Corporation, Committee Memver | Office of the General Counsel | Attn: Elisabeth B. Fry 1200 K Street, N.W. Washington DC 20005-4026 | fry.elisabeth@pbgc.gov efile@pbgc.gov | Email |
| United States Trustee Southern District of New York | Office of the United States Trustee | Attn: Susan Arbeit & Brian Masumoto 201 Varick St. Ste. 1006 New York NY 10014 | brian.masumoto@usdoj.gov susan.arbeit@usdoj.gov | Overnight Mail and Email |
| Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Tammy Jones 320 Robert S. Kerr Room 307 Oklahoma City OK 73102 | tammy.jones@oklahomacounty.org | Email |
| Counsel to Camuto Group | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Robert C. Yan 230 Park Avenue New York NY 10169 | mcyganowski@otterbourg.com ryan@otterbourg.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Committee Member | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly<br>1200 K Street Nw<br>Washington DC 20005-4026 | | First Class Mail |
| Counsel to Arlington ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to City of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | jbanks@pbfcm.com | Email |
| Counsel to Sycamore Partners, L.P. and Certain of its Affiliates | Proskauer Rose LLP | Attn: Mark K. Thomas<br>70 West Madison<br>Suite 3800<br>Chicago IL 60602-4342 | mthomas@proskauer.com | Email |
| Counsel to Sycamore Partners, L.P. and Certain of its Affiliates | Proskauer Rose LLP | Attn: Michael T. Mervis, Jared Zajac<br>Eleven Times Square<br>New York NY 10036 | mmervis@proskauer.com<br>jzajac@proskauer.com | Email |
| Counsel to Sycamore Partners, L.P. and Certain of its Affiliates | Proskauer Rose LLP | Attn: Peter J. Young<br>2049 Century Park East<br>Suite 3200<br>Los Angeles CA 90067-3206 | pyoung@proskauer.com | Email |
| Counsel to GLAS Trust Company LLC | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Benjamin I. Finestone, Kate Scherling<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com | Email |
| Counsel to Simon Property Group, Inc., Committee Member | Ronald M. Tucker, Esq. | 225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Prince of Scots | Ronald S. Cook, P.C. | 222 East Main Street<br>Suite 206<br>Smithtown NY 11787 | Ron@BankruptcyLaws.Attorney | Email |
| Counsel to Morgan Stanley & Co. LLC and Morgan Stanley Senior Funding Inc. | Ropes & Gray LLP | Attn: Gregg M. Galardi, Gregg L. Weiner<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | gregg.galardi@ropesgray.com<br>gregg.weiner@ropesgray.com | Email |
| Counsel to H.O.P. New York Entertainment, LLC | Rubin, Di Paola & Di Paola | Attn: Thomas S. Di Paola<br>230 Park Avenue<br>Suite 2415<br>New York NY 10169 | tom@rubindipaola.com | Email |
| Counsel to QVC, Inc. | Schnader Harrison Segal & Lewis LLP | Attn: Matthew B. West<br>140 Broadway,<br>Suite 3100<br>New York NY 10005-1101 | mwest@schnader.com | Email |
| Counsel to QVC, Inc. | Schnader Harrison Segal & Lewis LLP | Attn: Nicholas J. LePore, III<br>1600 Market Street<br>Suite 3600<br>Philadelphia PA 19103-7286 | nlepore@schnader.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Counsel to U.S. Bank Trust National Association, as Senior Notes Trustee | Seward & Kissel LLP | Attn: John R. Ashmead, Arlene R. Alves<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>alves@sewkis.com | Email |
| Counsel to 1411 IC-SIC Property LLC, New York Life Insurance Company and FP Building 17, LLC | Sills Cummis & Gross P.C. | Attn: George R. Hirsch, Esq.<br>One Riverfront Plaza<br>Newark NJ 07102 | ghirsch@sillscummis.com | Email |
| Counsel to 1411 IC-SIC Property LLC, New York Life Insurance Company and FP Building 17, LLC | Sills Cummis & Gross P.C. | Attn: Mitchell D. Haddad, Esq.<br>101 Park Avenue<br>28th Floor<br>New York NY 10178 | mhaddad@sillscummis.com | Email |
| State of Washington, Department of Revenue | State of Washington, Department of Revenue | Attn: Dina L Yunker Frank, Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle WA 98104-3188 | | First Class Mail |
| Counsel to GLAS Trust Company, as Administrative Agent | Sullivan & Worcester LLP | Attn: Jeanne P. Darcey, Amy A. Zuccarello<br>One Post Office Square<br>Boston MA 02109 | jdarcey@sandw.com<br>azuccarello@sandw.com | Email |
| Counsel to the Taubman Landlords | Taubman | Attn: Andrew S. Conway, Esq.<br>200 East Long Lake Road<br>Suite 300<br>Bloomfiled Hills MI 48304 | Aconway@taubman.com | Email |
| Counsel to the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: John Stern, Megan Becker<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | john.stern@oag.texas.gov<br>bk-mbecker@oag.texas.gov | Email |
| Counsel to United Sourcenet Pte Ltd, and Republic Clothing Corp. | Thompson Hine LLP | Attn: Barry M. Kazan, William H. Schrag, Esq.<br>335 Madison Avenue<br>12th Floor<br>New York NY 10017 | Barry.Kazan@Thompsonhine.com<br>William.Schrag@Thompsonhine.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to United Sourcenet Pte Ltd | Thompson Hine LLP | Attn: Jonathan S. Hawkins<br>Austin Landing I<br>10050 Innovation Drive, Suite 400<br>Dayton OH 45342-4934 | Jonathan.Hawkins@ThompsonHine.com | Email |
| Counsel to TN Dept of Revenue | TN Attorney General's Office | Attn: Bankruptcy Division<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankNewYork@ag.tn.gov | Email |
| Indenture Trustee for the Debtors' Three Series of Unsecured Notes, Committee Member | U.S. Bank National Association | Attn: Corporate Trust Services<br>Two Midtown Plaza<br>1349 Peachtree St. NW, Suite 1050<br>Atlanta GA 30309 | | First Class Mail |
| Counsel to U.S. Bank Trust National Association, as Senior Notes Trustee | U.S. Bank National Association, Global Corporate Trust Services | Attn: Julie J. Becker<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul MN 55107 | julie.becker@usbank.com | Email |
| Chambers of Shelley C. Chapman | U.S. Bankruptcy Court Southern District of NY | Attn: Shelley C. Chapman<br>Nine West Holdings Chambers Copy<br>One Bowling Green<br>New York NY 10004-1408 | | Overnight Mail |
| US Attorney for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division<br>86 Chambers Street<br>3rd Floor<br>New York NY 10007 | | First Class Mail |
| Administrative Agent for the Debtors' Revolving Loan Credit Facility and Administrative Agent for the Debtors' Proposed Debtor in Possession Financing Facility | Wells Fargo, National Association, as Administrative Agent | Attn: Wai Cheng, Michael Stavrakos<br>One Boston Place<br>19th Floor<br>Boston MA 02108 | michael.stavrakos@wellsfargo.com<br>wai.y.cheng@wellsfargo.com | Email |
| Counsel to Atlantic Specialty Insurance Company | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP | Attn: Mickee M. Hennessy, Esq.<br>1201 RXR Plaza<br>Uniondale NY 11556 | mhennessy@westermanllp.com | Email |
| Special Counsel to U.S. Bank, National Association, as Senior Notes Trustee | White & Case LLP | Attn: J. Christopher Shore, Philip M. Abelson<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com<br>philip.abelson@whitecase.com | Email |

In re: Nine West Holdings, Inc., et al.
Case No. 18-10947 (SCC)

Page 8 of 8