MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Jennifer L. Young
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CERTIFICATE OF SERVICE

Angela H. Chua hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

1. I am employed by the law firm of Milberg LLP.

2. I am over 18 years of age and reside in Jersey City, New Jersey. I am not a party to this action.

3. On September 14, 2009, I caused a true and correct copy of the following documents to be served electronically via the CM/ECF system and/or by e-mail upon the parties on the attached Service List.

- *Objection of Martin Rappaport, Paul J. Robinson, Anita Karimian and Albert J. Goldstein U/W FBO Ruth E. Goldstein (with [Proposed] Order Scheduling Adjudication of "Net Equity" Issue);* **and**

DOCS\486255v1

- *September 14, 2009 Letter to Judge Lifland in Response to Trustee's Proposed Order Scheduling Adjudication of "Net Equity Issue"(with [Revised] Proposed Order)*

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2009

                                                /s/ Angela H. Chua
                                                Angela H. Chua

## SERVICE LIST

| | |
|---|---|
| Helen D. Chaitman, Esq.<br>**Phillips Nizer LLP**<br>hchaitman@phillipsnizer.com | Michael. P. Glasser, Esq.<br>**Baker & Hostetler LLP**<br>mglasser@bakerlaw.com |
| Barry R. Lax, Esq.<br>Brian Neville, Esq.<br>**Lax & Neville LLP**<br>blax@laxneville.com<br>bneville@laxneville.com | Carole Neville, Esq.<br>**Sonnenschein Nath & Rosenthal LLP**<br>cneville@sonnenschein.com |