Clerk of the United States **Bankruptcy Court for the Southern District of New York**
**One Bowling Green**
**New York, New York 1004**
And
**Irving H. Picard, Trustee**
C/o Baker and Hosteler LLP
45 Rockefeller Plaza
New York, New York 1011

Gentlemen;

    I am writing to both of you in response to Irving H. Picard's letter of August 28, 2009. I shall try to make this brief, but inclusive.
    My name is Joel Gordon. My Madoff account number is 1CM201.
    Enclosed is a copy of my letter to Picard of Feb.19th 2009. I explained that I did not have records going back more than 5 years, and that I, to the best of my knowledge, had opened the account 8 to 13 years ago with $1.7 to $2.0 million of deposit. I called or wrote to every person who might have my complete file with dates, but was unable get any information about the account. Your Aug. 28th letter is the first information it I have received.
I made my claim on original investment based on working
backwards for about 8 to 9 years, until I came to a $1.7 beginning
figure.
    My Feb. 19th letter explained I was near my 82nd birthday, which I have now passed, and that my only large source of money which was from Madoff, was at risk. I watched my Madoff account increase over the years, and money was always there to be used as needed.
    I had this account for over 15 years, and at the end the balance was $2,327,939. I beleive I am entitled to the $500,000 insurance which is supposed to based on the value of my account ay the time of the fraud.  . I am fighting to survive and I believe that I can, with the new financial life plan we are on. I am worried now with the possibility of a "claw", which in my account comes to $1,500,000.If you charge me for IT  I and many other long term investors will have to declare bankruptcy. We had the right to use the money as needed and did it. There is no legitimate way you can charge us for our spending being more than our investment.

                                   Sincerely,
                                   Joel I. Gordon

                                        5723 Waterford
                                        Boca Raton, Fl. 33496



RECEIVED SEP 14 2009 U.S. BANKRUPTCY COURT, SDNY

COPY OF MAILED SUBMISSION

Dr. Joel I. Gordon
5723 Waterford
Boca Raton, Fl. 33496

Tel. 561-995-7927
Fax. 561-997-2476
Email: JJOGORDO@aol.com

Feb. 19, 2009

Irving H Picard, Esq.
Trustee for Bernard Madoff Investment Securities
Dear sir;

    Enclosed is my customer claim Madoff marked A.
    Enclosed is my final Madoff statement account 1CM201 of 11/30/2008 marked B.
    I have no way to tell you the date of my original deposit with Madoff, but it was more than 8 years ago and possibly as many as 13. To the best of my memory I opened the account with between $1.8 million and $2.0 million.
    My withdrawals in the past 2 years have been as follows;

| Year | Beginning balance | Ending balance | Profit | Withdrawal |
|------|-------------------|----------------|--------|------------|
| 2008 | $ 2,170,653 | $2,327,939 | $157,286 | $100,000** |
| 2007 | $2,160,219 | $2,170,653 | $235,434 | $225,000* |

*Pages C and D are copies of all withdrawal checks of 2007 (7 in all).
**Page E is a copy of 3 checks, one of which was requested by my Dec.5,2008 letter to Belle Jones of Madoff page F which was received on Dec. 11th. This check was deposited, but was denied and rejected by Chase Bank. This record is page G. Thus I show there were 3 checks in 2008 each for $50,000 but only 2 cleared for the $100,000 I list.
    In as much as withdrawals were taxes at an average of 30%, I claim the total dollars withdrawn should be reduced by 30% in figuring the total dollars withdrawn.
    I must tell you I am near my 82 birthday, and have lost just about everything. I put my house on the market, but it does not appear it will sell soon. I need the money refunded for 2005, 2006, and 2007. Obviously there will be no Madoff income in 2008. Most important is the $500,000 insurance, All of these are needed as I have virtually no income as of this date.

                    Sincerely;

                    Joel Gordon

ATTACHED A-B-C-D-E-F