# EXHIBIT C

Afi
Madoff Securities Internatio
12 Berl
Mayfair, Londo
Tel 0

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SUPERWEB PRESS
DEF BENEFIT PLAN
R PESHKIN TRUSTEE
NORTH PALM BEACH     FL  33410

PAGE 1
PERIOD ENDING 6/30/02
YOUR ACCOUNT NUMBER 1-ZB039-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6/03 | | | | BALANCE FORWARD | | 14,390.01 |
| 6/05 | | 195 | 41153 | WELLS FARGO & CO NEW | 89.550 | |
| 6/06 | | 312 | 3833 | DIV 5/10/02  5/01/02 | 35.900 | |
| 6/06 | | 208 | 62780 | PROCTER & GAMBLE CO | 42.610 | |
| 6/06 | | | | JP MORGAN CHASE & CO | | |
| 6/06 | | | | AMERICAN EXPRESS COMPANY | DIV | |
| | | | | PFIZER INC | | |
| 6/06 | 75,000 | | 79736 | DIV 5/17/02  6/06/02 | 99.540 | 74,655.00 |
| | | | | U S TREASURY BILL | | |
| | | | | DUE 9/12/2002 | | |
| | | | | 9/12/2002 | | |
| 6/07 | | 208 | 44885 | PHARMACIA CORP | 41.210 | |
| 6/07 | | 286 | 52349 | TEXAS INSTRUMENTS INC | 28.100 | |
| 6/07 | | 273 | 56081 | VIACOM INC | 50.070 | |
| | | | | CLASS B NON VOTING SHS | | |
| 6/07 | | 702 | 59049 | AOL TIME WARNER INC | 17.470 | |
| 6/07 | | 299 | 70244 | BRISTOL MYERS SQUIBB COMPANY | 29.450 | |
| 6/07 | 50,000 | | 83053 | U S TREASURY BILL | 99.540 | 49,770.00 |
| | | | | DUE 9/12/2002 | | |
| | | | | 7/12/2002 | | |
| 6/10 | | 468 | 101 | JOHNSON & JOHNSON | 59.170 | |
| 6/10 | | 377 | 7565 | COCA COLA CO | 54.940 | |
| 6/10 | | 182 | 11297 | MEDTRONIC INC | 45.650 | |
| 6/10 | | 325 | 15029 | PHILIP MORRIS COMPANIES INC | 57.650 | |

CONTINUED ON PAGE  2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Internatio
12 Berl
Mayfair, Londo
Tel 0

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE ENDING: 3
PERIOD ENDING: 6/30/02
YOUR ACCOUNT NUMBER: 1-ZB039-3-0

SUPERWEB PRESS
DEF BENEFIT PLAN
R PESHKIN TRUSTEE
NORTH PALM BEACH  FL  33410

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6/10 | | 351 | 18761 | MERCK & CO | 54.410 | |
| 6/10 | | 923 | 22493 | MICROSOFT CORP | 50.820 | |
| 6/10 | | 182 | 26225 | MORGAN STANLEY | 44.830 | |
| 6/10 | | 260 | 33689 | PEPSICO INC | 51.900 | |
| 6/10 | | 988 | 37421 | PFIZER INC | 34.510 | |
| 6/10 | | 520 | 48617 | SBC COMMUNICATIONS INC | 33.800 | |
| 6/10 | | 403 | 51618 | AMERICAN INTL GROUP INC | 65.180 | |
| 6/10 | | 169 | 55320 | AMGEN INC | 44.650 | |
| 6/10 | | 429 | 59813 | VERIZON COMMUNICATIONS | 42.650 | |
| 6/10 | | 260 | 63545 | WELLS FARGO & CO NEW | 51.290 | |
| 6/10 | | 234 | 66512 | BANK OF AMERICA | 74.200 | |
| 6/10 | | 702 | 67277 | WAL-MART STORES INC | 55.500 | |
| 6/10 | | 1,053 | 71009 | EXXON MOBIL CORP | 39.340 | |
| 6/10 | | 819 | 73976 | CITI GROUP INC | 42.310 | |
| 6/10 | | 1,430 | 77708 | CISCO SYSTEMS INC | 16.050 | |
| 6/10 | | 1,599 | 81440 | GENERAL ELECTRIC CO | 30.240 | |
| 6/10 | | 364 | 85172 | HOME DEPOT INC | 40.880 | |
| 6/10 | | 494 | 88904 | HEWLETT PACKARD CO | 18.700 | |
| 6/10 | | 286 | 92635 | INTERNATIONAL BUSINESS MACHS | 80.510 | |
| 6/10 | | 1,144 | 96368 | INTEL CORP | 27.820 | |
| 6/10 | | | | EXXON MOBIL CORP | DIV | |
| | | | | DIV 5/13/02  6/10/02 | | |
| | | | | INTERNATIONAL BUSINESS MACHS | DIV | |
| | | | | DIV 5/10/02  6/10/02 | | |
| 6/10 | 550,000 | | 86687 | U S TREASURY BILL | 99.550 | 547,525.00 |
| | | | | DUE 9/12/2002 | | |
| | | | | CONTINUED ON PAGE 3 9/12/2002 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International
12 Berkeley
Mayfair, London
Tel 0...

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | PAGE 3 | PERIOD ENDING 6/30/02 | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER 1-ZR039-3-0 | |
|---|---|---|---|---|---|---|---|---|

SUPERWEB PRESS
DEF BENEFIT PLAN
R PESHKIN TRUSTEE
████████████████
NORTH PALM BEACH    FL    33410

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6/11 | | | | JOHNSON & JOHNSON<br>DIV 5/21/02  6/11/02 | DIV | |
| 5/14 | | | | AMERICAN INTL GROUP INC<br>DIV 6/07/02  6/14/02 | DIV | |
| 6/21 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 06/21/02 | DIV | |
| 6/21 | | 16,193 | 87664 | TRANS TO 1ZR31230 | 1 | 735,454.43 |
| 6/21 | | 25,000 | 87665 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>U S TREASURY BILL<br>DUE 9/29/2002   8/29/2002 | 99.680 | |
| 6/21 | | 675,000 | 87666 | U S TREASURY BILL<br>DUE 9/12/2002   9/12/2002 | 99.610 | |
| 6/28 | | | | BANK OF AMERICA<br>DIV 6/07/02  6/28/02 | DIV | |
| 6/28 | | | | PEPSICO INC<br>DIV 6/07/02  6/28/02 | DIV | |
| 6/29 | 196 | | 10243 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 196.00 |
| | | | | NEW BALANCE | | 56,874.57 |
| 6/29 | 196 | | | SECURITY POSITIONS<br>FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | MKT PRICE<br>1 | |
| | | | | MARKET VALUE OF SECURITIES<br>LONG         SHORT<br>196.00 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Aff
Madoff Securities Internation
12 Berk
Mayfair, London
Tel 0

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE 4
PERIOD ENDING 5/30/92
YOUR TAX PAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER 1-ZB039-3-0

SUPERWEB PRESS
DEF BENEFIT PLAN
SHKIN TRUSTEE
NORTH PALM BEACH    FL    33410

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT TO |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Afi
Madoff Securities Internatio
12 Berl
Mayfair. Londo
Tel 0

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SUPERWEB PRESS
DEF BENEFIT PLAN
R PESHKIN TRUSTEE
NORTH PALM BEACH    FL    33410

PAGE: 1
PERIOD ENDING: 5/30/02
YOUR ACCOUNT NUMBER: 1-ZB039-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 5/06 | 13 | | 29957 | S & P 100 INDEX JUNE 560 CALL | .400 | |
| 5/06 | | 13 | 74767 | S & P 100 INDEX JUNE 550 PUT | 33.100 | 533.00 |
| | | | | NEW BALANCE | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES