# EXHIBIT D

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:
CREDITED YOUR
TRANS FROM 1ZB03930

6/21/02

736,454.43

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO MARSHA PESHKIN
PO BOX 173785
DENVER                CO 80217

1-ZR312-3

7.1.02    99824.05.003.00