# EXHIBIT E

## Traditional IRA
### October 1, 2008 - December 31, 2008

Page 1 of 4



>03878 5666970 001 008145
MARSHA PESHKIN
NORTH PALM BEACH FL 33410

**Account Name:** MARSHA PESHKIN
**Account Number:** [redacted]

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
 Brokerage Accounts         $1,475,026.97
 *Cash                            $32.02
**Total Account Value**      $1,475,058.99

Prior Period
Total Account Value          $1,250,026.97

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
 Current Tax Year                    $0.00

Contributions
 Current Tax Year (2008)             $0.00
 Prior Tax Year (2007)               $0.00

Employer Contributions
 Current Tax Year (2008)             $0.00
 Prior Tax Year (2007)               $0.00

Distributions
 Current Tax Year (2008)             $0.00
 Current Tax Year Withholding (2008) $0.00
 **Prior Tax Year (2007)       $200,000.00
 Prior Tax Year Withholding (2007)   $0.00

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC Insured through this institution.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

03878 5666970 007756 012728 00001/00002



Page 2 of 4

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR312 | 1,250,026.97 | 1,475,026.97 |
| **Total Value of Brokerage Accounts** | | **$1,475,026.97** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | 0.35% | 0.00 | 32.02 |
| **Total Value of Cash** | | | **$32.02** |

**TOTAL ACCOUNT VALUE** — **$1,475,058.99**

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 10/01/2008) | | | | $0.00 |
| 10/13/2008 | FEE COLLECTION | | | -11.33 |
| 10/13/2008 | FEE COLLECTION | | | -31.00 |
| 10/31/2008 | INTEREST | | | 16.12 |
| 11/05/2008 | FEE REIMBURSEMENT | | | 42.33 |
| 11/13/2008 | PURCHASE | BERNARD L MADOFF BRKG ACCT VALUE | | -100,000.00 |
| 11/13/2008 | TRANSFER OF CASH IN | | | 100,000.00 |
| 11/20/2008 | PURCHASE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 11/13/2008) | 100,000.0000 | |



Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 11/26/2008 | TRANSFER OF CASH IN | | | 125,000.00 |
| 11/28/2008 | PURCHASE | BERNARD L MADOFF BRKG ACCT VALUE | | -125,000.00 |
| 11/28/2008 | INTEREST | | | 15.90 |
| 12/05/2008 | PURCHASE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 11/28/2008) | 125,000.0000 | |
| **Ending Cash Balance** (as of 12/31/2008) | | | | **$32.02** |

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

03878 5666970 007757 012730 00002/00002

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.