# EXHIBIT F

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

RECEIVED
FEB 1 8 2009

### DECEMBER 11, 2008

Provide your office and home telephone no.

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

OFFICE:_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

1ZR312
MARSHA PESHKIN         IRA

N PALM BEACH, FL  33410

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
       a.    The Broker owes me a Credit (Cr.) Balance of        $_____
       b.    I owe the Broker a Debit (Dr.) Balance of           $_____

502180406                            1

    c.    If you wish to repay the Debit Balance,

            please insert the amount you wish to repay and

            attach a check payable to "Irving H. Picard, Esq.,

            Trustee for Bernard L. Madoff Investment Securities LLC."

            If you wish to make a payment, **it must be enclosed**

            with this claim form.        $_____

    d.    If balance is zero, insert "None."    _*NONE*_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|:---:|:---:|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| SEE STATEMENT DATED NOVEMBER 30, 2008 | | | |
| *ALSO SEE FISERV STATEMENT | | | |
| DATED DECEMBER 31, 2008 SHOWING | | | |
| FINAL DEPOSIT | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                 2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

10131034

**ADDENDUM**

Customer:     **Marsha Peshkin, IRA**
Address:      ████████████████
              **North Palm Beach, Florida 33410**

Account #:    **1-ZR312-3**

Document index:

1.  Statement dated November 30, 2008

2.  Investment Documents

    a.  Portfolio Management Report as of 6/30/02            $736,454.43

    b.  Portfolio Management Report as of 12/31/02           $201,052.10

    c.  Transfer from Merrill Lynch                          $100,000.00

    d.  Fiserv Transfer/Rollover Request dated 11/13/08      $125,000.00

    e.  Fiserv  Statement dated 12/08 evidencing deposits

    f.  Trade slips showing receipt of deposits

3.  Transfer Documents

    a.  Portfolio Management Report as of 12/31/05           ($250,000)

    b.  Check transfer confirmation dated 10/19/07           ($200,000)
        Portfolio Management Report as of 12/31/07

4.  Other Documents

    a.  Portfolio Management Report as of 12/31/03 (no activity)

    b.  Portfolio Management Report as of 12/31/04 (no activity)

    c.  Portfolio Management Report as of 12/31/06 (no activity)

Total Investment:  $1,162,506.53

Total Withdrawals: $450,000.00

# STATEMENT DATED NOVEMBER 30, 2008
# FISERV STATEMENT DECEMBER 31, 2008
# MADOFF TRADE SLIPS FOR FINAL DEPOSIT

10130994





PLEASE RETAIN THIS...

**DUPLICATE** FOR ACCOUNT

... P. ...

567
324

200,000
324
418
702
1,134

Tel 334...
Fax (212) 838-4...

U S T...
U S...
CLASS B
U S TREASURY BILL
DUE 03/26/2009
03/26/2009

SHORT

1,397,245.83

LONG

26.9...
57...

16.66

11/30/0...

Affiliated with
Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222





 **fiserv** | Investment
Support
Services

View Your Account Online!
www.fiserv-isservices.com

## Traditional IRA
### October 1, 2008 - December 31, 2008

Page 1 of 4



MARSHA PESHKIN
NORTH PALM BEACH FL 33410

**Account Name:** MARSHA PESHKIN
**Account Number**

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

**Current Period**
| | |
|---|---|
| Brokerage Accounts | $1,475,026.97 |
| *Cash | $32.02 |
| **Total Account Value** | **$1,475,058.99** |

**Prior Period**
| | |
|---|---|
| Total Account Value | $1,250,026.97 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

**Rollovers**
| | |
|---|---|
| Current Tax Year | $0.00 |

**Contributions**
| | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

**Employer Contributions**
| | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |

**Distributions**
| | |
|---|---|
| Current Tax Year (2008) | $0.00 |
| Current Tax Year Withholding (2008) | $0.00 |
| **Prior Tax Year (2007) | $200,000.00 |
| Prior Tax Year Withholding (2007) | $0.00 |

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.
  No other investments are FDIC insured through this institution.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331 ▪ PO Box 173859, Denver, CO 80217-3859 ▪ 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

CLINS (01-09), RMD (01-09)                    03878 5666970 007756 012728 00001/00002          HOLLSTK KOP-5169 12/07)



## ACCOUNT INVESTMENTS

> Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR312 | 1,250,026.97 | 1,475,026.97 |
| | Total Value of Brokerage Accounts | **$1,475,026.97** |

**CASH**

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | 0.35% | 0.00 | 32.02 |
| | | Total Value of Cash | **$32.02** |

| | TOTAL ACCOUNT VALUE | **$1,475,058.99** |
|---|---|---|

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2008) | | | | $0.00 |
| 10/13/2008 | FEE COLLECTION | | | -11.33 |
| 10/13/2008 | FEE COLLECTION | | | -31.00 |
| 10/31/2008 | INTEREST | | | 16.12 |
| 11/05/2008 | FEE REIMBURSEMENT | | | 42.33 |
| 11/13/2008 | PURCHASE | BERNARD L MADOFF BRKG ACCT VALUE | | -100,000.00 |
| 11/13/2008 | TRANSFER OF CASH IN | | | 100,000.00 |
| 11/20/2008 | PURCHASE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE  (As of 11/13/2008) | 100,000.0000 | |

 Investment Support Services




Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 11/26/2008 | TRANSFER OF CASH IN | | | 125,000.00 |
| 11/28/2008 | PURCHASE | BERNARD L MADOFF BRKG ACCT VALUE | | -125,000.00 |
| 11/28/2008 | INTEREST | | | 15.90 |
| 12/05/2008 | PURCHASE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 11/28/2008) | 125,000.0000 | |

**Ending Cash Balance (as of 12/31/2008)** $32.02

717 17th Street, Ste. 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC.

03878 5868970 007757 012730 00002/00002    ROLLSTK  ROP-5168 12/07

031038028652

## A Guide to Understanding Your Statement of Account    Page 4 of 4

### STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

IQP-5169  12/07]

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR312-3 | D | 79310 | 5 | 1 | | 12/01/08 | 12/01/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

**** DUPLICATE ****

MARSHA PESHKIN
~~1320 HARBOUR POINTE DR~~
N PALM BEACH        FL 33410

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 125,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009          3/26/2009 | 124967.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 99.974 | 124967.50 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR312-3 | D | 79326 | 5 | 1 | | 12/02/08 | 12/02/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

**** DUPLICATE ****

MARSHA PESHKIN
~~1320 HARBOUR POINTE DR~~
N PALM BEACH        FL 33410

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 125,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009          3/26/2009 | 124972.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 99.978 | 124972.50 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

# INVESTMENT DOCUMENTS

10130994

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


    SANDRA DEGNIEM                      1-ZS312-3

    ███████████████
    W PALM BEACH              FL 33410


STARTING EQUITY          6/21/02                      736,464.43CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L IN OPEN SECURITY POSITIONS                 300.00CR
CURRENT CASH BALANCE                                        .93CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         736,743.50   NET LONG
TOTAL EQUITY                                          736,764.43CR

ANNUALIZED RETURN FOR CURRENT YEAR      1.43 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ARSHA PESHKIN                        1-ZR312-3



PALM BEACH              FL 33410

| STARTING EQUITY | 6/21/02 | | 736,454.43CR | |
| CAPITAL ADDITIONS | | | 201,052.10CR | |
| CAPITAL WITHDRAWALS | | | | |
| REALIZED P/L FOR CURRENT YEAR | | | 60,489.59CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | | | |
| CURRENT CASH BALANCE | | | .12CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | | 997,975.00 | NET LONG |
| TOTAL EQUITY | | | 997,996.12CR | |

ANNUALIZED RETURN FOR CURRENT YEAR      13.01 %

# Marsha Peshkin

North Palm Beach, FL 33410                                    Email

Fiserv

717 17th Street
Suite 1700
Denver, CO 80202-3331

October 10, 2008

To Whom It May Concern:

Enclosed, please find the following:

1- Endorsed check from Merrill Lynch. This check is from my Merrill Lynch IRA and I
would like it rolled over into my IRA account at Bernard Madoff which you
manage. My Fiserv account # ▓▓▓▓▓▓▓ and my Madoff account number is
1-ZR312-3

2- A completed Transfer/Rollover request form, for a partial transfer of $125,000.00
from my Ameriprise IRA to the same Madoff IRA listed above. Ameriprise has
informed me that the request CANNOT be faxed. I have included the address
and contact name and phone number on the form where the fax information
generally is. (#7 on page 4). Ameriprise has also informed me that they need my
original signature and not a copy!

Please feel free to contact me at the number above if I've omitted anything or you need
any additional information. Thank you.

Sincerely,

Marsha Peshkin

*(handwritten notes):* Item #2 NOT DONE refaxed to FISERV 11/13

*(handwritten):* 83149  Sue Dixon  720-920-4728

Merrill Lynch
P.O. Box 43247
Jacksonville, FL 32231-3247

MARSHA PESHKIN

WEST PALM BCH FL 33410                    5020

CDLR9761 7673 8881 985C   24 884919 PAGE 88881 OF 88881      88885820

**Merrill Lynch**                  50-937 / 213

**CHASE O**
6040 Tarbell Road
Syracuse, N.Y. 13206

Office
**Disbursement Account**
P.O. Box 43247
Jacksonville, FL 32231-3247

Merrill Lynch,
Pierce, Fenner & Smith Inc.

| Date | Branch | Amount |
|------|--------|--------|
| 09/19/2008 | 863 | PAY$100,000.00* |

Not valid after 180 days

To The Order Of
MARSHA PESHKIN
WEST PALM BCH FL 33410

*Melinda Smythe*



**Fiserv.** | Investment
Support
Services

717 17th Street, Suite 1700
Denver, Colorado 80202-3331
Toll Free: 1-800-962-4238

Direct IRA mail to:
P.O. Box 173859
Denver, CO 80217-3859

## Instructions — Traditional/Roth IRA
# Transfer/Rollover Request

### 1. IRA ACCOUNT OWNER INFORMATION

Please complete all information requested. If information does not match Trust Industrial Bank's records or is left blank, the form will be returned to you with an explanation regarding the discrepancy, or for completion.

### 2. RESIGNING TRUSTEE/CUSTODIAN INFORMATION

Please complete the information requested and provide a copy of the most recent Account Statement from your resigning Trustee/Custodian.

### 3. TRANSFER TYPE

Please check the box that is applicable to the type of transfer you are requesting.

### 4. TRANSFER/ROLLOVER/DIRECT ROLLOVER

Please read the following definitions and check the applicable option for your intended transaction.

**A. Transfer:** Describes the movement of assets directly between IRA Trustees/Custodians without distribution to the Account Owner, resulting in no tax forms being generated by either Trustee/Custodian.

**B. Inherited/Beneficiary IRA:** Describes the transfer of an IRA inherited by a non-spouse beneficiary that is transferring to an account in the name of the deceased for benefit of the named beneficiary. Trust Industrial Bank requires additional documentation and review before this type of account may be transferred. Please contact Trust Industrial Bank for more information.

**C. Non-spouse Beneficiary Direct Rollover:** Describes a movement of cash and/or assets that takes place directly between the Trustee/Custodian of a business retirement plan (such as profit sharing, money purchase, defined benefit etc.) or the administrator of a 403(a) or (b) annuity and the trustee of a Traditional Inherited IRA. The Traditional IRA account must be established in the name of the deceased plan participants name for the benefit of the non-spouse beneficiary. Distributions from this account are determined according to the timing of the rollover in relation to the date of death of the plan participant. Required distributions for the year of the transaction may not be rolled over to the Inherited IRA account.

**D. Spousal Assumption:** If you are the designated spouse beneficiary of the Account Owner, you may elect to transfer or assume your spouse's IRA account as your own IRA. The regular IRA rules will apply as if the funds were originally contributed on your behalf (e.g., non-installment distributions taken prior to your reaching age 59½ will be subject to a 10% IRS penalty tax). If you do not already have an account with Trust Industrial Bank you will need to complete an IRA Application and return it with this completed form. You must include a certified copy of the deceased Account Owner's death certificate.

**E. Rollover:** Describes a cash and/or asset contribution to an IRA by an individual within sixty (60) days of receiving an eligible rollover distribution. To make a rollover, the individual must have received an eligible distribution outright. The individual may roll over all or any part of the actual amount received and, if the distribution was from a business retirement plan or 403(a) or (b) annuity (thus subject to the 20% federal income tax withholding), he/she may roll over up to 100% of the distribution by making up the 20% difference that was previously withheld.

**F. Direct Rollover:** Describes a movement of cash and/or assets that takes place directly between the Trustee/Custodian of a business retirement plan (such as profit sharing, money purchase, defined benefit, etc.), or the administrator of a 403(a) or (b) annuity, and the Trustee of an IRA. By directly rolling an eligible rollover distribution to this Trust Industrial Bank IRA (as opposed to receiving an outright distribution as described above under "rollover"), the individual can avoid the mandatory 20% federal income tax withholding imposed on such distributions.

### Notice of Withholding on Distributions or Withdrawals From IRAs

This notice is required to be furnished to you by IRS regulations each time an IRA distribution is requested.

The distributions you receive from your retirement plan are subject to federal income tax withholding. You are liable for payment of federal income tax on the taxable portion of your distribution regardless of whether you elect to have tax withheld. The amount withheld will be based on your entire distribution. If you have provided Trust Industrial Bank your residence address within the United States, you may elect not to have withholding apply. If you have not provided us with your residence address or if you have provided a residence address outside of the United States, withholding generally is required and you cannot elect out of withholding.

### 5. ASSET INSTRUCTIONS

**To avoid delays in processing your request, this section must be completed in its entirety.** All assets that are to be transferred must be listed individually in this section. Please attach copies of account statements from the resigning Trustee/Custodian reflecting the assets to be transferred. If you have physical certificates in your possession, you must send the actual certificates in negotiable form, to Trust Industrial Bank with this document.

### 6. AGE 70½ NOTICE

If you have attained age 70½ or older during the transfer year, you are required to take a minimum distribution. If you have not taken a minimum distribution from your prior Trustee/Custodian, please contact Trust Industrial Bank's Client Relations Department at 1-800-962-4238 for assistance. Please have the previous year-end value available for calculation.

---

© Fiserv Investment Support Services, 2008. Trust and Custodial Services provided by Trust Industrial Bank, member FDIC.      IRA-5096 (9/08)
<u>INVESTMENT PRODUCTS</u>:  NOT FDIC INSURED  ·  NO BANK GUARANTEE  ·  MAY LOSE VALUE

## Instructions — Traditional/Roth IRA Transfer/Rollover Request *(continued)*

### 7. DELIVERY OPTIONS

If your resigning custodian accepts faxed instructions, please provide the contact name, department and fax number. If your resigning custodian does not accept faxed instructions, Trust Industrial Bank will automatically overnight the instructions to the resigning custodian.

### 8. ACCOUNT OWNER SIGNATURE

Your signature certifies that you have read the applicable section for the transaction you have chosen and understand and agree to all the terms thereunder. In the case of a transfer or direct rollover, the resigning Trustee/Custodian is authorized to send cash and/or assets to Trust Industrial Bank as specified. In addition, you certify that the assets requested to be rolled over into your IRA qualify as a valid rollover contribution as defined in the Plan documents, including the requirement that deposit of such contribution is being made within 60 days after receipt by you of the eligible distribution. You understand the tax consequences of your plan and/or your contribution and the implications that this rollover contribution has on the five-taxable-year period for taking distributions from a Roth IRA. You further understand that the resigning Trustee/Custodian may issue a tax form to you representing the distributed value of these assets and that you must treat the transaction as a rollover contribution on your income tax return. You also agree to hold Trust Industrial Bank harmless in any way should the rollover be ineligible or invalid, or if it creates any tax implication to you.

You certify that you are aware of any and all penalties incurred by your request (if applicable) including, but not limited to, premature liquidation of any certificate of deposit or insurance product involved in this IRA rollover/conversion/transfer/recharacterization.

**Please make a copy of the completed form for your records.**

# FAX



**Marsha Peshkin**

North Palm Beach, FL 33410

**Date** _11/13/2008_

Number of pages including cover sheet _4_

**To:  Fiserv**

**Attn:        Sue Dixon**

**From: Marsha Peshkin**

**Acct #**

Phone

Fax Phone  **720-920-4728**

CC:

Phone

Fax Phone

**REMARKS:**

☐ Urgent        ☒ For your review        ☒ Reply ASAP        ☐ Please comment

Following is a copy of the transfer request we spoke of.

Thank You...

Marsha Peshkin



**Fiserv** | Investment Support Services

717 17th Street, Suite 1700
Denver, Colorado 80202-3331
Toll Free: 1-800-962-4238

Direct IRA mail to:
P.O. Box 173859
Denver, CO 80217-3859

Traditional/Roth IRA
# Transfer/Rollover Request

## GENERAL INSTRUCTIONS

This form is to be completed by an IRA Account Owner who wishes to make a transfer, rollover, direct rollover, all or a portion of his/her assets from an existing IRA plan to a Trust Industrial Bank IRA. Please refer to the "Instructions for Traditional/Roth IRA Transfer/Rollover Request" to complete this form.

## 1. IRA ACCOUNT OWNER INFORMATION

Account Owner Name  Marsha Peshkin

Mailing Address ▓▓▓▓▓▓▓                                   City/State/ZIP  North Palm Beach, FL 33410

Trust Industrial Bank IRA Account Number  ▓▓▓▓▓▓▓▓▓

Date of Birth  July 25, 1953                              Social Security Number  ▓▓▓▓▓▓▓

Business Telephone Number ▓▓▓▓▓▓▓                          Home Telephone Num▓▓▓

## 2. RESIGNING TRUSTEE/CUSTODIAN INFORMATION

Please provide a copy of the most recent Account Statement from your resigning Trustee/Custodian.

Resigning Trustee/Custodian Name

Resigning Trustee/Custodian Account Number

Mailing Address                                          City/State/ZIP

Telephone Number  (        )                             Contact Name

## 3. TRANSFER TYPE *(account owner must check one)*

To the delivering firm: I have amended my retirement plan or established a new plan, and request that you transfer or rollover all or a portion of the assets or securities in my account (as directed on this form) to the successor trustee/custodian named below. I understand that to the extent any assets in my account are not readily transferable, with or without penalties, such assets may not be transferred within the time frames required by New York Stock Exchange Rule 412 or similar rule of the National Association of Securities Dealers or other designated examining authority. Unless otherwise indicated in the instructions contained herein, I authorize you to sell any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting cash credit balance to the successor trustee/custodian. I understand that you will contact me with respect to the disposition of any other assets in my securities account that are not transferable. I authorize you to deduct any outstanding fees due you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other instruments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor trustee/custodian to transfer them to its name (or its nominee name) for the purpose of sale, when and as directed by me. I understand that upon receiving a copy of this transfer instruction, you will cancel all open orders for my account on your books.

☑ Partial transfer ☐ Complete transfer *(close my entire account)*

## 4. TRANSFER/ROLLOVER OPTION

*Choose one below. For your selection, please provide specific asset instructions in section 6.*

☑ **Transfer:** Transfer Options *(choose one)* ☑ IRA to IRA  **OR**  ☐ Roth IRA to Roth IRA
  *If applicable, choose one. For either option below, you must include a certified copy of the deceased Account Owner's death certificate.*
    ☐ **Inherited IRA:** Check box if this is a transfer of an inherited or beneficiary IRA. Subject to additional documentation and review.
    ☐ **Non-Spouse Beneficiary:** Only for Non-Spouse Beneficiary Direct Rollover.
    ☐ **Spousal Assumption:** Transfer Option: Only for spouses who are the sole beneficiary of a plan owner.

☐ **Rollover:** Rollover Option: Rollover of Eligible Distribution Received Outright by Account Owner

☐ **Direct Rollover:** Rollover Option: Rollover of Eligible Business Retirement Plan Assets to IRA Rollover

© Fiserv Investment Support Services, 2008. Trust and Custodial Services provided by Trust Industrial Bank, member FDIC.                                   IRA-5096 (9/08)
INVESTMENT PRODUCTS:  NOT FDIC INSURED · NO BANK GUARANTEE · MAY LOSE VALUE

## Traditional/Roth IRA Transfer/Rollover Request *(continued)*

**5. LIST ALL ASSETS TO BE TRANSFERRED**
*Use additional paper if needed. Please provide a copy of the most recent Account Statement from your resigning Trustee/Custodian.*

| A. Cash/Money Market | Specify "ALL" or $ Amount | Account Number |
|---|---|---|
| Cash | $125,000.00 | ■■■■■■ |

| B. Mutual Funds | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |

| C. Annuities | Value | Surrender | or | Change of Ownership | Contract (Policy Number) |
|---|---|---|---|---|---|
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |

| D. Limited Partnerships and REITs | # of units or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |

| E. Stocks or Bonds | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |

| F. Other Assets | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |
| | | ❑ | or | ❑ | |

**6. AGE 70½ NOTICE**

If you are subject to required minimum distributions (generally if you have attained age 70½ during the transfer year) and have not taken a minimum distribution from your prior Trustee/Custodian, please contact us for assistance regarding the calculation of your required amount. Please have the previous year-end value available.

**7. DELIVERY OPTIONS FOR THIS FORM**

❑ This transfer may be faxed to my resigning Trustee/Custodian. (must provide the following)

| Contact Name | Ameriprise Financial Services   1377 Motor Parkway Suite 405   Islandia, NY 11749 |
|---|---|
| Contact Department | Attn: Todd Petraco | Fax Number  (    )   Ph# 1-631-582-9770 X219 |

© Fiserv Investment Support Services, 2008  page 4 of 5  IRA-5096 (9/08)

## Traditional/Roth IRA Transfer/Rollover Request *(continued)*

### 8. ACCOUNT OWNER'S SIGNATURE REQUIRED

I certify that I have read the applicable section for the transaction I have chosen, understand and agree to all the terms.

In the case of a transfer or direct rollover, the current Trustee/Custodian is authorized to send cash and/or assets to Trust Industrial Bank as specified.

For the transfer of an inherited IRA, I certify that I am the sole beneficiary of the assets requested and agree to hold Trust Industrial Bank harmless in the event that any other beneficiary makes a claim against this account.

In the case of a rollover, I understand it is my sole responsibility to determine the validity of any rollover contribution and to initiate and make such rollover deposit; and I irrevocably elect to roll over the assets in this transaction.

I hereby agree to indemnify and hold harmless Trust Industrial Bank and its officers, directors, shareholders, agents and employees, for any and all costs, obligations, losses, claims, damages and expenses (including reasonable attorneys' fees) related to or associated with this agreement.

**I acknowledge the minimum cash and aggregated account value requirements applicable to Investment Types 3 and 4, as stated on the IRA Fee Schedule. If both requirements are not met, I understand additional fees may apply.**

Account Owner Signature
**✗** _Marilyn Teshkin_

Date _10/10/08_

***Note:*** *Medallion Signature Guarantee Stamp Here if the Resigning Trustee or Custodian requires.*

```
┌─────────────────────────────────────────────────┐
│            [MEDALLION GUARANTEE STAMP HERE]        │
│                                                     │
│                                                     │
│ A Medallion Signature Guarantee may be obtained     │
│ from an authorized officer at a brokerage firm,     │
│ bank or other financial institution. Certifica-     │
│ tion by a notary public is not a substitute for a   │
│ signature guarantee.                                │
└─────────────────────────────────────────────────┘
```

### 9. ACCEPTANCE BY TRUST INDUSTRIAL BANK COMPANY
*(To be completed by Trust Industrial Bank)*

Trust Industrial Bank hereby accepts the appointment as Trustee of the assets listed. This acceptance is not to be construed as validation of any rollover or direct rollover contribution, if any. Trust Industrial Bank is exempt from backup withholding described in Section 3406(a) (1)(c) of the Internal Revenue Code.

Trust Industrial Bank Acceptance Signature
**✗**

Title

Date

```
┌─────────────────────────────────────────────────┐
│            [MEDALLION GUARANTEE STAMP HERE]        │
│                                                     │
│                                                     │
│                                                     │
│ A Medallion Signature Guarantee may be obtained     │
│ from an authorized officer at a brokerage firm,     │
│ bank or other financial institution. Certifica-     │
│ tion by a notary public is not a substitute for a   │
│ signature guarantee.                                │
└─────────────────────────────────────────────────┘
```

### DELIVERY INSTRUCTIONS
Trust Industrial Bank Tax Identification Number 26-1356253

**Register Physical Securities, Non-Networked Eligible Mutual Funds and Limited Partnerships:**
NTC & Co.
FBO (client name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859

**Register Networked Eligible Mutual Funds to:**
NTC & Co.
FBO (client name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859
**Matrix Settlement and Clearance Services NSCC # 5954**

**Make checks payable to:**
Trust Industrial Bank
FBO (client's name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859

**Overnight Delivery Address:**
Fiserv ISS
FBO (client's name), IRA Number
717 17th Street, Suite 2600
Denver, CO 80202-3323

**Incoming ACH Instructions:**
JPMorgan Chase
ABA# 102001017
To: Trust Industrial Bank
Acct# 634341224

FFC Trust Industrial Bank account number

**Wiring Instructions for Cash:**
JPMorgan Chase
ABA# 021000021
For Credit to: Trust Industrial Bank
A/C # 634341224
For Further Credit to: Client's Full Name
A/C # (Client's Trust Industrial Bank Account Number)

**DTC Eligible Securities:**
DTC #5998
Agent ID #94099
Institutional ID #94099
FBO: Client Name and Trust Industrial Bank Account Number

**Book-entry Government Securities (including GNMA pool deliveries)**
**VIA Federal wire as follows:**
FIFTH THIRD BANK
ABA #042000314/Fifth Cin/1050
FFC A/C#: 010034438545
A/C Name: Trust Industrial Bank
FBO: Client's name & Trust Industrial Bank Account Number

# TRANSFER DOCUMENTS

10130994

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/92

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARSHA PESHKIN                         1-ZR312-3

~~███████████████~~OR
1 PALM BEACH              FL 33412

STARTING EQUITY FOR CURRENT YEAR                    1,215,328.67CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   252,000.00-
REALIZED P/L FOR CURRENT YEAR                        111,468.22CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .66CR
MKT MARKET VALUE OF OPEN SECURITIES POSITIONS       1,076,866.50    NET LONG
                                                    1,176,861.05CR

ANNUALIZED RETURN FOR CURRENT YEAR       9.52 %

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/19/07

| CHECK | 200,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

MARSHA PESHKIN                                    1-ZR312-3

N PALM BEACH          FL 33410      **DUPLICATE**    ACCT OF
                                    RETIREMENT ACCTS INC CUST IRA

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/91

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


MARSHA PESHKIN                          1-ZR312-3


N PALM BEACH            FL 33410


STARTING EQUITY FOR CURRENT YEAR                      1,220,872.65CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     200,000.00-
REALIZED P/L FOR CURRENT YEAR                          135,575.45CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                          .60CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,156,447.50    NET LONG
TOTAL EQUITY                                         1,156,448.10CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.48 %

# OTHER DOCUMENTS

10130994

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARSHA PESHKIN                    1-ZR312-3

N PALM BEACH          FL 33410

| STARTING EQUITY FOR CURRENT YEAR | 997,996.12CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 102,587.74CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .86CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,100,583.00 | NET LONG |
| TOTAL EQUITY | 1,100,583.86CR | |

ANNUALIZED RETURN FOR CURRENT YEAR     10.27 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARSHA PESHKIN                    1-ZR312-3



N PALM BEACH          FL 33410

| STARTING EQUITY FOR CURRENT YEAR | 1,100,583.86CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 114,814.81CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .67CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,215,398.00 | NET LONG |
| TOTAL EQUITY | 1,215,398.67CR | |

ANNUALIZED RETURN FOR CURRENT YEAR     10.40 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MARSHA PESHKIN                          1-ZR312-3

W PALM BEACH          FL 33410

STARTING EQUITY FOR CURRENT YEAR                    1,076,366.76CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         144,005.63CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .65CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,220,872.00    NET LONG
TOTAL EQUITY                                        1,220,872.65CR

ANNUALIZED RETURN FOR CURRENT YEAR       13.37 %