## CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

| | |
|---|---|
| **Name of Customer:** | Harold A. Thau IRA  (NTC & Co. FBO Harold A. Thau) |
| **Mailing Address:** | c/o Redstone Accounting Services, Inc., 25 Sylvan Rd. South - Building B |
| **City:** Westport | **State:** CT    **Zip:** 06880 |
| **Account No:** 1ZR261 | |
| **Taxpayer I.D. Number (Social Security No.):** | Redacted |

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Claim for money balances as of **December 11, 2008:**

   a. The Broker owes me a Credit (Cr.) Balance of           $_____0_____

   b. I owe the Broker a Debit (Dr.) Balance of           $_____0_____

   c. If you wish to repay the Debit Balance,

      please insert the amount you wish to repay and

      attach a check payable to "Irving H. Picard, Esq.,

      Trustee for Bernard L. Madoff Investment Securities LLC."

      If you wish to make a payment, **it must be enclosed**

      with this claim form.           $_____N/A_____

   d. If balance is zero, insert "None."           _____None_____

2. Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |
| c. | If yes to either, please list below: |  |  |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

See Nov. 30, 2008 1ZR261 statements, attached hereto as Exhibit A.

$ 5,368,204.81 (market value of securities long, per 1ZR261-3 statement)

$ 188,100.00 (market value of securities long, per 1ZR261-4 statement)

($ 265,620.00) (market value of securities short, per 1ZR261-4 statement)

TOTAL:    $ 5,290,684.81

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY 10119

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___6/9/09___    Signature _____
                                                Harold A. Thau

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\***  FOR ACCOUNT  MTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT  06880

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*6253**

YOUR ACCOUNT NUMBER **1-ZR261-3-0**

PAGE **1**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 314,423.32 | |
| 11/12 | 4,788 | | 1859 | WELLS FARGO & CO NEW | 29,800 | 142,873.40 | |
| 11/12 | 3,420 | | 2361 | HEWLETT PACKARD CO | 34,900 | 119,494.00 | |
| 11/12 | 2,964 | | 6185 | WAL-MART STORES INC | 55,830 | 165,598.12 | |
| 11/12 | 1,938 | | 6687 | INTERNATIONAL BUSINESS MACHS | 87,270 | 169,206.26 | |
| 11/12 | 2,182 | | 10511 | EXXON MOBIL CORP | 72,080 | 157,711.16 | |
| 11/12 | 7,866 | | 11013 | INTEL CORP | 14,510 | 114,449.66 | |
| 11/12 | 3,762 | | 15339 | JOHNSON & JOHNSON | 59,580 | 224,289.96 | |
| 11/12 | 5,150 | | 19664 | J.P. MORGAN CHASE & CO | 38,530 | 197,863.90 | |
| 11/12 | 2,736 | | 25990 | COCA COLA CO | 44,660 | 122,298.76 | |
| 11/12 | 1,596 | | 28316 | MCDONALDS CORP | 55,370 | 88,633.52 | |
| 11/12 | 2,964 | | 32642 | MERCK & CO | 28,550 | 84,740.20 | |
| 11/12 | 10,830 | | 36968 | MICROSOFT CORP | 21,810 | 236,635.30 | |
| 11/12 | 5,472 | | 54129 | ORACLE CORPORATION | 17,300 | 94,883.60 | |
| 11/12 | 1,166 | | 54277 | PEPSICO INC | 56,410 | 22,270.06 | |
| 11/12 | 1,254 | | 54774 | APPLE INC | 100,780 | 126,428.12 | |
| 11/12 | 9,234 | | 58598 | PFIZER INC | 16,940 | 156,792.96 | |
| 11/12 | 2,166 | | 62924 | ABBOTT LABORATORIES | 54,610 | 118,371.26 | |
| 11/12 | 4,104 | | 63426 | PROCTER & GAMBLE CO | 64,080 | 263,148.32 | |
| 11/12 | 1,482 | | 67250 | AMGEN INC | 59,160 | 87,734.12 | |
| 11/12 | 2,850 | | 67752 | PHILLIP MORRIS INTERNATIONAL | 43,600 | 124,376.00 | |
| 11/12 | 6,860 | | 71576 | BANK OF AMERICA | 21,590 | 147,948.60 | |
| 11/12 | 2,280 | | 72078 | QUALCOMM INC | 33,770 | 77,086.60 | |
| 11/12 | 7,410 | | | CITI GROUP INC | 12,510 | 92,995.10 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE*** FOR ACCOUNT NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT    CT    06880

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-ZR261-3-0 | *****6253 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,710 | | 75902 | SCHLUMBERGER LTD | 49.480 | 84,678.80 | |
| 11/12 | 4,104 | | 76404 | COMCAST CORP CL A | 16.510 | 67,921.04 | |
| 11/12 | 8,094 | | 80228 | AT&T INC | 27 | 218,861.00 | |
| 11/12 | 2,052 | | 80730 | CONOCOPHILLIPS | 52.510 | 107,832.52 | |
| 11/12 | 1,368 | | 84554 | UNITED PARCEL SVC INC CLASS B | 52.040 | 71,244.72 | |
| 11/12 | 8,322 | | 85056 | CISCO SYSTEMS INC | 16.730 | 139,559.96 | |
| 11/12 | 2,394 | | 88880 | U S BANCORP | 29.530 | 70,789.82 | |
| 11/12 | 2,850 | | 89382 | CHEVRON CORP | 73.430 | 209,389.50 | |
| 11/12 | 1,368 | | 89206 | UNITED TECHNOLOGIES CORP | 55.360 | 75,776.88 | |
| 11/12 | 14,478 | | 97708 | GENERAL ELECTRIC CO | 19.630 | 284,782.14 | |
| 11/12 | 1,876 | | 97532 | VERIZON COMMUNICATIONS | 30.410 | 118,024.16 | |
| 11/12 | 342 | | 98034 | GOOGLE | 337.400 | 115,603.80 | |
| | | | 24465 | U S TREASURY BILL DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 112.68 |
| 11/12 | | 117,923 | 19569 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 117,923.00 |
| 11/12 | 3,859 | | 28937 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,859.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .47 |
| | | | | CONTINUED ON PAGE 3 | | | 5,071,752.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\***  FOR ACCOUNT  NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SD BLDG B
WESTPORT        CT   06880

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*6253
YOUR ACCOUNT NUMBER: 1-ZR261-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/19 | | 3,869 | 54485 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,869.00 |
| 11/19 | 325,000 | | 58886 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 324,759.50 | |
| 11/19 | 20,654 | | 63521 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,654.00 | |
| | | | | NEW BALANCE | | 632,939.09 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 8,094 | | | AT&T INC | 28.560 | | |
| | 2,166 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,482 | | | AMGEN INC | 55.540 | | |
| | 1,254 | | | APPLE INC | 92.670 | | |
| | 6,840 | | | BANK OF AMERICA | 16.250 | | |
| | 2,850 | | | CHEVRON CORP | 79.010 | | |
| | 8,322 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 7,410 | | | CITI GROUP INC | 8.290 | | |
| | 2,736 | | | COCA COLA CO | 46.870 | | |
| | 4,104 | | | COMCAST CORP CL A | 17.340 | | |
| | 2,052 | | | CONOCOPHILIPS | 52.520 | | |
| | 7,182 | | | EXXON MOBIL CORP | 80.150 | | |
| | 14,478 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**. FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SD BLDG B
WESTPORT            CT    06880

PERIOD ENDING: 11/30/08
PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZR261-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 342 | | | GOOGLE | 292.950 | | |
| | 3,420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 7,866 | | | INTEL CORP | 13.800 | | |
| | 1,938 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 5,130 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,762 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,596 | | | MCDONALDS CORP | 58.750 | | |
| | 2,964 | | | MERCK & CO | 26.720 | | |
| | 10,830 | | | MICROSOFT CORP | 20.220 | | |
| | 5,472 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,166 | | | PEPSICO INC | 55.700 | | |
| | 9,234 | | | PFIZER INC | 16.430 | | |
| | 2,850 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 4,104 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,280 | | | QUALCOMM INC | 33.570 | | |
| | 1,710 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 20,654 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 2,394 | | | U S BANCORP | 26.980 | | |
| | 1,368 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 325,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 1,368 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***  FOR ACCOUNT  NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SD BLDG B
WESTPORT                    CT   06880

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****#6253
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZR261-3-0

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,876 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,964 | | | WAL-MART STORES INC | 55.880 | | |
| | 4,788 | | | WELLS FARGO & CO NEW | 26.890 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 5,369,204.92 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE** 6

**PERIOD ENDING** 11/30/08

**YOUR ACCOUNT NUMBER** 1-ZR251-3-0

**YOUR TAXPAYER IDENTIFICATION NUMBER** *****6253

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

**DUPLICATE** FOR ACCOUNT NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT              CT    06880

| SOLD<br>(LONG) | BOUGHT<br>(RECEIVED OR LONG) | SOLD<br>(DELIVERED OR SHORT) | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 35,385 |
| | | | | GROSS PROCEEDS FROM SALES | | | 29,809,292 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*  FOR ACCOUNT  NTC & CO.**
HAROLD THAU IRA

25 SYLVAN RD  SO BLDG  B
WESTPORT           CT     06880

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-ZR261-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*6253

PAGE: 1

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 314,424.00 |
| 11/12 | | 114 | 45620 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 180,006.00 |
| 11/12 | 114 | | 49946 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 203,034.00 | |
| 11/19 | | 114 | 36050 | S & P 100 INDEX DECEMBER 430 CALL | 25 | | 296,286.00 |
| 11/19 | 114 | | 40375 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 342,116.00 | |
| 11/19 | | 114 | | S & P 100 INDEX NOVEMBER 460 CALL | | 517,314.00 | |
| 11/19 | 114 | | 49025 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 421,686.00 | |
| | | | | NEW BALANCE | | | 632,940.00 |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 114 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 114 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES: | | | |
| | | | | LONG 188,100.00 | | | |
| | | | | SHORT 255,620.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

Claimant: *Harold A. Thau IRA (NTC & Co. FBO Harold A. Thau) (Account no. 1ZR261)*

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. During the lifetime of the account, the Claimant may have contributed and/or withdrawn sums of money. The Claimant's final account balance set forth in Exhibit A takes into account any such contributions and/or withdrawals. Claimant continues to search for additional documents relating to such contributions or withdrawals and reserves the right to supplement this submission if additional documents are found.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents if deemed necessary. Below is a list of the documents submitted herewith:

### 2008

- BMIS account statements for time period ending 11/30/08.
- BMIS account statements for time period ending 10/31/08.
- BMIS account statements for time period ending 09/30/08.

Claimant: *Harold A. Thau IRA (NTC & Co. FBO Harold A. Thau) (Account no. 1ZR261)*                    2

# DOCUMENTS SUBMITTED WITH THE CLAIM OF

# HAROLD A. THAU IRA (NTC & CO. FBO HAROLD A. THAU)

# (Account no. 1ZR261)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT   06880

PAGE 1

PERIOD ENDING 9/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER ******6253

YOUR ACCOUNT NUMBER 1-ZR261-3-0

| DATE | BOUGHT RECEIVED OR DELIVERED IN | SOLD RECEIVED OR DELIVERED OUT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 115,677.43 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 592.33 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 1,384.60 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | | | 501.10 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 9/24/08 | DIV | | 35.85 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | | 1,397.50 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | | 530.24 |
| 9/10 | 33,732 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,732.00 |
| 9/10 | | 85243 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,652.00 | |
| 9/10 | 24,652 | | 90311 | MICROSOFT CORP | 1 | | |
| 9/11 | | | | FIDELITY SPARTAN DIV 8/21/08 9/11/08 | DIV | | 936.54 |
| 9/11 | | 95513 | | U S TREASURY MONEY MARKET | 1 | 43,774.00 | |
| 9/11 | 43,774 | | | MCDONALDS CORP DIV 9/02/08 9/16/08 | DIV | | |
| 9/16 | | | | DIV | | | 451.50 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT 06880

PAGE 2
PERIOD ENDING 9/30/08
YOUR ACCOUNT NUMBER 1-ZR261-3-0
TAX/TAXPAYER/IDENTIFICATION NUMBER ******6253



| DATE | BOUGHT/RECEIVED/LONG | SOLD/DELIVERED/SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | 4,214 | | 11510 | ORACLE CORPORATION | 19.310 | 81,204.74 | |
| 9/17 | 946 | | 12705 | APPLE INC | 150.770 | 142,591.42 | |
| 9/17 | 1,720 | | 15808 | PEPSICO INC | 72.460 | 124,563.20 | |
| 9/17 | 1,634 | | 17003 | ABBOTT LABORATORIES | 58.960 | 96,275.64 | |
| 9/17 | 7,224 | | 20106 | PFIZER INC | 18.360 | 132,344.64 | |
| 9/17 | 2,838 | | 21263 | AMERICAN INTL GROUP INC | 15.290 | 43,280.02 | |
| 9/17 | 3,268 | | 24404 | PROCTER & GAMBLE CO | 72.780 | 237,715.04 | |
| 9/17 | 1,204 | | 25550 | AMGEN INC | 63.520 | 76,109.28 | |
| 9/17 | 2,236 | | 28702 | PHILLIP MORRIS INTERNATIONAL | 54.170 | 121,035.12 | |
| 9/17 | 5,074 | | 29849 | BANK OF AMERICA | 33.040 | 167,442.96 | |
| 9/17 | 2,720 | | 33000 | QUALCOMM INC | 30.390 | 83,162.80 | |
| 9/17 | 5,934 | | 34345 | CITI GROUP INC | 18.220 | 107,880.48 | |
| 9/17 | 1,290 | | 37298 | SCHLUMBERGER LTD | 87.210 | 112,449.90 | |
| 9/17 | 1,634 | | 38444 | CONOCOPHILLIPS | 72.510 | 118,416.34 | |
| 9/17 | 5,535 | | 41596 | AT&T INC | 34.330 | 204,773.32 | |
| 9/17 | 6,964 | | 42742 | CISCO SYSTEMS INC | 23.050 | 146,436.20 | |
| 9/17 | 1,118 | | 45873 | UNITED PARCEL SVC INC | 67.850 | 75,823.48 | |
| 9/17 | 4,150 | | 47040 | CHEVRON CORP | 83.210 | 178,815.50 | |
| 9/17 | 1,032 | | 50115 | UNITED TECHNOLOGIES CORP | 63.720 | 65,718.04 | |
| 9/17 | 10,750 | | 51338 | GENERAL ELECTRIC CO | 27.440 | 294,550.00 | |
| 9/17 | 3,096 | | 54413 | VERIZON COMMUNICATIONS | 34.570 | 106,905.72 | |
| 9/17 | 258 | | 55636 | GOOGLE CLASS B | 432.200 | 111,497.60 | |
| 9/17 | 3,698 | | 58711 | WELLS FARGO & CO NEW | 33.390 | 123,329.22 | |
| 9/17 | 430 | | 59934 | GOLDMAN SACHS GROUP INC | 154.700 | 66,504.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT                CT  06880

PAGE 3
PERIOD ENDING 9/30/08
YOUR ACCOUNT NUMBER 1-ZR261-3-0
*******6253

| DATE | AMOUNT RECEIVED OR DELIVERED | BOUGHT / RECEIVED ON MARGIN | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 9/17 | | 2,494 | 63009 | WAL-MART STORES INC | 62.470 | | 155,701.76 |
| 9/17 | | 2,666 | 64232 | HEWLETT PACKARD CO | 46.880 | | 124,876.08 |
| 9/17 | | 5,590 | 67307 | EXXON MOBIL CORP | 76.080 | | 425,006.20 |
| 9/17 | | 1,462 | 68530 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 173,847.60 |
| 9/17 | | 6,192 | 72828 | INTEL CORP | 19.970 | | 123,407.24 |
| 9/17 | | 3,010 | 77126 | JOHNSON & JOHNSON | 71.150 | | 214,041.50 |
| 9/17 | | 3,784 | 81423 | J P MORGAN CHASE & CO | 40.930 | | 154,728.12 |
| 9/17 | | 2,150 | 85721 | COCA COLA CO | 53.790 | | 115,562.50 |
| 9/17 | | 1,204 | 90019 | MCDONALDS CORP | 64.430 | | 77,525.72 |
| 9/17 | | 2,322 | 94317 | MERCK & CO | 34.160 | | 79,227.52 |
| 9/17 | | 9,514 | 98615 | MICROSOFT CORP | 27.420 | | 233,113.88 |
| 9/17 | 5,970,000 | | 98825 | U S TREASURY BILL | 97.5511 | 5,050,183.25 | |
| | | | | DUE 2/12/2009 | | | |
| 9/17 | 92,654 | | 90123 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | | 9,768.00 | |
| 9/19 | | | | AMERICAN INTL GROUP INC DIV 9/05/08 9/19/08 | DIV | | 624.36 |
| 9/26 | | | | BANK OF AMERICA DIV 9/05/08 9/26/08 | DIV | | 3,247.36 |
| 9/26 | | | | QUALCOMM INC DIV 8/29/08 9/26/08 | DIV | | 275.20 |
| 9/30 | | | | PEPSICO INC DIV 9/05/08 9/30/08 | DIV | | 731.00 |
| 9/30 | 10,474 | | 98255 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 9/30/08 9/30/08 | 1 | 10,474.00 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT        CT    06880

YOUR ACCOUNT NUMBER: 1-ZR261-3-0
PERIOD ENDING: 9/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******6253
PAGE: 4

| BOUGHT / RECEIVED | SOLD / DELIVERED | MRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NEW BALANCE | | 314,423.30 | |
| | | | SECURITY POSITIONS | | | |
| | | | FIDELITY SPARTAN | MKT PRICE | | |
| 88,584 | | | U.S. TREASURY MONEY MARKET | 1 | | |
| | 5,075,000 | | DUE 2/12/2009 | 99.610 | | |
| | | | 2/12/2009 | | | |
| | | | MANDATORY BASIS ON U.S. TREAS | LONG | | |
| | | | | SHORT | | |
| | | | 5,143,791.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT. 06880

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

1-ZR261-3-0

9/30/08

*****6253

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA
25 SYLVAN RD SO BLDG B
WESTPORT        CT   06880

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZR261-4-0 | 9/30/08 | ******6253 | 1 |

| DATE | BOUGHT RECEIVED (LONG) | SOLD DELIVERED (SHORT) | TRN | PRICE OR SYMBOL | DESCRIPTION | PRICE OR SHARES | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 9/10 | | | | | BALANCE FORWARD | | | 115,678.00 |
| 9/11 | | 86 | 79913 | | S & P 100 INDEX SEPTEMBER 600 CALL | 5.050 | | 43,774.00 |
| 9/10 | | 86 | | | S & P 100 INDEX | 5.100 | 99,116.00 | |
| 9/17 | 86 | | 7212 | | S & P 100 INDEX SEPTEMBER 590 PUT | .900 | 7,826.00 | 171,912.00 |
| | | | | | SEPTEMBER 600 CALL | | | 315,416.00 |
| | | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADOFF SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT              CT  06880

| PAGE | 1 |

| PERIOD ENDING | 10/31/08 |

| YOUR TAXPAYER IDENTIFICATION NUMBER | ******6253 |

| YOUR ACCOUNT NUMBER | 1-ZR261-3-0 |

| DATE | BOUGHT RECEIVED/LONG | SOLD DELIVERED/SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 314,423.30 | |
| 10/01 | | | | COCA COLA CO | DIV | | 817.00 |
| | | | | DIV 9/15/08 10/01/08 | | | |
| 10/01 | | | | HEWLETT PACKARD CO | DIV | | 213.28 |
| | | | | DIV 9/10/08 10/01/08 | | | |
| 10/01 | | | | MERCK & CO | DIV | | 882.36 |
| | | | | DIV 9/05/08 10/01/08 | | | |
| 10/03 | | | | SCHLUMBERGER LTD | DIV | | 270.90 |
| | | | | DIV 9/03/08 10/03/08 | | | |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL | DIV | | 1,207.44 |
| | | | | DIV 9/15/08 10/10/08 | | | |
| 10/28 | | | | CHECK WIRE | CA | | √ 25,948.00 |
| 10/28 | 25,948. | | 5456 | FIDELITY SPARTAN | 1 | 25,948.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/31 | 5,075,061 | | 1,07447 | FIDELITY SPARTAN | 1 | 5,075,061.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 314,423.32 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 117,923. | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,075,000. | | | U S TREASURY BILL | 99.8879 | | |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | 5,186,782.25 | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SQ BLDG B
WESTPORT        CT  06880

| TAX | PAGE |
|-----|------|
|     | 2    |

PERIOD ENDING: 10/31/08

YOUR ACCOUNT NUMBER: ******6253

YOUR ACCOUNT NUMBER: 1-ZR261-3-0

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

AMOUNT CREDITED TO YOUR ACCOUNT
35,272.50
2,417,734.40

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\*  FOR ACCOUNT  NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT   06880

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-ZR261-4-0 | 10/31/08 | 1 |

TAXPAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*6253

| DATE | BOUGHT (RECEIVED/IN) | SOLD (DELIVERED/OUT) | MRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 314,424.00 |
| | | | | NEW BALANCE | | | 314,424.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    MTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253
PAGE 1
YOUR ACCOUNT NUMBER: 1-ZR261-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 314,423.32 | |
| 11/12 | 4,788 | | 1859 | WELLS FARGO & CO NEW | 29.800 | 142,873.40 | |
| 11/12 | 3,420 | | 2361 | HEWLETT PACKARD CO | 34.900 | 119,494.00 | |
| 11/12 | 2,964 | | 6185 | WAL-MART STORES INC | 55.830 | 165,598.12 | |
| 11/12 | 1,938 | | 6687 | INTERNATIONAL BUSINESS MACHS | 87.270 | 169,206.26 | |
| 11/12 | 7,866 | | 10511 | EXXON MOBIL CORP | 74.880 | 5523,711.16 | |
| 11/12 | 9,762 | | 11013 | INTEL CORP | 16.510 | 114,449.66 | |
| 11/12 | 3,762 | | 15339 | JOHNSON & JOHNSON | 59.580 | 224,289.96 | |
| 11/12 | 5,130 | | 19664 | J.P. MORGAN CHASE & CO | 38.520 | 197,863.90 | |
| 11/12 | 2,736 | | 23990 | COCA COLA CO | 44.660 | 122,298.76 | |
| 11/12 | 1,596 | | 28316 | MCDONALDS CORP | 55.370 | 88,433.52 | |
| 11/12 | 2,964 | | 32642 | MERCK & CO | 29.550 | 84,740.20 | |
| 11/12 | 10,830 | | 36968 | MICROSOFT CORP | 21.810 | 236,635.30 | |
| 11/12 | 5,472 | | 41294 | ORACLE CORPORATION | 17.300 | 94,883.60 | |
| 11/12 | 2,166 | | 54272 | PEPSICO INC | 56.410 | 122,270.06 | |
| 11/12 | 1,254 | | 54774 | APPLE INC | 100.780 | 126,428.12 | |
| 11/12 | 9,234 | | 58598 | PFIZER INC | 16.940 | 156,792.96 | |
| 11/12 | 2,166 | | 59100 | ABBOTT LABORATORIES | 54.610 | 118,371.26 | |
| 11/12 | 4,104 | | 62924 | PROCTER & GAMBLE CO | 66.080 | 263,148.32 | |
| 11/12 | 1,482 | | 63426 | AMGEN INC | 59.160 | 87,734.12 | |
| 11/12 | 2,850 | | 67250 | PHILLIP MORRIS INTERNATIONAL | 43.650 | 124,376.00 | |
| 11/12 | 6,840 | | 67752 | BANK OF AMERICA | 21.590 | 147,948.60 | |
| 11/12 | 2,280 | | 71576 | QUALCOMM INC | 33.770 | 77,086.60 | |
| 11/12 | 7,410 | | 72078 | CITI GROUP INC | 12.510 | 92,995.10 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT                CT    06880

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *****6253

YOUR ACCOUNT NUMBER 1-ZR261-3-0

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|-----------------|------------------------------|-------------------------------|
| 11/12 | 1,710 | | 75902 | SCHLUMBERGER LTD | 49.480 | 84,678.80 | |
| 11/12 | 4,104 | | 76404 | COMCAST CORP CL A | 16.510 | 67,921.04 | |
| 11/12 | 8,094 | | 80228 | AT&T INC | 27 | 218,851.00 | |
| 11/12 | 2,052 | | 80730 | CONOCOPHILIPS | 52.510 | 107,832.52 | |
| 11/12 | 1,368 | | 84554 | UNITED PARCEL SVC INC CLASS B | 52.040 | 71,244.72 | |
| 11/12 | 8,322 | | 85056 | CISCO SYSTEMS INC | 16.730 | 139,559.06 | |
| 11/12 | 2,396 | | 88880 | U S BANCORP | 29.530 | 70,789.60 | |
| 11/12 | 2,850 | | 89382 | CHEVRON CORP | 73.430 | 209,389.50 | |
| 11/12 | 1,368 | | 93206 | UNITED TECHNOLOGIES CORP | 53.169 | 72,775.88 | |
| 11/12 | 14,478 | | 93708 | GENERAL ELECTRIC CO | 19.630 | 284,782.14 | |
| 11/12 | 3,876 | | 97532 | VERIZON COMMUNICATIONS | 30.410 | 118,024.16 | |
| 11/12 | 342 | | 98034 | GOOGLE | 337.400 | 115,403.80 | |
| 11/12 | 5,075,000 | | 24465 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 5,071,752.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 112.68 |
| 11/12 | | 117,923 | 19569 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 117,923.00 |
| 11/12 | 3,869 | | 28937 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,859.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .47 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*  FOR ACCOUNT  NTC & CO.**
HAROLD THAU IRA

25 SYLVAN RD SD BLDG B
WESTPORT                    CT   06880

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | \*\*\*\*\*\*6253 | 3 |

YOUR ACCOUNT NUMBER: 1-ZR261-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 3,869 | 54485 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,869.00 |
| 11/19 | 325,000 | | 58886 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 324,759.50 | |
| 11/19 | 20,654 | | 63521 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 20,654.00 | |
| | | | | NEW BALANCE | | 632,939.09 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 8,094 | | | AT&T INC | 28.560 | | |
| | 2,166 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,482 | | | AMGEN INC | 55.540 | | |
| | 1,254 | | | APPLE INC | 92.670 | | |
| | 6,840 | | | BANK OF AMERICA | 16.250 | | |
| | 2,850 | | | CHEVRON CORP | 79.010 | | |
| | 8,322 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 7,410 | | | CITI GROUP INC | 8.290 | | |
| | 2,736 | | | COCA COLA CO | 46.870 | | |
| | 4,104 | | | COMCAST CORP CL A | 17.340 | | |
| | 2,052 | | | CONOCOPHILIPS | 52.520 | | |
| | 7,182 | | | EXXON MOBIL CORP | 80.150 | | |
| | 14,478 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London.

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 4 |

YOUR ACCOUNT NUMBER: 1-ZR261-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 342 | | | GOOGLE | 292.960 | | |
| | 3,420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 7,966 | | | INTEL CORP | 13.800 | | |
| | 1,938 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 5,130 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,762 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,596 | | | MCDONALDS CORP | 58.750 | | |
| | 2,964 | | | MERCK & CO | 26.720 | | |
| | 106,830 | | | MICROSOFT CORP | 20.220 | | |
| | 5,472 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,166 | | | PEPSICO INC | 56.700 | | |
| | 9,234 | | | PFIZER INC | 16.430 | | |
| | 2,850 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 4,104 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,280 | | | QUALCOMM INC | 33.570 | | |
| | 1,710 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 20,454 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 2,394 | | | U S BANCORP | 26.980 | | |
| | 1,368 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 325,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 1,368 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZR261-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 3,876 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,964 | | | WAL-MART STORES INC | 55.880 | | |
| | 4,788 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 5,368,205.81 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
HAROLD THAU IRA

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******6253 | 1 |

YOUR ACCOUNT NUMBER: 1-ZR261-4-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 314,424.00 |
| 11/12 | | 114 | 45620 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 180,006.00 |
| 11/12 | 114 | | 49946 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 203,034.00 | |
| 11/19 | | 114 | 36050 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 296,286.00 |
| 11/19 | 114 | | 40375 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 342,114.00 | |
| 11/19 | | 114 | 44700 | S & P 100 INDEX NOVEMBER 460 CALL | | 347,814.00 | |
| 11/19 | 114 | | 49025 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 421,686.00 |
| | | | | NEW BALANCE | | | 632,940.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 114 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 114 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      SHORT | | | |
| | | | | 188,100.00      265,620.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES