**CERTIFICATE OF SERVICE**

I, Jonathan M. Landers, certify that on the 24th day of September 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (The Aspen Company - 1ZA471) to be filed and served on the parties to this action via electronic filing.   In addition, service was effectuated to the following address via Federal Express:

> Irving H. Picard, Trustee
> c/o Baker Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011

 s/  Jonathan M. Landers