# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:  954-484-0307

---

Account Number:   1ZR050
NTC & CO.
FBO BERNARD SELDON (82199)
P O BOX 173859
DENVER, CO  80217

Taxpayer I.D. Number (Social Security No.)
2583___

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
   a.    The Broker owes me a Credit (Cr.) Balance of        $        0
   b.    I owe the Broker a Debit (Dr.) Balance of           $        0

502180406

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed
with this claim form.**                                                    $          0

d.    If balance is zero, insert "None."                                        None

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | X | |
| b.    I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | | Number of Shares or Face Amount of Bonds |

See Nov. 30, 2008 ZR050 statements, attached hereto as Exhibit A

$1,186,784.50 (market value of securities long, per ZR050-3 statement)

41,250.00 (market value of securities long, per ZR050-4 statement)

(58,250.00) (market value of securities short, per ZR050-4 statement)

TOTAL $1,169,784.50

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received
from the Debtor.    See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406

3

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if
      so, give name of that broker.    _____    x

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:  Christopher Van DeKieft, Esq., Seeger
      Weiss LLP, One William Street, New York, NY 10004

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  3/4/09      Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
BERNARD SELDON

TAMARAC    FL  33319

*[Handwritten: PAGE #1 of TA? / FAIR MKT OF / SECURITIES]*

PAGE **1**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER ********6253**

YOUR ACCOUNT NUMBER **1-ZR050-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 70,190.93 | |
| 11/12 | 1,050 | | 1699 | WELLS FARGO & CO NEW | 29.800 | 31,332.00 | |
| 11/12 | 750 | | 2201 | HEWLETT PACKARD CO | 34.900 | 26,205.00 | |
| 11/12 | 550 | | 6025 | WAL-MART STORES INC | 55.830 | 36,315.50 | |
| 11/12 | 425 | | 6527 | INTERNATIONAL BUSINESS MACHS | 87.270 | 37,106.75 | |
| 11/12 | 1,575 | | 10351 | EXXON MOBIL CORP | 72.880 | 114,849.00 | |
| 11/12 | 1,725 | | 10853 | INTEL CORP | 14.510 | 25,098.75 | |
| 11/12 | 825 | | 15179 | JOHNSON & JOHNSON | 59.580 | 49,186.50 | |
| 11/12 | 1,125 | | 19504 | J.P. MORGAN CHASE & CO | 38.530 | 43,391.25 | |
| 11/12 | 600 | | 23830 | COCA COLA CO | 44.660 | 26,820.00 | |
| 11/12 | 350 | | 28156 | MCDONALDS CORP | 55.370 | 19,393.50 | |
| 11/12 | 650 | | 32482 | MERCK & CO | 28.550 | 18,583.50 | |
| 11/12 | 2,375 | | 36808 | MICROSOFT CORP | 21.810 | 51,893.75 | |
| 11/12 | 1,200 | | 41134 | ORACLE CORPORATION | 17.300 | 20,800.00 | |
| 11/12 | 475 | | 54112 | PEPSICO INC | 56.410 | 26,813.75 | |
| 11/12 | 275 | | 54614 | APPLE INC | 100.730 | 27,722.50 | |
| 11/12 | 2,025 | | 58438 | PFIZER INC | 16.940 | 34,384.50 | |
| 11/12 | 475 | | 58940 | ABBOTT LABORATORIES | 54.610 | 25,958.75 | |
| 11/12 | 900 | | 62764 | PROCTER & GAMBLE CO | 64.080 | 57,708.00 | |
| 11/12 | 325 | | 63266 | AMGEN INC | 59.160 | 19,240.00 | |
| 11/12 | 625 | | 67090 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 27,275.00 | |
| 11/12 | 1,500 | | 67592 | BANK OF AMERICA | 21.590 | 32,445.00 | |
| 11/12 | 500 | | 71416 | QUALCOMM INC | 33.770 | 16,905.00 | |
| 11/12 | 1,625 | | 71918 | CITI GROUP INC | 12.510 | 20,393.75 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PI EASF RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**
BERNARD SELDON

FOR ACCOUNT    NTC & CO.

TAMARAC    FL

PAGE **2**

PERIOD ENDING **11/30/08**

YOUR ACCOUNT NUMBER **1-ZR050-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER ********6253**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 375 | | 75742 | SCHLUMBERGER LTD | 49.480 | 18,570.00 | |
| 11/12 | 900 | | 76244 | COMCAST CORP | 16.510 | 14,895.00 | |
| | | | | CL A | | | |
| 11/12 | 1,775 | | 90068 | AT&T INC | 27 | 47,996.00 | |
| 11/12 | 450 | | 80570 | CONOCPHILIPS | 52.510 | 23,647.50 | |
| 11/12 | 300 | | 94394 | UNITED PARCEL SVC INC | 52.040 | 15,624.00 | |
| | | | | CLASS B | | | |
| 11/12 | 1,825 | | 84896 | CISCO SYSTEMS INC | 16.730 | 30,605.25 | |
| 11/12 | 525 | | 88720 | U S BANCORP | 29.530 | 15,524.25 | |
| 11/12 | 625 | | 89222 | CHEVRON CORP | 73.430 | 45,918.75 | |
| 11/12 | 300 | | 93046 | UNITED TECHNOLOGIES CORP | 53.160 | 15,950.00 | |
| 11/12 | 3,175 | | 93548 | GENERAL ELECTRIC CO | 19.630 | 62,452.25 | |
| 11/12 | 850 | | 97372 | VERIZON COMMUNICATIONS | 30.410 | 25,882.50 | |
| 11/12 | 75 | | 97874 | GOOGLE | 337.400 | 25,308.00 | |
| 11/12 | | 1,100,000 | 24305 | U S TREASURY BILL | 99.936 | | 1,099,296.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 54.37 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | 48,309 | | 19409 | FIDELITY SPARTAN | 1 | | 48,309.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 10,393 | | 28777 | FIDELITY SPARTAN | 1 | 10,393.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 1.28 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Merrill Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**  FOR ACCOUNT  NTC & CO.
BERNARD SELDON

TAMARAC    FL

PERIOD ENDING **11/30/08**
YOUR ACCOUNT NUMBER **1-ZR050-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*6253**
PAGE **3**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | 10,393 | 54323 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,393.00 |
| 11/19 | 75,000 | | 58735 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 10,349 | | 63359 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,349.00 | |
| | | | | NEW BALANCE | | 140,040.03 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,775 | | | AT&T INC | 28.560 | | |
| | 475 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 325 | | | AMGEN INC | 55.540 | | |
| | 275 | | | APPLE INC | 92.670 | | |
| | 1,500 | | | BANK OF AMERICA | 16.250 | | |
| | 625 | | | CHEVRON CORP | 79.010 | | |
| | 1,825 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,525 | | | CITI GROUP INC | 8.290 | | |
| | 600 | | | COCA COLA CO | 46.870 | | |
| | 900 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 450 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,575 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,175 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*  FOR ACCOUNT   NTC & CO.**
BERNARD SELDON

TAMARAC          FL

YOUR ACCOUNT NUMBER: 1-ZR050-3-0

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*6253

PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|----------|----------|
| | 75 | | | GOOGLE | 292.960 | | |
| | 750 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 425 | | | INTEL CORP | 13.800 | | |
| | 1,725 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 425 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,125 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 825 | | | MCDONALDS CORP | 58.750 | | |
| | 350 | | | MERCK & CO | 26.720 | | |
| | 650 | | | MICROSOFT CORP | 20.220 | | |
| | 2,375 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,200 | | | PEPSICO INC | 56.700 | | |
| | 475 | | | PFIZER INC | 16.430 | | |
| | 2,025 | | | PHILLIP MORRIS INTERNATIONAL | 42.150 | | |
| | 625 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 900 | | | QUALCOM INC | 33.570 | | |
| | 500 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 375 | | | FIDELITY SPARTAN | 1 | | |
| | 10,349 | | | U S TREASURY MONEY MARKET | | | |
| | 525 | | | U S BANCORP | 26.980 | | |
| | 300 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |

THIS IS NOT A STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
BERNARD SELDON

| | |
|---|---|
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *****6253 |
| YOUR ACCOUNT NUMBER | 1-ZR050-3-0 |
| PAGE | 5 |

TAMARAC    FL

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 850 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 650 | | | WAL-MART STORES INC. | 55.880 | | |
| | 1,050 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 1,186,784.50 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADOFF SECURITIES International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
BERNARD SELDON

TAMARAC          FL

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | *****6253 | 6 |

YOUR ACCOUNT NUMBER: 1-ZR050-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 8,188.32 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,981,708.67 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

BERNARD L. MADOFF INVESTMENT SECURITIES
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
BERNARD SELDON

TAMARAC FL

| PAGE | 1 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-ZR050-4-0 |
| YOUR TAXPAYER IDENTIFICATION NUMBER | ******6253 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 70,191.00 |
| 11/12 | | 25 | 45460 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 39,475.00 |
| 11/12 | 25 | | 49786 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 44,525.00 | |
| 11/19 | | 25 | 35890 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 64,975.00 |
| 11/19 | 25 | | 40215 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 75,025.00 | |
| 11/19 | 25 | | 44540 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,525.00 | |
| 11/19 | | 25 | 48865 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 92,475.00 |
| | | | | NEW BALANCE | | | 140,041.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 25 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 41,250.00 SHORT 58,250.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1.  This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2.  The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3.  The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4.  The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5.  This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6.  The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7.  The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith:

NTC CO. FBO Bernard Seldon
Bernard L. Madoff Investment Securities Account No. 1ZR050

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 1/7/2009 | Fiserv Investment Support Services | Bernard Seldon | Letter from Fiserv Investment Support Services dated January 7, 2009 regarding Proof of Claim Form. |
| 2 | 9/30/2008 | Bernard L. Madoff Investment Securities | Bernard Seldon | Portfolio Management Report for Bernard L. Madoff Investment Securities Account ZR050 as of September 30, 2008. |
| 3 | 12/31/2007 | Bernard L. Madoff Investment Securities | Bernard Seldon | Portfolio Management Report for Bernard L. Madoff Investment Securities Account ZR050 as of December 31, 2007. |
| 4 | | | Bernard Seldon | 2007 Form 1099-R from Payee, Fiserv Affinity, Inc. to Recipient, Bernard Seldon. |
| 5 | | | Bernard Seldon | 2006 Form 1099-R from Payee, Fiserv Affinity, Inc. to Recipient, Bernard Seldon. |

1

**Fiserv.** | Investment
Support
Services

» PO Box 173859, Denver, CO  80217-3859
Toll Free: 800-962-4238

January 7, 2009

RE:    PROOF OF CLAIM FORM

Dear Sir/Madam:

Fiserv Investment Support Services (Fiserv ISS) recently received the enclosed Proof of Claim
form.

Because all Fiserv ISS retirement plans are self-directed, we cannot comment on this matter.
Please contact your financial representative with any questions you may have regarding this
claim.  If you should choose to participate in the claim, please return your completed claim form
to the claims administrator at the address indicated in the security litigation materials.  We have
authorized the claims administrator to accept the signature of the beneficial owners (our clients)
on these forms.  It is *not* necessary for you to obtain a signature from Fiserv ISS on this form.

If you still hold this as an asset in your Fiserv ISS retirement account, the Claimant Section
should be completed in the name of the IRA FBO (Your Name and Account Number).

**If the asset is still held in your Fiserv ISS IRA, and you do not complete the Claimant
Section correctly, the proceeds from this claim (if received by you personally) will be
deemed a distribution.  You may be required to pay income taxes and any applicable
penalties. If you have any questions regarding the completion of the Claimant Section of
the proof of claim form, please contact one of our Client Relationship Representatives at
800-525-2124.**

Thank you for your attention to this matter.

Fiserv Investment Support Services

Enclosure

\\Lincolntrust.net\LTC\HomeDrives\ngiralb\My Documents\Proof of Claim Templates.doc

2

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


BERNARD SELDON                      1-ZR050-3


TAMARAC                 FL


STARTING EQUITY FOR CURRENT YEAR                      1,174,602.73CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     120,000.00-
REALIZED P/L FOR CURRENT YEAR                            87,578.17CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                1,089.00CR
CURRENT CASH BALANCE                                         .90CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          1,143,269.00   NET LONG
TOTAL EQUITY                                          1,143,269.90CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.79 %

3

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BERNARD SELDON                    1-ZR050-3

TAMARAC                 FL

STARTING EQUITY FOR CURRENT YEAR                              1,170,981.07CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                             120,000.00-
REALIZED P/L FOR CURRENT YEAR                                  123,621.66CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                                 .98CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                1,174,601.75
TOTAL EQUITY                                                 1,174,602.73CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.43 %                         NET LONG

4

| CORRECTED (if checked) | | |
| --- | --- | --- |

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| --- | --- | --- | --- |

PAYER'S name, street address, city, state, and ZIP code
FISERV AFFINITY INC
717 17TH STREET   SUITE 2600
DENVER, CO 80202

1 Gross distribution
$ 120,000.00

2a Taxable amount
$ 120,000.00

OMB No. 1545-0119
**2007**
Form **1099-R**

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

2b Taxable amount not determined [X]    Total distribution [ ]

**Copy C**

For Recipient's Records

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld |
| --- | --- | --- | --- |
| 84-1158337 | -2583 | $ | $ |

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
BERNARD SELDON

TAMARAC, FL

5 Employee contributions/Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

7 Distribution code(s) | IRA/SEP/SIMPLE [X]
7

8 Other
$                    %

This information is being furnished to the Internal Revenue Service.

9a Your percentage of total distribution        %

9b Total employee contributions
$

1st year of desig. Roth contrib.

10 State tax withheld
$

11 State/Payer's state no.
FL  /

12 State distribution
$

Account number (see instructions)

13 Local tax withheld
$

14 Name of locality

15 Local distribution
$

Form **1099-R**            (Keep for your records.)            Department of the Treasury - Internal Revenue Service

| CORRECTED (if checked) | | |
| --- | --- | --- |

PAYER'S name, street address, city, state, and ZIP code
FISERV AFFINITY INC
717 17TH STREET   SUITE 2600
DENVER, CO 80202

1 Gross distribution
$ 120,000.00

2a Taxable amount
$ 120,000.00

OMB No. 1545-0119
**2007**
Form **1099-R**

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

2b Taxable amount not determined [X]    Total distribution [ ]

**Copy 2**

File this copy with your state, city, or local income tax return, when required.

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld |
| --- | --- | --- | --- |
| 84-1158337 | -2583 | $ | $ |

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
BERNARD SELDON

TAMARAC, FL

5 Employee contributions/Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

7 Distribution code(s) | IRA/SEP/SIMPLE [X]
7

8 Other
$                    %

9a Your percentage of total distribution        %

9b Total employee contributions
$

1st year of desig. Roth contrib.

10 State tax withheld
$

11 State/Payer's state no.
FL  /

12 State distribution
$

Account number (see instructions)

13 Local tax withheld
$

14 Name of locality

15 Local distribution
$

Form **1099-R**
7H8034 2.000            Department of the Treasury - Internal Revenue Service

TEP85017_280_560 2 of 2

5

## CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC<br>717 17TH STREET   SUITE 2600<br>DENVER, CO 80202 | $ 120,000.00 | **2006** | |
| | 2a Taxable amount | | |
| | $ 120,000.00 | Form **1099-R** | |
| | 2b Taxable amount not determined  X | Total distribution | **Copy B** |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
| 84-1158337 | -2583 | $ | $ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>BERNARD SELDON<br>TAMARAC, FL | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | 7 | $              % | |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL / | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**                        Department of the Treasury - Internal Revenue Service

---

## CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC<br>717 17TH STREET   SUITE 2600<br>DENVER, CO 80202 | $ 120,000.00 | **2006** | |
| | 2a Taxable amount | | |
| | $ 120,000.00 | Form **1099-R** | |
| | 2b Taxable amount not determined  X | Total distribution | **Copy C** |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | For Recipient's Records |
| 84-1158337 | -2583 | $ | $ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>BERNARD SELDON<br>TAMARAC, FL | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE  X | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | 7 | $              % | |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL / | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**                (Keep for your records.)                Department of the Treasury - Internal Revenue Service

---

## CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC<br>717 17TH STREET   SUITE 2600<br>DENVER, CO 80202 | $ 120,000.00 | **2006** | |
| | 2a Taxable amount | | |
| | $ 120,000.00 | Form **1099-R** | |
| | 2b Taxable amount not determined  X | Total distribution | **Copy 2** |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | File this copy with your state, city, or local income tax return, when required. |
| 84-1158337 | -2583 | $ | $ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>BERNARD SELDON<br>TAMARAC, FL | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE  X | 8 Other | |
| | 7 | $              % | |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL / | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**                        Department of the Treasury - Internal Revenue Service
6H8034 3.000