# CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 24th day of September 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Stephen R. Goldenberg-1CM391) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via Federal Express:

    Irving H. Picard, Trustee
    c/o Baker Hostetler LLP
    45 Rockefeller Plaza
    New York, New York  10011

                                            s/ Jonathan M. Landers