**Presentment Date:  October 2, 2009 at 12:00 pm**
**Objection Deadline:  October 1, 2009 at 12:00 pm**

MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van DeKieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

*Counsel for the Unofficial Committee*
*of Certain Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER**
**GRANTING MOTION TO REDACT PORTIONS OF**
**SOCIAL SECURITY NUMBERS AND ACTIVE ACCOUNT NUMBERS**

PLEASE TAKE NOTICE that upon the motion of the Unofficial Committee of Certain Claim Holders, submitted herewith, the undersigned will present the proposed order, also submitted herewith, to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature on October 2, 2009 at 12:00 pm.

PLEASE TAKE FUTHER NOTICE that objections, if any, to the proposed order must be filed with the Court with a courtesy copy delivered to the undersigned and to the chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 1004made in writing and received by the Court no later than October 1, 2009 at 12:00 pm.  Unless objections are received by that time, the proposed order may be signed without a hearing.

PLEASE TAKE FUTHER NOTICE that if a written objection is timely filed and served, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on October 6, 2009 at 10:00 am.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:       September 25, 2009
             New York, New York

                                    s/ Jonathan M. Landers
                                    MILBERG LLP
                                    Jonathan M. Landers
                                    Matthew Gluck
                                    Brad N. Friedman
                                    Sanford P. Dumain
                                    Jennifer L. Young
                                    One Pennsylvania Plaza
                                    48th Floor
                                    New York, NY 10119
                                    Telephone: (212) 594-5300
                                    Facsimile: (212) 868-1229

                                    SEEGER WEISS LLP
                                    Stephen A. Weiss
                                    Christopher M. Van DeKieft
                                    Parvin Aminolroaya
                                    One William Street
                                    New York, NY 10004
                                    Telephone: (212) 584-0700
                                    Facsimile:  (212) 584-0799

                                    *Counsel for the Unofficial Committee
                                    of Certain Claim Holders*