## CERTIFICATE OF SERVICE

     I, Jonathan M. Landers, certify that on the 25th day of September 2009, I caused a true and correct copy of the foregoing MOTION TO REDACT PORTIONS OF SOCIAL SECURITY NUMBERS AND ACTIVE ACCOUNT NUMBERS, NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING MOTION TO REDACT PORTIONS OF SOCIAL SECURITY NUMBERS AND ACTIVE ACCOUNT NUMBERS, AND [PROPOSED] ORDER GRANTING MOTION TO REDACT PORTIONS OF SOCIAL SECURITY NUMBERS AND ACTIVE ACCOUNT NUMBER to be filed and served on the parties to this action via electronic filing and served via Federal Express overnight to:

        Irving H. Picard, Trustee
        c/o Baker Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10011

                                      s/ Jonathan M. Landers