# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Robert L. Schwartz

Mailing Address: 300 Central Park West   suite 1D

City: New York            State: NY        Zip: 10024

Account No.: 1-50887-3-0

Taxpayer I.D. Number (Social Security No.): 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

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of           $_____0 N/A_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                                $_____0_____

    d.    If balance is zero, insert "None."                  _____0_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | _Please see the attached_ | | |
| | _November 30, 2008 account_ | | |
| | _Statement at Exhibit C_ | | |
| | | | |
| | | | |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq., Lax & Neville, LLP 1412 Broadway Suite 1407 New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/16/09 _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE
———————————————
BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:
DAVID S. RICH

<u>**EXPEDITED REQUEST**</u>

June 17, 2009

<u>**VIA CERTIFIED MAIL**</u>
<u>**RETURNED RECEIPT REQUESTED**</u>
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Robert L. Schwartz 2004 Revocable Trust Account/Bernard L. Madoff Investment
       Securities LLC

Dear Mr. Picard:

This firm represents the Robert L. Schwartz 2004 Revocable Trust and has assisted it in preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the Robert L. Schwartz 2004 Revocable Trust account. Additionally, below is a description of the relationship between the Robert L. Schwartz 2004 Revocable Trust account and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Robert L. Schwartz 2004 Revocable Trust SIPC claims.

Robert Schwartz, as trustee of the Robert L. Schwartz 2004 Revocable Trust, opened a trust account with Madoff Securities in 1996. Attached hereto as Exhibit A is a copy of the



Irving H. Picard
June 17, 2009
Page 2 of 3

Robert Leon Schwartz 2004 Revocable Trust Agreement. Robert Schwartz is 88 years old, and suffers from kidney disease, cerebrovascular insufficiency and coronary artery disease. He has difficulty walking and difficulty with activities of daily life. His home is equipped for assistance with his disability. Attached hereto as Exhibit B is a letter from Robert Schwartz's physician detailing his medical condition. Robert Schwartz took withdrawals from the Madoff Securities account to pay for living and medical expenses, and for mortgage and tax payments. He invested all of his funds with Madoff Securities and has lost it all. Robert Schwartz's bank accounts are depleted, and his only current source of income is social security benefits. Now, due to the Madoff fraud, he is unable to pay for his necessary living and medical expenses, and was forced to let go of home health aids who assisted him daily. He also may need to sell his current home and move to a smaller home as he cannot afford the mortgage payments. Moving would be very harmful to Robert Schwartz's health as his current home is specifically modified for his health condition, with handlebars and walk-in showers. Robert Schwartz was also forced to borrow over $65,000 from credit cards to pay his bills. Robert Schwartz exemplifies the severity, scope and hardship caused by the Madoff fraud. Please, any expedited determination of this claim is greatly appreciated.

The balance in the Robert Schwartz 2004 Revocable Trust account as of the filing date is $2,686,373.78. Attached hereto as Exhibit C is the Madoff Securities account statement for the Robert Schwartz 2004 Revocable Trust, dated November 30, 2008. Also, attached hereto as Exhibit D are Madoff Securities November 2008 confirmations, which list SIPC membership, for the Robert Schwartz 2004 Revocable Trust account.



**L**AX **N**EVILLE

Irving H. Picard
June 17, 2009
Page 3 of 3

Robert Schwartz, as trustee for the Robert L. Schwartz 2004 Revocable Trust, received
account statements and confirmations from Madoff Securities reflecting the securities purchased
and showing he held securities in his account.  Based upon the account statements and the
confirmations, Robert Schwartz at all times expected to have those securities in his account.  The
securities listed on these statements were real, widely held securities and their prices could be
readily verified against objective and publicly available market information.  He always believed
SIPC coverage would cover the securities listed as being in his account should Madoff Securities
ever fail.

## CONCLUSION

The Robert L. Schwartz 2004 Revocable Trust is seeking the full protection of SIPA for
the account as follows:

-     Account No: 1-S0227        Robert L. Schwartz 2004 Revocable Trust

                                      Total = **$2,686,373.78**

If there are any questions regarding this matter or if you require additional documents and
information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By: _Brian Neville spr_
        Brian J. Neville

ENC.

# EXHIBIT A

# THE ROBERT LEON SCHWARTZ
# 2004 REVOCABLE TRUST AGREEMENT

## DATED: AS OF JANUARY, _15_, 2004

# TABLE OF CONTENTS

ONE:          Family ................................................................................................... 1

TWO:          Provisions during Grantor's Life ........................................................ 2

THREE:        Payment of Legacies, Debts, Expenses and Taxes ........................... 2

FOUR:  Provisions after Grantor's Death ............................................................. 4

              A.  Tangible Personal Property ................................................... 5

              B.  Family Trust ............................................................................ 5

              C.  Balance of Trust Estate ......................................................... 7

FIVE:         Administration of Trust ....................................................................... 9

SIX:          Trustee Powers ................................................................................... 10

SEVEN:        Successor Trustee ............................................................................... 13

EIGHT:        Trustees .............................................................................................. 14

NINE:         Third Persons ..................................................................................... 17

TEN:          Additions to Trust Estate ................................................................... 18

ELEVEN:       Trust is Revocable ............................................................................. 18

TWELVE:       Acceptance by Trustees ...................................................................... 18

THIRTEEN:     Binding on Parties and Others ........................................................... 19

# ROBERT LEON SCHWARTZ

## 2004 REVOCABLE TRUST AGREEMENT

This Revocable Trust Agreement dated as of the 15th day of January, 2004, between Robert Leon Schwartz, residing 617 West End Avenue, PH, New York, New York, 10024 as Grantor (hereinafter called Grantor and Renee Bunnell Schwartz and Kathryn Williams, as trustees (hereinafter called Trustees).

## WITNESSETH:

WHEREAS, In consideration of mutual covenants herein contained, and other valuable considerations, the Grantor desires to create a revocable trust for the benefit of himself during his life, and his family after his death, and does hereby grant, assign, transfer and set over to the Trustees the property described in Schedule A annexed hereto, the receipt of which is hereby acknowledged by the Trustees, to hold the same, In Trust, and subject to the terms herein set forth. The Grantor desires the Trustees to know that his primary concern is to provide for the comfort, well being, health and pleasure of Grantor and Grantor's wife and that Grantor acknowledges his deep affection, concern and appreciation for his wife. The purpose of this Trust is to insure that the terms of Grantor's Last Will and Testament and Pre Nuptial Agreement are faithfully carried out in accordance with Grantor's intentions.

This trust shall be known as the "Robert Leon Schwartz 2004 Revocable Trust."

8494172 v1 \89009 \001

1

**ONE: <u>Family</u>.** At the date of the execution of this trust, the Grantor's immediate family consists of his wife, **Renee Bunnell Schwartz** and his children, **Jane MacLean, Andrew Schwartz and Nikki Schwartz.** Words referring to the Grantor's wife are to **Renee Bunnell Schwartz** and words referring to "child," "children," or "issue" shall include **Jane MacLean, Andrew Schwartz and Nikki Schwartz** and any other children later born to or adopted by the Grantor and his wife.

## TWO: <u>Provisions during Grantor's Life</u>.

A.      During the Grantor's life, the Trustees shall hold and administer all property in the trust (hereinafter referred to as the "Trust Estate"), In Trust, and shall invest and reinvest the same, shall collect the income therefrom, shall pay all expenses chargeable thereto and shall pay the entire net income from the Trust Estate to or for the benefit of the Grantor during his lifetime. The Trustees may at any time or from time to time pay to the Grantor so much of the principal of the Trust Estate, whether the whole or a lesser amount, as the Grantor shall request, or as the Trustees shall in their discretion determine.

B.      The successor Trustees are authorized, in their sole discretion, after the Grantor's incapacity, or after, in the Trustees' judgment, reasonable doubt exists regarding the capacity of the Grantor, to make gifts of the trust principal to continue any gift program which the Grantor had previously commenced to make use of the available federal gift tax annual exclusion. Such gifts may be made outright or in trust.

## THREE: <u>Payment of Legacies, Debts, Expenses and Taxes</u>.

A.     Upon the death of the Grantor, the Trustees shall pay to the executor or other legal representative of the Grantor's estate out of the then remaining trust principal such amount or amounts as such legal representative shall from time to time request in writing for the payment or discharge of (a) legacies payable under the Grantor's Will, if any, (b) debts of or claims against the Grantor or his estate, (c) funeral expenses and administration expenses of the Grantor's estate, including, without limitation, attorneys' fees and estate, inheritance, transfer, legacy, succession and other death taxes or duties, or any interest or penalties thereon (herein called "death taxes") imposed by any jurisdiction whatsoever by reason of the Grantor's death, whether such death taxes arise in respect of property passing or which has passed under this Agreement or under the Grantor's Will or otherwise, and such death taxes shall be paid from the Family Trust property disposed of by Article FOUR B herein and if the same is insufficient or if the Grantor's wife predeceases the Grantor, from the property disposed of by Article FOUR C herein, and (d) income taxes, if any, payable by the legal representative.

B.     If the Grantor's wife shall predecease the Grantor and, at the time of the Grantor's death, the Grantor is the beneficiary of a Marital Trust under his wife's Will or Revocable Trust of which the value thereof is included in the Grantor's gross estate for United States estate tax purposes by reason of Section 2044 of the Internal Revenue Code, the Trustees are directed to recover from the persons receiving such Marital Trust property upon the Grantor's death that portion of all estate, inheritance, transfer, succession and other death taxes, domestic or foreign, together with interest and penalties thereon, if any, imposed by reason of the Grantor's death in

accordance with the provisions of Section 2207A of the Internal Revenue Code, and the provisions of any corresponding tax law of any other State or foreign jurisdiction.

C.    If the Grantor's wife survives the Grantor and a Marital Trust has been created under Article FOUR C of this Trust and the Federal estate tax is repealed at the death of the Grantor's wife, the Trustees are directed to pay any state death taxes which shall become payable upon her subsequent death from the Marital Trust.

D.    If there are any assets in the then remaining Trust principal which are not subject to claims or which are not subject to any given death tax imposed by reason of the Grantor's death, then such assets or the proceeds thereof shall not be used to pay such amounts for the payment or discharge of such claims or such death tax, unless all other assets which are subject to such claims or such death tax have been used.

E.    References to the Internal Revenue Code or any specific section thereof are to the Internal Revenue Code of 1986, as amended, but include reference to corresponding or similar provisions in any subsequent revision of the revenue laws of the United States. All tax-related terms used in this Revocable Trust Indenture shall have the same meaning as in the Internal Revenue Code and in any valid regulations and rulings of the United States Department of Treasury. If any reference to the Internal Revenue Code or any tax-related term becomes meaningless because, by reason of a revision of the revenue laws of the United States, there is no applicable corresponding or similar provision or no such term applicable to a trust created hereunder, then such provision or term shall be interpreted by the Trustees in such matter as they

F494172 v1 \39009 \001

4

consider advisable, keeping in mind the general scheme of distribution of this Trust and the

purposes for which any trust created hereunder has been established.

**FOUR:** **Provisions after Grantor's Death.** Upon the death of the Grantor, after any

payments are made pursuant to Article THREE herein, the Trustees shall dispose of the then

remaining balance of the Trust Estate as follows:

A.    **Tangible Personal Property.** The Trustees shall distribute all of the Grantor's

tangible personal property that is made a part of the Trust Estate, including all of the Grantor's

furniture, books, objects of art, wearing apparel, automobiles and jewelry, together with any

insurance policies relating thereto, but excluding cash, stocks, bonds, securities and other

_but including_

investments, and all title, right and interest in Grantor's residence to the Grantor's wife, Renee

Bunnell Schwartz, if she is then living, or, if not, to the Grantor's children who are then living, to

be divided among them as they agree, or in the absence of such agreement or if any of such

children are minors, as the Trustees shall determine, which determination shall be conclusive on all

persons interested in this trust. All expenses of packing, shipping and storing such items of

tangible personal property shall be paid out of the trust as an administration expense.

B.    **Family Trust.** If the Grantor's wife, Renee Bunnell Schwartz, survives the

Grantor, the Trustees shall hold the applicable Estate Tax Exemption Amount (as defined in

subparagraph (3) of this Paragraph B), if any, or, if not applicable, the amount described in

subparagraph (4) of this Paragraph B, together with any property not includible in the Grantor's

gross estate for Federal estate tax purposes, or the proceeds thereof, **In Separate Continuing**

#494172 v1 \89009 \001



5

Trust, to invest and reinvest the same until such trust terminates as hereinafter provided. This trust shall sometimes hereinafter be known as the "Family Trust."

(1)    The Trustees shall pay so much (or all or none) of the income and principal of the Family Trust to or for the benefit of the Grantor's wife, **Renee Bunnell Schwartz**, and the Grantor's issue living from time to time in such proportions and estate and to the exclusion of any one or more of them, as the Trustees may in their discretion determine. In exercising this discretionary power, the Trustees may, but need not, consider any other resources of the Grantor's wife and shall give primary consideration to the needs and desires of the Grantor's wife. Any income not so distributed shall be accumulated and added to the principal of the Family Trust.

(2)    Upon the death of the Grantor's wife, **Renee Bunnell Schwartz**, the Family Trust shall terminate and the then remaining principal shall be disposed of pursuant to the terms of Paragraph C of this Article FOUR as if the Grantor's wife had predeceased the Grantor and the Grantor had died leaving the same as the balance of the Trust Estate hereunder.

(3)    The Estate Tax Exemption Amount shall be the largest amount, if any, which can pass free of Federal estate tax in the Grantor's estate by reason of the applicable estate tax exemption amount allowable to the Grantor's estate under the Internal Revenue Code, after taking into account the state death tax credit, if any, allowable to the Grantor's estate but no other credit (provided use of this credit does not require an increase in the state death taxes paid), and after taking account of property previously disposed of by this Trust or the Grantor's Will and the Grantor's adjusted taxable gifts and any reduction in them pursuant to Treas. Reg. Sec. 25.2701-5 and property passing outside of this Trust which is includible in the Grantor's gross estate and

#494172 v1 \89009 \001

6

does not qualify for the marital or charitable deduction and after taking account of charges to principal that are not allowed as deductions in computing the Grantor's Federal estate tax. For the purpose of establishing the Estate Tax Exemption Amount, the values finally fixed in the Federal estate tax proceeding relating to the Grantor's estate shall be used.

(4)    If the Grantor's wife survives the Grantor and at the time of the Grantor's death the Federal estate tax is repealed, then the balance of all property not previously disposed of under this Trust shall be disposed of by the Family Trust and none shall pass as part of the balance of the Trust Estate.

(5).    in determining the amount of income and principle to distribute to Grantor's wife. The Trustees may take into consideration the terms of a certain Pre Nuptial Agreement entered into by Grantor and Grantor's wife.

C.    **Balance of Trust Estate.**

(1)    If the Grantor's wife, **Renee Bunnell Schwartz**, survives the Grantor, the Trustees shall hold the balance of the Trust Estate, In Trust, to invest and reinvest the same and to pay to or on behalf of Grantor's wife, **Renee Bunnell Schwartz**, the entire net income therefrom in quarterly or more frequent intervals during her life and at any time or from time to time to pay her so much of the principal, whether the whole or a lesser amount, as the Trustees (other than the Grantor's wife) in their sole discretion may determine. In exercising this discretionary power, the Trustees (other than the Grantor's wife) may but need not consider any

#494172 v1 \89909 \001

7

other resources of Grantor's wife. The trust created under this Paragraph C shall be known as the "Marital Trust."

(2) Only assets eligible for the marital deduction shall be allocated to the Marital Trust. All property allocated to the Marital Trust shall be assumed to qualify for the marital deduction, but no portion of the Family Trust shall be deemed to qualify therefor. If the Grantor's wife survives the Grantor and upon the Grantor's death it is determined that no marital deduction is needed to eliminate Federal estate taxes in the Grantor's estate, or if at the time of the Grantor's death the Federal estate tax is repealed, then no Marital Trust shall be created, and all property not previously disposed of by this Trust shall be disposed of by the Family Trust created under Paragraph B of this Article FOUR.

(3) Upon the death of the Grantor's wife, or upon the Grantor's death if his wife does not survive him, as the case may be, if issue of the Grantor are then living, the Trustees shall divide and set apart all property then belonging to the principal of the Marital Trust, or the remaining balance of the Trust Estate (including property hereinbefore mentioned, but not effectively disposed of), as the case may be, into as many equal shares as will allow them to set apart one such share for each child of the Grantor then living, and one such share for each child of the Grantor who shall not then be living but who shall leave issue then living.

(a) Each share so set apart for a child of the Grantor or the issue of a deceased child of the Grantor, shall be distributed to such child or to such issue, *per stirpes*, as the case may be; subject, in the case of any of such issue who shall not have attained the age of twenty-five (25) years, to the provisions of subparagraphs (b) - (e) of this Paragraph C.

8494172 v1 \89009 \001



8

(b)     Each share payable to issue of the Grantor who shall not have attained the age of twenty-five (25) years (such issue being the Abeneficiary@ of the trust for his or her benefit) shall be held by the Trustees in **Further Continuing trust**, to invest and reinvest the same and until the beneficiary shall have attained the age of twenty-one (21) years to pay so much of the net income and principal of such trust to or on behalf of the beneficiary as the Trustees shall in their discretion determine and to accumulate and add to principal any income not so paid. From and after the date upon which the beneficiary shall attain the age of twenty-one (21) years, the Trustees shall pay the net income to the beneficiary at least quarter-annually and also shall pay to the beneficiary so much of the principal, whether the whole or a lesser amount, as the Trustees shall in their discretion determine.

(c)     Upon each beneficiary attaining the age of twenty-five (25) years, the Trustees shall distribute to such beneficiary, all property then belonging to the principal of his or her trust.

(d)     In case the beneficiary for whom a trust is being held hereunder shall die before attaining the age of twenty-five (25) years, then upon the beneficiary=s death the trust shall terminate, and the Trustees shall distribute all property then belonging to the income or principal thereof to such person, including the estate or creditors of the estate of the beneficiary for whom such trust is being held hereunder as the beneficiary shall appoint by his or her will specifically referring to this general testamentary power of appointment. In default of exercise, the Trustees shall distribute such property to the issue of the beneficiary who survive him or her, *per stirpes*, or, in default thereof, to the Grantor's issue then living, *per stirpes*; provided that any property which would pass to a beneficiary for whom a trust is then being held under this Article shall not pass to such beneficiary but shall instead be added to the principal of his or her trust.

(e)     Notwithstanding any other provisions of this Agreement, the foregoing provisions of this Article shall not be given effect at any time after the expiration of twenty-one (21) years following the death of the last to die of the Grantor, the Grantor's wife, and the Grantor's issue who are persons-in-being at the Grantor's death and if any trust then exists under this Article, it shall forthwith terminate and the then remaining principal thereof shall vest in and be paid over to the primary beneficiary thereof.



9

(4)    Upon the Grantor's death, if his wife does not survive him, if none of the Grantor's issue survives the Grantor, the Trustees shall dispose of the balance of the Trust Estate as follows:

*The Jane Goodall Foundation*

**FIVE: Administration of Trust.** In the construction and administration of the trusts hereunder:

(1)    Whenever the Trustees are directed to pay the income or are authorized to pay principal of any trust the duty or power to pay the same to a beneficiary shall include the power to apply the same for the benefit of the beneficiary.

(2)    In exercising any discretionary powers conferred upon the Trustees to pay or apply the principal or income of the trust, the Trustees shall act primarily in the interests of the current beneficiary (even to the extent of consuming the entire principal thereof, thereby terminating the trust) without regard to the interests of subsequent beneficiaries or remaindermen; and the Trustees may determine to make payments or applications of income or principal in equal or unequal amounts; and the Trustees may, but shall not be required, to inquire into or take into account the other income or resources of the beneficiary or the obligation of any person to support any beneficiary; and the Trustees may act without regard to any rules of trust law which may require impartiality as among such interests. The interests of all subsequent beneficiaries or remaindermen are subordinate to the exercise of such powers.

(3)    Anything in subparagraph (2) to the contrary notwithstanding, no income or principal of the trusts created under this Agreement shall be used to defray or reimburse any expense paid or payable by any governmental agency or charitable institution for the support of any beneficiary hereunder, and the Trustees may not be compelled to pay or reimburse any such expense paid or payable by any such agency or institution.

(4)    The Trustees may exercise or not exercise any right or power they may have to elect to receive the proceeds of any pension, profit sharing or other employee benefit plan or individual retirement plan in the form of a lump-sum distribution or upon installments or annuities or otherwise and to elect any income tax treatment available with respect thereto, all as they deem advisable, and even though the effect thereof may be to

decrease the size of any disposition hereunder from the size it would have been if other dispositions of such rights or powers had been made.

(5)    No Trustee shall be liable for any act performed by such Trustee in good faith or for any error of judgment or mistake of fact or law or for any loss or other detriment which the trust or beneficiary may suffer, save only for such Trustees' own bad faith or act of willful misconduct.

## SIX: Trustee Powers.

A.    The Trustees are authorized, in their discretion, in the administration of this Agreement and the trust hereunder:

(1)    to retain any property in the form received by them and successive interests received on account thereof, for so long as they deem advisable; and to permit the beneficiary of the trust to use and occupy residential or vacation property, if any, held in such trust, rent and cost free and without liability to loss, damage or waste; and to acquire by purchase, by exercise of options, or otherwise to retain for so long as they deem advisable any other kind of realty and personalty, including balances in savings accounts, stock of any class, bonds or unsecured obligations (producing taxable or tax-exempt income), options, interests in investment trusts and discretionary common trust funds, all without diversification as to kind or amount and without being restricted by any statute or rule of law concerning fiduciary investments and even though such investment is non-income producing;

(2)    to pay the Grantor's debts and funeral and burial expenses (including the expenses of the Grantor's last illness, which shall be paid out of the trust) as soon as convenience will permit and without regard to any limitation in applicable law as to the amount of such expenses and without the necessity of securing prior court approval;

(3)    To manage, maintain, insure, repair, alter, improve, develop, subdivide, partition or otherwise deal in or with or abandon any real or personal property or any interest therein;

(4)    to sell (at public or private sale), mortgage, exchange, grant options to purchase, lease or otherwise dispose of any real or personal property or any interest therein, at such times, in such manner and upon such terms and conditions (including, without limitation, for cash or on credit or both, and for a term, whether or not such term extends beyond the anticipated period of administration of any trust or any period fixed by law) as the Trustees may determine;

(5)    to consent to the subordination, modification, renewal or extension of any note, bond, mortgage, open account indebtedness or other obligation, whether or not secured or evidenced by any writing; and to foreclose or otherwise deal with mortgages or

#494172 v1 \89009 \001

11



to continue mortgage investments and to use other assets to protect any investment in any property, whether represented by note, bond, mortgage, other obligation or otherwise;

(6)   to vote by discretionary proxy or otherwise, and to assent to, participate in or oppose any type of reorganization, readjustment, recapitalization, consolidation, merger, dissolution of or other action in connection with any corporation or other entity (including, without limitation, delegating discretionary powers to and depositing property with any committee and paying any assessments or other expenses);

(7)   to borrow money without personal liability therefor from one or more of themselves or others for any and all purposes of any trust, and to pay all expenses incurred in connection with any borrowing, and to secure payment (including payment to one or more of themselves) by bond or mortgage, pledge or hypothecation, all upon such terms and conditions as they may determine, including, without limitation, in the case of a borrowing from themselves acting personally, at then prevailing rates of interest;

(8)   to exercise any of their powers under this Agreement (including, without limitation, the powers to acquire or dispose of assets and to borrow money) with themselves or others acting in another fiduciary capacity under the last Will and testament of the Grantor or under any other *inter vivos* trust created by the Grantor, and also to lend money, with or without security, with no or nominal interest, and upon such other terms and conditions as they may determine, to themselves or others acting in any such fiduciary capacity;

(9)   to employ and pay out of the Trust Estate the compensation of accountants, legal counsel, investment counsel, custodians and other agents of their selection even though they may have an interest in the firm providing the services and to delegate discretionary powers to them and to rely upon information or advice furnished by them;

(10)   To remove any or all of the property of the Trust Estate or any trust hereunder to, and hold the same in, any jurisdiction whatsoever, but this power shall not be deemed in contravention of the direction in Article EIGHT of this Agreement;

(11)   to divide property into shares and to pay property in kind, or partly in cash and partly in kind, and to effect such division or payment in whole or in part by allocating to each share or payment an undivided interest in any asset or by allocating certain assets to certain shares or payments and other assets to other shares or payments on a non-pro rata or disproportionate basis or otherwise, irrespective of the amount of unrealized appreciation or depreciation for capital gain or loss purposes of each asset thus allocated and without adjustment in the amount of any share or payment by reason of any difference in the bases thus allocated, and to elect or not to elect to recognize gain on any such payment, and such divisions, allocations, payments and elections shall be binding and conclusive on all persons interested therein;

(12)   to apply to the use of any person any property, whether principal or income, vesting in or payable to such person, and in the case of a minor (a) to do so without regard

either to the duty of any person to furnish support for such minor or the availability of other funds for such purpose, or (b) to pay or deliver the same to such minor, or to a guardian or custodian under the Uniform Transfers to Minors Act, including a custodian selected by the Grantor's executor (who may select age 18 for termination of the custodianship), or to a parent of such minor, or to a person with whom such minor resides, or to any person authorized by this Agreement to hold the same under a power during minority;

(13)  To continue to exercise all the rights, powers and privileges conferred by this Agreement with respect to any trust for a reasonable period after the termination thereof and until completion of distribution;

(14)  to pay any and all expenses, costs, fees or other proper charges; and the right of any beneficiary to any payment of income or principal shall in every case be subject to the deductions which the Trustees may make against the same under the authority granted to them under this Agreement or by law;

(15)  power in one co-Trustee, without the act of the other co-Trustees, to bind the trust by executing and delivering agreements, assignments, bills of sale, contracts, deeds, checks, notes, receipts and any other instruments necessary or appropriate for the administration of the trust;

(16)  generally, to exercise for the benefit of the Trust Estate and the trust hereunder and in respect of any property constituting part thereof, all rights, powers and privileges of every name and nature which might or could be exercised by one owning such property absolutely and in their own right and without being limited in any way by the rights, powers and privileges specifically granted in this Agreement; and in connection with the exercise of such rights, powers and privileges or any of them, whether or not the same be specifically mentioned herein, to enter into such contracts, to execute such written instruments, and to include therein such covenants, terms and conditions as they may determine and to do any and all such other acts as they may determine to effectuate all rights, powers and privileges conferred upon them.

No beneficiary other than the Grantor or the legal representatives of the Grantor's estate shall have the right to question the acts or failures of the Trustees during the Grantor's life.

## SEVEN: Successor Trustee

A.  Upon the death, resignation or inability to act of the Trustee, Nelson ~~Bussell~~ *Shapiro* is appointed as a successor co-Trustee.  If Nelson ~~Bussell~~ *Shapiro* is unable to act, then Martin N. Leaf is appointed as a successor Trustee.

84941172 v1 139899 \001

13

B.      With respect to any additional and/or successor Trustee, the Grantor, or, if he is then deceased or under a legal disability, the last-surviving individual Trustee at any time acting hereunder:

(1)  may designate and appoint an individual or individuals or a bank or trust company as additional and/or successors and alternate successors to serve upon any contingency with or after those above named and may establish the order of succession;

(2)  may revoke any such designation and appointment (even though the revoking Trustee did not make such designation and appointment) until it is, by its terms, effective; and

(3)  shall effect a designation and appointment, if any, or a revocation, if any, by Will or by an *inter vivos* instrument, duly signed and acknowledged, and filed with the records of the trust.

C.      The Grantor reserves the right to remove any of the Trustees then acting, by an *inter vivos* instrument, duly signed and acknowledged, delivered to the Trustees. The Grantor reserves the right to replace any of the Trustees so removed, by *inter vivos* instrument, duly signed and acknowledged, and filed with the records of the trust.

D.      Any successor Trustee or co-Trustee shall qualify when his or her appointment becomes effective by delivering a duly signed and acknowledged Acceptance of Appointment to the then acting Trustee hereunder, or, if no Trustee is then acting, to the adult current income beneficiary of the trust. A copy of such Acceptance of Appointment shall be delivered to the Grantor if he is then living and not under any legal disability, or, if he is then living but under a legal disability, to his legal representatives. No successor Trustee shall be required to investigate

3494172 v1 \89009 \001

14

or audit the accounts or acts of the prior Trustees or to take any action with respect thereto before qualifying or acting.

### EIGHT: Trustees

A. . No individual Trustees named herein shall be entitled to receive compensation, but they shall be entitled to reimbursement from the trust for any out-of-pocket expenses reasonably incurred in connection with their services as Trustees.

B. Any Trustee acting hereunder, other than those named herein shall be entitled to the compensation permitted trustees under the laws of the State of New York in effect from time to time.

C. Each Trustee is excused from the duty of rendering annual or other periodic accounts to any court, whether provided by the laws of the New York or any other state or otherwise. The Trustees shall not be required to account in any court in the absence of breach of trust.

D. The Trustees may at any time or from time to time render an account of their acts and transactions with respect to the income and principal of the trust hereunder from the date of the creation of the trust or from the date of the last previous account of the Trustees, as the case may be. Any such account shall be rendered to the Grantor, if he is then living and under no legal disability, or, to the Grantor's legal representatives if the Grantor is then living but under a legal disability, or, if the Grantor is not then living, to the beneficiaries of the trust.

#494173 v1 \89009 \001



15

The person or persons to whom an account is rendered in accordance with the foregoing provisions shall have full power and authority on behalf of all persons interested in the trust to settle and adjust such account; and upon such account being settled and adjusted to the satisfaction of such person or persons, it shall be final and conclusive upon each and every person (whether then living or then ascertainable or not) who shall then or thereafter be or become interested in either income or principal of the trust, with like effect as a judgment of a court having jurisdiction judicially settling such account in an action or proceeding in which the Trustees and all persons having or claiming any interest in the trust were parties; and the approval of such account by such person or persons shall constitute a full and complete discharge and release of the Trustees from all further liability, responsibility and accountability for or with respect to the acts and transactions of the Trustees embodied in such account, both as to income and as to principal.

Notwithstanding the provisions of Paragraph B of Article NINE of this Agreement, the Trustees may mail such account by first class mail to the address shown on their records of the person or persons to whom an account is rendered in accordance with the foregoing provisions of this Article, and if such person or persons shall not object thereto in writing received by the Trustees within ninety (90) days of such mailing, such account shall be deemed settled in accordance with the foregoing provisions of this Article.

E.    Notwithstanding the foregoing, the Trustees may have their account judicially settled at any time if they shall deem it advisable to do so.

16

F.    The following provisions, in addition to all others herein, shall apply to the Trustees:

(1)    The term Trustee or Trustees shall mean the Trustee or Trustees for the time being in office; and each of them shall have the same rights, powers, duties and privileges, whether or not discretionary, as if originally appointed hereunder, except as to any right, power, duty or privilege expressly withheld from any such Trustee by any other provision of this Agreement and except as to any right, power, duty or privilege expressly conferred upon a designated class of Trustees (such as the individual Trustees or an independent Trustee) by any other provision of this Agreement, which said right, power, duty or privilege shall not be exercisable by a Trustee not within the class; and provisions referring to the Trustees shall be construed in the plural or singular and in the masculine, feminine or neuter, as appropriate.

(2)    No Trustee, whether named herein or otherwise designated or appointed, shall be required to give any bond or security in any court or jurisdiction.

(3)    The rights, powers and privileges conferred upon the Trustees by this Agreement are in addition to and not by way of limitation of the rights, powers and privileges conferred by law and may be exercised without the authorization of any court.

(4)    Any individual Trustee acting hereunder may delegate any or all of his or her rights, powers, duties and privileges, whether or not discretionary, to the other then-acting Trustee (except as to matters involving any right, power, duty or privilege withheld from or not conferred upon such other Trustee by any provision of this Agreement) by delivering an instrument, signed and acknowledged, to the appropriate effect to such other Trustee, provided, however, that any such instrument shall be revocable at any time.

(5)    Any Trustee acting hereunder may resign at any time without court application or consent by delivering an instrument in writing, signed and acknowledged, to his, her or its co-Trustee, if any, and to his, her or its successor, if any, and by filing a copy of such instrument with the records of the trust.  A copy of such instrument shall be delivered (i) to the Grantor, if he is then living and not under any legal disability or (ii) if the Grantor is then living but under a legal disability, to his legal representative.

(6)    The Trustees shall have the authority to appoint one or more agents the the Trust to act as signators for the Trust on all checking and savings account.

(7)    The Trustees shall have the authority to appoint and remunerate one or agents to manage Trust assets and to advise the Trustees and to accomplish any other function endemic to the Trust purpose and operation.

(8)    The Trustees shall have the right to retain attorney(s) accountant(s) financial advisor(s), broker(s), finder(s) and any other person or entity whose services the Trustees deem, in their sole discretion, necessary and prudent for the best interest of the Trust and

#494172 v1 \89009 \001

17

to pay for such services, the fees and expenses of such persons or entities, in such amounts as the Trustees, in their sole discretion deem appropriate, reasonable and necessary.

(9).    The TRUSTEES shall have the right to retain attorneys, accountants, financial advisors, brokers, finders and any other person or entity whose services the TRUSTEES deem, in their sole discretion, necessary and prudent for the best interests of the Trust and to pay for the services and expenses of such persons such amount as the TRUSTEES, in their sole discretion, deem appropriate, reasonable and necessary.  No Trustee shall be deemed liable in relying on the opinion of any such professional or service provider.

(10)    The death, insolvency, bankruptcy or incapacity of any Trustee or beneficiary under this Trust shall not affect the operation or continuity of the Trust.

(11)    . Any Trustee acting hereunder may, by an acknowledged instrument delivered to another Trustee, delegate any rights or powers to such other Trustee and, after such delegation, shall have no further responsibility with respect to the exercise of such rights or powers so long as such delegation shall remain in effect.  Any such delegation may be revoked by a similar instrument so delivered at any time.

(12)    Each commissions of any individual trustee shall be liable for the acts or defaults of a co-trustee.  Each Trustee shall be deemed to have acted within the scope of his, her or its authority, to have exercised reasonable care, diligence and prudence, and to have acted impartially as to all persons interested unless the contrary be proved by affirmative evidence, and in the absence of such proof shall not be liable for loss arising from depreciation or shrinkage in value of any property herein authorized to be held or acquired.

**NINE:** **Third Persons.**

A.    With respect to persons dealing with the Trustees:

(1)    Anyone may rely upon a copy of this Agreement and of any other document amending, modifying or revoking this Agreement in whole or in part and of any other document required by this Agreement to be in writing, which is certified by any Trustee to be a full and complete copy of this Agreement or of such document, to the same effect as if such copy or copies were the original or originals, as the case may be. Anyone may rely upon any statements of fact certified by any Trustee hereunder.

(2)    No person or corporation dealing with the Trustees in any transaction affecting the Trust Estate or any trust shall be required to inquire or investigate into the Trustees= authority for entering into such transaction or to see to the application made by the Trustees of the proceeds of any such transaction.

6494172 v1 \89009 \001                                                      18

B.    Delivery of any document under this Agreement is made either:

    (1)    By personal delivery; or

    (2)    By depositing the same in the mails, postage prepaid, either registered or certified mail, return receipt requested, to the address that such person shall from time to time have specified in writing to the party effecting the delivery or if none, to the person=s last known address.

TEN:  **Additions to Trust Estate.**  The Trustees shall accept for addition to any trust or trusts hereunder any property transferred to them at any time by the Grantor or devised and bequeathed to them under the Grantor's Will or disposed to them at any time by act of the Grantor from any source.  The Trustees are authorized, at any time and from time to time, in their discretion, to accept any property from any other person by deed, gift, will or otherwise, for addition to any trust or trusts hereunder or the Trustees may reject the same.  Any such additions will be held, administered and distributed in accordance with the provisions of this Agreement with respect to the trust or trusts to which such addition is made.

ELEVEN:  **Trust is Revocable.**  The Grantor reserves the right, at any time or from time to time during his lifetime and without the consent or approval or any person, (a) by an instrument signed by him and delivered to the Trustees, to revoke the trust hereby created in whole or in part, without the consent of any other person, or (b) by a like instrument signed and acknowledged by him and delivered to the Trustees, to amend this agreement, provided that the duties, responsibilities and rate of compensation of the Trustees shall not be altered without the Trustees= written consent.  The Trustees shall be under no duty to inquire into the circumstances

#494172 v1 \89009 \001

**19**

surrounding any revocation or amendment (including whether the revocation or amendment was procured by undue influence), except to be satisfied that the Grantor is competent to execute the instrument delivered to the Trustees. After the death of the Grantor the trust shall be irrevocable.

**TWELVE:** **Acceptance by Trustees** The Trustees acknowledge receipt of the property set forth on Schedule A, and accept the trust hereby created and covenant that they will faithfully discharge all duties of their office as such Trustees.

**THIRTEEN:** **Binding on Parties and Others** The provisions of this Agreement shall be binding upon the distributees, legal representatives, successors and assigns of the parties hereto.

**FOURTEEN:** **Anti-Contest.** In the event that any beneficiary named herein shall, directly or indirectly, for any reason whatever, institute, directly or indirectly, any action or proceeding against The Trustees and/or the Trust and/or any other distributee under this Trust seeking to impeach, impair, set aside or invalidate any of the provisions of this Trust, or make any agreement in connection with any of the foregoing with any person instituting any such action, any and all dispositions, devises, bequests, trusts or other provisions to or for the benefit of such person or persons are hereby revoke and any such disposition to or for the benefit of any such person or persons shall be deemed null and void. And the Trust shall be construed as if such provisions and/or such person or persons had not been included in the Trust instrument.

IN WITNESS WHEREOF, the Grantor and Trustees have hereunto set their hands to two (2) counterparts of this Agreement, each of which, without the other, shall be deemed an original, as of the day and year first above written.

_____
Robert Leon Schwartz, Grantor and Trustee

_____
Renee Bunnell Schwartz, Trustee

_____
Kathryn Williams, Trustee

#494172 v1 \89809 \001

20

STATE OF NEW YORK     )

                           : ss.:

COUNTY OF NEW YORK )

On the ⁴ day of _____, in the year 2004, before me, the undersigned, a Notary Public in and for said state, personally appeared **Robert Leon Schwartz** personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as Grantor and as Trustee and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

NELSON SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH4893693
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DECEMBER 21, 2008

_____
Notary Public

(Notarial Seal)

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK )

On the 15 day of ~~January~~ in the year 2004, before me, the undersigned, a Notary Public in and for said state, personally appeared **Renee Bunnell Schwartz**, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as Trustee and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

NELSON SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH4630829
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DECEMBER 31, 2006

_____
Notary Public

(Notarial Seal)

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK )

On the 15 day of ~~January~~ in the year 2004, before me, the undersigned, a Notary Public in and for said state, personally appeared **Kathryn Williams**, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity as Trustee and that

by his signature on the instrument, the person or the entity upon behalf of which the person acted,

executed the instrument.

NELSON SHAPIRO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH4866529
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES DECEMBER 31, 2006

_____
Notary Public

(Notaries Seal)

## Schedule A

## THE **ROBERT LEON SCHWARTZ**
## 2004 REVOCABLE TRUST AGREEMENT

**Cash**    $10.00

Madoff Account   $810000.00

Thursday, January 15, 2004

To Whom It May Concern:

The undersigned witnessed Robert Leon Schwartz (Bob) sign a Revocable Trust Agreement this evening at 6:30 p.m. at his home at 617 West End Avenue, New York City, New York. Bob stated that he had already read the Trust several times, asked Martin Leaf, his attorney, questions about clauses which he didn't understand, and thereafter he fully understood the answers to his questions.

Before signing the Trust, Bob was jovial and engaged in conversation with us. When Bob signed the Trust, there was absolutely no doubt in our minds that Bob was well rested, cheerful, alert, mentally sound, competent, and in possession of all of his senses.

His attorney reviewed each page with Bob and asked Bob to initial at the bottom of each page when Bob said he was clear about the provisions on that page and was ready to go to the next page. Bob was competent when he signed the Trust.

_Kathryn Bill Kane_

_3021 Lake Shore Drive_

_Winston-Salem_

_N. Carolina 27106_

_Nelson Shapiro_

_2931 Cheryl Road_

_Merrick NY 11566_

# EXHIBIT B

**EDWARD MERKER, M.D., F.A.C.E**
**ENDOCRINOLOGY,DIABETES,METABOLIC DISEASES**
**GERIATRIC MEDICINE**

35 EAST 85TH STREET
NEW YORK, N.Y.10028
TEL. (212) 288-1110
FAX. (212) 861-7429

237 EAST 20TH STREET
NEW YORK, N.Y. 10003
TEL. (212) 777-3280
FAX. (212) 777-5907

February 24, 2009

Brian Neville, Esq.(for Renee Bunnell)
LAX &Neville,LLP
1412 Broadway,Suite 1407
New York,N.Y. 10018

Dear Mr. Neville:

    Robert Schwartz has been under my medical care for a long time. His health is fragile due to chronic kidney disease, cerebrovascular insufficiency and coronary artery disease. He has difficulty with walking due to instability on his legs and difficulty with activities of daily life including positional transfer. His home is currently equipped for assistance with his disability. His health would be threatened seriously and his life compromised were he to move from his protective environment.

                                        Yours truly,

                                        Edward Merker, M.D..F.A.C.E.
                                        Associate Clinical Professor of
                                        Medicine and Geriatrics
                                        Mt. Sinai School of Medicine

# EXHIBIT C

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST

300 CENTRAL PARK WEST STE 1D
NEW YORK          NY   10024

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******7918 | 1 |

YOUR ACCOUNT NUMBER: 1-S0227-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 170,333.22 |
| 11/12 | 2,394 | | 351 | WELLS FARGO & CO NEW | 29.800 | 71,436.20 | |
| 11/12 | 1,710 | | 853 | HEWLETT PACKARD CO | 34.900 | 59,747.00 | |
| 11/12 | 1,482 | | 4677 | WAL-MART STORES INC | 55.830 | 82,799.05 | |
| 11/12 | 969 | | 5179 | INTERNATIONAL BUSINESS MACHS | 87.270 | 84,602.63 | |
| 11/12 | 3,591 | | 9003 | EXXON MOBIL CORP | 72.830 | 261,655.08 | |
| 11/12 | 3,933 | | 9505 | INTEL CORP | 14.510 | 57,224.83 | |
| 11/12 | 1,881 | | 13831 | JOHNSON & JOHNSON | 59.580 | 112,144.98 | |
| 11/12 | 2,565 | | 18156 | J.P. MORGAN CHASE & CO | 38.530 | 98,931.45 | |
| 11/12 | 1,368 | | 22482 | COCA COLA CO | 44.650 | 61,148.88 | |
| 11/12 | 798 | | 26808 | MCDONALDS CORP | 55.370 | 44,216.25 | |
| 11/12 | 1,682 | | 31134 | MERCK & CO | 28.550 | 42,370.10 | |
| 11/12 | 5,415 | | 35460 | MICROSOFT CORP | 21.810 | 118,317.15 | |
| 11/12 | 2,735 | | 39786 | ORACLE CORPORATION | 17.300 | 47,441.40 | |
| 11/12 | 1,083 | | 52764 | PEPSICO INC | 56.410 | 61,135.03 | |
| 11/12 | 527 | | 53256 | APPLE INC | 100.780 | 63,214.05 | |
| 11/12 | 4,617 | | 57090 | PFIZER INC | 15.940 | 78,395.98 | |
| 11/12 | 1,093 | | 57592 | ABBOTT LABORATORIES | 54.610 | 59,185.63 | |
| 11/12 | 2,052 | | 61616 | PROCTER & GAMBLE CO | 64.080 | 131,574.16 | |
| 11/12 | 741 | | 51918 | AMGEN INC | 59.160 | 43,866.56 | |
| 11/12 | 1,425 | | 65742 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 62,187.00 | |
| 11/12 | 3,420 | | 66244 | BANK OF AMERICA | 21.590 | 73,973.80 | |
| 11/12 | 1,140 | | 70068 | QUALCOMM INC | 33.770 | 38,562.80 | |
| 11/12 | 3,705 | | 70570 | CITI GROUP INC | 12.510 | 46,497.55 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST STE 1D
NEW YORK            NY 10024

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-S0227-3-0 | ******4718 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 855 | | 74394 | SCHLUMBERGER LTD | 49.480 | 42,339.40 | |
| 11/12 | 2,052 | | 74895 | COMCAST CORP | 16.510 | 33,950.52 | |
| | | | | CL A | | | |
| 11/12 | 4,047 | | 78720 | AT&T INC | 27 | 109,430.90 | |
| 11/12 | 1,025 | | 79222 | CONOCOPHILLIPS | 52.510 | 53,916.26 | |
| 11/12 | 684 | | 83046 | UNITED PARCEL SVC INC | 52.040 | 35,622.36 | |
| | | | | CLASS B | | | |
| 11/12 | 4,161 | | 83548 | CISCO SYSTEMS INC | 15.730 | 59,779.53 | |
| 11/12 | 1,197 | | 87372 | U S BANCORP | 29.530 | 35,394.41 | |
| 11/12 | 1,425 | | 87874 | CHEVRON CORP | 73.430 | 104,694.75 | |
| 11/12 | 684 | | 91698 | UNITED TECHNOLOGIES CORP | 53.160 | 36,388.44 | |
| 11/12 | 7,239 | | 92200 | GENERAL ELECTRIC CO | 19.630 | 142,390.57 | |
| 11/12 | 1,938 | | 96024 | VERIZON COMMUNICATIONS | 30.410 | 59,011.58 | |
| 11/12 | 171 | | 96526 | GOOGLE | 337.400 | 57,701.40 | |
| 11/12 | | 2,575,000 | 22960 | U S TREASURY BILL | 99.935 | | 2,573,352.50 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | .16 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 23,784 | 18061 | FIDELITY SPARTAN | 1 | | 23,784.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 4,200 | | 27429 | FIDELITY SPARTAN | 1 | 4,200.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | .52 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3

PERIOD ENDING 11/30/88

YOUR TAX PAYER IDENTIFICATION NUMBER ********7918

YOUR ACCOUNT NUMBER 1-S0227-3-0

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST STE 1D
NEW YORK      NY 10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 4,200 | 52907 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | | 4,200.00 |
| 11/19 | 175,000 | | 57443 | U.S TREASURY BILL DUE 03/26/2009 | 99.926 | 174,870.50 | |
| 11/19 | 102 | | 51945 | 3/26/2009 FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | 102.00 | |
| | | | | NEW BALANCE | | 329,571.85 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,047 | | | AT&T INC | 28.560 | | |
| | 1,083 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 741 | | | AMGEN INC | 55.540 | | |
| | 527 | | | APPLE INC | 92.670 | | |
| | 3,620 | | | BANK OF AMERICA | 16.250 | | |
| | 1,425 | | | CHEVRON CORP | 79.010 | | |
| | 4,161 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,705 | | | CITI GROUP INC | 8.290 | | |
| | 1,358 | | | COCA COLA CO | 45.870 | | |
| | 2,052 | | | COMCAST CORP | 17.360 | | |
| | | | | CL A | | | |
| | 1,026 | | | CONOCOPHILLIPS | 52.520 | | |
| | 3,591 | | | EXXON MOBIL CORP | 80.150 | | |
| | 7,239 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8BT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROBERT L SCHMARTZ
2004 REVOCABLE TRUST

300 CENTRAL PARK WEST STE 1D
NEW YORK          NY   10024

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******7318
YOUR ACCOUNT NUMBER: 1-S0227-3-0

| DATE | BOUGHT Received on Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 171 | | | GOOGLE | 292.950 | | |
| | 1,710 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,933 | | | INTEL CORP | 13.800 | | |
| | 969 | | | INTERNATIONAL BUSINESS MACHS | 81.509 | | |
| | 2,565 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,881 | | | JOHNSON E. JOHNSON | 58.580 | | |
| | 798 | | | MCDONALDS CORP | 58.759 | | |
| | 1,482 | | | MERCK & CO | 26.720 | | |
| | 5,415 | | | MICROSOFT CORP | 20.220 | | |
| | 2,736 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,083 | | | PEPSICO INC | 55.700 | | |
| | 4,617 | | | PFIZER INC | 15.430 | | |
| | 1,425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,052 | | | PROCTER & GAMBLE CO | 66.350 | | |
| | 1,140 | | | QUALCOMM INC | 33.570 | | |
| | 855 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 102 | | | FIDELITY SPARTAN | | | |
| | | | | U.S. TREASURY MONEY MARKET | 1 | | |
| | 1,197 | | | U S BANCORP | 26.980 | | |
| | 684 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 175,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/25/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 584 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **5**

PERIOD ENDING **11/30/98**

YOUR ACCOUNT NUMBER **1-50227-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*7918**

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST

300 CENTRAL PARK WEST   STE 1D
NEW YORK        NY 10024

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,938 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,482 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,394 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG   2,585,372.78 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST

300 CENTRAL PARK WEST STE 1D
NEW YORK            NY 10024

PAGE: 5

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-S0227-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ********7918

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 19,651.80 |
| | | | | GROSS PROCEEDS FROM SALES | | | 16,304,668.61 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********7918

YOUR ACCOUNT NUMBER 1-S0227-4-0

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST

300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 170,334.09 |
| 11/12 | | 57 | 46112 | S & P 100 INDEX NOVEMBER 460 CALL | 15.300 | | 96,005.00 |
| 11/12 | 57 | | 48438 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 101,517.00 | |
| 11/19 | | 57 | 34542 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 148,143.40 |
| 11/19 | 57 | | 38857 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 171,057.00 | |
| 11/19 | 57 | | 43192 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 17,157.00 | |
| 11/19 | | 57 | 47517 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 219,344.40 |
| | | | | NEW BALANCE | | | 329,599.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 57 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 57 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  94,050.00   SHORT  132,810.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT D



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

FINRA  NSX  SIPC  NSCC  DTC  MEMBER:

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0227-3 | R | 22960 | 5 | 1 | 1 | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 2,575,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 2573352.00 |

2/12/2009

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 2573352.00 | | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | C/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-4 | D | 43192 | 8 | 1 | 1 | 11/14/08 | 11/19/08 |

17

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 57 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 17157.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 17100.00 | 57.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-4 | R | 34542 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

IDENTIFICATION NO.       CONTRA PARTY                    C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOI | 57 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 148143.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 148200.00 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-S0227-4 | R | 47517 |

**CODES**

| TR | CAP | SETT |
|---|---|---|
| 8 | 1 | |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 11/14/08 | 11/19/08 |

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK           NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 57 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 210843.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 210900.00 | 57.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-4 | D | 38867 | | | 8 | 1 | | 11/14/08 | 11/19/08 | | | 17 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| SLD | 57 | 783790XD4 | S & P 100 INDEX
DECEMBER 420 PUT | | 171057.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 171000.00 | 57.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0227-3 | D | 5T443 | 5 | 1 | 1 | 11/19/08 | 11/19/08 |

IDENTIFICATION NO.

CONTRA PARTY     C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 175,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009 Y.T.M. .21% 3/26/2009 | 174870.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 99.926 | 174870.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-S0227-3 | D | 18156 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,565 | 46625H100 | J.P. MORGAN CHASE & CO | 98931.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 98829.45 | 102.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-S0227-3 | D | 13831 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,881 | 478160104 | JOHNSON & JOHNSON | 112144.98 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 112069.98 | 75.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 26808 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 798 | 580135101 | MCDONALDS CORP | 44216.26 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 44185.26 | 31.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 31134 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,482 | 589331107 | MERCK & CO | 42370.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 42311.10 | 59.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 35460 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,415 | 594918104 | MICROSOFT CORP | 118317.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 118101.15 | 216.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0846 | | 1-S0227-3 | D | 39786 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,736 | 68389X105 | ORACLE CORPORATION | 47441.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 47332.80 | 109.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 52764 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,083 | 713448108 | PEPSICO INC | 61135.03 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 61092.03 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 57090 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,617 | 717081103 | PFIZER INC | 78395.98 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 78211.98 | 184.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 65742 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,425 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 62187.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 62130.00 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 61416 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 2,052 | 742718109 | PROCTER & GAMBLE CO | 131574.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 64.080 | 131492.16 | 82.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |  | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |  |  |
| 0846 |  | 1-S0227-3 | D | 70068 | 5 | 1 |  | 11/06/08 | 11/12/08 |  | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,140 | 747525103 | QUALCOMM INC | 38542.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 38497.80 | 45.00 |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TA | CAP | SETT | | | |
| 0846 | | 1-S0227-3 | D | 74394 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK                NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 855 | 806857108 | SCHLUMBERGER LTD | 42339.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 42305.40 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CODES CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 87372 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,197 | 902973304 | U S BANCORP | 35394.41 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 35347.41 | 47.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 83046 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 684 | 911312106 | UNITED PARCEL SVC INC CLASS B | 35622.36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 35595.36 | 27.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0227-3 | D | 91698 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| (IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK        NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 684 | 913017109 | UNITED TECHNOLOGIES CORP | 36388.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 36361.44 | 27.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0846 | | 1-S0227-3 | D | 96024 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST    STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,938 | 92343V104 | VERIZON COMMUNICATIONS | 59011.58 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 58934.58 | 77.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 04677 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST    STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,482 | 931142103 | WAL-MART STORES INC | 82799.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 82740.06 | 59.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-S0227-3 | D | 00351 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK          NY 10024
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,394 | 949746101 | WELLS FARGO & CO NEW | 71436.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 71341.20 | 95.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-4 | R | 44112 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 57 | 783790KLF | S & P 100 INDEX<br>NOVEMBER 460 CALL | 90003.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 90060.00 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-4 | D | 48438 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 57 | 783790WJ1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 101517.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 17.800 | 101460.00 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0227-3 | D | 78720 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

ROBERT L. SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK             NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,047 | 00206R102 | AT&T INC | 109430.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 109269.00 | 161.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |  |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-S0227-3 | D | 57592 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,083 | 002824100 | ABBOTT LABORATORIES | 59185.63 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 59142.63 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 61918 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 741 | 031162100 | AMGEN INC | 43866.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 43837.56 | 29.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 53266 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 627 | 037833100 | APPLE INC | 63214.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 63189.06 | 25.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 66244 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WB | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 3,420 | 060505104 | BANK OF AMERICA | 73973.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 21.590 | 73837.80 | 136.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 87874 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,425 | 166764100 | CHEVRON CORP | 104694.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 104637.75 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 83548 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,161 | 17275R102 | CISCO SYSTEMS INC | 69779.53 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 69613.53 | 166.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-S0227-3 | D | 70570 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,705 | 172967101 | CITI GROUP INC | 46497.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 46349.55 | 148.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-S0227-3 | D | 22482 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,368 | 191216100 | COCA COLA CO | 61148.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 61094.88 | 54.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-S0227-3 | D | 74896 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|
| | | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,052 | 20030N101 | COMCAST CORP CL A | 33960.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 33878.52 | 82.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 79222 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK                NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,026 | 20825C104 | CONOCOPHILIPS | 53916.26 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 53875.26 | 41.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 09003 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 3,591 | 30231G102 | EXXON MOBIL CORP | 261855.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 72.880 | 261712.08 | 143.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-S0227-3 | D | 92200 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,239 | 369604103 | GENERAL ELECTRIC CO | 142390.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 142101.57 | 289.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

| MADF |

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0227-3 | D | 96526 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK          NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 171 | 38259P508 | GOOGLE | 57701.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 57695.40 | 6.00 | | | | |

*CONFIRMATION (Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-S0227-3 | D | 00853 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK            NY 10024

| | WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | | 1,710 | 428236103 | HEWLETT PACKARD CO | 59747.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 59679.00 | 68.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0227-3 | D | 09505 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST  STE 1D
NEW YORK            NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,933 | 458140100 | INTEL CORP | 57224.83 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 57067.83 | 157.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  Please see reverse for further details.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-S0227-3 | D | 05179 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ROBERT L SCHWARTZ
2004 REVOCABLE TRUST
300 CENTRAL PARK WEST   STE 1D
NEW YORK              NY 10024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 969 | 459200101 | INTERNATIONAL BUSINESS MACHS | 84602.63 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 84564.63 | 38.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  Please see reverse for further details