Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
David L. Barrack
Meredith A. Sharoky
Jaclyn L. Rabin

*Counsel for Stuart Perlen, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                  Plaintiff-Appellant,    :      SIPA LIQUIDATION
                             :      (Substantively Consolidated)
                  v.                 :      Adv. Pro. No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT            :
SECURITIES, LLC,                        :
                             :
               Defendant.               :
------------------------------------------------------------x
                             :
In re:                                  :
                             :
BERNARD L. MADOFF,                      :
                             :
Debtor.                                 :
------------------------------------------------------------x

## OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

      Stuart Perlen ("Perlen"), as trustee of the Revocable Trust dated January 4, 2008, by and

through his attorneys, Fulbright & Jaworski L.L.P., hereby objects to the Notice of Trustee's

Determination of Claim ("Determination") dated August 28, 2009, attached hereto as Exhibit A.

## **BACKGROUND**

      1.     On December 15, 2008, the above-captioned litigation proceeding was

commenced against Bernard L. Madoff Investment Securities, LLC ("BLMIS"), pursuant to the

Securities Investor Protection Act ("SIPA").  *See* Order, *SEC v. Madoff*, No. 08-10791 (S.D.N.Y.

- 1 -

Dec. 15, 2008) (Docket No. 4).  Irving Picard was appointed Trustee ("the BLMIS Trustee")

charged with overseeing the liquidation of BLMIS and processing customer claims pursuant to

SIPA.  *Id.*  15 U.S.C. § 78fff-1.

2.     On December 23, 2008, this Court issued, on an *ex parte* basis, an order directing

the Trustee to disseminate notice and claim forms to BLMIS customers and setting forth claim-

filing deadlines, as well as processes by which claims were to be submitted.  *See* Order on

Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of

Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and

Providing Other Relief (Docket No. 12), *SIPC v. Bernard L. Madoff Sec. LLC*, No. 08-01789

(Bankr. S.D.N.Y. Dec. 23, 2008) (the "Claims Procedures Order").  The Claims Procedures

Order sets forth the procedure to be followed by the Trustee when a customer's claim

"disagree[s] with the Debtor's books and records" and states that the Trustee "shall notify such

claimant by mail of his determination that the claim is disallowed, in whole or in part, and the

reason therefor . . . ."  *Id.* at 6.

3.     Perlen is a "customer" of BLMIS, as defined by SIPA.

4.     On or about June 8, 2009, Perlen filed an amended customer claim in this

proceeding.  *See* Exhibit B (the "Claim").  The Claim, including its reservation of rights, is

incorporated herein.  The Claim, related to BLMIS Account No. 1P0013, designated as Claim

Numbers 9371 and 11762, seeks recovery of the full value of the securities reflected in Perlen's

final BLMIS account statement, dated November 30, 2008.  This sum constitutes Perlen's "net

equity" as defined in SIPA.  *See* 15 U.S.C. § 78lll(11).

5.     On August 28, 2009, the Trustee sent Perlen the Determination, which states that

the Claim was "DENIED."  Determination at 1, Ex. A.  The Determination also states that "[n]o

securities were ever purchased for your account."  *Id*.  Moreover, it provides that "the amount of money you withdrew from your account at BLMIS (total of $6,429,076.47), as more fully set forth in Table 1 . . . is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,210,000.00)."  *Id*. at 1-2.  It goes on to say "[a]ny and all profits reported to you by BLMIS on account statements were fictitious."  *Id*. at 2.

6.      The BLMIS Trustee has taken the position that "net equity" should be determined by netting all deposits and withdrawals by the customer over the life of the customer's BLMIS account (*i.e.*, the "cash in/cash out method"), without regard to any gains reflected in the Final BLMIS Statement or prior BLMIS statements.  *See* Motion of Trustee for an Order to Schedule Hearing on "Net Equity" Issue (Aug. 27, 2009) (Docket No. 395).

7.      Perlen hereby objects to the Determination for the reasons described below.

## GROUNDS FOR OBJECTION

I.      **The BLMIS Trustee's View of Net Equity is Contrary to SIPA, Second Circuit Precedent and SIPC's Practices**

8.      Under SIPA, the BLMIS Trustee is obligated to "promptly discharge . . . all obligations of the debtor to a customer relating to, or net equity claims based upon, securities or cash, by the delivery of securities or the making of payments to or for the account of such customer . . . in so far as such obligations are ascertainable from the books and records of the debtor . . . ."  15 U.S.C. § 78fff-2 (b).  "Net equity" is defined as the amount the debtor owes the customer less any indebtedness of the customer to the debtor.  *Id*. § 78lll(11).  This definition of "net equity" binds the Trustee.  *See id*. § 78ccc(b)(4)(A).

9.      The BLMIS Trustee's "cash in/cash out" method of calculating "net equity" is erroneous and violates SIPA's definition of "net equity."

10.     SIPA plainly defines "net equity" as the value of the securities positions in a customer's account as of the SIPA filing date – *i.e.*, December 11, 2008 – minus any amount the customer owes the debtor.  Specifically:

> The term 'net equity' means the dollar amount of the account or accounts of a customer, to be determined by—
> (A) calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase *on the filing date*, all securities positions of such customer (other than customer name securities reclaimed by such customer); minus
> (B) any indebtedness of such customer to the debtor on the filing date ….

15 U.S.C.  § 78lll(11) (emphasis added); *see also In re New Times Secs. Servs., Inc.,* 371 F.3d 68, 72 (2d Cir. 2004) ("*New Times I*") ("Each customer's 'net equity' is 'the dollar amount of the account or accounts of a customer, to be determined by calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase on the filing date, all securities positions of such customer' corrected for 'any indebtedness of such customer to the debtor on the filing date.'").

11.     The fact that securities were never purchased by BLMIS does not affect the calculation of "net equity" as defined by SIPA.  *See New Times I* at 88.  The Second Circuit in *New Time I* addressed the situation where no securities were purchased by a broker and held that net equity claims for "fictitious" securities (which never existed and the market value for which could not be independently obtained or verified) were properly valued based on the amount of money that the claimants initially provided to the debtor.  *Id.* at 88.  Where the securities at issue were "real" and had publicly verifiable values, SIPC and the SIPC trustee gave customers the full benefit of the SIPA remedy, calculating "net equity" as the value of "real" securities reflected in a customer's account statements on the filing date.  *Id.* at 74, 87.  All of the securities reflected in

Perlen's final BLMIS account statement are real, publicly verifiable securities (*e.g.*, Citi Group, Inc., Exxon Mobil Corp., Microsoft Corp., Google, McDonalds Corp.). *See id.*

12.    In addition, the Determination is inconsistent with SIPA's legislative history, which requires the Trustee to meet the customer's "legitimate expectations."  Neither SIPA nor its legislative history excuses the Trustee from this duty because no securities were purchased by the debtor. *See*, *e.g.*, S. Rep. No. 95-763, at 2 (1978); H.R. Rep. No. 95-746, at 21.

13.    The Determination is also contrary to past SIPC policies and practices.  In a brief submitted to the Second Circuit in 2005, SIPC wrote:

> [R]easonable and legitimate expectations of the filing date are controlling *even where inconsistent with transactional reality*.  Thus, for example, where a claimant orders a securities purchase and receives a written confirmation statement reflecting that purchase, the claimant generally has a reasonable expectation that he or she holds the securities identified in the confirmation and therefore generally is entitled to recover those securities (within the limits imposed by SIPA), even where the purchase never actually occurred and the debtor instead converted the cash deposited by the claimant to fund that purchase.

*See* Br. of Appellant SIPC at 23-24, *In re New Times Secs. Servs., Inc.,* No. 05-5527-bk (2d Cir. Filed Dec. 27, 2005) ("*New Times II*") (emphasis added).

14.    Perlen's legitimate expectations arise from the written confirmations and account statements he received from BLMIS, which reflected that he owned certain securities valued at the amount reflected in his account statement dated November 30, 2008.  *See* Claim (Exhibit B). Perlen certainly had no expectation that BLMIS only owed him the net of what he deposited and withdrew over the life of his account.

## II.    The Determination Violates the Court's Claims Procedures Order of December 23, 2008

15.    The Determination fails to provide "the reason" for the disallowance of Perlen's claim, as required by the December 23, 2008 Order.  *See* Claims Procedures Order at 6.  The

- 5 -

Determination is void of relevant facts and legal theories upon which the objection is based. *See*, *e.g.*, Collier on Bankruptcy § 3007.01(3) (15th ed.) ("[A]n objection to a claim should . . . meet the [pleading] standards of an answer. It should make clear which facts are disputed; it should allege facts necessary to affirmative defenses; and it should describe the theoretical bases of those defenses.") The BLMIS Trustee's purported ground for the disallowance – that "[n]o securities were ever purchased for your account," Determination at 1 (Exhibit A), – is insufficient to meet the pleading standard.

16.    Providing no statutory or legal basis for its objection, the Determination falls short of meeting the necessary pleading standard.

17.    Thus, the Determination is inadequate to rebut the prima facie evidence of Perlen's Claim. *See* Section 502(a) Bankruptcy Code and Fed. R. Bankr. P. 3001(f).

18.    Moreover, the Determination does not state that the Claim "disagrees with the Debtor's books and records" and therefore does not comply with the Claims Procedures Order in that regard.

**III.    There is No Basis for Avoidance**

19.    To the extent the Determination is based upon any alternative valuation or avoidance theory, there is no basis in law, either case law or SIPA, for the Determination.

**IV.    Perlen is Entitled to Prejudgment Interest**

20.    Under theories of fraud, conversion and unjust enrichment, Perlen is entitled to recover prejudgment interest on the funds he deposited with BLMIS. *See* N.Y.C.P.L.R. §§ 5001, 5003; *Huang v. Sy*, 62 A.D.3d 660, 661-62 (2d Dep't 2009); N.Y. Gen. Oblig. § 5-501, *et seq.*; *Steinberg v. Sherman*, No. 07-1001, 2008 U.S. Dist. LEXIS 35786, at *14-15 (S.D.N.Y. May 2, 2008) ("Causes of action such as . . . conversion and unjust enrichment qualify for the recovery

of prejudgment interest."); *Eighteen Holding Corp. v. Drizin,* 268 A.D.2d 371, 372 (1st Dep't 2000) (awarding prejudgment interest on claims for unjust enrichment and conversion).

**V.     All of Perlen's Accounts Should Be Combined**

21.    Perlen should have the right to combine all three accounts (Account No. 1P0013, designated as Claim Numbers 9371 and 11762, Account No. 1P0043[1] and Account No. 1P0012, designated as Claim Numbers 9379 and 11760) of which he was the Trustee for purposes of calculating his award.

**VI.    Incorporation of All Prior and Future Objections**

22.    Perlen adopts and incorporates by reference all other objections filed by similarly situated claimants, whether filed now or at any point in the future.

### RELIEF REQUESTED

23.    For the reasons stated herein, the Claim should be allowed in its entirety, and the Court should direct SIPC to issue immediate payment to Perlen in the amount of the full balance reflected in his BLMIS account statement of November 30, 2008, plus interest from the date of the Determination, and such equitable relief as the Court deems appropriate.

24.    Perlen reserves the right to revise, supplement or amend this Objection, and any failure to object on a particular ground or grounds shall not be construed as a waiver of Perlen's right to object on any additional grounds.

---

[1] A Trustee Determination of Claim has not yet been received for Account No. 1P0043.

Dated:  New York
        September 25, 2009

Respectfully submitted,


By:____/s/ David L. Barrack_____

Fulbright & Jaworski L.L.P.
David L. Barrack
Meredith A. Sharoky
Jaclyn L. Rabin
666 Fifth Avenue
New York, New York  10103
(212) 318-3000

*Counsel for Stuart Perlen, Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Objection to

Trustee's Determination of Claim, was filed electronically via the ECF system with copies also

mailed by hand delivery this 25th day of September 2009, to:

>Clerk of the United States Bankruptcy Court
>Southern District of New York
>One Bowling Green
>New York, NY
>10004
>
>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011
>*Trustee for the Liquidation of the Business*
>*of Bernard L. Madoff Investment Securities LLC*

_____/s/ David L. Barrack_____
David L. Barrack

# Exhibit A

COPY

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

August 28, 2009

Stuart Perlen
Revocable Trust 1/4/08
7468 Mahogany Bend Ct
Boca Raton, FL 33434

Dear Mr. Perlen:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1P0013 designated as Claim Number 9371 and Claim Number 11762(the latter of which is duplicative of Claim Number 9371) and are combined ("Combined Claim") for purposes of this determination.:

Your Combined Claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $6,429,076.47), as more fully set forth in Table 1 annexed hereto and

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,210,000.00. As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($5,219,076.47) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

| Table 1 - | | |
|---|---|---|
| DEPOSITS | | |
| DATE | TRANSACTION DESCRIPTION | AMOUNT |
| 4/13/1992 | CHECK WIRE | $610,000.00 |
| 4/13/1992 | CHECK WIRE | $100,000.00 |
| 1/31/2001 | CHECK | $500,000.00 |
| **Total Deposits:** | | $1,210,000.00 |
| | | |
| WITHDRAWALS | | |
| DATE | TRANSACTION DESCRIPTION | AMOUNT |
| 10/7/2008 | CHECK | ($6,429,076.47) |
| **Total Withdrawals:** | | ($6,429,076.47) |
| | | |
| **Total deposits less withdrawals:** | | ($5,219,076.47) |

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the

grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after August 28, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:**  If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:**  If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date.  Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:**  You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10011

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:   Jaclyn Rabin
      Fulbright & Jaworski, LLP
      666 Fifth Avenue
      31st Floor
      New York, New York 10103

300027830.1

# Exhibit B

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Irving H. Picard, Esq.
Trustee for Madoff Inv.
Claims Processing Ctr.
2100 McKinney Ave
Suite 800
Dallas, TX 75201

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 4875 5619

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postmark Here

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To  Irving H. Picard, Esq. Claims Processing
Street, Apt No.;
or PO Box No.  2100 McKinney Ave Suite 800
City, State, ZIP+4  Dallas TX 75201

PS Form 3800, June 2002    See Reverse for Instructions

7003 3110 0004 4875 5619

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK, NY 10020
MAY 5 2009

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 7.03

Sent To  Irving H. Picard, Esq. Claims Processing
Street, Apt No.;
or PO Box No.  2100 McKinney Ave Suite 800
City, State, ZIP+4  Dallas TX 75201

PS Form 3800, June 2002

7003 3110 0004 4875 5619

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Irving H. Picard, Esq.
Trustee for Madoff Inv.
Claims Processing Ctr.
2100 McKinney Ave
Suite 800
Dallas, TX 75201

RECEIVED
JUN 0 8 2009

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 3110 0004 4875 5619

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**AMENDED**
# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _516-319-5039_

HOME: _561-479-2012_

Taxpayer I.D. Number (Social Security No.)
_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_

Account Number.   1P0013

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08
7468 MAHOGANY BEND CT
BOCA RATON, FL  33434

(If incorrect, please change)

**NOTE:**  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE MARCH 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE JULY 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.  Claim for money balances as of December 11, 2008 :

    a.   The Broker owes me a Credit (Cr.) Balance of          $ _____

    b.   I owe the Broker a Debit (Dr.) Balance of             $ _____

1

502180406

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

3

502180406

WITHDRAWAL AMOUNT

$6,429,076.47

885 Third ᴀ.
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

4/13/92

610,000.00

CLIENT'S ACCOUNT NUMBER

1-01642-3

**BERNARD L. MADOFF**
Investment Securities
New York □ London

WE HAVE THIS DAY                    CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:    CHECK WIRE

MADF

STUART PERLEN
33 BROADLAWN AVENUE
KINGS POINT                    NY 11024

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY    CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:    CHECK WIRE

4/13/92

100,000.00

CLIENT'S ACCOUNT NUMBER

1-01642-3

STUART PERLEN
33 BROADLAWN AVENUE
KINGS POINT        NY 11024



**BERNARD L. MADOFF**
**Investment Securities**

885 Third Avenue New York, NY 10022-4834

212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-F0013-3 | D | 71408 | 5 | 2 | | 12/30/94 | 12/30/94 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

STUART PERLEN
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,070,000 | 912794Q72 | U S TREASURY BILL DUE 3/2/1995 | 1060049.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.070 | 1060049.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE     ISCC    CSE    TARS

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,266,557.62CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 232,992.93CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .55CR |
| CURRENT CASH BALANCE | 1,499,550.00 NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | 1,499,550.55CR |

ANNUALIZED RETURN FOR CURRENT YEAR   18.34 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,499,550.55CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 314,001.57CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .12CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,813,552.00    NET LONG |
| TOTAL EQUITY | 1,813,552.12CR |

ANNUALIZED RETURN FOR CURRENT YEAR    20.93 %



**BERNARD L. MADOFF**
Investment Securities
New York □ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-P0013-3 | D | 82201 | 5 | 2 | | 12/31/98 | 12/31/98 |

CODES

IDENTIFICATION NO.

CONTRA PARTY                    C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

STUART PERLEN
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 2,200,000 | 912795BM0 | U S TREASURY BILL DUE 4/29/1999  Y.T.M. 4.40% 4/29/1999 | 2168320.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 98.560 | 2168320.00 | | | | | |

MEMBER:     NASD     CSE     SIPC     NSCC     DTC     ISCC

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street, Mayfair, London W1X 5AD. 0171-493 6222



**BERNARD L. MADOFF**
Investment Securities
New York ☐ London

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-P0013-3 | R | 75274 | 5 | 2 | | 12/31/98 | 12/31/98 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

STUART PERLEN
33 BROADLAWN AVENUE      NY 11024
KINGS POINT

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | 2,180,000 | 912795BA8 | U S TREASURY BILL | | |
| BOT | | | Due 2/11/1999 | 2/11/1999 | 2169100.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.500 | 2169100.00 | | | | | |

MEMBER:    NASD    CSE    SIPC    NSCC    DTC    ISCC

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street, Mayfair, London W1X 5AD. 0171-493 6222

PORTFOLIO MANAGEMENT REPORT AS OF    9/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                          1-P0013-3

33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,813,552.12CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 247,862.44CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 2,484.00CR |
| CURRENT CASH BALANCE | .56CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,063,898.00    NET LONG |
| TOTAL EQUITY | 2,063,898.56CR |

ANNUALIZED RETURN FOR CURRENT YEAR    18.45 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

33 BROADLAWN AVENUE       NY 11024
KINGS POINT

STARTING EQUITY FOR CURRENT YEAR                              2,176,2 0.74CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                                   451,91 .03CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                              .7   CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                2,628,112    R
TOTAL EQUITY                                                 2,628,112.  R    NET LONG

ANNUALIZED RETURN FOR CURRENT YEAR       20.76 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

33 BROADLAWN AVENUE        NY 11024
KINGS POINT

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,628,112.77CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 369,097.36CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .13CR |
| CURRENT CASH BALANCE | 2,997,210.00 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,997,210.13CR    NET LONG |
| TOTAL EQUITY | |

ANNUALIZED RETURN FOR CURRENT YEAR    14.00 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

STUART PERLEN                    1-P0013-3

33 BROADLAWN AVENUE
KINGS POINT           NY 11024

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,997,210.13CR |
| CAPITAL ADDITIONS | 500,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 503,632.74CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .87CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 4,000,842.00  NET LONG |
| TOTAL EQUITY | 4,000,842.87CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.57 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 4,000,842.87CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 565,118.88CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .50CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 4,565,961.25    NET LONG |
| TOTAL EQUITY | 4,565,961.75CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.12 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 4,565,961.75CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 481,327.16CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .41CR |
| CURRENT CASH BALANCE | 5,047,288.50 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | 5,047,288.91CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR   10.54 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                          1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 5,047,288.91CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 538,556.86CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .77CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 5,585,845.00 NET LONG |
| TOTAL EQUITY | 5,585,845.77CR |
| | |
| ANNUALIZED RETURN FOR CURRENT YEAR | 10.64 % |

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 5,585,845.77CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 562,539.91CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .68CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 6,148,385.00 |
| TOTAL EQUITY | 6,148,385.68CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR     10.07 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 6,148,385.68CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 834,440.37CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .55CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 6,982,825.50   NET LONG |
| TOTAL EQUITY | 6,982,826.05CR |

ALIZED RETURN FOR CURRENT YEAR    13.57 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                    1-P0013-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 6,982,826.05CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 812,689.19CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .74CR |
| CURRENT CASH BALANCE | 7,795,514.50 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 7,795,515.24CR  NET LONG |
| TOTAL EQUITY | |

ANNUALIZED RETURN FOR CURRENT YEAR    11.63 %

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

STUART PERLEN                           1-P0013-3
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON            FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 7,795,515.24CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 625,128.48CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 8,432.75CR |
| CURRENT CASH BALANCE | .47CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 8,429,076.00 |
| TOTAL EQUITY | 8,429,076.47CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR     10.82 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON        FL    33434

PERIOD ENDING: 11/30/08

PAGE: 1

YOUR ACCOUNT NUMBER: 1-P0013-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ********3274

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 516,563.04 | |
| 11/12 | 1,848 | | 88 | WELLS FARGO & CO NEW | 29.800 | 55,143.40 | |
| 11/12 | 1,320 | | 590 | HEWLETT PACKARD CO | 34.900 | 46,120.00 | |
| 11/12 | 1,144 | | 4414 | WAL-MART STORES INC | 55.830 | 63,914.52 | |
| 11/12 | 748 | | 4916 | INTERNATIONAL BUSINESS MACHS | 87.270 | 65,306.96 | |
| 11/12 | 2,772 | | 8760 | EXXON MOBIL CORP | 72.880 | 202,199.36 | |
| 11/12 | 3,036 | | 9242 | INTEL CORP | 14.510 | 44,173.36 | |
| 11/12 | 1,452 | | 13568 | JOHNSON & JOHNSON | 59.580 | 86,568.16 | |
| 11/12 | 1,980 | | 17893 | J.P. MORGAN CHASE & CO | 38.530 | 76,368.40 | |
| 11/12 | 1,056 | | 22219 | COCA COLA CO | 44.500 | 47,202.96 | |
| 11/12 | 616 | | 26549 | MCDONALDS CORP | 55.320 | 34,131.92 | |
| 11/12 | 1,144 | | 30871 | MERCK & CO | 28.550 | 32,706.20 | |
| 11/12 | 4,180 | | 35197 | MICROSOFT CORP | 21.810 | 91,332.80 | |
| 11/12 | 2,112 | | 39523 | ORACLE CORPORATION | 17.300 | 36,621.60 | |
| 11/12 | 836 | | 52501 | PEPSICO INC | 56.410 | 47,191.76 | |
| 11/12 | 484 | | 53003 | APPLE INC | 100.780 | 48,796.52 | |
| 11/12 | 3,564 | | 56827 | PFIZER INC | 16.940 | 60,516.16 | |
| 11/12 | 836 | | 57329 | ABBOTT LABORATORIES | 54.610 | 45,686.96 | |
| 11/12 | 1,584 | | 61153 | PROCTER & GAMBLE CO | 64.080 | 101,565.72 | |
| 11/12 | 572 | | 61655 | AMGEN INC | 59.160 | 33,861.52 | |
| 11/12 | 1,100 | | 65479 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 48,004.00 | |
| 11/12 | 2,640 | | 65981 | BANK OF AMERICA | 21.590 | 57,102.60 | |
| 11/12 | 880 | | 69805 | QUALCOMM INC | 33.770 | 29,752.60 | |
| 11/12 | 2,860 | | 70307 | CITI GROUP INC | 12.510 | 35,892.60 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7469 MAHOGANY BEND CT
BOCA RATON          FL  33434

PERIOD ENDING: 11/30/08
PAGE: 2

YOUR ACCOUNT NUMBER: 1-P0013-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******3274

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 660 | | 74131 | SCHLUMBERGER LTD | 49.480 | 32,682.80 | |
| 11/12 | 1,584 | | 74633 | COMCAST CORP CL A | 16.510 | 26,214.84 | |
| 11/12 | 3,124 | | 78457 | AT&T INC | 27 | 84,472.80 | |
| 11/12 | 792 | | 78959 | CONOCOPHILIPS | 52.510 | 41,618.92 | |
| 11/12 | 528 | | 82783 | UNITED PARCEL SVC INC CLASS B | 52.040 | 27,498.12 | |
| 11/12 | 3,212 | | 83285 | CISCO SYSTEMS INC | 16.730 | 53,884.76 | |
| 11/12 | 924 | | 87109 | U S BANCORP | 29.530 | 27,321.72 | |
| 11/12 | 1,100 | | 87611 | CHEVRON CORP | 73.430 | 80,817.00 | |
| 11/12 | 526 | | 91435 | UNITED TECHNOLOGIES CORP | 53.160 | 28,009.48 | |
| 11/12 | 5,588 | | 91937 | GENERAL ELECTRIC CO | 19.630 | 109,919.44 | |
| 11/12 | 1,496 | | 95761 | VERIZON COMMUNICATIONS | 30.410 | 45,552.36 | |
| 11/12 | 132 | | 96263 | GOOGLE | 337.400 | 44,541.80 | |
| 11/12 | | 50,000 | 20099 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 1,950,000 | 22698 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,948,752.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 11.1 |
| 11/12 | | 23,124 | 17798 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,124.0 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON          FL  33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-P0013-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******3274

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 20,287 | | 27167 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 20,287.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.63 |
| 11/19 | | 20,287 | 52621 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,287.00 |
| 11/19 | 150,000 | | 57171 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 149,889.00 | |
| 11/19 | 2,225 | | 61659 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,225.00 | |
| | | | | NEW BALANCE | | 639,499.73 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,124 | | | AT&T INC | 28.560 | | |
| | 836 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 572 | | | AMGEN INC | 55.540 | | |
| | 484 | | | APPLE INC | 92.670 | | |
| | 2,640 | | | BANK OF AMERICA | 16.250 | | |
| | 1,100 | | | CHEVRON CORP | 79.010 | | |
| | 3,212 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,860 | | | CITI GROUP INC | 8.290 | | |
| | 1,056 | | | COCA COLA CO | 46.870 | | |

CONTINUED ON PAGE  4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON        FL   33434

PERIOD ENDING: 11/30/08
PAGE: 4

YOUR ACCOUNT NUMBER: 1-P0013-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******3274

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,584 | | | COMCAST CORP CL A | 17.340 | | |
| | 792 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,772 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,588 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 132 | | | GOOGLE | 292.960 | | |
| | 1,320 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,038 | | | INTEL CORP | 13.800 | | |
| | 748 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,980 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,452 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 616 | | | MCDONALDS CORP | 56.750 | | |
| | 1,144 | | | MERCK & CO | 26.720 | | |
| | 4,180 | | | MICROSOFT CORP | 20.220 | | |
| | 2,112 | | | ORACLE CORPORATION | 16.090 | | |
| | 836 | | | PEPSICO INC | 56.700 | | |
| | 3,564 | | | PFIZER INC | 16.430 | | |
| | 1,100 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,584 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 880 | | | QUALCOMM INC | 33.570 | | |
| | 660 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 2,225 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 924 | | | U S BANCORP | 26.980 | | |
| | 528 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |

CONTINUED ON PAGE   5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON          FL   33434

PERIOD ENDING: 11/30/08    PAGE: 5

YOUR ACCOUNT NUMBER: 1-P0013-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******3274

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | 150,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 526 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,496 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,146 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,048 | | | WELLS FARGO & CO NEW | 28.820 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                SHORT 2,090,748.26 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON        FL   33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-P0013-3-0 | ********3274 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 57,782.41 |
| | | | | GROSS PROCEEDS FROM SALES | | | 48,635,039.96 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STUART PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON        FL   33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-P0013-4-0 | *******3274 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 516,564.00 |
| 11/12 | | 44 | 43849 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 69,476.00 |
| 11/12 | 44 | | 48175 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 78,364.00 | |
| 11/19 | | 44 | 38279 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 114,356.00 |
| 11/19 | 44 | | 38604 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 132,044.00 | |
| 11/19 | 44 | | 47929 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 13,724.00 | |
| 11/19 | | 44 | 47254 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 162,756.00 |
| | | | | NEW BALANCE | | | 639,500.00 |
| | | 44 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 44 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES

| LONG | SHORT |
|---|---|
| 72,600.00 | 102,520.00- |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES