Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York  10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
David L. Barrack
Meredith A. Sharoky
Jaclyn L. Rabin

*Counsel for Stuart Perlen, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                    Plaintiff-Appellant,    :        SIPA LIQUIDATION
                                        :        (Substantively Consolidated)
            v.                          :        Adv. Pro. No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT            :
SECURITIES, LLC,                        :
                                        :
                    Defendant.          :
--------------------------------------------------------------x
                                        :
In re:                                  :
                                        :
BERNARD L. MADOFF,                      :
                                        :
Debtor.                                 :
--------------------------------------------------------------x

**OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM**

Stuart Perlen ("Perlen"), as trustee of the Revocable Trust dated January 4, 2008

("Revocable Trust") by and through his attorneys, Fulbright & Jaworski L.L.P., hereby objects to

the Notice of Trustee's Determination of Claim ("Determination") dated August 31, 2009,

attached hereto as Exhibit A.

## BACKGROUND

1.      On December 15, 2008, the above-captioned litigation proceeding was commenced against Bernard L. Madoff Investment Securities, LLC ("BLMIS"), pursuant to the Securities Investor Protection Act ("SIPA").  *See* Order, *SEC v. Madoff*, No. 08-10791 (S.D.N.Y. Dec. 15, 2008) (Docket No. 4).  Irving Picard was appointed Trustee ("the BLMIS Trustee") charged with overseeing the liquidation of BLMIS and processing customer claims pursuant to SIPA.  *Id.*  15 U.S.C. § 78fff-1.

2.      On December 23, 2008, this Court issued, on an *ex parte* basis, an order directing the Trustee to disseminate notice and claim forms to BLMIS customers and setting forth claim-filing deadlines, as well as processes by which claims were to be submitted.  *See* Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief (Docket No. 12), *SIPC v. Bernard L. Madoff Sec. LLC*, No. 08-01789 (Bankr. S.D.N.Y. Dec. 23, 2008) (the "Claims Procedures Order").  The Claims Procedures Order sets forth the procedure to be followed by the Trustee when a customer's claim "disagree[s] with the Debtor's books and records" and states that the Trustee "shall notify such claimant by mail of his determination that the claim is disallowed, in whole or in part, and the reason therefor . . . ."  *Id.* at 6.

3.      Perlen is a "customer" of BLMIS, as defined by SIPA.

4.      On or about June 8, 2009, Perlen filed an amended customer claim in this proceeding.  *See* Exhibit B (the "Claim").  The Claim, including its reservation of rights, is incorporated herein.  The Claim, related to BLMIS Account No. 1P0012, designated as Claim Numbers 9379 and 11760, seeks recovery of the full value of the securities reflected in Perlen's final BLMIS account statement, dated November 30, 2008.  This account was held in the name

of Myra Perlen, as beneficiary of the Revocable Trust.   This sum constitutes Perlen's "net

equity" as defined in SIPA.  *See* 15 U.S.C. § 78lll(11).

5.       On August 31, 2009, the Trustee sent Perlen the Determination, which states that

the Claim was "DENIED."  Determination at 1, Ex. A.  The Determination also states that "[n]o

securities were ever purchased for your account."  *Id*.  Moreover, it provides that "the amount of

money you withdrew from your account at BLMIS (total of $3,759,968.52), as more fully set

forth in Table 1 . . . is greater than the amount that was deposited with BLMIS for the purchase

of securities (total of $1,060,000.00)."  *Id*. at 1.  It goes on to say "[a]ny and all profits reported

to you by BLMIS on account statements were fictitious."  *Id*. at 2.

6.       The BLMIS Trustee has taken the position that "net equity" should be determined

by netting all deposits and withdrawals by the customer over the life of the customer's BLMIS

account (*i.e.*, the "cash in/cash out method"), without regard to any gains reflected in the Final

BLMIS Statement or prior BLMIS statements.  *See* Motion of Trustee for an Order to Schedule

Hearing on "Net Equity" Issue (Aug. 27, 2009) (Docket No. 395).

7.       Perlen hereby objects to the Determination for the reasons described below.

## GROUNDS FOR OBJECTION

**I.    The BLMIS Trustee's View of Net Equity is Contrary to SIPA, Second Circuit Precedent and SIPC's Practices**

8.       Under SIPA, the BLMIS Trustee is obligated to "promptly discharge . . . all

obligations of the debtor to a customer relating to, or net equity claims based upon, securities or

cash, by the delivery of securities or the making of payments to or for the account of such

customer . . . in so far as such obligations are ascertainable from the books and records of the

debtor . . . ."  15 U.S.C. § 78fff-2 (b).  "Net equity" is defined as the amount the debtor owes the

customer less any indebtedness of the customer to the debtor.  *Id*. § 78lll(11).  This definition of "net equity" binds the Trustee.  *See id*. § 78ccc(b)(4)(A).

9.      The BLMIS Trustee's "cash in/cash out" method of calculating "net equity" is erroneous and violates SIPA's definition of "net equity."

10.     SIPA plainly defines "net equity" as the value of the securities positions in a customer's account as of the SIPA filing date – *i.e.*, December 11, 2008 – minus any amount the customer owes the debtor.  Specifically:

11.     The term 'net equity' means the dollar amount of the account or accounts of a customer, to be determined by—

> (A) calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase *on the filing date*, all securities positions of such customer (other than customer name securities reclaimed by such customer); minus
>
> (B) any indebtedness of such customer to the debtor on the filing date ….

12.     15 U.S.C.  § 78lll(11) (emphasis added); *see also In re New Times Secs. Servs., Inc.*, 371 F.3d 68, 72 (2d Cir. 2004) ("*New Times I*") ("Each customer's 'net equity' is 'the dollar amount of the account or accounts of a customer, to be determined by calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase on the filing date, all securities positions of such customer' corrected for 'any indebtedness of such customer to the debtor on the filing date.'").

13.     The fact that securities were never purchased by BLMIS does not affect the calculation of "net equity" as defined by SIPA.  *See New Times I* at 88.  The Second Circuit in *New Time I* addressed the situation where no securities were purchased by a broker and held that net equity claims for "fictitious" securities (which never existed and the market value for which could not be independently obtained or verified) were properly valued based on the amount of

money that the claimants initially provided to the debtor.  *Id.* at 88.  Where the securities at issue

were "real" and had publicly verifiable values, SIPC and the SIPC trustee gave customers the full

benefit of the SIPA remedy, calculating "net equity" as the value of "real" securities reflected in

a customer's account statements on the filing date.  *Id.* at 74, 87.  All of the securities reflected in

Perlen's final BLMIS account statement are real, publicly verifiable securities (*e.g.*, Citi Group,

Inc., Exxon Mobil Corp., Microsoft Corp., Google, McDonalds Corp.).  *See id.*

14.    In addition, the Determination is inconsistent with SIPA's legislative history,

which requires the Trustee to meet the customer's "legitimate expectations."  Neither SIPA nor

its legislative history excuses the Trustee from this duty because no securities were purchased by

the debtor.  *See*, *e.g.*, S. Rep. No. 95-763, at 2 (1978); H.R. Rep. No. 95-746, at 21.

15.    The Determination is also contrary to past SIPC policies and practices.  In a brief

submitted to the Second Circuit in 2005, SIPC wrote:

> [R]easonable and legitimate expectations of the filing date are controlling
> *even where inconsistent with transactional reality*.  Thus, for example,
> where a claimant orders a securities purchase and receives a written
> confirmation statement reflecting that purchase, the claimant generally has
> a reasonable expectation that he or she holds the securities identified in the
> confirmation and therefore generally is entitled to recover those securities
> (within the limits imposed by SIPA), even where the purchase never
> actually occurred and the debtor instead converted the cash deposited by
> the claimant to fund that purchase.

*See* Br. of Appellant SIPC at 23-24, *In re New Times Secs. Servs., Inc.,* No. 05-5527-bk

(2d Cir. Filed Dec. 27, 2005) ("*New Times II*") (emphasis added).

16.    Perlen's legitimate expectations arise from the written confirmations and account

statements he received from BLMIS, which reflected that he owned certain securities valued at

the amount reflected in his account statement dated November 30, 2008.  *See* Claim (Exhibit B).

Perlen certainly had no expectation that BLMIS only owed him the net of what he deposited and

withdrew over the life of his account.

## II.    The Determination Violates the Court's Claims Procedures Order of December 23, 2008

17.    The Determination fails to provide "the reason" for the disallowance of Perlen's claim, as required by the December 23, 2008 Order.  *See* Claims Procedures Order at 6.  The Determination is void of relevant facts and legal theories upon which the objection is based.  *See*, *e.g.,* Collier on Bankruptcy § 3007.01(3) (15th ed.) ("[A]n objection to a claim should . . . meet the [pleading] standards of an answer.  It should make clear which facts are disputed; it should allege facts necessary to affirmative defenses; and it should describe the theoretical bases of those defenses.")  The BLMIS Trustee's purported ground for the disallowance – that "[n]o securities were ever purchased for your account," Determination at 1 (Exhibit A), – is insufficient to meet the pleading standard.

18.    Providing no statutory or legal basis for its objection, the Determination falls short of meeting the necessary pleading standard.

19.    Thus, the Determination is inadequate to rebut the prima facie evidence of Perlen's Claim.  *See* Section 502(a) Bankruptcy Code and Fed. R. Bankr. P. 3001(f).

20.    Moreover, the Determination does not state that the Claim "disagrees with the Debtor's books and records" and therefore does not comply with the Claims Procedures Order in that regard.

## III.    There is No Basis for Avoidance

21.    To the extent the Determination is based upon any alternative valuation or avoidance theory, there is no basis in law, either case law or SIPA, for the Determination.

## IV.    Perlen is Entitled to Prejudgment Interest

22.    Under theories of fraud, conversion and unjust enrichment, Perlen is entitled to recover prejudgment interest on the funds he deposited with BLMIS.  *See* N.Y.C.P.L.R. §§ 5001,

5003; *Huang v. Sy*, 62 A.D.3d 660, 661-62 (2d Dep't 2009); N.Y. Gen. Oblig. § 5-501, *et seq*.;

*Steinberg v. Sherman*, No. 07-1001, 2008 U.S. Dist. LEXIS 35786, at *14-15 (S.D.N.Y. May 2,

2008) ("Causes of action such as . . . conversion and unjust enrichment qualify for the recovery

of prejudgment interest."); *Eighteen Holding Corp. v. Drizin,* 268 A.D.2d 371, 372 (1st Dep't

2000) (awarding prejudgment interest on claims for unjust enrichment and conversion).

## IV.    All of Perlen's Accounts Should Be Combined

23.    Perlen should have the right to combine all three accounts (Account No. 1P0013,

designated as Claim Numbers 9371 and 11762, Account No. 1P0043[1] and Account No. 1P0012,

designated as Claim Numbers 9379 and 11760) of which he was the Trustee for purposes of

calculating his award.

## VI.    Incorporation of All Prior Objections

24.    Perlen adopts and incorporates by reference all other objections filed by similarly

situated claimants, whether filed now or at any point in the future.

## RELIEF REQUESTED

25.    For the reasons stated herein, the Claim should be allowed in its entirety, and the

Court should direct SIPC to issue immediate payment to Perlen in the amount of the full balance

reflected in his BLMIS account statement of November 30, 2008, plus interest from the date of

the Determination, and such equitable relief as the Court deems appropriate.

26.    Perlen reserves the right to revise, supplement or amend this Objection, and any

failure to object on a particular ground or grounds shall not be construed as a waiver of Perlen's

right to object on any additional grounds.

---

[1] A Trustee Determination of Claim has not yet been received for Account No. 1P0043.

Dated: New York
       September 25, 2009

Respectfully submitted,


By:    /s/ David L. Barrack             

Fulbright & Jaworski L.L.P.
David L. Barrack
Meredith A. Sharoky
Jaclyn L. Rabin
666 Fifth Avenue
New York, New York  10103
(212) 318-3000

*Counsel for Stuart Perlen, Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Objection to

Trustee's Determination of Claim, was filed electronically via the ECF system with copies also

mailed by hand delivery this 25th day of September 2009, to:

> Clerk of the United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, NY
> 10004
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011
> *Trustee for the Liquidation of the Business*
> *of Bernard L. Madoff Investment Securities LLC*

_/s/ David L. Barrack_____
David L. Barrack

# Exhibit A

COPY

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

August 31, 2009

Myra Perlen
Revocable Trust 1/4/08
7468 Mahogany Bend CT
Boca Raton, FL 33434

Dear Ms. Perlen:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1P0012, designated as Claim Numbers 9379 and 11760:

Your claims for securities are **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $3,759,968.52), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,060,000.00). As noted, no securities were ever purchased by BLMIS for

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

your account.   Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($2,699,968.52) was taken from other customers and given to you.  Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding.   Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order.   Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:**  If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after August 31, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:**  If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:**  If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date.  Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011

_____

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:    Jaclyn Rabin
Fulbright & Jaworski, LLP
666 Fifth Avenue
31st Floor
New York, New York 10103

Exhibit B

**Mr. Stuart Perlen**
7468 Mahogany Bend Ct.
Boca Raton, FL 33434

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

Sent To   Tevins H. Piccard, Esq. Claims Processing
Street, Apt No.; or PO Box No.   2100 Mc Kinney Ave. Suite 800
City, State, ZIP+4   Dallas, TX 75201

PS Form 3800, June 2002          See Reverse for Instructions

7003 3110 0004 4875 5589
7003 3110 0004 4875 5589

CERTIFIED MAIL™
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To   Tevins H. Picard, Esq. Claims Processing
Street, Apt No.; or PO Box No.   2100 Mc Kinney Ave. Suite 800
City, State, ZIP+4   Dallas, TX 75201

PS Form 3800, June 2002

7003 3110 0004 4875 5589

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving H. Picard, Esq.
Trustee of Madoff Inv.
Claims Processing Ctr.
2100 Mc Kinney Ave.
Suite 800
Dallas, TX 75201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

RECEIVED JUN 0 8 2009

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0004 4875 5589

PS Form 3811, August 2001          Domestic Return Receipt          102595-02M-1540

AMENDED
CUSTOMER CLAIM

Claim Number _____

Date Received _____

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Account Number:  1P0012
MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08
7468 MAHOGANY BEND CT
BOCA RATON, FL 33434

Provide your office and home telephone no.

OFFICE: _____

HOME:  561-425-2012

Taxpayer I.D. Number (Social Security No.)
07/-32-8003

(If incorrect, please change)

**NOTE:**   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.   Claim for money balances as of December 11, 2008:      See Statements
     a.    The Broker owes me a Credit (Cr.) Balance of         $ _____
     b.    I owe the Broker a Debit (Dr.) Balance of            $ _____

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

502180406

**WITHDRAWAL AMOUNT**

$3,759,968.52



MS Merrill Lynch

CHASE
90 Presidential Plaza
Syracuse, N.Y. 13202

50-937
213

Merrill Lynch,
Pierce, Fenner & Smith Inc.

Office
Disbursement Account
4804 Deer Lake Drive East
Jacksonville, FL 32246

00876-08883

| Date | Type | | Check Number | Amount |
|------|------|---|--------------|--------|
| 01/22/2008 | 0 | | | PAY | $530000.00 |

To The Order Of

BERNARD L MADOFF INV SERV

USA

Deposit to A/c of Myra Porten  1-20012-3

⑈008760888⑈  ⑈0213097⑈ ...

(212) 230-2424
(800) 221-2242
TELEX 235 13?
FAX (212) 486-817?

MADF Bernard L. Madoff
Investment Securities
New York □ London

WE HAVE THIS DAY          CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:   CHECK WIRE

4/13/92

290,000.00

CLIENT'S ACCOUNT NUMBER

1-01641-3

MYRA PERLEN
33 BROADLAWN AVENUE
KINGS POINT      NY 11024

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                              1-P0012-3
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 4,799,638.57CR |
| CAPITAL ADDITIONS | 530,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 424,711.70CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 5,618.25CR |
| CURRENT CASH BALANCE | .02CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 5,759,968.50 NET LONG |
| TOTAL EQUITY | 5,759,968.52CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.86 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                    1-P0012-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 4,299,843.78CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAMALS | |
| REALIZED P/L FOR CURRENT YEAR | 499,794.79CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .32CR |
| CURRENT CASH BALANCE | 4,799,638.25 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 4,799,638.57CR   NET LONG |
| TOTAL EQUITY | |

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                        1-P0012-3

7468 MAHOGANY BEND CT
  BOCA RATON        FL 33434

STARTING EQUITY FOR CURRENT YEAR                         3,786,923.57CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                              512,920.21CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                             .28CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           4,299,843.50   NET LONG
TOTAL EQUITY                                            4,299,843.78CR

ANNUALIZED RETURN FOR CURRENT YEAR    13.54 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                    1-P0012-3

7468 MAHOGANY BEND CT
BOCA RATON        FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,441,349.64CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 345,573.93CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .57CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,786,923.00 NET LONG |
| TOTAL EQUITY | 3,786,923.57CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.04 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

STARTING EQUITY FOR CURRENT YEAR                                3,110,653.79CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                                    330,695.85CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                                    .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                  3,441,349.00
TOTAL EQUITY                                                   3,441,349.64CR  NET LONG

ANNUALIZED RETURN FOR CURRENT YEAR    10.60 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 2,813,620.47CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 297,033.32CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .79CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,110,653.00    NET LONG |
| TOTAL EQUITY | 3,110,653.79CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.55 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,467,330.70CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 346,289.77CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .47CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,813,620.00 |
| TOTAL EQUITY | 2,813,620.47CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.03 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,151,832.87CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 315,497.83CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .70CR |
| CURRENT CASH BALANCE | 2,467,330.00 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | 2,467,330.70CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR   14.66 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

33 BROADLAWN AVENUE
KINGS POINT          NY 11024

STARTING EQUITY FOR CURRENT YEAR                                    1,886,952.85CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                                         264,880.02CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                                  .87CR
CURRENT CASH BALANCE                                                2,151,832.00    NET LONG
NET MARKET VALUE OF OPEN SECURITIES POSITIONS
TOTAL EQUITY                                                        2,151,832.87CR

ANNUALIZED RETURN FOR CURRENT YEAR    13.99 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                    1-P0012-3

33 BROADLAWN AVENUE    NY 11024
KINGS POINT

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,563,641.48CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 323,311.65CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .85CR |
| CURRENT CASH BALANCE | 1,886,952.00 NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | 1,886,952.85CR |

ANNUALIZED RETURN FOR CURRENT YEAR    20.67 %

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                     1-P0012-3

33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,302,846.56CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 178,068.48CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 1,788.00CR |
| CURRENT CASH BALANCE | .04CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,482,703.00   NET LONG |
| TOTAL EQUITY | 1,482,703.04CR |

ANNUALIZED RETURN FOR CURRENT YEAR     18.45 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

33 BROADLAWN AVENUE        NY 11024
KINGS POINT

STARTING EQUITY FOR CURRENT YEAR                          913,017.41CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                             165,849.30CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                            .71CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          1,078,866.00  NET LONG
TOTAL EQUITY                                           1,078,866.71CR

ANNUALIZED RETURN FOR CURRENT YEAR     18.11 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

MYRA PERLEN                          1-P0012-3

33 BROADLAWN AVENUE
KINGS POINT        NY 11024

STARTING EQUITY FOR CURRENT YEAR                         1,078,866.71CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                              223,979.85CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                              .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           1,302,846.00   NET LONG
TOTAL EQUITY                                            1,302,846.56CR

ANNUALIZED RETURN FOR CURRENT YEAR     20.76 %

# BERNARD L. MADOFF
## Investment Securities
885 Third Avenue New York, NY 10022-4834

P&S Dept. 212 230-2424
212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-P0012-3 | D | 63584 | 5 | 2 | | 12/16/94 | 12/16/94 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MYRA PERLEN
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 770,000 | 912794Q56 | U S TREASURY BILL DUE 2/16/1995 | 763070.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
| 99.100 | 763070.00 | | | | | |

## MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE     ISCC    CSE    TARS

**BERNARD L. MADOFF**
Investment Securities

885 Third Avenue New York, NY 10022-4834

212-230-2424
P&S Dept. 212 230-2436
800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-P0012-3 | D | 71407 | 5 | 2 | | 12/30/94 | 12/30/94 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MYRA PERLEN
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 770,000 | 912794Q72 | U S TREASURY BILL DUE 3/2/1995 | 762839.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.070 | 762839.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE     ISCC    CSE    TARS

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON      FL   33434

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 11/30/08 | PAGE 1 |
| | | | | | YOUR ACCOUNT NUMBER 1-P0012-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER ********8003 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 351,853.35 | |
| 11/12 | 1,848 | | 87 | WELLS FARGO & CO NEW | 29.800 | 55,143.48 | |
| 11/12 | 1,320 | | 589 | HEWLETT PACKARD CO | 34.900 | 46,120.00 | |
| 11/12 | 1,144 | | 4413 | WAL-MART STORES INC | 55.830 | 63,914.52 | |
| 11/12 | 768 | | 4915 | INTERNATIONAL BUSINESS MACHS | 87.270 | 67,306.96 | |
| 11/12 | 2,772 | | 8739 | EXXON MOBIL CORP | 72.880 | 202,131.36 | |
| 11/12 | 3,036 | | 9241 | INTEL CORP | 14.510 | 44,175.36 | |
| 11/12 | 1,452 | | 13567 | JOHNSON & JOHNSON | 59.580 | 86,568.16 | |
| 11/12 | 1,280 | | 17892 | J.P. MORGAN CHASE & CO | 38.530 | 75,368.40 | |
| 11/12 | 1,056 | | 24110 | COCA COLA CO | 44.655 | 47,202.96 | |
| 11/12 | 616 | | 26544 | MCDONALDS CORP | 55.370 | 34,131.92 | |
| 11/12 | 1,144 | | 30870 | MERCK & CO | 28.550 | 32,706.20 | |
| 11/12 | 4,180 | | 35196 | MICROSOFT CORP | 21.810 | 91,332.80 | |
| 11/12 | 2,112 | | 39528 | ORACLE CORPORATION | 17.300 | 36,621.89 | |
| 11/12 | 836 | | 52500 | PEPSICO INC | 56.410 | 47,191.76 | |
| 11/12 | 484 | | 53002 | APPLE INC | 100.780 | 48,796.52 | |
| 11/12 | 3,564 | | 56826 | PFIZER INC | 16.940 | 60,516.16 | |
| 11/12 | 836 | | 57328 | ABBOTT LABORATORIES | 54.610 | 45,686.96 | |
| 11/12 | 1,584 | | 61152 | PROCTER & GAMBLE CO | 64.080 | 101,565.72 | |
| 11/12 | 572 | | 61654 | AMGEN INC | 59.160 | 33,861.52 | |
| 11/12 | 1,100 | | 65478 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 48,004.00 | |
| 11/12 | 2,640 | | 65980 | BANK OF AMERICA | 21.590 | 57,107.60 | |
| 11/12 | 880 | | 69804 | QUALCOMM INC | 33.770 | 29,752.60 | |
| 11/12 | 2,860 | | 70306 | CITI GROUP INC | 12.510 | 35,892.60 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON        FL  33434

| | 11/30/08 | | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
| 1-P0012-3-0 | *******8003 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/12 | 660 | | 74130 | SCHLUMBERGER LTD | 49.480 | 32,592.80 | |
| 11/12 | 1,584 | | 74632 | COMCAST CORP | 16.510 | 26,216.84 | |
| | | | | CL A | | | |
| 11/12 | 3,124 | | 78458 | AT&T INC | 27 | 84,442.00 | |
| 11/12 | 792 | | 78958 | CONOCOPHILIPS | 52.510 | 41,619.92 | |
| 11/12 | 528 | | 82782 | UNITED PARCEL SVC INC | 52.840 | 27,498.12 | |
| | | | | CLASS B | | | |
| 11/12 | 3,212 | | 83284 | CISCO SYSTEMS INC | 16.750 | 53,864.70 | |
| 11/12 | 924 | | 87108 | U S BANCORP | 29.530 | 27,321.72 | |
| 11/12 | 1,100 | | 87610 | CHEVRON CORP | 73.630 | 80,817.00 | |
| 11/12 | 728 | | 91434 | UNITED TECHNOLOGIES CORP | 53.560 | | |
| 11/12 | 5,588 | | 91936 | GENERAL ELECTRIC CO | 29.630 | 165,915.44 | |
| 11/12 | 1,496 | | 95760 | VERIZON COMMUNICATIONS | 30.410 | 45,552.36 | |
| 11/12 | 132 | | 96262 | GOOGLE | 337.400 | 44,561.80 | |
| 11/12 | | 2,000,000 | 22692 | U S TREASURY BILL | 99.936 | | 1,998,720.0 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 8.5 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 17,351 | 17797 | FIDELITY SPARTAN | 1 | | 17,351.0 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 14,508 | | 27166 | FIDELITY SPARTAN | 1 | 14,508.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 1.1 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE     3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON    FL   33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-P0012-3-0 | *******8003 |



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 14,508 | 52620 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 14,508.00 |
| 11/19 | 125,000 | | 57170 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 21,427 | | 61658 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,427.00 | |
| | | | | NEW BALANCE | | 476,799.90 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,124 | | | AT&T INC | 28.560 | | |
| | 836 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 572 | | | AMGEN INC | 55.540 | | |
| | 484 | | | APPLE INC | 92.670 | | |
| | 2,640 | | | BANK OF AMERICA | 16.250 | | |
| | 1,100 | | | CHEVRON CORP | 79.010 | | |
| | 3,212 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,860 | | | CITI GROUP INC | 8.290 | | |
| | 1,056 | | | COCA COLA CO | 46.870 | | |
| | 1,584 | | | COMCAST CORP CL A | 17.340 | | |
| | 792 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,772 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,588 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON    FL    33434

11/30/08    4

1-P0012-3-0    ********8003



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 132 | | | GOOGLE | 292.960 | | |
| | 1,320 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,025 | | | INTEL CORP | 13.800 | | |
| | 748 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,980 | | | J. P. MORGAN CHASE & CO | 31.660 | | |
| | 1,452 | | | JOHNSON & JOHNSON | 58.580 | | |
| | | | | | | | |
| | 1,744 | | | MERCK & CO | 26.720 | | |
| | 4,180 | | | MICROSOFT CORP | 20.220 | | |
| | 2,112 | | | ORACLE CORPORATION | 16.890 | | |
| | 896 | | | PEPSICO INC | | | |
| | 5,564 | | | PFIZER INC | 16.430 | | |
| | 1,100 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,584 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 880 | | | QUALCOMM INC | | | |
| | 660 | | | SCHLUMBERGER LTD | 50.140 | | |
| | 21,427 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 924 | | | U S BANCORP | 26.980 | | |
| | 528 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 125,000 | | | U S TREASURY BILL DUE 03/26/2009 | 99.971 | | |
| | | | | 3/26/2009 | | | |
| | 528 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

| | BERNARD L. MADOFF |
|---|---|
| MADF | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON      FL   33434

PERIOD ENDING: 11/30/08    PAGE: 5

YOUR ACCOUNT NUMBER: 1-P0012-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8003

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,496 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,144 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,868 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 2,085,975.58 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON    FL   33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

YOUR ACCOUNT NUMBER: 1-P0012-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8003

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MYRA PERLEN
REVOCABLE TRUST DTD 1/4/08

7468 MAHOGANY BEND CT
BOCA RATON          FL  33434

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-P0012-5-D     YOUR TAXPAYER IDENTIFICATION NUMBER: ********8003



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 351,864.00 |
| 11/12 | | 44 | 43848 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 69,456.00 |
| 11/12 | 44 | | 48174 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 78,364.00 | |
| 11/19 | | 44 | 34278 | S & P 100 INDEX DECEMBER 430 CALL | 30 | | 114,356.00 |
| 11/19 | 44 | | 38603 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 132,044.00 | |
| 11/19 | 44 | | 43928 | S & P 100 INDEX NOVEMBER 460 CALL | 9 | 19,844.00 | |
| 11/19 | | 44 | 47253 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 162,756.00 |
| | | | | NEW BALANCE | | | 674,800.00 |
| | | 44 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 44 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 72,600.00 | SHORT 102,520.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES