## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 212 688 4500

HOME: 516 239 2685    Cell 917 2823634

Taxpayer I.D. Number (Social Security No.)

_____

Account Number: 1CM304
ARMAND LINDENBAUM
444 MADISON AVENUE SUITE 601
NEW YORK, NY 10022

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $ 2,831,122.65
   b. I owe the Broker a Debit (Dr.) Balance of    $ 0

1

502180406

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.  ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  4/03/09    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARMAND LINDENBAUM
444 MADISON AVENUE SUITE 601
NEW YORK    NY    10022

PERIOD ENDING: 10/31/08
YOUR ACCOUNT NUMBER: 1-CM304-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5720
PAGE: 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 150,596.15 |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 400 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | | 105 |
| 10/01 | | | | MERCK & CO DIV 9/08/08 10/01/08 | DIV | | 441.15 |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 130.45 |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | | 600 |
| 10/31 | 500,000 | | | CHECK WIRE | | | 500,000.00 |
| 10/31 | | | 6220 | U.S. TREASURY BILL DUE 2/12/2009 | 99.879 EA | 499,395.00 | |
| 10/31 | 2,301 | | 6667 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 2,301.00 | |
| | | | | NEW BALANCE | | | 150,596.66 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 13,946 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 2,725,000 | | | U.S. TREASURY BILL DUE 2/12/2009 | 99.879 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT 2,735,648.75 | | | |