**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Of Counsel:*
Paul P. Eyre, Esq.
Email: peyre@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### MOTION FOR ADMISSION TO PRACTICE
### <u>*PRO HAC VICE*</u> OF PAUL P. EYRE

　　　Paul P. Eyre, a member in good standing of the Bars of the State of Ohio, U.S. District

Court, Northern District of Ohio, U.S. Court of Appeals, Sixth Circuit and the U.S. Court of

Appeals, Second Circuit, respectfully requests admission, *pro hac vice*, before the Honorable

Burton R. Lifland, to represent Irving H. Picard, Trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

My contact information is as follows:

Paul P. Eyre, Esq.
BAKER HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44144-3485
T 212-621-0200 / F 216-696-0740
Email:  peyre@bakerlaw.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: Cleveland, Ohio<br>September 28, 2009 | Dated: New York, New York<br>September 28, 2009 |
| *s/Paul P. Eyre*<br>BAKER & HOSTETLER LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44144-3485<br>T 212-621-0200 / F 216-696-0740<br>Paul P. Eyre, Esq.<br>Email:  peyre@bakerlaw.com | *s/Marc E. Hirschfield*<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>(212) 589-4200 / Fax (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com<br><br>*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

300031870