Max Folkenflik, Esq.
FOLKENFLIK & McGERITY
1500 Broadway
21st Floor
New York, New York 10036
(212) 757-0400
mfolkenflik@fmlaw.net
*Attorneys for Gutmacher Enterprises, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| Vs. | **OBJECTION OF GUTMACHER ENTERPRISES, L.P. TO TRUSTEE'S DETERMINATION OF CLAIM AND REQUEST FOR A HEARING** |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

Gutmacher Enterprises, L.P. ("GEL"), by its attorneys Folkenflik & McGerity, hereby objects to the Notice of Trustee's Determination of Claim dated August 28, 2009 sent by Irving H. Picard and states as follows:

**BACKGROUND FACTS**

1.    Commencing on or about March 6, 1998, and continuing through December 11, 2008, the date of the filing of this proceeding, GEL maintained an account with Bernard L. Madoff Investment Securities, LLC ("BLMIS"), account no. GO299 (the "GEL Account").

2.    As of November 30, 2008, the GEL Account showed a positive cash balance of $2,187,510.38, comprised of a positive balance of specifically identified publicly-traded stocks, treasury bills and money market funds of $2,219,470.38, and a negative balance in S&P index funds (long positions minus short positions) of -$31,960.

{10449050:2}

3.     The investment instruments which were identified as being held in the GEL account on November 11, 2008, were all "securities" as that term is used in the Securities Investor Protection Act ("SIPA").     As of December 11, 2008, all of the investments held in the GEL account was reported to be held in securities within the meaning of that term under SIPA.

4.     In June, 2009, GEL filed a claim with Irving H. Picard, Trustee appointed by the Securities Investor Protection Corporation ("SIPC") for BLMIS (the "Trustee"), designated as Claim Number 011111.  Following the instructions of the Trustee to account for only deposits and withdrawals, but without prejudice to GEL's right to assert that the proper computation of the loss of securities in the GEL account should be based on the balances shown on the November 30, 2008 statement, claimant computed the "net equity" in the account.

5.     Because of the effect of the applicable statutes of limitation and because the reported returns on the Madoff investments were not disproportionate to the returns on a well-managed equity account during the period up to December 2002, Claimant believes that the appropriate starting balance for the computation of the losses in the account is the balance shown on the monthly statement for the account as of 6 years prior to December 11, 2008.  Claimant submits this claim on that basis.  Claimant has used the November 30, 2002 balance as the last balance available to Claimant before December 11, 2002.  Pursuant to the above methodology, GEL submitted a claim for loss of securities in the value of $191,013.00.  The Schedule of Deposits and Withdrawals submitted by GEL to the Trustee is annexed as Exhibit A.

6.       By notice dated August 28, 2009, the Trustee issued a Determination of Claim (the "Trustee's Determination," a copy of which is annexed as Exhibit B). The Trustee's Determination rejected the Claimant's claim for securities and rejected the claim for any amount of loss. Instead, the Trustee concluded that computing the deposits from March 3, 1998, and the withdrawals, which started on February 2, 2000, led to a computation of withdrawals in excess of deposits in the amount of $2,875,000.00.

7.       GEL hereby objects to the Trustee's Determination and each and every part thereof, and requests a hearing before the court to correctly determine the claim of GEL.

**THE TRUSTEE'S DETERMINATION DENYING GEL'S CLAIM FOR SECURITIES IN THE GEL ACCOUNT WAS IN ERROR.**

8.       The Trustee determined to deny GEL's claim for securities apparently based on the claim that "No securities were ever purchased for your account." Trustee's Determination at 1. GEL has not seen the books and record of BLMIS, and therefore is unable to verify the truth of that statement. In all events, the actual purchase of securities for the GEL account is not the standard in this Circuit for determining whether a claimant has a "securities claim" under SIPA. Instead, binding Second Circuit authority provides that "the Claimants in this case should be treated as having claims for securities because the confirmations and account statements that they received from the Debtors stated that the Claimants held securities in their accounts." *In re New Times Sec. Servs.*, 371 F.3d 68, 87 (2d Cir. N.Y. 2004), *citing* Amicus Curiae Brief filed by the Securities and Exchange Commission at 8. GEL received confirmations for each trade and an account statement each month. The final account statement dated November 30, 2008, (Exhibit C), "stated that the Claimant[ ] held securities in [its] accounts." The Trustee and this Court are bound

to follow the decision of the Second Circuit. The Trustee's Determination must be reversed in this respect.

## THE TRUSTEE'S DETERMINATION THAT GEL'S NET EQUITY MUST BE DETERMINED BY SUBTRACTING WITHDRAWALS FROM DEPOSITS WAS IN ERROR.

9.     The Trustee determined that the net equity of GEL's account should be determined by subtracting the total withdrawals from the total deposits in the GEL accounts. This approach does seem to be consistent with the approach adopted by the Second Circuit in *In re New Times*. However, GEL believes this approach to be in error in this case for two separate and independently sufficient reasons.

10.     First, in this case to apply such a rule would be to effectively apply the fraudulent conveyance rules to distributions which occurred more than six years ago, and thus are immune from attack based on the applicable statute of limitations for fraudulent conveyances. *See*, N.Y. C.P.L.R. 213. GEL believes that the Trustee must take as his starting balance  in the GEL accounts the amount which was reported on the BLMIS statements for the GEL accounts six years prior to December 11, 2008. The balance in the GEL accounts as of December 11, 2006, as shown on the account statement of November 30, 2002, was $2,816,013.00. Using that starting balance, the Trustee should have determined that the "net equity" in the GEL Account as of December 11, 2008, was $191,013.00. The Trustee's determination to deny GEL's claim in that amount was in error.

11.     Second, GEL respectfully asserts that for the purpose of determining "net equity" disregarding of the amounts of earnings and interest shown on BLMIS account statements is inconsistent with SIPA and its legislative history and entirely illogical and unsupportable. In *In re New Times,* the Second Circuit reviewed at length "the language of the statute, its

purposes of protecting investors and inspiring confidence in the securities markets, and the specific history surrounding the drafting of the relevant language found in section 9(a)(1) of SIPA, 15 U.S.C. § 78fff-3(a)(1)..." *Id.* at 87. Section 9(a)(1) relates to distinguishing "cash" from "securities" for the purpose of determining the amount of SIPC insurance protection an investment has. The Second Circuit and the SEC concluded that "When a customer has been sent confirmations and account statements reflecting his securities purchases and showing that he holds the securities in his account, his claim, in the Commission's view, involves the debtor's function as securities custodian and is one for securities ... " *In re New Times Sec. Servs.*, 371 F.3d at 87. However, there is nothing in the purpose of the act, the language of the statute, or the legislative history which would allow the character of the holdings in the account to be characterized as securities, and the broker's conduct to be one of a "securities custodian," and to nonetheless ignore those conclusions when determining whether to credit the customer for profits and losses in those "securities."

12.    The Second Circuit and SEC argued that to credit the customer with such profits and losses would be to base recovery on "fictitious amounts in the [brokerage] firm's books and records [and] would allow customers to recover arbitrary amounts that necessarily have no relation to reality..." *In re New Times Sec. Servs.*, 371 F.3d at 88, *citing* Amicus Curiae Brief filed by the Securities and Exchange Commission at 16. To the contrary, however, the amounts are not merely found on the brokerage firm's books, but are publicly available securities trading records, found in published newspapers, magazines, and in numerous online sources. The trading profits and loses shown on the BLMIS account statements were consistent with the public information available to GEL and in fact represented the profits

and losses which would have been realized if the securities shown in the GEL accounts had in fact been purchased. Therefore, it is neither "irrational" nor "unworkable" to give the customer the benefits of trading in securities which should have been in the customer's account, but were not. What is irrational is to conclude, and the Second Circuit and SEC conceded they must, that Congress intended to treat securities shown in confirmations and monthly statements as securities which were purchased, even if they were not, but to deny the customer the benefits of holding those securities.

Dated: New York, New York
      September 28, 2009

Respectfully submitted,

FOLKENFLIK & McGERITY

By:_____
        Max Folkenflik
1500 Broadway, 21st Floor
New York, New York 10036
(212) 757-0400

*Attorneys for Gutmacher Enterprises, L.P.*

# EXHIBIT A

## CLAIM OF GUTMACHER ENTERPRISES
Schedule of Deposits and Withdrawals
Bernard L. Madoff Investment Securities LLC.
Account No. 1-G0299

From 8-31-97 to 11-30-08

| Transaction | Date | Amount | |
|---|---|---|---|
| | | | |
| **Balance As of:** | **11/30/2002\*\*** | **$2,816,013.00** | |
| | | | |
| | | | |
| Withdrawal | 3/24/03* | $300,000.00 | |
| Withdrawal | 6/13/03* | $300,000.00 | |
| Withdrawal | 11/19/03* | $250,000.00 | |
| Withdrawal | 3/12/04* | $200,000.00 | |
| Withdrawal | 3/24/05* | $200,000.00 | |
| Withdrawal | 5/4/05* | $200,000.00 | |
| **Contribution** | 9/29/05* | $2,000,000.00 | |
| Withdrawal | 5/23/06 | $300,000.00 | |
| Withdrawal | 12/19/06 | $150,000.00 | |
| Withdrawal | 4/11/07 | $200,000.00 | |
| Withdrawal | 6/19/07 | $200,000.00 | |
| Withdrawal | 9/6/07 | $250,000.00 | |
| Withdrawal | 10/18/07 | $200,000.00 | |
| Withdrawal | 1/15/08 | $200,000.00 | |
| Withdrawal | 2/21/08 | $525,000.00 | |
| Withdrawal | 4/18/08 | $250,000.00 | |
| Withdrawal | 7/02/08 | $150,000.00 | |
| Withdrawal | 7/31/08 | $150,000.00 | |
| Withdrawal | 9/25/08 | $200,000.00 | |
| Withdrawal | 10/20/08 | $100,000.00 | |
| Withdrawal | 11/06/08 | $300,000.00 | |
| | | | |
| | | | |
| | | | |
| **Net Deposits Total** | | | $191,013.00 |

*Claimants have been unable to confirm these against actual BMIS statements

** Because of the effect of the applicable statutes of limitation and because the reported returns on the Madoff investments were not disproportionate to the returns on a well managed equity account during the period up to December 2002, Claimant believes that the appropriate starting balance for the computation of the losses in the account is the balance shown on the monthly statement for the account as of 6 years prior to December 11, 2008. Claimant submits this claim on that basis. Claimant has used the November 30, 2002 balance as the last balance available to Claimant before December 11, 2002. Claimant's claim is without prejudice to Claimant's right to assert that the amount of the loss should be computed based on the reported statement values as of December 11, 2008, should a court determine that such an approach is appropriate.

# EXHIBIT B



# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008₁

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

August 28, 2009

Gutmacher Enterprises
c/o Barbara Girard
The New York Palace
455 Madison Ave.
New York, NY 10022

Dear Ms. Girard:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account. No. 1G0299 designated as Claim Number 011111:

Your claim for a credit balance of $191,013.00 and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $9,275,000.00), as more fully set forth in Table 1 annexed hereto and made a part

---

1 Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $6,400,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($2,875,000.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after August 28, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10011

_____

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:   Folkenflik & McGerity
      1500 Broadway
      New York, NY  10036

cc:   Family Management Corp.
      485 Madison Ave.
      New York, NY  10022

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 3/6/1998 | CHECK WIRE | $1,000,000.00 |
| 4/24/1998 | CHECK WIRE | $1,000,000.00 |
| 6/30/1998 | CHECK WIRE | $2,000,000.00 |
| 3/22/2001 | STOP PAYMENT | $400,000.00 |
| 9/20/2005 | CHECK WIRE | $2,000,000.00 |
| **Total Deposits:** | | $6,400,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 2/2/2000 | CHECK | ($900,000.00) |
| 8/29/2000 | CHECK | ($400,000.00) |
| 10/19/2000 | CHECK | ($300,000.00) |
| 12/19/2000 | CHECK | ($300,000.00) |
| 3/15/2001 | CHECK | ($400,000.00) |
| 3/23/2001 | CHECK | ($400,000.00) |
| 4/30/2001 | CHECK | ($500,000.00) |
| 2/20/2002 | CHECK | ($350,000.00) |
| 4/25/2002 | CHECK | ($250,000.00) |
| 6/21/2002 | CHECK | ($250,000.00) |
| 8/16/2002 | CHECK | ($300,000.00) |
| 10/7/2002 | CHECK | ($300,000.00) |
| 3/20/2003 | CHECK | ($300,000.00) |
| 6/13/2003 | CHECK | ($300,000.00) |
| 11/19/2003 | CHECK | ($250,000.00) |
| 3/2/2004 | CHECK | ($200,000.00) |
| 3/23/2005 | CHECK | ($200,000.00) |
| 5/3/2005 | CHECK | ($200,000.00) |
| 5/23/2006 | CHECK | ($300,000.00) |
| 12/19/2006 | CHECK | ($150,000.00) |
| 4/11/2007 | CHECK | ($200,000.00) |
| 6/19/2007 | CHECK | ($200,000.00) |
| 9/6/2007 | CHECK | ($250,000.00) |
| 10/18/2007 | CHECK | ($200,000.00) |
| 1/15/2008 | CHECK | ($200,000.00) |
| 2/21/2008 | CHECK WIRE | ($525,000.00) |
| 4/18/2008 | CHECK | ($250,000.00) |
| 7/2/2008 | CHECK | ($150,000.00) |
| 7/31/2008 | CHECK | ($150,000.00) |
| 9/25/2008 | CHECK | ($200,000.00) |
| 10/20/2008 | CHECK | ($100,000.00) |

| | | |
|---|---|---|
| 11/6/2008 | CHECK | ($300,000.00) |
| **Total Withdrawals:** | | ($9,275,000.00) |
| | | |
| **Total deposits less withdrawals:** | | ($2,875,000.00) |

# EXHIBIT C

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADOFF SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES L P
JAN SUCIC
C/O M FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK          NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-G0299-3-0 | 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER: ******9204

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 172,385.98 | |
| | | | CHECK | | 300,000.00 | |
| | 325,000 | 48104 | U S TREASURY BILL DUE 2/12/2009 | 99.902 CH | | 324,681.50 |
| 24,681 | | 48105 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | 1 | 24,681.00 | |
| 1,222 | | 3611 | WAL-MART STORES INC | 55.830 | 68,272.26 | |
| 799 | | 4113 | INTERNATIONAL BUSINESS MACHS | 87.270 | 69,759.73 | |
| 2,961 | | 7937 | EXXON MOBIL CORP | 72.880 | 215,915.68 | |
| 3,243 | | 8439 | INTEL CORP | 14.510 | 47,184.93 | |
| 1,551 | | 12765 | JOHNSON & JOHNSON | 59.580 | 92,470.58 | |
| 2,115 | | 17090 | J.P. MORGAN CHASE & CO | 38.530 | 81,574.95 | |
| 1,128 | | 21416 | COCA COLA CO | 44.660 | 50,421.48 | |
| 658 | | 25742 | MCDONALDS CORP | 55.370 | 36,459.46 | |
| 1,222 | | 30068 | MERCK & CO | 28.550 | 34,936.10 | |
| 4,465 | | 34394 | MICROSOFT CORP | 21.810 | 97,359.65 | |
| 2,256 | | 38720 | ORACLE CORPORATION | 17.300 | 39,118.80 | |
| 893 | | 52200 | PEPSICO INC | 56.410 | 50,409.13 | |
| 517 | | 51698 | APPLE INC | 100.780 | 52,123.26 | |
| 3,807 | | 56024 | PFIZER INC | 16.940 | 64,642.58 | |
| 893 | | 56526 | ABBOTT LABORATORIES | 54.610 | 48,801.73 | |
| 1,692 | | 60350 | PROCTER & GAMBLE CO | 64.080 | | |
| 611 | | 60852 | AMGEN INC | 59.160 | | |

CONTINUED ON PAGE    2

2,187,510.38

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES L P
JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1-G0299-3-0 | 11/30/08 | 2 | *****9204 |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,175 | | 64676 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 51,277.00 | |
| 2,820 | | 65178 | BANK OF AMERICA | 21.590 | 60,995.80 | |
| 940 | | 69002 | QUALCOMM INC | 33.770 | 31,780.80 | |
| 3,055 | | 69504 | CITI GROUP INC | 12.510 | 38,340.05 | |
| 705 | | 73328 | SCHLUMBERGER LTD | 49.480 | 34,911.40 | |
| 1,692 | | 73830 | COMCAST CORP | 16.510 | 28,001.92 | |
| | | | CL A | | | |
| 3,337 | | 77654 | AT&T INC | 27 | 90,232.00 | |
| 846 | | 78156 | CONOCOPHILIPS | 52.510 | 44,456.46 | |
| 564 | | 81980 | UNITED PARCEL SVC INC | 52.040 | 29,372.56 | |
| | | | CLASS B | | | |
| 3,431 | | 82482 | CISCO SYSTEMS INC | 16.730 | 57,537.63 | |
| 987 | | 86306 | U S BANCORP | 29.530 | 29,185.11 | |
| 1,175 | | 86808 | CHEVRON CORP | 73.430 | 86,327.25 | |
| 564 | | 90632 | UNITED TECHNOLOGIES CORP | 53.160 | 30,004.24 | |
| 5,969 | | 91134 | GENERAL ELECTRIC CO | 19.630 | 117,140.47 | |
| 1,598 | | 94956 | VERIZON COMMUNICATIONS | 30.400 | 48,658.18 | |
| 141 | | 95460 | GOOGLE | 337.400 | 47,578.40 | |
| 1,974 | | 99284 | WELLS FARGO & CO NEW | 29.800 | 58,903.20 | |
| 1,410 | | 99786 | HEWLETT PACKARD CO | 34.800 | 49,265.00 | |
| | | 21896 | U S TREASURY BILL | 99.936 | | |
| | | | DUE 2/12/2009 | | | |
| | 2,100,000 | | 2/12/2009 | | | 2,098,656.00 |
| | | | FIDELITY SPARTAN | DIV | | 10.74 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/12/08 | | | |

CONTINUED ON PAGE   3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES L P

JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-G0299-3-0 | 11/30/08 | ******9204 | 3 |

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 47,237 | 16995 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,237.00 |
| 7,862 | | 26364 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,862.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .96 |
| 125,000 | | 51737 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 124,907.50 | |
| | 7,862 | 56335 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | | 7,862.00 |
| 23,767 | | 60776 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,767.00 | |
| | | | 3/26/2009 | | | |
| | | | NEW BALANCE U S TREASURY MONEY MARKET | | 303,703.19 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 3,337 | | | AT&T INC | 28.560 | | |
| 893 | | | ABBOTT LABORATORIES | 55.390 | | |
| 611 | | | AMGEN INC | 55.540 | | |
| 517 | | | APPLE INC | 92.670 | | |
| 2,820 | | | BANK OF AMERICA | 16.250 | | |
| 1,175 | | | CHEVRON CORP | 79.010 | | |
| 3,431 | | | CISCO SYSTEMS INC | 16.540 | | |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\* FOR ACCOUNT GUTMACHER ENTERPRISES L*P
JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK                     NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-G0299-3-0 | 11/30/08 | 4 |

YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*9204

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 3,055 | | | CITI GROUP INC | 8.290 | | |
| 1,128 | | | COCA COLA CO | 46.870 | | |
| 1,692 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 846 | | | CONOCOPHILIPS | 52.520 | | |
| 2,961 | | | EXXON MOBIL CORP | 80.150 | | |
| 5,969 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 141 | | | GOOGLE | 292.960 | | |
| 1,410 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,243 | | | INTEL CORP | 13.800 | | |
| 799 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,115 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,551 | | | JOHNSON & JOHNSON | 58.580 | | |
| 658 | | | MCDONALDS CORP | 58.750 | | |
| 1,222 | | | MERCK & CO | 26.720 | | |
| 4,465 | | | MICROSOFT CORP | 20.220 | | |
| 2,256 | | | ORACLE CORPORATION | 16.090 | | |
| 893 | | | PEPSICO INC | 56.700 | | |
| 3,807 | | | PFIZER INC | 16.430 | | |
| 1,175 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,692 | | | PROCTER & GAMBLE CO | 54.350 | | |
| 940 | | | QUALCOMM INC | 33.570 | | |
| 705 | | | SCHLUMBERGER LTD | 50.740 | | |
| 23,767 | | | U S TREASURY MONEY MARKET | 1 | | |
| | | | FIDELITY SPARTAN | | | |
| | | | | | | |
| | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES L P

JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK          NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
| --- | --- | --- |
| 1-G0299-3-0 | 11/30/08 | 5 |

YOUR TAX PAYER IDENTIFICATION NUMBER
******9204

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 987 | | | U S BANCORP | 26.980 | | |
| 564 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 125,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 564 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 1,598 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,222 | | | WAL-MART STORES INC | 55.880 | | |
| 1,974 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | | | |
| 2,219,470.38 | | | SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES L P
JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK                NY 10022

YOUR ACCOUNT NUMBER: 1-G0299-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****9204
PAGE: 6

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 20,539.84 |
| | | | GROSS PROCEEDS FROM SALES | | | 18,644,140.74 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT GUTMACHER ENTERPRISES LP

JAN SUCIC
C/O FAMILY MANAGEMENT
485 MADISON AVE 19TH FLOOR
NEW YORK NY 10022

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-G0299-4-0 | 11/30/08 | ******9204 | 1 |

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | |
| 47 | | 43046 | S & P 100 INDEX | 15.800 | | 172,386.00 |
| | | | NOVEMBER 460 CALL | | | |
| 47 | | 47372 | S & P 100 INDEX | 17.900 | 83,707.00 | |
| | | | NOVEMBER 450 PUT | | | |
| 47 | | 33476 | S & P 100 INDEX | 26 | | 122,153.00 |
| | | | DECEMBER 430 CALL | | | |
| 47 | | 37801 | S & P 100 INDEX | 30 | 141,047.00 | |
| | | | DECEMBER 420 PUT | | | |
| 47 | | 42126 | S & P 100 INDEX | 3 | 14,147.00 | |
| | | | NOVEMBER 460 CALL | | | |
| 47 | | 66451 | S & P 100 INDEX | 37 | | 173,853.00 |
| | | | NOVEMBER 450 PUT | | | |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | | | |
| | 47 | | S & P 100 INDEX | MKT PRICE | | 303,704.00 |
| | | | DECEMBER 430 CALL | 23.300 | | |
| | | | S & P 100 INDEX | 16.500 | | |
| | | | DECEMBER 420 PUT | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG 77,550.00 | | | |
| | | | SHORT 109,510.00- | | | |