**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589-4200
Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Of Counsel:*
Thomas R. Lucchesi, Esq.
Email:  tlucchesi@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE
<u>*PRO HAC VICE*</u> OF THOMAS R. LUCCHESI**

Thomas R. Lucchesi, a member in good standing of the Bar of the State of Ohio, respectfully requests admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Irving H. Picard, Trustee (the "Trustee") for the substantively consolidated liquidation

of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

My contact information is as follows:

Thomas R. Lucchesi, Esq.
BAKER HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44144-3485
T 212-621-0200 / F 216-696-0740
Email:  tlucchesi@bakerlaw.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Cleveland, Ohio
September 29, 2009

Dated: New York, New York
September 29, 2009

*s/Thomas R. Lucchesi*
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44144-3485
T 212-621-0200 / F 216-696-0740
Thomas R. Lucchesi
Email:  tlucchesi@bakerlaw.com

*s/Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200 / Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300032042