**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN
2717 NE 26TH AVENUE
LIGHTHOUSE POINT    FL    33064

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 193,706.99 | |
| 11/12 | 1,820 | | 2348 | WAL-MART STORES INC | 55.830 | 101,682.60 | |
| 11/12 | 1,190 | | 2850 | INTERNATIONAL BUSINESS MACHS | 87.270 | 103,898.30 | |
| 11/12 | 4,410 | | 6674 | EXXON MOBIL CORP | 72.880 | 321,576.80 | |
| 11/12 | 4,830 | | 7176 | INTEL CORP | 14.510 | 70,276.30 | |
| 11/12 | 2,310 | | 11502 | JOHNSON & JOHNSON | 59.580 | 137,721.80 | |
| 11/12 | 3,150 | | 15828 | J.P. MORGAN CHASE & CO | 38.530 | 121,495.50 | |
| 11/12 | 1,680 | | 20153 | COCA COLA CO | 44.660 | 75,095.80 | |
| 11/12 | 980 | | 24479 | MCDONALDS CORP | 55.370 | 54,301.60 | |
| 11/12 | 1,820 | | 28805 | MERCK & CO | 28.550 | 52,033.00 | |
| 11/12 | 6,650 | | 33131 | MICROSOFT CORP | 21.810 | 145,302.50 | |
| 11/12 | 3,360 | | 37457 | ORACLE CORPORATION | 17.300 | 58,262.00 | |
| 11/12 | 1,330 | | 50435 | PEPSICO INC | 56.410 | 75,078.30 | |
| 11/12 | 770 | | 50937 | APPLE INC | 100.780 | 77,630.60 | |
| 11/12 | 5,670 | | 54761 | PFIZER INC | 16.940 | 96,275.80 | |
| 11/12 | 1,330 | | 55263 | ABBOTT LABORATORIES | 54.610 | 72,684.30 | |
| 11/12 | 2,520 | | 59087 | PROCTER & GAMBLE CO | 64.080 | 161,581.60 | |
| 11/12 | 910 | | 59589 | AMGEN INC | 59.160 | 53,871.60 | |
| 11/12 | 1,750 | | 63413 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 76,370.00 | |
| 11/12 | 4,200 | | 63915 | BANK OF AMERICA | 21.590 | 90,846.00 | |
| 11/12 | 1,400 | | 67739 | QUALCOMM INC | 33.770 | 47,334.00 | |
| 11/12 | 4,550 | | 68241 | CITI GROUP INC | 12.510 | 57,102.50 | |
| 11/12 | 1,050 | | 72065 | SCHLUMBERGER LTD | 49.480 | 51,996.00 | |
| 11/12 | 2,520 | | 72567 | COMCAST CORP CL A | 16.510 | 41,705.20 | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT   FL   33064

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 4,970 | | 76391 | AT&T INC | 27 | 134,388.00 | |
| 11/12 | 1,260 | | 76893 | CONOCOPHILIPS | 52.510 | 66,212.60 | |
| 11/12 | 840 | | 80717 | UNITED PARCEL SVC INC CLASS B | 52.040 | 43,746.60 | |
| 11/12 | 5,110 | | 81219 | CISCO SYSTEMS INC | 16.730 | 85,694.30 | |
| 11/12 | 1,470 | | 85043 | U S BANCORP | 29.530 | 43,467.10 | |
| 11/12 | 1,750 | | 85545 | CHEVRON CORP | 73.430 | 128,572.50 | |
| 11/12 | 840 | | 89369 | UNITED TECHNOLOGIES CORP | 53.160 | 44,687.40 | |
| 11/12 | 8,890 | | 89871 | GENERAL ELECTRIC CO | 19.630 | 174,865.70 | |
| 11/12 | 2,380 | | 93695 | VERIZON COMMUNICATIONS | 30.410 | 72,470.80 | |
| 11/12 | 210 | | 94197 | GOOGLE | 337.400 | 70,862.00 | |
| 11/12 | 2,940 | | 98021 | WELLS FARGO & CO NEW | 29.800 | 87,729.00 | |
| 11/12 | 2,100 | | 98523 | HEWLETT PACKARD CO | 34.900 | 73,374.00 | |
| 11/12 | | 3,125,000 | 20634 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 3,123,000.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 75.27 |
| 11/12 | | 64,857 | 15732 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 64,857.00 |
| 11/12 | 3,600 | | 25101 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,600.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .44 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT    FL  33064

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 3,600 | 50357 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,600.00 |
| 11/19 | 200,000 | | 54993 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.926 | 199,852.00 | |
| 11/19 | 13,468 | | 59397 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,468.00 | |
| | | | | NEW BALANCE | | 389,286.38 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,970 | | | AT&T INC | 28.560 | | |
| | 1,330 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 910 | | | AMGEN INC | 55.540 | | |
| | 770 | | | APPLE INC | 92.670 | | |
| | 4,200 | | | BANK OF AMERICA | 16.250 | | |
| | 1,750 | | | CHEVRON CORP | 79.010 | | |
| | 5,110 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,550 | | | CITI GROUP INC | 8.290 | | |
| | 1,680 | | | COCA COLA CO | 46.870 | | |
| | 2,520 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,260 | | | CONOCOPHILIPS | 52.520 | | |
| | 4,410 | | | EXXON MOBIL CORP | 80.150 | | |
| | 8,890 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT    FL    33064

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 210 | | | GOOGLE | 292.960 | | |
| | 2,100 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,830 | | | INTEL CORP | 13.800 | | |
| | 1,190 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 3,150 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,310 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 980 | | | MCDONALDS CORP | 58.750 | | |
| | 1,820 | | | MERCK & CO | 26.720 | | |
| | 6,650 | | | MICROSOFT CORP | 20.220 | | |
| | 3,360 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,330 | | | PEPSICO INC | 56.700 | | |
| | 5,670 | | | PFIZER INC | 16.430 | | |
| | 1,750 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,520 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,400 | | | QUALCOMM INC | 33.570 | | |
| | 1,050 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 13,468 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,470 | | | U S BANCORP | 26.980 | | |
| | 840 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 200,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 840 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT    FL  33064

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,380 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,820 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,940 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                         SHORT | | | |
| | 3,297,490.30 | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT     FL   33064

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-CM300-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 21,764.81 |
| | | | | GROSS PROCEEDS FROM SALES | | | 18,256,451.82 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA S WALDMAN

2717 NE 26TH AVENUE
LIGHTHOUSE POINT    FL   33064

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM300-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4019

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 193,707.00 |
| 11/12 | | 70 | 41783 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 110,530.00 |
| 11/12 | 70 | | 46109 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 124,670.00 | |
| 11/19 | | 70 | 32214 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 181,930.00 |
| 11/19 | 70 | | 36539 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 210,070.00 | |
| 11/19 | 70 | | 40864 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 21,070.00 | |
| 11/19 | | 70 | 45189 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 258,930.00 |
| | | | | NEW BALANCE | | | 389,287.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 70 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 70 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG       SHORT 115,500.00    163,100.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES