UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE,
*PRO HAC VICE* OF PAUL P. EYRE**

This matter came before the Court upon the motion of Paul P. Eyre, a member in good standing of the Bars of the State of Ohio, U.S. District Court, Northern District of Ohio, U.S. Court of Appeals, Sixth Circuit and the U.S. Court of Appeals, Second Circuit for admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Paul P. Eyre is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
        September 30, 2009                                /s/Burton R. Lifland_____
                                                                       Honorable Burton R. Lifland
                                                                       United States Bankruptcy Judge