```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
In re                                :
                                     :    Case No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT         :
SECURITIES, LLC.,                    :
                                     :
              Debtor.                :
                                     :
------------------------------------ x
```

FILED
U.S. BANKRUPTCY COURT
2009 SEP 24  P 3: 31
S.D. OF N.Y.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  }
                   } ss:
COUNTY OF NEW YORK }

Qwandra Hercules, being duly sworn, deposes and says:

1.   I am not a party to the action, and am over 18 years of age.

A true copy of the *OBJECTION TO DENIAL OF CLAIMS 690, 908 AND 10072 BY TRUSTEE DATED AUGUST 28, 2009* was furnished by U.S. Mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York upon (i) Irving H. Picard, Trustee c/o Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10004 on September 23, 2009; and (ii) by hand-delivery upon the Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 on September 24, 2009.

_____
Qwandra Hercules

Sworn to before me this
24th day of September, 2009.

_____

DON ABRAHAM
Notary Public, State of New York
No. 02AB4977529
Qualified in New York County
Commission Expires April 18, 20 11

1440357_1