John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Claimant Pompart LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

---------------------------------------------------------------X

In re:

BERNARD L. MADOFF

    Debtor,

---------------------------------------------------------------X

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant Pompart LLC, by its attorneys Herrick, Feinstein LLP, hereby submits its objection to the Trustee's denial of its customer Claim Number 13964. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008 account statement

provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account statement, which shows a closing balance of $5,010,378.49. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
September 28, 2009

                                        HERRICK, FEINSTEIN LLP

By: _____
       John Oleske
       2 Park Avenue
       New York, New York 10016
       Telephone: 212-592-1400
       joleske@herrick.com
       *Attorneys for Claimant*
       *Pompart LLC*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061
Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK        NY   10018

Date: 11/30/08
Account: *****0207
Page: 1
1-P0100-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 291,824.37 |
| 11/12 | 4,452 | | 121 | WELLS FARGO & CO NEW | 29.800 | 132,847.60 | |
| 11/12 | 3,180 | | 623 | HEWLETT PACKARD CO | 34.900 | 111,109.00 | |
| 11/12 | 2,756 | | 4447 | WAL-MART STORES INC | 55.830 | 153,977.48 | |
| 11/12 | 1,802 | | 4949 | INTERNATIONAL BUSINESS MACHS | 82.270 | 153,332.54 | |
| 11/12 | 5,678 | | 8775 | EXXON MOBIL CORP | 72.050 | 408,959.64 | |
| 11/12 | 7,314 | | 9275 | INTEL CORP | 14.510 | 106,418.14 | |
| 11/12 | 3,498 | | 13601 | JOHNSON & JOHNSON | 59.580 | 208,549.84 | |
| 11/12 | 4,770 | | 17826 | J.P. MORGAN CHASE & CO | 38.530 | 183,878.10 | |
| 11/12 | 2,544 | | 22252 | COCA COLA CO | 44.660 | 113,716.04 | |
| 11/12 | 1,484 | | 26578 | MCDONALDS CORP | 55.370 | 82,228.08 | |
| 11/12 | 2,756 | | 30904 | MERCK & CO | 28.550 | 78,793.80 | |
| 11/12 | 10,070 | | 35230 | MICROSOFT CORP | 21.810 | 220,028.70 | |
| 11/12 | 5,080 | | 39558 | ORACLE CORPORATION | 17.500 | 88,225.40 | |
| 11/12 | 2,014 | | 52534 | PEPSICO INC | 56.450 | 113,689.74 | |
| 11/12 | 1,166 | | 53036 | APPLE INC | 100.780 | 117,555.48 | |
| 11/12 | 8,586 | | 56862 | ABBOTT LABORATORIES | 16.960 | 145,789.84 | |
| 11/12 | 2,014 | | 57262 | PFIZER INC | 54.610 | 110,061.54 | |
| 11/12 | 3,816 | | 61186 | PROCTER & GAMBLE CO | 64.080 | 244,681.28 | |
| 11/12 | 1,378 | | 61688 | AMGEN INC | 59.160 | 81,577.48 | |
| 11/12 | 2,650 | | 65512 | PHILIP MORRIS INTERNATIONAL | 43.600 | 115,666.00 | |
| 11/12 | 6,360 | | 66014 | BANK OF AMERICA | 21.570 | 137,536.40 | |
| 11/12 | 2,120 | | 69838 | QUALCOMM INC | 33.770 | 71,676.40 | |
| 11/12 | 6,890 | | 70340 | CITI GROUP INC | 12.510 | 86,468.90 | |

CONTINUED ON PAGE 2



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK            NY   10018

11/30/08    1-P0100-3-0    *****0207    2

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,590 | | 74164 | SCHLUMBERGER LTD | 49.480 | 78,736.20 | |
| 11/12 | 3,816 | | 74666 | COMCAST CORP CL A | 16.510 | 63,154.16 | |
| 11/12 | 7,526 | | 78491 | AT&T INC | 27 | 203,503.00 | |
| 11/12 | 1,908 | | 78992 | CONOCOPHILLIPS | 52.510 | 100,255.08 | |
| 11/12 | 1,272 | | 82816 | UNITED PARCEL SVC INC CLASS B | 52.040 | 66,244.88 | |
| 11/12 | 7,738 | | 83318 | CISCO SYSTEMS INC | 16.730 | 129,765.74 | |
| 11/12 | 2,226 | | 87142 | U S BANCORP | 29.530 | 65,822.78 | |
| 11/12 | 2,650 | | 87644 | CHEVRON CORP | 73.430 | 194,695.50 | |
| 11/12 | 1,272 | | 92408 | UNITED TECHNOLOGIES CORP | 53.160 | 67,609.52 | |
| 11/12 | 13,462 | | 93940 | GENERAL ELECTRIC CO | 19.650 | 264,527.86 | |
| 11/12 | 3,604 | | 95794 | VERIZON COMMUNICATIONS | 30.410 | 109,741.64 | |
| 11/12 | 318 | | 96296 | GOOGLE | 337.400 | 107,305.20 | |
| 11/12 | | 4,775,000 | 22531 | U S TREASURY BILL DUE 2/12/2009 | 99.938 | | 4,771,944.00 |
| 11/12 | | | 17831 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 79.82 |
| 11/12 | | 72,444 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 72,444.00 |
| 11/12 | 22,475 | | 27208 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,475.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.76 |
| | | | | CONTINUED ON PAGE 3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK   NY   10018

YOUR ACCOUNT NO: 1-P0100-3-0
DATE: 11/30/08
TAX ID: *****0207
PAGE: 3

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 22,475 | 52662 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,475.00 |
| 11/19 | 325,000 | | 57211 | U S TREASURY BILL DUE 03/26/2009 | 99.925 | 324,759.50 | |
| 11/19 | 15,294 | | 61700 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,294.00 | |
| | | | | NEW BALANCE | | 587,988.47 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 7,526 | | | ABBOTT LABORATORIES | 28.560 | | |
| | 2,014 | | | AMGEN INC | 52.390 | | |
| | 1,378 | | | APPLE INC | 55.540 | | |
| | 3,166 | | | BANK OF AMERICA | 16.250 | | |
| | 8,360 | | | CHEVRON CORP | 79.010 | | |
| | 2,650 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,738 | | | CITIGROUP INC | 8.290 | | |
| | 8,890 | | | COCA COLA CO | 46.870 | | |
| | 2,544 | | | COMCAST CORP CL A | 17.340 | | |
| | 3,816 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,908 | | | EXXON MOBIL CORP | 80.150 | | |
| | 6,678 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 13,462 | | | CONTINUED ON PAGE 4 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK     NY   10018

11/30/08       1-P0100-3-0       *****0207       4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 318 | | | GOOGLE | 292.960 | | |
| | 3,180 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,314 | | | INTEL CORP | 13.800 | | |
| | 1,802 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,770 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,498 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,484 | | | MCDONALDS CORP | 58.750 | | |
| | 2,756 | | | MERCK & CO | 26.720 | | |
| | 10,070 | | | MICROSOFT CORP | 20.220 | | |
| | 5,088 | | | ORACLE CORPORATION | 16.090 | | |
| | 2,014 | | | PEPSICO INC | 56.100 | | |
| | 8,586 | | | PFIZER INC | 16.430 | | |
| | 2,650 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,816 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 2,120 | | | QUALCOMM INC | 35.570 | | |
| | 1,590 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,294 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | 2,226 | | | US BANCORP | 26.980 | | |
| | 1,272 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 325,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 3/26/2009 | | | |
| | 1,272 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK    NY  10018

PAGE: 5
DATE: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****0207
YOUR ACCOUNT NUMBER: 1-P0100-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,604 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,756 | | | WAL-MART STORES INC | 55.880 | |  |
| | 4,452 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG    SHORT | | | |
| | | | | 5,010,278.49 | | | |





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK          NY   10018

Page: 6
Date: 11/30/08
Account No: *****0207

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES    32,303.45
                             29,108,697.06



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT POMPART LLC
MS LINDA MCCARTHY
MAHONEY COHEN & CO CPA, PC
12TH FLOOR
1065 AVENUE OF THE AMERICAS
NEW YORK          NY  10018

11/30/08   ******0207   1
1-P0100-4-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 291,825.00 |
| 11/12 | | 106 | 43882 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 167,374.00 |
| 11/12 | 106 | | 48208 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 188,786.00 | |
| 11/19 | | 106 | 34382 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 275,494.00 |
| 11/19 | 106 | | 38637 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 318,106.00 | |
| 11/19 | | 106 | 42962 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 31,906.00 | |
| 11/19 | 106 | | 47287 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 392,094.00 |
| | | | | NEW BALANCE | | | 587,989.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 106 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 106 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  174,900.00   SHORT 246,980.00- | | | |