John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Claimant A&G Goldman Partnership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                    Plaintiff-Applicant,

              v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.
------------------------------------------------------------ X
In re:

BERNARD L. MADOFF

                    Debtor,
------------------------------------------------------------ X

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant A & G Goldman Partnership, by its attorneys Herrick, Feinstein LLP, hereby submits its objection to the Trustee's denial of its customer Claim Number 015036. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008

account statement provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account statement, which shows a closing balance of $1,618,432.86. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
September 28, 2009

HERRICK, FEINSTEIN LLP

By: _____
    John Oleske
    2 Park Avenue
    New York, New York 10016
    Telephone: 212-592-1400
    joleske@herrick.com
    *Attorneys for Claimant*
    *A&G Goldman Partnership*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE    NY    10580

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-G0304-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5682

| DATE  | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN    | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|-------|---------------------------|---------------------------|--------|-------------|-----------------|--------------------------------|---------------------------------|
|       |                           |                           |        | BALANCE FORWARD |             | 138,401.24                    |                                 |
| 11/12 | 884                       |                           | 3613   | WAL-MART STORES INC | 55.830    | 49,388.72                      |                                 |
| 11/12 | 578                       |                           | 4115   | INTERNATIONAL BUSINESS MACHS | 87.270 | 50,465.06               |                                 |
| 11/12 | 2,142                     |                           | 7939   | EXXON MOBIL CORP | 72.860       | 156,193.96                     |                                 |
| 11/12 | 2,346                     |                           | 8441   | INTEL CORP | 14.510             | 34,133.46                      |                                 |
| 11/12 | 1,122                     |                           | 12767  | JOHNSON & JOHNSON | 59.580      | 66,892.76                      |                                 |
| 11/12 | 1,550                     |                           | 17092  | JP MORGAN CHASE CO | 38.530     | 59,711.90                      |                                 |
| 11/12 | 816                       |                           | 21418  | COCA COLA CO | 44.660           | 36,474.56                      |                                 |
| 11/12 | 476                       |                           | 25744  | MCDONALDS CORP | 55.370         | 26,375.12                      |                                 |
| 11/12 | 884                       |                           | 30070  | MERCK & CO INC | 28.550         | 25,278.20                      |                                 |
| 11/12 | 230                       |                           | 34396  | MICROSOFT CORP | 21.680         | 4,987.30                       |                                 |
| 11/12 | 1,632                     |                           | 38722  | ORACLE CORPORATION | 17.300     | 28,293.60                      |                                 |
| 11/12 | 646                       |                           | 51700  | PEPSICO INC | 56.610            | 36,465.86                      |                                 |
| 11/12 | 374                       |                           | 52202  | APPLE INC | 100.780             | 37,705.72                      |                                 |
| 11/12 | 2,754                     |                           | 56026  | PFIZER INC | 16.940            | 46,762.76                      |                                 |
| 11/12 | 646                       |                           | 56528  | ABBOTT LABORATORIES | 54.610    | 35,303.06                      |                                 |
| 11/12 | 1,224                     |                           | 60352  | PROCTER & GAMBLE CO | 64.080    | 78,481.92                      |                                 |
| 11/12 | 442                       |                           | 60854  | AMGEN INC | 59.180              | 26,165.72                      |                                 |
| 11/12 | 850                       |                           | 64678  | PHILIP MORRIS INTERNATIONAL | 43.660 | 37,094.00               |                                 |
| 11/12 | 2,040                     |                           | 65180  | BANK OF AMERICA | 21.590        | 44,124.60                      |                                 |
| 11/12 | 680                       |                           | 69004  | QUALCOMM INC | 33.770           | 22,990.60                      |                                 |
| 11/12 | 2,720                     |                           | 69506  | CITIGROUP INC | 12.510          | 21,735.70                      |                                 |
| 11/12 | 510                       |                           | 75330  | SCHLUMBERGER LTD | 49.480       | 25,254.80                      |                                 |
| 11/12 | 1,224                     |                           | 73832  | COMCAST CORP CL A | 16.510      | 20,256.24                      |                                 |
|       |                           |                           |        | CONTINUED ON PAGE 2 |             |                                |                                 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm    Doc 492    Filed 09/30/09    Entered 10/01/09 15:01:51    Main Document
Pg 4 of 9

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 74935222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE            NY  10580

**PAGE** 2
**PERIOD ENDING** 11/30/08
**YOUR TAXPAYER IDENTIFICATION NUMBER** *****5682
**YOUR ACCOUNT NUMBER** 1-G0304-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 2,414 | | AT&T INC 77656 | 27 | 65,274.00 | |
| 11/12 | 612 | | CONOCOPHILIPS 78158 | 52.510 | 32,160.12 | |
| 11/12 | 408 | | UNITED PARCEL SVC INC CLASS B 81982 | 52.040 | 21,248.32 | |
| 11/12 | 2,482 | | CISCO SYSTEMS INC 82484 | 16.730 | 41,622.86 | |
| 11/12 | 716 | | U.S. BANCORP 86908 | 29.530 | 21,112.42 | |
| 11/12 | 850 | | CHEVRON CORP 88010 | 73.430 | 62,449.50 | |
| 11/12 | 408 | | UNITED TECHNOLOGIES CORP 90634 | 53.160 | 21,705.28 | |
| 11/12 | 4,318 | | GENERAL ELECTRIC CO 91136 | 19.630 | 84,934.34 | |
| 11/12 | 1,156 | | VERIZON COMMUNICATIONS 94960 | 30.410 | 35,199.96 | |
| 11/12 | | | GOOGLE 95462 | 337.400 | | |
| 11/12 | 1,902 | | WELLS FARGO & CO NEW 99286 | 29.800 | 42,761.40 | |
| 11/12 | 1,428 | | HEWLETT PACKARD CO 99788 | | | |
| 11/12 | 1,020 | | HEWLETT PACKARD CO 21898 | 34.900 | 35,638.00 | |
| 11/12 | 1,550,000 | | U S TREASURY BILL DUE 2/12/2009 | 99.936 | 1,549,008.00 | |
| 11/12 | | | BANK CHARGE 2/12/2009 | | | 9.67 |
| 1/12 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 11/12 | 16,188 | | DIV 11/12/08 FIDELITY SPARTAN | 1 | 16,188.00 | |
| 1/12 | 18,540 | | U S TREASURY MONEY MARKET 26366 | 1 | 18,540.00 | |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 11/19 | | | DIV 11/19/08 | | | 2.26 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A E G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE    NY    10580

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5682
YOUR ACCOUNT NUMBER: 1-G0304-3-0
PAGE: 3

| DATE | BOUGHT / RECEIVED LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 18,540 | 51740 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 18,540.00 |
| 11/19 | 100,000 | | 56337 | U.S. TREASURY BILL DUE 03/26/2009 | 99.926 | 99,926.00 | |
| 11/19 | 20,480 | | 60779 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 20,480.00 | |
| 11/19 | 224,000 | | 63668 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 224,000.00 | |
| 11/19 | | 22,000 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,000.00 |
| | | | | NEW BALANCE | | 233,397.31 | |
| | | | | SECURITY POSITIONS AT MARKET | MKT PRICE | | |
| | 2,414 | | | ABBOTT LABORATORIES | 28.540 | | |
| | 646 | | | AMGEN INC | 52.390 | | |
| | 442 | | | APPLE INC | 55.540 | | |
| | 1,374 | | | BANK OF AMERICA | 92.670 | | |
| | 2,040 | | | CHEVRON CORP | 16.250 | | |
| | 850 | | | CISCO SYSTEMS INC | 79.010 | | |
| | 2,482 | | | CITIGROUP INC | 16.540 | | |
| | 2,210 | | | COCA COLA CO | 8.290 | | |
| | 1,816 | | | COMCAST CORP CL A | 46.870 | | |
| | 1,224 | | | | 17.340 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE          NY   10580

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER: ****-**-5692
YOUR ACCOUNT NUMBER: 1-G0304-3-0

| BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 612 | | CONOCOPHILIPS | 52.520 | | |
| 2,142 | | EXXON MOBIL CORP | 80.150 | | |
| 2,318 | | GENERAL ELECTRIC CO | 17.170 | | |
| 102 | | GOOGLE | 292.960 | | |
| 1,020 | | HEWLETT PACKARD CO | 35.280 | | |
| 2,346 | | INTEL CORP | 13.800 | | |
| 578 | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 1,530 | | J P MORGAN CHASE & CO | 31.660 | | |
| 1,122 | | JOHNSON & JOHNSON | 58.580 | | |
| 476 | | MCDONALDS CORP | 56.750 | | |
| 884 | | MERCK & CO | 26.720 | | |
| 3,230 | | MICROSOFT CORP | 20.220 | | |
| 1,632 | | ORACLE CORPORATION | 16.090 | | |
| 646 | | PEPSICO INC | 56.700 | | |
| 2,754 | | PFIZER INC | 16.490 | | |
| 850 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,224 | | PROCTER & GAMBLE CO | 64.350 | | |
| 680 | | QUALCOMM INC | 33.570 | | |
| 510 | | SCHLUMBERGER LTD | 50.740 | | |
| 20,400 | | FIDELITY SPARTAN | 1. | | |
|  |  | U S TREASURY MONEY MARKET |  |  |  |
| 714 | | U S BANCORP | 26.980 | | |
| 408 | | UNITED PARCEL SVC INC | 57.600 | | |
| | | GLASS B | | | |
| 100,000 | | U S TREASURY BILL | 99.971 | | |
|  |  | DUE 03/26/2009 |  |  |  |
|  |  | 9/26/2009 |  |  |  |
|  |  | CONTINUED ON PAGE 5 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE                NY  10580

PAGE: 5
DATE: 11/30/08
ACCOUNT NO: 1-G0304-3-0
TAX ID: ****5682

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | 408 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,156 | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,084 | | WAL-MART STORES INC | 55.880 | | |
| | 1,428 | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG 7,636,732.86 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A & G GOLDMAN PARTNERSHIP

C/O G GOLDMAN
9 RYE ROAD
RYE        NY 10580

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-G0304-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5682
PAGE: 6

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES         18,766,38
                                   17,753,969.81

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5682
YOUR ACCOUNT NUMBER: 1-G0304-4-0

A & G GOLDMAN PARTNERSHIP
C/O G GOLDMAN
9 RYE ROAD
RYE    NY    10580

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 138,402.00 |
| 11/12 | | 34 | 43048 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 53,686.00 |
| 1/12 | 34 | | 47374 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 60,554.00 | |
| 1/19 | | 34 | 33478 | S & P 100 INDEX DECEMBER 430 CALL | 26. | | 88,366.00 |
| 1/19 | 34 | | 37803 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 102,034.00 | |
| 1/19 | | 34 | 42228 | S & P 100 INDEX NOVEMBER 460 CALL | | 10,234.00 | |
| 1/19 | 34 | | 46453 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 125,766.00 |
| | | | | NEW BALANCE | | | 233,396.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 34 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  56,100.00   SHORT  79,220.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES