# Anne Haback

11 Torrey Pines Drive. Monroe Twp, NJ 08831 • (T) 732/656-7675 • (F) 732/656-671 • ahaback@aol.com

September 25, 2009

Clerk of the United States Bankruptcy Court
    for the Southern District of New York
One Bowling Green
New York, NY 10004

Ref: Liquidation of Bernard L. Madoff Investment Securities LLC
**Bankruptcy Case No. 08-01789 (BRL)**
BLMIS Account #1ZA166, Claim Number 000592
Lillian Pintow TTEE FBO Lillian Pintow, 703 North Shore, Tinton Falls, NJ 07753

RECEIVED OCT - 2 2009 BANKRUPTCY COURT, SDNY

Dear Sirs:

I am Lillian Pintow's daughter, Anne Haback, and have General Power of Attorney for my mother's affairs. My Mother is 96 years old and requests that I handle this matter and represent her interests.

**We have received the letter of September 16, 2006, denying our claim for $622,973.27 and offering $55,956.22. We respectfully disagree with this determination and decline the offer.**

The area of dispute arises in the withdrawals. Lillian Pintow categorically denies ever requesting and receiving any lump sum distribution from her account. **This specifically refers to the $75,000 withdrawal on 4/1/1993.** She never requested nor received the $75,000 listed in the table of deposits and withdrawals. We respectfully ask that you provide substantiation of the $75,000 amount in the form of a cancelled check.

My sister, Barbara Baumstein, and I have questioned her repeatedly on this matter and all of us are confident that she never received a check for $75,000. This account with Bernard Madoff Securities was designed to provide a source of steady dividend income on which she lived. She made numerous deposits through the years. As you can see by studying the enclosed list that although she had quarterly dividend distributions, **not once** between 1993 and 2008 did she have a round figure amount lump sum distribution, and certainly $75,000 distribution was out of character with this account.

Unfortunately we have no records dating back to 1993. Lillian Pintow moved to New Jersey from Pompano Beach, Florida in June 2006. Old records and papers were shredded prior to that move.

My mother, at 96 years of age, is physically on the frail side, but her mental abilities are thankfully very much intact and she is very rational and cognizant of this whole situation. Therefore I shall represent her as needed in written letters or in court appearances.

Sincerely yours,

*Anne Haback*
Anne Haback

Lillian Pintow
*Lillian Pintow*

Copy sent to:  Irving H. Picard, Trustee
               c/o Baker & Hostetler
               45 Rockefeller Plaza
               New York, New York 10011

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 12/4/1992 | CHECK | $115,000.00 |
| 12/29/1992 | CHECK | $10,000.00 |
| 1/4/1993 | CHECK | $50,000.00 |
| 8/1/1997 | CHECK | $25,000.00 |
| 2/2/1998 | CHECK | $30,000.00 |
| 10/19/1998 | CHECK | $20,000.00 |
| 4/14/1999 | CHECK | $25,000.00 |
| 9/1/2000 | CHECK | $100,000.00 |
| 5/4/2001 | CHECK | $40,000.00 |
| 10/15/2002 | CHECK | $35,000.00 |
| 1/21/2003 | CHECK | $25,000.00 |
| 1/23/2004 | CHECK | $50,000.00 |
| 1/26/2005 | CHECK | $50,000.00 |
| 7/27/2006 | CHECK | $50,000.00 |
| 10/15/2007 | CHECK | $50,000.00 |
| **Total Deposits:** | | $675,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 4/1/1993 | CHECK | ($75,000.00) |
| 4/8/1993 | CHECK | ($8,529.24) |
| 7/13/1993 | CHECK | ($1,281.03) |
| 10/13/1993 | CHECK | ($3,363.17) |
| 1/14/1994 | CHECK | ($3,029.50) |
| 4/13/1994 | CHECK | ($3,930.51) |
| 7/14/1994 | CHECK | ($2,873.27) |
| 10/13/1994 | CHECK | ($4,164.94) |
| 1/13/1995 | CHECK | ($2,197.84) |
| 4/13/1995 | CHECK | ($3,386.05) |
| 7/14/1995 | CHECK | ($4,677.88) |
| 10/16/1995 | CHECK | ($3,198.23) |
| 1/12/1996 | CHECK | ($2,832.80) |
| 4/12/1996 | CHECK | ($3,913.53) |
| 7/12/1996 | CHECK | ($2,728.51) |
| 10/11/1996 | CHECK | ($3,058.58) |
| 1/13/1997 | CHECK | ($5,377.80) |
| 4/10/1997 | CHECK | ($4,420.99) |
| 7/11/1997 | CHECK | ($5,655.12) |
| 10/10/1997 | CHECK | ($3,439.87) |
| 1/13/1998 | CHECK | ($3,784.20) |
| 4/8/1998 | CHECK | ($6,433.73) |
| 7/9/1998 | CHECK | ($6,173.23) |

| Date | Type | Amount |
|---|---|---|
| 10/9/1998 | CHECK | ($3,968.41) |
| 1/13/1999 | CHECK | ($8,623.69) |
| 4/13/1999 | CHECK | ($6,239.85) |
| 7/8/1999 | CHECK | ($14,300.31) |
| 10/8/1999 | CHECK | ($5,588.12) |
| 1/6/2000 | CHECK | ($6,377.19) |
| 4/7/2000 | CHECK | ($9,076.15) |
| 7/7/2000 | CHECK | ($5,689.24) |
| 10/11/2000 | CHECK | ($4,287.36) |
| 1/10/2001 | CHECK | ($6,125.62) |
| 4/6/2001 | CHECK | ($14,251.43) |
| 7/9/2001 | CHECK | ($9,968.02) |
| 10/9/2001 | CHECK | ($7,093.53) |
| 1/11/2002 | CHECK | ($10,873.97) |
| 4/10/2002 | CHECK | ($4,292.61) |
| 7/8/2002 | CHECK | ($14,673.29) |
| 10/7/2002 | CHECK | ($17,912.19) |
| 1/10/2003 | CHECK | ($7,221.31) |
| 4/9/2003 | CHECK | ($8,138.51) |
| 7/8/2003 | CHECK | ($10,857.32) |
| 10/9/2003 | CHECK | ($13,218.53) |
| 1/8/2004 | CHECK | ($5,408.12) |
| 4/8/2004 | CHECK | ($8,450.20) |
| 7/7/2004 | CHECK | ($14,568.02) |
| 10/7/2004 | CHECK | ($11,659.63) |
| 1/7/2005 | CHECK | ($9,303.26) |
| 4/7/2005 | CHECK | ($9,739.90) |
| 7/7/2005 | CHECK | ($10,450.08) |
| 10/7/2005 | CHECK | ($10,196.73) |
| 1/9/2006 | CHECK | ($16,348.04) |
| 4/7/2006 | CHECK | ($12,316.00) |
| 7/10/2006 | CHECK | ($13,625.28) |
| 10/6/2006 | CHECK | ($23,998.68) |
| 1/8/2007 | CHECK | ($14,163.69) |
| 4/4/2007 | CHECK | ($12,504.55) |
| 7/6/2007 | CHECK | ($16,463.71) |
| 10/4/2007 | CHECK | ($17,411.04) |
| 1/8/2008 | CHECK | ($14,957.92) |
| 4/7/2008 | CHECK | ($4,984.30) |
| 7/7/2008 | CHECK | ($31,151.07) |
| 10/6/2008 | CHECK | ($9,116.89) |
| **Total Withdrawals:** | | ($619,043.78) |
| **Total deposits less withdrawals:** | | $55,956.22 |