Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Nancy Feldman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Helen D. Chaitman, hereby certify that on October 5, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Nancy Feldman to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

　　　　　　David J. Sheehan, Esq.
　　　　　　Baker & Hostetler LLP
　　　　　　45 Rockefeller Plaza
　　　　　　New York, NY 10111

October 5, 2009

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Helen Davis Chaitman (4266)*

1092800.1