BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:	(212) 589-4200
Facsimile:	(212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON OCTOBER 6, 2009 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Chais, *et al.*; Adv. Pro. No. 09-1172**

1.	Motion to Shorten Time/Memorandum Of Law In Support Of Order To Show Cause Regarding Assets Of Stanley Chais filed by Walter H. Curchack on behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby

Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 9/29/2009) [Docket No. 17]

Related Documents:

A. Declaration of Eugene Licker in Support of Defendants' Motion Pursuant to Bankruptcy Rule 9077-1 for an Order to Show Cause filed by Walter H. Curchack on behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 9/29/2009) [Docket No. 18]

B. Declaration of Stanley Chais in Support of Defendants' Motion Pursuant to Bankruptcy Rule 9077-1 for an Order to Show Cause filed by Walter H. Curchack on behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 9/29/2009) [Docket No. 19]

C. Order to Show Cause signed on September 29, 2009 Regarding Assets of Stanley Chais (Filed: 9/29/2009) [Docket No. 20]

Status:    This matter is going forward.

2. Motion for Temporary Restraining Order and Preliminary Injunction (Filed: 10/1/2009) [Docket No. 21]

Related Documents:

A. Memorandum of Law in Support of Application For a Temporary Restraining Order and Preliminary Injunction and In Opposition to Defendants' Application (Filed: 10/1/2009) [Docket No. 22]

B. Order to Show Cause signed on October 1, 2009 Why A Temporary Restraining Order And Preliminary Injunction Should Not Be Entered (Filed: 10/1/2009) [Docket No. 23]

C. Certificate of Service of Application for Temporary Restraining Order and Preliminary Injunction, Order to Show Cause, Declarations and Memorandum of Law in Support of Application (Filed: 10/1/2009) [Docket No. 24]

Responses:

D. Memorandum of Law in Opposition to Plaintiff's Ex Parte Temporary Restraining Order and Motion for a Preliminary Injunction filed by Walter H. Curchack on

        behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 10/5/2009) [Docket No. 25]

    E.    Declaration of Eugene Licker in Opposition to Plaintiff's Motion for a Preliminary Injunction filed by Walter H. Curchack on behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 10/5/2009) [Docket No. 26]

    F.    Declaration of Stanley Declaration in Opposition to Plaintiff's Motion for a Preliminary Injunction filed by Walter H. Curchack on behalf of Appleby Productions Ltd., Pamela Chais, Stanley Chais, The Appleby Productions Ltd. Defined Contribution Plan, The Appleby Productions Ltd. Money Purchase Plan, The Appleby Productions Ltd. Profit Sharing Plan, The Chais 1991 Family Trust (Filed: 10/5/2009) [Docket No. 27]

    <u>Status</u>:    This matter is going forward.

Dated: New York, New York    Respectfully submitted,
October 5, 2009

*s/Marc Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300033225