WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon
Email: hsimon@windelsmarx.com
Regina Griffin
Email: rgriffin@windelsmarx.com

*Special Counsel to Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING**

　　**PLEASE TAKE NOTICE**, that the hearing (the "Hearing") to consider the Motion of Talon Air, Inc. for an Order (a) Compelling BLMIS Trustee to Pay Amounts Owed Under Aircraft Management Agreement, (b) Fixing Time for BLMIS Trustee to Assume or Reject Aircraft Management Agreement and (c) Modifying Stays to Permit Termination of Aircraft Lease Agreement, in the above-referenced adversary proceeding

{10529462:1}

previously adjourned to December 15, 2009 at 10:00 a.m. has been adjourned to **December 17, 2009 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order, shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefor, (iv) filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 10004 and must be served upon (a) Windels Marx Lane & Mittendorf, LLP, special counsel for the Trustee, 156 West 56th Street, New York, New York 10019, Attn: Regina Griffin, Esq. and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq. so as to be received no later then **December 11, 2009.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated: New York, New York
October 5, 2009

By:  /s/ Regina Griffin
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Email: hsimon@windelsmarx.com
Regina Griffin
Email: rgriffin@windelsmarx.com

*Special Counsel for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

{10529462:1}