CHRISTOPHER H. LAROSA
Associate General Counsel
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2207
Telephone: (202) 371-8300

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary No. 08-01789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| IN RE: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Christopher H. LaRosa, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced Adversary Proceeding.

I certify that I am a member in good standing of the bar in the State of Maryland, the District of Columbia, and the State of Florida (inactive), and of the bar of the United States District Court for the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 6, 2009
Washington, D.C.

Respectfully submitted,

/s/ Christopher H. LaRosa

Christopher H. LaRosa
Associate General Counsel
Securities Investor Protection Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Fax: (202) 371-6728
Email: clarosa@sipc.org