# EXHIBIT B

## (Part 1 of 5)

BERNARD L. MADOFF INVESTMENT SECURITIES LLC
In Liquidation
DECEMBER 11, 2008

# EXHIBITS TO
# <u>CUSTOMER CLAIM</u>

## ORTHOPAEDIC SPECIALTY GROUP PC
## DEFINED CONTRIBUTION PENSION PLAN
## (a/k/a Orthopaedic Specialty Group PC 401(k) Plan)

## BMIS ACCOUNT NO. 1O0004

75 Kings Highway Cutoff
Fairfield, CT 06430
(203) 337-2600 x-1288

## DEPOSITS AND WITHDRAWALS
## MADOFF SECURITIES

| | Date | Deposits | Withdrawals |
|---|---|---|---|
| 1993 | 04/15/93 | 75,000 | |
| | 07/08/93 | 70,000 | |
| | 08/16/93 | 50,000 | |
| | *Subtotal* | *195,000* | |
| 1994 | 03/29/94 | 78,000 | |
| 1995 | 03/28/95 | 100,000 | |
| | 05/10/95 | 35,000 | |
| | *Subtotal* | *135,000* | |
| 1996 | 09/19/96 | 190,000 | |
| 1997 | 03/28/97 | 100,000 | |
| | 05/01/97 | 50,000 | |
| | 07/10/97 | 50,000 | |
| | 08/18/97 | 38,000 | |
| | *Subtotal* | *238,000* | |
| 1998 | 01/13/98 | 125,000 | |
| | 02/17/98 | 40,000 | |
| | 03/12/98 | 50,000 | |
| | 04/15/98 | 50,000 | |
| | *Subtotal* | *265,000* | |
| 1999 | 01/25/99 | | 40,000 |
| | 05/19/99 | 30,000 | |
| | 10/26/99 | 45,000 | |
| | *Subtotal* | *75,000* | *40,000* |
| 2000 | 04/10/00 | 100,000 | |
| | 05/23/00 | 90,000 | |
| | 06/15/00 | 30,000 | |
| | 07/20/00 | 25,000 | |
| | 08/24/00 | 40,000 | |
| | 09/18/00 | 85,000 | |
| | 11/15/00 | 50,000 | |
| | *Subtotal* | *420,000* | |
| 2001 | 02/27/01 | 100,000 | |
| | 06/26/01 | 115,000 | |
| | 07/11/01 | 75,000 | |
| | 08/07/01 | 25,000 | |
| | 10/22/01 | 120,000 | |
| | *Subtotal* | *435,000* | |
| 2002 | 04/04/02 | 120,000 | |
| | 07/02/02 | 125,000 | |
| | 09/04/02 | 250,000 | |
| | *Subtotal* | *495,000* | |

## DEPOSITS AND WITHDRAWALS
## MADOFF SECURITIES

|      | Date     | Deposits  | Withdrawals |
|------|----------|-----------|-------------|
| 2003 | 03/12/03 | 300,000   |             |
|      | 06/04/03 | 140,000   |             |
|      | 06/24/03 | 80,000    |             |
|      | 08/13/03 | 80,000    |             |
|      | 11/05/03 | 160,000   |             |
|      | 11/10/03 | 70,000    |             |
|      | 12/19/03 | 320,000   |             |
|      | Subtotal | 1,150,000 |             |
| 2004 | 04/13/04 | 200,000   |             |
|      | 06/28/04 | 300,000   |             |
|      | 09/13/04 | 125,000   |             |
|      | Subtotal | 625,000   |             |
| 2005 | 03/11/05 | 225,000   |             |
|      | 04/26/05 | 100,000   |             |
|      | 05/26/05 | 225,000   |             |
|      | 06/30/05 | 275,000   |             |
|      | 11/07/05 | 100,000   |             |
|      | Subtotal | 925,000   |             |
| 2006 | 07/11/06 |           | 100,000     |
|      | 10/10/06 | 225,000   |             |
|      | 11/06/09 | 275,000   |             |
|      | Subtotal | 500,000   | 100,000     |
| 2007 | 03/16/07 | 300,000   |             |
|      | 05/14/07 |           | 250,000     |
|      | 08/13/07 | 325,000   |             |
|      | 10/29/07 | 900,000   |             |
|      | Subtotal | 1,525,000 | 250,000     |
| 2008 | 02/22/08 | 375,000   |             |
|      | 08/13/08 | 200,000   |             |
|      | 10/23/08 | 200,000   |             |
|      | 11/26/08 | 300,000   |             |
|      | Subtotal | 1,075,000 |             |
| TOTAL CONTRIBUTIONS | | 8,326,000 | 390,000 |

| MADF | **BERNARD L. MADOFF** **Investment Securities** New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/20/98

**CHECK**

125,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD        CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

Murray A. Morrison, MD, FACS
Orthopaedic Surgery
Joint Replacement

Herbert I. Hermele, MD, FACS
Orthopaedic Surgery
Trauma Surgery

Robert V. Dawe, MD, FACS
Orthopaedic Surgery
Pediatric Orthopaedics
Spine Disorders

Robert A. Stanton, MD, FACS
Orthopaedic Surgery
Sports Medicine
Arthroscopic Surgery

David F. Bindelglass, MD, FACS
Orthopaedic Surgery
Joint Replacement

Dante A. Brittis, MD, FACS
Orthopaedic Surgery
Sports Medicine
Shoulder Surgery

Rolf H. Langeland, MD
Orthopaedic Surgery
Sports Medicine

Edward P. McCreery, MD
Emeritus

Kathy DeLucia, PA-C

Nicole Norell, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
Administrator

February 18, 1998


Ms. Jodi Crupi
Bernard Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $40,000.

The account is Orthopaedic Specialty Group
Defined Contribution Pension Plan and the
number is 1-00004-3-0.

Thank you for your prompt attention to this
matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Administrator

---

**ORTHOPAEDIC SPECIALTY GROUP, PC**
DEFINED CONTRIBUTION PENSION PLAN
325 REEF RD.
FAIRFIELD, CT  06430

51-7218/2211
0044099331

126

Date Feb 16, 1998

Pay to the order of  Madoff Investment Securities  | $40,000.00

Forty thousand and 00/100

**people's bank**
CONNECTICUT

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/16/98

| CHECK | 50,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD        CT 06430

1—00004—3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

Murray A. Morrison, MD, FACS
Orthopaedic Surgery
Joint Replacement

Herbert I. Hermele, MD, FACS
Orthopaedic Surgery
Trauma Surgery

Robert V. Dawe, MD, FACS
Orthopaedic Surgery
Pediatric Orthopaedics
Spine Disorders

Robert A. Stanton, MD, FACS
Orthopaedic Surgery
Sports Medicine
Arthroscopic Surgery

David F. Bindelglass, MD, FACS
Orthopaedic Surgery
Joint Replacement

Dante A. Brittis, MD, FACS
Orthopaedic Surgery
Sports Medicine
Shoulder Surgery

Rolf H. Langeland, MD
Orthopaedic Surgery
Sports Medicine

Edward P. McCreery, MD
Emeritus

Kathy DeLucia, PA-C

Nicole Norell, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
Administrator

March 13, 1998

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check #127 for $50.000.

The account is Orthopaedic Specialty Group
401K Pension Plan and the account number is
1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                 5,481,713.09CR
CAPITAL ADDITIONS                                  215,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                       78,572.43CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          218,492.53CR
CURRENT CASH BALANCE                                     .38CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    5,993,777.67   NET LONG
TOTAL EQUITY                                     5,993,778.05CR

ANNUALIZED RETURN FOR CURRENT YEAR     21.48 %



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/98


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                 5,481,713.09CR
CAPITAL ADDITIONS                                  265,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                    1,131,427.92CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .01CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    6,878,141.00   NET LONG
TOTAL EQUITY                                     6,878,141.01CR

ANNUALIZED RETURN FOR CURRENT YEAR     19.81 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

April 15, 1998

Murray A. Morrison, MD, FACS
Orthopaedic Surgery
Joint Replacement

Herbert I. Hermele, MD, FACS
Orthopaedic Surgery
Trauma Surgery

Robert V. Dawe, MD, FACS
Orthopaedic Surgery
Pediatric Orthopaedics
Spine Disorders

Robert A. Stanton, MD, FACS
Orthopaedic Surgery
Sports Medicine
Arthroscopic Surgery

David F. Bindelglass, MD, FACS
Orthopaedic Surgery
Joint Replacement

Dante A. Brittis, MD, FACS
Orthopaedic Surgery
Sports Medicine
Shoulder Surgery

Rolf H. Langeland, MD
Orthopaedic Surgery
Sports Medicine

Edward P. McCreery, MD
Emeritus

Kathy DeLucia, PA-C

Nicole Norelli, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
Administrator

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check #132 for $50,000.

The account is Orthopaedic Specialty Group 401K Pension Plan and the account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Cordially,

Nancy A. Heske
Administrator

enc.

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/17/98

| CHECK | 50,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

Murray A. Morrison, MD, FACS
Orthopaedic Surgery
Joint Replacement

Herbert I. Hermele, MD, FACS
Orthopaedic Surgery
Trauma Surgery

Robert V. Dawe, MD, FACS
Orthopaedic Surgery
Pediatric Orthopaedics
Spine Disorders

Robert A. Stanton, MD, FACS
Orthopaedic Surgery
Sports Medicine
Arthroscopic Surgery

David F. Bindelglass, MD, FACS
Orthopaedic Surgery
Joint Replacement

Dante A. Brittis, MD, FACS
Orthopaedic Surgery
Sports Medicine
Shoulder Surgery

Rolf H. Langeland, MD
Orthopaedic Surgery
Sports Medicine

Edward P. McCreery, MD
Emeritus

Kathy DeLucia, PA-C

Nicole N. Lay, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
Administrator

January 11, 1999

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Due to a request for a withdrawal of funds from a former participant of our plan, Orthopaedic Specialty Group is requesting, via this letter a withdrawal of $40,000 from our account.

The account is Orthopaedic Specialty Group 401K Pension Plan and the account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

David Bindelglass, MD
Trustee

Nancy A. Heske
Administrator

325 Reef Road, Fairfield, CT 06430    (203) 255-2839    Fax (203) 254-3685
2900 Main Street, Stratford, CT 06497    (203) 377-5108    Fax (203) 378-6077
555 Bridgeport Avenue, Shelton, CT 06484    (203) 944-0042    Fax (203) 944-5428

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD            CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                      6,878,141.01CR
CAPITAL ADDITIONS                                        40,000.00-
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           369,390.40CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 5,475.00CR
CURRENT CASH BALANCE                                          .41CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         7,213,006.00    NET LONG
TOTAL EQUITY                                         7,213,006.41CR
```

ANNUALIZED RETURN FOR CURRENT YEAR   22.21 %


PORTFOLIO MANAGEMENT REPORT AS OF   6/30/99


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD            CT 06430
```


```
STARTING EQUITY FOR CURRENT YEAR                      6,878,141.01CR
CAPITAL ADDITIONS                                        30,000.00CR
CAPITAL WITHDRAWALS                                      40,000.00-
REALIZED P/L FOR CURRENT YEAR                           447,712.14CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               459,591.02CR
CURRENT CASH BALANCE                                          .14CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         7,775,444.03    NET LONG
TOTAL EQUITY                                         7,775,444.17CR
```

ANNUALIZED RETURN FOR CURRENT YEAR   26.71 %

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

5/21/99

| CHECK | 30,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD          CT 06430

1-00004-3          M

*no letter found.*

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3
DEFINED CONTRIBUTION PENSION                                           M
PLAN
325 REEF ROAD
FAIRFIELD              CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                    6,878,141.01CR
CAPITAL WITHDRAWALS                                      30,000.00CR
REALIZED P/L FOR CURRENT YEAR                           40,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS             1,123,003.61CR
CURRENT CASH BALANCE                                     44,260.69CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS              .28CR
TOTAL EQUITY                                          8,035,405.03   NET LONG
                                                     8,035,405.31CR
```

ANNUALIZED RETURN FOR CURRENT YEAR      22.76 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3
DEFINED CONTRIBUTION PENSION                                           M
PLAN
325 REEF ROAD
FAIRFIELD              CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                    6,878,141.01CR
CAPITAL WITHDRAWALS                                      75,000.00CR
REALIZED P/L FOR CURRENT YEAR                           40,000.00-
UNREALIZED P/L ON OPEN SECURITY POSITIONS             1,492,035.26CR
CURRENT CASH BALANCE                                       .27CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        8,405,176.00   NET LONG
TOTAL EQUITY                                         8,405,176.27CR
```

ANNUALIZED RETURN FOR CURRENT YEAR      21.73 %

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/29/99

| CHECK | 45,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
325 REEF ROAD
FAIRFIELD        CT 06430

1-00004-3              M





# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600      Fax (203) 337-2666

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD, FACS
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
*Administrator*

2119 Post Road
Fairfield, CT 06430
Tel (203) 337-2600

2900 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

April 5, 2000

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $100,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton
Trustee







**ORTHOPAEDIC SPECIALTY GROUP, PC** 51-7218/2211
0044099331
DEFINED CONTRIBUTION PENSION PLAN   No. **174**
75 KINGS HWY. CUTOFF
FAIRFIELD, CT  06430

Date 7/20/00

Pay to the order of *Madoff Securities*   $ 25,000.00

*Twenty five thousand and* 00/100   Dollars

**people's bank**
C O N N E C T I C U T

Memo 100004



**ORTHOPAEDIC SPECIALTY GROUP, PC** 51-7218/2211
0044099331
DEFINED CONTRIBUTION PENSION PLAN   No. **179**
75 KINGS HWY. CUTOFF
FAIRFIELD, CT  06430

Date 8/24/00

Pay to the order of *Madoff Securities*   $ 40,000.-

*Forty thousand and* 00/100   Dollars

**people's bank**
C O N N E C T I C U T

Memo 100004-30



**ORTHOPAEDIC SPECIALTY GROUP, PC** 51-7218/2211
0044099331
DEFINED CONTRIBUTION PENSION PLAN   No. **184**
75 KINGS HWY. CUTOFF
FAIRFIELD, CT  06430

Date Nov. 15, 2000

Pay to the order of *Madoff Securities*   $ 50,000.00

*Fifty thousand and* 00/100   Dollars

**people's bank**
C O N N E C T I C U T

Memo 100004-36



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600      Fax (203) 337-2666

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

———

Kathy DeLucia, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

———

Nancy A. Heske
*Administrator*

———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

September 18, 2000

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $85,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton
Trustee



PORTFOLIO MANAGEMENT REPORT AS OF 9/30/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC       1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                    8,405,176.27CR
CAPITAL ADDITIONS                                     370,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                       1,134,915.70CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS             123,811.20-
CURRENT CASH BALANCE                                        .97CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       9,786,279.80   NET LONG
TOTAL EQUITY                                        9,786,280.77CR
```

ANNUALIZED RETURN FOR CURRENT YEAR     15.78 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC       1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                    8,405,176.27CR
CAPITAL ADDITIONS                                     420,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                       1,250,180.44CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .71CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      10,075,356.00   NET LONG
TOTAL EQUITY                                       10,075,356.71CR
```

ANNUALIZED RETURN FOR CURRENT YEAR     14.49 %

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/01/01

| CHECK | 100,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3

PORTFOLIO MANAGEMENT REPORT AS OF 3/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3
DEFINED CONTRIBUTION PENSION                                                    M
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                       10,075,356.71CR
CAPITAL ADDITIONS                                         100,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                             420,237.84CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  46,082.16-
CURRENT CASH BALANCE                                             .08CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          10,549,512.31   NET LONG
TOTAL EQUITY                                           10,549,512.39CR
```

ANNUALIZED RETURN FOR CURRENT YEAR       15.00 %


PORTFOLIO MANAGEMENT REPORT AS OF  6/30/01


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3
DEFINED CONTRIBUTION PENSION                                                    M
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                       10,075,356.71CR
CAPITAL ADDITIONS                                         100,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                             845,696.78CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 184,890.86-
CURRENT CASH BALANCE                                             .33CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          10,836,162.30   NET LONG
TOTAL EQUITY                                           10,836,162.63CR
```

ANNUALIZED RETURN FOR CURRENT YEAR       13.13 %

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**7/05/01**

| CHECK | 115,000.00 |
|---|---|

**CLIENT'S ACCOUNT NUMBER**

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600      Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hormele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

Niki Bertrand, PA-C

Kathy DeLucia, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

Nancy A. Heske
*Administrator*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

July 16, 2001

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $75,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton
Trustee

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/23/01

| CHECK | 75,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

1-00004-3

# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600        Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

Niki Bertrand, PA-C

Kathy DeLucia, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

———

Nancy A. Heske
*Administrator*

———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

August 9, 2001

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $25,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton
Trustee



ORTHOPAEDIC SPECIALTY GROUP, PC
DEFINED CONTRIBUTION PENSION PLAN
75 KINGS. HWY. CUTOFF
FAIRFIELD, CT  06430

51-7218/2241
0044099331

201

Date Aug. 7 2001

Pay to the order of  Madoff Securities                $25,000.00

Twenty five thousand and 00/100                 Dollars

people's bank
CONNECTICUT

10000436

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

8/13/01

| CHECK | 25,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                    10,075,356.71CR
CAPITAL ADDITIONS                                      315,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                        2,281,078.89CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            1,321,050.00-
CURRENT CASH BALANCE                                          .26CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       11,350,385.34    NET LONG
TOTAL EQUITY                                        11,350,385.60CR

ANNUALIZED RETURN FOR CURRENT YEAR      12.56 %




PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                    10,075,356.71CR
CAPITAL ADDITIONS                                      435,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                        1,357,882.83CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                          .54CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       11,868,239.00    NET LONG
TOTAL EQUITY                                        11,868,239.54CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.20 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600       Fax (203) 337-2666

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD, FACS
*Shoulder Surgery*
*Sports Medicine*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Nicole N. Lay, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

Amy Haydon-Ryan, PA-C

Nancy A. Heske
*Administrator*

2119 Post Road
Fairfield, CT 06430
Tel (203) 337-2600

2900 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

October 22, 2001

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $120,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/30/01

| CHECK | 120,000.00 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT 06430

1-00004-3

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 11,868,239.54CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 324,761.28- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 512,703.24CR |
| CURRENT CASH BALANCE | .58CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 12,056,180.92   NET LONG |
| TOTAL EQUITY | 12,056,181.50CR |

ANNUALIZED RETURN FOR CURRENT YEAR     6.42 %

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 11,868,239.54CR |
| CAPITAL ADDITIONS | 120,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 686,487.86CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 42,901.96CR |
| CURRENT CASH BALANCE | .56CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 12,717,628.80   NET LONG |
| TOTAL EQUITY | 12,717,629.36CR |

ANNUALIZED RETURN FOR CURRENT YEAR     12.33 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600    Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Edward P. McCreery, MD
*1917 - 1998*

———

Kathy DeLucia, PA-C

Robert Nixon, PA-C

Denise Ripley, PA-C

———

Nancy A. Heske
*Administrator*

———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

April 5, 2002

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $120,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Director of Finance

Herbert I. Hermele
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/11/02

| CHECK | 120,000.00 |

**CLIENT'S ACCOUNT NUMBER**

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600        Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

July 3, 2002

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $125,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Administrator

Robert A. Stanton



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/11/02

CHECK                                                              125,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600     Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

September 4, 2002

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $250,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

9/06/02

| CHECK | 250,000.00 |

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                11,868,239.54CR
CAPITAL ADDITIONS                                  495,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                    1,272,556.10CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS           25,556.00CR
CURRENT CASH BALANCE                                     .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   13,661,351.00   NET LONG
TOTAL EQUITY                                    13,661,351.64CR

ANNUALIZED RETURN FOR CURRENT YEAR     14.45 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                11,868,239.54CR
CAPITAL ADDITIONS                                  495,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                    1,466,081.53CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .57CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   13,829,320.50   NET LONG
TOTAL EQUITY                                    13,829,321.07CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.12 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600    Fax (203) 337-2666
· www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

March 11, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $300,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Director of Finance

*Robert A. Stanton*

Robert A. Stanton
Trustee



ORTHOPAEDIC SPECIALTY GROUP, PC        51-7218/2211        246
DEFINED CONTRIBUTION PENSION PLAN        0044099331
75 KINGS HWY. CUTOFF
FAIRFIELD, CT  06430                    DATE 3|12|03

Pay to the order of    Madoff Securities        $ 300,000.00

Three hundred thousand and 00/100        DOLLARS

people's bank
CONNECTICUT

⑆221172186⑆   004 4099331⑈ 0246

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenu
New York, NY 1002
212 230-242
P&S Dept. 212 230-243
800 334-134
Fax 212 838-406

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/14/03

**CHECK**

300,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                    13,829,321.07CR
CAPITAL ADDITIONS                                      300,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          322,794.11CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                5,057.50CR
CURRENT CASH BALANCE                                         .93CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       14,457,171.75    NET LONG
TOTAL EQUITY                                        14,457,172.68CR

ANNUALIZED RETURN FOR CURRENT YEAR     9.57 %



PORTFOLIO MANAGEMENT REPORT AS OF   6/30/03



THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                    13,829,321.07CR
CAPITAL ADDITIONS                                      520,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          743,277.59CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  225.75CR
CURRENT CASH BALANCE                                         .41CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       15,092,824.00    NET LONG
TOTAL EQUITY                                        15,092,824.41CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.68 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06430
Tel (203) 337-2600    Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

———————

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

———————

Steve P. Fiore, FACMPE
*Chief Executive Officer*

———————

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

June 4, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $140,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

6/06/03

| CHECK | 140,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600 · Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Rosanne Washington, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street

June 23, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $80,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

6/26/03

| CHECK | 80,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600        Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Rosanne Washington, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

August 13, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $80,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/19/03

| CHECK | 80,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                          M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                  13,829,321.07CR
CAPITAL ADDITIONS                                    600,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      1,290,463.88CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            3,364.75CR
CURRENT CASH BALANCE                                      .95CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     15,723,148.75   NET LONG
TOTAL EQUITY                                      15,723,149.70CR
```

ANNUALIZED RETURN FOR CURRENT YEAR    12.22 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                          M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430
```

```
STARTING EQUITY FOR CURRENT YEAR                  13,829,321.07CR
CAPITAL ADDITIONS                                  1,150,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      1,524,225.91CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                      .48CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     16,503,546.50   NET LONG
TOTAL EQUITY                                      16,503,546.98CR
```

ANNUALIZED RETURN FOR CURRENT YEAR    10.69 %

# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600        Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*
—————

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Rosanne Washington, PA-C
—————

Steve P. Fiore, FACMPE
*Chief Executive Officer*
—————

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

November 5, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $160,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

11/10/03

| CHECK | 160,000.00 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600        Fax (203) 337-2666
www.orthopaedicspecialty.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*
*Trauma*

**Robert V. Dawe, MD, FACS**
*Spinal Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Arthroscopic Surgery*
*Sports Medicine*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

**Mark H. Blechner, MD**
*Spinal Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Patrick W. Kwok, MD**
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Edward P. McCreery, MD**
*1917 - 1998*

**Kathy DeLucia, PA-C**

**Amy Haydon-Ryan, PA-C**

**Denise Ripley, PA-C**

**Fiore Soviero, PA-C**

**Rosanne Washington, PA-C**

**Steve P. Fiore, FACMPE**
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax  (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel  (203) 944-0042
Fax  (203) 944-5428

November 10, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY  10022

Dear Jodi:

Enclosed please find our check for $70,000 to be deposited in the
account of Orthopaedic Specialty Group Defined Benefit Pension Plan.
Our account number is 1-00004-3-0

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

11/17/03

| CHECK | 70,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

———

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Rosanne Washington,

———

Steve P. Fiore, FACMP
*Chief Executive Office*

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Aven
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

December 19, 2003

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $320,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan.  Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2430
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/26/03

| CHECK | 320,000.00 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD                CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
### *Comprehensive Musculoskeletal Care*

: 75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.orthopaedicspecialty.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*
*Trauma*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*
———

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

Rosanne Washington, PA-C
———

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

April 13, 2004

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $200,000 to be deposited in
the account of Orthopaedic Specialty Group Defined Benefit
Pension Plan.  Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/16/04

| CHECK | 200,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C

Amy Haydon-Ryan, PA-C

Denise Ripley, PA-C

Fiore Soviero, PA-C

June 29, 2004

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $300,000 to be deposited
in the account of Orthopaedic Specialty Group Defined
Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/06/04

| CHECK | 300,000.00 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD           CT 06430

1-00004-3

# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder Surgery*
*Sports Medicine*
*Knee Surgery*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine*
*Shoulder Surgery*
*Trauma Reconstructive Surgery*

Mark H. Blechner, MD
*Spinal Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Edward P. McCreery, MD
*1917 - 1998*
———
Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Heidi Boerman, PA-C
———
Steve P. Fiore, FACMPE
*Chief Executive Officer*
———
2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

555 Bridgeport Avenue
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

September 13, 2004

Ms. Jodi Crupi
**Madoff Investment Securities**
885 Third Avenue
New York, NY 10022

Dear Jodi:

**Enclosed please find our check for $125,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.**

**Thank you for your prompt attention to this matter.**

Sincerely,

*Nancy A. Heske*
Nancy A. Heske
Director of Finance

*Robert A. Stanton*
Robert A. Stanton
Trustee

CK# 324
9/13/04
125,000

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:                    9/20/04

| CHECK | 125,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

3/17/05

CHECK                                                          225,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

M

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC          1-00004-3                                      M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT 06430


STARTING EQUITY FOR CURRENT YEAR                     18,923,470.01CR
CAPITAL ADDITIONS                                       225,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           386,828.79CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                20,120.75CR
CURRENT CASH BALANCE                                           .05CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        19,555,419.50    NET LONG
TOTAL EQUITY                                         19,555,419.55CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.70 %



PORTFOLIO MANAGEMENT REPORT AS OF  6/30/05


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC          1-00004-3                                      M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD              CT 06430


STARTING EQUITY FOR CURRENT YEAR                     18,923,470.01CR
CAPITAL ADDITIONS                                       550,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           843,213.90CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 5,534.25CR
CURRENT CASH BALANCE                                           .16CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        20,322,218.00    NET LONG
TOTAL EQUITY                                         20,322,218.16CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.94 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spinal Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Arthroscopic Surgery*
*Sports Medicine*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Shoulder & Knee Surgery*
*Sports Medicine*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**Edward P. McCreery, MD**
*1917 - 1998*

**Kathy DeLucia, PA-C**
**Amy Haydon-Ryan, PA-C**
**Denise Ripley, PA-C**
**Fiore Soviero, PA-C**
**Melissa Pelton, PA-C**
**Ralph Capra, PA-C**
**Michael Ciscowski, PA-C**

**Steve P. Fiore, FACMPE**
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

April 26, 2005

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $100,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan.  Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/29/05

| CHECK | 100,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

1-00004-3

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430