# EXHIBIT B

## (Part 2 of 5)



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder & Knee Surgery*
*Sports Medicine*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Lawrence P. Kirschenbaum, MD
*Director of Interventional*
*Pain Medicine*

Joel W. Malin, MD
*Joint Replacement*

Perry A. Shear, MD
*Neurological & Spine Surgery*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Ralph Capra, PA-C
Michael Ciscowski, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

May 26, 2005

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $225,000 to be
deposited in the account of Orthopaedic Specialty
Group Defined Benefit Pension Plan. Our account
number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

5/31/05

| CHECK | 225,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

Murray A. Morrison, MD, FACS
*Joint Replacement*

Herbert I. Hermele, MD, FACS
*General Orthopaedics*

Robert V. Dawe, MD, FACS
*Spinal Surgery*
*Pediatric Orthopaedics*

Robert A. Stanton, MD, FACS
*Arthroscopic Surgery*
*Sports Medicine*

David F. Bindelglass, MD, FACS
*Joint Replacement*

Dante A. Brittis, MD
*Shoulder & Knee Surgery*
*Sports Medicine*

Henry A. Backe, Jr., MD
*Joint Replacement*
*Hand Surgery*

Rolf H. Langeland, MD
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

William G. Cimino, MD
*Foot & Ankle Surgery*
*Dance Medicine*

Michael F. Saffir, MD
*Physical Medicine*
*Pain Management*

Patrick W. Kwok, MD
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

Lawrence P. Kirschenbaum, MD
*Director of Interventional*
*Pain Medicine*

Joel W. Malin, MD
*Joint Replacement*

Perry A. Shear, MD
*Neurological & Spine Surgery*

Edward P. McCreery, MD
*1917 - 1998*

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Ralph Capra, PA-C
Michael Ciscowski, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

June 30, 2005

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $275,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

CK# 350
6/30/05
$275,000.-

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/05/05

| CHECK | 275,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

1-00004-3

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                  18,923,470.01CR
CAPITAL ADDITIONS                                    825,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      1,211,119.19CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          2,560.75CR
CURRENT CASH BALANCE                                      .45CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     20,962,149.50    NET LONG
TOTAL EQUITY                                      20,962,149.95CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.39 %



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                  18,923,470.01CR
CAPITAL ADDITIONS                                    925,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      2,073,805.58CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                      .09CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     21,922,275.50    NET LONG
TOTAL EQUITY                                      21,922,275.59CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.66 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spinal Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Arthroscopic Surgery*
*Sports Medicine*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Shoulder & Knee Surgery*
*Sports Medicine*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**Edward P. McCreery, MD**
*1917 - 1998*
_____

**Kathy DeLucia, PA-C**
**Amy Haydon-Ryan, PA-C**
**Denise Ripley, PA-C**
**Fiore Soviero, PA-C**
**Melissa Pelton, PA-C**
**Ralph Capra, PA-C**
**Michael Ciscowski, PA-C**
_____

**Steve P. Fiore, FACMPE**
*Chief Executive Officer*
_____

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

November 8, 2005

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Enclosed please find our check for $100,000 to be deposited in the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

11/14/05

| CHECK | 100,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

1-00004-3

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                    21,922,275.59CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          668,341.58CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                8,694.75CR
CURRENT CASH BALANCE                                         .92CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       22,599,311.00   NET LONG
TOTAL EQUITY                                        22,599,311.92CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.52 %



PORTFOLIO MANAGEMENT REPORT AS OF  6/30/06


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                    21,922,275.59CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         1,373,043.62CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               38,679.50CR
CURRENT CASH BALANCE                                         .46CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       23,333,998.25   NET LONG
TOTAL EQUITY                                        23,333,998.71CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.98 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spinal Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Arthroscopic Surgery*
*Sports Medicine*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Shoulder & Knee Surgery*
*Sports Medicine*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

————

**Edward P. McCreery, MD**
*1917 - 1998*

————

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Ralph Capra, PA-C
Michael Ciscowski, PA-C

————

**Steve P. Fiore, FACMPE**
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

July 11, 2006

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please withdraw $100,000 from the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

The check should be made payable to Orthopaedic Specialty Group Defined Benefit Pension Plan and sent to the attention of Nancy A. Heske.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                        21,922,275.59CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                        100,000.00-
REALIZED P/L FOR CURRENT YEAR                           2,220,546.76CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  27,065.25CR
CURRENT CASH BALANCE                                             .10CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          24,069,887.50    NET LONG
TOTAL EQUITY                                           24,069,887.60CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.72 %



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC        1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430


STARTING EQUITY FOR CURRENT YEAR                        21,922,275.59CR
CAPITAL ADDITIONS                                         500,000.00CR
CAPITAL WITHDRAWALS                                       100,000.00-
REALIZED P/L FOR CURRENT YEAR                           2,952,078.47CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                             .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          25,274,353.50    NET LONG
TOTAL EQUITY                                           25,274,354.06CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.44 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spinal Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Arthroscopic Surgery*
*Sports Medicine*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Shoulder & Knee Surgery*
*Sports Medicine*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports/Arthroscopy*
*Shoulder & Elbow Surgery*
*Ligament Reconstruction*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**Edward P. McCreery, MD**
*1917 - 1998*

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Ralph Capra, PA-C
Michael Ciscowski, PA-C

Steve P. Fiore, FACMPE
*Chief Executive Officer*

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

October 10, 2006

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit this check of $225,000 into the account
of Orthopaedic Specialty Group Defined Benefit
Pension Plan.  Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

*CK date 10/10/06*
*225,000*
*CK #397*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/18/06

| CHECK | 225,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*
———
**Eric M. Garver, MD**
*Orthopaedic Surgery*
———

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C
———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077
———

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

November 6, 2006

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit this check of $275,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY  **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**11/13/06**

| **CHECK** | **275,000.00** |

CLIENT'S ACCOUNT NUMBER

**1-00004-3**

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC    ·  1-00004-3                                    M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                    25,274,354.06CR
CAPITAL ADDITIONS                                      300,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          639,805.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               11,151.50CR
CURRENT CASH BALANCE                                         .69CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       26,225,310.25    NET LONG
TOTAL EQUITY                                        26,225,310.94CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.43 %



PORTFOLIO MANAGEMENT REPORT AS OF   6/30/07


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC     1-00004-3                                      M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                    25,274,354.06CR
CAPITAL ADDITIONS                                      300,000.00CR
CAPITAL WITHDRAWALS                                    250,000.00-
REALIZED P/L FOR CURRENT YEAR                        1,461,157.23CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               13,776.75CR
CURRENT CASH BALANCE                                         .04CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       26,799,288.00    NET LONG
TOTAL EQUITY                                        26,799,288.04CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.72 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Eric M. Garver, MD**
*Orthopaedic Surgery*

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

April 24, 2007

Ms. Jodi Crupi
**Madoff Investment Securities**
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please withdraw a check in the amount of $250,000
from the account of Orthopaedic Specialty Group
Defined Benefit Pension Plan.  Our account number is
1-00004-3-0.

**Thank you for your prompt attention to this matter.**

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr, MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

———

**Eric M. Garver, MD**
*Orthopaedic Surgery*

———

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C

———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

———

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

March 20, 2007

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit this check of $300,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Director of Finance

*Robert A. Stanton*

Robert A. Stanton
Trustee

ORTHOPAEDIC SPECIALTY GROUP PC
DEFINED CONTRIBUTION
PENSION PLAN
75 KINGS HWY. CUTOFF
FAIRFIELD, CT 06824-6537

404

51-7218/2211

Date 3 20 07

Pay to the
Order of  Madoff Securities                                    $ 300 000 00

Three hundred thousand and                                 00/100                    Dollars

**people's bank**
p e o p l e s . c o m

For

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/23/07

| CHECK | 300,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenu
New York, NY 1002:
212 230-242(
P&S Dept. 212 230-243(
800 334-134:
Fax 212 838-406]

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
SPIN OFF DIS
665 CITADEL BROADCASTING CORP

6/18/07

FREE

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

CREDITED YOUR
CASH IN LIEU OF FRACTION
CITADEL BROADCASTING CORP

6/21/07

4.11

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

———

**Eric M. Garver, MD**
*Orthopaedic Surgery*

———

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C

———

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077

———

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

August 14, 2007

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please withdraw a check in the amount of $325,000 from the account of Orthopaedic Specialty Group Defined Benefit Pension Plan.  Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee

## Nancy Heske

**From:** Nancy Heske
**Sent:** Monday, August 13, 2007 9:00 AM
**To:** 'Halloran, Cynthia A'


*Cindy,*

*Please do another debit check from the pension – acct          payable to Madoff
Securities for $325,000.00.  Check should be sent to me as well.  Thanks again.*

*Nancy*

Nancy A. Heske
Director of Finance
Orthopaedic Specialty Group, P.C.
(203) 337-2600  Ext 1111
nheske@osgpc.com

**CONFIDENTIALITY STATEMENT:** The documents accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

8/14/2007

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/17/07

| CHECK | 325,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD                CT 06430

1-00004-3


OFFICIAL CHECK
TD Banknorth, N.A.

Orthopaedic Specialty Group        08/13/2007

Madoff Securities                        $325,000.00

Three Hundred Twenty Five Thousand  AND 00/100

DRAWER TD BANKNORTH, N.A.

NON NEGOTIABLE

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC     1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                 25,274,354.06CR
CAPITAL ADDITIONS                                   625,000.00CR
CAPITAL WITHDRAWALS                                 250,000.00-
REALIZED P/L FOR CURRENT YEAR                     2,059,526.17CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            14,707.25CR
CURRENT CASH BALANCE                                     .23CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    27,723,587.25   NET LONG
TOTAL EQUITY                                     27,723,587.48CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.91 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ORTHOPAEDIC SPECIALTY GRP PC     1-00004-3                              M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430


STARTING EQUITY FOR CURRENT YEAR                 25,274,354.06CR
CAPITAL ADDITIONS                                 1,525,000.00CR
CAPITAL WITHDRAWALS                                 250,000.00-
REALIZED P/L FOR CURRENT YEAR                     2,792,395.71CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .02CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    29,341,749.75   NET LONG
TOTAL EQUITY                                     29,341,749.77CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.90 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**William G. Cimino, MD**
*Foot & Ankle Surgery*
*Dance Medicine*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*
———
**Eric M. Garver, MD**
*Orthopaedic Surgery*
———
Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
Linda Gale, PA-C
———
2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077
———
Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

October 29, 2007

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit enclosed check in the amount of
$900,000 into the account of Orthopaedic Specialty
Group Defined Benefit Pension Plan.  Our account
number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

11/02/07

**CHECK**

900,000.00

CLIENT'S ACCOUNT NUMBER

1-00004-3

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430



# ORTHOPAEDIC SPECIALTY GROUP, P.C.

*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel. (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Eric M. Garver, MD**
*Orthopaedic Surgery*

---

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Michael Ciskowski, PA-C
Nicole Lay, PA-C
James Thomas, PA-C

---

2909 Main Street
Stratford, CT 06614
Tel (203)377-5108
Fax (203)378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203)944-0042
Fax (203)944-5428

February 22, 2008

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit the enclosed check in the amount of $375,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-00004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert V. Dawe
Trustee



ORTHOPAEDIC SPECIALTY GROUP, P.C.
DEFINED CONTRIBUTION PENSION PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD, CT 06824

1030

51-309-111

DATE 10/22/08

PAY TO THE ORDER OF Madoff Securities                    $375,000

Three hundred seventy five thousand and 00/100                    DOLLARS

TD Banknorth

FOR

⑈001030⑈ ⑆011030493⑆ 4241759255 7⑈

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

2/26/08

| CHECK | 375,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

1-00004-3

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                           M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 29,341,749.77CR |
| CAPITAL ADDITIONS | 375,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 412,887.61CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 85,375.25CR |
| CURRENT CASH BALANCE | .13CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 30,215,012.50   NET LONG |
| TOTAL EQUITY | 30,215,012.63CR |

ANNUALIZED RETURN FOR CURRENT YEAR     6.77 %

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ORTHOPAEDIC SPECIALTY GRP PC      1-00004-3                           M
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 29,341,749.77CR |
| CAPITAL ADDITIONS | 575,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 2,169,836.21CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 92,124.50CR |
| CURRENT CASH BALANCE | .73CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 32,178,709.75   NET LONG |
| TOTAL EQUITY | 32,178,710.48CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.15 %



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600      Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Jerold M. Perlman, MD**
*General Orthopaedics*

———

**Kathy DeLucia, PA-C**
**Amy Haydon-Ryan, PA-C**
**Denise Ripley, PA-C**
**Fiore Soviero, PA-C**
**Melissa Pelton, PA-C**
**Nicole Lay, PA-C**
**Mark Johnson, PA-C**
**Lynn Stramaglia, PA-C**

———

2909 Main Street
Stratford, CT 06614
Tel  (203) 377-5108
Fax (203) 378-6077

———

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel  (203) 944-0042
Fax (203) 944-5428

August 13, 2008

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit the enclosed check in the amount of $200,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan.  Our account number is 1-O0004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Director of Finance

Robert V. Dawe
Trustee



**ORTHOPAEDIC SPECIALTY GROUP, P.C.**
**DEFINED CONTRIBUTION PENSION PLAN**
75 KINGS HIGHWAY CUTOFF
FAIRFIELD, CT 06824

1044

51-309-111

DATE 8/13/08

PAY TO THE ORDER OF _Madoff Securities_    $ 200,000.00

_Two hundred thousand and 00/100_ DOLLARS

**Banknorth**

FOR _____

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

8/19/08

| CHECK | 200,000.00 |
|-------|------------|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Jerold M. Perlman, MD**
*General Orthopaedics*

———

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Nicole Lay, PA-C
Mark Johnson, PA-C
Lynn Stramaglia, PA-C

———

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

———

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

October 24, 2008

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit the enclosed check in the amount of $200,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-O0004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

Nancy A. Heske
Director of Finance

Robert A. Stanton
Trustee



**ORTHOPAEDIC SPECIALTY GROUP, P.C.**
**DEFINED CONTRIBUTION PENSION PLAN**
75 KINGS HIGHWAY CUTOFF
FAIRFIELD, CT 06824

1050

DATE 10/23/08     51-309-111

PAY TO THE ORDER OF *Madoff Securities*

*Two hundred thousand and 00/100* DOLLARS

$ 200,000.00

**TD Banknorth**

FOR *Acct #: 1-00004-3-0*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/31/08

| CHECK | 200,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

1-00004-3



# ORTHOPAEDIC SPECIALTY GROUP, P.C.
*Comprehensive Musculoskeletal Care*

75 Kings Highway Cutoff, Fairfield, CT 06824
Tel (203) 337-2600    Fax (203) 337-2666
www.osgpc.com

**Murray A. Morrison, MD, FACS**
*Joint Replacement*

**Herbert I. Hermele, MD, FACS**
*General Orthopaedics*

**Robert V. Dawe, MD, FACS**
*Spine Surgery*
*Pediatric Orthopaedics*

**Robert A. Stanton, MD, FACS**
*Sports Medicine*
*Arthroscopic Surgery*

**David F. Bindelglass, MD, FACS**
*Joint Replacement*

**Dante A. Brittis, MD**
*Sports Medicine*
*Shoulder & Knee Surgery*

**Henry A. Backe, Jr., MD**
*Joint Replacement*
*Hand Surgery*

**Rolf H. Langeland, MD**
*Sports Medicine/Shoulder Surgery*
*Trauma Reconstructive Surgery*

**Michael F. Saffir, MD**
*Physical Medicine*
*Pain Management*

**Patrick W. Kwok, MD**
*Sports Medicine*
*Shoulder & Elbow Surgery*

**Lawrence P. Kirschenbaum, MD**
*Director of Interventional*
*Pain Medicine*

**Joel W. Malin, MD**
*Joint Replacement*

**Perry A. Shear, MD**
*Neurological & Spine Surgery*

**John N. Awad, MD**
*Spine Surgery*

**Jerold M. Perlman, MD**
*General Orthopaedics*

Kathy DeLucia, PA-C
Amy Haydon-Ryan, PA-C
Denise Ripley, PA-C
Fiore Soviero, PA-C
Melissa Pelton, PA-C
Nicole Lay, PA-C
Mark Johnson, PA-C
Lynn Stramaglia, PA-C

2909 Main Street
Stratford, CT 06614
Tel (203) 377-5108
Fax (203) 378-6077

Two Enterprise Drive, Ste. 204
Shelton, CT 06484
Tel (203) 944-0042
Fax (203) 944-5428

November 25, 2008

Ms. Jodi Crupi
Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Dear Jodi:

Please deposit the enclosed check in the amount of $300,000 into the account of Orthopaedic Specialty Group Defined Benefit Pension Plan. Our account number is 1-O0004-3-0.

Thank you for your prompt attention to this matter.

Sincerely,

*Nancy A. Heske*

Nancy A. Heske
Director of Finance

*Robert A. Stanton*

Robert A. Stanton
Trustee

CK# 1053
11/26/08
$300,000

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/01/08

CHECK                                              300,000.00

CLIENT'S ACCOUNT NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

1-00004-3

CONFIDENTIAL



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
PAGE 1

YOUR ACCOUNT NUMBER: 1-00004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 1,206,474.70 | |
| 11/06 | 2,475 | | 11060 | APPLE INC | 105.380 | 269,914.50 | |
| 11/06 | 4,400 | | 11295 | ABBOTT LABORATORIES | 55.090 | 242,572.00 | |
| 11/06 | 3,025 | | 11530 | AMGEN INC | 60.350 | 182,579.75 | |
| 11/06 | 2,200 | | 11765 | BOEING CO | 51.120 | 112,552.00 | |
| 11/06 | 14,300 | | 12000 | BANK OF AMERICA | 23.840 | 341,016.00 | |
| 11/05 | 1,650 | | 12235 | BAXTER INTERNATIONAL INC | 60.600 | 100,046.00 | |
| 11/05 | 3,300 | | 12470 | BANK OF NEW YORK MELLON CORP | 32.290 | 106,595.00 | |
| 11/06 | 5,500 | | 12705 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 113,575.00 | |
| 11/06 | 1,925 | | 12940 | ANHEUSER BUSCH COS INC | 62.430 | 120,256.75 | |
| 11/06 | 15,400 | | 13175 | CITI GROUP INC | 13.530 | 208,978.00 | |
| 11/06 | 8,350 | | 13410 | COMCAST CORP | 15.790 | 130,597.50 | |
| | | | | CL A | | | |
| 11/06 | 4,400 | | 13645 | CONOCOPHILIPS | 51.120 | 225,106.00 | |
| 11/05 | 16,775 | | 13880 | CISCO SYSTEMS INC | 17.520 | 294,569.00 | |
| 11/06 | 4,125 | | 14115 | CVS CAREMARK CORP | 30.510 | 126,018.75 | |
| 11/06 | 5,775 | | 14350 | CHEVRON CORP | 73.740 | 425,079.50 | |
| 11/06 | 5,525 | | 14585 | THE WALT DISNEY CO | 24.760 | 136,800.00 | |
| 11/06 | 29,425 | | 14820 | GENERAL ELECTRIC CO | 19.600 | 577,907.00 | |
| 11/06 | 550 | | 15055 | GOOGLE | 356.520 | 196,108.00 | |
| 11/06 | 1,100 | | 15290 | GOLDMAN SACHS GROUP INC | 91.870 | 101,101.00 | |
| 11/05 | 4,950 | | 15525 | HOME DEPOT INC | 23.300 | 115,533.00 | |
| 11/06 | 6,875 | | 15760 | HEWLETT PACKARD CO | 38.310 | 263,656.25 | |
| 11/06 | 3,850 | | 15995 | INTERNATIONAL BUSINESS MACHS | 92.800 | 357,434.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 0222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/98 | 1-Z0094-3-0 | *****4365 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 15,675 | | 16230 | INTEL CORP | 16.070 | | 252,524.25 |
| 11/06 | 7,975 | | 15465 | JOHNSON & JOHNSON | 61.310 | | 489,255.25 |
| 11/06 | 10,450 | | 16700 | J.P. MORGAN CHASE & CO | 40.920 | | 427,927.50 |
| 11/06 | 4,400 | | 16935 | KRAFT FOOD INC | 29.110 | | 128,260.00 |
| 11/06 | 5,500 | | 17170 | COCA COLA CO | 44.490 | | 244,915.00 |
| 11/06 | 3,300 | | 17405 | MCDONALDS CORP | 57.900 | | 191,202.00 |
| 11/06 | 3,300 | | 17640 | MEDTRONIC INC | 40.310 | | 133,155.00 |
| 11/06 | 1,925 | | 17875 | 3M COMPANY | 63.590 | | 122,487.75 |
| 11/06 | 5,775 | | 18110 | ALTRIA GROUP INC | 19.160 | | 110,880.00 |
| 11/06 | 6,050 | | 18345 | MERCK & CO | 30.780 | | 186,451.00 |
| 11/06 | 22,275 | | 18580 | MICROSOFT CORP | 22.310 | | 497,856.25 |
| 11/06 | 11,275 | | 18815 | ORACLE CORPORATION | 18.110 | | 204,691.25 |
| 11/06 | 2,475 | | 19050 | OCCIDENTAL PETROLEUM CORP | 54.290 | | 134,466.75 |
| 11/06 | 4,400 | | 19285 | PEPSICO INC | 27 | | 350,426.75 |
| 11/06 | 18,975 | | 19520 | PFIZER INC | 17.690 | | 550,800.25 |
| 11/06 | 8,525 | | 19755 | PROCTER & GAMBLE CO | 64.570 | | 258,759.50 |
| 11/06 | 6,050 | | 19990 | PHILIP MORRIS INTERNATIONAL | 42.730 | | 176,318.75 |
| 11/06 | 4,675 | | 20225 | QUALCOMM INC | 37.810 | | 170,990.00 |
| 11/06 | 3,300 | | 20460 | SCHLUMBERGER LTD | 51.750 | | 445,830.00 |
| 11/06 | 16,500 | | 20695 | AT&T INC | 26.980 | | 102,767.50 |
| 11/06 | 10,175 | | 20930 | TIME WARNER INC | 10.060 | | 145,282.50 |
| 11/06 | 2,750 | | 21165 | UNITED PARCEL SVC INC | 52.790 | | |
| | | | | CLASS B | | | |
| 11/06 | 4,950 | | 21870 | U S BANCORP | 29.550 | | 146,470.50 |
| 11/06 | 2,750 | | 22105 | UNITED TECHNOLOGIES CORP | 54.920 | | 151,140.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT   06430

YOUR ACCOUNT NUMBER: 1-D0004-3-0
PERIOD ENDING: 11/30/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 11/06 | 7,975 | | 22340 | VERIZON COMMUNICATIONS | 29.980 | 239,409.50 | |
| 11/06 | 9,350 | | 22575 | WELLS FARGO & CO NEW | 33.560 | 315,095.00 | |
| 11/06 | 6,325 | | 22810 | WAL-MART STORES INC | 56.560 | 357,995.00 | |
| 11/06 | 14,850 | | 23045 | EXXON MOBIL CORP | 73.680 | 1,094,742.00 | |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | 1.71 |
| 11/06 | 48,654 | | 10825 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,654.00 | |
| 11/06 | | 8,345 | 48342 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,346.00 |
| 11/06 | | 800,000 | 48546 | U S TREASURY BILL DUE 12/11/2008 | 99.989 | | 799,912.00 |
| 11/06 | | 2,875,000 | 48769 | U S TREASURY BILL 12/11/2008 DUE 12/11/2008 | 99.932 | | 2,873,065.00 |
| 11/06 | | 3,350,000 | 48990 | U S TREASURY BILL 12/18/2008 DUE 12/18/2008 | 99.960 | | 3,348,660.00 |
| 11/06 | | 3,350,000 | 49192 | U S TREASURY BILL 1/08/2009 DUE 01/15/2009 | 99.945 | | 3,349,191.00 |
| 11/06 | | 3,350,000 | 49407 | U S TREASURY BILL 1/22/2009 DUE 01/22/2009 | 99.934 | | 3,347,789.00 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

PERIOD ENDING: 11/30/09
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0



| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 3,350,000 | 49622 | U S TREASURY BILL DUE 01/29/2009   1/29/2009 | 99.928 | | 3,347,583.00 |
| 11/05 | | 2,400,000 | 49833 | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.902 | | 2,397,648.00 |
| 11/06 | 2,275,000 | | 50070 | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.802 | 2,270,495.50 | |
| 11/06 | 2,275,000 | | 50299 | U S TREASURY BILL DUE 4/02/2009   4/02/2009 | 99.751 | 2,269,335.25 | |
| 11/06 | 2,275,000 | | 50528 | U S TREASURY BILL DUE 04/09/2009   4/09/2009 | 99.726 | 2,268,766.50 | |
| 11/07 | 1,710 | | 23581 | APPLE INC | 108.800 | 186,116.00 | |
| 11/07 | 3,040 | | 23816 | ABBOTT LABORATORIES | 56.590 | 172,154.60 | |
| 11/07 | 2,090 | | 24051 | AMGEN INC | 52.070 | 139,809.30 | |
| 11/07 | 1,520 | | 24286 | BOEING CO | 53.540 | 81,592.80 | |
| 11/07 | 9,690 | | 24521 | BANK OF AMERICA | 23.540 | 230,233.80 | |
| 11/07 | 1,140 | | 24756 | BAXTER INTERNATIONAL INC | 61.740 | 70,428.60 | |
| 11/07 | 2,090 | | 24991 | BANK OF NEW YORK MELLON CORP | 34.210 | 71,581.90 | |
| 11/07 | 3,800 | | 25226 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 80,028.00 | |
| 11/07 | 1,330 | | 25461 | ANHEUSER BUSCH COS INC | 64.190 | 85,425.70 | |
| 11/07 | 10,260 | | 25696 | CITI GROUP INC | 14.410 | 143,256.50 | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/07 | 1-D0004-3-0 | ******4355 | 5 |

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 5,510 | | 23931 | COMCAST CORP CL A | 17.390 | 95,038.90 | |
| 11/07 | 2,850 | | 26166 | CONOCOPHILLPS | 53.060 | 151,335.00 | |
| 11/07 | 11,210 | | 26401 | CISCO SYSTEMS INC | 17.580 | 197,519.80 | |
| 11/07 | 2,660 | | 26636 | CVS CAREMARK CORP | 31.720 | 84,181.20 | |
| 11/07 | 3,990 | | 26871 | CHEVRON CORP | 75.450 | 301,204.50 | |
| 11/07 | 3,610 | | 27106 | THE WALT DISNEY CO | 25.620 | 92,632.20 | |
| 11/07 | 19,950 | | 27341 | GENERAL ELECTRIC CO | 19.810 | 396,007.50 | |
| 11/07 | 380 | | 27576 | GOOGLE | 359.160 | 132,595.80 | |
| 11/07 | 760 | | 27811 | GOLDMAN SACHS GROUP INC | 89.070 | 67,723.20 | |
| 11/07 | 3,230 | | 28046 | HOME DEPOT INC | 22.400 | 72,239.40 | |
| 11/07 | 4,750 | | 28281 | HEWLETT PACKARD CO | 38.820 | 184,506.00 | |
| 11/07 | 2,660 | | 28516 | INTERNATIONAL BUSINESS MACHS | 92.430 | 245,969.80 | |
| 11/07 | 10,640 | | 28751 | INTEL CORP | 16 | 370,565.40 | |
| 11/07 | 5,320 | | 28986 | JOHNSON & JOHNSON | 65.620 | 329,056.40 | |
| 11/07 | 7,220 | | 29221 | J.P. MORGAN CHASE & CO | 40.960 | 284,787.50 | |
| 11/07 | 2,850 | | 29456 | KRAFT FOODS INC | 29.710 | 177,156.00 | |
| 11/07 | 3,800 | | 29691 | COCA COLA CO | 46.580 | 120,278.90 | |
| 11/07 | 2,090 | | 29926 | MCDONALDS CORP | 57.510 | 86,065.60 | |
| 11/07 | 2,090 | | 30161 | MEDTRONIC INC | 41.140 | 86,342.40 | |
| 11/07 | 1,330 | | 30396 | 3M COMPANY | 64.880 | 77,445.30 | |
| 11/07 | 3,990 | | 30631 | ALTRIA GROUP INC | 19.370 | 127,573.40 | |
| 11/07 | 4,180 | | 30866 | MERCK & CO | 30.480 | 349,295.00 | |
| 11/07 | 15,200 | | 31101 | MICROSOFT CORP | 22.940 | 140,576.00 | |
| 11/07 | 7,500 | | 31336 | ORACLE CORPORATION | 18.470 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/07 | 1-30004-3-0 | ******6365 | 6 |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,520 | | 32041 | OCCIDENTAL PETROLEUM CORP | 54.380 | 82,717.50 | |
| 11/07 | 3,040 | | 22276 | PEPSICO INC | 58.530 | 178,355.20 | |
| 11/07 | 12,920 | | 32511 | PFIZER INC | 18 | 233,076.00 | |
| 11/07 | 5,890 | | 32744 | PROCTER & GAMBLE CO | 65.180 | 384,145.20 | |
| 11/07 | 3,990 | | 32981 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 174,282.60 | |
| 11/07 | 3,230 | | 33216 | QUALCOMM INC | 37.690 | 121,867.70 | |
| 11/07 | 2,280 | | 33451 | SCHLUMBERGER LTD | 51.770 | 118,126.60 | |
| 11/07 | 11,020 | | 33686 | AT&T INC | 28.910 | 319,028.20 | |
| 11/07 | 5,840 | | 33921 | TIME WARNER INC | 10.110 | 59,425.40 | |
| 11/07 | 1,900 | | 34156 | UNITED PARCEL SVC INC CLASS B | 53.680 | 102,065.00 | |
| 11/07 | 3,420 | | 34391 | U S BANCORP | 30.790 | 105,437.80 | |
| 11/07 | 1,900 | | 34626 | UNITED TECHNOLOGIES CORP | 56 | 106,476.00 | |
| 11/07 | 5,320 | | 34861 | VERIZON COMMUNICATIONS | 31.810 | 169,441.20 | |
| 11/07 | 6,460 | | 35096 | WELLS FARGO & CO NEW | 34.080 | 220,414.80 | |
| 11/07 | 4,370 | | 35331 | WAL-MART STORES INC | 56.730 | 248,086.10 | |
| 11/07 | 10,070 | | 35566 | EXXON MOBIL CORP | 75.280 | 758,471.60 | |
| | | | | FIDELITY SPARTAN | NTV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/07/08 | | | |
| 11/07 | | 48,654 | 11072 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | | 48,654.00 .BH |
| 11/07 | | 2,200,000 | 13320 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 2,198,306.00 |
| | | | | 2/05/2009 | | | |
| | | | | CONTINUED ON PAGE 7 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 11/30/09 | ******3365 | 7 | 1-20004-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 2,075,000 | 11543 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,072,555.25 |
| 11/07 | | 2,075,000 | 11759 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 2,072,696.75 |
| 11/07 | | 2,200,000 | 11969 | U S TREASURY BILL DUE 03/05/09 | 99.866 | | 2,197,052.00 |
| 11/07 | 29,406 | | 12758 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,406.00 | |
| 11/10 | 2,115 | | 36041 | APPLE INC | 108.720 | 230,026.80 | |
| 11/10 | 3,760 | | 36276 | ABBOTT LABORATORIES | 55.910 | 210,371.60 | |
| 11/10 | 2,585 | | 36511 | AMGEN INC | 59.620 | 154,220.70 | |
| 11/10 | 1,880 | | 36746 | BOEING CO | 52.190 | 98,192.20 | |
| 11/10 | 12,220 | | 36981 | BANK OF AMERICA | 24.050 | 294,379.00 | |
| 11/10 | 1,545 | | 37216 | BAXTER INTERNATIONAL INC | 50.770 | 100,931.65 | |
| 11/10 | 2,820 | | 37451 | BANK OF NEW YORK MELLON CORP | 33.480 | 94,525.60 | |
| 11/10 | 4,935 | | 37686 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 105,161.85 | |
| 11/10 | 1,645 | | 37921 | ANHEUSER BUSCH COS INC | 64.090 | 105,493.05 | |
| 11/10 | 13,395 | | 38156 | CITI GRMP INC | 14.270 | 191,161.65 | |
| 11/10 | 7,050 | | 38391 | COMCAST CORP CL A | 17.410 | 123,022.50 | |
| 11/10 | 3,760 | | 38625 | CONOCOPHILLIPS | 54.130 | 203,678.80 | |
| 11/10 | 14,335 | | 38861 | CISCO SYSTEMS INC | 18.030 | 258,749.80 | |
| | | | | CONTINUED ON PAGE   8 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT     06430

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *****4355

YOUR ACCOUNT NUMBER: 1-D0004-3-0

PAGE: 9

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 3,525 | | 39096 | CVS CAREMARK CORP | 31.300 | 110,673.50 | |
| 11/10 | 5,170 | | 39331 | CHEVRON CORP | 76.410 | 395,245.70 | |
| 11/10 | 4,465 | | 39566 | THE WALT DISNEY CO | 25.660 | 114,749.90 | |
| 11/10 | 25,615 | | 39801 | GENERAL ELECTRIC CO | 20.530 | 526,899.95 | |
| 11/10 | 470 | | 40036 | GOOGLE | 363.580 | 170,900.50 | |
| 11/10 | 1,175 | | 40271 | GOLDMAN SACHS GROUP INC | 92.680 | 109,946.00 | |
| 11/10 | 4,230 | | 40506 | HOME DEPOT INC | 23.030 | 97,585.90 | |
| 11/10 | 6,110 | | 40741 | HEWLETT PACKARD CO | 37.290 | 228,085.90 | |
| 11/10 | 3,290 | | 40976 | INTERNATIONAL BUSINESS MACHS | 92.660 | 304,982.40 | |
| 11/10 | 13,865 | | 41211 | INTEL CORP | 15.880 | 220,730.20 | |
| 11/10 | 6,815 | | 41446 | JOHNSON & JOHNSON | 61.320 | 418,167.80 | |
| 11/10 | 8,930 | | 41681 | J.P. MORGAN CHASE & CO | 41.730 | 163,325.00 | |
| 11/10 | 3,760 | | 41916 | KRAFT FOOD INC | 30.100 | 113,325.00 | |
| 11/10 | 4,935 | | 42151 | COCA COLA CO | 45.500 | 224,739.50 | |
| 11/10 | 2,820 | | 42386 | MCDONALDS CORP | 57.230 | 163,500.60 | |
| 11/10 | 2,820 | | 42621 | MEDTRONIC INC | 40.500 | 113,798.00 | |
| 11/10 | 1,645 | | 42856 | 3M COMPANY | 64.690 | 106,480.05 | |
| 11/10 | 4,935 | | 43091 | ALTRIA GROUP INC | 18.890 | 93,419.15 | |
| 11/10 | 5,170 | | 43326 | MERCK & CO | 30.510 | 157,942.70 | |
| 11/10 | 19,035 | | 43561 | MICROSOFT CORP | 23.200 | 442,373.00 | |
| 11/10 | 4,635 | | 43796 | ORACLE CORPORATION | 19.500 | 179,596.00 | |
| 11/10 | 2,715 | | 44031 | OCCIDENTAL PETROLEUM CORP | 56.010 | 119,545.15 | |
| 11/10 | 2,715 | | 44736 | PEPSICO INC | 57.550 | 216,538.00 | |
| 11/10 | 10,685 | | 44971 | PFIZER INC | 17.960 | 300,372.60 | |
| 11/10 | 7,285 | | 45206 | PROCTER & GAMBLE CO | 65.230 | 475,491.55 | |

CONTINUED ON PAGE    9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT    06430

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-D0004-3-0
TAX PAYER IDENTIFICATION NUMBER: ******4365

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 4,935 | | 45441 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 217,485.05 | |
| 11/10 | 3,995 | | 45676 | QUALCOMM INC | 37.310 | 149,212.45 | |
| 11/10 | 3,055 | | 45911 | SCHLUMBERGER LTD | 50.500 | 154,399.50 | |
| 11/10 | 14,570 | | 46146 | AT&T INC | 28.580 | 416,992.60 | |
| 11/10 | 8,450 | | 46381 | TIME WARNER INC | 11.010 | 93,482.60 | |
| 11/10 | 2,350 | | 46616 | UNITED PARCEL SVC INC. CLASS B | 54.420 | 127,981.00 | |
| 11/10 | 4,290 | | 46851 | U S BANCORP | 31.510 | 135,656.30 | |
| 11/10 | 2,350 | | 47086 | UNITED TECHNOLOGIES CORP | 56.430 | 132,704.50 | |
| 11/10 | 7,090 | | 47321 | VERIZON COMMUNICATIONS | 32 | 225,882.00 | |
| 11/20 | 7,990 | | 47556 | WELLS FARGO & CO-NEW | 34.600 | 276,773.00 | |
| 11/20 | 5,405 | | 47791 | WAL-MART STORES INC | 55.710 | 301,323.55 | |
| 11/10 | 12,690 | | 48026 | EXXON MOBIL CORP | 75.900 | 962,409.00 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | DIV 11/10/08 | | | 1.60 |
| | | | | FIDELITY SPARTAN | | | |
| 11/10 | | 29,405 | 12994 | U S TREASURY MONEY MARKET | 1 | | 29,406.00 |
| 11/10 | | 2,275,000 | 13160 | U S TREASURY BILL DUE 3/12/2009 | 99.875 | | 2,272,156.25 |
| | | | | U S TREASURY BILL | | | |
| 11/10 | | 2,175,000 | 13368 | U S TREASURY BILL DUE 03/19/2009 | 99.867 | | 2,172,107.25 |
| | | | | 3/19/2009 | | | |
| 11/10 | | 2,275,000 | 13572 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 2,271,223.50 |
| | | | | 3/26/2009 | | | |
| | | | | CONTINUED ON PAGE    10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0
PAGE: 10

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 2,275,000 | 13774 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 2,269,757.50 |
| 11/10 | | 2,275,000 | 14004 | U S TREASURY BILL DUE 04/09/2009 4/02/2009 | 99.742 | | 2,269,130.50 |
| 11/10 | 25,000 | | 14453 | U S TREASURY BILL DUE 4/16/2009 4/09/2009 | 99.686 | 24,921.50 | |
| 11/10 | 18,346 | | 14582 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 18,346.00 | |
| 11/18 | | 4,900 | 49430 | ANHEUSER BUSCH COS INC | 70 | | 343,000.00 |
| 11/18 | 325,000 | | 49665 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 324,447.50 | |
| 11/18 | 18,553 | | 49903 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 18,553.00 | |
| 11/19 | | | 52607 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.23 |
| 11/19 | | 36,899 | 57157 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | 1 | | 36,899.00 |
| 11/19 | 3,125,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 3,122,687.50 | |
| | | | | CONTINUED ON PAGE 11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT   06430

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-00016-3-0 | 11/30/09 | 11 |

YOUR TAX PAYER IDENTIFICATION NUMBER: *****4365

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | 19,514 | | 61645 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,514.00 | |
| 11/20 | | 3,125,000 | 53879 | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.962 | | 3,123,812.50 |
| 11/20 | 3,125,000 | | 64117 | U S TREASURY BILL DUE 4/16/2009   4/16/2009 | 99.947 | 3,123,343.75 | |
| 11/20 | 469 | | 64356 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 469.00 | |
| 11/25 | 828 | | 64597 | APPLE INC | 85.070 | 70,470.96 | |
| 11/25 | 1,472 | | 64835 | ABBOTT LABORATORIES | 54.140 | 79,752.08 | |
| 11/25 | 1,012 | | 65073 | AMGN INC | 53.630 | 54,313.56 | |
| 11/25 | 4,692 | | 65314 | BANK OF AMERICA | 12.980 | 61,089.16 | |
| 11/25 | 552 | | 55787 | BAXTER INTERNATIONAL INC | 52.570 | 29,040.54 | |
| 11/25 | 1,104 | | 66025 | BANK OF NEW YORK MELLON CORP | 24.690 | 27,301.76 | |
| 11/25 | 1,040 | | 66263 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 37,130.60 | |
| 11/25 | 5,336 | | 66501 | CITI GROUP INC | 6.100 | 32,762.60 | |
| 11/25 | 460 | | 66739 | COLGATE PALMOLIVE CO | 62.660 | 28,941.60 | |
| 11/25 | 2,668 | | | COMCAST CORP CL A | 13.970 | 37,377.96 | |
| 11/25 | 1,472 | | 66977 | CONOCOPHILLIPS | 45.100 | 66,445.20 | |
| 11/25 | 5,520 | | 67215 | CISCO SYSTEMS INC | 14.970 | 82,854.40 | |
| 11/25 | 1,930 | | 67453 | CVS CAREMARK CORP | 27.040 | 52,190.40 | |
| 11/25 | 1,932 | | 67691 | CHEVRON CORP | 68.710 | 132,824.72 | |

CONTINUED ON PAGE   12

GRP PENSION
F T   06430

| TRN | |
|---|---|
| 57929 | THE WALT |
| 58167 | EXELON C |
| 68405 | GENERAL |
| 68663 | GOOGLE |
| 68881 | HOME DEP |
| 59119 | HEWLETT |
| 59357 | INTERNAT |
| 69595 | INTEL COR |
| 59833 | JOHNSON |
| 70071 | J.P. |
| 70309 | KRAFT |
| 70547 | COCA COL |
| 70785 | MCDONALD |
| 71023 | MEDTRON |
| 71261 | 3M COMP |
| 71499 | ALTRIA |
| 71737 | MERCK & |
| 71975 | MICRO |
| 72689 | ORACLE |
| 72927 | OCCIDEN |
| 73165 | PEPSICO |
| 73403 | PFIZER |
| 73641 | PROCTER |
| 73879 | PHILLIP |
| 74117 | QUALCO |
| | CONTIN |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DESTINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD                CT    06430

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/06 | 12 |

YOUR ACCOUNT NUMBER  1-D0004-3-0

TAX PAYER IDENTIFICATION NUMBER ****-**4355

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,768 | | 67929 | THE WALT DISNEY CO | 19,760 | 34,609.48 | |
| 11/25 | 644 | | 68167 | EXELON CORP | 48,740 | 31,413.55 | |
| 11/25 | 10,120 | | 68405 | GENERAL ELECTRIC CO | 14,010 | 142,185.20 | |
| 11/25 | 184 | | 68643 | GOOGLE | 275 | 50,607.00 | |
| 11/25 | 1,564 | | 68881 | HOME DEPOT INC | 19,530 | 30,606.92 | |
| 11/25 | 2,300 | | 59119 | HEWLETT PACKARD CO | 32,990 | 75,959.00 | |
| 11/25 | 1,280 | | 69357 | INTERNATIONAL BUSINESS MACHS | 75,080 | 96,756.04 | |
| 11/25 | 5,336 | | 69595 | INTEL CORP | 12,270 | 65,685.72 | |
| 11/25 | 2,668 | | 69833 | JOHNSON & JOHNSON | 57,650 | 153,916.20 | |
| 11/25 | 3,495 | | 70071 | J.P. MORGAN CHASE & CO | 27,760 | 97,187.96 | |
| 11/25 | 1,380 | | 70309 | KRAFT FOOD INC | 25,900 | 35,797.00 | |
| 11/25 | 1,840 | | 70547 | COCA COLA CO | 42,040 | 77,426.60 | |
| 11/25 | 1,012 | | 70785 | MCDONALDS CORP | 55 | 55,700.00 | |
| 11/25 | 644 | | 71023 | MEDTRONIC INC | 30,800 | 34,047.20 | |
| 11/25 | 644 | | 71261 | 3M COMPANY | 58,280 | 37,557.32 | |
| 11/25 | 1,932 | | 71499 | ALTRIA GROUP INC | 16,250 | 33,472.00 | |
| 11/25 | 2,024 | | 71737 | MERCK & CO | 25 | 50,680.00 | |
| 11/25 | 7,360 | | 71975 | MICROSOFT CORP | 18,100 | 133,211.00 | |
| 11/25 | 3,680 | | 72689 | ORACLE CORPORATION | 18,050 | 59,935.96 | |
| 11/25 | 828 | | 72927 | OCCIDENTAL PETROLEUM CORP | 44,570 | 76,307.60 | |
| 11/25 | 1,472 | | 73165 | PEPSICO INC | 61,500 | 97,304.35 | |
| 11/25 | 6,348 | | 73403 | PFIZER INC | 13,320 | 171,066.40 | |
| 11/25 | 2,760 | | 73641 | PROCTER & GAMBLE CO | 63,940 | 70,363.16 | |
| 11/25 | 1,932 | | 73879 | PHILLIP MORRIS INTERNATIONAL | 36,380 | 46,747.40 | |
| 11/25 | 1,564 | | 74117 | QUALCOMM INC | 29,850 | | |
| | | | | CONTINUED ON PAGE    13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4365
YOUR ACCOUNT NUMBER: 1-00004-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,104 | | 74355 | SCHLUMBERGER LTD | 45.270 | 51,125.03 | |
| 11/25 | 5,520 | | 76593 | AT&T INC | 25 | 138,220.00 | |
| 11/25 | 3,404 | | 74831 | TIME WARNER INC | 8.010 | 27,402.04 | |
| 11/25 | 920 | | 75069 | UNITED PARCEL SVC INC CLASS R | 50.760 | 46,735.20 | |
| 11/25 | 1,556 | | 75307 | U S BANCORP | 23.400 | 38,815.40 | |
| 11/25 | 920 | | 75545 | UNITED TECHNOLOGIES CORP | 44.890 | 41,334.80 | |
| 11/25 | 2,648 | | 75783 | VERIZON COMMUNICATIONS | 26.570 | 70,994.76 | |
| 11/25 | 3,588 | | 76021 | WELLS FARGO & CO NEW | 23.820 | 85,509.16 | |
| 11/25 | 2,116 | | 76259 | WAL-MART STORES INC | 51.430 | 108,952.20 | |
| 11/25 | 1,288 | | 76497 | WYETH | 33 | 42,555.00 | |
| 11/25 | 4,968 | | 76735 | EXXON MOBIL CORP | 72 | 357,894.00 | |
| | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 3,7??.09 |
| 11/25 | | 19,983 | 77316 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,983.00 |
| 11/25 | | 3,475,000 | 77556 | J S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 3,470,760.50 |
| 11/25 | 29,687 | | 77855 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,687.00 | |
| | | | | NEW BALANCE | | 4,476,690.99 | |
| | 47,610 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.550 | | |
| | | | | CONTINUED ON PAGE 14 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

YOUR ACCOUNT NUMBER   1-D0004-3-0
PERIOD ENDING   11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER   ******4355
PAGE   16

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 12,672 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 16,652 | | | ALTRIA GROUP INC | 16.080 | | |
| | 8,712 | | | AMGEN INC | 55.540 | | |
| | 7,128 | | | APPLE INC | 92.670 | | |
| | 40,902 | | | BANK OF AMERICA | 16.250 | | |
| | 9,314 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 4,987 | | | DAXTER INTERNATIONAL INC | 52.900 | | |
| | 5,500 | | | BOEING CO | 42.630 | | |
| | 10,075 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 16,867 | | | CVS CAREMARK CORP | 28.930 | | |
| | 47,840 | | | CHEVRON CORP | 79.010 | | |
| | 4,391 | | | CISCO SYSTEMS INC | 16.560 | | |
| | 16,075 | | | CITI GROUP INC | 8.290 | | |
| | 460 | | | COCA COLA CO | 46.870 | | |
| | 23,478 | | | COLGATE PALMOLIVE CO | 55.070 | | |
| | | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 12,482 | | | CONOCOPHILLIPS | 52.520 | | |
| | 15,323 | | | THE WALT DISNEY CO | 22.520 | | |
| | 644 | | | EXELON CORP | 56.210 | | |
| | 42,578 | | | EXXON MOBIL CORP | 80.150 | | |
| | 85,110 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,035 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,984 | | | GOOGLE | 292.960 | | |
| | 20,035 | | | HEWLETT PACKARD CO | 35.280 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

PERIOD ENDING: 11/30/08    PAGE: 13

YOUR ACCOUNT NUMBER: 1-D0004-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4365

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 13,974 | | | HOME DEPOT INC | 23.110 | | |
| | 45,516 | | | INTEL CORP | 13.000 | | |
| | 11,088 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 30,096 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 22,778 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 12,390 | | | KRAFT FOOD INC | 27.210 | | |
| | 9,222 | | | MCDONALDS CORP | 58.750 | | |
| | 9,314 | | | MEDTRONIC INC | 30.520 | | |
| | 17,424 | | | MERCK & CO | 26.720 | | |
| | 63,870 | | | MICROSOFT CORP | 20.220 | | |
| | 6,938 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 32,190 | | | ORACLE CORPORATION | 16.090 | | |
| | 12,672 | | | PEPSICO INC | 56.700 | | |
| | 54,928 | | | PFIZER INC | 15.430 | | |
| | 16,907 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 24,450 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 13,464 | | | QUALCOMM INC | 33.570 | | |
| | 9,739 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 29,568 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 5,544 | | | 3M COMPANY | 66.930 | | |
| | 28,879 | | | TIME WARNER INC | 9.050 | | |
| | 14,256 | | | U S BANCORP | 26.980 | | |
| | 7,920 | | | UNITED PARCEL SVC INC CLASS B | 57.500 | | |

CONTINUED ON PAGE   15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

YOUR ACCOUNT NUMBER  1-00004-3-0

PERIOD ENDING  11/30/03

YOUR TAX PAYER IDENTIFICATION NUMBER  ******4365

PAGE  16

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 7,920 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  | 23,013 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 18,216 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 27,388 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  | 1,288 |  |  | WYETH | 36.010 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG 33,863,708.48 |  |  |  |
|  |  |  |  | SHORT |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



CONFIDENTIAL

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES        192,476.94
                               188,055,393.40

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT    06430

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/00 | 1-00004-6-0 | ******4355 | 1 |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,206,475.00 |
| 11/06 | 275 | | 19050 | S & P 100 INDEX<br>NOVEMBER 470 CALL | 20.300 | | 557,975.00 |
| 11/05 | | 275 | 19285 | S & P 100 INDEX<br>NOVEMBER 460 PUT | 20.500 | 564,025.00 | |
| 11/07 | 190 | | 31571 | S & P 100 INDEX<br>NOVEMBER 470 CALL | 22 | | 417,810.00 |
| 11/07 | | 190 | 31806 | S & P 100 INDEX<br>NOVEMBER 460 PUT | 13.800 | 252,390.00 | |
| 11/10 | 235 | | 44031 | S & P 100 INDEX<br>NOVEMBER 485 CALL | 12.400 | | 291,165.00 |
| 11/10 | | 235 | 44266 | S & P 100 INDEX<br>NOVEMBER 475 PUT | 16.800 | 395,035.00 | |
| 11/19 | 700 | | 30245 | S & P 100 INDEX<br>DECEMBER 430 CALL | 26 | | 1,817,300.00 |
| 11/19 | | 700 | 30483 | S & P 100 INDEX<br>DECEMBER 420 PUT | 30 | 2,100,700.00 | |
| 11/19 | | 465 | 30721 | S & P 100 INDEX<br>NOVEMBER 470 CALL | 1.500 | 70,215.00 | |
| 11/19 | | 235 | 30959 | S & P 100 INDEX<br>NOVEMBER 460 CALL | .900 | 21,385.00 | |
| 11/19 | 465 | | 31197 | S & P 100 INDEX<br>NOVEMBER 460 CALL | 45 | | 2,092,035.00 |
| 11/19 | 235 | | 31435 | S & P 100 INDEX<br>NOVEMBER 475 PUT | 59 | | 1,386,265.00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT    06430

PERIOD ENDING 11/30/00
YOUR TAX PAYER IDENTIFICATION NUMBER ******4365
YOUR ACCOUNT NUMBER 1-D0004-4-0
PAGE 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 92 | 72213 | S & P 100 INDEX DECEMBER 330 CALL | 34 | | 312,709.00 |
| 11/25 | 92 | | 72451 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 193,292.00 | |
| | | | | NEW BALANCE | | | 4,476,691.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 700 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 92 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 700 | | | S & P 100 INDEX DECEMBER 420 PUT | 15.500 | | |
| | 92 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                SHORT 1,201,920.00     2,192,200.00— | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 21165 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD      CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16,500 | 00206R102 | AT&T INC | 445830.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.980 | 445170.00 | 660.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (See Back for Further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0046 | | 1-00004-3 | D | 18110 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY
02209S103

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,775 | 02209S103 | ALTRIA GROUP INC | 110880.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.160 | 110649.00 | 231.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 11295 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.          C.H. NUMBER          M

CONTRA PARTY          SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,400 | 002824100 | ABBOTT LABORATORIES | 242572.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.090 | 242396.00 | 176.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange