# EXHIBIT B

## (Part 3 of 5)



| MADF | **BERNARD L. MADOFF** |
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 11530 | 5 | 1 | | 11/03/08 | 11/06/08 |

COOO6

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS   M

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,025 | 031162100 | AMGEN INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 60.350 | 182558.75 | 121.00 | | | | | 182679.75 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER,
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/I | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 11060 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,475 | 037833100 | APPLE INC | 260914.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 105.380 | 260815.50 | 99.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | | | | | | | | | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-D0004-3 | D | 12000 | 5 | 1 | | 11/03/08 | 11/06/08 |

| IDENTIFICATION NO. | | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 14,300 | 060505104 | BANK OF AMERICA | 341484.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 23.840 | 340912.00 | 572.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 12470 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | OUR/REF NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,300 | 064058100 | BANK OF NEW YORK MELLON CORP | 106689.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 32.290 | 106557.00 | 132.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details)

CONFIRMATION (Please see Web Site for further details.)

17

| MADF | BERNARD L. MADOFF |
| --- | --- |
| | INVESTMENT SECURITIES LLC |

New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATION NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0846 | | 1-00004-3 | D | 12235 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |
| SLD | 1,650 | 071813109 | BAXTER INTERNATIONAL INC | | 100056.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 60.600 | 99990.00 | 66.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 11765 | 5 | 1 | | 11/03/08 | 11/06/08 |

CO2BS

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,200 | 097023105 | BOEING CO | 112552.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 51.120 | 112464.00 | 88.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Or Bond see details/or further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 12705 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 5,500 | 110122108 | BRISTOL MYERS SQUIBB COMPANY | | 113575.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.610 | 113355.00 | 220.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 14115 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.      CONTRA PARTY      C.H. NUMBER      SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,125 | 126650100 | CVS CAREMARK CORP | 126018.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.510 | 125853.75 | 165.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 14350 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,775 | 166764100 | CHEVRON CORP | 426079.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.740 | 425848.50 | 231.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATION NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-G0004-3 | D | 13880 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16,775 | 17275R102 | CISCO SYSTEMS INC | 294569.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.520 | 293898.00 | 671.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse side for further details.)*

Pg 3 of 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 13175 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 15,400 | 172967101 | CITI GROUP INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 13.530 | 208362.00 | 616.00 | | | | | 208978.00 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-00004-3 | D | 17170 | 5 | 1 | 1 | 11/03/08 | 11/06/08 | 17 |

IDENTIFICATION NO.                    C.H. NUMBER

CONTRA PARTY                    M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 5,500 | 191216100 | COCA COLA CO. |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 44.490 | 244695.00 | 220.00 | | | | | 244915.00 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 13410 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODE8

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 8,250 | 20030N101 | COMCAST CORP CL A | | 130597.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.790 | 130267.50 | 330.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

17

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 13645 | 5 | 1 | | 11/03/08 | 11/06/08 |

COO88

IDENTIFICATION NO.

CONTRA PARTY
C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,400 | 20825C104 | CONOCOPHILIPS | | 225104.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 51.120 | 224928.00 | 176.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 14585 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 5,500 | 254687106 | THE WALT DISNEY CO | | 136400.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 24.760 | 136180.00 | 220.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (please see reverse for further details.)

Pg 3 of 5      8 of 11

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 23045 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 14,850 | 302316102 | EXXON MOBIL CORP | | 1094742.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.680 | 1094148.00 | 594.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (please see Back hereof for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 14820 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 29,425 | 369604103 | GENERAL ELECTRIC · CO | 577907.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.600 | 576730.00 | 1177.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | OR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-D0004-3 | D | 15290 | 5 | 1 | 1 | 11/03/08 | 11/06/08 | | |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430          M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,100 | 38141G104 | GOLDMAN SACHS GROUP INC | 101101.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 91.870 | 101057.00 | 44.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 15055 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

O.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 550 | 38259P508 | GOOGLE | | 196108.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 356.520 | 196086.00 | 22.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

CONFIRMATION (Please See Reverse Side for further details.)

# BERNARD L. MADOFF

**MADF** INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 15760 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

IDENTIFICATION NO.

**CODES**

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,875 | 428236103 | HEWLETT PACKARD CO | 263656.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.310 | 263381.25 | 275.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF | BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 15525 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

CONTRA PARTY

C.H. NUMBER

IDENTIFICATION NO.

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

SPECIAL DELIVERY INSTRUCTIONS

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,950 | 437076102 | HOME DEPOT INC | | 115533.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 23.300 | 115335.00 | 198.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION
(Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DFR | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-00004-3 | D | 16230 | 5 | 1 | | 11/03/08 | 11/06/08 | 17 |

IDENTIFICATION NO.        CONTRA PARTY                    C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 15,675 | 458140100 | INTEL CORP | | 252524.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.070 | 251897.25 | 627.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please See Reverse for Further details.)

Pg 24 of 67

17

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-D0004-3 | D | 15995 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 3,850 | 459200101 | INTERNATIONAL BUSINESS MACHS | | 357434.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.800 | 357280.00 | 154.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION   (Please see reverse for further details.)

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATING NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-C0004-3 | D | 16700 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.       C.H. NUMBER       SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | SETTLEMENT DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 10,450 | 46625H100 | J.P. MORGAN CHASE & CO | | | | | 427927.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 40.910 | 427509.50 | 418.00 | | | | | 427927.50 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 16465 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODE8

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 7,975 | 478160104 | JOHNSON & JOHNSON | | 489266.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61.310 | 488947.25 | 319.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 16935 | 5 | 1 | | 11/03/08 | 11/06/08 |

GOOSB
M

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD         CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,400 | 50075N104 | KRAFT FOOD INC | | 128260.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.110 | 128084.00 | 176.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 17405 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CODES

IDENTIFICATION NO.

CONTRA PARTY.

O.K. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,300 | 580135101 | MCDONALDS CORP | 191202.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 57.900 | 191070.00 | 132.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-C0004-3 | D | 17640 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

CONTRA PARTY

IDENTIFICATION NO.                                                    C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,300 | 585055106 | MEDTRONIC INC | 133155.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 40.310 | 133023.00 | 132.00 | | | | |

17

M

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)

Pg 17 of 67

17

## BERNARD L. MADOFF
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0846 | | 1-00004-3 | D | 18345 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 6,050 | 589331107 | | MERCK & CO | | | 186461.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.780 | 186219.00 | 242.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 18580 | 5 | 1 | | 11/03/08 | 11/06/08 |

**CODES**

IDENTIFICATION NO.

CONTRA PARTY

O.M. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 22,275 | 59491B104 | MICROSOFT CORP | 497846.25 |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | STATE TAX | FEE | MISC. |
|---|---|---|---|---|---|---|
| 22.310 | 496955.25 | 891.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATION NO. | DELIVERED VA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 19520 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY          C.M. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 2,475 | 674599105 | OCCIDENTAL PETROLEUM CORP | | | 134466.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.290 | 134367.75 | 99.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 18615 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.M. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11,275 | 68389X105 | ORACLE CORPORATION | 204641.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.110 | 204190.25 | 451.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse side for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 19755 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.                    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD         CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 4,400 | 713448108 | PEPSICO INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 57.000 | 250800.00 | 176.00 | | | | | 250976.00 |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION
(Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATION NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 19990 | 5 | 1 | 1 | 11/03/08 | 11/06/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18,975 | 717081103 | PFIZER INC | 336426.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.690 | 335667.75 | 759.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 20460 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 6,050 | 718172109 | PHILLIP MORRIS INTERNATIONAL | | 258758.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 42.730 | 258516.50 | 242.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details)

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/F | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 20695 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.                    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,675 | 747525103 | QUALCOMM INC | | 176948.75 |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | STATE TAX | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.810 | 176761.75 | 187.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION  (Please see reverse for further details)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 20225 | 5 | 1 | | 11/03/08 | 11/06/08 |

CONTRA PARTY:
IDENTIFICATION NO.          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 8,525 | 742718109 | PROCTER & GAMBLE CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 64.570 | 550459.25 | 341.00 | | | | | 550800.25 |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION
( Please see reverse for further details )

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 20930 | 5 | 1 | | 11/03/08 | 11/06/08 |

17

IDENTIFICATION NO.     CONTRA PARTY     C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,300 | 806857108 | SCHLUMBERGER LTD | 170940.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 51.760 | 170808.00 | 132.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-G0004-3 | D | 17875 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,925 | 88579Y101 | 3M COMPANY | | 122487.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 63.590 | 122410.75 | 77.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | CR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 21400 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 10,175 | 887317105 | TIME WARNER INC | 102767.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 10.060 | 102360.50 | 407.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATING NO | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 21870 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.
CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,950 | 902973304 | U S BANCORP | 146470.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.550 | 146272.50 | 198.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please advise us of any change for further details.)

Pg 3 of 10

17

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 21635 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.            CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD      CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,750 | 911312106 | UNITED PARCEL SVC INC CLASS B | 145282.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.790 | 145172.50 | 110.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 22105 | 5 | 1 | | 11/03/08 | 11/06/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 2,750 | 913017109 | UNITED TECHNOLOGIES CORP | | | 151140.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.920 | 151030.00 | 110.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-00004-3 | D | 22340 | 5 | 1 | 1 | 11/03/08 | 11/06/08 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | | C.M. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | |

CODES

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| SLD | 7,975 | 92343V104 | | VERIZON COMMUNICATIONS | | | | | 239409.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.980 | 239090.50 | 319.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
MADF ☐ INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | | TRADE DATE | SETTLEMENT DATE | 17 |
| | | | | | TR | CAP | BS7 | | | | |
| 0646 | | 1-00004-3 | D | 22810 | 5 | 1 | | 11/03/08 | 11/06/08 | |

IDENTIFICATION NO.          C.H. NUMBER

CONTRA-PARTY          SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
| SLD | 6,325 | 931142103 | WAL-MART STORES INC | | | 357995.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.560 | 357742.00 | 253.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (please see reverse for further details)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 22575 | 5 | 1 | | 11/03/08 | 11/06/08 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9,350 | 949746101 | WELLS FARGO & CO NEW | 315095.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.660 | 314721.00 | 374.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-00004-3 | D | 33686 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.          CONTRA PARTY                C.H. NUMBER                    SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | CODES |
|---|---|---|---|---|---|
| SLD | 11,020 | 00206R102 | AT&T INC | | M |

| PRICE | PRINCIPAL | COMMISSION | INTEREST | STATE TAX | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 28.910 | 318588.20 | 440.00 | | | | | 319028.20 |

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)

ALTS 3 OF 6

17

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATION NO. | DELIVERED VA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-00004-3 | D | 23816 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 3,040 | 002824100 | ABBOTT LABORATORIES | 172154.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.590 | 172033.60 | 121.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (please see reverse for further details)

17

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 30631 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,990 | 02209S103 | ALTRIA GROUP INC | 77445.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.370 | 77286.30 | 159.00 | | | | |

*Affiliated with*
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC    MEMBER:

CONFIRMATION
(Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 24051 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    O.M. NUMBER    17

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| YR | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,090 | 031162100 | AMGEN INC | M | 129809.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 62.070 | 129726.30 | 83.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION   (Please see reverse side for further details.)

Pg 53 of 67

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | BKT? | | | |
| 0846 | | 1-00004-3 | D | 23581 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        M        SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,710 | 037833100 | APPLE INC | 186116.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 108.800 | 186048.00 | 68.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 24521 | 5 | 1 | | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

CODES
M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 9,690 | 060505104 | BANK OF AMERICA |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 23.720 | 229846.80 | 387.00 | | | | | 230233.80 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION/ADVICE (See reverse side for further details.)



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS.NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 24991 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

17

IDENTIFICATION NO.
CONTRA PARTY
C.H. NUMBER
SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,090 | 064058100 | BANK OF NEW YORK MELLON CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 34.210 | 71498.90 | 83.00 | | | | | 71581.90 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

# BERNARD L. MADOFF

**MADF**

INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CODES CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 24756 | 5 | 1 | | 11/04/08 | 11/07/08 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | | 17 |

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,140 | 071813109 | BAXTER INTERNATIONAL INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 61.740 | 70383.60 | 45.00 | | | | | 70428.60 |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Pg 56 of 67

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 24286 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,520 | 097023105 | BOEING CO | | 81592.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.640 | 81532.80 | 60.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 25226 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODED

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,800 | 110122108 | BRISTOL MYERS SQUIBB COMPANY | 80028.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.020 | 79876.00 | 152.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 26636 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

O.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,660 | 126650100 | CVS CAREMARK CORP | | 84481.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 31.720 | 84375.20 | 106.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (please see reverse for further details)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 26871 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,990 | 166764100 | CHEVRON CORP | 301,204.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75.450 | 301045.50 | 159.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0846 | | 1-00004-3 | D | 26401 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER |
|---|---|---|

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11,210 | 17275R102 | CISCO SYSTEMS INC | 197519.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.580 | 197071.80 | 448.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

Pg 3 of 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-00004-3 | D | 25696 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

CODES

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| YE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 10,260 | 172967101 | CITI GROUP INC | 148256.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.410 | 147846.60 | 410.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION — Please see reverse for further details.

| | |
|---|---|
| **BERNARD L. MADOFF** | 885 Third Avenue |
| **MADF**  INVESTMENT SECURITIES LLC | New York, NY 10022 |
| New York □ London | 212 230-2424 |
| | 800 334-1343 |
| | Fax 212 838-4061 |

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 29691 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,800 | 191216100 | COCA COLA CO | 177156.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 46.580 | 177004.00 | 152.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION - PLEASE RETAIN (Prices - see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-C0004-3 | D | 25931 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| SLD | 5,510 | 20030N101 | COMCAST CORP CL A | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 17.390 | 95818.90 | 220.00 | | | | | 96038.90 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

Pg 65 of 68

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-G0004-3 | D | 26166 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

O.M. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,850 | 20825C104 | CONOCOPHILIPS | 151335.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.060 | 151221.00 | 114.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| 0646 | | 1-00004-3 | D | 27106 | 5 | 1 | | 11/04/08 | 11/07/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY   C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD      CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,610 | 254687106 | THE WALT DISNEY CO | 92632.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 25.620 | 92488.20 | 144.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 35566 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 10,070 | 302316102 | EXXON MOBIL CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 75.280 | 758069.60 | 402.00 | | | | | 758471.60 |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 27341 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY                 C.M. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 19,950 | 369604103 | GENERAL ELECTRIC CO | | 396007.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.810 | 395209.50 | 798.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

FINRA  NSX  SIPC  NSCC  DTC
MEMBER: