# EXHIBIT B

## (Part 4 of 5)



CONFIRMATION (Please see Reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B/ST | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-C0004-3 | D | 27811 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 760 | 38141G104 | GOLDMAN SACHS GROUP INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 89.070 | 67693.20 | 30.00 | | | | | 67723.20 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION - PLEASE (WE)/(SEE Reverse for advise or further details)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-00004-3 | D | 27576 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 380 | 38259P508 | GOOGLE | 132695.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 349.160 | 132680.80 | 15.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

**MADF**

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/I | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-0Q004-3 | D | 28281 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY              C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,750 | 428236103 | HEWLETT PACKARD CO | | 184585.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.820 | 184395.00 | 190.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 28046 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 3,230 | 437076102 | HOME DEPOT INC | | 72739.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 22.480 | 72610.40 | 129.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 28751 | | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES
SETT

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| SLD | 10,640 | 458140100 | INTEL CORP | | M |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 16.000 | 170240.00 | 425.00 | | | | | 170665.00 |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| **0046** | | 1-00004-3 | D | 28516 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

O.H. NUMBER

CODES

M

@SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| W/S | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,660 | 459200101 | INTERNATIONAL BUSINESS MACHS |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 92.430 | 245863.80 | 106.00 | | | | | 245969.80 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-C0004-3 | D | 29221 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | SETTLEMENT DATE | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 7,220 | 46625H100 | J.P. MORGAN CHASE & CO | | | 296019.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 40.960 | 295731.20 | 288.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see Reverse for further details)

17

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 28986 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,320 | 478160104 | JOHNSON & JOHNSON | 329094.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61.820 | 328882.40 | 212.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION   *(Please see reverse for further details.)*

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC   MEMBER:

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 29456 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

N

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,850 | 50075N104 | KRAFT FOOD INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 29.710 | 84673.50 | 114.00 | | | | | 84787.50 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Trade Date as of/or further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| **0646** | | 1-00004-3 | D | 29926 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | M |
|---|---|---|---|---|---|---|---|
| SLD | 2,090 | 580135101 | | MCDONALDS CORP | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 57.510 | 120195.90 | 83.00 | | | | | 120278.90 |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

Exhibit B



CONFIRMATION (To be Reviewed - see Legend on reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA   NSX   SIPC   NSCC   DTC   MEMBER:

| ORIGINATOR NO. | DELIVERED VA. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 30161 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD      CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,090 | 585055106 | MEDTRONIC INC | | 86065.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 41.140 | 85982.60 | 83.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*
10/10/2008 5:02 Page 1 of 1 PM

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED V/A | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B/ETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 30866 | 5 | 1 | | 11/04/08 | 11/07/08 |
| IDENTIFICATION NO. | | CONTRA PARTY | | O.K. NUMBER | | | | | SPECIAL DELIVERY INSTRUCTIONS |

CODES: TR CAP B/ETT

17

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,180 | 589931107 | MERCK & CO | | 127573.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.480 | 127406.40 | 167.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please Advise of any further details.)

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVP | TRANS. NO. | TR | CAP | B/T | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 31101 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODE:

IDENTIFICATION NO.              CONTRA PARTY            C.H. NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 15,200 | 594918104 | MICROSOFT CORP | 349296.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 22.940 | 348688.00 | 608.00 | | | | |

**Affiliated with:
Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | BATT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 32041 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.       CONTRA PARTY       C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,520 | 674599105 | OCCIDENTAL PETROLEUM CORP | 82717.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.380 | 82657.60 | 60.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (or Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0046 | | 1-00004-3 | D | 31336 | 5 | 1 | | 11/04/08 | 11/07/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,600 | 68389X105 | ORACLE CORPORATION | 140676.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.470 | 140372.00 | 304.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (To Be Used for Futher details.)

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 32276 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.    CONTRA PARTY

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| S.LB | 3,040 | 713448108 | PEPSICO INC | | 178356.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 58.630 | 178235.20 | 121.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/M | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 32511 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 12,920 | 717081103 | PFIZER INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 18.000 | 232560.00 | 516.00 | | | | | 233076.00 |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 32981 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| WE | | 718172109 | PHILLIP MORRIS INTERNATIONAL |
| SLD | 3,990 | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 43.640 | 174123.60 | 159.00 | | | | | 174282.60 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:

FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-D0004-3 | D | 32746 | 5 | 1 | | 11/04/08 | 11/07/08 |
| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | | | | SPECIAL DELIVERY INSTRUCTIONS |

CODES

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 5,890 | 742718109 | PROCTER & GAMBLE CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 65.180 | 383910.20 | 235.00 | | | | | 384145.20 |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION(S) - Please see reverse for further details.

17

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 33216 | 5 | 1 | | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,230 | 747525103 | QUALCOMM INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 37.690 | 121738.70 | 129.00 | | | | | 121867.70 |

Affiliated with:
### Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 33451 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| YR | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,280 | 806857108 | SCHLUMBERGER LTD |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 51.770 | 118035.60 | 91.00 | | | | | 118126.60 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please refer to back for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B&T | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 30396 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

C.H. NUMBER

M

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,330 | 88579Y101 | 3M COMPANY |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 64.880 | 86290.40 | 53.00 | | | | | 86343.40 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 33921 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,840 | 887317105 | TIME WARNER INC | 69425.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 10.110 | 69152.40 | 273.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| MADF | **BERNARD L. MADOFF** |
|------|------------------------|

INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 34391 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

CODES

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,420 | 902973304 | U S BANCORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 30.790 | 105301.80 | 136.00 | | | | | 105437.80 |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 34156 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER                                    M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,900 | 911312106 | UNITED PARCEL SVC INC CLASS B |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 53.680 | 101992.00 | 76.00 | | | | | 102068.00 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse side for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 34626 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          O.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | SETT. | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SLD | 1,900 | 913017109 | UNITED TECHNOLOGIES CORP | | | M | | 106476.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 56.000 | 106400.00 | 76.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 34861 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 5,320 | 92343V104 | VERIZON COMMUNICATIONS | | 169441.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 31.810 | 169229.20 | 212.00 | | | | |

17

M

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MADF  0846  17

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B/S/T | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 35331 | 5 | 1 | 1 | 11/04/08 | 11/07/08 |

IDENTIFICATION NO.

CONTRA PARTY

CODES

O.M. NUMBER    M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 4,370 | 931142103 | WAL-MART STORES INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 56.730 | 247910.10 | 174.00 | | | | | 248084.10 |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details.)

17

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 35096 | 5 | 1 | | 11/04/08 | 11/07/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 6,460 | 949746101 | WELLS FARGO & CO NEW | | 220414.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.080 | 220156.80 | 258.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please review face for further details)



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

FINRA  NSX  SIPC  NSCC  DTC

MEMBER:

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 46146 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER

CODES

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 14,570 | 00206R102 | AT&T INC | | 416992.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.580 | 416410.60 | 582.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Reverse Side for Further details.)

17

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| **0846** | | 1-00004-3 | D | 36276 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

CODES

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,760 | 002824100 | ABBOTT LABORATORIES |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 55.910 | 210221.60 | 150.00 | | | | | 210371.60 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION: Please see reverse for further details.

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-Q0004-3 | D | 43091 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.      CONTRA PARTY                     C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,935 | 02209S103 | ALTRIA GROUP INC | 93419.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 18.890 | 93222.15 | 197.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse side for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 36511 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.     CONTRA PARTY     C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,585 | 031162100 | AMGEN INC | 154220.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.620 | 154117.70 | 103.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION – Please see reverse for further details.

17



MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 36041 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,115 | 037833100 | APPLE INC | 230026.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 108.720 | 229942.80 | 84.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (To be see reverse cover for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-Q0004-3 | D | 36981 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.M. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,220 | 060505104 | BANK OF AMERICA | 294379.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 24.050 | 293891.00 | 488.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse/another details)    17

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 37451 | 5 | 1 | M | 11/05/08 | 11/10/08 |

CONTRA PARTY                           C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,820 | 064058100 | BANK OF NEW YORK MELLON CORP | 94525.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.480 | 94413.60 | 112.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please retain for your tax records / see reverse for other details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 37216 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,645 | 071813109 | BAXTER INTERNATIONAL INC | 100031.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 60.770 | 99966.65 | 65.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (to reflect the reverse for other details.)

17

## BERNARD L. MADOFF
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 36746 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,880 | 097023105 | BOEING CO | | 98192.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.190 | 98117.20 | 75.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Do not see reverse for further details)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 37686 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY                    C.M. NUMBER        M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,935 | 110122108 | BRISTOL MYERS SQUIBB COMPANY | | 105361.85 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.310 | 105164.85 | 197.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Pg 42 of 67



CONFIRMATION (Please see reverse for further details)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 39096 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,525 | 126650100 | CVS CAREMARK CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 31.300 | 110332.50 | 141.00 | | | | | 110473.50 |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 39331 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,170 | 166764100 | CHEVRON CORP | 395245.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 76.410 | 395039.70 | 206.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Reverse Side for Further Details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B/T | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 38861 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 14,335 | 17275R102 | CISCO SYSTEMS INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 18.080 | 259176.80 | 573.00 | | | | | 259749.80 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (please see reverse for further details)    17

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VS | ACCOUNT NUMBER | DVR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 38156 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 13,395 | 172967101 | CITI GROUP INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 14.270 | 191146.65 | 535.00 | | | | | 191681.65 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATION NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 42151 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

17

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.M. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 4,935 | 191216100 | COCA COLA CO | | 224739.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 45.500 | 224542.50 | 197.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

MADF  BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-O0004-3 | D | 38391 | 5 | 1 | | 11/05/08 | 11/10/08 | 17 |

CODES

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD       CT  06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,050 | 20030N101 | COMCAST CORP CL A | 123022.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.410 | 122740.50 | 282.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA    NSX    SIPC    NSCC    DTC
MEMBER:

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0046 | | 1-00004-3 | D | 38626 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 3,760 | 20825C104 | CONOCOPHILIPS | | 203678.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.130 | 203528.80 | 150.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-D0004-3 | D | 39566 | 5 | 1 | | 11/05/08 | 11/10/08 |

CONTRA PARTY
IDENTIFICATION NO.
C.H. NUMBER
SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| SLD | 4,465 | 254687106 | THE WALT DISNEY CO | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 25.660 | 114571.90 | 178.00 | | | | | 114749.90 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0048 | | 1-Q0004-3 | D | 48026 | 5 | 1 | | 11/05/08 | 11/10/08 |

**CODES**

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 12,690 | 302316102 | EXXON MOBIL CORP | M | 962409.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 75.800 | 961902.00 | 507.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

FINRA   NSX   SIPC   NSCC   DTC   **MEMBER:**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 39801 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

17

IDENTIFICATION NO.            CONTRA PARTY

C.H. NUMBER            SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 25,615 | 369604103 | GENERAL ELECTRIC CO | 526899.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.530 | 525875.95 | 1024.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



17

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0848 | | 1-00004-3 | D | 40271 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,175 | 38141G104 | GOLDMAN SACHS GROUP INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 92.680 | 108899.00 | 47.00 | | | | | 108946.00 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 40036 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 470 | 38259P508 | GOOGLE |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 363.580 | 170882.60 | 18.00 | | | | | 170900.60 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 40741 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

N

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 6,110 | 428236103 | HEWLETT PACKARD CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 37.290 | 227841.90 | 244.00 | | | | | 228085.90 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (please see reverse for further details)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

883 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 40506 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 4,230 | 437076102 | HOME DEPOT INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 23.030 | 97416.90 | 169.00 | | | | | 97585.90 |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse side for further details)



Pg 55 of 67

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 41211 | | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.            CONTRA PARTY                    C.H. NUMBER                SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13,865 | 458140100 | INTEL CORP | 220730.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.880 | 220176.20 | 554.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 40976 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

M

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| SLD | 3,290 | 459200101 | INTERNATIONAL BUSINESS MACHS | | 304982.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 92.660 | 304851.40 | 131.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please advise us for further details.)

17

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

FINRA  NSX  SIPC  NSCC  DTC  MEMBER:

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | BETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0046 | | 1-00004-3 | D | 41681 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.            CONTRA PARTY            C.H. NUMBER            SPECIAL DELIVERY INSTRUCTIONS

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 8,930 | 46625H100 | J.P. MORGAN CHASE & CO | | 373005.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 41.730 | 372648.90 | 357.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 41446 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

M

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 6,815 | 478160104 | JOHNSON & JOHNSON | | 418167.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 61.320 | 417895.80 | 272.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please See Reverse for Further Details)

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 41916 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY   C.H. NUMBER

X

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,760 | 50075N104 | KRAFT FOOD INC | 113326.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.100 | 113176.00 | 150.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR/CR | TRANS. NO. | TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 42386 | 5 | 1 | M | | 11/05/08 | 11/10/08 |

17

CONTRA PARTY

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD      CT 06430

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,820 | 580135101 | MCDONALDS CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 57.230 | 161,388.60 | 112.00 | | | | | 161,500.60 |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 42621 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,820 | 585055106 | MEDTRONIC INC | 113758.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 40.300 | 113646.00 | 112.00 | | | | |

**Affiliated with
Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATIONS Part 4 of 5 Pg 62 of 67 (see further details)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VS. | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 43326 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,170 | 589331107 | MERCK & CO | 157942.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.510 | 157736.70 | 206.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** Please see reverse for further details(s).

17

| MADF | **BERNARD L. MADOFF** |
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

FINRA   NSX   SIPC   NSCC   DTC   MEMBER:

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 43561 | 5 | 1 | | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD            CT 06430

M

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 19,035 | 594918104 | MICROSOFT CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 23.200 | 441612.00 | 761.00 | | | | | 442373.00 |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (To be retained for your records)

Pg 64 of 67



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | D/A | TRANS. NO. | TR | CAP | B/ETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-00004-3 | D | 44501 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

CODES

C.H. NUMBER

M

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT  06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 2,115 | 674599105 | OCCIDENTAL PETROLEUM CORP | | 118545.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.010 | 118461.15 | 84.00 | | | | |

17

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION: C & OR CONTRA
(*see reverse for further details.*)

Pg 66 of 68

17

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | B&TT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 43796 | 5 | 1 | 1 | 11/05/08 | 11/10/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

CODES

M

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD        CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 9,635 | 68389X105 | ORACLE CORPORATION |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 18.600 | 179211.00 | 385.00 | | | | | 179596.00 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (*Please see reverse side for further details.*)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 44736 | 5 | 1 | | | 11/05/08 | 11/10/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

N

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 3,760 | 713448108 | PEPSICO INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 57.550 | 216388.00 | 150.00 | | | | | 216538.00 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION OR ADVICE (*please see reverse for further details.)

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRAN B. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-00004-3 | D | 44971 | 5 | 1 | | 11/05/08 | 11/10/08 |

CODES

| IDENTIFICATION NO. | | |
|---|---|---|
| CONTRA PARTY | C.H. NUMBER | |
| | | M |
| | | SPECIAL DELIVERY INSTRUCTIONS |

ORTHOPAEDIC SPECIALTY GRP PC
DEFINED CONTRIBUTION PENSION
PLAN
75 KINGS HIGHWAY CUTOFF
FAIRFIELD          CT 06430

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 16,685 | 717081103 | PFIZER INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 17.960 | 299662.60 | 667.00 | | | | | 300329.60 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange