MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van De Kieft
Parvin K. Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

*Attorneys for Paul J. Robinson*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation |

## STATEMENT REGARDING TRUSTEE'S REVISED

## DETERMINATION OF CLAIM

Paul J. Robinson, by and through his attorneys, hereby responds to the Notice of

Trustee's Revised Determination of Claim ("Revised Determination"), attached as Exhibit A.

1.    On or about January 13, 2009, Mr. Robinson submitted a customer claim form to SIPC.

On or about June 26, 2009, Mr. Robinson submitted an amended customer claim form to SIPC setting

forth his claim in the amount of $4,611,466.00 ("Robinson Customer Claim).

2.      On July 21, 2009, Irving Picard, the Bernard L. Madoff Investment Securities LLC Trustee, sent Mr. Robinson a Notice of Trustee's Determination of Claim ("Determination Letter").

3.      On August 18, 2009, Paul J. Robinson, by and through his attorneys, filed an Objection to Trustee's Determination of Claim ("Objection").

4.      On September 11, 2009 Mr. Robinson received the Revised Determination setting forth a determination of the Robinson Customer Claim which was substantially similar to the Determination sent to Mr. Robinson on July 21, 2009.

5.      To the extent that a response to the Revised Determination is required, Mr. Robinson incorporates by reference his previously filed Objection except in so far as paragraphs 16 and 17 of the Objection are no longer relevant.

Dated: October 9, 2009

s/ Stephen A. Weiss
SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van De Kieft
Parvin K. Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799


MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229

*Attorneys for Paul J. Robinson*

## CERTIFICATE OF SERVICE

I, Stephen A. Weiss, hereby certify that on the 9th day of October 2009, I electronically

transmitted a true and correct copy of the foregoing document, STATEMENT REGARDING RUSTEE'S

REVISED DETERMINATION OF CLAIM,  to the Clerk of the Court using the ECF System for filing and

transmittal of a Notice of Electronic Filing (NEF) to all attorneys of record who are ECF registrants.  I

also certify that on said date, I caused to be served a true and correct copy of the aforementioned

document via federal express on, Irving H. Picard, Trustee, c/o Baker & Hostetler, LLP, 45 Rockefeller

Plaza, New York, NY 10111, and via regular Mail on the following attorneys who are not ECF

registrants:

Philip Bentley
Douglas Rimsky
Jonathan Koevary
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Helen Davis Chaitman
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Seth Davis
David E. Ross
Kasowitz, Benson Torres & Freidman LLP
1633 Broadway
New York, NY 10019

Howard Kleinhendler
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

John J. Lavin
Coppel Laughlin Blount & Lavin, LLP
PO Box 455
Chester, NJ 07930

David E. Ross

Victor Barnet
Kasowitz, Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Law Offices of David C. McGrail
David C. McGrail
676A Ninth Avenue
New York, NY 10036

Joseph E. Shickich
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Alan Nisselson
Windels Marx Mittendorf & Lane, LLP
156 West 56th Street
New York, NY 10019

Paul Traub
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Tina M. Talarchyk
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Thomas M. Wearsch
Baker & Hosteller LLP
45 Rockefeller Plaza
New York, NY 10111

/s/ Stephen A. Weiss
Stephen A. Weiss