# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 978-375-5531

HOME: 508-836-4441

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:  1ZB094

BRAD E AVERGON
& CYNTHIA B AVERGON J/T WROS
4 REED AVENUE
WESTBOROUGH, MA 01581

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

See Statement Attached dated 11/30/08

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of    $_____
    b.    I owe the Broker a Debit (Dr.) Balance of    $_____

502180406                                    1

    c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.      $ _____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ____ | ____ |
| b. | I owe the Broker securities | ____ | ____ |
| c. | If yes to either, please list below: |   |   |

*See Statement Attached dated 11/30/08*

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

5021R0406        2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

502180406                                3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ X

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date __1/6/09__        Signature __Brad E. Avergon__

Date __1/6/09__        Signature __Cynthia B. Avergon__

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

```
RNARD L. MADOFF                      885 Third Avenue                           Affiliated with
ESTMENT SECURITIES LLC               New York, NY 10022                         Madoff Securities International Limited
                                     (212) 230-2424                             12 Berkeley Street
w York □ London                      800 334-1343                               Mayfair, London W1J 8DT
                                     Fax (212) 838-4061                         Tel 020 7193 6222
```

Brad E AVERGON  
CYNTHIA B AVERGON J/T WROS

PERIOD ENDING: 11/30/08    PAGE: 1

REED AVENUE  
JESBOROUGH        MA    01581

YOUR ACCOUNT NUMBER: 1-ZB094-3-0    YOUR TAXPAYER IDENTIFICATION NUMBER: *******1111

| HT/LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  | 47,726.90 |  |
| 714 |  | 1357 | WELLS FARGO & CO NEW | 29.800 | 21,305.20 |  |
| 510 |  | 1959 | HEWLETT PACKARD CO | 34.900 | 17,819.00 |  |
| 442 |  | 5683 | WAL-MART STORES INC | 55.830 | 24,693.86 |  |
| 289 |  | 6185 | INTERNATIONAL BUSINESS MACHS | 87.270 | 25,232.03 |  |
| 1,071 |  | 10009 | EXXON MOBIL CORP | 72.880 | 78,096.48 |  |
| 1,173 |  | 10511 | INTEL CORP | 14.510 | 17,066.23 |  |
| 561 |  | 14837 | JOHNSON & JOHNSON | 59.580 | 33,446.38 |  |
| 765 |  | 19162 | J.P. MORGAN CHASE & CO | 38.530 | 29,505.45 |  |
| 408 |  | 23488 | COCA COLA CO | 44.660 | 18,237.28 |  |
| 238 |  | 27814 | MCDONALDS CORP | 55.370 | 13,187.06 |  |
| 442 |  | 32140 | MERCK & CO | 28.550 | 12,636.10 |  |
| 1,615 |  | 36466 | MICROSOFT CORP | 21.810 | 35,297.15 |  |
| 816 |  | 40792 | ORACLE CORPORATION | 17.300 | 14,148.80 |  |
| 323 |  | 53770 | PEPSICO INC | 56.410 | 18,232.43 |  |
| 187 |  | 54272 | APPLE INC | 100.780 | 18,852.86 |  |
| 1,377 |  | 58096 | PFIZER INC | 16.940 | 23,381.38 |  |
| 323 |  | 58598 | ABBOTT LABORATORIES | 54.610 | 17,651.03 |  |
| 612 |  | 62422 | PROCTER & GAMBLE CO | 64.080 | 39,240.96 |  |
| 221 |  | 62924 | AMGEN INC | 59.160 | 13,082.36 |  |
| 425 |  | 66748 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 18,547.00 |  |
| 1,020 |  | 67250 | BANK OF AMERICA | 21.590 | 22,061.80 |  |
| 340 |  | 71074 | QUALCOMM INC | 33.770 | 11,494.80 |  |
| 1,105 |  | 71576 | CITI GROUP INC | 12.510 | 13,967.55 |  |

CONTINUED ON PAGE 2

STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARD E AVERGON
CYNTHIA B AVERGON J/T WROS

REED AVENUE
WESTBOROUGH        MA    01581

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZB094-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1111

| BOUGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 255 | | 75400 | SCHLUMBERGER LTD | 49.480 | 12,627.40 | |
| 612 | | 75902 | COMCAST CORP CL A | 16.510 | 10,128.12 | |
| 1,207 | | 79726 | AT&T INC | 27 | 32,637.00 | |
| 306 | | 80228 | CONOCOPHILIPS | 52.510 | 16,080.06 | |
| 204 | | 84052 | UNITED PARCEL SVC INC CLASS B | 52.040 | 10,624.16 | |
| 1,241 | | 84554 | CISCO SYSTEMS INC | 16.730 | 20,810.93 | |
| 357 | | 88378 | U S BANCORP | 29.530 | 10,556.21 | |
| 425 | | 88880 | CHEVRON CORP | 73.430 | 31,224.75 | |
| 204 | | 92704 | UNITED TECHNOLOGIES CORP | 53.160 | 10,852.64 | |
| 2,159 | | 93206 | GENERAL ELECTRIC CO | 19.630 | 42,467.17 | |
| 578 | | 97030 | VERIZON COMMUNICATIONS | 30.410 | 17,599.98 | |
| 51 | | 97532 | GOOGLE | 337.400 | 17,209.40 | |
| | 750,000 | 23963 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.936 | | 749,520.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 48.95 |
| | 47,072 | 19067 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,072.00 |
| 23,316 | | 28435 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,316.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.86 |

CONTINUED ON PAGE    3

STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRAD E AVERGON
CYNTHIA B AVERGON J/T WROS

IREED AVENUE
WESTBOROUGH    MA    01581

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-Z8094-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1111

| BGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 23,316 | 53965 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,316.00 |
| 50,000 | | 58494 | U S TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.926 | 49,963.00 | |
| 24,287 | | 63001 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,287.00 | |
| | | | NEW BALANCE | | 95,224.06 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 1,207 | | | AT&T INC | 28.560 | | |
| 323 | | | ABBOTT LABORATORIES | 52.390 | | |
| 221 | | | AMGEN INC | 55.540 | | |
| 187 | | | APPLE INC | 92.670 | | |
| 1,020 | | | BANK OF AMERICA | 16.250 | | |
| 425 | | | CHEVRON CORP | 79.010 | | |
| 1,241 | | | CISCO SYSTEMS INC | 16.540 | | |
| 1,105 | | | CITI GROUP INC | 8.290 | | |
| 408 | | | COCA COLA CO | 46.870 | | |
| 612 | | | COMCAST CORP CL A | 17.340 | | |
| 306 | | | CONOCOPHILIPS | 52.520 | | |
| 1,071 | | | EXXON MOBIL CORP | 80.150 | | |
| 2,159 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE    4

STATEMENT FOR INCOME TAX PURPOSES

**RNARD L. MADOFF**
**ISTMENT SECURITIES LLC**
v York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRADE AVERGON
CYNTHIA B AVERGON J/T WROS

REED AVENUE
WESTBOROUGH    MA   01581

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-Z8094-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******1111

| QT 8 LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 51 | | | GOOGLE | 292.960 | | |
| 510 | | | HEWLETT PACKARD CO | 35.280 | | |
| 1,173 | | | INTEL CORP | 13.800 | | |
| 289 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 765 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 561 | | | JOHNSON & JOHNSON | 58.580 | | |
| 238 | | | MCDONALDS CORP | 58.750 | | |
| 442 | | | MERCK & CO | 26.720 | | |
| 1,615 | | | MICROSOFT CORP | 20.220 | | |
| 818 | | | ORACLE CORPORATION | 16.090 | | |
| 323 | | | PEPSICO INC | 56.700 | | |
| 1,377 | | | PFIZER INC | 16.430 | | |
| 425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 612 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 340 | | | QUALCOMM INC | 33.570 | | |
| 255 | | | SCHLUMBERGER LTD | 50.740 | | |
| 24,287 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 357 | | | U S BANCORP | 26.980 | | |
| 204 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 50,000 | | | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.971 | | |
| 204 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE   5

STATEMENT FOR INCOME TAX PURPOSES

**RNARD L. MADOFF**
ESTMENT SECURITIES LLC
w York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RAD E AVERGON
CYNTHIA B AVERGON J/T WROS

REED AVENUE
ESTBOROUGH  MA  01581

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-Z8094-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1111

| HT. OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 578 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 442 | | | WAL-MART STORES INC | 55.880 | | |
| 714 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG            SHORT | | | |
| | | | 823,263.43 | | | |

ATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRAD E AVERSON
CYNTHIA B AVERSON J/T WROS

4 REED AVENUE
WESTBOROUGH        MA    01581

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-ZB094-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******1111

| BOUGHT ED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 5,621. |
| | | | GROSS PROCEEDS FROM SALES | | | 4,524,942.1 |

STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRAD E AVERGON
CYNTHIA B AVERGON J/T WROS

4 REED AVENUE
WESTBOROUGH         MA   01581

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB094-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******1111

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 47,727. |
| | 17 | 45110 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 26,843. |
| 17 | | 49444 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 30,277.00 | |
| | 17 | 35548 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 44,183. |
| 17 | | 39873 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 51,017.00 | |
| 17 | | 44198 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 5,117.00 | |
| | 17 | 48523 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 62,883. |
| | | | NEW BALANCE | | | 95,225. |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 17 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| 17 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES LONG 28,050.00    SHORT 39,610.00- | | | |

S STATEMENT FOR INCOME TAX PURPOSES