UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**ORDER GRANTING ADMISSION TO PRACTICE,
<u>*PRO HAC VICE*</u> OF BRIAN A. BASH**

This matter came before the Court upon the motion of Brian A. Bash, a member in good standing of the Bar of the State of Ohio, U.S. District Court Southern District of Ohio, U.S. District Court Northern District of Ohio, U.S. Court of Appeals Sixth Circuit, for admission, *pro hac vice,* to represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff individually, in the above-referenced matter and in any related adversary proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Brian A. Bash is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
　　　　October 13, 2009　　　　　　　　　　　　　/s/Burton R. Lifland_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Burton R. Lifland
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge