



October 13, 2009

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011

Clerk of the US Bankruptcy Court for
Southern District of New York
One Bowling Green
New York, NY 10004

RE: **ALAN D. BLEZNAK TRUSTEE OF THE ALAN D. BLEZNAK REVOCABLE TRUST DATED 04/15/03**
**MADOFF ACCOUNT #1B0-198-3-0**

Gentlemen:

In reference to your letter dated August 28, 2009, "Notice of Trustee's Determination of Claim", of which you denied my SIPC claim, I strongly differ with your findings. This letter is my formal response and disagreement with your determination of denial, refer to Bankruptcy Case No. 08-1789 (BRL).

Sincerely,

Alan D. Bleznak

ADB:sms

*960 North Ocean Boulevard, Palm Beach, Florida 33480*