UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          )   SIPA LIQUIDATION
                                                )   No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT                    )
SECURITIES LLC,                                 )
                                                )
            Debtor.                             )
                                                )



## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence R. Velvel, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to be one of the counsel for myself, a victim in the above-referenced case.

I certify that I am a member in good standing of the bars of the State of Massachusetts and the District of Columbia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: October 7, 2009

Andover, MA

Respectfully submitted,

_____
Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Tel: (978) 681-0800
Fax: (978) 681-6330
Email: velvel@mslaw.edu