JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL  33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
Angelina E. Lim, Esq. (8845)
E-mail: angelinal@jpfirm.com
Michael C. Cronin, Esq.
E-mail: mikec@jpfirm.com

*Counsel for Anchor Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                     Adversary Proceeding
                                                                 No. 08-01789-BRL
        Plaintiff-Applicant,

  v.                                                           SIPA Liquidation
                                                                 (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
----------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.
----------------------------------------------------------------X

**MOTION FOR ADMISSION *PRO HAC VICE***

       MICHAEL C. CRONIN, ESQ. of the law firm of Johnson, Pope, Bokor, Ruppel & Burns, LLP, a member in good standing of the Bars of the State of Florida and U.S. District Court for the Middle District of Florida, respectfully requests admission, *pro hac vice*, to represent Anchor Holdings, LLC in this above-referenced matter and in any related adversary proceedings.  My contact information is as follows:

Michael C. Cronin, Esq.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL  33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
E-mail: mikec@jpfirm.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Clearwater, Florida
       October 16, 2009

 /s/ Michael C. Cronin
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Michael C. Cronin, Esq.
Angelina E. Lim, Esq. (8845)
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL  33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
E-mail: mikec@jpfirm.com

(504013\1)