**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Seanna R. Brown
Email:  sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**DECLARATION OF SEANNA R. BROWN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER UPHOLDING TRUSTEE'S DETERMINATION DENYING "CUSTOMER" CLAIMS FOR AMOUNTS LISTED ON LAST CUSTOMER STATEMENT, AFFIRMING TRUSTEE'S DETERMINATION OF NET EQUITY, AND EXPUNGING THOSE OBJECTIONS WITH <u>RESPECT TO THE DETERMINATIONS RELATING TO NET EQUITY</u>**

300036428

Seanna R. Brown, under penalty of perjury, declares the following to be true and correct:

1. I am a member of the Bar of this Court and an associate with the firm of Baker & Hostetler, LLP, counsel for Irving Picard, Trustee for the SIPA liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff. I submit this declaration in support of the Trustee's motion ("Motion") for an order upholding the Trustee's determination denying "customer" claims for amounts listed on last customer statements, affirming the Trustee's determination of net equity, and expunging those objections with respect to the determinations relating to net equity.

2. Attached hereto as Exhibit A is a copy of the Transcript of the Madoff Plea Hearing held on June 29, 2009 in the United States District Court, Southern District of New York, *United States of America v. Bernard L. Madoff*; 09-cr-213 (DC).

3. Attached hereto as Exhibit B is a copy of the Transcript of the DiPascali Plea Hearing held on August 11, 2009 in the United States District Court, Southern District of New York, *United States of America v. Frank DiPascali*; 09-cr-764 (RJS).

4. Attached hereto as Exhibit C is a copy of the Brief For Appellants James W. Giddens As Trustee For The Liquidation Of The Businesses of New Times Securities Services, Inc. and New Age Financial Services, Inc. and Securities Investor Protection Corporation filed on October 17, 2002 in the United States Court of Appeals for the Second Circuit, *In re New*

*Times Securities Services, Inc. and New Age Financial Services, Inc.*, Case No. 02-6166 (2d Cir. 2002).

Dated: New York, New York
October 16, 2009

          *s/Seanna R. Brown*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200 / Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Defendant Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*