**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | SIPA LIQUIDATION |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | No. 08-01789 (BRL) |
| Debtor. |  |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lawrence R. Velvel, to be admitted, *pro hac vice*, to represent himself, in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts and the District of Columbia, it is hereby

ORDERED, that Lawrence R. Velvel, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent himself, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 19, 2009
New York, New York

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE