Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for the Ronald Gene Wohl Credit Shelter Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

      I, Lourdes Blanco, hereby certify that on October 19, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Ronald Gene Wohl Credit Shelter Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

      David J. Sheehan, Esq.
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, NY 10111

October 19, 2009

                                                        */s/ Lourdes Blanco*

1094188.1