**EXHIBIT A**

**Description of Net Equity Claimants**

# EXHIBIT A-1
# NET WINNERS[1]

| CLAIMANT | ACCOUNT NO. | COUNSEL | PURPORTED FICTITOUS EQUITY ON NOVEMBER 30, 2008 STATEMENT | DETERMINATION DETAILS | DATE OF OBJECTION[2] | NON-NET EQUITY OBJECTIONS[3] |
|---|---|---|---|---|---|---|
| **Donald A. Benjamin** | 1CM006 | Phillips Nizer LLP | $5,807,135.63 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $4,560,000, deposited $3,490,000. | 09/01/09 | Yes |
| **David Wingate** | 1CM581 | Phillips Nizer LLP | $1,444,723.70 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $3,550,000, deposited $2,000,000. | 09/16/09 | Yes |
| **Sandra Busel Revocable Trust** | 1B0094 | Phillips Nizer LLP | $5,666,157.04 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $4,470,000, deposited $3,025,000. | 09/22/09 | Yes |
| **Joel Busel Revocable Trust** | 1B0095 | Phillips Nizer LLP | $5,666,156.04 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $4,470,000, deposited $3,025,000. | 09/22/09 | Yes |
| **Martin Lifton** | 1KW162 | Phillips Nizer LLP | $10,505,459.65 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $12,470,000, deposited $8,435,000. | 09/25/09 | Yes |
| **Robert F. Ferber** | 1CM524 | Phillips Nizer LLP | $1,772,916.72 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $3,500,000, deposited $1,850,000. | 09/27/09 | Yes |
| **Armand Lindenbaum** | 1CM304 | Phillips Nizer LLP | $2,790,323.36 | Claim for securities denied (08/31/09); | 09/25/09 | Yes |

---

[1] Under the parlance of this proceeding, a "net winner" is defined as a BLMIS customer that withdrew more funds from BLMIS than the customer deposited with BLMIS. Thus, the customer received payments constituting a full return of her principal investment, plus some amount of fictitious "profits" generated by BLMIS. Although she has already withdrawn all of her principal, along with some amount of fictitious profits (in reality, funds deposited by other customers), the "net winner" customer who objects to the Trustee's methodology is claiming that she is due the fictitious amount fabricated on her final fake November 30, 2008 BLMIS customer statement.

[2] By virtue of the "Claims Procedures Order," issued by the Honorable Burton R. Lifland on December 23, 2008 and as repeated in the Trustee's Determination Letters, if claimants disagree and desire a hearing before Judge Lifland, then they must file their written opposition, setting forth the grounds for their disagreement, referencing Bankruptcy Case No. 08-1789 (BRL), attaching copies of any documents in support of their position, with the United States Bankruptcy Court and the Trustee within thirty (30) days after the date on which the Trustee mailed the respective Determination.

[3] Net Equity constitutes one of the customer's objections, *inter alia*. An objection based on net equity means that the claimant is objecting to the Trustee's calculation of their "net equity" under the Securities Investor Protection Act, 15 U.S.C. §78aaa et seq. The Trustee has determined each customer's Net Equity by crediting the amount of cash deposited by the customer into her BLMIS account, less any amounts withdrawn from her BLMIS customer account, otherwise known as the "cash in/cash out approach." Certain claimants disagree with the Trustee as to the construction of the term Net Equity and how that term should be applied to determine the amount of the valid customer claim of each claimant. Various claimants have asserted that Net Equity should be determined on the basis of each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS.

| Name | Claim # | Firm | Amount | Status | Date | Objection |
|---|---|---|---|---|---|---|
| | | | | claim denied in entirety; withdrew $21,720,000 deposited $18,775,468. | | |
| **Linda Waldman** | 1CM300 | Phillips Nizer LLP | $3,249,890.92 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $4,000,000 deposited $1,695,000. | 09/29/09 | Yes |
| **Mike Stein** | 1S0146 | Phillips Nizer LLP | $6,629,033.15 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $20,220,200 deposited $10,211,297.50. | 09/29/09 | Yes |
| **Norton Eisenberg** | 1CM296 | Milberg LLP | $8,274,567.27 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $5,626,822.35 deposited $3,972,998.89. | 09/16/09 | Yes |
| **Harold A. Thau** | 1ZA467 | Milberg LLP | $8,261,799.38 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $11,835,000 deposited $8,554,000. | 09/24/09 | Yes |
| **The Aspen Company** | 1ZA471 | Milberg LLP | $3,540,074.13 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $4,410,000 deposited $2,453,000. | 09/24/09 | Yes |
| **Stephen R. Goldenberg** | 1CM391 | Milberg LLP | $6,236,402.15 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $9,000,000 deposited $5,000,000. | 09/24/09 | Yes |
| **Bernard Seldon** | 1ZR050 | Milberg LLP | $1,169,785.47 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $2,256,804.50 deposited $1,097,354.77. | 09/24/09 | Yes |
| **Myra Perlen** | 1P0012 | Fulbright & Jaworski L.L.P | $2,055,035.61 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $3,759,968.52 deposited $1,060,000. | 09/25/09 | Yes |
| **Stuart Perlen** | 1P0013 | Fulbright & Jaworski L.L.P | $2,060,826.53 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $6,429,076.47 deposited $1,210,000. | 09/25/09 | Yes |
| **Robert L. Schwarz Revocable Trust** | 1S0227 | Lax & Neville, LLP | $2,647,613.93 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $5,956,000 deposited $3,600,000. | 09/25/09 | Yes |
| **Robert Korn Revocable Trust** | 1CM382 | Lax & Neville, LLP | $6,290,023.31 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $17,939,175 deposited $16,757,830. | 09/25/09 | Yes |
| **Michael Mann & Meryl Mann** | 1CM363 | Sonnenshein Nath & Rosenthal LLP | $7,192,468.38 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $22,150,000 deposited $14,850,000. | 09/25/09 | Yes |
| **Barry Weisfeld** | 1CM584 | Sonnenshein Nath & Rosenthal LLP | $4,407,653.23 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $8,000,000 deposited $5,178,317.25. | 09/25/09 | Yes |

| Name | Claim # | Counsel | Amount | Status | Date | Hearing |
|---|---|---|---|---|---|---|
| **Donald G. Rynne** | 1ZB349 | Gibbons P.C | $6,013,203.29 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $12,445,000 deposited $10,500,000. | 09/23/09 | No |
| **Gutmacher Enterprises, L.P.** | 1G0299 | Folkenflik & McGerity | $2,187,511.19 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $8,875,000 deposited $6,000,000. | 09/28/09 | No |
| **A&G Goldman Partnership** | 1G0304 | Herrick, Feinstein LLP | $1,595,313.55 | Claim for a credit balance and securities denied (08/28/09); claim denied in entirety; withdrew $22,100,000 deposited $18,750,000. | 09/28/09 | No |
| **Pompart LLC** | 1P0100 | Herrick, Feinstein LLP | $4,938,299.02 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $11,125,000 deposited $9,906,191. | 09/28/09 | No |
| **David Lustig** | 1ZB268 | Pro Se | $5,705,242.46 | Claim for a credit balance and securities denied (08/28/09); claim denied in entirety; withdrew $26,850,000 deposited $22,608,664.05. | 09/23/09 | Yes |
| **Lawrence R. Velvel** | 1ZB251 | Appears to be Pro Se | $3,903,236.93 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $2,203,300 deposited $1,862,287.91. | 09/21/09 | No |
| **Josef Mittlemann** | 1KW225 | Appears to be Pro Se | $7,264,407.29 | Claim for a credit balance and securities denied (08/28/09); claim denied in entirety; withdrew $17,125,000 deposited $13,339,578. | 09/21/09 | Yes |
| **Just Empire, LLC** | 1KW261 | Appears to be Pro Se | $6,096,887.12 | Claim for securities denied (08/31/09); claim denied in entirety; withdrew $8,950,000 deposited $7,000,000. | 09/21/09 | Yes |
| **Mets Limited Partnership** | 1KW247 | Appears to be Pro Se | $712,677.34 | Claim for securities denied (08/28/09); claim denied in entirety; withdrew $526,054,000 deposited $502,783,892.17. | 09/24/09 | No |
| **Mets Limited Partnership** | 1KW192 | Appears to be Pro Se | $116,553.87 | Claim for a credit balance and securities denied (08/28/09); claim denied in entirety; withdrew $44,550,000 deposited $20,000,000. | 09/24/09 | No |
| **Joel I. Gordon Revocable Trust** | 1CM201 | Appears to be Pro Se | $2,294,619.15 | Claim for a credit balance and securities denied (08/28/09); claim denied in entirety; withdrew $2,375,000 deposited $900,000. | 09/14/09 | No |

**EXHIBIT A-2**
**NET LOSERS (OVER THE LIMIT)[4]**

| CLAIMANT | ACCOUNT NO. | COUNSEL | CLAIM DETAILS | DETERMINATION DETAILS | DATE OF OBJECTION | NON-NET EQUITY OBJECTIONS[5] |
|---|---|---|---|---|---|---|
| Martin Rappaport | 1CM701 | Milberg LLP | $16,838,044.35 | Allowed claim for $12,600,000 (05/15/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 06/12/09 | Yes |
| Ann Denver | 1ZA470 | Milberg LLP | $6,825,991.14 | Allowed claim for $1,303,000 (08/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/03/09 | Yes |
| Orthodpaedic Specialty Group PC | 1O0004 | Milberg LLP | $32,873,428.49 | Allowed claim for $9,704,855.19 (09/11/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/09/09 | Yes |
| Michael Schur | 1S0473 | Bernfeld, DeMatteo & Bernfeld LLP | $2,653,364.25 | Allowed claim for $1,210,000 (05/22/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 06/20/09 | No |
| James H. Cohen Special Trust | 1CM793 | Brunelle & Hadjikow | $6,111,093.97 | Allowed claim for $3,858,200 (07/30/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/27/09 | Yes |
| John J. Ksiez | 1K0180 | Engel and Gutsin LLP | $1,357,404.25 | Allowed claim for $741,346.11 (07/21/09), representing the | 08/19/09 | Yes |

---

[4] Under the "cash in/cash out" approach, the customers that fall within the category of "over-the-limits net losers that have received full SIPC protection" are customers that withdrew less money from BLMIS than they deposited over time, and had net investment amounts in excess of $500,000. They are entitled to an allowed claim for the amount that they invested, less the amount that they have withdrawn from BLMIS. The difference between the amount invested and the withdrawn amount over time is the customer's Net Equity. The customer has received or will receive a *pro rata* share of any customer property based upon her Net Equity, and will receive a check from the Trustee of $500,000 from funds advanced by SIPC against her share of customer property. Although the claims of these investors should be based on their Net Equity as measured by the net amount invested, these claimants assert that the amount of their Net Equity should be equal to the fictitious amounts represented on their final fake November 30, 2008 BLMIS customer statement. Some of these claimants also argue that their claim for this last reported fictitious amount should be satisfied in securities and not cash.

[5] *Id.* 3.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | monies deposited for purchase of securities minus subsequent withdrawals. | | |
| **Sondra and Norman Feinberg** | 1F0189 | Phillips Nizer LLP | $2,629,937.04 | Combined, allowed claim for $1,420,000 (09/02/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/29/09 | Yes |
| **Chaitman/Schwebel LLC** | 1CM921 | Phillips Nizer LLP | $3,023,318.66 | Allowed claim for $2,000,000 (04/21/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 06/20/09[6] | Yes |
| **David Alan Schustack** | 1ZA061 | Rosen & Associates, P.C | $4,094,301.06 | Allowed claim for $2,912,130.56 (09/11/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/12/09[7] | Yes |

---

[6] Received within the extended deadline of June 21, 2009
[7] Untimely filed with the court, as of October 12, 2009, outside the 30 day period.

**EXHIBIT A-3**
**NET LOSERS (UNDER THE LIMIT)[8]**

| CLAIMANT | ACCOUNT NO. | COUNSEL | CLAIM DETAILS | DETERMINATION DETAILS | DATE OF OBJECTION | NON-NET EQUITY OBJECTIONS[9] |
|---|---|---|---|---|---|---|
| Donald A. Benjamin | 1CM402 | Phillips Nizer LLP | $4,115,861.17 | Allowed claim for $228,964.39 (08/12/09)[10], representing the monies deposited for purchase of securities minus subsequent withdrawals. | 06/30/09 | Yes |
| Elaine Glodstein | 1ZR088 | Phillips Nizer LLP | $607,485.76 | Allowed claim for $66,251.63 (07/23/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/13/09 | Yes |
| Theresa Rose Ryan | 1ZR039 | Phillips Nizer LLP | $811,800.96 | Allowed claim for $128,714.58 (08/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/14/09 | Yes |
| Barbara and Robert J. Vogel | 1ZA931 | Phillips Nizer LLP | $631,333.72 | Allowed claim for $5,000 (08/19/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/15/09 | Yes |
| Howard Israel | 1I0009 | Phillips Nizer LLP | $2,642,991.80 | Allowed claim for $389,342.95 (08/17/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/15/09 | Yes |
| Nancy Feldman | 1F0152 | Phillips Nizer LLP | $1,614,379.27 | Allowed claim for $399,333.33 (08/7/09)[11], representing the monies deposited for purchase of securities minus subsequent | 10/5/09 | Yes |

---

[8] Like the previous category, customers that fall within this category also have allowable claims because they invested more over time than they withdrew from the fraudulent scheme. The net investment amount is less than $500,000, so their respective SIPC protection is limited to the amount of their respective net investment. They will not be entitled to a further distribution from the fund of customer property because their Net Equity claim will have been fully satisfied by the SIPC advance, and SIPC will receive the customers' share of customer property as subrogee. These customers' respective final fake November 30, 2008 BLMIS customer statements may, however, show a balance higher than $500,000.
[9] Id. 3.
[10] Revised Determination Letter (Previous – June 9, 2009)
[11] Received within the extended deadline of October 7, 2009

| Name | Claim # | Firm | Amount | Description | Date | Allowed |
|---|---|---|---|---|---|---|
| | | | | withdrawals. | | |
| David and Susan Glodstein | 1ZA496 | Phillips Nizer LLP | $220,157.61 | Allowed claim for $7,882.17 (09/16/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/13/09 | Yes |
| Brad E. Avergon and Cynthia B. Avergon | 1ZB094 | Phillips Nizer LLP | $811,704.37 | Allowed claim for $55,000 (09/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/13/09 | Yes |
| Ronnie Sue Ambrosino | 1L0143 | Phillips Nizer LLP | $1,642,485.59 | Allowed claim for $135,000 (09/17/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/14/09 | Yes |
| Myron Feuer | 1F0173 | Lax & Neville, LLP | $2,248,278.13 | Allowed claim for $9,609 (09/09/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/21/09 | Yes |
| Allen Robert Greene | 1ZB462 | Lax & Neville, LLP | $1,075,443.14 | Allowed claim for $186,214.40 (07/24/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/20/09 | Yes |
| Lawrence Kaye | 1K0142 | Lax & Neville, LLP | $524,213.48 | Allowed claim for $139,853.68 (07/24/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/20/09 | Yes |
| Allan Goldstein | 1CM450 | Lax & Neville, LLP | $4,188,845.70 | Allowed claim for $320,404.52 (08/03/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/20/09 | Yes |
| Roger Williams and Miriam L. Williams | 1ZA886 | Lax & Neville, LLP | $609,202.86 | Allowed claim for $75,000 (08/17/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/10/09 | Yes |

| Name | Claim # | Firm | Amount | Determination | Date | Objection |
|---|---|---|---|---|---|---|
| **Paul J. Robinson** | 1EM299 | Milberg LLP | $4,543,466.19 | Allowed claim for $80,000 (07/21/09)[12], representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/18/09 | Yes |
| **Jerry Guberman** | 1ZR060 | Milberg LLP | $464,187.92 | Allowed claim for $61,793.39 (07/31/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/26/09 | Yes |
| **Anita Kariman** | 1ZW019 | Milberg LLP | $127,479.40 | Allowed claim for $21,532.43 (07/31/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/28/09 | Yes |
| **Albert J. Goldstein** | 1ZA736 | Milberg LLP | $1,951,968.65 | Allowed claim for $326,000 (07/31/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/28/09 | Yes |
| **Export Technicians Inc.** | 1ZA794 | Milberg LLP | $658,983.06 | Allowed claim for $40,000 (08/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/16/09 | Yes |
| **Judith Rock Goldman** | 1ZW013 | Milberg LLP | $213,900.01 | Allowed claim for $49,378 (07/30/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/28/09 | Yes |
| **Denise Saul** | 1S0221 | Schulte Roth & Zabel LLP | $1,760,345.99 | Allowed claim for $448,932.71 (06/29/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 07/29/09 | Yes |
| **Marsha Peskin** | 1ZR312 | Sonnenshein Nath & Rosenthal LLP | $1,378,886.03 | Allowed claim for $176,354.66 (08/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/16/09 | Yes |
| **Richard L. Cohen** | 1C1346 | Cohen Law Group, | $3,797,957.18 | Allowed claim for $320,902.55 | 09/15/09 | Yes |

---

[12] Revised Determination Letter distributed on 09/11/09.

| Name | Claim # | Counsel | Amount | Status | Date | |
|---|---|---|---|---|---|---|
| | | P.C | | (08/19/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | | |
| Norman Plotnick | 1KW377 | Cole Schotz, Meisel & Leonard | $142,408.21 | Allowed claim for $11,500 (06/23/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 07/17/09 | Yes |
| ELEM/Youth in Distress in Israel Inc. | 1CM645 | Abbey Spanier Rodd & Abrams, LLP | $850,498.82 | Allowed claim for $26,365.35 (08/19/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/17/09 | Yes |
| Richard Most | 1ZR280 | James J. Moylan & Associates PC | $214,665.70 | Allowed claim for $82,533.56 (06/30/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 07/24/09 | No |
| Robert Jason Schustack | 1ZA066 & 1ZA064 | Rosen & Associates, P.C: | $763,393.49 & $511,907.99 | Combined claim is allowed for $0 (09/15/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/14/09 | Yes |
| Burton & Elaine Traub | 1T0050 | Pro Se | $1,317,201.31 | Allowed claim for $22,203.10, (06/23/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 07/22/09 | No |
| Lawrence Kaufman and Janet Ellen Kaufman | 1ZB099 | Pro Se | $883,993.96 | Allowed claim for $45,000, (07/14/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 07/29/09 | No |
| Marlene M. Knopf | 1KW316 | Pro Se | $385,879.69 | Allowed claim for $53,363.52 (07/13/09),.representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/07/09 | Yes |
| Maurice Levinsky | 1ZR169 | Pro Se | $585,333.57 | Allowed claim for $68,844 (07/21/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/17/09 | No |

| Name | Claim # | Representation | Amount | Determination | Date | Objection |
|---|---|---|---|---|---|---|
| **Jonathan D. Fink** | 1ZR044 | Pro Se | $291,802.41 | Allowed claim for $43,086 (07/24/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 08/18/09 | Yes |
| **Solomon Turiel** | 1ZR264 | Pro Se | $1,098,413.34 | Allowed claim for $295,922.25 (08/27/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/01/09 | No |
| **Brian S. Appel & Doreen G. Appel** | 1KW382 | Pro Se | $100,912.09 | Claim denied because it is duplicative of an allowed claim of $45,065.23 for which the claimant has already received a SIPC payment (09/09/09). | 09/21/09 | No |
| **Gertrude I. Gordon** | 1ZA216 | Pro Se | $833,509.12 | Allowed claim for $5,000 (09/01/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/23/09 | Yes |
| **Joel & Ellen Ross TIC** | 1ZA715 | Pro Se | $1,850,435.53 | Allowed claim for $227,800 (09/02/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 09/09/09 | No |
| **Charles Gervitz** | 1ZB405 | Pro Se | $232,350.87 | Allowed claim for $15,172.63 (08/18/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/03/09[13] | No |
| **Judith and Daniel Kalman** | 1ZG032 | Appears to be Pro Se | $731,113.78 | Allowed claim for $133,675 (09/10/09), representing the monies deposited for purchase of securities minus subsequent withdrawals. | 10/07/09 | Yes |

---

[13] Received within the extended deadline of October 17, 2009