**Holy Ghost Fathers South West Brazil**
**Account Number 11 – 2424 823**
**Signator of the Account: Hugh de Blacam**

United States Bankruptcy Court
Southern District of New York,
SIPC / Plaintiff-Aplicant
    V.
Bernard L Madoff Investment Securities LLC
Adjudication of "Net Equity" Issue



Dear Sir,

I am president (one of the signators) of the Holy Ghost Fathers South West Brazil, a customer of Bernard L. Madoff Investment Securities LLC. I write in the name of the Holy Ghost Fathers South West Brazil.

I received your correspondence relating to the question of Net Equity in relation to the SIPC v. Bernard L. Madoff Investment Securities LLC case.

As our missionary work has been seriously damaged by the case, I must ask for the figure that favours us. I therefore reply asking that our Net Equity under SIPA be considered to be equal to the value of the securities positions and credit balance reflected in our last statement.

Dated: October 07, 2009
    São Paulo, São Paulo

_____
Hugh de Blacam
Holy Ghost Fathers South West Brazil



Remete (Sender)
Andrade Bascom
Avenida Alvaro Ramos 251
03058-060 São Paulo SP
Brazil

United States Bankruptcy Court
Southern District of New York
Courtroom 623 - The Madoff Net Equity Issue
One Bowling Green,
New York - NY 10004
USA - EUA