Caption:   Securities Investor Protection Corporation, Plaintiff, v. Bernard L. Madoff Investment Securities, LLC, Defendant

Adv. Proc. No.:   08-01789 (BRL) SIPA Liquidation

EXHIBIT B   **Joint Objection of Vicki Kaplow Family Trust I, Kaplow Family Partnership and Vicki Kaplow to Notices of Trustee's Determinations of Claims**

# EXHIBIT B

EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 516 443 8039

HOME: 516 692-6088

Taxpayer I.D. Number (Social Security No.)
—REDACTED— 6883

Account Number: 1ZA586
KAPLOW FAMILY PARTNERSHIP
7 HEADLEY WAY
WOODBURY, NY 11797

(If incorrect, please change)

NOTE: **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

***************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $ 677,112.56
   b. I owe the Broker a Debit (Dr.) Balance of    $ -0-

502180406

c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, it must be enclosed with this claim form.   $ _____

d. If balance is zero, insert "None."

2. Claim for securities as of December 11, 2008:   _see statement_

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | YES | NO |
|---|---|---|
| a. The Broker owes me securities | see statement | |
| b. I owe the Broker securities | | ✓ |
| c. If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | | |
|---|---|---|---|---|
| | | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | see statement | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

2

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

50218046

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date 1-12-09    Signature _Vicki Kaplow partner_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

S02180406

ACCOUNT # ZA586

Kaplow Family Partnership formerly Kohl Family Partnership

| | | |
|---|---|---|
| Carryover from predecessor interest | | $118,160.23 |
| Deposit | 6/12/02 | 120,131.82 |
| Deposit | 7/12/02 | 100,000.00 |
| Total | | $338,292.05 |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London
885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR ACCOUNT WITH THE FOLLOWING:

6/12/02

CLIENT'S ACCOUNT NUMBER: 1-ZA586-3

120,131.82

CHECK WIRE

KOHL FAMILY PARTNERSHIP
13786 SAND CRANE DRIVE
PALM BEACH GARDENS    FL  33418

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Av
New York, NY 1
212 230-
P&S Dept. 212 230-
800 334-
Fax 212 838-

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/12/02

100,000.00

CLIENT'S ACCOUNT NUMBER

1-ZA586-3

CHECK WIRE

KOHL FAMILY PARTNERSHIP
13786 SAND CRANE DRIVE
PALM BEACH GARDENS   FL  33418

# Delaware PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "KOHL FAMILY PARTNERSHIP, L.P.", CHANGING ITS NAME FROM "KOHL FAMILY PARTNERSHIP, L.P." TO "KAPLOW FAMILY PARTNERSHIP, L.P.", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF APRIL, A.D. 2007, AT 2:48 O'CLOCK P.M.



Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 5620473
DATE: 04-24-07

2417528  8100
0704657346

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:03 PM 04/23/2007
FILED 02:48 PM 04/23/2007
SRV 070465736 - 2417528 FILE

# STATE OF DELAWARE
## AMENDMENT TO THE CERTIFICATE OF LIMITED PARTNERSHIP

The undersigned, desiring to amend the Certificate of Limited Partnership pursuant to the provisions of Section 17-202 of the Revised Uniform Limited Partnership Act of the State of Delaware, does hereby certify as follows:

First: The name of the Limited Partnership is Kohl Family Partnership, L.P.

Second: Article __1__ of the Certificate of Limited Partnership shall be amended as follows: The name of the Limited Partnership is Kaplow Family Partnership, L.P.

Third: A new General Partner is added to article 3. The name and address of the General Partner is:
Vicki Kaplow
7 Headley Way
Woodbury, NY 11797

In witness whereof, the undersigned executed this Amendment to the Certificate of Limited Partnership on this __18__ day of __April__, A.D. _2007_.

By: _/s/ Vicki Kaplow_
Vicki Kaplow, General Partner

By: _/s/_
Peter Kaplow, General Partner

**BERNARD L. MADOFF**
[MADF] INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliate
Madoff Securities International Li...
12 Berkeley S
Mayfair, London W1J
Tel 020 7493

KAPLOW FAMILY PARTNERSHIP
7 HEADLEY WAY
WOODBURY        NY 11797

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1 | 11/30/08 | 1-ZA586-3-0 | ******6883 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 40,238.41 |
| 11/12 | 588 | | 1078 | WELLS FARGO & CO NEW | 29.800 | 17,545.40 | |
| 11/12 | 420 | | 1580 | HEWLETT PACKARD CO | 34.900 | 14,674.00 | |
| 11/12 | 364 | | 5404 | WAL-MART STORES INC | 55.830 | 20,336.12 | |
| 11/12 | 882 | | 9730 | INTERNATIONAL BUSINESS MACHS | 87.270 | 20,779.26 | |
| 11/12 | 996 | | 10730 | EXXON MOBIL CORP | 72.880 | 64,315.16 | |
| 11/12 | 462 | | 10252 | INTEL CORP | 14.510 | 14,054.66 | |
| 11/12 | 630 | | 14558 | JOHNSON & JOHNSON | 59.580 | 27,543.96 | |
| 11/12 | 336 | | 18883 | J.P. MORGAN CHASE & CO | 38.520 | 24,298.90 | |
| 11/12 | 196 | | 23209 | COCA COLA CO | 44.660 | 15,018.76 | |
| 11/12 | 364 | | 27535 | MCDONALDS CORP | 55.370 | 10,859.52 | |
| 11/12 | 1,330 | | 31861 | MERCK & CO | 28.550 | 10,406.20 | |
| 11/12 | 672 | | 36187 | MICROSOFT CORP | 21.810 | 29,060.30 | |
| 11/12 | 266 | | 40513 | ORACLE CORPORATION | 17.300 | 11,651.60 | |
| 11/12 | 154 | | 53491 | PEPSICO INC | 56.410 | 15,015.06 | |
| 11/12 | 266 | | 53993 | APPLE INC | 100.780 | 15,526.12 | |
| 11/12 | 1,134 | | 57817 | PFIZER INC | 16.940 | 19,254.96 | |
| 11/12 | 504 | | 58319 | ABBOTT LABORATORIES | 54.610 | 14,536.26 | |
| 11/12 | 182 | | 62143 | PROCTER & GAMBLE CO | 64.080 | 32,316.32 | |
| 11/12 | 350 | | 62645 | AMGEN INC | 59.160 | 10,774.12 | |
| 11/12 | 840 | | 66469 | PHILLIP MORRIS INTERNATIONAL INC | 43.600 | 15,274.00 | |
| 11/12 | 280 | | 69971 | BANK OF AMERICA | 21.590 | 18,168.60 | |
| 11/12 | 910 | | 70795 | QUALCOMM INC | 33.770 | 9,466.60 | |
| 11/12 | | | 71297 | CITI GROUP INC | 12.510 | 11,420.10 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Lim
12 Berkeley St
Mayfair, London W1J 8
Tel 020 7493 6

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZA586-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6883

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 210 | | 75121 | SCHLUMBERGER LTD | 49.480 | 10,398.80 | |
| 1/12 | 504 | | 75623 | COMCAST CORP CL A | 16.510 | 8,341.04 | |
| 1/12 | 994 | | 79447 | AT&T INC | 27 | 26,877.00 | |
| 1/12 | 252 | | 79949 | CONOCOPHILIPS | 52.510 | 13,242.52 | |
| 1/12 | 168 | | 83773 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,748.72 | |
| 1/12 | 1,022 | | 84275 | CISCO SYSTEMS INC | 16.730 | 17,138.06 | |
| 1/12 | 294 | | 88099 | U S BANCORP | 29.530 | 8,692.82 | |
| 1/12 | 350 | | 88601 | CHEVRON CORP | 73.430 | 25,714.50 | |
| 1/12 | 168 | | 92425 | UNITED TECHNOLOGIES CORP | 53.160 | 8,936.88 | |
| 1/12 | 1,778 | | 92927 | GENERAL ELECTRIC CO | 19.630 | 34,973.14 | |
| 1/12 | 476 | | 96751 | VERIZON COMMUNICATIONS | 30.410 | 14,494.16 | |
| 1/12 | 42 | | 97253 | GOOGLE | 337.400 | 14,171.80 | |
| | | 650,000 | 23685 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | |
| 1/12 | | | | | | | 649,58 |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 1 |
| 1/12 | | 15,098 | 18788 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,09 |
| 1/12 | 27,847 | | 28156 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,847.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Limi
12 Berkeley Str
Mayfair, London W1J 8
Tel 020 7493 62

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

| PERIOD ENDING | PAGE | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/08 | 3 | 1-ZA586-3-0 | ******6883 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 27,847 | 53674 | FIDELITY SPARTAN | 1 | | 27,8 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/19 | 50,000 | | 58150 | U S TREASURY BILL | 99.926 | 49,963.00 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 1/19 | 19,831 | | 62710 | FIDELITY SPARTAN | 1 | 19,831.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 79,354.27 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 994 | | | AT&T INC | 28.560 | | |
| | 266 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 182 | | | AMGEN INC | 55.540 | | |
| | 154 | | | APPLE INC | 92.670 | | |
| | 840 | | | BANK OF AMERICA | 16.250 | | |
| | 350 | | | CHEVRON CORP | 79.010 | | |
| | 1,022 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 910 | | | CITI GROUP INC | 8.290 | | |
| | 336 | | | COCA COLA CO | 46.870 | | |
| | 504 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 252 | | | CONOCOPHILIPS | 52.520 | | |
| | 882 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,778 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Limi
12 Berkeley Str
Mayfair, London W1J 8I
Tel 020 7493 62

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-ZA586-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6883

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 42 | | | GOOGLE | 292.960 | | |
| | 420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 966 | | | INTEL CORP | 13.800 | | |
| | 238 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 630 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 462 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 196 | | | MCDONALDS CORP | 58.750 | | |
| | 364 | | | MERCK & CO | 26.720 | | |
| | 1,330 | | | MICROSOFT CORP | 20.220 | | |
| | 672 | | | ORACLE CORPORATION | 16.090 | | |
| | 266 | | | PEPSICO INC | 56.700 | | |
| | 1,134 | | | PFIZER INC | 16.430 | | |
| | 350 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 504 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 280 | | | QUALCOMM INC | 33.570 | | |
| | 210 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 19,831 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 294 | | | U S BANCORP | 26.980 | | |
| | 168 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 168 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Limi
12 Berkeley Str
Mayfair, London W1J 8
Tel 020 7493 6

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZA586-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6883

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 476 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 364 | | | WAL-MART STORES INC | 55.880 | | |
| | 588 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 686,632.56 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Limi
12 Berkeley Str
Mayfair, London W1J 8I
Tel 020 7493 62

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-ZA586-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6883

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CRED TO YOUR ACC |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,6 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,759,5 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated w
Madoff Securities International Limi
12 Berkeley Str
Mayfair, London W1J 8I
Tel 020 7493 62

KAPLOW FAMILY PARTNERSHIP

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZA586-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6883

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 40,2 |
| 1/12 | | 14 | 44839 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 22,1 |
| 1/12 | 14 | | 49165 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 24,934.00 | |
| 1/19 | | 14 | 35269 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 36,3 |
| 1/19 | 14 | | 39594 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 42,014.00 | |
| 1/19 | 14 | | 43919 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 4,214.00 | |
| 1/19 | | 14 | 48244 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 51,7 |
| | | | | NEW BALANCE | | | 79,3 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 14 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 14 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 23,100.00 SHORT 32,620.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES