Caption:        Securities Investor Protection Corporation, Plaintiff, v. Bernard L. Madoff
                Investment Securities, LLC, Defendant

Adv. Proc. No.:        08-01789 (BRL) SIPA Liquidation

EXHIBIT C        **Joint Objection of Vicki Kaplow Family Trust I, Kaplow Family Partnership
                and Vicki Kaplow to Notices of Trustee's Determinations of Claims**

# EXHIBIT C

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _516  443-8039_

HOME: _516  692-6088_

Account Number: 1ZB285
VICKI KAPLOW
7 HEADLEY WAY
WOODBURY, NY  11797

Taxpayer I.D. Number (Social Security No.)
.REDACTED _0943_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1.    Claim for money balances as of December 11, 2008 :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_4,303,482.68_
      b.    I owe the Broker a Debit (Dr.) Balance of           $___-0-____

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                                    $ _see statement_

d.   If balance is zero, insert "None."

2.   Claim for securities as of December 11, 2008:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   | YES | NO |
|---|-----|-----|
| a.   The Broker owes me securities | _see statement_ | |
| b.   I owe the Broker securities | | ✓ |
| c.   If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|---|
| | _see statement_ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

2

502180406

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

502180406

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.

✓

Please list the full name and address of anyone assisting you in the preparation of this claim form.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _1-12-09_        Signature _Vicki Kaplow_

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

ACCOUNT #ZB285-3

Vicki Kaplow

| Deposits | |
|---|---|
| 1996 | $500,000.00 |
| 1998 | 20,000.00 |
| 1999 | 50,000.00 |
| 2001 | 315,000.00 |
| 2002 | 900,000.00 |
| Total | $1,785,000.00 |

| Withdrawals | |
|---|---|
| 1996-2003 | 0 |
| 2004 | 58,000.00 |
| 2005 | 190,000.00 |
| 2006 | 265,000.00 |
| 9/30/07 | 300,000.00 |
| 11/30/07 | 200,000.00 |
| 2008 | 0 |
| Total | $1,013,000.00 |

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY          NY 11797

STARTING EQUITY FOR CURRENT YEAR                              675,456.12CR
CAPITAL ADDITIONS                                             20,000.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                                 47,189.24CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                     24,059.51CR
CURRENT CASH BALANCE                                               .96CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                766,703.91    NET LONG
TOTAL EQUITY                                                 766,704.87CR

ANNUALIZED RETURN FOR CURRENT YEAR    21.09 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY          NY 11797

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 829,969.63CR |
| CAPITAL ADDITIONS | 50,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 170,325.12CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .75CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,050,294.00    NET LONG |
| TOTAL EQUITY | 1,050,294.75CR |

ANNUALIZED RETURN FOR CURRENT YEAR    20.11 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY          NY 11797

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 1,195,163.25CR |
| CAPITAL ADDITIONS | 315,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 177,578.37CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | 1,687,741.62CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .62CR  NET LONG |
| TOTAL EQUITY | 1,687,741.62CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.50 %

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY              NY 11797

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,687,741.62CR |
| CAPITAL ADDITIONS | 900,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 143,907.86CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 2,820.00CR |
| CURRENT CASH BALANCE | .98CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,734,468.50 |
| TOTAL EQUITY | 2,734,469.48CR    NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    11.83 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                    1-ZB285-3

7 HEADLEY WAY
WOODBURY              NY 11797

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,255,260.20CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 58,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 346,158.77CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .97CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,543,418.00    NET LONG |
| TOTAL EQUITY | 3,543,418.97CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.61 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY              NY 11797

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 3,543,418.97CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 190,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 352,592.23CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .70CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS    NET LONG | 3,706,010.50 |
| TOTAL EQUITY | 3,706,011.20CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.04 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                 1-ZB285-3

7 HEADLEY WAY
WOODBURY            NY 11797

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,706,011.20CR |
| CAPITAL ADDITIONS | 265,000.00- |
| CAPITAL WITHDRAWALS | 503,924.95CR |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .65CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,944,935.50 |
| TOTAL EQUITY | 3,944,936.15CR NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    13.64 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

VICKI KAPLOW                1-ZB285-3

7 HEADLEY WAY
WOODBURY          NY 11797

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,944,936.15CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 500,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 446,115.86CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .01CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,891,052.00 |
| TOTAL EQUITY | 3,891,052.01CR    NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    12.03 %

Vicki Kaplow
7 Headley Way
Woodbury, NY 11797

November 30, 2007

Bernard L. Madoff Investment Securities, LLC
885 Third Avenue
New York, NY 10022

Attention: Mr. Eric Lipkin
Re: Account Number 1-ZB285-3-0

Gentleman,

   Please issue a check to my name from the above captioned account in the amount
of $ 200,000.00 Thank you for your cooperation in this matter.

Very truly yours,

Vicki Kaplow

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Y303.4

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB285-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 256,409.45 | |
| 11/12 | 3,864 | | 1419 | WELLS FARGO & CO NEW | 29.800 | 115,301.20 | |
| 11/12 | 2,760 | | 1921 | HEWLETT PACKARD CO | 34.900 | 96,434.00 | |
| 11/12 | 2,392 | | 5745 | WAL-MART STORES INC | 55.830 | 133,640.36 | |
| 11/12 | 1,564 | | 6247 | INTERNATIONAL BUSINESS MACHS | 87.270 | 136,552.28 | |
| 11/12 | 5,796 | | 10071 | EXXON MOBIL CORP | 72.880 | 422,643.48 | |
| 11/12 | 6,348 | | 10573 | INTEL CORP | 14.510 | 92,362.48 | |
| 11/12 | 3,036 | | 14899 | JOHNSON & JOHNSON | 59.580 | 181,005.88 | |
| 11/12 | 4,140 | | 19224 | J.P. MORGAN CHASE & CO | 38.530 | 159,679.20 | |
| 11/12 | 2,208 | | 23550 | COCA COLA CO | 44.660 | 98,697.28 | |
| 11/12 | 1,288 | | 27876 | MCDONALDS CORP | 55.370 | 71,367.56 | |
| 11/12 | 2,392 | | 32202 | MERCK & CO | 28.550 | 68,386.60 | |
| 11/12 | 8,740 | | 36528 | MICROSOFT CORP | 21.810 | 190,968.40 | |
| 11/12 | 4,416 | | 40854 | ORACLE CORPORATION | 17.300 | 76,572.80 | |
| 11/12 | 1,748 | | 53832 | PEPSICO INC | 56.410 | 98,673.68 | |
| 11/12 | 1,012 | | 54334 | APPLE INC | 100.780 | 102,029.36 | |
| 11/12 | 7,452 | | 58158 | PFIZER INC | 16.940 | 126,534.88 | |
| 11/12 | 1,748 | | 58660 | ABBOTT LABORATORIES | 54.610 | 95,527.28 | |
| 11/12 | 3,312 | | 62484 | PROCTER & GAMBLE CO | 64.080 | 212,364.96 | |
| 11/12 | 1,196 | | 62986 | AMGEN INC | 59.160 | 70,802.36 | |
| 11/12 | 2,300 | | 66810 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 100,372.00 | |
| 11/12 | 5,520 | | 67312 | BANK OF AMERICA | 21.590 | 119,396.80 | |
| 11/12 | 1,840 | | 71136 | QUALCOMM INC | 33.770 | 62,209.80 | |
| 11/12 | 5,980 | | 71638 | CITI GROUP INC | 12.510 | 75,048.80 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZB285-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,380 | | 75462 | SCHLUMBERGER LTD | 49.480 | 68,337.40 | |
| 11/12 | 3,312 | | 75964 | COMCAST CORP CL A | 16.510 | 54,813.12 | |
| 11/12 | 6,532 | | 79788 | AT&T INC | 27 | 176,625.00 | |
| 11/12 | 1,656 | | 80290 | CONOCOPHILIPS | 52.510 | 87,022.56 | |
| 11/12 | 1,104 | | 84114 | UNITED PARCEL SVC INC CLASS B | 52.040 | 57,496.16 | |
| 11/12 | 6,716 | | 84616 | CISCO SYSTEMS INC | 16.730 | 112,626.68 | |
| 11/12 | 1,932 | | 88440 | U S BANCORP | 29.530 | 57,128.96 | |
| 11/12 | 2,300 | | 88942 | CHEVRON CORP | 73.430 | 168,981.00 | |
| 11/12 | 1,104 | | 92766 | UNITED TECHNOLOGIES CORP | 53.160 | 58,732.64 | |
| 11/12 | 11,684 | | 93268 | GENERAL ELECTRIC CO | 19.630 | 229,823.92 | |
| 11/12 | 3,128 | | 97092 | VERIZON COMMUNICATIONS | 30.410 | 95,247.48 | |
| 11/12 | 276 | | 97594 | GOOGLE | 337.400 | 93,133.40 | |
| 11/12 | | 4,125,000 | 24025 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 4,122,360.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 116.99 |
| 11/12 | | 99,555 | 19129 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 99,555.00 |
| 11/12 | 36,908 | | 28497 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,908.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.53 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZB285-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 36,908 | 54033 | FIDELITY SPARTAN | 1 | | 36,908.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | 300,000 | | 58466 | U S TREASURY BILL | 99.926 | 299,778.00 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/19 | 12,767 | | 63069 | FIDELITY SPARTAN | 1 | 12,767.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 513,457.69 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,532 | | | AT&T INC | 28.560 | | |
| | 1,748 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,196 | | | AMGEN INC | 55.540 | | |
| | 1,012 | | | APPLE INC | 92.670 | | |
| | 5,520 | | | BANK OF AMERICA | 16.250 | | |
| | 2,300 | | | CHEVRON CORP | 79.010 | | |
| | 6,716 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 5,980 | | | CITI GROUP INC | 8.290 | | |
| | 2,208 | | | COCA COLA CO | 46.870 | | |
| | 3,312 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 1,656 | | | CONOCOPHILIPS | 52.520 | | |
| | 5,796 | | | EXXON MOBIL CORP | 80.150 | | |
| | 11,684 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-ZB285-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 276 | | | GOOGLE | 292.960 | | |
| | 2,760 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 6,348 | | | INTEL CORP | 13.800 | | |
| | 1,564 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 4,140 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 3,036 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,288 | | | MCDONALDS CORP | 58.750 | | |
| | 2,392 | | | MERCK & CO | 26.720 | | |
| | 8,740 | | | MICROSOFT CORP | 20.220 | | |
| | 4,416 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,748 | | | PEPSICO INC | 56.700 | | |
| | 7,452 | | | PFIZER INC | 16.430 | | |
| | 2,300 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,312 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,840 | | | QUALCOMM INC | 33.570 | | |
| | 1,380 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 12,767 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,932 | | | U S BANCORP | 26.980 | | |
| | 1,104 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 300,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 1,104 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZB285-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,128 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 2,392 | | | WAL-MART STORES INC | 55.880 | | |
| | 3,864 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 4,366,042.68 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB285-3-0 | *******0943 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 29,101.10 |
| | | | | GROSS PROCEEDS FROM SALES | | | 24,137,651.56 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

VICKI KAPLOW

7 HEADLEY WAY
WOODBURY NY 11797

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB285-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0943

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 256,410.00 |
| 11/12 | | 92 | 45180 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 145,268.00 |
| 11/12 | 92 | | 49506 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 163,852.00 | |
| 11/19 | | 92 | 35610 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 239,108.00 |
| 11/19 | 92 | | 39935 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 276,092.00 | |
| 11/19 | 92 | | 44260 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 27,692.00 | |
| 11/19 | | 92 | 48585 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 340,308.00 |
| | | | | NEW BALANCE | | | 513,458.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 92 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 92 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 151,800.00 SHORT 214,360.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES