**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                    Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation |

**ORDER GRANTING MOTION TO REDACT PORTIONS OF**
**SOCIAL SECURITY NUMBERS AND ACTIVE ACCOUNT NUMBERS**

This cause having com before the Court on September 25, 2009 on the motion (the "Motion") of the Unofficial Committee of Certain Claim Holders for entry of an order authorizing the redaction of portions of social security numbers and active bank account numbers from documents filed on behalf of claimants in this case; due notice of the Motion having been given, and it appearing that no other or further notice need be given; and it appearing that the relief requested by the Motion is necessary to protect the legitimate privacy interests of claimants as provided in 11 U.S.C. Section 107(c); and upon the proceedings before the Court and after due deliberation,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Parties filing documents in this case containing claimant social security numbers and/or active bank account numbers may redact all but the last four digits thereof.

Dated:   October 19, 2009
            New York, New York

                                                           /s/Burton R. Lifland
                                                           HONORABLE BURTON R. LIFLAND
                                                           UNITED STATES BANKRUPTCY JUDGE