JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33757-1368
Telephone: (727) 461-1818;
Fax: (727) 443-6548
Angelina E. Lim, Esq.
E-mail: angelinal@jpfirm.com
Michael C. Cronin, Esq.
E-mail: mikec@jpfirm.com

*Counsel for Anchor Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-----------------------------------------------------------X

In re:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------------------------------X

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on October 16, 2009, I served or caused to be served true

copies of the Motion for Admission to Practice Pro Hac Vice of Michael C. Cronin upon

the interested parties who receive electronic service through ECF, by emailing the

interested parties true and correct copies via electronic transmission and/or by placing

true and correct copies designated for regular U.S. Mail to those parties as set forth in the

attached schedule A.

Dated: Clearwater, Florida
     October 20, 2009                                   _____/s/ Angelina E. Lim_____
                                                     ANGELINA E. LIM

(504149\1)

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

### Chapter 7 Trustee

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

### Securities Investor Protection Corporation

Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

### Securities and Exchange Commission

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

### United States Attorney for SDNY

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

300031869

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com


**Notices of Appearance**

Service via Electronic Notification through ECF Filing

300031869