UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION

    Plaintiff-Applicant,

v.

BERNANRD L. MADOFF INVESTMENT
SECURITIES, LLC

    Defendant.

In Re:
    BERNARD L. MADOFF,

    Debtor.
_____/

Adv. Pro. No. 08-01789 (BRL)


RECEIVED OCT 20 U.S. BANKRUPTCY COURT SDNY

PHYLLIS GLICK'S OBJECTION TO TRUSTEE'S POSITION THAT
FOR DETERMINING CUSTOMER CLAIMS, EACH BLMIS CUSTOMER'S
NET EQUITY WILL BE DETERMINED BY CREDITING THE AMOUNT OF
CASH DEPOSITED BY THE CUSTOMER INTO HIS BLMIS ACCOUNT, LESS
ANY AMOUNTS ALREADY WITHDRAWN BY HIM FROM HIS BLMIS
CUSTOMER ACCOUNT (THE "CASH IN/CASH OUT APPROACH")

    COMES NOW, **PHYLLIS GLICK (account I-ZA492-3),** who files this her Objection to Trustee's Position that for determining customer claims, each BLMIS Customer's net equity will be determined by crediting the amount of cash deposited by the customer into his BLMIS account, less any amounts already withdrawn by him from his BLMIS customer account (the "cash in/cash out approach") re Portfolio Management Report as of 12-31-07.

    Dated this 12th day of October, 2009.

    _____
    Phyllis Glick
    7276 VIA PALOMAR
    BOCA RATON, FLORIDA 33433
    407-394-9055

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

PHYLLIS GLICK                              1-ZA492-3

7276 VIA PALOMAR
BOCA RATON            FL 33433

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 349,272.49CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 37,678.65- |
| REALIZED P/L FOR CURRENT YEAR | 37,402.85CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .19CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 348,996.50   NET LONG |
| TOTAL EQUITY | 348,996.69CR |

ANNUALIZED RETURN FOR CURRENT YEAR    11.43 %