# EXHIBIT B



**Fiserv** Investment
Support
Services

www.fiserviss-iaservices.com

Traditional IRA                                                Page 1 of 4
October 1, 2008 - December 31, 2008



>03881 5666970 001 008145
STANLEY T MILLER



**Account Name:** STANLEY T. MILLER                **Contact:** CLIENT CONNECTION
**Account Number:** ████████

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts                     $6,379,607.56
  *Cash                                        $257.47
  Non-Standard Assets                       $951,539.88
Total Account Value                          **$7,331,404.91**

Prior Period
Total Account Value                          $7,590,799.99

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year                               $0.00

Contributions
  Current Tax Year (2008)                        $0.00
  Prior Tax Year (2007)                          $0.00

Employer Contributions
  Current Tax Year (2008)                        $0.00
  Prior Tax Year (2007)                          $0.00

Distributions
  **Current Tax Year (2008)                 $900,000.00
  Current Tax Year Withholding (2008)            $0.00
  **Prior Tax Year (2007)                  $100,000.00
  Prior Tax Year Withholding (2007)              $0.00

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian
No other investments are FDIC insured through this institution

** May include distributions that do not apply toward your required minimum distribution

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records
Report any discrepancies to us immediately

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account

717 17th Street, Ste. 1700, Denver, CO 80202-3331 • PO Box 173859, Denver, CO 80217-3859 • 800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC





031038030438

Page 3 of 4



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 10/08/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year  2008 | | |
| 10/10/2008 | FEE COLLECTION | | | -80.97 |
| 11/05/2008 | FEE PAYMENT | CHK#007410 $300.00 | | |
| 11/05/2008 | FEE REIMBURSEMENT | | | 257.47 |
| 11/10/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -60,000.0000 | |
| 11/10/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 60,000.00 |
| 11/10/2008 | IRA DISTRIBUTION | | | -60,000.00 |
| | | For Tax Year  2008 | | |

**Ending Cash Balance**  (as of 12/31/2008)                                                                              **$257.47**

717 17th Street, Ste  1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC

03881 5666970 007763 013740 00002 00002

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| TRUST INDUSTRIAL BANK P.O. BOX 173859 DENVER, CO 80217-3859 | $ 900,000.00 | **2008** | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 900,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy B** Report this income on your Federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY E. MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s)  IRA/ SEP/ SIMPLE ☒  7 | 8 Other $ | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution  % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                                                   Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| TRUST INDUSTRIAL BANK P.O BOX 173859 DENVER, CO 80217-3859 | $ 900,000.00 | **2008** | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 900,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy C** For Recipient's Records |
| PAYER'S federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY E. MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s)  IRA/ SEP/ SIMPLE ☒  7 | 8 Other $ | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution  % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                          [Keep for your records.]                          Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| TRUST INDUSTRIAL BANK P.O BOX 173859 DENVER, CO 80217-3859 | $ 900,000.00 | **2008** | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 900,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy 2** File this copy with your state, city, or local income tax return, when required. |
| PAYER'S federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY E. MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s)  IRA/ SEP/ SIMPLE ☒  7 | 8 Other $ | |
| | 9a Your percentage of total distribution  % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                                                   Department of the Treasury - Internal Revenue Service