# EXHIBIT C

# AMENDED



## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC


RECEIVED
RECEIVED
MAR 16 2009

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _____

HOME: _____

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:  1-ZR284-3 & 1-ZR284-4

Stanley T. Miller IRA



# AMENDED

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

1.      Claim for money balances as of **December 11, 2008_:**
   a.     The Broker owes me a Credit (Cr.) Balance of         $_____
   b.     I owe the Broker a Debit (Dr.) Balance of              $_____

c.  If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                      $_____

d.  If balance is zero, insert "None."              _____NONE_____

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | ✓ | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if
      so, give name of that broker.                          ✓
      _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:  Carole Neville, Sonnenschein Nath &
      Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF. ***

Date _____3/12/09_____    Signature ___Haly T Mill___

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

---

* This form includes and incorporates in full the attached Addendum. Customer
reserves the right to amend this form for any purpose, including, without
limitation, to add interest, costs and other losses associated with this account.

**ADDENDUM**

**THIS CLAIM AMENDS STANLEY MILLER'S CLAIM DATED 1/9/09 ATTACHED
HERETO AS EXHIBIT ENTITLED 1/9/09 STANLEY MILLER SIPC CLAIM**

**Customer:**  **Stanley T. Miller IRA**

**Address:**   REDACTED

**Account #:**   **1-ZR284-3-0**
**1-ZR284-4-0**

Document index:

   A.  Statement dated November 30, 2008                 $6,528,970.10

   B.  Investment Documents:

        1.    Check transfer confirmation dated 11/09/98        $3,000,000.00

              Facsimile Correspondence dated 11/04/98

              Investment Authorization Form

              IRA Statement dated as of 12/31/98

        2.    IRA Statement dated as of 12/31/98             $499,907.00

              Check transfer confirmation dated 1/7/99

              Check transfer confirmation dated 1/12/99          $93.00

              IRA Account Statement dated as of 3/31/99

        3.    IRA Statement dated as of 6/30/99             $499,990.00

              4/1/99 - 6/30/99 - Missing documents          $500,000.00

   C.  Transfer documents

        1.    IRA Distribution Request Form dated as of 10/03/00    ($20,000.00)

              IRA Statement dated as of 12/31/00

        2.    IRA Statement dated as of 12/31/01           ($600,000.00)

              1099 for IRA distributions for 2001

        3.    IRA Statement dated as of 12/31/02           ($200,000.00)

              1099 for IRA distributions for 2002

4.   IRA Statement dated as of 12/31/03          ($250,000.00)

     1099 for IRA distributions for 2003

5.   IRA Statement dated as of 12/31/04          ($449,977.26)

     1099 for IRA distributions for 2004

6.   IRA Statement dated as of 12/31/05          ($350,000.00)

     1099 for IRA distributions for 2005

7.   IRA Statement dated as of 12/31/06           ($50,000.00)

     1099 for IRA distributions for 2006

8.   IRA Statement dated as of 12/31/07          ($100,000.00)

     1099 for IRA distributions for 2007

9.   IRA Statement dated as of 12/31/08          ($900,000.00)

     1099 for IRA distributions for 2008

Total Investments:  $4,499,990.00

Total Withdrawals:  $2,919,977.26

17637509-V-1

# STATEMENT DATED NOVEMBER 30, 2008



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Int
Mayfair

**DUPLICATE** FOR ACCOUNT  NTC & CO.
STANLEY T MILLER

REDACTED

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-Z8284-3-0
YOUR TAX PAYER IDENTIFICATION: *****

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 403,949.24 |
| 11/05 | | | | CHECK | CW | 60,000.00 |
| 11/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/05/08 | DIV | |
| 11/05 | | 19,188 | 35728 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/05 | | 50,000 | 35745 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.879 | |
| 11/05 | 9,135 | | 35778 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,135.00 |
| 11/12 | 5,860 | | 1880 | WELLS FARGO & CO NEW | 29.330 | 175,459.00 |
| 11/12 | 4,200 | | 2382 | HEWLETT PACKARD CO | 34.900 | 146,748.00 |
| 11/12 | 3,640 | | 5206 | WAL-MART STORES INC | 55.830 | 203,366.70 |
| 11/12 | 2,380 | | 6708 | INTERNATIONAL BUSINESS MACHS | 87.270 | 207,797.60 |
| 11/12 | 8,820 | | 10532 | EXXON MOBIL CORP | 72.380 | 643,153.60 |
| 11/12 | 9,660 | | 11034 | INTEL CORP | 14.510 | 140,552.60 |
| 11/12 | 4,620 | | 15360 | JOHNSON & JOHNSON | 59.580 | 275,443.60 |
| 11/12 | 6,300 | | 19685 | J.P. MORGAN CHASE & CO | 38.530 | 242,991.00 |
| 11/12 | 3,360 | | 24011 | COCA COLA CO | 44.660 | 150,191.60 |
| 11/12 | 1,960 | | 28337 | MCDONALDS CORP | 55.370 | 108,603.20 |
| 11/12 | 3,640 | | 32663 | MERCK & CO | 28.550 | 104,067.00 |
| 11/12 | 13,300 | | 36989 | MICROSOFT CORP | 21.910 | 290,605.00 |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
STANLEY T MILLER

**Madoff Securities International**
**Mayfair**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 6,720 | | 41315 | ORACLE CORPORATION | 17.300 | 115,524.00 |
| 11/12 | 2,660 | | 54293 | PEPSICO INC | 56.410 | 150,156.60 |
| 11/12 | 1,540 | | 54795 | APPLE INC | 100.780 | 155,262.20 |
| 11/12 | 11,340 | | 58619 | PFIZER INC | 16.940 | 192,552.60 |
| 11/12 | 2,660 | | 59121 | ABBOTT LABORATORIES | 54.610 | 145,358.60 |
| 11/12 | 5,040 | | 62945 | PROCTER & GAMBLE CO | 64.080 | 323,164.20 |
| 11/12 | 1,820 | | 63447 | AMGEN INC | 59.160 | 107,743.20 |
| 11/12 | 3,500 | | 67271 | PHILIP MORRIS INTERNATIONAL | 43.600 | 152,740.00 |
| 11/12 | 8,400 | | 67773 | BANK OF AMERICA | 21.530 | 181,632.00 |
| 11/12 | 2,800 | | 71597 | QUALCOMM INC | 33.770 | 94,668.00 |
| 11/12 | 9,100 | | 72099 | CITI GROUP INC | 12.510 | 114,205.00 |
| 11/12 | 2,100 | | 75923 | SCHLUMBERGER LTD | 49.480 | 103,992.00 |
| 11/12 | 5,040 | | 76425 | COMCAST CORP | 16.510 | 83,411.40 |
| | | | | CL A | | |
| 11/12 | 9,940 | | 80249 | AT&T INC | 27 | 268,777.00 |
| 11/12 | 2,520 | | 80751 | CONOCOPHILIPS | 52.510 | 132,425.20 |
| 11/12 | 1,680 | | 84575 | UNITED PARCEL SVC INC | 52.040 | 87,494.20 |
| | | | | CLASS B | | |
| 11/12 | 10,220 | | 85077 | CISCO SYSTEMS INC | 16.730 | 171,388.60 |
| 11/12 | 2,940 | | 88901 | U S BANCORP | 29.530 | 86,935.20 |
| 11/12 | 3,500 | | 89403 | CHEVRON CORP | 73.430 | 257,145.00 |
| 11/12 | 1,680 | | 93227 | UNITED TECHNOLOGIES CORP | 53.160 | 89,375.80 |
| 11/12 | 17,780 | | 93729 | GENERAL ELECTRIC CO | 19.630 | 349,732.40 |
| 11/12 | 4,760 | | 97553 | VERIZON COMMUNICATIONS | 30.410 | 144,941.60 |
| 11/12 | 420 | | 98055 | GOOGLE | 337.400 | 141,724.00 |
| | | | | CONTINUED ON PAGE    3 | | |

YOUR ACCOUNT NUMBER
1-ZR284-3-0

PERIOD ENDING
11/30/03

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Int.
Mayfair

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    NTC & CO.
STANLEY T MILLER

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZR234-3-0
YOUR TAX PAYER IDENTIFICATION: **** ****

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | | 6,400,000 | 24486 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | |
| 11/12 | 9,135 | | 19590 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/12 | 36,363 | | 28958 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,353.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | |
| 11/19 | | 36,363 | 54506 | FIDELITY SPARTAN | 1 | |
| 11/19 | 450,000 | | 58905 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.925 | 449,667.00 |
| 11/19 | 6,140 | | 63542 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,140.00 |
| | | | | NEW BALANCE | | 801,109.18 |
| | | | | SECURITY POSITIONS | | |
| | 9,940 | | | AT&T INC | MKT PRICE 28.560 | |
| | | | | CONTINUED ON PAGE 4 | | |

REDACTED

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

**DUPLICATE** FOR ACCOUNT    NTC & CO.
STANLEY T MILLER

YOUR ACCOUNT NUMBER  1-7R284-3-0

PERIOD ENDING  11/30/08

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|
| | 2,660 | | | ABBOTT LABORATORIES | 52.390 | |
| | 1,820 | | | AMGEN INC | 55.540 | |
| | 1,540 | | | APPLE INC | 92.670 | |
| | 8,400 | | | BANK OF AMERICA | 16.250 | |
| | 3,500 | | | CHEVRON CORP | 74.010 | |
| | 10,220 | | | CISCO SYSTEMS INC | 16.540 | |
| | 9,100 | | | CITI GROUP INC | 8.290 | |
| | 3,360 | | | COCA COLA CO | 46.870 | |
| | 5,040 | | | COMCAST CORP | 17.340 | |
| | | | | CL A | | |
| | 2,520 | | | CONOCOPHILIPS | 52.520 | |
| | 8,820 | | | EXXON MOBIL CORP | 80.150 | |
| | 17,780 | | | GENERAL ELECTRIC CO | 17.170 | |
| | 420 | | | GOOGLE | 292.960 | |
| | 4,200 | | | HEWLETT PACKARD CO | 35.280 | |
| | 9,660 | | | INTEL CORP | 13.800 | |
| | 2,380 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 6,300 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 4,620 | | | JOHNSON & JOHNSON | 58.580 | |
| | 1,960 | | | MCDONALDS CORP | 58.750 | |
| | 3,640 | | | MERCK & CO | 26.720 | |
| | 13,300 | | | MICROSOFT CORP | 20.220 | |
| | 6,720 | | | ORACLE CORPORATION | 16.090 | |
| | 2,660 | | | PEPSICO INC | 56.700 | |
| | 11,340 | | | PFIZER INC | 16.430 | |
| | | | | CONTINUED ON PAGE   5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
STANLEY T MILLER

Madoff Securities International

Mayfair

PERIOD ENDING 11/30/09

YOUR ACCOUNT NUMBER 1-ZR284-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 3,500 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 5,040 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 2,800 | | | QUALCOMM INC | 33.570 | |
| | 2,100 | | | SCHLUMBERGER LTD | 59.740 | |
| | 6,140 | | | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| | 2,940 | | | U S BANCORP | 26.980 | |
| | 1,680 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | | CLASS B | | |
| | 450,000 | | | U S TREASURY BILL | 99.971 | |
| | | | | DUE 03/26/2009 | | |
| | | | | 3/26/2009 | | |
| | 1,680 | | | UNITED TECHNOLOGIES CORP | 49.530 | |
| | 4,760 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 3,640 | | | WAL-MART STORES INC | 55.880 | |
| | 5,880 | | | WELLS FARGO & CO NEW | 28.890 | |

MARKET VALUE OF SECURITIES
                    LONG
6,624,170.10
                    SHORT

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Int'l

Mayfair

**BERNARD L. MADOFF**
| MADF |
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    NTC & CO.
STANLEY T MILLER

REDACTED

| PERIOD ENDING |
| 11/30/03 |

| YOUR ACCOUNT NUMBER |
| 1-ZR284-3-2 |

| YOUR TAX PAYER IDENTIFICATION |
| ***** |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   NTC & CO.
STANLEY T MILLER

PERIOD ENDING: 11/30/03
YOUR ACCOUNT NUMBER: 1-ZR284-6-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 11/12 | | 140 | 45641 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 11/12 | 140 | | 49967 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 249,340.00 |
| 11/19 | | 140 | 36071 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 11/19 | 140 | | 40396 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 420,140.00 |
| 11/19 | 140 | | 44721 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 42,140.00 |
| 11/19 | | 140 | 49046 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | | 140 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | |
| | 140 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG 231,000.00 | | |
| | | | | SHORT 326,200.00- | | |

# INVESTMENT DOCUMENTS

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:   **CREDITED YOUR**
**CHECK**

11/09/98

3,000,000.00

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)
REDACTED

1-ZR284-3

# TELECOPIE

**STANLEY T. MILLER**

Adresse: REDACTED

Date _Nov. 4/98_

Nombre total de pages (3)

DESTINATAIRE:
_Susan Waugh_
_R A I_
_303 294 5899_

EXPEDITEUR:
STANLEY T MILLER

REFERENCE:

**MESSAGE:**

Susan:

Per our telephone conversation of today please find attached
an Investment Authorization Form signed by Stanley T. Miller
as requested. We will discuss the "Statement of Account Set-up"
with Jodie Crupi of Bernard Madoff Investment Securities tomorrow
afternoon so that RAI ,upon the receipt of funds from Paine Webber, may
wire the funds below to Bernard Madoff Investment Securities .

A check/s in the amount of $3,000,000. has been Fedexed to Retirement
Accounts, Inc. to the attention of Sharon Koehler today by Paine Webber
effecting the IRA transfer. This should arrive at Retirement Accounts, Inc by
tomorrow. It is important that this funds be transferred via wire to Bernard L.
Madoff Investments Securities into Stanley T. Miller's account with them as
soon as possible. Please watch out for the FEDEX Package.

If you have any problems with the incoming check/s, please call Dina Feder
of Paine Webber at 800-682-7275 or 212-309 3000. I am off work tomorrow
but will make it a point to be in the office around 2:00 so I can be available
for RAI and Bernard Madoff Investments on the other requirement.

I appreciate all your help.

Sincerely,

Maria Bergman
Assistant to Stanley T. Miller

_$10_

_call for ak #_

_ref # 1105 . KK1l6 . 3345_
_to send Fed Ex/A/B_



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please direct mail to:
P.O. Box 173785
Denver, CO 80217-3785

# Investment Authorization Form

**Important Read before completing this form:**

Use this form only for investments not traded over a securities exchange. All other investments (such as stock and bond trades) must be made through your Designated Representative.

Please do not use this form to authorize investments in notes secured by mortgages, deeds of trust or viaticals and similar investments. Special forms/procedures for these investments are available upon request from any Customer Service Representative.

Important disclosures concerning the investments authorized on this form appear on the reverse side.

**Account Owner's Name**   STANLEY T. MILLER

**Retirement Accounts, Inc. Account #**   ▉▉▉▉▉▉▉

**Investment Instructions:** Many securities have similar names. Please list the full investment description; do not abbreviate. Use additional photocopies of this form, if necessary. By signing this form, you agree to the terms stated herein which apply to your investment(s) and hereby authorize Retirement Accounts, Inc. (RAI) to process the following transaction(s):

## Purchases

| Investment Name | | (For Mutual Funds Only) Class (A, B, C, D, etc.) | Amount |
|---|---|---|---|
| BERNARD L. MADOFF INVESTMENT SECURITIES | O00990309 | | $3,000,000.00 |
| | | | $ |
| | | | $ |
| | | | $ |

## Liquidations
*If proceeds are to be sent to the Account Owner, an IRA Distribution Request Form is required before funds may be distributed from the RAI account.*

| Investment Name | Shares | or | Dollars |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## Exchanges
*You MUST indicate dollars or shares, but not both.*

| Investment Name | Shares | or | Dollars |
|---|---|---|---|
| From | | | $ |
| To | | | |
| From | | | $ |
| To | | | |
| From | | | $ |
| To | | | |

## Special Instructions

Please indicate the account number at the fund or other financial institution for each investment, if known, and any special trading instructions such as overnight or wire service for an additional fee, N.A.V. arrangement with fund, etc. All purchases will be sent via first class mail unless you provide other written instructions. Please contact RAI if you want express delivery; additional fees may apply. If funds are to be wired, attach written wire instructions. An additional fee may apply. Also, designate for which transaction (if not all) the special instructions apply.

## Acknowledgment and Signature

I verify that I have received and read all pertinent information relating to the above investment(s) (i.e., prospectus, offering circular, investment agreement, etc.), and that I meet the suitability requirements of the offering(s) indicated. I understand that Retirement Accounts, Inc. is not related to the sponsor(s) of the investment(s) I selected and does not comment on the merits of any offering. I further understand Retirement Accounts, Inc.'s valuation reporting policy (as defined on the back of my account statement), and fee policies associated with my request. I attest that the investment does not constitute a prohibited transaction as defined in Internal Revenue Code Section 4975 and outlined in the plan documents. I agree to the arbitration statement on the back of this page. I hereby agree to indemnify and hold harmless Retirement Accounts, Inc. for any and all costs, obligations, losses, claims, damages and expenses (including reasonable attorney's fees) resulting from the above authorization.

**Authorized Signature X** *[signature]*

**Date**  NOV. 4, 1998            **Phone**

REDACTED

© Retirement Accounts, Inc. 1997

(Continued on the reverse side.)

RAI-1562b  (rev. 7/97)

(WED)11.04'98  16:25/ST.16:24/NO.3562135816 P 2/3          MARIA          FROM

Page 1 of 2

# Individual Retirement Account Statement
## October 1, 1998 - December 31, 1998

STANLEY T. MILLER



Retirement Account Number: ▬▬▬     Trustee Tax ID# ▬▬▬     SSN# ▬▬▬

## ACCOUNT SUMMARY

### ACCOUNT VALUE

#### Current Period

| | |
|---|---|
| Additional Investments | $3,077,128 21 |
| **Total Account Value** | **$3,077,128.21** |

#### Prior Period

| | |
|---|---|
| Total Account Value | $0.00 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (1998) | $0.00 |
| Prior Tax Year (1997) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |

## ACCOUNT INVESTMENTS

### ADDITIONAL INVESTMENTS

| Description | Account Number | Shares | Price Per Share | Total Value |
|---|---|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE | | 3,077,128 2100 | 1 0000 | 3,077,128.21 |
| | | Total Value of Additional Investments | | $3,077,128.21 |
| | | TOTAL ACCOUNT VALUE | | $3,077,128.21 |

## ACCOUNT TRANSACTIONS

Page 2 of 2
106802-0001

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 11/05/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 2,000,000.00 |
| 11/05/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 1,000,000.00 |
| 11/05/98 | Shares Purchased | BERNARD L MADOFF BRKG ACCT VALUE | | 3,000,000.00 |
| 12/29/98 | Cash Transfer | FUNDS TRANSFERRED FROM FORMER TRUSTE | | 500,000.00 |
| 12/30/98 | Fee Collection | | | -93.00 |
| 12/30/98 | Cash Adjustment | BERNARD MADOFF | | -499,907.00 |

## IMPORTANT ACCOUNT INFORMATION

Visit our website at www.retirementaccountsinc.com.

Please refer to the back of this statement for important information.



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING.

1/07/99

| CHECK | 499,907.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

1-ZR284-3

REDACTED

**BERNARD L. MADOFF**
Investment Securities
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/12/99

| CHECK | 93.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

RETIREMENT ACCTS INC CUST IRA
FBO STANLEY T MILLER (106802)

1-ZR284-3

REDACTED

# Individual Retirement Account Statement
## January 1, 1999 - March 31, 1999

STANLEY T MILLER



| Retirement Account Number: ▮▮▮ | Trustee Tax ID# ▮▮▮ | SSN# ▮▮▮ |
|---|---|---|

## ACCOUNT SUMMARY

### ACCOUNT VALUE

**Current Period**

| | |
|---|---|
| Additional Investments | $3,077,128.21 |
| **Total Account Value** | **$3,077,128.21** |

**Prior Period**

| | |
|---|---|
| Total Account Value | $3,077,128.21 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (1999) | $0.00 |
| Prior Tax Year (1998) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |

## ACCOUNT INVESTMENTS

### ADDITIONAL INVESTMENTS

| Description | Account Number | Shares | Price Per Share | Total Value |
|---|---|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE | | 3,077,128.2100 | 1.0000 | 3,077,128.21 |

| | |
|---|---|
| Total Value of Additional Investments | $3,077,128.21 |
| TOTAL ACCOUNT VALUE | $3,077,128.21 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 01/04/99 | Fee Reimbursement | FEE REIMBURSEMENT | | 93.00 |
| 01/07/99 | Cash Adjustment | BERNARD MADOFF | | 93.00 |

## IMPORTANT ACCOUNT INFORMATION

Visit our website at www.retirementaccountsinc.com

# Individual Retirement Account Statement
## April 1, 1999 - June 30, 1999

STANLEY T. MILLER



Participant  Name:  STANLEY  T.  MILLER
Retirement  Account  Number: ███████    Trustee  Tax ID#: ███████    SSN: ███████

## ACCOUNT SUMMARY

### REPORTED  ACCOUNT  VALUE

**Current Period**

| | |
|---|---|
| Brokerage Accounts | $4,565,016.38 |
| Cash | 24.45 |
| Account Value Subtotal | $4,565,040.83 |
| Total Account Value | $4,565,040.83 |

**Prior Period**

| | |
|---|---|
| Total Account Value | N/A |

### CONTRIBUTION  AND  DISTRIBUTION  SUMMARY

| | |
|---|---|
| **Rollovers** | |
| Current Tax Year | $0.00 |
| **Contributions** | |
| Current Tax Year (1999) | $0.00 |
| Prior Tax Year (1998) | $0.00 |
| **Employer Contributions** | |
| Received Current Year | $0.00 |
| **Roth Conversion** | |
| Current Tax Year | N/A |
| **Distributions** | |
| Current Tax Year | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

The previous quarter value information is currently unavailable.

011068020001
Page 2 of 2

# ACCOUNT INVESTMENTS

## BROKERAGE ACCOUNTS

| Description/Account   Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE 1ZR2843 | N/A | 4,565,016.38 |
| | Total Value of Brokerage  Accounts | $4,565,016.38 |

## CASH

| Description | Interest Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK MONEY MARKET | 1.7800 | 1.7900 | N/A | 24.45 |
| | | | Total Value of Cash | $24.45 |
| | | | TOTAL ACCOUNT VALUE | $4,565,040.83 |

# ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 04/26/1999 | CASH ADJUSTMENT INCREASE | WIRE REC'D-PAINEWEBBER-BANK OF NY | | 500,000.00 |
| 04/28/1999 | FEE COLLECTION | | | -10.00 |
| 04/29/1999 | PURCHASE | BERNARD L MADOFF BRKG ACCT VALUE | | -499,990.00 |
| 04/30/1999 | INTEREST | | | 24.38 |
| 05/28/1999 | INTEREST | | | 0.03 |
| 06/30/1999 | INTEREST | | | 0.04 |

# TRANSFER DOCUMENTS

FROM STANLEY METAL      (FRI)11. 3'00 13:27/ST 13:26/NO. 4862799795 P  2



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1100
Denver, Colorado 80202  1323
1-800-325-4353

Please direct mail to:
P.O. Box 173785
Denver, CO 80217-3785
Fax 303-294-5899

# IRA Distribution Request Form

## 1. IRA Account Owner Information (Please type or print)

Retirement Accounts, Ir. Account #  ▓▓▓▓▓▓▓

Name  **STANLEY T. MILLER**

Residence Address (no a P.O. Box)

City/State/Zip  REDACTED

Check here if this is a change of address.  ☐

Daytime Phone  (        )  REDACTED

Date of Birth

Social Security #  ▓▓▓▓▓▓▓

Retirement Accounts, Inc. (RAI) as Trustee of my Individual Retirement Account, is requested to make payment(s) to me as follows:

## 2. Reason for Distribution (Check one)

I understand that a 10% premature distribution penalty tax may apply to any distribution I take from my IRA if I am under age 59½ and no other reason or exception applies. (Check one)

☑ A. I am over age 59½. [If this request is meant to satisfy a required minimum distribution, please complete Section 5, Required Minimum Distributions.]

☐ B. I am under age 59½ and no other reason or exception applies.

☐ C. I am disabled as defined in Section 72(m)(7) of the Internal Revenue Code. (It is the Account Owner's responsibility to determine his/her eligibility and to provide any proof that may be required by the IRS when taking a distribution that is attributable to disability.)

☐ D. This distribution is intended to qualify as a substantially equal periodic payment under Section 72(t)(2)(A)(iv) of the Internal Revenue Code. (It is the Account Owner's responsibility to determine the annual amount required.)

☐ E. I wish to have a recent contribution removed or corrected. (Please also complete Section 6.)

☐ F. This distribution is intended to qualify as an exception to Section 72(t) of the Internal Revenue Code (10% Additional Tax on Early Distributions from Qualified Retirement Plans):

  ☐ Medical Expenses - 72(t)(2)(B)

  ☐ Distributions to unemployed individuals for health insurance premiums - 72(t)(2)(D)

  ☐ Distribution from Individual Retirement Plans for higher education expenses - 72(t)(2)(E)

  ☐ Distributions from certain plans for first home purchases - 72(t)(2)(F)

It is the Plan Owner's responsibility to determine his/her eligibility and to provide any proof that may be required by the IRS when taking a distribution that is meant to qualify as an exception to Section 72(t) of the Internal Revenue Code. RAI will report such distributions to the IRS as either regular or premature distributions depending upon the Plan Owner's age.

Do not use this form for a Trustee-to-Trustee Transfer.

## 3. Payment Amount(s) (Check one and complete applicable blanks.)

☑ A. Single Payment  $ **20,000.**
I wish to withdraw

from my IRA. (Fill in dollar amount or write in "total amount," or "200 shares of XYZ stock," etc.)

☐ B. Installment Payments.

If you are age 70½ or older, please read and complete the "Information Concerning Minimum Distributions" in Section 5. Then complete following items 2, 3 and 4. Otherwise, complete all information following.

1. Installment payments are a specified dollar amount or are based on a given payment period. I choose:

  ☐ a. an amount of $_____ for each payment period. (Specify exact amount or enter "all available cash.")

  ☐ b. a fixed period of _____ years.

2. The first payment should be deducted in the month of
_____

3. Please deduct and send my payments (choose one):

  ☐ near the beginning of the applicable month.

  ☐ near the middle of the applicable month.

  ☐ at the end of the applicable month.

4. Subsequent payments are to be paid (choose one):

  ☐ annually    ☐ semiannually

  ☐ quarterly    ☐ monthly

(Note: It is the Plan Owner's responsibility to ensure that enough cash is available to make each payment when due. Payments will continue until you notify RAI to stop.)

## 4. Asset Instructions

☐ A. Payment to be made in cash (Check all that apply.)

  ☐ 1. I authorize RAI to liquidate the asset(s) listed on page two. If you check the systematic withdrawal option, the frequency of the withdrawal will be the same as the payout frequency indicated in Section 3.3.4.

  ☐ 2. I have contacted my Designated Representative to liquidate any broker-held assets (such as stocks and bonds) or any limited partnerships or other illiquid assets I choose to have sold. My Designated Representative will be responsible for forwarding funds to RAI.

  ☐ 3. My Peak Money Market balance is sufficient to make the distribution.

  ☑ 4. I authorize RAI to request funds from my brokerage account #
    **1ZR284-3-0**
    at **MADOFF INVESTMENT SECURITIES** brokerage firm.

(Continued on the reverse side.)

FROM STANLEY METAL                    (FRI)11. 3'00 13:27/ST. 13:26/NO. 4862799795 P  3

## RA__ __ Distribution Request (continued)

☐ B. Distribute (reregister) shares of the following assets into my personal name to include the __ stated amount.

Please list assets here:

| # of Shares or $Amt | Name of Asset | Liq. /Sell | Re-register | Systematic Withdrawal |
|---|---|---|---|---|
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

Please also distribute $ _____ cash in addition to the assets listed above (for example, total cash balance or a specific dollar amount). (Please leave blank if you do not want cash in addition to the reregistered assets.)

For limited partnerships and/or other illiquid assets, it is the responsibility of the IRA Account Owner and/or his/her Designated Representative to find a buyer and arrange the terms of the sale of the asset. (Attach RAI's Secondary Market Investment Authorization Form if you are selling a limited partnership.) If one or more of the assets requested for distribution is a Mortgage Note (or similar investment), the IRA Account Owner is responsible for ensuring that RAI receives all necessary documents to effect proper assignment of the asset.

## 5. Required Minimum Distributions

*(Complete only if Box E in Section 2 is checked.)*

**Information Concerning Required Minimum Distributions**
*(Complete this section only if you are age 70½ or older.)*

**Deadline:** IRS rules require that you begin receiving distributions from your IRA by your "required beginning date" (April 1 following the calendar year in which you become age 70½), and then again by December 31 of that same year and every year thereafter. If you instruct the RAI to make your minimum distribution, we must receive these instructions at least 30 days prior to the required distribution date. Substantial IRS penalty taxes may be assessed if the appropriate IRS deadline is not met.

**Amount:** The minimum amount required to be distributed generally is based on the prior year end total IRA value divided by the applicable life expectancy or by a fixed number of years.

To complete this section, please complete all applicable information below to specify how you wish to handle the required distributions from your account. If we do not hear from you by your required distribution date, we will assume that you have met your required minimum by taking distribution from another IRA.

**Required Minimum Distributions are based on the length of the payment period under A, B or C below. I choose:**

☐ A. my life expectancy as specified by IRS tables.

☐ B. the joint life expectancy of me and my designated beneficiary (based on IRS tables).

☐ C. a fixed period of _____ years *(not to exceed B above).*

Life expectancy election: (If your "required beginning date" has passed, please indicate the option that was previously elected as of your required beginning date. If you leave this section blank, neither your life expectancy nor the life expectancy of your spouse beneficiary will be recalculated.)

In determining the minimum required distribution for any calendar year (check the applicable boxes):

☐ D. my life expectancy: ☐ should ☐ should not be recalculated each year.

☐ E. the life expectancy of my spouse beneficiary: ☐ should ☐ should not be recalculated each year.

---

**Note:**

1. The election to have or not have your or your spouse's life expectancy recalculated is irrevocable and must be made on or before your "required beginning date." Furthermore, IRS regulations do not allow the life expectancy of a nonspouse beneficiary to be recalculated.

2. If you have designated a nonspouse beneficiary who is more than ten years younger than you, the joint life expectancy will be adjusted to satisfy the incidental death benefit rules imposed by the IRS.

3. Your required minimum distribution may not be calculated based on joint life expectancy if you have designated your estate as the primary beneficiary of your IRA.

## 6. Removal/Correction of Contribution *(Complete this Section only if Box F in Section 2 is checked.)*

A. Contribution was made for tax year _____

B. My tax-filing deadline for that year, plus any applicable extensions, is (fill in date) ____ / ____ / _____

C. Contribution was deposited at RAI on ____ / ____ / _____

D. Was this an excess SEP Employer contribution?

☐ Yes  ☐ No *(Go on to item E.)*

1. If "Yes," fill in amount of excess SEP Employer contribution:

$ _____

2. If "Yes," I understand that RAI is required to redesignate and report the excess Employer contribution amount as a regular IRA contribution on my behalf for the year designated in item A above. (If you do not intend to remove any portion of this redesignated amount, check this box ☐ and continue to Section 10.)

E. Check 1, 2 or 3 and complete item as applicable.

☐ 1. It is BEFORE the applicable tax-filing deadline for that contribution, plus extensions. Please recharacterize the excess contribution amount (named in Section 3.A) in the form of cash to my RAI Roth IRA Account # _____, as a nondeductible contribution for the _____ tax year. I understand that any earnings attributable to this amount also will be transferred in cash to my Roth IRA. I understand that this option is available only if I have not yet taken a deduction for this contribution under this transferred IRA plan, and only if I have made sufficient cash available in my account by the transfer date

☐ 2. It is BEFORE the applicable tax-filing deadline for that contribution, plus extensions (I wish to avoid the 6% IRS penalty tax). I understand that applicable earnings on the contribution must be returned to me, under IRS rules, and that these earnings must be taxable to me. *(check one)*

☐ a. Return contribution plus earnings to me.

☐ b. Remove contribution plus earnings and redeposit only the contribution for the subsequent tax year _____

☐ 3. It is AFTER the applicable tax-filing deadline for that contribution, plus extensions (no earnings will be returned). Please return the excess contribution to me. I understand that a 6% IRS penalty tax will apply.

(Note: Indicate the amount of the contribution to be returned in Section 3 on page 1. The dollar amount you fill in there should be the amount of the excess contribution to be returned. If you choose above requires earnings to be returned, these will be calculated by RAI and added to the requested distribution.)

(Continued on the next page)

FROM STANLEY METAL                    (FRI)11  3'00 13.28/ST. 13:26/NO. 4862799795 P   4

## RAI IRA Distribution Request (continued)

**7. Payment Delivery** (Check one.)

☐ A. Mail by First Class mail to:

Name   **STANLEY T. MILLER**

Mailing Address

City/State/Zip   **REDACTED**

☐ B. Wire funds

Bank Name

Bank ABA No.

Bank Account No.

City/State/Zip

☐ C. Please send cash to me via EFT. (See attached information.)

☐ D. Transfer/journal the above distribution(s) to my personal account no. _____ at my designated brokerage firm. (Securities can be transferred/journaled only within the same brokerage firm.)

☑ E. Special instructions:

**PLEASE FEDEX USING**
**Our Fedex # 1003-1240-9**

If no selection is made, payment will be sent to address of record. Distributions may only be sent to the Account Owner or Account Owner's personal brokerage or bank account. There is a $35 charge per wire. Fees may apply for special delivery services.

☐ F. Send the distribution to my RAI Roth IRA account # _____ (for rollover conversion purposes only). To establish a Conversion Roth IRA, a Roth IRA Application form must be completed.

**8. Tax Withholding** (Choose one.)

☑ A. I do NOT want federal income tax withheld from my distribution(s). (Note: Even if you choose this option, federal income tax must be withheld from this distribution if you have not provided a U.S. residence address (not a P.O. Box) in Section 1.)

☐ B. I DO want federal income tax withheld from my distribution(s). I understand that ten percent (10%) of the distribution will be withheld. (If you want a greater percentage withheld, indicate here: ____ %. A percentage amount must be designated.)

(See the notice of tax withholding at the end of this form. If no choice is made above, withholding tax will be deducted.)

**9. Account Information** (Check one.)

☐ A. I DO wish to close my account at this time. I understand that the requested distribution will be subject to a termination fee(s).

☑ B. I do NOT wish to close my account at this time.

Termination fees, if not included with a request to terminate or transfer the account, will be deducted from available Peak Money Market Account funds. If cash is unavailable, termination fees will be billed.

---

**10. Transaction, Termination and Special Processing Fees**

I understand that the requested distribution(s) will be subject to the fees and policies outlined below:

| | |
|---|---|
| **Transaction Fee** Eight free transactions (including distributions) per year. $10 for each additional transaction. | $10 |
| **B. Termination Fee** | $100 for accounts under Simple Fee Schedule $150 for accounts under Flexible Fee Schedule |
| **C. Overnight Fee** | $10 - 35 (International or Special Delivery may be higher.) |
| **D. Wire Fee** | $35 |
| **F. Fee and Billing Policies** Fees, including all current or past due administration fees, that are not included by check with the distribution request will be deducted from the Peak Money Market. If cash is not available, fees will be billed to the Account Owner, which may delay the distribution request. If a distribution results in an account value reduction to under $100, RAI reserves the right to resign as trustee and close the account, unless the fee schedule then in effect. We reserve the right to charge for extraordinary expenses. | |

**11. Signature and Acknowledgment**

I acknowledge the declarations made above.

IRA Account Owner's Signature   X _____

Date   **NOVEMBER 3, 2000**

One choice from each applicable item must be checked. When completed, please return this form to Retirement Accounts, Inc.

**Notice of Withholding on Distributions or Withdrawals From IRAs**

This notice is required to be furnished to you by IRS regulations each time an IRA distribution is requested.

The distributions you receive from your retirement plan are subject to federal income tax withholding. You are liable for payment of federal income tax on the taxable portion of your distribution regardless of whether you elect to have tax withheld. If you have provided Retirement Accounts, Inc. your residence address within the United States, your election not to have withholding apply. Withholding will only apply to the portion of your distribution that is included in your income subject to federal income tax. If you have not provided Retirement Accounts, Inc. with your residence address, or if you have provided a residence address outside of the United States, withholding generally is required. You cannot elect out of withholding.

If you are eligible (as explained above), you may elect not to have withholding apply to your distribution payments by signing and dating the election form under Section 8 of the Distribution Request Form.

If you elect not to have withholding apply to your distribution payments, or if you do not have enough federal income tax withheld from your distribution, you may be responsible for payment of estimated tax.

If you intend to make a rollover deposit of the distribution you are receiving, you should consider the election not to have tax withheld.

If you do not return the election form before the distribution is made from your account, federal income tax will be withheld from your distribution.

Your election will remain in effect until you revoke it and will be honored for all future distributions from this IRA. You may revoke an election by completing a new Distribution Request Form.

---

© Retirement Accounts, Inc. 2000                    3 of 5                    RAI-1716 (2/00)

## Individual Retirement Account Statement
### October 1, 2000 - December 31, 2000

STANLEY T. MILLER



**Participant Name:** STANLEY T. MILLER          **Trustee Tax ID#:** ▬▬▬          **SSN:** ▬▬▬
**Retirement Account Number:** ▬▬▬

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

**Current Period**
| | |
|---|---|
| Brokerage Accounts | $5,528,417.42 |
| Cash | 50,012.90 |
| Account Value Subtotal | $5,578,430.32 |
| **Total Account Value** | **$5,578,430.32** |

**Prior Period**
| | |
|---|---|
| Total Account Value | $5,486,785.40 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

**Rollovers**
| | |
|---|---|
| Current Tax Year | $0.00 |

**Contributions**
| | |
|---|---|
| Current Tax Year (2000) | $0.00 |
| Prior Tax Year (1999) | $0.00 |

**Employer Contributions**
| | |
|---|---|
| Received Current Year | $0.00 |

**Roth Conversion**
| | |
|---|---|
| Current Tax Year | $0.00 |

**Distributions**
| | |
|---|---|
| Current Tax Year | $20,000.00 |

· Only cash on deposit with the Trustee is FDIC Insured. No other investments are FDIC insured through the Trustee.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.

011068020001
Page 2 of 2

## ACCOUNT INVESTMENTS

BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 5,486,785.40 | 5,528,417.42 |
| | Total Value of Brokerage Accounts | $5,528,417.42 |

CASH

| Description | Interest Rate | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|
| PEAK MONEY MARKET | 1.8800 | 1.90 | N/A | 50,012.90 |
| | | | Total Value of Cash | $50,012.90 |
| | | | TOTAL ACCOUNT VALUE | $5,578,430.32 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 11/15/2000 | RECEIVE CHECK FROM BROKERAGE FIRM | BERNARD L. MADOFF CK # 112869 | | 20,000.00 |
| 11/16/2000 | IRA DISTRIBUTION | For Tax Year 2000 | | -20,000.00 |
| 12/22/2000 | RECEIVE CHECK FROM BROKERAGE FIRM | BERNARD L. MADOFF CK # 113501 | | 50,000.00 |
| 12/29/2000 | INTEREST | | | 12.90 |



**RETIREMENT ACCOUNTS, INC.**

### Individual Retirement Account Statement
### October 1, 2001 - December 31, 2001

Page 1 of 3

STANLEY T. MILLER                    14736



**Participant Name: STANLEY T. MILLER**
**Retirement Account Number:** ▆▆▆▆▆▆▆        **Trustee Tax ID #:** ▆▆▆▆▆▆▆

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

#### Current Period
| | |
|---|---|
| Brokerage Accounts | $5,710,224.80 |
| * Cash | 50,235.28 |
| Account Value Subtotal | $5,760,460.08 |
| Total Account Value | $5,760,460.08 |

#### Prior Period
| | |
|---|---|
| Total Account Value | $5,715,156.32 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2001) | $0.00 |
| Prior Tax Year (2000) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |
| Roth Conversion | |
| Current Tax Year | $0.00 |
| Distributions | |
| ** Current Tax Year | $600,000.00 |

* Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.



## RETIREMENT ACCOUNTS, INC.

011068020001
Page 2 of 3

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE<br>ZR284 | 5,664,938.18 | 5,710,224.80 |
| | Total Value of Brokerage Accounts | $5,710,224.80 |

### CASH

| Description | Annual Percentage Yield | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.60 | 50,218.14 | 50,235.28 |
| | | Total Value of Cash | $50,235.28 |
| | | **TOTAL ACCOUNT VALUE** | **$5,760,460.08** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10 01 2001 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION<br>For Tax Year 2001 | | -50,000.00 |
| 10 22 2001 | FEE COLLECTION | | | -78.00 |
| 10 25 2001 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 10 31 2001 | INTEREST | | | 3.39 |
| 11 01 2001 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION<br>For Tax Year 2001 | | -50,000.00 |
| 11 20 2001 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF<br>CHECK # 130169 | | 50,000.00 |
| 11 26 2001 | FEE REIMBURSEMENT | | | 78.00 |
| 11 30 2001 | INTEREST | | | 7.68 |





# RETIREMENT ACCOUNTS, INC.

011068020001
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 12/03/2001 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2001 | | -50,000.00 |
| 12/24/2001 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 12/31/2001 | INTEREST | | | 6.07 |

---

☐ CORRECTED (if checked) · BR8-RAI

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| THE AFFINITY GROUP, INC. RETIREMENT ACCOUNTS, INC. 717 17TH STREET SUITE 2600 DENVER, CO 80202 800-325-4352 | $600,000.00 | **2001** Form 1099-R | |

**1 Gross distribution** $600,000.00
**2a Taxable amount** $600,000.00
**Copy C** For Recipient's Records This information is being furnished to the Internal Revenue Service
**2b** Taxable amount not determined [X]    Total distribution [ ]
**3** Capital gain (included in box 2a) $0.00
**4** Federal income tax withheld $0.00
**5** Employee contributions or insurance premiums $0.00
**6** Net unrealized appreciation in employer's securities $0.00
**7** Distribution code(s) 7    IRA/SEP/SIMPLE [X]
**8** Other $0.00    %
**9a** Your percentage of total distribution %
**9b** Total employee contributions $0.00
**10** State tax withheld $0.00
**11** State/Payer's state no. FU
**12** State distribution $0.00
**13** Local tax withheld $0.00
**14** Name of locality
**15** Local distribution $0.00

PAYER'S Federal identification number    RECIPIENT'S identification number
RECIPIENT'S name, street address, city, state and ZIP code

MILLER, STANLEY T

REDACTED

Account number (optional) $0.00

Form 1099-R    (keep for your records)    Department of the Treasury-Internal Revenue Service

---

☐ CORRECTED (if checked) · BR8-RAI

PAYER'S name, street address, city, state, and ZIP code

THE AFFINITY GROUP, INC.
RETIREMENT ACCOUNTS, INC.
717 17TH STREET SUITE 2600
DENVER, CO 80202
800-325-4352

**1 Gross distribution** $600,000.00
**OMB No. 1545-0119** **2001** Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
**2a Taxable amount** $600,000.00
**2b** Taxable amount not determined [X]    Total distribution [ ]
**Copy B** Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.
**3** Capital gain (included in box 2a) $0.00
**4** Federal income tax withheld $0.00
**5** Employee contributions or insurance premiums $0.00
**6** Net unrealized appreciation in employer's securities $0.00
**7** Distribution code(s) 7    IRA/SEP/SIMPLE [X]
**8** Other $0.00    %
**9a** Your percentage of total distribution %
**9b** Total employee contributions $0.00
**10** State tax withheld $0.00
**11** State/Payer's state no. FU
**12** State distribution
**13** Local tax withheld $0.00
**14** Name of locality
**15** Local distribution $0.00

PAYER'S Federal identification number    RECIPIENT'S identification number
RECIPIENT'S name, street address, city, state and ZIP code

MILLER, STANLEY T

REDACTED

Account number (optional)

Form 1099-R    Department of the Treasury-Internal Revenue Service

---

☐ CORRECTED (if checked) · BR8-RAI

PAYER'S name, street address, city, state and ZIP code

THE AFFINITY GROUP, INC.
RETIREMENT ACCOUNTS, INC.
717 17TH STREET SUITE 2600
DENVER, CO 80202
800-325-4352

**1 Gross distribution** $600,000.00
**OMB No. 1545-0119** **2001** Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
**2a Taxable amount** $600,000.00
**2b** Taxable amount not determined [X]    Total distribution [ ]
**Copy 2** File this copy with your state, city, or local income tax return, when required.
**3** Capital gain (included in box 2a) $0.00
**4** Federal income tax withheld $0.00
**5** Employee contributions or insurance premiums $0.00
**6** Net unrealized appreciation in employer's securities $0.00
**7** Distribution code(s) 7    IRA/SEP/SIMPLE [X]
**8** Other $0.00    %
**9a** Your percentage of total distribution %
**9b** Total employee contributions $0.00
**10** State tax withheld $0.00
**11** State/Payer's state no. FU
**12** State distribution
**13** Local tax withheld $0.00
**14** Name of locality
**15** Local distribution $0.00

PAYER'S Federal identification number    RECIPIENT'S identification number
RECIPIENT'S name, street address, city, state and ZIP code

MILLER, STANLEY T

REDACTED

Account number (optional) $0.00

Form 1099-R    Department of the Treasury-Internal Revenue Service



**RETIREMENT ACCOUNTS, INC.**

### Individual Retirement Account Statement
### October 1, 2002 - December 31, 2002

Page 1 of 3

003113 0534097 0005 0025685 0011534 0122
STANLEY T. MILLER



**Participant Name: STANLEY T. MILLER**
**Retirement Account Number:** ▅▅▅▅▅▅▅▅▅

## ACCOUNT SUMMARY

| REPORTED ACCOUNT VALUE | | CONTRIBUTION AND DISTRIBUTION SUMMARY | |
|---|---|---|---|
| Current Period | | Rollovers | |
|   Brokerage Accounts | $5,820,225.14 |   Current Tax Year | $0.00 |
|   *Cash | $50,011.92 | | |
| **Total Account Value** | **$5,870,237.06** | Contributions | |
| | |   Current Tax Year (2002) | $0.00 |
| Prior Period | |   Prior Tax Year (2001) | $0.00 |
| **Total Account Value** | **$5,903,609.56** | | |
| | | Employer Contributions | |
| | |   Received Current Year | $0.00 |
| | | Roth Conversions | |
| | |   Current Tax Year | $0.00 |
| | | Distributions | |
| | |   **Current Tax Year | $200,000.00 |

*Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee

** May include distributions that do not apply toward your required minimum distribution

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498

Our records indicate that you are 70 1/2 or older. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of RAI Client News for more information



**RETIREMENT ACCOUNTS, INC.**

031038030436
Page 2 of 3

# ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |



## BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 5,853,597.92 | 5,820,225.14 |
| | **Total Value of Brokerage Accounts** | **$5,820,225.14** |

## CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.35 | 50,011.64 | 50,011.92 |
| | | **Total Value of Cash** | **$50,011.92** |
| | | **TOTAL ACCOUNT VALUE** | **$5,870,237.06** |

# ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10/01/2002 | WIRE FEE | POST TO SUSPENSE ACCOUNT 010000115156 1 F | | -7.50 |
| 10/01/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | -50,000.00 |
| 10/22/2002 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 10/31/2002 | INTEREST | | | 5.44 |
| 11/01/2002 | WIRE FEE | POST TO SUSPENSE ACCOUNT 010000115156 1 F | | -7.50 |
| 11/01/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | 50,000.00 |



# RETIREMENT ACCOUNTS, INC.

031038030438
Page 3 of 3

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 11/20/2002 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 11/29/2002 | INTEREST | | | 3.69 |
| 12/02/2002 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2002 | | 50,000.00 |
| 12/16/2002 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 12/31/2002 | INTEREST | | | 6.15 |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| THE AFFINITY GROUP, INC RETIREMENT ACCOUNTS INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 200,000.00 | 2002 | |
| | 2a Taxable amount $ 200,000.00 | Form 1099-R | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | Copy B Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| MILLER, STANLEY T | 7 Distribution code    IRA/SEP/SIMPLE 7    ☒ | 8 Other $            % | This information is being furnished to the Internal Revenue Service |
| REDACTED | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R                                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| THE AFFINITY GROUP, INC RETIREMENT ACCOUNTS INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 200,000.00 | 2002 | |
| | 2a Taxable amount $ 200,000.00 | Form 1099-R | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | Copy C For Recipient's Records |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| MILLER, STANLEY T | 7 Distribution code    IRA/SEP/SIMPLE 7    ☒ | 8 Other $            % | This information is being furnished to the Internal Revenue Service |
| REDACTED | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R                        (Keep for your records.)        Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| THE AFFINITY GROUP, INC RETIREMENT ACCOUNTS INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 200,000.00 | 2002 | |
| | 2a Taxable amount $ 200,000.00 | Form 1099-R | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | Copy 2 File this copy with your state, city, or local income tax return, when required. |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | |
| RECIPIENT'S name, address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| MILLER, STANLEY T | 7 Distribution code    IRA/SEP/SIMPLE 7    ☒ | 8 Other $            % | |
| REDACTED | 9a Your percentage of total distribution        % | 9b Total employee contributions $ | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R                                    Department of the Treasury - Internal Revenue Service



# RETIREMENT ACCOUNTS, INC.

### Individual Retirement Account Statement
### October 1, 2003 - December 31, 2003

Page 1 of

00S113 0825780 0005 0038500 0017343 0121
STANLEY T MILLER



**Participant Name:** STANLEY T MILLER
**Retirement Account Number:** ▬▬▬▬▬

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts     $6,163,835.92
  Cash     $50,002.68
**Total Account Value**     **$6,213,838.60**

Prior Period
**Total Account Value**     **$6,273,102.52**

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year     $0.00

Contributions
  Current Tax Year (2003)     $0.00
  Prior Tax Year (2002)     $0.00

Employer Contributions
  Received Current Year     $0.00

Roth Conversions
  Current Tax Year     $0.00

Distributions
  **Current Tax Year     $250,000.00

*Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.

Our records indicate that you are age 70 1/2 or older or that you will attain age 70 1/2 in 2004. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of RAI Client News for more information.



**RETIREMENT ACCOUNTS, INC.**



# ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

## BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,223,095.04 | 6,163,835.92 |
| | Total Value of Brokerage Accounts | **$6,163,835.92** |

## CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.25 | 50,007.48 | 50,002.68 |
| | | Total Value of Cash | **$50,002.68** |

| | TOTAL ACCOUNT VALUE | **$6,213,838.60** |
|---|---|---|

# ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 10/01/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2003 | | -50,000.00 |
| 10/20/2003 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 10/31/2003 | INTEREST | | | 3.40 |
| 11/03/2003 | WIRE FEE | POST TO SUSPENSE ACCOUNT 010090116156 1 'F | | 7.50 |
| 11/03/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2003 | | -50,000.00 |
| 11/17/2003 | CASH ADJUSTMENT INCREASE | BERNARD L MADOFF CK 149082 | | 50,000.00 |
| 11/28/2003 | INTEREST | | | 4.76 |



## RETIREMENT ACCOUNTS, INC.

0310530300430
Page 7 of 5



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 12/01/2003 | WIRE FEE | POST TO SUSPENSE ACCOUNT 010000115156 1 F | | -7.50 |
| 12/01/2003 | IRA DISTRIBUTION | MONTHLY DISTRIBUTION For Tax Year 2003 | | -50,000.00 |
| 12/23/2003 | CASH ADJUSTMENT INCREASE | | | 50,000.00 |
| 12/31/2003 | INTEREST | | | 2.04 |

### CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution $ | OMB No. 1545-0119 | **20 03** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount $ | | | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | | **Copy B** |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | | Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
| RECIPIENT'S name, street address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | | |
| REDACTED | 7 Distribution code(s)    IRA/SEP/SIMPLE ☐ | 8 Other $ % | | This information is being furnished to the Internal Revenue Service |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ | |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ | |

Form **1099-R**    Department of the Treasury - Internal Revenue Service

### CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution $ | OMB No. 1545-0119 | **20 03** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount $ | | | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | | **Copy C** |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | | **For Recipient's Records** |
| RECIPIENT'S name, street address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | | |
| REDACTED | 7 Distribution code(s)    IRA/SEP/SIMPLE ☐ | 8 Other $ % | | This information is being furnished to the Internal Revenue Service |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ | |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ | |

Form **1099-R**    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

### CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution $ | OMB No. 1545-0119 | **20 03** Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount $ | | | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | | **Copy 2** |
| PAYER'S Federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ | | File this copy with your state, city, or local income tax return, when required. |
| RECIPIENT'S name, street address, city, state, and ZIP code | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | | |
| REDACTED | 7 Distribution code(s)    IRA/SEP/SIMPLE ☐ | 8 Other $ % | | |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | | |
| Account number (optional) | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ | |
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ | |

Form **1099-R**    Department of the Treasury - Internal Revenue Service

# *RETIREMENT* ACCOUNTS, INC.

### Individual Retirement Account Statement
### October 1, 2004 - December 31, 2004

Page 1 of 2

008113 1110719 0007 0028090 0013002 0121
STANLEY T MILLER



**Participant Name:** STANLEY T. MILLER
**Retirement Account Number:** ▬▬▬▬▬

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

**Current Period**
Brokerage Accounts      $6,344,039.25
*Cash                      $50,127.09
**Total Account Value**   **$6,394,166.34**

**Prior Period**
**Total Account Value**   **$6,265,642.99**

### CONTRIBUTION AND DISTRIBUTION SUMMARY

**Rollovers**
Current Tax Year                          $0.00

**Contributions**
Current Tax Year (2004)                   $0.00
Prior Tax Year (2003)                     $0.00

**Employer Contributions**
Received Current Year                     $0.00

**Roth Conversions**
Current Tax Year                          $0.00

**Distributions**
**Current Tax Year                    $449,977.26

*Only cash on deposit with the Trustee is FDIC insured  No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2005. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of RAI Client News for more information

Please read the enclosed newsletter for important fee information.

# RETIREMENT
## ACCOUNTS, INC.

0310380304.83
Page 2 of 2

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |
| --- |

### BROKERAGE ACCOUNTS

| Description/AccountNumber | Previous Reported Value | Current Reported Value |
| --- | --- | --- |
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,215,554 22 | 6,344,039 25 |
| **Total Value of Brokerage Accounts** | | **$6,344,039.25** |

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
| --- | --- | --- | --- |
| PEAK MONEY MARKET | 0 28 | 50,088 77 | 50,127 09 |
| **Total Value of Cash** | | | **$50,127.09** |

| **TOTAL ACCOUNT VALUE** | **$6,394,166.34** |
| --- | --- |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
| --- | --- | --- | --- | --- |
| 10/29/2004 | INTEREST | | | 10 54 |
| 11/18/2004 | CASH ADJUSTMENT INCREASE | | | 50,000 00 |
| 11/29/2004 | TRANSFER OF CASH OUT | RETURN FUNDS TO MADOFF | | -50,000 00 |
| 11/30/2004 | INTEREST | | | 12 90 |
| 12/31/2004 | INTEREST | | | 14 88 |

P.O. Box 17288 • Denver, CO • 80217-3288 • 303-294-5959 • 800-325-4352 • Fax 303-294-5870 • www.retirementaccountsinc.com

0.0211-3 1110-719-0097-028091-001-3062-0121

## Copy B

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 149,977.26 | OMB No. 1545-0119<br>**2004**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount<br>$ 149,977.26 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy B**<br>Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY T MILLER<br>REDACTED | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employee's securities<br>$ | |
| | 7 Distribution code(s)   IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$            % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions<br>$ | |
| Account number (optional) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                                            Department of the Treasury - Internal Revenue Service

---

## Copy C

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 149,977.26 | OMB No. 1545-0119<br>**2004**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount<br>$ 149,977.26 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy C**<br>For Recipient's Records |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY T MILLER<br>REDACTED | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employee's securities<br>$ | |
| | 7 Distribution code(s)   IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$            % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions<br>$ | |
| Account number (optional) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                      (Keep for your records.)         Department of the Treasury - Internal Revenue Service

---

## Copy 2

| CORRECTED (if checked) | | |
|---|---|---|
| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 149,977.26 | OMB No. 1545-0119<br>**2004**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| | 2a Taxable amount<br>$ 149,977.26 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy 2**<br>File this copy with your state, city, or local income tax return, when required. |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY T MILLER<br>REDACTED | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employee's securities<br>$ | |
| | 7 Distribution code(s)   IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$            % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution        % | 9b Total employee contributions<br>$ | |
| Account number (optional) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                                            Department of the Treasury - Internal Revenue Service

**Fiserv** | Investment
Support
Services

View Your Account Online!
www.fiservises.iaservices.com

## Corrected Statement

### Traditional IRA
### October 1, 2005 - December 31, 2005

Page 1 of 3

*004721388661 001 008145
STANLEY T MILLER



**Account Name:** STANLEY T MILLER
**Account Number:** ▇▇▇▇▇▇▇

**Contact:** IA SERVICES TEAM H

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
  Brokerage Accounts            $6,332,564.10
  *Cash                              $141.05
**Total Account Value**       **$6,332,705.15**

Prior Period
Total Account Value            $6,132,651.32

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year                    $0.00

Contributions
  Current Tax Year (2005)             $0.00
  Prior Tax Year (2004)               $0.00

Employer Contributions
  Received Current Year               $0.00

Distributions
  **Current Tax Year (2005)       $350,000.00
  Current Tax Year Withholding (2005)  $0.00
  **Prior Tax Year (2004)         $449,977.26
  Prior Tax Year Withholding (2004)    $0.00

*Only cash on deposit with the Trustee is FDIC insured. No other investments are FDIC insured through the Trustee.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498 if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2006. According to IRS regulations,
you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January
edition of 'Spotlight' for more information.

717 17th Street Ste 1700, Denver CO 80202-3331    PO Box 173859 Denver, CO 80217-3859    800-962-4238

Fiserv Trust Company - Member FDIC

*004721388661 001 008145*

031038030438

Page 2 of 3

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR2B4 | 6,132,510.27 | 6,332,564.10 |
| Total Value of Brokerage Accounts | | $6,332,564.10 |

CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 141.05 | 141.05 |
| Total Value of Cash | | | $141.05 |
| TOTAL ACCOUNT VALUE | | | $6,332,705.15 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 10/01/2005) | | | | $141.05 |
| 12/30/2005 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 200,053.8300 | |
| Ending Cash Balance (as of 12/31/2005) | | | | $141.05 |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 350,000.00 | OMB No. 1545-0119<br>**2005**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 350,000.00 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy B** Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY E MILLER | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| REDACTED | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$          % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions<br>$ | |
| Account number (see instructions) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL  / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 350,000.00 | OMB No. 1545-0119<br>**2005**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 350,000.00 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy C** For Recipient's Records |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY E MILLER | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| REDACTED | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$          % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions<br>$ | |
| Account number (see instructions) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL  / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                    (Keep for your records.)                    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code<br>FISERV AFINITY INC<br>717 17TH STREET  SUITE 2600<br>DENVER, CO 80202 | 1 Gross distribution<br>$ 350,000.00 | OMB No. 1545-0119<br>**2005**<br>Form **1099-R** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 350,000.00 | | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | **Copy 2** File this copy with your state, city, or local income tax return, when required. |
| PAYER'S Federal identification number   RECIPIENT'S identification number | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ | |
| RECIPIENT'S name, street address, city, state, and ZIP code<br>STANLEY E MILLER | 5 Employee contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| REDACTED | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒<br>7 | 8 Other<br>$ | |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions<br>$ | |
| Account number (see instructions) | 10 State tax withheld<br>$ | 11 State/Payer's state no.<br>FL  / | 12 State distribution<br>$ |
| | 13 Local tax withheld<br>$ | 14 Name of locality | 15 Local distribution<br>$ |

Form **1099-R**                                    Department of the Treasury - Internal Revenue Service

View Your Account Online!
www.fiserviss-iaservices.com

**Fiserv** Trust Company

### Traditional IRA
### October 1, 2006 - December 31, 2006

Page 1 of 3

*07703 4762914 001 008145
STANLEY T. MILLER



**Account Name:** STANLEY T. MILLER
**Account Number:** ▆▆▆▆▆▆

**Contact:** IA SERVICES TEAM A

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
Brokerage Accounts          $7,137,863.81
*Cash                       $183.05
**Total Account Value**     **$7,138,046.86**

Prior Period
Total Account Value         $6,953,908.60

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
Current Tax Year                        $0.00

Contributions
Current Tax Year (2006)                 $0.00
Prior Tax Year (2005)                   $0.00

Employer Contributions
Received Current Year                   $0.00

Distributions
**Current Tax Year (2006)            $50,000.00
Current Tax Year Withholding (2006)     $0.00
**Prior Tax Year (2005)            $350,000.00
Prior Tax Year Withholding (2005)       $0.00

* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are age 70½ or older or that you will attain age 70½ in 2007. According to IRS regulations, you are subject to required minimum distributions unless special exceptions apply. Please refer to the article in the January edition of 'Spotlight' for more information.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

Fiserv Trust Company   Member FDIC

07703 4762914 015406 024653 00001 00002

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,953,725.55 | 7,137,863.81 |
| | Total Value of Brokerage Accounts | $7,137,863.81 |

CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | N/A | 183.05 | 183.05 |
| | Total Value of Cash | | $183.05 |

| | TOTAL ACCOUNT VALUE | | $7,138,046.86 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 10/01/2006) | | | | $183.05 |
| 12/29/2006 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 184,138.2600 | |
| Ending Cash Balance (as of 12/31/2006) | | | | $183.05 |

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 50,000.00 | 20**06** | |
| | 2a Taxable amount | Form 1099-R | |
| | $ 50,000.00 | | |

| | 2b Taxable amount not determined [X] | Total distribution [ ] | **Copy B** Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s) 7 | IRA/ SEP/ SIMPLE [X] | 8 Other $ % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                                                                 Department of the Treasury - Internal Revenue Service

---

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 50,000.00 | 20**06** | |
| | 2a Taxable amount | Form 1099-R | |
| | $ 50,000.00 | | |

| | 2b Taxable amount not determined [X] | Total distribution [ ] | **Copy C** For Recipient's Records |
|---|---|---|---|
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s) 7 | IRA/ SEP/ SIMPLE [X] | 8 Other $ % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                (Keep for your records.)                Department of the Treasury - Internal Revenue Service

---

CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 50,000.00 | 20**06** | |
| | 2a Taxable amount | Form 1099-R | |
| | $ 50,000.00 | | |

| | 2b Taxable amount not determined [X] | Total distribution [ ] | **Copy 2** File this copy with your state, city, or local income tax return, when required. |
|---|---|---|---|
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T MILLER | 5 Employee contributions/Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| REDACTED | 7 Distribution code(s) 7 | IRA/ SEP/ SIMPLE [X] | 8 Other $ % | |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld $ | 11 State/Payer's state no. FL / | 12 State distribution $ |
| Account number (see instructions) | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form **1099-R**                                                                 Department of the Treasury - Internal Revenue Service

View Your Account Online!
www.fiserviss-taservices.com

*Fiserv* Trust Company

## Traditional IRA
### October 1, 2007 - December 31, 2007

Page 1 of 4

-95809 5153983 001 008145
STANLEY T. MILLER



**Account Name:** STANLEY T. MILLER
**Account Number:** ~~XXXXXXXX~~

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
| | |
|---|---|
| Brokerage Accounts | $6,708,745.42 |
| *Cash | $60,371.19 |
| Non-Standard Assets | $1,074,909.71 |
| **Total Account Value** | **$7,844,026.32** |

Prior Period
| | |
|---|---|
| Total Account Value | $7,656,173.65 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
| | |
|---|---|
| Current Tax Year | $0.00 |

Contributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

Employer Contributions
| | |
|---|---|
| Current Tax Year (2007) | $0.00 |
| Prior Tax Year (2006) | $0.00 |

Distributions
| | |
|---|---|
| **Current Tax Year (2007) | $100,000.00 |
| Current Tax Year Withholding (2007) | $0.00 |
| **Prior Tax Year (2006) | $50,000.00 |
| Prior Tax Year Withholding (2006) | $0.00 |

* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

** May include distributions that do not apply toward your required minimum distribution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

Our records indicate that you are 70½ or older. According to IRS regulations, you are subject to required minimum distributions (RMDs) unless special exceptions apply. You must take a distribution of the required amount by December 31, 2008. We will report to the IRS that you are subject to RMDs. If you would like us to calculate the amount of your RMD or if you have questions, please contact us.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

Fiserv Trust Company / Member FDIC

95809 5153983 001013 013687 000910000

031038030438

## ACCOUNT INVESTMENTS

| Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value |

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR284 | 6,594,904.82 | 6,708,745.42 |

Total Value of Brokerage Accounts   $6,708,745.42

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| FISERV TRUST MONEY MARKET ACCOUNT | 0.34% | 164.37 | 60,371.19 |

Total Value of Cash   $60,371.19

### NON-STANDARD ASSETS

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| AUSTIN CAPITAL SAFE HARBOR OFFSHORE FD A | 68.2290 | 15,754.4403 | 33 | 1,061,104.46 | 1,074,909.71 |

Total Value of Non-Standard Assets   $1,074,909.71

TOTAL ACCOUNT VALUE   $7,844,026.32

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 10/01/2007) | | | | $164.37 |
| 12/18/2007 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/17/2007) | -60,000.0000 | |
| 12/18/2007 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 12/17/2007) | | 60,000.00 |

*Fiserv* Trust
Company

0310380304:38

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 12/20/2007 | FEE REIMBURSEMENT | | | 200 00 |
| 12/31/2007 | INTEREST | | | 6 82 |
| 12/31/2007 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 173,840 6000 | |

**Ending Cash Balance** (as of 12/31/2007)      **$60,371.19**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 100,000.00 | **20**07 | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 100,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy B** Report this income on your Federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | |
| | $ | $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T. MILLER REDACTED | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒ | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | 7 | $ % | |
| | 9a Your percentage of total distribution | 9b Total employee contributions | |
| | % | $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 100,000.00 | **20**07 | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 100,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy C** For Recipient's Records |
| PAYER'S federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | |
| | $ | $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T. MILLER REDACTED REDACTED | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒ | 8 Other | This information is being furnished to the Internal Revenue Service. |
| | 7 | $ % | |
| | 9a Your percentage of total distribution | 9b Total employee contributions | |
| | % | $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, and ZIP code | 1 Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| FISERV AFFINITY INC 717 17TH STREET SUITE 2600 DENVER, CO 80202 | $ 100,000.00 | **20**07 | |
| | 2a Taxable amount | Form **1099-R** | |
| | $ 100,000.00 | | |
| | 2b Taxable amount not determined ☒ | Total distribution ☐ | **Copy 2** File this copy with your state, city, or local income tax return, when required. |
| PAYER'S federal identification number    RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | |
| | $ | $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code STANLEY T. MILLER REDACTED | 5 Employee contributions/Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
| | $ | $ | |
| | 7 Distribution code(s)  IRA/SEP/SIMPLE ☒ | 8 Other | |
| | 7 | $ % | |
| | 9a Your percentage of total distribution | 9b Total employee contributions | |
| | % | $ | |
| 1st year of desig. Roth contrib. | 10 State tax withheld | 11 State/Payer's state no. | 12 State distribution |
| | $ | FL | $ |
| Account number (see instructions) | 13 Local tax withheld | 14 Name of locality | 15 Local distribution |
| | $ | | $ |

Form **1099-R**    Department of the Treasury - Internal Revenue Service



**Investment
Support
Services**

View your account online
www.fiserviss-iaservices.com



**Traditional IRA**
**October 1, 2008 - December 31, 2008**

Page 1 of 4



>03881 5666970 001 008145
STANLEY T MILLER



**Account Name:** STANLEY T. MILLER
**Account Number:** ▮▮▮▮▮▮▮▮▮

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

| | |
|---|---|
| Current Period | |
| Brokerage Accounts | $6,379,607.56 |
| *Cash | $257.47 |
| Non-Standard Assets | $951,539.88 |
| **Total Account Value** | **$7,331,404.91** |
| | |
| Prior Period | |
| Total Account Value | $7,590,799.99 |

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| | |
| Contributions | |
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |
| | |
| Employer Contributions | |
| Current Tax Year (2008) | $0.00 |
| Prior Tax Year (2007) | $0.00 |
| | |
| Distributions | |
| **Current Tax Year (2008) | $900,000.00 |
| Current Tax Year Withholding (2008) | $0.00 |
| **Prior Tax Year (2007) | $100,000.00 |
| Prior Tax Year Withholding (2007) | $0.00 |

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian
No other investments are FDIC insured through this institution

** May include distributions that do not apply toward your required minimum distribution

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records
Report any discrepancies to us immediately

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on
IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account

717 17th Street, Ste 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC*

CLINS (01 09), RMD (01 09)

03881 5666970 007762 012738 00001/00002

 Investment
Support
Services



031038030438

Page 3 of 4



| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| 10/08/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |
| 10/10/2008 | FEE COLLECTION | | | -80.97 |
| 11/05/2008 | FEE PAYMENT | CHK#007410 $300.00 | | |
| 11/05/2008 | FEE REIMBURSEMENT | | | 257.47 |
| 11/10/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | -60,000.0000 | |
| 11/10/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 60,000.00 |
| 11/10/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -60,000.00 |

**Ending Cash Balance** (as of 12/31/2008)                                          **$257.47**

717 17th Street, Ste 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC*

03881 5666970 007763 012740 00002 00002

CORRECTED (if checked)

| | | | | | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|---|

**PAYER'S name, street address, city, state, and ZIP code**
TRUST INDUSTRIAL BANK
P.O BOX 173859
DENVER, CO 80217-3859

1 Gross distribution
$ 900,000.00

OMB No. 1545-0119

**20**08

Form **1099-R**

2a Taxable amount
$ 900,000.00

2b Taxable amount not determined [X]     Total distribution [ ]

**Copy B**
Report this income on your Federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

**PAYER'S federal identification number    RECIPIENT'S identification number**

3 Capital gain (included in box 2a)
$

4 Federal income tax withheld
$

**RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code**
STANLEY F MILLER

REDACTED

5 Employee contributions/Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

7 Distribution code(s)    7    IRA/SEP/SIMPLE [X]

8 Other
$

This information is being furnished to the Internal Revenue Service.

9a Your percentage of total distribution    %

9b Total employee contributions
$

1st year of desig. Roth contrib.

10 State tax withheld
$

11 State/Payer's state no.
FL /

12 State distribution
$

Account number (see instructions)

13 Local tax withheld
$

14 Name of locality

15 Local distribution
$

Form **1099-R**    Department of the Treasury - Internal Revenue Service

---

CORRECTED (if checked)

| | | | | | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|---|

**PAYER'S name, street address, city, state, and ZIP code**
TRUST INDUSTRIAL BANK
P.O BOX 173859
DENVER, CO 80217-3859

1 Gross distribution
$ 900,000.00

OMB No. 1545-0119

**20**08

Form **1099-R**

2a Taxable amount
$ 900,000.00

2b Taxable amount not determined [X]     Total distribution [ ]

**Copy C**

For Recipient's Records

**PAYER'S federal identification number    RECIPIENT'S identification number**

3 Capital gain (included in box 2a)
$

4 Federal income tax withheld
$

**RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code**
STANLEY F MILLER

REDACTED

5 Employee contributions/Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

7 Distribution code(s)    7    IRA/SEP/SIMPLE [X]

8 Other
$

This information is being furnished to the Internal Revenue Service.

9a Your percentage of total distribution    %

9b Total employee contributions
$

1st year of desig. Roth contrib.

10 State tax withheld
$

11 State/Payer's state no.
FL /

12 State distribution
$

Account number (see instructions)

13 Local tax withheld
$

14 Name of locality

15 Local distribution
$

Form **1099-R**    (Keep for your records.)    Department of the Treasury - Internal Revenue Service

---

CORRECTED (if checked)

| | | | | | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|---|---|

**PAYER'S name, street address, city, state, and ZIP code**
TRUST INDUSTRIAL BANK
P.O BOX 173859
DENVER, CO 80217-3859

1 Gross distribution
$ 900,000.00

OMB No. 1545-0119

**20**08

Form **1099-R**

2a Taxable amount
$ 900,000.00

2b Taxable amount not determined [X]     Total distribution [ ]

**Copy 2**

File this copy with your state, city, or local income tax return, when required.

**PAYER'S federal identification number    RECIPIENT'S identification number**

3 Capital gain (included in box 2a)
$

4 Federal income tax withheld
$

**RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code**
STANLEY F MILLER

REDACTED

5 Employee contributions/Designated Roth contributions or insurance premiums
$

6 Net unrealized appreciation in employer's securities
$

7 Distribution code(s)    7    IRA/SEP/SIMPLE [X]

8 Other
$

9a Your percentage of total distribution    %

9b Total employee contributions
$

1st year of desig. Roth contrib.

10 State tax withheld
$

11 State/Payer's state no.
FL /

12 State distribution
$

Account number (see instructions)

13 Local tax withheld
$

14 Name of locality

15 Local distribution
$

Form **1099-R**    Department of the Treasury - Internal Revenue Service

# EXHIBIT

# 1/9/09 STANLEY MILLER SIPC CLAIM

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: REDACTED

HOME:_

Taxpayer I.D. Number (Social Security No.)

____ REDACTED -

1ZR284
STANLEY T MILLER

REDACTED

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.  Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of      $ 456,006
    b.    I owe the Broker a Debit (Dr.) Balance of      $ None

502180406                               1

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.    $ _____

d.   If balance is zero, insert "None."    *None* _____

2.   Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

*See attached most recent statement 11/30/08*

| | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | ✓ | |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ | |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if                                    No
        so, give name of that broker.                  _____    _____

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form: _____
        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __1/9/09_____    Signature _/Harley Trull_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                4

1/9/09

3    Account has been frozen and deemed worthless.
It has been labeled a Ponzi Scheme and Fraud

8.    Bernard L Madoff
885 Third Ave
NYC NY 10022
212 230 2424

2C    November Statement and confirms
enclosed showing long securities that
the broker would owe to me.

2-A    The enclosed november statement
shows the broker owes me approximately
$6,165,000.00