BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Oren Warshavsky, Esq.
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                            Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON OCTOBER 22, 2009 AT 10:00 A.M.**

**CONTESTED MATTERS**

**Picard v. Cohmad, *et al.*; Adv. Pro. No. 09-1305**

1. Motion to Dismiss Case filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger. (Filed: 8/26/2009) [Docket No. 50]

Related Documents:

A. Declaration of Jack S. Hoffinger in Support of Motion to Dismiss filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 8/26/2009) [Docket No. 51]

B. Memorandum of Law in Support of Motion to Dismiss the Case filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 8/26/2009) [Docket No. 52]

C. Certificate of Service of (1) Notice of Appearance of Jack S. Hoffinger, (2) Notice of Appearance of Fran Hoffinger, (3) Notice of Motion to Dismiss Case, (4) Declaration of Jack S. Hoffinger in Support of Motion to Dismiss Case, (5) Memorandum of Law in Support of Motion to Dismiss Case filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 8/26/2009) [Docket No. 53]

D. Declaration of Jack S. Hoffinger in Further Support of Motion to Dismiss filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 10/6/2009) [Docket No. 79]

E. Memorandum of Law in Further Support of Motion to Dismiss filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 10/6/2009) [Docket No. 80]

F. Certificate of Service filed by Jack Hoffinger on behalf of The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 10/6/2009) [Docket No. 81]

Responses:

G. Memorandum of Law /Plaintiff Trustee Irving H. Picard's Memorandum of Law in Support of the Objection to the Motion to Dismiss Filed by Defendants The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and Fabian Guenzburger (Filed: 9/17/2009) [Docket No. 71]

H. So Ordered Case Management Plan signed on 9/24/2009 Between Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff' Defendants Cohmad Securities Corporation, Maurice J. Cohn, Marcia B. Cohn, Milton S. Cohn and Marilyn Cohn; Defendants Cyril Jalon, The Estate of Elena

    Jalon, The Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger, and The Joint Tenancy of Robert Pinchou and Fabian Guenzburger; Defendant Robert Jaffe; Defendants Stanley Berman, Joyce Berman and the S & J Partnership; Defendant Jonathan Greenberg; Defendants Morton Kurzrok and Gloria Kurzrok; Janet Jaffin and Milton Cooper, as Trustees of The Janet Jaffin Dispositive Trust s/h/a Janet Jaffin Revocable Trust; Defendants Alvin Sonny Delaire, Jr. and Carole Delaire; Defendant Elizabeth M. Moody; Defendants Richard Spring, The Spring Family Trust and Jeanne T. Spring Trust; Defendant Linda Schoenheimer McCurdy; Defendant Jane M. Delaire a/k/a Jane Delaire Hackett; Defendant Rosalie Buccellato and Edward H. Kohlschreiber (Filed: 9/25/2009) [Docket No. 77]

I.    Amended Complaint against all defendants (Filed: 10/8/2009) [Docket No. 82]

J.    Certificate of Service of Amended Complaint (Filed: 10/12/2009) [Docket No. 84]

K.    Second Amended Summons filed by Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y. with Pre-Trial Conference set for 12/9/2009 at 10:00 AM at Courtroom 623 (Filed: 10/20/2009) [Docket No. 88]

    <u>Status</u>:    This matter is going forward.

Dated:  New York, New York    Respectfully submitted,
        October 21, 2009

                      *s/Oren Warshavsky*
                      BAKER & HOSTETLER LLP
                      45 Rockefeller Plaza
                      New York, New York 10111
                      Telephone:    (212) 589-4200
                      Facsimile:    (212) 589-4201
                      David J. Sheehan, Esq.
                      Email: dsheehan@bakerlaw.com
                      Marc Hirschfield, Esq.
                      Email: mhirschfield@bakerlaw.com
                      Oren Warshavsky
                      Email: owarshavsky@bakerlaw.com

                      *Attorneys for Irving H. Picard, Esq.,Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300037193