# PETER MENOUDAKOS, JR.

**ATTORNEY AT LAW**
**GARDEN CITY PROFESSIONAL BUILDING**
**220 NASSAU BOULEVARD SOUTH**
**GARDEN CITY SO., N.Y. 11530**

**TELEPHONE (516) 538-7476**
**FAX (516) 538-7459**

October 21, 2009

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004



Re: Claim# 005498 & 012114

Dear Clerk of the Court:

     This is to inform the Court that the Creditor, Barbitta Family Trust disagrees with the determination of the Trustee of my clients claim (Bankruptcy Case No. 08-1789 [BRL]).

     The grounds for such opposition are that my clients claim is for $734,640.39 and the $85,000 settlement has no basis of true loss of my client. Enclosed within are documents to support my clients' opposition and additional supporting documents will follow.

     My office is writing this letter for the sole purpose of preserving the Barbitta Family Trust's right to a hearing. My clients' intends to hire bankruptcy counsel to continue with this claim.

     Therefore my clients request a hearing before bankruptcy Judge Burton R. Lifland.

     Thanking you in advance for your time and courtesy.

Very truly yours,

Peter Menoudakos Jr., Esq.

PM:kw
Encl.

Cc: Irving H. Picard, Trustee
    C/O Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10011



## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

September 22, 2009

BARBITTA FAMILY TRUST
90-04 159th Avenue
Howard Beach, NY  11414
Attn:  Ronald Ervolino, Co-Trustee
       Joanne Beksinski, Co-Trustee



Dear Mr. Ervolino an Ms. Beksinksi:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1RU039 designated as Claim Number 005498 and Claim Number 012114 (the latter of which is duplicative of Claim Number 005498) and are combined ("Combined Claim") for purposes of this determination.  This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for securities is **DENIED.**  No securities were ever purchased for your account.

Your Combined Claim is **ALLOWED** for $85,000.00 (the "Allowed Claim"), which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

095879, 000001, 300029417.1

Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after September 22, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011

_Irving H. Picard_

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:   Michael J. Regan, CPA
22 Park Lane Place
Massapequa, NY 11758

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT? |
|---|---|---|---|
| 7/10/1997 | TRANS FROM 1RU00810 | $160,799.25 | $85,000.00 |
| **Total Deposits:** | | $160,799.25 | $85,000.00 |
| **Total Withdrawals:** | | $0.00 | $0.00 |
| **Total deposits less withdrawals:** | | $160,799.25 | $85,000.00 |

As reflected in Table 1, certain of the transfers into your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

When ever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in setting your allowed claim.

Your **ALLOWED CLAIM** of $85,000.00 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE**, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $85,000.00, with the funds being advanced by Securities Investor Protection Corporation pursuant to Section 78fff-3(a)(1) of SIPA.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of

PURCHASES

ACCOUNT 1-RU039-3-0

| DATE SETTLED | NUMBER BOUGHT | DESCRIPTION | PRICE | AMOUNT DEBITED |
|---|---|---|---|---|
| 11/12/08 | 923 | AT&T INC | 27 | 24957 |
| 11/12/08 | 247 | ABBOTT LABORATORIES | 54.61 | 13497.67 |
| 11/12/08 | 169 | AMGEN INC | 59.16 | 10004.04 |
| 11/12/08 | 143 | APPLE INC | 100.78 | 14416.54 |
| 11/12/08 | 780 | BANK OF AMERICA | 21.59 | 16871.2 |
| 11/12/08 | 325 | CHEVRON CORP | 73.43 | 23877.75 |
| 11/12/08 | 949 | CISCO SYSTEMS INC | 16.73 | 15913.77 |
| 11/12/08 | 845 | CITI GROUP INC | 12.51 | 10603.95 |
| 11/12/08 | 312 | COCA COLA INC | 44.66 | 13945.92 |
| 11/12/08 | 468 | COMCAST CORP CL A | 16.51 | 7744.68 |
| 11/12/08 | 234 | CONOCO PHILIPS | 52.51 | 12296.34 |
| 11/12/08 | 819 | EXXOM NOBIL CORP | 72.88 | 59720.72 |
| 11/12/08 | 1651 | GENERAL ELECTRIC CO | 19.63 | 32475.13 |
| 11/12/08 | 39 | GOOGLE | 337.4 | 13159.6 |
| 11/12/08 | 390 | HEWLETT PACKARD CO | 34.9 | 13626 |
| 11/12/08 | 897 | INTEL CORP | 14.51 | 13050.47 |
| 11/12/08 | 221 | INTERNATIONAL BUSINESS MACHS | 87.27 | 19294.67 |
| 11/12/08 | 585 | J.P. MORGAN CHASE & CO | 38.53 | 22563.05 |
| 11/12/08 | 429 | JOHNSON & JOHNSON | 59.58 | 25576.82 |
| 11/12/08 | 182 | MCDONALDS CORP | 55.37 | 10084.34 |
| 11/12/08 | 338 | MERCK & CO | 28.55 | 9662.9 |
| 11/12/08 | 1235 | MICROSOFT CORP | 21.81 | 26984.35 |
| 11/12/08 | 624 | ORACLE CORPORATION | 17.3 | 10819.2 |
| 11/12/08 | 247 | PEPSICO INC | 56.41 | 13942.27 |
| 11/12/08 | 1053 | PFIZER INC | 16.94 | 17879.82 |
| 11/12/08 | 325 | PHILLIP MORRIS INTERNATIONAL | 43.6 | 14183 |
| 11/12/08 | 468 | PROCTER & GAMBLE | 64.08 | 30007.44 |
| 11/12/08 | 260 | QUALCOMM INC | 33.77 | 8790.2 |
| 11/12/08 | 195 | SCHLUMBERGER LTD | 49.48 | 9655.6 |
| 11/12/08 | 273 | US BANCORP | 29.53 | 8071.69 |
| 11/12/08 | 156 | UNITED PARCEL SVC INC | 52.04 | 8124.24 |
| 11/12/08 | 156 | UNITED TECHNOLOGIES CORP | 53.16 | 8298.96 |
| 11/12/08 | 442 | VERIZON COMMUNICATIONS | 30.41 | 13458.22 |
| 11/12/08 | 338 | WAL-MART STORES INC | 55.83 | 18883.54 |
| 11/12/08 | 546 | WELLS FARGO & CO NEW | 29.8 | 16291.8 |
| 11/19/08 | 75000 | UST BILL DUE 3/26/09 | 99.926 | 74944.5 |
| 11/19/08 | 4884 | FIDELITY SPARTAN UST MNY MKT | 1 | 4884 |

TOTAL COST 668561.39

ACCOUNT 1-RU039-4-0

| 11/12/08 | 13 | S&P 100 INDEX NOVEMBER 450 PUT | 17.8 | 23153 |
|---|---|---|---|---|
| 11/19/08 | 13 | S&P 100 INDEX NOVEMBER 460 CALL | 300 | 3913 |
| 11/19/08 | 13 | S&P 100 INDEX DECEMBER 420 PUT | 3000 | 39013 |

66079

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 78524 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 923 | 00206R102 | AT&T INC | 24957.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 24921.00 | 36.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 57396 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 247 | 002824100 | ABBOTT LABORATORIES | 13497.67 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 13488.67 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 61722 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 169 | 031162100 | AMGEN INC | 10004.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 9998.04 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 53070 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 143 | 037833100 | APPLE INC | 14416.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 14411.54 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 66048 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 780 | 060505104 | BANK OF AMERICA | 16871.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 21.590 | 16840.20 | 31.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 87678 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 325 | 166764100 | CHEVRON CORP | 23877.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 13.430 | 23864.75 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 83352 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 949 | 17275R102 | CISCO SYSTEMS INC | 15913.77 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 15876.77 | 37.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York ☐ London**

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 70374 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 845 | 172967101 | CITI GROUP INC | 10603.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 10570.95 | 33.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 22286 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|-----------|
| SLD | 312 | 191216100 | COCA COLA CO | 13945.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 44.660 | 13933.92 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 74700 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|-----------|
| SLD | 468 | 20030N101 | COMCAST CORP CL A | 7744.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 16.510 | 7726.68 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 79026 | 5 | | 1 | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH            NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 234 | 20825C104 | CONOCOPHILIPS | 12296.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 12287.34 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 08807 | 5 | | 1 | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH            NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 819 | 30231G102 | EXXON MOBIL CORP | 59720.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 59688.72 | 32.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 92004 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,651 | 369604103 | GENERAL ELECTRIC CO | 32475.13 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 32409.13 | 66.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 96330 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 39 | 38259P508 | GOOGLE | 13159.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 13158.60 | 1.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 00657 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 390 | 428236103 | HEWLETT PACKARD CO | 13626.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 13611.00 | 15.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MADF

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 09309 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 897 | 458140100 | INTEL CORP | 13050.47 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 13015.47 | 35.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | MEMBER:<br>FINRA  NSX  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |
|---|---|---|---|

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 04983 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 221 | 459200101 | INTERNATIONAL BUSINESS MACHS | 19294.67 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 19286.67 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF**<br>**INVESTMENT SECURITIES LLC**<br>**New York □ London** | MEMBER:<br>FINRA  NSX  SIPC  NSCC  DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |
|---|---|---|---|

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 17960 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 585 | 46625H100 | J.P. MORGAN CHASE & CO | 22563.05 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 22540.05 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 13635 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 429 | 478160104 | JOHNSON & JOHNSON | 25576.82 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 25559.82 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 26612 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 182 | 580135101 | MCDONALDS CORP | 10084.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 10077.34 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 30938 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|-----------|
| SLD | 338 | 589331107 | MERCK & CO | 9662.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 28.550 | 9649.90 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-3 | D | 35264 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|----|----------|--------------|---------------------|-----------|
| SLD | 1,235 | 594918104 | MICROSOFT CORP | 26984.35 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|-------|-----------|------------|-----------|----------|-----|-------|
| 21.810 | 26935.35 | 49.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-RU039-3 | D | 39590 | 5 | 1 |  | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 624 | 68389X105 | ORACLE CORPORATION | 10819.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 10795.20 | 24.00 |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-RU039-3 | D | 52568 | 5 | 1 |  | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 247 | 713448108 | PEPSICO INC | 13942.27 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 13933.27 | 9.00 |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 56894 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,053 | 717081103 | PFIZER INC | 17879.82 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 17837.82 | 42.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 65546 | 5 | 1 | | 11/06/08 | 11/12/08 |

1

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 325 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 14183.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 14170.00 | 13.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

<table>
<tr><td>MADF</td><td><b>BERNARD L. MADOFF</b><br>INVESTMENT SECURITIES LLC<br>New York ☐ London</td></tr>
</table>

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 61220 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 468 | 742718109 | PROCTER & GAMBLE CO | 30007.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 29989.44 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 69872 | 5 | | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 260 | 747525103 | QUALCOMM INC | 8790.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 8780.20 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 74198 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 195 | 806857108 | SCHLUMBERGER LTD | 9655.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 9648.60 | 7.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-RU039-3 | D | 87176 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 273 | 902973304 | U S BANCORP | 8071.69 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 8061.69 | 10.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1–RU039–3 | D | 82850 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90–04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 156 | 911312106 | UNITED PARCEL SVC INC CLASS B | 8124.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 8118.24 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1–RU039–3 | D | 91502 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90–04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 156 | 913017109 | UNITED TECHNOLOGIES CORP | 8298.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 8292.96 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 95828 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 442 | 92343V104 | VERIZON COMMUNICATIONS | 13458.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 13441.22 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 04481 | 5 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 338 | 931142103 | WAL-MART STORES INC | 18883.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 18870.54 | 13.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 00155 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 546 | 949746101 | WELLS FARGO & CO NEW | 16291.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 16270.80 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-RU039-3 | D | 57244 | 5 | 1 | | 11/19/08 | 11/19/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH        NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009   Y.T.M. .21% 3/26/2009 | 74944.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 74944.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | |
| 0646 | | 1-RU039-4 | D | 48242 | 8 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 23153·00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17·800 | 23140·00 | 13·00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | |
| 0646 | | 1-RU039-4 | D | 42996 | 8 | 1 | | 11/14/08 | 11/19/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 13 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 3913·00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3·000 | 3900·00 | 13·00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-RU039-4 | D | 38671 | 8 | 1 | | 11/14/08 | 11/19/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

SOPHIE BARBITTA REV FAMILY TST
90-04 159TH AVENUE
HOWARD BEACH          NY 11414

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 13 | 783790XD4 | S & P 100 INDEX<br>DECEMBER 420 PUT | 39013.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.000 | 39000.00 | 13.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

121
Mayfair. Inc
Tel

SOPHIE BARBITTA REV FAMILY TST

90-04 159TH AVENUE
HOWARD BEACH        NY   11414

**PERIOD ENDING** 11/30/03

**YOUR ACCOUNT NUMBER** 1-RJ039-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******4691

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 36,494.77 |
| 1/12 | 546 | | 155 | WELLS FARGO & CO NEW | 29.800 | 16,291.80 |
| 1/12 | 390 | | 657 | HEWLETT PACKARD CO | 34.900 | 13,626.00 |
| 1/12 | 338 | | 4481 | WAL-MART STORES INC | 55.030 | 18,893.54 |
| 1/12 | 221 | | 4983 | INTERNATIONAL BUSINESS MACHS | 87.270 | 19,294.67 |
| 1/12 | 819 | | 8807 | EXXON MOBIL CORP | 36.680 | 29,720.92 |
| 1/12 | 897 | | 9309 | INTEL CORP | 14.710 | 13,200.87 |
| 1/12 | 429 | | 13635 | JOHNSON & JOHNSON | 59.580 | 25,576.82 |
| 1/12 | 585 | | 17950 | J.P. MORGAN CHASE & CO | 39.510 | 23,563.05 |
| 1/12 | 312 | | 20286 | COCA COLA CO | 34.860 | 10,876.32 |
| 1/12 | 182 | | 26812 | MCDONALDS CORP | 24.640 | 10,044.34 |
| 1/12 | 338 | | 30938 | MERCK & CO | 28.350 | 9,662.90 |
| 1/12 | 1,235 | | 35264 | MICROSOFT CORP | 21.010 | 25,987.35 |
| 1/12 | 624 | | 39590 | ORACLE CORPORATION | 17.330 | 10,819.20 |
| 1/12 | 247 | | 52585 | PEPSICO INC | 20.300 | 33,942.27 |
| 1/12 | 143 | | 53070 | APPLE INC | 100.780 | 14,416.54 |
| 1/12 | 1,053 | | 56894 | PFIZER INC | 16.940 | 17,877.82 |
| 1/12 | 247 | | 57396 | ABBOTT LABORATORIES | 54.610 | 13,497.67 |
| 1/12 | 468 | | 51226 | PROCTER & GAMBLE CO | 64.080 | 30,007.44 |
| 1/12 | 169 | | 51722 | AMGEN INC | 59.160 | 10,004.04 |
| 1/12 | 325 | | 55546 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 14,187.00 |
| 1/12 | 780 | | 66048 | BANK OF AMERICA | 21.590 | 16,871.20 |
| 1/12 | 260 | | 69872 | QUALCOMM INC | 33.770 | 8,772.20 |
| 1/12 | 845 | | 70374 | CITI GROUP INC | 12.510 | 10,570.95 |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SOPHIE RABBITTA REV FAMILY TST
30-04 159TH AVENUE
HOWARD BEACH          NY   11414

PERIOD ENDING: 11/30/??

YOUR ACCOUNT NUMBER: 1-RU039-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******5691

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 195 | | 74198 | SCHLUMBERGER LTD | 49.480 | 9,655.60 |
| 11/12 | 468 | | 74700 | COMCAST CORP CL A | 15.510 | 7,344.68 |
| 11/12 | 923 | | 78524 | AT&T INC | 27 | 24,957.00 |
| 11/12 | 234 | | 79026 | CONOCOPHILLIPS | 52.510 | 12,296.34 |
| 11/12 | 156 | | 82850 | UNITED PARCEL SVC INC CLASS B | 52.049 | 8,124.74 |
| 11/12 | 949 | | 83352 | CISCO SYSTEMS INC | 16.730 | 15,913.77 |
| 11/12 | 273 | | 87176 | U S BANCORP | 29.530 | 8,071.69 |
| 11/12 | 325 | | 87678 | CHEVRON CORP | 73.430 | 23,877.75 |
| 11/12 | 155 | | | UNITED TECHNOLOGIES CORP | 53.150 | |
| 11/12 | 1,651 | | 92804 | GENERAL ELECTRIC | 16.650 | |
| 11/12 | 442 | | 95828 | VERIZON COMMUNICATIONS | 30.619 | 13,458.22 |
| 11/12 | 39 | | 96330 | GOOGLE | 337.400 | 13,159.60 |
| 11/12 | | 575,000 | 22755 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| | | | | 2/12/2009 | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | |
| 11/12 | | 57,533 | 17855 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/12 | 40,875 | | 27234 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 40,875.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SOPHIE BARBITTA REV FAMILY TST

90-04 159TH AVENUE
HOWARD BEACH        NY    11414

YOUR ACCOUNT NUMBER: 1-ZU039-3-0

PERIOD ENDING: 11/30/09

YOUR TAX PAYER IDENTIFICATION NUMBER: ********6691

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| 1/19 | | 40,875 | 52598 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 03/26/2009 | 1 | |
| 1/19 | 75,000 | | 57244 | U S TREASURY BILL | 99.926 | 74,944.50 |
| 1/19 | 4,884 | | 61736 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,884.00 |
| | | | | NEW BALANCE | | 72,915.51 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 923 | | | AT&T INC | 28.360 | |
| | 247 | | | ABBOTT LABORATORIES | 52.390 | |
| | 169 | | | AMGEN INC | 55.540 | |
| | 143 | | | APPLE INC | 92.670 | |
| | 780 | | | BANK OF AMERICA | 18.250 | |
| | 325 | | | CHEVRON CORP | 79.010 | |
| | 949 | | | CISCO SYSTEMS INC | 16.540 | |
| | 845 | | | CITI GROUP INC | 9.290 | |
| | 312 | | | COCA COLA CO | 45.870 | |
| | 468 | | | COMCAST CORP CL A | 17.340 | |
| | 234 | | | CONOCOPHILIPS | 52.520 | |
| | 819 | | | EXXON MOBIL CORP | 80.150 | |
| | 1,651 | | | GENERAL ELECTRIC CO | 17.770 | |
| | | | | CONTINUED ON PAGE  4 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SOPHIE BARBITTA REV FAMILY TST

90-04 159TH AVENUE    NY    11414
HOWARD BEACH

PERIOD ENDING 11/30/09

YOUR TAX PAYER IDENTIFICATION NO. ****** ?591

YOUR ACCOUNT NUMBER 1-RU093-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | 39 | | | GOOGLE | 292.950 | |
| | 390 | | | HEWLETT PACKARD CO | 35.290 | |
| | 897 | | | INTEL CORP. | 13.300 | |
| | 221 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 585 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 629 | | | JOHNSON & JOHNSON | 58.500 | |
| | 182 | | | MCDONALDS CORP. | 50.750 | |
| | 338 | | | MERCK & CO | 26.720 | |
| | 1,235 | | | MICROSOFT CORP. | 20.220 | |
| | 624 | | | ORACLE CORPORATION | 15.090 | |
| | 247 | | | PEPSICO INC | 56.700 | |
| | 1,053 | | | PFIZER INC | 16.430 | |
| | 325 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 468 | | | PROCTER & GAMBLE CO | 54.350 | |
| | 260 | | | QUALCOMM INC | 33.570 | |
| | 195 | | | SCHLUMBERGER LTD | 60.740 | |
| | 4,884 | | | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| | 273 | | | U S BANCORP | 26.980 | |
| | 156 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | | CLASS B | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | |
| | | | | DUE 03/25/2009 | | |
| | | | | 3/26/2009 | | |
| | 175 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | | CONTINUED ON PAGE    5 | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SOPHIE BARBITTA REV FAMILY TST

90-04 159TH AVENUE
HOWARD BEACH          NY    11414

YOUR ACCOUNT NUMBER    1-RU030-3-0

PERIOD ENDING    11/30/02

YOUR TAX PAYER IDENTIFICATION No.    *******4692

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
|  | 442 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |
|  | 338 |  |  | WAL-MART STORES INC | 55.930 |  |
|  | 546 |  |  | WELLS FARGO & CO NEW | 28.890 |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |
|  |  |  |  | LONG               SHORT |  |  |
|  |  |  |  | 652,580.82 |  |  |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SOPHIE BARBITTA REV FAMILY TST

90-04 159TH AVENUE
HOWARD BEACH          NY    11414

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-2U039-3-0

YOUR TAX PAYER IDENTIFICATION NO: ***-**-6691

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**