**BROWN RUDNICK LLP**
David J. Molton
Martin S. Siegel
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride*
 *as Liquidators of and for Fairfield Sentry Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters its appearance in the above-referenced adversary proceeding as counsel to Kenneth M Krys and Christopher D. Stride, as Liquidators of and for Fairfield Sentry Limited ("the Liquidators"), and hereby requests that all notices given or required in the above-referenced adversary proceeding case, and all other papers served in these cases, be given to and served upon the following:

8224294

>David J. Molton, Esq.
>Martin S. Siegel, Esq.
>**Brown Rudnick LLP**
>Seven Times Square
>New York, NY  10036
>Telephone:  (212) 209-4800
>Facsimile:  (212) 209-4801
>E-mail: dmolton@brownrudnick.com
>msiegel@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise, which affects or pertains to the above–captioned adversary proceeding, above-captioned Debtor, the property of the Debtor, or his Chapter 11 estate.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Liquidators have, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

3

Dated: October 22, 2009　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　**BROWN RUDNICK LLP**


　　　　　　　　　　　　　　　　　　　　　By: /s/ David J. Molton, Esq.
　　　　　　　　　　　　　　　　　　　　　　　David J. Molton
　　　　　　　　　　　　　　　　　　　　　　　Martin S. Siegel
　　　　　　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 209-4800
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 209-4801

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*