**BROWN RUDNICK LLP**
David J. Molton
Martin S. Siegel
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride*
*as Liquidators of and for Fairfield Sentry Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the

within action, am over 18 years of age and reside in Brooklyn, New York.

        On the 22nd day of October, 2009, I caused to be served a true copy of the following document:

*Notice of Appearance And Request For Service of Papers* on the parties listed on the attached service list

8224300

by first class mail.

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
22nd day of October, 2009.

 /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
Attn:   Chester B. Salomon, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ  07602-0800
Attn:   Michael D. Sirota, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY  10022-4728
Attn:   Kevin R.J. Schroth, Esq.

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY  11556
Attn:   Mark S. Mulholland

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY  10017
Attn:   Stuart I. Rich, Esq.
        James M. Ringer, Esq.

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Attn:   Lauren J. Resnick
        Marc D. Powers
        David Sheehan

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY  10022
Attn:   William B. Wachtel, Esq.
        Howard Kleinhendler, Esq.
        David Yeger, Esq.

Crowell & Morning LLP
153 East 53Rd Street
New York, NY  10022-2524
Attn:   William M. O'Connor
        Mark S. Lichtenstein

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Attn:   John Moscow
        Alissa M. Nann
        Seanna Brown
        Thomas M. Wearsch
        Ona T. Wang

Seeger Weiss LLP
One William Street
New York, NY  10004
Attn:   Stephen A. Weiss

Milberg LLP
One Pennsylvannia Plaza, 49th Floor
New York, NY  10119
Attn:   Brad N. Friedman
        Sandford P. Dumain
        Jonathan M. Landers
        Matthew Gluck

Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
Attn:   Sean H. Lane
        Robert William Yalen

Shutts & Bowen LLP
200 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL  33301
Attn:   Peter E. Shapiro

Securities Investor Protection Corporation
805 Fiftheenth Street N.W., Suite 800
Washington, D.C.  20005-2207
Attn:   Senior Associate General Counsel
        For Dispute Resolution

Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036-5304
Attn:   Jonathan R. Barr
        Brian K. Esser

Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Attn:   Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY  10018
Attn:   Barry R. Lax
        Brian J. Neville
        Brian Maddox

Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Attn:   Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY  10016-0301
Attn:   Dennis C. Quinn

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY  10019
Attn:   Alan Nisselson
        Howard L. Simon
        Regina Griffin

Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C.  20004
Attn:   Eric L. Lewis

Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA  98154
Attn:   Joseph E. Shickich, Jr.
          Erin Joyce Letey

Calabrese and Torn
280 Madison Avenue, 5th Floor
New York, NY  10016
Attn:   Marsha Torn, Esq.

Johnson, Pope, Bokor, Ruppel & Burns, P.A.
P.O. Box 1368
Clearwater, Florida  33757
Attn:   Angelina E. Lim, Esq.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
Attn:   Judith L. Spanier, Esq.

George Brunelle
Timothy P. Kebbe
Brunelle & Hadjikow, P.C.
One Whitehall Street, Suite 1825
New York, NY  10004