# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax & Neville, LLP_
_(212) 696-1999_

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1M0177
MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON, CA 94708

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:
   a.    The Broker owes me a Credit (Cr.) Balance of        $_____O /NA_____
   b.    I owe the Broker a Debit (Dr.) Balance of        $_____D /NA_____

502180406

c.   If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                              $_____○_____

d.   If balance is zero, insert "None."            _____○_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | See the November 30, 2008 | _____ | _____ |
| _____ | Account Statement attached | _____ | _____ |
| _____ | as Exhibit C. | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.    _____    ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: Brian J. Neville, Esq., Lax & Neville, LLP,
1412 Broadway, Suite 1407, New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  3-20-2009    Signature  Linda Morse

Date  3.20.2009    Signature  _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406



LAX & NEVILLE, LLP
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE
DAVID S. RICH

—————————————

SANDRA P. ESPINOSA

April 2, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

     RE:    Morse Family Foundation, Inc./Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

    This firm represents the Morse Family Foundation, Inc. (the "Morse Family Foundation")

and has assisted it in the preparation of its Bernard L. Madoff Investment Securities LLC

("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed

Customer Claim Form for the Morse Family Foundation account. Additionally, below is a

description of the relationship between the Morse Family Foundation and Madoff Securities.

The statements made in this letter are true and accurate to best of our knowledge and belief, and

are being provided to support the Morse Family Foundation SIPC claims.

    In or about June 2002, Linda and Sherry Morse opened the Morse Family Foundation

account with Madoff Securities. Attached hereto as Exhibit A are the Articles of Incorporation

for the Morse Family Foundation. In total, contributions were made to the Morse Family



Irving H. Picard
April 2, 2009
Page 2 of 3

Foundation account in the amount of $1,000,664.94 in 2002[1], and withdrawals were made in the amount of $318,306 during 2002 through 2008 to pay taxes and foundation expenses, and for charitable annual disbursements as required by law. Copies of withdrawal memo slips are attached as Exhibit B. The balance in the Morse Family Foundation account as of November 30, 2008 is $1,597,521.32. The Morse Family Foundation November 30, 2008 account statement is attached as Exhibit C. Also attached hereto as Exhibit D are Madoff Securities November 2008 confirmations, which list SIPC membership, for the Morse Family Foundation account. The Morse Family Foundation has paid to the IRS all appropriate capital gains taxes that resulted from the Madoff Securities account.

The Morse Family Foundation received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing it held securities in its account. Based upon the account statements and confirmations, the Morse Family Foundation at all times, expected to have those securities in its account. The balance in the Morse Family Foundation account as of the filing date is $1,597,521.32. *See* the November 30, 2008 account statement at Exhibit B.

---

[1] Linda and Sherry Morse, as Trustees of the Phillip Morse Revocable Trust 11/6/00, transferred approximately $990,000 from the trust to the Morse Family Foundation account. The Phillip Morse Revocable Trust 11/6/00 also had an account with Madoff Securities, which was opened in February 2002 and closed shortly after the transfer to the Morse Family Foundation account.



Irving H. Picard
April 2, 2009
Page 3 of 3

## CONCLUSION

The Morse Family Foundation, Inc. is seeking the full protection of SIPA for its account

as follows:

-    Account No: 1-M0177-3-0        The Morse Family Foundation, Inc.

Total = **$1,597,521.32**

If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By:    Brian J. Neville

ENC.

# EXHIBIT A

# ARTICLES OF INCORPORATION
## OF
### MORSE FAMILY FOUNDATION, INC.

The undersigned incorporator, for the purpose of forming a corporation under the Florida Not for Profit Corporation Act, hereby adopts the following Articles of Incorporation:

## ARTICLE I - NAME

The name of the corporation shall be:

MORSE FAMILY FOUNDATION, INC.

## ARTICLE II - BEGINNING OF CORPORATE EXISTENCE

The existence of this corporation shall commence on the 2nd day of November, 2000, provided that if such day be unauthorized under law, then on the earliest day allowable pursuant to Florida law for the commencement of corporate existence; and shall continue perpetually unless dissolved according to law.

## ARTICLE III - ADDRESS OF PRINCIPAL OFFICE

The principal office address of this corporation is:

c/o Jeffrey M. Perlow, Esq.
Fromberg, Perlow & Kornik, P.A.
20801 Biscayne Boulevard - Suite 505
Aventura, Florida 33180

## ARTICLE IV - PURPOSE

The purposes for which the corporation is to be formed are exclusively to receive and administer funds for educational, religious and charitable purposes within the meaning of §501(c)(3) of the Internal Revenue Code of 1986, as amended.  In addition within the limits of  §501(c)(3) to

sponsor, children and young adults to attend to the March of the Living Program established by the

Council of Jewish Federation, Miami, Florida, to establish scholarships for qualified students at the

High School for Israel, to pay for and support meals for the elderly programs organized by 501(c)(3)

institutions and to sponsor programs under the auspices of a Jewish Synagogue and/or Federation of

Dade and Broward Counties and to make grants to 501(c)(3) organizations. Any organization

receiving fund or distribution from this Corporation muse be a 501(c)(3) organization.

## ARTICLE V - INITIAL REGISTERED AGENT AND STREET ADDRESS

The name and Florida street address of the initial registered agent is:

Dade County Corporate Agents, Inc.
20801 Biscayne Boulevard - Suite 505
Aventura, Florida 33180

## ARTICLE VI - INITIAL BOARD OF DIRECTORS

The business of this corporation shall be conducted by a Board of Directors of not less than

three (3) Directors, the exact number of Directors to be fixed by the By-Laws of this corporation. The

manner in which the directors are elected or appointed is set forth in the By-Laws. The initial Director

of this corporation shall be the incorporator named below who shall hold office until the first meeting

of incorporators of this corporation and until the successor Directors are elected and have qualified.

## ARTICLE VII - INCORPORATOR

The name and address of the Incorporator to these Articles of Incorporation is:

Lynn W. Fromberg
Fromberg, Perlow & Kornik, P.A.
20801 Biscayne Boulevard - Suite 505
Aventura, Florida 33180

## ARTICLE VIII - CHARITABLE ORGANIZATIONS PROVISIONS

Notwithstanding any powers granted to the Corporation by its Articles, By-Laws or by the laws of the State of Florida, the following limitations of power shall apply:

(a)    The Corporation is organized exclusively by charitable, religious, educational and scientific purposes, including for such purposes the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or corresponding section of any future federal tax code [Code].

(b)    No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for the services rendered and to make payments and distributions in furtherance of purposes set forth in the purpose clause hereof. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of this document, the organization shall not carry on any other activities not permitted to be carried on (i) an organization exempt from federal income tax under Section 501(c)(3) of the Code; or (ii) by an organization contributions to which are deductible under Section 170(c)(2) of the Code.

(c)    Upon dissolution of the Corporation, assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Code, or shall be distributed to the federal government, or a state or local government, for public purpose. Any such assets not so disposed of shall be disposed of by the court having jurisdiction over the Corporation, exclusively for such purposes or to such organization or organizations, as said court shall determine, which are organized and operated exclusively for such purposes.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation this 2 day of November, 2000.

By: _____
       Lynn W. Fromberg, Incorporator

Dated: 11/2/00

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF DADE          )

The foregoing instrument was acknowledged before me this day _2nd_ of November, 2000, by LYNN W. FROMBERG, to me known to be the person described in and who executed the foregoing Articles of Incorporation, and he acknowledged before me that he executed the same for the purposes therein expressed, and who is personally known to me.

SIGNATURE OF PERSON TAKING ACKNOWLEDGMENT

PRINT NAME OF ACKNOWLEDGER:
TITLE:
COMMISSION NUMBER:

OFFICIAL NOTARY SEAL
ICILMA HINES-GOSLEY
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC953434
MY COMMISSION EXP. JULY 21,2004

CERTIFICATE DESIGNATING PLACE OF BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN FLORIDA, NAMING AGENT UPON WHOM PROCESS MAY BE SERVED

HAVING BEEN NAMED AS REGISTERED AGENT AND TO ACCEPT SERVICE OF PROCESS FOR THE ABOVE STATED CORPORATION AT THE PLACE DESIGNATED IN THIS CERTIFICATE, I HEREBY ACCEPT THE APPOINTMENT AS REGISTERED AGENT AND AGREE TO ACT IN THIS CAPACITY. I FURTHER AGREE TO COMPLY WITH THE PROVISIONS OF ALL STATUTES RELATING TO THE PROPER AND COMPLETE PERFORMANCE OF MY DUTIES, AND I AM FAMILIAR WITH AND ACCEPT THE OBLIGATIONS OF MY POSITION AS REGISTERED AGENT.

DADE COUNTY CORPORATE AGENTS, INC.

By: _____
        Lynn W. Fromberg, President
        Resident Agent

Dated: November 2, 2000

L:\HOME\GOSLEY\WPFILES\Morse, P\ArticlesIn.corp

# EXHIBIT B

140180

12/18 2002

BERNARD L. MADOFF

PAY TO THE ORDER OF  **MORSE FAMILY FOUNDATION INC**

$ ******5500.00

EXACTLY *******5 500DOLLARS00CENTS                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-M0177-3

BERNARD L. MADOFF

By

---

### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

F.

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:                                  12/18/02

CW    CHECK                                               5,500.

MORSE FAMILY FOUNDATION INC          CLIENT'S ACCOUNT NUMBER

436 LAKE STREET                              1-M0177-3
SAN FRANCISCO       CA 94118

MEMO

personal



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

11/24/03

CW    CHECK

60,000.00

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON          CA 94708

CLIENT'S ACCOUNT NUMBER

1-M0177-3

MEMO

BERNARD L. MADOFF

62-26
311

2815-0

149211

11/24    20 03

PAY
TO THE
ORDER OF    MORSE FAMILY FOUNDATION INC

$ ****60000.00

EXACTLY *****60,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-M0177-3

FOR

BERNARD L. MADOFF

BY

⑈0014921⑈⑈ ⑈031100267⑈ 6301428151 509⑈



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

CW    CHECK

CLIENT'S ACCOUNT NUMBER
1-M0177-3

5/19/04

5,000.00

MORSE FAMILY FOUNDATION INC.
190 STANFORD AVENUE
KENSINGTON    CA 94708

MEMO

BERNARD L. MADOFF

154361

62-26
311

2815-09

PAY
TO THE
ORDER OF    MORSE FAMILY FOUNDATION INC    5/19    20 04    $ *****5000.00

EXACTLY ******5,000DOLLARS00CENTS                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR    1-M0177-3

BERNARD L. MADOFF
By

⑆00⑆15436⑆     ⑆0311002267⑆     6304428151

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
☐ New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

11/22/04

THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

51,806.00

CW    CHECK

CLIENT'S ACCOUNT NUMBER

1-M0177-3

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON    CA 94708

MEMO

BERNARD L. MADOFF

82-26
311    2815-09

159149

11/22  20 04

PAY TO THE
ORDER OF  MORSE FAMILY FOUNDATION INC    $ ****51806•00

EXACTLY ****51,806DOLLARS00CENTS    DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-M0177-3

By

FOR

⑈00159149⑈ ⑆031100267⑆ 630142815⑈ 509⑈

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/22/05

CW    CHECK                                                    5,000.00

CLIENT'S ACCOUNT NUMBER

MORSE FAMILY FOUNDATION INC                    1-M0177-3

190 STANFORD AVENUE
KENSINGTON          CA 94708

MEMO

BERNARD L. MADOFF

$\frac{62-26}{311}$    2815-09

7/22  20 05    166438

PAY
TO THE    MORSE FAMILY FOUNDATION INC                    $ *****5000.00
ORDER OF

******FIVE THOUSAND 00/100    DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-M0177-3
FOR                                          BY

⑈00166438⑈ ⑆031100267⑆ 630428151 509⑈

**BERNARD L. MADOFF**
08-01789-smb   Doc 24372
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/01/05

CW    CHECK

57,000.00

CLIENT'S ACCOUNT NUMBER

MORSE FAMILY FOUNDATION INC

1-M0177-3

190 STANFORD AVENUE
KENSINGTON          CA 94708

MEMO

BERNARD L. MADOFF

62-26
311

2815-09

169471

12/01 2005

PAY
TO THE
ORDER OF  MORSE FAMILY FOUNDATION INC

$ ****57000.00

******FIFTY SEVEN THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-M0177-3

By

⑈00169471⑈ ⑆031100267⑆ 630428151 509⑈

311 | 2815-09

179895

11/27  2006

PAY TO THE ORDER OF   **MORSE FAMILY FOUNDATION INC**

$ ****59000.00

******FIFTY NINE THOUSAND 00/100   **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-M0177-3

BERNARD L. MADOFF

FOR _____   BY _____

⑈00179895⑈ ⑆031100267⑆ 6301428151 509⑈

---

MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

**11/27/06**

CW   CHECK                                    59,000.00

CLIENT'S ACCOUNT NUMBER

MORSE FAMILY FOUNDATION INC           1-M0177-3

190 STANFORD AVENUE
KENSINGTON        CA 94708

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/05/07

CW    CHECK                                                75,000.00

| | CLIENT'S ACCOUNT NUMBER |
|---|---|
| MORSE FAMILY FOUNDATION INC | 1-M0177-3 |
| 190 STANFORD AVENUE<br>KENSINGTON        CA 94708 | |

MEMO

# EXHIBIT C

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON     CA    94708

PERIOD ENDING: 11/30/08
TAX PAYER IDENTIFICATION NUMBER: *****3420
YOUR ACCOUNT NUMBER: 1-M0177-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 91,709.12 |
| 11/12 | 990 | | 684 | HEWLETT PACKARD CO | 36.900 | 34,590.00 | |
| 11/12 | 858 | | 4308 | WAL-MART STORES INC | 55.835 | 47,936.16 | |
| 11/12 | 561 | | 4810 | INTERNATIONAL BUSINESS MACHS | 87.270 | 48,980.47 | |
| 11/12 | 2,079 | | 8634 | EXXON MOBIL CORP | 72.800 | 151,500.52 | |
| 11/12 | 277 | | 9136 | INTEL CORP | 14.710 | | |
| 11/12 | 1,089 | | 13462 | JOHNSON & JOHNSON | 59.580 | 64,902.53 | |
| 11/12 | 1,495 | | 17787 | J.P. MORGAN CHASE & CO | 38.530 | 57,276.05 | |
| 11/12 | 792 | | 22113 | COCA-COLA CO | 44.660 | 35,501.72 | |
| 11/12 | 462 | | 22639 | MCDONALDS CORP | | | |
| 11/12 | 858 | | 30805 | MERCK & CO | | | |
| 11/12 | 3,135 | | 35091 | MICROSOFT CORP | 21.810 | 68,499.35 | |
| 11/12 | 1,584 | | 39417 | ORACLE CORPORATION | 17.300 | 27,456.20 | |
| 11/12 | 627 | | 52295 | CISCO SYS INC | 26.410 | | |
| 11/12 | 363 | | 52893 | APPLE INC | 100.800 | | |
| 11/12 | 2,573 | | 56721 | PFIZER INC | 16.940 | 45,386.62 | |
| 11/12 | 627 | | 57723 | ABBOTT LABORATORIES | 54.610 | 34,255.47 | |
| 11/12 | 1,398 | | 61842 | PROCTER & GAMBLE CO | 54.800 | 76,511.04 | |
| 11/12 | 429 | | 63159 | | 55.100 | | |
| 11/12 | 825 | | 65373 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 36,003.00 | |
| 11/12 | 1,980 | | 65875 | BANK OF AMERICA | 21.590 | 42,827.20 | |
| 11/12 | 660 | | 69599 | QUALCOMM INC | 33.110 | 22,514.20 | |
| 11/12 | 2,105 | | 70201 | CITIGROUP INC | 12.510 | 26,918.95 | |
| 11/12 | 495 | | 74025 | SCHLUMBERGER LTD | 49.480 | 24,511.60 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA   94708

PAGE 2
PERIOD ENDING 11/30/03
TAX PAYER IDENTIFICATION NUMBER *****3420
YOUR ACCOUNT NUMBER 1-M0177-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/12 | 1,188 | | 74527 | COMCAST CORP CL A | 16.510 | 19,550.88 | |
| 11/12 | | 2,363 | 7851 | ALTR INC | 27 | 63,354.90 | |
| 11/12 | | 594 | 78853 | CONOCOPHILLIPS | 52.530 | 33,220.34 | |
| 11/12 | | 396 | 82677 | UNITED PARCEL SVC INC CLASS B | 52.040 | 20,522.84 | |
| 11/12 | 2,409 | | 83179 | CISCO SYSTEMS INC | 16.710 | 40,398.27 | |
| 11/12 | 693 | | 87005 | U S BANCORP | 29.530 | 20,691.29 | |
| 11/12 | 825 | | 87505 | CHEVRON CORP | 73.430 | 60,612.75 | |
| 11/12 | | 396 | 91329 | UNITED TECHNOLOGIES CORP | 53.160 | 21,066.36 | |
| 11/12 | 4,191 | | 91831 | GENERAL ELECTRIC CO | 19.650 | 82,436.33 | |
| 11/12 | 1,122 | | 95655 | VERIZON COMMUNICATIONS | 30.410 | 34,114.82 | |
| 11/12 | 99 | | 96157 | GOOGLE | 337.400 | 33,405.60 | |
| 11/12 | 1,386 | | 99981 | WELLS FARGO & CO NEW | 29.800 | 41,357.80 | |
| 11/12 | | 1,525,000 | 22592 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.935 | 1,524,024.xx | |
| 11/12 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 24. |
| 11/12 | | 21,794 | 17692 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 21,794. |
| 11/12 | 44,668 | | 27061 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 44,668.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5. |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
MADF | New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON    CA  94708

| PERIOD ENDING | DATE | 11/30/08 |
|---|---|---|
| ACCOUNT NUMBER | 1-M0177-3-0 | *****3620 |
| PAGE | 3 |

| DATE | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/19 | | 44,668 | 52505 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET US TREASURY BILL | 1 | | 44,668.00 |
| 11/19 | 12,000 | | 57056 | DUE 03/26/2009 3/26/2009 | 99.929 | 12,497.50 | |
| 11/19 | 18,634 | | 61543 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 18,634.00 | |
| | | | | NEW BALANCE | | 183,911.40 | |
| | | | | SECURITY POSITIONS | VALUED | | |
| | 2,363 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 627 | | | AETNA INC | 55.540 | | |
| | 429 | | | APPLE INC | 92.670 | | |
| | 1,900 | | | BANK AMERICA | 16.250 | | |
| | 825 | | | CHEVRON CORP | 79.010 | | |
| | 2,409 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 715 | | | CITIGROUP INC | 8.290 | | |
| | 792 | | | COMCAST CORP CL A | 17.140 | | |
| | 1,188 | | | COMCAST CORP CL A | 17.340 | | |
| | 594 | | | CONOCOPHILLIPS | 53.520 | | |
| | 2,079 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,191 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES




**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON    CA   94708

| DATE | 11/30/08 | 1-M0177-3-0 | *******3420 | 4 |
| --- | --- | --- | --- | --- |

| BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
| --- | --- | --- | --- | --- | --- |
| 99 | | GOOGLE | 292.960 | | |
| 990 | | HEWLETT PACKARD CO | 35.280 | | |
| | | JAPAN BUSINESS MCHS | | | |
| 1,485 | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,089 | | JOHNSON & JOHNSON | 58.530 | | |
| | | MCDONALDS CORP | | | |
| 3,135 | | MICROSOFT CORP | 20.229 | | |
| 1,584 | | ORACLE CORPORATION | 16.090 | | |
| | | PEPSICO INC | | | |
| 825 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,188 | | PROCTER & GAMBLE CO | 66.350 | | |
| | | SCHLUMBERGER LTD | | | |
| 18,634 | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | | |
| | | CLASS B | | | |
| 125,000 | | U.S TREASURY BILL DUE 01/29/2009 | 99.971 | | |
| 396 | | UNITED TECHNOLOGIES CORP | 43.530 | | |
| | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON          CA     94708

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ******3420

PAGE: 5

YOUR ACCOUNT NUMBER: 1-M0177-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,122 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 858 | | | WAL-MART STORES INC. | 55.880 | | |
| | 1,386 | | | WELLS FARGO & CO NEW | 29.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 1,559,521.32 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON          CA    94708

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-M0177-3-0 | ********3420 | 6 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,761.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,829,335.97 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MORSE FAMILY FOUNDATION INC

190 STANFORD AVENUE
KENSINGTON          CA  94708

| PAGE | 1 |

| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *****＊3420 |
| YOUR ACCOUNT NUMBER | 1-M0177-4-D |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 91,710.00 |
| 1/12 | | 33 | 43743 | S & P 100 INDEX NOVEMBER 450 CALL | 15.800 | | 72,702.00 |
| 1/12 | 33 | | 48069 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 58,773.00 | |
| 1/19 | | 33 | 34473 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 85,157.00 |
| 1/19 | 33 | | 38498 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 99,033.00 | |
| 1/19 | 33 | | 42823 | S & P 100 INDEX NOVEMBER 450 CALL | 1 | 4,935.00 | |
| 1/19 | | 33 | 47148 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 122,057.00 |
| | | | | NEW BALANCE | | | 183,902.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 33 | | S & P 100 INDEX DECEMBER 430 CALL | 22.300 | | |
| | 33 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 54,450.00 | SHORT 76,890.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT D

## First confirmation

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-4 | D | 42823 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 33 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 9933.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 9900.00 | 33.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## Second confirmation

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-4 | R | 34173 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 33 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 85767.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 85800.00 | 33.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-4 | R | 47148 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 33 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 122067.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 122100.00 | 33.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-4 | D | 38498 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 33 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 99033.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 99000.00 | 33.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
#### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | R | 22592 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,525,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 1524024.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1524024.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
#### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 17787 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,485 | 46625H100 | J.P. MORGAN CHASE & CO | 57276.05 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 57217.05 | 59.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 13462 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON       CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,089 | 478160104 | JOHNSON & JOHNSON | 64925.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 64882.62 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 26439 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON       CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 462 | 580135101 | MCDONALDS CORP | 25598.94 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 25580.94 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0177-3 | D | 30765 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 858 | 589331107 | MERCK & CO | 24529.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 24495.90 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0177-3 | D | 35091 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,135 | 594918104 | MICROSOFT CORP | 68499.35 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 68374.35 | 125.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

*CONFIRMATION (Please see reverse for further details.)*

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 39417 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,584 | 68389X105 | ORACLE CORPORATION | 27466.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 27403.20 | 63.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 52395 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 627 | 713448108 | PEPSICO INC | 35394.07 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 35369.07 | 25.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 65373 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 825 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 36003.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 35970.00 | 33.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 56721 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,673 | 717081103 | PFIZER INC | 45386.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 45280.62 | 106.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 61047 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,188 | 742718109 | PROCTER & GAMBLE CO | 76174.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 76127.04 | 47.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 69699 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 660 | 747525103 | QUALCOMM INC | 22314.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 22288.20 | 26.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 74025 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 495 | 806857108 | SCHLUMBERGER LTD | 24511.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 24492.60 | 19.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 87003 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 693 | 902973304 | U S BANCORP | 20491.29 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 20464.29 | 27.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 82677 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 396 | 911312106 | UNITED PARCEL SVC INC CLASS B | 20622•84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52•040 | 20607•84 | 15•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 91329 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 396 | 913017109 | UNITED TECHNOLOGIES CORP | 21066•36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53•160 | 21051•36 | 15•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 04308 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON           CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 858 | 931142103 | WAL-MART STORES INC | 47936.14 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 47902.14 | 34.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | O/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 95655 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON           CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,122 | 92343V104 | VERIZON COMMUNICATIONS | 34164.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 34120.02 | 44.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-4 | R | 43743 | 8 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 33 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 52107.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 52140.00 | 33.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 99981 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,386 | 949746101 | WELLS FARGO & CO NEW | 41357.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 41302.80 | 55.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-M0177-3 | D | 78351 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON            CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,343 | 00206R102 | AT&T INC | 63354.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 63261.00 | 93.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-M0177-4 | D | 48069 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON            CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 33 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 58773.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 58740.00 | 33.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 57223 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 627 | 002824100 | ABBOTT LABORATORIES | 34265.47 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 34240.47 | 25.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 61549 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 429 | 031162100 | AMGEN INC | 25396.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 25379.64 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0177-3 | D | 52897 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 363 | 037833100 | APPLE INC | 36597.14 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 100.780 | 36583.14 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0177-3 | D | 65875 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 1,980 | 060505104 | BANK OF AMERICA | 42827.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 21.590 | 42748.20 | 79.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 83179 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,409 | 17275R102 | CISCO SYSTEMS INC | 40398.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 40302.57 | .96.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 87505 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 825 | 166764100 | CHEVRON CORP | 60612.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 60579.75 | 33.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 70201 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,145 | 172967101 | CITI GROUP INC | 26918.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 26833.95 | 85.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 22113 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 792 | 191216100 | COCA COLA CO | 35401.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 35370.72 | 31.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 74527 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,188 | 20030N101 | COMCAST CORP CL A | 19660.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 19613.88 | 47.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 78853 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 594 | 20825C104 | CONOCOPHILIPS | 31213.94 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 31190.94 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 08634 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,079 | 30231G102 | EXXON MOBIL, CORP | 151600.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 151517.52 | 83.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 91831 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,191 | 369604103 | GENERAL ELECTRIC CO | 82436.33 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 82269.33 | 167.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 96157 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 99 | 38259P508 | GOOGLE | 33405.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 33402.60 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0177-3 | D | 00484 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 990 | 428236103 | HEWLETT PACKARD CO | 34590.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 34551.00 | 39.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-M0177-3 | D | 04810 | 5 | 1 |  | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

MORSE FAMILY FOUNDATION INC
190 STANFORD AVENUE
KENSINGTON         CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 561 | 459200101 | INTERNATIONAL BUSINESS MACHS | 48980.47 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 48958.47 | 22.00 |  |  |  |  |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see money for further details.)