**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARND L. MADOFF,<br><br>    Debtor. | |



**RESPONSE TO THE NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM.**

I, Cynthia Pattison Germaine, just received from Irving H. Picard, trustee for the Securities Investor Protection Act, a denial of my claim for my net equity on my account number 1ZA246, claim number 000400. I strongly disagree with this denial based on the information provided by Irving H. Picard in the determination. The documentation provided by Mr. Picard is not in the form of any documented evidence. His transactions listed in Table 1 are not supported by any evidence; it is just a spread sheet anyone could compile in a matter of minutes. (See exhibit A) There are no check numbers, no accounts numbers, bank names, etc. As Mr. Picard states in his determination, "BLMIS on account statements were fictitious." I see no documentation that was presented to me by Mr. Picard representing certifiable amounts I had received from Mr. Madoff. There were no check numbers or bank notices supporting the amounts that he stated I had received. Did he get these numbers from the same Mr. Madoff that defrauded all of us?

Mr. Picard said that I had no money in my accounts as no securities were purchased, however that was the fraud that took place that I had no way of knowing. The amount of money I gave to Mr. Madoff for sixteen years had to earn money in one form or another, even if he did not purchase securities. Again, I had no reason to believe that the securities written on my monthly statements were not accurate. (See exhibit B)

I have already written to the Bankrupty Court for the Southern District of New York my belief in what the definition of net equity should be, in this case the amount written on my last statement from Mr. Madoff in the amount of $270,751.95. (See exhibit B) I am filing an opposition to this determination dated October 19, 2009, but I will not be appearing in New York on this matter. I respectfully wish it to be documented that I disagree with Mr. Picard, and do not feel he has presented to me anything substantial that I can even begin to look at. If he is to represent me I would hope he would have check numbers and dates of what he states were submitted to me. I also feel he is not representing SIPA or me in the correct fashion with his definition of net equity.

In Mr. Picard's determination notice to me he also stated "should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net Equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order." I do hope that if the United States Bankruptcy Court Southern District of New York defines net equity to be the amount on my last bank statement, (see exhibit B) as it should be, that they will order

Mr. Picard to make payments in a timely manner to myself and others who have waited almost a year to hear from Mr. Picard. Mr. Picard in his notice of determination only gave me thirty days to respond to him, minus the mailing time it took for me to receive it in the mail.

WHEREFORE, I respectfully request this Court find net equity to be the value of the last statement I received on November 30, 2008 (see exhibit B) and deny any other definition of net equity.

Respectfully submitted this 23rd day of October, 2009.

_Cynthia Pattison Germaine_
Cynthia Pattison Germaine, pro se

Cynthia Pattison Survivor Trust
Cynthia Pattison Germaine Trustee
104 Rhododendron Lane
Brinnon, WA 98320

**Certificate of Service**

I hereby certify that on October 23, 2009, I served the foregoing document by mailing same to all opposing counsel of record.

_Cynthia Pattison Germaine_

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Cynthia Pattison Survivor Trust
Cynthia Pattison Germaine Trustee
104 Rhododendron Lane,
Brinnon, WA 98320

Dear Cynthia Pattison Survivor Trust:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1ZA246 designated as Claim Number 000400:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $432,915.52), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $265,000.) As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**Exhibit A**

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($167,915.52) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**Exhibit A**

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004
>
> and
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

3

**Exhibit A**

## Table 1

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---:|:---:|---:|
| 12/7/1992 | CHECK | $145,000.00 |
| 9/6/1994 | CHECK | $30,000.00 |
| 1/4/1995 | CHECK | $20,000.00 |
| 5/11/1999 | CHECK | $30,000.00 |
| 5/11/1999 | CHECK | $10,000.00 |
| 4/27/2007 | CHECK | $30,000.00 |
| **Total Deposits:** | | $265,000.00 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---:|:---:|---:|
| 4/8/1993 | CHECK | ($7,587.87) |
| 7/13/1993 | CHECK | ($6,482.31) |
| 10/13/1993 | CHECK | ($2,928.13) |
| 1/14/1994 | CHECK | ($6,439.13) |
| 4/13/1994 | CHECK | ($5,839.74) |
| 7/14/1994 | CHECK | ($4,284.33) |
| 10/13/1994 | CHECK | ($4,750.72) |
| 1/13/1995 | CHECK | ($4,235.75) |
| 4/13/1995 | CHECK | ($6,688.57) |
| 7/14/1995 | CHECK | ($9,299.82) |
| 10/16/1995 | CHECK | ($6,780.76) |
| 1/12/1996 | CHECK | ($7,391.64) |
| 4/12/1996 | CHECK | ($7,822.70) |
| 7/12/1996 | CHECK | ($7,368.66) |
| 10/11/1996 | CHECK | ($8,288.32) |
| 1/13/1997 | CHECK | ($6,931.76) |
| 4/10/1997 | CHECK | ($8,809.66) |
| 7/11/1997 | CHECK | ($11,275.87) |
| 10/10/1997 | CHECK | ($6,517.69) |
| 1/13/1998 | CHECK | ($6,940.23) |
| 4/8/1998 | CHECK | ($8,926.25) |
| 7/9/1998 | CHECK | ($8,136.58) |
| 10/9/1998 | CHECK | ($4,741.28) |
| 1/13/1999 | CHECK | ($8,841.79) |
| 4/13/1999 | CHECK | ($8,810.38) |
| 7/8/1999 | CHECK | ($12,848.37) |
| 10/8/1999 | CHECK | ($7,200.92) |
| 1/6/2000 | CHECK | ($8,870.18) |
| 4/7/2000 | CHECK | ($13,038.37) |

4

**Exhibit A**

| Date | Type | Amount |
|---|---|---|
| 7/7/2000 | CHECK | ($7,579.96) |
| 10/11/2000 | CHECK | ($4,518.36) |
| 1/10/2001 | CHECK | ($4,579.75) |
| 4/6/2001 | CHECK | ($10,012.49) |
| 7/9/2001 | CHECK | ($6,455.34) |
| 10/9/2001 | CHECK | ($4,414.08) |
| 1/11/2002 | CHECK | ($6,684.76) |
| 4/10/2002 | CHECK | ($2,861.95) |
| 7/8/2002 | CHECK | ($9,807.39) |
| 10/7/2002 | CHECK | ($13,261.27) |
| 1/10/2003 | CHECK | ($4,557.72) |
| 4/9/2003 | CHECK | ($4,454.04) |
| 7/8/2003 | CHECK | ($6,731.12) |
| 10/9/2003 | CHECK | ($7,272.10) |
| 1/8/2004 | CHECK | ($3,089.56) |
| 4/8/2004 | CHECK | ($4,781.78) |
| 7/7/2004 | CHECK | ($7,311.01) |
| 10/7/2004 | CHECK | ($5,844.23) |
| 1/7/2005 | CHECK | ($4,698.82) |
| 4/7/2005 | CHECK | ($4,765.58) |
| 7/7/2005 | CHECK | ($5,116.84) |
| 10/7/2005 | CHECK | ($4,644.83) |
| 1/9/2006 | CHECK | ($7,389.62) |
| 4/7/2006 | CHECK | ($6,005.71) |
| 7/10/2006 | CHECK | ($5,755.59) |
| 10/6/2006 | CHECK | ($11,538.42) |
| 1/8/2007 | CHECK | ($5,727.80) |
| 4/4/2007 | CHECK | ($4,987.74) |
| 7/6/2007 | CHECK | ($6,856.95) |
| 10/4/2007 | CHECK | ($7,294.47) |
| 1/8/2008 | CHECK | ($6,058.67) |
| 4/7/2008 | CHECK | ($2,156.76) |
| 7/7/2008 | CHECK | ($13,886.25) |
| 10/6/2008 | CHECK | ($3,736.78) |
| **Total Withdrawals:** | | ($432,915.52) |
| | | |
| **Total deposits less withdrawals:** | | ($167,915.52) |

5

**Exhibit A**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY                CA     94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 14,975.53 |
| 210 | | 870 | WELLS FARGO & CO NEW | 29.800 | 6,265.00 |
| 150 | | 1372 | HEWLETT PACKARD CO | 34.900 | 5,241.00 |
| 130 | | 5196 | WAL-MART STORES INC | 55.830 | 7,262.90 |
| 85 | | 5698 | INTERNATIONAL BUSINESS MACHS | 87.270 | 7,420.95 |
| 315 | | 9522 | EXXON MOBIL CORP | 72.880 | 22,969.20 |
| 345 | | 10024 | INTEL CORP | 14.510 | 5,018.95 |
| 165 | | 14350 | JOHNSON & JOHNSON | 59.580 | 9,836.70 |
| 225 | | 18675 | J.P. MORGAN CHASE & CO | 38.530 | 8,678.25 |
| 120 | | 23001 | COCA COLA CO | 44.660 | 5,363.20 |
| 70 | | 27327 | MCDONALDS CORP | 55.370 | 3,877.90 |
| 130 | | 31653 | MERCK & CO | 28.550 | 3,716.50 |
| 475 | | 35979 | MICROSOFT CORP | 21.810 | 10,378.75 |
| 240 | | 40305 | ORACLE CORPORATION | 17.300 | 4,161.00 |
| 95 | | 53283 | PEPSICO INC | 56.410 | 5,361.95 |
| 55 | | 53785 | APPLE INC | 100.780 | 5,544.90 |
| 405 | | 57609 | PFIZER INC | 16.940 | 6,876.70 |
| 95 | | 58111 | ABBOTT LABORATORIES | 54.610 | 5,190.95 |
| 180 | | 61935 | PROCTER & GAMBLE CO | 64.080 | 11,541.40 |
| 65 | | 62437 | AMGEN INC | 59.160 | 3,847.40 |
| 125 | | 66261 | PHILIP MORRIS INTERNATIONAL | 43.600 | 5,455.00 |
| 300 | | 66763 | BANK OF AMERICA | 21.590 | 6,489.00 |
| 100 | | 70587 | QUALCOMM INC | 33.770 | 3,381.00 |
| 325 | | 71089 | CITI GROUP INC | 12.510 | 4,078.75 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit B

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY         CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453
PAGE 2

Madoff Securities International
12 Berkeley Street, Mayfair, London

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| 11/12 | 75 | | 74913 | SCHLUMBERGER LTD | 49.480 | 3,714.00 |
| 11/12 | 180 | | 75415 | COMCAST CORP CL A | 16.510 | 2,978.80 |
| 11/12 | | | 79239 | AT&T INC | 27 | 9,599.00 |
| 11/12 | 355 | | 79741 | CONOCOPHILLIPS | 52.510 | 4,728.90 |
| 11/12 | 90 | | 83565 | UNITED PARCEL SVC INC | 52.040 | 3,124.40 |
| 11/12 | 60 | | | CLASS B | | |
| 11/12 | 365 | | 84067 | CISCO SYSTEMS INC | 16.730 | 6,120.45 |
| 11/12 | 105 | | 87891 | U S BANCORP | 29.530 | 3,104.65 |
| 11/12 | 125 | | 88393 | CHEVRON CORP | 73.430 | 9,183.75 |
| 11/12 | 60 | | 92217 | UNITED TECHNOLOGIES CORP | 53.160 | 3,191.60 |
| 11/12 | 635 | | 92719 | GENERAL ELECTRIC CO | 19.630 | 12,490.05 |
| 11/12 | 170 | | 96543 | VERIZON COMMUNICATIONS | 30.410 | 5,175.70 |
| 11/12 | 15 | | 97045 | GOOGLE | 337.400 | 5,061.00 |
| 11/12 | | 225,000 | 23477 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| 11/12 | | | | 2/12/2009 | | |
| 11/12 | | 41,414 | 18580 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/12 | | | | DIV 11/12/08 | DIV | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | |
| 11/19 | 38,853 | | 27948 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | | | | DIV 11/19/08 | DIV | 38,853.00 |

CONTINUED ON PAGE 3

Exhibit B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY    CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453
PAGE 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | 50,000 | | 53461 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | | 38,853 | 57959 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 |
| 11/19 | 3,875 | | 62497 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,875.00 |
| | | | | NEW BALANCE | | 28,945.34 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 355 | | | BANK OF AMERICA | 16.250 | |
| | 95 | | | APPLE INC | 92.670 | |
| | 65 | | | AMGEN INC | 55.540 | |
| | 55 | | | ABBOTT LABORATORIES | 52.390 | |
| | 300 | | | AT&T INC | 16.540 | |
| | 125 | | | CHEVRON CORP | 79.010 | |
| | 365 | | | CISCO SYSTEMS INC | 16.540 | |
| | 325 | | | CITI GROUP INC | 8.290 | |
| | 120 | | | COCA COLA CO | 46.870 | |
| | 180 | | | COMCAST CORP CL A | 17.340 | |
| | 90 | | | CONOCOPHILLIPS | 52.520 | |
| | 315 | | | EXXON MOBIL CORP | 80.150 | |
| | 635 | | | GENERAL ELECTRIC CO | 17.170 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit B

Madoff Securities International
12 Be...
Mayfair, Lond...
Tel 0...

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY    CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 15 | | | GOOGLE | 292.960 | |
| 150 | | | HEWLETT PACKARD CO | 35.230 | |
| 345 | | | INTEL CORP | 13.800 | |
| 85 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| 225 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| 165 | | | JOHNSON & JOHNSON | 58.560 | |
| 70 | | | MCDONALDS CORP | 58.750 | |
| 130 | | | MERCK & CO | 26.720 | |
| 475 | | | MICROSOFT CORP | 20.220 | |
| 240 | | | ORACLE CORPORATION | 16.090 | |
| 95 | | | PEPSICO INC | 56.700 | |
| 405 | | | PFIZER INC | 16.430 | |
| 125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| 160 | | | PROCTER & GAMBLE CO | 64.350 | |
| 100 | | | QUALCOMM INC | 33.570 | |
| 75 | | | SCHLUMBERGER LTD | 50.740 | |
| 3,875 | | | FIDELITY SPARTAN | 1 | |
| | | | U S TREASURY MONEY MARKET | | |
| 105 | | | U S BANCORP | 26.980 | |
| 60 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| 50,000 | | | U S TREASURY BILL - DUE 03/26/2009 3/26/2009 | 99.971 | |
| 60 | | | UNITED TECHNOLOGIES CORP | 48.530 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit B

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

☐ MADF

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY    CA    94404

YOUR ACCOUNT NUMBER: 1-ZA245-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 170 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 130 | | | WAL-MART STORES INC | 55.880 | |
| | 210 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG  274,151.95 | | |
| | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit C

Madoff Securities Internat
12 Be
Mayfair, Lon
Tel 0



Exhibit B

08-01789-cgm    Doc 545    Filed 10/27/09    Entered 10/27/09 16:31:15    Main Document
Pg 15 of 15

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International
12 B
Mayfair, Lon
Tel

YOUR ACCOUNT NUMBER: 1-ZA246-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********7453

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY                CA    94404

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 10/12 | 5 | | 44631 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 10/12 | | 5 | 48957 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 8,905.00 |
| 10/19 | 5 | | 35061 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 10/19 | | 5 | 39386 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 15,905.00 |
| 10/19 | 5 | | 43711 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | |
| 10/19 | | 5 | 48036 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 1,505.00 |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | | |
| | 5 | | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | |
| | | 5 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES LONG 8,250.00       SHORT 11,650.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit B