**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARND L. MADOFF,<br><br>　　　　　Debtor. | |

**RESPONSE TO THE ORDER OF THE UNITED STATES BANKRUPTY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK TO RESPOND REGARDING ADJUDICATION OF "NET EQUITY" BY CUSTOMER OF BERNARD L MADOFF INVESTMENT SECURITIES LLC.**

When I, Cynthia Pattison Germaine, learned on the news that Bernard L. Madoff was being indicted for a Ponzi scheme it was a shock. I quickly read on the internet my option to file for my money back that was fraudulently stolen, and promptly filed for this. I was told I was likely to see a return of my full investment under SIPA protection up to the amount of $500,000. I was told by SIPA that if there were not enough funds in SIPA to cover all amounts due then other plans by brokerage firms and the government would likely be put in place to meet this need. Later I have learned that Irving Picard was creating his own definition of net equity which is only to protect brokerage firms who do not have enough funds in place at this time to cover this loss. My understanding of SIPA is to cover the amount stated in my last statement of November 2008 from Bernard L. Madoff. (see Exhibit A) There was clearly a "legitimate expectation" that the assets

reflected on my statements belonged to me. I had received these statements for sixteen years. Every month I received from Bernard L. Madoff trade confirmations indicating the purchase and sale of Fortune 100 company stocks; the purchase and sale of Treasury securities; and the purchase and sale of options to hedge the securities positions. In addition, I received monthly account statements showing my securities positions. I had arranged quarterly payments of interest on these accounts since the beginning of this account which was a large portion of money I needed to support myself and my husband at that time, as he had been disabled with a severe stroke and unable to care for himself or work. This was a major drop in family income as prior to this he had worked as a doctor.

Prior to my previous husband's stroke we had our money invested for long term growth. With the disability of my previous husband, and now being a one income family, investments were looked at for income. I had a financial advisor who introduced me to someone who had invested his entire families' income with Bernard L. Madoff for many years and suggested this would be a very safe, secure place to invest where I could receive regular income as needed to live. All of these years I have been paying short term capital gains due to this shift in investment strategy.

I have since learned that the SEC had investigated Bernard L. Madoff numerous times, and they also believed he had a legitimate business. Recently on the news I learned about Harry Markopolos who contacted the SEC back in 2000, with his concern over Madoff's business but the SEC did not act on this. Apparently he contacted the SEC numerous times and they never opened a case. If the bankruptcy court allows Irving Picard, who was appointed to be trustee of SIPA funds, to use his definition of net equity it will mean once again being defrauded. No one in their right mind would invest with a

brokerage company with belief they would have no appreciation of their income, plus no protection by SIPA which was created to protect investors.

I ask the bankruptcy court to define net equity as equal to the value of the securities positions and credit balance reflected in the customer's last statement. In my case the amount due to me is $270,751.95 (see attached Exhibit A). No other amount would seem equitable other than my last statement dated November 30, 2008. My position is that I should be put back in the same position I was on November 30, 2008, as I view this as a contract that I had with Mr. Madoff and his firm. The last statement confirms the amount I had invested in his company of $270,751.95(see Exhibit A) and thus should be entirely returned to me. Additionally, I believe I am entitled to the statutory interest from November 8, 2008 to present (with future interest until the date I am paid), as I had nothing to do with this fraud.

Finally I have heard nothing from Irving Picard after I filed a claim on January 6, 2009. I was told the only way to make contact was by e mail. I wrote an e mail asking Confirmation of my claim and got a response on July 7, 2009 stating my address and claim number on my accounts and that this was a do not reply at Madoff Trustee.com. No other contact except the recent Order of the Bankruptcy Court allowing interested parties to file a brief in opposition to the trustee's definition of net equity by November 13. To have no contact from the person who is to protect my funds, i.e. Irving Picard, let alone learning about Irving Picard's plans only on the internet is no protection at all. I ask the court to stop the abuse of investors who count on these funds for daily living.

3

WHEREFORE, I respectfully request this Court find the net equity to be the value of the last statement I received on November 30, 2008 (see exhibit A) and deny any other definition of net equity.

Respectfully submitted this 18th day of October, 2009.

_Cynthia Pattison Germaine_
Cynthia Pattison Germaine, pro se

Cynthia Pattison Survivor Trust
Cynthia Pattison Germaine Trustee
104 Rhododendron Lane
Brinnon, Wa. 98320

**Certificate of Service**
I hereby certify that on
October 23 ___ , 2009, I
served the foregoing document by
delivering ___ mailing ___ ✓ faxing
___ same to all opposing counsel
of record.

_Cynthia Pattison Germaine_

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY                CA   94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,975.53 |
| 11/12 | 210 | | 870 | WELLS FARGO & CO NEW | 29.800 | 6,265.00 |
| 11/12 | 150 | | 1372 | HEWLETT PACKARD CO | 34.900 | 5,241.00 |
| 11/12 | 130 | | 5196 | WAL-MART STORES INC | 55.830 | 7,262.90 |
| 11/12 | 85 | | 5698 | INTERNATIONAL BUSINESS MACHS | 87.270 | 7,420.95 |
| 11/12 | 315 | | 9522 | EXXON MOBIL CORP | 72.880 | 22,969.20 |
| 11/12 | 345 | | 10024 | INTEL CORP | 14.510 | 5,018.95 |
| 11/12 | 165 | | 14350 | JOHNSON & JOHNSON | 59.580 | 9,836.70 |
| 11/12 | 225 | | 18675 | J.P. MORGAN CHASE & CO | 38.530 | 8,678.25 |
| 11/12 | 120 | | 23001 | COCA COLA CO | 44.660 | 5,363.20 |
| 11/12 | 70 | | 27327 | MCDONALDS CORP | 55.370 | 3,877.90 |
| 11/12 | 130 | | 31653 | MERCK & CO | 28.550 | 3,716.50 |
| 10/27/00 | 475 | | 35979 | MICROSOFT CORP | 21.810 | 10,378.75 |
| 11/12 | 240 | | 40305 | ORACLE CORPORATION | 17.300 | 4,161.00 |
| 11/12 | 95 | | 53283 | PEPSICO INC | 56.410 | 5,361.95 |
| 11/12 | 55 | | 53785 | APPLE INC | 100.780 | 5,544.90 |
| 11/12 | 405 | | 57609 | PFIZER INC | 16.940 | 6,876.70 |
| 11/12 | 95 | | 58111 | ABBOTT LABORATORIES | 54.610 | 5,190.95 |
| 11/12 | 180 | | 61935 | PROCTER & GAMBLE CO | 64.080 | 11,541.40 |
| 11/12 | 65 | | 62437 | AMGEN INC | 59.160 | 3,847.40 |
| 11/12 | 125 | | 66261 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 5,455.00 |
| 11/12 | 300 | | 66763 | BANK OF AMERICA | 21.590 | 6,489.00 |
| 11/12 | 100 | | 70587 | QUALCOMM INC | 33.770 | 3,381.00 |
| 11/12 | 325 | | 71089 | CITI GROUP INC | 12.510 | 4,078.75 |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY          CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 75 | | 74913 | SCHLUMBERGER LTD | 49.480 | 3,714.00 |
| 11/12 | 180 | | 75415 | COMCAST CORP CL A | 16.510 | 2,978.80 |
| 11/12 | 355 | | 79239 | AT&T INC | 27 | 9,599.00 |
| 11/12 | 90 | | 79741 | CONOCOPHILLIPS | 52.510 | 4,728.90 |
| 11/12 | 60 | | 83565 | UNITED PARCEL SVC INC CLASS B | 52.040 | 3,124.40 |
| 11/12 | 365 | | 84067 | CISCO SYSTEMS INC | 16.730 | 6,120.45 |
| 11/12 | 105 | | 87891 | U S BANCORP | 29.530 | 3,104.65 |
| 11/12 | 125 | | 88393 | CHEVRON CORP | 73.430 | 9,183.75 |
| 11/12 | 60 | | 92217 | UNITED TECHNOLOGIES CORP | 53.160 | 3,191.60 |
| 11/12 | 635 | | 92719 | GENERAL ELECTRIC CO | 19.630 | 12,490.05 |
| 11/12 | 170 | | 95543 | VERIZON COMMUNICATIONS | 30.410 | 5,175.70 |
| 11/12 | 15 | | 97045 | GOOGLE | 337.400 | 5,061.00 |
| 11/12 | | 225,000 | 23477 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| 11/12 | | | | 2/12/2009 | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | |
| 11/12 | | | 18580 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/12 | | | 27948 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 38,853 | | | DIV 11/19/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 38,853.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY           CA   94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/15 | | | | | | |
| 11/19 | 50,000 | | 53461 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | | 38,853 | 57959 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 |
| 11/19 | 3,875 | | 62497 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,875.00 |
| | | | | NEW BALANCE | | 28,945.34 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 355 | | | AT&T INC | 28.560 | |
| | 95 | | | ABBOTT LABORATORIES | 52.390 | |
| | 65 | | | AMGEN INC | 55.540 | |
| | 55 | | | APPLE INC | 92.670 | |
| | 300 | | | BANK OF AMERICA | 16.250 | |
| | 125 | | | CHEVRON CORP | 79.010 | |
| | 365 | | | CISCO SYSTEMS INC | 16.540 | |
| | 325 | | | CITI GROUP INC | 8.290 | |
| | 120 | | | COCA COLA CO | 46.870 | |
| | 180 | | | COMCAST CORP CL A | 17.340 | |
| | 90 | | | CONOCOPHILIPS | 52.520 | |
| | 315 | | | EXXON MOBIL CORP | 80.150 | |
| | 635 | | | GENERAL ELECTRIC CO | 17.170 | |

CONTINUED ON PAGE 4

Exhibit A

08-01789-cgm    Doc 546    Filed 10/27/09    Entered 10/27/09 16:36:34    Main Document    Pg 7 of 11

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY                    CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 15 | | | GOOGLE | 292.960 | |
| | 150 | | | HEWLETT PACKARD CO | 35.230 | |
| | 345 | | | INTEL CORP | 13.800 | |
| | 85 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 225 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 165 | | | JOHNSON & JOHNSON | 58.560 | |
| | 70 | | | MCDONALDS CORP | 58.750 | |
| | 130 | | | MERCK & CO | 26.720 | |
| | 95 | | | MICROSOFT CORP | 20.220 | |
| | 475 | | | ORACLE CORPORATION | 16.090 | |
| | 240 | | | PEPSICO INC | 56.700 | |
| | 405 | | | PFIZER INC | 16.430 | |
| | 125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 180 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 100 | | | QUALCOMM INC | 33.570 | |
| | 75 | | | SCHLUMBERGER LTD | 50.740 | |
| | 3,875 | | | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| | 105 | | | U S BANCORP | 26.980 | |
| | 60 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| | 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | |
| | 60 | | | UNITED TECHNOLOGIES CORP | 48.530 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY      CA    94404

YOUR ACCOUNT NUMBER: 1-ZA245-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 170 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 130 | | | WAL-MART STORES INC | 55.880 | |
| | 210 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES LONG | | |
| | | | | 274,151.95 | | |
| | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A

Madoff Securities Internat
12 Be
Mayfair, Lond
Tel

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☒ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY    CA    94404

YOUR ACCOUNT NUMBER: 1-ZA246-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A

Madoff Securities Internat
12 B
Mayfair, Lon
Tel

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Interna[tional]
12B
Mayfair, Lon[don]
Tel[...]

CYNTHIA PATTISON
SURVIVOR TRUST
CYNTHIA PATTISON GERMAINE TSTE
705 SANTA CRUZ LANE
FOSTER CITY       CA   94404

YOUR ACCOUNT NUMBER: 1-ZA246-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMB[ER]: *******7453

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 11/12 | | 5 | 44631 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 11/12 | 5 | | 48957 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 8,905.00 |
| 11/19 | 5 | | 35061 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 11/19 | | 5 | 39386 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 15,005.00 |
| 11/19 | 5 | | 43711 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | |
| 11/19 | | 5 | 48036 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 1,505.00 |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | | | 5 | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | |
| | | | 5 | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES LONG    8,250.00   SHORT   11,650.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit A