

# MASSACHUSETTS SCHOOL OF LAW at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

October 28, 2009

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01-01789 (BRL)

Dear Clerk of Court:

     Enclosed for filing in the above-referenced matter are an original, copies of a Second Request for Production of Documents, and Certificate of Service. There are an unstapled original of these papers for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on October 28, 2009.

                                         Sincerely,

                                         /s/Lawrence R. Velvel
                                         Massachusetts School of Law
                                         500 Federal Street
                                         Andover, MA 01810
                                         Tel: (978) 681-0800
                                         Fax: (978) 681-6330
                                         Email: velvel@mslaw.edu

/Enclosures