IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | SIPA LIQUIDATION<br>No. 08-01789 (BRL) |
| BERNARD .L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>       DEBTOR. | |

MOTION FOR ADMISSION TO PRACTICE
PRO HAC VICE

MARSHALL W. KRAUSE requests admission before the bar of this Court pro hac vice to represent myself in this matter as a victim of the fraud of the Debtor.

I certify that I am a member of the bar of the Supreme Court of the State of California and the United States Supreme Court and the United States District Court For the Northern District of California. I have submitted a filing fee of $25.00.

October 22, 2009

Respectfully submitted,

*[signature]*

Marshall W. Krause
P.O. Box 70
San Geronimo, Ca. 94963
415 488 1223
FAX 415 488 1945
MRKRUZE@COMCAST.NET

RECEIVED
OCT 27 2009
U.S. BANKRUPTCY COURT, SDNY

CERTIFICATE OF SERVICE BY MAIL

I certify that I have served the within document by United States mail as follows on the date below:

David J. Sheehan
Baker Law
45 Rockefeller Plaza
New York, New York 10T

*Marshall Krause* (signed)
10-23-09

Marshall W. Krause
Pro se