# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: __CAROL KAMENSTEIN__
Mailing Address: __273 TANGIER AVE__
City: __PALM BEACH__ State: __FL__ Zip: __33480__
Account No.: __1-CM914-3-0 , 1-CM914-4-0__
Taxpayer I.D. Number (Social Security No.): __4576__

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of      $ __1,961,971__

   b. I owe the Broker a Debit (Dr.) Balance of         $ __- 0 -__

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                              $_____

   d. If balance is zero, insert "None."

1

502180406

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities |   | X |
| b. | I owe the Broker securities |   | X |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. SEE ATTACHED | X |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: WILLIAM A. REGEN, REGEN BENZ MACKENZIE CPA's PC, 57 W. 38th ST, NY NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CAROL KAMENSTEIN**

ITEM 8

NAME OF BROKER: BERNARD L. MADOFF INVESTMENT SECURITIES LLC

ADDRESS:   885 THIRD AVENUE
           NEW YORK, NY 10022

PHONE NUMBER:   212-230-2424
                800-334-1343

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-CM914-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4576

CAROL KAMENSTEIN
273 TANGIER AVENUE
PALM BEACH    FL.    33480

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 123,551.82 | |
| 11/04 | | | | CHECK | CH | 33,200.00 | |
| 11/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/04/08 | DIV | | 4.07 |
| 11/04 | | 9,244 | 23368 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,244.00 |
| 11/04 | | 25,000 | 35623 | U S TREASURY BILL DUE 2/12/2009 | 99.869 | | 24,961.25 |
| 11/04 | 1,015 | | 35662 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | 1 | 1,015.00 | |
| 11/12 | 1,092 | | 2792 | WAL-MART STORES INC | 55.830 | 61,009.36 | |
| 11/12 | 714 | | 3294 | INTERNATIONAL BUSINESS MACHS | 87.270 | 62,338.78 | |
| 11/12 | 2,646 | | 7118 | EXXON MOBIL CORP | 72.880 | 192,945.48 | |
| 11/12 | 2,898 | | 7620 | INTEL CORP | 14.510 | 42,164.98 | |
| 11/12 | 1,386 | | 11946 | JOHNSON & JOHNSON | 59.580 | 82,632.88 | |
| 11/12 | 1,890 | | 16272 | J.P. MORGAN CHASE & CO | 38.530 | 72,896.70 | |
| 11/12 | 1,008 | | 20597 | COCA COLA CO | 44.660 | 45,057.28 | |
| 11/12 | 588 | | 24923 | MCDONALDS CORP | 55.370 | 32,580.56 | |
| 11/12 | 1,092 | | 29249 | MERCK & CO | 28.550 | 31,219.60 | |
| 11/12 | 3,990 | | 33575 | MICROSOFT CORP | 21.810 | 87,180.90 | |
| 11/12 | 2,016 | | 37901 | ORACLE CORPORATION | 17.300 | 34,956.80 | |
| 11/12 | 798 | | 50879 | PEPSICO INC | 56.410 | 45,046.18 | |
| | | | | CONTINUED ON PAGE 2 | | | |

DEC 1 2 2008

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4576
YOUR ACCOUNT NUMBER: 1-CM914-3-0

CAROL KAMENSTEIN
273 TANGIER AVENUE
PALM BEACH    FL    33480

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 462 | | 51381 | APPLE INC | 100.780 | 46,578.36 | |
| 11/12 | 3,402 | | 55205 | PFIZER INC | 16.940 | 57,765.88 | |
| 11/12 | 798 | | 57707 | ABBOTT LABORATORIES | 54.610 | 43,609.78 | |
| 11/12 | 1,512 | | 59531 | PROCTER & GAMBLE CO | 64.080 | 96,948.96 | |
| 11/12 | 546 | | 60033 | AMGEN INC | 59.160 | 32,322.36 | |
| 11/12 | 1,050 | | 63857 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 45,822.00 | |
| 11/12 | 2,520 | | 64359 | BANK OF AMERICA | 21.590 | 54,506.80 | |
| 11/12 | 840 | | 68183 | QUALCOMM INC | 33.770 | 28,399.80 | |
| 11/12 | 2,730 | | 68685 | CITI GROUP INC | 12.510 | 34,261.30 | |
| 11/12 | 630 | | 72509 | SCHLUMBERGER LTD | 49.480 | 31,197.40 | |
| 11/12 | 1,512 | | 73011 | COMCAST CORP CL A | 16.510 | 25,023.12 | |
| 11/12 | 2,982 | | 76835 | AT&T INC | 27 | 80,633.00 | |
| 11/12 | 756 | | 77337 | CONOCOPHILLIPS | 52.510 | 39,727.56 | |
| 11/12 | 504 | | 81161 | UNITED PARCEL SVC INC CLASS B | 52.040 | 26,248.16 | |
| 11/12 | 3,066 | | 81663 | CISCO SYSTEMS INC | 16.730 | 51,416.18 | |
| 11/12 | 882 | | 85487 | U.S. BANCORP | 29.530 | 26,080.46 | |
| 11/12 | 1,050 | | 85989 | CHEVRON CORP | 73.470 | 77,143.50 | |
| 11/12 | 504 | | 89813 | UNITED TECHNOLOGIES CORP | 53.160 | 26,812.64 | |
| 11/12 | 5,334 | | 90315 | GENERAL ELECTRIC CO | 19.670 | 104,919.42 | |
| 11/12 | 1,428 | | 94139 | VERIZON COMMUNICATIONS | 30.450 | 43,482.48 | |
| 11/12 | 126 | | 94641 | GOOGLE | 337.400 | 42,517.40 | |
| 11/12 | 1,764 | | 98465 | WELLS FARGO & CO NEW | 29.800 | 52,637.20 | |
| 11/12 | 1,260 | | 98967 | HEWLETT PACKARD CO | 34.900 | 44,024.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | | | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

CAROL KAMENSTEIN

273 TANGIER AVENUE
PALM BEACH       FL.   33480

| | | | | PERIOD ENDING<br>11/30/08 | | PAGE<br>3 |
| | | | | YOUR ACCOUNT NUMBER<br>1-CM914-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER<br>*******4576 | |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | 1,925,000 | 21078 | U S TREASURY BILL<br>DUE 2/12/2009 | 99.936 | | 1,923,768.00 |
| 11/12 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | DIV | | .15 |
| 11/12 | | 1,015 | 16176 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 1,015.00 |
| 11/12 | 14,192 | | 25545 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 14,192.00 | |
| 11/19 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/19/08 | DIV | | 14,192.00 |
| 11/19 | | 14,192 | 50820 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 14,192.00 |
| 11/19 | 125,000 | | 55452 | U S TREASURY BILL<br>DUE 03/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 15,118 | | 59859 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 15,118.00 | |
| | | | | NEW BALANCE | | 240,899.37 | |
| | 2,982 | | | SECURITY POSITIONS<br>AT&T INC | MKT PRICE<br>28.560 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********4576

CAROL KAMENSTEIN
273 TANGIER AVENUE
PALM BEACH    FL    33480

YOUR ACCOUNT NUMBER 1-CM914-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 798 | | | ABBOTT LABORATORIES | 52.390 | | |
| 546 | | | AMGEN INC | 55.540 | | |
| 462 | | | APPLE INC | 92.670 | | |
| 2,520 | | | BANK OF AMERICA | 16.250 | | |
| 1,050 | | | CHEVRON CORP | 79.010 | | |
| 3,066 | | | CISCO SYSTEMS INC | 16.540 | | |
| 2,730 | | | CITI GROUP INC | 8.290 | | |
| 1,008 | | | COCA COLA CO | 46.870 | | |
| 1,512 | | | COMCAST CORP CL A | 17.340 | | |
| 756 | | | CONOCOPHILLIPS | 52.520 | | |
| 2,646 | | | EXXON MOBIL CORP | 80.150 | | |
| 5,334 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 126 | | | GOOGLE | 292.960 | | |
| 1,260 | | | HEWLETT PACKARD CO | 35.280 | | |
| 2,898 | | | INTEL CORP | 13.800 | | |
| 714 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 1,890 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,386 | | | JOHNSON & JOHNSON | 58.580 | | |
| 588 | | | MCDONALDS CORP | 58.750 | | |
| 1,092 | | | MERCK & CO | 26.720 | | |
| 3,990 | | | MICROSOFT CORP | 20.220 | | |
| 2,016 | | | ORACLE CORPORATION | 16.090 | | |
| 798 | | | PEPSICO INC | 56.700 | | |
| 3,402 | | | PFIZER INC | 16.430 | | |
| | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE 5
PERIOD ENDING 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER *******4576
YOUR ACCOUNT NUMBER 1-CM914-3-0

CAROL KAMENSTEIN
273 TANGIER AVENUE
PALM BEACH    FL.   33480

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,050 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,512 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 840 | | | QUALCOMM INC | 33.570 | | |
| | 630 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,118 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | 882 | | | U S BANCORP | 26.980 | | |
| | 504 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 125,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 3/26/2009 | | | |
| | 504 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,428 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,092 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,764 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | SHORT | | | |
| | | | | LONG   1,990,529.93 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|---|---|

CAROL KAMENSTEIN

273 TANGIER AVENUE
PALM BEACH        FL    33480

| | | PAGE 6 |
|---|---|---|
| PERIOD ENDING | 11/30/08 | |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******4576 | |
| YOUR ACCOUNT NUMBER | 1-CM914-3-0 | |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 14,354.96 |
| | | | | GROSS PROCEEDS FROM SALES | | | 14,351,398.47 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7498 6222

CAROL KAMENSTEIN
273 TANGIER AVENUE
PALM BEACH    FL. 33480

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-CM914-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4576

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 123,552.00 |
| 11/12 | | 42 | 42227 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 66,318.00 |
| 11/12 | 42 | | 46553 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 74,802.00 | |
| 11/19 | | 42 | 32658 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 109,158.00 |
| 11/19 | 42 | | 36983 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 126,042.00 | |
| 11/19 | 42 | | 41308 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 12,642.00 | |
| 11/19 | | 42 | 45633 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 155,358.00 |
| | | | | NEW BALANCE | | | 240,900.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 42 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  SHORT 69,300.00    97,860.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES