Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Carol Kamenstein, Sloan G. Kamenstein and Tracy D. Kamenstein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

  I, Lourdes Blanco, hereby certify that on October 29, 2009 I caused a true and correct copy each of the **Objection to Trustee's Determination of Claim** on behalf of Carol Kamenstein, Sloan G. Kamenstein and Tracy D. Kamenstein to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by hand upon:

    David J. Sheehan, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111

October 29, 2009

                     */s/ Lourdes Blanco*

1095401.1