**EXHIBIT C**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC    JUN 24 2009

### In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:  978-681-0800

HOME:  603-432-5723

Account Number:  1ZB251
LAWRENCE R VELVEL
8 NEWFOUND ROAD
WINDHAM, NH 03087

Taxpayer I.D. Number (Social Security No.)

_____

(If incorrect, please change)

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008 :
    a.    The Broker owes me a Credit (Cr.) Balance of            $  None
    b.    I owe the Broker a Debit (Dr.) Balance of               $  None

502180406                                    1

---

**EXHIBIT**

C

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, it must be enclosed
with this claim form.                                              $ ___None___

    d.    If balance is zero, insert "None."                    ___None___

2.      Claim for securities as of December 11, 2008:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares o[r] Face Amount of Bonds | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |

Based upon the attached November 30, 2008 statements, I believe that I had
a net long position of $4,098,956.86, as reflected on pages 5 and 1 of
the 1-ZB251-3-0 and 1-ZB251-4-0 account statements, respectively, and a
net short position of $195,720, as reflected on page 1 of the 1-ZB251-4-0
account statement, for a net position of $3,903,236.86.  For the names of
securities, please see attached November 30, 2008 statements.

Proper documentation can speed the review, allowance and satisfaction of you[r]
claim and shorten the time required to deliver your securities and cash to yo[u]
Please enclose, if possible, copies of your last account statement and purchase [or]
sale confirmations and checks which relate to the securities or cash you claim, an[d]
any other documentation, such as correspondence, which you believe will be [of]
assistance in processing your claim. In particular, you should provide a[ll]
documentation (such as cancelled checks, receipts from the Debtor, proof of wir[e]
transfers, etc.) of your deposits of cash or securities with the Debtor from as f[ar]
back as you have documentation. You should also provide all documentation [of]

502180406                                    2

complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406

3

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Clifford N. Abelson, CPA
27 Congress Street, Suite 203, Salem, MA 01970 and
Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, NY 10019

If you cannot compute the amount of your claim, you may file an estimated claim. In th
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000   O
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF M
INFORMATION AND BELIEF.

Date  6/22/09                      Signature _____

Date  _____            Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's nam
address, phone number, and extent of ownership on a signed separate sheet. If oth
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capaci
and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

4

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NARD L. MADOFF
MENT SECURITIES LLC
York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ICATE** FOR ACCOUNT    LAWRENCE R VELVEL
RD N ABELSON CPA

GRESS STREET ROOM 203
MA    01970

| YOUR ACCOUNT NUMBER | PERIOD ENDING | TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZB251-3-0 | 11/30/08 | ***0083 | 1 |

| SOLD/DELIVERED | FIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 237,689.12 |
| | 1400 | WELLS FARGO & CO NEW | 29,800 | 105,127.40 | |
| | 1902 | HEWLETT PACKARD CO | 36,900 | 88,048.00 | |
| | 5726 | WAL-MART STORES INC | 55,830 | 122,019.72 | |
| | 6228 | INTERNATIONAL BUSINESS MACHS | 87,270 | 124,678.56 | |
| | 10052 | EXXON MOBIL CORP | 77,800 | 387,891.99 | |
| | 10054 | INTEL CORP | 14,510 | 84,330.96 | |
| | 14880 | JOHNSON & JOHNSON | 59,580 | 165,265.76 | |
| | 19205 | J.P. MORGAN CHASE & CO | 38,530 | 143,794.40 | |
| | 23531 | COCA COLA CO | 44,660 | 190,111.56 | |
| | 27857 | MCDONALDS CORP | 55,870 | 65,002.12 | |
| | 32183 | MERCK & CO | 28,550 | 62,440.20 | |
| | 36509 | MICROSOFT CORP | 21,810 | 176,362.80 | |
| | 40835 | ORACLE CORPORATION | 17,290 | 59,317.60 | |
| | 53813 | PEPSICO INC | 56,410 | 90,093.38 | |
| | 54315 | APPLE INC | 100,780 | 93,156.72 | |
| | 58139 | PFIZER INC | 16,940 | 115,531.76 | |
| | 5915? | ABBOTT LABORATORIES | 5,610 | 87,720.56 | |
| | 62465 | PROCTER & GAMBLE CO | 64,980 | 193,897.92 | |
| | 62967 | AMGEN INC | 59,160 | 64,645.72 | |
| | 66791 | PHILLIP MORRIS INTERNATIONAL | 43,600 | 91,644.00 | |
| | 57293 | BANK OF AMERICA | 21,590 | 109,024.50 | |
| | 71117 | QUALCOMM INC | 53,770 | 559,880.60 | |
| | 71619 | CITI GROUP INC | 12,510 | 68,522.60 | |

CONTINUED ON PAGE 2

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DUPLICATE** FOR ACCOUNT    LAWRENCE R VELVEL
RICHARD N ABELSON CPA

GRESS STREET ROOM 203
MA  01970

**PAGE** 2
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ******0083
**YOUR ACCOUNT NUMBER** 1-ZB251-3-0

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 260 | 75443 | SCHLUMBERGER LTD | 49.480 | 62,394.80 | |
| 024 | 75945 | COMCAST CORP | 16.510 | 50,046.24 | |
| 964 | 79769 | CLA | 27 | 161,266.00 | |
| 512 | 80271 | AT&T INC | 52.510 | 79,465.12 | |
| 008 | 84095 | CONOCOPHILLIPS | 52.040 | 52,498.32 | |
| 152 | 84597 | UNITED PARCEL SVC INC CLASS B | 16.730 | 102,833.36 | |
| 764 | 88421 | CISCO SYSTEMS INC | 29.530 | 52,160.92 | |
| 100 | 88923 | U S BANCORP | 73.430 | 154,287.00 | |
| 008 | 92747 | CHEVRON CORP | 75.160 | 75,625.28 | |
| 668 | 93249 | UNITED TECHNOLOGIES CORP | 119.630 | 200,838.84 | |
| 856 | 97073 | GENERAL ELECTRIC CO | 30.410 | 85,795.96 | |
| 252 | 92545 | VERIZON COMMUNICATIONS | 337.400 | 85,034.80 | |
| 3,800,000 | 74005 | GOOGLE | 99.935 | | 3,797,588.03 |
| | | U.S. TREASURY BILL DUE 2/12/2009 | | | |
| | | 2/12/2009 | | | |
| | | FIDELITY SPARTAN | DIV | | 26.77 |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | DIV 11/12/08 | | | |
| 31,286 | 19110 | FIDELITY SPARTAN | 1 | | 31,286.00 |
| | | U.S. TREASURY MONEY MARKET | | | |
| | 28478 | FIDELITY SPARTAN | 1 | 7,683.00 | |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | FIDELITY SPARTAN | DIV | | .94 |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | DIV 11/19/08 | | | |
| 683 | | | | | |
| | | CONTINUED ON PAGE 3 | | | |

CONTINUED ON PAGE 3

**ARD L. MADOFF**
ENT SECURITIES LLC
rk □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ICATE**  FOR ACCOUNT  LAWRENCE R VELVEL
RD N ABELSON CPA
GRESS STREET ROOM 203
MA 01970

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********0083
YOUR ACCOUNT NUMBER: 1-ZB251-3-0

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 7,683 | 54013 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 7,683.00 |
| | 55446 | U.S. TREASURY BILL DUE 05/26/2009 | 99.926 | 249,815.00 | |
| | | 3/26/2009 | | | |
| 9,533 | 63049 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 9,533.00 | |
| | | NEW BALANCE | | 472,385.93 | |
| | | SECURITY POSITIONS | MKT PRICE | | |
| | | ABBOTT LABORATORIES | 52.390 | | |
| | | AMGEN INC | 55.540 | | |
| | | APPLE INC | 92.670 | | |
| | | BANK OF AMERICA | 16.250 | | |
| | | CHEVRON CORP | 79.010 | | |
| | | CISCO SYSTEMS INC | 16.540 | | |
| | | CITIGROUP INC | 8.290 | | |
| | | COCA COLA CO | 46.870 | | |
| | | COMCAST CORP CL A | 17.340 | | |
| | | CONOCOPHILLIPS | 52.520 | | |
| | | EXXON MOBIL CORP | 80.150 | | |
| | | GENERAL ELECTRIC CO | 17.170 | | |
| | | CONTINUED ON PAGE | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

DUPLICATE** FOR ACCOUNT    LAWRENCE R VELVEL CPA
BERNARD N. ABELSON

CONGRESS STREET ROOM 203
MA 01970

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAXPAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZB251-3-0 | 11/30/08 | **********0083 | 4 |

| SOLD OR DELIVERED | BOUGHT OR RECEIVED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 252 | | | GOOGLE | 292.960 | | |
| 520 | | | HEWLETT PACKARD CO | 35.280 | | |
| 706 | | | INTEL CORP | 15.800 | | |
| 780 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 772 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 576 | | | JOHNSON & JOHNSON | 58.580 | | |
| 584 | | | MCDONALDS CORP | 58.570 | | |
| 980 | | | MERCK & CO | 26.220 | | |
| | | | MICROSOFT CORP | 20.220 | | |
| 032 | | | ORACLE CORPORATION | 16.090 | | |
| 576 | | | PEPSICO INC | 56.700 | | |
| 804 | | | PFIZER INC | 16.450 | | |
| 100 | | | PHILLIP MORRIS INTERNATIONAL | 42.360 | | |
| 024 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 696 | | | QUALCOMM INC | 33.570 | | |
| 260 | | | SCHLUMBERGER LTD | 50.140 | | |
| 533 | | | FIDELITY SPARTAN | 1 | | |
| | | | U.S.TREASURY MONEY MARKET | | | |
| 764 | | | U.S.BANCORP | 26.980 | | |
| 008 | | | UNITED PARCEL SVC INC | 57.800 | | |
| | | | CLASS B | | | |
| 000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 3/26/2009 | | | |
| 008 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE 5 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE\*\* FOR ACCOUNT    LAWRENCE R VELVEL**
**RICHARD N ABELSON CPA**

**CONGRESS STREET ROOM 203**
**         MA    01970**

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|------|---------------|--------------------------------------|---------------------|
| 5 | 11/30/08 | \*\*\*\*\*\*\*\*0083 | 1-ZB251-3-0 |

| SOLD OR DELIVERED | TRN | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | | | WAL-MART STORES INC | 55.880 | | |
| | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | 3,960,356.86 | | |
| | | | SHORT | | | |

2,856
14,184
5,520

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARD L. MADOFF
ENT SECURITIES LLC
rk □ London

CATE** FOR ACCOUNT    LAWRENCE R VELVEL
D N ABELSON CPA

RESS STREET ROOM 203
          MA  01970

| PAGE |
|------|
| 6 |

| PERIOD ENDING |
|---------------|
| 11/30/08 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-ZB251-3-0 |

YOUR TAX PAYER IDENTIFICATION NUMBER
***********0083

| SOLD DELIVERED | THY | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | YEAR-TO-DATE SUMMARY | | | |
| | | DIVIDENDS | | | 26,800.32 |
| | | GROSS PROCEEDS FROM SALES | | | 22,560,008.51 |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**' FOR ACCOUNT   LAWRENCE R VELVEL
GORDON ABELSON CPA
CONGRESS STREET ROOM 203
         MA   01970

| YOUR ACCOUNT NUMBER | MEMO ENDING | TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZB251-4-0 | 11/30/08 | ****-****0083 | 1 |

| SOLD DELIVERED | T.R.N. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 237,690.00 |
| 84 | 45161 | S & P 100 INDEX | 11,800 | | 132,253.00 |
| | | NOVEMBER 450 CALL | | | |
| | 49487 | S & P 100 INDEX | 17,800 | 149,604.00 | |
| | | NOVEMBER 450 PUT | | | |
| 84 | 35591 | S & P 100 INDEX | 20 | | 218,316.00 |
| | | DECEMBER 430 CALL | | | |
| | 39916 | S & P 100 INDEX | 30 | 252,084.00 | |
| | | DECEMBER 420 PUT | | | |
| 84 | 44241 | S & P 100 INDEX | 3 | 257,084.00 | |
| | | NOVEMBER 450 CALL | | | |
| 84 | 48566 | S & P 100 INDEX | 37 | | 310,716.00 |
| | | NOVEMBER 450 PUT | | | |
| | | NEW BALANCE | | | 472,386.00 |
| | | SECURITY POSITIONS | MKT PRICE | | |
| 84 | | S & P 100 INDEX | 23,800 | | |
| | | DECEMBER 430 CALL | | | |
| 84 | | S & P 100 INDEX | 16,500 | | |
| | | DECEMBER 420 PUT | | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG             SHORT | | | |
| | | 138,600.00    195,720.00- | | | |



FedEx Ship Manager - Print Your Label(s)

https://www.fedex.com/shipping/cgifin/ship.handl...

FedEx

BILL SENDER

From: Origin ID:MQBA  (978) 744-6699
Pace & Club
Pace & Company
27 Congress Street
Suite 200
Salem, MA 01970

SHIP TO: (978) 744-6699
Irving H. Picard, Esquire
Trstee Bernard Madoff Investmt Sec
2100 MCKINNEY AVE STE 800
CLAIMS PROCESSING CTR
DALLAS, TX 75201

Ship Date: 23JUN09
Weight: 1 LB
POB #
Dept #

Ref #
Invoice #
PO #
Dept #

WED - 24JUN
A1
PRIORITY OVERNIGHT

75201
TX-US
DFW

7967 1683 8250

XH RBDA

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.

CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:          011245

Date Received

JUN 2 5 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:   978-681-0800

HOME:   603-432-5723

Taxpayer I.D. Number (Social Security No.)
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

Account Number:  1ZB251
LAWRENCE R VELVEL
8 NEWFOUND ROAD
WINDHAM, NH  03087

(If incorrect, please change)

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     Claim for money balances as of December 11, 2008 :
   a.     The Broker owes me a Credit (Cr.) Balance of          $  None
   b.     I owe the Broker a Debit (Dr.) Balance of          $  None

c.  If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, it must be enclosed
    with this claim form.                                    $  None

d.  If balance is zero, insert "None."                          None

2.  Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | |

Based upon the attached November 30, 2008 statements, I believe that I had a net long position of $4,098,956.86, as reflected on pages 5 and 1 of the 1-ZB251-3-0 and 1-ZB251-4-0 account statements, respectively, and a net short position of $195,720, as reflected on page 1 of the 1-ZB251-4-0 account statement, for a net position of $3,903,236.86. For the names of securities, please see attached November 30, 2008 statements.

Proper documentation can speed the review, allowance and satisfaction of you claim and shorten the time required to deliver your securities and cash to you Please enclose, if possible, copies of your last account statement and purchase o sale confirmations and checks which relate to the securities or cash you claim, an any other documentation, such as correspondence, which you believe will be o assistance in processing your claim. In particular, you should provide al documentation (such as cancelled checks, receipts from the Debtor, proof of wir transfers, etc.) of your deposits of cash or securities with the Debtor from as fa back as you have documentation. You should also provide all documentation o

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                                    X

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:  Clifford N. Abelson, CPA
     27 Congress Street, Suite 203, Salem, MA 01970 and
     Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, NY 10019

If you cannot compute the amount of your claim, you may file an estimated claim.  In tha
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 O
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.


THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF M
INFORMATION AND BELIEF.


Date  6/22/09             Signature

Date                      Signature

(If ownership of the account is shared, all must sign above.  Give each owner's name
address, phone number, and extent of ownership on a signed separate sheet.  If othe
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacit
and authority.  Please supply the trust agreement or other proof of authority.)


This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DUPLICATE** FOR ACCOUNT    LAWRENCE R VELVEL
JOHN ABELSON CPA
... STREET ROOM 203
... MA 01970

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****0083
YOUR ACCOUNT NUMBER 1-ZB251-3-0

| SOLD / DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 237,689.12 |
| | 1400 | WELLS FARGO & NEW | 24.800 | 105,275.40 | |
| | 1902 | HEWLETT PACKARD CO | 35.830 | 89,048.00 | |
| | 5726 | WAL-MART STORES INC | 55.830 | 122,019.72 | |
| | 6228 | INTERNATIONAL BUSINESS MACHS | 87.270 | 124,678.56 | |
| | 10052 | EXXON MOBIL CORP | 72.380 | 385,891.96 | |
| | 10569 | INTEL CORP | 14.510 | 84,330.96 | |
| | 14880 | JOHNSON & JOHNSON | 59.580 | 165,265.76 | |
| | 19205 | J.P. MORGAN CHASE & CO | 44.530 | 145,794.40 | |
| | 23531 | COCA COLA CO | 44.680 | 90,114.56 | |
| | 27855 | MCDONALDS CORP | 55.610 | 65,192.12 | |
| | 32183 | MERCK & CO | 28.550 | 62,440.20 | |
| | 36509 | MICROSOFT CORP | 21.810 | 176,362.80 | |
| | 40835 | ORACLE CORPORATION | 17.300 | 69,094.80 | |
| | 50813 | PEPSICO INC | 56.410 | 90,709.36 | |
| | 54315 | APPLE INC | 100.780 | 93,156.72 | |
| | 58139 | PFIZER INC | 16.940 | 115,531.76 | |
| | 59641 | ABBOTT LABORATORIES | 54.600 | 87,720.16 | |
| | 62465 | PROCTER & GAMBLE CO | 43.680 | 120,891.92 | |
| | 62967 | AMGEN INC | 59.160 | 64,645.72 | |
| | 66791 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 91,644.00 | |
| | 67293 | BANK OF AMERICA | 51.220 | 109,014.60 | |
| | 71119 | QUALCOMM INC | 33.770 | 587,800.60 | |
| | 71619 | CITI GROUP INC | 12.510 | 68,522.60 | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DUPLICATE** FOR ACCOUNT   LAWRENCE R VELVEL
EDWARD M ABELSON CPA
CONGRESS STREET ROOM 203
MA   01970

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | ****-***-0083 | 1-ZB251-3-0 |

| SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| ,260 | 75443 | SCHLUMBERGER LTD | 49.480 | 62,394.80 | |
| ,024 | 75945 | COMCAST CORP | 16.510 | 50,046.24 | |
| | | CL A | | | |
| ,964 | 79769 | AT&T INC | 27. | 161,266.00 | |
| ,512 | 80271 | CONOCOPHILIPS | 52.510 | 79,455.12 | |
| ,008 | 84095 | UNITED PARCEL SVC INC | 52.040 | 52,496.32 | |
| | | CLASS B | | | |
| ,492 | 84597 | CISCO SYSTEMS INC | 16.950 | 102,833.36 | |
| ,764 | 88421 | U S BANCORP | 29.530 | 52,160.92 | |
| ,100 | 88923 | CHEVRON CORP | 73.430 | 154,283.00 | |
| ,008 | 92747 | UNITED TECHNOLOGIES CORP | 53.150 | 53,625.28 | |
| ,008 | 93249 | GENERAL ELECTRIC CO | 19.630 | 209,838.84 | |
| ,856 | 97073 | VERIZON COMMUNICATIONS | 30.410 | 86,964.96 | |
| ,252 | 97575 | GOOGLE | 337.400 | 85,03?.80 | |
| 3,800,000 | 24006 | U S TREASURY BILL | 99.930 | | 3,797,563 |
| | | DUE 2/12/2009 | | | |
| | | 2/12/2009 | | | |
| | | FIDELITY SPARTAN | DIV | | 26. |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | DIV 11/12/08 | | | |
| 31,286 | 19110 | FIDELITY SPARTAN | 1 | 7,683.00 | |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | FIDELITY SPARTAN | 1 | | |
| | | U.S. TREASURY MONEY MARKET | | | |
| | 28478 | FIDELITY SPARTAN | DIV | | 31*286 |
| | | U.S. TREASURY MONEY MARKET | | | |
| | | DIV 11/19/08 | | | |
| 7,683 | | FIDELITY SPARTAN | | | |
| | | U.S. TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE 3

**...RD L. MADOFF**
...ENT SECURITIES LLC
...k □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

...CATE** FOR ACCOUNT   LAWRENCE R VELVEL
...D N ABELSON CPA
...RESS STREET ROOM 203
...   MA   01970

| PAGE | 3 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ****0083 |
| YOUR ACCOUNT NUMBER | 1-ZB251-3-0 |

| SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 7,683 | 54013 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 7,683.00 |
| ...000 | 58446 | U.S. TREASURY BILL DUE 03/26/2009 | 99.926 | 249,815.00 | |
| ...533 | 63049 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 9,533.00 | |
| | | 3/26/2009 | | | |
| | | NEW BALANCE | | | 472,385.93 |
| | | | MKT PRICE | | |
| | | SECURITY POSITIONS | | | |
| ...964 | | AT&T INC | 28.580 | | |
| ...596 | | ABBOTT LABORATORIES | 52.390 | | |
| ...092 | | AMGEN INC | 55.540 | | |
| ...924 | | APPLE INC | 92.670 | | |
| ...040 | | BANK OF AMERICA | 16.250 | | |
| ...100 | | CHEVRON CORP | 79.010 | | |
| ...132 | | CISCO SYSTEMS INC | 16.540 | | |
| ...760 | | CITI GROUP INC | 8.290 | | |
| ...016 | | COCA COLA CO | 45.870 | | |
| ...024 | | COMCAST CORP CL A | 17.340 | | |
| ...512 | | CONOCO PHILLIPS | 52.520 | | |
| ...292 | | EXXON MOBIL CORP | 80.150 | | |
| ...668 | | GENERAL ELECTRIC CO | 17.170 | | |
| | | CONTINUED ON PAGE 4 | | | |

ARD L. MADOFF
MENT SECURITIES LLC
ork □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ICATE** FOR ACCOUNT LAWRENCE R VELVEL
RD N ABELSON CPA

GRESS STREET ROOM 203
MA 01970

**PAGE:** 4
**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** ********0083
**YOUR ACCOUNT NUMBER:** 1-ZB251-3-0

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 252 | | GOOGLE | 292.960 | | |
| ,520 | | HEWLETT PACKARD CO | 35.180 | | |
| ,186 | | INTEL CORP | 13.800 | | |
| ,428 | | INTERNATIONAL BUSINESS MACHS | 81.009 | | |
| ,780 | | J.P. MORGAN CHASE & CO | 31.660 | | |
| ,772 | | JOHNSON & JOHNSON | 58.580 | | |
| ,776 | | MCDONALDS CORP | 58.250 | | |
| ,184 | | MERCK & CO | 26.720 | | |
| ,980 | | MICROSOFT CORP | 20.220 | | |
| ,032 | | ORACLE CORPORATION | 16.090 | | |
| ,259 | | PEPSICO INC | 56.700 | | |
| ,804 | | PFIZER INC | 16.430 | | |
| ,100 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| ,350 | | PROCTER & GAMBLE CO | 64.350 | | |
| ,580 | | QUALCOMM INC | 33.570 | | |
| ,260 | | SCHLUMBERGER LTD | 50.040 | | |
| ,533 | | FIDELITY SPARTAN | 1 | | |
| | | U S TREASURY MONEY MARKET | | | |
| ,764 | | U S BANCORP | 26.390 | | |
| ,008 | | UNITED PARCEL SVC INC | 57.600 | | |
| | | CLASS B | | | |
| ,000. | | U S TREASURY BILl | 99.971 | | |
| | | DUE 03/26/2009 | | | |
| | | 3/26/2009 | | | |
| ,008 | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

**ARD L. MADOFF**
MENT SECURITIES LLC
ork □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 5 | 11/30/08 | ********0083 | 1-ZB251-3-0 |

ICATE** FOR ACCOUNT   LAWRENCE R VELVEL
RD N ABELSON CPA
GRESS STREET ROOM 203
         MA   01970

01970

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | VERIZON COMMUNICATIONS | 32.650 | | |
| | | WAL-MART STORES INC | 55.880 | | |
| | | WELLS FARGO & CO NEW | 29.390 | | |
| | | MARKET VALUE OF SECURITIES     SHORT | | | |
| | | LONG | | | |
| | | 3,960,355.65 | | | |

2856
2184
528

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE
6

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
**-***-**0083

YOUR ACCOUNT NUMBER
1-ZB251-3-0

ARD L. MADOFF
ENT SECURITIES LLC
rk □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ICATE**: FOR ACCOUNT    LAWRENCE R VELVEL
RD N ABELSON CPA

GRESS STREET ROOM 203
MA   01970

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | YEAR-TO-DATE SUMMARY | | | |
| | | DIVIDENDS | | | 26,800.5 |
| | | GROSS PROCEEDS FROM SALES | | | 22,569,006.5 |

RD L. MADOFF
ENT SECURITIES LLC
k □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 6BT
Tel 020 7498 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CATE** FOR ACCOUNT    LAWRENCE R VELVEL
D N ABELSON CPA

RESS STREET ROOM 203
MA 01970

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 1 | 11/30/08 | ***-**-*0083 | 1-ZB251-4-0 |

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 237,690.00 |
| 84- | 45261 | S & P 100 INDEX NOVEMBER 450 CALL | 21,800 | | 232,635.00 |
| | 49487 | S & P 100 INDEX NOVEMBER 450 PUT | 17,800 | 149,604.00 | |
| 84- | 35501 | S & P 100 INDEX DECEMBER 420 CALL | 26 | | 218,316.00 |
| | 39916 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 252,084.00 | |
| 84- | 44524 | S & P 100 INDEX NOVEMBER 450 CALL | 9 | 254,284.00 | |
| 84 | 48565 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 310,716.00 |
| | | NEW BALANCE | | | 472,386.00 |
| | | SECURITY POSITIONS | MKT PRICE | | |
| 34 | | S & P 100 INDEX DECEMBER 430 CALL | 21,300 | | |
| | | S & P 100 INDEX DECEMBER 420 PUT | 16,500 | | |
| 84 | | MARKET VALUE OF SECURITIES LONG    138,600.00 | SHORT    195,720.00- | | |



IRVING H. PICARD, ESQUIRE
TRUSTEE FOR BERNARD MADOFF INVESTMENT
SECURITIES LLC
2100 MCKINNEY AVENUE SUITE 800
CLAIMS PROCESSING CENTER
DALLAS, TX 75201

ABELSON
&
COMPANY
CERTIFIED PUBLIC ACCOUNTANTS / BUSINESS CONSULTANTS
27 CONGRESS STREET, SUITE 203
SALEM, MA 01970

CERTIFIED MAIL

7008 3230 0001 9373 0742