**EXHIBIT G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant.<br><br>IN RE:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | Adv. Proc. No. 08-1789 (BRL)<br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### DECLARATION OF CHRISTOPHER H. LAROSA IN SUPPORT OF MOTION FOR PROTECTIVE ORDER DENYING DISCOVERY SOUGHT BY CLAIMANT LAWRENCE R. VELVEL THROUGH HIS REQUESTS FOR PRODUCTION OF DOCUMENTS
### (28 U.S.C. § 1746)

I, Christopher H. LaRosa, declare as follows:

1.      I am an Associate General Counsel of the Securities Investor Protection Corporation ("SIPC") and am one of the attorneys representing SIPC in the above-captioned matter.

2.      On October 16, 2009, along with David Sheehan, counsel for Irving H. Picard, trustee for the above-captioned liquidation, I contacted by telephone Lawrence R. Velvel ("Velvel") in a good faith effort to resolve by agreement the issues raised by SIPC's motion for a protective order, filed contemporaneously herewith. Velvel and I have since been in contact by telephone and



electronic mail, but have been unable to resolve our differences by agreement.

3.  I have requested that Velvel withdraw his requests for production of documents served by him on, and directed to, SIPC in the above-captioned proceeding or, in the alternative, that he agree that SIPC need not respond to those requests until the Trustee's motion to uphold his determination of Velvel's claim is finally resolved and that it need not do so if the Trustee's motion is granted. Velvel has indicated that he is unwilling to take either of these actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of October, 2009.

_____
CHRISTOPHER H. LAROSA