SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2207
Telephone: (202) 371-8300
JOSEPHINE WANG
General Counsel
Email: jwang@sipc.org
CHRISTOPHER H. LAROSA
Associate General Counsel
Email: clarosa@sipc.org

Hearing Date: Nov. 24, 2009
Hearing Time: 10:00 a.m.
Objection Deadline: Nov. 19, 2009

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION<br> CORPORATION,<br><br>                         Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT<br> SECURITIES LLC,<br><br>                         Defendant. | Adv. Proc. No. 08-1789 (BRL)<br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IN RE:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. |  |

**NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER
DENYING DISCOVERY SOUGHT BY CLAIMANT
LAWRENCE R. VELVEL THROUGH HIS
<u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

**PLEASE TAKE NOTICE** that, on **November 24, 2009 at 10:00 a.m.**, a hearing ("Hearing") will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, on the Securities Investor Protection Corporation's ("SIPC") Motion for Protective Order Denying Discovery Sought By Claimant Lawrence R. Velvel Through His Requests for Production of Documents ("Motion").

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court's website, www.nysb.uscourts.gov, by registered users of PACER. Copies may also be obtained by contacting counsel for SIPC in writing at Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn.: Christopher H. LaRosa, Esq.

**PLEASE TAKE FURTHER NOTICE** that objections or answering papers to the Motion, if any, shall be in writing and shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Bankruptcy Court in accordance with General Order # 462 by users of the Bankruptcy Court's case filing system on a 3.5 inch disk, with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon and received by: (a) Securities Investor Protection Corporation, 805 15th Street, N.W., Suite 800, Washington, D.C. 20005, Attn.: Christopher H. LaRosa, Esq.; and (b) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn.: David J. Sheehan, Esq., no later than **5:00 p.m. on November 19, 2009**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned without further notice other than by announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE** that you do not need to appear at the Hearing if you do not object to the relief requested in the Motion.

DATED: October 30th, 2009

Respectfully submitted,

s/Josephine Wang
JOSEPHINE WANG
General Counsel

s/Christopher H. LaRosa
CHRISTOPHER H. LAROSA
Associate General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
E-mail: jwang@sipc.org
E-mail: clarosa@sipc.org