SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2207
Telephone: (202) 371-8300
JOSEPHINE WANG
General Counsel
Email: jwang@sipc.org
CHRISTOPHER H. LAROSA
Associate General Counsel
Email: clarosa@sipc.org

Hearing Date: Nov. 24, 2009
Hearing Time: 10:00 a.m.
Objection Deadline: Nov. 19, 2009

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Proc. No. 08-1789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| IN RE: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Robin E. Cotchan, hereby certify that I served true and correct copies of the following:

- **Motion for Protective Order Denying Discovery Sought by Claimant Lawrence R. Velvel Through His Requests for Production of Documents (with Exhibits attached);**
- **Notice of Hearing on Motion for Protective Order Denying Discovery Sought**

   **by Claimant Lawrence R. Velvel Through His Requests for Production of Documents; and**

  •  **Proposed Protective Order Denying Discovery Sought By Lawrence R. Velvel**

upon the parties identified in the service list attached hereto as Schedule A via electronic mail transmission to the e-mail addresses designated for delivery and/or via first-class United States mail, postage prepaid.

DATED: October 30th, 2009

              s/Robin E. Cotchan
              ROBIN E. COTCHAN

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Lawrence R. Velvel, Esq.
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Baker & Hostetler**
Irving Picard, Esq. - ipicard@bakerlaw.com
David Sheehan, Esq. - dsheehan@bakerlaw.com

**Securities and Exchange Commission**
Alistaire Bambach - bambacha@sec.gov
Alexander Mircea Vasilescu - vasilescua@sec.gov
Terri Swanson - swansont@sec.gov
Israel E. Friedman - friedmani@sec.gov
Preethi Krishnamurthy - krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt - marc.litt@usdoj.gov
Lisa Baroni - lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis - Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

Helen Davis Chaitman, Esq. - hchaitman@phillipsnizer.com

Jonathan M. Landers, Esq. - jlanders@milberg.com

Brian J. Neville, Esq. - bneville@laxneville.com

Lawrence R. Velvel, Esq. - Velvel@mslaw.edu