UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary No. 08-01789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| IN RE: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Christopher H. LaRosa, to be admitted, *pro hac vice*, to represent the Securities Investor Protection Corporation, (the "Client"), the plaintiff in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Maryland, the District of Columbia, and the State of Florida (inactive), and the bar of the United States District Court for the District of Columbia, it is hereby

**ORDERED**, that Christopher H. LaRosa, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: November 2, 2009
New York, New York

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE