Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for the Henry R. Bessell Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 09-01789 (BRL) <br><br> SIPA Liquidation <br><br><br> **CERTIFICATE OF SERVICE** |

I, Lourdes Blanco, hereby certify that on November 2, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Henry R. Bessell Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

November 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lourdes Blanco*

1095684.1