Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Annette Jungreis and Irving Jungreis*
*Trustees of the Irving Jungreis Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Lourdes Blanco, hereby certify that on November 2, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Annette Jungreis and Irving Jungreis Trustees of the Irving Jungreis Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

　　　　　　　David J. Sheehan, Esq.
　　　　　　　Baker & Hostetler LLP
　　　　　　　45 Rockefeller Plaza
　　　　　　　New York, NY 10111

November 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lourdes Blanco*

1095696.1