Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for the Miller Family Partnership, EDM Trust #1 dated September 3, 1992 Steven F. Miller and Danessa Miller*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>            Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

I, Lourdes Blanco, hereby certify that on November 2, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Miller Family Partnership, EDM Trust #1 dated September 3, 1992 Steven F. Miller and Danessa Miller to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

>   David J. Sheehan, Esq.
>   Baker & Hostetler LLP
>   45 Rockefeller Plaza
>   New York, NY 10111

November 2, 2009

                                                                         */s/ Lourdes Blanco*

1095699.1