

5668 Pembrooke Crossing
West Bloomfield
Michigan 48322-1792
October 26, 2009

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York
New York 10111

cc. Clerk of the United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   New York
   New York 10004

Dear Mr Picard,

### Subject: Your denial of claim for Robin J Silverstein Family Trust I in the matter of Bernard L Madoff Securities LLC

Your letter states that the claim is denied. " No securities were ever purchased for your account". This cannot be an acceptable basis for rejection since funds were paid into the account over the period from 2000 until 2008. The claim does not require the purchase of securities for validation.

You further claim another basis for rejection. This basis, derived from your analysis, is that the amount withdrawn from my BLMIS account exceeded the amount deposited with BLMIS. The amount deposited with BLMIS was $175,000, which you show as exceeding the amount withdrawn by $37,000. You reach your conclusion about the withdrawals exceeding the deposits by adjusting a deposit of $100,000 made on 12/22/2000 down to $26,340.33

Since this adjustment is crucial to my claim I need to understand the reasons for this adjustment and the rationale for such a substantial reduction.

I therefore oppose this denial of my legitimate claim. Non-purchase of securities is not a valid reason for rejection. Neither is a reduction in the value of a deposit made to the trust made without a reasonable justification a valid reason for rejection.

Yours truly

**Robin J Silverstein**