Jane and Robert Berzner
107 Palmyra Avenue
Woodmere, New York 11598

October 25, 2009

Clerk of the United State Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York City, New York 10004

Re: Acct: # IZA809
    Claim # 002196   BLMIS

Dear Clerk of the Bankruptcy Court;

It is our position that on December 28, 1992 an account was opened Acct: # IZA809 with BLMIS as Robert Berzner and Steven Berzner TIC. with a deposit of $91,829.00.

On July 19, 1996 a withdrawal was made to Steven Berzner for $10,000.00 which reduced his equity in this account to 46.51% based on the balance of the account at that time.

On February 27, 1997 a deposit was made by Robert Berzner for $23,670.00 which further changed the percentages of this account to 40.45% for Steven Berzner and for Robert Berzner 59.55%.

On March 26, 1997 Steven Berzner took a withdrawal of $73,557.00 which removed him from the account and on that date March 26, 1997 the account wholly belonged to Robert Berzner.

On April 7, 1997 Acct. #IZA809 was changed to Robert Berzner and Jane Berzner TIC.

It is our position that on March 26, 1997 a new account was formed in the name of Robert Berzner with a balance of $108,265.00 which represented deposit amounts of $45,914.00 (1/2 of the original deposit of $91,829.00) and the deposit of $23,670.00 on February 27, 1997, making the total balance of Cash deposits at that time for Robert Berzner to $69,584.00.

It is our contention that of the total withdrawals by Steven Berzner of $83,557.00 less his initial share of the initial deposit of $45,914.00 left him with $37,643.00 of false profits.

It is our position that the $37,643.00 should not be charged to my account as a withdrawal because a new account was formed on March 26, 1997 with actual deposits of $69,584.00. The false profits of $37,643.00 should be charged back to Steven Berzner. This would make the balance of total deposits less withdrawals for the account of Robert Berzner and Jane Berzner TIC, $15,509.00.

RECEIVED
OCT 29 2009
U.S. BANKRUPTCY COURT, SDNY

Furthermore, we have taken the position that net equity should be determined on the basis of each claimants balance as shown on their November 30, 2008 account statement provided by BLMIS which showed a balance of $366,266.00 (acct. # IAZ809) as evidence by the attached statement which was submitted to the United States Bankruptcy Court Southern District of New York.

Enclosed are copies of all the pertinent documents.

Respectfully,

*Jane Berzner* (signature)

Jane Berzner

Robert Berzner



# ROBERT BERZNER, INC.
### 107 PALMYRA AVENUE
### WOODMERE, NEW YORK 11598
### (516) 295-3144

DECEMBER 24, 1992

BERNARD MADOFF INVESTMENT SECURITIES
885 3rd AVENUE
NEW YORK CITY, NEW YORK 10022

DEAR MR. MADOFF:

I WOULD LIKE TO OPEN AN ACCOUNT WITH BERNARD MADOFF INVESTMENT SECURITIES. I WOULD LIKE THE ACCOUNT TO BE REGISTERED AS ROBERT BERZNER AND STEVEN BERZNER AS JOINT TENANTS. FOR TAX PURPOSES, I WOULD LIKE ALL INCOME TO BE DIVIDED AND REPORTED EQUALLY TO THE IRS.

THE SOCIAL SECURITY #'S ARE:
    ROBERT BERZNER
    107 PALMYRA AVENUE
    WOODMERE, NEW YORK 11598

    STEVEN BERZNER
    840 N.E. 20th AVENUE
    FT. LAUDERDALE, FLORIDA 33304

ENCLOSED IS A PERSONAL CHECK FOR $91,829.00 TO GET THE ACCOUNT STARTED.

ALL INCOME IS TO BE REINVESTED WITH YOUR COMPANY.

IF YOU NEED ANY ADDITIONAL INFORMATION PLEASE LET ME KNOW.

SINCERELY,

BOB BERZNER


CC: STEVEN BERZNER

**BERNARD L. MADOFF**
Investment Securities
Established 1960
New York
London

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

CN    CHECK

ROBERT BERZNER
& STEVEN BERZNER    T I C
107 PALMYRA AVENUE
WOODMERE        NY 11598

7/19/96

CLIENT'S ACCOUNT NUMBER
1-ZA809-3

10,000.00

---

BERNARD L. MADOFF

PAY TO THE
ORDER OF    ROBERT BERZNER & STEVEN BERZNER T I C

EXACTLY ****10,000 DOLLARS & 00 CENTS    $****10,000.00

FOR 1-ZA809-3

7/19/96

58596

62-26
311

2815-09

BERNARD L. MADOFF
Authorized Signature



**ROBERT BERZNER, INC.**
107 PALMYRA AVENUE
WOODMERE, NEW YORK 11598
(516) 295-3144

7/25/96

This letter is to authorize Steven Berzner to sign my name (ROBERT BERZNER) to the check drawn against Bernard L. Madoff for Ten Thousand Dollars dated 7/19/96. Madoff check #58596. Authorization is limited to this check only.

Thank you
Robert Berzner


8/26/96

Steve

Below are my calculations for Madoff acct # 1ZA809-3 that will reflect your withdrawal of $10,000 on 7/19/96. check #58596
My figures are based on Madoff balance on 7/31/96.
If these figures check okay with you would you draw up a document for us to sign.

Thanks,
Bob

Madoff Balance 7/31/96     $143,232.
My Equity     76,616 = 53.49%
Your Equity   66,616 = 46.51%

# LAW OFFICES OF
# STEVEN L. BERZNER, ESQ., P.A.

STEVEN L. BERZNER
ALSO ADMITTED TO NEW YORK BAR

1040 Bayview Drive, Suite 605
FORT LAUDERDALE, FLORIDA 33304

TELEPHONE: (954) 566-0877
FAX: (954) 566-3595

Securities

above account. The check should
... and forwarded to the address

... need further information, please
... location either by mail or by

# ROBERT BERZNER

107 PALMYRA AVENUE • WOODMERE, NEW YORK 11598 • Telephone 516-295-3144

April 7, 1997

Bernard L. Madoff Investment Securities
885 Third Avenue
New York City, New York 10022

Re: Account Number: 1-ZA809-3
    Robert Berzner

Dear Sir or Madam:

Please let this letter serve as your authorization to change the title of account number 1-ZA809-3 to Robert Berzner and Jane Berzner, tenants in common.

We are both signing this letter so that you will have a record of Jane Berzner's signature.

Should you require any further information, please contact Robert Berzner at (516) 374-4960.

Very truly yours,

*Robert Berzner* 4/7/97
Robert Berzner

*Jane Berzner* 4/7/97
Jane Berzner

# LAW OFFICES OF
## STEVEN L. BERZNER, ESQ., P.A.

STEVEN L. BERZNER
ALSO ADMITTED TO NEW YORK BAR

1040 Bayview Drive, Suite 605
FORT LAUDERDALE, FLORIDA 33304

TELEPHONE: (954) 566-0877
FAX: (954) 566-3595

March 17, 1997

Bernard L. Madoff Investment Securities
885 Third Avenue
New York City, New York, 10022

Re: Account Number: 1-ZA809-3
    Robert Berzner and Steven L. Berzner, Tenants in Common

Dear Sir or Madam:

Please let this letter serve as your authorization to liquidate $73,557.25 from account number 1-ZA809-3 and pay that amount to Steven L. Berzner from this account.

Please send your check in the above amount to Mr. Steven Berzner only, at 1040 Bayview Drive, Suite 605, Fort Lauderdale, Florida 33304.

Further, this authorizes the removal of Steven L. Berzner from this account.

Should you require any further information, please contact Mr. Berzner at (954) 566-0877.

Very truly yours,

STEVEN L. BERZNER

ROBERT BERZNER  3/19/97

Jane and Robert Berzner
107 Palmyra Avenue
Woodmere, New York 11598

October 12, 2009

Clerk of the United State Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York City, New York 10004

Re: Acct: # IZA809
    Claim # 002196

Dear Clerk of the Bankruptcy Court;

It is our position for the purposes of this claim that net equity should be determined on the basis of each claimants balance as shown on the November 30, 2008 account statement provided by BLMIS.

BLMIS account #IAZ809
Claim # 002196
ADV. PRO. NO. 08-01789 (BRL)
SIPA Liquidation

Sincerely,

*Jane Berzner*
Jane Berzner, TIC

*Robert Berzner*
Robert Berzner, TIC

Jane and Robert Berzner
107 Palmyra Avenue
Woodmere, New York 11598

October 12, 2009

Clerk of the United State Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York City, New York  10004

Re:  Acct: # IZA809
     Claim # 002196

Dear Clerk of the Bankruptcy Court;

It is our position for the purposes of this claim that net equity should be determined on the basis of each claimants balance as shown on the November 30, 2008 account statement provided by BLMIS.

BLMIS account #IAZ809
Claim # 002196
ADV. PRO. NO. 08-01789 (BRL)
SIPA Liquidation

Sincerely,

*Jane Berzner*
Jane Berzner, TIC

*Robert Berzner*
Robert Berzner, TIC

RECEIVED
OCT 29 2009
U.S. BANKRUPTCY COURT, SDNY

