UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant.<br><br>IN RE:<br>**Bernard L. Madoff**<br>133 East 64th Street<br>Apt. 12A<br>New York, NY 10065<br><br>Debtor. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, Frank Knell and Wyn M. Nell J/T WROS, hereby file A Notice of Appearance in the above captioned case. The undersigned, attorney for said Frank Knell and Wyn M. Nell J/T WROS, requests that all notices of the matters arising in the above referenced case be duly served on the undersigned at the address hereunder noted.

/s/Cynthia Jordan Lowery
Cynthia Jordan Lowery
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828
(843) 579-7000
(843) 579-8714 facsimile
cynthialowery@mvalaw.com
ATTORNEYS FOR FRANK KNELL AND
WYN M. KNELL J/T WROS

CHARLESTON, SC
November 4, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>) | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |
| Plaintiff-Applicant, )<br>) | |
| v. )<br>) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, )<br>)<br>) | |
| Defendant. )<br>) | |
| IN RE: )<br>**Bernard L. Madoff** )<br>133 East 64th Street )<br>Apt. 12A )<br>New York, NY 10065 )<br>)<br>Debtor. )<br>) | |

## CERTIFICATE OF MAILING

The undersigned, Paralegal to Attorney Cynthia Jordan Lowery of Moore & Van Allen PLLC, Attorneys for Frank Knell and Wyn M. Knell J/T WROS, hereby certifies that on the 4th day of November, 2009, she caused a copy of the Notice of Appearance to be placed in an envelope with first-class postage, prepaid, and mailed to:

David J. Sheehan
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
Attorneys for Irving H. Picard, Esquire
Trustee for the Liquidation of the
Business of Bernard L. Madoff
Investment Securities, LLC

/s/Julie M. Chanson
Julie M. Chanson, Paralegal
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828
(843)579-7000