UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) Adv. Pro. No. 08-01789-BRL<br>)<br>) SIPA Liquidation |
| Plaintiff-Applicant, | ) |
| v. | ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | ) |
| Defendant. | ) |
| IN RE:<br>**Bernard L. Madoff**<br>133 East 64th Street<br>Apt. 12A<br>New York, NY 10065 | ) |
| Debtor. | ) |

### WITHDRAWAL OF CUSTOMER CLAIM

COMES NOW, Frank Knell and Wyn M. Knell J/T WROS, who, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraw that certain Customer Claim, more fully described herein below:

| Claim No. | Claim Amount | Claimant |
|---|---|---|
| 000834 (filed January 21, 2009) | none | Frank Knell and Wyn M. Knell J/T WROS<br>Account Number: 1ZA948 |

/s/Cynthia Jordan Lowery
Cynthia Jordan Lowery
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828
(843) 579-7000
(843) 579-8714 facsimile
cynthialowery@mvalaw.com
ATTORNEYS FOR FRANK KNELL AND
WYN M. KNELL J/T WROS

CHARLESTON, SC
November 4, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. <br><br> IN RE: <br> **Bernard L. Madoff** <br> 133 East 64th Street <br> Apt. 12A <br> New York, NY 10065 <br><br> Debtor. | Adv. Pro. No. 08-01789-BRL <br><br> SIPA Liquidation |

## CERTIFICATE OF MAILING

The undersigned, Paralegal to Attorney Cynthia Jordan Lowery of Moore & Van Allen PLLC, Attorneys for Frank Knell and Wyn M. Knell J/T WROS, hereby certifies that on the 4th day of November, 2009, she caused a copy of the Withdrawal of Customer Claim to be placed in an envelope with first-class postage, prepaid, and mailed to:

David J. Sheehan
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
Attorneys for Irving H. Picard, Esquire
Trustee for the Liquidation of the
Business of Bernard L. Madoff
Investment Securities, LLC

/s/Julie M. Chanson
Julie M. Chanson, Paralegal
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828
(843)579-7000