**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                    SIPA LIQUIDATION

                                                                     Adv. Pro. No. 08-01789 (BRL)

                          Plaintiff,
          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,


                          Defendant.
-----------------------------------------------------------X

### ORDER IMPLEMENTING PAGE LIMITS TO MOTIONS TO DISMISS

Memoranda of law in support of and in opposition to motions to dismiss are limited to 45 pages, and reply memoranda are limited to 20 pages.  Such page limitations are exclusive of the cover page, the Table of Contents and the Table of Authorities.  All memoranda shall be double-spaced, 12-point font, with 1" margins.  This Court will consider an expansion of the page limits upon the submission of an application showing cause.

IT IS SO ORDERED.

Dated: November 4, 2009
       New York, New York


                                                /s/ Burton R. Lifland_____
                                                Honorable Burton R. Lifland
                                                United States Bankruptcy Judge