November 6, 2009


Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:     In Re: Bernard L. Madoff Investment Securities LLC
        No. 08-01789 (BRL)                             _

Dear Clerk of Court:

        Enclosed for filing in the above-referenced matter are an original and copies of a
Memorandum of Objector, Lawrence R. Velvel, in Opposition to the Position of the
Trustee and SIPC on Net Equity and a Certificate of Service.  There are an unstapled
original of these papers for filing with the Clerk, one copy for Judge Lifland in an
unsealed envelope, and one copy for the Trustee, Irving Picard.  An electronic copy has
been filed with the Court on November 6, 2009.

                                        Sincerely,


                                        s/Lawrence R. Velvel_____
                                        Lawrence R. Velvel
                                        Massachusetts School of Law
                                        500 Federal Street
                                        Andover, MA 01810
                                        Tel:  (978) 681-0800
                                        Fax: (978) 681-6330
                                        Email: velvel@mslaw.edu

/Enclosures