Lee S. Attanasio
Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

Counsel For HHI Investment Trust #2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| Securities Investor Protection Corporation, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | |
| | : | SIPA Liquidation |
| v. | : | |
| | : | (Substantively Consolidated) |
| Bernard L. Madoff Investment Securities LLC, | : | |
| Defendant. | : | |
| | : | |
| In re: | : | |
| | : | |
| Bernard L. Madoff, | : | |
| | : | |
| Debtor. | : | |
| | : | |

-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                             )   s.s.:
COUNTY OF NEW YORK    )


      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On October 30, 2009 I caused to be served true and correct copy of HHI INVESTMENT TRUST #2'S OBJECTION TO THE TRUSTEE'S DETERMINATION OF

NY1 7151287v.1

CLAIM by email and by first class mail, postage prepaid upon: David Sheehan, Esq. (dsheehan@bakerlaw.com), Marc E. Hirschfield, Esq. (mhirschfield@bakerlaw.com), Seanna R. Brown (sbrown@bakerlaw.com), & Irving H. Picard, Esq. (ipicard@bakerlaw.com) at Baker Hostetler, 45 Rockefeller Plaza, New York, New York 10111.

                                                         /s/ Eileen A. McDonnell_____
                                               EILEEN A. MCDONNELL

Sworn to before me this
9th day of November 2009

/s/Liisi Vanaselja_____
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011

2