LAW OFFICES

# Sydney, Amster & Green, PLLC

122 East 42nd Street, Suite 2800

New York, N.Y. 10168

(212) 986-8671
FAX (212) 883-8947

HERBERT P. SYDNEY
SHELDON AMSTER*
DAVID S. GREEN**
*ALSO ADMITTED IN FL.
**ALSO ADMITTED IN CT.

November 4, 2009

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004
Case No. 08-1789(BRL)



NOV - 6 2009

U.S. BANKRUPTCY COURT, SDNY

Re: Dorfman Family Partners
BLMIS Account No. 1CM318
Claim No. 012771
**Bankruptcy Case No. 08-1789 (BRL)**

Dear Sir:

    Pursuant to your notice of Denial of the above captioned claim, we disagree with the Trustee's Determination of Denial of Claim in part, and request a hearing before Judge Lifland for the following reason.

    The computation as prepared by the Trustee indicates money received in excess of the deposits of $506,755.00. Table 1 reflects a check issued to Dorfman Family Partners on December 9, 2008 in the amount of $106,000.00. There was never a request for a check in the amount of $106,000.00 nor was one ever received.

We request the account be corrected to reflect the excess funds withdrawals of $400,755.00 ($506,755.00 less $106,000.00) and not $506,755.00.

Respectfully,
SYDNEY, AMSTER & GREEN, PLLC

By: /s/ Herbert P. Sydney
HERBERT P. SYDNEY

HPS:ds

cc: Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

**Certified Mail - Return Receipt Requested**

c:diane'sdocuments/Herb/DorfmanFamilyPartners.MadoffClaim.02