# EXHIBIT B

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

Laxe Neville, LLP

OFFICE: _201- 966-3718_  212-696-1999

HOME: _201- 966-3718_

Taxpayer I.D. Number (Social Security No.)
_060 - 68 - 9465_

Account Number: 1ZA919
JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT ~~16 D/E~~ 29F
GUTTENBERG, NJ 07093

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $_____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of             $___0 - N/A___

502180406                                1

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $ _____0_____

    d.    If balance is zero, insert "None."    _____0_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *Please see the November 30, 2008 Account Statement attached at Exhibit A.* | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406

2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                                                                 ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: _Brian J. Neville, Esq., Lax & Neville, LLP_
      _1412 Broadway, Suite 1407, New York, NY 10018_

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _____    Signature _____

Date _____    Signature _____ _AS CUST_

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE
BRENT A. BURNS
DAVID S. RICH

SANDRA P. ESPINOSA

February 13, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Julia Greene, Allen Robert Greene as Custodian/Bernard L. Madoff Investment
Securities LLC

Dear Mr. Picard:

This firm represents Julia Greene and has assisted her in preparation of her Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Julia Greene's account. Additionally, below is a description of the relationship between Julia Greene and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Julia Greene's SIPC claims.

In 1993, Allen Robert Greene, Julia Greene's father, opened an account with Madoff Securities, as custodian, when Julia Greene was 9 years old. Allen and Julia Greene do not know the total amount of contributions and/or withdrawals made during the life of the account. They have searched their records and were only able to locate documents from the year 2003 to November 2008. Attached hereto as Exhibit A is an Account Summary for Julia Greene's

# LAX NEVILLE

Irving H. Picard
February 13, 2009
Page 2 of 3

account summarizing the contributions and withdrawals made in the account in the years 2003

through 2008, along with copies of deposit and transfer references, quarterly dividend checks,

portfolio management reports, and account statements dated September 30, 2008 and November

30, 2008, as referenced in the Account Summary.    As of 2003, the beginning balance of the

account was $353,740.03. In or about April 2003, Allen Green transferred $200,000 from Julia

Greene's account to his account with Madoff Securities.    Contributions were made to Julia

Greene's account in the amount of $20,000 during the period 2003 through 2008.    During the

same time period, withdrawals were made in or about the equivalent amount as the yearly

realized profit in the account, for a total of $95,334.32, to pay taxes and for living and

educational expenses.    Julia Greene's Madoff Securities Account Statement dated November 30,

2008 shows a balance of $175,311.62.    See the November 30, 2008 account statement at Exhibit

A.    Also attached hereto as Exhibit B are November 2008 Madoff Securities confirmations,

which list SIPC membership, for Julia Greene's account.    Julia Greene has paid to the IRS all

appropriate capital gains taxes that resulted from her Madoff Securities account.

Julia Greene received account statements and confirmations from Madoff Securities

reflecting the securities purchased and showing she held securities in her account.    Based upon

the account statements and confirmations, Julia Greene, at all times, expected to have those

securities in her account.    The balance in Julia Greene's account as of the filing date is

$175,311.62. *See* the November 30, 2008 account statement at Exhibit A.

# LAX NEVILLE

Irving H. Picard
February 13, 2009
Page 3 of 3

Allen Greene, Julia Greene's father, is simultaneously submitting a separate SIPC Customer Claim Form for his account with Madoff Securities – Allen Robert Greene – Account No: 1-ZB462-3-0.

## CONCLUSION

Julia Greene, and Allen Robert Greene as Custodian, are seeking the full protection of SIPA for Julia Greene's account as follows:

-    Account No: 1-ZA919-3-0        Julia Greene, Allen Robert Greene as Custodian

Total = **$175,311.62**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By:    *Brian Neville fve*
       Brian J. Neville

ENC.

# EXHIBIT A

**Madoff Account Summary**
**Julia Greene**
**Allen Robert Greene as cust**
**Account 1-ZA919-3-0 , and 1-ZA919-4-0**

This spreadsheet summaries deposits and withdrawals for the last 6 years -- 24 quarters

|  | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| Beginning Balance | 353,740.13 | 151,631.88 | 162,589.68 | 175,486.41 |
| Contributions |  | 10,00.00 (a) | 10,000.00 (b) |  |
| Madoff checks (transfer) | -200,000.00 (c) |  |  |  |
| (capital withdrawls) | -19,416.99 (d) | -12,120.34 (e) | -12,360.21 (f) | -19,446.94 |
| Realized P/L | 17,308.74 (j) | 13,078.14 (k) | 15,256.94 (l) | 17,915.54 |
| Unrealized P/L on |  |  |  |  |
| unclosed positions |  |  |  |  |
| Ending Balance | 151,631.88 | 162,589.68 | 175,486.41 | 173,955.01 |

Reference

(a) Deposit of $10,000.00 made 5/12/04 -- see Bernard Madoff Investment Securieites LLC client receipt
(b) Deposit of $10,000.00   made 4/5/05 -- see cover ltr and copy of check to Bernard Madoff Investment Securities
(c) Debited $200,000 and transferred to Allen Robert Greene Account 1ZB46230

Quarterly dividend checks

| (d) | 1/10/2003 | 3,740.13 | (g) | 1/9/2006 | 5,486.41 |
|---|---|---|---|---|---|
|  | 4/9/2003 | 7,263.82 |  | 4/7/2006 | 3,549.67 |
|  | 7/8/2003 | 4,172.98 |  | 7/10/2006 | 3,940.52 |
|  | 10/9/2003 | 4,240.06 |  | 10/6/2006 | 6,470.34 |
| (e) | 1/8/2004 | 1,631.88 | (h) | 1/8/2007 | 3,955.01 |
|  | 4/8/2004 | 2,400.39 |  | 4/4/2007 | 3,471.16 |
|  | 7/7/2004 | 3,785.97 |  | 7/6/2007 | 4589.41 |
|  | 10/7/2004 | 4,302.10 |  | 10/4/2007 | 4,750.10 |
| (f) | 1/7/2005 | 2,589.68 | (i) | 1/8/2008 | 3,976.14 |
|  | 4/7/2005 | 2,626.39 |  | 4/7/2008 | 1,966.44 |
|  | 7/7/2005 | 3,704.97 |  | 7/7/2008 | 7,078.24 |
|  | 10/7/2005 | 3,439.17 |  | 10/6/2008 | 2,203.34 |

(j) from 12/31/03 account statement
(k) from 12/31/04 account statement
(l) from 12/31/05 account statement
(m) from 12/31/06 account statement
(n) from 12/31/07 account statement

(o) see 9/30/08 Bernard Madoff Securities LLC Monthly Statement of Securities Bought and Sold
(p) see 11/30/08 Bernard Madoff Securities LLC Monthly Statement of Securities Bought and Sold
(q) see 11/30/08 Bernard Madoff Securities LLC Monthly Statement of Securities for Account 1-ZA919-4-0

| | 2007 | 9/30/2008 | 11/30/2008 | Totals |
|---|---|---|---|---|
| | 173,955.01 | 173,976.14 | (p)(q) | |
| | | | | 20,000.00 |
| ) | -16,765.68 (h) | -15,224.16 (i) | | -95,334.32 |
| ) | 16,786.81 (n) | | | |
| | | | | |
| | 173,976.14 | **(O) see for balance** | | |

**Madoff Account Summary**
**Julia Greene**
**Allen Robert Greene as Cust**
**Account 1-ZA919**

### DEPOSIT REFERENCE

**a, b**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

5/12/04

| CHECK | 10,000.00 |

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

1-ZA919-3

(b)

Allen Robert Greene
7002 Boulevard East Apt. 16 D
Guttenberg, NJ 07093

April 4, 2005

Bernard L. Madoff
Investment Securities LLC
885 Third Avenue
New York, NY 10022

RE: Deposit of Funds

Dear Frank DiPascali:

Please deposit the attached check for $10,000 (ten thousand dollars) in the account of

Julia Greene ,Allen Robert Greene  as Cust. account #1-ZA919-3.

Thank you.

Sincerely,


Allen Robert Greene



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JULIA GREENE
ALLEN ROBERT GREENE AS CUST            1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 162,589.68CR |
| CAPITAL ADDITIONS | 10,000.00CR |
| CAPITAL WITHDRAWALS | 12,360.21- |
| REALIZED P/L FOR CURRENT YEAR | 15,256.94CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .91CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 175,485.50   NET LONG |
| TOTAL EQUITY | 175,486.41CR |

ANNUALIZED RETURN FOR CURRENT YEAR      9.36 %

**Madoff Account Summary**
**Julia Greene**
**Allen Robert Greene as Cust**
**Account 1-ZA919**

## TRANSFER REFERENCE

c

( C )

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY       DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  TRANS TO 1Z846230            4/07/03

200,000.00

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

1-ZA919-3

**Madoff Account Summary**
**Julia Greene**
**Allen Robert Greene as Cust**
**Account 1-ZA919**

## QUARTERLY DIVIDEND CHECKS

**d, e, f, g, h, i**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

(d)

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/10/03

CH   CHECK

3,740.13

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

(d)

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/09/03

CH   CHECK

7,263.82

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/08/03

CW   CHECK

4,172.98

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/09/03

CW   CHECK

4,240.66

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

$(e)$

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/04

CW    CHECK

1,631.88

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

$(e)$

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/08/04

CW    CHECK

2,400.39

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(e)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/04

CM    CHECK

3,703.97

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

**MEMO**

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(e)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/07/04

CM    CHECK

4,302.10

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

**MEMO**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/07/05

CH   CHECK

2,589.68

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG                NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/07/05

CH   CHECK

2,626.39

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG                NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
■ New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/05

CW    CHECK

3,704.97

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
■ New York □ London



212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/07/05

CW    CHECK

3,439.17

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:                                    1700/06

CM   CHECK                                                     5,486.41

CLIENT'S ACCOUNT NUMBER

JULIA GREENE                                    1-ZA919-3
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:                                    4/07/06

CM   CHECK                                                     3,549.67

CLIENT'S ACCOUNT NUMBER

JULIA GREENE                                    1-ZA919-3
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(9)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/10/06

CM   CHECK

3,940.52

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

1-ZA919-3

**MEMO**

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(9)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/06

CM   CHECK

5,470.94

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

1-ZA919-3

**MEMO**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

(a)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

3/08/07

CM    CHECK                                                    3,955.01

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST                    1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

(b)

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

4/04/07

CM    CHECK                                                    3,471.16

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST                    1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

7/09/07

CW    CHECK

4,589.41

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING

10/04/07

CW    CHECK

4,750.10

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

( )

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/08

CW CHECK

3,976.14

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG NJ 07093

**MEMO**

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

( )

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/07/08

CW CHECK

3,966.44

CLIENT'S ACCOUNT NUMBER

1-ZA919-3

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG NJ 07093

**MEMO**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/08

CW    CHECK                                    76,078.24

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST          1-ZA939-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG           NJ 07093

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/08

CW    CHECK                                    2,293.34

CLIENT'S ACCOUNT NUMBER

JULIA GREENE
ALLEN ROBERT GREENE AS CUST          1-ZA939-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG           NJ 07093

MEMO

**Madoff Account Summary**
**Julia Greene**
**Allen Robert Greene as Cust**
**Account 1-ZA919**


## MONTHLY STATEMENTS OF SECURITIES


**j, k, l, m , n**

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

(J)

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JULIA GREENE                          1-ZA919-3
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093


STARTING EQUITY FOR CURRENT YEAR                         353,740.13CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                      219,416.99-
REALIZED P/L FOR CURRENT YEAR                             17,308.74CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                           .38CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            151,631.50    NET LONG
TOTAL EQUITY                                            151,631.88CR

ANNUALIZED RETURN FOR CURRENT YEAR        8.90 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04                (K )

HIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
CCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


    JULIA GREENE                        1-ZA919-3
    ALLEN ROBERT GREENE AS CUST

    7002 BOULEVARD EAST APT 16 D/E
    GUTTENBERG           NJ 07093


TARTING EQUITY FOR CURRENT YEAR                    151,631.88CR
APITAL ADDITIONS                                    10,000.00CR
APITAL WITHDRAWALS                                  12,120.34-
EALIZED P/L FOR CURRENT YEAR                        13,078.14CR
INREALIZED P/L ON OPEN SECURITY POSITIONS
URRENT CASH BALANCE                                       .68CR
IET MARKET VALUE OF OPEN SECURITIES POSITIONS      162,589.00    NET LONG
OTAL EQUITY                                        162,589.68CR

NNUALIZED RETURN FOR CURRENT YEAR        8.59 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

(1)

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JULIA GREENE
ALLEN ROBERT GREENE AS CUST              1-ZA919-3

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG              NJ 07093

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 162,589.68CR |
| CAPITAL WITHDRAWALS | 10,000.00CR |
| REALIZED P/L FOR CURRENT YEAR | 12,360.21- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 15,256.94CR |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .91CR |
| TOTAL EQUITY | 175,485.50    NET LONG |
| | 175,486.41CR |
| ANNUALIZED RETURN FOR CURRENT YEAR    9.36 % | |

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JULIA GREENE                          1-ZA919-3
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093


STARTING EQUITY FOR CURRENT YEAR                    175,486.41CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  19,446.94-
REALIZED P/L FOR CURRENT YEAR                        17,915.54CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                      .51CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       173,954.50    NET LONG
TOTAL EQUITY                                        173,955.01CR

ANNUALIZED RETURN FOR CURRENT YEAR       10.91 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

( n )

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JULIA GREENE                          1-ZA919-3
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093


STARTING EQUITY FOR CURRENT YEAR                      173,955.01CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          16,765.68-
UNREALIZED P/L ON OPEN SECURITY POSITIONS              157,86.81CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS              .39CR
TOTAL EQUITY                                          173,975.75     NET LONG
                                                      173,976.14CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.23 %

**Madoff account summary**
**Julia Greene**
**Allen Robert Greene as Cust**
**Account 1-ZA919**

## MONTHLY STATEMENTS OF SECURITIES

**o, p, q**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

( O )

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ    07093

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 9/30/08 | ***-**-*9465 | 1 |

| YOUR ACCOUNT NUMBER |
|---|
| 1-ZA919-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,865.81 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 13.78 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 32.20 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | | 11.70 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | | 3.47 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | | 32.50 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | | 7.63 |
| 9/10 | 3,263 | | 84653 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,263.00 |
| 9/10 | 50,000 | | 86017 | U S TREASURY BILL DUE 10/16/2008 10/16/2008 | 99.848 | | 49,924.00 |
| 9/10 | 50,000 | | 86530 | U S TREASURY BILL DUE 2/12/2009 | 99.255 | 49,627.50 | |
| 9/10 | 3,351 | | 89766 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,351.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: **2**

PERIOD ENDING: **9/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*9465**

YOUR ACCOUNT NUMBER: **1-ZA919-3-0**

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ  07093

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/11 | | | | MICROSOFT CORP | DIV | | 21.78 |
| | | | | DIV 8/21/08 9/11/08 | | | |
| 9/11 | 1,018 | | 94914 | FIDELITY SPARTAN | 1 | 1,018.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/16 | | | | MCDONALDS CORP | DIV | | 10.50 |
| | | | | DIV 9/02/08 9/16/08 | | | |
| 9/17 | | 96 | 10907 | ORACLE CORPORATION | 19.310 | | 1,889.38 |
| 9/17 | | 22 | 12102 | APPLE INC | 150.770 | | 3,316.94 |
| 9/17 | | 40 | 15205 | PEPSICO INC | 72.460 | | 2,897.40 |
| 9/17 | | 38 | 16400 | ABBOTT LABORATORIES | 58.960 | | 2,239.48 |
| 9/17 | | 168 | 19503 | PFIZER INC | 18.360 | | 3,078.48 |
| 9/17 | | 55 | 20664 | AMERICAN INTL GROUP INC | 15.290 | | 1,907.14 |
| 9/17 | | 76 | 23801 | PROCTER & GAMBLE CO | 72.780 | | 5,528.28 |
| 9/17 | | 28 | 24948 | AMGEN INC | 63.320 | | 1,771.96 |
| 9/17 | | 52 | 28099 | PHILIP MORRIS INTERNATIONAL | 54.170 | | 2,814.84 |
| 9/17 | | 118 | 29245 | BANK OF AMERICA | 33.040 | | 3,899.72 |
| 9/17 | | 40 | 32397 | QUALCOMM INC | 48.390 | | 1,934.60 |
| 9/17 | | 138 | 33543 | CITI GROUP INC | 18.220 | | 2,509.36 |
| 9/17 | | 30 | 36695 | SCHLUMBERGER LTD | 87.180 | | 2,615.30 |
| 9/17 | | 38 | 37841 | CONOCOPHILIPS | 72.510 | | 2,754.38 |
| 9/17 | | 152 | 40993 | AT&T INC | 31.370 | | 4,762.24 |
| 9/17 | | 148 | 42139 | CISCO SYSTEMS INC | 23.050 | | 3,406.40 |
| 9/17 | | 26 | 45274 | UNITED PARCEL SVC INC | 67.860 | | 1,763.36 |
| | | | | CLASS B | | | |
| 9/17 | | 50 | 46437 | CHEVRON CORP | 83.210 | | 4,156.50 |
| | | | | CONTINUED ON PAGE  3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG                      NJ 07093

**PERIOD ENDING** 9/30/08

**YOUR ACCOUNT NUMBER** 1-ZA919-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******9465

**PAGE** 3



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | | 24 | 49520 | UNITED TECHNOLOGIES CORP | 63.720 | | 1,529.28 |
| 9/17 | | 250 | 50735 | GENERAL ELECTRIC CO | 27.440 | | 6,850.00 |
| 9/17 | | 72 | 53810 | VERIZON COMMUNICATIONS | 34.579 | | 2,487.04 |
| 9/17 | | 6 | 55033 | GOOGLE | 432.200 | | 2,593.20 |
| 9/17 | | 86 | 58108 | WELLS FARGO & CO NEW | 33.390 | | 2,868.54 |
| 9/17 | | 10 | 59331 | GOLDMAN SACHS GROUP INC | 154.700 | | 1,547.00 |
| 9/17 | | 58 | 62406 | WAL-MART STORES INC | 62.470 | | 3,621.26 |
| 9/17 | | 62 | 63629 | HEWLETT PACKARD CO | 46.830 | | 2,904.56 |
| 9/17 | | 130 | 66704 | EXXON MOBIL CORP | 76.080 | | 9,885.40 |
| 9/17 | | 34 | 67927 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 4,038.20 |
| 9/17 | | 144 | 72225 | INTEL CORP | 19.970 | | 2,870.58 |
| 9/17 | | 70 | 76523 | JOHNSON & JOHNSON | 71.150 | | 4,978.50 |
| 9/17 | | 88 | 80820 | J.P. MORGAN CHASE & CO | 40.930 | | 3,598.84 |
| 9/17 | | 50 | 85118 | COCA COLA CO | 53.790 | | 2,687.50 |
| 9/17 | | 28 | 89426 | MCDONALDS CORP | 64.430 | | 1,803.04 |
| 9/17 | | 54 | 93714 | MERCK & CO | 34.160 | | 1,842.64 |
| 9/17 | | 198 | 98012 | MICROSOFT CORP | 27.420 | | 5,422.16 |
| 9/17 | 100,000 | | 85222 | U S TREASURY BILL | 99.511 | 99,511.00 | |
| | | | | DUE 2/12/2009 2/12/2009 | | | |
| 9/17 | 18,175 | | 89520 | FIDELITY SPARTAN | 1 | 18,175.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/19 | | | | AMERICAN INTL GROUP INC | DIV | | 14.52 |
| | | | | DIV 9/05/08 9/19/08 | | | |
| 9/26 | | | | BANK OF AMERICA | DIV | | 75.52 |
| | | | | DIV 9/05/08 9/26/08 | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERS          NJ    07093

PERIOD ENDING: 9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9465
YOUR ACCOUNT NUMBER: 1-ZA919-3-0
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 9/26 | | | | QUALCOMM INC DIV 3/29/08   9/26/08 | DIV | | 6.40 |
| 9/30 | | | | PEPSICO INC DIV 9/05/03   9/30/08 | DIV | | 17.00 |
| 9/30 | 244 | | 97644 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 244.00 | |
| | | | | NEW BALANCE | | 7,487.66 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 22,788 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 150,000 | | | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.610 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 172,203.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited    Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ   07093

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZA929-3-0 | 9/30/08 | ********9465 | 5 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,020.79 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,087,912.93 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

( 0 )

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG     NJ 07093

PERIOD ENDING 9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****9465
YOUR ACCOUNT NUMBER 1-ZA919-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 2,866.00 |
| 9/10 | 2 | | 74778 | S & P 100 INDEX SEPTEMBER 600 CALL | 1.050 | 212.00 | |
| 9/11 | | 2 | 79303 | S & P 100 INDEX SEPTEMBER 600 CALL | 5.100 | | 1,018.00 |
| 9/17 | | 2 | 2311 | S & P 100 INDEX SEPTEMBER 590 PUT | 26 | | 3,998.00 |
| 9/17 | | 2 | 6609 | S & P 100 INDEX SEPTEMBER 600 CALL | .900 | 182.00 | |
| | | | | NEW BALANCE | | | 7,488.00 |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG    NJ    07093

**PERIOD ENDING:** 11/30/03
**PAGE:** 1
**YOUR ACCOUNT NUMBER:** 1-ZA919-3-0
**YOUR TAX IDENTIFICATION NUMBER:** *******9465

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| | | | | BALANCE FORWARD | | | 7,487.66 |
| 1/12 | 126 | | 1256 | WELLS FARGO & CO NEW | 29.800 | 3,759.80 | |
| 1/12 | 90 | | 1758 | HEWLETT PACKARD CO | 34.900 | 3,144.00 | |
| 1/12 | 78 | | 5582 | WAL-MART STORES INC | 55.830 | 4,357.74 | |
| 1/12 | 51 | | 6084 | INTERNATIONAL BUSINESS MACHS | 87.270 | 4,452.77 | |
| 1/12 | 189 | | 9908 | EXXON MOBIL CORP | 72.830 | 13,781.32 | |
| 1/12 | 207 | | 10410 | INTEL CORP | 14.510 | 3,001.57 | |
| 1/12 | 99 | | 14736 | JOHNSON & JOHNSON | 59.580 | 5,901.42 | |
| 1/12 | 135 | | 19061 | J.P. MORGAN CHASE & CO | 38.530 | 5,206.55 | |
| 1/12 | 72 | | 23387 | COCA COLA CO | 44.660 | 3,217.52 | |
| 1/12 | 42 | | 27713 | MCDONALDS CORP | 55.370 | 2,326.54 | |
| 1/12 | 78 | | 32039 | MERCK & CO | 28.550 | 2,229.90 | |
| 1/12 | 285 | | 36365 | MICROSOFT CORP | 21.810 | 6,226.85 | |
| 1/12 | 144 | | 40691 | ORACLE CORPORATION | 17.300 | 2,496.20 | |
| 1/12 | 57 | | 53669 | PEPSICO INC | 56.410 | 3,217.37 | |
| 1/12 | 33 | | 54171 | APPLE INC | 100.780 | 3,326.74 | |
| 1/12 | 243 | | 57995 | PFIZER INC | 16.940 | 4,125.42 | |
| 1/12 | 57 | | 58497 | ABBOTT LABORATORIES | 54.610 | 3,114.77 | |
| 1/12 | 108 | | 62321 | PROCTER & GAMBLE CO | 64.080 | 6,924.64 | |
| 1/12 | 39 | | 62823 | AMGEN INC | 59.160 | 2,308.24 | |
| 1/12 | 75 | | 66647 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 3,273.00 | |
| 1/12 | 180 | | 67149 | BANK OF AMERICA | 21.590 | 3,893.20 | |
| 1/12 | 60 | | 70973 | QUALCOMM INC | 33.770 | 2,028.20 | |
| 1/12 | 195 | | 71475 | CITI GROUP INC | 12.510 | 2,446.45 | |
| | | | | CONTINUED ON PAGE 2 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ  07093

PERIOD ENDING: **11/30/08**

YOUR ACCOUNT NUMBER: 1-ZA919-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ********9465

PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 45 | | 75299 | SCHLUMBERGER LTD | 49.480 | 2,227.50 | |
| 11/12 | 108 | | 75801 | COMCAST CORP | 16.510 | 1,787.08 | |
| | | | | CL A | | | |
| 11/12 | 213 | | 79625 | AT&T INC | 27 | 5,759.00 | |
| 11/12 | 54 | | 80127 | CONOCOPHILIPS | 52.510 | 2,837.54 | |
| 11/12 | 36 | | 83951 | UNITED PARCEL SVC INC | 52.040 | 1,874.44 | |
| | | | | CLASS B | | | |
| 11/12 | 219 | | 84453 | CISCO SYSTEMS INC | 16.730 | 3,671.87 | |
| 11/12 | 63 | | 88277 | U S BANCORP | 29.530 | 1,862.39 | |
| 11/12 | 75 | | 88779 | CHEVRON CORP | 73.430 | 5,510.25 | |
| 11/12 | 36 | | 92603 | UNITED TECHNOLOGIES CORP | 53.160 | 1,914.76 | |
| 11/12 | 381 | | 93105 | GENERAL ELECTRIC CO | 19.630 | 7,494.03 | |
| 11/12 | 102 | | 96929 | VERIZON COMMUNICATIONS | 30.410 | 3,105.82 | |
| 11/12 | 9 | | 97431 | GOOGLE | 337.400 | 3,036.60 | |
| 11/12 | | 150,000 | 23862 | U S TREASURY BILL | 99.936 | | 149,904.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 12.02 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 20,675 | 18966 | FIDELITY SPARTAN | 1 | | 20,675.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 34,133 | | 28334 | FIDELITY SPARTAN | 1 | 34,133.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | | | |
| 11/19 | | | | U S TREASURY MONEY MARKET | DIV | | 4.19 |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ    07093

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9465
YOUR ACCOUNT NUMBER: 1-ZA919-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 34,133 | 53860 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 34,133.00 |
| 11/19 | 25,000 | | 58313 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 18,144 | | 52896 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 18,144.00 | |
| | | | | NEW BALANCE | | 15,869.54 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 213 | | | AT&T INC | 28.560 | | |
| | 57 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 39 | | | AMGEN INC | 55.540 | | |
| | 33 | | | APPLE INC | 92.670 | | |
| | 160 | | | BANK OF AMERICA | 16.250 | | |
| | 75 | | | CHEVRON CORP | 79.010 | | |
| | 219 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 195 | | | CITI GROUP INC | 8.290 | | |
| | 72 | | | COCA COLA CO | 46.870 | | |
| | 108 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 54 | | | CONOCOPHILIPS | 52.520 | | |
| | 189 | | | EXXON MOBIL CORP | 80.150 | | |
| | 381 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST

7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ  07093

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | *******9465 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA919-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 9 | | | GOOGLE | 292.960 | | |
| | 90 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 207 | | | INTEL CORP | 13.890 | | |
| | 51 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 135 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 99 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 42 | | | MCDONALDS CORP. | 58.750 | | |
| | 78 | | | MERCK & CO | 26.720 | | |
| | 285 | | | MICROSOFT CORP | 20.220 | | |
| | 144 | | | ORACLE CORPORATION | 16.090 | | |
| | 57 | | | PEPSICO INC | 55.700 | | |
| | 243 | | | PFIZER INC | 16.430 | | |
| | 75 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 108 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 60 | | | QUALCOMM INC | 33.570 | | |
| | 45 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,144 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 63 | | | U S BANCORP | 26.980 | | |
| | 36 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.971 | | |
| | 36 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ     07093

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA919-3-0 | ******9465 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 102 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 78 | | | WAL-MART STORES INC. | 55.880 | | |
| | 126 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |
| | | | | 175,311.62 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited    Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ    07093

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-ZA919-3-0 | *******9465 | 6 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,127.34 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,237,816.93 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Mad₋ff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER **********9465

YOUR ACCOUNT NUMBER 1-ZA919-4-0

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG           NJ 07093

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 7,488.00 |
| 11/12 | | 3 | 45017 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 4,737.00 |
| 11/12 | 3 | | 49343 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 5,343.00 | |
| 11/19 | | 3 | 35447 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 7,797.00 |
| 11/19 | 3 | | 39772 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 9,003.00 | |
| 11/19 | 3 | | 44097 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 903.00 | |
| 11/19 | | 3 | 48422 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 11,097.00 |
| | | | | NEW BALANCE | | | 15,870.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 3 | | S & P 100 INDEX DECEMBER 430 CALL | 23,300 | | |
| | 3 | | | S & P 100 INDEX DECEMBER 420 PUT | 16,500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    4,950.00    SHORT    6,990.00- | | | |

# EXHIBIT B



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZA919-3 | D | 06084 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 51 | 459200101 | INTERNATIONAL BUSINESS MACHS | 4452.77 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 4450.77 | 2.00 | | | | |

Affilated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 10410 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 207 | 458140100 | INTEL CORP | 3011.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 3003.57 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR/ | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 01758 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST    APT 16 D/E
GUTTENBERG              NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 90 | 428236103 | HEWLETT PACKARD CO | 3144.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 3141.00 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 97431 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 9 | 38259P508 | GOOGLE | 3036.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 3036.60 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SET | | |
| 0646 | | 1-ZA919-3 | D | 93105 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 381 | 369604103 | GENERAL ELECTRIC CO | 7494.03 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 19.630 | 7479.03 | 15.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 09908 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 189 | 302316102 | EXXON MOBIL CORP | 13781.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 13774.32 | 7.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC.
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 80127 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 54 | 20825C104 | CONOCOPHILIPS | 2837.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 2835.54 | 2.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 75801 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLB | 108 | 20030N101 | COMCAST CORP CL A | 1787.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.510 | 1783.08 | 4.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 23387 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 72 | 191216100 | COCA COLA CO | 3217.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 3215.52 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 71475 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTENBERG        NJ 07093

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 195 | 17296710 1 | CITI GROUP INC | 2446.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 2439.45 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 84453 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 219 | 17275R102 | CISCO SYSTEMS INC | 3671.87 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 3663.87 | 8.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 88779 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75 | 166764100 | CHEVRON CORP | 5510.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 5507.25 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 67149 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO.                CONTRA PARTY                C.H. NUMBER                SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 180 | 060505104 | BANK OF AMERICA | 3893.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 3886.20 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 54171 | 5 | 1 | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

CONTRA PARTY

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

17

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 33 | 037833100 | APPLE INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 100.780 | 3325.74 | 1.00 | | | | | 3326.74 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 62823 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 39 | 031162100 | AMGEN INC | 2308.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 2307.24 | 1.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 58497 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
| SLD | 57 | 002824100 | ABBOTT LABORATORIES |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
| 54.610 | 3112.77 | 2.00 | | | | | 3114.77 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 79625 | 5 | 1 | | 11/06/08 | 11/12/06 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 213 | 00206R102 | AT&T INC | 5759.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 5751.00 | 8.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-4 | D | 49343 | 8 | 1 | 11/06/08 | 11/12/08 | 17 |

CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 5343.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 5340.00 | 3.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 01256 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

CONTRA PARTY

IDENTIFICATION NO.          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG       NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 126 | 949746101 | WELLS FARGO & CO NEW | 3759.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 3754.80 | 5.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 05582 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 78 | 931142103 | WAL-MART STORES INC | 4357.74 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 4354.74 | 3.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**

MADF INVESTMENT SECURITIES LLC

New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 96929 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 102 | 92343Y104 | VERIZON COMMUNICATIONS | 3105.82 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 3101.82 | 4.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 92603 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 36 | 913017109 | UNITED TECHNOLOGIES CORP | 1914.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 1913.76 | 1.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 83951 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 36 | 911312106 | UNITED PARCEL SVC INC CLASS B | 1874.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 1873.44 | 1.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (*Please see reverse for further details.*)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZA919-3 | D | 88277 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.         CONTRA PARTY         C.H. NUMBER         SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 63 | 902973304 | U S BANCORP | 1862.39 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 1860.39 | 2.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 75299 | 5 | | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.   CONTRA PARTY   C.H. NUMBER   SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 45 | 806857108 | SCHLUMBERGER LTD | 2227.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 2226.60 | 1.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 70973 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 60 | 747525103 | QUALCOMM INC | 2028.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 2026.20 | 2.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 62321 | 5 | 1 | | 11/06/08 | 11/12/08 | |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG    NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 108 | 742718109 | PROCTER & GAMBLE CO | 6926.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 6920.64 | 4.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP. | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 66647 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG     NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 3273.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 3270.00 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | D | 57995 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GÜTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 243 | 717081103 | PFIZER INC | 4125.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.940 | 4116.42 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA919-3 | B | 53669 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 57 | 713448108 | PEPSICO INC | 3217.37 |

| ,PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 56.410 | 3215.37 | 2.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 40691 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST  APT 16 D/E
GUTTENBERG      NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 144 | 68389X105 | ORACLE CORPORATION | 2496.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 2491.20 | 5.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  (Please see reverse for further details.)



**BERNARD L. MADOFF**

MADF | INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 36365 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 285 | 594918104 | MICROSOFT CORP | 6226.85 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 6215.85 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 32039 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG     NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 78 | 589331107 | MERCK & CO | 2229.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 2226.90 | 3.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 27713 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 42 | 580135101 | MCDONALDS CORP | 2326.54 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 2325.54 | 1.00 | | | | |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 14736 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES: TR CAP SETT

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG     NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 99 | 478160104 | JOHNSON & JOHNSON | 5901.42 |

| PRICE | | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|---|
| 59.580 | X | 5898.42 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 19061 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 135 | 46625H100 | J.P. MORGAN CHASE & CO | 5206.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 5201.55 | 5.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-3 | D | 58313 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

IDENTIFICATION NO.

CONTRAPARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG    NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 25,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009 Y.T.M. .21% 3/26/2009 | 24981.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 24981.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-4 | D | 44097 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3 | 783790KLF | S & P 100 INDEX<br>NOVEMBER 460 CALL | 903.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 900.00 | 3.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZA919-4 | D | 39772 | 8 | 1 | | 11/14/08 | 11/19/08 |

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG            NJ 07093

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 3 | 78379OXD4 | S & P 100 INDEX<br>DECEMBER 420 PUT | 9003.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 9000.00 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA    NSX    SIPC    NSCC    DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA919-3 | R | 23862 | 5 | 1 | 1 | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| BOT | 150,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 2/12/2009 | 149904.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 149904.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-4 | R | 45017 | 8 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 3 | 78379OKLF | S & P 100 INDEX NOVEMBER 460 CALL | 4737.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 4740.00 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-4 | R | 35447 | 8 | 1 | | 11/14/08 | 11/19/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG          NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 3 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 7797.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 7800.00 | 3.00 | | | | |



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA919-4 | R | 48422 | 8 | 1 | 1 | 11/14/08 | 11/19/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

JULIA GREENE
ALLEN ROBERT GREENE AS CUST
7002 BOULEVARD EAST APT 16 D/E
GUTTENBERG        NJ 07093

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 3 | 783790MJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 11097.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 11100.00 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange