# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

| | |
|---|---|
| **Name of Customer:** | Onesco International Ltd. |
| **Mailing Address:** | c/o Gary Albert, 340 Pfister Drive |

**City:** Aspen      **State:** CO      **Zip:** 81611

**Account No:** 1FR121

**Taxpayer I.D. Number (Social Security No.):** -

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1.  Claim for money balances as of **December 11, 2008:**

    a.  The Broker owes me a Credit (Cr.) Balance of     $_____ 0 _____

    b.  I owe the Broker a Debit (Dr.) Balance of     $_____ 0 _____

    c.  If you wish to repay the Debit Balance,

    please insert the amount you wish to repay and

    attach a check payable to "Irving H. Picard, Esq.,

    Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, **it must be enclosed**

    with this claim form.     $_____ N/A _____

    d.  If balance is zero, insert "None."     _____ None _____

2.  Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

See Nov. 30, 2008 1FR121 statements, attached hereto as Exhibit A.

$ 4,604,509.88 (market value of securities long, per 1FR121-3 statement)

$ 160,050.00 (market value of securities long, per 1FR121-4 statement)

($ 226,010.00) (market value of securities short, per 1FR121-4 statement)

TOTAL:    $ 4,538,549.88

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY  10119

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date    June 11, 2009    Signature    _Gary Albert *_

Date    _____    Signature    _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

* Gary Albert is a Director of Onesco International Ltd. Documentation showing Mr. Albert's capacity as Director of Onesco International Ltd. is attached hereto as Exhibit C.

# EXHIBIT A



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    ONESCO INTERNATIONAL LTD
GARY ALBERT

340 PFISTER DRIVE
ASPEN                    CO  81611

1-FR121-3-0        11/30/08        1

| TRADE DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 278,000.23 | |
| 11/12 | 1,922 | | SALES INC | 86.290 | 249,903.22 | |
| 11/12 | 1,849 | | INTERNATIONAL BUSINESS MACHS | 72.880 | 445,779.23 | |
| 11/12 | 6,111 | | EXXON MOBIL CORP | 14.510 | 445,613.68 | |
| 11/12 | 8,245 | | INTEL CORP | | 927,382.43 | |
| 11/12 | 2,505 | | JOHNSON & JOHNSON | | 109,883.58 | |
| 11/12 | 2,328 | | JPMORGAN CHASE & CO | 44.660 | 109,051.45 | |
| 11/12 | 2,328 | | COCA COLA CO | 44.660 | 104,061.48 | |
| 11/12 | 1,858 | | MCDONALDS CORP | 55.370 | 75,246.46 | |
| 11/12 | | | MICROSOFT CORP | | | |
| 11/12 | 4,656 | | ORACLE CORPORATION | 17.300 | 80,734.80 | |
| 11/12 | 1,843 | | PEPSICO INC | 56.010 | 104,034.63 | |
| 11/12 | | | WAL MART INC | | | |
| 11/12 | 7,057 | | PFIZER INC | 16.940 | 120,011.58 | |
| 11/12 | 1,843 | | ABBOTT LABORATORIES | 54.610 | 100,719.23 | |
| 11/12 | 3,492 | | PROCTER & GAMBLE CO | 64.080 | 223,906.36 | |
| 11/12 | 1,201 | | VERIZON | | 37,650.76 | |
| 11/12 | 2,925 | | ALTRIA GROUP | | 105,027.00 | |
| 11/12 | 5,920 | | BANK OF AMERICA | 21.590 | 125,885.80 | |
| 11/12 | 1,940 | | QUALCOMM INC | 33.770 | 65,590.80 | |
| 11/12 | | | GENENTECH INC | | | |
| 11/12 | 17,455 | | SCHLUMBERGER LTD | 49.480 | 72,051.40 | |
| 11/12 | 3,492 | | COMCAST CORP | 16.510 | 57,791.92 | |
| | | | CL A | | | |
| | | | CONTINUED ON PAGE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ONESCO INTERNATIONAL LTD
GARY ALBERT

340 PFISTER DRIVE
ASPEN                    CO   81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| 11/12 | 6,887 | | AT&T INC | 27 | 186,224.00 | |
| 11/12 | 1,746 | | CONOCOPHILLIPS | 52,510 | 91,751.46 | |
| 11/12 | | | UNITED PARCEL SVC | | | |
| 11/12 | 7,081 | | CISCO SYSTEMS INC | 16,730 | 118,748.13 | |
| 11/12 | 2,037 | | U.S. BANCORP | 29,530 | 60,233.61 | |
| 11/12 | | | | | | |
| 11/12 | 12,319 | | GENERAL ELECTRIC CO | 19,630 | 242,313.97 | |
| 11/12 | 3,398 | | VERIZON COMMUNICATIONS | 30,410 | 100,423.18 | |
| 11/12 | | | | | | |
| 11/12 | 2,910 | | HEWLETT PACKARD CO | 34,900 | 101,675.00 | |
| 11/12 | | 4,375,000 | U.S TREASURY BILL | 99,936 | | 4,372,200.00 |
| 11/12 | | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | DIV | | 97.55 |
| 11/12 | | | U.S TREASURY MONEY MARKET W/H TAX DIV EDLXX | | | |
| 11/12 | 40,094 | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | 40,094.00 | |
| | | | CONTINUED ON PAGE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ONESCO INTERNATIONAL LTD
GARY ALBERT

340 PFISTER DRIVE
ASPEN    CO    81611

1-FR121-3-0    11/30/08    3

| 11/19 | | | FIDELITY SPARTAN | | DIV | | 4.92 |
| 11/19 | | | U S TREASURY MONEY MARKET | | | | |
| 11/19 | | | FIDELITY SPARTAN | | | 1.48 | |
| 11/19 | | | U S TREASURY MONEY MARKET | | | | |
| 11/19 | | | W/H TAX DIV FDLXX | | | | 49,674-505 |
| 11/19 | 325,000 | | U S TREASURY MONEY MARKET | 56125 | 99.926 | 324,759.50 | |
| 11/19 | | | U S TREASURY BILL | | | | |
| 11/19 | | | DUE 03/26/2009 | | | | |
| 11/19 | 5,950 | | FIDELITY SPARTAN | 60559 | | 5,950.00 | |
| 11/19 | | | U S TREASURY MONEY MARKET | | | | |
| | | | NEW BALANCE | | | 69,038-22 | |
| | | | SECURITY POSITIONS | | MKT PRICE | | |
| | 6,887 | | AT&T INC | | 28.560 | | |
| | 1,893 | | AMGEN INC | | 55.640 | | |
| | 1,067 | | APPLE INC | | 92.670 | | |
| | 5,820 | | BANK OF AMERICA | | 16.250 | | |
| | 21,225 | | NEWS CORP | | 10.500 | | |
| | 7,061 | | CISCO SYSTEMS INC | | 16.570 | | |
| | 6,305 | | CITI GROUP INC | | 8.290 | | |
| | | | CONTINUED ON PAGE | | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ONESCO INTERNATIONAL LTD
GARY ALBERT

340 PFISTER DRIVE
ASPEN    CO    81611

| 11/30/08 | | 1-FR121-3-0 | | 4 |
| --- | --- | --- | --- | --- |



| BOUGHT (RECEIVED) | SOLD (DELIVERED) | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- |
| 2,328 | | COCA COLA CO | 46.870 | | |
| 3,432 | | COMCAST CORP | 17.340 | | |
| | | CONOCOPHILLIPS | 50.520 | | |
| 6,111 | | EXXON MOBIL CORP | 80.150 | | |
| 12,319 | | GENERAL ELECTRIC CO | 17.170 | | |
| | | HEWLETT PACKARD CO | | | |
| 6,693 | | INTEL CORP | 13.600 | | |
| 1,669 | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | | JOHNSON & JOHNSON | | | |
| 1,358 | | MCDONALDS CORP | 58.750 | | |
| 2,552 | | MERCK & CO INC | 26.720 | | |
| | | ORACLE CORPORATION | | | |
| 1,843 | | PEPSICO INC | 56.700 | | |
| 7,857 | | PFIZER INC | 16.430 | | |
| | | PHILLIP MORRIS INTERNATIONAL | | | |
| 1,940 | | QUALCOMM INC | 33.570 | | |
| 1,455 | | SCHLUMBERGER LTD | 50.740 | | |
| | | US TREASURY MONEY MARKET | | | |
| 2,037 | | U S BANCORP | 26.980 | | |
| | | CONTINUED ON PAGE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**: FOR ACCOUNT   ONESCO INTERNATIONAL LTD

GARY ALBERT
340 PFISTER DRIVE
ASPEN                    CO  81611

11/30/08        1-FR121-3-0        5

| BOUGHT (LONG) | SOLD (SHORT) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 1,164 | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 3,250,000 | | U S TREASURY BILL DUE 03/26/2009 | 99.07 | | |
| 1,164 | | UNITED TECHNOLOGIES CORP | 49.530 | | |
| 32,000 | | WAL-MART STORES INC N | | | |
| 4,074 | | WELLS FARGO & CO NEW | 28.890 | | |





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ONESCO INTERNATIONAL LTD
GARY ALBERT

340 PFISTER DRIVE
ASPEN                    CO    81611

1-FR121-4-0    11/30/08    TYPE 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | CN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 278,001.00 |
| 11/12 | | 97 | 42656 | S & P 100 INDEX NOVEMBER 760 CALL | 17.800 | | 175,163.00 |
| 11/12 | 97 | | 47179 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 172,757.00 | |
| 11/19 | | 97 | 50283 | S & P 100 INDEX DECEMBER 590 CALL | 30 | | 291,103.00 |
| 11/19 | 97 | | 37608 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 291,097.00 | |
| 11/19 | | 97 | 42699 | S & P 100 INDEX NOVEMBER 760 CALL | 37 | | 291,994.00 |
| 11/19 | | 97 | 46258 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 358,803.00 |
| | | | | NEW BALANCE | | | 549,039.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 97 | | S & P 100 INDEX DECEMBER 590 CALL | 32.500 | | |
| | 97 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG     SHORT | | | |
| | | | | 360,050.00       226,010.00- | | | |

# EXHIBIT B

# EXHIBIT B

1.  This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is
    submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland
    and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff
    Investment Securities LLC ("Trustee"), on December 11, 2008.

2.  The information provided in the Claim Form is based on information provided in the
    Claimant's latest Madoff account statement and additional information known by the
    Claimant as of the date of the submission of the Claim Form.  The Claimant reserves the
    right to amend and/or supplement this Claim Form upon the receipt of further
    information, or upon request by the Trustee for additional information.

3.  The Claimant reserves the right to amend the Claim Form in the event of any recoveries
    by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or
    otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy
    Code Section 365, whether such amendments are made pursuant to Bankruptcy Code
    Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of
    applicable bankruptcy law, or general principles of law or equity.

4.  The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In
    re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5.  This Claim Form is required to be submitted pursuant to the Court's January 2, 2009
    Order and the Trustee's instructions to the Claimant.   To the extent permitted by
    applicable law, the Claimant does not, by submitting the Claim Form, consent to the
    jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6.  The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all
    parties potentially liable for the losses sustained by the Claimant, including, without
    limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners,
    employees, and affiliates, as well as any potentially liable third parties including, without
    limitation, investment advisors, "feeder funds," accountants, and auditors.

7.  The Claimant further reserves all rights, claims, and/or defenses as to and/or against any
    persons and/or creditors asserting claims against Bernard L. Madoff Investment
    Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8.  The Claimant reserves all objections as to the competence, relevance, materiality,
    privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any
    other action for any purpose whatsoever, notwithstanding the submission of any such
    information to the Trustee.

9.  To the extent the Claimant has disclosed to the Trustee documents containing accounting
    and/or legal advice, the Claimant does not waive any potential privileges applicable
    thereto.

*Claimant: Onesco International Ltd. (Account no. 1FR121)*

10.    The Claimant reserves all rights with respect to submitting information to the Internal
Revenue Service regarding gains, losses, and/or theft of assets.

11.    The Claim Form and supporting documents contain confidential information.    The
Claimant submits this information to the Trustee subject to the condition that this
information will not to be disclosed to any third parties, other than under seal to the
Court, absent the Claimant's express consent or Court order.

12.    The Claimant submits herewith documents in support of the Claimant's claim, including
documents containing information regarding account transactions, such as contributions
and/or withdrawals.    The Claimant reserves any arguments that such documents are not
relevant to the Trustee's inquiry.    The Claimant further reserves the right to supplement
this submission, including the submission of additional documents, if deemed necessary.
Below is a list of the documents submitted herewith:

## 2008

- BMIS account statement for time period ending 11/30/08.

---

*Claimant: Onesco International Ltd. (Account no. 1FR121)*                                    2

# EXHIBIT C

## Onesco International Ltd.

**RESOLUTIONS** of the Directors of the Company passed pursuant to Article 13.8 of the Articles of Association of the Company

### DIRECTORS

Gary ALBERT

Robin Geoffrey SWAFFIELD

### INCORPORATION

Noted that the Company was incorporated on 11 December 1996 in the British Virgin Islands under the International Business Companies Act. The Certificate of Incorporation Number 209174 was presented together with a copy of the Memorandum and Articles of Association.

### DIRECTORS

Noted that the subscriber to the Memorandum and Articles of Association had appointed the following as the first directors of the Company:-

Gary ALBERT

Robin Geoffrey SWAFFIELD

Noted further that the Form of consent to act was duly signed by Gary ALBERT and Robin Geoffrey SWAFFIELD and submitted to the Board.

### SECRETARY

Resolved that B C S Limited be appointed Secretary of the Company with effect from 10 March 1997.

- 2 -

**SHARE CAPITAL**

Noted that the authorised capital of the Company was USD50,000.00 divided into 50,000 shares of USD1.00 par value.

**APPLICATION FOR AND ALLOTMENT OF SHARES**

Applications for shares in the Company were submitted as follows:-

| Applicant | No. of Shares | Class of Shares |
|---|---|---|
| Gary ALBERT | 4 | Ordinary |
| Robin Geoffrey SWAFFIELD | 4 | Ordinary |

Resolved that 8 Ordinary shares of USD1.00 each, being the par value of each share, be issued and that two share certificates be issued to Messrs Gary ALBERT and Robin Geoffrey SWAFFIELD.

Resolved further that the Common Seal of the Company be affixed to the share certificates to be issued and that a copy of the Register of Members, detailing the issue, be sent to the Registered Agent of the Company and maintained at the registered office in the British Virgin Islands.

**COMMON SEAL**

Resolved that the seal, an impression of which is affixed hereto, be and is hereby adopted as the Common Seal of the Company.

**REGISTERED ADDRESS AND CORRESPONDENCE ADDRESS**

Noted that the Registered Address of the Company was Trident Trust Company (B.V.I.) Limited, Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands.

- 3 -

<u>Resolved that</u> the address to be used for all correspondence be as follows:-

> 37/F., Wu Chung House
>
> 213 Queen's Road East
>
> Wanchai
>
> Hong Kong

**REGISTERED AGENT**

Noted that the Registered Agent for the Company was Trident Trust Company (BVI) Limited.

**LOCATION OF BOOKS AND RECORDS**

<u>Resolved that</u> the books, records and minutes of the Company shall be kept at the registered office of the Company or at such other place as the directors from time to time may determine, the initial location of the books, records and minutes to be:-

> 37th Floor, Wu Chung House
>
> 213 Queen's Road East
>
> Wanchai
>
> Hong Kong

Dated : 10 March 1997

_____                    _____
Gary ALBERT                              Robin Geoffrey SWAFFIELD

The Board of Directors
Onesco International Ltd.
Trident Chambers
P.O. Box 146
Road Town Tortola
British Virgin Islands

Dear Sirs

I, the undersigned, hereby confirm my acceptance of the appointment as Director of your Company with effect from 10 March 1997.

I give here below my particulars for your records:-

Full name :    Gary ALBERT

Address :      725 West Smuggler

               Aspen, Colorado 81611

               USA

Yours faithfully

Gary ALBERT

## ONESCO INTERNATIONAL LTD.

### (An International Business Company)

### Appointment of First Director/s

We, Trident Trust Company (B.V.I.) Limited, being the subscriber to the Memorandum and
Articles of Association of the Company and having the power to appoint the first director/s of the
Company hereby appoint the following as the first director/s of the Company:

Gary ALBERT

Robin Geoffrey SWAFFIELD

In witness whereof a duly authorised representative of Trident Trust Company (B.V.I.) Limited
has executed this Appointment this  10th  day of March 1997

-------------------------------------
Authorised Representative

Trident Trust Company (B.V.I.) Limited