## CERTIFICATE OF SERVICE

      I, Jonathan M. Landers, certify that on the 10th day of November, 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Jan Marcus Capper - 1EM468) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

      Irving H. Picard, Trustee
      c/o Baker Hostetler LLP
      45 Rockefeller Plaza
      New York, New York 10011

                      s/ Jonathan M. Landers