# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

| | |
|---|---|
| **Name of Customer:** | John Denver Concerts Inc. Pension Plan Trust |
| **Mailing Address:** | c/o Redstone Accounting Services, Inc., 25 Sylvan Rd. South - Building B |
| **City:** Westport | **State:** CT      **Zip:** 06880 |
| **Account No:** 1ZB085 | |

**Taxpayer I.D. Number (Social Security No.):** - Redacted _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************************

1. Claim for money balances as of **December 11, 2008:**

   a.    The Broker owes me a Credit (Cr.) Balance of          $_____0_____

   b.    I owe the Broker a Debit (Dr.) Balance of             $_____0_____

   c.    If you wish to repay the Debit Balance,
         please insert the amount you wish to repay and
         attach a check payable to "Irving H. Picard, Esq.,
         Trustee for Bernard L. Madoff Investment Securities LLC."
         If you wish to make a payment, **it must be enclosed**
         with this claim form.                                 $_____N/A_____

   d.    If balance is zero, insert "None."                    _____None_____

2. Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

See Nov. 30, 2008 1ZB085 statements, attached hereto as Exhibit A.

$ 12,104,965.78 (market value of securities long, per 1ZB085-3 statement)

$ 424,050.00 (market value of securities long, per 1ZB085-4 statement)

($ 598,810.00) (market value of securities short, per 1ZB085-4 statement)

TOTAL:    $ 11,930,205.78

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY  10119

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____6/9/09_____    Signature _____

Harold A. Thau *

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

* Harold A. Thau is Trustee of the John Denver Concerts Inc. Pension Plan Trust. Documentation showing Mr. Thau's authority as Trustee is attached hereto as Exhibit C.

4

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST
25 SYLVAN RD SO BLDG B
WESTPORT          CT   06880

**PAGE** 1
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ******3643
**YOUR ACCOUNT NUMBER** 1-Z8085-3-0

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 718,703.25 |
| 11/12 | 10,794 | | 1352 | WELLS FARGO & CO NEW | 29.800 | 322,092.20 | |
| 11/12 | 7,710 | | 1854 | HEWLETT PACKARD CO | 34.900 | 269,387.00 | |
| 11/12 | 6,682 | | 5678 | WAL-MART STORES INC | 55.830 | 373,323.06 | |
| 11/12 | 4,369 | | 6180 | INTERNATIONAL BUSINESS MACHS | 87.270 | 381,456.63 | |
| 11/12 | 16,191 | | 10004 | EXXON MOBIL CORP | 72.680 | 180,647.08 | |
| 11/12 | 17,733 | | 10506 | INTEL CORP | 14.510 | 258,014.83 | |
| 11/12 | 8,481 | | 14832 | JOHNSON & JOHNSON | 59.580 | 505,636.98 | |
| 11/12 | 11,565 | | 19157 | J.P. MORGAN CHASE & CO | 38.530 | 446,061.45 | |
| 11/12 | 6,168 | | 23483 | COCA COLA CO | 44.660 | 275,708.88 | |
| 11/12 | 3,598 | | 27809 | MCDONALDS CORP | 55.370 | 199,364.26 | |
| 11/12 | 6,682 | | 32135 | MERCK & CO | 28.550 | 191,038.10 | |
| 11/12 | 24,415 | | 36461 | MICROSOFT CORP | 21.810 | 533,467.15 | |
| 11/12 | 12,336 | | 40787 | ORACLE CORPORATION | 17.300 | 213,905.80 | |
| 11/12 | 4,883 | | 53765 | PEPSICO INC | 56.410 | 275,645.03 | |
| 11/12 | 2,627 | | 54267 | APPLE INC | 100.780 | 285,018.06 | |
| 11/12 | 20,817 | | 58091 | PFIZER INC | 16.940 | 353,471.98 | |
| 11/12 | 4,883 | | 58593 | ABBOTT LABORATORIES | 54.610 | 266,855.63 | |
| 11/12 | 9,252 | | 62417 | PROCTER & GAMBLE CO | 64.080 | 593,238.16 | |
| 11/12 | 3,341 | | 62919 | AMGEN INC | 59.160 | 197,786.56 | |
| 11/12 | 6,425 | | 66743 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 280,337.00 | |
| 11/12 | 15,420 | | 67245 | BANK OF AMERICA | 21.590 | 333,533.80 | |
| 11/12 | 5,140 | | 71069 | QUALCOMM INC | 33.770 | 173,782.80 | |
| 11/12 | 16,705 | | 71571 | CITI GROUP INC | 12.510 | 209,647.55 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

**YOUR ACCOUNT NUMBER:** 1-ZB085-3-0
**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *****3643
**PAGE:** 2

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 3,855 | | 75395 | SCHLUMBERGER LTD | 49.480 | 190,899.40 | |
| 11/12 | 9,252 | | 75897 | COMCAST CORP | 16.510 | 153,120.52 | |
| 11/12 | 18,247 | | 79721 | CL A AT&T INC | 27 | 493,398.00 | |
| 11/12 | 4,626 | | 80223 | CONOCOPHILLIPS | 52.310 | 243,096.26 | |
| 11/12 | 3,084 | | 84047 | UNITED PARCEL SVC INC CLASS B | 52.040 | 160,614.36 | |
| 11/12 | 18,761 | | 84549 | CISCO SYSTEMS INC | 16.730 | 314,621.53 | |
| 11/12 | 5,397 | | 88373 | U S BANCORP | 29.530 | 159,588.41 | |
| 11/12 | 6,425 | | 88875 | CHEVRON CORP | 73.430 | 472,044.75 | |
| 11/12 | 3,084 | | 92699 | UNITED TECHNOLOGIES CORP | 53.160 | 164,068.44 | |
| 11/12 | 32,639 | | 93201 | GENERAL ELECTRIC CO | 19.630 | 642,908.57 | |
| 11/12 | 8,738 | | 97025 | VERIZON COMMUNICATIONS | | 266,071.58 | |
| 11/12 | 771 | | 97527 | GOOGLE | 337.400 | 260,165.40 | |
| 11/12 | | 100,000 | 20220 | U S TREASURY BILL DUE 12/18/2008 | 99.942 | | 99,942.00 |
| 11/12 | | 11,575,000 | 23958 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 11,567,592.00 |
| 11/12 | | | 19062 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 45.10 |
| 11/12 | 55,165 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 55,165.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**JOHN DENVER CONCERTS INC**
**PENSION PLAN TRUST**

25 SYLVAN RD SO BLDG B
WESTPORT        CT   06880

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-ZB085-3-0 | ********3643 | 3 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 31,663 | | 28430 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,663.00 | |
| 11/13 | | | | CHECK | CW | 20,000.00 | |
| 11/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/13/08 | DIV | | .56 |
| 11/13 | | 31,663 | 29224 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,663.00 |
| 11/13 | 11,664 | | 29369 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,664.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.22 |
| 11/19 | | 11,664 | 53960 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,664.00 |
| 11/19 | 775,000 | | 58399 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 774,426.50 | |
| 11/19 | 7,210 | | 62996 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,210.00 | |
| | | | | NEW BALANCE | | 1,436,761.08 | |
| | 18,247 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**JOHN DENVER CONCERTS INC**
**PENSION PLAN TRUST**

25 SYLVAN RD SO BLDG B
WESTPORT                CT   06880

MEMO PHONE: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZB085-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******3643
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,883 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,341 | | | AMGEN INC | 55.540 | | |
| | 2,827 | | | APPLE INC | 92.670 | | |
| | 15,420 | | | BANK OF AMERICA | 16.250 | | |
| | 6,425 | | | CHEVRON CORP | 79.010 | | |
| | 18,761 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 36,705 | | | CITI GROUP INC | 8.290 | | |
| | 6,168 | | | COCA COLA CO | 46.870 | | |
| | 9,252 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 4,626 | | | CONOCOPHILIPS | 52.520 | | |
| | 16,191 | | | EXXON MOBIL CORP | 80.150 | | |
| | 32,639 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 771 | | | GOOGLE | 292.960 | | |
| | 7,710 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 17,733 | | | INTEL CORP | 13.800 | | |
| | 4,369 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 11,565 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 8,461 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,598 | | | MCDONALDS CORP | 58.750 | | |
| | 6,682 | | | MERCK & CO | 26.720 | | |
| | 24,415 | | | MICROSOFT CORP | 20.220 | | |
| | 12,336 | | | ORACLE CORPORATION | 16.090 | | |
| | 4,883 | | | PEPSICO INC | 56.700 | | |
| | 20,817 | | | PFIZER INC | 16.430 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT         CT    06880

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********3643
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZB085-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 6,425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 9,252 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 5,140 | | | QUALCOMM INC | 33.570 | | |
| | 3,855 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 7,210 | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | |
| | 5,397 | | | U S BANCORP | 26.980 | | |
| | 3,084 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 775,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | 99.971 | | |
| | 3,084 | | | UNITED TECHNOLOGIES CORP | | | |
| | 8,738 | | | VERIZON COMMUNICATIONS | 48.530 | | |
| | 6,682 | | | WAL-MART STORES INC. | 32.650 | | |
| | 19,794 | | | WELLS FARGO & CO NEW | 55.880 | | |
| | | | | | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | 12,104,965.78 | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT            CT    06880

PAGE 6

PERIOD ENDING 11/30/08

YOUR TAX PAYER/IDENTIFICATION NUMBER *****3643

YOUR ACCOUNT NUMBER 1-ZB085-3-0

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

AMOUNT CREDITED TO YOUR ACCOUNT
80,615.64
68,156,271.58

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SQ BLDG B
WESTPORT          CT   06880

| PAGE | 1 |

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *****3643

YOUR ACCOUNT NUMBER: 1-ZB085-4-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 718,704.00 |
| 11/12 | | 257 | 45113 | S & P 100 INDEX | 15.800 | | 405,803.00 |
| 11/12 | 257 | | 49439 | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | 17.800 | 457,717.00 | |
| 11/19 | | 257 | 35543 | NOVEMBER 450 PUT | | | |
| | | | | S & P 100 INDEX | 26.... | | 667,943.00 |
| 11/19 | 257 | | 39868 | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 30 | 771,257.00 | |
| | | 257 | 42896 | DECEMBER 420 PUT | | | |
| 11/19 | 257 | | | S & P 100 INDEX | 3... | 77,357.00 | |
| | | | | NOVEMBER 460 CALL | | | |
| 11/19 | | 257 | 48518 | S & P 100 INDEX | 37 | | 950,64... |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 1,436,78... |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 257 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | 257 | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |
| | | | | 424,050.00     598,810.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

Claimant: *John Denver Concerts Inc. Pension Plan Trust (Account no. 1ZB085)*

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information.  The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. During the lifetime of the account, the Claimant may have contributed and/or withdrawn sums of money.  The Claimant's final account balance set forth in Exhibit A takes into account any such contributions and/or withdrawals.  Claimant continues to search for additional documents relating to such contributions or withdrawals and reserves the right to supplement this submission if additional documents are found.

13. The Claimant submits herewith documents in support of the Claimant's claim.  The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry.  The Claimant further reserves the right to supplement this submission, including the submission of additional documents if deemed necessary.  Below is a list of the documents submitted herewith:

## 2008

- BMIS account statements for time period ending 11/30/08.
- BMIS account statements for time period ending 10/31/08.
- BMIS account statements for time period ending 09/30/08.

# EXHIBIT C

# JOHN DENVER CONCERTS, INC.

## PENSION PLAN TRUST

(as Amended and Restated effective January 1, 2002)

Krass, Snow & Schmutter, P.C.
419 Park Avenue South
New York, New York  10016

F:\WORD-D\DENVER_JP\MP 2008.doc

THIS AGREEMENT made this *31* day of *July*, 2008 by
WINDSTAR RECORDS, INC., a corporation, and HAROLD A. THAU, as Trustee;

## W I T N E S S E T H:

WHEREAS, the Company instituted a money purchase pension plan and trust, effective April 1, 1974, and is desirous of completely amending and restating such plan and trust to comply with the provisions of the Economic Growth and Tax Relief Reconciliation Act of 2001 (EGTRRA), the Job Creation and Worker Assistance Act of 2002 (JCWAA) and all other legislation, rulings and regulations affecting Qualified plans and trusts; and

WHEREAS, it is the intention of the Company that the money purchase pension plan and trust shall be approved under Sections 401 and 501 of the Code and the regulations issued pursuant thereto as a Qualified plan and trust; and

WHEREAS, the Company has authorized the adoption of this Agreement;

NOW, THEREFORE, effective January 1, 2002, except as otherwise required by law or as otherwise provided herein, the Company does hereby amend, restate and reestablish "JOHN DENVER CONCERTS, INC. PENSION PLAN TRUST"; and, in consideration of the premises and of the mutual covenants herein contained, the parties hereto agree as follows:

F:\WORD\-D\DENVER_NPMP 2008.doc

# ARTICLE I

## Purpose

**1.1    Restatement of Plan.** The Company hereby amends, restates and reestablishes its money purchase pension plan and trust for the exclusive benefit of those Employees who qualify as Participants hereunder and for their Beneficiaries, and this Agreement shall be interpreted in a manner consistent with the Plan and Trust being Qualified under the Code.

**1.2    No Additional Rights.** This Agreement shall not be construed as giving any Employee, or any other person, any right, legal or equitable, against the Company or any Administrator, Fiduciary or Trustee or against the principal or income of the Trust Fund, except as provided by law or as specifically provided for in this Agreement. This Agreement shall not be deemed to constitute a contract of employment or otherwise between the Company and any Participant or to be a consideration for, or an inducement or condition of, any employment. Nothing contained herein shall be deemed to give any Participant the right to be retained in the service of the Company or to interfere with the right of the Company to discharge any Participant at any time.

**1.3    Exclusive Benefit.** It shall be impossible, except as provided below, for any part of the principal or income of the Trust Fund to be used for or diverted to purposes other than for the exclusive benefit of the Participants and their Beneficiaries:

(a)    Each contribution made hereunder shall be conditioned upon the deductibility thereof under Code Section 404; and, to the extent the deduction shall be disallowed, the disallowed amount shall be returned to the Company within one (1) year after such disallowance if the Company shall make request therefor.

(b)    If a contribution by the Company shall be made, in whole or in part, by reason of a mistake of fact, the amount of such mistaken contribution shall be returned to the Company within one (1) year after payment thereof if the Company shall make request therefor.

# ARTICLE II

## Definitions

2.1    "<u>Account Balance</u>."  The value of an account established under the Plan as of the Valuation Date coincident with or preceding the date of determination.

2.2    "<u>Administrator</u>."  The Company or one (1) or more persons designated by the Board to act in such capacity.

2.3    "<u>Affiliated Employer</u>."  The Company and any corporation which is a member of a controlled group of corporations (as defined in Code Section 414(b)) which includes the Company; any trade or business (whether or not incorporated) which is under common control (as defined in Code Section 414(c)) with the Company; any organization (whether or not incorporated) which is a member of an affiliated service group (as defined in Code Section 414(m)) which includes the Company; and any other entity required to be aggregated with the Company pursuant to Code Section 414(o).

2.4    "<u>Agreement</u>."  This instrument including all amendments thereto.

2.5    "<u>Annuity Starting Date</u>."  The first day of the first period for which an amount is paid as an annuity or in any other form.

2.6    "<u>Beneficiary</u>."  Any person, estate or trust entitled to receive a payment from the deceased Participant's Company Account or Participant Account.

2.7    "<u>Board</u>."  In the case of a corporation, its Board of Directors; in the case of a partnership, its managing partners; and, in the case of a proprietorship, the sole proprietor.

2.8    "<u>Code</u>."  The Internal Revenue Code of 1986, together with all amendments thereto.

2.9    "<u>Company</u>."  Each entity which executes this Agreement, including any successor which may assume the obligations of this Agreement and any Participating Company as set forth in Article XIV.

2.10    "<u>Company Account</u>."  The account established and maintained for each Participant with respect to his interest in the Plan and Trust derived from Company contributions and Forfeitures.

2.11    "<u>Considered Compensation</u>."  The Participant's total remuneration for the Plan Year from the Company, inclusive of bonuses, overtime pay, and commissions, but exclusive of reimbursements for expenses and amounts paid or accrued with respect to the Plan or any other Qualified plan adopted by the Company.  Considered Compensation shall include Employer contributions made pursuant to a cash or deferred arrangement or salary reduction agreement which are not includible in the gross income of the Participant by reason of the application of Code Sections 125, 132(f), 402(e)(3), 401(k)(2), 402(h)(1)(B) or 403(b).  For any

IN WITNESS WHEREOF, the Company has caused its corporate seal to be hereunto affixed and these presents to be signed by its duly authorized officer, and the Trustee has hereunto set his hand and seal.

CORPORATE SEAL

WINDSTAR RECORDS, INC.

By: _____
President

ATTEST:

_____
Secretary

_____
HAROLD A. THAU, Trustee

F:\WORD-D\DENVER_IP\MP 2008.doc

# DOCUMENTS SUBMITTED WITH THE CLAIM OF

# JOHN DENVER CONCERTS INC. PENSION PLAN TRUST

# (Account no. 1ZB085)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST
25 SYLVAN RD SQ BLDG B
WESTPORT          CT    06880

YOUR ACCOUNT NUMBER: 1-ZB085-3-0
PERIOD ENDING: 9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******3643
PAGE: 1

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | 06880 | BALANCE FORWARD | | 265,747.79 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 1,349.95 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 3,155.60 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | | 3,146.60 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | | 4.36 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | | 3,185.00 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | | 752.64 |
| 9/10 | | 5,802 | 84749 | FIDELITY SPARTAN U S TREASURY BILL DUE 10/16/2008 | 1 | | 5,802.00 |
| 9/10 | | 25,000 | 86028 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 99.848 | | 24,962.00 |
| 9/10 | 9,992 | | 89853 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 10/16/2008 | 1 | 9,992.00 | |
| 9/11 | 100,000 | | 91187 | U S TREASURY BILL DUE 12/18/2008 | 99.559 | 99,559.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT        CT    06880

| PERIOD ENDING | YOUR TAXPAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 9/30/08 | *******3643 | 2 |

YOUR ACCOUNT NUMBER  1-ZB085-3-0

| DATE | BOUGHT RECEIVED OR INTO YOUR ACCOUNT | SOLD DELIVERED OR OUT OF YOUR ACCOUNT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/11 | | | | MICROSOFT CORP | DIV | | 2,134.44 |
| 9/11 | 205 | | 95012 | DIV 8/21/08   9/11/08 | 1 | 205.00 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/16 | | | | MCDONALDS CORP | DIV | | 1,029.00 |
| | | | | DIV 9/02/08   9/16/08 | | | |
| 9/17 | 3,604 | | 11004 | ORACLE CORPORATION | 19.310 | 69,069.24 | |
| 9/17 | 2,156 | | 12199 | APPLE INC | 150.770 | 324,977.12 | |
| 9/17 | 3,920 | | 15302 | PEPSICO INC | 72.460 | 283,887.20 | |
| 9/17 | 3,724 | | 16497 | ABBOTT LABORATORIES | 58.960 | 219,919.04 | |
| 9/17 | 6,456 | | 19600 | PFIZER INC | 18.360 | 301,621.04 | |
| 9/17 | 6,468 | | 20760 | AMERICAN INTL GROUP INC | 15.290 | 98,637.72 | |
| 9/17 | 7,448 | | 23898 | PROCTER & GAMBLE CO | 72.780 | 541,768.44 | |
| 9/17 | 2,744 | | 25045 | AMGEN INC | 63.320 | 173,641.08 | |
| 9/17 | 5,096 | | 28196 | PHILLIP MORRIS INTERNATIONAL | 54.170 | 275,847.32 | |
| 9/17 | 14,564 | | 29342 | BANK OF AMERICA | 26.040 | 381,612.56 | |
| 9/17 | 3,920 | | 32494 | QUALCOMM INC | 48.390 | 189,532.80 | |
| 9/17 | 13,524 | | 33640 | CITI GROUP INC | 18.220 | 245,867.28 | |
| 9/17 | 2,940 | | 36792 | SCHLUMBERGER LTD | 87.210 | 256,280.40 | |
| 9/17 | 3,724 | | 37938 | CONOCOPHILLPS | 72.510 | 269,879.24 | |
| 9/17 | 14,896 | | 41090 | AT&T INC | 31.370 | 466,692.52 | |
| 9/17 | 14,504 | | 42236 | CISCO SYSTEMS INC | 23.050 | 333,737.20 | |
| 9/17 | 22,548 | | 45370 | UNITED PARCEL SVC INC | 67.860 | 172,806.28 | |
| | | | | CLASS B | | | |
| 9/17 | 4,900 | | 46534 | CHEVRON CORP | 83.210 | 407,533.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC.
PENSION PLAN TRUST
25 SYLVAN RD SO BLDG B
WESTPORT    CT    06880

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX IDENTIFICATION NUMBER |
|---|---|---|---|
| 3 | 9/30/08 | 1-ZB085-3-0 | *****3643 |

| DATE | BOUGHT RECEIVED/DELIVERED | SOLD DELIVERED/SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | | 2,352 | 49616 | UNITED TECHNOLOGIES CORP | 63.720 | | 149,775.44 |
| 9/17 | | 24,500 | 50832 | GENERAL ELECTRIC CO | 27.440 | | 671,300.00 |
| 9/17 | | 7,056 | 53907 | VERIZON COMMUNICATIONS | 34.570 | | 243,643.92 |
| 9/17 | | 588 | 55130 | GOOGLE | 432.200 | | 254,110.60 |
| 9/17 | | 8,428 | 58205 | WELLS FARGO & CO NEW | 33.390 | | 281,073.92 |
| 9/17 | | 980 | 59428 | GOLDMAN SACHS GROUP INC | 154.700 | | 151,567.00 |
| 9/17 | | 5,684 | 62503 | WAL-MART STORES INC | 62.470 | | 354,852.48 |
| 9/17 | | 6,076 | 63726 | HEWLETT PACKARD CO | 46.880 | | 284,599.88 |
| 9/17 | | 12,740 | 66801 | EXXON MOBIL CORP | 76.080 | | 968,750.20 |
| 9/17 | | 3,332 | 68024 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 395,708.60 |
| 9/17 | | 14,112 | 72232 | INTEL CORP | 19.970 | | 281,252.64 |
| 9/17 | | 6,996 | 76620 | JOHNSON & JOHNSON | 71.150 | | 497,815.00 |
| 9/17 | | 8,624 | 80917 | J.P. MORGAN CHASE & CO | 40.930 | | 352,636.32 |
| 9/17 | | 4,900 | 85215 | COCA COLA CO | 53.790 | | 263,375.00 |
| 9/17 | | 2,764 | 89513 | MCDONALDS CORP | 64.430 | | 176,686.92 |
| 9/17 | | 5,292 | 93811 | MERCK & CO | 34.160 | | 180,563.72 |
| 9/17 | | 19,404 | 98109 | MICROSOFT CORP | 27.420 | | 531,281.68 |
| 9/17 | 11,575,000 | | 85319 | U S TREASURY BILL DUE 2/12/2009 | 99.511 | 11,518,398.25 | |
| 9/17 | 13,370 | | 89617 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,370.00 | |
| 9/19 | | | | AMERICAN INTL GROUP INC DIV 9/05/08 9/19/08 | DIV | | 1,422.96 |
| 9/26 | | | | BANK OF AMERICA DIV 9/05/08 9/26/08 | DIV | | 7,400.96 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT            CT   06880

PERIOD ENDING: 9/30/08
YOUR ACCOUNT NUMBER: 1-ZB085-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3643
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | | | QUALCOMM INC DIV 8/29/08 9/26/08 | DIV | | 627.20 |
| 9/30 | | | | PEPSICO INC DIV 9/05/08 9/30/08 | DIV | | 1,565.00 |
| 9/30 | 23,870 | | 97743 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,870.00 | |
| | | | | NEW BALANCE | | 719,703.53 | |
| | | | | SECURITY POSITIONS | | | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 47,437 | | | U S TREASURY BILL DUE 12/18/2008 | 99.941 | | |
| | 100,000 | | | U S TREASURY BILL DUE 2/12/2009 | 99.610 | | |
| | 11,575,000 | | | MARKET VALUE OF SECURITIES LONG 11,677,235.50 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT                CT   06880

| PAGE | 1 |
| PERIOD ENDING | 9/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *****3643 |
| YOUR ACCOUNT NUMBER | 1-ZB085-4-0 |

| DATE | BOUGHT OR RECEIVED OR LONG | SOLD OR DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 265,748.90 |
| 9/10 | 196 | | 74,876 | S & P 100 INDEX | 1.050 | 20,776.00 | |
| 9/11 | 196 | | 79401 | S & P 100 INDEX | 5.100 | | 99,764.6 |
| 9/12 | 196 | | 2408 | SEPTEMBER 600 CALL | 20 | | 392,804. |
| | | | | S & P 100 INDEX | | | |
| | | | | SEPTEMBER 590 PUT | | | |
| 9/17 | | 196 | 6706 | S & P 100 INDEX | .900 | 17,836.00 | |
| | | | | SEPTEMBER 600 CALL | | | |
| | | | | NEW BALANCE | | | 738,705 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST
25 SYLVAN RD SO BLDG B
WESTPORT          CT   06880

PAGE 1
PERIOD 10/31/08
YOUR ACCOUNT NUMBER ******3643
YOUR ACCOUNT NO. 1-ZB085-3-0

| DATE | BOUGHT OR RECEIVED | SOLD OR DELIVERED | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 718,703.53 | |
| 10/01 | | | | COCA COLA CO | DIV | | 1,362.00 |
| 10/01 | | | | DIV 9/15/08 10/01/08 HEWLETT PACKARD CO | DIV | | 486.08 |
| 10/01 | | | | DIV 9/10/08 10/01/08 MERCK & CO | DIV | | 2,010.96 |
| 10/03 | | | | DIV 9/05/08 10/03/08 SCHLUMBERGER LTD | DIV | | 617.40 |
| 10/10 | | | | DIV 9/03/08 10/03/08 PHILLIP MORRIS INTERNATIONA | DIV | | 2,765.34 |
| 10/31 | | 7,728 | 10238 | DIV 9/15/08 10/10/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,728.00 | |
| | | | | NEW BALANCE | | 718,703.25 | |
| | 55,165 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 100,000 | | | U S TREASURY BILL DUE 12/18/2008 | 99.923 | | |
| | 11,575,000 | | | U S TREASURY BILL DUE 2/12/2009 | 99.879 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | 11,716,082.25 | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION·PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT         CT  06880

PAGE 1

PERIOD ENDING 10/31/08

*******3643

YOUR ACCOUNT NUMBER 1-ZB085-4-0

| AMOUNT CREDITED TO YOUR ACCOUNT | AMOUNT DEBITED TO YOUR ACCOUNT | PRICE OR SYMBOL | DESCRIPTION | TRN | SOLD OR BALANCE FORWARD | BOUGHT OR RECEIVED IN | DATE |
|---|---|---|---|---|---|---|---|
| 718,704.00 | | | BALANCE FORWARD | | | | |
| 718,704.00 | | | NEW BALANCE | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-2424
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST
25 SYLVAN RD SQ BLDG B
WESTPORT            CT  06880

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX IDENTIFICATION NUMBER |
|---|---|---|---|
| 1 | 11/30/08 | 1-ZB085-3-0 | *****3643 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 718,703.25 |  |
| 11/12 | 10,794 |  | 1352 | WELLS FARGO & CO NEW | 29.800 | 322,092.20 |  |
| 11/12 | 7,710 |  | 1854 | HEWLETT PACKARD CO | 34.900 | 269,387.00 |  |
| 11/12 | 6,682 |  | 5678 | WAL-MART STORES INC | 55.830 | 373,323.06 |  |
| 11/12 | 4,369 |  | 6180 | INTERNATIONAL BUSINESS MACHS | 87.270 | 381,456.63 |  |
| 11/12 | 16,191 |  | 10004 | EXXON MOBIL CORP | 72.880 | 1,180,647.08 |  |
| 11/12 | 17,733 |  | 10506 | INTEL CORP | 14.510 | 258,014.83 |  |
| 11/12 | 8,481 |  | 14832 | JOHNSON & JOHNSON | 59.580 | 505,636.98 |  |
| 11/12 | 11,565 |  | 19157 | J.P. MORGAN CHASE & CO | 38.530 | 449,061.45 |  |
| 11/12 | 6,168 |  | 23483 | COCA COLA CO | 44.660 | 275,708.88 |  |
| 11/12 | 3,598 |  | 27809 | MCDONALDS CORP | 55.370 | 199,364.26 |  |
| 11/12 | 6,682 |  | 32135 | MERCK & CO | 28.550 | 191,038.16 |  |
| 11/12 | 24,415 |  | 36461 | MICROSOFT CORP | 21.810 | 533,467.15 |  |
| 11/12 | 12,336 |  | 40787 | ORACLE CORPORATION | 17.300 | 213,905.80 |  |
| 11/12 | 2,827 |  | 53765 | PEPSICO INC | 56.410 | 285,018.03 |  |
| 11/12 | 20,817 |  | 54267 | APPLE INC | 106.780 | 353,471.98 |  |
| 11/12 | 4,883 |  | 58091 | PFIZER INC | 16.940 | 266,855.63 |  |
| 11/12 | 9,252 |  | 58593 | ABBOTT LABORATORIES | 54.610 | 593,238.16 |  |
| 11/12 | 3,341 |  | 62417 | PROCTER & GAMBLE CO | 64.080 | 197,786.56 |  |
| 11/12 | 6,425 |  | 62919 | AMGEN INC | 59.160 | 280,387.00 |  |
| 11/12 | 15,420 |  | 66743 | PHILIP MORRIS INTERNATIONAL | 43.600 | 333,533.60 |  |
| 11/12 | 5,140 |  | 67245 | BANK OF AMERICA | 21.590 | 173,782.80 |  |
| 11/12 | 16,705 |  | 71069 | QUALCOMM INC | 33.770 | 209,647.55 |  |
| 11/12 |  |  | 71571 | CITI GROUP INC | 12.510 |  |  |
|  |  |  |  | CONTINUED ON PAGE 2 |  |  |  |

| MADOF | BERNARD L. MADOFF |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

**PERIOD ENDING:** 11/30/08  
**PAGE:** 2  
**YOUR ACCOUNT NUMBER:** 1-ZB085-3-0  
**YOUR TAX PAYER IDENTIFICATION NUMBER:** ******3643

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 3,855 | | 75395 | SCHLUMBERGER LTD | 49.480 | 190,899.40 | |
| 11/12 | 9,252 | | 75897 | COMCAST CORP | 16.510 | 153,120.52 | |
| | | | | CL A | | | |
| 11/12 | 18,247 | | 79721 | AT&T INC | 27 | 493,398.00 | |
| 11/12 | 4,626 | | 80223 | CONOCPHILLIPS | 52.510 | 243,096.26 | |
| 11/12 | 3,084 | | 84047 | UNITED PARCEL SVC INC | 52.040 | 160,614.36 | |
| | | | | CLASS B | | | |
| 11/12 | 18,761 | | 84549 | CISCO SYSTEMS INC | 16.730 | 314,621.53 | |
| 11/12 | 5,397 | | 88373 | U S BANCORP | 29.530 | 159,588.41 | |
| 11/12 | 6,425 | | 88875 | CHEVRON CORP | 73.430 | 472,044.75 | |
| 11/12 | 3,084 | | 92699 | UNITED TECHNOLOGIES CORP | 53.160 | 164,068.44 | |
| 11/12 | 32,639 | | 93201 | GENERAL ELECTRIC CO | 19.630 | 642,008.57 | |
| 11/12 | 8,738 | | 97025 | VERIZON COMMUNICATIONS | 30.410 | 266,071.58 | |
| 11/12 | 771 | | 97527 | GOOGLE | 337.400 | 260,165.40 | |
| 11/12 | | 100,000 | 20220 | U S TREASURY BILL | 99.942 | | 99,942.00 |
| | | | | DUE 12/18/2008 | | | |
| 11/12 | | 11,575,000 | 23958 | U S TREASURY BILL | 99.936 | | 11,567,592.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 45.10 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 55,165 | | 19062 | DIV 11/22/08 | 1 | | 55,165.00 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PENSION PLAN TRUST
25 SYLVAN RD SO BLDG B
WESTPORT        CT    06880

PAGE 3

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER    *****#3643

YOUR ACCOUNT NUMBER    1-ZB085-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 31,663 | | 28430 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,663.00 | |
| 11/13 | | | | CHECK | CW | 20,000.00 | |
| 11/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/13/08 | DIV | | .56 |
| 11/13 | | 31,663 | 29224 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,663.00 |
| 11/13 | 11,664 | | 29369 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,664.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.22 |
| 11/19 | | 11,664 | 53960 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,664.00 |
| 11/19 | 775,000 | | 58399 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 774,426.50 | |
| 11/19 | 7,210 | | 62996 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 7,210.00 | |
| | | | | NEW BALANCE | | 1,436,761.08 | |
| | 18,247 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

JOHN DENVER CONNECTIS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT        CT    06880

PERIOD ENDING 11/30/08

PAGE 4

YOUR ACCOUNT NUMBER 1-ZB085-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******3643

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,883 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,341 | | | AMGEN INC | 55.540 | | |
| | 2,827 | | | APPLE INC | 92.670 | | |
| | 15,420 | | | BANK OF AMERICA | 16.250 | | |
| | 6,425 | | | CHEVRON CORP | 79.010 | | |
| | 18,761 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 36,705 | | | CITI GROUP INC | 8.290 | | |
| | 6,168 | | | COCA COLA CO | 46.870 | | |
| | 9,252 | | | COMCAST CORP CL A | 17.340 | | |
| | 4,626 | | | CONOCOPHILLIPS | 52.520 | | |
| | 16,191 | | | EXXON MOBIL CORP | 80.150 | | |
| | 32,639 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 771 | | | GOOGLE | 292.960 | | |
| | 7,710 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 17,733 | | | INTEL CORP | 13.800 | | |
| | 44,369 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 11,565 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 8,481 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,598 | | | MCDONALDS CORP | 58.750 | | |
| | 6,682 | | | MERCK & CO | 28.720 | | |
| | 24,415 | | | MICROSOFT CORP | 20.220 | | |
| | 12,336 | | | ORACLE CORPORATION | 16.090 | | |
| | 4,883 | | | PEPSICO INC | 56.700 | | |
| | 20,817 | | | PFIZER INC | 16.430 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222.

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT          CT   06880

PERIOD ENDING: 11/30/08
PAGE: 5

YOUR ACCOUNT NUMBER: 1-ZB085-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******3643

| DATE | BOUGHT (Received on Long) | SOLD (Delivered on Short) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 6,425 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 9,252 | | PROCTER & GAMBLE CO | 64.350 | | |
| | 51,140 | | QUALCOMM INC | 33.570 | | |
| | 3,855 | | SCHLUMBERGER LTD | 50.740 | | |
| | 7,210 | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | 5,397 | | U S BANCORP | | | |
| | 3,084 | | UNITED PARCEL SVC INC | 26.980 | | |
| | | | CLASS B | 57.600 | | |
| | 725,000 | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| | 3,084 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 8,738 | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 6,682 | | WAL-MART STORES INC | 55.880 | | |
| | 10,794 | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | SHORT | | |
| | 12,104,965.78 | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

| PAGE |
|------|
| 6 |

| PERIOD ENDING |
|---------------|
| 11/30/08 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-ZB085-3-0 |

| YOUR TAXPAYER IDENTIFICATION NUMBER |
|-------------------------------------|
| ******3643 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 809,615.64 |
| | | | | GROSS PROCEEDS FROM SALES | | | 68,156,271.59 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN DENVER CONCERTS INC
PENSION PLAN TRUST

25 SYLVAN RD  SO BLDG 8
WESTPORT                 CT    06880

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|------|---------------|--------------------------------------|---------------------|
| 1 | 11/30/08 | *****#3643 | 1-ZB085-4-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 718,704.17 |
| 11/12 | | 257 | 45113 | S & P 100 INDEX | 15.800 | | 405,803.83 |
| 11/12 | 257 | | 49439 | NOVEMBER 460 CALL | 17.800 | 457,717.00 | |
| 11/19 | | 257 | 38543 | S & P 100 INDEX | 26 | | 667,943. |
| 11/19 | 257 | | 39868 | NOVEMBER 450 PUT | | | |
| | | | | S & P 100 INDEX | 30 | 771,257.00 | |
| | | | | DECEMBER 430 CALL | | | |
| 11/19 | 257 | | 44195 | S & P 100 INDEX | 3 | 717,357.00 | |
| | | | | DECEMBER 420 PUT | | | |
| 11/19 | | 257 | 48518 | S & P 100 INDEX | 37 | | 950,644.00 |
| | | | | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 450 PUT | | | 1,436,767. |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 257 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 424,050.00 | | | |
| | | | | SHORT | | | |
| | | | | 598,810.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES