Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for the Miller Trust Partnership, the Alice G. Miller Marital Trust, the Alice G. Miller Exemption Trust, and the Martin Miller Living Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

I, Lourdes Blanco, hereby certify that on November 10, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Miller Trust Partnership, the Alice G. Miller Marital Trust, the Alice G. Miller Exemption Trust, and the Martin Miller Living Trust to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

November 10, 2009

                         */s/ Lourdes Blanco*

1096576.1