## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Potamkin Family Foundation I, Inc.
Mailing Address: 130 Spruce Street, Suite 30B
City: Philadelphia    State: Pennsylvania    Zip: 19106
Account No.: 1-P0107-3-0 and 1-P0107-4-0
Taxpayer I.D. Number (Social Security No.): __ Redacted

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $____N/A____
    b. I owe the Broker a Debit (Dr.) Balance of       $____N/A____
    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.                            $____N/A____
    d. If balance is zero, insert "None."               ____NONE____



502180406                                1

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | NO |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | See Itemized List of Securities Set Forth on the Statement from Bernand L. Madoff Investment Securities dated November 30, 2008, a true and complete copy of which is attached hereto as Schedule I and incorporated herein by this reference. | | |
| _____ | THE NET VALUE OF SECURITIES OWED TO ME IS $3,467,880.96 | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Itemized List of Deposits and Withdrawals, if any, attached hereto as Schedule II and incorporated herein by reference. **Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.**
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406        2

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | YES<br>Bernard L. Madoff<br>885 Third Avenue<br>New York, NY 10022<br>~~(212) 230-2424~~ |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | NO |

Please list the full name and address of anyone assisting you in the preparation of this claim form: John P. Hickey, Esquire
130 Spruce Street, Ste 30B, Philadelphia PA   19106

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

*each of 6 pages initialed RP*

Date __2/27/09__    Signature __Robert M Potamkin__
Robert M. Potamkin, Co-Chairman

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History                            Entity Name Search

# Detail by Entity Name

## Florida Non Profit Corporation
POTAMKIN FAMILY FOUNDATION I, INC.

## Filing Information
Document Number  N02000000753
FEI Number       030387456
Date Filed       01/30/2002
State            FL
Status           ACTIVE

## Principal Address
6600 COWPEN ROAD
200
MIAMI LAKES FL 33014

Changed 04/25/2006

## Mailing Address
6600 COWPEN ROAD
200
MIAMI LAKES FL 3301-4

Changed 04/25/2006

## Registered Agent Name & Address
HICKEY, JOHN ESQ
6600 COWPEN ROAD
200
MIAMI LAKES FL 33014 US

Name Changed: 04/25/2006

Address Changed: 04/25/2006

## Officer/Director Detail
**Name & Address**

Title CHMN

POTAMKIN, ROBERT
6600 COWPEN ROAD
MIAMI LAKES FL 33014

Title CHMN

POTAMKIN, ALAN H
6600 COWPEN ROAD
MIAMI LAKES FL 33014

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 04/25/2006 |
| 2007 | 02/12/2007 |
| 2008 | 05/01/2008 |

SCHEDULE I
TO
CUSTOMER CLAIM
WITH RESPECT TO
BERNARD L. MADOFF INVESTMENT SECURITIES LLC
FILED BY POTAMKIN FAMILY FOUNDATION I, INC.
<u>ACCOUNT NUMBERS 1-P0107-3-0 AND 1-P0107-4-0</u>

SEE ATTACHED STATEMENT DATED NOVEMBER 30, 2008
FROM BERNARD L. MADOFF SECURITIES, LLC

NET VALUE OF SECURITIES OWED TO CLAIMANT
IS AS FOLLOWS:

| | |
|---|---|
| Market Value of Securities Long | $3,518,200.96 |
| Market Value of Securities Long | $ 122,100.00 |
| Market Value of Securities Short | <u>($ 172,420.00)</u> |
| | $3,467,880.96 |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

POTAMKIN FAMILY FDN I INC
ATTN PETER PARIS
798 ELEVENTH AVENUE
NEW YORK          NY 10019

1-P0107-3-0     11/30/08     *****7456     1

| DATE | | | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 234,575.53 |
| 11/12 | | 4,452 | WAL-MART STORES INC | | 55.830 | 107,492.92 |
| 11/12 | | 1,956 | INTERNATIONAL BUSINESS MACHS | | 87.270 | 108,835.66 |
| 11/12 | | 2,442 | JOHNSON & JOHNSON | | 59.580 | 145,591.36 |
| 11/12 | | 3,330 | JPMORGAN CHASE & CO | | 38.530 | 128,437.90 |
| 11/12 | | 1,924 | MERCK & CO | | 28.550 | 55,006.20 |
| 11/12 | | 7,030 | MICROSOFT CORP | | 21.810 | 153,605.30 |
| 11/12 | | 814 | APPLE INC | | 100.786 | 82,066.92 |
| 11/12 | | 5,994 | PFIZER INC | | 16.940 | 101,777.36 |
| 11/12 | | 952 | AMGEN INC | | 59.160 | 56,949.92 |
| 11/12 | | 1,850 | PHILLIP MORRIS INTERNATIONAL | | 43.600 | 80,734.00 |
| 11/12 | | 4,810 | CITI GROUP INC | | 12.510 | 60,365.10 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

POTAMKIN FAMILY FDN I INC
ATTN PETER PARIS
798 ELEVENTH AVENUE
NEW YORK            NY  10019

1-P0107-3-0    11/30/08    *****7456    2

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,110 | | 74169 | SCHLUMBERGER LTD | 49.480 | 54,966.80 | |
| 11/12 | 2,664 | | 74671 | COMCAST CORP | 16.510 | 44,088.66 | |
| | | | | | | | |
| 11/12 | 1,332 | | 78997 | CONOCOPHILIPS | 52.510 | 69,996.32 | |
| 11/12 | 898 | | 82821 | UNITED PARCEL SVC INC | 52.040 | 46,246.92 | |
| | | | 87147 | U S BANCORP | 29.530 | 45,951.62 | |
| 11/12 | 1,554 | | 87635 | CHEVRON CORP | 73.430 | 135,919.50 | |
| | | | 95799 | VERIZON COMMUNICATIONS | 30.410 | 76,651.56 | |
| 11/12 | 2,516 | | 96301 | GOOGLE | 337.400 | 74,910.80 | |
| 11/12 | 722 | | | | | | |
| 10/12 | | | | FIDELITY SPARTAN 2/12/2009 | | | DIV |
| 11/12 | | | | | | | |
| 11/12 | | 26,266 | | | | | |
| 11/12 | 4,534 | 17836 | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | 4,534.00 | |
| 11/19 | | | | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | | | DIV 4.63 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

POTAMKIN FAMILY FDN I INC
ATTN: PETER PARIS
798 ELEVENTH AVENUE
NEW YORK    NY 10019

1-P0107-3-0    11/30/08    ******7456    3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| 11/19 | | | | | | |
|---|---|---|---|---|---|---|
| | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | | | NEW BALANCE | 1 | 441,331.65 | |
| 7,960 | | 61,705 | FIDELITY SPARTAN 3/26/2009 | | 7,960.00 | |
| | 36,066 | 52,667 | | | | 36,056.00 |
| 5,253 | | | ABBOTT LABORATORIES | 52,390 | | |
| 1,406 | | | AMGEN INC | 55,560 | | |
| 962 | | | | | | |
| 1,850 | | | CHEVRON CORP | 79,010 | | |
| 5,402 | | | CISCO SYSTEMS INC | 16,550 | | |
| 2,664 | | | COMCAST CORP CL A | 17,340 | | |
| 9,398 | | | GENERAL ELECTRIC CO | 17,170 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

POTAMKIN FAMILY FDN I INC
ATTN PETER PARIS
798 ELEVENTH AVENUE
NEW YORK          NY   10019

1-P0107-3-0    11/30/08    ******7456    4

| BOUGHT/RECEIVED | SOLD/DELIVERED/SHORT | DESCRIPTION | PRICE |
|---|---|---|---|
| 222 | | GOOGLE | 292.960 |
| 2,220 | | HEWLETT PACKARD CO | 35.280 |
| 3,330 | | INTEL CORP | |
| 2,462 | | INTERNATIONAL BUSINESS MACHINES | |
| | | J.P. MORGAN CHASE & CO | 31.660 |
| 7,030 | | JOHNSON & JOHNSON | 58.580 |
| 3,552 | | | |
| 1,850 | | MICROSOFT CORP | 20.220 |
| 2,664 | | ORACLE CORPORATION | 16.890 |
| | | PHILIP MORRIS INTERNATIONAL | 42.160 |
| | | PROCTER & GAMBLE CO | 64.350 |
| 7,969 | | FIDELITY SPARTAN | |
| | | US TREASURY MONEY MARKET | 1 |
| 888 | | US TREASURY BILL | 99.971 |
| 250,000 | | CLASS B | |
| | | UNITED TECHNOLOGIES CORP | 48.530 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

POTAMKIN FAMILY FDN I INC
ATTN PETER PARIS
798 ELEVENTH AVENUE
NEW YORK        NY  10019

1-P0107-3-0   11/30/08   *****7456   5

| | | |
|---|---|---|
| 2,515 | VERIZON COMMUNICATIONS | 32.650 |
| 1,024 | WAL-MART STORES INC | 55.800 |

MARKET VALUE OF SECURITIES
LONG
SHORT

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

1-P0107-4-0    11/30/08    *****7456    1

POTAMKIN FAMILY FDN I INC
ATTN PETER PARIS
798 ELEVENTH AVENUE
NEW YORK            NY  10019

| DATE | | | | SECURITY POSITIONS | MKT PRICE | | |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 234,576.00 |
| 10/12 | | 74 | 48213 | S & P 100 INDEX NOVEMBER 650 PUT | 17.800 | | 131,794.00 |
| 11/19 | | 74 | 38642 | S & P 100 INDEX DECEMBER 620 PUT | 30 | | 222,074.00 |
| 11/19 | | 74 | 47292 | S & P 100 INDEX NOVEMBER 650 PUT | 37 | | 273,726.00 |
| | | 76 | | MARKET VALUE OF SECURITIES LONG 122,100.00 | 16.500 | SHORT 172,620.00- | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SCHEDULE II
TO
CUSTOMER CLAIM
WITH RESPECT TO
BERNARD L. MADOFF INVESTMENT SECURITIES LLC
FILED BY POTAMKIN FAMILY FOUNDATION I, INC.
ACCOUNT NUMBER 1-P0107-3-0 AND 1-P0107-4-0

SEE ATTACHED CONFIRMATIONS
OF DEPOSITS TO AND WITHDRAWALS FROM THE ACCOUNT.

## DEPOSITS

| | |
|---|---|
| 1998(1) | $1,000,000 |
| 2000(2) | $1,000,000 |

## WITHDRAWALS

| | |
|---|---|
| 2007(1) | $150,000 |
| 2007(2) | $150,000 |
| 2007(3) | $125,000 |
| 2008(4) | $150,000 |
| 2008(5) | $150,000 |
| 2008(6) | $250,000 |
| 2008(7) | $175,000 |
| 2008(8) | $100,000 |
| 2008(9) | $275,000 |
| 2008(10) | $150,000 |
| 2008(11) | $125,000 |

DEPOSITS SIGNIFICANTLY EXCEED WITHDRAWALS

RP



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**  **Next on List**  **Return To List**

**No Events**  **No Name History**

[Entity Name Search]

## Detail by Entity Name

### Florida Non Profit Corporation
POTAMKIN FAMILY FOUNDATION I, INC.

### Filing Information

Document Number  N02000000753
FEI Number       030387456
Date Filed       01/30/2002
State            FL
Status           ACTIVE

### Principal Address

6600 COWPEN ROAD
200
MIAMI LAKES FL 33014

Changed 04/25/2006

### Mailing Address

6600 COWPEN ROAD
200
MIAMI LAKES FL 3301-4

Changed 04/25/2006

### Registered Agent Name & Address

HICKEY, JOHN ESQ
6600 COWPEN ROAD
200
MIAMI LAKES FL 33014 US

Name Changed: 04/25/2006

Address Changed: 04/25/2006

### Officer/Director Detail

Name & Address

Title CHMN

POTAMKIN, ROBERT
6600 COWPEN ROAD
MIAMI LAKES FL 33014

Title CHMN

POTAMKIN, ALAN H
6600 COWPEN ROAD
MIAMI LAKES FL 33014

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 04/25/2006 |
| 2007 | 02/12/2007 |
| 2008 | 05/01/2008 |



# EXHIBIT A TO CLAIM FORM OF
# POTAMKIN FAMILY FOUNDATION I, INC., ACCT. NO. 1PO107

1. The Claim Form and supporting documentation (collectively "Claim Form") was submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. The Claim Form was required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does the Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

*Claim of Potamkin Family Foundation I, Inc., Acct. No. 1PO107*

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documentation contain confidential information. The Claimant has submitted this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Claim Form was submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, the Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submitted documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement the submission, including the submission of additional documents, if deemed necessary.

Please send all correspondence to:

> Matthew A. Kupillas
> Milberg LLP
> One Pennsylvania Plaza
> New York, NY 10119
> Phone: (212) 613-5697
> Fax: (212) 273-4331
>
> Attorney for Potamkin Family Foundation I, Inc.

2

*Claim of Potamkin Family Foundation I, Inc., Acct. No. 1PO107*