## CERTIFICATE OF SERVICE

      I, Jonathan M. Landers, certify that on the 11th day of November, 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Potamkin Family Foundation I, Inc. - 1PO107) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

        Irving H. Picard, Trustee
        c/o Baker Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10011

                                  s/ Jonathan M. Landers