## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Robert Potamkin and Lexie Potamkin Tenants by the Entirety
Mailing Address: 1100 Black Birch Drive
City: Aspen    State: CO    Zip: 81611
Account No: 1PO097
Taxpayer I.D. Number (Social Security No.): Redacted

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of         $_____0_____

    b. I owe the Broker a Debit (Dr.) Balance of         $_____0_____

    c. If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.         $_____N/A_____

    d. If balance is zero, insert "None."         _____None_____

2. Claim for securities as of **December 11, 2008**:

1

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| a.  | The Broker owes me securities | ✓ |  |
| b.  | I owe the Broker securities |  | ✓ |
| c.  | If yes to either, please list below: |  |  |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

See Nov. 30, 2008 1PO097 statements, attached hereto as Exhibit A.

$ 456,030.11 (market value of securities long, per 1PO097-3 statement)

$ 14,850.00 (market value of securities long, per 1PO097-4 statement)

($ 20,970.00) (market value of securities short, per 1PO097-4 statement)

TOTAL:   $ 449,910.11

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

2

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: <u>Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY  10119</u>

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6-18-09    Signature  *Robert Potamkin*
                             Robert Potamkin

Date  6-18-09    Signature  *Lexie Potamkin*
                             Lexie Potamkin

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

# EXHIBIT A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK    NY    10019

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-P0097-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8824
PAGE: 1

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 25,262.78 | |
| 11/12 | 378 | | 118 | WELLS FARGO & CO NEW | 29.800 | 11,279.40 | |
| 11/12 | 270 | | 620 | HEWLETT PACKARD CO | 34.900 | 9,433.00 | |
| 11/12 | 234 | | 4444 | WAL-MART STORES INC | 55.830 | 13,073.22 | |
| 11/12 | 153 | | 4946 | INTERNATIONAL BUSINESS MACHS. | 87.270 | 13,358.31 | |
| 11/12 | 567 | | 8170 | EXXON MOBIL CORP | 72.380 | 41,344.96 | |
| 11/12 | 621 | | 9272 | INTEL CORP | 14.510 | 9,034.71 | |
| 11/12 | 297 | | 13598 | JOHNSON & JOHNSON | 59.580 | 17,706.26 | |
| 11/12 | 405 | | 17823 | J.P. MORGAN CHASE & CO | 38.570 | 15,620.65 | |
| 11/12 | 216 | | 22249 | COCA COLA CO | 44.660 | 9,654.56 | |
| 11/12 | 126 | | 26515 | MCDONALDS CORP | 55.370 | 6,981.62 | |
| 11/12 | 234 | | 30901 | MERCK & CO | 28.550 | 6,689.70 | |
| 11/12 | 855 | | 35227 | MICROSOFT CORP | 21.810 | 18,681.55 | |
| 11/12 | 432 | | 39553 | ORACLE CORPORATION | 17.300 | 7,490.60 | |
| 11/12 | 171 | | 52531 | PEPSICO INC | 56.970 | 9,652.11 | |
| 11/12 | 99 | | 53033 | APPLE INC | 100.780 | 9,980.22 | |
| 11/12 | 729 | | 56857 | PFIZER INC | 16.940 | 12,378.26 | |
| 11/12 | 171 | | 57359 | ABBOTT LABORATORIES | 54.610 | 9,344.31 | |
| 11/12 | 324 | | 61683 | PROCTER & GAMBLE CO | 64.080 | 20,773.92 | |
| 11/12 | 117 | | 61685 | AMGEN INC | 59.160 | 6,925.72 | |
| 11/12 | 225 | | 65509 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 9,819.00 | |
| 11/12 | 540 | | 66011 | BANK OF AMERICA | 21.590 | 11,679.60 | |
| 11/12 | 180 | | 69835 | QUALCOMM INC | 33.770 | 6,085.60 | |
| 11/12 | 585 | | 70337 | CITI GROUP INC | 12.510 | 7,341.35 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC

798 ELEVENTH AVENUE
NEW YORK    NY    10019

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********8824
YOUR ACCOUNT NUMBER: 1-P0097-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 135 | | 74161 | SCHLUMBERGER LTD | 49.480 | 6,684.80 | |
| 11/12 | 324 | | 74663 | COMCAST CORP CL A | 16.510 | 5,361.24 | |
| 11/12 | 639 | | 78487 | AT&T INC | 27 | 17,278.00 | |
| 11/12 | 162 | | 78989 | CONOCOPHILIPS | 52.510 | 8,512.62 | |
| 11/12 | 108 | | 82813 | UNITED PARCEL SVC INC CLASS B | 52.040 | 5,624.32 | |
| 11/12 | 657 | | 83315 | CISCO SYSTEMS INC | 16.730 | 11,017.61 | |
| 11/12 | 189 | | 87139 | U S BANCORP | 29.530 | 5,588.17 | |
| 11/12 | 225 | | 87641 | CHEVRON CORP | 73.430 | 16,530.75 | |
| 11/12 | 108 | | 91465 | UNITED TECHNOLOGIES CORP | 53.160 | 5,745.28 | |
| 11/12 | 1,143 | | 91967 | GENERAL ELECTRIC CO | 19.630 | 22,482.09 | |
| 11/12 | 306 | | 95791 | VERIZON COMMUNICATIONS | 30.410 | 9,317.46 | |
| 11/12 | 27 | | 96293 | GOOGLE | 337.400 | 9,110.80 | |
| 11/12 | | 400,000 | 22728 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 399,744.00 |
| 11/12 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 50.49 |
| 11/12 | 42,121 | | 17828 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 42,121.00 | |
| 11/12 | | 32,515 | 27197 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 32,515.00 |
| 11/19 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.99 |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\* FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK        NY    10019

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*\*\*8824
YOUR ACCOUNT NUMBER: 1-P0097-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 11/19 |  | 32,515 | 52659 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 |  | 32,515.00 |
| 11/19 | 50,000 |  | 57208 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 |  |
| 11/19 | 9,520 |  | 61697 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,520.00 |  |
|  |  |  |  | NEW BALANCE |  | 50,408.07 |  |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  | 639 |  |  | AT&T INC | MKT PRICE 28.560 |  |  |
|  | 171 |  |  | ABBOTT LABORATORIES | 52.390 |  |  |
|  | 117 |  |  | AMGEN INC | 55.540 |  |  |
|  | 99 |  |  | APPLE INC | 92.670 |  |  |
|  | 540 |  |  | BANK OF AMERICA | 16.250 |  |  |
|  | 225 |  |  | CHEVRON CORP | 79.010 |  |  |
|  | 657 |  |  | CISCO SYSTEMS INC | 16.540 |  |  |
|  | 585 |  |  | CITI GROUP INC | 8.290 |  |  |
|  | 216 |  |  | COCA COLA CO | 46.870 |  |  |
|  | 324 |  |  | COMCAST CORP CL A | 17.340 |  |  |
|  | 162 |  |  | CONOCOPHILLIPS | 52.520 |  |  |
|  | 567 |  |  | EXXON MOBIL CORP | 80.150 |  |  |
|  | 1,143 |  |  | GENERAL ELECTRIC CO | 17.170 |  |  |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK    NY    10019

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8824
YOUR ACCOUNT NUMBER: 1-P0097-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 27 | | | GOOGLE | 292.960 | | |
| | 270 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 621 | | | INTEL CORP | 13.800 | | |
| | 153 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 405 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 297 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 126 | | | MCDONALDS CORP | 58.750 | | |
| | 234 | | | MERCK & CO | 26.720 | | |
| | 855 | | | MICROSOFT CORP | 20.220 | | |
| | 432 | | | ORACLE CORPORATION | 16.090 | | |
| | 171 | | | PEPSICO INC | 56.700 | | |
| | 729 | | | PFIZER INC | 16.430 | | |
| | 225 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 324 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 180 | | | QUALCOMM INC | 33.570 | | |
| | 135 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 9,520 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 189 | | | U.S. BANCORP | 26.980 | | |
| | 108 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U.S. TREASURY BILL DUE 03/26/2009 - 3/26/2009 | 99.971 | | |
| | 108 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK    NY    10019

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8824
YOUR ACCOUNT NUMBER: 1-P0097-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 306 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 234 | | | WAL-MART STORES INC. | 55.880 | | |
| | 378 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG           SHORT | | | |
| | | | | 456,030.11 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK    NY    10019

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8824
YOUR ACCOUNT NUMBER: 1-P0097-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,995.75 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,428,024.34 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ROBERT POTAMKIN
PETER PARIS
POTAMKIN CADILLAC
798 ELEVENTH AVENUE
NEW YORK   NY   10019

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8824
YOUR ACCOUNT NUMBER: 1-P0097-4-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 25,263.00 |
| 11/12 | | 9 | 43879 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 14,211.00 |
| 11/12 | 9 | | 48205 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 16,029.00 | |
| 11/19 | | 9 | 34309 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 23,391.00 |
| 11/19 | 9 | | 38634 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 27,009.00 | |
| 11/19 | | 9 | 42959 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 2,709.00 | |
| 11/19 | | 9 | 47284 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 33,291.00 |
| | | | | NEW BALANCE | | | 50,409.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG           SHORT -14,850.00     -20,970.00 | | | |

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

Claimant: *Robert Potamkin and Lexie Potamkin Tenants by the Entirety (Account no. 1PO097)*

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. During the lifetime of the account, the Claimant may have contributed and/or withdrawn sums of money. The Claimant's final account balance set forth in Exhibit A takes into account any such contributions and/or withdrawals. Claimant continues to search for additional documents relating to such contributions or withdrawals and reserves the right to supplement this submission if additional documents are found.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents if deemed necessary. Below is a list of the documents submitted herewith:

**2008**

- BMIS account statements for time period ending 11/30/08.

Claimant: *Robert Potamkin and Lexie Potamkin Tenants by the Entirety (Account no. 1PO097)*    2