## CERTIFICATE OF SERVICE

      I, Jonathan M. Landers, certify that on the 11th day of November, 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Robert Potamkin and Lexie Potamkin - 1PO097) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via Federal Express:

      Irving H. Picard, Trustee  
      c/o Baker Hostetler LLP  
      45 Rockefeller Plaza  
      New York, New York 10011

      s/ Jonathan M. Landers