## CERTIFICATE OF SERVICE

  I, Jonathan M. Landers, certify that on the 11th day of November, 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Jerry Guberman Trust Dated 12/23/93 - 1ZA407) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

    Irving H. Picard, Trustee
    c/o Baker Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10011

            s/ Jonathan M. Landers