# EXHIBIT B

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax & Neville, LLP_
_(212) 696-1999_

HOME: _____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1ZB293
ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK, NY  10021

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of            $ _____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of               $ __0·N/A__

502180406                                    1

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                 $     *0*

d.   If balance is zero, insert "None."      *0*

2.   Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *Please see the attached November 30, 2008 account Statement at Exhibit A.* | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406

2

information regarding any withdrawals you have ever made or payments received
from the Debtor.

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                                         ✓
      so, give name of that broker.                           _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: Brian J. Neville, Esq., Lax & Neville, LLP,
      1412 Broadway, Suite 1407, New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  2/5/09                    Signature  Rose B. Less

Date  _____          Signature  _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE
BRENT A. BURNS
DAVID S. RICH

SANDRA P. ESPINOSA

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

## EXPEDITED REQUEST

February 12, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Rose Less /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Rose Less and has assisted her in preparation of her Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Claim Form. Enclosed herein you will find a completed Claim Form for Rose Less's account. Additionally, below is a description of the relationship between Rose Less and Madoff Securities. The statements made in this letter are true and accurate to best of our knowledge and belief, and are being provided to support Rose Less's SIPC claims.

We respectfully request that the Less's SIPC Claim Form be handled in an expedited manner. Rose Less is 88 years old and is married to Jack Less, who is 91 years old. Rose and Jack Less have been married for 69 years and live in a rent stabilized apartment in New York

# LAX
## NEVILLE

Irving H. Picard
February 12, 2009
Page 2 of 3

City. Rose and Jack do not have any assets, other than their used car. Their bank accounts are depleted, and their only current source of income is social security benefits. The funds in Rose Less's account were the Less's only retirement funds. The Less's exemplify the severity, scope and hardship caused by the Madoff fraud. Please, any expedited determination of this claim is greatly appreciated.

In or about 1993, Rose Less opened an account with Madoff Securities. Rose Less only has records of her Madoff Securities account for the year 2008. Attached hereto at Exhibit A are Madoff Securities account statements for 2008. Rose made withdrawals from her account in the amount of $150,000 in 2008. Attached hereto at Exhibit B are Madoff Securities debit memo slips for the year 2008. Rose Less's monthly Madoff Securities account statement for November 30, 2008 shows a balance of $797,352.89. *See* the November 30, 2008 account statement at Exhibit A. Also attached at Exhibit C are 2008 trade confirmations, which list SIPC membership, for Rose Less's account. Rose Less has paid to the IRS all appropriate capital gains taxes that resulted from her Madoff Securities account.

Rose Less received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing she held securities in her account. Based upon the account statements and confirmations, Rose Less at all times expected to have those securities in her account. The balance in Rose Less's account as of the filing date is $797,352.89. *See* the November 30, 2008 account statement at Exhibit A.

# LAX
# NEVILLE

Irving H. Picard
February 12, 2009
Page 3 of 3

## **CONCLUSION**

Rose Less is seeking the full protection of SIPA for her account as follows:

- Account No: 1-ZB293-3-0          Rose Less

                                        Total = **$797,352.89**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By:  *Brian Neville /see*
     Brian J. Neville

ENC.

# EXHIBIT A



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK      NY    10021

PERIOD ENDING: 1/31/08    PAGE: 1
YOUR ACCOUNT NUMBER: 1-Z3293-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: *******1842

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | |
| 1/02 | | | | CHECK | CN | | .94 |
| 1/02 | | | | FIDELITY SPARTAN | DIV | 30,000.00 | .54 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 01/02/08 | | | |
| 1/02 | | | | HEWLETT PACKARD CO | DIV | | 31.68 |
| | | | | DIV 1/31/07 1/02/08 | | | |
| 1/02 | | | | MERCK & CO. | DIV | | 127.68 |
| | | | | DIV 12/07/07 1/02/08 | | | |
| 1/02 | | | | PEPSICO INC | DIV | | 94.50 |
| | | | | DIV 12/07/07 1/02/08 | | | |
| 1/02 | | | | WAL-MART STORES INC | DIV | | 81.84 |
| | | | | DIV 12/24/07 1/02/08 | | | |
| 1/02 | | 3,017 | 80940 | U S TREASURY MONEY MARKET | 1 | | 3,017.00 |
| 1/02 | | 50,000 | 81353 | U S TREASURY BILL | 99.185 | | 49,592.50 |
| | | | | DUE 04/03/2008 | | | |
| | | | | 4/03/2008 | | | |
| 1/02 | 22,630 | | 83944 | FIDELITY SPARTAN | 1 | 22,630.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/03 | | | | UNITED PARCEL SVC INC | DIV | | 65.52 |
| | | | | CLASS B | | | |
| | | | | DIV 12/19/07 1/03/08 | | | |
| 1/04 | | | | SCHLUMBERGER LTD | DIV | | 35.60 |
| | | | | DIV 12/05/07 1/04/08 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

YOUR ACCOUNT NUMBER: 1-78293-3-0
PERIOD ENDING: 1/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1841
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 1/31 | 434 | | 4444 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 434.00 | |
| | | | | NEW BALANCE | | | .99 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 23,044 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 800,000 | | | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.692 | | |
| | | | | MARKET VALUE OF SECURITIES  LONG 820,586.00  SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE APT #18A
NEW YORK    NY    10021

| PAGE | 3 |
| PERIOD ENDING | 1/31/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *******1841 |
| YOUR ACCOUNT NUMBER | 1-ZB293-3-0 |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | T.FN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 435.36 |
| | | | | GROSS PROCEEDS FROM SALES | | | 49,592.50 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

Page 1

Date 2/29/08

Your Account Number 1-ZR293-3-0

Account Number ******1861

| DATE | BOUGHT—RECEIVED | SOLD—DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 5,000,000 |
| 2/11 | 5,000 | | 5734 | CHECK | CK | 5,000,000 | |
| 2/11 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS: | MKT PRICE | | |
| | 28,044 | | | FIDELITY SPARTAN | 1 | | |
| | 800,000 | | | U.S. TREASURY BILL DUE 04/03/2008 | 99.813 | | |
| | | | | U.S. TREASURY BILL 4/03/2008 LONG | | | |
| | | | | MARKET VALUE OF SECURITIES SHORT 826,548.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK        NY  10021

| DATE | BOUGHT /<br>RECEIVED OR LONG | SOLD /<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 53,430 |
| | | | | GROSS PROCEEDS FROM SALES | | | 49,592,550 |

PAGE **2**
PERIOD ENDING **2/29/08**
YOUR TAX/PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*1861**
YOUR ACCOUNT NUMBER **1-ZB293-3-0**

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

PERIOD ENDING: 3/31/08

PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZB293-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******1841

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | .90 |
| 3/19 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 03/19/08 | DIV | | 146.99 |
| 3/19 | 28,044 | | 28198 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 28,944.00 |
| 3/19 | 800,000 | | 32286 | U.S. TREASURY BILL DUE 04/03/2008 | 99.954 | | 799,632.00 |
| 3/19 | 825,000 | | 36989 | U.S. TREASURY BILL DUE 7/31/2008 | 99.976 | 825,782.00 | |
| 3/19 | 6,321 | | 41336 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 6,321.00 | |
| | | | | NEW BALANCE | | | .39 |
| | 6,321 | | | SECURITY POSITIONS FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 825,000 | | | U.S. TREASURY BILL DUE 7/31/2008 | 99.546 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 821,815.30 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK    NY   10021

3/31/08

PAGE 2

1-Z8293-3-0

********1841

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

SEP .85
8,497,724.19

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 4/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********1841

YOUR ACCOUNT NUMBER 1-ZB293-3-0

945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

PLEASE LESS

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| /03 | | | 1439 | CHECK | CK | | 30,000.00 |
| /03 | | | 4708 | FIDELITY SPARTAN DIV 04/03/08 | DIV | | |
| /03 | 6,321 | | 46833 | FIDELITY SPARTAN | 1 | | 6,321.00 |
| /03 | 825,000 | | 47237 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 7/31/2008 | 99.540 | | 821,205.00 |
| /03 | 800,000 | | 47020 | U S TREASURY BILL DUE 9/04/2008 | 99.363 | | 794,904.00 |
| /03 | 2,626 | | 48143 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 2,626.00 |
| /04 | 156 | | 726 | UNITED TECHNOLOGIES CORP | 69.570 | 10,858.92 | |
| /04 | 312 | | 3961 | THE WALT DISNEY CO | 31.770 | 9,927.24 | |
| /04 | 468 | | 5025 | VERIZON COMMUNICATIONS | 37.090 | 17,376.12 | |
| /04 | 1,638 | | 6256 | GENERAL ELECTRIC CO | 37.470 | 61,440.86 | |
| /04 | 520 | | 9316 | WELLS FARGO & CO NEW | 30.220 | 15,734.40 | |
| /04 | 39 | | 10531 | GOOGLE | 446.900 | 17,430.10 | |
| /04 | 390 | | 9681 | WAL-MART STORES INC | 52.270 | 20,653.30 | |
| /04 | 65 | | 14825 | GOLDMAN SACHS GROUP INC | 170.520 | 11,085.80 | |
| /04 | 884 | | 17906 | EXXON MOBIL CORP | 84.530 | 74,759.52 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London
MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

RBSE LESS

945 5TH AVENUE  APT 818A
NEW YORK   NY 10021

PAGE 2
PERIOD ENDING: 4/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ***-**-1061
YOUR ACCOUNT NUMBER: 1-Z8293-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /04 | 403 | | 19121 | HEWLETT PACKARD CO | 46.270 | | 18,662.81 |
| /04 | 234 | | 23416 | INTERNATIONAL BUSINESS MACHS | 115.620 | | 27,064.08 |
| /04 | 949 | | 27713 | INTEL CORP | 21.470 | | 20,512.03 |
| /04 | 468 | | 32066 | JOHNSON & JOHNSON | 64.620 | | 30,353.15 |
| /04 | 533 | | 36300 | J.P. MORGAN CHASE & CO | 44.930 | | 23,968.69 |
| /04 | 325 | | 40555 | COCA COLA CO | 61.120 | | 19,877.00 |
| /04 | 195 | | 44890 | MCDONALDS CORP | 56.140 | | 10,954.30 |
| /04 | 351 | | 49385 | MERCK & CO | 38.310 | | 13,450.81 |
| /04 | 1,313 | | 53480 | MICROSOFT CORP | 28.780 | | 37,840.14 |
| /04 | 143 | | 63286 | APPLE INC | 145.480 | | 20,855.84 |
| /04 | 550 | | 56565 | ORACLE CORPORATION | 23.010 | | 12,655.50 |
| /04 | 250 | | 67581 | ABBOTT LABORATORIES | 54.930 | | 13,206.60 |
| /04 | 273 | | 70060 | PEPSICO INC | 71.360 | | 19,481.28 |
| /04 | 403 | | 71415 | AMERICAN INTL GROUP INC | 44.860 | | 18,094.58 |
| /04 | 1,818 | | 76070 | PFIZER INC | 20.930 | | 23,443.74 |
| /06 | 702 | | 79250 | BANK OF AMERICA | 39.460 | | 27,723.92 |
| /04 | 507 | | 80465 | PROCTER & GAMBLE CO | 69.900 | | 35,459.30 |
| /04 | 819 | | 83555 | CITI GROUP INC | 22.650 | | 18,582.35 |
| /06 | 351 | | 84760 | PHILLIP MORRIS INTERNATIONAL | 50.590 | | 17,759.03 |
| /05 | 494 | | | COMCAST CORP CL A | 19.660 | | 9,731.04 |
| /04 | 195 | | 87840 | SCHLUMBERGER LTD | 86.610 | | 16,856.95 |
| /04 | 258 | | 89055 | HOME DEPOT INC | 75.330 | | 19,751.80 |
| /04 | 988 | | 92235 | AT&T INC | 38.930 | | 33,482.60 |
| /04 | 975 | | 93350 | CISCO SYSTEMS INC | 24.470 | | 23,897.25 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3

PERIOD ENDING 4/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ########1841

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK  NY  10021

YOUR ACCOUNT NUMBER 1-ZB293-3-0

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /04 | 169 | | 96430 | UNITED PARCEL SVC INC CLASS B | 73.690 | 12,410.60 | |
| /04 /04 | | 351 | 97665 | CHEVRON CORP FIDELITY SPARTAN U S TREASURY MONEY MARKET | 85.210 DIV | 29,922.71 | .36 |
| /04 | 2,626 | | 26865 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 2,626.80 |
| /04 | 800,000 | | 27247 | U S TREASURY BILL DUE 9/04/2008 | 99.367 | | 794,936.00 |
| /07 | | 7,143 | 38542 | 9/04/2008 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,143.00 | |
| /23 | | | | FIDELITY SPARTAN DIV 04/23/08 | DIV | | 5.02 |
| /23 | 7,143 | | 60442 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,143.00 | |
| /23 | 7,096 | | 54642 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,096.00 | |
| /30 | | | | J.P. MORGAN CHASE & CO DIV 4/01/08 4/30/08 | DIV | | 202.54 |
| /30 | 203 | | 75066 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 203.00 | |
| | | | | NEW BALANCE | | 11,101.96 | |
| | | | | SECURITY POSITIONS AT&T INC | MKT PRICE 38.710 | | |
| | 988 | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

965 5TH AVENUE    APT 18A
NEW YORK    NY 10021

PAGE 4
PERIOD ENDING 4/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********1841
YOUR ACCOUNT NUMBER 1-ZB293-3-0

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 260 | | | ABBOTT LABORATORIES | 52.750 | | |
| | 403 | | | AMERICAN INTL GROUP INC | 46.200 | | |
| | 143 | | | APPLE INC | 173.950 | | |
| | 702 | | | BANK OF AMERICA | 37.540 | | |
| | 351 | | | CHEVRON CORP | 96.150 | | |
| | 975 | | | CISCO SYSTEMS INC | 25.640 | | |
| | 819 | | | CITIGROUP INC | 25.270 | | |
| | 325 | | | COCA COLA CO | 58.870 | | |
| | 494 | | | COMCAST CORP | 20.550 | | |
| | | | | CL A | | | |
| | 250 | | | CONOCOPHILLIPS | 86.130 | | |
| | 312 | | | DISNEY (WALT) CO | 32.430 | | |
| | 884 | | | EXXON MOBIL CORP | 93.070 | | |
| | 1,638 | | | GENERAL ELECTRIC CO | 32.370 | | |
| | 65 | | | GOLDMAN SACHS GROUP INC | 191.330 | | |
| | 39 | | | GOOGLE | 574.290 | | |
| | 403 | | | HEWLETT PACKARD CO | 46.350 | | |
| | 949 | | | INTEL CORP | 22.260 | | |
| | 234 | | | INTERNATIONAL BUSINESS MACHS | 120.700 | | |
| | 533 | | | J.P. MORGAN CHASE & CO | 43.650 | | |
| | 468 | | | JOHNSON & JOHNSON | 67.090 | | |
| | 195 | | | MCDONALDS CORP | 59.580 | | |
| | 351 | | | MERCK & CO | 38.040 | | |
| | 1,313 | | | MICROSOFT CORP | 28.520 | | |
| | 650 | | | ORACLE CORPORATION | 20.850 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

285 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

RBSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY  10021

PERIOD ENDING: 4/30/08   YOUR TAX PAYER/IDENTIFICATION NUMBER: *****1041   PAGE 5

YOUR ACCOUNT NUMBER: 1-ZR293-3-0



| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 273 | | | PEPSICO INC | 68.530 | | |
| 1,118 | | | PFIZER INC | 20.110 | | |
| 351 | | | PHILIP MORRIS INTERNATIONAL | 51.030 | | |
| 507 | | | PROCTER & GAMBLE CO | 67.050 | | |
| 195 | | | SCHLUMBERGER LTD | 100.550 | | |
| 7,299 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 159 | | | UNITED PARCEL SVC INC | 72.610 | | |
| | | | CLASS B | | | |
| 156 | | | UNITED TECHNOLOGIES CORP | 72.470 | | |
| 468 | | | VERIZON COMMUNICATIONS | 38.200 | | |
| 390 | | | WAL-MART STORES INC | 57.980 | | |
| 520 | | | WELLS FARGO & CB NEW | 29.750 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG      SHORT | | | |
| | | | 834,175.05 | | | |



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK         NY  10921

| PAGE | 1 |
| --- | --- |
| PERIOD ENDING | 4/30/08 |
| YOUR ACCOUNT NUMBER | 1-ZR293-4-0 |
| YOUR TAX IDENTIFICATION NUMBER | *******2361 |

| DATE | BOUGHT RECEIVED ON LOANS | SOLD DELIVERED OUT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | NO BALANCE FORWARD | | | |
| /04 | 13 | | 62070 | S & P 100 INDEX | 8.300 | | 22,697.00 |
| /07 | | 13 | 57775 | APRIL 685 PUT | 17.400 | 11,453.00 | |
| /22 | 13 | | 52447 | S & P 100 INDEX | 4.600 | | 5,993.00 |
| | | | | APRIL 625 CALL | | | |
| /22 | | 13 | 51457 | S & P 100 INDEX | 1 | | 1,970.00 |
| | | | | APRIL 625 CALL | | | |
| /22 | 13 | | 55862 | S & P 100 INDEX | 12.200 | 15,873.00 | |
| | | | | APRIL 615 PUT | | | |
| /23 | | 13 | 46952 | S & P 100 INDEX | 15.800 | | 20,521.00 |
| | | | | MAY 625 PUT | | | |
| | | | | S & P 100 INDEX | | | 11,102.00 |
| | | | | MAY 635 CALL | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT. PRICE | | |
| | 13 | | | S & P 100 INDEX | 13.700 | | |
| | | | | MAY 635 CALL | | | |
| | 13 | | | S & P 100 INDEX | 4.800 | | |
| | | | | MAY 625 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 6,249.00    17,810.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

ROSE LESS

945 5TH AVENUE APT #18A
NEW YORK NY 10021

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| YOUR ACCOUNT NUMBER | DATE | PAGE |
|---|---|---|
| 1-ZB293-3-0 | 5/31/08 | 1 |

| DATE | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 11,101.96 |
| 5/01 | | | | AIR LINE | DIV | | 395.20 |
| | | | | DIV 4/04/08 5/01/08 | | | |
| 5/01 | | | | VERIZON COMMUNICATIONS | DIV | | 285.24 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/15 | | | | ABBOT LABORATORIES | DIV | | |
| | | | | DIV 4/15/08 5/15/08 | | | |
| 5/15 | | | | PROCTER & GAMBLE CO | DIV | | |
| | | | | DIV 4/18/08 5/15/08 | | | |
| 5/19 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 05/19/08 | | | |
| 5/19 | 7,299 | | 11945 | FIDELITY SPARTAN | 1 | 7,299.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 5/23 | | | | CITI GROUP INC | DIV | | 285.00 |
| | | | | DIV 5/05/08 5/23/08 | | | |
| 5/27 | 312 | | 124 | WAL MART STORES CO | 34.860 | 10,608.18 | |
| 5/27 | 520 | | 2802 | WELLS FARGO CO NEW | 28.160 | 14,642.58 | |
| 5/27 | 4638 | | 4398 | GENERAL ELECTRIC CO | 26.760 | 51,932.68 | |
| 5/27 | 390 | | 6969 | NAL-MART STORES INC | 56.040 | 21,846.60 | |
| 5/27 | 39 | | 8685 | GOOGLE | 577.900 | 22,578.10 | |
| 5/27 | 804 | | 11256 | EXXON MOBIL CORP | 95.310 | 84,219.00 | |
| 5/27 | 65 | | 22869 | GOLDMAN SACHS GROUP INC | 183.260 | 11,909.90 | |
| 5/27 | 403 | | 17132 | HEWLETT PACKARD CO | 46.300 | 18,642.90 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 2

**5/31/08**

**YOUR ACCOUNT NUMBER** 1-ZB293-3-0

ROSE LESS

945 5TH AVENUE  APT #18A
NEW YORK    NY  10021

| DATE | BOUGHT Received In | SOLD Delivered Out | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 234 | 21419 | INTERNATIONAL BUSINESS MACHS | 125-210 | | 29,290.14 |
| 5/27 | | 949 | 25706 | INTEL CORP | 24-120 | | 22,872.85 |
| 5/27 | | 468 | 29995 | JOHNSON & JOHNSON | 66-670 | | 31,089.94 |
| 5/27 | | 533 | 34259 | J.P. MORGAN CHASE & CO | 43-960 | | 23,409.03 |
| 5/27 | | 325 | 38566 | COCA COLA CO | 57-230 | | 18,596.75 |
| 5/27 | | 195 | 42557 | MCDONALDS CORP | 59-810 | | 11,663.95 |
| 5/27 | | 351 | 51254 | MERCK & CO | 36-550 | | 12,841.05 |
| 5/27 | | 1,315 | 59828 | MICROSOFT CORP | 28-830 | | 37,990.56 |
| 5/27 | | 650 | 6215 | ORACLE CORPORATION | 22-310 | | 14,475.50 |
| 5/27 | | 143 | 64115 | APPLE INC | 185-820 | | 26,597.26 |
| 5/27 | | 269 | 66400 | PEPSICO INC | 67-670 | | 18,581.06 |
| 5/27 | | 403 | 68402 | ABBOTT LABORATORIES | 55-030 | | 22,450.16 |
| 5/27 | | 1,118 | 70744 | PFIZER INC | 20-120 | | 22,561.13 |
| 5/27 | | 507 | 72689 | AMERICAN INTL GROUP INC | 38-430 | | 19,504.01 |
| 5/27 | | 702 | 75083 | PROCTER & GAMBLE CO | 65-860 | | 46,285.84 |
| 5/27 | | 351 | 76976 | BANK OF AMERICA | 35-490 | | 24,665.40 |
| 5/27 | | 819 | 78320 | PHILIP MORRIS INTERNATIONAL | 52-900 | | 43,553.90 |
| 5/27 | | 195 | 82005 | LOTT GROUP INC | 22-230 | | 10,175.37 |
| 5/27 | | 494 | 85324 | SCHLUMBERGER LTD | 106-530 | | 52,766.45 |
| 5/27 | | | | CREDIT CORP | 22 | | 10,969.30 |
| | | | | CL A | | | |
| 5/27 | | 988 | 86560 | AT&T INC | 39-430 | | 38,977.34 |
| 5/27 | | 260 | 88487 | CONOCOPHILLIPS | 93-570 | | 24,366.62 |
| 5/27 | | 169 | 89837 | UNITED PARCEL SVC INC | 70-260 | | 11,867.01 |
| | | | | CLASS B | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

ROSE : LESS

945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

| Date | 5/31/98 | 1-ZR293-3-0 | ********1841 | 3 |
|---|---|---|---|---|

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TR# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 975 | 91174 | CISCO SYSTEMS INC | 25.880 | | 25,194.00 |
| 5/27 | | 155 | 94108 | UNITED TECHNOLOGISTIES CORP | 73.570 | | 11,470.92 |
| 5/27 | | 371 | 90961 | CHERON CORP | 103.450 | | 38,396.95 |
| 5/27 | | 668 | 90694 | TELECOM COMMUNICATIONS | 37.980 | | 11,713.99 |
| 5/27 | 800,000 | | 21036 | U.S. TREASURY BILL DUE 9/18/2008 | 99.405 | 795,240.00 | |
| 5/27 | 20,874 | | 25500 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 20,874.00 | |
| 5/28 | | | | FIDELITY SPARTAN MONEY MARKET | DIV | | |
| 5/28 | | | | U.S. TREASURY MONEY MARKET DUE 09/18/08 | DIV | | |
| 5/28 | 20,874 | | 30253 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DUE 9/18/2008 | 1 | 20,874.0X | |
| 5/28 | 25,000 | | 34614 | U.S. TREASURY BILL DUE 9/18/2008 | 99.410 | 24,852.50 | |
| 5/28 | 17,589 | | 39762 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 17,589.00 | |
| 5/29 | | | | GOLDMAN SACHS GROUP INC DIV 4/29/08 - 5/29/08 | DIV | | |
| 5/30 | 1,178 | | 44775 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 1,178.00 | |
| | | | | NEW BALANCE | | | |
| | 18,767 | | | SECURITY POSITIONS FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | MKT PRICE 1 | | 12,234.73 |
| | | | | CONTINUED ON PAGE | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK         NY   10021

PAGE: 4

PERIOD ENDING: 5/31/08

YOUR TAXPAYER IDENTIFICATION NUMBER: ++++++1843

YOUR ACCOUNT NUMBER: 1-ZB293-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 825,000 | | | U.S TREASURY BILL DUE 9/18/2008      9/18/2008 | 99.420 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 834,982.90 | | | |





Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSE LESS

965 5TH AVENUE - APT #16A
NEW YORK   NY 10021

| | | | PAGE | 1 |
| --- | --- | --- | --- | --- |
| | PERIOD ENDING | 5/31/08 | | |

| NEW ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- | --- |
| 1-ZB293-4-0 | ****-**1861 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | 11,102.04 |
| 5/16 | 13 | | 1705 | S & P 100 INDEX | 16.600 | 15,799.00 | |
| 5/19 | | 13 | 6417 | MAY 635 CALL | .390 | | 390.00 |
| 5/19 | 13 | | 92705 | S & P 100 INDEX | 12.300 | | 15,295.00 |
| 5/19 | | 13 | 97205 | MAY 625 PUT | | 13,563.80 | |
| 5/22 | 13 | | 35714 | JUNE 650 CALL | 16.500 | 10,613.00 | |
| 5/23 | 13 | | 22214 | S & P 100 INDEX | 8.200 | 14,183.90 | |
| 5/23 | | 13 | 26714 | JUNE 645 PUT | 16.900 | | 12,307.00 |
| 5/23 | 13 | | 31214 | S & P 100 INDEX | 9.300 | | 12,959.00 |
| 5/27 | | 13 | 15543 | JUNE 640 PUT | 9.700 | 9,113.90 | |
| 5/28 | 13 | | 55541 | S & P 100 INDEX | 16.600 | | 21,567.00 |
| | | | | JUNE 655 CALL | | | |
| | | | | JUNE 645 PUT | | | |
| | | | | NEW BALANCE | | | 13,285.04 |

*PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK         NY   10021

| DATE | BOUGHT RECEIVED OR PAID | SOLD DELIVERED OR CREDITED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 12,284.73 | |
| 6/02 | | | INTEL CORP. DIV 5/07/08 6/01/08 | DIV | | 152.95 |
| 6/02 | | | WAL-MART STORES INC. DIV 5/16/08 6/02/08 | DIV | | 92.58 |
| 6/02 | | | WELLS FARGO & CO NEW DIV 5/07/08 6/01/08 | DIV | | 110.25 |
| 6/03 | | | PFIZER INC. DIV 5/09/08 6/03/08 | DIV | | 337.50 |
| 6/03 | | | UNITED PARCEL SVC INC CLASS B DIV 5/19/08 6/03/08 | DIV | | 228.75 |
| 6/10 | | | CHEVRON CORP. DIV 5/13/08 6/10/08 | DIV | | 224.25 |
| 6/10 | | | EXXON MOBIL CORP DIV 5/13/08 6/10/08 | DIV | | 355.25 |
| 6/10 | | | INTERNATIONAL BUSINESS MACHS DIV 5/09/08 6/10/08 | DIV | | 117.00 |
| 6/10 | | | UNITED TECHNOLOGIES CORP DIV 5/16/08 6/10/08 | DIV | | 42.50 |
| 6/12 | | | MICROSOFT CORP DIV 5/15/08 6/12/08 | DIV | | 144.00 |
| 6/30 | 1,713 | 53,343 | FIDELITY SPARTAN U S TREASURY MONEY MARKET Z | 1 | 1,713.00 | |
| | | | CONTINUED ON PAGE 2 | | | |

6/30/08  PROCESSED DATE

1-ZB293-3-0  YOUR ACCOUNT NUMBER

*******1841  TAX ID NUMBER

Page 1



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK         NY   10021

PAGE: 2

PERIOD ENDING: 6/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER: *********1841

YOUR ACCOUNT NUMBER: 1-ZB293-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 20,480 | | | FIDELITY SPARTAN | | | |
| | | | | U.S. TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 325,000 | | | U.S. TREASURY BILL | 99.611 | | 12,294.13 |
| | | | | DUE 9/18/2008          9/18/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES        SHORT | | | |
| | | | | LONG | | | |
| | | | | 842,270.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK         NY  10021

| | **PAGE** 3 | |
| --- | --- | --- |
| **DATE** 5/30/68 | **ACCOUNT NUMBER** *****1841 | |
| **TAX I.D. NUMBER** 1-ZB293-3-0 | | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 31,694.01 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,294,556.77 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| PERIOD ENDING | 5/30/08 |
| PAGE | 1 |
| YOUR ACCOUNT NUMBER | 1-ZB293-4-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******1841 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------------------------|--------------------------|-----|-------------|-----------------|-------------------------------|----------------------------------|
|      |                          |                          |     | BALANCE FORWARD |             |                               | 12,235.00 |
|      |                          |                          |     | NEW BALANCE |                 |                               | 12,235.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF  **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK        NY  10021

| PERIOD ENDING | PAGE |
| --- | --- |
| 7/31/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- | --- |
| 1-ZB293-3-0 | *******1841 |

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | 12,284.13 |
| | | | | CHECK | CK | 30,000.00 | |
| 7/01 7/01 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/01/08 | DIV | | 24.61 |
| 7/01 | | 20,600 | 5475 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,600.00 |
| 7/01 | | 825,000 | 54661 | U S TREASURY BILL DUE 9/18/2008 | 99.998 | | 821,683.50 |
| 7/01 | 800,000 | | 55396 | U S TREASURY BILL DUE 11/6/2008 | 99.314 | 794,512.00 | |
| 7/01 | 17,676 | | 55744 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,676.00 | |
| | | | | NEW BALANCE | | | 12,284.22 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 17,676 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 800,000 | | | U S TREASURY BILL DUE 11/6/2008 | 99.551 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT | | | |
| | | | | 814,084.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY 10021

PERIOD ENDING: 7/31/08    PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZB293-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ********1841

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 12,285.00 |
| | | | | NEW BALANCE | | | 12,285.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| DATE | ACCOUNT NUMBER | PAGE |
|---|---|---|
| 8/31/08 | 1-ZB299-3-0 | 1 |

Tax ID: ******1841

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 12,284.22 | |
| 8/14 | 1,692 | | 1547 | PFIZER INC | 19.000 | 32,604.60 | |
| 8/14 | 429 | | 2540 | AMERICAN INTL GROUP INC | 22.880 | 10,650.52 | |
| 8/14 | 494 | | 5856 | PROCTER & GAMBLE CO | 69.490 | 34,347.06 | |
| 8/14 | 182 | | 6749 | AMGEN INC | 63.040 | 11,480.28 | |
| 8/14 | 338 | | 10165 | PHILIP MORRIS INTERNATIONAL | 55.110 | 18,660.18 | |
| 8/14 | 167 | | 11058 | BANK OF AMERICA | 32.670 | 26,673.69 | |
| 8/14 | 260 | | 14474 | QUALCOMM INC | 55.530 | 14,447.80 | |
| 8/14 | 897 | | 15367 | CITI GROUP INC | 19.300 | 17,347.10 | |
| 8/14 | 195 | | 18783 | SCHLUMBERGER LTD | 92.290 | 17,999.55 | |
| 8/14 | 247 | | 19636 | COMCAST CORP | 81.296 | 20,087.63 | |
| 8/14 | 988 | | 23092 | AT&T INC | 31 | 30,667.00 | |
| 8/14 | 962 | | 23985 | CISCO SYSTEMS INC | 24.200 | 23,318.40 | |
| 8/14 | 169 | | 27401 | UNITED PARCEL SVC INC CLASS B | 51.250 | 10,079.07 | |
| 8/14 | 325 | | 28294 | CHEVRON CORP | 84.670 | 27,530.75 | |
| 8/14 | 156 | | 31710 | UNITED TECHNOLOGIES CORP | 66.460 | 10,373.75 | |
| 8/14 | 1,625 | | 32003 | GENERAL ELECTRIC CO | 29.300 | 48,105.00 | |
| 8/14 | 488 | | 36013 | VERIZON COMMUNICATIONS | 34.110 | 18,256.28 | |
| 8/14 | 39 | | 36912 | GOOGLE | 492.320 | 19,201.48 | |
| 8/14 | 559 | | 40328 | WELLS FARGO & CO NEW | 30.300 | 16,959.70 | |
| 8/14 | 55 | | 41223 | GOLDMAN SACHS GROUP INC | 175.920 | 11,438.15 | |
| 8/14 | 377 | | 44030 | WAL-MART STORES INC | 57.120 | 21,575.34 | |
| 8/14 | 403 | | 45530 | HEWLETT PACKARD CO | 45.660 | 18,416.98 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT 418A
NEW YORK          NY   10021

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/08 | 2 |

| YOUR ACCOUNT NUMBER | TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB293-3-0 | ********1841 |

| DATE | BOUGHT / RECEIVED OR IN LONG | SOLD / DELIVERED OR OUT SHORT | TSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/14 | 845 | | 48946 | EXXON MOBIL CORP | 78.440 | | 66,314.80 |
| 8/14 | 221 | | 49839 | INTERNATIONAL BUSINESS MACHS | 127.930 | | 28,280.53 |
| 8/14 | 936 | | 54360 | INTEL CORP | 24.060 | | 22,536.44 |
| 8/14 | 455 | | 58457 | JOHNSON & JOHNSON | 71.210 | | 32,418.55 |
| 8/14 | 572 | | 62765 | J.P. MORGAN CHASE & CO | 40.530 | | 23,205.16 |
| 8/14 | 325 | | 67074 | COCA COLA CO | 55.310 | | 17,988.75 |
| 8/14 | 182 | | 13383 | MCDONALDS CORP | 64.260 | | 11,811.52 |
| 8/14 | 351 | | 75692 | MERCK & CO | 35.300 | | 12,529.80 |
| 8/14 | 1,287 | | 80001 | MICROSOFT CORP | 27.810 | | 35,842.47 |
| 8/14 | 637 | | 92928 | ORACLE CORPORATION | 23.160 | | 14,777.92 |
| 8/14 | 143 | | 93822 | APPLE INC | 170.350 | | 24,322.15 |
| 8/14 | 266 | | 93737 | CISCO INC | 69.060 | | 18,965.60 |
| 8/14 | 247 | | 98131 | ABBOTT LABORATORIES | 58.620 | | 14,488.14 |
| 8/14 | | 800,000 | 59931 | U S TREASURY BILL DUE 11/06/2008 | 99.587 | | 796,696.00 |
| 8/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 8/14 | | | | DIV 08/31/08 | | | 30-31 |
| 8/14 | | 17,676 | 56381 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,676.00 |
| 8/16 | 50,000 | | 60835 | U S TREASURY BILL DUE 10/16/2008 | 99.704 | | 49,852.00 |
| 8/24 | 1,938 | | 64692 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,938.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/18 | | | | CHECK | | 25,000.00 | |
| 8/18 | | | | FIDELITY SPARTAN | | | .30 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 08/18/2008 | | | |
| 8/18 | 1,938 | | 67464 | FIDELITY SPARTAN | 1 | | 1,938.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/18 | 25,000 | | 67465 | U S TREASURY BILL | 99.733 | | 24,933.25 |
| | | | | DUE 10/16/2008 | | | |
| 8/19 | 1,872 | | 67504 | FIDELITY SPARTAN | 1 | 1,872.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 18,628.71 | |
| | | | | SECURITY POSITIONS | | MKT PRICE | |
| | 988 | | | ABII INC | 31.990 | | |
| | 247 | | | ABBOTT LABORATORIES | 57.430 | | |
| | 429 | | | AMERICAN INTL GROUP INC | 21.490 | | |
| | 182 | | | AMGEN INC | 62.850 | | |
| | 143 | | | APPL INC | 169.530 | | |
| | 767 | | | BANK OF AMERICA | 31.140 | | |
| | 325 | | | CHEVRON CORP | 86.320 | | |
| | 962 | | | CISCO SYSTEMS INC | 24.050 | | |
| | 697 | | | CITI GROUP INC | 18.990 | | |
| | 325 | | | COCA COLA CO | 52.070 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

1-ZB293-3-0    CM DIV    8/31/08    *********1041    PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE  APT #18A
NEW YORK          NY    10021

| TAX PERIOD | YOUR ACCOUNT NUMBER | MEMORY ACCOUNT NUMBER | PAGE |
|---|---|---|---|
| 8/31/08 | 1-ZB293-3-0 | ******1841 | 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 247 | | | CONOCOPHILIPS | 82.510 | | |
| | 845 | | | EXXON MOBIL CORP | 80.010 | | |
| | 1,625 | | | GENERAL ELECTRIC CO | 28.010 | | |
| | 65 | | | GOLDMAN SACHS GROUP INC | 165.970 | | |
| | 39 | | | GOOGLE | 463.290 | | |
| | 403 | | | HEWLETT PACKARD CO | 46.920 | | |
| | 936 | | | INTEL CORP | 22.870 | | |
| | 221 | | | INTERNATIONAL BUSINESS MACHS | 121.730 | | |
| | 572 | | | J.P. MORGAN CHASE & CO | 38.490 | | |
| | 455 | | | JOHNSON & JOHNSON | 70.430 | | |
| | 182 | | | MCDONALDS CORP | 62.950 | | |
| | 351 | | | MERCK & CO | 35.610 | | |
| | 1,287 | | | MICROSOFT CORP | 27.290 | | |
| | 637 | | | ORACLE CORPORATION | 21.930 | | |
| | 260 | | | PEPSICO INC | 68.280 | | |
| | 1,092 | | | PFIZER INC | 18.130 | | |
| | 338 | | | PHILLIP MORRIS INTERNATIONAL | 53.700 | | |
| | 496 | | | PROCTER & GAMBLE CO | 69.770 | | |
| | 260 | | | QUALCOMM INC | 53.650 | | |
| | 195 | | | SCHLUMBERGER LTD | 94.220 | | |
| | 1,872 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 169 | | | UNITED PARCEL SVC INC CLASS B | 64.120 | | |
| | 25,000 | | | U S TREASURY BILL DUE 10/16/2008  10/16/2008 | 99.789 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
☐ New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,149.03 |
| | | | | GROSS PROCEEDS FROM SALES | | | 47,937,469.52 |

Period Ending: 8/31/08
Page: 6

Your Account Number: 1-ZB293-3-0

Your Tax Payer Identification Number: *******1841

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK        NY    10021

| DATE | BOUGHT OR RECEIVED | SOLD OR DELIVERED | TRN. | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 12,285.00 |
| 8/14 | 13 | 84330 | | S & P 100 INDEX | 11.400 | 14,943.00 | |
| | | | | SEPTEMBER 590 PUT | | | |
| 8/14 | | 13 | 88619 | S & P 100 INDEX | 16 | | 20,787.00 |
| | | | | SEPTEMBER 600 CALL | | | |
| | | | | NEW BALANCE | | | 18,629.00 |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 13 | | S & P 100 INDEX | 6.500 | | |
| | | | | SEPTEMBER 600 CALL | | | |
| | 13 | | | S & P 100 INDEX | 10.400 | | |
| | | | | SEPTEMBER 590 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 13,520.00    8,450.00- | | | |

1-ZB293-4-0        8/31/08        *******1841        1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

9/30/08    ********1841    PAGE 1

| Date | Bought/Received | Sold/Delivered | Description | Amount Debited | Amount Credited |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | 18,528.71 | |
| 9/02 | | | WAL-MART STORES INC    DIV | | 89.54 |
| 9/05 | | | JOHNSON & JOHNSON    DIV | | 209.30 |
| 9/09 | | | UNITED PARCEL SVC INC    DIV | | 76.05 |
| 9/10 | | | FIDELITY SPARTAN    DIV | | 1.63 |
| 9/10 | | | CHEVRON CORP    DIV | | 211.25 |
| 9/30 | | | UNITED TECHNOLOGIES CORP    DIV | | 59.92 |
| 9/10 | 1,872 | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | | 1,872.00 |
| 9/09 | 25,000 | | U.S. TREASURY BILL DUE | | 24,962.00 |
| 9/10 | | 25,457 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 25,457.00 | |
| 9/11 | | | MERCK & CO INC    DIV | | 111.57 |
| | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

RGSE LESS
945 5TH AVENUE   APT #18A
NEW YORK   NY  10021

| Account No. | Date | Account | Page |
|---|---|---|---|
| 1-ZB293-3-0 | 9/30/08 | ******1861 | 2 |

| DATE | BOUGHT | SOLD | TIN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 9/11 | 6,617 | | 95082 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 6,617.00 | |
| 9/16 | | | | REDEMPTION CORP DIV 7/02/08 - 9/16/08 | | | 58.25 |
| 9/17 | 637 | | 11073 | ORACLE CORPORATION | 19.310 | | 12,275.47 |
| 9/17 | 143 | | 13268 | APPLE INC | 150.220 | | 21,555.11 |
| 9/17 | 200 | | 15579 | PEPSICO INC | 22.660 | | 18,929.60 |
| 9/17 | 297 | | 16509 | MICROSOFT CORP/SHARES | 38.960 | | 14,554.12 |
| 9/17 | 1,092 | | 19569 | PFIZER INC | 18.360 | | 20,006.12 |
| 9/17 | 629 | | 20023 | AMERICAN INT'L GROUP INC | 15.290 | | 6,562.41 |
| 9/17 | 496 | | 25990 | WAL MART STORES INC | 72.200 | | 35,935.32 |
| 9/17 | 182 | | 25815 | PHILIP MORRIS INTERNATIONAL | 63.520 | | 11,567.24 |
| 9/17 | 338 | | 28265 | BANK OF AMERICA | 54.170 | | 18,296.66 |
| 9/17 | 767 | | 29411 | QUALCOMM INC | 33.040 | | 25,311.60 |
| 9/17 | 260 | | 32563 | INTEL CORP | 96.390 | | 12,531.90 |
| 9/17 | 897 | | 33708 | SCHLUMBERGER LTD | 16.220 | | 16,308.34 |
| 9/17 | 195 | | 36861 | CONOCOPHILLIPS | 87.210 | | 16,998.95 |
| 9/17 | 247 | | 36907 | ABBOTT LABS | 72.510 | | 13,900.97 |
| 9/17 | 988 | | 41958 | CLOROX/SHARES INC | 31.330 | | 30,954.56 |
| 9/17 | 962 | | 45438 | UNITED PARCEL SVC INC CLASS B | 23.850 | | 11,462.34 |
| 9/17 | 169 | | | CHEVRON CORP | 67.860 | | |
| 9/17 | 275 | | 46858 | CHEVRON CORP | 85.210 | | 23,030.25 |
| 9/17 | 350 | | 49683 | UNITED TECHNOLOGIES CORP | 65.720 | | 9,934.32 |
| 9/17 | 1,625 | | 50901 | GENERAL ELECTRIC CO | 27.440 | | 44,525.00 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

Account: 1-Z8299-3-0    9/30/08    ********1841    3

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | TRN | DESCRIPTION | PRICE / SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED / BALANCE |
|---|---|---|---|---|---|---|---|
| 9/17 | | 668 | 53976 | VERIZON COMMUNICATIONS | 34,570 | | 16,160.76 |
| 9/17 | | 39 | 55199 | GOOGLE | 432,200 | | 15,854.80 |
| 9/17 | | 559 | 58274 | MERRILL LYNCH & CO NEW | 33,360 | | 18,643.03 |
| 9/17 | | 55 | 59991 | GOLDMAN SACHS GROUP INC | | | 10,053.50 |
| 9/17 | | 377 | 62572 | WAL-MART STORES INC | 62,470 | | 23,536.19 |
| 9/17 | | 493 | 63795 | HEWLETT PACKARD CO | 46,580 | | 18,878.64 |
| 9/17 | | 845 | 64699 | EXXON MOBIL CORP | 76,080 | | 64,275.60 |
| 9/17 | | 221 | 68883 | INTERNATIONAL BUSINESS MCHS | 118,000 | | 26,246.80 |
| 9/17 | | 936 | 72391 | INTEL CORP | 19,970 | | 18,654.92 |
| 9/17 | | 455 | 76689 | JOHNSON & JOHNSON | 71,150 | | 32,355.25 |
| 9/17 | | 572 | 80986 | JP. MORGAN CHASE & CO | 50,590 | | 23,389.99 |
| 9/17 | | 323 | 83284 | COCA COLA CO | 55,700 | | 17,468.35 |
| 9/17 | | 182 | 89582 | MCDONALDS CORP | 64,430 | | 11,719.26 |
| 9/17 | | 351 | 93880 | MERCK & CO | 34,160 | | 11,976.16 |
| 9/17 | | 1,202 | 99150 | MICROSOFT CORP | | | 35,258.59 |
| 9/17 | 756,000 | | 96500 | U.S. TREASURY BILL | | 749,332.50 | |
| | | | | DUE 2/12/2009 | | | |
| 9/17 | | | | 2/12/2009 | | | |
| 9/17 | 183,590 | | 90688 | FIDELITY SPARTAN | | 18,546.00 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 9/19 | | | | AMERICAN INTL GROUP INC | DIV | | 94.38 |
| | | | | DIV 9/05/08   9/19/08 | | | |
| 9/26 | | | | BANK OF AMERICA | | | 470.88 |
| | | | | DIV 9/05/08   9/26/08 | | | |
| 9/26 | | | | QUALCOMM INC | DIV | | 41.60 |
| | | | | DIV 8/29/08   9/26/98 | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK        NY   10021

Account: 1-ZR293-3-0        Date 9/30/98        ****#1841        4

| DATE | BOUGHT (Received) | SOLD (Delivered) | TIN | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/30 | | | | PEPSICO INC DIV 9/05/08 9/30/08 | DIV 1 | | 110.50 |
| 9/30 | 1,583 | | 97881 | FIDELITY SPARTAN U-S TREASURY MONEY MARKET | 1 | 1,583.00 | |
| | | | | NEW BALANCE | | 48,571.44 | |
| | 52,203 | | | SECURITY POSITIONS FIDELITY SPARTAN U.S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 150,000 | | | U.S TREASURY 0.000 2/12/2009 | 99.610 | | |
| | | | | MARKET VALUE OF SECURITIES - LONG 799,278.90 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

9/30/08    1-ZB293-3-0    *******1841    5

| DESCRIPTION | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|
| YEAR-TO-DATE SUMMARY | |
| DIVIDENDS | 5,333.90 |
| GROSS PROCEEDS FROM SALES | 5,702,905.42 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| PAGE | 1 |
| --- | --- |

| PERIOD ENDING | 9/30/08 |

| ACCOUNT NUMBER | 1-ZB293-4-0 |

| YOUR TAX IDENTIFICATION NUMBER | ***********1841 |

| DATE | BOUGHT RECEIVED OR DELIVERED | SOLD DELIVERED OR SHIPPED | QUAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | 18,629.00 |
| 9/30 | 13 | | 6990 | S & P 100 INDEX | 1.050 | | |
| | | | | SEPTEMBER 600 CALL | | 1,378.00 | |
| 9/11 | | 13 | 79473 | S & P 100 INDEX | 5.100 | 5,617.00 | |
| | | | | SEPTEMBER 600 CALL | | | |
| 9/17 | | 13 | 2971 | S & P 100 INDEX | 20 | 25,987.00 | |
| | | | | SEPTEMBER 590 PUT | | | |
| 9/17 | 13 | | 6775 | S & P 100 INDEX | .900 | 1,183.00 | |
| | | | | SEPTEMBER 600 CALL | | | |
| | | | | NEW BALANCE | | | 48,672.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| 10/31/08 | 1-ZR293-3-0 | 48,671.44 | 1 |
| ******1841 | | 30,000.00 | |

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 48,671.44 | |
| 10/01 | | | | BLSC | CL | | |
| 10/01 | | | | FIDELITY SPARTAN | DIV | | 27.65 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 10/01/08 | | | |
| 10/31 | | | | COCA COLA CO | | | 123.50 |
| | | | | DIV 9/15/08 09/01/08 | | | |
| 10/01 | | | | HEWLETT PACKARD CO | DIV | | 32.24 |
| | | | | DIV 9/10/08 10/01/08 | | | |
| 10/31 | | | | MERCK & CO | DIV | | 133.38 |
| | | | | DIV 9/02/08 09/08/08 | | | |
| 10/01 | 52,203 | 98885 | | FIDELITY SPARTAN | 1 | | 52,203.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/01 | 224,231 | 99507 | | FIDELITY SPARTAN | 1 | 224,231.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/03 | | | | SCHLUMBERGER LTD | DIV | | 40.95 |
| | | | | DIV 9/03/08 10/03/08 | | | |
| 10/16 | | | | PHILIP MORRIS INTERNATIONAL | DIV | | 382.52 |
| | | | | DIV 9/15/08 10/10/08 | | | |
| 10/31 | 512 | 10310 | | FIDELITY SPARTAN | 1 | 512.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 48,671.20 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 224,231 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK        NY   10021

| AMOUNT | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 750,000 | | | | U S TREASURY BILL DUE 2/12/2009  2/12/2009 | 99.879 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    SHORT  721,085.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT 818A
NEW YORK      NY   10021

| 1-ZB293-3-0 | 10/31/08 | *******1841 | 3 |

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK.  NY  10021

1-ZB293-3-0      *******1841      1

10/31/08

| DATE | | | | | | | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | 48,672.00 |
| | | | NEW BALANCE | | | | | 48,672.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS

945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 48,671.20 |
| 11/12 | 512 | | 1924 | BERKSHIRE HATHAWAY-B | 39.880 | 20,401.00 |
| 11/12 | 480 | | 3924 | HEWLETT-PACKARD CO | 55.830 | 23,241.28 |
| 11/12 | 416 | | 5748 | WAL-MART STORES INC | 57.770 | 23,747.44 |
| 11/12 | 272 | | 6250 | INTERNATIONAL BUSINESS MACHS | 72.880 | 19,900.08 |
| 11/12 | 1,008 | | 10074 | EXXON MOBIL CORP | 18.530 | 18,860.09 |
| 11/12 | 1,104 | | 10576 | INTEL CORP | 16.050 | 17,830.08 |
| 11/12 | 528 | | 14902 | JOHNSON & JOHNSON | 59.580 | 31,479.24 |
| 11/12 | 720 | | 19227 | J.P. MORGAN CHASE & CO | 38.530 | 27,763.60 |
| 11/12 | 384 | | 23653 | COCA COLA CO | 43.660 | 16,796.04 |
| 11/12 | 224 | | 28049 | MCDONALDS CORP | 55.270 | 12,398.48 |
| 11/12 | 416 | | 32205 | MERCK & CO | 28.550 | 11,892.80 |
| 11/12 | 1,520 | | 36531 | MICROSOFT CORP | 21.810 | 33,211.20 |
| 11/12 | 768 | | 40837 | ORACLE CORPORATION | 17.380 | 13,411.74 |
| 11/12 | 304 | | 45962 | PEPSICO INC | 58.880 | 17,899.52 |
| 11/12 | 176 | | 54337 | APPLE INC | 100.780 | 17,764.28 |
| 11/12 | 1,296 | | 58161 | PFIZER INC | 16.990 | 22,095.24 |
| 11/12 | 304 | | 56603 | ABBOTT LABORATORIES | 52.260 | 15,903.04 |
| 11/12 | 512 | | 62081 | VERIZON COMMUNICATIONS CO | 30.950 | 15,862.08 |
| 11/12 | 208 | | 62989 | AMGEN INC | 59.160 | 12,313.28 |
| 11/12 | 400 | | 66813 | PHILIP MORRIS INTERNATIONAL | 43.600 | 17,456.00 |
| 11/12 | 960 | | 69755 | BANK OF AMERICA | 21.990 | 20,264.90 |
| 11/12 | 320 | | 71435 | QUALCOMM INC | 33.770 | 10,830.40 |
| 11/12 | 1,040 | | 71641 | CITI GROUP INC | 12.510 | 13,051.40 |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

11/30/08    1-28293-3-0    ******1341    PAGE 1

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

| 1-Z0293-3-0 | 11/30/08 | 2 | ******1841 |
| --- | --- | --- | --- |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TXN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/12 | 240 | | 75465 | SCHLUMBERGER LTD | 49.480 | 11,884.20 | |
| 11/12 | 576 | | 75967 | COMCAST CORP | 16.510 | 9,532.76 | |
| 11/12 | 1,536 | | 80293 | AT&T | | 30,917.00 | |
| 11/12 | 288 | | 80293 | CONOCOPHILIPS | 52.510 | 15,133.88 | |
| 11/12 | 192 | | 86117 | UNITED PARCEL SVC INC CLASS B | 52.040 | 9,998.68 | |
| 11/12 | 1,100 | | 84610 | CISCO SYSTEMS IN | 16.130 | 17,786.60 | |
| 11/12 | 336 | | 88443 | U S BANCORP | 29.530 | 9,935.08 | |
| 11/12 | 400 | | 88945 | CHEVRON CORP | 73.430 | 29,388.00 | |
| 11/12 | 192 | | 92465 | UNITED TECHNOLOGIES CORP | 53.190 | 10,227.07 | |
| 11/12 | 2,052 | | 92612 | GENERAL ELECTRIC CO | 19.530 | 40,089.16 | |
| 11/12 | 544 | | 97095 | VERIZON COMMUNICATIONS | 30.410 | 16,564.04 | |
| 11/12 | 48 | | 97097 | GOOGLE | 337.400 | 16,196.20 | |
| 11/12 | | 250,000 | 23023 | U S TREASURY BILL DUE 2/12/2009 | 99.956 | | 195,520.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 14.80 |
| 11/12 | 22,743 | | 19132 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,743.00 | |
| 11/12 | 44,445 | | 28506 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 44,445.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.46 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK    NY    10021

11/30/08

Page 3

1-ZB293-3-0    *******1841

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | 44,445 | | 54036 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,445.00 |
| 11/19 | | 75,000 | 58469 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | | 74,944.50 |
| 11/19 | 17,442 | | 63072 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,442.00 | |
| | | | | NEW BALANCE | | | 93,375.92 |
| | 1,336 | | | ABERCROMBIE POSITIONS | 226.070 | | |
| | 304 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 208 | | | AMGEN INC | 55.560 | | |
| | 176 | | | APPLE INC | 92.590 | | |
| | 960 | | | BANK OF AMERICA | 92.250 | | |
| | 400 | | | CHEVRON CORP | 79.010 | | |
| | 1,168 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,040 | | | CITIGROUP INC | 8.290 | | |
| | 384 | | | COCA COLA CO | 43.500 | | |
| | 576 | | | COMCAST CORP CL A | 17.340 | | |
| | 86 | | | CONOCOPHILLIPS | 52.550 | | |
| | 1,008 | | | CORN PRODS CORP | 86.858 | | |
| | 2,032 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE    APT #13A
NEW YORK    NY    10021

11/30/08    4

1-Z8293-3-0    ******1841

| DATE | BOUGHT | SOLD | | DESCRIPTION | PRICE | AMOUNT |
|------|--------|------|---|-------------|-------|--------|
| | 48 | | | GOOGLE | 292.960 | |
| | 480 | | | HEWLETT PACKARD CO | 35.280 | |
| | 1,304 | | | INTEL CORP | 15.800 | |
| | 720 | | | INTL BUSINESS MACHS | | |
| | 528 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 224 | | | JOHNSON & JOHNSON | 58.580 | |
| | 416 | | | MCDONALDS CORP | 60.730 | |
| | | | | MERCK CO | 20.720 | |
| | 1,520 | | | MICROSOFT CORP | 20.220 | |
| | 768 | | | ORACLE CORPORATION | 16.090 | |
| | 384 | | | PFIZER INC | 15.700 | |
| | 1,296 | | | PHILPMORRIS | | |
| | 400 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 576 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 320 | | | QUALCOMM INC | | |
| | 280 | | | SCHLUMBERGER LTD | | |
| | 17,442 | | | FIDELITY SPARTAN | 1 | |
| | | | | U.S.TREASURY MONEY MARKET | | |
| | 356 | | | UNITED PARCEL SVC INC | 20.990 | |
| | 392 | | | | 37.500 | |
| | | | | CLASS B | | |
| | 75,000 | | | U.S.TREASURY BILL | 99.971 | |
| | | | | DUE 9/24/2009    9/26/2009 | | |
| | 192 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK      NY   10021

1-73293-3-0      11/30/08      ******1841      6

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK   NY   10021

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 48,672.00 |
| 11/12 | 16 | | 45388 | S & P 100 INDEX NOVEMBER 400 CALL | 5.800 | | 25,735.00 |
| 11/12 | | 16 | 49509 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 28,496.00 | |
| 11/19 | | 16 | 35613 | S & P 100 INDEX DECEMBER 460 CALL | 26 | | 41,784.00 |
| 11/19 | | 16 | 39938 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 48,016.00 | |
| 11/19 | 16 | | 45633 | S & P 100 INDEX NOVEMBER 400 CALL | 3 | | 4,816.00 |
| 11/19 | | 16 | 48588 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 59,184.00 |
| | | | | NEW BALANCE | | | 73,720.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 16 | | | S & P 100 INDEX DECEMBER 460 CALL | 23.500 | | |
| | 16 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                  SHORT | | | |
| | | | | 26,600.00         37,280.00 | | | |

11/30/08    ********1841    1-ZB293-4-0    1

# EXHIBIT B



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

CM    CHECK

1/02/08

30,000.00

CLIENT'S ACCOUNT NUMBER

1-ZB293-3

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK    NY 10921

MEMO

New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

2/11/98

5,000.00

CLIENT'S ACCOUNT NUMBER

1-Z8293-3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

CHECK

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK         NY 10021



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

CW    CHECK

4/01/08

30,000.00

CLIENT'S ACCOUNT NUMBER

1-ZB293-3

ROSE LESS

945 5TH AVENUE  APT #18A
NEW YORK    NY 10021

MEMO



MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

ON    CHECK.

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK    NY 10021

7/01/08    30,000.00

CLIENT'S ACCOUNT NUMBER

1-ZB293-3

MEMO



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/18/98

CH    CHECK

25,000.00

CLIENT'S ACCOUNT NUMBER
1-ZB293-3

MEMO

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK          NY 10021



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/01/08

CH   CHECK

30,000.00

CLIENT'S ACCOUNT NUMBER

1-ZB293-3

ROSE LESS

945 5TH AVENUE   APT #18A
NEW YORK         NY 10021

MEMO

# EXHIBIT C



**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION  (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB293-4 | R | 45183 | 8 | 1 | | 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO.      CONTRA PARTY      C.H. NUMBER      SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK      NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| BOT | 16 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | | 25264.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
| 15.600 | 25280.00 | 16.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange.



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-4 | D | 49509 | 8 | 1 | | 11/06/08 | 11/12/08 | 28496.00 |

CODES

IDENTIFICATION NO.     CONTRA PARTY

C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK      NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 16 | 78379QWJ1 | S & P 100 INDEX NOVEMBER 450 PUT |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 28480.00 | 16.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**CONFIRMATION** *(Please see reverse for further details.)*

**MADF | BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 01422 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES (TR CAP SETT)

IDENTIFICATION NO.

CONTRA PARTY

ROSE LESS
945 5TH AVENUE   APT 18A
NEW YORK        NY 10921

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 572 | 949746101 | WELLS FARGO & CO NEW | 20051.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 20025.60 | 26.00 | | | | |

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB293-3 | B | 05748 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 416 | 93142103 | WAL-MART STORES INC | 23241.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 23225.28 | 16.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 97095 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES: TR / CAP / SETT

C.H. NUMBER

CONTRAPARTY

IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

RUSE LESS
945 5TH AVENUE   APT #18A
NEW YORK          NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | 544 | 92343V104 | VERIZON COMMUNICATIONS | 16564.04 |
| SLD | | | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 16543.04 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP. | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 92769 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES
C.H. NUMBER
CONTRA PARTY
IDENTIFICATION NO.

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 192 | 913017109 | UNITED TECHNOLOGIES CORP | 10213.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 10206.72 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

FINRA  NSX  SIPC  NSCC  DTC

MEMBER:

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB293-3 | D | 84117 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 192 | 91312106 | UNITED PARCEL SVC INC CLASS B | 9998.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE DIX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 9991.68 | 7.00 | | | | |

CONFIRMATION (Please see reverse for further details.)    17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION  (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB293-3 | D | 88443 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 336 | 902973304 | U S BANCORP | 9935.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 29.530 | 9922.08 | 13.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 75465 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 240 | 806857108 | SCHLUMBERGER LTD | 11684.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 11875.20 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 71139 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 320 | 747525103 | QUALCOMM INC | 10818.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 10806.40 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR293-3 | D | 62487 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.          CONTRA PARTY

C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK          NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| SLD | 576 | 742718109 | PROCTER & GAMBLE CO | | 36933.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 36910.08 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION  (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SET | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 66813 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
965 5TH AVENUE APT #18A
NEW YORK    NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 400 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 17456.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 17440.00 | 16.00 | | | | |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:

FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB293-3 | D | 58161 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK  NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,296 | 717081103 | PFIZER INC. | 22005.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 21954.24 | 51.00 | | | | |



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB293-3 | D | 53835 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 304 | 713448108 | PEPSICO INC | 17160.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 17148.64 | 12.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | | | |
| 0646 | | 1-ZB293-3 | D | 40857 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.         CONTRA PARTY         C.H. NUMBER         17

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 768 | 68389X105 | ORACLE CORPORATION | 13316.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 17.300 | 13286.40 | 30.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DVR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZB293-3 | D | 36531 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK            NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 1,520 | 594918104 | MICROSOFT CORP | 33211.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 21.816 | 33151.20 | 60.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 32205 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT 818A
NEW YORK       NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 416 | 589331107 | MERCK & CO | | 11892.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 11876.80 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 27879 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

ROSE LESS
945 5TH AVENUE   APT. #18A
NEW YORK          NY 10021

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 224 | 580135101 | MCDONALDS CORP | 12410.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 12402.88 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORDER/DR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 14902 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK       NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 528 | 478160104 | JOHNSON & JOHNSON | 31479.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.500 | 31458.24 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 19227 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ROSE LESS
945 5TH AVENUE  APT #13A
NEW YORK            NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 720 | 46625H100 | J.P. MORGAN CHASE & CO | | 27769.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 27741.60 | 28.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT  Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 06250 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.          CONTRA PARTY

C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 272 | 459200101 | INTERNATIONAL BUSINESS MACHS | 23747.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 23737.44 | 10.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC · DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 10576 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK      NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 1,104 | 458140100 | INTEL CORP | 16063.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 16019.04 | 44.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB293-3 | D | 01924 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK           NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| WE | | 428236103 | HEWLETT PACKARD CO | | | 16771.00 |
| SLD | 480 | | | | | |

| | PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|---|
| | 34.900 | 16752.00 | 19.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 97597 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.     CONTRA PARTY     C.H. NUMBER     SPECIAL DELIVERY INSTRUCTIONS     17

ROSE LESS
945 5TH AVENUE APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 48 | 382598508 | 6DD6LE | | 16196.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 16195.20 | 1.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZR293-3 | D | 93271 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE APT #18A
NEW YORK              NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,032 | 369604103 | GENERAL ELECTRIC CO | 39969.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 39888.16 | 81.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-ZB293-3 | D | 10074 | 5 | 1 | 1 | 11/05/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK          NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,000 | 30231G102 | EXXON MOBIL CORP | 73503.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 73463.04 | 40.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 80293 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CONTRA PARTY

IDENTIFICATION NO.                    C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 20825C104 | CONOCOPHILLIPS | 15133.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 15122.88 | 11.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel: 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION  (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR293-3 | D | 75967 | 5 | 1 | | 11/06/08 | 11/12/08 |

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK       NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 576 | 20030N101 | COMCAST CORP CL A | 9532.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 9509.76 | 23.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 23553 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 384 | 19126100 | COCA COLA CO | 17164.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 17149.44 | 15.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 71641 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,040 | 172967101 | CITI GROUP INC | 13051.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 13010.40 | 41.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
*Member of The London Stock Exchange*



**CONFIRMATION** (Please see reverse for further details.)

### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 84619 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,168 | 17275R102 | CISCO SYSTEMS INC | | 19586.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 19540.64 | 46.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 88945 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 400 | 166764100 | CHEVRON CORP | 29388.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 29372.00 | 16.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 67315 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE APT #18A
NEW YORK    NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 960 | 060505104 | BANK OF AMERICA | 20764.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 20726.40 | 38.00 | | | | |

## Affiliated with:
## Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 54337 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLB | 176 | 037833100 | APPLE INC | 17744.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 17737.28 | 7.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 62989 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 208 | 031162100 | AMGEN INC | 12313.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 12305.28 | 8.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CODES CAP | SETT | TRADE DATE | SETTLEMENT DATE | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 58663 | 5 | 1 | | 11/06/08 | 11/12/08 | | 16613.44 |

IDENTIFICATION NO.    CONTRA PARTY    C.H. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

17

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK         NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | |
|---|---|---|---|---|---|
| SLD | 304 | 002824100 | ABBOTT LABORATORIES | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 16601.44 | 12.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:

FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
| 0846 | | 1-ZB293-3 | D | 79791 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE   APT #18A
NEW YORK        NY 10021

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 1,136 | 00206R102 | AT&T INC | | 30717.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 27.000 | 30672.00 | 45.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | D | 58469 | 5 | 1 | 1 | 11/19/08 | 11/19/08 |

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ROSE LESS
945 5TH AVENUE  APT #18A
NEW YORK          NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | 912795K91 | U S TREASURY BILL | | 74944.50 |
| 31D | 75,000 | | DUE 03/26/2009  Y-T-M. .212 3/26/2009 | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 74944.50 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London. W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB293-3 | R | 24828 | 5 | 1 | | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

ROSE LESS
945 5TH AVENUE    APT #18A
NEW YORK              NY 10021

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| SOLD | 750,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | | 749520.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 749520.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSE LESS                    1-ZB293-3

945 5TH AVENUE  APT #18A
NEW YORK        NY 10021

STARTING EQUITY FOR CURRENT YEAR                    845,783.54CR
CAPITAL ADDITIONS                                     5,000.00CR
CAPITAL WITHDRAWALS                                 115,000.00-
REALIZED P/L FOR CURRENT YEAR                        62,752.52CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              742.50CR
CURRENT CASH BALANCE                                      .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       799,278.00   NET LONG
TOTAL EQUITY                                        799,278.56CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.76 %

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSE LESS                     1-ZB293-3

945 5TH AVENUE    APT #18A
NEW YORK          NY 10021

STARTING EQUITY FOR CURRENT YEAR                          845,783.54CR
CAPITAL ADDITIONS                                           5,000.00CR
CAPITAL WITHDRAWALS                                        60,000.00-
REALIZED P/L FOR CURRENT YEAR                             49,789.83CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  1,698.25CR
CURRENT CASH BALANCE                                            .87CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            842,270.75    NET LONG
TOTAL EQUITY                                             842,271.62CR

ANNUALIZED RETURN FOR CURRENT YEAR    12.82 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSE LESS                          1-ZB293-3

945 5TH AVENUE    APT #18A
NEW YORK          NY 10021

STARTING EQUITY FOR CURRENT YEAR                     813,545.72CR
CAPITAL ADDITIONS                                     35,380.41CR
CAPITAL WITHDRAWALS                                   95,000.00-
REALIZED P/L FOR CURRENT YEAR                         91,857.41CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .04CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        845,783.50    NET LONG
TOTAL EQUITY                                         845,783.54CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.34 %

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ROSE LESS                                    1-ZB293-3

945 5TH AVENUE   APT #18A
NEW YORK        NY 10021

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 845,783.54CR |
| CAPITAL ADDITIONS | 5,000.00CR |
| CAPITAL WITHDRAWALS | 30,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 7,039.85CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 247.50- |
| CURRENT CASH BALANCE | .39CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 827,575.50 |
| TOTAL EQUITY | 827,575.89CR |

NET LONG

ANNUALIZED RETURN FOR CURRENT YEAR      3.32 %