# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:** Marilyn Cohn Gross _____
**Mailing Address:** 2660 Peachtree Road NW #33F _____
**City:** Atlanta _____ **State:** GA _____ **Zip:** 30305 _____
**Account No.:** 1ZA409 _____
**Taxpayer I.D. Number (Social Security No.):** __    8150 _____

**NOTE:**   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of          $____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of          $____0_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.          $_____

    d.    If balance is zero, insert "None."          ____None_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |

See Nov. 30, 2008  ZA409 statements, attached hereto as Exhibit A.

$419,314.82 (market value of securities long, per ZA409-3 statement)

13,200.00 (market value of securities long, per ZA409-4 statement)

(18,640.00) (market value of securities short, per ZA409-4 statement)

TOTAL  $413,874.82

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**  See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Christopher Van DeKieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _09 March 09_     Signature _Marilyn Cohn Hirsch_

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# *EXHIBIT A*

INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

MARILYN COHN GROSS

2660 PEACHTREE ROAD NW #33F
ATLANTA            GA    30305

YOUR ACCOUNT NUMBER: 1-ZA409-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8150
PAGE: 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDIT TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 23,408.11 | |
| 11/12 | 336 | | 974 | WELLS FARGO & CO NEW | 29.800 | 10,025.80 | |
| 11/12 | 240 | | 1476 | HEWLETT PACKARD CO | 34.900 | 8,385.00 | |
| 11/12 | 208 | | 5300 | WAL-MART STORES INC | 55.830 | 11,620.64 | |
| 11/12 | 136 | | 5802 | INTERNATIONAL BUSINESS MACHS | 87.270 | 11,873.72 | |
| 11/12 | 504 | | 9626 | EXXON MOBIL CORP | 72.880 | 36,751.52 | |
| 11/12 | 552 | | 10128 | INTEL CORP | 14.510 | 8,031.52 | |
| 11/12 | 264 | | 14454 | JOHNSON & JOHNSON | 59.580 | 15,739.12 | |
| 11/12 | 360 | | 18779 | J.P. MORGAN CHASE & CO | 38.530 | 13,884.80 | |
| 11/12 | 192 | | 23105 | COCA COLA CO | 44.660 | 8,581.72 | |
| 11/12 | 112 | | 27431 | MCDONALDS CORP | 55.370 | 6,205.44 | |
| 11/12 | 208 | | 31757 | MERCK & CO | 28.550 | 5,946.40 | |
| 11/12 | 760 | | 36083 | MICROSOFT CORP | 21.810 | 16,605.60 | |
| 11/12 | 384 | | 40409 | ORACLE CORPORATION | 17.300 | 6,658.20 | |
| 11/12 | 152 | | 53387 | PEPSICO INC | 56.410 | 8,580.32 | |
| 11/12 | 88 | | 53889 | APPLE INC | 100.780 | 8,871.64 | |
| 11/12 | 648 | | 57713 | PFIZER INC | 16.940 | 11,002.12 | |
| 11/12 | 152 | | 58215 | ABBOTT LABORATORIES | 54.610 | 8,306.72 | |
| 11/12 | 288 | | 62039 | PROCTER & GAMBLE CO | 64.080 | 18,466.04 | |
| 11/12 | 104 | | 62541 | AMGEN INC | 59.160 | 6,156.64 | |
| 11/12 | 200 | | 66365 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 8,728.00 | |
| 11/12 | 480 | | 66867 | BANK OF AMERICA | 21.590 | 10,382.20 | |
| 11/12 | 160 | | 70691 | QUALCOMM INC | 33.770 | 5,409.20 | |
| 11/12 | 520 | | 71193 | CITI GROUP INC | 12.510 | 6,525.20 | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

**MARILYN COHN GROSS**

2660 PEACHTREE ROAD NM #33F
ATLANTA    GA    30305

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-ZA09-3-0 | ******8150 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 120 | | 75017 | SCHLUMBERGER LTD | 49.480 | 5,941.60 | |
| 1/12 | 288 | | 75519 | COMCAST CORP CL A | 16.510 | 4,765.88 | |
| 1/12 | 568 | | 79343 | AT&T INC | 27 | 15,358.00 | |
| 1/12 | 144 | | 79845 | CONOCOPHILLIPS | 52.510 | 7,566.44 | |
| 1/12 | 96 | | 83669 | UNITED PARCEL SVC INC CLASS B | 52.040 | 4,998.84 | |
| 1/12 | 584 | | 84171 | CISCO SYSTEMS INC | 16.730 | 9,793.32 | |
| 1/12 | 168 | | 87995 | U S BANCORP | 29.530 | 4,967.04 | |
| 1/12 | 200 | | 88497 | CHEVRON CORP | 73.430 | 14,699.00 | |
| 1/12 | 96 | | 92321 | UNITED TECHNOLOGIES CORP | 53.160 | 5,106.36 | |
| 1/12 | 1,016 | | 92823 | GENERAL ELECTRIC CO | 19.630 | 19,984.08 | |
| 1/12 | 272 | | 96647 | VERIZON COMMUNICATIONS | 30.410 | 8,281.52 | |
| 1/12 | 24 | | 97149 | GOOGLE | 337.400 | 8,097.60 | |
| 1/12 | | 400,000 | 23581 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 399,974 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 2/12/2009 | DIV | | |
| 1/12 | 7,013 | | 18684 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 | | 7,01 |
| 1/12 | 42,853 | | 28052 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,853.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
MadF
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING 11/30/08

PAGE 3

YOUR TAX PAYER IDENTIFICATION NUMBER *******8150

YOUR ACCOUNT NUMBER 1-ZA409-3-0

MARILYN COHN GROSS

2660 PEACHTREE ROAD NW #33F
ATLANTA          GA  30305

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 42,853 | 53567 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,85 |
| 11/19 | 50,000 | | 58057 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 16,863 | | 62603 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,863.00 | |
| | | | | NEW BALANCE | | 45,760.09 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 568 | | | AT&T INC | 28.560 | | |
| | 152 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 104 | | | AMGEN INC | 55.540 | | |
| | 88 | | | APPLE INC | 92.670 | | |
| | 480 | | | BANK OF AMERICA | 16.250 | | |
| | 200 | | | CHEVRON CORP | 79.010 | | |
| | 584 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 520 | | | CITI GROUP INC | 8.290 | | |
| | 192 | | | COCA COLA CO | 46.870 | | |
| | 288 | | | COMCAST CORP CL A | 17.340 | | |
| | 144 | | | CONOCOPHILLIPS | 52.520 | | |
| | 504 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,016 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF INVESTMENT SECURITIES LLC
New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******8150

YOUR ACCOUNT NUMBER 1-ZA409-3-0

MARILYN COHN GROSS

2660 PEACHTREE ROAD NW #33F
ATLANTA        GA    30305

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|
| 24 | | GOOGLE | 292.960 |
| 240 | | HEWLETT PACKARD CO | 35.280 |
| 552 | | INTEL CORP | 13.800 |
| 136 | | INTERNATIONAL BUSINESS MACHS | 81.600 |
| 360 | | J.P. MORGAN CHASE & CO | 31.660 |
| 264 | | JOHNSON & JOHNSON | 58.580 |
| 112 | | MCDONALDS CORP | 58.750 |
| 208 | | MERCK & CO | 26.720 |
| 760 | | MICROSOFT CORP | 20.220 |
| 384 | | ORACLE CORPORATION | 16.090 |
| 152 | | PEPSICO INC | 56.700 |
| 648 | | PFIZER INC | 16.430 |
| 200 | | PHILLIP MORRIS INTERNATIONAL | 42.160 |
| 288 | | PROCTER & GAMBLE CO | 64.350 |
| 160 | | QUALCOMM INC | 33.570 |
| 120 | | SCHLUMBERGER LTD | 50.740 |
| 16,863 | | FIDELITY SPARTAN | 1 |
| | | U S TREASURY MONEY MARKET | |
| 168 | | U S BANCORP | 26.980 |
| 96 | | UNITED PARCEL SVC INC | 57.600 |
| | | CLASS B | |
| 50,000 | | U S TREASURY BILL | 99.971 |
| | | DUE 03/26/2009 | |
| | | 3/26/2009 | |
| 96 | | UNITED TECHNOLOGIES CORP | 48.530 |
| | | CONTINUED ON PAGE 5 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8DT
Tel 020 7493 6222

MARILYN COHN GROSS

2660 PEACHTREE ROAD NW #33F
ATLANTA    GA    30305

| | | PAGE |
| --- | --- | --- |
| PERIOD ENDING | 11/30/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA409-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****8150

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDIT TO YOUR ACCOU |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | | 23,4( |
| 1/12 | | 8 | 44735 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 12,6: |
| 1/12 | 8 | | 49061 | S & P 100 INDEX NOVEMBER 650 PUT | 17.800 | 14,248.00 | |
| 1/19 | | 8 | 35165 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 20,75 |
| 1/19 | 8 | | 39490 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 24,008.00 | |
| 1/19 | 8 | | 43815 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 2,408.00 | |
| 1/19 | | 8 | 48140 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 29,55 |
| | | | | NEW BALANCE | | | 45,76 |
| | 8 | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL S & P 100 INDEX DECEMBER 420 PUT | MKT PRICE 23.300 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES SHORT    18,640.00- LONG    13,200.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith.

Marilyn Cohn Gross
Bernard L. Madoff Investment Securities Account No. ZA409

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 10/6/2008 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities Check in the amount of $5,835.43 made payable to Marilyn Cohn Gross. |
| 2 | 9/30/2008 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated September 30, 2008. |
| 3 | 7/7/2008 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Bernard L. Madoff Investment Securities Check in the amount of $23,685.23 made payable to Laurence Gross and Marilyn Cohn Gross. |
| 4 | 6/30/2008 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2008. |
| 5 | 6/26/2008 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Bernard L. Madoff Investment Securities Check in the amount of $20,000 made payable to Laurence Gross and Marilyn Cohn Gross. |
| 6 | 6/25/2008 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Existing Account Record Notification for account no. ZA409. |
| 7 | 6/25/2008 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents alloting a 100% interest to Marilyn Cohn Gross and a 0% interest to Laurence Gross. |
| 8 | 6/25/2008 | Laurence Gross | Bernard L. Madoff Investment Securities | Letter from Laurence Gross to Bernard L. Madoff Investment Securities requesting a $20,000 withdrawal from account no. ZA409. |

**Marilyn Cohn Gross**
**Bernard L. Madoff Investment Securities Account No. ZA409**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 9 | 4/7/2008 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Bernard L. Madoff Investment Securities Check in the amount of $3,542.94 made payable to Laurence Gross and Marilyn Gross TIC. |
| 10 | 3/31/2008 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated March 31, 2008. |
| 11 | 1/8/2008 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Bernard L. Madoff Investment Securities Check in the amount of $10,979.61 made payable to Laurence Gross and Marilyn Cohn Gross. |
| 12 | 8/18/2007 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross and Laurence Gross | Tenants in common Bernard L. Madoff Investment Securities account documents allocating a 95.3% interest to Marilyn Cohn Gross and a 4.7% interest to Laurence Gross. |
| 13 | 6/30/2007 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2007. |
| 14 | 12/31/2006 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated December 31, 2006. |
| 15 | 12/19/2006 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents allocating a 91.01% interest to Marilyn Cohn Gross and a 8.99% interest to Laurence Gross. |
| 16 | 12/18/2006 | Laurence Gross | Bernard L. Madoff Investment Securities | Letter from Laurence Gross to Bernard L. Madoff Investment Securities requesting that $20,000 be withdrawn from ZA409. |

**Marilyn Cohn Gross**
**Bernard L. Madoff Investment Securities Account No. ZA409**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 17 | 7/18/2006 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents allocating a 87.1% interest to Marilyn Cohn Gross and a 12.9% interest to Laurence Gross. |
| 18 | 7/18/2006 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Gross | Letter from Laurence Gross to Bernard L. Madoff Investment Securities requesting that $16,000 be withdrawn from account no. ZA409. |
| 19 | 6/30/2006 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2006. |
| 20 | 3/24/2006 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents allocating 84.20% interest to Marilyn Cohn Gross and a 15.80% interest to Laurence Gross. |
| 21 | 3/21/2006 | Laurence Gross | Bernard L. Madoff Investment Securities | Letter from Laurence Gross to Bernard L. Madoff Investment Securities requesting that $24,000 be withdrawn from account no. ZA409. |
| 22 | 9/30/2005 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated September 30, 2005. |
| 23 | 6/30/2005 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2005. |

**Marilyn Cohn Gross**
**Bernard L. Madoff Investment Securities Account No. ZA409**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 24 | 3/31/2005 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated March 31, 2005. |
| 25 | 3/18/2005 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents allocating a 80% interest to Marilyn Cohn Gross and a 20% interest to Laurence Gross. |
| 26 | 3/17/2005 | Laurence Gross | Bernard L. Madoff Investment Securities | Letter from Laurence Gross to Bernard L. Madoff Investment Securities requesting that $50,000 be withdrawn from account no. ZA409. |
| 27 | 1/12/2005 | Bernard L. Madoff Investment Securities LLC | Laurence Gross and Marilyn Cohn Gross TIC | Tenants in common Bernard L. Madoff Investment Securities account documents allocating a 73% interest to Marilyn Cohn Gross and a 27% interest to Laurence Gross. |
| 28 | 11/4/2003 | Marilyn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Gross made payable to "Bernard L. Madoff" in the amount of $55,000. |
| 29 | 9/30/2003 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated September 30, 2003. |
| 30 | 6/30/2003 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2003. |
| 31 | 3/31/2003 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated March 31, 2003. |

Marilyn Cohn Gross
Bernard L. Madoff Investment Securities Account No. ZA409

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 32 | 6/30/2001 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated June 30, 2001. |
| 33 | 3/31/2001 | Bernard L. Madoff Investment Securities LLC | Marilyn Cohn Gross | Bernard L. Madoff Investment Securities LLC Portfolio Management Report dated March 31, 2001. |
| 34 | 4/5/2000 | Bernard L. Madoff Investment Securities LLC | Laurenace Gross and Marilyn Cohn Gross, JTWROS | Confirmation that a check in the amount of $150,000 was applied to Bernard L. Madoff Investment Securities Account No. ZA409. |
| 35 | 4/3/2000 | Marilyn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Gross made payable to "Bernard L. Madoff" in the amount of $150,000. |
| 36 | 10/18/1999 | Laurence Gross and Marilyn Cohn Gross JTWROS | Bernard L. Madoff | Confirmation that a check in the amount of $50,000 was applied to Bernard L. Madoff Investment Securities Account No. ZA409. |
| 37 | 10/7/1999 | Marilyn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Gross made payable to "Bernard L. Madoff" in the amount of $50,000. |
| 38 | 7/7/1999 | Laurence Gross and Marilyn Cohn Gross JTWROS | Bernard L. Madoff | Confirmation that a check in the amount of $50,000 was applied to Bernard L. Madoff Investment Securities Account No. ZA409. |
| 39 | 7/1/1999 | Marilyn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Gross made payable to "Bernard L. Madoff" in the amount of $50,000. |
| 40 | 7/22/1998 | Marilyn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Gross made payable to "Bernard L. Madoff" in the amount of $50,000. |

Marilyn Cohn Gross
Bernard L. Madoff Investment Securities Account No. ZA409

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 41 | 7/22/1998 | Bernard L. Madoff Investment Securities LLC | Laurenace Gross and Marilyn Cohn Gross | Confirmation that a check in the amount of $50,000 was applied to Bernard L. Madoff Investment Securities Account No. ZA409. |
| 42 | 4/20/1998 | Marilyn Cohn Gross | Bernard L. Madoff | Check for deposit to account no. ZA409 from Marilyn Cohn Gross made payable to "Bernard L. Madoff" in the amount of $50,000. |
| 43 | 4/17/1998 | Laurence Gross | Bernard L. Madoff | Letter from Laurence Gross to Bernard Madoff requesting that the name of account no. ZA409 be changed from "Laurence Gross" to "Laurence and Marilyn Gross." |

1



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/08

CW    CHECK

5,835.43

CLIENT'S ACCOUNT NUMBER

MARILYN COHN GROSS

1-ZA409-3

2660 PEACHTREE ROAD NW #33F
ATLANTA                GA 30305

MEMO

2

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


MARILYN COHN GROSS                 1-ZA409-3

2660 PEACHTREE ROAD NW #33F
ATLANTA                GA 30305


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 436,189.61CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 58,207.78- |
| REALIZED P/L FOR CURRENT YEAR | 32,539.60CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 524.00CR |
| CURRENT CASH BALANCE | .43CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 411,045.00    NET LONG |
| TOTAL EQUITY | 411,045.43CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.77 %

3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

95.3% — *22,572.02
4.7% — 1,113.21
$23,685.32

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/08

CW    CHECK                                                    23,685-23

                                           CLIENT'S ACCOUNT NUMBER

LAURENCE GROSS                             1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305

MEMO

BERNARD L. MADOFF

62-26
311        2815-09

198278

7/07  20 08

PAY
TO THE
ORDER OF    LAURENCE GROSS AND MARILYN COHN GROSS TIC           |$ **23685-23

              ******TWENTY THREE THOUSAND SIX HUNDRED EIGHTY FIVE 23/100
                                                                    DOLLARS

Chase Manhattan Bank Delaware                          BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
    1-ZA409-3
FOR                                          BY

⑆00198278⑆ ⑆031100267⑆ 630142815⑆ 509⑆

4

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                    1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA            GA 30305


STARTING EQUITY FOR CURRENT YEAR                  436,189.61CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                34,522.55-
REALIZED P/L FOR CURRENT YEAR                      26,353.92CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS             874.25CR
CURRENT CASH BALANCE                                   .48CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     428,894.75    NET LONG
TOTAL EQUITY                                      428,895.23CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.89 %

5



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
890 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

CW    CHECK    6/26/08    20,000.00

CLIENT'S ACCOUNT NUMBER

1-ZA409-3

LAURENCE GROSS
AND MARILYN CONN GROSS TIC
2660 PEACHTREE ROAD NW #33F
ATLANTA    GA 30305

MEMO

BERNARD L. MADOFF

62-26
311

197384

2815-09

6/26    20 08

PAY
TO THE
ORDER OF    LAURENCE GROSS AND MARILYN CONN GROSS TIC    $ ***20000.00

*******TWENTY THOUSAND 00/100    DOLLARS

BERNARD L. MADOFF

By

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR    1-ZA409-3

⑈001973841⑈ ⑈031100267⑈ 6301128151 50841

6

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

MARILYN COHN GROSS
2660 PEACHTREE ROAD N.W. # APT 33F
ATLANTA, GA 30305

June 25, 2008

Existing Account Record Notification

Account:        1-za409-3

Dear Client:

In accordance with SEC regulation 17a-3: Books and Records, we are required to verify that the following information is complete and accurate.

**There is no need to return this form if the information is correct.**

**Account Name and Address**
MARILYN COHN GROSS
2660 PEACHTREE ROAD N.W. # APT 33F
ATLANTA, GA 30305

**Account Information**
| | |
|---|---|
| Account Type: | Individual |
| Investment Objective: | * Trading Income |
| Annual Income: | 60,000 |
| Net Worth: | 750,000 |

**Customer Information**
| | |
|---|---|
| First: | MARILYN |
| Middle: | COHN |
| Last: | GROSS |

**Alternate Address**
NONE

| | |
|---|---|
| Street: | 2660 PEACHTREE ROAD N.W. |
| Apt/Suite: | APT 33F |
| City: | ATLANTA |
| State: | GA - GEORGIA |
| Country: | UNITED STATES |
| Province: | |
| Zip Code: | 30305 |
| Home: | (404)-842-0854 |
| Business: | |
| Tax ID: | ON FILE |
| DOB: | 9/13/44 |
| Occupation: | HOMEMAKER |
| Company/Firm: | |
| Is Person Employed By A Member Firm: | NO |

**Mailing Address**
Address:        same as Primary Account

If any of your account or customer information is found to be inaccurate, please mark the corrections on this form and return to the address below.

It is very important to maintain accurate records of your account(s) at all times. If there are any future material changes to the information above, please send the updated information to the address below, as soon as possible:

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
885 3RD AVENUE
NEW YORK, NY 10022

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel. 020-7493 6222

7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-144
Fax 212 486-817

## Tenants in Common (T.I.C.)

Account # _1 - ZA - 409 3 - 0_

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

(Name of participant) _MARILYN COHN GROSS_ or his or her estate _100_ %

(Name of participant) _LAURENCE GROSS_ or his or her estate _0_ %

(Name of participant) _____ or his or her estate _____ %

(Name of participant) _____ or his or her estate _____ %

Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:

NAME AND ADDRESS _LAURENCE GROSS AND MARILYN COHN GROSS_
_2660 PEACHTREE ROAD NW APT 33F ATLANTA GA. 30305_
City        State        Zip

ALL TENANTS MUST SIGN:

X _Marilyn Cohn Gross_    X _Laurence Gross_

X _____    X _____

Dated at _____    On _25 June 08_

Affiliated with:
Madoff Securities International Limited

8

# LAURENCE GROSS

2660 PEACHTREE ROAD N.W
ATLANTA, GEORGIA 30305
(404) 842-0854

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, New York 10022

To Whom It May Concern:

Our account # is 1-ZA-409-3-0. I, Laurence Gross wish to withdraw *20,000* from the account. Please send the check to the above address. If you have any questions, please call me at (404)842-0854.

Thank you,

Laurence Gross

Marilyn Gross

25 June 08

9



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/07/08

CW    CHECK

3,542.94

LAURENCE GROSS
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA          GA 30305

CLIENT'S ACCOUNT NUMBER

1-ZA409-3

MEMO

BERNARD L. MADOFF

62-26
311

2815-09

195580

4/07  20 08

PAY
TO THE
ORDER OF  LAURENCE GROSS AND MARILYN COHN GROSS TIC

$ ***3542.94

*******THREE THOUSAND FIVE HUNDRED FORTY TWO 94/100          DOLLARS

Chase Manhattan Bank Delaware
201 Market Street
Wilmington, DE 19801

1-ZA409-3

BERNARD L. MADOFF

By

OR

⑈00195580⑈ ⑆031100267⑆ 630142815⑈ 509⑈

10

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                    1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305


STARTING EQUITY FOR CURRENT YEAR                    436,189.61CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  10,979.61-
REALIZED P/L FOR CURRENT YEAR                         3,670.44CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              127.50-
CURRENT CASH BALANCE                                     .44CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       428,752.50    NET LONG
TOTAL EQUITY                                        428,752.94CR

11

New York ☐ London

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/08

CW   CHECK                                                    10,979.61

LAURENCE GROSS                              CLIENT'S ACCOUNT NUMBER
AND MARILYN COHN GROSS TIC
                                                 1-ZA409-3
2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305

MEMO

BERNARD L. MADOFF                                62-26
                                                  311        2815-09

                                                 192948

                                          1/08   20  08

PAY TO THE
ORDER OF   LAURENCE GROSS AND MARILYN COHN GROSS TIC           $ **10979-61

          ******TEN THOUSAND NINE HUNDRED SEVENTY NINE 61/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                               BERNARD L. MADOFF
Wilmington, DE 19801
FOR   1-ZA409-3                                  By

⑈00192948⑈ ⑆031100267⑆ 630142815�George⑈ 509⑈

12



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 354-1343
Fax 212 486-817

### Tenants In Common (T.I.C.)

Account # _I-ZA-409-5-0_

     In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

     The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

     Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

     In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

(Name of participant) _MARILYN COHN GROSS_ or his or her estate _95.3_ % _405,00_

(Name of participant) _LAURENCE GROSS_ or his or her estate _4.7_ % _20,00_

(Name of participant) _____ or his or her estate _____%

(Name of participant) _____ or his or her estate _____%

Note: Total of percentages must equal 100%

     Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:

NAME AND ADDRESS _LAURENCE GROSS AND MARILYN COHN GROSS_

_2660 PEACHTREE RD NW APT 33F_    _ATLANTA_    _GA_    _30305_
                                    City          State         Zip

**ALL TENANTS MUST SIGN:**

x _Marilyn Cohn Gross_     x _[signature]_

x _____     x _____

Dated at _ATLANTA, GA. 30305_ On | _18 AUGUST 2007_ |

_Johnnie L Shaw_ 1-8-07

_Johnnie L Shaw_

Johnnie L. Shaw
Notary Public, Rockdale County, Georgia

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222

13

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                    1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA               GA 30305


STARTING EQUITY FOR CURRENT YEAR                    457,394.05CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  21,990.55-
REALIZED P/L FOR CURRENT YEAR                        22,397.28CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              189.50CR
CURRENT CASH BALANCE                                     .28CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       457,990.00   NET LONG
TOTAL EQUITY                                        457,990.28CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.33 %

14

## PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURENCE GROSS
AND MARILYN COHN GROSS TIC          1-ZA409-3

2660 PEACHTREE ROAD NW #33F
ATLANTA               GA 30305

STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                    521,604.10CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                        125,389.73-
UNREALIZED P/L ON OPEN SECURITY POSITIONS             61,179.68CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS              .55CR
TOTAL EQUITY                                         457,393.50   NET LONG
                                                     457,394.05CR

15



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-134
Fax 212 486-81

### Tenants In Common (T.I.C.)

Account # 12-A-4093.

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

$405,000 (Name of participant) MARiLyN CoHn GRoss or his or her estate 91.01 % ($405,000)

$40,000 (Name of participant) LAURENCE GRoss or his or her estate 8.99 % ($40,000)

TOTAL $445,000 (Name of participant) _____ or his or her estate _____ %

(Name of participant) _____ or his or her estate _____ %

Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:

NAME AND ADDRESS LAURENCE GRoss AND MARiLyN CoHn GRoss
2660 PEAcHtReED NW Apt 33F    AtLAnta    GA    30305
City                                                State    Zip

**ALL TENANTS MUST SIGN:**

x Marilyn cohn Gross    x _Leu Jones_

x _____

Dated at Atlanta, Ga. 30305 on 19 Dec. 2006

Pamela Bbonde, N.P.

[Notary seal:]
PAMELA B. GOOD
NOTARY
EXPIRES
GEORGIA
AUG. 14, 2010
PUBLIC
LUMPKIN COUNTY

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222

16

# LAURENCE GROSS

**2660 PEACHTREE ROAD N.W.**
**ATLANTA, GEORGIA 30305**
**(404) 842-0854**

December 18, 2006

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

To Whom It May Concern:

Our account # is 1-ZA-409-3-0. I, Laurence Gross wish to withdraw $20,000 from the account, when it is out of the market. Please send the check to the address listed above. If you have any questions, please call me at (404) 842-0854.

Thank you.

Yours Truly,

Laurence Gross

Marilyn Cohn Gross

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-134
Fax 212 486-817

Tenants In Common (T.I.C.) *mcH 7/18/06*
*uj. 7/18/06*

Account # 1 Z A 4 0 9 - 3

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

*↑.10%* (Name of participant) MARILYN COHN GROSS   or his or her estate *87 1/10 %* *# 405,000*

*.90%* (Name of participant) LAURENCE GROSS   or his or her estate *12 9/10 %* *# 60,000*

(Name of participant) _____   or his or her estate ____ %

(Name of participant) _____   or his or her estate ____ %

Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:
NAME AND ADDRESS *Laurence Gross + Marilyn Cohn Gross*
*2660 Peachtree Road NW Atlanta Ga. 30305* *apt. 33 F*
City   State   Zip

ALL TENANTS MUST SIGN:

x *Marilyn Cohn Gross*   x *Laurence Gross*

x _____   x _____

Dated at *Atlanta Ga 30305* On *18 July 06*

*TOTAL INVESTMENT*
*# 465,000*

Affiliated with:
Madoff Securities International Limited

18

July 18, 2006

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, New York 10022

To Whom It May Concern:

Our account # is 1-ZA-409-3-0.  I, Laurence Gross wish to withdraw $16,000 from the account.
Please send the check to the above address.  If you have and questions, please call me at (404)
842-0854.
Thank you.

_____
Laurence Gross

*Marilyn Gross*
Marilyn Gross

19

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                          1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA           GA 30305


STARTING EQUITY FOR CURRENT YEAR                      521,604.10CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                    52,756.66-
REALIZED P/L FOR CURRENT YEAR                          25,138.94CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 639.00CR
CURRENT CASH BALANCE                                        .63CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         494,624.75    NET LONG
TOTAL EQUITY                                          494,625.38CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.66 %

20

212 230-2424
800 394-1343
Fax 212 486-8179

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022
885 Third Ave

Tenants In Common (T.I.C.)

Account # __1 ZA 409-3__    3/24/06

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

(Name of participant) __MARILYN COHN GROSS__    or his or her estate __84.20__ %    # 405,00

(Name of participant) __LAURENCE GROSS__    or his or her estate __15.80__ %    # 76,00

(Name of participant) _____    or his or her estate _____ %

(Name of participant) _____    or his or her estate _____ %
Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:
NAME AND ADDRESS __Laurence Gross + Marilyn Cohn Gross__
__2660 Peachtree Rd. NW    Atlanta    Ga.    30305 - apt. 33F__
City    State    Zip

ALL TENANTS MUST SIGN:

x __Marilyn Cohn Gross__    x _____

x __Laurence Gross__    x _____

Dated at __Atlanta, Ga. 30305__ On __24 March 06__

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222

21

# LAURENCE GROSS

2660 PEACHTREE ROAD N.W.
ATLANTA, GEORGIA 30305
(404) 842-0854

March 21, 2006

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

To Whom It May Concern:

Our account # is 1-ZA-409-3-0. I, Laurence Gross wish to withdraw $24,000 from the account, when it is out of the market. Please send the check to the address listed above. If you have any questions, please call me at (404) 842-0854.

Thank you.

Yours Truly,

Laurence Gross

Marilyn Gross

22

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURENCE GROSS                         1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA             GA 30305

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 566,838.32CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 84,958.00- | |
| REALIZED P/L FOR CURRENT YEAR | 33,741.82CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 105.50- | |
| CURRENT CASH BALANCE | .64CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 515,516.00 | NET LONG |
| TOTAL EQUITY | 515,516.64CR | |

23

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                    1-ZA409-3
AND MARILYN COHN GROSS TIC

2660 PEACHTREE ROAD NW #33F
ATLANTA                 GA 30305


STARTING EQUITY FOR CURRENT YEAR                566,838.32CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                               73,529.25-
REALIZED P/L FOR CURRENT YEAR                     23,217.18CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            112.50CR
CURRENT CASH BALANCE                                  .75CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    516,638.00   NET LONG
TOTAL EQUITY                                     516,638.75CR

ANNUALIZED RETURN FOR CURRENT YEAR     8.97 %

24

## PORTFOLIO MANAGEMENT REPORT AS OF  3/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS
AND MARILYN COHN GROSS TIC          1-ZA409-3

2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 566,838.32CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 61,628.32- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 11,611.43CR |
| CURRENT CASH BALANCE | 289.50CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .93CR |
| TOTAL EQUITY | 517,110.00   NET LONG |
| | 517,110.93CR |

25

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

MADF

212 230-2424
800 334-1343
Fax 212 486-8178

### Tenants In Common (T.I.C.)

Account # 1-ZA-409-3-0     × LRG 3/18/05   MCG 3/18/05

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

(Name of participant) MARILYN COHN GROSS or his or her estate 80 % * 405,000

(Name of participant) LAURENCE GROSS or his or her estate 20 % * 100,000

(Name of participant) _____ or his or her estate _____%

(Name of participant) _____ or his or her estate _____%

Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:
NAME AND ADDRESS Laurence Gross and Marilyn Cohn Gross
2660 Peachtree Rd. N21   Atlanta   Ga   30305
                         City        State    Zip

**ALL TENANTS MUST SIGN:**

x _Lau Gross_          x _Marilyn Cohn Gross_

x _____      x _____

Dated at Atlanta, Ga. 30305 On 18 March 05

Affiliated with:
Madoff Securities International Limited

26

# LAURENCE GROSS

2660 PEACHTREE ROAD N.W.
ATLANTA, GEORGIA 30305
(404) 842-0854

March 17, 2005

Bernard L. Madoff Investment Securities
885 Third Avenue
New York, NY 10022

To Whom It May Concern:

Our account # is 1-ZA-409-3-0. ~~We~~ *I, LAURENCE GROSS* wish to withdraw $50,000 from the account.
Please send the check to the address listed above.
If you have any questions, please call me at (404) 842-0854

Thank you.

Yours Truly,

_Laurence Gross_ 3/17/05

Laurence Gross

_Marilyn Cohn Gross_ 3/18/05

Marilyn Gross

27

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Tenants In Common (T.I.C.)  *M.C.G. 1/12/05*
*LG 1/12/05*

Account # *1ZA409-3*

In consideration of your carrying a T.I.C. account for the undersigned, the undersigned jointly and severally agree that each of them shall have authority on behalf of the account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options; to receive on behalf of the account demands, notices, confirmations, reports, statements of account and communications of every kind, and to dispose of same; to make on behalf of the account agreements relating to any of the foregoing matters, and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you on behalf of the account as fully and completely as if each alone were interested in said account, all without notice to the other or others interested in said account. The authority hereby conferred shall remain in force until written notice of its revocation, addressed to you, is delivered at our office at 885 Third Avenue, New York, NY 10022-4834.

The undersigned further agree jointly and severally that all property you may at any time be holding or carrying for any one or more of the undersigned shall be subject to a lien in your favor for the discharge of the obligations of the account to you, and conversely,. That all property you may at any time be holding or carrying for the account shall be subject to a lien in your favor for the discharge of any obligations to you (of whatever nature) of any one or more of the undersigned, such liens to be in addition to and not in substitution of the rights and remedies you otherwise would have.

Since each of us is interested in the subject-matter of the authority hereby conferred upon the other, we jointly and severally agree, on our behalf and on behalf of our respective estates, that the authority hereby conferred by each of us upon the other shall survive our respective deaths.

In the event of the death of either or any of the undersigned the interests in the account as of the close of business on the date of the death of the decedent (or on the next following business day), shall be as follows:

(Name of participant) *MARILYN COHN GROSS* or his or her estate *73* %

(Name of participant) *LAURENCE GROSS* or his or her estate *27* %

(Name of participant) _____ or his or her estate _____ %

(Name of participant) _____ or his or her estate _____ %

Note: Total of percentages must equal 100%

Subject to provisions hereof, all notices or communications for the undersigned in respect of the joint account are to be directed to:

NAME AND ADDRESS *Laurence Gross and Marilyn Cohn Gross*  *apt. 33F*
*2660 Peachtree Rd N.W. Atlanta  Ga.  30305*
City  State  Zip

ALL TENANTS MUST SIGN:

x *Marilyn Cohn Gross*  x *Laurence Gross*

x _____  x _____

Dated at *Atlanta, Ga. 30305*  On *12 January, 05*

28



29

**PORTFOLIO MANAGEMENT REPORT AS OF 9/30/03**

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                        1-ZA409-3
AND MARILYN COHN GROSS JT WROS

2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                  510,120.82CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                       34,439.88-
UNREALIZED P/L ON OPEN SECURITY POSITIONS           41,242.34CR
CURRENT CASH BALANCE                                   96.75CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           .28CR
TOTAL EQUITY                                       517,019.75   NET LONG
                                                   517,020.03CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.29 %

30

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/03


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                 1-ZA409-3
AND MARILYN COHN GROSS JT WROS

2660 PEACHTREE ROAD NW #33F
ATLANTA             GA 30305


| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 510,120.82CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 20,846.11- | |
| REALIZED P/L FOR CURRENT YEAR | 24,521.56CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 7.50CR | |
| CURRENT CASH BALANCE | .77CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 513,803.00 | NET LONG |
| TOTAL EQUITY | 513,803.77CR | |

31

### PORTFOLIO MANAGEMENT REPORT AS OF   3/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                    1-ZA409-3
AND MARILYN COHN GROSS JT WROS

2660 PEACHTREE ROAD NW #33F
ATLANTA              GA 30305


STARTING EQUITY FOR CURRENT YEAR                510,120.82CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                               9,910.82-
REALIZED P/L FOR CURRENT YEAR                    10,777.79CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          157.50CR
CURRENT CASH BALANCE                                 .54CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    511,144.75    NET LONG
TOTAL EQUITY                                     511,145.29CR

ANNUALIZED RETURN FOR CURRENT YEAR     8.84 %

32

## PORTFOLIO MANAGEMENT REPORT AS OF  6/30/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                          1-ZA409-3
AND MARILYN COHN GROSS JT WROS

2660 PEACHTREE ROAD NW #33F
ATLANTA                 GA 30305


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 510,041.79CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 33,691.43- |
| REALIZED P/L FOR CURRENT YEAR | 38,659.17CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 1,096.72CR |
| CURRENT CASH BALANCE | .21CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 516,106.04    NET LONG |
| TOTAL EQUITY | 516,106.25CR |

33

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURENCE GROSS                        1-ZA409-3
AND MARILYN COHN GROSS JT WROS

2660 PEACHTREE ROAD NW #33F
ATLANTA                GA 30305


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                    510,041.79CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          9,831.79-
UNREALIZED P/L ON OPEN SECURITY POSITIONS             20,333.26CR
CURRENT CASH BALANCE                                   3,526.38CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            .20CR
TOTAL EQUITY                                         524,069.44    NET LONG
                                                     524,069.64CR

ANNUALIZED RETURN FOR CURRENT YEAR      19.30 %

34

| | |
|---|---|
| **BERNARD L. MADOFF**<br>**Investment Securities**<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>P&S Dept. 212 230-2436<br>800 334-1343<br>Telex 235130<br>Fax 212 838-4061 |

HAVE THIS DAY **CREDITED YOUR**
:OUNT WITH THE FOLLOWING:

4/05/00

**CHECK**                                                    150,000.00

CLIENT'S ACCOUNT NUMBER

LAURENCE GROSS
AND MARILYN COHN GROSS JT WROS
2660 PEACHTREE ROAD NW #33F
ATLANTA            GA 30305

1-ZA409-3

35

# 5

# 1-ZA 409-3

**MARILYN GROSS**
2660 PEACHTREE ROAD N.W.
APT. 33F
ATLANTA, GA  30305-3681

⑤    Financial Management Account℠

1016

62-15/311

03 April 2000

Pay to the Order of *Bernard Madoff Investment Securities*    $ 150,000. 00

One hundred thousand - fifty and - no/100  Dollars

CODE 063  SMITH BARNEY
PNC National Bank
Wilmington, DE

acct

For 1-ZA 409-3

Marilyn C. Gross

⑈ 0157⑈    7063⑈    1016

36

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

10/18/99

| CHECK | 50,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

LAURENCE GROSS
AND MARILYN COHN GROSS JT WROS
2660 PEACHTREE ROAD NW #33F
ATLANTA                 GA 30305

1-ZA409-3

37



*Marilyn Gross*

To Whom it May Concern:
Please add to my account
the enclosed check in the amount
of $50,000.
    Account # 1-ZA 409-3

    Thank you.

                    Sincerely,
                    Marilyn Gross

07 Oct. 99

---

**MARILYN COHN GROSS**
2660 PEACHTREE RD. NW    APT. 33-F
ATLANTA, GA 30305

1363

64-10/610

07 Oct. 19 99

PAY TO THE ORDER OF Bernard Madoff Investment Securities    $ 50,000. 00

Fifty thousand and ———————————— No/100 DOLLARS

**SunTrust**
SunTrust Bank, Atlanta
Atlanta, Georgia

FOR acc.# 1-ZA 409-3    Marilyn C. Gross

⑈ 101041⑈    59211⑈ 1363

38



**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 1002.
(212) 230-240(
(800) 221-224:
TELEX 235 13(
FAX (212) 486-817:

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

**7/07/99**

| CHECK | 50,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

LAURENCE GROSS
AND MARILYN GROSS
2660 PEACHTREE ROAD NW #33F
ATLANTA          GA 30305

1-ZA409-3

39

Marilyn Gross

To Whom It May Concern-
Please add to my account
the enclosed check in the amount
of $50,000.

Account # 1-ZA 409-3    BERNARD MADOFF

Thank you.

Sincerely

Marilyn Cohn Gross

01 July 99

---

3RD investment

MARILYN GROSS
2660 PEACHTREE ROAD N.W.
APT. 33F
ATLANTA, GA 30305-3681

Financial
Management
Account™

1012

62-15/311

01 July 19 99

Pay to the
Order of  Bernard Madoff Investment Securities    $ 50,000.00

Fifty thousand and ——— no/100    Dollars

CODE 063  SMITH BARNEY
PNC National Bank
Wilmington, DE

Investment Securities

For acct # 1-ZA 409-3    Marilyn Cohn Gross

⑆ :0157: 7063⑈ 1012

40

20 July 98

Bernard L. Madoff
885 Third Avenue
New York, N.Y. 10022
Gentlemen:
    Enclosed is a check for $50,000.
Please add it to our account # 1-ZA 409-3
as of 22 July 98 - not before.
    Many thanks.

Yours truly
Marilyn Cohn Gross
# 1-ZA 409-3

2660 Peachtree Rd. N.W.
Atlanta, Ga. 30305

2nd investment

| | |
|---|---|
| **MARILYN GROSS** 2660 PEACHTREE ROAD N.W. APT. 33F ATLANTA, GA 30305-3681 | **Financial Management Account** **1001** 62-15/311 |

22 July 19 98

Pay to the Order of _Bernard L. Madoff_                    $ 50,000.

_Fifty thousand and_                         no/100 Dollars

065 SMITHBARNEY
CODE
PNC National Bank
Wilmington, DE

For _____                    Marilyn Cole Gross

⑂ ⑊01570⑊    ⑊7063⑊    1001

41

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

7/22/98

| CHECK | 50,000.00 |
|-------|-----------|

CLIENT'S ACCOUNT NUMBER

LAURENCE GROSS
AND MARILYN GROSS
2660 PEACHTREE ROAD NW #33F
ATLANTA            GA 30305

1-ZA409-3

*added to Marilyn's
initial $50,000
now total share equal
$100,000.*

42

1 of uncashed
checks

MARILYN COHN GROSS
2660 PEACHTREE ROAD.   NW  APT#33F
ATLANTA, GA 30305

114

DATE 20 April 98

63-282/113

PAY TO THE
ORDER OF *Bernard L. Madoff*                          $ *500.00*

*Five and                                no/100*  DOLLARS  🔒 Security features included. Details on back.

**R**ESOURCE
CHECKING™

MINIMUM OF $100

Boston Safe Deposit and Trust Co., Boston, Massachusetts

MEMO *Investment Account*        *Marilyn C. Gross* MP

⑆ 29 20⑆  ⑈3835⑆0114⑈

MICR DATA, NEW YORK, N.Y.

43

# LAURENCE GROSS

2660 PEACHTREE ROAD N.W.
ATLANTA, GEORGIA 30305
(404) 842-0854

4/17/98

Bernard L. Madoff.
885 Third Avenue.
New York, N.Y 10022

Gentlemen:
        Enclosed is a check for $50,000.
Please add it to my account # 1-ZA4093-
        at the same time, please change
the name of the account from Laurence Gross
to read " Laurence and Marilyn Gross".
        Thank you.

Yours truly
Laurence Gross