# Exhibit D

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9022
YOUR ACCOUNT NUMBER: 1-KW300-3-0

STERLING EQUITIES                                                                                M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 44,342.90 | |
| 11/12 | 90 | | 77 | HEWLETT PACKARD CO | 34.900 | 3,144.00 | |
| 11/12 | 78 | | 3901 | WAL-MART STORES INC | 55.830 | 4,357.74 | |
| 11/12 | 51 | | 4403 | INTERNATIONAL BUSINESS MACHS | 87.270 | 4,452.77 | |
| 11/12 | 189 | | 8227 | EXXON MOBIL CORP | 72.880 | 13,781.32 | |
| 11/12 | 207 | | 8729 | INTEL CORP | 14.510 | 3,011.57 | |
| 11/12 | 99 | | 13055 | JOHNSON E JOHNSON | 59.580 | 5,901.42 | |
| 11/12 | 135 | | 17380 | J.P. MORGAN CHASE & CO | 38.530 | 5,206.55 | |
| 11/12 | 72 | | 21706 | COCA COLA CO | 44.660 | 3,217.52 | |
| 11/12 | 42 | | 26032 | MCDONALDS CORP | 55.370 | 2,326.54 | |
| 11/12 | 78 | | 30358 | MERCK & CO | 28.550 | 2,229.90 | |
| 11/12 | 285 | | 34684 | MICROSOFT CORP | 21.810 | 6,226.85 | |
| 11/12 | 144 | | 39010 | ORACLE CORPORATION | 17.300 | 2,496.20 | |
| 11/12 | 57 | | 51988 | PEPSICO INC | 56.410 | 3,217.37 | |
| 11/12 | 33 | | 52490 | APPLE INC | 100.780 | 3,326.74 | |
| 11/12 | 243 | | 56314 | PFIZER INC | 16.940 | 4,125.42 | |
| 11/12 | 57 | | 56816 | ABBOTT LABORATORIES | 54.610 | 3,114.77 | |
| 11/12 | 108 | | 60640 | PROCTER & GAMBLE CO | 64.080 | 6,924.64 | |
| 11/12 | 39 | | 61142 | AMGEN INC | 59.160 | 2,308.24 | |
| 11/12 | 75 | | 64966 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 3,273.00 | |
| 11/12 | 180 | | 65468 | BANK OF AMERICA | 21.590 | 3,893.20 | |
| 11/12 | 60 | | 69292 | QUALCOMM INC | 33.770 | 2,028.20 | |
| 11/12 | 195 | | 69794 | CITI GROUP INC | 12.510 | 2,446.45 | |
| 11/12 | 45 | | 73618 | SCHLUMBERGER LTD | 49.480 | 2,227.60 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STERLING EQUITIES

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9022
YOUR ACCOUNT NUMBER: 1-KW300-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 108 | | 74120 | COMCAST CORP CL A | 16.510 | 1,787.08 | |
| 11/12 | 213 | | 77944 | AT&T INC | 27 | 5,759.00 | |
| 11/12 | 54 | | 78446 | CONOCOPHILIPS | 52.510 | 2,837.54 | |
| 11/12 | 36 | | 82270 | UNITED PARCEL SVC INC CLASS B | 52.040 | 1,874.44 | |
| 11/12 | 219 | | 82772 | CISCO SYSTEMS INC | 16.730 | 3,671.87 | |
| 11/12 | 63 | | 86596 | U S BANCORP | 29.530 | 1,862.39 | |
| 11/12 | 75 | | 87098 | CHEVRON CORP | 73.430 | 5,510.25 | |
| 11/12 | 36 | | 90922 | UNITED TECHNOLOGIES CORP | 53.160 | 1,914.76 | |
| 11/12 | 381 | | 91424 | GENERAL ELECTRIC CO | 19.630 | 7,494.03 | |
| 11/12 | 102 | | 95248 | VERIZON COMMUNICATIONS | 30.410 | 3,105.82 | |
| 11/12 | 9 | | 95750 | GOOGLE | 337.400 | 3,036.60 | |
| 11/12 | 126 | | 99574 | WELLS FARGO & CO NEW | 29.800 | 3,759.80 | |
| 11/12 | | 100,000 | 22186 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 99,936.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 77.46 |
| 11/12 | | 63,065 | 17285 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 63,065.00 |
| 11/12 | 26,620 | | 26654 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,620.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.27 |

CONTINUED ON PAGE 3

E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9022
YOUR ACCOUNT NUMBER: 1-KW300-3-0

STERLING EQUITIES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 26,620 | 52056 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,620.00 |
| 11/19 | 25,000 | | 56637 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 10,630 | | 61095 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,630.00 | |
| | | | | NEW BALANCE | | 52,724.26 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 213 | | | AT&T INC | 28.560 | | |
| | 57 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 39 | | | AMGEN INC | 55.540 | | |
| | 33 | | | APPLE INC | 92.670 | | |
| | 180 | | | BANK OF AMERICA | 16.250 | | |
| | 75 | | | CHEVRON CORP | 79.010 | | |
| | 219 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 195 | | | CITI GROUP INC | 8.290 | | |
| | 72 | | | COCA COLA CO | 46.870 | | |
| | 108 | | | COMCAST CORP CL A | 17.340 | | |
| | 54 | | | CONOCOPHILIPS | 52.520 | | |
| | 189 | | | EXXON MOBIL CORP | 80.150 | | |
| | 381 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |
PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9022
YOUR ACCOUNT NUMBER: 1-KW300-3-0

STERLING EQUITIES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 9 | | | GOOGLE | 292.960 | | |
| | 90 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 207 | | | INTEL CORP | 13.800 | | |
| | 51 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 135 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 99 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 42 | | | MCDONALDS CORP | 58.750 | | |
| | 78 | | | MERCK & CO | 26.720 | | |
| | 285 | | | MICROSOFT CORP | 20.220 | | |
| | 144 | | | ORACLE CORPORATION | 16.090 | | |
| | 57 | | | PEPSICO INC | 56.700 | | |
| | 243 | | | PFIZER INC | 16.430 | | |
| | 75 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 108 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 60 | | | QUALCOMM INC | 33.570 | | |
| | 45 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 10,630 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 63 | | | U S BANCORP | 26.980 | | |
| | 36 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.971 | | |
| | 36 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES


BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STERLING EQUITIES

PAGE 5
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******9022
YOUR ACCOUNT NUMBER 1-KW300-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 102 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 78 | | | WAL-MART STORES INC | 55.880 | | |
| | 126 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG      SHORT | | | |
| | | | | 167,797.62 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,400.81 |
| | | | | GROSS PROCEEDS FROM SALES | | | 10,507,109.24 |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STERLING EQUITIES

YOUR ACCOUNT NUMBER: 1-KW300-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9022
PAGE: 6
M

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

STERLING EQUITIES

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9022
YOUR ACCOUNT NUMBER: 1-KW300-4-0
PAGE: 1    M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 44,343.00 |
| 11/12 | | 3 | 43336 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 4,737.00 |
| 11/12 | 3 | | 47662 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 5,343.00 | |
| 11/19 | | 3 | 33766 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 7,797.00 |
| 11/19 | 3 | | 38091 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 9,003.00 | |
| 11/19 | 3 | | 42416 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 903.00 | |
| 11/19 | | 3 | 46741 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 11,097.00 |
| | | | | NEW BALANCE | | | 52,725.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 3 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 4,950.00   SHORT 6,990.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES