# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax + Neville_  _212-696-1999_

HOME:_____

Taxpayer I.D. Number (Social Security No.)
_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_

Account Number:   1ZA232
WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER, FL  33477

(If incorrect, please change)

**NOTE:**   **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of    $ _N/A_____
      b.    I owe the Broker a Debit (Dr.) Balance of    $ _0_____

502180406                         1

   c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.             $ _____0_____

   d.   If balance is zero, insert "None."    _None / 0_____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | ✓ |

   c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | Please see the attached | _____ | _____ |
| _____ | November 30, 2008 account | _____ | _____ |
| _____ | Statement at Exhibit B | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(Number of Shares or Face Amount of Bonds)

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|    |    | YES | NO |
|----|----|-----|----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.    _____    ✓

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: Brian J. Neville, Esq., Lax + Neville, LLP
      1412 Broadway, Suite 1407, New York, NY 10018 .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _6/1/09_____    Signature _William Jay Cohen_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



LAX & NEVILLE, LLP
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

OF COUNSEL:
DAVID S. RICH

June 8, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen /Bernard L. Madoff
       Investment Securities LLC

Dear Mr. Picard:

This firm represents William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen
and has assisted him in the preparation of his Bernard L. Madoff Investment Securities LLC
("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed
Customer Claim Form for William Jay Cohen's trust account.    Additionally, below is a
description of the relationship between William Jay Cohen and Madoff Securities. The
statements made in this letter are true and accurate to the best of our knowledge and belief, and
are being provided to support William Jay Cohen's SIPC claims.

William Cohen is 71 years old and is married to Eleanor Cohen who is 68 years old.
William suffers from a heart condition and is disabled, and has been unable to work for many
years. In or about 2000, William opened the William Jay Cohen Trustee dated 11/14/89 FBO



Irving H. Picard
June 8, 2009
Page 2 of 3

William Jay Cohen account with Madoff Securities.[1]  Attached hereto as Exhibit A is the First

Amendment to the William Jay Cohen Amended and Restated Revocable Trust – 1989.  William

and Eleanor contributed funds to their Madoff Securities account from earnings received from 45

years of employment, savings, and proceeds from the sales of their homes and from other

investments that were transferred into his Madoff Securities account.  William and Eleanor

withdrew funds from their accounts with Madoff Securities for mortgage and tax payments and

for living and medical expenses.   As a result of the Madoff Securities fraud, William and

Eleanor cannot afford to make their mortgage payments, and are being forced to sell their home

of 27 years in a difficult real estate market.  Their only current source of income is social

security benefits.  At this time, they have a small amount of money to pay their living and

medical expenses, but these funds will soon be depleted.  The balance in the William Jay Cohen

Trustee dated 11/14/89 FBO William Jay Cohen account as of November 30, 2008 is

$753,394.39.  The William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen

November 30, 2008 account statement is attached as Exhibit B.  Also attached hereto as Exhibit

C are Madoff Securities November 2008 confirmations, which list SIPC membership, for the

William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen.

William received account statements and confirmations from Madoff Securities reflecting

the securities purchased and showing he held securities in his trust account.  Based upon the

account statements and the confirmations, William at all times expected to have those securities

in his trust account.  William always believed SIPC coverage would cover the securities listed as

---

[1] Eleanor Cohen is simultaneously submitting a SIPC Claim Form for her account with Madoff Securities – Eleanor
P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen.



Irving H. Picard
June 8, 2009
Page 3 of 3

being in his accounts should Madoff Securities ever fail. The balance in the William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen account as of the filing date is $753,394.39.

## CONCLUSION

William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen is seeking the full protection of SIPA for his account as follows:

-     Account No: 1-ZA232-3-0      William Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen

    Total = $753,394.39

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: _Brian Neville/spe_
Brian J. Neville

ENC.

# EXHIBIT A

## FIRST AMENDMENT TO THE
## WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989

THIS FIRST AMENDMENT to that certain WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 executed by the Settlor, WILLIAM JAY COHEN, of Jupiter, Florida  (formerly of Sharon and most recently of Stoughton, Massachusetts) on the 10th day of February, 2004, amending and restating the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 dated the 14th day of November, 1989, as amended by that certain First Amendment to the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 executed by the Settlor on the 21st day of March, 2000, made and entered into this 2 day of APRIL, 2008, by and between WILLIAM JAY COHEN (hereinafter referred to as the ("Settlor") and WILLIAM JAY COHEN (such person(s), as well as any successor or successors thereto, being hereinafter referred to as the ("Trustee"),

### W I T N E S S E T H:

WHEREAS, WILLIAM JAY COHEN, the Settlor, executed the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 on the 14th day of November, 1989, wherein he reserved the right to amend or alter said trust; and

WHEREAS, WILLIAM JAY COHEN, the Settlor, executed his First Amendment to the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 on the 21st day of March, 2000, wherein he retained the right to amend or alter said trust; and

1
Greenspoon Marder, P.A.

INITIAL

WHEREAS, WILLIAM JAY COHEN, the Settlor, executed his AMENDED AND RESTATED REVOCABLE TRUST - 1989 on the 10th day of February, 2004, wherein he retained the right to amend or alter said trust; and

WHEREAS, WILLIAM JAY COHEN, the Settlor, is desirous of amending said trust;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 dated the 14th day of November, 1989, as amended by that certain First Amendment to the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 dated the 21st day of March, 2000, as amended and restated by the WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 dated the 10th day of February, 2004, is hereby amended as follows:

1.    Article III shall be deleted in its entirety, and the following shall be substituted:

"III.

## DISPOSITIVE PROVISIONS UPON THE SETTLOR'S DEATH

Upon the death of the Settlor, the Trustee shall divide the remaining trust corpus, together with all undistributed income thereof, if any, including all additions from the Settlor's estate, into three (3), separate shares hereinafter designated as "Trust A1," "Share A2" and "Trust B," the assets of each share to be ascertained as follows:

Trust A1 and Share A2 taken together shall be equal to the "smallest pecuniary amount" which, if allowed as a federal estate tax marital deduction, would result in the least possible federal estate tax being payable by reason of the Settlor's death, assuming the Settlor's wife, ELEANOR P. COHEN, has survived him (whether or not he

2

Greenspoon Marder, P.A.

actually has survived her). In determining the Trust A1 and Share A2 pecuniary amount, the Trustee shall consider the credit for state death taxes only to the extent those taxes are not thereby incurred or increased and shall assume that all payments and devises under the Settlor's last will and testament and this trust have been made or satisfied in full. Trust A1 shall be funded with the portion of the aforementioned smallest pecuniary amount necessary to utilize the Settlor's remaining generation-skipping tax exemption after his exemption has first been allocated to property given or appointed by him, to direct skips caused by a disclaimer, and to Trust B and after payment of all federal and state death taxes. Share A2 shall be funded with the remaining portion of the aforementioned smallest pecuniary amount after fully funding Trust A1.

Trust B shall consist of the balance of the trust estate after setting aside Trust A1 and Share A2.

The Settlor's generation-skipping tax exemption shall first be allocated to Trust B and then shall be allocated to Trust A1, which trust shall be entirely exempt from generation-skipping tax. The exempt trust (Trust A1) and the nonexempt share (Share A2) shall be administered as set forth below.

With respect to the allocations to Trust A1 for the benefit of the Settlor's wife, the term "marital deduction" shall have the same meaning as said term has under the provisions of the federal Internal Revenue Code in effect at the time of the Settlor's death. The Trustee is authorized to satisfy said devise in cash, in kind or partly in each; and, if wholly or partly in kind, to select, transfer and convey to Trust A1 that specific asset or those specific assets so selected; provided, however, any assets transferred in kind to satisfy said distribution shall be valued for that purpose at their fair market values

determined as of the dates of their respective transfers; and this distribution shall carry with it (as income and not as principal) its proportionate part of the net income of the trust estate from the date of the Settlor's death. In addition, there shall not be conveyed to Trust A1 any policy of insurance on the life of the Settlor's wife or any asset or the proceeds of any asset which will not qualify for the marital deduction. Subject to the foregoing, the decision of the Trustee with respect to which assets shall be distributed in satisfaction of the devise to the trusts for the benefit of the Settlor's wife shall be conclusive and binding upon all persons. If Trust A1 should contain nonincome-productive property, the Settlor's wife shall have the power to compel the Trustee to make said property income productive or to convert it within a reasonable time.

A.   **TRUST A1.**  The Trustee shall collect and receive the income from Trust A1 and, after deducting all expenses incident to the administration thereof, shall, in at least quarter-annual or other, more frequent, convenient installments as nearly equal as possible, distribute to the Settlor's wife, ELEANOR P. COHEN, or apply for her benefit all of the net income of Trust A1.

In addition, to the extent the income is insufficient, the Trustee shall distribute to or apply for the benefit of said spouse as much of the principal as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for the wife's suitable health, support and maintenance in accordance with the mode or standard of living enjoyed by her at the time of the Settlor's death. Inasmuch as the Settlor would not hesitate to use principal for the suitable health, support and maintenance of his wife during his lifetime, the Trustee is authorized to use the principal of this Trust A1 for these purposes also.

4

Greenspoon Marder, P.A.

INITIAL

The Settlor's personal representative shall have the right to elect to qualify or not to qualify this Trust A1 for the marital deduction. In connection therewith, the Settlor's personal representative may elect to have a specific portion or all of Trust A1, herein referred to as the "Marital Portion," treated as qualified terminable interest property for federal estate tax purposes. If an election is made with respect to less than all of Trust A1, the specific portion shall be expressed as a fraction, and the value of the Marital Portion at any time may be determined by multiplying the value of Trust A1 at that time by the fraction then in effect. At the time of each payment of principal pursuant to the above provisions, the fraction shall be adjusted, first by restating it so that the numerator and the denominator are the values of the Marital Portion and of Trust A1, respectively, immediately prior to the payment and then by subtracting the amount of the payment both from the numerator and from the denominator, except that the numerator shall not be reduced below zero.

Upon the death of the Settlor's wife or if the Settlor's wife should predecease the Settlor, as the case may be, Trust A1 shall be distributed as set forth below in this paragraph A of this Article III as though such property were an original part of the latter provision of this paragraph A, except that (unless the Settlor's wife directs otherwise by her last will and testament by making specific reference to the trust herein) the Trustee shall first pay, from the principal of the Marital Portion directly or to the wife's personal representative as the Trustee deems advisable, the amount by which the estate and inheritance taxes assessed by reason of the death of the Settlor's wife shall be increased as a result of the inclusion of the Marital Portion in her estate for such tax purposes. The Trustee's selection of assets to be sold to pay that amount and the tax



effects thereof shall not be subject to question by any beneficiary. In connection therewith, upon the death of the Settlor's wife, the Trustee shall be authorized to withhold distribution of an amount of property sufficient, in the Trustee's judgment, to cover any liability that may be imposed upon the Trustee from estate or other taxes until such liability is finally determined.

Notwithstanding any other provisions contained in this REVOCABLE TRUST AGREEMENT to the contrary, all income of the Marital Portion accrued or undistributed at the death of the Settlor's wife shall be paid to her estate.

It is the Settlor's intention that the Marital Portion of this trust satisfy the eligibility requirements of the marital deduction allowable in determining the federal estate tax upon the Settlor's estate. Accordingly, (i) the Settlor hereby directs that no authorization, direction or other provision contained within this Trust Agreement which would prevent this trust from so qualifying shall apply to this trust, and (ii) the Settlor hereby states that it is his intention that any court having jurisdiction over this Trust Agreement shall construe this instrument accordingly.

Upon the death of the Settlor's wife or if the Settlor's wife should predecease the Settlor, as the case may be, the remaining principal balance of this Trust A1 shall be held, IN TRUST, in two (2), separate, equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph A, the term "Primary Beneficiary" shall initially

Greenspoon Marder, P.A.

refer to the Settlor's daughter, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as set forth below:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's wife and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

7
Greenspoon Marder, P.A.

2.     When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.     The Settlor's Primary Beneficiary shall have a special power of appointment, exercisable in favor of the Settlor's lineal descendants over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his Last Will and Testament. This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee. Such appointment may be in such shares, including no share at all, either outright, IN TRUST, or partially outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

4.     Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust

8
Greenspoon Marder, P.A.

directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary. From each such share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph A of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1

9
Greenspoon Marder, P.A.

of paragraph A of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph A of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate.

B.    SHARE A2. If the Settlor's wife, ELEANOR P. COHEN, should survive him, the Trustee shall distribute outright to her all of Share A2, free and clear of this REVOCABLE TRUST AGREEMENT. If the Settlor's wife should fail to survive him, then the distribution under this paragraph for her benefit shall lapse and shall be distributed to the Trustee, herein named, to be held, IN TRUST, in two (2) separate equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph B, the term "Primary Beneficiary" shall initially refer to the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as follows:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the

Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's wife and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

2.    When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said

11
Greenspoon Marder, P.A.

Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.    Upon the death of the initial Primary Beneficiary as defined above, as to any trust that is established for each child of the initial Primary Beneficiary or for the collective descendants who are then living of any child who is not then living of the initial Primary Beneficiary, said Primary Beneficiary may withdraw from the principal of his or her share at any time or times not to exceed in the aggregate:

the sum of FIFTY THOUSAND ($50,000.00) DOLLARS at said Primary Beneficiary's twenty-fifth (25th) birthday;

the sum of FIFTY THOUSAND ($50,000.00) DOLLARS at said Primary Beneficiary's thirtieth (30th) birthday.

4.    The Settlor's Primary Beneficiary shall have a general power of appointment, exercisable in favor of the Settlor's lineal descendants and the creditors of the Primary Beneficiary's estate over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his or her Last Will and Testament. This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee. Such appointment may be in such shares, including no share at all, either outright, IN TRUST, or partially

12
Greenspoon Marder, P.A.



outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

     5.    Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary. From each such share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph B of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary

Greenspoon Marder, P.A.

which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph B of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph B of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate.

C.    **TRUST B.**    The Trustee shall hold and administer Trust B as a separate trust for the purposes hereinafter set forth. If the Settlor's wife, ELEANOR P. COHEN, should survive him, the Trustee shall collect and receive the income therefrom, and after deducting all expenses incident to the administration thereof, the Trustee shall, in at least quarter-annual or other, more frequent, convenient installments as nearly equal as possible, distribute to the Settlor's wife and the Settlor's children, JODI COHEN SISLEY and LAUREN COHEN SACKS, or apply for their benefit as much of the net income and principal as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said beneficiary's suitable health, support and maintenance in accordance

with the mode or standard of living enjoyed by said beneficiary at the time of the Settlor's death. Inasmuch as the Settlor would not hesitate to use income or principal for the adequate health, support and maintenance of said beneficiary during his or her lifetime, the Trustee is authorized to use the income and principal of this Trust for these purposes also. However, the Trustee shall not be required to treat each of the Settlor's beneficiaries equally with respect to these distributions. The Settlor requests that the Trustee consider paying principal from Trust A1 to the Settlor's wife, ELEANOR P. COHEN, before paying her principal from this Trust B. Any income not paid to or applied for the benefit of the above-named beneficiaries shall be accumulated and added to the principal annually.

Notwithstanding any other provisions to the contrary, the Trustee is directed to consider that the Settlor's primary concern is that his wife be properly provided for during her lifetime and be able to maintain her accustomed standard of living by using all sources of funds available to her and considering the duty and ability of anyone else to support her.

Upon the death of the Settlor's wife, ELEANOR P. COHEN, or if she should predecease the Settlor, as the case may be, the Trustee shall distribute the remaining principal of Trust B, together with all undistributed income thereof, if any, shall be distributed to the Trustees herein to be held, IN TRUST, in two (2) separate, equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph C, the term "Primary

Greenspoon Marder, P.A.

Beneficiary" shall initially refer to the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as set forth below:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's wife and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

16
Greenspoon Marder, P.A.

2.    When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.    The Settlor's Primary Beneficiary shall have a special power of appointment, exercisable in favor of the Settlor's lineal descendants over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his Last Will and Testament. This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee. Such appointment may be in such shares, including no share at all, either outright, IN TRUST, and partially outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

4.    Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust

17
Greenspoon Marder, P.A.

directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary. From each such share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph C of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1

Greenspoon Marder, P.A.

INITIAL

of paragraph C of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph C of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate."

2.    Paragraph A of Article IV shall be deleted in its entirety and the following shall be substituted:

"A.    The Settlor nominates and appoints WILLIAM JAY COHEN to serve, during the Settlor's lifetime, as Trustee. In the event of the certificate of incapacity specific in Article II or the inability or refusal to act of WILLIAM JAY COHEN, then the Settlor nominates and appoints ELEANOR P. COHEN as successor Trustee in his place and stead. In the event of the death or the inability or refusal to act of ELEANOR P. COHEN, then the Settlor nominates and appoints the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, as successor Trustees in her place and stead. In the event of the death or the inability or refusal to act of JODI COHEN SISLEY or LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written



instrument signed and acknowledged by him or her and delivered to the appointee, to appoint a successor Trustee in his or her place and stead.

The Settlor nominates and appoints the Settlor's wife, ELEANOR P. COHEN, to serve, upon the Settlor's death and during the lifetime of the Settlor's wife, as Trustee of Trust A1. In the event of the death or the inability or refusal to act of ELEANOR P. COHEN, then the Settlor nominates and appoints the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, as successor Trustees in her place and stead. In the event of the death or the inability or refusal to act of JODI COHEN SISLEY or LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

The Settlor nominates and appoints the Settlor's wife, ELEANOR P. COHEN and JODI COHEN SISLEY, to serve, upon the Settlor's death and during the lifetime of the Settlor's wife, as Trustee of Trust B. In the event of the death or the inability or refusal to act of ELEANOR P. COHEN or JODI COHEN SISLEY, then the Settlor nominates and appoints LAUREN COHEN SACKS, to serve, as successor Trustee in her place and stead, to serve with the remaining Trustee. In the event of the death or the inability or refusal to act to another Trustee, then no successor Trustee shall be appointed and the remaining Trustee shall serve. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the

INITIAL

20
Greenspoon Marder, P.A.

right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

The Settlor nominates and appoints the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, to serve upon the death of the Settlor and the Settlor's wife as Trustees of any and all trusts created herein. In the event of the death or the inability or refusal to act of JODI COHEN SISLEY or LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

If all of the above-named Trustees should resign, should, for any reason, cease or become unable to act as Trustees hereunder, or should fail to accept the designation as Trustees, then the beneficiary or a majority of beneficiaries to whom or to whose use the current net income of the trust estate is at the time authorized or required to be paid or applied and who shall at the time be at least twenty-one (21) years of age may, by a written instrument signed and acknowledged by him, her or them, as the case may be, and delivered to the appointee, appoint as successor Trustee hereunder any national bank or trust company organized under the laws of the United States or any state thereof and having corporate power and authority to administer the trust hereunder, and such right of appointment shall not be exhausted by the repeated

exercise thereof; provided, however, if the then beneficiary or majority of beneficiaries, as the case may be, is not sui juris, then said beneficiary or beneficiaries shall petition the local court having jurisdiction over this trust for the appointment of a successor Trustee."

3.    Paragraph U of Article V shall be deleted in its entirety, and the following shall be substituted:

"U.    to determine the allocation of receipts between principal and income, provided such allocation or apportionment is not inconsistent with the beneficial enjoyment of trust property accorded to a life tenant or a remainderman under the general principles of trust law; provided, further, that all rights to subscribe to new or additional stock or securities and all liquidating dividends shall be deemed to be principal; provided, further, that all dividends payable in stock of the corporation declaring the same shall be deemed to be principal, except that such dividends paid at regular or substantially regular intervals out of income (which shall be determined by the Trustee) shall be deemed to be income; and provided, further, that all cash dividends (except liquidating dividends) shall be deemed to be income.  Notwithstanding anything contained in Fla. Stat. 738.104 and 738.607, the purchase and sale of a derivative as defined in Fla. Stat. 738.607 shall be deemed to be income and shall not be allocated to principal."

4.    In all other respects, the Settlor does hereby ratify and confirm each and every stipulation and covenant of the WILLIAM JAY COHEN REVOCABLE TRUST - 1989 executed by the Settlor on the 14th day of November, 1989, as amended by that certain First Amendment to the WILLIAM JAY COHEN REVOCABLE TRUST - 1989



executed by the Settlor on the 21st day of March, 2000, as amended and restated by that certain WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 executed by the Settlor on the 10th day of February, 2004.

IN WITNESS WHEREOF, the Settlor has hereto duly executed this First Amendment to the WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989, the day and year first above written, on each page of which he has affixed his initials for better identification.

_____(SEAL)
WILLIAM JAY COHEN, as Settlor

This instrument was signed, sealed, published and declared by WILLIAM JAY COHEN, the above-named Settlor, as and for his First Amendment to the WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989, in the presence of each of us, and we, at his request, in his presence and in the presence of each other, have hereunto subscribed our names as witnesses this __2__ day of __Cenil__, 2008.

_____
Cenhalese
Printed Name of Witness

_____
4231 Cacuacd
Hollwul Fl
Address

_____
Jamie Bonito
Printed Name of Witness

_____
3093 S Oakland Forest Dr #1105
Oakland Park Fl 33309
Address

23
Greenspoon Marder, P.A.

WILLIAM JAY COHEN, the Trustee, has duly executed this First Amendment to the WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989, and hereby accepts his appointment as Trustee on this _____2_____ day of _____April_____, 2008.

Signed, sealed and delivered
in the presence of:

_____
_____
Printed Name of Witness

_____
_____Jamie Bonito_____
Printed Name of Witness

_____
WILLIAM JAY COHEN, as Trustee

STATE OF FLORIDA           )
                           ) SS:
COUNTY OF PALM BEACH       )

THE FOREGOING First Amendment to the WILLIAM JAY COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 was acknowledged before me this _____2_____ day of _____April_____, 2008, by WILLIAM JAY COHEN, as Settlor and as Trustee.

CHRISTINE L. LYNN
MY COMMISSION # DD415259
EXPIRES: May 14, 2009
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.

_____
Notary Public, State of Florida

My Commission Expires:

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

2/20/2008
LIB:cls:cll
G:\DOCS\41\15111\0001\ESTPL\2563292.DOC

24
Greenspoon Marder, P.A.

# EXHIBIT B



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/09
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL   33477

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WILLIAM JAY COHEN TRUSTEE
DATED 11/24/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL    33477

| 11/30/08 | ########3944 | 1-ZA232-3-0 | | | 2 |
|---|---|---|---|---|---|

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 11/12 | 240 | SCHLUMBERGER LTD | 49,480 | 11,884.20 | |
| 11/12 | 575 | COMCAST CORP | 16,510 | 9,532.76 | |
| 11/12 | | CONOCOPHILLIPS | | | |
| 11/12 | 288 | CONOCOPHILLIPS | 52,510 | 15,133.88 | |
| 11/12 | 192 | UNITED PARCEL SVC INC | 52,690 | 9,996.68 | |
| | | | | | |
| 11/12 | 336 | U S BANCORP | 29,530 | 9,935.08 | |
| 11/12 | 480 | CIGNA CORP | 32,370 | 15,499.00 | |
| | | | | | |
| 11/12 | 544 | VERIZON COMMUNICATIONS | 30,410 | 16,554.04 | |
| 11/12 | | AETNA INC | | 10,175.20 | |
| | | | 2/12/2009 | | |
| 11/12 | | FIDELITY SPARTAN | DIV | | |
| 11/12 | 18,799 | FIDELITY SPARTAN | 1 | | 18,799.00 |
| | | U S TREASURY MONEY MARKET | | | |
| 11/12 | | | | 15,781.00 | |
| 11/17 | | CHECK | CM | | 15,000.00 |
| | | CONTINUED ON PAGE | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER            FL   33477

11/30/08        1-ZA232-3-0        ******#3944        3



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF | BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL   33477

11/30/08          1-ZA232-3-0          *****#3944          4

| | | |
|---|---|---|
| 960 | BANK OF AMERICA | 16,250 |
| 400 | CHUBB CORP | 79,010 |
| | | |
| 384 | CISCO SYSTEMS INC | 46,870 |
| 576 | CONOCO CORP | 17,340 |
| | | |
| 288 | EXXON MOBIL CORP | 80,150 |
| 2,032 | FPL GROUP SECURITY-57 | 17,172 |
| 106 | | |
| 1,104 | INTEL CORP | 13,600 |
| 272 | INTERNATIONAL BUSINESS MACH | 81,000 |
| 28 | | |
| 224 | MCDONALDS CORP | 56,750 |
| 416 | MERCK & CO | 26,720 |
| | | |
| 304 | PEPSICO INC | 56,700 |
| 1,296 | PFIZER INC | 16,430 |
| | | |
| 576 | UNITED TECHNOLOGIES CORP | | 
| 320 | QUALCOMM INC | 33,570 |

CONTINUED ON PAGE 3





Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
F&O WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL  33477

PAGE  6

11/30/08        ********3944

1-ZA232-3-0

YEAR-TO-DATE SUMMARY



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL  33477

| Date | | Security | | | | | |
|---|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | | 47,721.00 |
| 11/12 | 16 | S.&.P. 100 INDEX NOVEMBER 450 PUT | 48948 | | 17.890 | | 28,496.00 |
| 11/19 | 16 | S.&.P. 100 INDEX DECEMBER 620 PUT | 39371 | | 30 | | 48,016.00 |
| 11/19 | 16 | S.&.P. 100 INDEX NOVEMBER 450 PUT | 48027 | | 37 | | 59,184.00 |
| | | SECURITY POSITIONS | | | NET PRICE | | |
| | 16 | S.&.P. 100 INDEX DECEMBER 620 PUT | | | 16.500 | | |
| | | MARKET VALUE OF SECURITIES— | | | | | |
| | | LONG 26,400.00 | | | SHORT 37,280.00 | | |

1-ZA232-4-0          11/30/98          *******3944          1

# EXHIBIT C

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TA | CAP | SETT | | |
| 0646 | | 1-ZA232-3 | R | 23468 | 5 | 1 | | 11/10/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 725,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009     2/12/2009 | 724536.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 724536.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TA | CAP | SETT | | |
| 0646 | | 1-ZA232-3 | D | 79230 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,136 | 00206R102 | AT&T INC | 30717.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 30672.00 | 45.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 58102 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER         FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 304 | 002824100 | ABBOTT LABORATORIES | 16613.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 16601.44 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 62428 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER         FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 208 | 031162100 | AMGEN INC | 12313.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 12305.28 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 53776 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 176 | 037833100 | APPLE INC | 17744-28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100-780 | 17737-28 | 7-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 66754 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

**CODES**

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 960 | 060505104 | BANK OF AMERICA | 20764-40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21-590 | 20726-40 | 38-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 88384 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

17

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 400 | 166764100 | CHEVRON CORP | 29388.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 29372.00 | 16.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 84058 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

17

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,168 | 17275R102 | CISCO SYSTEMS INC | 19586.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 19540.64 | 46.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 71080 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,040 | 172967101 | CITI GROUP INC | 13051.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 13010.40 | 41.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 22992 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 384 | 191216100 | COCA COLA CO | 17164.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 17149.44 | 15.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 75406 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 576 | 20030N101 | COMCAST CORP CL A | 9532.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 9509.76 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 79732 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 288 | 20825C104 | CONOCOPHILIPS | 15133.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 15122.88 | 11.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 09513 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER           FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,008 | 30231G102 | EXXON MOBIL CORP | 73503.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 73463.04 | 40.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 92710 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER           FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,032 | 369604103 | GENERAL ELECTRIC CO | 39969.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 39888.16 | 81.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 97036 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 48 | 38259P508 | GOOGLE | 16196.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 16195.20 | 1.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 01363 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

```
WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 480 | 428236103 | HEWLETT PACKARD CO | 16771.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 16752.00 | 19.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

Exhibit B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CODES

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 10015 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER      FL  33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,104 | 458140100 | INTEL CORP | 16063.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 16019.04 | 44.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CODES

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 05689 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER      FL  33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 272 | 459200101 | INTERNATIONAL BUSINESS MACHS | 23747.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 23737.44 | 10.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 18666 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 720 | 46625H100 | J.P. MORGAN CHASE & CO | 27769.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 27741.60 | 28.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 14341 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 528 | 478160104 | JOHNSON & JOHNSON | 31479.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 31458.24 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-3 | D | 27318 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 224 | 580135101 | MCDONALDS CORP | 12410.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 12402.88 | 8.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-3 | D | 31644 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 416 | 589331107 | MERCK & CO | 11892.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 11876.80 | 16.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-3 | D | 35970 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,520 | 594918104 | MICROSOFT CORP | 33211.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 33151.20 | 60.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-3 | D | 40296 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 768 | 68389X105 | ORACLE CORPORATION | 13316.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 13286.40 | 30.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 53274 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 304 | 713448108 | PEPSICO INC | 17160.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 17148.64 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 57600 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,296 | 717081103 | PFIZER INC | 22005.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 21954.24 | 51.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 66252 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 400 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 17456.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 17440.00 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 61926 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 576 | 742718109 | PROCTER & GAMBLE CO | 36933.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 36910.08 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 70578 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 320 | 747525103 | QUALCOMM INC | 10818.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 10806.40 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 74904 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 240 | 806857108 | SCHLUMBERGER LTD | 11884.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 11875.20 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 87802 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 336 | 902973304 | U S BANCORP | 9935.08 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 9922.08 | 13.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 83556 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 192 | 911312106 | UNITED PARCEL SVC INC CLASS B | 9998.68 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 9991.68 | 7.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 92208 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 192 | 913017109 | UNITED TECHNOLOGIES CORP | 10213.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 10206.72 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 96534 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 544 | 92343V104 | VERIZON COMMUNICATIONS | 16564.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 16543.04 | 21.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 05187 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

17

```
WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 416 | 931142103 | WAL-MART STORES INC | 23241.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 23225.28 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-3 | D | 00861 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

17

```
WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477
```

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 672 | 949746101 | WELLS FARGO & CO NEW | 20051.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 20025.60 | 26.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-4 | R | 44622 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER       FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 16 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 25264.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 25280.00 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-4 | D | 48948 | 8 | 1 | | 11/06/08 | 11/12/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER       FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 28496.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 28480.00 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-3 | D | 57953 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 25,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | 24981.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 24981.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZA232-4 | D | 43702 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 4816.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 4800.00 | 16.00 | | | | |

CONFIRMATION (Please see reverse for further details)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-4 | R | 35052 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 16 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 41584.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 41600.00 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA232-4 | R | 48027 | 8 | 1 | | 11/14/08 | 11/19/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 16 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 59184.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 59200.00 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORDER/WORK NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZA232-4 | D | 39377 | 8 | 1 | 11/14/08 | 11/19/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

WILLIAM JAY COHEN TRUSTEE
DATED 11/14/89
FBO WILLIAM JAY COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 16 | 78379QXD4 | S & P 100 INDEX DECEMBER 420 PUT | 48016-00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX. | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30-000 | 48000-00 | 16-00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange