# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

Lax & Neville, LLP

OFFICE: (212) 696-1999

HOME:_____

Taxpayer I.D. Number (Social Security No.)
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

Account Number:   1ZB381
ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER, FL  33477

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.      Claim for money balances as of **December 11, 2008** :
        a.      The Broker owes me a Credit (Cr.) Balance of        $     N/A
        b.      I owe the Broker a Debit (Dr.) Balance of           $     0

502180406                                    1

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                    $ _____0____

d.    If balance is zero, insert "None."              None | 0

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Please see the attached | | |
| | November 30, 2008 account | | |
| | Statement at Exhibit B | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                          2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970?  if
       so, give name of that broker.                              _____    ✓_____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form: _Brian J. Neville, Esq., Lax + Neville, LLP_
       _1412 Broadway, Suite 1407, New York, NY 10018_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __6/1/09_____    Signature __Eleanor S. Cohen_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



# LAX NEVILLE

BARRY R. LAX
BRIAN J. NEVILLE

———————————————
BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

LAX & NEVILLE, LLP
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

OF COUNSEL
DAVID S. RICH

June 8, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen /Bernard L. Madoff
Investment Securities LLC

Dear Mr. Picard:

This firm represents Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen and

has assisted her in the preparation of her Bernard L. Madoff Investment Securities LLC

("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed

Customer Claim Form for Eleanor Cohen's trust account. Additionally, below is a description of

the relationship between Eleanor Cohen and Madoff Securities. The statements made in this

letter are true and accurate to the best of our knowledge and belief, and are being provided to

support Eleanor Cohen's SIPC claims.

Eleanor Cohen is 68 years old and is married to William Cohen who is 71 years old.

Eleanor has been unable to work for many years due to health issues. In or about 2000, Eleanor

opened the Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen account with



Irving H. Picard
June 8, 2009
Page 2 of 3

Madoff Securities.[1]   Attached hereto as Exhibit A is the First Amendment to the Eleanor P.

Cohen Amended and Restated Revocable Trust – 1989.  Eleanor and William contributed funds

to their Madoff Securities accounts from earnings received from 45 years of employment,

savings, and proceeds from the sales of their homes and from other investments that were

transferred into their Madoff Securities accounts.  Eleanor and William withdrew funds from

their accounts with Madoff Securities for mortgage and tax payments and for living and medical

expenses.   As a result of the Madoff Securities fraud, William and Eleanor cannot afford to

make their mortgage payments, and are being forced to sell their home of 27 years in a difficult

real estate market.  Their only current source of income is social security benefits.  At this time,

they have a small amount of money to pay their living and medical expenses, but these funds will

soon be depleted.   The balance in the Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P.

Cohen account as of November 30, 2008 is $823,149.43.  The Eleanor P. Cohen Trustee dated

11/14/89 FBO Eleanor P. Cohen November 30, 2008 account statement is attached as Exhibit B.

Also attached hereto as Exhibit C are Madoff Securities November 2008 confirmations, which

list SIPC membership, for the Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen.

Eleanor received account statements and confirmations from Madoff Securities reflecting

the securities purchased and showing she held securities in her trust account.  Based upon the

account statements and the confirmations, Eleanor at all times expected to have those securities

in her trust account.  Eleanor always believed SIPC coverage would cover the securities listed as

---

[1] William Cohen is simultaneously submitting a SIPC Claim Form for his account with Madoff Securities – William
Jay Cohen Trustee dated 11/14/89 FBO William Jay Cohen.



Irving H. Picard
June 8, 2009
Page 3 of 3

being in her accounts should Madoff Securities ever fail.  The balance in the Eleanor P. Cohen

Trustee dated 11/14/89 FBO Eleanor P. Cohen account as of the filing date is $823,149.43.

## CONCLUSION

Eleanor P. Cohen Trustee dated 11/14/89 FBO Eleanor P. Cohen is seeking the full

protection of SIPA for her account as follows:

- Account No: 1-ZB381-3-0      Eleanor P. Cohen Trustee dated 11/14/89 FBO
Eleanor P. Cohen

Total = $823,149.43

If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By:    *Brian Neville smc*
Brian J. Neville

ENC.

# EXHIBIT A

FIRST AMENDMENT TO THE

## ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989

THIS FIRST AMENDMENT to that certain ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 executed by the Settlor, ELEANOR P. COHEN, of Jupiter, Florida  (formerly of Sharon and most recently of Stoughton, Massachusetts) on the 10th day of February, 2004, amending and restating the ELEANOR P. COHEN REVOCABLE TRUST - 1989 dated the 14th day of November, 1989, as amended by that certain First Amendment to the ELEANOR P. COHEN REVOCABLE TRUST - 1989 executed by the Settlor on the 21st day of March, 2000, made and entered into this _____ day of _____, 2008, by and between ELEANOR P. COHEN (hereinafter referred to as the ("Settlor") and ELEANOR P. COHEN (such person(s), as well as any successor or successors thereto, being hereinafter referred to as the ("Trustee"),

### WITNESSETH:

WHEREAS, ELEANOR P. COHEN, the Settlor, executed the ELEANOR P. COHEN REVOCABLE TRUST - 1989 on the 14th day of November, 1989, wherein she reserved the right to amend or alter said trust; and

WHEREAS, ELEANOR P. COHEN, the Settlor, executed her First Amendment to the ELEANOR P. COHEN REVOCABLE TRUST - 1989 on the 21st day of March, 2000, wherein she retained the right to amend or alter said trust; and

Greenspoon Marder, P.A

INITIAL

WHEREAS, ELEANOR P. COHEN, the Settlor, executed her AMENDED AND RESTATED REVOCABLE TRUST - 1989 on the 10th day of February, 2004, wherein she retained the right to amend or alter said trust; and

WHEREAS, ELEANOR P. COHEN, the Settlor, is desirous of amending said trust;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the ELEANOR P. COHEN REVOCABLE TRUST - 1989 dated the 14th day of November, 1989, as amended by that certain First Amendment to the ELEANOR P. COHEN REVOCABLE TRUST - 1989 dated the 21st day of March, 2000, as amended and restated by the ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 dated the 10th day of February, is hereby amended as follows:

1.    Article III shall be deleted in its entirety, and the following shall be substituted:

"III.

## DISPOSITIVE PROVISIONS UPON THE SETTLOR'S DEATH

Upon the death of the Settlor, the Trustee shall divide the remaining trust corpus, together with all undistributed income thereof, if any, including all additions from the Settlor's estate, into three (3), separate shares hereinafter designated as "Trust A1," "Share A2" and "Trust B," the assets of each share to be ascertained as follows:

Trust A1 and Share A2 taken together shall be equal to the "smallest pecuniary amount" which, if allowed as a federal estate tax marital deduction, would result in the least possible federal estate tax being payable by reason of the Settlor's death, assuming the Settlor's husband, WILLIAM JAY COHEN, has survived her (whether or



2
Greenspoon Marder, P.A.

not she actually has survived him). In determining the Trust A1 and Share A2 pecuniary amount, the Trustee shall consider the credit for state death taxes only to the extent those taxes are not thereby incurred or increased and shall assume that all payments and devises under the Settlor's last will and testament and this trust have been made or satisfied in full. Trust A1 shall be funded with the portion of the aforementioned smallest pecuniary amount necessary to utilize the Settlor's remaining generation-skipping tax exemption after her exemption has first been allocated to property given or appointed by her, to direct skips caused by a disclaimer, and to Trust B and after payment of all federal and state death taxes. Share A2 shall be funded with the remaining portion of the aforementioned smallest pecuniary amount after fully funding Trust A1.

Trust B shall consist of the balance of the trust estate after setting aside Trust A1 and Share A2.

The Settlor's generation-skipping tax exemption shall first be allocated to Trust B and then shall be allocated to Trust A1, which trust shall be entirely exempt from generation-skipping tax. The exempt trust (Trust A1) and the nonexempt share (Share A2) shall be administered as set forth below.

With respect to the allocations to Trust A1 for the benefit of the Settlor's husband, the term "marital deduction" shall have the same meaning as said term has under the provisions of the federal Internal Revenue Code in effect at the time of the Settlor's death. The Trustee is authorized to satisfy said devise in cash, in kind or partly in each; and, if wholly or partly in kind, to select, transfer and convey to Trust A1 that specific asset or those specific assets so selected; provided, however, any assets transferred in kind to satisfy said distribution shall be valued for that purpose at their fair market values

3

Greenspoon Marder, P.A.

INITIAL

determined as of the dates of their respective transfers; and this distribution shall carry with it (as income and not as principal) its proportionate part of the net income of the trust estate from the date of the Settlor's death. In addition, there shall not be conveyed to Trust A1 any policy of insurance on the life of the Settlor's husband or any asset or the proceeds of any asset which will not qualify for the marital deduction. Subject to the foregoing, the decision of the Trustee with respect to which assets shall be distributed in satisfaction of the devise to the trusts for the benefit of the Settlor's husband shall be conclusive and binding upon all persons. If Trust A1 should contain nonincome-productive property, the Settlor's husband shall have the power to compel the Trustee to make said property income productive or to convert it within a reasonable time.

A.    TRUST A1.    The Trustee shall collect and receive the income from Trust A1 and, after deducting all expenses incident to the administration thereof, shall, in at least quarter-annual or other, more frequent, convenient installments as nearly equal as possible, distribute to the Settlor's husband, WILLIAM JAY COHEN, or apply for his benefit all of the net income of Trust A1.

In addition, to the extent the income is insufficient, the Trustee shall distribute to or apply for the benefit of said spouse as much of the principal as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for the husband's suitable health, support and maintenance in accordance with the mode or standard of living enjoyed by him at the time of the Settlor's death. Inasmuch as the Settlor would not hesitate to use principal for the suitable health, support and maintenance of her husband during her lifetime, the Trustee is authorized to use the principal of this Trust A1 for these purposes also.

4
Greenspoon Marder, P.A.

INITIAL

The Settlor's personal representative shall have the right to elect to qualify or not to qualify this Trust A1 for the marital deduction. In connection therewith, the Settlor's personal representative may elect to have a specific portion or all of Trust A1, herein referred to as the "Marital Portion," treated as qualified terminable interest property for federal estate tax purposes. If an election is made with respect to less than all of Trust A1, the specific portion shall be expressed as a fraction, and the value of the Marital Portion at any time may be determined by multiplying the value of Trust A1 at that time by the fraction then in effect. At the time of each payment of principal pursuant to the above provisions, the fraction shall be adjusted, first by restating it so that the numerator and the denominator are the values of the Marital Portion and of Trust A1, respectively, immediately prior to the payment and then by subtracting the amount of the payment both from the numerator and from the denominator, except that the numerator shall not be reduced below zero.

Upon the death of the Settlor's husband or if the Settlor's husband should predecease the Settlor, as the case may be, Trust A1 shall be distributed as set forth below in this paragraph A of this Article III as though such property were an original part of the latter provision of this paragraph A, except that (unless the Settlor's husband directs otherwise by his last will and testament by making specific reference to the trust herein) the Trustee shall first pay, from the principal of the Marital Portion directly or to the husband's personal representative as the Trustee deems advisable, the amount by which the estate and inheritance taxes assessed by reason of the death of the Settlor's husband shall be increased as a result of the inclusion of the Marital Portion in his estate for such tax purposes. The Trustee's selection of assets to be sold to pay that

5
Greenspoon Marder, P.A.

INITIAL

amount and the tax effects thereof shall not be subject to question by any beneficiary. In connection therewith, upon the death of the Settlor's husband, the Trustee shall be authorized to withhold distribution of an amount of property sufficient, in the Trustee's judgment, to cover any liability that may be imposed upon the Trustee from estate or other taxes until such liability is finally determined.

Notwithstanding any other provisions contained in this REVOCABLE TRUST AGREEMENT to the contrary, all income of the Marital Portion accrued or undistributed at the death of the Settlor's husband shall be paid to his estate.

It is the Settlor's intention that the Marital Portion of this trust satisfy the eligibility requirements of the marital deduction allowable in determining the federal estate tax upon the Settlor's estate. Accordingly, (i) the Settlor hereby directs that no authorization, direction or other provision contained within this Trust Agreement which would prevent this trust from so qualifying shall apply to this trust, and (ii) the Settlor hereby states that it is her intention that any court having jurisdiction over this Trust Agreement shall construe this instrument accordingly.

Upon the death of the Settlor's husband or if the Settlor's husband should predecease the Settlor, as the case may be, the remaining principal balance of this Trust A1 shall be held, IN TRUST, in two (2), separate, equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph A, the term "Primary Beneficiary" shall initially


INITIAL

refer to the Settlor's daughter, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as set forth below:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's husband and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

7
Greenspoon Marder, P.A.

INITIAL

2.    When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.    The Settlor's Primary Beneficiary shall have a special power of appointment, exercisable in favor of the Settlor's lineal descendants over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his Last Will and Testament. This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee. Such appointment may be in such shares, including no share at all, either outright, IN TRUST, or partially outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

4.    Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust

8
Greenspoon Marder, P.A.

INITIAL

directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary. From each such share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph A of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1

9
Greenspoon Marder, P.A.

INITIAL

of paragraph A of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph A of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate.

B.    **SHARE A2**. If the Settlor's husband, WILLIAM JAY COHEN, should survive him, the Trustee shall distribute outright to him all of Share A2, free and clear of this REVOCABLE TRUST AGREEMENT. If the Settlor's husband should fail to survive her, then the distribution under this paragraph for his benefit shall lapse and shall be distributed to the Trustee, herein named, to be held, IN TRUST, in two (2) separate equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph B, the term "Primary Beneficiary" shall initially refer to the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as follows:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the

10
Greenspoon Marder, P.A.

Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's husband and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

2.    When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said

INITIAL

Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.    Upon the death of the initial Primary Beneficiary as defined above, as to any trust that is established for each child of the initial Primary Beneficiary or for the collective descendants who are then living of any child who is not then living of the initial Primary Beneficiary, said Primary Beneficiary may withdraw from the principal of his or her share at any time or times not to exceed in the aggregate:

the sum of FIFTY THOUSAND ($50,000.00) DOLLARS at said Primary Beneficiary's twenty-fifth (25th) birthday;

the sum of FIFTY THOUSAND ($50,000.00) DOLLARS at said Primary Beneficiary's thirtieth (30th) birthday.

4.    The Settlor's Primary Beneficiary shall have a general power of appointment, exercisable in favor of the Settlor's lineal descendants and the creditors of the Primary Beneficiary's estate over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his or her Last Will and Testament.  This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee.  Such appointment may be in such shares, including no share at all, either outright, IN TRUST, or partially



outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

5.    Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary. From each such share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph B of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary

which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph B of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph B of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate.

C.    **TRUST B**.    The Trustee shall hold and administer Trust B as a separate trust for the purposes hereinafter set forth. If the Settlor's husband, WILLIAM JAY COHEN, should survive her, the Trustee shall collect and receive the income therefrom, and after deducting all expenses incident to the administration thereof, the Trustee shall, in at least quarter-annual or other, more frequent, convenient installments as nearly equal as possible, distribute to the Settlor's husband and the Settlor's children, JODI COHEN SISLEY and LAUREN COHEN SACKS, or apply for their benefit as much of the net income and principal as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said beneficiary's suitable health, support and

INITIAL

maintenance in accordance with the mode or standard of living enjoyed by said beneficiary at the time of the Settlor's death. Inasmuch as the Settlor would not hesitate to use income or principal for the adequate health, support and maintenance of said beneficiary during his or her lifetime, the Trustee is authorized to use the income and principal of this Trust for these purposes also. However, the Trustee shall not be required to treat each of the Settlor's beneficiaries equally with respect to these distributions. The Settlor requests that the Trustee consider paying principal from Trust A1 to the Settlor's husband, WILLIAM JAY COHEN, before paying him principal from this Trust B. Any income not paid to or applied for the benefit of the above-named beneficiaries shall be accumulated and added to the principal annually.

Upon the death of the Settlor's husband, WILLIAM JAY COHEN, or if he should predecease the Settlor, as the case may be, the Trustee shall distribute the remaining principal of Trust B, together with all undistributed income thereof, if any, shall be distributed to the Trustees herein to be held, IN TRUST, in two (2) separate, equal trusts, one (1) trust for the benefit of the Settlor's daughter, JODI COHEN SISLEY, and one (1) trust for the benefit of the Settlor's daughter, LAUREN COHEN SACKS, each trust for the benefit of a child of the Settlor to be administered subject to the terms and conditions hereinafter set forth. For purposes of this paragraph C, the term "Primary Beneficiary" shall initially refer to the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS. The trust terms and provisions are as set forth below:

1.    Until the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, the Trustee shall pay to or apply for the benefit of said Primary Beneficiary, from the income or principal of the trust, such sum or sums as the Trustee, in the

15
Greenspoon Marder, P.A.



Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the mode or standard of living hereinafter set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus. Any income not paid to or applied for the benefit of the Settlor's Primary Beneficiary shall be accumulated and added to the principal annually.

The standard hereinabove referred to shall be the mode or standard of living enjoyed by the Settlor's Primary Beneficiary at the time of the latter death of the Settlor, the Settlor's husband and the Primary Beneficiary's parent who is a lineal descendant of the Settlor. Inasmuch as the Settlor would not hesitate to use income or principal for the suitable health, education, support and maintenance of said Primary Beneficiary during the Settlor's lifetime, the Trustee is authorized to use the principal and accumulated income as well as any current income of this trust for these purposes also. This would include, but not be limited to, universities, graduate schools and weddings. Education shall also include vocational education, professional and postgraduate education at its highest form, and such costs and expenses incidental thereto, such as tuition, fees, costs and expenses of lodging, books, student assessments, living and clothing allowances and similar items thereto.

2.    When the Settlor's Primary Beneficiary attains the age of twenty-five (25) years, then and in that event occurring, the Trustee shall pay to said Primary Beneficiary, in quarter-annual or other, more frequent, convenient installments as nearly equal as possible, all of the net income from his or her trust. In addition, to the extent the net income in insufficient, the Trustee shall pay to or apply for the benefit of said

Primary Beneficiary as much of the principal from his or her trust as the Trustee, in the Trustee's sole and absolute discretion, deems necessary to provide for said Primary Beneficiary's suitable health, education, support and maintenance in accordance with the standard of living hereinabove set forth; provided, however, that the money paid from the principal is commensurate with the size of the trust corpus.

3.    The Settlor's Primary Beneficiary shall have a special power of appointment, exercisable in favor of the Settlor's lineal descendants over the remaining trust corpus, together with all undistributed income thereof, if any, which shall be exercised by way of his Last Will and Testament.  This power shall be exercised in writing in such manner as provided under Florida law, for the execution of conveyances of real property and shall not be effective until the written document is received by the Trustee.  Such appointment may be in such shares, including no share at all, either outright, IN TRUST, and partially outright and partially IN TRUST and upon such terms and conditions as will not violate the Rule Against Perpetuities as the Primary Beneficiary may desire.

4.    Upon the death of the Primary Beneficiary (referred to in this paragraph as the "Deceased Primary Beneficiary"), if any descendant of the Deceased Primary Beneficiary is then living, the principal, if any, not so appointed of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into a sufficient number of equal shares so that there shall be set aside one (1) such share for each child of the Deceased Primary Beneficiary who is then living and one (1) such share for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary.  From each such

17
Greenspoon Marder, P.A.

share so set aside for the collective descendants who are then living of any child who is not then living of the Deceased Primary Beneficiary there shall be set aside per stirpital parts for such descendants. Each child who is then living of the Deceased Primary Beneficiary for whom a share is set aside and each descendant who is then living of a child of a Deceased Primary Beneficiary for whom a per stirpital part is set aside is herein referred to as a "Primary Beneficiary". The share or part of a share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph C of this Article III and the other provisions of this Article. If no descendant of the Deceased Primary Beneficiary is then living, the principal, if any of the trust directed to be disposed of in accordance with the terms and conditions set forth in this paragraph shall be divided into per stirpital shares for the descendants who are then living of the lineal ancestor of the Deceased Primary Beneficiary of the closest degree of consanguinity to the Deceased Primary Beneficiary which ancestor has descendants who are then living and which ancestor is (or was) also a descendant of the Settlor or which ancestor is (or was) the Settlor. Each descendant for whom a per stirpital share is set aside is herein referred to as a "Primary Beneficiary". The share so set aside for a Primary Beneficiary shall be held in a separate trust in accordance with the terms and conditions set forth in subparagraph 1 of paragraph C of this Article III and the other provisions of this Article; provided, however, that if a trust already exists under subparagraph 1 of paragraph C of this Article III of which that Primary Beneficiary is also the Primary Beneficiary, the Trustee, in the exercise of sole and absolute discretion, may instead add the share to that existing trust, thereafter to be held, administered and disposed of as a part thereof.

INITIAL

18
Greenspoon Marder, P.A.

Notwithstanding anything contained herein to the contrary, in the event a distribution to a Primary Beneficiary would violate Article XVI below, then said distribution shall be distributed outright to said Primary Beneficiary and the trust for the benefit of that Primary Beneficiary shall terminate."

2. Paragraph A of Article IV shall be deleted in its entirety and the following shall be substituted:

"A. The Settlor nominates and appoints ELEANOR P. COHEN to serve, during the Settlor's lifetime, as Trustee. In the event of the certificate of incapacity specific in Article II or the inability or refusal to act of ELEANOR P. COHEN, then the Settlor nominates and appoints WILLIAM JAY COHEN as successor Trustee in her place and stead. In the event of the death or the inability or refusal to act of WILLIAM JAY COHEN, then the Settlor nominates and appoints the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, as successor Trustees in his place and stead. In the event of the death or the inability or refusal to act of JODI COHEN SISLEY or LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged by him or her and delivered to the appointee, to appoint a successor Trustee in his or her place and stead.

The Settlor nominates and appoints the Settlor's husband, WILLIAM JAY COHEN, to serve, upon the Settlor's death and during the lifetime of the Settlor's husband, as Trustee of Trust A1. In the event of the death or the inability or refusal to act of WILLIAM JAY COHEN, then the Settlor nominates and appoints the



19
Greenspoon Marder, P.A.

Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, as successor Trustees in his place and stead.  In the event of the death or the inability or refusal to act of JODI COHEN SISLEY and LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone.  In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

The Settlor nominates and appoints the Settlor's husband, WILLIAM JAY COHEN and JODI COHEN SISLEY, to serve, upon the Settlor's death and during the lifetime of the Settlor's husband, as Trustee of Trust B.  In the event of the death or the inability or refusal to act of WILLIAM JAY COHEN or JODI COHEN SISLEY, then the Settlor nominates and appoints LAUREN COHEN SACKS, to serve, as successor Trustee in his or her place and stead, to serve with the remaining Trustee.  In the event of the death or the inability or refusal to act to another Trustee, then no successor Trustee shall be appointed and the remaining Trustee shall serve.  In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

The Settlor nominates and appoints the Settlor's daughters, JODI COHEN SISLEY and LAUREN COHEN SACKS, to serve upon the death of the Settlor and the Settlor's husband as Trustees of any and all trusts created herein.  In the event of the

20
Greenspoon Marder, P.A.

death or the inability or refusal to act of JODI COHEN SISLEY or LAUREN COHEN SACKS, then no successor Trustee shall be appointed and the remaining Trustee shall serve alone. In the event of the death or the inability or refusal to act of the last-serving Trustee, then he or she shall have the right, by a written instrument signed and acknowledged him or her and delivered to the appointee to appoint a successor Trustee in his or her place and stead and such right of appointment shall not be exhausted by its repeated exercise.

If all of the above-named Trustees should resign, should, for any reason, cease or become unable to act as Trustees hereunder, or should fail to accept the designation as Trustees, then the beneficiary or a majority of beneficiaries to whom or to whose use the current net income of the trust estate is at the time authorized or required to be paid or applied and who shall at the time be at least twenty-one (21) years of age may, by a written instrument signed and acknowledged by him, her or them, as the case may be, and delivered to the appointee, appoint as successor Trustee hereunder any national bank or trust company organized under the laws of the United States or any state thereof and having corporate power and authority to administer the trust hereunder, and such right of appointment shall not be exhausted by the repeated exercise thereof; provided, however, if the then beneficiary or majority of beneficiaries, as the case may be, is not sui juris, then said beneficiary or beneficiaries shall petition the local court having jurisdiction over this trust for the appointment of a successor Trustee."

3.    Paragraph U of Article V shall be deleted in its entirety, and the following shall be substituted:



21
Greenspoon Marder, P.A.

"U.    to determine the allocation of receipts between principal and income, provided such allocation or apportionment is not inconsistent with the beneficial enjoyment of trust property accorded to a life tenant or a remainderman under the general principles of trust law; provided, further, that all rights to subscribe to new or additional stock or securities and all liquidating dividends shall be deemed to be principal; provided, further, that all dividends payable in stock of the corporation declaring the same shall be deemed to be principal, except that such dividends paid at regular or substantially regular intervals out of income (which shall be determined by the Trustee) shall be deemed to be income; and provided, further, that all cash dividends (except liquidating dividends) shall be deemed to be income.  Notwithstanding anything contained in Fla. Stat. 738.104 and 738.607, the purchase and sale of a derivative as defined in Fla. Stat. 738.607 shall be deemed to be income and shall not be allocated to principal."

4.    In all other respects, the Settlor does hereby ratify and confirm each and every stipulation and covenant of the ELEANOR P. COHEN REVOCABLE TRUST - 1989 executed by the Settlor on the 14th day of November, 1989, as amended by that certain First Amendment to the ELEANOR P. COHEN REVOCABLE TRUST - 1989 executed by the Settlor on the 21st day of March, 2000, as amended and restated by that certain ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989 executed by the Settlor on the 10th day of February, 2004.

IN WITNESS WHEREOF, the Settlor has hereto duly executed this First Amendment to the ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE



INITIAL

TRUST - 1989, the day and year first above written, on each page of which she has affixed her initials for better identification.

_Eleanor P. Cohen_ (SEAL)

ELEANOR P. COHEN, as Settlor

This instrument was signed, sealed, published and declared by ELEANOR P. COHEN, the above-named Settlor, as and for her First Amendment to the ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989, in the presence of each of us, and we, at her request, in her presence and in the presence of each other, have hereunto subscribed our names as witnesses this __2__ day of ___April___, 2008.

_Beryl Glaser_

Beryl Glaser
_____
Printed Name of Witness

4231 Caguer ct
Hollywood Fla
_____
Address

_Jamie Bonito_

Jamie Bonito
_____
Printed Name of Witness

3092 S. Oakland Forest Dr #1805
Oakland Park Fl 33309
_____
Address

ELEANOR P. COHEN, the Trustee, has duly executed this First Amendment to the ELEANOR P. COHEN AMENDED AND RESTATED REVOCABLE TRUST - 1989, and hereby accepts her appointment as Trustee on this __2__ day of ___April___, 2008.

Greenspoon Marder, P.A.

Signed, sealed and delivered
in the presence of:

_____

_____
Printed Name of Witness

_____

_____
Printed Name of Witness

_____
ELEANOR P. COHEN, as Trustee

STATE OF FLORIDA         )
                             ) SS:

COUNTY OF PALM BEACH    )

THE FOREGOING First Amendment to the ELEANOR P. COHEN AMENDED
AND RESTATED REVOCABLE TRUST - 1989 was acknowledged before me this
___2___ day of ___April_____, 2008, by ELEANOR P. COHEN, as
Settlor and as Trustee.

CHRISTINE L. LYNN
MY COMMISSION # DD415259
EXPIRES: May 14, 2009
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.

_____
Notary Public, State of Florida

My Commission Expires:

Personally Known ___✓_____ OR Produced Identification _____

Type of Identification Produced _____

2/20/2008
LIB:cls:cll
G:\DOCS\41\15112\0001\ESTPL\2563898.DOC

24
Greenspoon Marder, P.A.

# EXHIBIT B



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**1**

**\*\*\*\*\*\*\*\*4434**

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL    33477

1-ZB381-3-0    11/30/08

| Date | | Qty | Description | | 10/31 | 11/30/08 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 51,470.82 |
| 11/12 | | 5830 | WAL-MART STORES INC | | 55.830 | 24,693.86 |
| 11/12 | | 6312 | INTERNATIONAL BUSINESS MACHS | | 87.270 | 25,232.03 |
| 11/12 | | 14964 | JOHNSON & JOHNSON | | 59.580 | 33,446.38 |
| 11/12 | | 13289 | JP, MORGAN CHASE & CO | | 38.530 | 29,505.45 |
| 11/12 | | 32267 | MERCK & CO | | 28.550 | 12,636.10 |
| 11/12 | | 36593 | MICROSOFT CORP | | 21.810 | 35,287.15 |
| 11/12 | | 54399 | APPLE INC | | 100.780 | 18,852.86 |
| 11/12 | | 58223 | PFIZER INC | | 16.940 | 23,381.38 |
| 11/12 | | 63053 | AMGEN INC | | 59.160 | 13,082.36 |
| 11/12 | | 66875 | PHILLIP MORRIS INTERNATIONAL | | 43.600 | 18,547.00 |
| 11/12 | | 71703 | CITI GROUP INC | | 12.510 | 13,867.55 |

**MADF** | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER          FL  33477

| 2 | 11/30/08 | 1-ZB381-3-0 | \*\*\*\*\*\*\*\*4434 |
|---|---|---|---|

| Date | | | | Name | | | | | 1-ZB381-3-0 | 11/30/08 |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12 | | 255 | | SCHLUMBERGER LTD | 75527 | | | 49.480 | | 12,627.40 |
| 11/12 | | 612 | | COMCAST CORP | 76023 | | | 16.510 | | 10,128.12 |
| 11/12 | | 306 | | CONOCOPHILIPS | 80355 | | | 52.510 | | 16,080.06 |
| 11/12 | | 204 | | UNITED PARCEL SVC INC | 84179 | | | 52.040 | | 10,616.16 |
| 11/12 | | 357 | | U S BANCORP | 88505 | | | 29.530 | | 10,556.21 |
| 11/12 | | 425 | | CHEVRON CORP | 84907 | | | 73.430 | | 31,214.75 |
| 11/12 | | 578 | | VERIZON COMMUNICATIONS | 97257 | | | 30.410 | | 17,599.98 |
| 11/12 | | 51 | | GOOGLE | 97659 | | | 337.400 | | 17,207.40 |
| 11/12 | | | | FIDELITY SPARTAN   2/12/2009 | | | | DIV | | |
| 11/12 | | 12,030 | 19194 | FIDELITY SPARTAN | | | | 1 | | 12,030.00 |
| 11/03 | | | | U S TREASURY MONEY MARKET | | | | | | |
| 11/17 | | | | CHECK | | | | CW | | 15,000.00 |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER          FL    33477

| 1-ZB381-3-0 | 11/30/08 | 3 |
| --- | --- | --- |
| | ********4434 | |

| DATE | | | | | | | MKT PRICE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/17 | | | | | FIDELITY SPARTAN | DIV | | |
| | | | | | U S TREASURY MONEY MARKET | | | |
| 11/17 | 23,203 | | | | U S TREASURY MONEY MARKET | 1 | | 23,203.00 |
| | | | 49181 | | FIDELITY SPARTAN | | | |
| | | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | DIV 11/29/08 | | | |
| 11/19 | 50,000 | | 58527 | | U S TREASURY BILL | 99.926 | | 49,963.00 |
| | | | | | DUE 03/26/2009 | | | |
| | | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,207 | | | | AT&T INC | 28.560 | | |
| | 187 | | | | APPLE INC | 92.670 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222)

11/30/08          ********4634          1-ZB381-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER          FL  33477

| Quantity | Security | Price |
|---|---|---|
| 1,020 | BANK OF AMERICA | 16.250 |
| 425 | CHEVRON CORP | 79.010 |
| 408 | COCA COLA CO | 46.870 |
| 612 | COMCAST CORP | 17.340 |
| 1,971 | EXXON MOBIL CORP | 80.150 |
| 2,159 | GENERAL ELECTRIC CO | 17.170 |
| 1,173 | INTEL CORP | 13.800 |
| 289 | INTERNATIONAL BUSINESS MACHS | 83.600 |
| 238 | MCDONALDS CORP | 58.750 |
| 442 | MERCK & CO | 26.720 |
| 323 | PEPSICO INC | 56.700 |
| 1,377 | PFIZER INC | 16.430 |
| 340 | QUALCOMM INC | 33.570 |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

5

11/30/08

\*\*\*\*\*\*\*4434

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER          FL   33477

1-ZB381-3-0

| | | | | |
|---|---|---|---|---|
| 255 | | SCHLUMBERGER LTD | 50,740 | |
| 24,173 | | FIDELITY SPRTAN | 1 | |
| 204 | | UNITED PARCEL SVC INC | 57,600 | |
| 20,895 | | CLASS B | | |
| | | 3/26/2009 | | |
| 204 | | UNITED TECHNOLOGIES CORP | 48,530 | |
| 714 | | WELLS FARGO & CO NEW | 28,890 | |
| | | 823,149.43 | | |



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

ELEANOR P COHEN TRUSTEE DATED
11/14/89 F&O ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER          FL   33477

YEAR-TO-DATE SUMMARY

11/30/08          1-ZB381-3-0          6

*******4434



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN

362 SPYGLASS WAY
JUPITER            FL   33477

| 1-ZB381-4-0 | 11/30/08 | *******4434 | 1 |

| DATE | | | | BALANCE FORWARD | | MKT PRICE | | 51,477.00 |
|---|---|---|---|---|---|---|---|---|
| 11/12 | 17 | 49571 | | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | | 30,277.00 | |
| 11/19 | 17 | 40000 | | S & P 100 INDEX DECEMBER 420 PUT | 30 | | 51,017.00 | |
| 11/19 | 17 | 48650 | | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | | 62,490.00 |
| | | | | SECURITY POSITIONS | | | | |
| | 17 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | | |
| | | | | MARKET VALUE-SECURITIES | LONG 28,050.00 | SHORT 39,610.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT C

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 79853 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,207 | 00206R102 | AT&T INC | 32637-00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27-000 | 32589-00 | 48-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 58725 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 323 | 002824100 | ABBOTT LABORATORIES | 17651.03 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54-610 | 17639.03 | 12-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 63051 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 221 | 031162100 | AMGEN INC | 13082.36 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 13074.36 | 8.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 54399 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 187 | 037833100 | APPLE INC | 18852.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 18845.86 | 7.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 67377 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,020 | 060505104 | BANK OF AMERICA | 22061.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 22021.80 | 40.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 89007 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 425 | 166764100 | CHEVRON CORP | 31224.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 31207.75 | 17.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 84681 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,241 | 17275R102 | CISCO SYSTEMS INC | 20810.93 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 20761.93 | 49.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 71703 | 5 | 1 | | 11/06/08 | 11/12/08 | 11 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,105 | 172967101 | CITI GROUP INC | 13867.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 13823.55 | 44.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 23615 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 408 | 191216100 | COCA COLA CO | 18237.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 44.660 | 18221.28 | 16.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ **London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 76029 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 612 | 20030N101 | COMCAST CORP CL A | 10128.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 16.510 | 10104.12 | 24.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | \| CODES \| | | | | | |
| 0646 | | 1-ZB381-3 | D | 80355 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 306 | 20825C104 | CONOCOPHILIPS | 16080·06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52·510 | 16068·06 | 12·00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | \| CODES \| | | | | | |
| 0646 | | 1-ZB381-3 | D | 10136 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,071 | 30231G102 | EXXON MOBIL CORP | 78096·48 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72·880 | 78054·48 | 42·00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details )

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 97659 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 51 | 38259P508 | GOOGLE | 17209.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 17207.40 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 93333 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,159 | 369604103 | GENERAL ELECTRIC CO | 42467.17 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 42381.17 | 86.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 01986 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 510 | 428236103 | HEWLETT PACKARD CO | 17819.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 17799.00 | 20.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 10638 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,173 | 458140100 | INTEL CORP | 17066.23 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 17020.23 | 46.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 19289 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 765 | 46625H100 | J.P. MORGAN CHASE & CO | 29505.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 38.530 | 29475.45 | 30.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 06312 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 289 | 459200101 | INTERNATIONAL BUSINESS MACHS | 25232.03 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 87.270 | 25221.03 | 11.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 27941 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 238 | 580135101 | MCDONALDS CORP | 13187.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 13178.06 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 14964 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 561 | 478160104 | JOHNSON & JOHNSON | 33446.38 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 33424.38 | 22.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 36593 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,615 | 594918104 | MICROSOFT CORP | 35287.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 35223.15 | 64.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 32267 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 442 | 589331107 | MERCK & CO | 12636.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 12619.10 | 17.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 53897 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER              FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 323 | 713448108 | PEPSICO INC | 18232.43 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 18220.43 | 12.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 40919 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER              FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 816 | 68389X105 | ORACLE CORPORATION | 14148.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 14116.80 | 32.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 66875 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 425 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 18547.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 18530.00 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-3 | D | 58223 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER            FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,377 | 717081103 | PFIZER INC | 23381.38 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 23326.38 | 55.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 71201 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 340 | 747525103 | QUALCOMM INC | 11494.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 11481.80 | 13.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 62549 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 612 | 742718109 | PROCTER & GAMBLE CO | 39240.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 39216.96 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 88505 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 357 | 902973304 | U S BANCORP | 10556.21 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 10542.21 | 14.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 75527 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 255 | 806857108 | SCHLUMBERGER LTD | 12627.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 12617.40 | 10.00 | | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 92831 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

CODES

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 204 | 913017109 | UNITED TECHNOLOGIES CORP | 10852-64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53-160 | 10844-64 | 8-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 84179 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

CODES

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 204 | 911312106 | UNITED PARCEL SVC INC CLASS B | 10624-16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52-040 | 10616-16 | 8-00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **CODES** | | | | |
| 0646 | | 1-ZB381-3 | D | 05810 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 442 | 931142103 | WAL-MART STORES INC | 24693.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 24676.86 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **CODES** | | | | |
| 0646 | | 1-ZB381-3 | D | 97157 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 578 | 92343V104 | VERIZON COMMUNICATIONS | 17599.98 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 17576.98 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TA | CAP | SETT | | | 17 |
| 0646 | | 1-ZB381-4 | R | 45245 | 8 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| BOT | 17 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 26843.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 15.800 | 26860.00 | 17.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TA | CAP | SETT | | | 17 |
| 0646 | | 1-ZB381-3 | D | 01484 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 714 | 949746101 | WELLS FARGO & CO NEW | 21305.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 29.800 | 21277.20 | 28.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-4 | D | 49571 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 17 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 30277.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 30260.00 | 17.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | D | 58527 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 50,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | 49963.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 49963.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-4 | R | 35675 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 17 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 44183.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 44200.00 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZB381-4 | D | 44325 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER        FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 17 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 5117.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 5100.00 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-4 | R | 48650 | 8 | 1 | | 11/14/08 | 11/19/08 | 1 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 17 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 62883.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 62900.00 | 17.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-4 | D | 40000 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELEANOR P COHEN TRUSTEE DATED
11/14/89 FBO ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 17 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 51017.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 51000.00 | 17.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZB381-3 | R | 24090 | 5 | 1 | | 11/10/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

ELEANOR P COHEN TRUSTEE DATED
11/14/89 F80 ELEANOR P COHEN
362 SPYGLASS WAY
JUPITER          FL 33477

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BGT | 800,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 799488.00 |

2/12/2009

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 799488.00 | | | | | |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange