*Virginia H. Atherton*
61 Lagunita
Laguna Beach, CA 92651
949-497-1904
gatherton@cox.net

November 3, 2009

Clerk of the U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y., 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler
45 Rockefeller Plaza
New York, N.Y. 10111

Re: Bernard Madoff Bankruptcy Case #08-1789 (BRL)
    Account #1ZA414 Atherton Family Trust
    Claim #001334

Gentlemen:

Receipt is acknowledged of Notice of Trustee's Determination of Claim re the above bankruptcy case. This letter is my written opposition to the decision. It is my request to have a telephone hearing before Bankruptcy Judge Burton R. Lifland for the following reason.

As notified in my letter to Irving H. Picard dated May 12, 2009, together with backup documentation, within the above account there was a sub-account in which monies were deposited in the total amount of $100,000 during the years 1995 and 1996 by my niece, Cynthia Valentine, and her husband, Leonard Valentine. These monies were meant to be a retirement savings vehicle for them. Copies of all documentation is also included herein including IRS forms given to the Valentines each year commencing in 1995.

I have withdrawn monies from my account and written checks to the Valentines (copies enclosed showing endorsement and clearance) in the total amount of $60,000, as follows:

| | |
|---|---|
| Check #9609 dated October 25, 1996 to Leonard Valentine | $7500.00 |
| Check #9608 dated October 25, 1996 to Cynthia A. Valentine | $7500.00 |
| Check #9693 dated January 21, 2007 to C or L Valentine | 12000.00 |
| Check #9315 dated April 10, 2007 to L or C Valentine | 13000.00 |
| Check #9739 dated January 18, 2008 to L or C Valentine | 6000.00 |
| Check #9740 dated January 18, 2008 to L or C Valentine | 6000.00 |
| Check #9741 dated January 18, 2008 to C or L Valentine | 8000.00 |

$60,000.00

As set forth in your Notice of Determination, in the matter of the sub-account for the Valentines within Account No 1ZA414, there is a 'net equity' of $40,000. I am requesting that the $40,000 balance of their 'net equity' be returned.

Thank you for your consideration in this matter. Please contact me should any additional information be needed or if you have a question.

Respectfully submitted,

Virginia H. Atherton

Enclosures

Sent Certified Mail
Return Receipt Requested

*Virginia H. Atherton*

61 Lagunita
Laguna Beach, CA 92651
949-497-1904
gatherton@cox.net

*Copy*

May 12, 2009

Irving H. Picard, Esq.
Trustee, BLM Inv. Secs.
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Re: Account #1ZA414/Atherton Family Trust

Dear Mr. Picard:

Please be advised that under the above account, there was a sub-account for my niece and her husband, Cynthia and Leonard Valentine. Over time, when the Valentines requested a separate account they were informed by Bernard Madoff (in person) that no new accounts were being opened (note: probably because the amount was not significant enough). Therefore, they placed their money with me to be invested as a retirement/savings account.

In order to prove that this account actually existed, enclosed please find copies of documents as follows:

1. Cashier's check, $20,000 payable to me dated June 29, 1995; deposit slip in same amount to my Merrill Lynch account, dated June 29, 1995; personal check of Leonard Valentine, #214 dated June 27, 1995, payable to me in the amount of $30,000; deposit slip in the amount of $30,000 to my Merrill Lynch account; my CMA check #0556 dated June 27, 1995 in the amount of $50,000 payable to Bernard Madoff; my letter to BLMIS attn: Annette Bongiorno dated June 27, 1995 submitting the $50,000 for investment; receipt from BLMIS dated 7/03/95 in the amount of $50,000.

2. Cashier's check Farmers Merchants Bank #60815 dated June 20, 1996 payable to me in the amount of $15,000; personal check #220 of Leonard Valentine payable to me in the amount of $35,000; deposit slip dated June 29, 1996 in the amount of $50,000 to my Merrill Lynch CMA account; receipt from BLMIS dated July 8, 1996 in the amount of $50,000 evidencing that this money was invested for them.

3. 1099 INT forms from me to Leonard Valentine evidencing purported account returns:

> 1995  $4,130.00
> 1996  14,264.55
> 1997  27,852.00

| | |
|---|---|
| 1998 | 31,074.00 |
| 1999 | 39,720.00 |
| 2000 | 14,989.13 |
| 2001 | 32,479.18 |
| 2002 | 37,037.58 |
| 2003 | 31,069.64 |
| 2004 | 35,379.37 |
| 2005 | can't find |
| 2006 | 54,225.28 |
| 2007 | 48,501.79 |

4. *Customer Claim for the Valentine portion of this account in the amount of $496,451.19, together with Investment Account worksheet for the last quarter of 2008 setting forth the division of the two accounts.*

*These documents will obviously alter the original Customer Claim executed by me. I will await direction from you as to how you wish this to be handled in order to make settlement. As the Investment Worksheet states, my portion of the account is $424,746.57. Please contact me with any questions or further documentation you need. An attempt has been made on my part to provide you with accurate and detailed information.*

*A request was sent to you earlier this week to provide me with a Hardship Application(s). I am of retirement age and trying to live on social security and a small annuity. Even living very frugally I am experiencing a shortfall each month in the approximate amount of $1,000 which will soon deplete the small savings I have.*

*Thank you for your timely attention to this letter and claim.*

*Sincerely,*

*Virginia H. Atherton*

*VHA:sk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving Picard, Esq.
Trustee BMIS etc
Claims Processing etc
2100 McKinney Ave,
Suite 800
Dallas, TX 75201

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7008 0150 0001 0677 1526

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**F&M BANK** FARMERS & MERCHANTS BANK

11   56025

PAY TO THE ORDER OF ********************VIRGINIA ATHERTON*************

F & M BANK

**CASHIER'S CHECK**

AUTHORIZED SIGNATURE

⑈011560 25⑈ ⑆122 ⑆

---

**Merrill Lynch Credit Slip**

**VIRGINIA H ATHERTON TTEE**
**U/A DTD 06/27/91**
BY VIRGINIA H ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA  92651-4223

CMA 20764025

**Merrill Lynch**
DEPT. 2019
LOS ANGELES, CA 90088-2019

| FOR CHECKS ONLY | CHECKS ONLY (LIST SEPARATELY) | DOLLARS | CENTS |
|---|---|---|---|
| 1 | 90-119/1222 | 20,000 | 00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | TOTAL | 20,000 | 00 |

999207640255 7708189260008 0000000000 0

LEONARD A. VALENTINE D.C.
26391 LOS ALAMITOS
LAGUNA HILLS, CA  92653

#20764025

6/27/19 95                    16-66 / 1220

PAY TO THE
ORDER OF   *Virginia Atherton*                        $ 30,000.00

*THIRTY THOUSAND* ————————————— 00/xx  DOLLARS

Cash Maximizer®

**Bank of America**
Fountain Valley Branch 0690
P.O. Box 8066
Fountain Valley, CA 92728

FOR  *Deposit in MADOFF*        *Leonard A Valentine*

⑆122000661⑆ 0214"06907"06060"

---

*Merrill Lynch Credit Slip*

VIRGINIA H ATHERTON TTEE
U/A DTD 06/27/91
BY VIRGINIA H ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA  92651-4223

CMA 20764025

**Merrill Lynch**
DEPT. 2019
LOS ANGELES, CA 90088-2019

DATE  6-27 19 95

| | CHECKS ONLY (LIST SEPARATELY) | DOLLARS | CENTS |
|---|---|---|---|
| 1 | | | |
| 2 | 16-66 / 1220 | 30,000 | 00 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | TOTAL | 30,000 | 00 |

999207640255  7708189260008  0000000000 0

---

VIRGINIA H ATHERTON TTEE
61 LAGUNITA
LAGUNA BEACH, CA  92651

**CMA**® *Cash Management Account*®                    0556

25-80/440

6-27  19 95

PAY TO THE
ORDER OF  *Bernard Madoff Inv. Sec.*        $ 50,000.00

*Fifty Thousand & 00/100* —————————— DOLLARS

**Merrill Lynch**

**BANK ONE.**  BANK ONE, COLUMBUS, NA
Columbus, Ohio 43271

MLMF  Acct # 1-28 444-3                    *V. H. Atherton*

⑆044000804⑆ 040131516653" 0556

*greensleeves*

June 27, 1995


Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY  10022-4834

Attn:  Ms. Annette Bongiorno

Re:  Account #1-ZA414-3-0

Gentlemen:

Enclosed is my check #0556 payable to your order in the amount
of $50,000 to be applied to the above account for investment.
PLEASE NOTE, I would like earnings to be reinvested until fur-
ther notice.

Please acknowledge receipt of this check and contact me should
you have any questions.  Thank you.

Very truly yours,

*[signature]*

Virginia H. Atherton
61 Lagunita
Laguna Beach, CA  92651



VHA:sk
Encl. - 1 check

1901 E. Carnegie Avenue ● Suite 1ᴇ ● Santa Ana, California 92705
(714) 261-7381
FAX (714) 261-7574

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Aven
New York, NY 100
(212) 230-24
(800) 221-22
TELEX 235 1
FAX (212) 486-81

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

7/03/95

| CHECK | 50,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

ATHERTON FAMILY TRUST
VIRGINIA H ATHERTON AS TSTEE
61 LAGUNITA
LAGUNA BEACH        CA 92651

1-ZA414-3

*Leonard & Cynthia Valentine's money*

*Merrill Lynch Credit Slip*

VIRGINIA H ATHERTON TTEE
U/A DTD 06/27/91
BY VIRGINIA H ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA 92651-4223

CMA 20764025

**Merrill Lynch**
DEPT. 2019
LOS ANGELES, CA 90088-2019

| | DATE (USE ONLY) | DOLLARS | CENTS |
|---|---|---|---|
| 1 | 16-66/1220 | 35,000 | 00 |
| 2 | 90-119/1222 | 15,000 | 00 |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | TOTAL | 50,000 | 00 |

999207640255 7708189260008 0000000000 0

---

LEONARD A. VALENTINE D.C.                                    220
26391 LOS ALAMITOS
LAGUNA HILLS, CA 92653

6·25·96    16-66/1220

PAY TO THE
ORDER OF  *Virginia Atherton*                    $ 35,000

*Thirty Five Thousand* ——————— xx/100 DOLLARS

**Bank of America**          Cash Maximizer®
Fountain Valley Branch 0690
P.O. Box 8066
Fountain Valley, CA 92728

FOR _____

1220006 0220 0690 060606

---

**F&M** FARMERS & MERCHANTS BANK
**BANK** LAKE FOREST OFFICE
       23772 ROCKFIELD BLVD.
       EL TORO, CA 92630  714-855-8221

11    60815

90-119/1222

DATE JUNE 20, 1996

OF **********VIRGINIA ATHERTON********************$15,000.00********************************

THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE, SIMULATED WATERMARK, AND CHLOROSTAIN PAPER; ABSENCE OF THESE FEATURES WILL INDICATE A COPY

F&M BANK 15,000 dol's 00 cts          AUTHORIZED SIGNATURE

# CASHIER'S CHECK

0116 0815 122201198 01 70002 2

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/08/96

CHECK                                                    50,000.00

CLIENT'S ACCOUNT NUMBER

ATHERTON FAMILY TRUST
VIRGINIA H ATHERTON AS TSTEE
61 LAGUNITA
LAGUNA BEACH          CA 92651

1-ZA414-3

*Cynthia & Leonard Valentines funds*

LEONARD & CYNTHIA VALENTINE

STATEMENT OF ACCOUNT
12/31/95

| | |
|---|---|
| 7/1/95 Deposited with Bernard Madoff | $50,000.00 |
| 12/31/95 Annual interest earned @ 16.52% = $8,260.00 divided by six months = | 4,130.00 |
| 12/31/95 Account balance | $54,130.00 |

VIRGINIA H. ATHERTON

Attached:  1099-INT

| Form **1096** | **Annual Summary and Transmittal of U.S. Information Returns** | **1995** |

Department of the Treasury
Internal Revenue Service

FILER'S name
VIRGINIA STEVENSON

Street address (including room or suite number)
61 LAGUNITA
LAGUNA BEACH, CA 9JC51
City, state, and ZIP code

If you are not using a preprinted label, enter in box 1 or 2 below the identification number you used as the filer on the information returns being transmitted. Do not fill in both boxes 1 and 2.

Name of person to contact if the IRS needs more information

Telephone number
(714) 261-7381

**For Official Use Only**

| 1 Employer identification number | 2 Social security number   5-6737 | 3 Total number of forms   1 | 4 Federal income tax withheld   $ | 5 Total amount reported with this Form 1096   $ 4130.00 |

Enter an "X" in only one box below to indicate the type of form being filed.

If this is your FINAL return, enter an "X" here ▶

| W-2G 32 | 1098 81 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-DIV 91 | 1099-INT 92 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-R 98 | 1099-S 75 | 5498 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                    Title ▶                    Date ▶

## Instructions

**Purpose of Form.**—Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See **Form 4804,** Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of Preprinted Label.**—If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer.**—The name, address, and TIN of the filer on this form **must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2.** A filer includes a payer, a recipient of mortgage interest payments (including points), a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of an individual retirement arrangement (including an IRA or SEP), and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.**—Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately.

**Box 1 or 2.**—Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 2. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.**—Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.**—Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

**Box 5.**—No entry is required if you are filing Form 1099-A or 1099-G. For all other forms, enter the total of the amounts from the specific boxes of the forms listed below:

| Form W-2G | Box 1 |
| Form 1098 | Boxes 1 and 2 |
| Form 1099-B | Boxes 2 and 3 |
| Form 1099-C | Box 2 |
| Form 1099-DIV | Boxes 1a, 5, and 6 |
| Form 1099-INT | Boxes 1 and 3 |
| Form 1099-MISC | Boxes 1, 2, 3, 5, 6, 7, 8, and 10 |
| Form 1099-OID | Boxes 1 and 2 |
| Form 1099-PATR | Boxes 1, 2, 3, and 5 |
| Form 1099-R | Box 1 |
| Form 1099-S | Box 2 |
| Form 5498 | Boxes 1 and 2 |

For more information and the Paperwork Reduction Act Notice, see the Instructions for Forms 1099, 1098, 5498, and W-2G.    Form **1096** (1995)

Cat. No. 14400O

VIRGINIA STEVENSON ATHERTON

61 LAGUNITA
LAGUNA BEACH, CA  92651

VIRGINIA ATHERTON
714  261-7381

-6737              1          -0-          4,130.00

X

**Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ►  *Virginia S. Atherton*   Title ►                    Date ►2/15/96

# Instructions

**Purpose of Form.—**Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See **Form 4804,** Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of Preprinted Label.—**If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer.—The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G.** A filer includes a payer, a recipient of mortgage interest payments (including points), a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of an individual retirement arrangement (including an IRA or SEP), and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.—**Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately.

**Box 1 or 2.—**Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 1. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.—**Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.—**Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

**Box 5.—**No entry is required if you are filing Form 1099-A or 1099-G. For all other forms, enter the total of the amounts from the specific boxes of the forms listed below:

| Form W-2G | Box 1 |
|---|---|
| Form 1098 | Boxes 1 and 2 |
| Form 1099-B | Boxes 2 and 3 |
| Form 1099-C | Box 2 |
| Form 1099-DIV | Boxes 1a, 5, and 6 |
| Form 1099-INT | Boxes 1 and 3 |
| Form 1099-MISC | Boxes 1, 2, 3, 5, 6, 7, 8, and 10 |
| Form 1099-OID | Boxes 1 and 2 |
| Form 1099-PATR | Boxes 1, 2, 3, and 5 |
| Form 1099-R | Box 1 |
| Form 1099-S | Box 2 |
| Form 5498 | Boxes 1 and 2 |

For more information and the Paperwork Reduction Act Notice, see the Instructions for Forms 1099, 1098, 5498, and W-2G.    Form **1096** (1995)

Cat. No. 14400O

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA STEVENSON ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA  92651 | | **1995**<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3  $ | **Copy C**<br>**For Payer** |
|---|---|---|---|
| 6737 | 1864 | | |

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

LEONARD A. VALENTINE

22651 COTTONWOOD

MISSION VIEJO, CA  92692

2 Early withdrawal penalty  $

3 Interest on U.S. Savings Bonds and Treas. obligations  $

4 Federal income tax withheld  $  —0—

5 Foreign tax paid  $  —0—

6 Foreign country or U.S. possession

Account number (optional)     2nd TIN Not.

For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-INT**     Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1995**<br>Form **1099-INT** | **Interest Income** |

PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3  $ | **Copy C For Payer**

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

2 Early withdrawal penalty  $
3 Interest on U.S. Savings Bonds and Treas. obligations  $
4 Federal income tax withheld  $
5 Foreign tax paid  $
6 Foreign country or U.S. possession

Account number (optional)     2nd TIN Not.

For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-INT**     Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1995**<br>Form **1099-INT** | **Interest Income** |

PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3  $ | **Copy C For Payer**

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

2 Early withdrawal penalty  $
3 Interest on U.S. Savings Bonds and Treas. obligations  $
4 Federal income tax withheld  $
5 Foreign tax paid  $
6 Foreign country or U.S. possession

Account number (optional)     2nd TIN Not.

For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.**

Form **1099-INT**     Department of the Treasury - Internal Revenue Service

LEONARD & CYNTHIA VALENTINE

STATEMENT OF ACCOUNT

12/31/96

| | | |
|---|---:|---:|
| Balance @ 12/31/95 | | $54,130.00 |
| Interest @ 16.95% to 3/31/96 | 2,293.75 | |
| | | $56,423.75 |
| Interest @ 16.54% to 6/31/96 | 2,333.12 | |
| | | 58,756.87 |
| Deposit 7/1/96 | 50,000.00 | |
| | | 108,756.87 |
| Interest @ 17.14% to 9/30/96 | 4,660.23 | |
| | | 113,317.10 |
| Interest @ 17.57% to 12/31/96 | 4,977.45 | |
| Account Total | | 118,294.55 |
| | | |
| Attached 1099 INT for year | $14,264.55 | |

VIRGINIA H. ATHERTON

(Monies invested w/ Bernard Madoff)

DO NOT STAPLE

| Form **1096** <br> Department of the Treasury <br> Internal Revenue Service | **Annual Summary and Transmittal of** <br> **U.S. Information Returns** | OMB No. 1545-0108 <br> **1996** |

FILER'S name, Street address (including room or suite number), City, State and Zip code

**VIRGINIA STEVENSON ATHERTON**

**61 LAGUNITA**

**LAGUNA BEACH, CA 92651**

| If you are not using a preprinted label, enter in box 1 or 2 below the identification number you used as the filer on the information returns being transmitted. Do not fill in both boxes 1 and 2. | Name of person to contact if the IRS needs more information <br> **VIRGINIA ATHERTON** <br> Telephone number <br> **(714) 497-1904** |

| 1 Employer identification number | 2 Social security number <br> -6737 | 3 Total number of forms <br> 1 | 4 Federal income tax withheld <br> $ 0 | 5 Total amount reported with this Form 1096 <br> $ 14,264.55 |

Enter an "X" in only one box below to indicate the type of form being filed.    If this is your FINAL return, enter an "X" here . . ▶ ☐

| W-2G 32 | 1098 81 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-R 98 | 1099-S 75 | 5498 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                                      Title ▶                                      Date ▶

## Instructions

**Purpose of Form.—**Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. (See *Where To File on the back.*) DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See **Form 4804**, Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of Preprinted Label.—**If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer.—The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G.** A filer includes a payer, a recipient of mortgage interest payments (including points), a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of an individual retirement arrangement (including an IRA or SEP), and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.—**Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately.

**Box 1 or 2.—**Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 1. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.—**Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.—**Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

**Box 5.—**No entry is required if you are filing Form 1099-A or 1099-C. For all other forms, enter the total of the amounts from the specific boxes of the forms listed below:

| Form W-2G | Box 1 |
|---|---|
| Form 1098 | Boxes 1 and 2 |
| Form 1099-B | Boxes 2 and 3 |
| Form 1099-C | Box 2 |
| Form 1099-DIV | Boxes 1a, 5, and 6 |
| Form 1099-INT | Boxes 1 and 3 |
| Form 1099-MISC | Boxes 1, 2, 3, 5, 6, 7, 8, and 10 |
| Form 1099-OID | Boxes 1 and 2 |
| Form 1099-PATR | Boxes 1, 2, 3, and 5 |
| Form 1099-R | Box 1 |
| Form 1099-S | Box 2 |
| Form 5498 | Boxes 1 and 2 |

For more information and the Paperwork Reduction Act Notice, see the Instructions for Forms 1099, 1098, 5498, and W-2G.    Form **1096** (1996

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA STEVENSON ATHERTON 61 LAGUNITA LAGUNA BEACH, CA 92651 | | 19**96** Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3 | **Copy C** **For Payer** |
|---|---|---|---|
| ?-6737 | 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 | $ XXXX 14,264.55 | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| LEONARD A. VALENTINE 22651 COTTONWOOD MISSION VIEJO, CA 92692 | | 4 Federal income tax withheld $ | |
| | | 5 Foreign tax paid | 6 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. ☐ | $ | |

Form **1099-INT**                                                    Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA STEVENSON ATHERTON 61 LAGUNITA LAGUNA BEACH, CA 92651 | | 19**96** Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3 | **Copy C** **For Payer** |
|---|---|---|---|
| ?-6737 | 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 | $ 14,264.55 | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| LEONARD A. VALENTINE 22651 COTTONWOOD MISSION VIEJO, CA 92692 | | 4 Federal income tax withheld $ | |
| | | 5 Foreign tax paid | 6 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. ☐ | $ | |

Form **1099-INT**                                                    Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | 19**96** Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in Box 3 | **Copy C** **For Payer** |
|---|---|---|---|
| | | $ | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | For Paperwork Reduction Act Notice and instructions for completing this form, see **Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| | | 4 Federal income tax withheld $ | |
| | | 5 Foreign tax paid | 6 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. ☐ | $ | |

Form **1099-INT**                                                    Department of the Treasury - Internal Revenue Service

LEONARD & CYNTHIA VALENTINE
STATEMENT OF ACCOUNT
12/31/97

| | | |
|---|---|---|
| Balance @ 12/31/96 | | $118,294.55 |
| Interest @ 21.04% to 3/31/97 | 6,222.00 | |
| | | 124,516.55 |
| Interest @ 24.08% to 6/30/97 | 7,497.00 | |
| | | 132,013.55 |
| Interest @ 21.46% to 9/30/97 | 7,083.00 | |
| | | 139,096.55 |
| Interest @ 20.27% to 12/31/97 | 7,050.00 | |
| Account Total | | 146,146.55 |

Attached 1099 INT for year 1997    $27,852.00

Virginia H. Atherton

(Monies invested w/ Bernard Madoff Investment Securities
885 Third Avenue
New York, NY  10022

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA STEVENSON ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA 92651 | | **1997**<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | State Copy |
|---|---|---|---|
| -6737 | 364-56-18 64 | $ 27,852.00 | |

| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|---|---|
| LEONARD A. VALENTINE<br><br>22651 COTTONWOOD<br><br>MISSION VIEJO, CA 92692 | $ | $ |
| | 4 Federal income tax withheld<br>$ -0- | |
| | 5 Foreign tax paid<br>-0- | 6 Foreign country or U.S. possession |
| Account number (optional) | $ | |

Form **1099-INT**　　　　　　　　　　　　　　　Department of the Treasury - Internal Revenue Service

---

☐ VOID　　☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1997**<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3<br>$ | State Copy |
|---|---|---|---|

| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|---|---|
| | 4 Federal income tax withheld<br>$ | |
| | 5 Foreign tax paid | 6 Foreign country or U.S. possession |
| Account number (optional) | $ | |

Form **1099-INT**　　　　　　　　　　　　　　　Department of the Treasury - Internal Revenue Service

---

☐ VOID　　☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1997**<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3<br>$ | State Copy |
|---|---|---|---|

| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ |
|---|---|---|
| | 4 Federal income tax withheld<br>$ | |
| | 5 Foreign tax paid | 6 Foreign country or U.S. possession |
| Account number (optional) | $ | |

Form **1099-INT**　　　　　　　　　　　　　　　Department of the Treasury - Internal Revenue Service

| Form **1096** | | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | **1997** |

| FILER'S name, Street address (including room or suite number), City, State and Zip code |
|---|
| VIRGINIA STEVENSON ATHERTON |
| 61 LAGUNITA |
| LAGUNA BEACH, CA  92651 |

| If you are not using a preprinted label, enter in box 1 or 2 below the identification number you used as the filer on the information returns being transmitted. Do not fill in both boxes 1 and 2. | Name of person to contact if the IRS needs more information  VIRGINIA ATHERTON  Telephone number  (714) 497-1904 |
|---|---|

| 1. Employer identification number | 2. Social security number  -6737 | 3. Total number of forms    1 | 4. Federal income tax withheld  $  -0- | 5. Total amount reported with this Form 1096  $27,852.00 |
|---|---|---|---|---|

Enter an "X" in only one box below to indicate the type of form being filed.    If this is your FINAL return, enter an "X" here . . . ▶ ☐

| W-2G 32 | 1098 81 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-LTC 93 | 1099-MISC 95 | 1099-MSA 94 | 1099-OID 96 | 1099-PATR 97 | 1099-R 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-S 75 | 5498 28 | 5498-MSA 27 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | | | | | | | | | | | |

**Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Virginia A. Atherton*    Title ▶    Date ▶ 1/3/98

## Instructions

**Purpose of Form.**—Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. *(See Where To File on the back.)* DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See Form 4804, Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of Preprinted Label.**—If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer.**—The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G. A filer includes a payer, a recipient of mortgage interest payments (including points), a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of an individual retirement arrangement (including an IRA, SEP, or SIMPLE) or a medical savings account, and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.**—Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately. **Do not** send a form (1099, 5498, etc.) containing summary (subtotal) information with Form 1096. Summary information for the group of forms being sent is entered only in boxes 3, 4, and 5 of Form 1096.

**Box 1 or 2.**—Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 1. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.**—Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.**—Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

For more information and the Paperwork Reduction Act Notice, see the 1997 Instructions for Forms 1099, 1098, 5498, and W-2G.    Form **1096** (1997)

LEONARD & CYNTHIA VALENTINE
STATEMENT OF ACCOUNT
12/31/98

| | | |
|---|---:|---:|
| Balance at 12/31/97 | | $146,146.55 |
| Interest @ 20.50% to 3/31/98 | 7,490.00 | |
| | | 153,636.55 |
| Interest @ 21.04% to 6/30/98 | 8,081.28 | |
| | | 161,717.84 |
| Interest @ 18.14% to 9/30/98 | 7,293.47 | |
| | | 169,011.31 |
| Interest @ 19.43% to 12/31/98 | 8,209.72 | |
| Account Total | | 177,221.03 |
| Attached 1099 Int for year 1998 | $31,074.47 | |

Virginia H. Atherton


Monies invested w/ Bernard Madoff Investment Securities
885 Third Avenue
New York, NY  10022

PAYER'S name, street address, city, state, ZIP code, and telephone no.

VIRGINIA STEVENSON ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA  92654 92651

| Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|
| | 19**98** | **Interest Income** |
| | Form **1099-INT** | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| -6737 | 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 | $ 31,074.00 | | **For Payer** |

RECIPIENT'S name

LEONARD A. VALENTINE

| | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | For Paperwork Reduction Act Notice and instructions for completing this form, see the **1998 Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|---|
| | $ | $ | |

Street address (including apt. no.)
22651 Cottonwood

| | 4 Federal income tax withheld | | |
|---|---|---|---|
| | $ -0- | | |

City, state, and ZIP code
Mission Viejo, CA  92692

| | 5 Foreign tax paid | 6 Foreign country or U.S. possession | |
|---|---|---|---|
| | $ -0- | | |

Account number (optional)                2nd TIN Not. [ ]

$

Form **1099-INT**                Department of the Treasury - Internal Revenue Service

---

[ ] VOID   [ ] CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

| Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|
| | 19**98** | **Interest Income** |
| | Form **1099-INT** | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| | | $ | | **For Payer** |

RECIPIENT'S name

| | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | For Paperwork Reduction Act Notice and instructions for completing this form, see the **1998 Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|---|
| | $ | $ | |

Street address (including apt. no.)

| | 4 Federal income tax withheld | | |
|---|---|---|---|
| | $ | | |

City, state, and ZIP code

| | 5 Foreign tax paid | 6 Foreign country or U.S. possession | |
|---|---|---|---|

Account number (optional)                2nd TIN Not. [ ]

$

Form **1099-INT**                Department of the Treasury - Internal Revenue Service

---

[ ] VOID   [ ] CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

| Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|
| | 19**98** | **Interest Income** |
| | Form **1099-INT** | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| | | $ | | **For Payer** |

RECIPIENT'S name

| | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | For Paperwork Reduction Act Notice and instructions for completing this form, see the **1998 Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|---|
| | $ | $ | |

Street address (including apt. no.)

| | 4 Federal income tax withheld | | |
|---|---|---|---|
| | $ | | |

City, state, and ZIP code

| | 5 Foreign tax paid | 6 Foreign country or U.S. possession | |
|---|---|---|---|

Account number (optional)                2nd TIN Not. [ ]

$

Form **1099-INT**                Department of the Treasury - Internal Revenue Service

LEONARD & CYNTHIA VALENTINE
STATEMENT OF ACCOUNT

12/31/99

| | | |
|---|---:|---:|
| Balance at 12/31/98 | | $127,221.03 |
| Interest @ 18.38% to 3/31/99 | 8,067.98 | |
| | | 135,289.01 |
| Interest @ 21.25% to 6/30/99 | 11,001.53 | |
| | | 196,290.54 |
| Interest @ 20.85% to 9/30/99 | 10,231.64 | |
| | | 206,522.18 |
| Interest @ 20.18% to 12/31/99 | 10,419.04 | |
| | 39,720.19 | 216,941.22 |

Virginia M. Atherton

Monies invested w/ Bernard Madoff Invest. Secs.
885  Third Avenue
New York, NY  10022

1099 Interest Form enclosed for year 1999

LEONARD & CYNTHIA VALENTINE
STATEMENT OF ACCOUNT
12/31/99

| | | | | |
|---|---|---|---|---|
| Balance | | | | $143,441.00 |
| Interest | 18.21% | 3/31/99 | 3,082.32 | |
| | | | | 186,441.01 |
| | 23.75% | 6/30/99 | 11,291.53 | |
| | | | | 196,290.54 |
| Interest | 20.85% | 9/30/99 | 10,231.64 | |
| | | | | 206,522.18 |
| Interest | 20.18% | 12/31/99 | 10,419.04 | |
| | | | | 216,941.22 |
| | | | 39,720.19 | |

Virginia M. Atherton

Monies Invested w/ Bernard Madoff Invest. Secs.
885 Third Avenue
New York, NY  10022

1099 Interest Form enclosed for year 1999

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA STEVENSON ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA   92651 | | **1999** Form 1099-INT | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | **Copy C** |
|---|---|---|---|
| -6737 | 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 | $ 39,720.00 | **For Payer** |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ |
| LEONARD A. VALENTINE<br><br>22651 Cottonwood<br><br>Mission Viejo, CA   92692 | | 4 Federal income tax withheld $ -0- | 5 Investment expenses $ |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. | $ | |

Form **1099-INT**                                    Department of the Treasury - Internal Revenue Service

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1999** Form 1099-INT | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 $ | **Copy C** **For Payer** |
|---|---|---|---|
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ |
| | | 4 Federal income tax withheld $ | 5 Investment expenses $ |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. | $ | |

Form **1099-INT**                                    Department of the Treasury - Internal Revenue Service

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | | **1999** Form 1099-INT | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 $ | **Copy C** **For Payer** |
|---|---|---|---|
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ |
| | | 4 Federal income tax withheld $ | 5 Investment expenses $ |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession |
| Account number (optional) | 2nd TIN Not. | $ | |

Form **1099-INT**                                    Department of the Treasury - Internal Revenue Service

6969

VIRGINIA STEVENSON ATHERTON

61 LAGUNITA

LAGUNA BEACH, CA  92651

VIRGINIA ATHERTON
949 497-1904

?-6737        1         -0-          31,074.00

x

**Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Virginia S. Atherton*   Title ▶                        Date ▶ 1/3/99

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. *(See Where To File on the back.)* DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See Form 4804, Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of preprinted label.** If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G. A filer includes a payer, a recipient of mortgage interest payments (including points) or student loan interest, an educational institution, a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of any individual retirement arrangement or a medical savings account, and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.** Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately. **Do not** send a form (1099, 5498, etc.) containing summary (subtotal) information with Form 1096. Summary information for the group of forms being sent is entered only in boxes 3, 4, and 5 of Form 1096.

**Box 1 or 2.** Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 1. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.** Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.** Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

For more information and the Paperwork Reduction Act Notice, see the 1998 Instructions for Forms 1099, 1098, 5498, and W-2G.     Form **1096** (1998)
Cat. No. 14400O

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of
U.S. Information Returns**

OMB No. 1545-0108

**1999**

FILER'S name

VIRGINIA STEVENSON ATHERTON

Street address (including room or suite number)

61 LAGUNITA

City, state, and ZIP code

LAGUNA BEACH, CA 92651

| If you are not using a preprinted label, enter in box 1 or 2 below the identification number you used as the filer on the information returns being transmitted. Do not fill in both boxes 1 and 2. | Name of person to contact if the IRS needs more information | | **For Official Use Only** |
|---|---|---|---|
| | Telephone number | | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | 6737 | 1 | $ -0- | $ 39,720.00 |

Enter an "X" in only one box below to indicate the type of form being filed. If this is your FINAL return, enter an "X" here ▶ ☐

| W-2G 32 | 1098 81 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-LTC 93 | 1099-MISC 95 | 1099-MSA 94 | 1099-OID 96 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| 1099-PATR 97 | 1099-R 98 | 1099-S 75 | 5498 28 | 5498-MSA 27 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**Please return this entire page to the Internal Revenue Service. Photocopies are NOT acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                    Title ▶                    Date ▶ 1/30/00

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. *(See Where To File on the back.)* DO NOT USE FORM 1096 TO TRANSMIT MAGNETIC MEDIA. See **Form 4804**, Transmittal of Information Returns Reported Magnetically/Electronically.

**Use of preprinted label.** If you received a preprinted label from the IRS with Package 1099, place the label in the name and address area of this form inside the brackets. Make any necessary changes to your name and address on the label. However, do not use the label if the taxpayer identification number (TIN) shown is incorrect. **Do not prepare your own label. Use only the IRS-prepared label that came with your Package 1099.**

If you are not using a preprinted label, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**Filer. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G.** A filer includes a payer, a recipient of mortgage interest payments (including points) or student loan interest, an educational institution, a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of any individual retirement arrangement or a medical savings account (MSA) (including a Medicare+Choice MSA), and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Transmitting to the IRS.** Send the forms in a flat mailing (not folded). Group the forms by form number and transmit each group with a **separate** Form 1096. For example, if you must file both Forms 1098 and 1099-A, complete one Form 1096 to transmit your Forms 1098 and another Form 1096 to transmit your Forms 1099-A. You need not submit original and corrected returns separately. **Do not** send a form (1099, 5498, etc.) containing summary (subtotal) information with Form 1096. Summary information for the group of forms being sent is entered only in boxes 3, 4, and 5 of Form 1096.

**Box 1 or 2.** Complete only if you are not using a preprinted IRS label. Individuals not in a trade or business must enter their social security number in box 2; sole proprietors and all others must enter their employer identification number in box 1. However, sole proprietors who do not have an employer identification number must enter their social security number in box 2.

**Box 3.** Enter the number of forms you are transmitting with this Form 1096. Do not include blank or voided forms or the Form 1096 in your total. Enter the number of correctly completed forms, not the number of pages, being transmitted. For example, if you send one page of three-to-a-page Forms 5498 with a Form 1096 and you have correctly completed two Forms 5498 on that page, enter "2" in box 3 of Form 1096.

**Box 4.** Enter the total Federal income tax withheld shown on the forms being transmitted with this Form 1096.

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 1999 Instructions for Forms 1099, 1098, 5498, and W-2G.

Cat. No. 14400O          Form **1096** (1999)

Leonard & Cynthia Valentine
Statement of Account
12/31/00

| | | | |
|---|---|---|---|
| Balance at 1/1/00 | 203,987.17 * | | |
| Income 3/31/00 | | 11,298.12 | |
| | 215,285.29 | | |
| Income 6/30/00 | | 7,039.32 | |
| | 222,315.61 | | |
| Income 9/30/00 | 5,090.53 | 5,090.53 | |
| | 227,406.14 | | |
| Income 12/31/00 | | 4,544.21 | |
| Account balance @ 12/31/00 | 231,950.35 | # 27,963.18 | |

Options :   1099 for 2000   @ #27,963.18

1099 for 2000   @   14,989.13

* Adjusted amount after deducting #12,974.05
(for overstated amount declared
in prior years)

Annual percentage return = 13.72%

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA H. ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA 92651 | | 2000<br>Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3 | | **Copy B** |
|---|---|---|---|---|
| 6737 | 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 | $  14989.13 | | **For Recipient** |
| RECIPIENT'S name<br>LEONARD VALENTINE | | 2 Early withdrawal penalty<br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>22651 COTTONWOOD | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code<br>MISSION VIEJO, CA 92692 | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| Account number (optional) | | | | |

| Form **1099-INT** | (Keep for your records.) | Department of the Treasury - Internal Revenue Service |
|---|---|---|

Investment account

Cynthia Dean

| Date | | Amount |
|---|---|---|
| 1/1/00 | | 20398717 |
| 1/1/00 W/D | | 20378717 |
| 3/31/00 INC | ✗ | 1112812 |
| 3/31/00 BAL | | 21528529 |
| 4/1/00 W/D | | |
| | BAL | 21528529 |
| 6/30/00 INC | ✗ | 703032 |
| 6/30/00 BAL | | 22231561 |
| 7/1/00 W/D | | |
| | BAL | 22231561 |
| 9/30/00 INC | ✗ | 509053 |
| 9/30/00 BAL | | 22740614 |
| 10/1/00 W/D | | |
| | BAL | 22740614 |
| 12/31/00 INC | ✗ | 454421 |
| 12/31/00 BAL | | 23195035 |

✗ INC $27,963.18

PRIOR YRS
OVERSTATEMENT
(12,974.05)

14,989.13

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

**2001**

FILER'S name
VIRGINIA ATHERTON

Street address (including room or suite number)
61 LAGUNITA

City, state, and ZIP code
LAGUNA BEACH, CA 92651

| Name of person to contact | Telephone number | **For Official Use Only** |
|---|---|---|
| VIRGINIA ATHERTON | (949) 497-1904 | |
| Fax number | E-mail address | |
| ( ) | | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | -6737 | 1 | $ 0.00 | $ 32479.18 |

Enter an "X" in only one box below to indicate the type of form being filed. If this is your final return, enter an "X" here . . ▶ ☐

| W-2G 32 | 1098 81 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-LTC 93 | 1099-MISC 95 | 1099-MSA 94 | 1099-OID 96 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| 1099-PATR 97 | 1099-R 98 | 1099-S 75 | 5498 28 | 5498-MSA 27 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

COPY

**Please return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                    Title ▶                    Date ▶

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. **Do not use Form 1096 to transmit magnetic media.** See Form 4804, Transmittal of Information Returns Reported Magnetically/Electronically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Form 1099, 1098, 5498, or W-2G. A filer includes a payer, a recipient of mortgage interest payments (including points) or student loan interest, an educational institution, a broker, a barter exchange, a creditor, a person reporting real estate transactions, a trustee or issuer of any individual retirement arrangement or a medical savings account (MSA) (including a Medicare+Choice MSA), and a lender who acquires an interest in secured property or who has reason to think that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the imprinted information is incorrect, make corrections on the form.

**Note:** *You will no longer receive an IRS-prepared label with your Package 1099.*

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 with Forms 1099, 1098, or W-2G by February 28, 2002. File Form 1096 with Forms 5498 by May 31, 2002.

## Where To File

Send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in ▼ | Use the following Internal Revenue Service Center address ▼ |
|---|---|
| Alabama, Arizona, Florida, Georgia, Louisiana, Mississippi, New Mexico, Texas | Austin, TX 73301 |
| Arkansas, Connecticut, Kentucky, Maine, Massachusetts, New Hampshire, New York, Ohio, Rhode Island, Vermont, West Virginia | Cincinnati, OH 45999 |
| Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma, South Dakota, Wisconsin | Kansas City, MO 64999 |

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G.**

Cat. No. 14400O                    Form **1096** (2001)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|---|
| VIRGINIA ATHERTON  61 LAGUNITA  LAGUNA BEACH, CA 92651 | | | **2001**  Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | **1** Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| '-6737 | 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 | $  32479.18 | | **For Payer** |
| RECIPIENT'S name  LEONARD VALENTINE | | **2** Early withdrawal penalty  $ | **3** Interest on U.S. Savings Bonds and Treas. obligations  $ | For Privacy Act and Paperwork Reduction Act |
| Street address (including apt. no.)  22651 COTTONWOOD | | **4** Federal income tax withheld  $ | **5** Investment expenses  $ | Notice, see the **2001 General Instructions for** |
| City, state, and ZIP code  MISSION VIEJO, CA 92692 | | **6** Foreign tax paid | **7** Foreign country or U.S. possession | **Forms 1099, 1098, 5498,** |
| Account number (optional) | 2nd TIN not. ☐ | $ | | **and W-2G.** |

Form **1099-INT**                                   Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|---|
| | | | **2001**  Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | **1** Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| | | $ | | **For Payer** |
| RECIPIENT'S name | | **2** Early withdrawal penalty  $ | **3** Interest on U.S. Savings Bonds and Treas. obligations  $ | For Privacy Act and Paperwork Reduction Act |
| Street address (including apt. no.) | | **4** Federal income tax withheld  $ | **5** Investment expenses  $ | Notice, see the **2001 General Instructions for** |
| City, state, and ZIP code | | **6** Foreign tax paid | **7** Foreign country or U.S. possession | **Forms 1099, 1098, 5498,** |
| Account number (optional) | 2nd TIN not. ☐ | $ | | **and W-2G.** |

Form **1099-INT**                                   Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|---|
| | | | **2001**  Form **1099-INT** | **Interest Income** |

| PAYER'S Federal identification number | RECIPIENT'S identification number | **1** Interest income not included in box 3 | | **Copy C** |
|---|---|---|---|---|
| | | $ | | **For Payer** |
| RECIPIENT'S name | | **2** Early withdrawal penalty  $ | **3** Interest on U.S. Savings Bonds and Treas. obligations  $ | For Privacy Act and Paperwork Reduction Act |
| Street address (including apt. no.) | | **4** Federal income tax withheld  $ | **5** Investment expenses  $ | Notice, see the **2001 General Instructions for** |
| City, state, and ZIP code | | **6** Foreign tax paid | **7** Foreign country or U.S. possession | **Forms 1099, 1098, 5498,** |
| Account number (optional) | 2nd TIN not. ☐ | $ | | **and W-2G.** |

Form **1099-INT**                                   Department of the Treasury - Internal Revenue Service

Leonard & Cynthia Valentine
Statement of Account
12/31/2002

Monies invested W/ Bernard Madoff Investment Securities
885 Third Avenue
New York, NY 10022

Virginia Atherton


| | | |
|---|---|---|
| Balance at 12/31/01 | | 264,429.53 |
| Interest 1/1/02 to 3/31/02 | 3,307.12 | |
| | | 267,736.65 |
| Interest 4/1/02 to 6/30/02 | 12,137.74 | |
| | | 279,874.39 |
| Interest 7/1/02 to 9/30/02 | 15,841.70 | |
| | | 295,716.09 |
| Interest 10/01/02 to 12/31/02 | 5,751.02 | |
| Balance 12/31/02 | | 301,467.11 |
| Total Interest 2002 | 37,037.58 | |

Leonard & Cynthia Valentine
Statement of Account
12/31/02

Balance @ 1/1/02        264,429.53
                        ~~296,908.71~~

    Income 3/31/02                      3,331.81
                    267,761.34

    Income 6/30/02                      7,785.16
                    275,546.50

    Income 9/30/02                     10,773.86
                    286,320.36

    Income 12/31/02 _____     9,949.63
                    296,269.99   31,840.46

    Long way figure = 31,840.46
    Short Way = 264,429.53 × 13.90% = 32,241.09

        Short Way = $400.63 more

(~~Maria file~~)  Need 1096 form & 1099 ~~Etal~~ dit forms.
                 ~~Need copies of 2001 1096 & 1099 forms~~

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA 92651<br><br>(949) 497-1904 | | **2002**<br>Form **1099-INT** | **Interest Income** |

| | RECIPIENT'S identification number | 1 Interest income not included in box 3 | Copy B |
|---|---|---|---|
| identification number<br>6737 | 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 | $  37037.58 | **For Recipient** |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Early withdrawal penalty | 3 Interest on U.S. Savings Bonds and Treas. obligations | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| LEONARD VALENTINE<br>22651 COTTONWOOD<br>MISSION VIEJO, CA 92692 | | $ | $ | |
| | | 4 Federal income tax withheld | 6 Investment expenses | |
| | | $ | $ | |
| | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | | | | |
| | | $ | | |

Form **1099-INT**          (Keep for your records.)          Department of the Treasury - Internal Revenue Service

INVESTMENT

R. WILSON JONES          G7304 ColumnWrite ®

| | TOTAL | GIGI | CINDLEN | CYNDLEN @ FDA 7 |
|---|---|---|---|---|
| 1/1/03 | 760 051 97 | 458 584 86 | 301 467 11 | 39.66 |
| 1/1/03  w/d | (5000 -) | (5000 -) | | |
| | 755 051 97 | 453 584 86 | 301 467 11 | 39.93 |
| 3/3/03  INCOME | 16 248 53 | 9760 49 | 6 488 04 | |
| | 771 300 50 | 463 345 35 | 307 955 15 | |
| 4/1/03  w/d | (34 000 00) | (34 000 00) | | |
| | 737 300 5 | 429 345 35 | 307 955 15 | 41.77 |
| 6/30/03  INCOME | 20 367 26 | 11 859 86 | 8 507 40 | |
| | 757 667 76 | 441 205 21 | 316 462 55 | |
| 7/1/03 w/d | + or | | | |
| | 757 667 76 | 441 205 21 | 316 462 55 | 41.77 |
| 9/30/03  INCOME | 26 931 69 | 15 682 32 | 11 249 37 | |
| | 784 599 45 | 456 887 53 | 327 711 92 | |
| 10/1/03  w/d | (15 000 -) | (15 000 -) | | |
| | 769 599 45 | 441 887 53 | 327 711 92 | 43.58 |
| 12/31/03  INCOME | 11 331 21 | 6 506 38 | 4 824 83 | |
| | 780 930 66 | 448 393 91 | 332 536 75 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 748 930 69 | 438 090 05 | 310 069 64 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Beg Bal | 760 051 97 | | | |
| Income | 748 930 69 | | | |
| | 834 982 66 | | | |
| w/d | (54 000 -) | | | |
| | 780 930 66 | | | |

VIRGINIA ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA 92651

(949) 497-1904

**2003 Interest Income**

Form 1099-INT

| | RECIPIENT'S identification number | 1 Interest income not included in box 3 | | Copy A |
|---|---|---|---|---|
| -6737 | 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 | $ 31069.64 | | For Internal Revenue Service Center |
| LEONARD VALENTINE | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | File with Form 1096. |
| 22651 COTTONWOOD | | 4 Federal income tax withheld $ | 5 Investment expenses $ | For Privacy Act and Paperwork Reduction Act Notice and 2003 General |
| MISSION VIEJO, CA 92692 | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | Instructions for Forms 1099, 1096, 5498, and W-2G. |

Form 1099-INT

Do Not Cut or Separate Forms on This Page --- Do Not Cut or Separate Forms on This Page

---

9292 ☐ VOID ☐ CORRECTED

**2003 Interest Income**

Form 1099-INT

OMB No. 1545-0112

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | | |
|---|---|---|---|---|
| | RECIPIENT'S identification number | 1 Interest income not included in box 3 $ | | Copy A |
| | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | For Internal Revenue Service Center File with Form 1096. |
| Street address (including apt. no.) | | 4 Federal income tax withheld $ | 5 Investment expenses $ | For Privacy Act and Paperwork Reduction Act |
| City, state, and ZIP code | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | Notice and 2003 General Instructions for Forms 1099, 1096, 5498, and W-2G. |

Form 1099-INT     Cat. No. 14410K     Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page --- Do Not Cut or Separate Forms on This Page

---

9292 ☐ VOID ☐ CORRECTED

**2003 Interest Income**

Form 1099-INT

OMB No. 1545-0112

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | Payer's RTN (optional) | | |
|---|---|---|---|---|
| | RECIPIENT'S identification number | 1 Interest income not included in box 3 $ | | Copy A |
| | | 2 Early withdrawal penalty $ | 3 Interest on U.S. Savings Bonds and Treas. obligations $ | For Internal Revenue Service Center File with Form 1096. |
| Street address (including apt. no.) | | 4 Federal income tax withheld $ | 5 Investment expenses $ | For Privacy Act and Paperwork Reduction Act |
| City, state, and ZIP code | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | Notice and 2003 General Instructions for Forms 1099, 1096, 5498, and W-2G. |

Form 1099-INT     Cat. No. 14410K     Department of the Treasury - Internal Revenue Service

## Form 1096

### Annual Summary and Transmittal of U.S. Information Returns

2003

FILER'S name

VIRGINIA ATHERTON

Street address (including room or suite number)

61 LAGUNITA

City, state, and ZIP code

LAGUNA BEACH, CA 92651

Name of person to contact

VIRGINIA ATHERTON

Telephone number

949 497-1904

Fax number

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | -6737 | 1 | $ 0.00 | $ 31069.64 |

Enter an "X" in only one box below to indicate the type of form being filed. If this is your final return, enter an "X" here ▶

| W-2G | 1098 | 1098-E | 1098-T | 1099-A | 1099-B | 1099-C | 1099-CAP | 1099-DIV | 1099-G | 1099-INT |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X | ☐ | ☐ |

| 1099-LTC | 1099-MISC | 1099-OID | 1099-PATR | 1099-Q | 1099-R | 1099-S | 5498 | 5498-ESA | 5498-MSA |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

COPY

---

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

---

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Robert L. Ward*   Title ▶ ACCOUNTANT   Date ▶ 3/9/04

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. **Do not use Form 1096 to transmit electronically or magnetically.** For magnetic media, see Form 4804, Transmission of Information Returns Reported Magnetically; for electronic submissions, see **Pub. 1220,** Specifications for Filing Forms 1098, 1099, 5498 and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement, a Coverdell ESA, an Archer MSA (including a Medicare+Choice MSA); certain corporations; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 with Forms 1099, 1098, or W-2G by March 1, 2004. File Form 1096 with Forms 5498, 5498-ESA, and 5498-MSA by May 31, 2004.

### Where To File

Send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following Internal Revenue Service Center address |
|---|---|
| Alabama, Arizona, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Texas, Virginia | Austin, TX 73301 |
| Arkansas, Connecticut, Delaware, Kentucky, Maine, Massachusetts, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, West Virginia | Cincinnati, OH 45999 |
| Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Wisconsin | Kansas City, MO 64999 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Cat. No. 14400O

Form **1096** (2003)

VIRGINIA ATHERTON
INVESTMENT

WILSON JONES COMPANY      G7204 GREEN      7204 BUFF                                           MADE IN U.S.A.

| | TOTAL | G1K1 | CYN&LYNN | CYN & LEN % PORTFOLIO |
|---|---|---|---|---|
| 1/1/04 | 78093266 | 44809339 | 33253675 | |
| 1/1/04 W/D | (10000000) | (10000000) | | |
| | 77093066 | 43809339 | 33053625 | 43.13 |
| 3/31/04 INCOME | 1691663 | 954362 | 735301 | |
| | 78774729 | 44795153 | 33978976 | |
| 4/1/04 W/D | (2700000) | (2700000) | | |
| | 76074729 | 42095153 | 33978976 | 44.67 |
| 6/30/04 INCOME | 2452190 | 1352797 | 1095393 | |
| | 78526919 | 43447950 | 35074369 | |
| 7/1/04 W/D | (1000000) | (1000000) | | |
| | 77526919 | 42447950 | 35074369 | 45.24 |
| 9/30/04 INCOME | 3149600 | 2177121 | 972479 | |
| | 80676519 | 44625071 | 36046848 | |
| 10/1/04 W/D | (700000) | (700000) | | |
| | 79976519 | 43929071 | 36046848 | 45.44 |
| 12/31/04 INCOME | 1631823 | 887059 | 744764 | |
| | 80608342 | 43816730 | 36791612 | |
| | | | | |
| | | | | |
| Income | 7915276 | 4377339 | 3537937 | |

Beg Bal   78093066
Income    7915276
          86008342
W/D       (5400000)
          80608342

Leonard & Cynthia Valentine
Statement of Account
12/31/2004

Monies invested W / Bernard Madoff Investment Securities
855 Third Avenue
New York, NY 10022

Virginia Atherton

| | | |
|---|---|---|
| Balance at 12/31/04 | | 332,536.75 |
| Interest 1/1/04 to 3/31/04 | 7,253.01 | |
| | | 339,789.76 |
| Interest 4/1/04 to 6/30/04 | 10,953.93 | |
| | | 350,743.69 |
| Interest 7/1/04 to 9/30/04 | 9,724.79 | |
| | | 360,468.48 |
| Interest 10/1/04 to 12/31/04 | 7,447.64 | |
| | | 367,916.12 |
| Total Interest 2004 | 35,379.37 | |

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>VIRGINIA ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA 92651<br><br>(949) 497-1904 | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2004**<br><br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| PAYER'S Federal identification number<br>-6737 | RECIPIENT'S identification number<br>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 | 1 Interest income not included in box 3<br>$ 35379.37 | **Copy C**<br>**For Payer** |
| RECIPIENT'S name<br>LEONARD VALENTINE | | 2 Early withdrawal penalty<br><br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2004 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| Street address (including apt. no.)<br>22651 COTTONWOOD | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code<br>MISSION VIEJO, CA 92692 | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | 2nd TIN not. ☐ | $ | | |

Form **1099-INT**                    Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2004**<br><br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3<br>$ | **Copy C**<br>**For Payer** |
| RECIPIENT'S name | | 2 Early withdrawal penalty<br><br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2004 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| Street address (including apt. no.) | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | 2nd TIN not. ☐ | $ | | |

Form **1099-INT**                    Department of the Treasury - Internal Revenue Service

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112<br><br>**2004**<br><br>Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| PAYER'S Federal identification number | RECIPIENT'S identification number | 1 Interest income not included in box 3<br>$ | **Copy C**<br>**For Payer** |
| RECIPIENT'S name | | 2 Early withdrawal penalty<br><br>$ | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **2004 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
| Street address (including apt. no.) | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | |
| City, state, and ZIP code | | 6 Foreign tax paid | 7 Foreign country or U.S. possession | |
| Account number (optional) | 2nd TIN not. ☐ | $ | | |

Form **1099-INT**                    Department of the Treasury - Internal Revenue Service

VIRGINIA ATHERTON
INVESTMENT ACCOUNT
2005

© WILSON JONES    G7504 ColumnWrite ®

| | | | TOTAL | 4141 | CYN : LEN | CYN : LEN % PORTFOLIO |
|---|---|---|---|---|---|---|
| 1 | 1/1/05 | | 80600342 | 43281473 0 | 34791612 | |
| 2 | 1/1/05 W/D | | (1000000) | (1000000) | | |
| 3 | | | 79600342 | 42281673 0 | 34791612 | 46.22 |
| 4 | 3/31/05 INCOME | | 1673387 | 899948 | 773439 | |
| 5 | | | 81281729 | 43181673 | 37525051 | |
| 6 | 4/1/05 W/D | | (2500000) | (2500000) | | |
| 7 | | | 78781729 | 41212678 | 37525051 | 47.68 |
| 8 | 6/30/05 INCOME | | 1765411 | 923663 | 841748 | |
| 9 | | | 80547140 | 42140341 | 38406799 | |
| 10 | 7/1/05 W/D | | (1100000) | (1100000) | | |
| 11 | | | 79447140 | 41040341 | 38406799 | 48.34 |
| 12 | 9/30/05 INCOME | | 1612709 | 833125 | 779584 | |
| 13 | | | 81059849 | 41873466 | 39186383 | |
| 14 | 10/1/05 W/D | | (1000000) | (1000000) | | |
| 15 | | | 80059849 | 40873466 | 39186383 | 48.95 |
| 16 | 12/31/05 INCOME | | 2567566 | 1310741 | 1256803 | |
| 17 | | | 82627413 | 42184207 | 40443206 | |
| 18 | | | | | | |
| 19 | INCOME | | 7619071 | 3967477 | 3651594 | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | GIVS | 8715.83 | |
| 23 | BEG BAL | | 80600342 | | | |
| 24 | INCOME | | 7619071 | | | |
| 25 | | | 88219413 | CAP GAINS | 1747488 | |
| 26 | W/D | | (5600000) | | | |
| 27 | | | 82627413 | | | |
| 28 | | | | | 7619271 | |

VIRGINIA ATHERTON
INVESTMENT ...

© WILSON JONES    G7504 ColumnWrite ®

| | TOTAL | GIGI | CYN & LEN | CYN & LEN % |
|---|---|---|---|---|
| //// | 8062 7413 | 4218 4007 | 4044 3006 | |
| 1/1/ W/D | (10000 -) | (10000 -) | | |
| | 8162 7413 | 4118 4007 | 4044 3004 | 49.55 |
| 3/31/ INCOME | 200 7615 | 100 8342 | 99 4773 | |
| | 8363 5028 | 4219 7049 | 4143 7979 | |
| 4/1/ W/D | (21000 -) | (21000 -) | | |
| | 8153 5028 | 4009 7049 | 4143 7979 | 50.81 |
| 6/30/ INCOME | 234 9411 | 115 5440 | 119 3971 | |
| | 8388 4439 | 4125 2489 | 4263 1950 | |
| 7/1/ W/D | (5000 -) | (5000 -) | | |
| | 8338 4439 | 4075 2489 | 4263 1950 | 51.13 |
| 9/30/ INCOME | 404 2974 | 197 5801 | 206 7173 | |
| | 8742 7413 | 4272 8290 | 4469 9123 | |
| 10/1/ W/D | (30000 -) | (15000 -) | (15000 -) | |
| | 8442 7413 | 4122 8290 | 4319 9123 | 51.17 |
| 10/31/ INCOME | 227 9872 | 114 3261 | 114 6611 | |
| END BAL | 8670 7285 | 4234 1551 | 4436 5734 | |
| INCOME | 106 7987 2 | 52 57344 | 54 22528 | |
| | | | | |
| | | | | |
| BEG BAL | 8062 7413 | | | |
| INCOME | 106 7987 2 | | | |
| | | | | |
| W/D | (66000 -) | | | |
| | | | | |
| | 8670 7285 | | | |

*Virginia H. Atherton*

*61 Lagunita*
*Laguna Beach, CA 92651*
*949-497-1904*
*gatherton@cox.net*



To Leonard and Cynthia Valentine
Statement of Account
12/31/06

Monies invested with Bernard Madoff Investment Securities
855 Third Avenue
New York, N.Y.  10022

| | |
|---|---|
| Balance at 12/31/05 | $404,430.06 |
| Income at 3/31/06 | 9,947.73 |
| | 414,379.79 |
| Income at 6/30/06 | 11,939.71 |
| | 426,319.50 |
| Income at 9/30/06 | 20,671.73 |
| | 446,991.23 |
| Withdrawal 10/1/06 | (15,000.00) |
| Income at 12/31/06 | 11,666.11 |
| Ending Balance | $443,657.34 |
| | |
| Income for year 2006 | 54,225.28 |
| (Per 1099  for 2006) | |

Do Not Staple

OMB No. 1545-0108

Form **1096**

Department of the Treasury
Internal Revenue Service

## Annual Summary and Transmittal of
## U.S. Information Returns

2006

FILER'S name
VIRGINIA ATHERTON

Street address (including room or suite number)
61 LAGUNITA

City, state, and ZIP code
LAGUNA BEACH, CA 92651

Name of person to contact
VIRGINIA ATHERTON

Telephone number
( 949 ) 497-1904

**For Official Use Only**

Email address

Fax number
(    )

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | 737 | 1 | $      0.00 | $    54225.28 |

Enter an "X" in only one box below to indicate the type of form being filed. If this is your final return, enter an "X" here ►

| W-2G 32 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-H 71 | 1099-INT 92 | 1099-LTC 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 5498 28 | 5498-ESA 72 | 5498-SA 27 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ►          Title ►          Date ►

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically or magnetically. For magnetic media, see Form 4804, Transmittal of Information Returns Reported Magnetically; for electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement, a Coverdell ESA, an HSA, an Archer MSA (including a Medicare Advantage MSA); certain corporations; certain donees of motor vehicles, boats, and airplanes; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.
● With Forms 1099, 1098, or W-2G, file by February 28, 2007.
● With Forms 5498, 5498-ESA, or 5498-SA, file by May 31, 2007.

## Where To File

Except for Form 1098-C, send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in ▼ | Use the following Internal Revenue Service Center address ▼ |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Austin, TX 73301 |
| Alaska, California, Colorado, District of Columbia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Maryland, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Kansas City, MO 64999 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Cat. No. 14400O          Form **1096** (Rev. 7-2006)

PAYER'S name, street address, city, state, ZIP code, and telephone no. (optional)

VIRGINIA ATHERTON
61 LAGUNITA
LAGUNA BEACH, CA 92651

(949) 497-1904

| | | |
|---|---|---|
| Payer's RTN (optional) | OMB No. 1545-0112 | |
| 1 Interest income<br>$     54225.28 | **2006**<br>Form **1099-INT** | **Interest Income** |
| 2 Early withdrawal penalty<br>$ | | |

PAYER'S federal identification number: 6737
RECIPIENT'S identification number: 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

RECIPIENT'S name
LEONARD VALENTINE

Street address (including apt. no.)
22651 COTTONWOOD

City, state, and ZIP code
MISSION VIEJO, CA 92692

Account number (see instructions)      2nd TIN not. ☐

| | |
|---|---|
| 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | Copy A<br>For<br>**Internal Revenue Service Center**<br>File with Form 1096. |
| 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ |
| 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession |
| 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ |

For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form **1099-INT**      Cat. No. 14410K      Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

9292      ☐ VOID      ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

| | | |
|---|---|---|
| Payer's RTN (optional) | OMB No. 1545-0112 | |
| 1 Interest income<br>$ | **2006**<br>Form **1099-INT** | **Interest Income** |
| 2 Early withdrawal penalty<br>$ | | |

PAYER'S federal identification number      RECIPIENT'S identification number

RECIPIENT'S name

Street address (including apt. no.)

City, state, and ZIP code

Account number (see instructions)      2nd TIN not. ☐

| | |
|---|---|
| 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | Copy A<br>For<br>**Internal Revenue Service Center**<br>File with Form 1096. |
| 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ |
| 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession |
| 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ |

For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form **1099-INT**      Cat. No. 14410K      Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

9292      ☐ VOID      ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

| | | |
|---|---|---|
| Payer's RTN (optional) | OMB No. 1545-0112 | |
| 1 Interest income<br>$ | **2006**<br>Form **1099-INT** | **Interest Income** |
| 2 Early withdrawal penalty<br>$ | | |

PAYER'S federal identification number      RECIPIENT'S identification number

RECIPIENT'S name

Street address (including apt. no.)

City, state, and ZIP code

Account number (see instructions)      2nd TIN not. ☐

| | |
|---|---|
| 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | Copy A<br>For<br>**Internal Revenue Service Center**<br>File with Form 1096. |
| 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ |
| 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession |
| 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ |

For Privacy Act and Paperwork Reduction Act Notice, see the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Form **1099-INT**      Cat. No. 14410K      Department of the Treasury - Internal Revenue Service

9292   □ VOID   □ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. (optional) | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| VIRGINIA ATHERTON<br>61 LAGUNITA<br>LAGUNA BEACH, CA 92651 | 1 Interest income<br>$ 48,501.79<br>2 Early withdrawal penalty<br>$ | 2007<br>Form 1099-INT | Interest Income |
| PAYER'S federal identification number **6737** | RECIPIENT'S identification number **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** | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | Copy A<br>For<br>Internal Revenue |
| RECIPIENT'S name<br>LEONARD VALENTINE | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | Service Center<br>File with Form 1096. |
| Street address (including apt. no.)<br>22651 COTTONWOOD | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | For Privacy Act<br>and Paperwork<br>Reduction Act |
| City, state, and ZIP code<br>MISSION VIEJO, CA 92692 | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | Notice, see the<br>2007 General<br>Instructions for |
| Account number (see instructions) | 2nd TIN not.<br>□ | $ | $ | Forms 1099, 1098,<br>5498, and W-2G. |

Form **1099-INT**       Cat. No. 14410K       Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

9292   □ VOID   □ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | 1 Interest income<br>$<br>2 Early withdrawal penalty<br>$ | 2007<br>Form 1099-INT | Interest Income |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | Copy A<br>For<br>Internal Revenue |
| RECIPIENT'S name | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | Service Center<br>File with Form 1096. |
| Street address (including apt. no.) | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | For Privacy Act<br>and Paperwork<br>Reduction Act |
| City, state, and ZIP code | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | Notice, see the<br>2007 General<br>Instructions for |
| Account number (see instructions) | 2nd TIN not.<br>□ | $ | $ | Forms 1099, 1098,<br>5498, and W-2G. |

Form **1099-INT**       Cat. No. 14410K       Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**

9292   □ VOID   □ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 | |
|---|---|---|---|
| | 1 Interest income<br>$<br>2 Early withdrawal penalty<br>$ | 2007<br>Form 1099-INT | Interest Income |
| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | | Copy A<br>For<br>Internal Revenue |
| RECIPIENT'S name | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | Service Center<br>File with Form 1096. |
| Street address (including apt. no.) | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | For Privacy Act<br>and Paperwork<br>Reduction Act |
| City, state, and ZIP code | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | Notice, see the<br>2007 General<br>Instructions for |
| Account number (see instructions) | 2nd TIN not.<br>□ | $ | $ | Forms 1099, 1098,<br>5498, and W-2G. |

Form **1099-INT**       Cat. No. 14410K       Department of the Treasury - Internal Revenue Service

INVESTMENT ACCOUNT

2007

© WILSON JONES     G7504 ColumnWrite ®

|  | | | TOTAL | GIGI | CYN & LEN | CYN & LEN % PORTION |
|---|---|---|---|---|---|---|
| 1/1/ | | | 8670728 5 | 4234155 1 | 4436573 4 | |
| 1/1 | W/D | | (30000 00) | (18000 -) | (12000 -) | |
| | | | 8370728 5 | 4054155 1 | 4316573 4 | 51.57 |
| 3/31 | INCOME | | 189006 9 | 9196 22 | 179 047 | |
| | | | 8560615 4 | 4146117 3 | 4414498 1 | |
| 4/1 | W/D | | (40000 00) | (27000 -) | (13000 -) | |
| | | | 8520615 4 | 3876117 3 | 4284498 1 | 50.30 |
| 6/30/ | INCOME | | 246793 0 | 117303 7 | 129671 3 | |
| | | | 8407688 4 | 3993439 0 | 4414161 94 | |
| 7/1 | W/D | | (10000 -) | (10000 -) | - | |
| | | | 8307688 4 | 3893439 0 | 4414109 4 | 53.13 |
| 9/30/ | INCOME | | 395094 2 | 1030779 | 139516 3 | |
| | | | 8570302 6 | 4016516 9 | 4553685 7 | |
| 10/1 | W/D | | (10000 -) | (10000 -) | | |
| | | | 8470302 6 | 3916516 9 | 4553685 7 | 53.76 |
| 10/31/ | INCOME | | 219318 4 | 101414 28 | 117905 6 | |
| | END BAL | | 8689521 0 | 4017929 7 | 4671591 3 | |
| | INCOME | | 918792 5 | 4337746 | 4850179 | |
| | | | | | | |
| | | | | | | |
| BEG BAL | | | 8670728 5 | | | |
| INCOME | | | 918792 5 | | | |
| | | | 9589521 0 | | | |
| W/D | | | (90000 00) | | | |
| | | | 8689521 0 | | | |

OMB No. 1545-0108

Form **1096**

Department of the Treasury
Internal Revenue Service

# Annual Summary and Transmittal of U.S. Information Returns

**2007**

FILER name

**VIRGINIA ATHERTON**

Street address (including room or suite number)

**61 LAGUNITA**

City, state, and ZIP code

**LAGUNA BEACH, CA 92651**

For Official Use Only

| Name of person to contact | Telephone number |
|---|---|
| VIRGINIA ATHERTON | 949 497-1904 |
| Email address | Fax number |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | 4737 | 1 | $ 0.00 | $ 48,501.79 |

Enter an "X" in only one box below to indicate the type of form being filed. If this is your final return, enter an "X" here ▶ ☐

| W-2G 32 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-H 71 | 1099-INT 92 | 1099-LTC 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X | ☐ |

| 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 5498 28 | 5498-ESA 72 | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ _Robert David_     Title ▶ _Acct_     Date ▶ 1/31/08

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically or magnetically. For magnetic media, see Form 4804, Transmittal of Information Returns Reported Magnetically; for electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement; a Coverdell ESA, an HSA, an Archer MSA (including a Medicare Advantage MSA); certain corporations; certain donees of motor vehicles, boats, and airplanes; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.
● With Forms 1099, 1098, or W-2G, file by February 28, 2008.
● With Forms 5498, 5498-ESA, or 5498-SA, file by June 2, 2008.

## Where To File

Except for Form 1098-C, send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following Internal Revenue Service Center address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Austin, TX 73301 |
| Alaska, California, Colorado, District of Columbia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Maryland, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Kansas City, MO 64999 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Cat. No. 14400O

Form **1096** (2007)

|            |          | Initials | Date |
|------------|----------|----------|------|
| Prepared By |         |          |      |
| Approved By |         |          |      |

INVESTMENT ACCOUNT
2008

|       |      |         | TOTAL | GIGI | CYNILEN | CYNILEN % PORTFOLIO |
|-------|------|---------|-------|------|---------|---------------------|
| 2008  |      |         |       |      |         |                     |
| 9 | 30 | BALANCE | 90587138 | 40037400 | 40549730 |  |
| 10 | 1 | W/D | (500000) | (500000) |  |  |
|   |   |  | 90087138 | 41537400 | 48549730 | 53.3% |
| 10 | 31 | INCOME | 296607 | 136802 | 159835 |  |
|   |   |  | 90383825 | 41674210 | 48709615 |  |
| 11 | 1 | W/D | -0- |  |  |  |
|   |   |  | 90383825 | 41674210 | 48709615 | 53.89 |
| 11 | 31 | INCOME | (1736961) | 809447 | 935504 |  |
|   |   |  | (A)90119776 | 43474657 | 49645119 |  |

|  |  |  |  |
|--|--|--|--|
| A/C 1-2A414-3-0 | 93411076 |  |  |
| A/C 1-2A414-4-0 | 3135000 |  |  |
|  | (4422000) |  |  |
|  | (A)921197776 |  |  |

INVESTMENT ACCOUNT

2008

© WILSON JONES        G7504 ColumnWrite ®

| | TOTAL | GIGI | CYN : LEN | CYN : LEN % PORTION |
|---|---|---|---|---|
| /// | 86895210 | 40179097 | 46715913 | |
| 1/1    W/D | (35000000) | | (20000000) | |
| | 84395210 | 39679097 | 44715913 | 53.38 |
| 3/31    INCOME | 1045005 | 491455 | 553750 | |
| | 85440415 | 40170752 | 45269663 | |
| 4/1    W/D | (5000000) | (5000000) | | |
| | 84940415 | 39670752 | 45269663 | 53.30 |
| 6/30    INCOME | 4814329 | 2248292 | 2566037 | |
| | 89754744 | 41919044 | 47835700 | |
| 7/1    W/D | (5000000) | (5000000) | | |
| | 84754744 | 41419044 | 47835700 | 52.59 |
| 9/30    INCOME | 1332394 | 618364 | 714030 | |
| | 90587138 | 42037408 | 48549730 | |
| 10/1    W/D | | | | |
| 10/31    INCOME | | | | |
| END BAL | | | | |
| INCOME | | | | |
| BEG BAL | | | | |
| INCOME | | | | |
| W/D | | | | |

V. H. Atherton
61 Lagunita
Laguna Beach, CA 92651

16-49-1220

9609

10-25 2006

Pay to
the order of  Leonard A. Valentine                    $ 7500.00

Seventy five Hundred & 00/100                         Dollars

UNION BANK OF CALIFORNIA
Harbor View #71
1666 San Miguel Drive
Newport Beach, CA 92660
800-238-4486

For_____

V. R. Atherton  NP

⑈122000496⑈ 454101197⑈  9609  ⑈0000750000⑈

---

V. H. Atherton
61 Lagunita
Laguna Beach, CA 92651

16-49-1220

9608

10-25 2006

Pay to
the order of  Cynthia A. Valentine                    $ 7500.00

Seventy five Hundred & 00/100                         Dollars

UNION BANK OF CALIFORNIA
Harbor View #71
1666 San Miguel Drive
Newport Beach, CA 92660
800-238-4486

For_____

V. R. Atherton  NP

⑈122000496⑈ 454101197⑈  9608  ⑈0000750000⑈

V. H. Atherton
61 Lagunita
Laguna Beach, CA 92651

16-49-1220                    9693

1/21 2007

Pay to the order of  Cynthia or Leonard Valentine    $ 12,000.00

Twelve Thousand & 00/100 ——————— Dollars

UNION BANK OF CALIFORNIA
Harbor View #71
1668 San Miguel Drive
Newport Beach, CA  92660
800-238-4486

For _____

V. H. Atherton

⑈122000496⑈ 4541011971⑈  9693  ⑈0001200000⑈



V. H. Atherton
61 Lagunita
Laguna Beach, CA 92651

16-49-1220                    9315

4-10    20 07

Pay to the order of  Leonard or Cynthia Valentine    $ 13,000.00

Thirteen Thousand & 00/100 ——————— Dollars

UNION BANK OF CALIFORNIA
Harbor View #71
1668 San Miguel Drive
Newport Beach, CA  92660
800-238-4486

For _____

V. H. Atherton

⑈122000496⑈ 4541011971⑈  9315  ⑈0001300000⑈



Page 3 of 4
Statement Number: 4541011971
1/29/08 - 2/26/08

---

**Check 9725**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
1-5-08
MAILBOXES - NEWPORT
$ 20.00
Twenty & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9725

**Check 9739**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
1-18-08
$ 6,000.00
Six Thousand & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9739 /00006000000/

**Check 9740**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
1-18-08
$ 6,000.00
Six Thousand & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9740 /00006000000/

**Check 9745**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
1-18-08
$ 40.00
Forty & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9745

**Check 9748**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
1-24-08
$ 63.50
Sixty-three & 50/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9748 /00000006350/

**Check 9751**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
2-1-08
$ 60.00
Fifty & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9751 /00000006000/

**Check 9760**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
2-5-08
$ 28.14
Twenty-eight & 14/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9760 /00000002814/

**Check 9763**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
2-8-08
$ 50.00
Fifty & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9763 /00000005000/

**Check 9764**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
2-8-08
OC Rescue Mission
$ 20.00
Twenty & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9764

**Check 9765**
V. H. Atherton
61 Capella
Laguna Beach, CA 92651
2-6-08
$ 190.00
One Hundred Ninety & 00/100 Dollars
UNION BANK OF CALIFORNIA
:122000496: 4541011971 9765

Statement Number: 4541011971
12/27/07 - 1/28/08