# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax & Neville, LLP_
_(212) 696-1999_
HOME: _____

Account Number:    1ZR260
NTC & CO.
FBO MARY ALBANESE (44965)
P O BOX 173859
DENVER, CO  80217

Taxpayer I.D. Number (Social Security No.)
_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_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of      $_____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of          $___0 - N/A___

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                    $____0_____

d.   If balance is zero, insert "None."                       ____0_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | *Please see the November 30, 2008 Account Statement attached at Exhibit A.* | | |
| | | | |
| | | | |

*Number of Shares or Face Amount of Bonds*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9. Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: Brian J. Neville, Esq., Lax & Neville, LLP,
1412 Broadway, Suite 1407, New York, NY 10018.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date 2/9/09 _____ Signature _Mary Albanese_____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

**BARRY R. LAX**
**BRIAN J. NEVILLE**
**BRENT A. BURNS**
**DAVID S. RICH**

**SANDRA P. ESPINOSA**

February 9, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Mary Albanese IRA Account /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Mary Albanese and has assisted her in preparation of her Bernard L.
Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form.
Enclosed herein you will find a completed Customer Claim Form for Mary Albanese's IRA
account. Additionally, below is description of the relationship between Mary Albanese and
Madoff Securities. The statements made in this letter are true and accurate to best of our
knowledge and belief, and are being provided to support Mary Albanese's SIPC claims.

Mary Albanese is 73 years old. Her husband, Dominick Albanese, passed away in 1995.
In or about 1993, Mary opened an IRA account with Madoff Securities. Mary Albanese relied
entirely upon her husband, Dominick Albanese, to handle all their finances. As such, she does
not know how much money went into the account, and she does not maintain records going back
to 1993. Mary Albanese, a 73 year old widow with limited income, sought to downsize her



Irving H. Picard
February 9, 2009
Page 2 of 3

expenses after her husband passed away. To that end, she sold their home and purchased a smaller town house. Subsequently, in an effort to downsize again and due to her age, Mary Albanese sold her town house in early 2006 and purchased a small condominium in a 55 and older retirement community. Other than social security benefits, Mary Albanese's accounts with Madoff Securities were her only sources of income. Mary Albanese withdrew funds from her accounts with Madoff Securities for mortgage and tax payments and for her living expenses. She also took statutorily required minimum distributions for IRA accounts.

Mary Albanese received account statements and confirmation from Madoff Securities reflecting the securities purchased and showing she held securities in her IRA account. Attached hereto at Exhibit A is the Madoff Securities account statement for Mary Albanese's IRA account, dated November 30, 2008. Attached hereto at Exhibit B are Madoff Securities confirmations, which list SIPC membership, for Mary Albanese's IRA account for November 2008. Based upon the account statements and the confirmations, Mary Albanese at all times expected to have those securities in her IRA account. The balance in Mary Albanese's IRA account as of the filing date is $858,065.72. *See* the November 30, 2008 account statement at Exhibit A.

Mary Albanese is simultaneously submitting a separate SIPC Claim Form for her other account with Madoff Securities – the Dominick Albanese Trust Account B - Account No: 1-A0101-3-0.

## CONCLUSION

Mary Albanese is seeking the full protection of SIPA for her account as follows:



Irving H. Picard
February 9, 2009
Page 3 of 3

- Account No: 1-ZR260-3-0        Mary Albanese IRA Account

Total = **$858,065.72**

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By:

Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE          NJ 07465

PAGE: 1

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-ZR260-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 47,726.94 | |
| 11/12 | 756 | | 1858 | WELLS FARGO & CO NEW | 29.800 | 22,553.63 | |
| 11/12 | 540 | | 2360 | HEWLETT PACKARD CO | 34.900 | 18,857.00 | |
| 11/12 | 468 | | 6184 | WAL-MART STORES INC | 55.830 | 26,146.44 | |
| 11/12 | 306 | | 6686 | INTERNATIONAL BUSINESS MACHS | 87.270 | 26,715.62 | |
| 11/12 | 1,134 | | 10510 | EXXON MOBIL CORP | 72.880 | 82,690.92 | |
| 11/12 | 1,262 | | 11012 | INTEL CORP | 14.510 | 18,070.42 | |
| 11/12 | 594 | | 15338 | JOHNSON & JOHNSON | 59.580 | 35,413.52 | |
| 11/12 | 810 | | 19663 | J.P. MORGAN CHASE & CO | 38.530 | 31,241.30 | |
| 11/12 | 432 | | 23989 | COCA COLA CO | 44.660 | 19,310.12 | |
| 11/12 | 252 | | 28315 | MCDONALDS CORP | 55.370 | 13,963.24 | |
| 11/12 | 468 | | 32541 | MERCK & CO | 28.550 | 13,379.40 | |
| 11/12 | 1,710 | | 36967 | MICROSOFT CORP | 21.810 | 37,363.10 | |
| 11/12 | 864 | | 41293 | ORACLE CORPORATION | 17.300 | 14,981.20 | |
| 11/12 | 342 | | 54271 | PEPSICO INC | 56.410 | 19,305.22 | |
| 11/12 | 198 | | 54773 | APPLE INC | 100.789 | 19,951.44 | |
| 11/12 | 1,458 | | 58597 | PFIZER INC | 16.940 | 24,756.52 | |
| 11/12 | 342 | | 59059 | ABBOTT LABORATORIES | 54.610 | 18,639.62 | |
| 11/12 | 648 | | 62923 | PROCTER & GAMBLE CO | 64.080 | 41,543.84 | |
| 11/12 | 234 | | 63425 | AMGEN INC | 59.160 | 13,852.44 | |
| 11/12 | 450 | | 67751 | PHILIP MORRIS INTERNATIONAL | 43.630 | 19,635.00 | |
| 11/12 | 1,080 | | 71575 | BANK OF AMERICA | 21.590 | 23,360.20 | |
| 11/12 | 360 | | 72077 | QUALCOMM INC | 33.770 | 12,157.20 | |
| 11/12 | 1,170 | | | CITI GROUP INC | 12.510 | 14,682.70 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE          NJ   07465

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ****6253

PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YOUR ACCOUNT NUMBER 1-ZR260-3-0 | | | |
| 11/12 | 270 | | 75901 | SCHLUMBERGER LTD | 49.480 | 13,359.60 | |
| 11/12 | 648 | | 76403 | COMCAST CORP CL A | 15.510 | 10,723.48 | |
| 11/12 | 1,278 | | 80227 | AT&T INC | 27 | 34,557.00 | |
| 11/12 | 324 | | 80729 | CONOCOPHILLIPS | 52.510 | 17,025.24 | |
| 11/12 | 216 | | 34553 | UNITED PARCEL SVC INC CLASS B | 52.040 | 11,243.64 | |
| 11/12 | 1,334 | | 85055 | CISCO SYSTEMS INC | 16.730 | 22,035.22 | |
| 11/12 | 378 | | 88879 | U S BANCORP | 29.530 | 11,177.34 | |
| 11/12 | 450 | | 39381 | CHEVRON CORP | 73.430 | 33,061.50 | |
| 11/12 | 216 | | 93205 | UNITED TECHNOLOGIES CORP | 53.160 | 11,490.55 | |
| 11/12 | 2,286 | | 93707 | GENERAL ELECTRIC CO | 19.630 | 44,955.18 | |
| 11/12 | 612 | | 97531 | VERIZON COMMUNICATIONS | 30.410 | 18,634.92 | |
| 11/12 | 54 | | 98033 | GOOGLE | 337.600 | 18,221.60 | |
| 11/12 | | 800,060 | 24464 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 799,488.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 32.95 |
| 11/12 | 30,359 | | 19568 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 2 | | 30,359.00 |
| 11/12 | 11,065 | | 28936 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,065.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.36 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 3

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE                    NJ    07465

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

YOUR ACCOUNT NUMBER: 1-ZR250-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 11,055 | 54484 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,055.00 |
| 11/19 | 50,000 | | 58885 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 15,031 | | 63520 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,031.00 | |
| | | | | NEW BALANCE | | | 98,018.15 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,278 | | | AT&T INC | 28.560 | | |
| | 362 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 234 | | | AMGEN INC | 55.540 | | |
| | 198 | | | APPLE INC | 92.670 | | |
| | 1,090 | | | BANK OF AMERICA | 16.250 | | |
| | 650 | | | CHEVRON CORP | 79.010 | | |
| | 1,314 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,170 | | | CITIGROUP INC | 6.290 | | |
| | 432 | | | COCA COLA CO | 46.870 | | |
| | 648 | | | COMCAST CORP CL A | 17.340 | | |
| | 324 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,134 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT   NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE          NJ   07465

PAGE 4

PERIOD ENDING 11/30/98

YOUR TAX PAYER IDENTIFICATION NUMBER *****6253

YOUR ACCOUNT NUMBER 1-ZA260-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 54 | | | GOOGLE | 292.960 | | |
| | 540 | | | HEWLETT PACKARD CO | 15.230 | | |
| | 1,262 | | | INTEL CORP | 83.800 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 810 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 594 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 252 | | | MCDONALDS CORP | 58.150 | | |
| | 468 | | | MERCK & CO | 26.720 | | |
| | 1,710 | | | MICROSOFT CORP | 20.220 | | |
| | 864 | | | ORACLE CORPORATION | 15.090 | | |
| | 342 | | | PEPSICO INC | 56.700 | | |
| | 1,458 | | | PFIZER INC | 16.430 | | |
| | 450 | | | PHILIP MORRIS INTERNATIONAL | 42.150 | | |
| | 648 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 360 | | | QUALCOMM INC | 33.570 | | |
| | 270 | | | SCHLUMBERGER LTD | 50.760 | | |
| | 15,031 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 378 | | | U S BANCORP | 26.980 | | |
| | 216 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222.

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE         NJ    07465

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5253
YOUR ACCOUNT NUMBER: 1-ZR250-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 612 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 468 | | | WAL-MART STORES INC | 55.830 | | |
| | 756 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 858,065.72 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT  NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
WANAQUE          NJ 07465

PAGE 5

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-ZR260-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******6253

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|-------------|-------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,547.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,724,420.38 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
MARY ALBANESE

5306 WARREN'S WAY
MANAQUE            NJ   07455

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-ZR260-6-D | ****-**6253 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 100 18 | 45619 | S & P 100 INDEX | 15.800 | | 47,727.00 |
| 11/12 | 100 18 | | 49945 | S & P 100 INDEX | 17.800 | | 28,422.00 |
| | | | | NOVEMBER 460 CALL | | 32,058.00 | |
| 11/19 | | 100 18 | 36049 | S & P 100 INDEX | 26 | | 46,782.00 |
| | | | | NOVEMBER 450 PUT | | | |
| 11/19 | 100 18 | | 40374 | S & P 100 INDEX | 30 | 54,018.00 | |
| | | | | DECEMBER 430 CALL | | | |
| 11/19 | 100 18 | | 44699 | S & P 100 INDEX | 3 | 5,418.00 | |
| | | | | DECEMBER 420 PUT | | | |
| 11/19 | | 100 18 | 49024 | S & P 100 INDEX | 37 | | 65,582.00 |
| | | | | NOVEMBER 460 CALL | | | 184,515 |
| | 100 18 | | | NOVEMBER 450 PUT | | | 98,019.00 |
| | | | | NEW BALANCE | | ⟨91,494⟩ | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 29,700.00   41,940.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-4 | D | 49945 | 8 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****

ACCT OF/? NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

17

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 18 | 783790WJ1 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 32058.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 32040.00 | 18.00 | | | | |

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-ZR260-4 | R | 45619 |

CODES

| TR | CAP | SETT. |
|---|---|---|
| 8 | 1 | 1 |

| TRADE DATE | SETTLEMENT DATE |
|---|---|
| 11/06/08 | 11/12/08 |

17

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE                    N J. 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 18 | 783790KL5 | S & P 100 INDEX NOVEMBER 460 CALL | 28422.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 28440.00 | 18.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZR260-3 | D | 01858 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.     CONTRA PARTY          C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 756 | 949746101 | WELLS FARGO & CO NEW | 22558.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 22528.80 | 30.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



| MADF | **BERNARD L. MADOFF** |
| --- | --- |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

FINRA  NSX  SIPC  NSCC  DTC   MEMBER.

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION  (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0646 | | 1-ZR260-3 | D | 06184 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

C.H. NUMBER

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5305 WARREN'S WAY
MANAQUE        NJ 07465

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 466 | 931142103 | WAL-MART STORES INC | 263 46.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 55.830 | 26128.44 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 97531 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN**S WAY
WANAQUE         NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 612 | 92343V104 | VERIZON COMMUNICATIONS | 18636.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 18610.92 | 24.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 93205 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY    C.K. NUMBER    SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF / NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAGUE        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 216 | 913017109 | UNITED TECHNOLOGIES CORP | | 11490.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 11482.56 | 8.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 84553 | 5 | 1 | | 11/05/08 | 11/12/08 | 17 |

IDENTIFICATION NO.          CONTRA PARTY                    C.H. NUMBER          SPECIAL DELIVERY INSTRUCTIONS

*** DUPLICATE ***

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE                    NJ 07465

ACCT OF/. NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 216 | 911312106 | UNITED PARCEL SVC INC CLASS B | | | 11248.64 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 11240.64 | 8.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SET | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 88879 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.          CONTRA PARTY          C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF// NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE                NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 378 | 902973304 | U·S·BANCORP | 11177.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 11162.34 | 15.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   NSX   SIPC   NSCC   DTC

CONFIRMATION   (Please see reverse for further details.)

**** DUPLICATE ****

ACCT OF: NTC & CO.

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 75901 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 270 | 806857108 | SCHLUMBERGER LTD | 13359.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 13359.60 | 10.00 | | | | |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 71575 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

IDENTIFICATION NO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 360 | 747525103 | QUALCOMM INC | 12171.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 12157.20 | 14.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | | | | |
| 0646 | | 1-ZR260-3 | D | 62923 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.     CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 648 | 742718109 | PROCTER & GAMBLE CO | 41548.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 41523.84 | 25.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DA | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 67249 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.     CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****

ACCT OF/ NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 450 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 19638.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 19620.00 | 18.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



MADF

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 58597 | 5 | 1 | | 11/06/08 | 11/12/08 | |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,458 | 717081103 | PFIZER INC | 24756.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 24698.52 | 58.00 | | | | |

CONFIRMATION *(Please see reverse for further details.)*

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 5427T1 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

**** DUPLICATE ****
ACCT OF / NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

CONTRA PARTY

IDENTIFICATION NO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE                NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 342 | 713448108 | PEPSICO INC | 19305.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 19292.22 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

**** DUPLICATE ****

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | B | 41293 | 5 | 1 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

ACCT DF/ MTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 864 | 68389X105 | ORACLE CORPORATION | 14981.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 14947.20 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 36967 | | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.        CONTRA PARTY        C.H. NUMBER        SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF / / NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ·07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,710 | 594918104 | MICROSOFT CORP | 37363.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21·810 | 37295.10 | 68·00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

CONFIRMATION (Please see reverse for further details.)

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZR260-3 | D | 32641 | 5 | 1 | 1 | 11/05/08 | 11/12/08 |

IDENTIFICATION NO.     CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****

ACCT OF/ NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 468 | 589331107 | MERCK & CO | 13379.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 13361.40 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR260-3 | D | 28315 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/: NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 252 | 580135101 | MCDONALDS CORP | 13963.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 13953.24 | 10.00 | | | | |

17

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. |
|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 15338 |

IDENTIFICATION NO.

CONTRA PARTY

**CODES**

| TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|
| 5 | 1 | | 11/06/08 | 11/12/08 |

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

**** DUPLICATE ****
ACCT OF / NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 594 | 478160104 | JOHNSON & JOHNSON | | | 35543.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 35390.52 | 23.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZR260-3 | R | 24464 | 5 | 1 | | 11/10/08 | 11/12/08 |

IDENTIFICATION NO.    CONTRA PARTY

**** DUPLICATE ****

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

17

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN*S WAY
WANAQUE        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 800,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009 | 799488.00 |

2/12/2009

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 799488.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 19563 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

**** DUPLICATE ****

ACCT DF/ NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

17

MARY ALBANESE
5306 WARREN'S WAY
MAHWAH        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 810 | 46625H100 | J.P. MORGAN CHASE & CO | | | 31241.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 31209.30 | 32.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIG/MKR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 06686 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NYC & CO.

MARY ALBANESE
5306 WARREN*S WAY
MAMAQUE        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 306 | 459200101 | | INTERNATIONAL BUSINESS MACHS | | 26716-62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 26704-62 | 12.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | OR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 11012 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS:

**** DUPLICATE ****
ACCT OF / NFC & CO.

MARY ALBANESE
5306 WARREN*S WAY
WANAQUE          NJ 07465

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 1,242 | 458140100 | INTEL CORP | 18070.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 18021.42 | 49.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

**MEMBER:**
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-ZR260-3 | D | 02360 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF / NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 540 | 428236103 | HEWLETT PACKARD CO | 18867.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 18846.00 | 21.00 | | | | |

**CONFIRMATION** (Please see reverse for further details.)

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 98033 | 5 | 1 | 11/06/08 | 11/12/08 | 17 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE                    NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 54 | 38259P508 | GOOGLE | | | 18221.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 18219.60 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | | | C.H. NUMBER | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | | |
| 0646 | | 1-ZR260-3 | D | 93707 | 5 | 1 | | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 2,286 | 369604103 | GENERAL ELECTRIC CO |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 19.630 | 44874.18 | 91.00 | | | | | 44965.18 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | TR | CAP | SET | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 10510 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

**** DUPLICATE ****

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 1,134 | 302316102 | EXXON MOBIL CORP | | 82690.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 82645.92 | 45.00 | | | | |

17

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited** ®
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CODES | | | |
| 0646 | | 1-ZR260-3 | D | 80729 | 5 | 1 | | 11/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

**** DUPLICATE ****

ACCT OF/ NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE            NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 324 | 20825C104 | CONOCOPHILLIPS | 17025.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 17013.24 | 12.00 | | | | |

17

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

17

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212-230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0648 | | 1-ZR260-3 | D | 76403 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| SLD | 648 | 20030N101 | COMCAST CORP CL A | | | | 10723.48 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
|---|---|---|---|---|---|---|---|
| 16.510 | 10698.48 | 25.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES | | SETT. | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | | | |
| 0646 | | 1-ZR260-3 | B | 23989 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF/1 NTC & CO.

MARY ALBANESE
5306 WARREN*S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
| SLD | 432 | 191216100 | COCA COLA CO | | 19310.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 44.660 | 19293.12 | 17.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 72077 | 5 | 1 | | 11/06/08 | 11/12/08 | |

CODES

IDENTIFICATION NO.

C.H. NUMBER

CONTRA PARTY

ACCT OF/ NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,170 | 172967101 | CITI GROUP INC | 14682.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 14636.70 | 46.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | | CODES | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR260-3 | D | 85055 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE        NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
| SLD | 1,314 | 17275R102 | CISCO SYSTEMS INC | | | 22035.22 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.730 | 21983.22 | 52.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIV | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 89381 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

IDENTIFICATION NO.

CONTRA PARTY

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

**** DUPLICATE ****

ACCT OF / NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SLD | 450 | 166764100 | CHEVRON CORP | | 33051.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 33043.50 | 18.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 67751 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****
ACCT OF: NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,080 | 060505104 | BANK OF AMERICA | 23360.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 23317.20 | 43.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 54773 | 5 | 1 | 1 | 11/06/08 | 11/12/08 |

CODES

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

IDENTIFICATION NO.

CONTRA PARTY

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN'S WAY
MANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| SLD | 198 | 037833100 | APPLE INC | | | 19961.44 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 19954.44 | 7.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**MADF** **INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DR | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-ZR260-3 | D | 63425 | 5 | 1 | 1 | 13/06/08 | 11/12/08 |

CONTRA PARTY

IDENTIFICATION NO.

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

**** DUPLICATE ****
ACCT OF/ NTC & CO.

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 234 | 031162100 | AMGEN INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 59.160 | 13843.44 | 9.00 |  |  |  |  | 13852.44 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange



# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZR260-3 | D | 59099 | 5 | 1 | | 11/06/08 | 11/12/08 |

IDENTIFICATION NO.     CONTRA PARTY

C.H. NUMBER

17

**** DUPLICATE ****

ACCT OF / NTC & CO.

SPECIAL DELIVERY INSTRUCTIONS

MARY ALBANESE
5306 WARREN'S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 342 | 002824100 | ABBOTT LABORATORIES | 18689.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 18676.62 | 13.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



CONFIRMATION *(Please see reverse for further details.)*

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | | DR | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-ZR260-3 | | D | 80227 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO.      CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

**** DUPLICATE ****

ACCT OF/ NTC & CO.

MARY ALBANESE
5306 WARREN*S WAY
WANAQUE          NJ 07465

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,278 | 00206R102 | AT&T INC | 34557.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
|---|---|---|---|---|---|---|---|
| 27.000 | 34506.00 | 51.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange