# EXHIBIT B

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U S Bankruptcy Court for the Southern District of New York
Claim Number:        **001458**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
FEB 0 2 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:___ (305) 935-2642 _____

Taxpayer I.D. Number (Social Security No.)
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

Account Number:    1ZW017
NTC & CO.
FBO JEROME FOX (95328)
P O BOX 173859
DENVER, CO  80217

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008** :
    a.    The Broker owes me a Credit (Cr.) Balance of       $  N/A  _____
    b.    I owe the Broker a Debit (Dr.) Balance of       $  N/A  _____

502180406

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                      $ ___N/A_____

d.   If balance is zero, insert "None."                          ___None_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | IRA Custodian<br>The Broker owes ~~me~~ securities | X | |
| b. | I owe the Broker securities | | |

c.   If yes to either, please list below:

| Date of<br>Transaction<br>(trade date) | Name of Security | Number of Shares or<br>Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker<br>Owes Me<br>(Long) | I Owe<br>the Broker<br>(Short) |
| _____ | See Security Positions on attached<br>Bernard L. Madoff Statements dated<br>11/30/08, ~~pages x x x x x x and pages~~ | _____ | _____ |
| _____ | ~~x x x x x and x x x x x.~~  The September<br>30, 2008 statement of Fiserv Affinity | _____ | _____ |
| _____ | Inc. the IRA custodian is also attached | _____ | _____ |
| _____ | Amounts Received Unknown | _____ | _____ |
| _____ | | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |                                                                                                                                                                        | YES | NO  |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | --- |
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                              |     | X   |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                         |     | X   |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | X   |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |     | X   |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |     | X   |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X   |     |

Madoff Organization

502180406                                          3

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970?  if
    so, give name of that broker.                            _____    __X____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form:__Leonard M. Cusano, CPA_____
    1860 N. Pine Island Road, Suite 113, Plantation, FL 33322

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __Jan 14, 2009__     Signature __Jerome Fox__
                                     Jerome Fox
Date __/_____     Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    NTC & CO.
JEROME FOX

APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA    FL 33180

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZW017-4-0 | 11/30/08 | ******6253 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 76,734.00 |
| 11/12 | | 28 | 45703 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 44,212.00 |
| 11/12 | 28 | | 50029 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 49,868.00 | |
| 11/19 | | 28 | 36133 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 72,772.00 |
| 11/19 | 28 | | 40458 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 84,028.00 | |
| 11/19 | 28 | | 44783 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 8,428.00 | |
| 11/19 | | 28 | 49108 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 103,572.00 |
| | | | | NEW BALANCE | | | 154,966.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 28 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 28 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG    46,209.00 | | | |
| | | | | SHORT    65,240.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**   FOR ACCOUNT   NTC & CO.
JEROME FOX

APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA        FL 33180

| PAGE | 1 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX IDENTIFICATION NUMBER | ******6253 |
| YOUR ACCOUNT NUMBER | 1-ZW017-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 76,733.97 | |
| 11/12 | 1,176 | | 1942 | WELLS FARGO & CO NEW | 29.800 | 35,091.80 | |
| 11/12 | 840 | | 2444 | HEWLETT PACKARD CO | 34.900 | 29,349.00 | |
| 11/12 | 728 | | 6268 | WAL-MART STORES INC | 55.830 | 40,673.24 | |
| 11/12 | 476 | | 6770 | INTERNATIONAL BUSINESS MACHS | 87.270 | 41,559.52 | |
| 11/12 | 1,764 | | 10594 | EXXON MOBIL CORP | 72.880 | 128,630.32 | |
| 11/12 | 1,932 | | 11096 | INTEL CORP | 14.510 | 28,110.32 | |
| 11/12 | 924 | | 15422 | JOHNSON & JOHNSON | 59.580 | 55,087.92 | |
| 11/12 | 1,260 | | 19747 | J.P. MORGAN CHASE & CO | 38.530 | 48,597.80 | |
| 11/12 | 672 | | 24073 | COCA COLA CO | 44.660 | 30,037.52 | |
| 11/12 | 392 | | 28399 | MCDONALDS CORP | 55.370 | 21,720.04 | |
| 11/12 | 728 | | 32725 | MERCK & CO | 29.550 | 20,813.40 | |
| 11/12 | 2,660 | | 37051 | MICROSOFT CORP | 21.810 | 58,120.60 | |
| 11/12 | 1,344 | | 41377 | ORACLE CORPORATION | 17.300 | 23,304.20 | |
| 11/12 | 532 | | 54355 | PEPSICO INC | 56.410 | 30,031.12 | |
| 11/12 | 308 | | 54857 | APPLE INC | 100.780 | 31,052.24 | |
| 11/12 | 2,268 | | 58681 | PFIZER INC | 16.940 | 38,509.92 | |
| 11/12 | 532 | | 59183 | ABBOTT LABORATORIES | 54.610 | 29,073.52 | |
| 11/12 | 1,008 | | 63007 | PROCTER & GAMBLE CO | 64.080 | 64,632.64 | |
| 11/12 | 364 | | 63509 | AMGEN INC | 59.160 | 21,543.24 | |
| 11/12 | 700 | | 67333 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 30,548.00 | |
| 11/12 | 1,680 | | 67835 | BANK OF AMERICA | 21.590 | 36,338.20 | |
| 11/12 | 560 | | 71659 | QUALCOMM INC | 33.770 | 18,913.20 | |
| 11/12 | 1,820 | | 72161 | CITI GROUP INC | 12.510 | 22,840.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
JEROME FOX

APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA          FL 33180

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 2 | 11/30/08 | *****6253 | 1-ZW017-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 420 | | 75985 | SCHLUMBERGER LTD | 49.480 | 20,797.60 | |
| 11/22 | 1,008 | | 76487 | COMCAST CORP CL A | 16.510 | 16,682.08 | |
| 11/12 | 1,988 | | 80311 | AT&T INC | 27 | 53,755.00 | |
| 11/12 | 504 | | 30813 | CONOCOPHILLIPS | 52.510 | 26,485.04 | |
| 11/12 | 336 | | 84637 | UNITED PARCEL SVC INC CLASS B | 52.040 | 17,493.44 | |
| 11/12 | 2,044 | | 85139 | CISCO SYSTEMS INC | 16.730 | 34,277.12 | |
| 11/12 | 588 | | 88963 | U S BANCORP | 29.530 | 17,385.64 | |
| 11/12 | 700 | | 89465 | CHEVRON CORP | 73.430 | 51,429.00 | |
| 11/12 | 336 | | 93289 | UNITED TECHNOLOGIES CORP | 53.160 | 17,874.76 | |
| 11/12 | 3,556 | | 93791 | GENERAL ELECTRIC CO | 19.630 | 69,946.28 | |
| 11/12 | 952 | | 97615 | VERIZON COMMUNICATIONS | 30.410 | 28,988.32 | |
| 11/12 | 84 | | 98117 | GOOGLE | 337.400 | 28,344.60 | |
| 11/12 | | 1,225,000 | 24548 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,224,216.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/22/2009 | DIV | | 66.51 |
| 11/12 | | 56,406 | 19652 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 56,406.00 |
| 11/12 | 6,964 | | 29020 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,964.00 | |
| 11/13 | | 1,008 | 29253 | COMCAST CORP CL A | 17.380 | | 17,479.04 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
JEROME FOX

APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA                    FL  33180

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | *****6253 | 3 |

YOUR ACCOUNT NUMBER  1-ZW017-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/13 | | 588 | 29254 | U S BANCORP | 27.320 | | 16,041.16 |
| 11/13 | | | | CHECK | CW | | .12 |
| 11/13 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/13/08 | | | |
| 11/13 | | 6,964 | 29225 | FIDELITY SPARTAN | 1 | 6,964.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/13 | 10,247 | | 29370 | FIDELITY SPARTAN | 1 | | 10,247.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | 1.00 |
| 11/19 | | 10,247 | 54568 | FIDELITY SPARTAN | 1 | | 10,247.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | 75,000 | | 58963 | U S TREASURY BILL | 99.926 | 74,944.50 | |
| | | | | DUE 03/26/2009 | | | |
| 11/19 | 19,191 | | 63604 | FIDELITY SPARTAN | 1 | 19,191.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 154,965.40 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,988 | | | AT&T INC | 28.560 | | |
| | 532 | | | ABBOTT LABORATORIES | 52.390 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
JEROME FOX

APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA          FL   33180

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-ZW017-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| | 364 | | | AMGEN INC | 55.540 | | |
| | 308 | | | APPLE INC | 92.670 | | |
| | 1,680 | | | BANK OF AMERICA | 16.250 | | |
| | 700 | | | CHEVRON CORP | 79.010 | | |
| | 2,044 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,820 | | | CITI GROUP INC | 8.290 | | |
| | 672 | | | COCA COLA CO | 46.870 | | |
| | 504 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,764 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,556 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 84 | | | GOOGLE | 292.960 | | |
| | 840 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,932 | | | INTEL CORP | 13.800 | | |
| | 476 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,260 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 924 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 392 | | | MCDONALDS CORP | 58.750 | | |
| | 728 | | | MERCK & CO | 26.720 | | |
| | 2,560 | | | MICROSOFT CORP | 20.220 | | |
| | 1,344 | | | ORACLE CORPORATION | 16.090 | | |
| | 532 | | | PEPSICO INC | 56.700 | | |
| | 2,258 | | | PFIZER INC | 16.430 | | |
| | 700 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,008 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 560 | | | QUALCOMM INC | 33.570 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
JEROME FOX
APT 1007
20281 E COUNTRY CLUB DRIVE
AVENTURA      FL  33180

PAGE 5

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-ZW017-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER *****6253

| DATE | BOUGHT Received on Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 420 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 19,191 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 336 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 336 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 952 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 728 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,176 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG       SHORT | | | |
| | | | | 1,294,458.41 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CRE-1500
05438 551410 0 014243 020985 0000 100003
FDLISTIC gbr-5160 12/v31

**Fiserv**
Investment
Support
Services

View Your Account Online!
www.fiservlss-laserservices.com



Page 1 of 3

**Traditional IRA**
**July 1, 2008 - September 30, 2008**

<05438 551410 0 200  008145
JEROME FOX
20281 E. COUNTRY CLUB DRIVE APT #1007
AVENTURA FL 33180-3058

**Account Name:** JEROME FOX
**Account Number:** 019983280001

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

| Current Period | |
|---|---|
| Brokerage Accounts | $1,275,800.50 |
| *Cash | $0.00 |
| **Total Account Value** | $1,275,800.50 |
| Prior Period | |
| Total Account Value | $1,277,086.12 |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | | |
|---|---|---|
| Rollovers | Current Tax Year | $0.00 |
| Contributions | | |
| | Current Tax Year (2008) | $0.00 |
| | Prior Tax Year (2007) | $0.00 |
| Employer Contributions | | |
| | Current Tax Year (2008) | $0.00 |
| | Prior Tax Year (2007) | $0.00 |
| Distributions | | |
| | **Current Tax Year (2008) | $45,000.00 |
| | Current Tax Year Withholding (2008) | $0.00 |
| | **Prior Tax Year (2007) | $68,128.00 |
| | Prior Tax Year Withholding (2007) | $0.00 |

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

Federal wire instructions for Book-entry Government Securities (including GNMA pool deliveries) have changed for Fiserv ISS, effective September 15, 2008.  For information about the new settlement instructions, contact your Customer Service Team at 800-962-4238.

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

** May include distributions that do not apply toward your required minimum distribution.

717 17th Street, Ste. 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC.

019953280001

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

**BROKERAGE ACCOUNTS**

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZW017 | 1,277,086.12 | 1,275,800.50 |

|  | Total Value of Brokerage Accounts | **$1,275,800.50** |
|---|---|---|
|  | **TOTAL ACCOUNT VALUE** | **$1,275,800.50** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 07/01/2008) |  |  |  | $0.00 |
| 08/05/2008 | FEE PAYMENT - LOCKBOX | 36.00 |  |  |
| 08/12/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE (As of 08/11/2008) | -20,000.0000 |  |
| 08/12/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE (As of 08/11/2008) |  | 20,000.00 |
| 08/12/2008 | IRA DISTRIBUTION | For Tax Year 2008 |  | -20,000.00 |
| 09/30/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 18,714.3800 |  |
| Ending Cash Balance (as of 09/30/2008) |  |  |  | **$0.00** |



U.S. POSTAGE
PAID
HALLANDALE, FL
33009
JAN 31 09
AMOUNT
$5.90
0006525-08

75201

UNITED STATES
POSTAL SERVICE

0000

CERTIFIED MAIL™

7008 2810 0002 2221 9024

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

JEROME & SELMA FOX
APT 1007
20281 E. COUNTRY CLUB RD.
AVENTURA, FL 33180

RETURN RECEIPT
REQUESTED