# EXHIBIT B

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: **Matthew S. Kansler**
Mailing Address: **24 Woodlee Road**
City: **Cold Spring Harbor** State: **NY** Zip: **11724**
Account No.: **1-ZB420-3-0**
Taxpayer I.D. Number (Social Security No.): **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**

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $ **0 N/A**

    b. I owe the Broker a Debit (Dr.) Balance of    $ **0 N/A**

    c. If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.    $ **0**

    d. If balance is zero, insert "None."    **0**

502180406

1

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  | Please see the attached November 30, 2008 account statement at Exhibit A |  |  |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq  Lax + Neville LLP  1412 Broadway suite 1407 New York NY 10018

502180406                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/24/09            Signature _[signature]_

Date _____       Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

BARRY R. LAX
BRIAN J. NEVILLE

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

OF COUNSEL:
DAVID S. RICH

June 26, 2009

**VIA FEDERAL EXPRESS**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:   Matthew S. Kansler/Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Matthew S. Kansler and has assisted him in the preparation of his Bernard L. Madoff Investment Securities LLC ("Madoff Securities" or "Madoff") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Mr. Kansler's account. Additionally, below is a description of the relationship between Mr. Kansler and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Mr. Kansler's SIPC claims.

In or about 2002, Mr. Kansler opened an account with Madoff Securities. Mr. Kansler withdrew funds from his account with Madoff to start and maintain his business and for general living expenses. The balance in Mr. Kansler's account as of November 30, 2008 is $505,979.40. Mr. Kansler's November 30, 2008 account statement is attached as Exhibit A.

**LAX NEVILLE**

Irving H. Picard
June 26, 2009
Page 2 of 3

Mr. Kansler is 37 years old, married and recently had his first child. Mr. Kansler is self-employed and relied on the funds invested with Madoff as income for his family, especially during tough economic times. He invested all of his savings with Madoff Securities and has lost it all. Mr. Kansler has been diagnosed with severe depression and General Anxiety Disorder brought on by the Madoff fraud. Mr. Kansler at all times intended to use his Madoff Securities account to supplement his living costs and to start his retirement funding. Now due to the Madoff fraud, Mr. Kansler has reduced means for necessary living expenses and for his family.

Mr. Kansler received account statements from Madoff indicating the purchases and sales of securities during that month, and listing each of the open securities positions held in the account. The securities listed on these statements were real, widely held securities and their prices could be readily verified against objective and publicly available market information. Based upon the account statements and the confirmations, Mr. Kansler at all times expected to have those securities in his account. Mr. Kansler always believed SIPC coverage would cover the securities listed as being in his account should Madoff Securities ever fail.

## CONCLUSION

Matthew S. Kansler is seeking the full protection of SIPA for his account as follows:

- Account No: 1-ZB420-3-0        Matthew S. Kansler

**Total = $505,979.40**

# LAX NEVILLE

Irving H. Picard
June 26, 2009
Page 3 of 3

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

Very truly yours,
Lax & Neville, LLP

By: /Brian J. Neville/spe
Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MATTHEW J KANSLER
24 WOODLEE ROAD
COLD SPRING HARBOR    NY    11724

PERIOD ENDING: 11/30/03
YOUR ACCOUNT NUMBER: 1-ZB420-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1586
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,006.64 | |
| 1/12 | 420 | | 1508 | WELLS FARGO & CO NEW | 29.800 | 12,532.00 | |
| 1/12 | 300 | | 2010 | HEWLETT PACKARD CO | 34.900 | 10,482.00 | |
| 1/12 | 250 | | 5834 | WAL-MART STORES INC | 55.830 | 14,525.80 | |
| 1/12 | 170 | | 6333 | INTERNATIONAL BUSINESS MACHS | 87.270 | 14,841.90 | |
| 1/12 | 630 | | 10160 | EXXON MOBIL CORP | 72.930 | 45,939.40 | |
| 1/12 | 690 | | 10652 | INTEL CORP | 14.510 | 10,038.90 | |
| 1/12 | 330 | | 14988 | JOHNSON & JOHNSON | 59.580 | 19,674.40 | |
| 1/12 | 450 | | 19313 | J.P. MORGAN CHASE & CO | 38.530 | 17,356.50 | |
| 1/12 | 240 | | 23639 | COCA COLA CO | 44.560 | 10,727.40 | |
| 1/12 | 140 | | 27955 | MCDONALDS CORP | 55.370 | 7,756.80 | |
| 1/12 | 200 | | 32291 | MERCK & CO | 28.550 | 7,433.00 | |
| 1/12 | 950 | | 36617 | MICROSOFT CORP | 21.810 | 20,757.50 | |
| 1/12 | 480 | | 40943 | ORACLE CORPORATION | 17.300 | 8,323.00 | |
| 1/12 | 190 | | 53921 | PEPSICO INC | 56.410 | 10,724.90 | |
| 1/12 | 110 | | 54423 | APPLE INC | 100.790 | 11,099.80 | |
| 1/12 | 810 | | 58247 | PFIZER INC | 16.940 | 13,753.40 | |
| 1/12 | 190 | | 58749 | ABBOTT LABORATORIES | 54.510 | 10,392.90 | |
| 1/12 | 360 | | 62573 | PROCTER & GAMBLE CO | 64.080 | 23,082.80 | |
| 1/12 | 130 | | 63075 | AMGEN INC | 59.150 | 7,695.90 | |
| 1/12 | 250 | | 66899 | PHILLIP MORRIS INTERNATIONAL | 43.500 | 10,910.00 | |
| 1/12 | 600 | | 67401 | BANK OF AMERICA | 21.590 | 12,978.00 | |
| 1/12 | 200 | | 71225 | QUALCOMM INC | 33.770 | 6,762.00 | |
| 1/12 | 650 | | 71727 | CITI GROUP INC | 12.510 | 8,157.50 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********1586
YOUR ACCOUNT NUMBER 1-ZB420-3-0

MATTHEW S KANSLER
24 WOODLEE ROAD
COLD SPRING HARBOR   NY   11724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 150 | | 75551 | SCHLUMBERGER LTD | 49.430 | 7,428.00 | |
| 11/12 | 360 | | 75053 | COMCAST CORP CL A | 16.510 | 5,957.60 | |
| 11/12 | 710 | | 79877 | AT&T INC | 27 | 19,198.00 | |
| 11/12 | 180 | | 80379 | CONOCOPHILIPS | 52.510 | 9,458.80 | |
| 11/12 | 120 | | 84203 | UNITED PARCEL SVC INC CLASS B | 52.043 | 6,248.80 | |
| 11/12 | 730 | | 84705 | CISCO SYSTEMS INC | 16.730 | 12,241.90 | |
| 11/12 | 210 | | 88529 | U S BANCORP | 29.530 | 6,209.30 | |
| 11/12 | 250 | | 89031 | CHEVRON CORP | 73.430 | 18,367.50 | |
| 11/12 | 120 | | 92855 | UNITED TECHNOLOGIES CORP | 53.150 | 6,383.20 | |
| 11/12 | 1,270 | | 93357 | GENERAL ELECTRIC CO | 19.630 | 24,980.10 | |
| 11/12 | 540 | | 97181 | VERIZON COMMUNICATIONS | 30.410 | 10,352.40 | |
| 11/12 | 30 | | 97683 | GOOGLE | 337.400 | 10,123.00 | |
| 11/12 | | 450,000 | 24114 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.935 | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | |
| 11/12 | | 40,546 | 19218 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 11/12 | 35,409 | | 28586 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,409.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MATTHEW S KANSLER
24 WOODLEE ROAD
COLD SPRING HARBOR    NY    11724

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1586
YOUR ACCOUNT NUMBER: 1-ZB420-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 35,409 | 54125 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,409 |
| 11/19 | 50,000 | | 58550 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 15,411 | | 53161 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 15,411.00 | |
| | | | | NEW BALANCE | | 56,946.76 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 710 | | | AT&T INC | 28.560 | | |
| | 190 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 130 | | | AMGEN INC | 55.540 | | |
| | 110 | | | APPLE INC | 92.670 | | |
| | 600 | | | BANK OF AMERICA | 16.250 | | |
| | 250 | | | CHEVRON CORP | 75.010 | | |
| | 730 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 650 | | | CITI GROUP INC | 8.260 | | |
| | 240 | | | COCA COLA CO | 46.870 | | |
| | 360 | | | COMCAST CORP CL A | 17.340 | | |
| | 180 | | | CONOCOPHILLIPS | 52.520 | | |
| | 630 | | | EXXON MOBIL CORP | 80.130 | | |
| | 1,270 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT    Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE 4
PERIOD ENDING 11/30/03
YOUR TAX PAYER IDENTIFICATION NUMBER ********1586
YOUR ACCOUNT NUMBER 1-ZB420-3-0

MATTHEW S KANSLER
24 WOODLEE ROAD
COLD SPRING HARBOR    NY    11724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 30 | | | GOOGLE | 292.950 | | |
| | 300 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 690 | | | INTEL CORP | 13.060 | | |
| | 170 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 450 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 330 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 140 | | | MCDONALDS CORP | 58.750 | | |
| | 260 | | | MERCK & CO | 26.720 | | |
| | 950 | | | MICROSOFT CORP | 20.220 | | |
| | 480 | | | ORACLE CORPORATION | 16.090 | | |
| | 190 | | | PEPSICO INC | 56.700 | | |
| | 610 | | | PFIZER INC | 16.430 | | |
| | 250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 360 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 200 | | | QUALCOMM INC | 33.570 | | |
| | 150 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,411 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 210 | | | U S BANCORP | 26.930 | | |
| | 120 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U S TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.971 | | |
| | 120 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 5 | 11/30/08 | ********1586 |

YOUR ACCOUNT NUMBER: 1-ZB420-3-0

MATTHEW S KANSLER
24 MOORLEE ROAD
COLD SPRING HARBOR    NY    11724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 340 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 250 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 420 |  |  | WELLS FARGO & CO NEW | 28.390 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES | | | |
|  |  |  |  | LONG    SHORT | | | |
|  |  |  |  | 505,979.40 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| | BERNARD L. MADOFF | 885 Third Avenue |
|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | New York, NY 10022 |
| | ☐ New York ☐ London | (212) 230-2424 |
| | | 800 334-1343 |
| | | Fax (212) 838-4061 |

PERIOD ENDING: 11/30/09
PAGE: 6
YOUR TAX PAYER IDENTIFICATION NUMBER: ********1586
YOUR ACCOUNT NUMBER: 1-ZB420-3-0

MATTHEW S KANSLER
24 MOORES ROAD
COLD SPRING HARBOR    NY    11724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,379.29 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,723,521.15 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1
DATE 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1586
YOUR ACCOUNT NUMBER 1-ZB420-4-0

MATTHEW S KANSLER
mskansler@bofamail.com
24 WOODLEE ROAD
COLD SPRING HARBOR   NY   11724

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 25,067 |
| 11/12 | | 10 | 45269 | S & P 100 INDEX | 15.300 | | 150,790 |
| 11/12 | 10 | | 49595 | NOVEMBER 450 CALL | 17.900 | 17,910.00 | |
| 11/15 | | 10 | 35699 | S & P 100 INDEX | 26 | | 25,950 |
| 11/15 | 10 | | 40024 | NOVEMBER 450 PUT | 30 | 30,010.00 | |
| 11/15 | | | | S & P 100 INDEX | | | |
| 11/15 | 10 | | 44349 | DECEMBER 430 CALL | 3 | 3,010.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/15 | | 10 | 48674 | DECEMBER 420 PUT | 37 | | |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 460 CALL | | | 151,990 |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 450 PUT | | | 56,947 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10 | | | S & P 100 INDEX | 25.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | 10 | | | S & P 100 INDEX | 16.300 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG   16,500.00 | SHORT 25,300.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES