# EXHIBIT B

**CUSTOMER CLAIM**

# COPY

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**RECEIVED**

In Liquidation

APR 0 6 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:___(212) 768-6889_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

1S0509
ESTATE OF HELEN SHURMAN
c/o SONNENSCHEIN NATH &
    ROSENTHAL LLP
ATTN: BRIT GEIGER, ESQ.
1221 AVENUE OF THE AMERICAS,
25TH FLOOR
NEW YORK, NY 10020

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
         ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
         BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
         AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
         TRUSTEE ON OR BEFORE **March 4, 2009.**  CLAIMS RECEIVED AFTER THAT
         DATE, BUT ON OR BEFORE **July 2, 2009,** WILL BE SUBJECT TO DELAYED
         PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
         CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
         RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $_____
      b.    I owe the Broker a Debit (Dr.) Balance of             $_____

502180406                              1

    c.    If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.          $_____

    d.    If balance is zero, insert "None."       \_\_\_\_\_NONE\_\_\_\_\_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|:---:|:---:|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

    c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | ✓ | |
| | Net Balance: $ 1,092,481 | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

101130326 V-1

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

10130326-V-1

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970? if
       so, give name of that broker.                        _____   ✓  _____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form:  Carole Neville, Sonnenschein Nath &
       Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF. \***

Date _3/24/09_____    Signature _William Sherman  Executor_

Date _3/30/09_____    Signature _____ -executor_

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

---

\* This form includes and incorporates in full the attached Addendum.  Customer
reserves the right to amend the claim for any purpose, including without
limitation, to add interest, costs and other losses associated with this account.
Social security number withheld based upon concern about identity theft.
Information available on request.

10130326 V-1

## ADDENDUM

| | |
|---|---|
| **Customer:** | **Estate of Helen Shurman** |
| **Address:** | c/o Sonnenschein Nath & Rosenthal LLP<br>Attn: Brit Geiger, Esq.<br>1221 Avenue of the Americas, 25th Floor<br>New York, NY  10020 |
| **Account #:** | 1-S0509-3-0<br>1-S0509-4-0 |

Document index:[1]

    A.  Statement dated 11/30/08

    B.  Investment Documents

| | | | |
|---|---|---|---|
| | 1. | Statement dated 08/31/05 | $1,024,782.17 |
| | 2. | Check confirmation dated 01/26/07<br>Statement dated 01/31/07 | $900,000.00 |

    C.   Transfer Documents

| | | | |
|---|---|---|---|
| | 1. | Statement dated 08/31/05 | ($200,000.00) |
| | 2. | Statement dated 04/30/06 | ($875,000.00) |
| | 3. | Check confirmation dated 08/29/08<br>Statement dated 08/31/08 | ($30,000.00) |

Total Investment:    $1,924,782.00

Total Withdrawals: ($1,105,000.00)

---

[1]  Note that certain documents containing personal information of the claimant or related parties have been redacted for the protection and privacy of the claimant and/or such related parties.

**STATEMENT DATED NOVEMBER 30, 2008**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF HELEN SHURMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK         NY 10020

PAGE 1
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-S0509-3-0

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 65,501.03 | |
| 11/12 | 966 | | 538 | WELLS FARGO & CO NEW | 29.800 | 28,824.80 | |
| 11/12 | 690 | | 1040 | HEWLETT PACKARD CO | 34.900 | 24,108.00 | |
| 11/12 | 598 | | 4864 | WAL-MART STORES INC | 55.830 | 33,409.34 | |
| 11/12 | 391 | | 5366 | INTERNATIONAL BUSINESS MACHS | 87.270 | 34,137.57 | |
| 11/12 | 1,449 | | 9190 | EXXON MOBIL CORP | 72.880 | 105,660.12 | |
| 11/12 | 1,587 | | 9692 | INTEL CORP | 14.510 | 23,090.37 | |
| 11/12 | 759 | | 14018 | JOHNSON & JOHNSON | 59.590 | 45,251.22 | |
| 11/12 | 1,035 | | 18343 | J.P. MORGAN CHASE & CO | 38.530 | 39,919.55 | |
| 11/12 | 552 | | 22669 | COCA COLA CO | 44.660 | 24,674.32 | |
| 11/12 | 322 | | 26995 | MCDONALDS CORP | 55.370 | 17,841.14 | |
| 11/12 | 598 | | 31321 | MERCK & CO | 28.550 | 17,095.90 | |
| 11/12 | 2,185 | | 35647 | MICROSOFT CORP | 21.810 | 47,741.85 | |
| 11/12 | 1,104 | | 39973 | ORACLE CORPORATION | 17.300 | 19,143.20 | |
| 11/12 | 437 | | 52951 | PEPSICO INC | 56.410 | 24,668.17 | |
| 11/12 | 253 | | 53453 | APPLE INC | 100.780 | 25,507.34 | |
| 11/12 | 1,863 | | 57277 | PFIZER INC | 16.940 | 31,633.22 | |
| 11/12 | 437 | | 57779 | ABBOTT LABORATORIES | 54.610 | 23,881.57 | |
| 11/12 | 828 | | 61603 | PROCTER & GAMBLE CO | 64.080 | 53,091.24 | |
| 11/12 | 299 | | 62105 | AMGEN INC | 59.160 | 17,699.84 | |
| 11/12 | 575 | | 65929 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 25,093.00 | |
| 11/12 | 1,380 | | 66431 | BANK OF AMERICA | 21.590 | 29,849.20 | |
| 11/12 | 460 | | 70255 | QUALCOMM INC | 33.770 | 15,552.20 | |
| 11/12 | 1,495 | | 70757 | CITI GROUP INC | 12.510 | 18,761.45 | |
| | | | | CONTINUED ON PAGE  2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE: 2

PERIOD ENDING: 11/30/09

YOUR ACCOUNT NUMBER: 1-S0509-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ▮▮▮▮▮

**DUPLICATE** FOR ACCOUNT   ESTATE OF HELEN SHUMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK      NY 10020

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 345 | | 74581 | SCHLUMBERGER LTD | 49.480 | 17,083.60 | |
| 11/12 | 828 | | 75083 | COMCAST CORP | 16.510 | 13,703.28 | |
| | | | | CL A | | | |
| 11/12 | 1,633 | | 78907 | AT&T INC | 27 | 44,156.00 | |
| 11/12 | 414 | | 79409 | CONOCOPHILLIPS | 52.510 | 21,755.14 | |
| 11/12 | 276 | | 83233 | UNITED PARCEL SVC INC | 52.040 | 14,374.04 | |
| | | | | CLASS B | | | |
| 11/12 | 1,679 | | 83735 | CISCO SYSTEMS INC | 16.730 | 28,156.67 | |
| 11/12 | 433 | | 87559 | U S BANCORP | 29.530 | 14,281.99 | |
| 11/12 | 575 | | 88061 | CHEVRON CORP | 73.430 | 42,245.25 | |
| 11/12 | 276 | | 91885 | UNITED TECHNOLOGIES CORP | 53.160 | 14,683.16 | |
| 11/12 | 2,921 | | 92387 | GENERAL ELECTRIC CO | 19.630 | 57,455.23 | |
| 11/12 | 782 | | 96211 | VERIZON COMMUNICATIONS | 30.410 | 23,911.62 | |
| 11/12 | 69 | | 96713 | GOOGLE | 337.410 | 23,282.60 | |
| 11/12 | | 1,050,000 | 23147 | U S TREASURY BILL | 99.936 | | 1,049,328.00 |
| | | | | DUE 2/12/2009   2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 26.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 22,751 | 18248 | FIDELITY SPARTAN | 1 | | 22,751.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 25,836 | | 27616 | FIDELITY SPARTAN | 1 | 25,836.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 3.17 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE   3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**\*\*DUPLICATE\*\* FOR ACCOUNT  ESTATE OF HELEN SHURMAN**
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK          NY 10020

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-S0509-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ▓▓▓▓

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 25,836 | 53108 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,836.00 |
| 1/19 | 75,000 | | 57631 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 74,944.50 | |
| 1/19 | 19,803 | | 62146 | FIDELITY SPARTAN 3/26/2009 U S TREASURY MONEY MARKET | 1 | 19,803.00 | |
| | | | | NEW BALANCE | | 129,753.55 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,633 | | | AT&T INC | 28.560 | | |
| | 437 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 299 | | | AMGEN INC | 55.540 | | |
| | 253 | | | APPLE INC | 92.670 | | |
| | 1,380 | | | BANK OF AMERICA | 16.250 | | |
| | 575 | | | CHEVRON CORP | 79.010 | | |
| | 1,679 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,495 | | | CITI GROUP INC | 8.290 | | |
| | 552 | | | COCA COLA CO | 46.870 | | |
| | 828 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 414 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,449 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,921 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT  ESTATE OF HELEN SHUMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK        NY  10020

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0509-3-0
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| | 69 | | | GOOGLE | 292.960 | | |
| | 690 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 1,587 | | | INTEL CORP | 13.800 | | |
| | 391 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,035 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 759 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 322 | | | MCDONALDS CORP | 58.750 | | |
| | 598 | | | MERCK & CO | 26.720 | | |
| | 2,185 | | | MICROSOFT CORP | 20.220 | | |
| | 1,104 | | | ORACLE CORPORATION | 16.090 | | |
| | 437 | | | PEPSICO INC | 56.700 | | |
| | 1,863 | | | PFIZER INC | 16.430 | | |
| | 575 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 828 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 460 | | | QUALCOMM INC | 33.570 | | |
| | 345 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 19,903 | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | |
| | 483 | | | U S BANCORP | 26.980 | | |
| | 276 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 276 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE  5 | | | |

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PERIOD ENDING** 11/30/08

**PAGE** 5

**YOUR ACCOUNT NUMBER** 1-S0509-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** ▮▮▮▮▮

**SHUSTAN**

**DUPLICATE** FOR ACCOUNT ESTATE OF HELEN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK        NY 10020

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 782 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 598 | | | WAL-MART STORES INC | 55.880 | | |
| | 966 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |
| | | | | 1,108,121.92 | | | |

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PERIOD ENDING** 11/30/03

**YOUR ACCOUNT NUMBER** 1-S0509-3-0

**PAGE** 6

**\*\*DUPLICATE\*\*** FOR ACCOUNT ESTATE OF HELEN SHUMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK                     NY  10020

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,367.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,215,010.94 |

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF HELEN SHURMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK          NY 10020

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-S0509-4-0 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER ████

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 65,502.00 |
| 11/12 | | 23 | 44299 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 36,317.00 |
| 11/12 | 23 | | 48625 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 40,963.00 | |
| 11/19 | | 23 | 34729 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 59,777.00 |
| 11/19 | 23 | | 39054 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 69,023.00 | |
| 11/19 | 23 | | 43379 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 6,923.00 | |
| 11/19 | | 23 | 47704 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 85,077.00 |
| | | | | NEW BALANCE | | | 129,764.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 23 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 23 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 37,950.00 | SHORT 53,590.00- | | |

# INVESTMENT DOCUMENTS

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT

ATTN: JOHN ERWIN

ESTATE OF HELEN SHUMAN

PERIOD ENDING: 9/31/05

YOUR ACCOUNT NUMBER: 1-S0509-3-0

PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | NO BALANCE FORWARD | | | |
| 8/23 | | | | TRANS FROM 1S008030 | | | 1,024,782.17 |
| 8/23 | 202,545 | | 4086 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | JRNL 1 | 202,545.00 | |
| 8/23 | 825,000 | | 4095 | U S TREASURY BILL DUE 9/29/2005 | 99.665 | 822,236.25 | |
| 9/25 | | | | CHECK 9/29/2005 | CH | | 127.74 |
| 9/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 200,000.00 | |
| | | | | DIV 08/31/05 | | | |
| 8/31 | | 202,545 | 4521 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 202,545.00 |
| 8/31 | 2,673 | | 5295 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,673.00 | |
| | | | | NEW BALANCE | | | .65 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,673 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 825,000 | | | U S TREASURY BILL DUE 9/29/2005 | 99.732 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 825,462.00 | | | |
| | | | | SHORT | | | |

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** F3R ACCOUNT  ESTATE OF HELEN SHURMAN
ATTN: JOHN ERWIN

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-S0509-3-0 | 8/31/05 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 127.74 |

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/26/07

CHECK WIRE                                          900,000.00

CLIENT'S ACCOUNT NUMBER

1-S0509-3

SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK                NY 10020

**DUPLICATE**      ACCT OF
ESTATE OF HELEN SHURMAN

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ESTATE OF HELEN SHARTAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK          NY 10020

PERIOD ENDING: 1/31/07

PAGE: 1

YOUR ACCOUNT NUMBER: 1-S0509-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/26 | | | | BALANCE FORWARD | | | .85 |
| 1/26 | 900,000 | | 14968 | CHECK WIRE | CA | | 900,000.00 |
| | | | | U S TREASURY BILL | 98.949 | | |
| | | | | DUE 4/12/2007 | | | |
| 1/26 | 9,459 | | 14997 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | 9,459.00 | |
| 1/31 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | 73.22 |
| | | | | DIV 01/31/07 | | | |
| 1/31 | | 25,391 | 20561 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | 25,391.00 |
| 1/31 | 25,000 | | 23578 | U S TREASURY BILL | 99.020 | 24,755.00 | |
| | | | | DUE 4/12/2007 | | | |
| 1/31 | 710 | | 27324 | FIDELITY SPARTAN | 1 | 710.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | .07 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | 710 | | | U S TREASURY MONEY MARKET | | | |
| | 925,000 | | | U S TREASURY BILL | 99.020 | | |
| | | | | DUE 4/12/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 916,645.00 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    ESTATE OF HELEN SHURMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK         NY 10020

PERIOD ENDING 1/31/07

PAGE 2

YOUR ACCOUNT NUMBER 1-S0509-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|--------------------------------|---------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 73.22 |

# TRANSFER DOCUMENTS

**BERNARD L. MADOFF**
**MadF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT

ATTN: JOHN ERWIN          ESTATE OF HELEN SHUMAN

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-S0509-3-0 | 8/31/05 | | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | 1,024,782.17 |
| 8/23 | 202,545 | | 4086 | TRANS FROM 1S008030 FIDELITY SPARTAN U S TREASURY MONEY MARKET | JRNL 1 | 202,545.00 | |
| 8/23 | 825,000 | | 4095 | U S TREASURY BILL DUE 9/29/2005 | 99.665 | 822,236.25 | |
| 9/25 | | | | CHECK | CW | 200,000.00 | |
| 8/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/31/05 | DIV | | 127.74 |
| 8/31 | | 202,545 | 4521 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 202,545.00 |
| 8/31 | 2,673 | | 5295 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,673.00 | |
| | | | | NEW BALANCE | | | .65 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,673 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 825,000 | | | U S TREASURY BILL DUE 9/29/2005 | 99.732 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG          SHORT 825,462.00 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF HELEN SHURMAN

ATTN: JOHN ERWIN

PERIOD ENDING  8/31/05

YOUR ACCOUNT NUMBER  1-S0509-3-0

PAGE  2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                 |                |     | YEAR-TO-DATE SUMMARY |        |                               |                                |
|      |                 |                |     | DIVIDENDS   |                 |                               | 127.74                         |



01/01/2002    06:41    2128384061    BERNARD MADOFF    PAGE    04

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ◦ London

185 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ESTATE OF HELEN SHURMAN
WILLIAM SHURMAN & PAUL SHURMAN
AS CO-EXECUTORS

| | | | DESCRIPTION | | | | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| | 57,614 | 75960 | FIDELITY SPARTAN | | | | | 57,614.00 |
| | | | U S TREASURY MONEY MARKET | | | | | |
| | | | FIDELITY SPARTAN | | | | | |
| | | | U S TREASURY MONEY MARKET | | | | | |
| | | 83411 | CHECK WIRE | | | | 4.30 | |
| | | | FIDELITY SPARTAN | | CW | | | |
| | | | U S TREASURY MONEY MARKET | | | | | |
| | | | DIV 04/25/06 | | | | | 458.50 |
| | 18,291 | 84948 | GENERAL ELECTRIC CO | | DIV | | | 18,291.00 |
| | | | DIV 2/27/06 4/25/06 | | | | | |
| | | | FIDELITY SPARTAN | | | | | |
| | 50,000 | 84983 | U S TREASURY MONEY MARKET | | 1 | | 875,000.00 | 49,766.00 |
| | | | U S TREASURY BILL | | 99.532 | | | |
| | | | DUE 6/1/2006 | | | | | |
| | 266 | 89590 | ABBOTT LABORATORIES | | 41.200 | | | 10,959.20 |
| | 448 | 89595 | AMERICAN INTL GROUP INC | | 63.640 | | | 28,510.72 |
| | 210 | 89600 | AMGEN INC | | 66.030 | | | 13,866.30 |
| | 224 | 89605 | AMERICAN EXPRESS COMPANY | | 51.310 | | | 11,493.44 |
| | 140 | 89610 | BOEING CO | | 85.190 | | | 11,915.40 |
| | 812 | 89615 | BANK OF AMERICA | | 47.090 | | | 38,237.08 |
| | 868 | 89620 | CITI GROUP INC | | 47.460 | | | 41,195.28 |
| | 1,064 | 89625 | CISCO SYSTEMS INC | | 20.410 | | | 21,716.24 |
| | 592 | 89630 | CHEVRON CORP | | 40.410 | | | 40,410.00 |
| | 406 | 89635 | DELL INC | | 26.390 | | | 10,714.34 |

CONTINUED ON PAGE 5

TRADE DATE 1/30/06

YOUR ACCOUNT NUMBER 1-Z0509-3-0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 4/9 * RCVD AT 2/8/2007 2:37:06 PM [Central Standard Time] * SVR:CHI2KRF01/19 * DNIS:4777 * CSID:2128384061 * DURATION (mm-ss):01-50

PAGE 2/2 * RCVD AT 3/4/2009 8:15:01 AM [Central Standard Time] * SVR:GMTPRF01/21 * DNIS:4777 * CSID:121Z55791330 * DURATION (mm-ss):00-44

03/04/2009 09:16 FAX 121Z55791330    ☒ 0002/0002

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/29/08

| CHECK | 30,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK          NY 10020

1-S0509-3

**DUPLICATE**   ACCT OF
ESTATE OF HELEN SHURMAN

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT   ESTATE OF HELEN SHAMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK            NY 10020

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 8/31/08 | 1-S0509-3-0 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,119.71 | |
| 8/14 | 1,512 | | 681 | PFIZER INC | 19.800 | 29,997.60 | |
| 8/14 | 594 | | 1574 | AMERICAN INTL GROUP INC | 24.880 | 14,801.72 | |
| 8/14 | 684 | | 4990 | PROCTER & GAMBLE CO | 69.490 | 47,558.16 | |
| 8/14 | 252 | | 5883 | AMGEN INC | 63.040 | 15,896.08 | |
| 8/14 | 468 | | 9299 | PHILIP MORRIS INTERNATIONAL | 55.110 | 25,809.48 | |
| 8/14 | 1,062 | | 10192 | BANK OF AMERICA | 32.070 | 34,100.34 | |
| 8/14 | 360 | | 13608 | QUALCOMM INC | 55.530 | 20,004.80 | |
| 8/14 | 1,242 | | 14501 | CITI GROUP INC | 19.300 | 24,019.50 | |
| 8/14 | 270 | | 17917 | SCHLUMBERGER LTD | 92.190 | 24,901.30 | |
| 8/14 | 342 | | 18810 | CONOCOPHILIPS | 81.290 | 27,814.18 | |
| 8/14 | 1,368 | | 22226 | AT&T INC | 31 | 42,462.00 | |
| 8/14 | 1,332 | | 23119 | CISCO SYSTEMS INC | 24.200 | 32,287.40 | |
| 8/14 | 234 | | 26535 | UNITED PARCEL SVC INC | 65.030 | 15,226.02 | |
| | | | | CLASS B | | | |
| 8/14 | 450 | | 27428 | CHEVRON CORP | 84.670 | 38,119.50 | |
| 8/14 | 216 | | 30044 | UNITED TECHNOLOGIES CORP | 66.460 | 14,363.36 | |
| 8/14 | 2,250 | | 31737 | GENERAL ELECTRIC CO | 29.600 | 66,690.00 | |
| 8/14 | 648 | | 35153 | VERIZON COMMUNICATIONS | 34.710 | 22,517.08 | |
| 8/14 | 54 | | 36046 | GOOGLE | 492.320 | 26,587.28 | |
| 8/14 | 774 | | 39462 | WELLS FARGO & CO NEW | 30.300 | 23,482.20 | |
| 8/14 | 90 | | 40355 | GOLDMAN SACHS GROUP INC | 175.950 | 15,838.50 | |
| 8/14 | 522 | | 43771 | WAL-MART STORES INC | 57.720 | 30,149.84 | |
| 8/14 | 558 | | 44664 | HEWLETT PACKARD CO | 45.660 | 25,500.28 | |
| | | | | CONTINUED ON PAGE    2 | | | |

| MADF | **BERNARD L. MADOFF** |
|------|------------------------|

INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with

**\*\*DUPLICATE\*\*  FOR ACCOUNT   ESTATE OF HELEN SHURMAN**
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK               NY 10020

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---------------------|---------------|--------------------------------------|------|
| 1-S0509-3-0 | 8/31/08 | | 2 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 8/14 | 1,170 | | 48080 | EXXON MOBIL CORP | 78.440 | 91,820.80 | |
| 8/14 | 306 | | 48973 | INTERNATIONAL BUSINESS MACHS | 127.930 | 39,158.58 | |
| 8/14 | 1,296 | | 53282 | INTEL CORP | 24.040 | 31,206.84 | |
| 8/14 | 630 | | 57591 | JOHNSON & JOHNSON | 71.210 | 44,887.30 | |
| 8/14 | 792 | | 61899 | J.P. MORGAN CHASE & CO | 40.530 | 32,130.76 | |
| 8/14 | 450 | | 66208 | COCA COLA CO | 55.310 | 24,907.50 | |
| 8/14 | 252 | | 70517 | MCDONALDS CORP | 64.860 | 16,354.72 | |
| 8/14 | 486 | | 74826 | MERCK & CO | 35.800 | 17,417.80 | |
| 8/14 | 1,782 | | 79135 | MICROSOFT CORP | 27.810 | 49,623.42 | |
| 8/14 | 882 | | 92062 | ORACLE CORPORATION | 23.160 | 20,462.12 | |
| 8/14 | 198 | | 92956 | APPLE INC | 170.050 | 33,676.90 | |
| 8/14 | 360 | | 96371 | PEPSICO INC | 69.060 | 24,875.60 | |
| 8/14 | 342 | | 97265 | ABBOTT LABORATORIES | 58.620 | 20,061.04 | |
| 8/14 | 1,050,000 | | 57302 | U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.829 | | 1,048,204.50 |
| 8/14 | | 25,000 | 59448 | U S TREASURY BILL DUE 11/6/2008 11/06/2008 | 99.587 | | 24,896.75 |
| 8/14 | | | 53515 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/14/08 | DIV | | 23.59 |
| 8/14 | | 8,740 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,740.00 |
| 8/14 | 25,934 | | 63826 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 25,934.00 | |
| | | | | CONTINUED ON PAGE     3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT    ESTATE OF HELEN SHURKIN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK            NY 10020

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 8/31/08 | 1-S0509-3-0 | | 3 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/29 | | 594 | 69850 | AMERICAN INTL GROUP INC | 19.640 | | 11,643.16 |
| 8/29 | | | | CHECK | CW | | 15.31 |
| 8/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/29/08 | DIV | | |
| 8/29 | | 25,934 | 69746 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,934.00 |
| 8/29 | 7,592 | | 69897 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,592.00 | |
| | | | | NEW BALANCE | | 23,903.50 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,368 | | | AT&T INC | 31.990 | | |
| | 342 | | | ABBOTT LABORATORIES | 57.430 | | |
| | 252 | | | AMGEN INC | 62.850 | | |
| | 198 | | | APPLE INC | 169.530 | | |
| | 1,062 | | | BANK OF AMERICA | 31.140 | | |
| | 450 | | | CHEVRON CORP | 86.320 | | |
| | 1,332 | | | CISCO SYSTEMS INC | 24.050 | | |
| | 1,242 | | | CITI GROUP INC | 18.990 | | |
| | 450 | | | COCA COLA CO | 52.070 | | |
| | 342 | | | CONOCOPHILLIPS | 82.510 | | |
| | 1,170 | | | EXXON MOBIL CORP | 80.010 | | |
| | 2,250 | | | GENERAL ELECTRIC CO | 28.100 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

Amounts in account summary boxes: 30,000.00 (AMOUNT DEBITED), 25,934.00 (AMOUNT CREDITED)

| | MADF | **BERNARD L. MADOFF** |
|---|---|---|

INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT    ESTATE OF HELEN SHURMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK                      NY 10020

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-S0509-3-0 | 8/31/08 | ███████ | 4 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 90 | | | GOLDMAN SACHS GROUP INC | 163.970 | | |
| | 54 | | | GOOGLE | 463.290 | | |
| | 558 | | | HEWLETT PACKARD CO | 46.920 | | |
| | 1,296 | | | INTEL CORP | 22.870 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 121.730 | | |
| | 792 | | | J.P. MORGAN CHASE & CO | 38.490 | | |
| | 630 | | | JOHNSON & JOHNSON | 70.430 | | |
| | 252 | | | MCDONALDS CORP | 62.050 | | |
| | 486 | | | MERCK & CO | 35.670 | | |
| | 1,782 | | | MICROSOFT CORP | 27.290 | | |
| | 882 | | | ORACLE CORPORATION | 21.930 | | |
| | 360 | | | PEPSICO INC | 68.480 | | |
| | 1,512 | | | PFIZER INC | 19.110 | | |
| | 468 | | | PHILLIP MORRIS INTERNATIONAL | 53.700 | | |
| | 684 | | | PROCTER & GAMBLE CO | 69.770 | | |
| | 360 | | | QUALCOMM INC | 52.650 | | |
| | 270 | | | SCHLUMBERGER LTD | 94.220 | | |
| | 7,592 | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | |
| | 234 | | | UNITED PARCEL SVC INC | 64.120 | | |
| | | | | CLASS B | | | |
| | 216 | | | UNITED TECHNOLOGIES CORP | 65.590 | | |
| | 648 | | | VERIZON COMMUNICATIONS | 35.120 | | |
| | 522 | | | WAL-MART STORES INC | 59.070 | | |
| | 774 | | | WELLS FARGO & CO NEW | 30.270 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,042,055.06 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

**DUPLICATE** FOR ACCOUNT   ESTATE OF HELEN FSHURMAN
SUSAN SLATER-JANSEN ESQ
SONNENSCHEIN NATH AND
ROSENTHAL LLP
1221 AVENUE OF THE AMERICAS
NEW YORK         NY 10020

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 8/31/08 | 1-S0509-3-0 | 5 |

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,563.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,150,030.80 |