Fred H. Perkins
Joseph T. Moldovan
Michael R. Dal Lago
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
Attorneys for Customer Claimant David Silver

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

STATE OF NEW YORK　)
　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

**AFFIDAVIT OF SERVICE**

　　**MARIOLA WIATRAK,** being duly sworn, deposes and says:

　　I am employed by the firm of Morrison Cohen LLP, attorneys for David Silver. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

　　On November 13, 2009, I served copy of the Statement of David Silver in Response to Trustee and SIPC's Motion for an Order Upholding Trustee's Determination Relating to Net Equity Calculation, upon the parties by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached service list.

#1982755 v1 \020758 \0001

          /s/ Mariola Wiatrak
          MARIOLA WIATRAK

Sworn to before me this
13th day of November, 2009

    /s/
NOTARY PUBLIC

**SERVICE LIST**

*Attorneys for Irving H. Picard, Esq.*

David J. Sheenan, Esq.
Marc E. Hirschfield
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: dsheehan@bakerlaw.com
Email: mhirschfield@bakerlaw.com

*Securities Investor Protection Corporation*
Josephine Wang, Esq.
Securities Investor Protection Corp.
805 15th Street, N.W., Suite 800
Washington, DC 20005-2207
E-mail: jwang@sipc.org

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice,
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

*Chapter 7 Trustee*
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

*Securities and Exchange Commission*
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy – krishnamurthyp@sec.gov

*United States Attorney for SDNY*
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

*Counsel to the JPL*
Eric L. Lewis – Eric.Lewis@baachrobinson.com

*Notices of Appearance*
Service via Electronic Notification through ECF Filing