Nov 8, 2009

Clerk of the US Bankrupcy Court
Southern District - NY
One Bowling Green
NY, NY 10004

RECEIVED
NOV 12 2009
US BANKRUPTCY COURT

Re: Madoff claim #000864 - Written Oposition -
Madoff Acct # ZA451-3 / Olga Krakayer / Peter Benzaia

Att: To Whom it May Concern

Ms. Olga Krakayer's primary source of retirement income for approximately the past decade has been derived from a quartly dividend check based on her principal investment with Madoff. Her principal investment total of $922,000.; was NEVER withdrawn!
Ms. Krakayer's loss of this income has not only put her on the verge of a Nervious breakdown but has also created a financial crisis in which she doesn't have sufficient money to pay for perscribed medications for her heart problem and for Food!
Ms. Krakayer, from the initial opening of her account. has always had securities (type of Account with Madoff.).
In addition, her taxes for the past decade have been primarily based on dividends from Madoff which have been filed with the IRS.
Please see attached documents + statements. Her statements from Madoff were stamped by SIPC insuring her account for $500,000. Also the SEC is responsible for monitoring of these corporations.
Trusting you will reconsider based on this

Sincerely,

Olga Krakauer

Peter Bergaia

P.S.- Please consider Null + Void + Disregard any previous Assignment and Release Letter which may have been sent IN ErroR.

SCHEDULE D
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR. ► See instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2006**

Attachment Sequence No. 12

Name(s) shown on Form 1040: OLGA M. KRAKAUER

Your social security number: 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

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  BERNARD L. MADOFF INVESTMENTS | Various | Various | 8,629,326. | 8,542,408. | 86,918. |
| 33.67 IROBOT INC. | 11/10/05 | 9/22/06 | 1,037. | 1,684. | -647. |
| 300 GENERAL ELECTRIC | 1/20/06 | 9/22/06 | 10,295. | 10,263. | 32. |

| | | |
|---|---|---|
| 2  Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | |
| 3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) | 3 | 8,640,658. |
| 4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | |
| 5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | |
| 6  Short-term capital loss carryover. Enter the amount, if any, from line 10 of your Capital Loss Carryover Worksheet in the instructions | 6 | |
| 7  Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | 7 | 86,303. |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8  500 ANTIGENICS | 6/05/03 | 4/20/06 | 1,100. | 6,650. | -5,550. |
| 5000 FLEMING IS FL 7.05% | 2/05/04 | 5/01/06 | 5,000. | 5,000. | 0. |
| 250 HALO TECHNOLOGY | 7/10/03 | 4/20/06 | 313. | 10,000. | -9,687. |
| 1721.31 LAKESIDE FL. REV. | 2/10/04 | 5/01/06 | 1,721. | 2,000. | -279. |
| 2000 MICROISLET INC. | 4/18/05 | 5/02/06 | 3,450. | 2,770. | 680. |

| | | |
|---|---|---|
| 9  Enter your long-term totals, if any, from Schedule D-1, line 9 | 9   33,947. | 1,291. |
| 10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) | 10   45,531. | |
| 11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | |
| 13  Capital gain distributions. See instrs | 13 | |
| 14  Long-term capital loss carryover. Enter the amount, if any, from line 15 of your Capital Loss Carryover Worksheet in the instructions | 14 | |
| 15  Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 | 15 | -13,545. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR instructions.    Schedule D (Form 1040) 2006

FDIA0612L  11/08/06

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OLGA KRAKAUER                                    1-ZA451-3
& PETER BENZAIA JT WROS

269-10 GRAND CENTRAL PKWY #7J
FLORAL PARK              NY 11005

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 722,633.32CR |
| CAPITAL ADDITIONS | 53,000.00CR |
| CAPITAL WITHDRAWALS | 47,542.30- |
| REALIZED P/L FOR CURRENT YEAR | 72,877.97CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .99CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 800,968.00  NET LONG |
| TOTAL EQUITY | 800,968.99CR |

ANNUALIZED RETURN FOR CURRENT YEAR    9.75 %

---

PORTFOLIO MANAGEMENT REPORT AS OF 3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OLGA KRAKAUER                                    1-ZA451-3
& PETER BENZAIA JT WROS

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK              NY 11005

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 898,284.71CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 22,651.39- |
| REALIZED P/L FOR CURRENT YEAR | 19,814.01CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 299.00CR |
| CURRENT CASH BALANCE | .83CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 895,745.50  NET LONG |
| TOTAL EQUITY | 895,746.33CR |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International
Mayfair, London

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK    NY    11005

PERIOD ENDING: 10/31/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5810
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 52,415.31 |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | |
| 10/06 | | | | CHECK | CW | 13,102.87 |
| 10/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/06/08 | DIV | |
| 10/06 | 4,056 | 17,148 | 384 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 10/06 | | | 934 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,056.00 |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | |
| 10/31 | 552 | | 9888 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 552.00 |
| | | | | NEW BALANCE | | 52,415.77 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 4,608 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
OLGA KRAKAUER                                  1-ZA451-3
& PETER BENZAIA JT WROS

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK            NY 11005


STARTING EQUITY FOR CURRENT YEAR                      898,284.71CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                    69,276.64-
REALIZED P/L FOR CURRENT YEAR                          73,308.38CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 189.00CR
CURRENT CASH BALANCE                                         .45CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         902,505.00    NET LONG
TOTAL EQUITY                                          902,505.45CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.49 %
```

---

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
OLGA KRAKAUER                                  1-ZA451-3
& PETER BENZAIA JT WROS

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK            NY 11005


STARTING EQUITY FOR CURRENT YEAR                      898,284.71CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                    96,148.77-
REALIZED P/L FOR CURRENT YEAR                          94,561.90CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                         .84CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         896,697.00    NET LONG
TOTAL EQUITY                                          896,697.84CR
```

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA451-4 | R | 02061 | 8 | 1 | | 9/12/08 | 9/17/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK          NY 11005

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 14 | 783790UR8 | S & P 100 INDEX SEPTEMBER 590 PUT | 27986.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 20.000 | 28000.00 | 14.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OLGA KRAKAUER                                1-ZA451-3
& PETER BENZAIA JT WROS

269-10 GRAND CENTRAL PKWY #7J
FLORAL PARK          NY 11005

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 722,633.32CR |
| CAPITAL ADDITIONS | 53,000.00CR |
| CAPITAL WITHDRAWALS | 32,264.32- |
| REALIZED P/L FOR CURRENT YEAR | 47,629.80CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 87.50- |
| CURRENT CASH BALANCE | .30CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 790,911.00   NET LONG |
| TOTAL EQUITY | 790,911.30CR |

ANNUALIZED RETURN FOR CURRENT YEAR        8.44 %

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
OLGA KRAKAUER                          1-ZA451-3
& PETER BENZAIA JT WROS

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK              NY 11005
```

```
STARTING EQUITY FOR CURRENT YEAR                    898,284.71CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  42,764.40-
REALIZED P/L FOR CURRENT YEAR                        46,406.50CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               218.75CR
CURRENT CASH BALANCE                                       .06CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       902,145.50    NET LONG
TOTAL EQUITY                                        902,145.56CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.84 %
```

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

Madoff Securities International
12 Ber
Mayfair, London  Tel 02

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

OLGA KRAKAUER
& PETER BENZAIA JT WROS
269-07 J GRAND CENTRAL PKWY
FLORAL PARK    NY 11005

TRANSFER TO YOUR NAME

SPKC
.25<<
FINRA

PERIOD ENDING: 2/28/01
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 2/12 | | 195 | 50208 | EMC CORPORATION MASS | 66.300 | |
| 2/12 | | | | TEXAS INSTRUMENTS INC DIV 1/31/01 2/12/01 | DIV | |
| 2/15 | | | | PROCTER & GAMBLE CO DIV 1/19/01 2/15/01 | DIV | |
| 2/21 | | 210 | 10258 | HOME DEPOT INC | 44.600 | |
| 2/21 | | 294 | 33425 | LUCENT TECHNOLOGIES INC | 13.580 | |
| 2/21 | | 329 | 75480 | AT & T CORP | 22.240 | |
| 2/21 | | 154 | 79306 | TEXAS INSTRUMENTS INC | 40.630 | |
| 2/21 | | 154 | 83132 | TYCO INTERNATIONAL LTD | 60.210 | |
| 2/22 | | 308 | 2263 | EXXON MOBIL CORP | 84.500 | |
| 2/22 | | 189 | 2613 | THE WALT DISNEY CO | 32.780 | |
| 2/22 | | 917 | 6432 | GENERAL ELECTRIC CO | 47.160 | |
| 2/22 | | 154 | 14300 | INTERNATIONAL BUSINESS MACHS | 115.550 | |
| 2/22 | | 595 | 18123 | INTEL CORP | 35 1/16 | |
| 2/22 | | 125 | 21949 | JOHNSON & JOHNSON | 94.670 | |
| 2/22 | | 163 | 25775 | JP MORGAN CHASE & CO | 52.590 | |
| 2/22 | | 224 | 29601 | COCA COLA CO | 59.380 | |
| 2/22 | | 210 | 37251 | MERCK & CO | 77.980 | |
| 2/22 | | 469 | 41077 | MICROSOFT CORP | 58 | |
| 2/22 | | 98 | 44903 | MORGAN STANLEY DEAN WITTER CO | 75.380 | |
| 2/22 | | 273 | 48729 | NORTEL NETWORKS CORP HLDS CO | 20.070 | |
| 2/22 | | 490 | 56381 | ORACLE CORPORATION | 23 15/16 | |
| | | | | CONTINUED ON PAGE 2 | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK    NY    11005

PERIOD ENDING: 9/30/03
YOUR TAX PAYER IDENTIFICATION N: *****5818
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 20,061.47 |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | |
| 9/10 | | 6,753 | 84408 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 9/10 | | 50,000 | 85973 | U S TREASURY BILL DUE 10/16/2008 10/16/2008 | 99.848 | 49,627.50 |
| 9/10 | 50,000 | | 86488 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.255 | |
| 9/10 | 5,573 | | 89530 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,573.00 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING: 9/30/08
YOUR TAX PAYER IDENTIFICATION N: \*\*\*\*\*\*5819
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK    NY    11005

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 9/17 | | 168 | 49271 | UNITED TECHNOLOGIES CORP | 63.720 | |
| 9/17 | | 1,750 | 50485 | GENERAL ELECTRIC CO | 27.440 | |
| 9/17 | | 504 | 53560 | VERIZON COMMUNICATIONS | 34.570 | |
| 9/17 | | 42 | 54783 | GOOGLE | 432.200 | |
| 9/17 | | 602 | 57858 | WELLS FARGO & CO NEW | 33.390 | |
| 9/17 | | 70 | 59081 | GOLDMAN SACHS GROUP INC | 154.700 | |
| 9/17 | | 406 | 62156 | WAL-MART STORES INC | 62.470 | |
| 9/17 | | 434 | 63379 | HEWLETT PACKARD CO | 46.880 | |
| 9/17 | | 910 | 66454 | EXXON MOBIL CORP | 76.080 | |
| 9/17 | | 238 | 67677 | INTERNATIONAL BUSINESS MACHS | 118.800 | |
| 9/17 | | 1,008 | 71975 | INTEL CORP | 19.970 | |
| 9/17 | | 490 | 76273 | JOHNSON & JOHNSON | 71.150 | |
| 9/17 | | 616 | 80570 | J.P. MORGAN CHASE & CO | 40.930 | |
| 9/17 | | 350 | 84868 | COCA COLA CO | 53.790 | |
| 9/17 | | 196 | 89166 | MCDONALDS CORP | 64.430 | |
| 9/17 | | 378 | 93464 | MERCK & CO | 34.160 | |
| 9/17 | | 1,386 | 97762 | MICROSOFT CORP | 27.420 | |
| 9/17 | 825,000 | | 84972 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.511 | 820,965.75 |
| 9/17 | 2,744 | | 89270 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,744.00 |
| 9/19 | | | | AMERICAN INTL GROUP INC DIV 9/05/08 9/19/08 | DIV | |
| 9/26 | | | | BANK OF AMERICA DIV 9/05/08 9/26/08 | DIV | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International, Mayfair

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK    NY    11005

PERIOD ENDING: 9/30/08
YOUR TAX PAYER IDENTIFICATION NO: ******5810
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 9/26 | | | | QUALCOMM INC DIV 8/29/08 9/26/08 | DIV | |
| 9/30 | 1,705 | | | PEPSICO INC DIV 9/05/08 9/30/08 | DIV | 1,705.00 |
| 9/30 | 17,148 | | 97391 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | | | | NEW BALANCE | | 52,415.31 |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | |
| | 875,000 | | | U S TREASURY BILL DUE 2/12/2009  2/12/2009 SHORT | 99.610 | |
| | | | | MARKET VALUE OF SECURITIES LONG 888,735.50 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOU
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

*MS ERIN*

OLGA KRAKAUER                                    1-ZA451-3
& PETER BENZAIA JT WROS

269-10 GRAND CENTRAL PKWY #7J
FLORAL PARK            NY 11005

*32106.8*
*15591.2*
*16515.?*

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 722,633.32CR |
| CAPITAL ADDITIONS | 53,000.00CR |
| CAPITAL WITHDRAWALS | 15,591.22- |
| REALIZED P/L FOR CURRENT YEAR | 32,106.82CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 157.50CR |
| CURRENT CASH BALANCE | .42CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 792,306.00 NET L( |
| TOTAL EQUITY | 792,306.42CR |

ANNUALIZED RETURN FOR CURRENT YEAR      8.58 %

---



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA451-3 | D | 18807 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK            NY 11005

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 855 | 46625H100 | J.P. MORGAN CHASE & CO | 32977.15 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 32943.15 | 34.00 | | | | |

Affiliated with:
Madoff Securities International Limited

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-ZA451-4 | D | 74525 | 8 | 1 | | 9/05/08 | 9/10/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

OLGA KRAKAUER
& PETER BENZAIA JT WROS
26910 GRAND CENTRAL PKWY #7J
FLORAL PARK          NY 11005

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 14 | 78379O1TY | S & P 100 INDEX SEPTEMBER 600 CALL | 1484.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 1.050 | 1470.00 | 14.00 | | | | |

1,230 33

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

4.05

OLGA KRAKAUER
& PETER BENZAIA JT WROS          1-ZA451-3

269-07 J GRAND CENTRAL PKWY
FLORAL PARK          NY 11005

STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                                  722,633.32CR
CAPITAL WITHDRAWALS                                                 53,000.00CR
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                           14,790.72CR
CURRENT CASH BALANCE                                                   800.50CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                             .04CR
TOTAL EQUITY                                                       791,224.50    NET LONG
                                                                   791,224.54CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.38 %

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Internati
12 Ber
Mayfair, Lond
Tel 0

OLGA KRAKAUER
& PETER BENZAIA JT WROS

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK    NY    11005

PERIOD ENDING: 9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5810
YOUR ACCOUNT NUMBER: 1-ZA451-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| /11 | | | | MICROSOFT CORP | | |
| /11 | 7,126 | | | DIV 3/21/08 9/11/08 | DIV | |
| | | | | FIDELITY SPARTAN | | |
| /16 | | | 94665 | U S TREASURY MONEY MARKET | 1 | 7,126.00 |
| | | | | MCDONALDS CORP | | |
| | | | | DIV 9/02/08 9/16/08 | DIV | |
| /17 | | 686 | 10657 | ORACLE CORPORATION | 19.310 | |
| /17 | | 154 | 11852 | APPLE INC | 150.770 | |
| /17 | | 280 | 14955 | PEPSICO INC | 72.460 | |
| /17 | | 266 | 16150 | ABBOTT LABORATORIES | 58.960 | |
| /17 | | 1,176 | 19253 | PFIZER INC | 18.360 | |
| /17 | | 462 | 20415 | AMERICAN INTL GROUP INC | 15.290 | |
| /17 | | 532 | 23551 | PROCTER & GAMBLE CO | 72.780 | |
| /17 | | 196 | 24698 | AMGEN INC | 63.320 | |
| /17 | | 364 | 27849 | PHILLIP MORRIS INTERNATIONAL | 54.170 | |
| /17 | | 826 | 28995 | BANK OF AMERICA | 33.040 | |
| /17 | | 280 | 32147 | QUALCOMM INC | 48.390 | |
| /17 | | 966 | 33293 | CITI GROUP INC | 18.220 | |
| /17 | | 210 | 36445 | SCHLUMBERGER LTD | 87.210 | |
| /17 | | 265 | 37591 | CONOCOPHILIPS | 72.510 | |
| /17 | | 1,064 | 40743 | AT&T INC | 31.370 | |
| /17 | | 1,036 | 41889 | CISCO SYSTEMS INC | 23.050 | |
| /17 | | 182 | 45024 | UNITED PARCEL SVC INC CLASS B | 67.860 | |
| /17 | | 350 | 46187 | CHEVRON CORP | 83.210 | |

CONTINUED ON PAGE    3

USE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OLGA KRAKAUER
& PETER BENZAIA JT WROS         1-ZA451-3

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK         NY 11005

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 896,697.84CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 80,046.92- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 71,091.02CR |
| CURRENT CASH BALANCE | 994.25CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .69CR |
| TOTAL EQUITY | 888,735.50  NET LONG |
| | 888,736.19CR |

ANNUALIZED RETURN FOR CURRENT YEAR    11.24 %

*D 13,102.   10/6/08*

---

PORTFOLIO MANAGEMENT REPORT AS OF 3/31/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

OLGA KRAKAUER
& PETER BENZAIA JT WROS         1-ZA451-3

26910 GRAND CENTRAL PKWY #7J
FLORAL PARK         NY 11005

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 896,697.84CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 21,064.52- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 11,016.82CR |
| CURRENT CASH BALANCE | 262.50- |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .14CR |
| TOTAL EQUITY | 886,387.50  NET LONG |
| | 886,387.64CR |

ANNUALIZED RETURN FOR CURRENT YEAR    4.91 %

*10 754*

Mr. Peter Benzaia
166 2nd Ave.
New York, NY 10003-5719

**RETURN RECEIPT
REQUESTED**

NOV 12 2009

U.S. POSTAGE PAID
NEW YORK, NY 10003
NOV 10, '09
AMOUNT
$5.88

Clerk of the United States Bankrupcy Court
For Southern District - NY
One Bowling Green
New York, NY 10004

CERTIFIED MAIL

7009 2250 0003 3643 7133