BERNFELD, DEMATTEO &
 BERNFELD, LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
David B.Bernfeld (DBB-0177)
Jeffrey Bernfeld (JLB-1615)
 *Attorneys for: Dr. Michael Schur and Mrs. Edith A. Schur*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,
                Plaintiff,
     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,

                Debtor.

**NOTICE OF APPEARANCE
REQUEST FOR SERVICE
 OF NOTICES**

---

    **PLEASE TAKE NOTICE** that Bernfeld, DeMatteo & Bernfeld, LLP hereby appears in

the above-captioned case as counsel to Dr. Michael Schur and Mrs. Edith A. Schur ( each a

"Claimant" and collectively the "Claimants"). Pursuant to Section 1109(b) of Title 11 of the

United States Code (the "Code") and Rules 2002, 9007, and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Rules"), Bernfeld, DeMatteo & Bernfeld, LLP requests that all

notices given or required to be given in this matter, and all papers served or required to be served in this case be given and served upon the following persons at the addresses set forth below:

> David B. Bernfeld
> Jeffrey L. Bernfeld
>
> BERNFELD, DEMATTEO & BERNFELD, LLP
> 600 Third Avenue, 15th Floor
> New York, New York 10016
> Telephone:   (212) 661-1661
> Facsimile:   (212) 557-9610
>
> E-Mail:   davidbernfeld@bernfeld-dematteo.com
>
> jeffreybernfeld@bernfeld-dematteo.com

PLEASE TAKE FURTHER NOTICE that the foregoing included, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not intended as, and may not be deemed or construed as a consent to jurisdiction of the Bankruptcy Court over either Claimant nor as a waiver of their substantive or procedural rights, including without limitation, the right to: (a) have final orders in non-core matters entered only after *de novo* review by a higher court, (b) trial by jury in any proceeding which is so triable, or in any related case, controversy or proceeding, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which either Claimant is or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: New York, New York
November 13, 2009

Bernfeld, DeMatteo & Bernfeld, LLP


By: _____/s/_____
David B. Bernfeld

600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-1661


*Attorneys for Dr. Michael Schur
and Mrs. Edith A. Schur*