# **Phyllis Feiner and Harvey Feiner**

200 So. Middle Neck Rd., F-4
Great Neck, NY  11021
Home: (516) 829-5957
Cellular: (516) 225-9796
e-Mail: phyllis81@aol.com

November 8, 2009

To:  Clerk of the United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, New York 10004



NOV 1 2 2009

To:  Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Reference: Bankruptcy Case No. 08-1789 (BRL)

The Feiner Living Trust, dated 11/30/2005, Harvey Feiner and Phyllis Feiner, Trustees, with an address of 200 South Middle Neck Road, Apt. F-4, Great Neck, NY 11021, herein makes formal objection to, and is in disagreement with, the "Notice of Trustee's Determination of Claim" in the Bernard L. Madoff Investment Securities LLC liquidation proceeding.

We, the undersigned, are victims of the Bernard L. Madoff Investment Securities (BLMIS) fraud.  Our revocable living trust had a BLMIS account number of 1-ZB241-3-0. We are in possession of the "Notice of Trustee's Determination of Claim," dated October 19, 2009, which responds to the claim we filed with the Trustee (SIPC) on February 24, 2009.  The Trustee designated our claim as Claim Number 5552 and Claim Number 100125 and reportedly combined them for the purposes of the determination. We do not know why two claim numbers were assigned because we only submitted one claim.

Per the instructions contained in the Determination Letter from the Trustee, the purpose of this communication is to provide you with our "written opposition" and grounds for disagreement with the Trustee's determination of our SIPC claim.

- **<u>Trustee improperly treated deposits of inheritance.</u>**  We deem it objectionable that the Trustee adjusted downward the amount deposited into our account from a separate BLMIS account opened by Jack Brodsky in 1998. The undersigned, Phyllis Feiner, is Jack's daughter.  Jack's account was closed in May 2005 because of his death at age 95. According to the last BLMIS statement received by Jack, dated April 30, 2005, the value of his BLMIS account was

Objection to Determination Letter –Feiner Living Trust
Page 2 of 4 pages

$385,573. Jack's revocable living trust provided for the grant of his estate's assets to his three children as their inheritance. Thus, each child received one third of the balance in Jack's BLMIS account: $128,524.33, deposited to their respective BLMIS accounts. However, the Trustee is choosing to "adjust" the amount each child received from his/her deceased parent, allowing only $55,667 per child based on his "cash-in minus cash-out" formula. The Trustee has thus performed "forensic accounting" on Jack's long-closed account, knowing that the account owner is no longer alive to challenge these adjustments. We believe the Trustee's treatment of the inheritance should parallel tax rules governing "stepped-up basis" with regard to distribution of the assets of an estate. The inheritance money was deposited via transfers to the surviving children's accounts simply as a matter of convenience. Had the inheritance instead been paid by check to each heir, and subsequently reinvested as new deposits to their respective BLMIS accounts, the Trustee would not be making any downward adjustment. We believe each child is entitled to the full amount of his/her inheritance. The post mortem "adjustment" by the Trustee is improper. (Document attached: Relevant page from our BLMIS monthly account statement dated May 31, 2005, showing transfer of funds from Jack Brodsky's account.)

- **Determining of account "Net Equity" is capricious.** Like several hundred other Madoff victims, we deem it objectionable that the Trustee has devised his own unique formula for determining the "net equity" in our BLMIS account ("cash-in minus cash-out") rather than our legitimate expectations that our BLMIS account had achieved a value of nearly $400,000 over many years. Furthermore, the analysis performed by the Trustee failed to recognize that our account was originally held in joint ownership by Phyllis Feiner and her two siblings until May 13, 2005; at that point in time the account was divided three ways. However, in the Trustee's computation of "net equity," he has charged our "Feiner Living Trust" account with all withdrawals from this account for the 11 years prior to the split. ("Table 1" attached.) This is incorrect accounting. We understand that the court is already examining the Trustee's methodology for computing net equity, and that any subsequent rulings by the court will be applied to all related claims, including ours.

- **SIPA demands replacement of missing securities or their cash value.** We deem it objectionable that the Trustee has denied our claim for "securities" on the grounds that "no securities were ever purchased" for our account. According to Federal law (echoed publicly by SIPC president Steve Harbeck) SIPC exists to protect investors who are victimized because of failed brokerages, i.e., bankruptcies, fraud, and other catastrophes. BLMIS provided us with written documentation indicating legitimate securities were purchased for us on specific dates, in specific quantities, and at specific prices. Furthermore, all transaction slips and monthly statements we received from BLMIS matched market prices for those stocks on those dates exactly. To deny a BLMIS investor's claim for SIPC

protection because the broker-dealer committed fraud and never actually purchased the securities is tantamount to nullifying Congressional intent in enacting the Securities Investor Protection Act. Under SIPA we believe SIPC is obligated to replace our missing securities, share for share, as shown on our November 30, 2008 BLMIS statement, up to the SIPC maximum protection amount. Only then can SIPC live up to its chartered purpose of instilling investor confidence in the market as the Congress intended.

- **Account "look-back" should be limited.** We deem it objectionable that the Trustee is applying his "cash-in minus cash-out" net equity formula looking back 16 years and more. It is our understanding that other applicable laws provide for a look-back period of only six years or less. In the interest of fairness and given the amounts paid on taxes on the "phantom" gains, the "look-back" should be limited.

- **Trustee's determination is not equitable given the legitimate expectations as investors.** Our last statement from BLMIS, dated November 30, 2008 (copy attached), indicated to us that we owned shares of securities for approximately 35 well-known companies, valued at $386,869.07. Our legitimate expectations as investors for 14 years with a broker-dealer whose letterhead and statements boasted SIPC membership was that BLMIS purchased these securities for us in the amounts and values stated, and that our investment was protected by SIPC.

- **"Cash-in minus cash-out" should not be applied to "Trust" accounts, as each beneficiary of the Trust is a SIPC customer entitled to SIPC insurance.** We deem it objectionable that the Trustee has elected to net out investments and withdrawals from a "trust" investment account. As previously stated, BLMIS Account No. 1-ZB241-3-0 was owned by the "Feiner Living Trust, dated 11/30/2005." This is a revocable living trust, established and valid under New York state law. We question whether the Trustee has the authority to make adjustments based on his definition of net equity when the account owner is a valid Trust.

**Documentation.** We have already provided to the Trustee as much supporting documentation as could be found at the time we filed the claim. To this letter of objection we are attaching copies of the following: the Trust's last BLMIS account statement (Nov. 30, 2008); the pertinent page from our May 31, 2005 BLMIS statement showing the transfer of funds from the late Jack Brodsky's account; and the Certificate of Trust dated 11/30/2005.

The Trustee has denied our claim in its entirety, stating that the account does not have positive "net equity." For reasons itemized above, we believe we are entitled to the full

Objection to Determination Letter –Feiner Living Trust
Page 4 of 4 pages

amount of our account balance as shown on our statement dated November 30, 2008, either by replacement of the missing securities, or by compensatory check.

We are submitting these objections to the Trustee's Determination of Claim in accordance with instructions provided by the Trustee.

*Phyllis Feiner*
Phyllis Feiner, Trustee of the Feiner
Living Trust, dated 11/30/2005

*Harvey Feiner*
Harvey Feiner, Trustee of the Feiner
Living Trust, dated 11/30/2005


**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK        NY    11021

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZB241-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6867
PAGE 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 22,463.45 | |
| 11/12 | 336 | | 1394 | WELLS FARGO & CO NEW | 29.800 | 10,025.80 | |
| 11/12 | 240 | | 1896 | HEWLETT PACKARD CO | 34.900 | 8,385.00 | |
| 11/12 | 208 | | 5720 | WAL-MART STORES INC | 55.830 | 11,620.64 | |
| 11/12 | 136 | | 6222 | INTERNATIONAL BUSINESS MACHS | 87.270 | 11,873.72 | |
| 11/12 | 504 | | 10046 | EXXON MOBIL CORP | 72.880 | 36,751.52 | |
| 11/12 | 552 | | 10548 | INTEL CORP | 14.510 | 8,031.52 | |
| 11/12 | 264 | | 14874 | JOHNSON & JOHNSON | 59.580 | 15,739.12 | |
| 11/12 | 360 | | 19199 | J.P. MORGAN CHASE & CO | 38.530 | 13,884.80 | |
| 11/12 | 192 | | 23525 | COCA COLA CO | 44.660 | 8,581.72 | |
| 11/12 | 112 | | 27851 | MCDONALDS CORP | 55.370 | 6,205.44 | |
| 11/12 | 208 | | 32177 | MERCK & CO | 28.550 | 5,946.40 | |
| 11/12 | 760 | | 36503 | MICROSOFT CORP | 21.810 | 16,605.60 | |
| 11/12 | 384 | | 40829 | ORACLE CORPORATION | 17.300 | 6,658.20 | |
| 11/12 | 152 | | 53807 | PEPSICO INC | 56.410 | 8,580.32 | |
| 11/12 | 88 | | 54309 | APPLE INC | 100.780 | 8,871.64 | |
| 11/12 | 648 | | 58133 | PFIZER INC | 16.940 | 11,002.12 | |
| 11/12 | 152 | | 58635 | ABBOTT LABORATORIES | 54.610 | 8,306.72 | |
| 11/12 | 288 | | 62459 | PROCTER & GAMBLE CO | 64.080 | 18,466.04 | |
| 11/12 | 104 | | 62961 | AMGEN INC | 59.160 | 6,156.64 | |
| 11/12 | 200 | | 66785 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 8,728.00 | |
| 11/12 | 480 | | 67287 | BANK OF AMERICA | 21.590 | 10,362.20 | |
| 11/12 | 160 | | 71111 | QUALCOMM INC | 33.770 | 5,409.20 | |
| 11/12 | 520 | | 71613 | CITI GROUP INC | 12.510 | 6,525.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK   NY   11021

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-ZB241-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******6867

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 120 | | 75437 | SCHLUMBERGER LTD | 49.480 | 5,941.60 | |
| 11/12 | 288 | | 75939 | COMCAST CORP CL A | 16.510 | 4,765.88 | |
| 11/12 | 568 | | 79763 | AT&T INC | 27 | 15,358.00 | |
| 11/12 | 144 | | 80265 | CONOCOPHILIPS | 52.510 | 7,566.44 | |
| 11/12 | 96 | | 84089 | UNITED PARCEL SVC INC CLASS B | 52.040 | 4,998.84 | |
| 11/12 | 584 | | 84591 | CISCO SYSTEMS INC | 16.730 | 9,793.32 | |
| 11/12 | 168 | | 88415 | U S BANCORP | 29.530 | 4,967.04 | |
| 11/12 | 200 | | 88917 | CHEVRON CORP | 73.430 | 14,694.00 | |
| 11/12 | 96 | | 92741 | UNITED TECHNOLOGIES CORP | 53.160 | 5,106.36 | |
| 11/12 | 1,016 | | 93243 | GENERAL ELECTRIC CO | 19.630 | 19,984.08 | |
| 11/12 | 272 | | 97067 | VERIZON COMMUNICATIONS | 30.410 | 8,281.52 | |
| 11/12 | 24 | | 97569 | GOOGLE | 337.400 | 8,097.60 | |
| 11/12 | | 350,000 | 24000 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 349,776.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 30.02 |
| 11/12 | | 24,524 | 19104 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,524.00 |
| 11/12 | 10,422 | | 28472 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,422.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.28 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK    NY    11021

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****-**-6867
YOUR ACCOUNT NUMBER: 1-ZB241-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 10,422 | 54006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,422.00 |
| 11/19 | 25,000 | | 58440 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 9,410 | | 63042 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 9,410.00 | |
| | | | | NEW BALANCE | | 44,815.89 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 568 | | | AT&T INC | 28.540 | | |
| | 152 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 104 | | | AMGEN INC | 55.540 | | |
| | 88 | | | APPLE INC | 92.670 | | |
| | 480 | | | BANK OF AMERICA | 16.250 | | |
| | 200 | | | CHEVRON CORP | 79.010 | | |
| | 584 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 520 | | | CITI GROUP INC | 8.290 | | |
| | 192 | | | COCA COLA CO | 46.870 | | |
| | 288 | | | COMCAST CORP CL A | 17.340 | | |
| | 144 | | | CONOCOPHILIPS | 52.520 | | |
| | 504 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,016 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****6867
YOUR ACCOUNT NUMBER 1-ZB241-3-0

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK   NY   11021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 24 | | | GOOGLE | 292.960 | | |
| | 240 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 552 | | | INTEL CORP | 13.800 | | |
| | 136 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 360 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 264 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 112 | | | MCDONALDS CORP | 58.750 | | |
| | 208 | | | MERCK & CO | 26.720 | | |
| | 760 | | | MICROSOFT CORP | 20.220 | | |
| | 384 | | | ORACLE CORPORATION | 16.090 | | |
| | 152 | | | PEPSICO INC | 56.700 | | |
| | 648 | | | PFIZER INC | 16.430 | | |
| | 200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 288 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 160 | | | QUALCOMM INC | 33.570 | | |
| | 120 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 9,410 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 168 | | | U S BANCORP | 26.980 | | |
| | 96 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 25,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009   3/26/2009 | | | |
| | 96 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES


**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK          NY   11021

PAGE 5
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *******6867
YOUR ACCOUNT NUMBER 1-ZB241-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 272 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 208 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 336 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG                SHORT |  |  |  |
|  |  |  |  | 386,869.07 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK    NY    11021

YOUR ACCOUNT NUMBER: 1-ZB241-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6867
PAGE: 6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,837.18 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,171,571.29 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PHYLLIS FEINER
HARVEY FEINER TRUSTEES
FEINER LIVING TRUST
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK        NY    11021

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZB241-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6867
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 22,464.00 |
| 11/12 | | 8 | 45155 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 12,632.00 |
| 11/12 | 8 | | 49481 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 14,248.00 | |
| 11/19 | | 8 | 35585 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 20,792.00 |
| 11/19 | 8 | | 39910 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 24,003.00 | |
| 11/19 | 8 | | 44235 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 2,408.00 | |
| 11/19 | | 8 | 48560 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 29,592.00 |
| | | | | NEW BALANCE | | | 44,816.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  13,200.00    SHORT  18,640.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 5/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
YOUR ACCOUNT NUMBER: 1-ZB241-3-0

PHYLLIS FEINER
HARVEY FEINER JT WROS
200 SO MIDDLE NECK ROAD APT F4
GREAT NECK NY 11021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 5,424.94 |
| 5/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/13/05 | DIV | | 75.37 |
| 5/13 | | 40,205 | 22465 | TRANS TO 1ZA24530 | CW | 213,110.10 | |
| 5/13 | | 300,000 | 22466 | TRANS TO 1ZA68530 | CW | 213,110.10 | |
| 5/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 06/09/2005 | 1 | | 40,205.00 |
| 5/13 | | 300,000 | 22467 | U S TREASURY BILL DUE 06/02/2005 | 99.819 | | 299,457.00 |
| 5/13 | 13,472 | | 22504 | 5/09/2005 FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 06/09/2005 | 99.864 | | 299,592.00 |
| 5/13 | 200,000 | | 22507 | 6/02/2005 FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 06/09/2005 | 1 | 13,472.00 | |
| 5/18 | 125,000 | | 22709 | 5/09/2005 TRANS FROM 1ZB35033 U S TREASURY BILL DUE 5/16/2005 | 99.819 | 199,638.00 | |
| 5/18 | | | | 5/09/2005 | CA 99.795 | 124,743.75 | 128,524.33 |
| 5/18 | 3,780 | | 22731 | 5/16/2005 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,780.00 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# Certificate of Trust

The undersigned Trustors and Trustees hereby certify the following:

1. This Certificate of Trust refers to the **FEINER LIVING TRUST**, dated November 30, 2005, and any amendments thereto, executed by **HARVEY FEINER** and **PHYLLIS FEINER** as Trustors.

2. The address of the Trustors is 200 SOUTH MIDDLE NECK RD APT F4, GREAT NECK, NEW YORK 11021.

3. The initial Trustees of the Trust are:

    **HARVEY FEINER**
    **PHYLLIS FEINER**

4. The present Trustees are:

    **HARVEY FEINER**
    **PHYLLIS FEINER**

5. The Social Security Number of either Trustor may be used as the Taxpayer Identification Number for the trust.

6. Our Trustees under our Trust Agreement are authorized to acquire, sell, convey, encumber, lease, borrow, manage and otherwise deal with interests in real and personal property in our Trust name. All powers of our Trustees are fully set forth in Article Fourteen of our Trust Agreement.

7. Our Trust has not been revoked and there have been no amendments limiting the powers of our Trustees over trust property.

8. No person or entity paying money to or delivering property to our Trustees shall be required to see to its application. All persons relying on this document regarding our Trustees and their powers over trust property shall be held harmless for any resulting loss or liability from such reliance. A copy of this Certificate of Trust shall be just as valid as the original.

1

The undersigned certify that the statements in this Certificate of Trust are true and correct and that it was executed in the County of Nassau, New York, on November 30, 2005.

Trustors:

_____         *Phyllis Feiner*
HARVEY FEINER                           PHYLLIS FEINER

Trustees:

_____         *Phyllis Feiner*
HARVEY FEINER                           PHYLLIS FEINER

_____         _____
SIGNATURE OF FIRST WITNESS              SIGNATURE OF SECOND WITNESS

Vaidehi Patel                           Jacqueline Eskenasi
NAME OF FIRST WITNESS                   NAME OF SECOND WITNESS

149 Northgate Road                      85 Fairview Ave
STREET ADDRESS                          STREET ADDRESS

Massapequa Park, NY 11762               Great Neck, NY 11023
CITY, STATE, ZIP                        CITY, STATE, ZIP


STATE OF NEW YORK          )
                              SS
COUNTY OF NASSAU           )

On November 30, 2005, before me, the undersigned, a notary public in and for said State, personally appeared **HARVEY FEINER** and **PHYLLIS FEINER**, Trustors and Trustees, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signatures on the instrument, the individuals, or the persons upon behalf of which the individuals acted, executed the instrument.

_____
Signature of Notary Public

**Prepared by:**
Saul Kobrick
Law Offices of Saul Kobrick, P.C.
1305 Franklin Avenue, Suite 170
Garden City, NY 11530
(516) 248-9500 FAX (516) 248-7606

JACQUELINE ESKENASI
Notary Public, State of New York
No. 01ES6130547
Qualified in Nassau County
Commission Expires July 18, 2009

2

## Table 1

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 11/3/1994 | CHECK | $110,000.00 | $110,000.00 |
| 11/3/1994 | CHECK | $110,000.00 | $110,000.00 |
| 11/3/1994 | CHECK | $110,000.00 | $110,000.00 |
| 12/30/1994 | TRANS FROM 1ZA16430 | $875.01 | $0.00 |
| 5/18/2005 | TRANS FROM 1ZB35030 | $128,524.33 | $55,666.67 |
| 6/27/2005 | CHECK | $10,000.00 | $10,000.00 |
| **Total Deposits:** | | $469,399.34 | $395,666.67 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 7/3/1995 | CHECK | ($1,720.00) | ($1,720.00) |
| 10/5/1995 | CHECK | ($1,000.00) | ($1,000.00) |
| 1/4/1996 | CHECK | ($4,550.00) | ($4,550.00) |
| 4/1/1996 | CHECK | ($29,850.00) | ($29,850.00) |
| 6/28/1996 | CHECK | ($4,785.00) | ($4,785.00) |
| 9/27/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/17/1996 | CHECK | ($10,500.00) | ($10,500.00) |
| 3/27/1997 | CHECK | ($8,500.00) | ($8,500.00) |
| 6/10/1997 | CHECK | ($14,000.00) | ($14,000.00) |
| 9/26/1997 | CHECK | ($8,500.00) | ($8,500.00) |
| 12/29/1997 | CHECK | ($8,500.00) | ($8,500.00) |
| 3/27/1998 | CHECK | ($13,000.00) | ($13,000.00) |
| 6/12/1998 | CHECK | ($21,000.00) | ($21,000.00) |
| 9/9/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/10/1998 | CHECK | ($9,000.00) | ($9,000.00) |
| 3/24/1999 | CHECK | ($7,500.00) | ($7,500.00) |
| 6/10/1999 | CHECK | ($9,500.00) | ($9,500.00) |
| 9/14/1999 | CHECK | ($8,000.00) | ($8,000.00) |
| 12/8/1999 | CHECK | ($9,000.00) | ($9,000.00) |
| 3/28/2000 | CHECK | ($12,000.00) | ($12,000.00) |
| 6/30/2000 | CHECK | ($9,000.00) | ($9,000.00) |
| 9/28/2000 | CHECK | ($9,200.00) | ($9,200.00) |
| 12/11/2000 | CHECK | ($8,000.00) | ($8,000.00) |
| 3/30/2001 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/5/2001 | CHECK | ($6,000.00) | ($6,000.00) |
| 8/30/2001 | CHECK | ($5,500.00) | ($5,500.00) |
| 12/7/2001 | CHECK | ($6,200.00) | ($6,200.00) |
| 3/11/2002 | CHECK | ($7,300.00) | ($7,300.00) |
| 6/7/2002 | CHECK | ($7,500.00) | ($7,500.00) |

| Date | Type | Amount | Amount |
|---|---|---|---|
| 8/14/2002 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/18/2002 | CHECK | ($10,500.00) | ($10,500.00) |
| 1/6/2003 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/23/2003 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/7/2003 | CHECK | ($8,000.00) | ($8,000.00) |
| 5/15/2003 | CHECK | ($4,500.00) | ($4,500.00) |
| 5/28/2003 | CHECK | ($7,200.00) | ($7,200.00) |
| 8/29/2003 | CHECK | ($8,300.00) | ($8,300.00) |
| 10/21/2003 | CHECK | ($2,200.00) | ($2,200.00) |
| 12/11/2003 | CHECK | ($9,500.00) | ($9,500.00) |
| 3/31/2004 | CHECK | ($1,300.00) | ($1,300.00) |
| 5/12/2004 | CHECK | ($33,570.00) | ($33,570.00) |
| 6/2/2004 | CHECK | ($3,200.00) | ($3,200.00) |
| 9/2/2004 | CHECK | ($6,200.00) | ($6,200.00) |
| 12/30/2004 | CHECK | ($6,500.00) | ($6,500.00) |
| 4/5/2005 | CHECK | ($6,000.00) | ($6,000.00) |
| 5/13/2005 | TRANS TO 1ZA24530 | ($213,110.10) | $0.00 |
| 5/13/2005 | TRANS TO 1ZA68630 | ($213,110.10) | $0.00 |
| 12/21/2005 | CHECK | ($12,000.00) | ($12,000.00) |
| 4/7/2006 | CHECK | ($12,000.00) | ($12,000.00) |
| 6/6/2006 | CHECK | ($5,000.00) | ($5,000.00) |
| 9/26/2006 | CHECK | ($18,000.00) | ($18,000.00) |
| 3/27/2007 | CHECK | ($22,000.00) | ($22,000.00) |
| 9/20/2007 | CHECK | ($20,000.00) | ($20,000.00) |
| 6/2/2008 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/8/2008 | CHECK | ($13,000.00) | ($13,000.00) |
| **Total Withdrawals:** | | ($949,795.20) | ($523,575.00) |
| | | | |
| **Total deposits less withdrawals:** | | ($480,395.86) | ($127,908.33) |

5