Michael & Stacey Mathias
1722 Coconut Drive
Ft. Pierce, Florida 34949
Madoff account # M-1M0100

11/9/09

    We are "OBJECTING CLAIMENTS" to the cash-in cash-out method of calculating your net worth of your account.
    My wife and I are older Bernard Madoff investors. Our net worth as of Dec. 12- 2008 was around $1,300,000.00. We have worked very hard over the last 35 years to save our money to retire and be able to help our kids . My wife and I are in our late fifty's and had retired for only a few weeks when this devisting thing happed in Dec. of 2008. We both were self employed and spent a year shutting our business down. My wife went back to work as a realtor and at this time the market is very bad and not making much after her office expenses. I'm a Building Contractor and have had no work in the last year. Both our son's have lost their homes ,our older son lost his home,savings,wife and as of September lost his airline pilots job also. This has put great stress on us because we can no longer help them financially. I taught my kids to save your money , pay your bills and live with in your means, but when something like this happens what do you tell them.
It has been almost 1 year already and we are still waiting to hear something on our SIPC claim. It shouldn't be taking that long.  Apparently SIPC was created in 1970 by Congress under the Securities  Investor Protection Act to protect the interests of investors and to help bolster confidence in the integrity of the American securities markets. We can tell you as  Americans right now our confidence is the system is not to great.
We trusted an investment company that was in business for over 40 years with the head Bernard Madoff being chairman of Nasdaq. If we ever though it was not a legitimate business  we would not have given him our life savings. It was not that we were getting outrageous returns typically  8 to 11% per year. We don't believe that we as investors should be penalized for investing with a reputable company . The SEC failed to see the ponzi scheme on numerous occasions. We strongly disagree with the cash-in cash-out approach that the trustee is in favor of.  If we  wanted to take out money from our account  we could have taken it.
Instead of taking money out we put in over $300,000.00 in the last 5 years and $1,000,000.00 in inheritance money.   The net worth as on our November 2008 statement should be what the account is worth today.  For over 20 years we paid income tax to the IRS on this money. In our eyes, in the eyes of the government the money was and is real money. So how can the trustee all of a sudden come on board and say it's not real money?? Please we are begging you to see our hardship and rule in favor of all the Bernard Madoff victims old as well as new investors and  rule in favor of  the accounts net worth  as of the December 12, 2008 amounts and not the cash-in cash-out method that the trustee is asking for.


Sincerely,

*[signature]*

Michael and Stacey Mathias

RECEIVED
NOV 1 2 2009
U.S. BANKRUPTCY COURT SDNY

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 772-285-3984

HOME: 772-882-4753 + FAX

Account Number: 1M0100
MICHAEL MATHIAS
& STACEY MATHIAS J/T WROS
1722 COCONUT DRIVE
FORT PIERCE, FL 34949

Taxpayer I.D. Number (Social Security No.)
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    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

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of    $ 1,289,907.83
   b. I owe the Broker a Debit (Dr.) Balance of       $_____

502180406                              1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Irving Picard, Esq.<br>Trustee for Madoff Sec.<br>Claims Processing Center<br>2100 McKinney Ave Suite 800<br>Dallas, TX. 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>MAY 18 2009 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0820 0001 0719 3410 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

19 MAY 2009 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mike Mathias
1722 Coconut Dr.
Fort Pierce, Fla. 34949

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MICHAEL MATHIAS
& STACEY MATHIAS J/T WROS
1722 COCONUT DRIVE
FORT PIERCE    FL    34949

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NO: *****4344
YOUR ACCOUNT NUMBER: 1-M0109-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 918 | | | VERIZON COMMUNICATIONS | 32.650 | |
| 702 | | | WAL-MART STORES INC | 55.880 | |
| 1,134 | | | WELLS FARGO & CO NEW | 28.330 | |
| | | | MARKET VALUE OF SECURITIES | | |
| | | | LONG | | |
| | | | 142,291,907.87 | | |
| | | | SHORT | | |

SEE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES