Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, Ga. 30214

11-09-2009

    I am a "OBJECTING CLAIMENT" to the cash-in cash-out method of calculation of your net worth of your account. My Bernard Madoff account started out as a Trust account my Grand father and Grand Mother set up for me back around 1989. From that point until I was 21 years old the account just payed taxes to the IRS. When I was 21 the account was turned over to me and from that point I paid my own taxes on the account, and I never received more than 8% to 11% on my account. I'm now 30 years old and my life has been turned upside down by this crook.

    I owned a condo in florida that I bought when I got married a few years ago, when I was training to become a pilot. After a couple of years I was able to get a commercial pilots job in Atlanta Georgia. My wife and I bought another home their and my job and life were going great. Then came Dec. 11th 2008 and everything changed. I lost my investment and the income that helped us live on because my pilots job still didn't pay that much money. In the months ahead my wife divorced me because of the great debt that I had now.. I lost my condo in florida and sold it for $30,000.00 dollars less than my mortgage trying to save my good credit. I borrowed the money from my parents and grand parents knowing that I may never be able to pay them back. As of September I lost my pilots job because of lay offs and I'm now collecting unemployment. To be able to pay for my morage on my home in Atlanta I was forced to rent out two of my rooms to make up the money I needed to pay my basic living expenses.

    I'm not a rich man and never was, my account was only worth around $400,000.00 but it was all I had. This income was what my grand parents invested for me to start my life and that was a great gift.

    I applied for the Hardship program with the trustee but was turned down because my account was in the older investor category. This whole cash-in cash-out is not fair to any investor, why would you trust any investor after this. My parents and grand parents have always taught me to be a good and fair man , invest in long term stable investments, pay your bills and live within your means. I don't think that is bad advice do you?

    I love this country but I think the laws need to be a little more fair for the hard working average American that gets taken by these slick crooks. I don't believe that anyone would intentionally leave their money with someone that might not be on the up and up in business.

    Please help us small investors with doing the wright thing and ruling to have our accounts worth something!

Sincerely,

*[signature]*
Shawn Mathias

MADOFF Account # 1M0098

RECEIVED
NOV 13 2009
U.S. BANKRUPTCY COURT SDNY

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 772-321-1821

HOME: 770-461-6303

Account Number: 1M0098
SHAWN MATHIAS
MARISOL MATHIAS J/T WROS
135 POINTER RIDGE TRL
FAYETTEVILLE, GA 30214

Taxpayer I.D. Number (Social Security No.)
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

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of     $ 401,299.07
   b. I owe the Broker a Debit (Dr.) Balance of         $ 0

502180406                           1

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker.  _____ _No_

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____
_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  1-31-09          Signature _[signature]_

Date  1-31-09          Signature _[signature]_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                              4