UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, Joel L. Herz of the Law Offices of Joel L. Herz, hereby makes his appearance in this action on behalf of Samdia Family, LP.  It is requested that copies of all further filings, documents, and other mailings be electronically transmitted to the undersigned counsel at joel@joelherz.com

DATED this 13th day of November, 2009.

LAW OFFICES OF JOEL L. HERZ

/s/ Joel L. Herz
Joel L. Herz
La Paloma Corporate Center
3573 E. Sunrise Dr., Suite 215
Tucson, Arizona  85718-3206
(520)529-8080
(520)529-8077 – facsimile
joel@joelherz.com
Attorney for Samdia Family, LP

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 13th day of November, 2009, he caused a true and correct copy of the Notice of Appearance to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by mail upon:

>David J. Sheehan
>Baker & Hostetler, LLP
>45 Rockefeller Plaza
>New York, NY  10111
>Attorneys for Irving H. Picard, Esquire
>Trustee for the Liquidation of the
>Business of Bernard L. Madoff
>Investment Securities, LLC

      /s/ Joel L. Herz_____

2