# EXHIBIT M


## StreetInsider.com
*if you're not inside...you're outside*


≡ Amtrak Guest Rewards® members earn
Double Points on any Amtrak® train this fall.
Click to register.
*Restrictions apply*
acela
AMTRAK.COM

**Scottrade**

Join Free   SI Premium   RSS Feeds   E-mail Alerts   Portfolio   Login

---

**Top News**

Geithner Gives Strong
Dollar Lip Service, But
"Nothing Has Changed"
Says Strategist

AIG CEO Benmosche
Threatens to Leave

Luxuy Home Builder Toll
Brothers (TOL) Results
Shows Major
Improvement

Font Size:   Increase   Decrease

**Insiders' Blog**

Send to a Friend

Provided by: Scottrade: $7 Online Stock Trades

---

**Market Snapshot**

Nasdaq  S&P 500  NYSE



| | | |
|---|---|---|
| Nasdaq | 2164.26 | |
| +13.18 | (+0.61%) | |
| S&P 500 | 1098.24 | |
| +5.23 | (+0.48%) | |
| NYSE | 7154.99 | |
| +28.57 | (+0.40%) | |

Quotes delayed at least 20 mins

Advertisement

FREE SI Alerts On Twitter>>>
FREE SI Newsletter>>>

**CEO Wealthmeter**


+144.27M
(+0.46%)
Holdings: 28.74B
Salary: 38.62K

Lawrence J. Ellison  Oracle
Corporation
ORCL | News | Chart | Profile


+98.67M (+0.65%)
Holdings: 12.03B
Salary: 758.81K

Steven A. Ballmer  Microsoft
Corporation
MSFT | News | Chart | Profile


+71.14M (+0.76%)
Holdings: 8.44B
Salary: Unknown

Eric Schmidt  Google
GOOG | News | Chart | Profile


+46.87M (+1.35%)
Holdings: 3.59B
Salary: 82.31M

Michael S. Dell  Dell Computer
Corporation
DELL | News | Chart | Profile


+38.28M (+1.31%)
Holdings: 3.35B
Salary: 150.00K

Michael J. Saylor  MicroStrategy

---

# SIPC's Role In Madoff-Of-All-Scams Could Save The Stock Market

December 16, 2008 2:14 PM EST
Could the Bernard Madoff fraud actually help the
stock market?

The SIPC came out with a statement last night
indicating that they will be involved in the Madoff
situation. The SIPC maintains a special reserve
fund authorized by Congress to help investors at
failed brokerage firms. The SIPC reserves are
available to satisfy the remaining claims of each
customer up to a maximum of $500,000, including
a maximum of $100,000 for cash.



It seems likely that most, if not all, of the
statements Bernard Madoff delivered to clients were entirely bogus. Based on the
SIPC mandate, it could be in the realm of possibility that the *SIPC has to buy
securities* to replace those that were faked on statements delivered to Madoff
clients.

Based on a conversations with the SIPC general counsel Josephine Wang, if
clients were presented statements and had reason to believe that the securities
were in fact owned, the SIPC will be required to buy these securities in the open
market to make the customer whole up to $500K each. So if Maddof client
number 1234 was given a statement showing that they owned 1000 GOOG
shares, even if a transaction never took place, the SIPC has to buy and replace
the 1000 GOOG shares.

Imagine $50 billion in net buying to the stock market, on behalf of the SIPC, to
replace client's stocks that were never bought? While this likely won't happen to
this extent, it is in the realm of possibility.

Ms. Wang indicated to us that the SIPC has a budget of just $1.6 billion and a few
credit lines worth $2 billion total. While SIPC is a non-profit organization, they
have indicated to us that they will try to make as many people as whole as
possible. They claim to be free from any conflicts of interest, even if the amount
needed would eclipse their budget. When asked if the Madoff claims came in at
$5 billion what would be done, Ms. Wang indicated to us that they could look to
Congress for the money.

The SIPC said their involvement with the Madoff case strictly involves the broker-
dealer. So, one of the main issues the SIPC trustee appointed to the Madoff case
will have to address is how Madoff hedge fund clients and other investment
management clients will be dealt with. Will they be protected? Also, if a hedge
fund that invested in Madoff has 100 clients, will the SIPC pay out $500K just to
the hedge fund or $500K to each of the 100 clients?

There are many questions that are still unanswered on the massive Bernie Madoff
ponzi scheme, but it would be ironic if the biggest scam in history, that has hurt so
many people, turned out to be a slight positive to the market. Our prayers are with
all of those who have lost money having faith in Madoff and the system that has
failed us.

## Stocks Mentioned

## Related Entities

- Hedge Funds
- Bernard Madoff

## Comments

---


*Travel on Acela Express®
is easy come, easy go.*

*Book now at Amtrak.com*

acela

*Travel on Acela Express®
is easy come, easy go.*

*Book now at Amtrak.com*

acela

## More News related to Insiders' Blog

- Microsoft's (MSFT) Bing Gains Versus Google and Yahoo! In October
- A New Way To Play The Rise In Gold: Market Vectors Junior Gold Miners ETF (GDXJ)
- Brazil Suffers Massive Power Outage, Yet Shares Little Affected (EWZ)
- Palm (PALM) Shares Rallying as Analysts Gaining Confidence
- Wal-Mart Giving Away a $100 Gift Card With Purchase of RIM (RIMM) BlackBerry

**More News related to Insiders' Blog**

Inc
MSTR | News | Chart | Profile

+14.63M (+2.99%)
Holdings: 480.13M
Salary: Unknown

Carl H. Linder  Chiquita Brands
International Inc
CQB | News | Chart | Profile

More CEO Wealthmeter

**Ms Wang**

Audrey on Mar 29, 2009 03:59 PM

It is absolutely essential that we clarify Ms. Wang's position and then find out who Ms. Wang has to account to. For those who do not realize it, the SEC sanctioned Madoff several times and thus failed to protect the investors against fraud. The tax laws only go back 5 years.

### Josephine Wang

Ronnie Sue Ambrosino on Mar 29, 2009 03:41 AM

It is my understanding that Ms. Wang is now denying the fact "if clients were presented statements and had reason to believe that the securities were in fact owned, the SIPC will be required to buy these securities in the open market to make the customer whole up to $500K each. So if Maddof client number 1234 was given a statement showing that they owned 1000 GOOG shares, even if a transaction never took place, the SIPC has to buy and replace the 1000 GOOG shares." Can the author of the article clarify this confusion for more than 8000 investors who received SIPC claim forms? Please send to: info@bernardmadoffvictims.org

### WHERE IS THE MONEY?

JOANNE on Jan 5, 2009 02:57 PM

What could have happened to all this money he took? I am sure not all of it went to pay dividends/interest? They should sieze all his assets, sell them and divide amoungst the people let out in the cold. I realize that people were taken by him, but also, they were a little greedy. Something too good to be true usually is.

### Institutional Investors?

Benito M on Dec 22, 2008 03:18 PM

Can anybody explained how "sophisticated" institutional types like HSBC and Santander were dupped by this Madoff Scheme? We have to rename this scheme. Were the credit risk management team on holiday during this endeavor. This whole "staged event", in light of Robert Rubins looting of twice as many sheckels, seems very suspicious. Gee, Robert Rubin is amongst the Obama team. You better wake up Amerika! The depth of this kosher mafia is in ALL aspects of american society!!! http://iamthewitness.com/news/2008.12.18-The.Madoff.Double-Bluff.html

### Madoff and SIPC

Thomas Mullooly on Dec 19, 2008 10:50 PM

The purpose of the SIPC is to protect investors who have been damaged due to a brokerage failure...NOT fraud. Sadly, the SIPC is not designed for this situation. These losses are from theft, not from a brokerage failure. There are tax laws designed to allow write-off for nearly every dollar lost due to theft. This would ultimately be more valuable to investors than getting a potential $500,000 back (whenever that may or may not happen) versus multi-million dollar losses.

**View All Comments**

### Add Your Comment

Name

Subject

Body

Add Your Comment

## Sign up for StreetInsider Free!

Receive full access to all new and archived articles, unlimited portfolio tracking, e-mail alerts, custom newswires and RSS feeds - and more!

E-mail Address

View All Comments

Partner Center



Online Options,
Stock, & Futures
Brokers

learn more          learn more

learn more          learn more

learn more          learn more

FISHER
INVESTMENTS

THE
HOTTEST
EVENTS AT
COMPETITIVE
DISCOUNTS



Learn More

benefits

Signup for
StreetInsider
Premium Today!

Free Trial!

Home  Member's Home  Premium Content
Links  Entities  About StreetInsider  Get Our Content
Advertise with Us  Contact Us  Disclaimer  Privacy Policy

© Copyright 2009 StreetInsider.com
Custom Website Design by Active Media
Architects

Free News Feed
Get our RSS Feed!