

Audit • Tax • Advisory

**Grant Thornton LLP**
2010 Corporate Ridge, Suite 400
McLean, VA 22102-7838

T 703.847.7500
F 703.848.9580
www.GrantThornton.com

**Report of Independent Certified Public Accountants**

To the Board of Directors of
Securities Investor Protection Corporation

We have audited the accompanying statement of financial position of Securities Investor Protection Corporation (SIPC) as of December 31, 2008 and the related statements of activities and cash flows for the year then ended. These financial statements are the responsibility of SIPC's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America as established by the American Institute of Certified Public Accountants. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of SIPC's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Securities Investor Protection Corporation as of December 31, 2008, and the changes in net assets and its cash flows for the year then ended in conformity with accounting principles generally accepted in the United States of America.

*Grant Thornton LLP*

McLean, Virginia
April 30, 2009

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd

# SECURITIES INVESTOR PROTECTION CORPORATION

## Statement of Financial Position

as of December 31, 2008

**ASSETS**

| | | |
|---|---:|---:|
| Cash | $ | 523,658 |
| U.S. Government securities, at fair value and accrued interest receivable of ($19,011,988); (amortized cost $1,508,787,402) (Note 6) | | 1,698,516,300 |
| Advances to trustees for customer protection proceedings in progress, less allowance for possible losses ($83,749,433) (Note 4) | | 1,800,000 |
| Other (Note 5 and Note 8) | | 974,067 |
| | | **$1,701,814,025** |

**LIABILITIES AND NET ASSETS**

| | | |
|---|---:|---:|
| Advances to trustees—in process (Note 4) | $ | 675,000 |
| Accrued benefit costs (Note 8) | | 11,074,298 |
| Accounts payable and other accrued expenses | | 641,250 |
| Deferred rent | | 410,876 |
| Estimated costs to complete customer protection proceedings in progress (Note 4) | | 1,425,600,000 |
| | | 1,438,401,424 |
| Net assets | | 263,412,601 |
| | | **$1,701,814,025** |

The accompanying notes are an integral part of these statements.

## Statement of Activities

for the year ended December 31, 2008

| | | |
|---|---:|---:|
| Revenues: | | |
| Interest on U.S. Government securities | $ | 67,601,131 |
| Member assessments (Note 3) | | 816,322 |
| | | 68,417,453 |
| Expenses: | | |
| Salaries and employee benefits (Note 8) | | 6,461,396 |
| Legal and accounting fees (Note 4) | | 173,804 |
| Credit agreement commitment fee (Note 5) | | 1,686,889 |
| Rent (Note 5) | | 707,604 |
| Other | | 3,642,288 |
| | | 12,671,981 |
| Provision for estimated costs to complete customer protection proceedings in progress (Note 4) | | 1,423,952,260 |
| | | 1,436,624,241 |
| Total net expenses | | (1,368,206,788) |
| Realized and unrealized gain on U.S. Government securities (Note 6) | | 132,368,130 |
| Pension and postretirement benefit changes other than net periodic pension costs | | (5,752,428) |
| Decrease in net assets | | (1,241,591,086) |
| Net assets, beginning of year | | 1,505,003,687 |
| Net assets, end of year | $ | **263,412,601** |

The accompanying notes are an integral part of these statements.

## Statement of Cash Flows

### for the year ended December 31, 2008

| | |
|---|---:|
| **Operating activities:** | |
| Interest received from U.S. Government securities | $ 69,008,667 |
| Member assessments received | 816,322 |
| Advances paid to trustees | (12,917,342) |
| Recoveries of advances | 1,240,168 |
| Salaries and other operating activities expenses paid | (12,188,519) |
| Net cash provided by operating activities | 45,959,296 |
| | |
| **Investing activities:** | |
| Proceeds from sales of U.S. Government securities | 180,649,129 |
| Purchases of U.S. Government securities | (226,237,196) |
| Purchases of furniture and equipment | (137,370) |
| Net cash used in investing activities | (45,725,437) |
| Increase in cash | 233,859 |
| Cash, beginning of year | 289,799 |
| Cash, end of year | $   523,658 |

The accompanying notes are an integral part of this statement.

## Notes to Financial Statements

### 1. Organization and general

The Securities Investor Protection Corporation (SIPC) was created by the Securities Investor Protection Act of 1970 (SIPA), which was enacted on December 30, 1970, primarily for the purpose of providing protection to customers of its members. SIPC is a nonprofit membership corporation and shall have succession until dissolved by an Act of Congress. Its members include all persons registered as brokers or dealers under Section 15(b) of the Securities Exchange Act of 1934 except for those persons excluded under SIPA.

SIPC is exempt from income taxes under 15 U.S.C. § 78kkk(e) of SIPA and under § 501(c)(6) of the Internal Revenue Code. Accordingly, no provision for income taxes is required.

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

SIPC elects to defer the application of Financial Interpretation 48 ("FIN 48") under FASB Staff Position FIN 48-3, "Effective Date of FASB Interpretation No.48 for Certain Nonpublic Enterprises," until the period beginning January 1, 2009.

SIPC accounts for uncertain tax positions and other loss contingencies, including tax-related audits, in the normal course of our op-

erations on our balance sheet. In accordance with Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies," SIPC records a loss contingency for these matters when it is probable that a liability has been incurred and the amount of the loss can be reasonably estimated. SIPC reviews loss contingencies routinely to ensure that appropriate liabilities are recorded on the balance sheet. SIPC adjusts these liabilities based on estimates and judgments made by management with respect to the likely outcome of these matters, including the effect of any applicable insurance coverage for litigation matters. The estimates and judgment could change based on new information, changes in laws or regulations, changes in management's plans or intentions, the outcome of legal proceedings, settlements or other factors.

### 2. The "SIPC Fund" and SIPC's resources

The "SIPC Fund," as defined by SIPA, consists of cash and U.S. Government securities aggregating $1,699,039,958.

In the event the SIPC Fund is or may reasonably appear to be insufficient for the purposes of SIPA, the Securities and Exchange Commission is authorized to make loans to SIPC and, in that connection, the Commission is authorized to issue notes or other obligations to the Secretary of the Treasury in an aggregate amount not to exceed $1 billion. In addition, SIPC maintained $1 billion revolving lines of credit with a consortium of banks, $500 million of which expired effective March 1, 2009.

# SECURITIES INVESTOR PROTECTION CORPORATION

## 3. Member assessments

For calendar year 2008 and through March 31, 2009 each member's assessment was $150. Effective April 1, 2009, each member's assessment is at the rate of ¼ of 1% of net operating revenues from the securities business or $150, whichever is greater. Assessments received in advance will be applied to future assessments and are not refundable except to terminated members.

## 4. Customer protection proceedings

Customer protection proceedings (proceedings) include liquidations conducted by court appointed trustees and direct payment proceedings conducted by SIPC. There are 14 proceedings in progress at December 31, 2008. Customer claims have been satisfied in 7 of these proceedings and in 7 proceedings customer claims and distributions are being processed.

Advances to trustees represent net amounts disbursed and amounts currently payable for proceedings in progress, less an allowance for possible losses.

Estimated costs to complete proceedings are accrued based upon the costs of completed cases of comparable size and complexity and other costs that can be reasonably estimated. Recoveries are estimated based upon the expected disposition of the debtors' estates.

In the Bernard L. Madoff Investment Securities LLC proceeding, the trustee, utilizing the customer records available from the computer files of the firm identified those accounts believed to be valid customers. In accordance with section 78lll (2) of SIPA, the definition of a "customer" includes a "person who has deposited cash with the debtor for the purpose of purchasing securities." The customer can be an individual, a corporation, a partnership, a pension plan or a "feeder fund." The trustee then calculated the "net cash" positions (cash de-

posited less cash withdrawn) for each customers' account and where available, this information was compared to other source documentation including banking records and customer portfolio files. Based on that valuation, the trustee determined the customer's net equity and maximum claim allowed under SIPA. Including administrative costs, management estimates that the total charges to SIPC for this case to be approximately $1.4 billion. As actual claims are processed, the trustee will determine the ultimate amount of payment for each claim. Claims can be disputed, which among other factors, could cause the ultimate amount of the claims to differ from the current estimate. Any changes in the estimate will be accounted for prospectively.

SIPC and Trustees appointed under SIPA are subject to legal claims arising out of the proceedings and there are certain legal claims pending seeking coverage under SIPA. These claims are considered in determining estimated costs to complete proceedings and management believes that any liabilities or settlements arising from these claims will not have a material effect on SIPC's net assets.

SIPC has advanced a net of $82.5 million for proceedings in progress to carry out its statutory obligation to satisfy customer claims and to pay administration expenses. Of this amount, $80.7 million is not expected to be recovered.

Customer payments and related expenses of direct payment proceedings are recorded as expenses as they are incurred.

Legal and accounting fees include fees and expenses of litigation related to proceedings.

These financial statements do not include accountability for assets and liabilities of members being liquidated by SIPC as Trustee. Such accountability is reflected in reports required to be filed with the courts having jurisdiction.

The following table summarizes transactions during the year ended December 31, 2008 that result from these proceedings:

| | Customer Protection Proceedings | |
| --- | --- | --- |
| | Advances to trustees, less allowance for possible losses | Estimated costs to complete |
| Balance, beginning of year | $      400,000 | $   12,600,000 |
| Add: | | |
|     Provision for current year recoveries | 800,000 | — |
|     Provision for estimated future recoveries | 1,800,000 | — |
|     Provision for estimated costs to complete proceedings | — | 1,426,600,000 |
| Less: | | |
|     Recoveries | 1,200,000 | — |
|     Advances to trustees | — | 13,600,000 |
| Balance, end of year | $   1,800,000 | $1,425,600,000 |

## 5. Commitments

Future minimum rentals for office space in Washington, D.C., under a ten-year lease expiring August 31, 2015, are as follows: 2009 - $539,911; 2010 - $553,447; 2011- 567,259; 2012 - $581,485; 2013 - $595,988; 2014 - $610,905; 2015 - $417,490; for a total of $3,866,485, as of December 31, 2008. Additional rental based on increases in operating expenses and real estate taxes is required by the lease. The rent holiday of $41,567 and the leasehold improvement incentive of $345,300 are being amortized over the life of the lease.

On August 31, 2007, SIPC renewed its lease for additional office space in Fairfax, Virginia. The new five-year lease commenced August 1, 2008. Future minimum rentals for the space, expiring on July 31, 2013, are as follows: 2009 - $106,312; 2010 - $109,502; 2011 - $112,787; 2012 - $116,171; 2013 - $68,937; for a total of $513,709 as of December 31, 2008. Additional rental is based on increases in operating expenses including real estate taxes as required by the lease.

In March 2006 SIPC entered into a $500 million 3-year revolving credit facility with commitment fees of .10% per year. Additionally upfront fees averaging .14% were paid to certain banks. This facility expired in March 2009.

In March of 2007 an additional $500 million 3-year revolving credit facility with a commitment fee of .10% per year was entered into. Upfront fees ranging from .12% to .15% were paid to certain banks based on the level of their commitment.

## 6. Fair value of securities

In 2008, SIPC adopted SFAS No. 157, *Fair Value Measurements* (SFAS No. 157"). SFAS No. 157 defines fair value, establishes a framework for measuring fair value in accordance with US GAAP, and expands disclosures about fair value measurements. SFAS 157 is effective for fiscal years beginning after November 15, 2007. SFAS 157 explains the definition of fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. SFAS No. 157 clarifies the principle that fair value should be based on the assumptions market participants would use when pricing the asset or liability and establishes a fair value hierarchy that prioritizes the information used to develop those assumptions. The fair value of the U.S. Government securities is based on the Federal Reserve Bank of New York bid quote as of December 31, 2008. As a bid quote on U.S. Government securities vary substantially among market makers, the fair value bid quote is considered a level 2 input under SFAS No. 157. Level 2 inputs include quoted prices for similar assets in active markets, quoted prices for identical or similar assets in markets where there isn't sufficient activity, and/or where price quotations vary substantially either over time or among market makers, or in which little information is released publicly. FASB Staff Position (FSP) FAS 157-2, *Effective Date of FASB Statement No. 157*, delays the effective date of FASB Statement No. 157, *Fair Value Measurements*, for nonfinancial assets and nonfinancial liabilities, except for items that are recognized or disclosed at fair value at least once a year, to fiscal years beginning after November 15, 2008. SIPC elects to defer the application until the period beginning January 1, 2009.

U.S. Government securities as of December 31, 2008, included gross unrealized gains of $189,728,898 and no gross unrealized losses.

## 7. Reconciliation of increase in net assets to net cash provided by operating activities:



| | |
|---|---|
| Decrease in net assets | $(1,241,591,086) |
| Net increase in estimated cost to complete customer protection proceedings | 1,413,000,000 |
| Realized and unrealized gain on U.S. Government securities | (132,368,130) |
| Increase in payables and accrued expenses | 6,055,995 |
| Net amortized discount on U.S. Government securities | 1,527,672 |
| Net decrease in estimated recoveries of advances to trustees | (1,400,000) |
| Decrease in prepaid expenses | 710,340 |
| Depreciation and amortization | 148,640 |
| Increase in accrued interest receivable on U.S. Government securities | (120,136) |
| Decrease in deferred rent | (5,337) |
| Loss on disposal of assets | 1,338 |
| Net cash provided by operating activities | $    45,959,296 |

# SECURITIES INVESTOR PROTECTION CORPORATION

## 8. Pensions and other postretirement benefits

SIPC has a noncontributory defined benefit plan and a contributory defined contribution plan which cover all employees. SIPC also has a supplemental non-qualified retirement plan for certain employees. The $198,369 year end market value of the supplemental plan is reflected in Other assets and as a deferred compensation liability in Accrued benefit costs. In addition SIPC has two defined benefit postretirement plans that cover all employees. One plan provides medical and dental insurance benefits and the other provides life insurance benefits. The postretirement health care plan is contributory, with retiree contributions adjusted annually to reflect changes in gross premiums; the life insurance plan is noncontributory.

The provisions of Statement of Financial Accounting Standard No. 158 (FAS 158) (an amendment of FAS 132, 106, and 87) requires SIPC to recognize in the Statement of Financial Position the over-funded or underfunded status of the plans as an asset or liability in the Statement of Financial Position and to recognize the funded status in the year in which the change occurs through the Statement of Activities. In addition, SIPC is required to recognize within the Statement of Activities, gains and losses due to differences between actuarial assumptions and actual experience and any effects on prior service due to plan amendments that arise during the period and which are not being recognized as net periodic benefit costs.

| | Pension Benefits | Other Postretirement Benefits |
|---|---|---|
| **Change in Benefit Obligation** | | |
| Benefit obligation at beginning of year | $21,299,634 | $ 5,279,158 |
| Service cost | 642,564 | 157,372 |
| Interest cost | 1,310,967 | 344,099 |
| Plan participants' contributions | – | 18,053 |
| Amendments | – | (3,214,704) |
| Actuarial loss (gain) | 486,891 | 1,428,763 |
| Benefits paid | (637,671) | (102,423) |
| Benefit Obligation at end of year | $23,102,385 | $ 3,910,318 |
| **Change in Plan Assets** | | |
| Fair value of plan assets at beginning of year | $ 21,123,143 | $ – |
| Actual return on plan assets | (5,608,698) | – |
| Employer contributions prior to measurement date | 1,260,000 | – |
| Employer contributions | – | 84,370 |
| Plan participants' contributions | – | 18,053 |
| Benefits paid | (637,671) | (102,423) |
| Fair value of plan assets at end of year | $16,136,774 | $ – |
| Funded status | $ (6,965,611) | $ (3,910,318) |
| Employer contributions between measurement and statement date | – | – |
| Funded status at year end | $ (6,965,611) | $ (3,910,318) |
| **Amounts Recognized in the Statement of Financial Position and Net Assets consist of:** | | |
| Current liabilities | $ – | $ (92,612) |
| Noncurrent liabilities | (6,965,611) | (3,817,706) |
| Net amount recognized in the Statement of Financial Position | $ (6,965,611) | $ (3,910,318) |
| **Other Amounts Recognized within the Statement of Activities consist of:** | | |
| Net actuarial loss | $ 7,611,816 | $ 1,425,064 |
| Prior service cost | (58,098) | (3,226,354) |
| Pension and Postretirement benefit changes other than net periodic benefit costs | $ 7,553,718 | $ (1,801,290) |
| Accumulated Benefit Obligation end of year | $20,442,324 | $ 3,910,318 |
| **Weighted-average Assumptions for Disclosure as of December 31, 2008** | | |
| Discount rate | 6.00% | 6.00% |
| Salary scale | 4.00% | N/A |
| Health Care Cost Trend: Initial | N/A | 9.00% |
| Health Care Cost Trend: Ultimate | N/A | 5.00% |
| Year Ultimate Reached | N/A | 2017 |

| | Pension Benefits | Other Postretirement Benefits |
|---|---|---|
| **Components of Net Periodic Benefit Cost and Other Amounts Recognized within the Statement of Activities** | | |
| **Net Periodic Benefit Cost** | | |
| Service cost | $ 642,564 | $ 157,372 |
| Interest cost | 1,310,967 | 344,099 |
| Expected return on plan assets | (1,726,383) | – |
| Recognized prior service cost | 58,098 | 11,650 |
| Recognized actuarial loss | 210,156 | 3,699 |
| Net periodic benefit cost | $ 495,402 | $ 516,820 |
| **Other Changes in Plan Assets and Benefit Obligations Recognized within the Statement of Activities** | | |
| Net actuarial loss | $ 7,821,972 | $ 1,428,763 |
| Recognized actuarial loss | (210,156) | (3,699) |
| Prior service credit | – | (3,214,704) |
| Recognized prior service cost | (58,098) | (11,650) |
| Total recognized within the Statement of Activities | 7,553,718 | (1,801,290) |
| Total recognized in net benefit cost and within the Statement of Activities | $ 8,049,120 | $ (1,284,470) |
| **Amounts Expected to be Recognized in Net Periodic Cost in the Coming Year** | | |
| Loss recognition | $ 1,034,069 | $ 149,368 |
| Prior service cost (credit) recognition | 58,098 | (389,686) |
| Total | $ 1,092,167 | $ (240,318) |
| **Effect of a 1% Increase in Trend on:** | | |
| Benefit Obligation | N/A | $ 568,524 |
| Total Service Interest Cost | N/A | $ 90,382 |
| **Effect of a 1% Decrease in Trend on:** | | |
| Benefit Obligation | N/A | $ (467,754) |
| Total Service Interest Cost | N/A | $ (74,971) |
| **Weighted-average Assumptions for Net Periodic Cost as of December 31, 2008** | | |
| Discount rate | 6.25% | 6.25% |
| Expected asset return | 8.00% | N/A |
| Salary scale | 4.00% | N/A |
| Health Care Cost Trent:  Initial | N/A | 10.00% |
| Health Care Cost Trent:  Ultimate | N/A | 5.00% |
| Year Ultimate Reached | N/A | 2013 |



For the pension plan the change in unrecognized net gain/loss is one measure of the degree to which important assumptions have coincided with actual experience. During 2008 the unrecognized net loss increased by 35.7% of the 12/31/2007 projected benefit obligation.

The discount rate was determined by projecting the plan's expected future benefit payments as defined for the projected benefit obligation, discounting those expected payments using a theoretical zero-coupon spot yield curve derived from a universe of high-quality bonds as of the measurement date, and solving for the single equivalent discount rate that resulted in the same projected benefit obligation. A 1% increase/(decrease) in the discount rate would have (decreased)/increased the net periodic benefit cost for 2008 by ($315,500)/$333,200 and (decreased)/increased the year-end projected benefit obligation by ($2.6)/$2.9 million.

The expected return on the pension plan assets was determined based on historical and expected future returns of the various asset classes, using the target allocations described at right.

### 9. Donated services

SIPC received contributed services of approximately $5,000,000 for public service announcements during the year ended December 31, 2008. These contributed services were not recognized as revenue in the financial statements as they would not have been purchased if they were not contributed and SIPC determined that the services did not create or enhance a nonfinancial asset.

**Pension Plan Assets**

| Asset Category | Expected Long-Term Return | Target Allocation | Actual/Allocation 12/31/2008 |
|---|---|---|---|
| Equity securities | 10.25% | 60–70% | 65% |
| Debt securities | 4.50% | 40–30% | 35% |
| TOTAL | 8.00–8.50% | 100% | 100% |

**Estimated Future Benefit Payments**
Estimated future benefit payments, including future benefit accrual

| | Pension | Other Benefits |
|---|---|---|
| 2009 | $ 745,648 | $ 95,400 |
| 2010 | $ 1,010,257 | $ 131,000 |
| 2011 | $ 1,127,099 | $ 153,900 |
| 2012 | $ 1,363,143 | $ 183,600 |
| 2013 | $ 1,456,321 | $ 196,100 |
| 2014–2018 | $ 9,122,899 | $ 1,292,300 |

**Contributions**
The company expects to contribute $4,000,000 to the pension plan and $95,400 to the postretirement benefit plan during 2009.

**Defined Contribution Plan**

| | |
|---|---|
| SIPC contributions (60% of employee contributions, up to 3.6% of compensation) | $ 135,286 |

# TABLE 5

## SIPC Fund Comparison

Inception to December 31, 2008



# APPENDIX 1 DISTRIBUTIONS FOR ACCOUNTS OF CUSTOMERS

### for the Thirty-eight Years Ended December 31, 2008 (In Thousands of Dollars)

| | From Debtor's Estates As Reported by Trustees | From SIPC | | | Total |
| | | Advances* | Recoveries* | Net | |
|---|---|---|---|---|---|
| 1971 | $ 271 | $ 401 | | $ 401 | $ 672 |
| 1972 | 9,300 | 7,347 | $ (4) | 7,343 | 16,643 |
| 1973 | 170,672 | 35,709 | (4,003) | 31,706 | 202,378 |
| 1974 | 21,582 | 4,903 | (5,125) | (222) | 21,360 |
| 1975 | 6,379 | 6,952 | (2,206) | 4,746 | 11,125 |
| 1976 | 19,901 | 1,292 | (528) | 764 | 20,665 |
| 1977 | 5,462 | 2,255 | (2,001) | 254 | 5,716 |
| 1978 | 1,242 | 4,200 | (1,682) | 2,518 | 3,760 |
| 1979 | 9,561 | 1,754 | (6,533) | (4,779) | 4,782 |
| 1980 | 10,163 | 3,846 | (998) | 2,848 | 13,011 |
| 1981 | 36,738 | 64,311 | (1,073) | 63,238 | 99,976 |
| 1982 | 28,442 | 13,807 | (4,448) | 9,359 | 37,801 |
| 1983 | 21,901 | 52,927 | (15,789) | 37,138 | 59,039 |
| 1984 | 184,910 | 11,480 | (13,472) | (1,992) | 182,918 |
| 1985 | 180,973 | 19,400 | (11,726) | 7,674 | 188,647 |
| 1986 | 28,570 | 14,886 | (4,414) | 10,472 | 39,042 |
| 1987 | 394,443 | 20,425 | (2,597) | 17,828 | 412,271 |
| 1988 | 72,052 | 8,707 | (10,585) | (1,878) | 70,174 |
| 1989 | 121,958 | (5,481) | (10,244) | (15,725) | 106,233 |
| 1990 | 301,237 | 3,960 | (4,444) | (484) | 300,753 |
| 1991 | 1,943 | 6,234 | (2,609) | 3,625 | 5,568 |
| 1992 | 34,634 | 7,816 | (230) | 7,586 | 42,220 |
| 1993 | 115,881 | 4,372 | (9,559) | (5,187) | 110,694 |
| 1994 | (14,882)† | (1,283) | (3,829) | (5,112) | (19,994) |
| 1995 | 585,756 | 17,850 | (4,196) | 13,654 | 599,410 |
| 1996 | 4,770 | (1,491) | (10,625) | (12,116) | (7,346) |
| 1997 | 314,813 | 22,366 | (4,527) | 17,839 | 332,652 |
| 1998 | 3,605 | 4,458 | (1,571) | 2,887 | 6,492 |
| 1999 | 477,635 | 47,360 | (7,460) | 39,900 | 517,535 |
| 2000 | 364,065 | 26,330 | (3,413) | 22,917 | 386,982 |
| 2001 | 10,110,355 | 200,967 | (87,538) | 113,429 | 10,223,784 |
| 2002 | 606,593 | 40,785 | (5,812) | 34,973 | 641,566 |
| 2003 | (643,242)△ | 22,729 | (4,425) | 18,304 | (624,938) |
| 2004 | 209,025 | (11,662)△ | (37,700) | (49,362) | 159,663 |
| 2005 | (24,245)◇ | 1,175 | (4,342) | (3,167) | (27,412) |
| 2006 | 1,635,006 | 2,653 | (51,942) | (49,289) | 1,585,717 |
| 2007 | 1,167 | 7,054 | (6,624) | 430 | 1,597 |
| 2008 | 144,265,058 | 1,982 | (709) | 1,273 | 144,266,331 |
| | **$159,673,694** | **$672,776** | **$(348,983)** | **$323,793** | **$159,997,487** |

\* Advances and recoveries not limited to cases initiated this year.

† Reflects adjustments to customer distributions in the John Muir & Co. customer protection proceeding based upon Trustee's final report.

△ Reflects adjustments to customer distributions in the MJK Clearing, Inc. customer protection proceeding based upon Trustee's revised allocation.

◇ Reflects adjustment to distribution of customer assets subsequently determined not held by Donahue Securities, Inc.

# APPENDIX 2 ANALYSIS OF SIPC REVENUES AND EXPENSES
## for the Five Years Ended December 31, 2008

| | 2008 | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|
| **Revenues:** | | | | | |
| Interest on U.S. Government securities | $ 67,597,794 | $ 67,670,369 | $65,487,278 | $ 62,754,357 | $63,085,146 |
| Member assessments and contributions | 816,322 | 852,025 | 894,941 | 927,597 | 972,817 |
| Interest on assessments | 3,337 | 3,531 | 2,929 | 3,947 | 5,430 |
| | 68,417,453 | 68,525,925 | 66,385,148 | 63,685,901 | 64,063,393 |
| **Expenses:** | | | | | |
| Salaries and employee benefits | 6,461,396 | 5,818,841 | 5,439,474 | 5,244,719 | 5,118,345 |
| Legal fees | 88,987 | 51,033 | 257,329 | 347,240 | 347,793 |
| Accounting fees | 84,817 | 75,962 | 72,277 | 48,333 | 36,050 |
| Credit agreement commitment fee | 1,686,889 | 1,698,657 | 2,164,497 | 2,218,971 | 2,864,300 |
| Professional fees—other | 179,957 | 342,549 | 179,575 | 164,602 | 184,882 |
| **Other:** | | | | | |
| Assessment collection cost | 9,127 | 15,416 | 9,492 | 7,984 | 10,788 |
| Depreciation and amortization | 148,640 | 160,201 | 160,453 | 150,247 | 161,437 |
| Directors' fees and expenses | 101,207 | 71,107 | 67,492 | 31,124 | 55,835 |
| Insurance | 32,544 | 32,184 | 30,970 | 30,621 | 28,988 |
| Investor education | 1,907,599 | 369,927 | 324,029 | 343,022 | 342,600 |
| Imaging expenses | 104,760 | 115,200 | 57,440 | 74,442 | 290,296 |
| Office supplies and expense | 143,778 | 70,629 | 85,457 | 132,282 | 149,968 |
| EDP and internet expenses | 366,148 | 435,441 | 352,902 | 338,582 | 378,024 |
| Postage | 16,814 | 9,619 | 11,165 | 11,040 | 15,050 |
| Printing & mailing annual report | 31,493 | 30,965 | 32,793 | 32,692 | 33,461 |
| Publications and reference services | 160,067 | 173,713 | 155,887 | 145,311 | 149,725 |
| Rent—office space | 707,604 | 663,850 | 678,667 | 631,764 | 619,450 |
| Telephone | 73,258 | 66,890 | 70,127 | 68,933 | 71,227 |
| Travel and subsistence | 283,452 | 92,668 | 122,258 | 156,671 | 126,827 |
| Personnel recruitment | 10,625 | | | 10,104 | 2,608 |
| Miscellaneous | 72,819 | 21,111 | 16,813 | 15,463 | 9,071 |
| | 4,169,935 | 2,328,921 | 2,175,945 | 2,180,282 | 2,445,355 |
| | 12,671,981 | 10,315,963 | 10,289,097 | 10,204,147 | 10,996,725 |
| **Customer protection proceedings:** | | | | | |
| Net advances to (recoveries from): | | | | | |
| Trustees other than SIPC: | | | | | |
| Securities | 296,456 | (2,435,817) | (48,468,436) | (2,192,756) | (37,187,364) |
| Cash | (2,610,108) | (816,131) | (2,452,686) | (1,147,479) | (14,345,975) |
| | (2,313,652) | (3,251,948) | (50,921,122) | (3,340,235) | (51,533,339) |
| Administration expenses | 9,884,474 | 2,098,243 | (31,319,949) | 17,565,057 | 30,564,773 |
| | 7,570,822 | (1,153,705) | (82,241,071) | 14,224,822 | (20,968,566) |
| Net change in estimated future recoveries | (1,400,000) | 6,000,000 | 85,300,000 | (91,000,000) | 34,300,000 |
| | 6,170,822 | 4,846,295 | 3,058,929 | (76,775,178) | 13,331,434 |
| SIPC as Trustee: | | | | | |
| Securities | 3,862,296 | 2,237,551 | 1,382,472 | 184,354 | 1,798,260 |
| Cash | (276,003) | 1,391,181 | 249,601 | (9,714) | 367,371 |
| | 3,586,293 | 3,628,732 | 1,632,073 | 174,640 | 2,165,631 |
| Administration expenses | 1,194,506 | (97,104) | 454,596 | 810,987 | 1,601,101 |
| | 4,780,799 | 3,531,628 | 2,086,669 | 985,627 | 3,766,732 |
| Direct payments: | | | | | |
| Securities | | 52,561 | | (585) | 2,141 |
| Cash | | | | | 2,805 |
| | | 52,561 | | (585) | 4,946 |
| Administration expenses | 639 | 4,828 | 188,282 | | 16,272 |
| | 639 | 57,389 | 188,282 | (585) | 21,218 |
| Net change in estimated cost to complete proceedings | 1,413,000,000 | (8,700,000) | (11,000,000) | (19,900,000) | (8,200,000) |
| | 1,423,952,260 | (264,688) | (5,666,120) | (95,690,136) | 8,919,384 |
| | 1,436,624,241 | 10,051,275 | 4,622,977 | (85,485,989) | 19,916,109 |
| Total net (expenses) revenues | (1,368,206,788) | 58,474,650 | 61,762,171 | 149,171,890 | 44,147,284 |
| Realized and unrealized gain (loss) on U.S. Government securities | 132,368,130 | 63,088,803 | (18,597,798) | (39,972,573) | (29,654,153) |
| Effect of adoption of recognition provisions of FASB Statement No. 158 | | | (3,861,167) | | |
| Pension and postretirement benefit changes other than net periodic benefit costs | (5,752,428) | (1,007,696) | | | |
| (Decrease) increase in net assets | $(1,241,591,086) | $120,555,757 | $39,303,206 | $109,199,317 | $14,493,131 |

# APPENDIX 3 CUSTOMER PROTECTION PROCEEDINGS

## PART A: Customer Claims and Distributions Being Processed [a]

| Member and Trustee By Date of Appointment | Date Registered as Broker-Dealer | Filing Date | Trustee Appointed | Customers [b] To Whom Notices and Claim Forms Were Mailed | Responses [b] Received | Customers [b] Receiving Distributions |
|---|---|---|---|---|---|---|
| Continental Capital Investment Services, Inc. and Continental Capital Securities, Inc. Sylvania, OH (Thomas S. Zaremba, Esq.) | 10/09/59 | 08/25/03 | 09/29/03 | 19,636 | 325 | 77 |
| Financial World Corporation Overland Park, KS (SIPC) | 09/13/96 | 01/12/06 | 01/18/06 | 1,383 | 112 | 8 |
| Hanover Investment Securities, Inc. Madisonville, LA (SIPC) | 08/30/82 | 02/28/08 | 02/28/08 | 826 | 92 | 32 |
| North American Clearing, Inc. Longwood, FL (Robert N. Gilbert, Esq.) | 11/15/95 | 05/27/08 | 07/28/08 | 43,383 | 1,541 | 22 |
| Great Eastern Securities, Inc. New York, NY (SIPC) | 03/01/72 | 08/26/08 | 09/03/08 | 16,102 | 234 | |
| Lehman Brothers Inc. New York, NY (James W. Giddens, Esq.) | 03/27/65 | 09/19/08 | 09/19/08 | 925,000 | 1,365 | 135,500 |
| Bernard L. Madoff Investment Securities LLC New York, NY (Irving H. Picard, Esq.) | 01/19/60 | 12/11/08 | 12/15/08 | 8,112* | | |
| **TOTAL 7 MEMBERS: PART A** | | | | **1,014,442** | **3,669** | **135,639** |

* Mailed on 01/02/09.

December 31, 2008

| Distribution of Assets Held by Debtor [c] | | | SIPC Advances | | | | |
|---|---|---|---|---|---|---|---|
| Total | For Accounts of Customers | Administration Expenses | Total Advanced | Administration Expenses | Contractual Commitments | Securities | Cash |
| $ 1,828,620 | $ 1,625,973 | $ 202,647 | $ 6,844,648 | $5,095,643 | | $ 632,650 | $ 1,116,355 |
| | | | 668,180 | 60,138 | | 562,023 | 46,019 |
| 9,087 | | 9,087 | 3,598,017 | 21,808 | | 3,447,512 | 128,697 |
| 10,706,137 | 10,656,041 | 50,096 | 2,750,000 | 2,750,000 | | | |
| | | | 55,579 | 55,579 | | | |
| 144,256,562,949 | 144,250,000,000 | 6,562,949 | 1,500,000 | 1,500,000 | | | |
| 2,312,224 | | 2,312,224 | 964,000 | 964,000 | | | |
| $144,271,419,017 | $144,262,282,014 | $9,137,003 | $16,380,424 | $10,447,168 | | $4,642,185 | $1,291,071 |

# APPENDIX 3 CUSTOMER PROTECTION PROCEEDINGS

## PART B: Customer Claims Satisfied, Litigation Matters Pending [a]

| Member and Trustee By Date of Appointment | Date Registered as Broker-Dealer | Filing Date | Trustee Appointed | Customers [b] To Whom Notices and Claim Forms Were Mailed | Responses [b] Received | Customers [b] Receiving Distributions |
|---|---|---|---|---|---|---|
| Adler, Coleman Clearing Corp. New York, NY (Edwin B. Mishkin, Esq.) | 12/27/84 | 02/27/95 | 02/27/95 | 102,000 | 19,841 | 59,650 |
| Sunpoint Securities, Inc. Longview, TX (Robert G. Richardson, Esq.) | 11/09/89 | 11/19/99 | 11/19/99 | 22,234 | 4,535 | 9,738 |
| Donahue Securities, Inc. Cincinnati, OH (Douglas S. Tripp, Esq.) | 05/08/89 | 02/26/01 | 03/06/01 | 26,395 | 7,117 | 3,371 |
| Clearing Services of America, Inc. St. Louis, MO (Thomas K. Vandiver, Esq.) | 12/01/88 | 09/08/03 | 09/08/03 | 18,281 | 392 | 12 |
| Penn Financial Group, Inc. Jenkintown, PA (SIPC) | 11/15/99 | 11/05/03 | 11/12/03 | 356 | 81 | 38 |
| NEBS Financial Services, Inc. Cleveland, OH (Donald H. Messinger, Esq.) | 04/26/00 | 11/30/04 | 12/03/04 | 103,690 | 3,063 | 1,382 |
| Paul L. Forchheimer & Co. New York, NY (SIPC) | 08/08/52 | 12/12/06 | 12/12/06 | 109 | 14 | 11 |
| **TOTAL 7 MEMBERS:  PART B** | | | | **273,065** | **35,043** | **74,202** |

December 31, 2008

| | Distribution of Assets Held by Debtor [c] | | | SIPC Advances | | | | |
| Total | For Accounts of Customers | Administration Expenses | Total Advanced | Administration Expenses | Contractual Commitments | Securities | Cash |
|---|---|---|---|---|---|---|---|
| $  748,359,400 | $    711,744,281 | $  36,615,119 | $  6,625,198 | | | $  3,312,599 | $  3,312,599 |
| 359,898,390 | 353,191,553 | 6,706,837 | 37,466,443 | $ 15,036,466 | | 6,220,088 | 16,209,889 |
| 7,341,244 | 2,407,482 | 4,933,762 | 8,415,208 | 5,077,033 | | | 3,338,175 |
| 823,083 | 591,394 | 231,689 | 3,187,519 | 1,632,987 | | 1,554,532 | |
| 250,000 | 250,000 | | 2,558,149 | 114,110 | | 1,916,313 | 527,726 |
| 1,162,635 | 611,523 | 551,112 | 6,724,569 | 5,845,934 | | 878,635 | |
| 198,211 | 145,623 | 52,588 | 1,191,923 | 25,000 | | 1,123,927 | 42,996 |
| **$1,118,032,963** | **$1,068,941,856** | **$49,091,107** | **$66,169,009** | **$27,731,530** | | **$15,006,094** | **$23,431,385** |

# APPENDIX 3 CUSTOMER PROTECTION PROCEEDINGS

## PART C: Proceedings Completed in 2008

| Member and Trustee By Date of Appointment | Date Registered as Broker-Dealer | Filing Date | Trustee Appointed | Customers [b] To Whom Notices and Claim Forms Were Mailed | Responses [b] Received | Total Customer Claims Satisfied |
|---|---|---|---|---|---|---|
| Consolidated Investment Services, Inc. Littleton, CO (Stephen E. Snyder, Esq.) | 07/16/81 | 10/16/95 | 10/17/95 | 2,866 | 139 | 20 |
| Old Naples Securities, Inc. Naples, FL (Theodore H. Focht, Esq.) | 01/17/86 | 08/28/96 | 08/28/96 | 2,067 | 156 | 34 |
| Stratton Oakmont, Inc. Lake Success, NY (Harvey Miller, Esq.) | 01/08/87 | 01/24/97 | 01/29/97 | 22,630 | 3,378 | 362 |
| First Interregional Equity Corporation Millburn, NJ (Richard W. Hill, Esq.) | 09/03/77 | 03/06/97 | 03/10/97 | 11,097 | 5,416 | 5,299 |
| John Dawson & Associates, Inc. Chicago, IL (SIPC) | 10/30/72 | 04/08/99 | 04/13/99 05/17/07* | 6,750 | 126 | 17 |
| Clark Melvin Securities Corporation San Juan, PR (Cesar A. Matos-Bonet, Esq.) | 10/24/60 | 10/17/01 | 10/17/01 | 1,903 | 36 | 15 |
| Eisner Securities, Inc. St. Louis, MO (Harry O. Moline, Jr., Esq.) | 05/15/96 | 10/30/01 | 10/30/01 | 23,000 | 330 | 13 |

*Date Trustee Other than SIPC proceeding converted to SIPC as Trustee proceeding

December 31, 2008

| Distribution of Assets Held by Debtor [a] | | | SIPC Advances | | | | |
| Total | For Accounts of Customers | Administration Expenses | Total Advanced | Administration Expenses | Contractual Commitments | Securities | Cash |
|---|---|---|---|---|---|---|---|
| $ 5,653,628 | $ 295,000 | $ 5,358,628 | $ 10,093,775 | $ 9,528,511 | | $ 565,264 | |
| 1,029,732 | 1,012,806 | 16,926 | 6,449,980 | 4,376,342 | | 1,892,602 | $ 181,036 |
| 8,240,356 | 3,989,732 | 4,250,624 | 15,079,204 | 9,758,862 | | 406,902 | 4,913,440 |
| 362,070,597 | 351,184,237 | 10,886,360 | 36,550,490 | 8,893,888 | | 27,201,211 | 455,391 |
| 2,116,480 | 1,994,809 | 121,671 | 7,325,898 | 6,713,355 | | 612,543 | |
| 1,142,798 | 995,217 | 147,581 | 882,532 | 380,497 | | | 502,035 |
| 571,713 | 293,588 | 278,125 | 2,899,476 | 795,794 | | 2,103,682 | |

# APPENDIX 3 CUSTOMER PROTECTION PROCEEDINGS

## PART C: Proceedings Completed in 2008

| Member and Trustee By Date of Appointment | Date Registered as Broker-Dealer | Filing Date | Trustee Appointed | Customers [b] To Whom Notices and Claim Forms Were Mailed | Responses [b] Received | Total Customer Claims Satisfied |
|---|---|---|---|---|---|---|
| Northstar Securities, Inc. Dallas, TX (Michael J. Quilling, Esq.) | 12/23/76 | 12/10/01 | 12/12/01 | 10,240 | 321 | 26 |
| Park South Securities, LLC Iselin, NJ (Irving H. Picard, Esq.) | 07/24/00 | 02/05/03 | 02/10/03 | 2,278 | 302 | 22 |
| Rocky Mountain Securities & Investments, Inc. Denver, CO (John D. Shively, Esq.) | 08/22/80 | 02/06/03 | 02/06/03 | 5,426 | 653 | 3,837 |
| Austin Securities, Inc. Forest Hills, NY (SIPC) | 12/12/85 | 04/14/05 | 04/14/05 | 1,911 | 108 | 20 |
| Salomon Grey Financial Corporation Dallas, TX (Direct Payment) | 01/26/98 | | 11/28/06+ | 15,033 | 177 | 4 |
| **TOTAL 12 MEMBERS 2008** | | | | **105,201** | **11,142** | **9,669** |
| **TOTAL 296 MEMBERS 1973–2007(d)** | | | | **1,760,177** | **400,077** | **541,257** |
| **TOTAL 308 MEMBERS 1973–2008** | | | | **1,865,378** | **411,219** | **550,926** |

+Date notice published

December 31, 2008

| | Distribution of Assets Held by Debtor [c] | | | SIPC Advances | | | | |
| | **Total** | **For Accounts of Customers** | **Administration Expenses** | **Total Advanced** | **Administration Expenses** | **Contractual Commitments** | **Securities** | **Cash** |
|---|---|---|---|---|---|---|---|---|
| $ | 242,775 | $ 235,000 | $ 7,775 | $ 1,791,149 | $ 676,614 | | $ 1,114,535 | |
| | 3,855,806 | 3,816,023 | 39,783 | 9,417,175 | 5,220,077 | | 3,964,176 | $ 232,922 |
| | 59,256,742 | 58,300,000 | 956,742 | 5,432,618 | 1,257,461 | | 3,599,790 | 575,367 |
| | 2,013,146 | 1,882,914 | 130,232 | 2,358,926 | 200,257 | | 929,769 | 1,228,900 |
| | | | | 102,647 | 50,085 | | 52,562 | |
| | 446,193,773 | 423,999,326 | 22,194,447 | 98,383,870 | 47,851,743 | | 42,443,036 | 8,089,091 |
| | 14,158,086,376 | 13,918,470,853 | 239,615,523 | 339,154,355 | 110,264,811 | $1,388,427 | 119,310,153 | 108,190,964 |
| | $14,604,280,149 | $14,342,470,179 | $261,809,970 | $437,538,225 | $158,116,554 | $1,388,427 | $161,753,189 | $116,280,055 |

# APPENDIX 3 CUSTOMER PROTECTION PROCEEDINGS

## PART D: Summary

| | | Customers [b] To Whom Notices and Claim Forms Were Mailed | Responses [b] Received | Customers [b] Receiving Distributions |
|---|---|---|---|---|
| Part A: | 7 Members — Customer Claims and Distributions Being Processed | 1,014,442 | 3,669 | 135,639 |
| Part B: | 7 Members — Customer Claims Satisfied, Litigation Matters Pending | 273,065 | 35,043 | 74,202 |
| | Sub-Total | 1,287,507 | 38,712 | 209,841 |
| Part C: | 308 Members — Proceedings Completed | 1,865,378 | 411,219 | 550,926 |
| | **TOTAL** | **3,152,885** | **449,931** | **760,767** |

Notes:

(a)  Based upon information available at year-end and subject to adjustments until the case is closed.

(b)  SIPA requires notice to be mailed to each person who appears to have been a customer of the debtor with an open account within the past twelve months. In order to be sure that all potential claimants have been advised of the liquidation proceeding, trustees commonly mail notice and claim forms to all persons listed on the debtor's records, even if it appears that their accounts have been closed. As a result, many more claim forms are mailed than are received. Responses Received usually exceeds Customers Receiving Distributions because responses are commonly received from customers whose accounts were previously delivered to another broker or to the customer. Responses are also received from persons who make no claim against the estate, or whose accounts net to a deficit, or who file late, incorrect, or invalid claims. The number of Customers Receiving Distributions can exceed Responses Received when the trustee transfers accounts in bulk to other brokers before claims are filed.

(c)  Includes assets marshalled by Trustee after filing date and does not include payments to general creditors.

(d)  Revised from previous reports to reflect subsequent recoveries, disbursements and adjustments.

December 31, 2008

| Distribution of Assets Held by Debtor [c] | | | SIPC Advances | | | | |
|---|---|---|---|---|---|---|---|
| Total | For Accounts of Customers | Administration Expenses | Total Advanced | Administration Expenses | Contractual Commitments | Securities | Cash |
| $ 144,271,419,017 | $ 144,262,282,014 | $ 9,137,003 | $ 16,380,424 | $ 10,447,168 | | $ 4,642,185 | $ 1,291,071 |
| 1,118,032,963 | 1,068,941,856 | 49,091,107 | 66,169,009 | 27,731,530 | | 15,006,094 | 23,431,385 |
| 145,389,451,980 | 145,331,223,870 | 58,228,110 | 82,549,433 | 38,178,698 | | 19,648,279 | 24,722,456 |
| 14,604,280,149 | 14,342,470,179 | 261,809,970 | 437,538,225 | 158,116,554 | $ 1,388,427 | 161,753,189 | 116,280,055 |
| $159,993,732,129 | $159,673,694,049 | $320,038,080 | $520,087,658 | $196,295,252 | $1,388,427 | $181,401,468 | $141,002,511 |



**SECURITIES INVESTOR PROTECTION CORPORATION**
805 FIFTEENTH STREET, N.W., SUITE 800 • WASHINGTON, D.C. 20005-2215
(202) 371-8300  FAX (202) 371-6728
WWW.SIPC.ORG