# EXHIBIT LL

## ERRORS CONTAINED IN THE TRUSTEE'S CHART OF CLAIMANTS ANNEXED AS EXHIBIT A TO THE TRUSTEE'S MOTION

- Donald Benjamin's account number 1CM006 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $5,807,135.63. The actual claim was for $5,807,135.56.

- Donald Benjamin's account number 1CM402 is described as having "Claim Details" of $4,115,861.17. The actual claim was for $4,116,000.

- David Wingate's account number 1CM581 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $1,444,723.70. The actual claim was for $1,465,802.99. The "Determination Details" are also incorrect as the Trustee determined that Mr. Wingate withdrew $4,550,000, not $3,550,000, and had deposited $3,000,000, not $2,000,000.

- Sandra Busel Revocable Trust's account number 1B0094-3-0 (not 1B0094) is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $5,666,157.04. The actual claim was for $5,749,115.88. The "Determination Details" are also incorrect as the Trustee determined that the Trust withdrew $4,630,000, not $4,470,000, and had deposited $3,185,000, not $3,025,000.

- Joel Busel Revocable Trust's account number 1B0095-3-0 (not 1B0095) is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $5,666,156.04. The actual claim was for $5,749,115.88. The "Determination Details" are also incorrect as the Trustee determined that the

Trust withdrew $4,630,000, not $4,470,000, and had deposited $3,185,000, not $3,025,000.

- Martin Lifton's account number 1KW162 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $10,505,459.65. The actual claim was for $10,505,459.54.

- Robert F. Ferber's account number 1CM524 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $1,772,916.72. The actual claim was for $1,772,916.02.

- Armand Lindenbaum's account number 1CM304 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $2,790,323.36. The actual claim was for $2,831,122.65. The "Determination Details" are also incorrect as the Trustee determined that Mr. Lindenbaum withdrew $22,120,000, not $21,720,000, and had deposited $19,175,468, not $18,775,468.

- Linda Waldman's account number 1CM300-3-0 (not 1CM300) is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $3,249,890.92. The actual claim was for $3,249,890.30.

- Michael Stein's account number 1S0146 is described as having a "Purported Fictitious Equity on November 30, 2008 Statement" of $6,629,033.15. The actual claim was for $7,129,032.68, representing a $6,629,560 amount on his statement and a $500,000 deposit in December 2008. The "Determination Details" are also incorrect as the Trustee determined that Mr. Stein withdrew

2

$20,420,000, not $20,220,200, and had deposited $10,411,297.50, not $10,211,297.50.

- The Trustee ignores the existence of Sondra and Norman Feinberg's account number 1F0141, pursuant to which the Feinbergs asserted a claim for $2,668,016.24. The Feinberg's account number 1F0189 is described as having "Claim Details" of $2,629,937.04. The actual claim was for $772,350.14. The "Determination Details" are also incorrect as the Trustee determined that the Feinbergs had a combined allowed claim of $1,275,500, not $1,420,000.

- Elaine Glodstein's account number 1ZR088-3 (not 1ZR088) is described as having "Claim Details" of $607,485.76. The actual claim was for $607,485.52.

- Theresa Rose Ryan's account number 1ZR039 is described as having "Claim Details" of $811,800.96. The actual claim was for $811,800.43.

- Barbara and Robert J. Vogel's account number 1ZA931 is described as having "Claim Details" of $631,333.72. The actual claim was for $631,333.27.

- Howard Israels' account number 1I0009 is described as having "Claim Details" of $2,642,991.80. The actual claim was for $2,782,791.15.

- Nancy Feldman's account number 1F0152 is described as having "Claim Details" of $1,614,379.27. The actual claim was for $1,637,498.61.

- David and Susan Glodstein's account number 1ZA496 is described as having "Claim Details" of $220,157.61. The actual claim was for $220,157.00.

3

- Brad E. Avergon and Cynthia B. Avergon's account number 1ZB094 is described as having "Claim Details" of $811,704.37.  The actual claim was for $823,263.43.

- Ronnie Sue Ambrosino's account number 1L0143 is described as having "Claim Details" of $1,642,485.59.  The actual claim was for $1,642,485.15.

1096891.1