SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Carl J. Shapiro*
*and Associated Entities (listed on Appendix A)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | : <br> : <br> : <br> : SIPA LIQUIDATION<br> : (Substantively Consolidated)<br> : Adv. Pro. No. 08-01789 (BRL)<br> : <br> : <br> : **NOTICE OF APPEARANCE AND**<br> : **REQUEST FOR SERVICE OF**<br> : **NOTICES**<br> : <br> : |

-------------------------------------------------------------X

In re:                                          :

BERNARD L. MADOFF,                               :

                        Debtor.                  :
-------------------------------------------------------------X

PLEASE TAKE NOTICE that Shearman & Sterling LLP hereby appears in the

above-captioned case as counsel to the persons and entities set forth in Appendix A below.

Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Shearman & Sterling LLP requests that all notices given or required to be given in this

case, and all papers served or required to be served in this case, be given and served upon the

following persons at the addresses and numbers set forth below:

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179

E-mails:  sfishbein@shearman.com
          jgarrity@shearman.com
          rschwed@shearman.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without

limitation, any and all notices in respect of any application, motion, petition, pleading, request,

complaint, demand, order or any other paper filed in this proceeding whether such notice is

formal or informal, written or oral, and whether transmitted by hand delivery, United States

Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not

be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over any of the

persons or entities set forth in Appendix A.  Further, this appearance and demand for notice and

service of papers is not, and may not be deemed or construed to be, a waiver of the substantive or

procedural rights of the persons and entities set forth in Appendix A, including without

limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review

by a higher court, (ii) the right to trial by jury in any proceeding so triable or in any case,

controversy, or proceeding related hereto, (iii) the right to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights,

2

claims, actions, defenses, setoffs, or recoupments to which the persons and entities set forth in

Appendix A are or may be entitled, in law or equity, all of which rights, claims, actions, setoffs,

and recoupments are expressly reserved.

Dated:    New York, New York
              November 13, 2009

SHEARMAN & STERLING LLP

By:    /s/ Richard F. Schwed
          Richard F. Schwed
          James L. Garrity Jr.
          Stephen Fishbein

599 Lexington Avenue
New York, NY 10022-6069
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179
sfishbein@shearman.com

*Attorneys for Carl J. Shapiro
and Associated Entities (listed on
Appendix A)*

## APPENDIX A

Andrew Jaffe Trust U/D/T DTD 5/12/75 As Amended
Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As
Amended; Carl Shapiro Trust U/D/T 4/9/03
Carl Shapiro and Ruth Shapiro Family Foundation
Ellen Jaffe Trust U/D/T DTD 5/8/03 As Amended
Jaffe Family 2004 Irrevocable Trust; Jaffe GC-1 LLC
Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Amended
Jennifer Segal Herman 1985 Trust Dated 4/16/84
Jonathan M. Segal Trust U/D/T DTD 12/1/70
Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended
Jonathan M. Segal 2007 Trust; Kimberly Strauss 1988 Trust
Kimberly Strauss 2006 Irrevocable Trust
L Shapiro Family Trust
Linda Shapiro Family Trust Dated 12/03/76
Linda Shapiro Waintrup 1992 Trust
LSW 2006 Irrevocable Trust
Michael S. Jaffe Trust U/D/T 9/25/71 As Amended
Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Michael S. Jaffe 2007 Trust
Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As
Amended
RSZ-JSH Partnership
Ruth Shapiro Trust U/D/T 4/9/03
Samantha Strauss 1985 Trust
Samantha L. Strauss 2003 Irrevocable Trust
Shapiro Family CLAT Joint Venture
Shapiro Family Ltd. Partnership
Shapiro GGC-1 LLC
Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended
Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Steven C. Jaffe 2007 Trust