**BROWN RUDNICK LLP**
David J. Molton
Martin S. Siegel
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride*
*as Liquidators of and for Fairfield Sentry Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |

  **PLEASE TAKE NOTICE** that, pursuant to this Court's September 16, 2009 Order Scheduling Adjudication of "Net Equity" Issue, (docket no. 437, as amended by docket no. 442) Kenneth M Krys and Christopher D. Stride, as Liquidators (the "Liquidators") of and for Fairfield Sentry Limited, hereby join in all arguments, objections and related pleadings in connection with net equity issues interposed by other parties in interest in opposition to the motion (the "Motion," (docket no. 395)) of Irving H. Picard, Esq., trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, for an order approving the Trustee's proposed calculation of "net equity" claims and other related issues.

8230689

| | |
|---|---|
| Dated: November 13, 2009<br>New York, New York | Respectfully submitted,<br><br>**BROWN RUDNICK LLP**<br><br>By: /s/ David J. Molton, Esq.<br>David J. Molton<br>Martin S. Siegel<br>Seven Times Square<br>New York, NY 10036<br>Telephone:  (212) 209-4800<br>Facsimile:  (212) 209-4801<br><br>*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited* |