DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
James P. Smith III (jpsmith@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| SECURITIES INVESTOR PROTECTION  CORPORATION, | : | |
| | : | |
| Plaintiff-Appellant, | | |
| | : | SIPA Liquidation |
| v. | | (Substantively Consolidated) |
| | : | Adv. Pro. No. 08-01789 |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | | **NOTICE OF APPEARANCE AND** |
| Defendants. | : | **REQUEST FOR SERVICE OF** |
| | : | **NOTICES** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re:                                                  :
                                                        :
BERNARD L. MADOFF,                                      :
                                                        :
                    Debtor.                             :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


        PLEASE TAKE NOTICE that Dewey & LeBoeuf LLP hereby appears in the above-

captioned case as counsel to Ellen G. Victor, in her capacity as holder of Bernard L. Madoff

Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4.  Pursuant to Section 1109(b)

of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dewey & LeBoeuf LLP

requests that all notices given or required to be given in this case, and all papers served or

required to be served in this case, be given and served upon the following persons at the

addresses and numbers set forth below:

    Seth C. Farber
    James P. Smith III
    Kelly A. Librera

    1301 Avenue of the Americas
    New York, NY 10019-6092
    Telephone: (212) 259-8000
    Facsimile: (212) 259-6333

    E-mail:       sfarber@deweyleboeuf.com
                   jpsmith@deweyleboeuf.com
                   klibrera@deweyleboeuf.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without

limitation, any and all notices in respect of any application, motion, petition, pleading, request,

complaint, demand, order or any other paper filed in this proceeding whether such notice is

formal or informal, written or oral, and whether transmitted by hand delivery, United States

Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be

deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court. Further, this

appearance and demand for notice and service of papers is not, and may not be deemed or

construed to be, a waiver of the substantive or procedural rights of Ellen G. Victor, in her

capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-

ZA128-4, including without limitation: (i) the right to have final orders in non-core matters

entered only after *de novo* review by a higher court, (ii) the right to trial by jury in any

proceeding so triable or in any case, controversy, or proceeding related hereto, (iii) the right to

have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Ellen G. Victor in her capacity as holder of Bernard L. Madoff Investment

Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4 is, or may be entitled, in law or in equity,

all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.


Dated:  November 13, 2009                                    DEWEY & LEBOEUF LLP
        New York, New York

                                                            By:  /s/ James P. Smith III
                                                                Seth C. Farber
                                                                James P. Smith III
                                                                Kelly A. Librera
                                                            1301 Avenue of the Americas
                                                            New York, NY 10019-6092
                                                            Telephone: (212) 259-8000
                                                            Facsimile: (212) 259-6333

                                                            *Attorneys for Ellen G. Victor, holder of*
                                                            *Bernard L. Madoff Investment Securities LLC*
                                                            *Accounts 1ZA128-3 and 1ZA128-4*

3