# EXHIBIT C

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH        FL   33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9191
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,607,871.47 | |
| 11/06 | 3,258 | | 11004 | APPLE INC | 105.360 | 343,458.04 | |
| 11/06 | 5,792 | | 11239 | ABBOTT LABORATORIES | 55.090 | 319,312.28 | |
| 11/06 | 3,982 | | 11474 | AMGEN INC | 60.350 | 240,472.70 | |
| 11/06 | 2,896 | | 11709 | BOEING CO | 51.120 | 148,158.52 | |
| 11/06 | 19,824 | | 11944 | BANK OF AMERICA | 22.840 | 449,516.16 | |
| 11/06 | 2,172 | | 12179 | BANK OF NEW YORK MELLON CORP | 60.600 | 131,709.20 | |
| 11/06 | 4,344 | | 12414 | BAXTER INTERNATIONAL INC | 32.290 | 140,440.76 | |
| 11/06 | 7,240 | | 12649 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 149,505.40 | |
| 11/06 | 2,534 | | 12884 | ANHEUSER BUSCH COS INC | 62.600 | 158,720.62 | |
| 11/06 | 20,272 | | 13119 | CITI GROUP INC | 13.580 | 275,090.16 | |
| 11/06 | 10,860 | | 13354 | COMCAST CORP | 15.790 | 171,913.40 | |
| 11/06 | | | 13589 | CA | | | |
| 11/06 | 5,792 | | 13824 | CONOCOPHILLIPS | 51.120 | 296,318.04 | |
| 11/06 | 22,082 | | 14059 | CISCO SYSTEMS INC | 17.520 | 387,789.64 | |
| 11/06 | 5,430 | | 14294 | CVS CAREMARK CORP | 30.510 | 165,806.30 | |
| 11/06 | 7,602 | | 14529 | CHEVRON CORP | 73.740 | 560,875.48 | |
| 11/06 | 7,240 | | 14764 | THE WALT DISNEY CO | 24.760 | 179,262.40 | |
| 11/06 | 38,734 | | 14999 | GENERAL ELECTRIC CO | 19.600 | 760,735.60 | |
| 11/06 | 724 | | 15234 | GOOGLE | 356.520 | 258,148.48 | |
| 11/06 | 1,448 | | 15469 | GOLDMAN SACHS GROUP INC | 91.970 | 133,084.76 | |
| 11/06 | 6,516 | | 15704 | HOME DEPOT INC | 23.300 | 152,082.80 | |
| 11/06 | 9,050 | | 15939 | HEWLETT PACKARD CO | 38.310 | 347,667.50 | |
| 11/06 | 5,068 | | | INTERNATIONAL BUSINESS MACHS | 92.800 | 470,512.40 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH            FL   33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: **********9191
PERIOD ENDING: 11/30/08
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 20,634 | | 16174 | INTEL CORP | 16.070 | 332,413.30 | |
| 11/06 | 10,498 | | 16409 | JOHNSON & JOHNSON | 61.310 | 644,051.38 | |
| 11/06 | 13,756 | | 16664 | J.P. MORGAN CHASE & CO | 40.910 | 563,307.96 | |
| 11/06 | 5,792 | | 16879 | KRAFT FOOD INC | 29.130 | 168,836.12 | |
| 11/06 | 7,240 | | 17114 | COCA COLA CO | 44.490 | 322,396.60 | |
| 11/06 | 4,344 | | 17349 | MCDONALDS CORP | 57.900 | 251,690.60 | |
| 11/06 | 4,344 | | 17584 | MEDTRONIC INC | 40.310 | 175,279.64 | |
| 11/06 | 2,534 | | 17819 | 3M COMPANY | 63.890 | 161,238.06 | |
| 11/06 | 7,602 | | 18054 | ALTRIA GROUP INC | 19.160 | 145,958.32 | |
| 11/06 | 7,964 | | 18289 | MERCK & CO | 30.700 | 245,449.92 | |
| 11/06 | 29,822 | | 18524 | MICROSOFT CORP | 22.310 | 665,345.82 | |
| 11/06 | 14,842 | | 18759 | ORACLE CORPORATION | 18.110 | 269,301.62 | |
| 11/06 | 3,258 | | 18994 | OCCIDENTAL PETROLEUM CORP | 54.290 | 177,006.82 | |
| 11/06 | 5,792 | | 19464 | PEPSICO INC | 57 | 330,375.00 | |
| 11/06 | 26,018 | | 19699 | PFIZER INC | 17.690 | 460,258.42 | |
| 11/06 | 11,222 | | 19934 | PROCTER & GAMBLE CO | 64.570 | 724,622.54 | |
| 11/06 | 7,964 | | 20169 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 340,619.72 | |
| 11/06 | 6,154 | | 20404 | QUALCOMM INC | 37.810 | 232,682.74 | |
| 11/06 | 4,344 | | 20639 | SCHLUMBERGER LTD | 51.760 | 224,846.44 | |
| 11/06 | 21,720 | | 20874 | AT&T INC | 26.980 | 586,803.60 | |
| 11/06 | 13,394 | | 21109 | TIME WARNER INC | 10.060 | 135,270.64 | |
| 11/06 | 3,620 | | 21344 | UNITED PARCEL SVC INC | 52.790 | 191,243.80 | |
| | | | 21579 | CLASS B | | | |
| 11/06 | 6,516 | | 21814 | U S BANCORP | 29.550 | 192,607.80 | |
| 11/06 | 3,620 | | 22049 | UNITED TECHNOLOGIES CORP | 54.920 | 198,954.40 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH                FL    33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9191
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 | 10,498 | | 22284 | VERIZON COMMUNICATIONS | 29.980 | 315,149.04 | |
| 1/06 | 12,308 | | 22519 | WELLS FARGO & CO NEW | 33.660 | 414,779.28 | |
| 1/06 | 8,326 | | 22754 | WAL-MART STORES INC | 56.560 | 471,251.56 | |
| 3/06 | 19,548 | | 22989 | EXXON MOBIL CORP | 73.680 | 1,441,077.64 | |
| 1/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | 1.59 |
| 1/06 | 377,340 | | 10769 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 377,340.00 | |
| 1/06 | | 11,479 | 48286 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,479.00 |
| 1/06 | | 1,100,000 | 48497 | U S TREASURY BILL DUE 12/11/2008 | 99.989 | | 1,099,879.00 |
| 1/06 | | 3,575,000 | 48713 | U S TREASURY BILL DUE 12/18/2008 | 99.932 | | 3,572,569.00 |
| 1/06 | | 4,450,000 | 48929 | U S TREASURY BILL DUE 01/08/2009 | 99.960 | | 4,448,220.00 |
| 1/06 | | 4,450,000 | 49140 | U S TREASURY BILL DUE 01/15/2009 | 99.946 | | 4,447,597.00 |
| 1/06 | | 4,450,000 | 49355 | U S TREASURY BILL DUE 01/22/2009 | 99.934 | | 4,447,063.00 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH        FL   33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
YOUR TAX PAYER CERTIFICATION NUMBER: ********9191
PERIOD: 11/30/08
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | YNN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/06 |  | 4,450,000 | 49570 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 |  | 4,446,796.00 |
| 1/06 |  | 2,925,000 | 49779 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 |  | 2,922,133.50 |
| 1/06 | 2,925,000 |  | 50015 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 2,919,208.50 |  |
| 1/06 | 2,925,000 |  | 50244 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 2,917,716.75 |  |
| 1/06 | 2,925,000 |  | 50473 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,916,985.50 |  |
| 1/07 | 2,250 |  | 235525 | APPLE INC | 108.800 | 244,890.00 |  |
| 1/07 | 4,000 |  | 23760 | ABBOTT LABORATORIES | 56.590 | 226,520.00 |  |
| 1/07 | 2,750 |  | 23995 | AMGEN INC | 62.070 | 170,802.50 |  |
| 1/07 | 2,000 |  | 24230 | BOEING CO | 53.640 | 107,360.00 |  |
| 1/07 | 12,750 |  | 24465 | BANK OF AMERICA | 23.720 | 302,940.00 |  |
| 1/07 | 1,500 |  | 24700 | BAXTER INTERNATIONAL INC | 61.740 | 92,670.00 |  |
| 1/07 | 2,750 |  | 24935 | BANK OF NEW YORK MELLON CORP | 34.210 | 94,087.50 |  |
| 1/07 | 5,000 |  | 25170 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 105,300.00 |  |
| 1/07 | 1,750 |  | 25405 | ANHEUSER BUSCH COS INC | 64.190 | 112,402.50 |  |
| 1/07 | 13,500 |  | 25640 | CITI GROUP INC | 14.410 | 195,075.00 |  |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH            FL    33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********919A
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 7,250 | | 25875 | COMCAST CORP CL A | 17.390 | 126,367.50 | |
| 1/07 | 3,750 | | 26110 | CONOCOPHILLIPS | 53.060 | 199,125.00 | |
| 1/07 | 14,750 | | 26345 | CISCO SYSTEMS INC | 17.560 | 259,895.00 | |
| 1/07 | 3,500 | | 26580 | CVS CAREMARK CORP | 31.720 | 111,160.00 | |
| 1/07 | 5,250 | | 26815 | CHEVRON CORP | 75.450 | 396,322.50 | |
| 1/07 | 4,750 | | 27050 | THE WALT DISNEY CO | 25.620 | 121,695.00 | |
| 1/07 | 26,250 | | 27285 | GENERAL ELECTRIC CO | 19.810 | 520,012.50 | |
| 1/07 | | | 27520 | GOOGLE | 349.160 | 174,580.00 | |
| 1/07 | 500 | | 27755 | GOLDMAN SACHS GROUP INC | 89.070 | 89,110.00 | |
| 1/07 | 1,000 | | 27990 | HOME DEPOT INC | 22.490 | 98,710.00 | |
| 1/07 | 4,250 | | 28225 | HEWLETT PACKARD CO | 38.820 | 242,875.00 | |
| 1/07 | 6,250 | | 28460 | INTERNATIONAL BUSINESS MACHS | 92.430 | 323,645.00 | |
| 1/07 | 3,500 | | 28695 | INTEL CORP | 16. | 224,560.00 | |
| 1/07 | 14,000 | | 28930 | JOHNSON & JOHNSON | 61.820 | 432,020.00 | |
| 1/07 | 7,000 | | 29165 | J.P. MORGAN CHASE & CO | 40.960 | 360,800.00 | |
| 1/07 | 9,500 | | 29400 | KRAFT FOOD INC | 29.710 | 111,562.50 | |
| 1/07 | 3,750 | | 29635 | COCA COLA CO | 46.580 | 233,100.00 | |
| 1/07 | 5,000 | | 29870 | MCDONALDS CORP | 94.810 | 494,262.50 | |
| 1/07 | 2,750 | | 30105 | MEDTRONIC INC | 41.140 | 113,245.00 | |
| 1/07 | 2,750 | | 30340 | 3M COMPANY | 64.880 | 113,610.00 | |
| 1/07 | 1,750 | | 30575 | ALTRIA GROUP INC | 19.370 | 101,902.50 | |
| 1/07 | 5,250 | | 30810 | MERCK & CO | 30.480 | 167,860.00 | |
| 1/07 | 5,000 | | 31045 | MICROSOFT CORP | 22.940 | 459,600.00 | |
| 1/07 | 10,000 | | 31280 | ORACLE CORPORATION | 18.470 | 185,100.00 | |
| | | | | CONTINUED ON PAGE 6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH    FL 33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********9191
PAGE: 6

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | 2,000 | | 31985 | OCCIDENTAL PETROLEUM CORP | 54.380 | 108,840.00 | |
| 1/07 | 4,000 | | 32220 | PEPSICO INC | 58.630 | 234,680.00 | |
| 1/07 | 17,000 | | 32455 | PFIZER INC | 18 | 306,680.00 | |
| 1/07 | 7,750 | | 32690 | PROCTER & GAMBLE CO | 65.180 | 505,435.00 | |
| 1/07 | 5,250 | | 32925 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 229,320.00 | |
| 1/07 | 4,250 | | 33160 | QUALCOMM INC | 37.690 | 160,352.50 | |
| 1/07 | 3,000 | | 33395 | SCHLUMBERGER LTD | 51.770 | 155,430.00 | |
| 1/07 | 14,500 | | 33630 | AT&T INC | 28.910 | 419,775.00 | |
| 1/07 | 9,000 | | 33865 | TIME WARNER INC | 10.110 | 91,350.00 | |
| 1/07 | 2,500 | | 34100 | UNITED PARCEL SVC INC | 53.480 | 136,300.00 | |
| | | | | CLASS B | | | |
| 1/07 | 4,500 | | 34335 | U S BANCORP | 30.760 | 136,735.00 | |
| 1/07 | 2,500 | | 34570 | UNITED TECHNOLOGIES CORP | 56 | 140,100.00 | |
| 1/07 | 7,000 | | 34805 | VERIZON COMMUNICATIONS | 31.810 | 222,950.00 | |
| 1/07 | 8,500 | | 35040 | WELLS FARGO & CO NEW | 34.089 | 290,029.00 | |
| 1/07 | 5,750 | | 35275 | WAL-MART STORES INC | 56.730 | 326,427.50 | |
| 1/07 | 13,250 | | 35510 | EXXON MOBIL CORP | 75.280 | 997,990.00 | |
| | | | | FIDELITY SPARTAN | DIV | | .68 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/07/08 | | | |
| 1/07 | | 37,340 | 11013 | FIDELITY SPARTAN | 1 | | 37,340.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/07 | | 2,925,000 | 11278 | U S TREASURY BILL | 99.923 | | 2,922,747.75 |
| | | | | DUE 02/05/09 2/05/2009 | | | |

CONTINUED ON PAGE 7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DY
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH          FL 33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
MADOFF DATED: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9191
PAGE: 7

| DATE | AMOUNT RECEIVED OR LONG | SOLD, DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/07 | | 2,775,000 | 11491 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,771,864.25 |
| 1/07 | | 2,775,000 | 11707 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 2,771,939.75 |
| 1/07 | | 2,925,000 | 11919 | U S TREASURY BILL DUE 03/05/09 | 99.866 | | 2,921,080.50 |
| 1/07 | 75,000 | | 12257 | U S TREASURY BILL DUE 04/09/2009 | 99.720 | 74,790.00 | |
| 1/07 | 75,000 | | 12477 | U S TREASURY BILL DUE 4/16/2009 | 99.671 | 74,753.25 | |
| 1/07 | 12,277 | | 12702 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,277.00 | |
| 1/10 | 2,772 | | 35985 | APPLE INC | 108.720 | 301,481.84 | |
| 1/10 | 4,928 | | 36220 | ABBOTT LABORATORIES | 55.910 | 275,721.48 | |
| 1/10 | 3,386 | | 36455 | AMGEN INC | 59.620 | 202,127.56 | |
| 1/10 | 2,464 | | 36690 | BOEING CO | 52.190 | 128,596.16 | |
| 1/10 | 16,016 | | 36925 | BANK OF AMERICA | 24.050 | 385,824.80 | |
| 1/10 | 2,156 | | 37160 | BAXTER INTERNATIONAL INC | 60.770 | 131,106.12 | |
| 1/10 | 3,696 | | 37395 | BANK OF NEW YORK MELLON CORP | 33.480 | 123,889.08 | |
| 1/10 | 6,468 | | 37630 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 138,091.08 | |

CONTINUED ON PAGE 8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH    FL 33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********9191
PAGE: 8

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/10 | 2,156 | | 37865 | ANHEUSER BUSCH COS INC | 64.090 | 138,264.04 | |
| 1/10 | 17,556 | | 38100 | CITI GROUP INC | 14.270 | 251,226.12 | |
| 1/10 | 9,240 | | 38335 | COMCAST CORP CL A | 17.420 | 161,237.40 | |
| 1/10 | 4,928 | | 38570 | CONOCOPHILIPS | 54.130 | 266,949.64 | |
| 1/10 | 18,788 | | 38805 | CISCO SYSTEMS INC | 18.080 | 340,438.04 | |
| 1/10 | 4,620 | | 39040 | CVS CAREMARK CORP | 31.300 | 144,790.00 | |
| 1/10 | 6,776 | | 39275 | CHEVRON CORP | 76.410 | 518,028.16 | |
| 1/10 | 5,852 | | 39510 | THE WALT DISNEY CO | 25.660 | 150,196.32 | |
| 1/10 | 33,572 | | 39745 | GENERAL ELECTRIC CO | 20.530 | 690,975.16 | |
| 1/10 | 616 | | 39980 | GOOGLE | 363.500 | 223,909.28 | |
| 1/10 | 1,540 | | 40215 | GOLDMAN SACHS GROUP INC | 92.680 | 142,726.20 | |
| 1/10 | 5,544 | | 40450 | HOME DEPOT INC | 23.030 | 127,699.32 | |
| 1/10 | 8,008 | | 40685 | HEWLETT PACKARD CO | 37.290 | 298,938.32 | |
| 1/10 | 4,312 | | 40920 | INTERNATIONAL BUSINESS MACHS | 92.669 | 399,721.92 | |
| 1/10 | 18,172 | | 41155 | INTEL CORP | 15.880 | 289,297.36 | |
| 1/10 | 8,932 | | 41390 | JOHNSON & JOHNSON | 61.320 | 548,067.24 | |
| 1/10 | 11,704 | | 41625 | J.P. MORGAN CHASE & CO | 41.730 | 488,475.92 | |
| 1/10 | 4,928 | | 41860 | KRAFT FOOD INC | 30.100 | 148,529.80 | |
| 1/10 | 6,468 | | 42095 | COCA COLA CO | 45.500 | 294,552.00 | |
| 1/10 | 3,696 | | 42330 | MCDONALDS CORP | 57.230 | 211,669.08 | |
| 1/10 | 3,696 | | 42565 | MEDTRONIC INC | 40.300 | 149,095.80 | |
| 1/10 | 2,156 | | 42800 | 3M COMPANY | 64.690 | 139,457.64 | |
| 1/10 | 6,468 | | 43035 | ALTRIA GROUP INC | 18.890 | 122,438.52 | |
| 1/10 | 6,776 | | 43270 | MERCK & CO | 30.510 | 207,006.76 | |
| | | | | CONTINUED ON PAGE 9 | | | |

12/08/2008 12:04    #0187 P.003/020

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH            FL 33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDED: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******9191
PAGE: 9

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/10 | 24,948 | | 43505 | MICROSOFT CORP | 23.200 | 579,790.60 | |
| 1/10 | 12,628 | | 43740 | ORACLE CORPORATION | 18.600 | 235,385.80 | |
| 1/10 | 2,772 | | 44445 | OCCIDENTAL PETROLEUM CORP | 56.010 | 155,369.72 | |
| 1/10 | 4,928 | | 44680 | PEPSICO INC | 57.550 | 283,803.40 | |
| 1/10 | 21,868 | | 44915 | PFIZER INC | 17.960 | 393,623.28 | |
| 1/10 | 9,548 | | 45150 | PROCTER & GAMBLE CO | 65.230 | 623,197.04 | |
| 1/10 | 6,468 | | 45385 | PHILIP MORRIS INTERNATIONAL | 44.030 | 285,044.04 | |
| 1/10 | 5,236 | | 45620 | QUALCOMM INC | 37.310 | 195,564.16 | |
| 1/10 | 4,004 | | 45855 | SCHLUMBERGER LTD | 50.500 | 202,362.00 | |
| 1/10 | 12,996 | | 46090 | AT&T INC | 28.580 | 546,526.68 | |
| 1/10 | 11,098 | | 46325 | TIME WARNER INC | 11.010 | 124,524.88 | |
| 1/10 | 3,080 | | 46560 | UNITED PARCEL SVC INC CLASS B | 54.620 | 167,786.60 | |
| 1/10 | 5,544 | | 46795 | U S BANCORP | 31.510 | 174,912.44 | |
| 1/10 | 3,080 | | 47030 | UNITED TECHNOLOGIES CORP | 56.430 | 173,927.40 | |
| 1/10 | 9,240 | | 47265 | VERIZON COMMUNICATIONS | 32 | 296,049.00 | |
| 1/10 | 10,472 | | 47500 | WELLS FARGO & CO NEW | 34.600 | 362,749.20 | |
| 1/10 | 7,084 | | 47735 | WAL-MART STORES, INC | 55.710 | 394,932.64 | |
| 1/10 | 16,632 | | 47970 | EXXON MOBIL CORP | 75.800 | 1,261,370.60 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/10/08 | DIV | | .67 |
| 1/10 | | 12,277 | 12920 | FIDELITY SPARTAN | 1 | | 12,277.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/10 | | 2,975,000 | 13129 | U S TREASURY BILL | 99.875 | | 2,971,281.25 |
| | | | | DUE 3/12/2009     3/12/2009 | | | |

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH        FL    33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****9191
PAGE: 10

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 2,925,000 | 13315 | U S TREASURY BILL DUE 03/19/2009 | 99.867 | | 2,921,109.75 |
| 11/10 | | 2,925,000 | 13524 | U S TREASURY BILL DUE 3/26/2009 | 99.834 | | 2,920,144.50 |
| 11/10 | | 2,925,000 | 13726 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 2,918,272.50 |
| 11/10 | | 3,000,000 | 13949 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 2,992,260.00 |
| 11/10 | | 75,000 | 14177 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | | 74,764.50 |
| 11/10 | 75,000 | | 14399 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 74,764.50 | |
| 11/10 | 3,078 | | 14626 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,078.00 | |
| 11/10 | | 6,440 | 49374 | ANHEUSER BUSCH COS INC | 70 | | 449,235.00 |
| 11/10 | 450,000 | | 49609 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 449,235.00 | |
| 11/10 | 1,565 | | 49847 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,565.00 | |

CONTINUED ON PAGE 11

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH           FL  33480

YOUR ACCOUNT NUMBER: 1-H0073-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ***-**-9191
PERIOD ENDING: 11/30/08
PAGE: 11

| DATE | BOUGHT / RECEIVED LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .51 |
| 1/19 | | 4,643 | 51827 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,643.00 |
| 1/19 | 4,075,090 | | 56423 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 4,071,984.50 | |
| 1/19 | 12,659 | | 60866 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,659.00 | |
| 1/20 | | 4,075,000 | 63823 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | | 4,073,483.50 |
| 1/20 | 4,075,000 | | 64061 | U S TREASURY BILL DUE 4/16/2009 | 99.947 | 4,072,840.25 | |
| 1/20 | 611 | | 64300 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 611.00 | |
| 1/25 | 1,098 | | 64841 | APPLE INC | 85.070 | 93,448.86 | |
| 1/25 | 1,952 | | 64779 | ABBOTT LABORATORIES | 54.140 | 105,759.28 | |
| 1/25 | 1,342 | | 65017 | AMGEN INC | 53.630 | 72,024.46 | |
| 1/25 | 2,222 | | 65255 | BANK OF AMERICA | 12.980 | 81,009.56 | |
| 1/25 | 732 | | 65493 | BAXTER INTERNATIONAL INC | 52.870 | 38,800.24 | |
| 1/25 | 1,464 | | 65731 | BANK OF NEW YORK MELLON CORP | 24.690 | 36,204.16 | |
| 1/25 | 2,440 | | 65969 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 49,238.60 | |

CONTINUED ON PAGE 12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH                FL  33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ****49191
PERIOD ENDING: 11/30/08
PAGE: 12

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 7,076 | | 66207 | CITI GROUP INC | 6.100 | 43,446.60 | |
| 1/25 | 610 | | 66445 | COLGATE PALMOLIVE CO | 62.660 | 38,246.60 | |
| 1/25 | 3,938 | | 66683 | COMCAST CORP CL A | 13.970 | 49,566.86 | |
| 1/25 | 1,952 | | 66921 | CONOCOPHILIPS | 45.100 | 88,113.20 | |
| 1/25 | 7,320 | | 67159 | CISCO SYSTEMS INC | 14.970 | 109,872.40 | |
| 1/25 | 1,830 | | 67397 | CVS CAREMARK CORP | 27.040 | 49,556.20 | |
| 1/25 | 2,562 | | 67635 | CHEVRON CORP | 68.710 | 176,137.02 | |
| 1/25 | 2,318 | | 67873 | THE WALT DISNEY CO | 19.760 | 45,895.68 | |
| 1/25 | 854 | | 68111 | EXELON CORP | 48.740 | 41,657.96 | |
| 1/25 | 13,420 | | 68349 | GENERAL ELECTRIC CO | 14.010 | 188,550.20 | |
| 1/25 | 244 | | 68587 | GOOGLE | 275 | 67,100.00 | |
| 1/25 | 2,074 | | 68825 | HOME DEPOT INC | 19.530 | 40,507.22 | |
| 1/25 | 3,050 | | 69063 | HEWLETT PACKARD CO | 32.990 | 100,741.50 | |
| 1/25 | 1,708 | | 69301 | INTERNATIONAL BUSINESS MACHS | 75.080 | 128,204.64 | |
| 1/25 | 7,076 | | 69539 | INTEL CORP | 12.270 | 87,105.52 | |
| 1/25 | 3,538 | | 69777 | JOHNSON & JOHNSON | 57.650 | 204,106.70 | |
| 1/25 | 4,636 | | 70015 | J.P. MORGAN CHASE & CO | 27.760 | 128,695.34 | |
| 1/25 | 1,830 | | 70253 | KRAFT FOOD INC | 25.900 | 47,470.00 | |
| 1/25 | 2,440 | | 70491 | COCA COLA CO | 42.040 | 102,674.60 | |
| 1/25 | 1,342 | | 70729 | MCDONALDS CORP | 55 | 73,863.00 | |
| 1/25 | 1,464 | | 70967 | MEDTRONIC INC | 30.800 | 45,149.20 | |
| 1/25 | 856 | | 73205 | 3M COMPANY | 58.280 | 49,805.12 | |
| 1/25 | 2,562 | | 71443 | ALTRIA GROUP INC | 16.250 | 41,734.50 | |
| 1/25 | 2,684 | | 71681 | MERCK & CO | 25 | 67,207.00 | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH          FL   33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9191

Period ending: 11/30/08
Page: 13

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | 9,760 | | 71919 | MICROSOFT CORP | 18.100 | 177,046.00 | |
| 1/25 | 4,880 | | 72633 | ORACLE CORPORATION | 16.050 | 78,519.00 | |
| 1/25 | 1,098 | | 72671 | OCCIDENTAL PETROLEUM CORP | 44.570 | 48,980.86 | |
| 1/25 | 1,952 | | 73109 | PEPSICO INC | 51.800 | 101,191.60 | |
| 1/25 | 8,418 | | 73347 | PFIZER INC | 15.320 | 129,299.76 | |
| 1/25 | 3,660 | | 73585 | PROCTER & GAMBLE CO | 61.940 | 226,846.40 | |
| 1/25 | 2,562 | | 73823 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 93,307.56 | |
| 1/25 | 2,074 | | 74061 | QUALCOMM INC | 29.850 | 61,990.90 | |
| 1/25 | 1,464 | | 74299 | SCHLUMBERGER LTD | 46.270 | 67,797.28 | |
| 1/25 | 7,320 | | 74537 | AT&T INC | 25. | 183,292.00 | |
| 1/25 | 4,514 | | 74775 | TIME WARNER INC | 8.010 | 36,357.14 | |
| 1/25 | 1,220 | | 75013 | UNITED PARCEL SVC INC CLASS B | 50.760 | 61,975.20 | |
| 1/25 | 2,196 | | 75251 | U S BANCORP | 23.400 | 51,473.40 | |
| 1/25 | 1,220 | | 75489 | UNITED TECHNOLOGIES CORP | 44.090 | 54,813.80 | |
| 1/25 | 3,536 | | 75727 | VERIZON COMMUNICATIONS | 26.570 | 94,145.66 | |
| 1/25 | 4,758 | | 75965 | WELLS FARGO & CO NEW | 23.820 | 113,525.56 | |
| 1/25 | 2,806 | | 76203 | WAL-MART STORES INC | 51.450 | 144,480.70 | |
| 1/25 | 1,708 | | 76441 | WYETH | 33. | 56,432.00 | |
| 1/25 | 6,588 | | 76679 | EXXON MOBIL CORP | 72. | 474,599.00 | |
| 1/25 | | 13,270 | 77255 | FIDELITY SPARTAN DIV 11/25/08 | DIV | | |
| 1/25 | | | | U S TREASURY MONEY MARKET FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1.32 |
| | | | | | | | 13,270.00 |

CONTINUED ON PAGE 14

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH          FL  33480

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****9191
PAGE: 14

| DATE | BOUGHT OR LONG | SOLD OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/25 | | 4,600,000 | 77510 | U S TREASURY BILL DUE 4/16/2009 | 99.878 | | 4,594,388.00 |
| 1/25 | 17,984 | | 77796 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,984.00 | |
| | | | | NEW BALANCE | | 5,906,627.10 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 62,636 | | | A T & T INC | 20.560 | | |
| | 16,672 | | | ABBOTT LABORATORIES | 52.290 | | |
| | 27,802 | | | ALTRIA GROUP INC | 16.080 | | |
| | 11,462 | | | AMGEN INC | 55.540 | | |
| | 9,376 | | | APPLE INC | 92.670 | | |
| | 53,842 | | | BANK OF AMERICA | 16.260 | | |
| | 12,254 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 6,560 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 7,360 | | | BOEING CO | 42.630 | | |
| | 23,148 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 15,380 | | | CVS CAREMARK CORP | 28.930 | | |
| | 22,190 | | | CHEVRON CORP | 79.010 | | |
| | 62,949 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 58,464 | | | CITI GROUP INC | 6.290 | | |
| | 21,148 | | | COCA COLA CO | 46.870 | | |
| | 610 | | | COLGATE PALMOLIVE CO | 65.070 | | |

CONTINUED ON PAGE 15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

#0187 P.015/020

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 0222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH         FL   33480
New York □ London

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDED: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********9191
PAGE: 15

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 30,888 | | | COMCAST CORP CL A | 17.340 | | |
| | 16,422 | | | CONOCOPHILIPS | 52.520 | | |
| | 20,260 | | | THE WALT DISNEY CO | 22.520 | | |
| | 854 | | | EXELON CORP | 56.210 | | |
| | 56,018 | | | EXXON MOBIL CORP | 80.150 | | |
| | 111,976 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,988 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,084 | | | GOOGLE | 292.960 | | |
| | 26,358 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 18,304 | | | HOME DEPOT INC | 23.100 | | |
| | 59,802 | | | INTEL CORP | 15.000 | | |
| | 14,588 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 39,596 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 29,968 | | | JOHNSON & JOHNSON | 59.580 | | |
| | 16,300 | | | KRAFT FOOD INC | 27.220 | | |
| | 12,132 | | | MCDONALDS CORP | 58.750 | | |
| | 12,254 | | | MEDTRONIC INC | 30.520 | | |
| | 22,924 | | | MERCK & CO | 26.720 | | |
| | 64,030 | | | MICROSOFT CORP | 20.220 | | |
| | 9,128 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 42,350 | | | ORACLE CORPORATION | 16.090 | | |
| | 16,672 | | | PEPSICO INC | 56.700 | | |
| | 72,264 | | | PFIZER INC | 16.430 | | |
| | 22,244 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |

CONTINUED ON PAGE 16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-1061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**HOLLYPLANT INV LIMITED PTNRSHP**
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH        FL  33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/00
YOUR TAX PAYER IDENTIFICATION NUMBER: ****9191
PAGE: 16

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 32,180 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 17,714 | | | QUALCOMM INC | 33.570 | | |
| | 12,832 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 173,984 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 7,294 | | | 3M COMPANY | 66.930 | | |
| | 37,996 | | | TIME WARNER INC | 9.050 | | |
| | 18,756 | | | U S BANCORP | 26.980 | | |
| | 10,420 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 10,420 | | | UNITED TECHNOLOGIES CORP | 48.630 | | |
| | 30,276 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 23,966 | | | WAL-MART STORES INC | 55.880 | | |
| | 36,038 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,708 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 44,531,795.04 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7439 6222

HOLLYPLANT INV LIMITED PTNRSHP
C/O PHYLLIS KROCK GENERAL PTNR
PO BOX 2530
PALM BEACH         FL    33480

YOUR ACCOUNT NUMBER: 1-H0071-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****9191
PAGE: 17

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 257,314.17 |
| | | | | GROSS PROCEEDS FROM SALES | | | 249,809,470.86 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES