Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel and a group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA Liquidation<br><br>No. 08-1789 (BRL) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that on November 13, 2009, I caused a true copy of Customers' Memorandum of Law in Opposition to Trustee's Motion for an Order Approving the Trustee's Re-Definition of "Net Equity" Under the Securities Investor Protection Act and accompanying declaration of Helen Davis Chaitman with exhibits A through NN to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

1097060.1

      David J. Sheehan, Esq.
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, NY 10111

and by Federal Express upon:

      Josephine Wang, Esq.
      Securities Investor Protection Corporation
      805 Fifteenth Street, N.W., Suite 800
      Washington, D.C. 20005


November 13, 2009

                                              */s/ Lourdes Blanco*
                                              Lourdes Blanco

1097060.1

## SERVICE LIST

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Attention:   Jonathan M. Landers
             Matthew Gluck
             Lois F. Dix
             Joshua E. Keller
*Attorneys for Intervenors Dr. Gerald Blumenthal, Robert Horowitz, Lester Kolodny, and Paul J. Robinson*

1097060.1