# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Melvin H. Gale & Leona Gale,
Trustees Under Trust Dated 1/4/94


Dear Melvin H. Gale & Leona Gale, Trustees Under Trust Dated 1/4/94:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1ZA391 designated as Claim Number 002827 and Claim Number 009492 (the latter of which is duplicative of Claim Number 002827) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for securities is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $7,205,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $5,515,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($1,690,000.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and**

the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc:    Carole Neville, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 25th Floor
New York, NY 10020

| - Table 1 - | | | |
|---|---|---|---|
| **DEPOSITS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 12/10/1992 | CHECK | $450,000.00 | $450,000.00 |
| 8/3/1993 | CHECK | $300,000.00 | $300,000.00 |
| 11/1/1994 | CHECK | $125,000.00 | $125,000.00 |
| 9/19/1996 | CHECK | $250,000.00 | $250,000.00 |
| 8/17/1998 | CHECK WIRE | $290,000.00 | $290,000.00 |
| 11/12/1998 | CHECK WIRE | $325,000.00 | $325,000.00 |
| 1/15/1999 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 8/22/2000 | CHECK WIRE | $325,000.00 | $325,000.00 |
| 1/14/2002 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 8/6/2003 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 10/17/2006 | CHECK WIRE | $350,000.00 | $350,000.00 |
| 12/20/2006 | CHECK WIRE | $150,000.00 | $150,000.00 |
| 2/22/2007 | CHECK WIRE | $1,500,000.00 | $1,500,000.00 |
| 3/29/2007 | TRANS FROM 1ZA39230 | $139,714.04 | $0.00 |
| 10/18/2007 | TRANS FROM 1ZA39230 | $392.62 | $0.00 |
| 9/16/2008 | CHECK WIRE | $250,000.00 | $250,000.00 |
| **Total Deposits:** | | $5,655,106.66 | $5,515,000.00 |
| | | | |
| **WITHDRAWALS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 5/24/1999 | CHECK | ($75,000.00) | ($75,000.00) |
| 8/27/1999 | CHECK | ($150,000.00) | ($150,000.00) |
| 2/24/2000 | CHECK | ($200,000.00) | ($200,000.00) |
| 3/27/2000 | CHECK | ($20,000.00) | ($20,000.00) |
| 9/14/2000 | CHECK | ($150,000.00) | ($150,000.00) |
| 3/7/2001 | CHECK | ($200,000.00) | ($200,000.00) |
| 7/25/2001 | CHECK | ($200,000.00) | ($200,000.00) |
| 7/23/2003 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 8/31/2004 | CHECK | ($300,000.00) | ($300,000.00) |
| 12/9/2004 | CHECK WIRE | ($1,300,000.00) | ($1,300,000.00) |
| 4/14/2005 | CHECK | ($200,000.00) | ($200,000.00) |
| 6/14/2005 | CHECK | ($250,000.00) | ($250,000.00) |
| 11/25/2005 | CHECK | ($250,000.00) | ($250,000.00) |

| | | | |
|---|---|---|---|
| 12/22/2005 | CHECK | ($150,000.00) | ($150,000.00) |
| 2/28/2006 | CHECK | ($150,000.00) | ($150,000.00) |
| 3/29/2006 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 6/5/2006 | CHECK | ($125,000.00) | ($125,000.00) |
| 7/17/2006 | CHECK WIRE | ($635,000.00) | ($635,000.00) |
| 12/19/2006 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 12/27/2006 | CHECK | ($300,000.00) | ($300,000.00) |
| 6/19/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 8/23/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| 9/7/2007 | CHECK | ($150,000.00) | ($150,000.00) |
| 12/21/2007 | CHECK | ($200,000.00) | ($200,000.00) |
| 4/10/2008 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| **Total Withdrawals:** | | ($7,205,000.00) | ($7,205,000.00) |
| | | | |
| **Total deposits less withdrawals:** | | ($1,549,893.34) | ($1,690,000.00) |

# EXHIBIT B

# DUPLICATE                                            COPY

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**      **RECEIVED**

In Liquidation      JUN 1 0 2009

**DECEMBER 11, 2008**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _____

HOME: _____

Account Number: 1-ZA391-3

Taxpayer I.D. Number (Social Security No.)

_____

Melvin H. Gale & Leona Gale
Trust Dated 1/4/94

██████████████████

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

1.    Claim for money balances as of **December 11, 2008_**:
    a.    The Broker owes me a Credit (Cr.) Balance of       $_____
    b.    I owe the Broker a Debit (Dr.) Balance of       $ _____

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                         $_____

d.    If balance is zero, insert "None."                      __NONE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number **of** Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| SEE STATEMENT DATED NOVEMBER 30, 2008 | | ✓ | |
| | **Net Balance: $6,790,449.04** | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

10134191

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

10134191

9.      Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.           _____   ✓_____

Please list the full name and address of anyone assisting you in the
preparation of this claim form:  Carole Neville, Sonnenschein Nath &
Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** *

Date _____ Signature _____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

---

\* This customer form includes and incorporates in full the attached Addendum.  Customer
reserves the right to amend the form for any purpose, including without limitation, to add
interest, costs and other losses related to this account.

10134191

# ADDENDUM

**Customer:** **Melvin H. Gale & Leona Gale**
**Trust Dated 01/04/94**

**Address:** ████████████████████

**Account #:** **1-ZA391-3**
**1-ZA391-4**

Document index:[1]

A.  Statement dated 11/30/08

B.  Investment Summary

   Schedule of Contributions and Disbursements
   prepared by Melvin H. Gale - **This schedule of transactions is based on
   claimant's contemporaneous notes of the
   transactions in and out of the above-referenced
   accounts.  Claimant has no additional
   documentation for the transactions reflected on
   the schedule between the period 12/92 and 08/03.**

C.  Investment Documents

   1.    Letter dated 12/07/92                                              $450,000
         Check evidencing initial investment dated 12/07/92
         Check confirmation dated 12/10/92

   2.    Wire Transfer Request dated 10/17/06                               $350,000
         Statement dated 10/31/06

   3.    Wire Transfer Request dated 12/20/06                               $150,000
         Statement dated 12/31/06

   4.    Wire Transfer Request dated 02/20/07                             $1,500,000
         Statement dated 02/28/07

   5.    Portfolio Management Report as of 03/31/07
         Statement dated 03/31/07                                          $139,714
         (Reflecting transfer from joint account of
         Etta Lazar & Melvin Gale (1-ZA392-3) to Melvin Gale Trust
         Account (1-ZA391-3-0))

   6.    Wire Transfer Request dated 08/16/08                               $250,000

---

[1]  Note that certain documents containing personal information of the claimant or related parties have been redacted
for the protection and privacy of the claimant and/or such related parties.

10134178

Statement dated 09/30/08

D. Transfer Documents

| | | | |
|---|---|---|---|
| 1. | Portfolio Management Report as of 12/31/04 | | ($1,600,000) |
| 2. | Wire transfer request dated 04/13/05 | | ($200,000) |
| 3. | Check transfer request dated 06/09/05 | | ($250,000) |
| 4. | Check transfer request dated 11/21/05 | | ($250,000) |
| 5. | Check transfer request dated 12/21/05 | | ($150,000) |
| 6. | Check transfer request dated 02/23/06 Statement dated 02/28/06 | | ($150,000) |
| 7. | Check transfer request dated 03/28/06 | | ($500,000) |
| 8. | Check transfer request dated 06/02/06 Statement dated 06/30/06 | | ($125,000) |
| 9. | Wire transfer request dated 07/12/06 Statement dated 07/31/06 | | ($635,000) |
| 10. | Wire transfer request dated 12/14/06 | | ($500,000) |
| 11. | Check transfer request dated 12/26/06 Statement dated 12/31/06 | | ($300,000) |
| 12. | Check transfer request dated 06/14/07 Statement dated 06/30/07 | | ($100,000) |
| 13. | Check transfer request dated 08/21/07 Statement dated 08/31/07 | | ($100,000) |
| 14. | Check transfer request dated 09/06/07 Statement dated 09/30/07 | | ($150,000) |
| 15. | Check transfer request dated 12/18/07 Statement dated 12/31/07 | | ($200,000) |
| 16. | Wire transfer request dated 04/07/08 Statement dated 04/30/08 | | ($500,000) |

Total Investment:    $8,604,714.04

Total Withdrawals: $7,005,000.00

10134128

# STATEMENT DATED NOVEMBER 30, 2008

10134178



MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

DATE: 11/30/08

| BOUGHT Received or Long | SOLD Delivered or Short | TPN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED to your account | AMOUNT CREDITED to your account |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 392,426.91 |
| 6,132 | | 962 | WELLS FARGO & CO NEW | 29.800 | | 182,978.60 |
| 4,380 | | 1464 | HEWLETT PACKARD CO | 34.900 | | 153,037.00 |
| 3,796 | | 5288 | WAL-MART STORES INC | 55.830 | | 212,081.68 |
| 2,482 | | 5790 | INTERNATIONAL BUSINESS MACHS | 87.270 | | 216,703.14 |
| 9,138 | | 9614 | EXXON MOBIL CORP | 72.880 | | 670,717.24 |
| 10,074 | | 10116 | INTEL CORP | 14.510 | | 146,575.74 |
| 4,848 | | 14442 | JOHNSON & JOHNSON | 59.500 | | 287,248.44 |
| 6,570 | | 18767 | J. P. MORGAN CHASE & CO | 36.530 | | 253,404.10 |
| 3,504 | | 23093 | COCA COLA CO | 44.660 | | 156,628.64 |
| 2,044 | | 27419 | MCDONALDS CORP | 55.370 | | 113,257.20 |
| 3,796 | | 31745 | MERCK & CO | 28.550 | | 108,526.80 |
| 13,870 | | 36071 | MICROSOFT CORP | 21.810 | | 303,058.70 |
| 7,008 | | 40397 | ORACLE CORPORATION | 17.300 | | 121,518.60 |
| 2,774 | | 53325 | PEPSICO INC | 56.410 | | 156,591.34 |
| 1,606 | | 53877 | APPLE INC | 100.780 | | 161,916.68 |
| 11,826 | | 57701 | PFIZER INC | 16.940 | | 200,805.44 |
| 2,774 | | 58203 | ABBOTT LABORATORIES | 54.610 | | 337,014.68 |
| 5,256 | | 62027 | PROCTER & GAMBLE CO | 64.080 | | 151,598.14 |
| 1,898 | | 62529 | AMGEN INC | 59.160 | | 112,360.68 |
| 3,650 | | 66353 | PHILLIP MORRIS INTERNATIONAL | 43.600 | | 159,286.00 |
| 8,760 | | 66855 | BANK OF AMERICA | 21.590 | | 189,478.40 |
| 2,920 | | 70679 | QUALCOMM INC | 33.770 | | 98,724.40 |
| 9,490 | | 71181 | CITI GROUP INC | 12.513 | | 119,098.90 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
□ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-ZA391-3-0 | 11/30/03 | 2 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,190 | | 75005 | SCHLUMBERGER LTD | 49.480 | 108,448.20 | |
| 11/12 | 5,256 | | 75507 | COMCAST CORP CL A | 16.510 | 86,986.56 | |
| 11/12 | 10,368 | | 79331 | AT&T INC | 27 | 280,296.00 | |
| 11/12 | 2,628 | | 79833 | CONOCOPHILLIPS | 52.510 | 138,101.28 | |
| 11/12 | 1,752 | | 83657 | UNITED PARCEL SVC INC CLASS B | 52.040 | 91,244.08 | |
| 11/12 | 10,658 | | 84159 | CISCO SYSTEMS INC | 16.730 | 178,734.34 | |
| 11/12 | 3,066 | | 87933 | U S BANCORP | 29.530 | 90,660.98 | |
| 11/12 | 3,650 | | 88485 | CHEVRON CORP | 73.630 | 268,165.50 | |
| 11/12 | 1,752 | | 92309 | UNITED TECHNOLOGIES CORP | 53.160 | 93,206.32 | |
| 11/12 | 18,542 | | 92811 | GENERAL ELECTRIC CO | 19.630 | 364,72.46 | |
| 11/12 | 4,964 | | 96635 | VERIZON COMMUNICATIONS | 30.410 | 151,153.24 | |
| 11/12 | 438 | | 97137 | GOOGLE | 337.400 | 147,79.20 | |
| 11/12 | | 50,000 | 20206 | U S TREASURY BILL DUE 12/18/2008 DUE 12/18/2008 | 99.942 | | 49,971.00 |
| 11/12 | | 6,575,000 | 23569 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 6,570,792.00 |
| 11/12 | | 40,414 | 18672 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 39.28 |
| 11/12 | | | | | 1 | | 40,414.00 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334 1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 11/30/08
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 19,598 | | 28040 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,598.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.41 |
| 11/19 | | 19,598 | 53555 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,598.00 |
| 11/19 | 450,000 | | 58045 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 449,667.00 | |
| 11/19 | 7,350 | | 62591 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,350.00 | |
| | | | | NEW BALANCE | | 800,350.60 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,366 | | | AT&T INC | 28.560 | | |
| | 2,774 | | | ABBOTT LABORATORIES | 52.590 | | |
| | 1,898 | | | AMGEN INC | 55.540 | | |
| | 1,606 | | | APPLE INC | 92.670 | | |
| | 8,760 | | | BANK OF AMERICA | 16.250 | | |
| | 3,650 | | | CHEVRON CORP | 79.010 | | |
| | 10,658 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 9,490 | | | CITI GROUP INC | 9.250 | | |
| | 3,504 | | | COCA COLA CO | 46.870 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

CONTINUED ON PAGE 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**MELVIN H GALE & LEONA GALE TSTEES UNDER TST DTD 1/4/94**

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 11/30/08
PAGE: 4

| BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 5,256 | | | COMCAST CORP CL A | 17,340 | | |
| 2,628 | | | CONOCOPHILIPS | 52,520 | | |
| 4,198 | | | EXXON MOBIL CORP | 80,150 | | |
| 18,542 | | | GENERAL ELECTRIC CO | 17,170 | | |
| 438 | | | GOOGLE | 292,960 | | |
| 4,380 | | | HEWLETT PACKARD CO | 35,280 | | |
| 10,074 | | | INTEL CORP | 13,800 | | |
| 2,482 | | | INTERNATIONAL BUSINESS MACHS | 81,600 | | |
| 6,570 | | | J.P. MORGAN CHASE & CO | 31,660 | | |
| 4,818 | | | JOHNSON & JOHNSON | 58,750 | | |
| 2,044 | | | MCDONALDS CORP | 58,580 | | |
| 3,796 | | | MERCK & CO | 26,720 | | |
| 13,870 | | | MICROSOFT CORP | 20,220 | | |
| 7,008 | | | ORACLE CORPORATION | 16,090 | | |
| 2,774 | | | PEPSICO INC | 56,700 | | |
| 11,826 | | | PFIZER INC | 16,430 | | |
| 3,650 | | | PHILLIP MORRIS INTERNATIONAL | 42,160 | | |
| 5,256 | | | PROCTER & GAMBLE CO | 64,350 | | |
| 2,920 | | | QUALCOMM INC | 33,570 | | |
| 2,190 | | | SCHLUMBERGER LTD | 50,740 | | |
| 7,350 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 3,066 | | | U S BANCORP | 26,980 | | |
| 1,752 | | | UNITED PARCEL SVC INC CLASS B | 57,600 | | |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 11/30/08
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 450,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 1,752 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 4,964 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 3,796 | | | WAL-MART STORES INC | 55.880 | | |
| | 6,132 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | 6,889,729.84 | | |
| | | | | SHORT | | | |

**BERNARD L. MADOFF**
MADOFF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334 1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

**YOUR ACCOUNT NUMBER:** 1-ZA391-3-0
**DATE:** 11/30/08
**PAGE:** 6

| DATE | BOUGHT RECEIVED | SOLD DELIVERED SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 44,091.88 |
| | | | | GROSS PROCEEDS FROM SALES | | | 39,204,324.57 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA351-4-0
11/30/03
1

| DATE | BOUGHT / RECEIVED / LONG | SOLD / DELIVERED / SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 392,427.00 |
| 11/12 | 146 | | 44723 | S & P 100 INDEX | 15.800 | | 230,534.00 |
| 11/12 | | 146 | 49049 | NOVEMBER 460 CALL | | | |
| 11/19 | 146 | | 35153 | S & P 100 INDEX | 17.800 | 260,026.00 | 379,454.00 |
| 11/19 | 146 | | 39478 | DECEMBER 430 CALL | 26 | | |
| 11/19 | 146 | | 43803 | DECEMBER 420 PUT | 30 | 438,146.00 | 540,054.00 |
| 11/19 | | 146 | 48128 | NOVEMBER 460 CALL | 3 | 43,946.00 | |
| | 140 | | | NOVEMBER 450 PUT | 37 | | |
| | | | | NEW BALANCE | | | 800,351.00 |

SECURITY POSITIONS

| | MKT PRICE |
|---|---|
| S & P 100 INDEX | 23.300 |
| DECEMBER 430 CALL | |
| S & P 100 INDEX | |
| DECEMBER 420 PUT | 16.500 |

MARKET VALUE OF SECURITIES
LONG    240,900.00
SHORT   340,180.00-

# INVESTMENT SUMMARY

10134178

## MADOFF CONTRIBUTIONS & DISBURSEMENTS

| DATE | CONTRIBUTIONS | DISBURSEMENTS |
|---|---|---|
| 10/7/1992 | 450,000.00 | |
| 12/3/1992 | 1,400,000.00 | |
| 8/31/1993 | 300,000.00 | |
| 10/12/1993 | 1,550,000.00 | |
| 1/1/1996 | 125,000.00 | |
| 7/18/1996 | 250,000.00 | |
| 8/17/1998 | 290,000.00 | |
| 11/11/1998 | 325,000.00 | |
| 1/15/1999 | 500,000.00 | |
| 3/10/1999 | | 75,000.00 |
| 8/27/1999 | | 150,000.00 |
| 2/27/2000 | | 200,000.00 |
| 3/20/2000 | | 20,000.00 |
| 8/22/2000 | 325,000.00 | |
| 9/13/2000 | | 150,000.00 |
| 7/23/2001 | | 200,000.00 |
| 1/14/2002 | 500,000.00 | |
| 7/23/2003 | | 500,000.00 |
| 8/6/2003 | 200,000.00 | |
| 9/24/2004 | | 300,000.00 |
| 12/9/2004 | | 1,300,000.00 |
| 4/13/2005 | | 200,000.00 |
| 6/9/2005 | | 250,000.00 |
| 11/21/2005 | | 250,000.00 |
| 12/21/2005 | | 150,000.00 |
| 2/23/2006 | | 150,000.00 |
| 3/28/2006 | | 500,000.00 |
| 6/2/2006 | | 125,000.00 |
| 7/12/2006 | | 635,000.00 |
| 10/17/2006 | 350,000.00 | |
| 12/14/2006 | | 500,000.00 |
| 12/20/2006 | 150,000.00 | |
| 12/26/2006 | | 300,000.00 |
| 2/20/2007 | 1,500,000.00 | |
| 3/29/2007 | 139,714.04 | |
| 6/14/2007 | | 100,000.00 |
| 8/21/2007 | | 100,000.00 |
| 9/6/2007 | | 150,000.00 |
| 12/18/2007 | | 200,000.00 |
| 4/7/2008 | | 500,000.00 |
| 8/16/2008 | 250,000.00 | |
| | | |
| **TOTALS** | 8,604,714.04 | 7,005,000.00 |

1,599,714.04   MORE CONTRIBUTIONS THAN DISBURSEMENTS

# INVESTMENT DOCUMENTS

10134178

Melvin H. Gale



DECEMBER 7, 1992

BERNARD L. MADOFF
885 THIRD AVENUE
NEW YORK, NEW YORK 10022

DEAR MR. MADOFF,

AS PER YOUR INSTRUCTIONS, PLEASE FIND MY CHECK IN THE
AMOUNT OF $450,000.00 TO BE USED TO OPEN THE FOLLOWING
ACCOUNT AT YOUR FIRM:

> MELVIN H. GALE & LEONA GALE, JOINT TENANTS WITH
> RIGHTS OF SURVIVORSHIP.

MY SOCIAL SECURITY NUMBER IS 

UNTIL FURTHER NOTICE, I WOULD LIKE TO HAVE ANY AMOUNTS THIS
ACCOUNT MAY EARN TO BE REINVESTED.

PLEASE SEND ALL STATEMENTS TO MY HOME AT:



PHONE:

I APPRECIATE YOUR EFFORTS IN THIS MATTER.

SINCERELY YOURS,

MELVIN H. GALE

**MELVIN H. GALE**
**LEONA GALE**

5977

Dec 7 19 9

1-875/280
2

PAY TO THE
ORDER OF Bernard L Madoff Investment Securities            $ 450000

Four hundred fifty thousand and 00/100 _____ DOLLARS

**Bessemer**
**Trust**

222 ROYAL PALM WAY
PALM BEACH, FLORIDA 33480
PAYABLE THRU
BESSEMER TRUST COMPANY, N.A. N.Y. N.Y.

FOR New Account

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK**

MELVIN H GALE
AND LEONA GALE JT WROS

12/10/92

*50,000.00

CLIENT'S ACCOUNT NUMBER

1-ZA391-3



## MELVIN H. GALE

**PHONE: (** ▮ **)** ▮
**FAX: (** ▮ **)** ▮

## FACSIMILE TRANSMITTAL

**DATE: October 17, 2006**

**TO: Carmella (Merrill Lynch)**

**FAX NUMBER SENT TO: 922-3392**

**NUMBER OF PAGES INCLUDING THIS TRANSMITTAL SHEET: 1**

**COMMENT:  Dear Carmella,**

**From Account** ▮ **please wire $350,000.00 to:**

**J P Morgan Chase Bank**
**40 Wall Street**
**New York, NY 10015**
**ABA #: 021 000 021**
**For Further Credit To:**
**Bernard L. Madoff**
**Account #: 140 081 703**
**FBO: Melvin H. Gale & Leona Gale Joint Trust dated 1/4/94**
**        Account #: 1ZA391-3-0**

**Thank You.**

**Best regards,**

**Melvin H. Gale**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
10/31/06

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 206,315.82 | |
| 10/02 | | | | COCA COLA CO DIV 9/15/06 10/01/06 | DIV | | 631.47 |
| 10/02 | | | | MERCK & CO DIV 9/01/06 10/02/06 | DIV | | 803.70 |
| 10/31 | | | | HEWLETT PACKARD CO DIV 9/13/06 10/04/06 | DIV | | 225.60 |
| 10/04 | | | | SCHLUMBERGER LTD DIV 9/06/06 10/06/06 | DIV | | 146.98 |
| 10/06 | | | | ALTRIA GROUP INC DIV 9/15/06 10/10/06 | DIV | | 1,751.82 |
| 10/10 | | | | CHECK WIRE | CA | | |
| 10/17 | 350,000 | | 53501 | U S TREASURY BILL DUE 12/21/2006 12/21/2006 | 996.110 | 366,885.00 | 350,000.00 |
| 10/17 | 3,115 | | 51502 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,115.00 | |
| 10/31 | 1,200 | | 1987 | AMERICAN EXPRESS COMPANY | 56.900 | 68,328.00 | |
| 10/31 | 7,200 | | 4291 | PFIZER INC | 27.170 | 195,912.00 | |
| 10/31 | 4,480 | | 6248 | BANK OF AMERICA | 53.820 | 241,232.50 | |
| 10/31 | 3,120 | | 8512 | PROCTER & GAMBLE CO | 63.100 | 196,976.00 | |
| 10/31 | 4,880 | | 10509 | CITI GROUP INC | 50.880 | 248,099.20 | |
| 10/31 | 1,320 | | 12773 | SCHLUMBERGER LTD | 54.230 | 71,481.60 | |
| 10/31 | 2,000 | | 14770 | COMCAST CORP CL A | 40.060 | 80,200.00 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

Account Number: 1-ZA391-3-0
Date: 10/31/06
Page: 2

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10/31 | 3,840 | | 17034 | AT&T INC | 34.300 | 131,865.00 |
| 10/31 | 6,030 | | 19031 | CISCO SYSTEMS INC | 24.113 | 146,831.80 |
| 10/31 | 4,900 | | 21295 | TIME WARNER INC | 19.980 | 80,080.00 |
| 10/31 | 2,160 | | 23297 | CHEVRON CORP | 67.590 | 146,090.40 |
| 10/31 | 1,040 | | 25556 | UNITED PARCEL SVC INC CLASS B | 75.430 | 78,498.20 |
| 10/31 | 10,160 | | 27553 | GENERAL ELECTRIC CO | 35.590 | 362,080.40 |
| 10/31 | 960 | | 29817 | UNITED TECHNOLOGIES CORP | 65.040 | 62,478.40 |
| 10/31 | 400 | | 31814 | GOLDMAN SACHS GROUP INC | 188.700 | 75,490.60 |
| 10/31 | 2,880 | | 34078 | VERIZON COMMUNICATIONS | 38.300 | 110,419.02 |
| 10/31 | 2,000 | | 36075 | HOME DEPOT INC | 36.740 | 73,540.00 |
| 10/31 | 1,920 | | 38339 | WACHOVIA CORP NEW | 55.540 | 106,432.80 |
| 10/31 | 2,720 | | 40336 | HEWLETT PACKARD CO | 39.090 | 106,789.60 |
| 10/31 | 3,280 | | 42600 | WELLS FARGO & CO NEW | 36.200 | 118,867.00 |
| 10/31 | 1,520 | | 44597 | INTERNATIONAL BUSINESS MACHS | 91.610 | 139,307.20 |
| 10/31 | 2,400 | | 44858 | WAL-MART STORES INC | 50.760 | 121,920.00 |
| 10/31 | 5,680 | | 48858 | INTEL CORP | 21.720 | 123,596.60 |
| 10/31 | 5,840 | | 51122 | EXXON MOBIL CORP | 71.720 | 416,931.40 |
| 10/31 | 2,880 | | 53119 | J.P. MORGAN CHASE & CO | 47.360 | 197,895.00 |
| 10/31 | 3,360 | | 57379 | JOHNSON & JOHNSON | 68.660 | 159,763.60 |
| 10/31 | 2,000 | | 61640 | COCA COLA CO | 45.960 | 94,900.00 |
| 10/31 | 880 | | 65901 | MERRILL LYNCH & CO INC | 85.950 | 75,671.00 |
| 10/31 | 2,000 | | 70162 | ALTRIA GROUP INC | 81.900 | 170,435.00 |
| 10/31 | 2,160 | | 74425 | MERCK & CO | 45.970 | 99,381.20 |
| 10/31 | 1,040 | | 78684 | MORGAN STANLEY | 77.280 | 80,412.20 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
M MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020-340 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/6/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------|------|-----|-------------|-----------------|------------|------------|
| 10/31 | 8,480 | | 82945 | MICROSOFT CORP | 28.210 | 239,559.80 | |
| 10/31 | 1,520 | | 89204 | ABBOTT LABORATORIES | 47.830 | 72,761.60 | |
| 10/31 | 2,560 | | 93464 | AMERICAN INTL GROUP INC | 67.590 | 171,632.00 | |
| 10/31 | 4,000 | | 97728 | ORACLE CORPORATION | 18.590 | 74,470.00 | |
| 10/31 | 1,120 | | 96745 | AMGEN INC | 75 | 84,044.00 | |
| 10/31 | 1,600 | | 99098 | PEPSICO INC | 63.460 | 101,600.00 | |
| | | 5,150,000 | 55415 | U S TREASURY BILL | 99.297 | | |
| | | | | DUE 12/21/2006 | | | |
| | | | | 12/21/2006 | | | |
| 10/31 | 25,000 | | 60881 | U S TREASURY BILL | 98.719 | 24,679.75 | |
| | | | | DUE 02/01/2007 | | | |
| | | | | 2/01/2007 | | | |
| 10/31 | | | | FIDELITY SPARTAN | DIV | | 290.12 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/31 | | 56,249 | 58949 | DIV 10/31/06 | | | |
| | | | | FIDELITY SPARTAN | 1 | 56,249.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/31 | | 20,157 | 64434 | FIDELITY SPARTAN | 1 | 20,157.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/31 | | 20,157 | 69927 | FIDELITY SPARTAN | 1 | 20,157.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/31 | | 23,717 | 74256 | FIDELITY SPARTAN | 1 | 23,717.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 205,355.68 | 5,113,795.50 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,840 | | | AT&T INC | 34.250 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

1-ZA391-3-0

10/31/06    3



### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

**10/31/06**

**1-ZA391-3-0**

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,520 | | | ABBOTT LABORATORIES | 47.510 | | |
| | 2,080 | | | ALTRIA GROUP INC | 81.330 | | |
| | 1,920 | | | AMERICAN EXPRESS COMPANY | 57.810 | | |
| | 2,560 | | | AMERICAN INTL GROUP INC | 67.170 | | |
| | 1,920 | | | AMGEN INC | 75.910 | | |
| | 4,480 | | | BANK OF AMERICA | 53.870 | | |
| | 2,160 | | | CHEVRON CORP | 67.200 | | |
| | 6,080 | | | CISCO SYSTEMS INC | 24.130 | | |
| | 4,080 | | | CITI GROUP INC | 50.150 | | |
| | 2,000 | | | COCA COLA CO | 46.720 | | |
| | 2,000 | | | COMCAST CORP | 40.670 | | |
| | | | | CL A | | | |
| | 5,840 | | | EXXON MOBIL CORP | 71.420 | | |
| | 10,160 | | | GENERAL ELECTRIC CO | 35.110 | | |
| | 400 | | | GOLDMAN SACHS GROUP INC | 189.790 | | |
| | 2,720 | | | HEWLETT PACKARD CO | 38.740 | | |
| | 2,000 | | | HOME DEPOT INC | 37.310 | | |
| | 5,680 | | | INTEL CORP | 21.360 | | |
| | 1,520 | | | INTERNATIONAL BUSINESS MACHS | 92.330 | | |
| | 3,360 | | | J.P. MORGAN CHASE & CO | 47.440 | | |
| | 2,080 | | | JOHNSON & JOHNSON | 57.400 | | |
| | 2,160 | | | MERCK & CO | 45.420 | | |
| | 880 | | | MERRILL LYNCH & CO INC | 87.020 | | |
| | 8,480 | | | MICROSOFT CORP | 28.710 | | |
| | 1,040 | | | MORGAN STANLEY | 76.430 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (09) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

Total Account Number: 1-ZA391-4-0

10/31/06

Page 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 206,316.00 |
| 10/31 | 80 | | 87206 | S & P 100 INDEX NOVEMBER 650 CALL | 3.400 | | 27,120.00 |
| 10/31 | | 80 | 91467 | S & P 100 INDEX NOVEMBER 640 PUT | 3.500 | 28,080.00 | |
| | | | | NEW BALANCE | | | 205,356.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 80 | | | S & P 100 INDEX NOVEMBER 650 CALL | 1.550 | | |
| | | 80 | | S & P 100 INDEX NOVEMBER 640 PUT | 4.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | 36,000.00 | | |
| | | | | SHORT | 12,400.00- | | |

477,600

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# MELVIN H. GALE

PHONE: (███) ██████
FAX: (███) ██████

## FACSIMILE TRANSMITTAL

DATE: December 20, 2006

TO: Carmella (Merrill Lynch)

FAX NUMBER SENT TO: 922-3392

NUMBER OF PAGES INCLUDING THIS TRANSMITTAL SHEET: 1

COMMENT:  Dear Carmella,

From Account █████████ please wire $150,000.00 to:

J P Morgan Chase Bank
40 Wall Street
New York, NY 10015
ABA #: 021 000 021
For Further Credit To:
Bernard L. Madoff
Account #: 140 081 703
FBO: Melvin H. Gale & Leona Gale Joint Trust dated 1/4/94
    Account #: 1ZA391-3-0

Thanks,


Melvin H. Gale



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 201,035.16 | |
| 12/01 | | | | INTEL CORP. DIV 11/07/06 12/01/06 | DIV | | 568.00 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 918.40 |
| 12/05 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 1,728.00 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 1,123.20 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 1,868.80 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 456.00 |
| 12/12 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 254.40 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 1,080.00 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 450.00 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 868.00 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 422.40 |
| 12/15 | | | | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 620.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

YOUR ACCOUNT NUMBER
1-ZA391-3-0

PERIOD ENDING
12/31/06

PAGE
1

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE T'STEES UNDER TST
DTD 1/4/94

**TAX YEAR ACCOUNT NUMBER** 1-ZA391-3-0    **PROCESS DATE** 12/31/06    **PAGE** 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 1,520 | 37364 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 145,556.00 |
| 12/21 | | 5,740 | 39296 | EXXON MOBIL CORP | 76.600 | | 448,279.00 |
| 12/21 | | 5,680 | 41616 | INTEL CORP | 21.100 | | 119,621.00 |
| 12/21 | | 2,880 | 45964 | JOHNSON & JOHNSON | 66.780 | | 192,211.40 |
| 12/21 | | 3,360 | 50113 | J.P. MORGAN CHASE & CO | 48.410 | | 162,523.60 |
| 12/21 | | 2,000 | 54363 | COCA COLA CO | 48.990 | | 97,900.00 |
| 12/21 | | 880 | 58613 | MERRILL LYNCH & CO INC | 91.960 | | 80,889.80 |
| 12/21 | | 2,080 | 62263 | ALTRIA GROUP INC | 85.910 | | 178,609.80 |
| 12/21 | | 1,040 | 67114 | MERCK & CO | 44 | | 94,954.00 |
| 12/21 | | 1,520 | 71343 | MORGAN STANLEY | 60.620 | | 83,803.00 |
| 12/21 | | 6,480 | 75613 | MICROSOFT CORP | 30.110 | | 186,240.40 |
| 12/21 | | 2,560 | 82159 | ABBOTT LABORATORIES | 48.170 | | 72,040.00 |
| 12/21 | | 4,000 | 86403 | AMERICAN INTL GROUP INC | 72.790 | | 79,061.60 |
| 12/21 | | 1,120 | 88363 | ORACLE CORPORATION | 18.050 | | 101,072.00 |
| 12/21 | | 1,600 | 90655 | AMGEN INC | 70.630 | | 74,676.00 |
| 12/21 | | 1,200 | 92613 | PEPSICO INC | 63.210 | | 185,976.00 |
| 12/21 | | 7,200 | 94866 | AMERICAN EXPRESS COMPANY | 62.270 | | 240,352.20 |
| 12/21 | | 4,480 | 96863 | PFIZER INC | 25.870 | | |
| 12/21 | | 4,480 | 99113 | BANK OF AMERICA | 53.690 | | |
| 12/21 | 4,800,000 | | 83684 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 4,755,024.00 | |
| 12/22 | 10,335 | | 47925 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,335,024.00 | |
| 12/22 | | | | DIV 12/01/06 12/22/06 | DIV | | 2,508.80 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**

M10J  INVESTMENT SECURITIES LLC

☐ New York  ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| YOUR ACCOUNT NUMBER | | TAX PAYER IDENTIFICATION NUMBER | |
|---|---|---|---|
| 1-ZA391-3-0 | 12/31/06 | | 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/27 | | | | CHECK | CW | 300,000.00 | |
| 12/29 | | | | FIDELITY SPARTAN | DIV | | 110.58 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | | | DIV 12/29/06 | JRNL | | |
| 12/29 | | | | TRANS FROM 40 ACCT | | | 132,556.00 |
| 12/29 | 2,325,000 | | 3888 | U S TREASURY BILL | 98.682 | 2,294,356.50 | |
| | | | | DUE 4/5/2007 | | | |
| | | | | 4/05/2007 | | | |
| 12/29 | 44,507 | | 8575 | FIDELITY SPARTAN | 1 | 44,507.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 37,321 | 85239 | FIDELITY SPARTAN | 1 | | 37,321.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 90527 | | U S TREASURY BILL | 99.166 | | |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| 12/29 | 2,325,000 | 4,925,000 | 99416 | U S TREASURY BILL | 98.780 | 2,296,635.00 | 4,883,925.50 |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 44,507 | | | U S TREASURY BILL | 98.780 | | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | CONTINUED ON PAGE 5 | | | .22 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 96,590.82 |
| | | | | GROSS PROCEEDS FROM SALES | | | 50,772,746.44 |

YOUR ACCOUNT NUMBER  1-ZA391-3-0

TAX YEAR ENDING  12/31/06

TAX FILING IDENTIFICATION NUMBER

PAGE  6

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel (0) 749 4222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 201,035.03 |
| 12/18 | | 80 | 64423 | S & P 100 INDEX | 6.600 | | 52,720.00 |
| 12/18 | 80 | | 68861 | JANUARY 660 CALL | 2.700 | 21,680.00 | |
| 12/18 | 80 | | 73299 | S & P 100 INDEX | 5 | 40,080.00 | |
| 12/18 | | 80 | 77737 | DECEMBER 655 CALL | .300 | | 2,320.00 |
| | | | | S & P 100 INDEX | | | |
| 12/18 | | 80 | 79863 | JANUARY 650 PUT | 10.500 | 84,080.00 | |
| | | | | DECEMBER 645 PUT | | | |
| 12/21 | 80 | | 84113 | S & P 100 INDEX | 2.800 | | 22,370.00 |
| | | | | JANUARY 660 CALL | | | |
| | | | | S & P 100 INDEX | | | |
| 12/29 | | 80 | | JANUARY 650 PUT | JRNL | | |
| | | | | TRANS TO 30 ACCT | | | |
| | | | | NEW BALANCE | | 132,556.00 | |

YOUR ACCOUNT NUMBER 1-ZA391-4-0

PERIOD ENDING 12/31/06

PAGE 1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# MELVIN H. GALE

**PHONE:** (██) ███████
**FAX:** (██) ███████

## FACSIMILE TRANSMITTAL

DATE: February 20, 2007

**TO:** Carmella (Merrill Lynch)

**FAX NUMBER SENT TO:** 922-3392
**NUMBER OF PAGES INCLUDING THIS TRANSMITTAL SHEET: 1**

**COMMENT:** Dear Carmella,

From Account # ██████ please wire $1,500,000.00 to:

    J P Morgan Chase Bank
    40 Wall Street
    New York, NY 10015
    ABA #: 021 000 021
    For Further Credit To:
    Bernard L. Madoff
    Account #: 140 081 703
    FBO: Melvin H. Gale & Leona Gale Joint Trust dated 1/4/94
        Account #: 1ZA391-3-0

Thanks,


Melvin H. Gale

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☑ New York  ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | |
| 2/16 | 2,520 | | 3209 | JOHNSON & JOHNSON | 65.380 | 165,357.60 | |
| 2/16 | 3,010 | | 7449 | J.P. MORGAN CHASE & CO | 50.580 | 152,957.60 | |
| 2/16 | 1,750 | | 11790 | COCA COLA CO | 48.120 | 84,280.00 | |
| 2/16 | 770 | | 16081 | MERRILL LYNCH & CO INC | 91.160 | 70,223.20 | |
| 2/16 | 1,820 | | 2837I | ALTRIA GROUP INC | 85.660 | 155,975.20 | |
| 2/16 | 990 | | 24663 | MERCK & CO | 83.490 | 83,085.00 | |
| 2/16 | 910 | | 28954 | MORGAN STANLEY | 80.330 | 73,136.30 | |
| 2/16 | 7,490 | | 33245 | MICROSOFT CORP | 29 | 217,509.00 | |
| 2/16 | 1,330 | | 34953 | ABBOTT LABORATORIES | 52.630 | 69,994.40 | |
| 2/16 | 2,240 | | 38849 | AMERICAN INTL GROUP INC | 66.780 | 149,777.00 | |
| 2/16 | 980 | | 43114 | AMGEN INC | 63.540 | 67,269.20 | |
| 2/16 | 1,400 | | 46118 | PEPSICO INC | 63.630 | 89,222.00 | |
| 2/16 | 3,720 | | 47425 | BANK OF AMERICA | 53.610 | 200,505.20 | |
| 2/16 | 6,230 | | 50691 | PFIZER INC | 26.890 | 168,786.90 | |
| 2/16 | 4,270 | | 51716 | CITI GROUP INC | 53.530 | 228,793.10 | |
| 2/16 | 2,730 | | 54700 | PROCTER & GAMBLE CO | 64.100 | 175,102.00 | |
| 2/16 | 1,820 | | 56007 | COMCAST CORP | 39.940 | 72,702.80 | |
| | | | | CLASS A | | | |
| 2/16 | 5,460 | | 58991 | AT&T INC | 36.890 | 201,637.40 | |
| 2/16 | 1,400 | | 60298 | CONOCOPHILLIPS | 66.240 | 92,792.00 | |
| 2/16 | 3,250 | | 63862 | TIME WARNER INC | 21.460 | 69,793.50 | |
| 2/16 | 3,290 | | 66699 | CISCO SYSTEMS INC | 27.510 | 90,551.90 | |
| 2/16 | 5,250 | | 67573 | UNITED PARCEL SVC INC | 73.910 | 144,887.50 | |
| 2/16 | 910 | | | CLASS B | | 67,294.10 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
C LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| TAX LOT NUMBER | 1-ZA391-3-0 |
|---|---|
| DATE | 2/28/07 |
| PAGE | 1 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE or SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 2/16 | 2,520 | | 3209 | JOHNSON & JOHNSON | 65.380 | 164,657.60 | |
| 2/16 | 3,010 | | 7444 | J.P. MORGAN CHASE & CO | 50.360 | 151,703.00 | |
| 2/16 | 1,750 | | 11790 | COCA COLA CO | 48.120 | 84,290.00 | |
| 2/16 | 770 | | 16081 | MERRILL LYNCH & CO INC | 91.160 | 70,223.20 | |
| 2/16 | 1,890 | | 24837 | ALTRIA GROUP INC | 83.560 | 159,487.30 | |
| 2/16 | 1,490 | | 24643 | MERCK & CO INC | 43.920 | 65,440.80 | |
| 2/16 | 910 | | 28954 | MORGAN STANLEY | 80.330 | 73,130.30 | |
| 2/16 | 7,490 | | 33245 | MICROSOFT CORP | 29 | 217,509.00 | |
| 2/16 | 1,330 | | 34853 | ABBOTT LABORATORIES | 52.588 | 69,904.40 | |
| 2/16 | 2,240 | | 38843 | AMERICAN INTL GROUP INC | 66.700 | 159,477.00 | |
| 2/16 | 980 | | 43134 | AMGEN INC | 68.540 | 67,209.20 | |
| 2/16 | 1,400 | | 46118 | PEPSICO INC | 63.690 | 89,222.00 | |
| 2/16 | 3,920 | | 47425 | BANK OF AMERICA | 53.140 | 208,565.20 | |
| 2/16 | 6,230 | | 50004 | PFIZER INC | 26.890 | 165,706.90 | |
| 2/16 | 4,270 | | 51714 | CITI GROUP INC | 53.530 | 228,713.10 | |
| 2/16 | 2,730 | | 54700 | PROCTER & GAMBLE CO | 64.100 | 175,102.00 | |
| 2/16 | 1,820 | | 56007 | COMCAST CORP | 39.980 | 72,762.60 | |
| | | | | CLASS A | | | |
| 2/16 | 5,460 | | 58991 | AT&T INC | 36.890 | 201,437.40 | |
| 2/16 | 1,400 | | 60298 | CONOCOPHILLIPS | 64.240 | 92,752.00 | |
| 2/16 | 3,500 | | 63282 | TIME WARNER INC | 21.190 | 74,365.00 | |
| 2/16 | 5,250 | | 64504 | CISCO SYSTEMS INC | 27.510 | 144,457.50 | |
| 2/16 | 910 | | 67573 | UNITED PARCEL SVC INC | 73.910 | 67,274.10 | |
| | | | | CLASS B | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

-46

**BERNARD L. MADOFF**

MADF INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 2/16 | 1,890 | | 68880 | CHEVRON CORP | 72.590 | 131,270.10 | |
| 2/16 | 2,520 | | 71864 | VERIZON COMMUNICATIONS | 37.540 | 94,700.80 | |
| 2/16 | 8,960 | | 73171 | GENERAL ELECTRIC CO | 35.700 | 320,290.00 | |
| 2/16 | 1,680 | | 76195 | WACHOVIA CORP NEW | 57.590 | 96,757.40 | |
| 2/16 | 210 | | 77442 | GOOGLE | 458.580 | 96,309.00 | |
| 2/16 | 2,940 | | 81044 | WELLS FARGO & CO NEW | 35.010 | 103,069.40 | |
| 2/16 | 350 | | 81793 | GOLDMAN SACHS GROUP INC | 210.020 | 73,515.40 | |
| 2/16 | 2,100 | | 84757 | WAL MART STORES INC | 47.990 | 100,943.40 | |
| 2/16 | 1,750 | | 86044 | HOME DEPOT INC | 41.220 | 72,205.00 | |
| 2/16 | 5,040 | | 89028 | EXXON MOBIL CORP | 74.660 | 376,487.40 | |
| 2/16 | 2,380 | | 94335 | HEWLETT PACKARD CO | 42.110 | 100,516.00 | |
| 2/16 | 1,330 | | 94626 | INTERNATIONAL BUSINESS MACHS | 94.920 | 131,094.00 | |
| 2/16 | 5,040 | | 98917 | INTEL CORP | 20.770 | 104,881.80 | |
| 2/16 | | 2,325,000 | 17267 | U S TREASURY BILL DUE 3/29/2007 | 99.421 | | 2,311,538.25 |
| 2/16 | | 2,325,000 | 21380 | U S TREASURY BILL DUE 4/5/2007 | 99.325 | | 2,309,306.25 |
| 2/16 | | 25,000 | 24264 | U S TREASURY BILL DUE 4/12/2007 4/12/2007 | 99.232 | | 24,808.00 |
| 2/16 | 25,000 | | 26995 | U S TREASURY BILL DUE 4/12/2007 4/19/2007 | 99.130 | 24,782.50 | |
| | | | | CONTINUED ON PAGE    3 | | | |

1-ZA394-3-0

2/28/07

2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/74

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 493 6222

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

PERIOD: 2/28/07

PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 2/16 | | | | U S TREASURY MONEY MARKET | DIV | | 45.44 |
| 2/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |
| 2/16 | | 22,995 | 18499 | U S TREASURY MONEY MARKET | 1 | 22,995.00 | |
| 2/16 | 13,277 | | 32087 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 2/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 10.49 |
| 2/22 | | | | DIV 02/22/07 | | | |
| 2/22 | | 13,277 | 64294 | CHECK WIRE FIDELITY SPARTAN U S TREASURY MONEY MARKET | CA | | 13,277.00 |
| 2/22 | | 25,000 | 69355 | U S TREASURY BILL DUE 4/19/2007 | 99.211 | | |
| 2/22 | 36,110 | | 75025 | U S TREASURY BILL DUE 4/19/2007 | 99.210 | 36,110.00 | |
| 2/22 | 1,500,000 | | 75059 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,498,390.00 | 1,500,000.00 |
| 2/22 | | | | CL A DIV 2/26/07 | | | |
| 2/27 | 910 | 77966 | | COMCAST CORP 4/19/2007 U S TREASURY MONEY MARKET | 1 RECD | 11,850.00 | 24,602.73 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York  ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN M GALE
& LESMA GALE TSTEES UNDER TST
DTD 3/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 2/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 32.15 |
| 2/28 | | 41,960 | 83390 | REV REP/28/07 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,960.00 |
| 2/28 | 41,992 | | 88137 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,992.00 | |
| | | | | NEW BALANCE | | | 17,780.39 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 5,460 | | | AT&T INC | 36.000 | | |
| | 1,330 | | | ABBOTT LABORATORIES | 54.620 | | |
| | 1,820 | | | ALTRIA GROUP INC | 84.280 | | |
| | 2,240 | | | AMERICAN INTL GROUP INC | 67.100 | | |
| | 900 | | | AMGEN INC | 44.360 | | |
| | 3,920 | | | BANK OF AMERICA | 50.870 | | |
| | 1,890 | | | CHEVRON CORP | 68.610 | | |
| | 5,250 | | | CISCO SYSTEMS INC | 25.940 | | |
| | 4,270 | | | CITI GROUP INC | 50.400 | | |
| | 1,750 | | | COCA COLA CO | 56.600 | | |
| | 2,730 | | | COMCAST CORP | 25.720 | | |
| | | | | CL A | | | |
| | 1,400 | | | CONOCOPHILLPS | 66.430 | | |
| | 5,040 | | | EXXON MOBIL CORP | 71.680 | | |

CONTINUED ON PAGE 5



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York  ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE T STEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA591-3-0

DATE: 1/28/07    PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,960 | | | GENERAL ELECTRIC CO | 34.928 | | |
| | 350 | | | GOOGLE | 201.600 | | |
| | 210 | | | GOOGLE | 449.650 | | |
| | 2,390 | | | HEWLETT PACKARD CO | 39.580 | | |
| | 1,750 | | | HOME DEPOT INC | 39.600 | | |
| | 5,040 | | | INTEL CORP | 19.850 | | |
| | 1,330 | | | INTERNATIONAL BUSINESS MACHS | 96.010 | | |
| | 9,010 | | | J.P. MORGAN CHASE & CO | 47.640 | | |
| | 2,520 | | | JOHNSON & JOHNSON | 63.050 | | |
| | 1,890 | | | MERCK & CO | 44.160 | | |
| | 770 | | | MERRILL LYNCH & CO INC | 88.680 | | |
| | 7,490 | | | MICROSOFT CORP | 28.170 | | |
| | 910 | | | MORGAN STANLEY | 74.920 | | |
| | 1,400 | | | PEPSICO INC | 63.150 | | |
| | 6,230 | | | PFIZER INC | 24.940 | | |
| | 2,730 | | | PROCTER & GAMBLE CO | 63.690 | | |
| | 41,992 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 3,900 | | | TYME WARNER INC | 20.350 | | |
| | 910 | | | UNITED PARCEL SVC INC | 73.150 | | |
| | | | | CLASS B | | | |
| | 1,500,000 | | | U S TREASURY BILL | 99.296 | | |
| | | | | DUE 4/19/2007 | 4/19/2007 | | |
| | 2,520 | | | VERIZON COMMUNICATIONS | 37.630 | | |
| | | | | CONTINUED ON PAGE 6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES