



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PE LEVIN H GALE
& LEORA GALE TSTEES UNDER TST
DTD 1/6/94

| TAX ACCOUNT NUMBER | | PROCESSED DATE | | PAGE |
|---|---|---|---|---|
| 1-ZA392-4-0 | | 2/28/97 | | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 2/16 | | 70 | 37534 | S & P 100 INDEX FEBRUARY 675 CALL | .600 | | 2,800.00 |
| 2/16 | 70 | | 41827 | S & P 100 INDEX FEBRUARY 640 PUT | 1.800 | 12,600.00 | |
| 2/22 | | 70 | 37970 | S & P 100 INDEX MARCH 675 CALL | 3.800 | | 26,530.00 |
| 2/22 | 70 | | 42438 | S & P 100 INDEX MARCH 665 PUT | 4.600 | 32,270.00 | |
| 2/22 | 70 | | 46930 | S & P 100 INDEX FEBRUARY 675 CALL | .600 | 2,870.00 | |
| 2/22 | | 70 | 51999 | S & P 100 INDEX FEBRUARY 640 PUT | .100 | | 630.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | S & P 100 INDEX MARCH 675 CALL | 1.800 | | |
| | | | | S & P 100 INDEX MARCH 665 PUT | 21 | 17,780.00 | |
| | | | | MARKET VALUE OF SECURITIES LONG | 147,000.00 | | |
| | | | | SHORT | 1,750.00- | | |

05/14
- 11,750.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PORTFOLIO MANAGEMENT REPORT AS OF  3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


ETTA M LAZAR                      1-ZA392-3
AND MELVIN H GALE J/T WROS


STARTING EQUITY FOR CURRENT YEAR                    139,815.02CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                 142,714.04-
REALIZED P/L FOR CURRENT YEAR                         3,110.33CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                      .31CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           211.00    NET LONG
TOTAL EQUITY                                            211.31CR

ANNUALIZED RETURN FOR CURRENT YEAR        9.54 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (09) 7493 6222

ETTA M LAZAR
AND MELVIN M SALE J/T WROS

**Total Account Number:** 1-ZA392-3-0

**Period Ending:** 3/31/07

**Page:** 1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 3/01 | | | | CONOCOPHILLIPS DIV 2/20/07 3/01/07 | DIV | | 508.20 |
| 3/06 | | | | UNITED PARCEL SVC INC | DIV | | 16.40 |
| 3/09 | | | | CLASS B DIV 2/28/07 3/06/07 | DIV | | 10.92 |
| 3/09 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/09/07 | DIV | | 6.15 |
| 3/09 | | 5,276 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,276.00 |
| 3/09 | 10,218 | | 30460 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,218.00 | |
| 3/12 | | | | CHEVRON CORP DIV 2/16/07 3/12/07 | 1 | 1,188.00 | |
| 3/12 | 1,188 | | 35776 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 3/13 | | | | JOHNSON & JOHNSON DIV 2/27/07 3/13/07 | DIV | | 27.00 |
| 3/15 | | | | TIME WARNER INC DIV 2/28/07 3/15/07 | DIV | | 5.50 |
| 3/15 | | | | WACHOVIA CORP NEW DIV 2/28/07 3/15/07 | DIV | | 24.88 |
| 3/16 | | | | AMERICAN INTL GROUP INC DIV 3/02/07 3/16/07 | DIV | | 10.56 |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ETTA N LAZAR
AND MELVIN H GALE J/T WROS

FIRM ACCOUNT NUMBER: 1-ZA392-3-0
THIS TAX PERIOD: 3/31/07
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 3/19 | 792 | | 76521 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 792.00 | |
| 3/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/20/07 | DIV | | 15.04 |
| 3/20 | 11,666 | | 81268 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,666.00 | |
| 3/22 | | 12,198 | 87934 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,198.00 |
| 3/22 | | | | HOME DEPOT INC DIV 3/06/07 3/22/07 | DIV | | 11.25 |
| 3/23 | | | | BANK OF AMERICA DIV 3/02/07 3/23/07 | DIV | | 62.72 |
| 3/29 | | 22 | 2690 | MERRILL LYNCH & CO INC | 85.910 | | 1,890.02 |
| 3/29 | | 52 | 6960 | ALTRIA GROUP INC | 85.570 | | 4,447.64 |
| 3/29 | | 54 | 12244 | MERCK & CO | 44.360 | | 2,394.52 |
| 3/29 | | 26 | 15530 | MORGAN STANLEY | 81.420 | | 2,115.92 |
| 3/29 | | 214 | 19827 | MICROSOFT CORP | 27.920 | | 5,966.88 |
| 3/29 | | 38 | 21312 | ABBOTT LABORATORIES | 54.120 | | 2,056.56 |
| 3/29 | | 64 | 25581 | AMERICAN INTL GROUP INC | 66.260 | | 4,240.64 |
| 3/29 | | 28 | 29033 | AMGEN INC | 56.210 | | 1,573.88 |
| 3/29 | | 40 | 32694 | PEPSICO INC | 63.930 | | 2,557.20 |
| 3/29 | | 112 | 34303 | BANK OF AMERICA | 51.630 | | 5,778.56 |
| 3/29 | | 170 | 36903 | PFIZER INC | 25.670 | | 4,362.26 |
| 3/29 | | 122 | 38392 | CITI GROUP INC | 51.930 | | 6,331.46 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ETTA R LAZAR
AND MELVIN H SAGE J/T WROS

YOUR ACCOUNT NUMBER: **1-ZA372-3-0**
DATE: **3/31/07**
PAGE: **3**

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/29 | | 78 | 41272 | PROCTER & GAMBLE CO | 63.620 | | 4,959.36 |
| 3/29 | | 78 | 42681 | COMCAST CORP CL A | 26.440 | | 2,059.32 |
| 3/29 | | 156 | 45561 | AT&T INC | 39.100 | | 6,093.60 |
| 3/29 | | 40 | 44970 | CONOCOPHILLIPS | 69.740 | | 2,789.80 |
| 3/29 | | 100 | 49850 | TIME WARNER INC | 19.920 | | 1,992.00 |
| 3/29 | | 150 | 51259 | CISCO SYSTEMS INC | 26.230 | | 3,934.50 |
| 3/29 | | 26 | 53940 | UNITED PARCEL SVC INC CLASS B | 71.200 | | 1,850.20 |
| 3/29 | | 54 | 55540 | CHEVRON CORP | 74.200 | | 4,006.80 |
| 3/29 | | 72 | 58205 | VERIZON COMMUNICATIONS | 37.970 | | 2,733.84 |
| 3/29 | | 256 | 59057 | GENERAL ELECTRIC CO | 35.780 | | 9,149.68 |
| 3/29 | | 45 | 62494 | WACHOVIA CORP NEW | 56.720 | | 2,721.56 |
| 3/29 | | 6 | 64126 | GOOGLE | 440.800 | | 2,644.80 |
| 3/29 | | 84 | 64783 | WELLS FARGO & CO NEW | 34.930 | | 2,934.48 |
| 3/29 | | 10 | 66812 | GOLDMAN SACHS GROUP INC | 212 | | 2,126.60 |
| 3/29 | | 60 | 71072 | WAL-MART STORES INC | 47.660 | | 2,859.60 |
| 3/29 | | 50 | 72704 | HOME DEPOT INC | 38.200 | | 1,908.00 |
| 3/29 | | 144 | 75561 | EXXON MOBIL CORP | 75.600 | | 10,881.40 |
| 3/29 | | 66 | 76993 | HEWLETT PACKARD CO | 40.490 | | 2,745.20 |
| 3/29 | | 38 | 81282 | INTERNATIONAL BUSINESS MACHS | 95.160 | | 3,615.08 |
| 3/29 | | 144 | 85571 | INTEL CORP | 19.260 | | 2,760.44 |
| 3/29 | | 72 | 89840 | JOHNSON & JOHNSON | 60.360 | | 4,343.92 |
| 3/29 | | 86 | 94140 | J.P. MORGAN CHASE & CO | 48.630 | | 4,179.18 |
| 3/29 | | 50 | 98437 | COCA COLA CO | 47.980 | | 2,397.00 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ETTA R LAZAR
AND MELVIN H GALE J/T WROS

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-ZA392-4-0 | 3/31/07 | 1 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 508.00 | |
| 3/09 | 2 | | 1791 | S & P 100 INDEX | 5.300 | 1,062.00 | |
| 3/09 | | 2 | 6269 | MARCH 650 PUT | 30 | | 5,998.00 |
| 3/12 | | 2 | 92834 | S & P 100 INDEX | 6 | | 1,198.00 |
| 3/12 | 2 | | 97312 | MARCH 645 PUT | | | |
| | | | | MARCH 640 CALL | | | |
| 3/19 | 2 | | 40278 | S & P 100 INDEX | .050 | 10.00 | |
| | | | | MARCH 675 CALL | | | |
| 3/19 | | 2 | 44756 | S & P 100 INDEX | .600 | 122.00 | |
| | | | | MARCH 660 CALL | | | |
| 3/19 | 2 | | 49234 | S & P 100 INDEX | 9.500 | | 1,898.00 |
| | | | | APRIL 640 CALL | | | |
| 3/19 | | 2 | 53712 | S & P 100 INDEX | 4.400 | 1,862.00 | |
| | | | | MARCH 650 PUT | | | |
| 3/19 | 2 | | 58190 | S & P 100 INDEX | 9.300 | | 878.00 |
| | | | | APRIL 630 PUT | | | |
| 3/20 | | 2 | 62668 | S & P 100 INDEX | 9 | 1,802.00 | |
| | | | | APRIL 640 CALL | | | |
| 3/20 | 2 | | 67146 | S & P 100 INDEX | 7.100 | | 1,418.00 |
| | | | | APRIL 645 CALL | | | |
| 3/20 | | 2 | 71624 | S & P 100 INDEX | 8.900 | | 1,778.00 |
| | | | | APRIL 630 PUT | | | |
| | | | | S & P 100 INDEX | 9.700 | 1,942.00 | |
| | | | | APRIL 635 PUT | | | |

CONTINUED ON PAGE 2



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ETTA R LAZAR
AND MELVIN H GALE J/T WROS

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/29 | 2 | | 24116 | S & P 100 INDEX APRIL 645 CALL | 13.200 | 2,642.00 | |
| 3/29 | | 2 | 28405 | S & P 100 INDEX APRIL 635 PUT | 3.500 | | 698.00 |
| | | | | NEW BALANCE | | | 3,916.00 |

1-ZA392-4-0

3/31/07

2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# MELVIN H. GALE

**PHONE: (     )**
**FAX: (     )**

## FACSIMILE TRANSMITTAL

**DATE: August 16, 2008**

**TO: Laura Michelman (Merrill Lynch)**

**FAX NUMBER SENT TO: 948-4350**

**NUMBER OF PAGES INCLUDING THIS TRANSMITTAL SHEET: 1**

**COMMENT:    Dear Laura,**

**From Account            MHG Trust), please transfer $175,000.00 to
Account            (Melvin & Leona Gale Trust).**

**When this is accomplished, please wire $250,000 to:**

    **J P Morgan Chase Bank**
    **40 Wall Street**
    **New York, NY 10015**
    **ABA #: 021 000 021**
    **For Further Credit To:**
    **Bernard L. Madoff**
    **Account #: 140 081 703**
    **FBO: Melvin H. Gale & Leona Gale Joint Trust dated 1/4/94**
        **Account #: 1ZA391-3-0**

**Thanks,**


**Melvin H. Gale**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

**YOUR ACCOUNT NUMBER:** 1-ZA391-3-0
**PERIOD ENDING:** 9/30/08
**PAGE:** 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 145,149.99 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 736.96 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 1,722.70 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | | 625.95 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | | 28.96 |
| 9/10 | | | | CHEVRON CORP DIV 8/29/08 9/10/08 | DIV | | 1,738.75 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08 9/10/08 | DIV | | 410.88 |
| 9/10 | 27,255 | | 84370 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,255.00 |
| 9/10 | 15,941 | | 89693 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,941.00 | |
| 9/11 | 50,000 | | 91169 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.559 | 49,779.50 | |
| 9/11 | | | | MICROSOFT CORP DIV 8/21/08 9/11/08 | DIV | | 1,165.23 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
C LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 9/30/08
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 9/11 | 4,684 | | 94626 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 9/16 | | | | CHECK WIRE | 1 | 4,684.00 | |
| 9/16 | | | | MCDONALDS CORP | CA | | |
| 9/16 | 250,000 | | 90257 | DIV 9/02/08 9/16/08 U S TREASURY BILL | DIV | | |
| 9/16 | | | | DUE 2/12/2009 | 99.520 | 248,800.00 | |
| 9/16 | 1,200 | | 90268 | 2/12/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,200.00 | |
| 9/17 | | 5,243 | 10618 | ORACLE CORPORATION | 19.310 | | 101,033.33 |
| 9/17 | | 1,177 | 11813 | APPLE INC | 150.770 | | 177,489.29 |
| 9/17 | | 2,140 | 14916 | PEPSICO INC | 72.640 | | 154,970.60 |
| 9/17 | | 2,033 | 16111 | ABBOTT LABORATORIES | 58.960 | | 119,784.68 |
| 9/17 | | 8,908 | 19214 | PFIZER INC | 18.360 | | 164,560.68 |
| 9/17 | | 3,531 | 20376 | AMERICAN INTL GROUP INC | 15.290 | | 53,847.99 |
| 9/17 | | 4,066 | 23512 | PROCTER & GAMBLE CO | 72.780 | | 295,761.48 |
| 9/17 | | 1,498 | 24659 | AMGEN INC | 63.320 | | 94,794.36 |
| 9/17 | | 2,782 | 27810 | PHILIP MORRIS INTERNATIONAL | 54.170 | | 150,500.94 |
| 9/17 | | 6,313 | 28924 | BANK OF AMERICA | 33.040 | | 208,329.52 |
| 9/17 | | 2,140 | 32108 | QUALCOMM INC | 48.390 | | 103,469.60 |
| 9/17 | | 7,383 | 33254 | CITI GROUP INC | 18.220 | | 134,223.26 |
| 9/17 | | 1,605 | 36406 | SCHLUMBERGER LTD | 87.210 | | 139,990.05 |
| 9/17 | | 2,033 | 37952 | CONOCOPHILLIPS | 72.510 | | 147,433.83 |
| 9/17 | | 8,132 | 40704 | AT&T INC | 31.370 | | 254,775.84 |
| | | | | CONTINUED ON PAGE 3 | | 250,000.00 | 361.75 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 9/30/08
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | | 7,918 | 41850 | CISCO SYSTEMS INC | 23.050 | | 182,193.90 |
| 9/17 | | 1,391 | 44985 | UNITED PARCEL SVC INC CLASS B | 67.860 | | 94,338.26 |
| 9/17 | | 2,675 | 46148 | CHEVRON CORP | 83.210 | | 222,479.75 |
| 9/17 | | 1,284 | 49232 | UNITED TECHNOLOGIES CORP | 63.720 | | 81,765.48 |
| 9/17 | | 13,375 | 50646 | GENERAL ELECTRIC CO | 27.440 | | 366,475.00 |
| 9/17 | | 3,852 | 53521 | VERIZON COMMUNICATIONS | 34.570 | | 133,009.64 |
| 9/17 | | 321 | 54744 | GOOGLE | 432.200 | | 138,724.20 |
| 9/17 | | 4,601 | 57814 | WELLS FARGO & CO NEW | 33.390 | | 153,443.39 |
| 9/17 | | 535 | 59042 | GOLDMAN SACHS GROUP INC | 154.700 | | 82,743.50 |
| 9/17 | | 3,103 | 62117 | WAL-MART STORES INC | 62.170 | | 192,920.41 |
| 9/17 | | 3,317 | 63340 | HEWLETT PACKARD CO | 46.080 | | 152,847.36 |
| 9/17 | | 6,955 | 64415 | EXXON MOBIL CORP | 76.080 | | 529,050.40 |
| 9/17 | | 1,819 | 67638 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 216,025.20 |
| 9/17 | | 7,704 | 71936 | INTEL CORP | 19.970 | | 153,540.80 |
| 9/17 | | 3,745 | 76234 | JOHNSON & JOHNSON | 71.150 | | 266,307.75 |
| 9/17 | | 4,708 | 80531 | J.P. MORGAN CHASE & CO | 40.930 | | 192,510.44 |
| 9/17 | | 2,675 | 84429 | COCA COLA CO | 53.790 | | 143,781.25 |
| 9/17 | | 1,498 | 89127 | MCDONALDS CORP | 64.430 | | 96,457.14 |
| 9/17 | | 2,809 | 95425 | MERCK & CO | 34.160 | | 98,573.24 |
| 9/17 | | 10,593 | 97725 | MICROSOFT CORP | 27.470 | | 290,037.06 |
| 9/17 | 6,325,000 | | 89231 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.511 | 6,294,070.75 | |
| 9/17 | 1,338 | | 84933 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,338.00 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

TYPE ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 9/30/08
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/19 | | | | AMERICAN INTL GROUP INC DIV 9/05/08  9/19/08 | DIV | | 776.82 |
| 9/26 | | | | BANK OF AMERICA DIV 9/05/08  9/26/08 | DIV | | 4,040.32 |
| 9/26 | 36,195 | | | QUALCOMM INC DIV 8/29/08  9/26/08 | DIV | | 342.40 |
| 9/30 | 50,000 | | | PEPSICO INC DIV 9/05/08  9/30/08 | DIV | | 909.50 |
| 9/30 | 13,032 | | 97352 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,032.00 | |
| | 6,575,000 | | | NEW BALANCE | MKT PRICE 1 | 392,426.72 | |
| | | | | SECURITY POSITIONS | | | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,032.00 | |
| | | | | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.941 | | |
| | | | | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.610 | | |
| | 61,635,523.00 | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 9/10 | 107 | | 74486 | S & P 100 INDEX | 1.050 | | 145,150.00 |
| 9/11 | | 107 | 79011 | SEPTEMBER 600 CALL | 5.100 | 11,342.00 | 54,663.00 |
| 9/17 | | 107 | 2022 | S & P 100 INDEX | 20 | | 213,893.00 |
| | | | | SEPTEMBER 600 CALL | | | |
| 9/17 | 107 | | 6320 | S & P 100 INDEX | .900 | 9,737.00 | |
| | | | | SEPTEMBER 590 PUT | | | |
| | | | | S & P 100 INDEX | | | |
| | | | | SEPTEMBER 600 CALL | | | |
| | | | | NEW BALANCE | | | 392,427.00 |

YEAR ACCOUNT NUMBER
1-ZA391-4-0

PERIOD ENDING
9/30/08

PAGE
1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# TRANSFER DOCUMENTS

10134178

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
MELVIN H GALE                        1-ZA391-3
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 6,851,579.80CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 1,600,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 710,964.85CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .65CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 5,962,544.00    NET LONG |
| TOTAL EQUITY | 5,962,544.65CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.63 %

# MELVIN H. GALE



PHONE: (███) ████████

DATE: April 13, 2005

**Bernard L. Madoff**                    **VIA FAX TO 212-838-4061**
**ATTENTION: FRANK Di PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please wire funds in the amount of $200,000.00 to:

      Bessemer Trust Co., NA
      630 Fifth Avenue
      New York, NY 10111
      ABA #:████████
      User name: Bessemer Trust NYC
      FBO: Account #:███████
         Melvin H. Gale & Leona Gale Money Market.

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale

**MELVIN H. GALE**



**PHONE: (■■■) ■■■■■■**

DATE:  June 9, 2005

Bernard L. Madoff                    <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK Di PASCALI**
**885 Third Avenue**
**New York, NY 10022**

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of <u>$250,000.00.</u>

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale



**MELVIN H. GALE**

**PHONE: ( )**

DATE: November 21, 2005

Bernard L. Madoff    <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK DI PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94), please send me your check in the amount of $250,000.00.

Thank you for your prompt attention.

Sincerely,


Melvin H. Gale

**MELVIN H. GALE**



**PHONE: (█████) ████████**

DATE:  December 21, 2005

Bernard L. Madoff                    <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK**
**885 Third Avenue**
**New York, NY 10022**

To whom it may concern,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
Please forward to me a check in the amount of $150,000.

Thank you for your prompt attention.

Sincerely,


**MELVIN H. GALE**



# MELVIN H. GALE

## PHONE: (     )

DATE:  February 23, 2006

Bernard L. Madoff                    <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK Di PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of <u>$150,000.00.</u>

Thank you for your prompt attention.

Sincerely,


Melvin H. Gale



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

2/29/06    1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 51,647.38 | |
| 2/15 | | | | ABBOTT LABORATORIES | DIV | | 501.60 |
| 2/15 | | | | DIV 1/13/06  2/15/06 | | | |
| | | | | PROCTER & GAMBLE CO | DIV | | 1,128.96 |
| 2/16 | | | | DIV 1/20/06  2/15/06 | | | |
| 2/16 | 25,000 | | 93647 | U S TREASURY BILL | 99.611 | 24,852.75 | |
| | | | | DUE 4/06/2006 | | | |
| | | | | 4/06/2006 | | | |
| 2/16 | 10,763 | | 96945 | FIDELITY SPARTAN | 1 | 10,763.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 2/24 | | | 98962 | CITI GROUP INC | DIV | | 2,953.52 |
| | | | | DIV 2/06/06  2/24/06 | | | |
| 2/28 | | 75,000 | 99011 | U S TREASURY BILL | 99.555 | | 74,666.25 |
| | | | | DUE 4/06/2006 | | | |
| | | | | 4/06/2006 | | | |
| 2/28 | | 50,000 | | U S TREASURY BILL | 99.463 | | 49,731.50 |
| | | | | DUE 4/13/2006 | | | |
| | | | | 4/13/2006 | | | |
| 2/28 | | | | CHECK | CW | 150,000.00 | |
| 2/28 | | | | FIDELITY SPARTAN | DIV | | 70.64 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 02/28/06 | | | |
| 2/28 | | | | MERRILL LYNCH & CO INC | DIV | | 256.00 |
| | | | | DIV 2/06/06  2/28/06 | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVYN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

Your Account Number 1-ZA3591-3-0

Period Ending 7/28/06    Page 2

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/28 | 9,917 | | 12562 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,917.00 | |
| 7/28 | | 30,590 | 96893 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,590.00 |
| | | | | NEW BALANCE | | 87,263.66 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,608 | | | AT&T INC | 27.590 | | |
| | 1,824 | | | ABBOTT LABORATORIES | 44.180 | | |
| | 2,496 | | | ALTRIA GROUP INC | 71.900 | | |
| | 1,440 | | | AMERICAN EXPRESS COMPANY | 53.080 | | |
| | 3,072 | | | AMERICAN INTL GROUP INC | 60.560 | | |
| | 1,440 | | | AMGEN INC | 66.560 | | |
| | 5,760 | | | BANK OF AMERICA | 47.490 | | |
| | 2,688 | | | CHEVRON CORP | 64.330 | | |
| | 7,392 | | | CISCO SYSTEMS INC | 20.240 | | |
| | 7,392 | | | CITI GROUP INC | 46.570 | | |
| | 6,048 | | | COCA COLA CO | 43.970 | | |
| | 2,784 | | | DELL INC | 29 | | |
| | 7,392 | | | EXXON MOBIL CORP | 59.370 | | |
| | 12,576 | | | GENERAL ELECTRIC CO | 32.870 | | |
| | 3,456 | | | HEWLETT PACKARD CO | 32.810 | | |
| | 2,496 | | | HOME DEPOT INC | 42.150 | | |
| | 7,200 | | | INTEL CORP | 20.600 | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 2/28/06
PAGE: 3

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,920 | | | INTERNATIONAL BUSINESS MACHS | 80.240 | | |
| | 4,224 | | | J.P. MORGAN CHASE & CO | 41.140 | | |
| | 3,552 | | | JOHNSON & JOHNSON | 57.650 | | |
| | 1,440 | | | MEDTRONIC INC | 53.950 | | |
| | 2,592 | | | MERCK & CO | 34.960 | | |
| | 1,056 | | | MERRILL LYNCH & CO INC | 77.210 | | |
| | 10,944 | | | MICROSOFT CORP | 26.900 | | |
| | 1,248 | | | MORGAN STANLEY | 59.660 | | |
| | 2,016 | | | PEPSICO INC | 59.110 | | |
| | 8,832 | | | PFIZER INC | 26.190 | | |
| | 4,032 | | | PROCTER & GAMBLE CO | 59.930 | | |
| | 672 | | | SCHLUMBERGER LTD | 115 | | |
| | 9,917 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,552 | | | SPRINT NEXTEL CORP | 24.030 | | |
| | 5,568 | | | TIME WARNER INC | 17.310 | | |
| | 2,400 | | | TYCO INTERNATIONAL LTD | 25.790 | | |
| | 1,344 | | | UNITED PARCEL SVC INC CLASS B | 74.710 | | |
| | 3,456 | | | VERIZON COMMUNICATIONS | 33.700 | | |
| | 2,976 | | | WAL-MART STORES INC | 45.360 | | |
| | 2,016 | | | WELLS FARGO & CO NEW | 64.200 | | |

MARKET VALUE OF SECURITIES
LONG
SHORT

*(handwritten) 5,574,426.44   6,730.0   $567,706*

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER  1-ZA391-3-0

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | | | | 6,793.80 |
| | | | | | | | 5,792,407.74 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 51,648.00 |
| 2/15 | 96 | | 82779 | S & P 100 INDEX | 7.200 | 69,216.00 | |
| 2/15 | 96 | | 87196 | MARCH 575 PUT | .250 | 2,496.00 | |
| 2/15 | | 96 | 91613 | S & P 100 INDEX | 6 | | 57,504.00 |
| 2/16 | | 96 | 78362 | FEBRUARY 590 PUT | | | 49,824.00 |
| | | 96 | | S & P 100 INDEX | 5.200 | | |
| | | | | MARCH 585 CALL | | | 87,456.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | S & P 100 INDEX | | | |
| | | | | MARCH 585 CALL | MKT PRICE 3.500 | | |
| | | | | S & P 100 INDEX | | | |
| | | | | MARCH 575 PUT | 2.800 | | |
| | | 96 | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 25,880.00 | | | |
| | | | | SHORT 33,600.00- | | | |

—6,720

1-ZA391-4-0
2/28/06
1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**MELVIN H. GALE**

PHONE: ( ████ ) ████████

DATE: March 28, 2006

Bernard L. Madoff                   <u>VIA FAX TO 212-838-4061</u>
ATTENTION: FRANK Di PASCALI
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 1/4/94), please wire funds in the amount of <u>$500,000.00</u> to:

      Bessemer Trust Co., NA
      630 Fifth Avenue
      New York, NY 10111
      ABA ████████
      User name: ██████████
      FBO: A ████████████
        Melvin H. Gale & Leona Gale Checking Account

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale



**MELVIN H. GALE**

**PHONE:**

**FAX:**

DATE:  June 2, 2006

**Bernard L. Madoff**          <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK Di PASCALI**
**885 Third Avenue**
**New York, NY 10022**

**Dear Frank,**

**From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of <u>$125,000.00.</u>**

**Thank you for your prompt attention.**

**Sincerely,**


**Melvin H. Gale**







BERNARD L. MADOFF
**MADF**
New York □ London

INVESTMENT SECURITIES LLC

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

1-ZA391-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TR# | TRANSACTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/20 | | 1,218 | 81022 | UNITED PARCEL SVC INC | 78.210 | | 95,259.78 |
| 6/20 | | 11,316 | 85891 | CLASS B | | | |
| 6/20 | | 3,132 | 85279 | GENERAL ELECTRIC CO | 34 | | |
| 6/20 | | 435 | 87545 | VERIZON COMMUNICATIONS | 31.900 | | |
| 6/20 | | 1,827 | 85254 | GOLDMAN SACHS GROUP INC | 141.310 | | 61,449.85 |
| 6/22 | | 2,162 | 91891 | WELLS FARGO & CO NEW | 66.540 | | 121,171.28 |
| 6/23 | | 2,677 | 91899 | WAL MART STORES INC | 47.800 | | 128,670.42 |
| 6/23 | | 3,045 | 96859 | SPRINT NEXTEL CORP | 30.610 | | 93,287.45 |
| 6/23 | | 6,612 | 91022 | HEWLETT PACKARD CO | 59.410 | | 390,289.20 |
| 6/28 | -2,475,000 | | 4126 | U.S. TREASURY BILL DUE 7/13/2006 | | | |
| | | | | 7/13/2006 | 99.615 | | 2,465,671.25 |
| 6/28 | | 8368. | | U.S. TREASURY BILL | | | |
| | | | | 7/20/2006 | | | |
| 6/28 | 487 | | 12619 | FIDELITY SPARTAN | 1 | 487.00 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 6/23 | | | | HOME DEPOT INC DIV 6/08/06 6/22/06 | DIV | | 399.30 |
| 6/28 | | | | BANK OF AMERICA DIV 6/02/06 6/23/06 | DIV | | 2,523.00 |
| 6/30 | | | | PFIZER INC DIV 5/09/06 6/30/06 | DIV | | 568.10 |
| 6/30 | | | | SPRINT NEXTEL CORP DIV 5/17/06 6/30/06 | DIV | | 80.68 |

CONTINUED ON PAGE 4

CONTINUED ON PAGE 4

6/30/06

3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN M GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/74

1-ZA391-3-0

6/30/06    4

| DATE | | | | DESCRIPTION | DIV | | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 166.19 |
| 6/30 | | 47,373 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 47,373.00 |
| 6/30 | 50,000 | 17976 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET U S TREASURY BILL DUE 7/27/2006 | 99.471 | 49,835.50 |
| 6/30 | 10,318 | 2102 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET NEW BALANCE | 1 | 10,318.00 |
| | | 25162 | | | | 335,625.26 |
| | 18,318 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | |
| | 2,675,000 | | | U S TREASURY BILL DUE 7/13/2006 | 99.846 | |
| | 2,475,000 | | | U S TREASURY BILL DUE 7/20/2006 | 99.761 | |
| | 50,000 | | | U S TREASURY BILL DUE 7/27/2006 | 99.671 | |
| | | | | 7/27/2006 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 5,200,118.75 SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







**MELVIN H. GALE**

**PHONE: ( )**
**FAX: ( )**

DATE:  July 12, 2006

Bernard L. Madoff              <u>**VIA FAX TO 212-838-4061**</u>
**ATTENTION: FRANK DI PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please wire <u>$635,000.00</u> to:

    Mellon Bank
    Pittsburg, PA
    61
    For Further Credit To:
    N/O Melvin & Leona Gale Trust

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | QTY | | account number | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|---|
| 7/13 | 3,204 | | 8704 | | HEWLETT PACKARD CO | 32-210 | 103,200.84 | |
| 7/13 | 1,780 | | 12370 | | INTERNATIONAL BUSINESS MACHS. | 76-110 | 135,475.80 | |
| 7/13 | 6,875 | | 1733 | | INTEL CORP | 18-310 | 127,219.25 | |
| 7/13 | 3,293 | | 21502 | | JOHNSON & JOHNSON | 60-740 | 200,047.75 | |
| 7/13 | 3,916 | | 25768 | | J.P. MORGAN CHASE & CO | 42-540 | 166,586.64 | |
| 7/13 | 2,314 | | | | COCA COLA CO | 42,590 | 100,173.06 | |
| 7/13 | 1,968 | | | | METLIFE INC | 42,950 | 78,888.66 | |
| 7/13 | 2,514 | | 42292 | | MERCK & CO INC | 78,950 | 100,173.06 | |
| 7/13 | | | | | U S TREASURY BILL | 78,950 | 109,561.42 | |
| 7/13 | 2,475,000 | | | | U S TREASURY BILL DUE 7/26/2006 | 99,912 | | 2,472,822.00 |
| 7/13 | 2,403 | | 42832 | | MERCK & CO DUE 7/26/2006 | 37,410 | 89,175.93 | |
| 7/13 | | 50,000 | 45187 | | U S TREASURY BILL DUE 7/26/2006 | 99,821 | | 49,910.50 |
| 7/13 | 1,157 | | 47648 | | MORGAN STANLEY | 64,320 | 74,418.24 | |
| 7/13 | 1,691 | | 46979 | | ABBOTT LABORATORIES | 43,900 | 74,234.90 | |
| 7/13 | 9,790 | | 51158 | | ALTRIA GROUP INC | 23,450 | 229,575.50 | |
| 7/13 | 2,937 | | 53141 | | MICROSOFT CORP | 24,440 | | |
| 7/13 | 1,335 | | 57511 | | AMGEN INC | 66,960 | 89,091.60 | |
| 7/13 | 1,424 | | 61777 | | AMGEN INC | 86,960 | 80,657.68 | |
| 7/13 | 1,669 | | | | AMERICAN EXPRESS COMPANY | 74,400 | 74,404.00 | |
| 7/13 | 64,890 | | | | PFIZER INC | 52,250 | | |
| 7/13 | 9,890 | | | | PFIZER INC | 24,490 | | |
| 7/13 | 5,073 | | 70309 | | BANK OF AMERICA | 49,090 | 249,033.57 | |

Total Account Number: 1-ZA301-3-0
Period Ending: 7/31/06
Page: 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES









**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

ABBOTT LABORATORIES
ALTERA GROUP INC
AMERICAN EXPRESS CO
AMERICAN INTL GROUP INC
AMGEN INC
BANK OF AMERICA
CHEVRON CORP
CISCO SYSTEMS INC
WALT DISNEY CO
GENERAL ELECTRIC CO
GOLDMAN SACHS GROUP INC
HEWLETT PACKARD CO
INTEL CORP
INTERNATIONAL BUSINESS MACHS
J.P. MORGAN CHASE & CO
JOHNSON & JOHNSON
MERCK & CO
MERRILL LYNCH & CO INC

CONTINUED ON PAGE

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEORA L GALE TSTEES UNDER TST
DTD 1/4/94

1-ZA391-3-0    7/31/06    7

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | Price | DESCRIPTION | | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 8,616 | | | MICROSOFT CORP | 24,030 | | |
| | 1,019 | | | MORGAN STANLEY | 64,500 | | |
| | 1,645 | | | PEPSICO INC | | | |
| | 7,206 | | | PFIZER INC | | | |
| | 3,212 | | | PROCTER & GAMBLE CO | 56,200 | | |
| | 1,175 | | | SCHLUMBERGER LTD | | | |
| | 3,462 | | | U S TREASURY MONEY MARKET | | | |
| | 4,230 | | | TIME WARNER INC | 16,500 | | |
| | 1,097 | | | UNITED PARCEL SVC INC CLASS B | 48,910 | | |
| | 150,000 | | | U S TREASURY BILL DUE 11/30/2006 | 98,325 | | |
| | 2,898 | | | WAL MART STORES INC | | | |
| | 2,428 | | | WELLS FARGO & CO NEW | 72,340 | | |
| | 1,645 | | | | | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YEAR-TO-DATE SUMMARY
GROSS PROCEEDS FROM SALES

1-ZA391-3-0      7/31/06      8

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

376,866.28
30,914,039.74

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**MELVIN H. GALE**



PHONE: (▮▮▮) ▮▮▮▮▮

FAX: (▮▮▮) ▮▮▮▮▮

DATE: December 14, 2006

Bernard L. Madoff                    <u>VIA FAX TO 212-838-4061</u>
ATTENTION: FRANK DI PASCALI
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please wire <u>$500,000.00 to:</u>

> Mellon Bank
> 500 Ross Street
> Pittsburg, PA
> ▮▮▮▮▮▮
>
> For Further Credit To ▮▮▮▮▮▮
> N/O Melvin & Leona Gale Trust

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale



## MELVIN H. GALE

PHONE: (███) ███████
FAX: (███) ████████

DATE: December 26, 2006

Bernard L. Madoff                                **VIA FAX TO 212-838-4061**
ATTENTION: FRANK Di PASCALI
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H. Gale & Leona Gale Trust dated 12/4/94),
please send your check in the amount of **$300,000.00 to:**

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale