**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (0) 7493 6222

MELVIN H GALE
C LEONA GALE TSTEES UNDER TST
DTD 1/6/94

**YOUR ACCOUNT NUMBER:** 1-ZA391-3-0
**PERIOD ENDING:** 12/31/06
**PAGE:** 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 201,035.16 | |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 568.00 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 918.40 |
| 12/05 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 1,728.00 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 1,123.20 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 1,868.80 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/13/06 12/11/06 | DIV | | 456.00 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/09/06 | DIV | | 254.40 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 1,080.00 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 450.00 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 868.00 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 422.40 |
| 12/15 | | | | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 620.00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222

**MELVIN H GALE**
**& LENA GALE TSTEES UNDER TST**
**DTD 1/4/94**

| YOUR ACCOUNT NUMBER | PERIOD | PAGE |
|---|---|---|
| 1-ZA391-3-0 | 12/31/06 | 2 |

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | TIME WARNER INC DIV | DIV | | 220.00 |
| 12/15 | | | | WACHOVIA CORP NEW DIV 11/30/06 12/15/06 | | | 1,075.20 |
| 12/19 | | | | CHECK WIRE | CW | | 150,000.00 |
| 12/20 | | | | CHECK WIRE | CA | 500,000.00 | |
| 12/20 | | 3,120 | 111% | PROCTER & GAMBLE CO | 64.120 | | 199,930.40 |
| 12/21 | | 4,800 | 3344 | CITI GROUP INC | 54.580 | | 266,155.40 |
| 12/21 | | 1,120 | 5344 | SCHLUMBERGER LTD | 67 | | 74,996.00 |
| 12/21 | | 2,000 | 7614 | COMCAST CORP CL A | 43.160 | | 86,200.00 |
| 12/21 | | 3,840 | 9614 | AT&T INC | 35.810 | | 137,357.40 |
| 12/21 | | 6,000 | 11864 | CISCO SYSTEMS INC | 27.730 | | 160,355.40 |
| 12/21 | | 4,000 | 13864 | TIME WARNER INC | 21.110 | | 86,680.00 |
| 12/21 | | 2,160 | 14116 | CHEVRON CORP | 75.110 | | 162,151.60 |
| 12/21 | | 1,640 | 18114 | UNITED PARCEL SVC INC CLASS B | 76.630 | | 79,654.20 |
| 12/21 | | 10,160 | 20364 | GENERAL ELECTRIC CO | 37.630 | | 361,914.80 |
| 12/21 | | 960 | 22304 | UNITED TECHNOLOGIES CORP | 62.410 | | 59,875.60 |
| 12/21 | | 400 | 24614 | GOLDMAN SACHS GROUP INC | 201.700 | | 80,664.00 |
| 12/21 | | 1,920 | 26564 | WACHOVIA CORP NEW | 57.430 | | 110,189.60 |
| 12/21 | | 2,000 | 28864 | HOME DEPOT INC | 40.080 | | 80,060.00 |
| 12/21 | | 3,240 | 30794 | WELLS FARGO & CO NEW | 35.790 | | 117,129.00 |
| 12/21 | | 3,720 | 31114 | HEWLETT PACKARD CO | 44.020 | | 108,746.40 |
| 12/21 | | 2,400 | 35046 | WAL-MART STORES INC | 46.640 | | 111,840.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 748 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/74

| YOUR ACCOUNT NUMBER | 1-ZA391-3-0 |
|---|---|
| PERIOD ENDING | 12/31/06 |
| PAGE | 3 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 1,520 | 37364 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 145,556.00 |
| 12/21 | | 5,840 | 39296 | EXXON MOBIL CORP | 76.800 | | 448,623.00 |
| 12/21 | | 5,480 | 43164 | INTEL CORP | 21.700 | | 119,421.40 |
| 12/21 | | 2,980 | 45644 | JOHNSON & JOHNSON | 66.780 | | 192,211.40 |
| 12/21 | | 3,360 | 50113 | J•P• MORGAN CHASE & CO | 48.410 | | 162,523.60 |
| 12/21 | | 2,000 | 54363 | COCA COLA CO | 48.990 | | 97,900.00 |
| 12/21 | | 880 | 58613 | MERRILL LYNCH & CO INC | 91.960 | | 80,889.80 |
| 12/21 | | 2,080 | 62863 | ALTRIA GROUP INC | 85.910 | | 178,609.80 |
| 12/21 | | 2,160 | 67113 | MERCK & CO | 44 | | 94,954.00 |
| 12/21 | | 1,040 | 71363 | MORGAN STANLEY | 80.620 | | 83,803.50 |
| 12/21 | | 8,480 | 75613 | MICROSOFT CORP | 30.110 | | 254,993.80 |
| 12/21 | | 1,520 | 83139 | ABBOTT LABORATORIES | 48.170 | | 73,159.40 |
| 12/21 | | 2,560 | 86403 | AMERICAN INTL GROUP INC | 72.790 | | 186,240.40 |
| 12/21 | | 4,000 | 89363 | ORACLE CORPORATION | 18.050 | | 72,040.00 |
| 12/21 | | 1,120 | 90653 | AMGEN INC | 70.630 | | 79,061.60 |
| 12/21 | | 1,640 | 92613 | PEPSICO INC | 63.210 | | 101,072.00 |
| 12/21 | | 1,200 | 94868 | AMERICAN EXPRESS COMPANY | 62.270 | | 74,676.00 |
| 12/21 | | 7,200 | 96863 | PFIZER INC | 25.870 | | 185,976.00 |
| 12/21 | | 4,480 | 99113 | BANK OF AMERICA | 53.690 | | 240,352.20 |
| 12/22 | | | 43604 | U S TREASURY BILL | 99.063 | | |
| | | | | DUE 3/01/2007 | | | |
| | 4,800,000 | | | 3/01/2007 | | 4,755,024.00 | |
| | | 47925 | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 10,335 | | | BANK OF AMERICA | DIV | 10,335.00 | |
| | | | | DIV 12/01/06 12/22/06 | | | |
| | | | | | | | 2,508.80 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222

MELVIN H GALE
& LENORE GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

1-ZA391-3-0

12/31/06    4

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TR# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/27 | | | | CHECK | CW | 360,000.00 | |
| 12/29 | | | | FIDELITY SPARTAN | DIV | | 110.58 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 12/29/06 | | | |
| 12/29 | | | | TRANS FROM 40 ACCT | | | |
| 12/29 | 2,325,000 | | 3888 | U S TREASURY BILL | JRNL | | 132,556.00 |
| | | | | DUE 4/05/2007 | 98.682 | | |
| | | | | 4/05/2007 | | 2,294,356.50 | |
| 12/29 | 44,507 | | 8575 | FIDELITY SPARTAN | 1 | | 37,321.00 |
| | | | | U S TREASURY MONEY MARKET | | 44,507.00 | |
| 12/29 | | 37,321 | 85239 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 90527 | | U S TREASURY BILL | 99.164 | 37,321.00 | |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| 12/29 | 2,325,000 | 4,925,000 | 99416 | U S TREASURY BILL | 98.780 | 2,296,635.00 | 4,883,925.50 |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | NEW BALANCE | | | -.22 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 44,507 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 2,325,000 | | | U S TREASURY BILL | 98.780 | | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 5



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,325,000 | | | U S TREASURY BILL DUE 4/5/2007    4/05/2007 | 98.682 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 4,635,498.50   SHORT | | | |

YOUR ACCOUNT NUMBER  1-ZA391-3-0
PERIOD ENDING  12/31/06
PAGE  5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
C LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

1-ZA391-3-0

12/31/06          6

96,590.82
50,772,740.44

PLEASE RETURN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel (0) ... 622

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-4-0

12/31/96    Page 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/18 | | | 64423 | BALANCE FORWARD | | | 201,035.00 |
| 12/18 | 80 | | 68861 | S & P 100 INDEX | 6.600 | | 52,720.00 |
| 12/18 | | 80 | 73299 | JANUARY 660 CALL | 2.700 | 21,680.00 | |
| 12/18 | 80 | | 77737 | S & P 100 INDEX | .5 | 40,080.00 | |
| 12/18 | | 80 | 79863 | DECEMBER 655 CALL | .300 | | 2,320.00 |
| 12/21 | | | 84113 | S & P 100 INDEX | | | |
| 12/21 | | 80 | | JANUARY 650 PUT | 10.500 | 84,080.00 | |
| 12/21 | | | | S & P 100 INDEX | | | |
| 12/21 | | 80 | | DECEMBER 645 PUT | 2.800 | | 22,370.00 |
| 12/29 | | | | JANUARY 660 CALL | | | |
| | | | | S & P 100 INDEX | | | |
| | | | | JANUARY 690 PUT | | | |
| | | | | TRANS TO 30 ACCT | JRNL | 132,556.00 | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**MELVIN H. GALE**

PHONE: ( )
FAX: ( )

DATE: June 14, 2007

Bernard L. Madoff                    <u>VIA FAX TO 212-838-4061</u>
**ATTENTION: FRANK Di PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of <u>$100,000.00.</u>

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

845 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 3/4/94

Your Account Number: 1-ZA391-3-0

Period Ending: 6/30/07   Page: 2

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/15 | 125,000 | | 99607 | U S TREASURY BILL DUE 9/13/2007 | 98.865 | 123,581.25 | |
| 6/15 | | | | U S TREASURY BILL 9/13/2007 | DIV | | 1.18 |
| 6/15 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | |
| 6/15 | | | | U S TREASURY MONEY MARKET | DIV 06/15/07 | | |
| 6/15 | | | | AMERICAN INTL GROUP INC DIV 6/01/07 6/15/07 | DIV | | 517.20 |
| 6/15 | | | | WACHOVIA CORP NEW DIV 5/31/07 6/15/07 | DIV | | 1,276.80 |
| 6/15 | 16,122 | | 3956 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,122.00 | |
| 6/15 | | 625 | 99636 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 625.00 |
| 6/19 | | | | CHECK | CK | 100,000.00 | |
| 6/21 | | | | MONEY DEPOT INC 6/21/07 | DIV | | 595.75 |
| 6/22 | | | | BANK OF AMERICA DIV 6/07/07 6/22/07 | DIV | | 3,032.40 |
| 6/26 | | 3,620 | 1761 | JOHNSON & JOHNSON | 62.100 | | 218,146.00 |
| 6/26 | | 4,180 | 6037 | J.P. MORGAN CHASE & CO | 49.700 | | 207,579.00 |
| 6/26 | | 2,375 | 1031A | COCA COLA CO | 52.030 | | 123,618.75 |
| 6/26 | | 1,445 | 14542 | MERRILL LYNCH & CO INC | 85.000 | | 71,961.00 |
| 6/26 | | 2,170 | 18554 | AETNA GROUP INC | 68.700 | | 149,091.00 |
| 6/26 | | 2,565 | 2311 | MERCK & CO | 49.430 | | 126,685.95 |
|  |  |  |  | CONTINUED ON PAGE 3 |  |  |  |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

1-ZA391-3-0

PERIOD ENDING 6/30/07    Page 4

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/26 | | 3,230 | 88929 | HEWLETT PACKARD CO | 45.630 | | 144,609.90 |
| 6/26 | | 1,805 | 93206 | INTERNATIONAL BUSINESS MACHS | 106.630 | | 192,395.15 |
| 6/24 | | 6,935 | 97465 | INTEL CORP | 24.210 | | 187,619.35 |
| 6/26 | 6,950,000 | | 89102 | U S TREASURY BILL DUE 8/9/2007 | 99.461 | 6,915,773.50 | |
| 6/26 | 4,915 | | 93381 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,915.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 29.83 |
| 6/29 | | | 3006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 6/06/07 TBC PPS 1500 INC | DIV | | 748.13 |
| 6/29 | 40,134 | | 7666 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,134.00 | |
| 6/29 | 40,134 | 40,134 | 12963 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 40,134.00 | 40,134.00 |
| 6/29 | | 21,037 | 98140 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,037.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | 21,444.12 | 21,037.00 |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 3/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 49,020.17 |
| | | | | | | | 23,838,778.65 |

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 6/30/07
PAGE: 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELVIN N GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

1-ZA391-4-0     6/30/07     1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 48,615.00 |
| 6/15 | 95 | | 72990 | S & P 100 INDEX | 84.400 | | |
| 6/15 | | 95 | 78054 | S & P 100 CALL | 2.600 | 23,895.00 | 24,695.00 |
| 6/19 | 95 | | 82518 | S & P 100 INDEX | | | |
| | | | | JUNE 695 PUT | | | |
| 6/15 | | 95 | 84982 | S & P 100 INDEX | 8.800 | | 83,505.00 |
| | | | | JULY 695 PUT | | | |
| 6/26 | 95 | | 39542 | S & P 100 CALL | | 83,075.00 | |
| 6/26 | | 95 | | S & P 100 INDEX | | 79,205.00 | 79,205.00 |
| 6/26 | 95 | | 40219 | JULY 700 PUT | 9.200 | 87,495.00 | |
| | | | | S & P 100 INDEX | | | |
| | | | | JULY 700 CALL | | | |
| | | | | NEW BALANCE | | | 214,445.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# MELVIN H. GALE



**PHONE: ( ▮▮ ) ▮▮▮▮▮**
**FAX: ( ▮▮ ) ▮▮▮▮▮**

**DATE: August 21, 2007**

**Bernard L. Madoff**                    **VIA FAX TO 212-838-4061**
**ATTENTION: FRANK Di PASCALI**
**885 Third Avenue**
**New York, NY 10022**

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94), please send me your check in the amount of **$100,000.00.**

Thank you for your prompt attention.

Sincerely,


Melvin H. Gale



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
□ New York  □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 23,444.69 | |
| 8/23 | | | | CHECK | CK | | |
| 8/23 | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 08/23/07 | DIV | | 22.08 |
| 8/23 | | 7,786 | T0246 | FIDELITY SPARTAN | 1 | | 7,786.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/23 | | 100,000 | T0264 | U S TREASURY BILL | 98.843 | | 98,843.00 |
| | | | | DUE 12/13/2007 | | | |
| | | | | 12/13/2007 | | | |
| 8/23 | 6,651 | | T0300 | FIDELITY SPARTAN | 1 | 6,651.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,651 | | | FIDELITY SPARTAN | 1 | 6,651.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,525,000 | | | U S TREASURY BILL | 98.833 | 21,444.61 | |
| | | | | DUE 12/13/2007 | | | |
| | | | | 12/13/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 100,000.00 | |
| | 6,455,504.25 | | | SHORT | | | |

THIS ACCOUNT NUMBER
1-ZA391-3-0

PERIOD ENDING
8/31/07

PAGE
1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES







**MELVIN H. GALE**

PHONE: (████)  ████████
FAX: (████)  ████████

DATE:  September 6, 2007

Bernard L. Madoff                    <u>VIA FAX TO 212-838-4061</u>
**ATTENTION: FRANK Di PASCALI**
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of <u>$150,000.00.</u>

Thank you for your prompt attention.

Sincerely,


Melvin H. Gale



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☒ MADF  New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
THIS PERIOD: 9/30/07
PAGE: 1

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | CM DIV | 21,444.61 | |
| 9/07 | | | | CHECK | | 150,000.00 | |
| 9/07 | | | 72343 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/07/07 | 1 | | 10.73 |
| 9/07 | 5,061 | | 72372 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 98.933 | 5,061.00 | |
| 9/07 | | 6,651 | 72401 | U S TREASURY BILL DUE 12/13/2007 | 12/13/2007 | | 6,651.00 |
| | | 150,000 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 140,399.50 |
| 9/18 | 1,012 | | 8613 | APPLE INC | 136.900 | 136,582.80 | |
| 9/18 | 4,600 | | 12344 | ORACLE CORPORATION | 28.400 | 94,024.00 | |
| 9/18 | 1,740 | | 12924 | AMMOTT LABORATORIES | 52.160 | 91,164.68 | |
| 9/18 | 1,840 | | 16442 | PEPSICO INC | 69.700 | 120,321.00 | |
| 9/18 | 2,944 | | 17240 | AMERICAN INTL GROUP INC | 64.710 | 190,623.24 | |
| 9/18 | 8,096 | | 20776 | PFIZER INC | 24.170 | 196,803.32 | |
| 9/18 | 920 | | 21594 | BOEING CO | 98.410 | 90,573.20 | |
| 9/18 | 3,588 | | 25090 | PROCTER & GAMBLE CO | 67.200 | 241,256.60 | |
| 9/18 | 5,060 | | 25068 | BANK OF AMERICA | 49.700 | 251,684.00 | |
| 9/18 | 1,380 | | 29404 | SCHLUMBERGER LTD | 94.580 | 131,475.40 | |
| 9/18 | 5,704 | | 30182 | CITI GROUP INC | 45.900 | 262,497.92 | |
| 9/18 | 7,084 | | 33718 | AT&T INC | 40.070 | 284,138.88 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

TAX ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 9/30/07
PAGE: 2

| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/18 | 3,588 | | 34496 | COMCAST CORP CL A | 25.210 | 90,596.48 | |
| 9/18 | 1,196 | | 36032 | UNITED PARCEL SVC INC CLASS B | 74.190 | 88,778.24 | |
| 9/18 | 1,840 | | 38810 | CONOCOPHILLIPS | 85. | 156,473.00 | |
| 9/18 | 7,084 | | 42346 | UNITED TECHNOLOGIES CORP | 74.810 | 32,634.24 | |
| 9/18 | 3,312 | | 43124 | CISCO SYSTEMS INC | 31.640 | 284,420.76 | |
| 9/18 | 2,484 | | 44660 | VERIZON COMMUNICATIONS | 42.130 | 139,666.96 | |
| 9/18 | 2,208 | | 47638 | CHEVRON CORP | 89.650 | 222,789.60 | |
| 9/18 | 11,684 | | 50974 | WACHOVIA CORP NEW | 49.300 | 105,942.40 | |
| 9/18 | 3,864 | | 51752 | GENERAL ELECTRIC CO | 49.810 | 104,963.84 | |
| 9/18 | 276 | | 55288 | WELLS FARGO & CO NEW | 35.700 | 9,843.84 | |
| 9/18 | 2,760 | | 56066 | GOOGLE | 523.600 | 144,524.60 | |
| 9/18 | 460 | | 59602 | WAL-MART STORES INC | 62.840 | 130,060.80 | |
| 9/18 | 6,440 | | 60380 | GOLDMAN SACHS GROUP INC | 183.820 | 569,495.80 | |
| 9/18 | 3,128 | | 63916 | EXXON MOBIL CORP | 81.770 | 84,575.20 | |
| 9/18 | 1,564 | | 64694 | HEWLETT PACKARD CO | 48.470 | 151,739.16 | |
| 9/18 | 6,808 | | 69008 | INTERNATIONAL BUSINESS MACHS | 116. | 181,486.00 | |
| 9/18 | 3,312 | | 73322 | INTEL CORP | 25.310 | 172,982.48 | |
| 9/18 | 3,956 | | 77636 | JOHNSON & JOHNSON | 62.640 | 207,595.68 | |
| 9/18 | 2,300 | | 81949 | J.P. MORGAN CHASE & CO | 44.420 | 175,883.52 | |
| 9/18 | 2,484 | | 96263 | COCA COLA CO | 55.710 | 128,762.00 | |
| 9/18 | 2,484 | | 90577 | ALTRIA GROUP INC | 67.090 | 166,750.56 | |
| 9/18 | 2,484 | | 94891 | MERCK & CO | 49.820 | 123,851.88 | |
| 9/18 | 9,660 | | 99205 | MICROSOFT CORP | 29.010 | 280,622.60 | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| TAX ACCOUNT NUMBER | | |
| --- | --- | --- |
| 1-ZA391-3-0 | 9/30/07 | 3 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9/18 | | 6,375,000 | 68264 | U S TREASURY BILL DUE 12/13/2007 | 99.070 | | 6,315,712.50 |
| 9/18 | 24,366 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/18/07 | DIV | | |
| 9/18 | | 5,061 | 74103 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,061.00 |
| 9/26 | | | 78554 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,366.00 | |
| 9/26 | | 2,484 | 2086 | MERCK & CO | 51.880 | | 128,770.92 |
| 9/26 | | 9,060 | 6400 | MICROSOFT CORP | 28.670 | | 276,566.20 |
| 9/26 | | 4,600 | 15028 | ORACLE CORPORATION | 21.650 | | 99,406.00 |
| 9/26 | | 1,012 | 15807 | APPLE INC | 141.530 | | 143,188.36 |
| 9/26 | | 1,840 | 19362 | PEPSICO INC | 71.680 | | 131,818.20 |
| 9/26 | | 1,748 | 20121 | ABBOTT LABORATORIES | 54.220 | | 94,787.56 |
| 9/26 | | 8,096 | 23656 | PFIZER INC | 24.770 | | 200,218.92 |
| 9/26 | | 2,944 | 24436 | AMERICAN INTL GROUP INC | 67.830 | | 199,574.52 |
| 9/26 | | 3,588 | 27970 | PROCTER & GAMBLE CO | 69.760 | | 250,084.12 |
| 9/26 | | 920 | 28748 | BOEING CO | 102.350 | | 94,126.00 |
| 9/26 | | 1,380 | 32204 | SCHLUMBERGER LTD | 108.400 | | 149,592.00 |
| 9/26 | | 5,060 | 33062 | BANK OF AMERICA | 51.260 | | 259,375.60 |
| 9/26 | | 7,084 | 36598 | ATET INC | 42.620 | | 301,637.08 |
| 9/26 | | 5,704 | 37376 | CITI GROUP INC | 47.630 | | 271,693.52 |
| 9/26 | | 1,196 | 40912 | UNITED PARCEL SVC INC CLASS B | 76.100 | | 90,968.60 |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | 3,588 | 41690 | COMCAST CORP | 23.880 | | 87,735.04 |
| 9/26 | | 1,104 | 45226 | CL A | 79.510 | | 164,662.20 |
| 9/26 | | 1,540 | 46004 | UNITED TECHNOLOGIES CORP | 89.530 | | 146,887.68 |
| 9/26 | | 3,312 | 49540 | CONOCOPHILLIPS | 44.390 | | 229,734.48 |
| 9/26 | | 7,086 | 50318 | VERIZON COMMUNICATIONS | 32.470 | | 113,644.80 |
| 9/26 | | 2,208 | 53854 | CISCO SYSTEMS INC | 51.600 | | 294,079.72 |
| 9/26 | | 3,084 | 54632 | MACHOVIA CORP NEW | 95.080 | | 142,118.48 |
| 9/26 | | 3,864 | 58168 | CHEVRON CORP | 36.820 | | 486,405.28 |
| 9/26 | | 11,604 | 59046 | WELLS FARGO CO NEW | 41.670 | | 123,899.60 |
| 9/26 | | 2,700 | 62482 | GENERAL ELECTRIC CO | 44.460 | | 155,776.20 |
| 9/26 | | 276 | 63260 | WAL-MART STORES INC | 557.200 | | 600,401.80 |
| 9/26 | | 6,640 | 64796 | GOOGLE | 93.270 | | 94,999.60 |
| 9/26 | | 460 | 67574 | EXXON MOBIL CORP | 206.560 | | 158,089.24 |
| 9/26 | | 3,128 | 71800 | GOLDMAN SACHS GROUP INC | 50.580 | | 184,393.60 |
| 9/26 | | 1,564 | 76202 | HEWLETT PACKARD CO | 117.900 | | 176,736.00 |
| 9/26 | | 6,808 | 80516 | INTEL CORP | 26 | | 216,274.08 |
| 9/26 | | 3,312 | 84830 | INTERNATIONAL BUSINESS MACHS | 65.330 | | 187,475.08 |
| 9/26 | | 3,796 | 89143 | JOHNSON & JOHNSON | 47.490 | | 190,318.00 |
| 9/26 | | 2,900 | 93457 | J.P. MORGAN CHASE & CO | 44.700 | | 172,315.44 |
| 9/26 | | 2,484 | 97771 | COCA COLA CO | 69.410 | | 21.26 |
| | | | | ALTRIA GROUP INC | DIV | | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/26 | | 24,346 | 73332 | DIV 09/26/07 | 1 | | 24,346.00 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

CONTINUED ON PAGE 5

1-ZA391-3-0

9/30/07

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

PERIOD ENDING: 9/30/07

PAGE: 5

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | 6,500,000 | | 77868 | U S TREASURY BILL DUE 1/17/2008 | 98.823 | 6,423,695.00 | |
| 9/26 | 8,221 | | 83062 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 8,221 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,221.00 | |
| | 6,500,000 | | | U S TREASURY BILL DUE 1/17/2008 | 98.844 | | 121,431.00 |

NEW BALANCE

SECURITY POSITIONS
FIDELITY SPARTAN U S TREASURY MONEY MARKET   MKT PRICE 1
U S TREASURY BILL DUE 1/17/2008

MARKET VALUE OF SECURITIES LONG   6,433,081.00

MARKET VALUE OF SECURITIES SHORT

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 2/4/94

1-ZA391-3-0

9/30/07    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT Received or as Long | SOLD Delivered or as Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---------------------------|----------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 48,491.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 43,450,494.26 |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-4-0
PERIOD ENDING: 9/30/07

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 21,445.00 |
| 9/18 | | 92 | 3520 | S & P 100 INDEX | 9.200 | | 84,548.00 |
| 9/18 | 92 | | 7834 | SEPTEMBER 695 CALL | 5.700 | 52,532.00 | |
| 9/26 | 92 | | 10714 | S & P 100 INDEX | | 174,092.00 | |
| | | | | SEPTEMBER 695 PUT | | | |
| | | | | S & P 100 INDEX | 19 | | |
| | | | | SEPTEMBER 695 CALL | DELV | | |
| 9/26 | | 92 | | S & P 100 INDEX | | 121,431.00 | |
| | | | | SEPTEMBER 695 PUT | | | |
| | | | | EXPIRED WORTHLESS | | | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MELVIN H. GALE**



**PHONE: ( )**
**FAX: ( )**

DATE: December 18, 2007

**Bernard L. Madoff**           **VIA FAX TO 212-838-4061**
**ATTENTION: FRANK Di PASCALI**
**885 Third Avenue**
**New York, NY 10022**

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust dated 12/4/94),
please send me your check in the amount of $200,000.00.

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVYN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/96

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING 12/31/07
PAGE 1

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 123,901.97 |
| 12/10 | | | | CHEVRON CORP | DIV | | 1,562.80 |
| 12/10 | | | | DTY 12/10/07 12/10/07 | DIV | | 395.20 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP | DIV | | 1,458.73 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/13 | | | | JOHNSON & JOHNSON | DIV | | 1,086.80 |
| | | | | DIV 11/27/07 12/11/07 | | | |
| | | | | MICROSOFT CORP | DIV | | 807.50 |
| 12/17 | | | | DIV 11/19/07 12/13/07 | | | |
| 12/17 | | | | CDC4 COM/DI CO | DIV | | |
| | | | | DTY 12/05/07 12/25/07 | | | |
| | | | | WACHOVIA CORP | DIV | | 1,459.20 |
| | | | | NEW | | | |
| | | | | DIV 11/30/07 12/17/07 | | | |
| 12/21 | | 8,360 | 2332 | PFIZER INC | 23.660 | | 192,280.60 |
| 12/21 | | 3,135 | 3876 | AMERICAN INTL GROUP INC | 55.900 | | 175,121.90 |
| 12/21 | | 3,800 | 6825 | PROCTER & GAMBLE CO | 73.300 | | 278,388.00 |
| 12/21 | | 950 | 8121 | BOEING CO | 87.310 | | 82,906.50 |
| 12/21 | | 1,520 | 11118 | SCHLUMBERGER LTD | 91.270 | | 138,670.40 |
| 12/21 | | 5,415 | 12402 | BANK OF AMERICA | 42 | | 227,384.20 |
| 12/21 | | 7,410 | 15411 | AT&T INC | 40.920 | | 302,971.20 |
| 12/21 | | 5,090 | 16455 | CITIGROUP INC | 31.250 | | 158,827.50 |
| 12/21 | | 1,235 | 1672 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 89,196.75 |
| 12/21 | | 1,995 | 20988 | CONOCOPHILLIPS | 83.280 | | 166,064.60 |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

Tax Account Number: 1-ZA391-3-0

Period Ending: 12/31/07    Page: 2

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 1,235 | 23883 | UNITED TECHNOLOGIES CORP | 75.830 | | 93,601.05 |
| 12/21 | | 7,315 | 25241 | CISCO SYSTEMS INC | 27.800 | | 203,065.00 |
| 12/21 | | 3,515 | 28160 | VERIZON COMMUNICATIONS | 43.450 | | 152,586.75 |
| 12/21 | | 2,660 | 29574 | CHEVRON CORP | 90.600 | | 240,890.00 |
| 12/21 | | 2,280 | 32442 | WACHOVIA CORP NEW | 39.740 | | 90,516.20 |
| 12/21 | | 12,455 | 33847 | GENERAL ELECTRIC CO | 36.600 | | 455,821.05 |
| 12/21 | | 3,970 | 34751 | WELLS FARGO & CO NEW | 30.400 | | 120,680.00 |
| 12/21 | | 205 | 36560 | GOOGLE | 690.440 | | 141,540.20 |
| 12/21 | | 2,945 | 41028 | WAL-MART STORES INC | 48.220 | | 142,209.90 |
| 12/21 | | 475 | 42453 | GOLDMAN SACHS GROUP INC | 209.020 | | 99,351.00 |
| 12/21 | | 6,740 | 45321 | EXXON MOBIL CORP | 89.900 | | 606,106.50 |
| 12/21 | | 9,135 | 46746 | HEWLETT PACKARD CO | 51.190 | | 467,543.75 |
| 12/21 | | 1,615 | 51039 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 168,749.10 |
| 12/21 | | 7,030 | 55331 | INTEL CORP | 25.900 | | 181,796.00 |
| 12/21 | | 3,935 | 59425 | JOHNSON & JOHNSON | 67.600 | | 261,474.00 |
| 12/21 | | 4,005 | 63917 | J.P. MORGAN CHASE & CO | 47.570 | | 181,593.45 |
| 12/21 | | 3,935 | 68210 | COCA COLA CO | 62.500 | | 146,532.50 |
| 12/21 | | 2,375 | 72500 | ALTRIA GROUP INC | 76.070 | | 195,017.55 |
| 12/21 | | 2,565 | 76796 | MERCK & CO | 59.920 | | 199,307.80 |
| 12/21 | | 7,080 | 81097 | MICROSOFT CORP | 34.460 | | 340,064.80 |
| 12/21 | | 2,640 | 93947 | ORACLE CORPORATION | 21.040 | | |
| 12/21 | | 4,750 | 95290 | APPLE INC | 186. | | 99,750.00 |
| 12/21 | | 1,045 | 98234 | PEPSICO INC | 77.530 | | 194,329.00 |
| 12/21 | | 1,995 | 99583 | ABBOTT LABORATORIES | 57.100 | | 194,593.35 |
| 12/21 | | 1,900 | 50719 | U S TREASURY BILL | 99.124 | | 108,416.00 |
| | 6,375,000 | | | DUE 4/10/2008 | | 6,319,155.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

PERIOD ENDING: 12/31/07

PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | CHECK | | 200,000.00 | |
| 12/21 | | | | AMERICAN INTL GROUP INC | CN | | 627.00 |
| 12/21 | | | | DIV 12/07/07 12/21/07 | DIV | | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/21 | 23,092 | | 55003 | BANK OF AMERICA | 1 | 23,092.00 | |
| | | | | DIV 11/09/07 12/28/07 | DIV | | 3,465.60 |
| 12/28 | | | | FIDELITY SPARTAN | DIV | | 222.33 |
| 12/31 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 12/31/07 | | | |
| | | | | TRANS TO '48 ACCT | | | |
| 12/31 | | 60566 | | U S TREASURY MONEY MARKET | | | |
| 12/31 | | 72,676 | 66984 | FIDELITY SPARTAN | MUNL | 143,191.00 | 72,676.00 |
| 12/31 | | 6,375,000 | | U S TREASURY BILL | 99.133 | | 6,319,728.75 |
| 12/31 | 6,450,000 | | 74518 | DUE 4/10/2008 | 99.149 | 6,395,110.50 | |
| | | | | U S TREASURY BILL | 1 | | |
| | | | | DUE 04/03/2008 4/03/2008 | | | |
| 12/31 | 8,360 | | 79132 | FIDELITY SPARTAN | 1 | 8,360.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | |
| 12/31 | 8,360 | | | SECURITY POSITIONS | MKT PRICE | | .38 |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE    4 | | | |





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/74

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

FIRM ACCOUNT NUMBER
1-ZA391-3-0

12/31/07

PAGE
5

AMOUNT CREDITED TO YOUR ACCOUNT
62,879.03
62,793,815.01

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 099-503 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 123,901.00 | |
| 12/21 | 95 | | 85382 | S & P 100 INDEX DECEMBER 665 CALL | 5.900 | 56,145.00 | |
| 12/21 | | 95 | 89675 | S & P 100 INDEX DECEMBER 675 PUT | 4.100 | | 38,855.00 |
| 12/31 | | | | TRANS FROM 3N ACCT | JRNL | | |
| | | | | NEW BALANCE | | | 141,191.00 |

Account number: 1-ZA391-4-0
12/31/07
Page 1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MELVIN H. GALE**

━━━━━━━━━━━━

PHONE: (███) ████
FAX: (███) ████

DATE: April 7, 2008

Bernard L. Madoff                    VIA FAX TO 212-838-4061
ATTENTION: FRANK Di PASCALI
885 Third Avenue
New York, NY 10022

Dear Frank,

From my account #1ZA391-3-0 (Melvin H.Gale & Leona Gale Trust),
please wire $500,000.00 to:

    Mellon Bank
    Pittsburg, PA
    ABA #043000261
    ████████████
    N/O Melvin & Leona Gale Trust

Thank you for your prompt attention.

Sincerely,

Melvin H. Gale



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

MELVIN H GALE
& LENNA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0
PERIOD ENDING: 4/30/00
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 4/04 | 1,272 | | 267 | UNITED TECHNOLOGIES CORP | 69.570 | 89,543.64 | |
| 4/04 | 2,544 | | 1482 | THE WALT DISNEY CO | 31.770 | 80,923.08 | |
| 4/04 | 5,816 | | 4562 | VERIZON COMMUNICATIONS | 47.090 | 141,647.44 | |
| 4/04 | 13,356 | | 5777 | GENERAL ELECTRIC CO | 37.470 | 500,983.32 | |
| 4/04 | 4,260 | | 8957 | WELLS FARGO & CO NEW | 30.220 | 128,901.00 | |
| 4/04 | 318 | | 10072 | GOOGLE | 142.120 | 142,126.29 | |
| 4/04 | 3,180 | | 13152 | WAL-MART STORES INC | 52.970 | 168,571.60 | |
| 4/04 | 530 | | 13467 | GOLDMAN SACHS GROUP INC | 170.320 | 90,285.60 | |
| 4/04 | 7,200 | | 14447 | EXXON MOBIL CORP | 84.530 | 609,380.24 | |
| 4/04 | 9,206 | | 18442 | HEWLETT PACKARD CO | 44.270 | 407,874.62 | |
| 4/04 | 1,990 | | 25957 | INTERNATIONAL BUSINESS MACHS | 115.620 | 230,078.90 | |
| 4/04 | 1,738 | | 27232 | INTEL CORP | 21.470 | 37,314.86 | |
| 4/04 | 4,344 | | 31567 | JOHNSON & JOHNSON | 64.820 | 281,795.60 | |
| 4/04 | 3,816 | | 35841 | J.P. MORGAN CHASE & CO | 44.930 | 171,505.12 | |
| 4/04 | | | 40136 | COCA COLA CO | 61.120 | 195,438.78 | |
| 4/04 | 2,650 | | 44331 | MCDONALDS CORP | 56.140 | 162,074.00 | |
| 4/04 | 1,590 | | 48726 | MERCK & CO | 38.310 | 89,325.60 | |
| 4/04 | 2,862 | | 53021 | MICROSOFT CORP | 28.780 | 109,797.22 | |
| 4/04 | 10,796 | | 62827 | APPLE INC | 105.080 | 301,647.44 | |
| 4/04 | 1,166 | | 65906 | ORACLE CORPORATION | 17.870 | 174,146.60 | |
| 4/04 | 9,300 | | 69218 | ABBOTT LABORATORIES | 54.910 | 105,523.00 | |
| 4/04 | 2,828 | | 70281 | PEPSICO INC | 71.360 | 116,493.20 | |
| 4/04 | 2,226 | | 71416 | AMERICAN INTL GROUP INC | 44.860 | 147,540.96 | |
| 4/04 | 3,286 | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

.76

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
C LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

PERIOD ENDING: 4/30/06

PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 4/04 | 9,116 | | 74496 | PFIZER INC | 26.730 | 191,161.68 | |
| 4/04 | 5,724 | | 75711 | BANK OF AMERICA | 39.460 | 226,097.04 | |
| 4/04 | 4,194 | | 78791 | PROCTER & GAMBLE CO | 68.900 | 289,131.60 | |
| 4/04 | 6,678 | | 80006 | CITI GROUP INC | 22.650 | 151,923.70 | |
| 4/04 | 2,662 | | 83006 | PHILLIP MORRIS INTERNATIONAL | 50.530 | 144,730.06 | |
| 4/04 | 4,028 | | 84301 | COMCAST CORP | 19.660 | 79,351.48 | |
| | | | | CL A | | | |
| 4/04 | 1,590 | | 67381 | SCHLUMBERGER LTD | 86.410 | 137,454.90 | |
| 4/04 | 2,120 | | 88596 | CONOCOPHILLIPS | 76.930 | 163,695.60 | |
| 4/04 | 8,076 | | 91676 | AT&T INC | 38.910 | 315,780.96 | |
| 4/04 | 7,950 | | 92971 | CISCO SYSTEMS INC | 24.470 | 194,854.50 | |
| 4/04 | 1,378 | | 99971 | UNITED PARCEL SVC INC | 73.400 | 101,200.20 | |
| | | | | CLASS B | | | |
| 4/04 | 2,862 | | 97106 | CHEVRON CORP | 85.210 | 243,985.02 | |
| | | | | FIDELITY SPARTAN | DIV | | 9.08 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 04/04/06 | | | |
| 4/04 | | 11,351 | 21636 | FIDELITY SPARTAN | 1 | | 11,351.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/04 | | 6,475,000 | 25596 | U S TREASURY BILL | 99.548 | | 6,445,733.00 |
| | | | | DUE 7/31/2008 | | | |
| 4/07 | 12,039 | | 37071 | FIDELITY SPARTAN | 1 | 12,039.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/10 | | | | CHECK WIRE | CW | 500,000.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER 1ST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-EA301-3-0
PERIOD ENDING: 4/30/08
FIRM TAX PAYER IDENTIFICATION NUMBER: 3

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/23 | | 12,019 | 59970 | FIDELITY SPARTAN DIV 04/23/08 | DIV | | 12,019.00 |
| 4/23 | 4,028 | | 66185 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,019.00 | |
| 4/28 | | 663.05 | | U S TREASURY MONEY MARKET | 10.090 | | 739,955.92 |
| 4/28 | 2,344 | | 64422 | COMCAST CORP CL A | 31.640 | | 80,391.16 |
| 4/28 | 1,590 | | 64464 | THE WALT DISNEY CO | 59.270 | | 94,176.30 |
| 4/28 | 530 | | 64724 | MCDONALDS CORP | 182 | | 226,457.27 |
| 4/28 | 139 | | 64521 | GOLDMAN SACHS GROUP INC | 168.110 | | 124,837.29 |
| 4/28 | 254 | | 64595 | APPLE INC | 790.660 | | 17,265.24 |
| 4/28 | 394 | | 64497 | ABBOTT LABORATORIES | 43.860 | | 235,258.94 |
| 4/28 | 681 | | 64522 | AMERICAN INTL GROUP INC | 36.040 | | 119,404.43 |
| 4/28 | 801 | | 64723 | BANK OF AMERICA | 24.630 | | 221,447.92 |
| 4/28 | 254 | | 64771 | CITI GROUP INC | 25.360 | | 24,135.44 |
| 4/28 | 954 | | 64825 | CONOCOPHILLIPS | 84.480 | | 32,393.64 |
| 4/28 | 343 | | 64899 | CHEVRON CORP | 94.480 | | 51,774.72 |
| 4/28 | 1,602 | | 64527 | CISCO SYSTEMS INC | 32.360 | | 20,690.00 |
| 4/28 | 38 | | 64641 | GENERAL ELECTRIC CO | 544.590 | | 116,171.00 |
| 4/28 | 394 | | 64795 | GOOGLE | 46.020 | | 20,707.32 |
| 4/28 | 228 | | 64787 | HEWLETT PACKARD CO | 123.640 | | 30,719.62 |
| 4/28 | 928 | | 64763 | INTEL CORP | 122.440 | | 23,503.15 |
| 4/28 | 457 | | | INTERNATIONAL BUSINESS MACHS | 45.150 | | |
| 4/28 | 521 | | 64997 | JOHNSON & JOHNSON | | | |
| | | | | J.P. MORGAN CHASE & CO | | | 8-45 |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEORA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/28 | | 318 | 64131 | COCA COLA CO | 64.320 | | 19,169.76 |
| 4/28 | | 343 | 69145 | MERCK & CO | 38.620 | | 13,235.64 |
| 4/28 | | 1,284 | 69199 | MICROSOFT CORP | 31.350 | | 40,202.40 |
| 4/28 | | 636 | 69301 | ORACLE CORPORATION | 21.760 | | 13,814.36 |
| 4/28 | | 267 | 69335 | PEPSICO INC | 69.190 | | 18,463.73 |
| 4/28 | | 1,093 | 69369 | PFIZER INC | 19.880 | | 21,685.84 |
| 4/28 | | 496 | 69463 | PROCTER & GAMBLE CO | 67.170 | | 33,297.32 |
| 4/28 | | 343 | 69457 | PHILLIP MORRIS INTERNATIONAL | 52 | | 17,832.00 |
| 4/28 | | 170 | 69471 | SCHLUMBERGER LTD | 104.670 | | 17,792.30 |
| 4/28 | | 966 | 69505 | AT&T INC | 38.570 | | 37,101.98 |
| 4/28 | | 185 | 69539 | UNITED PARCEL SVC INC | 71.670 | | 13,819.95 |
| | | | | CLASS B | | | |
| 4/28 | | 152 | 69573 | UNITED TECHNOLOGIES CORP | 71.860 | | 10,916.72 |
| 4/28 | | 457 | 69607 | VERIZON COMMUNICATIONS | 36.330 | | 16,584.81 |
| 4/28 | | 508 | 69641 | WELLS FARGO & CO NEW | 28.920 | | 14,671.36 |
| 4/28 | | 381 | 69675 | WAL-MART STORES INC | 56.920 | | 21,671.52 |
| 4/28 | | 864 | 69709 | EXXON MOBIL CORP | 93.690 | | 80,914.16 |
| | | | 69739 | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 9/18/2008 | | | |
| 4/28 | 600,000 | | | | | 596,376.00 | |
| 4/30 | | | | FIDELITY SPARTAN | 1 | | |
| 4/30 | 21,686 | | 70024 | U S TREASURY MONEY MARKET | 1 | 21,686.00 | |
| | | | | J-P. MORGAN CHASE & CO | DIV | | |
| | | | | DIV 4/04/08  4/30/08 | | | |
| 4/30 | | 744 | 74600 | FIDELITY SPARTAN | | | |
| 4/30 | 1,652 | | | U S TREASURY MONEY MARKET | 1 | 1,652.00 | 1,651.68 |

CONTINUED ON PAGE 9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | **NEW BALANCE** | | | |
| | | | | **SECURITY POSITIONS** | **MKT PRICE** | | |
| | 7,090 | | | AT&T INC | 38.710 | | |
| | 1,866 | | | ABBOTT LABORATORIES | 52.750 | | |
| | 2,892 | | | AMERICAN INTL GROUP INC | 44.200 | | |
| | 1,027 | | | APPLE INC | 175.950 | | |
| | 5,838 | | | BANK OF AMERICA | 37.150 | | |
| | 2,519 | | | CHEVRON CORP | 94.550 | | |
| | 6,996 | | | CISCO SYSTEMS INC | 25.640 | | |
| | 5,077 | | | CITI GROUP INC | 25.270 | | |
| | 2,332 | | | COCA COLA CO | 58.870 | | |
| | 1,866 | | | CONOCOPHILLIPS | 84.150 | | |
| | 6,344 | | | EXXON MOBIL CORP | 93.070 | | |
| | 11,774 | | | GENERAL ELECTRIC CO | 32.700 | | |
| | 200 | | | GOOGLE | 574.290 | | |
| | 2,892 | | | HEWLETT PACKARD CO | 44.350 | | |
| | 4,810 | | | INTEL CORP | 22.260 | | |
| | 1,650 | | | INTERNATIONAL BUSINESS MACHS | 126.700 | | |
| | 3,825 | | | J.P. MORGAN CHASE & CO | 44.650 | | |
| | 3,359 | | | JOHNSON & JOHNSON | 67.690 | | |
| | 2,519 | | | MERCK & CO | 34.040 | | |
| | 9,422 | | | MICROSOFT CORP | 28.520 | | |
| | 4,664 | | | ORACLE CORPORATION | 20.850 | | |
| | | | | **CONTINUED ON PAGE 6** | | 84,379.63 | |

PERIOD ENDING 4/30/08

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/4/94

YOUR ACCOUNT NUMBER: 1-ZA391-3-0

PERIOD ENDING: 4/30/08    PAGE: 6

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,959 | | | PEPSICO INC | 68.530 | | |
| 8,023 | | | PFIZER INC | 20.110 | | |
| 2,519 | | | PHILLIP MORRIS INTERNATIONAL | 51.630 | | |
| 3,638 | | | PROCTER & GAMBLE CO | 67.050 | | |
| 1,460 | | | SCHLUMBERGER LTD | 100.550 | | |
| 23,338 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1,213 | | | UNITED PARCEL SVC INC CLASS B | 72.410 | | |
| 600,000 | | | U S TREASURY BILL DUE 9/18/2008 | 99.444 | | |
| 1,120 | | | UNITED TECHNOLOGIES CORP | 72.470 | | |
| 3,359 | | | VERIZON COMMUNICATIONS | 36.400 | | |
| 2,799 | | | WAL-MART STORES INC | 57.980 | | |
| 3,732 | | | WELLS FARGO & CO NEW | 29.750 | | |
| | | | MARKET VALUE OF SECURITIES SHORT | | | |
| | | | LONG | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELVIN H GALE
& LEONA GALE TSTEES UNDER TST
DTD 1/7/94

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,173.39 |
| | | | | GROSS PROCEEDS FROM SALES | | | 14,005,368.50 |

1-ZA397-3-0    4/30/08    7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

