**BROWN RUDNICK LLP**
David J. Molton
Martin S. Siegel
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride*
*as Liquidators of and for Fairfield Sentry Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

       Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

       On the 13th day of November, 2009, I caused to be served a true copy of the following document: *Joinder In Opposition To The Motion of Irving H. Picard, Esq. ("Trustee") For The Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff For*

8230823

2

*An Order Approving The Trustee's Proposed Calculation of "Net Equity" Claims And Other Related Issues* by first class mail.

<u>/s/ Christopher Michael Lau Kamg</u><br>Christopher Michael Lau Kamg

Sworn to before me this
13th day of October, 2009.

<u>/s/ Vicki A. Goldstein</u>
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Attn: Chester B. Salomon, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth, Esq.

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attn: Mark S. Mulholland

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Attn: Stuart I. Rich, Esq.
      James M. Ringer, Esq.

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Lauren J. Resnick
      Marc D. Powers
      David Sheehan

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
Attn: William B. Wachtel, Esq.
      Howard Kleinhendler, Esq.
      David Yeger, Esq.

Crowell & Morning LLP
153 East 53Rd Street
New York, NY 10022-2524
Attn: William M. O'Connor
      Mark S. Lichtenstein

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: John Moscow
      Alissa M. Nann
      Seanna Brown
      Thomas M. Wearsch
      Ona T. Wang

Seeger Weiss LLP
One William Street
New York, NY 10004
Attn: Stephen A. Weiss

Milberg LLP
One Pennsylvannia Plaza, 49th Floor
New York, NY  10119
Attn:   Brad N. Friedman
        Sandford P. Dumain
        Jonathan M. Landers
        Matthew Gluck

Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
Attn:   Sean H. Lane
        Robert William Yalen

Shutts & Bowen LLP
200 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL  33301
Attn:   Peter E. Shapiro

Securities Investor Protection Corporation
805 Fiftheenth Street N.W., Suite 800
Washington, D.C.  20005-2207
Attn:   Senior Associate General Counsel
        For Dispute Resolution

Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036-5304
Attn:   Jonathan R. Barr
        Brian K. Esser

Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Attn:   Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY  10018
Attn:   Barry R. Lax
        Brian J. Neville
        Brian Maddox

Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Attn:   Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY  10016-0301
Attn:   Dennis C. Quinn

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY  10019
Attn:   Alan Nisselson
        Howard L. Simon
        Regina Griffin

Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004
Attn: Eric L. Lewis

Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Attn: Joseph E. Shickich, Jr.
       Erin Joyce Letey

Calabrese and Torn
280 Madison Avenue, 5th Floor
New York, NY 10016
Attn: Marsha Torn, Esq.

Johnson, Pope, Bokor, Ruppel & Burns, P.A.
P.O. Box 1368
Clearwater, Florida 33757
Attn: Angelina E. Lim, Esq.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
Attn: Judith L. Spanier, Esq.

Brunelle & Hadjikow, P.C.
One Whitehall Street, Suite 1825
New York, NY 10004
Attn: George Brunelle
      Timothy P. Kebbe

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Jonathan D. Martin
      Denis J. McInerney
      Dana M. Seshens
      Karen E. Wagner