# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

TRUST OF BERNICE L. RUDNICK, CECIL N. RUDNICK, ET AL TSTEES



Dear TRUST U/W OF BERNICE L. RUDNICK, CECIL N. RUDNICK, ET AL TSTEES:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1EM351 designated as Claim Number 004485:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $1,346,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $990,538.15). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($355,461.85) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

2

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:  Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of Americas, 25th Floor
New York, New York 10020

TRUST U/W OF BERNICE L. RUDNICK,
CECIL N. RUDNICK, ET AL TSTEES
c/o Rudco Properties, Inc.
365 West Passaic Street
Rochelle Park, New Jersey 07662

3

| - Table 1 - | | | |
|---|---|---|---|
| **DEPOSITS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 4/19/1996 | TRANS FROM 1EM34130 | $1,000,000.00 | $990,538.15 |
| **Total Deposits:** | | $1,000,000.00 | $990,538.15 |
| | | | |
| **WITHDRAWALS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 12/13/1996 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/24/1996 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/27/1996 | CXL CHECK 12/13/96 | $75,000.00 | $75,000.00 |
| 1/2/1997 | CANCEL CHECK | $30,000.00 | $30,000.00 |
| 1/2/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/13/1997 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/1/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 5/9/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1997 | CHECK | ($11,000.00) | ($11,000.00) |
| 7/1/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/1/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/14/1997 | CHECK | ($32,000.00) | ($32,000.00) |
| 1/2/1998 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/20/1998 | CHECK | ($11,000.00) | ($11,000.00) |
| 4/1/1998 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/23/1998 | CHECK | ($41,000.00) | ($41,000.00) |
| 6/30/1998 | CHECK | ($17,000.00) | ($17,000.00) |
| 7/1/1998 | CHECK | ($30,000.00) | ($30,000.00) |
| 9/3/1998 | CHECK | ($16,500.00) | ($16,500.00) |
| 9/28/1998 | CHECK | ($12,500.00) | ($12,500.00) |
| 10/1/1998 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/4/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/1/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/1/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/1/1999 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/3/2000 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/3/2000 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/3/2000 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/2/2000 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/2/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/2/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/2/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/1/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/2/2002 | CHECK | ($30,000.00) | ($30,000.00) |

| | | | |
|---|---|---|---|
| 4/1/2002 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/1/2002 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/1/2002 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/2/2003 | CHECK | ($30,000.00) | ($30,000.00) |
| 4/1/2003 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/1/2003 | CHECK | ($30,000.00) | ($30,000.00) |
| 10/1/2003 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/2/2004 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/11/2006 | CHECK | ($25,000.00) | ($25,000.00) |
| 3/28/2006 | CHECK | ($50,000.00) | ($50,000.00) |
| 3/8/2007 | CHECK | ($60,000.00) | ($60,000.00) |
| 12/27/2007 | CHECK | ($100,000.00) | ($100,000.00) |
| **Total Withdrawals:** | | ($1,346,000.00) | ($1,346,000.00) |
| | | | |
| **Total deposits less withdrawals:** | | ($346,000.00) | ($355,461.85) |

5

# EXHIBIT B

COPY

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

MAR 0 2 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____▆▆▆▆▆▆▆_____

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1EM351

**David L. Rudnick, Attorney in Fact
for Trust U/W of Bernice L. Rudnick,
Cecil N. Rudnick, et al. Tstees**

▆▆▆▆▆▆▆▆▆▆▆

(If incorrect, please change)

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.**

*************************************************************************

1.        Claim for money balances as of **December 11, 2008** :
          a.    The Broker owes me a Credit (Cr.) Balance of            $_____
          b.    I owe the Broker a Debit (Dr.) Balance of               $_____

502180406                                    1

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                              $_____

d.    If balance is zero, insert "None."                    _____NONE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number **of** Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | ✓ | |
|  | $1,650,997.00 | | |
|  | | | |
|  | | | |
|  | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

10202191-V-1

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.        Have you or any member of your family
          ever filed a claim under the Securities
          Investor Protection Act of 1970? if
          so, give name of that broker.                           _____  __✓____

          Please list the full name and address of anyone assisting you in the
          preparation of this claim form:  Carole Neville, Sonnenschein Nath &
          Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** *

Date __Feb 27, 2009_____ Signature _David L Rudnick, David L Rudnick__
                                        Attorney In Fact For Trust u/w of Bernice L. Rudnick
                                        Cecil N. Rudnick, et al Trustees

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

_____

\* This customer form includes and incorporates in full the attached Addendum.
Customer reserves the right to amend the form for any purpose, including, without
limitation, to include interest, taxes and other costs related to this account.

The undersigned, in their capacities as the Trustees of the trust under Article FIFTH of the Will dated February 6, 1995 of Bernice L. Rudnick (hereinafter referred to as "the Trust"), do hereby authorize and empower any one of the undersigned, acting alone as such a Trustee, to:

1.    Sign checks, drafts or orders for the payment or withdrawal of funds from any bank account, brokerage account or other depository in which funds of the Trust may be held from time to time.

2.    Endorse for sale, transfer or delivery, or sell, transfer or deliver for the account of the Trust, or purchase or otherwise acquire, any and all stocks, stock warrants, stock rights, bonds or other securities whatsoever held by or acquired for the account of the Trust, or give instructions to others to effectuate any of the foregoing.

3.    Gain access to any safe deposit box or boxes in which assets of the Trust may be located or which may be in the names of the undersigned, as such Trustees, and remove part or all of the contents of any such safe deposit box and release and surrender the same.

4.    Execute and file income tax returns and/or any other tax returns and/or claims for refund and any and all other instruments pertaining to the income tax and/or any other tax paid by or due from the Trust and/or with respect to the refund thereof.

5.    Execute and file any and all instruments pertaining to the investment of Trust funds or claims with respect thereto including, without limitation, investments and/or claims in any way related to Bernard L. Madoff Investment Securities, LLC, and/or any other entity with which Bernard L. Madoff was associated in any manner.

Dated: January 11 , 2009.

Cecil N. Rudnick

David L. Rudnick

Andrew J. Rudnick

As Trustees of the trust under Article FIFTH of the Will dated February 6, 1995 of Bernice L. Rudnick

10936372W-1

## CLAIM ADDENDUM

**Customer:**  **Trust U/W of Bernice L. Rudnick**
**Cecil N. Rudnick, et al., Trustees**

**Address:**  ████████████████████

**Account #:**  **1-EM351**

Document index: [1]

1. Statement dated November 30, 2008

2. Investment Documents

    a.    Portfolio Management Report as of September 30, 1996    $1,000,000.00

3. Transfer Documents

    a.    Portfolio Management Report as of December 31, 1998    ($218,000.00)

    b.    Portfolio Management Report as of December 31, 2000    ($120,000.00)

    c.    Portfolio Management Report as of December 31, 2001    ($120,000.00)

    d.    Portfolio Management Report as of December 31, 2002    ($120,000.00)

Total Investments: $1,000,000.00

Total Transfers: $578,000.00

---

[1]    Please note that Trustee Cecil N. Rudnick is 99 years old, and the records for this account are incomplete. To the extent records of investments or withdrawals exist, to our knowledge, those records are attached.

# STATEMENT DATED NOVEMBER 30, 2008

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
London W1J 8DT
Tel 020 7493 6222

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

PERIOD ENDING 11/30/08 — YOUR ACCOUNT NUMBER 1-EM351-3-0 — PAGE 1 — TAX YEAR

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 96,252.25 |
| 11/12 | 910 | | 3214 | WAL-MART STORES INC | 55.030 | 50,041.30 | |
| 11/12 | 595 | | 3716 | INTERNATIONAL BUSINESS MACHS | 87.270 | 51,948.65 | |
| 11/12 | 2,205 | | 7540 | EXXON MOBIL CORP | 72.680 | 160,768.40 | |
| 11/12 | 2,415 | | 8042 | INTEL CORP | 14.513 | 35,137.65 | |
| 11/12 | 1,755 | | 12368 | JOHNSON & JOHNSON | 59.580 | 68,860.90 | |
| 11/12 | 1,575 | | 16694 | J.P. MORGAN CHASE & CO | 36.530 | 60,747.75 | |
| 11/12 | 840 | | 21019 | COCA COLA CO | 44.060 | 37,154.40 | |
| 11/12 | 490 | | 25345 | MCDONALDS CORP | 55.370 | 27,150.30 | |
| 11/12 | 910 | | 29671 | MERCK & CO | 28.550 | 26,016.50 | |
| 11/12 | 3,325 | | 33923 | MICROSOFT CORP | 21.810 | 72,651.25 | |
| 11/12 | 14,680 | | 38323 | ORACLE CORPORATION | 11.300 | 29,131.00 | |
| 11/12 | 665 | | 51301 | PEPSICO INC | 56.410 | 37,534.65 | |
| 11/12 | 385 | | 51803 | APPLE INC | 100.780 | 39,615.30 | |
| 11/12 | 2,835 | | 55627 | PFIZER INC | 16.940 | 48,137.90 | |
| 11/12 | 665 | | 56129 | ABBOTT LABORATORIES | 54.610 | 36,341.65 | |
| 11/12 | 1,260 | | 59553 | PROCTER & GAMBLE CO | 64.030 | 80,790.80 | |
| 11/12 | 455 | | 60455 | AMGEN INC | 59.160 | 26,935.60 | |
| 11/12 | 875 | | 64279 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 38,185.60 | |
| 11/12 | 2,100 | | 64781 | BANK OF AMERICA | 21.590 | 45,423.00 | |
| 11/12 | 700 | | 68605 | QUALCOMM INC | 33.770 | 23,667.00 | |
| 11/12 | 2,275 | | 69107 | CITIGROUP INC | 12.510 | 28,551.25 | |
| 11/12 | 525 | | 72931 | SCHLUMBERGER LTD | 49.480 | 25,978.00 | |
| 11/12 | 1,260 | | 73433 | COMCAST CORP | 16.910 | 20,052.60 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (20) 7493 6222

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-EM351-3-0 | 11/30/08 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 2,485 | | 77257 | AT&T INC | 27 | 67,194.00 | |
| 11/12 | 630 | | 77759 | CONOCOPHILLIPS | 52.515 | 33,106.30 | |
| 11/12 | 420 | | 81583 | UNITED PARCEL SVC INC | 52.040 | 21,872.80 | |
| | | | | CLASS B | | | |
| 11/12 | 2,555 | | 82085 | CISCO SYSTEMS INC | 16.730 | 42,647.15 | |
| 11/12 | 735 | | 85909 | U S BANCORP | 29.530 | 21,733.55 | |
| 11/12 | 875 | | 86411 | CHEVRON CORP | 73.430 | 64,286.25 | |
| 11/12 | 420 | | 90235 | UNITED TECHNOLOGIES CORP | 53.160 | 22,343.20 | |
| 11/12 | 4,445 | | 90737 | GENERAL ELECTRIC CO | 17.630 | 37,172.35 | |
| 11/12 | 1,190 | | 94561 | VERIZON COMMUNICATIONS | 30.410 | 36,237.90 | |
| 11/12 | 105 | | 95063 | GOOGLE | 337.400 | 35,431.00 | |
| 11/12 | 1,470 | | 98887 | WELLS FARGO & CO NEW | 29.800 | 43,864.00 | |
| 11/12 | 1,050 | | 99389 | HEWLETT PACKARD CO | 34.900 | 36,667.00 | |
| | | 1,575,000 | 21499 | U S TREASURY BILL | 99.956 | | 1,573,992.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 50.70 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 45,955 | 16598 | FIDELITY SPARTAN | 1 | | 45,955.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/22 | 27,037 | | 25967 | FIDELITY SPARTAN | 1 | 27,037.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 3.42 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334 1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London SW1J 8DT
Tel 020 449 6222

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | | Dated 11/30/08 Page 3 Account number 1-EM351-3-0 | | |
| 11/19 | | 27,837 | 51266 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,837.00 |
| 11/19 | 125,000 | | 55879 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 7,793 | | 60205 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,793.00 | |
| | | | | NEW BALANCE | | 1,964,942.18 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,485 | | | AT&T INC | 28.560 | | |
| | 665 | | | ABBOTT LABORATORIES | 52.370 | | |
| | 465 | | | AMGEN INC | 55.540 | | |
| | 385 | | | APPLE INC | 92.670 | | |
| | 2,100 | | | BANK OF AMERICA | 16.250 | | |
| | 675 | | | CHEVRON CORP | 79.010 | | |
| | 2,555 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,275 | | | CITI GROUP INC | 8.290 | | |
| | 840 | | | COCA COLA CO | 46.870 | | |
| | 1,260 | | | COMCAST CORP CL A | 17.340 | | |
| | 630 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,205 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,445 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 743 0222

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

TRADE DATE: 11/30/08

YOUR ACCOUNT NUMBER: 1-EM351-3-0

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 105 |  |  | GOOGLE | 292.960 |  |  |
|  | 1,050 |  |  | HEWLETT PACKARD CO | 35.280 |  |  |
|  | 2,415 |  |  | INTEL CORP | 13.800 |  |  |
|  | 595 |  |  | INTERNATIONAL BUSINESS MACHS | 81.600 |  |  |
|  | 1,575 |  |  | J.P. MORGAN CHASE & CO | 31.660 |  |  |
|  | 1,155 |  |  | JOHNSON & JOHNSON | 58.580 |  |  |
|  | 490 |  |  | MCDONALDS CORP | 58.750 |  |  |
|  | 910 |  |  | MERCK & CO | 26.720 |  |  |
|  | 3,325 |  |  | MICROSOFT CORP | 20.220 |  |  |
|  | 14,680 |  |  | ORACLE CORPORATION | 16.090 |  |  |
|  | 665 |  |  | PEPSICO INC | 56.700 |  |  |
|  | 2,835 |  |  | PFIZER INC | 16.430 |  |  |
|  | 875 |  |  | PHILLIP MORRIS INTERNATIONAL | 42.160 |  |  |
|  | 1,260 |  |  | PROCTER & GAMBLE CO | 64.350 |  |  |
|  | 700 |  |  | QUALCOMM INC | 33.570 |  |  |
|  | 525 |  |  | SCHLUMBERGER LTD | 50.740 |  |  |
|  | 7,793 |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  |  |
|  | 735 |  |  | U S BANCORP | 26.980 |  |  |
|  | 420 |  |  | UNITED PARCEL SVC INC CLASS B | 57.600 |  |  |
|  | 125,000 |  |  | U S TREASURY BILL DUE 03/26/2009 M/29/2009 | 99.571 |  |  |
|  | 420 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  |  |  |  | CONTINUED ON PAGE    5 |  |  |  |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST U/W OF BERNICE L KUDNICK
CECIL N KUDNICK, ET AL TSTEES

| PRICE PER SHARE | 5 |
| DATE | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-EM351-3-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,190 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 910 | | | WAL-MART STORES INC | 55.680 | | |
| | 1,470 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 1,674,796.90 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER |
|---|---|---|
| 6 | 11/30/03 | 1-EM351-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,124.61 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,231,469.08 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST U/W OF BERNICE L RUDNICK
CECIL N RUDNICK, ET AL TSTEES

YOUR ACCOUNT NUMBER: 1-ZR351-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|----|----|-------|-------------|----------------|----|----|
| | | | | BALANCE FORWARD | | | 48,151.00 |
| 11/12 | | 35 | 42649 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 55,265.00 |
| 11/12 | 35 | | 46975 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 82,335.00 | |
| 11/19 | | 35 | 33079 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 90,965.00 |
| 11/15 | 35 | | 37404 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 105,035.00 | |
| 11/19 | 35 | | 41729 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 16,535.00 | |
| 11/19 | | 35 | 46054 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 129,465.00 |
| | | | | NEW BALANCE | | | 196,943.00 |
| | | | | SECURITY POSITIONS | | | |
| | | | | | | LONG | SHORT |
| | 35 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 35 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 57,750.00 | | | SHORT 81,550.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# INVESTMENT DOCUMENTS

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


TRUST U/W OF BERNICE L RUDNICK     1-EM351-3                                M
CECIL N RUDNICK, ET AL TSTEES



STARTING EQUITY          4/19/96                        1,000,000.00CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                              71,462.56CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                     749.00CR
CURRENT CASH BALANCE                                            .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          1,072,211.00    NET LONG
TOTAL EQUITY                                           1,072,211.56CR

ANNUALIZED RETURN FOR CURRENT YEAR     15.97 %

# TRANSFER DOCUMENTS

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST U/W OF BERNICE L RUDNICK       1-EM351-3
CECIL N RUDNICK, ET AL TSTEES



STARTING EQUITY FOR CURRENT YEAR                    1,056,700.80CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   218,000.00-
REALIZED P/L FOR CURRENT YEAR                         182,096.53CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .33CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      1,020,797.00    NET LONG
TOTAL EQUITY                                       1,020,797.33CR

ANNUALIZED RETURN FOR CURRENT YEAR    19.67 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST U/W OF BERNICE L RUDNICK        1-EM351-3
CECIL N RUDNICK, ET AL TSTEES



STARTING EQUITY FOR CURRENT YEAR                    1,095,945.65CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   120,000.00-
REALIZED P/L FOR CURRENT YEAR                        140,947.30CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .45CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      1,116,893.00    NET LONG
TOTAL EQUITY                                       1,116,893.45CR

ANNUALIZED RETURN FOR CURRENT YEAR       13.76 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST U/W OF BERNICE L RUDNICK        1-EM351-3
CECIL N RUDNICK, ET AL TSTEES



| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,116,893.45CR | |
| CAPITAL ADDITIONS | 120,000.00- | |
| CAPITAL WITHDRAWALS | 151,410.19CR | |
| REALIZED P/L FOR CURRENT YEAR | | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .64CR | |
| CURRENT CASH BALANCE | 1,148,303.00 | NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,148,303.64CR | |
| TOTAL EQUITY | | |

ANNUALIZED RETURN FOR CURRENT YEAR    14.53 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST U/W OF BERNICE L RUDNICK        1-EM351-3
CECIL N RUDNICK, ET AL TSTEES



| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,148,303.64CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 120,000.00- | |
| REALIZED P/L FOR CURRENT YEAR | 148,325.59CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .98CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,176,628.25 | NET LONG |
| TOTAL EQUITY | 1,176,629.23CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    13.82 %