**EXHIBIT B**

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LEON CADES
REVOCABLE TRUST DATED 12/9/97
SUNRISE
11445 BEECHGROVE LANE
POTOMAC          MD  20854

YOUR ACCOUNT NUMBER: 1-ZA593-3-0
PERIOD ENDING: 5/31/02
YOUR TAXPAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 47,249.02 |
| 5/01 | | | | AT & T CORP DIV 3/28/02 5/01/02 | DIV | |
| 5/01 | | | | BRISTOL MYERS SQUIBB COMPANY DIV 4/05/02 5/01/02 | DIV | |
| 5/01 | | | | PHARMACIA CORP DIV 4/10/02 5/01/02 | DIV | |
| 5/01 | | | | SBC COMMUNICATIONS INC DIV 4/10/02 5/01/02 | DIV | |
| 5/01 | | | | TYCO INTERNATIONAL LTD DIV 4/01/02 5/01/02 | DIV | |
| 5/01 | | | | VERIZON COMMUNICATIONS DIV 4/10/02 5/01/02 | DIV | |
| 5/20 | 297 | | 3781 | MERCK & CO | 55.180 | 16,388.45 |
| 5/20 | 781 | | 7572 | MICROSOFT CORP | 48.570 | 37,894.12 |
| 5/20 | 154 | | 11363 | MORGAN STANLEY DEAN WITTER CO | 44.190 | 6,805.26 |
| 5/20 | 154 | | 22736 | BANC ONE CORP | 40.290 | 6,204.66 |
| 5/20 | 836 | | 26527 | ORACLE CORPORATION | 7.710 | 6,445.56 |
| 5/20 | 341 | | 27963 | AMERICAN INTL GROUP INC | 67.790 | 23,085.70 |
| 5/20 | 220 | | 30318 | PEPSICO INC | 51.680 | 11,369.60 |
| 5/20 | 143 | | 31754 | AMGEN INC | 46.140 | 6,598.02 |
| 5/20 | 836 | | 34105 | PFIZER INC | 35.780 | 29,912.08 |
| 5/20 | 594 | | 35545 | AOL TIME WARNER INC | 17.380 | 10,323.72 |
| 5/20 | 165 | | 37900 | PROCTER & GAMBLE CO | 91.880 | 15,160.20 |
| | | | | CONTINUED ON PAGE 2 | | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue
New York, NY 10022
(212) 230-2424
(800) 334-1343
Fax (212) 838-4061

New York □ London

LEON CADIS
REVICABLE TRUST DATED 1/13/97
SUNRISE
1465 BEECHGROVE LANE
POTOMAC MD 20854

YOUR ACCOUNT NUMBER: 1-ZA593-3-0
PERIOD ENDING: 3/31/02
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 175 | | 39335 | AMERICAN EXPRESS COMPANY | 40.800 | 7,194.98 |
| 175 | | 41591 | PHARMACIA CORP | 39.290 | 6,913.28 |
| 198 | | 43127 | BANK OF AMERICA | 72.900 | 14,434.20 |
| 640 | | 45482 | SBC COMMUNICATIONS INC | 38.640 | 24,400.40 |
| 253 | | 46918 | BRISTOL MYERS SQUIBB COMPANY | 28.180 | 7,129.54 |
| 473 | | 49273 | AT & T CORP | 13.540 | 6,404.62 |
| 692 | | 50709 | CITIGROUP INC | 42.150 | 29,209.05 |
| 242 | | 52964 | TEXAS INSTRUMENTS INC | 17.590 | 4,274.35 |
| 210 | | 54500 | CISCO SYSTEMS INC | 19.510 | 4,117.10 |
| 333 | | 54855 | VIACOM INC CLASS B NON VOTING SHS | 46.240 | 15,411.81 |
| | | 59991 | THE WALT DISNEY CO | 23.050 | 5,927.84 |
| 254 | | 60645 | VERIZON COMMUNICATIONS | 44.870 | 11,479.01 |
| 760 | | 62082 | GENERAL ELECTRIC CO | 30.910 | 23,510.04 |
| 255 | | 64437 | WELLS FARGO CO NEW | 51.580 | 13,426.74 |
| 220 | | 65873 | HOME DEPOT INC | 45.240 | 10,024.60 |
| 309 | | 68223 | HEWLETT PACKARD CO | 14.170 | 4,394.89 |
| 174 | | 69664 | HAL-MART STORES INC | 53.170 | 9,276.89 |
| 343 | | 72019 | EXXON MOBIL CORP | 38.630 | 13,289.89 |
| 594 | | 73455 | INTERNATIONAL BUSINESS MACHS | 29.150 | 17,419.45 |
| 242 | | 77243 | INTEL CORP | 76.200 | 18,460.75 |
| 255 | | 81034 | JOHNSON & JOHNSON | 50.750 | 12,965.75 |
| 286 | | 84825 | JP MORGAN CHASE & CO | 34.870 | 9,995.04 |
| 256 | | 88615 | COCA COLA CO | 49.870 | 17,205.68 |
| 134 | | 92407 | MEDTRONIC INC | 42.899 | 5,781.09 |

CONTINUED ON PAGE 3

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LEON CADES
REVOCABLE TRUST DATED 12/9/97
SUNRISE
11445 BEECHGROOVE LANE
POTOMAC    MD    20854

YOUR ACCOUNT NUMBER: 1-ZA593-3-0
PERIOD ENDING: 5/31/02
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6/10 | 55 | | 96198 | 3M COMPANY | 124.090 | 6,824.95 |
| 5/10 | 275 | | 99989 | PHILIP MORRIS COMPANIES INC | 55.600 | 15,290.00 |
| 5/10 | | 300,000 | 20374 | U S TREASURY BILL DUE 7/11/2002 | 99.710 | |
| 5/10 | | 300,000 | 24161 | U S TREASURY BILL 7/11/2002 DUE 7/18/2002 | 99.670 | |
| 5/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/10/02 7/18/2002 | DIV | |
| 5/10 | | | | AMERICAN EXPRESS COMPANY DIV 4/05/02 5/10/02 | DIV | |
| 5/23 | | 11,149 | 16585 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 5/23 | | 264 | 21436 | THE WALT DISNEY CO | 24.570 | |
| 5/23 | | 154 | 25222 | BANC ONE CORP | 42.110 | |
| 5/23 | | 473 | 29008 | AT & T CORP | 13.120 | |
| 5/23 | | 55 | 32794 | 3M COMPANY | 129.470 | |
| 5/23 | | 25,000 | 38928 | U S TREASURY BILL DUE 8/29/2002 | 99.530 | 24,882.50 |
| 5/24 | | 836 | 36619 | ORACLE CORPORATION 8/29/2002 | 9.310 | |
| 5/31 | 12,561 | | 47519 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,561.00 |
| | | | | CONTINUED ON PAGE 4 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm    Doc 778-2    Filed 11/13/09    Entered 11/13/09 1:57:41    Exhibit
B--BLMIS Statement    Pg 5 of 7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LEON CADES
REVOCABLE TRUST DATED 12/9/97
SUNRISE
11445 BEECHGROOVE LANE
POTOMAC    MD    20854

YOUR ACCOUNT NUMBER: 1-ZA593-3-0
PERIOD ENDING: 5/31/02
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | | |
| | 594 | | | AOL TIME WARNER INC | 18.700 | |
| | 176 | | | AMERICAN EXPRESS COMPANY | 42.510 | |
| | 341 | | | AMERICAN INTL GROUP INC | 66.970 | |
| | 143 | | | AMGEN INC | 47.630 | |
| | 198 | | | BANK OF AMERICA | 75.810 | |
| | 253 | | | BRISTOL MYERS SQUIBB COMPANY | 31.120 | |
| | 1,210 | | | CISCO SYSTEMS INC | 15.780 | |
| | 693 | | | CITI GROUP INC | 43.180 | |
| | 319 | | | COCA COLA CO | 55.560 | |
| | 891 | | | EXXON MOBIL CORP | 39.930 | |
| | 1,353 | | | GENERAL ELECTRIC CO | 31.140 | |
| | 418 | | | HEWLETT PACKARD CO | 19.090 | |
| | 308 | | | HOME DEPOT INC | 41.690 | |
| | 968 | | | INTEL CORP | 27.620 | |
| | 242 | | | INTERNATIONAL BUSINESS MACHS | 80.450 | |
| | 264 | | | JP MORGAN CHASE & CO | 35.950 | |
| | 396 | | | JOHNSON & JOHNSON | 61.350 | |
| | 154 | | | MEDTRONIC INC | 46.150 | |
| | 297 | | | MERCK & CO | 57.100 | |
| | 781 | | | MICROSOFT CORP | 50.910 | |
| | 154 | | | MORGAN STANLEY DEAN WITTER CO | 45.460 | |
| | | | | CONTINUED ON PAGE 5 | | 13,765.02 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LEON CADES
REVOCABLE TRUST DATED 12/9/97
SUNRISE
11445 BEECHGROVE LANE
POTOMAC       MD    20854

**YOUR ACCOUNT NUMBER:** 1-ZA593-3-0
**PERIOD ENDING:** 5/31/02
**YOUR TAX PAYER IDENTIFICATION NUMBER:** 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 220 | | | PEPSICO INC | 51.980 | |
| | 836 | | | PFIZER INC | 34.600 | |
| | 176 | | | PHARMACIA CORP | 43.190 | |
| | 275 | | | PHILIP MORRIS COMPANIES INC | 57.250 | |
| | 165 | | | PROCTER & GAMBLE CO | 89.550 | |
| | 440 | | | SBC COMMUNICATIONS INC | 34.290 | |
| | 12,561 | | | FIDELITY SPARTAN | 1 | |
| | | | | U S TREASURY MONEY MARKET | | |
| | 242 | | | TEXAS INSTRUMENTS INC | 28.670 | |
| | 25,000 | | | U S TREASURY BILL | 99.580 | |
| | | | | DUE 8/29/2002   8/29/2002 | | |
| | 363 | | | VERIZON COMMUNICATIONS | 43 | |
| | 231 | | | VIACOM INC | 48.960 | |
| | | | | CLASS B NON VOTING SHS | | |
| | 594 | | | WAL-MART STORES INC | 54.100 | |
| | 220 | | | WELLS FARGO & CO NEW | 52.400 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG      595,756.38 | | |
| | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm    Doc 778-2    Filed 11/13/09    Entered 11/13/09 17:57:41    Exhibit B--BLMIS Statement    Pg 6 of 7

