| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | **Hearing Date: February 2, 2010** |
| 551 Fifth Avenue, 18th Floor | **Hearing Time: 10:00 a.m.** |
| New York, New York 10176 | |
| (212) 968-6000 | |
| David Parker | |
| Matthew J. Gold | |
| Jason Otto | |

Counsel for Lawrence Elins and Malibu Trading and Investing, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                             :   Adv. Pro. No. 08-01789 (BRL)
                                         :
                Plaintiff,               :   SIPA Liquidation
                                         :
            v.                           :   (Substantively Consolidated)
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
                Defendant.               :
-----------------------------------------------------------:
                                         :
In re:                                   :
                                         :
BERNARD L. MADOFF,                       :
                                         :
                Debtor.                  :
-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, **MATTHEW J. GOLD**, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On November 13, 2009, I served a true copy of the Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustee's Motion for an Order Regarding Definition of "Net Equity" under the Securities Investor Protection Act by email, addressed to the email address of the addressees as indicated below:

MGOLD\157050.1 - 11/13/09

        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111

        David J. Sheehan   Email: dsheehan@bakerlaw.com
        Marc E. Hirschfield   Email: mhirschfield@bakerlaw.com
        Seanna R. Brown   Email: sbrown@bakerlaw.com

        Josephine Wang  E-mail: jwang@sipc.org
        General Counsel
        Securities Investor Protection Corporation

                                      /s/ *Matthew J. Gold*
                                        Matthew J. Gold

Dated:  November 13, 2009