DRINKER BIDDLE & REATH LLP
Stephanie Wickouski
Kristin K. Going
140 Broadway, 39th Floor
New York, New York 10005
Telephone:   (212) 248-3140
Facsimile:   (212) 248-3141

*Attorneys for Cades Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>                    Plaintiff<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC<br><br>                                        . | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

### CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009, I caused to be electronically served using the **ECF system**, which will send notification of the filing, the

**Objection to Trustee's Determination of Claim**

and I caused the same to be served by **First Class U.S. Mail** on the following party:

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111


Dated: November 13, 2009             DRINKER BIDDLE & REATH LLP

                                     By:  /s/ Stephanie Wickouski_____
                                          Stephanie Wickouski
                                          Kristin K. Going
                                          140 Broadway  39th Floor

NY01/ 7145340.1

- 2 -

        New York, New York 10005
        Telephone: (212) 248-3140
        Facsimile: (212) 248-3141

NY01/ 7145340.1