# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 818-894-8171

HOME: 818-701-5955

Taxpayer I.D. Number (Social Security No.)
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

Account Number:   1ZA316
MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE, CA  91325

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of      $ 0
   b. I owe the Broker a Debit (Dr.) Balance of          $ 0

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |                                                                                                                                                                                                                      | YES | NO |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                                                                            |     | X  |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                                                       |     | X  |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?               |     | X  |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s)                  |     | X  |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.                                        |     | X  |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.                                 |     | X  |

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**   $ _N/A_

    d.    If balance is zero, insert "None."   _None_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) Number of Shares or Face Amount of Bonds |
|---|---|---|---|
| | * SEE ATTACHED LIST * | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                              2

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ X

Please list the full name and address of anyone assisting you in the preparation of this claim form: N/A

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date 2/4/09    Signature Elliot S. Kaye

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

February 4, 2009

Mr. Irving H. Picard, ESQ
Trustee fir Bernard L. Madoff Investment Securities, LLC
Claims Processing Center
2100 McKinney Avenue
Suite 800
Dallas, TX 75201

RE:   Acct:   1-ZA316-4-0
      Elliot Sanders Kaye

Dear Trustee:

I have been invested in Bernard L. Madoff Investment Securities since December 1992. In accordance with the SIPC claims form please find enclosed the last statement I received dated November 30, 2008. I have also enclosed documentation demonstrating that I have deposited a minimum of $404,500. I am also confident that in addition to this amount I had made additional deposits that totaled somewhere between another $50,000 and $100,000 into my account 1-ZA316-4-0; for total deposits in excess of $500,000. I am also confident that 95% of the withdrawals that I made were for the sole purpose of paying taxes on the stated annual Madoff income.

Tragically, as I was assembling this documentation I suffered a massive injury to my right leg that required eight days hospitalization and an extensive operation. I am now totally disabled and on state disability. I have enclosed the hospital discharge sheet as proof of this event. I am now restricted to non-weight bearing limited movement for approximately three months followed by an equal rehabilitation period possibly longer.

Like many other victims of this fraud and theft I am ½ step away from being destitute since I had invested virtually every penny I could save into Madoff.

I pray the information I am sending to you is sufficient to satisfy my SIPC claim and that I be issued the maximum amount of $500,000 before I wind up disabled and homeless.

Please feel free to contact me at:

Elliot S. Kaye
18153-2 Andrea Circle North
Northridge, CA 91325

818-701-5955 (Home)
818-359-5808 (Cellular)

Yours truly,

Elliot S. Kaye



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Irving H. Picard, Esq.<br>Trustee for Bernard L. Madoff<br>Inv. Sec. LLC<br>Claims Processing Center<br>#100 McKinney Ave, Suite 800<br>Dallas, TX 75201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from...)    7007 2680 0002 1330 5745 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ ____
Certified Fee ____
Return Receipt Fee (Endorsement Required) ____
Restricted Delivery Fee (Endorsement Required) ____
Total Postage & Fees $ ____

Postmark Here

Sent To: Irving H. Picard, Esq., Trustee BLMIS, LLC
Street, Apt. No.; or PO Box No. #100 McKinney Ave Suite 800
City, State, ZIP+4 Dallas, TX 75201

PS Form 3800, August 2006    See Reverse for Instructions

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5458
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZA316-4-0

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE        CA  91325

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 72,990.00 |
| 11/12 | | 26 | 44678 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 41,054.00 |
| 11/12 | 26 | | 49004 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 46,306.00 | |
| 11/19 | | 26 | 35108 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 67,574.00 |
| 11/19 | 26 | | 39433 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 78,026.00 | |
| 11/19 | 26 | | 43758 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,826.00 | |
| 11/19 | | 26 | 48083 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 96,174.00 |
| | | | | NEW BALANCE | | | 145,634.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 26 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 42,900.00    SHORT 60,580.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE          CA  91325

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZA316-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5458
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 72,990.00 | |
| 11/12 | 1,092 | | 917 | WELLS FARGO & CO NEW | 29.800 | 32,584.60 | |
| 11/12 | 780 | | 1419 | HEWLETT PACKARD CO | 34.900 | 27,253.00 | |
| 11/12 | 676 | | 5243 | WAL-MART STORES INC | 55.830 | 37,768.08 | |
| 11/12 | 442 | | 5745 | INTERNATIONAL BUSINESS MACHS | 87.270 | 38,590.34 | |
| 11/12 | 1,638 | | 9569 | EXXON MOBIL CORP | 72.889 | 119,442.44 | |
| 11/12 | 1,794 | | 10071 | INTEL CORP | 14.510 | 26,101.94 | |
| 11/12 | 858 | | 14397 | JOHNSON & JOHNSON | 59.580 | 51,153.64 | |
| 11/12 | 1,170 | | 18722 | J.P. MORGAN CHASE & CO | 38.530 | 45,126.10 | |
| 11/12 | 624 | | 23048 | COCA COLA CO | 44.660 | 27,891.84 | |
| 11/12 | 364 | | 27374 | MCDONALDS CORP | 55.370 | 20,168.68 | |
| 11/12 | 676 | | 31700 | MERCK & CO | 28.550 | 19,326.80 | |
| 11/12 | 2,470 | | 36026 | MICROSOFT CORP | 21.810 | 53,968.70 | |
| 11/12 | 1,248 | | 40352 | ORACLE CORPORATION | 17.300 | 21,639.40 | |
| 11/12 | 494 | | 53330 | PEPSICO INC | 56.410 | 27,885.54 | |
| 11/12 | 286 | | 53832 | APPLE INC | 100.780 | 28,834.08 | |
| 11/12 | 2,106 | | 57656 | PFIZER INC | 16.940 | 35,759.64 | |
| 11/12 | 494 | | 58158 | ABBOTT LABORATORIES | 54.610 | 26,996.34 | |
| 11/12 | 936 | | 61982 | PROCTER & GAMBLE CO | 64.080 | 60,015.88 | |
| 11/12 | 338 | | 62484 | AMGEN INC | 59.160 | 20,009.08 | |
| 11/12 | 650 | | 66308 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 28,366.00 | |
| 11/12 | 1,560 | | 66810 | BANK OF AMERICA | 21.590 | 33,742.40 | |
| 11/12 | 520 | | 70634 | QUALCOMM INC | 33.770 | 17,580.40 | |
| 11/12 | 1,690 | | 71136 | CITI GROUP INC | 12.510 | 21,208.90 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|---|---|---|

| | | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|---|
| | | 11/30/08 | ******5458 | 2 |

MR ELLIOT S KAYE

18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE       CA  91325

YOUR ACCOUNT NUMBER: 1-ZA316-3-0

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 390 | | 74960 | SCHLUMBERGER LTD | 49.480 | 19,312.20 | |
| 11/12 | 936 | | 75462 | COMCAST CORP<br>CL A | 16.510 | 15,490.36 | |
| 11/12 | 1,846 | | 79286 | AT&T INC | 27 | 49,915.00 | |
| 11/12 | 468 | | 79788 | CONOCOPHILIPS | 52.510 | 24,592.68 | |
| 11/12 | 312 | | 83612 | UNITED PARCEL SVC INC<br>CLASS B | 52.040 | 16,248.48 | |
| 11/12 | 1,898 | | 84114 | CISCO SYSTEMS INC | 16.730 | 31,828.54 | |
| 11/12 | 546 | | 87938 | U S BANCORP | 29.530 | 16,144.38 | |
| 11/12 | 650 | | 88440 | CHEVRON CORP | 73.430 | 47,755.50 | |
| 11/12 | 312 | | 92264 | UNITED TECHNOLOGIES CORP | 53.160 | 16,597.92 | |
| 11/12 | 3,302 | | 92766 | GENERAL ELECTRIC CO | 19.630 | 64,950.26 | |
| 11/12 | 884 | | 96590 | VERIZON COMMUNICATIONS | 30.410 | 26,917.44 | |
| 11/12 | 78 | | 97092 | GOOGLE | 337.400 | 26,320.20 | |
| 11/12 | | 1,175,000 | 23524 | U S TREASURY BILL<br>DUE 2/12/2009 | 99.936 | | 1,174,248.00 |
| 11/12 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/12/08 | DIV | | 49.41 |
| 11/12 | | 41,375 | 18627 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 41,375.00 |
| 11/12 | 32,933 | | 27995 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 32,933.00 | |
| 11/19 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/19/08 | DIV | | 4.04 |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE          CA    91325

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZA316-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****5458

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 32,933 | 53509 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,933.00 |
| 11/19 | 100,000 | | 58001 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 | |
| 11/19 | 10,907 | | 62545 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,907.00 | |
| | | | | NEW BALANCE | | 145,633.33 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,846 | | | AT&T INC | 28.560 | | |
| | 494 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 338 | | | AMGEN INC | 55.540 | | |
| | 286 | | | APPLE INC | 92.670 | | |
| | 1,560 | | | BANK OF AMERICA | 16.250 | | |
| | 650 | | | CHEVRON CORP | 79.010 | | |
| | 1,898 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,690 | | | CITI GROUP INC | 8.290 | | |
| | 624 | | | COCA COLA CO | 46.870 | | |
| | 936 | | | COMCAST CORP CL A | 17.340 | | |
| | 468 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,638 | | | EXXON MOBIL CORP | 80.150 | | |
| | 3,302 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE        CA    91325

YOUR ACCOUNT NUMBER: 1-ZA316-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5458
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 78 | | | GOOGLE | 292.960 | | |
| | 780 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,794 | | | INTEL CORP | 13.800 | | |
| | 442 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,170 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 858 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 364 | | | MCDONALDS CORP | 58.750 | | |
| | 676 | | | MERCK & CO | 26.720 | | |
| | 2,470 | | | MICROSOFT CORP | 20.220 | | |
| | 1,248 | | | ORACLE CORPORATION | 16.090 | | |
| | 494 | | | PEPSICO INC | 56.700 | | |
| | 2,106 | | | PFIZER INC | 16.430 | | |
| | 650 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 936 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 520 | | | QUALCOMM INC | 33.570 | | |
| | 390 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 10,907 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET CLASS B | 1 | | |
| | 546 | | | U S BANCORP | 26.980 | | |
| | 312 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 100,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 312 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZA316-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5458

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE        CA    91325

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 884 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 676 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,092 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,256,393.54 | | | |



(Rotated statement - Bernard L. Madoff Investment Securities LLC)

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MR ELLIOT S KAYE
18153-2 ANDREA CIRCLE NORTH
NORTHRIDGE    CA    91325

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5458
YOUR ACCOUNT NUMBER: 1-ZA316-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 8,300.33 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,002,897.22 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.