# CERTIFICATE OF SERVICE

I, Carole Neville, hereby certify that on November 13, 2009 I caused a true and correct copy of the foregoing **Sonnenschein Investors' Opposition To The Trustee's Motion For An Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Statement, Affirming Trustee's Determination Of Net Equity And Expunging Those Objections With Respect To The Determination S Relating To Net Equity** on behalf of Sonnenschein Investors to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served via electronic mail and federal express upon:

| | |
|---|---|
| David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>dsheehan@bakerlaw.com | Josephine Wang<br>Kevin H. Bell<br>Securities Investor Protection Corp.<br>805 15th Street, N.W.<br>Suite 800<br>Washington, DC 20005-2207<br>jwang@sipc.org<br>kbell@sipc.org |

Dated: November 13, 2009

　　　　　　　　　　　　　　　　　　　　　　*/s/ Carole Neville*
　　　　　　　　　　　　　　　　　　　　　　Carole Neville