GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
   Email: dglosband@goodwinprocter.com
David J. Apfel
   Email: dapfel@goodwinprocter.com
   (*pro hac vice* application pending)
Brenda R. Sharton
   Email: bsharton@goodwinprocter.com
   (*pro hac vice* application pending)
Larkin M. Morton
   Email: lmorton@goodwinprocter.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on

behalf of Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E.

Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, creditors and parties-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and section 1109(b) of the Bankruptcy Code and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> GOODWIN PROCTER LLP
> Daniel M. Glosband
> 53 State Street
> Boston, Massachusetts 02109
> Email: dglosband@goodwinprocter.com
> Telephone: (617) 570-1930
> Facsimile: (617) 523-1231

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Creditors': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law, or in equity, all

of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:   Boston, Massachusetts
         November 13, 2009

**GOODWIN PROCTER LLP**

By: /s/ Daniel M. Glosband
    Daniel M. Glosband
       Email: dglosband@goodwinprocter.com
    David J. Apfel
       Email: dapfel@goodwinprocter.com
       (*pro hac vice* application pending)
    Brenda R. Sharton
       Email: bsharton@goodwinprocter.com
       (*pro hac vice* application pending)
    53 State Street
    Boston, Massachusetts 02109
    Telephone: (617) 570-1000
    Facsimile: (617) 523-1231

    Larkin M. Morton
    Email: lmorton@goodwinprocter.com
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 813-8800
    Facsimile: (212) 355-3333

    *Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*