# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _Lax - Neville, LLP_____
       _212-696-1999_
HOME: _561 - 676 - 9040_____

Taxpayer I.D. Number (Social Security No.)
_____068 - 12 - 8067_____

1K0160
DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS, FL  33418   1492

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $    0    N/A
      b.    I owe the Broker a Debit (Dr.) Balance of             $    0    N/A

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, it must be enclosed
     with this claim form.                          $ ___0___

d.   If balance is zero, insert "None."              ___0___

2.   Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |                                    | YES | NO |
|---|------------------------------------|-----|-----|
| a. | The Broker owes me securities      | ✓   |     |
| b. | I owe the Broker securities        |     | ✓   |
| c. | If yes to either, please list below: |   |     |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | *See the November 30, 2008 Account Statement attached at Exhibit A* | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.    _____    ✓_____

Please list the full name and address of anyone assisting you in the
preparation of this claim form Brian J. Neville, Esq. Lax + Neville, LLP
141 B Broadway suite 1407 New York, NY 10018

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _6/4/2009_____    Signature _Donald Kirintrub_____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                4



**LAX & NEVILLE, LLP**
**ATTORNEYS AT LAW**

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE

BRIAN MADDOX
SANDRA P. ESPINOSA
RAQUEL TERRIGNO

Of Counsel:
DAVID S. RICH

June 19, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Donald S. Kent MD/Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Donald S. Kent MD and has assisted him in the preparation of his Bernard L. Madoff Investment Securities LLC ("Madoff Securities" or "Madoff") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for Dr. Kent's account. Additionally, below is a description of the relationship between Dr. Kent and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support Dr. Kent's SIPC claims.

Dr. Kent is 88 years old and is married to Madelaine Kent who is 85 years old. In 1992, Dr. Kent opened an IRA with Madoff Securities.[1] Dr. Kent contributed funds to his Madoff Securities account from savings and earnings received from over forty-five years of practice as a renowned internist and cardiologist. Dr. Kent withdrew funds from his account with Madoff

---

[1] Madelaine Kent is simultaneously submitting a SIPC Claim Form for her account with Madoff Securities – Madelaine R. Kent Living Trust – Account No. 1-EM098.



Irving H. Picard
June 19, 2009
Page 2 of 3

Securities for mortgage and tax payments and for living and medical expenses. He also took

statutorily required minimum distributions for IRA accounts, starting in 1992 when he turned 70

½ years old. Dr. Kent and his wife, Madelaine Kent, lived a comfortable, but modest, lifestyle

and worked hard, in part, to insure that they would have private home healthcare should the need

ever arise. Dr. Kent cancelled his long-term care insurance relying on the funds in his Madoff

account, and now lives in fear of an illness that would require a long-term care facility. As a

result of the Madoff Securities fraud, Dr. Kent suffers from depression and is currently under the

care of a psychiatrist and a psychologist. He is on anti-depressant medication and suffers from

loss of appetite; constant state of anxiety and worry; and loss of his sense of security. Dr. Kent's

current source of income is social security benefits and limited savings. At this time, he has a

small amount of money to pay for his living and medical expenses, but these funds will be

depleted before too long. The balance in Dr. Kent's account as of November 30, 2008 is

$1,604,997.86. Dr. Kent's November 30, 2008 account statement is attached as Exhibit A.

Also attached hereto as Exhibit B are Madoff Securities November 2008 confirmations, which

list SIPC membership, for Dr. Kent's account.

Dr. Kent received account statements from Madoff indicating the purchases and sales of

securities during that month, and listing each of the open securities positions held in the account.

The securities listed on these statements were real, widely held securities and their prices could

be readily verified against objective and publicly available market information. Based upon the

account statements and the confirmations, Dr. Kent at all times expected to have those securities

in his account. Dr. Kent always believed SIPC coverage would cover the securities listed as



Irving H. Picard
June 19, 2009
Page 3 of 3

being in his account should Madoff Securities ever fail. The balance in Dr. Kent's account as of

the filing date is $1,604,997.86.

## CONCLUSION

Donald S. Kent MD is seeking the full protection of SIPA for his account as follows:

- Account No: 1-K0160          Donald S. Kent MD

### Total = $1,604,997.86

If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

Very truly yours,
Lax & Neville, LLP

By:  Brian J. Neville/spe
       Brian J. Neville

ENC.

# Exhibit A



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
DONALD S KENT MD

6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

11/30/08    *****6253    1-K0160-3-0    1

| DATE | BOUGHT | SOLD | DESCRIPTION | SYMBOL | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 11/12 | | | BALANCE FORWARD | | | 95,453.20 |
| 11/12 | 578 | | INTERNATIONAL BUSINESS MACHS | 4575 | 87.270 | 50,465.06 |
| 11/12 | 2,142 | | EXXON MOBIL CORP | 8399 | 72.880 | 156,193.96 |
| 11/12 | 1,530 | | J.P. MORGAN CHASE & CO | 17552 | 38.530 | 59,011.90 |
| 11/12 | 816 | | COCA COLA CO | 21878 | 44.660 | 36,474.56 |
| 11/12 | 3,230 | | MICROSOFT CORP | 34856 | 21.810 | 70,575.30 |
| 11/12 | 1,632 | | ORACLE CORPORATION | 39182 | 17.300 | 28,298.60 |
| 11/12 | 2,754 | | PFIZER INC | 56486 | 16.940 | 46,762.76 |
| 11/12 | 646 | | ABBOTT LABORATORIES | 56988 | 54.610 | 35,303.06 |
| 11/12 | 850 | | PHILLIP MORRIS INTERNATIONAL | 65138 | 43.600 | 37,094.00 |
| 11/12 | 2,040 | | BANK OF AMERICA | 65640 | 21.590 | 44,124.60 |
| 11/12 | 510 | | SCHLUMBERGER LTD | 73790 | 49.480 | 25,254.80 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

**DUPLICATE** FOR ACCOUNT NTC & CO.
DONALD S KENT MD

6379 BRANDON STREET
PALM BEACH GARDENS    FL  33418

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Account No: 1-K0160-3-0
Date: 11/30/08
Account: ******6253
Page: 2

| Date | Bought | Sold | Description | Price | Amount Debited to Your Account | Amount Credited to Your Account |
|------|--------|------|-------------|-------|-------------------------------|--------------------------------|
| 11/12 | 1,224 | | COMCAST CORP CL A | 16.510 | 20,256.24 | |
| 11/12 | 408 | | UNITED PARCEL SVC INC CLASS B | 52.040 | 21,248.32 | |
| 11/12 | 850 | | CHEVRON CORP | 73.630 | 62,449.50 | |
| 11/12 | | | UNITED TECHNOLOGIES CORP | 53.150 | 21,705.28 | |
| 11/12 | 102 | | GOOGLE | 337.400 | 34,418.80 | |
| 11/12 | 1,428 | | WELLS FARGO & CO NEW | 29.800 | 42,611.40 | |
| 11/12 | | | FIDELITY SPARTAN | DIV | | 17.86 |
| 11/12 | | 27,730 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,730.00 |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | .63 |

CONTINUED ON PAGE 3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
DONALD S KENT MD

6379 BRANDON STREET
PALM BEACH GARDENS   FL   33418

| YOUR ACCOUNT NUMBER | DATE | *****6253 | PAGE 3 |
| --- | --- | --- | --- |
| 1-K0160-3-0 | 11/30/08 | | |

| DATE | BOUGHT | RECEIVED | SOLD | DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/19 | | | 5,106 | 52245 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,106.00 |
| 11/19 | 100,000 | | | 56807 | | | 99,926.00 | |
| 11/19 | 7,045 | | | 61284 | FIDELITY SPARTAN 3/26/2009 | 1 | 7,045.00 | |
| | | | | | NEW BALANCE | | | 190,449.73 |
| | 646 | | | | ABBOTT LABORATORIES | 52.390 | | |
| | 442 | | | | AMGEN INC | 55.540 | | |
| | 850 | | | | CHEVRON CORP | 79.010 | | |
| | 2,482 | | | | CISCO SYSTEMS INC | 16.560 | | |
| | 1,224 | | | | COMCAST CORP CL A | 17.340 | | |
| | 4,318 | | | | GENERAL ELECTRIC CO | 17.170 | | |





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated \
Madoff Securities International Lim
12 Berkeley Str
Mayfair, London W1J 8
Tel 020 7493 6

**DUPLICATE** FOR ACCOUNT    NTC & CO.
DONALD S KENT MD

6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

1-K0160-3-0    11/30/08    5    ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | 1981 | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | 1,156 | | | VERIZON COMMUNICATIONS | 32.650 | | | |
| | 884 | | | WAL-MART STORES INC | 55.880 | | | |
| | 15,028 | | | WELLS FARGO & CO NEW | 25.800 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | | |
| | | | | LONG | | | | |
| | | | | SHORT | | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\*   FOR ACCOUNT   NTC & CO.
DONALD S KENT MD

6379 BRANDON STREET
PALM BEACH GARDENS    FL    33418

1-K0160-3-0    \*\*\*\*\*\*6253    11/30/08    6

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

18,725.10
12,229,659.26



# Exhibit B

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 26204 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 476 | 580135101 | MCDONALDS CORP | 26375.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 26356.12 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

**MEMBER:**
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 17552 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DNALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| D | 1,530 | 46625H100 | J.P. MORGAN CHASE & CO | 59011.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 58950.90 | 61.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 52160 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 646 | 713448108 | PEPSICO INC | 36465.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 36440.86 | 25.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 34856 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,230 | 594918104 | MICROSOFT CORP | 70575.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 70446.30 | 129.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 91596 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.    **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,318 | 369604103 | GENERAL ELECTRIC CO | 84934.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 84762.34 | 172.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

17

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 78618 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/ NTC & CO.    **** DUPLICATE ****

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| 612 | 20825C104 | CONOCOPHILIPS | 32160.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 32136.12 | 24.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 60812 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/    NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,224 | 742718109 | PROCTER & GAMBLE CO | 78481.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 78433.92 | 48.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 65138 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/    NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 850 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 37094.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 37060.00 | 34.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | INVESTMENT SECURITIES LLC | | | | | | | | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |
|---|---|---|---|---|---|---|---|---|---|---|
| | New York □ London | | | MEMBER: FINRA NSX SIPC NSCC DTC | | | | | | |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TA | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 91094 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
  6379 BRANDON STREET
  PALM BEACH GARDENS    FL 33418

ACCT OF/    NTC & CO.          **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 408 | 913017109 | UNITED TECHNOLOGIES CORP | 21705.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 21689.28 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York □ London | | | | | | | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |
|---|---|---|---|---|---|---|---|---|---|
| | | | MEMBER: FINRA NSX SIPC NSCC DTC | | | | | | |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TA | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 82442 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
  6379 BRANDON STREET
  PALM BEACH GARDENS    FL 33418

ACCT OF/    NTC & CO.          **** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 408 | 911312106 | UNITED PARCEL SVC INC CLASS B | 21248.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 21232.32 | 16.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

MEMBER: FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 898-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0160-4 | R | 43508 | 8 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| BOT | 34 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 53686.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 15.800 | 53720.00 | 34.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

MEMBER: FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 898-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-K0160-3 | D | 04073 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

17

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- |
| 884 | 931142103 | WAL-MART STORES INC | 49388.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 5.830 | 49353.72 | 35.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED V/A | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 69966 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 2,210 | 172967101 | CITI GROUP INC | 27735.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 12.510 | 27647.10 | 88.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED V/A | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 74292 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 1,224 | 20030N101 | COMCAST CORP CL A | 20256.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 16.510 | 20208.24 | 48.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 30530 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 884 | 589331107 | MERCK & CO | 25273.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 25238.20 | 35.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 13227 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

17

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,122 | 478160104 | JOHNSON & JOHNSON | 66892.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 66848.76 | 44.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CONFIRMATION (Please see reverse for further details.)

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC  New York □ London | | MEMBER: FINRA NSX SIPC NSCC DTC | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 56486 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,754 | 717081103 | PFIZER INC | 46762.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 46652.76 | 110.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC  New York □ London | | MEMBER: FINRA NSX SIPC NSCC DTC | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 39182 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/ NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,632 | 68389X105 | ORACLE CORPORATION | 28298.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 28233.60 | 65.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 73790 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

\*\*\*\* DUPLICATE \*\*\*\*
ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 510 | 806857108 | SCHLUMBERGER LTD | 25254.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 25234.80 | 20.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 69464 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

\*\*\*\* DUPLICATE \*\*\*\*
ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 680 | 747525103 | QUALCOMM INC | 22990.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 22963.60 | 27.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061



| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 95420 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,156 | 92343V104 | VERIZON COMMUNICATIONS | 35199.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 35153.96 | 46.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 86768 | 5 | 1 | | 11/06/08 | 11/12/08 | | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/  NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 714 | 902973304 | U S BANCORP | 21112.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 21084.42 | 28.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-4 | D | 47834 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 34 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 60554.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 60520.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 99746 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,428 | 949746101 | WELLS FARGO & CO NEW | 42611.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 42554.40 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 56807 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | 99926.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 99926.00 | | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 21878 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 816 | 191216100 | COCA COLA CO | 36474.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 36442.56 | 32.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 87270 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 850 | 166764100 | CHEVRON CORP | 62449.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 62415.50 | 34.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** □ **London**

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 52662 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 374 | 037833100 | APPLE INC | 37705.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 37691.72 | 14.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1843
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-4 | R | 46913 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 125766.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 125800.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York** ☐ **London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1843
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-4 | D | 38263 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 34 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 102034.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 102000.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 61314 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO. / CONTRA PARTY / C.H. NUMBER / SPECIAL DELIVERY INSTRUCTIONS

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 442 | 031162100 | AMGEN INC | 26165.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 26148.72 | 17.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 56988 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

IDENTIFICATION NO. / CONTRA PARTY / C.H. NUMBER / SPECIAL DELIVERY INSTRUCTIONS

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 646 | 002824100 | ABBOTT LABORATORIES | 35303.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 35278.06 | 25.00 | | | | |

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

09-01789-smb Doc 791-2     FINRA  NSX  SIPC  NSCC  DTC

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**

New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-K0160-3 | D | 08399 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS     FL 33418

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,142 | 30231G102 | EXXON MOBIL CORP | 156193.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 156108.96 | 85.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**MADF INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 08901 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/   NTC & CO.

| WE, | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,346 | 458140100 | INTEL CORP | 34133.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 34040.46 | 93.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**MADF BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
| | | | | | TR | CAP | SETT | | |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 95922 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

NALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/   NTC & CO.

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| 102 | 38259P508 | GOOGLE | 34418.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 7.400 | 34414.80 | 4.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 82944 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,482 | 17275R102 | CISCO SYSTEMS INC | 41622.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 41523.86 | 99.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 3DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 65640 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/  NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,040 | 060505104 | BANK OF AMERICA | 44124.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 44043.60 | 81.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 3DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-4 | D | 42588 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 34 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 10234.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 10200.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-4 | R | 33938 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

**** DUPLICATE ****
ACCT OF/ NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 88366.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 88400.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 78116 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/    **** DUPLICATE ****
NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,414 | 00206R102 | AT&T INC | 65274.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 65178.00 | 96.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | R | 22357 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS    FL 33418

ACCT OF/    **** DUPLICATE ****
NTC & CO.

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,525,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 1524024.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1524024.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | | |
|---|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | **MEMBER:**<br>FINRA NSX SIPC NSCC DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 04575 | TR 5 | CAP 1 | SETT | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 578 | 459200101 | INTERNATIONAL BUSINESS MACHS | 50465.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 50442.06 | 23.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | | |
|---|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | **MEMBER:**<br>FINRA NSX SIPC NSCC DTC | 885 Third Avenue<br>New York, NY 10022<br>212 230-2424<br>800 334-1343<br>Fax 212 838-4061 |

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-K0160-3 | D | 00249 | TR 5 | CAP 1 | SETT | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | O.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

DONALD S KENT MD
6379 BRANDON STREET
PALM BEACH GARDENS   FL 33418

ACCT OF/   NTC & CO.

**** DUPLICATE ****

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,020 | 428236103 | HEWLETT PACKARD CO | 35638.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 35598.00 | 40.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222