GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
  Email: dglosband@goodwinprocter.com
David J. Apfel
  Email: dapfel@goodwinprocter.com
  (*pro hac vice* application pending)
Brenda R. Sharton
  Email: bsharton@goodwinprocter.com
  (*pro hac vice* application pending)
Larkin M. Morton
  Email: lmorton@goodwinprocter.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF DAVID J. APFEL**

      David J. Apfel, a member in good standing of the Bar of the State of Massachusetts, the

U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First

Circuit, respectfully requests admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust in the above-referenced matter and in any related adversary proceedings.

My contact information is as follows:

> David J. Apfel
> GOODWIN PROCTER LLP
> 53 State Street
> Boston, Massachusetts 02109
> Telephone: (617) 570-1000
> Facsimile: (617) 523-1231
> Email: dapfel@goodwinprocter.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>November 13, 2009 | Dated: Boston, Massachusetts<br>November 13, 2009 |
| By: /s/ David J. Apfel<br>David J. Apfel<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>Email: dapfel@goodwinprocter.com | By: /s/ Daniel M. Glosband<br>Daniel M. Glosband<br>Email: dglosband@goodwinprocter.com<br>Brenda R. Sharton<br>Email: bsharton@goodwinprocter.com<br>(*pro hac vice* application pending)<br>53 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br><br>Larkin M. Morton<br>Email: lmorton@goodwinprocter.com<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333 |

2

*Attorneys for Jeffrey A. Berman,
Russell deLucia, Ellenjoy Fields,
Michael C. Lesser, Norman E. Lesser
Rev. 11/97 Rev. Trust, Paula E. Lesser
11/97 Rev. Trust and Jane L. O'Connor
as Trustee of the Jane O'Connor Living
Trust*