UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## [PROPOSED] ORDER GRANTING MOTION FOR
## ADMISSION TO PRACTICE *PRO HAC VICE* OF DAVID J. APFEL

This matter came before the Court upon the motion of David J. Apfel, a member in good

standing of the Bar of the State of Massachusetts, the U.S. District Court for the District of

Massachusetts and the U.S. Court of Appeals for the First Circuit, for admission, *pro hac vice*, to

represent Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E.

Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee

of the Jane O'Connor Living Trust in the above-referenced matter and in any related adversary

proceedings.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that David J. Apfel is

admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary

proceedings in the United States Bankruptcy Court, Southern District of New York, provided

that the filing fee has been paid.

Dated:  New York, New York
       November ___, 2009

 

 

_____
Honorable Burton L. Lifland
United States Bankruptcy Judge