# EXHIBIT B

*AMENDED*

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:          001120

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**RECEIVED**

JAN 2 6 2009

**DECEMBER 11, 2008**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:  *561-483-6663*

Taxpayer I.D. Number (Social Security No.)
*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*

Account Number:  *150312*
ELAINE C SCHLESSBERG
19499 CEDAR GLEN DRIVE
BOCA RATON, FL 33434

*ELAINE TRUSTEE*
*ELAINE C. SCHLESSBERG TRUST*
*DATED 8/26/04*

*FILED ORIGINAL - RECEIVED*
*ON 14 JAN 2009*

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406                                1

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                    $_____

d.   If balance is zero, insert "None."                       _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| 11/06/08 | *Attached to ORIGINAL CLAIM FORM* | ✓ | |
| | *FOR SECURITIES* | ✓ | |
| | *SPARTAN AND* | ✓ | |
| | *TREASURY Bills* | ✓ | |
| | *AND PUTS AND CALL* | | ✓ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if                    *No*
      so, give name of that broker.

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form: *HUSBAND  NORMAN  SCHLESSBERG*
      *19499 CEDAR GLEN DR  BOCA RATON  FL  33434*

*SEE BELOW*

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  *01/21/2009*    Signature  *Elaine Schlessberg*

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*MY TOTAL INVESMENT
WAS $240,000 — BUT I HAVE ONLY
CONFIRMATION OF THE MOST RECENT
AMOUNT OF FORTY THOUSAND ($40,000) DOLLARS*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/11/08

CHECK                                                    40,000.00

CLIENT'S ACCOUNT NUMBER

ELAINE C SCHLESSBERG TRUSTEE                      1-S0312-3
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON            FL 33434

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
ELAINE C SCHLESSBERG TRUSTEE        1-S0312-3
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON            FL 33434
```

```
STARTING EQUITY FOR CURRENT YEAR                205,483.90CR
CAPITAL ADDITIONS                                40,000.00CR
CAPITAL WITHDRAWALS                              16,364.03=
REALIZED P/L FOR CURRENT YEAR                    15,377.51CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          222.75CR
CURRENT CASH BALANCE                                  .63CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   244,719.50    NET LONG
TOTAL EQUITY                                    244,720.13CR

ANNUALIZED RETURN FOR CURRENT YEAR       9.94 %
```

**ELAINE SCHLESSBERG**
19499 CEDAR GLEN DRIVE
BOCA RATON, FLORIDA 33434

citigroup
SMITH BARNEY

**2284**

55-7265/212

July 8, 2008
Date

Pay to the
Order of    Bernard L. Madoff                    $ 40,000

Forty Thousand and 00/100                          Dollars

SELECT CLIENT FMA ACCOUNT
800-423-7248
Citibank F.S.B. Englewood Cliffs, NJ

For 1-503/2-3-0                    Elaine Schlessberg

⑆021272655⑆ ⑈1010484015⑈  2284  ⑇000040000000⑇

---

021272655
2284 570008613 071408

JPMORGAN CHASE BANK
> 074909952 <
07/11/2008
11         000000014065

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF

---

```
Posted  : 07/14/2008
Bank    : 0030
R/T     : 002127265
Account : 1010484015
Check   : 2284
Amount  : 40000.00
DIN     : 14157000861300000
```



CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7004 2510 0004 9998 0181

Mrs. Elaine Schlessberg
19499 Cedar Glen Drive
Boca Raton, FL 33434-5132

U.S. POSTAGE
PAID
BOCA RATON, FL
33433
JAN 21 09
AMOUNT
$5.32
00052178-07

0000        75201

UNITED STATES
POSTAL SERVICE

Irving H. Pickard Esq
Trustee Bernard Madoff
Claims Processing Center
2100 McKinney Ave #800
Dallas Tex  75201

URN RECEIPT
EQUESTED

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York

**CUSTOMER CLAIM**

Claim Number:        **000382**

_____

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC   RECEIVED

## In Liquidation

JAN 13 2009

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: _561-483-6663_

Taxpayer I.D. Number (Social Security No.)
_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_

Account Number:   1S0312
ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON, FL  33434

(If incorrect, please change)

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************

1.     Claim for money balances as of **December 11, 2008** :
       a.     The Broker owes me a Credit (Cr.) Balance of          $_____
       b.     I owe the Broker a Debit (Dr.) Balance of              $_____

502180406                              1

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                                                      $_____

d.  If balance is zero, insert "None."                            _____

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ✓ | |
| b. I owe the Broker securities | | |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 11/06/08 | SEE ATTACHED | ✓ | |
| 11/19/08 | DUE 3/26/2009 25,000 U.S TREASURY BILL | ✓ | |
| 11/19/08 | 4639 FIDELITY SPARTAN US TREASURY MONEY MARKET | ✓ | |
| 11/14/08 | 5 S&P 100 INDEX DECEMBER 420 PUT | ✓ | |
| 11/14/08 | 5 S&P 100 INDEX DECEMBER 430 CALL | | ✓ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

ELAINE SCHLESSBERG, TRUSTEE
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

© WILSON JONES          G7505 Column Write

ACCT # 150312

| TRADE DATE | NAME OF SECURITY | NUMBER OF SHARES |
|---|---|---|
| 11/06/08 | | |
| ALL | AT&T | 355 |
| | ABBOTT LABORATIES | 95 |
| | AMGEN INC | 65 |
| | APPLE INC | 55 |
| | BANK OF AMERICA | 300 |
| | CHEVRON CORP | 125 |
| | CISCO SYSTEMS INC | 365 |
| | CITI GROUP INC | 325 |
| | COCA COLA CO | 120 |
| | COMCAST CORP CL A | 180 |
| | CONOCOPHILLIPS | 90 |
| | EXXON MOBIL CORP | 315 |
| | GENERAL ELECTRIC CO | 635 |
| | GOOGLE | 15 |
| | HEWLETT PACKARD CO | 150 |
| | INTEL CORP | 345 |
| | INTERNATIONAL BUSINESS MACHS | 85 |
| | J.P. MORGAN CHASE & CO | 225 |
| | JOHNSON & JOHNSON | 165 |
| | McDONALDS CORP | 70 |
| | MERCK & CO | 130 |
| | MICROSOFT CORP | 475 |
| | ORACLE CORPORATION | 240 |
| | PEPSICO INC | 95 |
| | PHILLIP MORRIS INTERNATIONAL | 125 |
| | PROCTER & GAMBLE CO | 180 |
| | PFIZER INC | 405 |
| | QUALCOMM INC | 100 |
| | SCHLUMBERGER LTD | 75 |
| | US BANCORP | 105 |
| | UNITED PARCEL SVC INC CLASS B | 60 |
| | UNITED TECHNOLOGIES CORP | 60 |
| | VERIZON COMMUNICATIONS | 170 |
| | WAL-MART STORES INC | 130 |
| | WELLS FARGO & CO NEW | 210 |

|  | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

WILSON JONES          G7505 Columnwriter ®

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |                                                                                                                                                                                   | YES | NO |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                                          |     | ✓  |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                     |     | ✓  |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | ✓  |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |     | ✓  |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.      |     | ✓  |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |     | ✓  |

9.  Have you or any member of your family
    ever filed a claim under the Securities
    Investor Protection Act of 1970? if
    so, give name of that broker.                    _____   ✓ _____

    Please list the full name and address of anyone assisting you in the
    preparation of this claim form: _husband_ NORMAN SCHLESSBERG
    19499 CEDAR GLEN DR BOCA RATON FL 33434_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __01 / 09 / 2009__    Signature __Elaine Schlossberg__

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL    33434

PERIOD ENDING: 11/30/09

YOUR ACCOUNT NUMBER: 1-S0312-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******7403

PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,030.69 | |
| 11/12 | 210 | | 418 | WELLS FARGO & CO NEW | 29.800 | 6,266.00 | |
| 11/12 | 150 | | 920 | HEWLETT PACKARD CO | 34.900 | 5,241.00 | |
| 11/12 | 130 | | 4744 | WAL-MART STORES INC | 55.830 | 7,252.90 | |
| 11/12 | 85 | | 5246 | INTERNATIONAL BUSINESS MACHS | 87.270 | 7,420.95 | |
| 11/12 | 315 | | 9070 | EXXON MOBIL CORP | 72.880 | 22,959.20 | |
| 11/12 | 345 | | 9572 | INTEL CORP | 14.510 | 5,018.95 | |
| 11/12 | 165 | | 13898 | JOHNSON & JOHNSON | 59.580 | 9,836.70 | |
| 11/12 | 225 | | 18223 | J.P. MORGAN CHASE & CO | 38.530 | 8,678.25 | |
| 11/12 | 120 | | 22549 | COCA-COLA CO | 44.660 | 5,363.20 | |
| 11/12 | 70 | | 26875 | MCDONALDS CORP | 55.370 | 3,877.90 | |
| 11/12 | 130 | | 31201 | MERCK & CO | 28.550 | 3,711.50 | |
| 11/12 | 475 | | 35527 | MICROSOFT CORP | 21.810 | 10,378.75 | |
| 11/12 | 240 | | 39853 | ORACLE CORPORATION | 17.300 | 4,161.00 | |
| 11/12 | 95 | | 52831 | PEPSICO INC | 55.410 | 5,261.95 | |
| 11/12 | 55 | | 53333 | APPLE INC | 100.780 | 5,544.90 | |
| 11/12 | 405 | | 57157 | PFIZER INC | 16.940 | 6,876.70 | |
| 11/12 | 95 | | 57659 | ABBOTT LABORATORIES | 54.610 | 5,190.95 | |
| 11/12 | 180 | | 61483 | PROCTER & GAMBLE CO | 64.080 | 11,561.40 | |
| 11/12 | 65 | | 61985 | AMGEN INC | 59.160 | 3,847.40 | |
| 12/12 | 125 | | 65809 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 5,455.00 | |
| 12/12 | 300 | | 56311 | BANK OF AMERICA | 21.590 | 6,489.00 | |
| 12/12 | 100 | | 70135 | QUALCOMM INC | 33.770 | 3,381.00 | |
| 12/12 | 325 | | 70637 | CITI GROUP INC | 12.510 | 4,078.75 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER *****-**7403

YOUR ACCOUNT NUMBER 1-S0312-3-0

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL    33434

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 75 | | 74461 | SCHLUMBERGER LTD | 49.480 | 3,714.00 | |
| 11/12 | 180 | | 74963 | COMCAST CORP CL A | 16.510 | 2,978.80 | |
| 11/12 | 355 | | 78787 | AT&T INC | 27 | 9,599.00 | |
| 11/12 | 90 | | 79289 | CONOCOPHILIPS | 52.510 | 4,728.90 | |
| 11/12 | 60 | | 83113 | UNITED PARCEL SVC INC CLASS B | 52.040 | 3,124.40 | |
| 11/12 | 365 | | 83615 | CISCO SYSTEMS INC | 16.730 | 6,120.45 | |
| 11/12 | 105 | | 87439 | U S BANCORP | 29.530 | 3,104.65 | |
| 11/12 | 125 | | 87941 | CHEVRON CORP | 73.430 | 9,183.75 | |
| 11/12 | 60 | | 91765 | UNITED TECHNOLOGIES CORP | 53.160 | 3,191.60 | |
| 11/12 | 635 | | 92267 | GENERAL ELECTRIC CO | 19.630 | 12,490.05 | |
| 11/12 | 170 | | 96091 | VERIZON COMMUNICATIONS | 30.410 | 5,175.70 | |
| 11/12 | 15 | | 96593 | GOOGLE | 337.400 | 5,051.00 | |
| 11/12 | | 225,000 | 23027 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 224,856.00 |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 9.97 |
| 11/12 | | 17,214 | 18128 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,214.00 |
| 11/12 | 14,639 | | 27496 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,639.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.30 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020 7493 6222

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL   33434

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0312-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******7403
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | 14,639 | 52977 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 14,639.09 |
| 11/19 | 25,000 | | 57509 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 4,639 | | 62015 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,639.00 | |
| | | | | NEW BALANCE | | 28,000.07 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 355 | | | AT&T INC | 28.560 | | |
| | 95 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 65 | | | AMGEN INC | 55.540 | | |
| | 55 | | | APPLE INC | 92.670 | | |
| | 300 | | | BANK OF AMERICA | 16.250 | | |
| | 125 | | | CHEVRON CORP | 79.010 | | |
| | 365 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 325 | | | CITI GROUP INC | 8.290 | | |
| | 120 | | | COCA COLA CO | 46.870 | | |
| | 180 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 90 | | | CONOCOPHILIPS | 52.520 | | |
| | 315 | | | EXXON MOBIL CORP | 80.150 | | |
| | 635 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT
TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC
(212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT
IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S
FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE
OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL    33434

YOUR ACCOUNT NUMBER  1-S0312-3-0
PERIOD ENDING  11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  ******7403
PAGE  4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 15 | | | GOOGLE | 292.960 | | |
| | 150 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 345 | | | INTEL CORP | 13.800 | | |
| | 85 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 225 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 165 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 70 | | | MCDONALDS CORP | 58.750 | | |
| | 130 | | | MERCK & CO | 26.720 | | |
| | 475 | | | MICROSOFT CORP | 20.220 | | |
| | 240 | | | ORACLE CORPORATION | 16.090 | | |
| | 95 | | | PEPSICO INC | 56.700 | | |
| | 405 | | | PFIZER INC | 16.430 | | |
| | 125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 180 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 100 | | | QUALCOMM INC | 33.570 | | |
| | 75 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 4,639 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 105 | | | U S BANCORP | 26.980 | | |
| | 60 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 50 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC. (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL    33434

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******7403

PAGE 5

YOUR ACCOUNT NUMBER 1-S0312-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 170 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 130 | | | WAL-MART STORES INC | 55.830 | | |
| | 210 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 249,923.20 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL        33434

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0312-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******F403
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|------|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | BALANCE FORWARD | | | 14,031.00 |
| 11/12 | | 5 | 44179 | S & P 100 INDEX NOVEMBER 460 CALL | 15.300 | | 7,895.00 |
| 11/12 | 5 | | 48505 | S & P 100 INDEX NOVEMBER 450 PUT | 17.300 | 8,905.00 | |
| 11/19 | | 5 | 34609 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 12,995.00 |
| 11/19 | 5 | | 38934 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 15,005.00 | |
| 11/19 | 5 | | 43259 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 1,505.00 | |
| 11/19 | | 5 | 47584 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 18,495.00 |
| | | | | NEW BALANCE | | | 28,001.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 5 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 5 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES
LONG            SHORT
8,250.00-      11,650.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

PLEASE REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT STATEMENT TO THE ACCOUNTING DEPARTMENT AT BERNARD L. MADOFF INVESTMENT SECURITIES LLC (212.230.2470). ANY ORAL COMMUNICATIONS SHOULD BE RE-CONFIRMED TO THAT DEPARTMENT IN WRITING.

PLEASE CONTACT US IF THERE HAVE BEEN ANY CHANGES IN THE ACCOUNT HOLDER'S FINANCIAL CONDITION OR INVESTMENT OBJECTIVES, OR IF THE HOLDER WISHES TO IMPOSE OR MODIFY ANY RESTRICTIONS ON THE MANAGEMENT OF THIS ACCOUNT.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 78787 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 355 | 00206R102 | AT&T INC | 9599.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 9585.00 | 14.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–S0312–3 | D | 57659 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 95 | 002824100 | ABBOTT LABORATORIES | 5190.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 5187.95 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for Income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 61985 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 65 | 031162100 | AMGEN INC | 3847.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 3845.40 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 53333 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 55 | 037833100 | APPLE INC | 5544.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 5542.90 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 66311 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 300 | 060505104 | BANK OF AMERICA | 6489.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 6477.00 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 87941 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 125 | 166764100 | CHEVRON CORP | 9183.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 9178.75 | 5.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 83615 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 365 | 17275R102 | CISCO SYSTEMS INC | 6120.45 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 6106.45 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0312-3 | D | 70637 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON         FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 325 | 172967101 | CITI GROUP INC | 4078.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 4065.75 | 13.00 | | | | |

CONFIRMATION *(Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 22549 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 120 | 191216100 | COCA COLA CO | 5363•20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44•660 | 5359•20 | 4•00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 74963 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 180 | 20030N101 | COMCAST CORP CL A | 2978.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 2971.80 | 7.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 79289 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 90 | 20825C104 | CONOCOPHILIPS | 4728.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 4725.90 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

**TRANSACTION (TR) CODE**

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

**CAPACITY (CAP) CODE**

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 09070 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 315 | 30231G102 | EXXON MOBIL CORP | 22969.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 22957.20 | 12.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 92267 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 635 | 369604103 | GENERAL ELECTRIC CO | 12490.05 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 12465.05 | 25.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 96593 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 15 | 38259P508 | GOOGLE | 5061.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 5061.00 | | | | | |

CONFIRMATION (Please see reverse for further details.)

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 00920 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 150 | 428236103 | HEWLETT PACKARD CO | 5241.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 5235.00 | 6.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 09572 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 345 | 458140100 | INTEL CORP | 5018.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 5005.95 | 13.00 | | | | |

✓

CONFIRMATION (Please see reverse for further details.)

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 05246 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 85 | 459200101 | INTERNATIONAL BUSINESS MACHS | 7420.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 7417.95 | 3.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0312-3 | D | 18223 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 225 | 46625H100 | J.P. MORGAN CHASE & CO | 8678.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 8669.25 | 9.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0312-3 | D | 13898 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 165 | 478160104 | JOHNSON & JOHNSON | 9836.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 9830.70 | 6.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 26875 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 70 | 580135101 | MCDONALDS CORP | 3877.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 3875.90 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 31201 | 5 | | 1 | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 130 | 589331107 | MERCK & CO | 3716.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 3711.50 | 5.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**TRANSACTION (TR) CODE**

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

**CAPACITY (CAP) CODE**

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 35527 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 475 | 594918104 | MICROSOFT CORP | 10378.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 10359.75 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 39853 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 240 | 68389X105 | ORACLE CORPORATION | 4161.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 4152.00 | 9.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1−S0312−3 | D | 52831 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 95 | 713448108 | PEPSICO INC | 5361.95 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 5358.95 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1-S0312-3 | D | 65809 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 125 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 5455.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 5450.00 | 5.00 | | | | |

CONFIRMATION *(Please see reverse for further details.)*

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–S0312–3 | D | 61483 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 180 | 742718109 | PROCTER & GAMBLE CO | 11541.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | |
|---|---|---|---|---|---|---|---|
| 64.080 | 11534.40 | 7.00 | | | | | ✓ |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 57157 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 405 | 717081103 | PFIZER INC | 6876.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 6860.70 | 16.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 70135 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON         FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 100 | 747525103 | QUALCOMM INC | 3381.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 3377.00 | 4.00 | | | | |

*CONFIRMATION (Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and |
| 6. MUTUAL FUNDS | seller, charging a commission as |
| 8. OPTIONS | shown on the face hereof. |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–S0312–3 | D | 74461 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 75 | 806857108 | SCHLUMBERGER LTD | 3714.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 3711.00 | 3.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CONFIRMATION *(Please see reverse for further details.)*

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1–S0312–3 | D | 87439 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 105 | 902973304 | U S BANCORP | 3104•65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29•530 | 3100•65 | 4•00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA. | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 83113 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 60 | 911312106 | UNITED PARCEL SVC INC CLASS B | 3124.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 3122.40 | 2.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 91765 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 60 | 913017109 | UNITED TECHNOLOGIES CORP | 3191.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 3189.60 | 2.00 | | | | |

*CONFIRMATION (Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0312-3 | D | 96091 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 170 | 92343V104 | VERIZON COMMUNICATIONS | 5175.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.410 | 5169.70 | 6.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

## TRANSACTION (TR) CODE

1. NY
2. ASE
3. OTHER
5. OTC
6. MUTUAL FUNDS
8. OPTIONS

## CAPACITY (CAP) CODE

1. AGENT
2. PRINCIPAL
3. OTHER
4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-S0312-3 | D | 04744 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 130 | 931142103 | WAL-MART STORES INC | 7262.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 55.830 | 7257.90 | 5.00 | | | | |

CONFIRMATION *(Please see reverse for further details.)*

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 00418 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 210 | 949746101 | WELLS FARGO & CO NEW | 6266.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 6258.00 | 8.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

TRANSACTION (TR) CODE

1. NY

2. ASE

3. OTHER

5. OTC

6. MUTUAL FUNDS

8. OPTIONS

CAPACITY (CAP) CODE

1. AGENT

2. PRINCIPAL

3. OTHER

4. AGENT for both the buyer and
   seller, charging a commission as
   shown on the face hereof.

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.
Please keep this confirmation for income tax purposes.
This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-S0312-3 | D | 57509 | 5 | 1 | | 11/19/08 | 11/19/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON          FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 25,000 | 912795K91 | U S TREASURY BILL<br>DUE 03/26/2009  Y.T.M. .21%<br>3/26/2009 | 24981.50 |

| PRICE | PRINCIPAL | COMMISSION. | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 24981.50 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION (Please see reverse for further details.)

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction  Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| 0646 | | 1−S0312−4 | D | 38934 | 8 | 1 | | 11/14/08 | 11/19/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

ELAINE C SCHLESSBERG TRUSTEE
ELAINE C SCHLESSBERG TRUST
DATED 8/26/04
19499 CEDAR GLEN DRIVE
BOCA RATON        FL 33434

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 15005.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 15000.00 | 5.00 | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| TRANSACTION (TR) CODE | CAPACITY (CAP) CODE |
|---|---|
| 1. NY | 1. AGENT |
| 2. ASE | 2. PRINCIPAL |
| 3. OTHER | 3. OTHER |
| 5. OTC | 4. AGENT for both the buyer and seller, charging a commission as shown on the face hereof. |
| 6. MUTUAL FUNDS | |
| 8. OPTIONS | |

If any detail shown herein is not in accordance with your understanding of the transaction, or does not meet with your acceptance, please notify us at once. If we have acted as agent, name of seller or buyer and time of execution will be furnished upon request.

Please keep this confirmation for income tax purposes.

This order was executed subject to the Rules and Regulations of the Exchange or market on which the transaction occurred and/or the Rules and Regulations of the Securities and Exchange Commission.

Customer Transactions: As per your authorization and instructions we have executed this transaction for your account. We have acted in the capacity of Agent for your transaction. The Equity transaction executed for your account is an average price transaction. Full details are available on written request.

Bernard L. Madoff Investment Securities LLC is a market maker in the equity securities traded for your account.



040708/EP-14  SEPTEMBER 2008
© 2008 USPS

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuses may be a violation of federal law . This packaging is not for resale.

**DuPont™ Tyvek®**
Protect What's Inside.™







EP-14



CERTIFIED MAIL

7008 3230 0001 6544 6786

# PRIORITY MAIL

UNITED STATES POSTAL SERVICE

*PLEASE PRESS FIRMLY*

## Mailing Envelope
### For Domestic and International Use

*Visit us at usps.com*

INTERNATIONAL RESTRICTIONS
LIMITATIONS ON CONTENT:
Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.gov or
ask a retail associate for details.

Please recycle.







TO: IRVING H. PICARD SSA
TRUSTEE BERNARD MADOFF
CLAIMS PROCESSING CENTER
2100 MCKINNEY AVE # 800
DALLAS TX 75201

*PLEASE PRESS FIRMLY*

Print postage online - Go to usps.com/postageonline

Schedule package pickup right from your home or office at usps.com/pickup