GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
  Email: dglosband@goodwinprocter.com
David J. Apfel
  Email: dapfel@goodwinprocter.com
  (*pro hac vice* application pending)
Brenda R. Sharton
  Email: bsharton@goodwinprocter.com
  (*pro hac vice* application pending)
Larkin M. Morton
  Email: lmorton@goodwinprocter.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE
*PRO HAC VICE* OF BRENDA R. SHARTON**

Brenda R. Sharton, a member in good standing of the Bar of the State of Massachusetts,

the U.S. District Court for the District of Massachusetts, the U.S. Court of Appeals for the First

Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Tax Court and the U.S. Supreme Court, respectfully requests admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust in the above-referenced matter and in any related adversary proceedings.

    My contact information is as follows:

> Brenda R. Sharton
> GOODWIN PROCTER LLP
> 53 State Street
> Boston, Massachusetts 02109
> Telephone: (617) 570-1000
> Facsimile: (617) 523-1231
> Email: bsharton@goodwinprocter.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Boston, Massachusetts  
       November 13, 2009

By:  /s/ Brenda R. Sharton  
    Brenda R. Sharton  
    GOODWIN PROCTER LLP  
    53 State Street  
    Boston, Massachusetts 02109  
    Telephone: (617) 570-1000  
    Facsimile: (617) 523-1231  
    Email: bsharton@goodwinprocter.com

Dated: Boston, Massachusetts  
       November 13, 2009

By:  /s/ Daniel M. Glosband  
    Daniel M. Glosband  
    Email: dglosband@goodwinprocter.com  
    David J. Apfel  
    Email: dapfel@goodwinprocter.com  
    (*pro hac vice* application pending)  
    53 State Street  
    Boston, Massachusetts 02109  
    Telephone: (617) 570-1000  
    Facsimile: (617) 523-1231

    Larkin M. Morton  
    Email: lmorton@goodwinprocter.com  
    The New York Times Building  
    620 Eighth Avenue  
    New York, New York 10018  
    Telephone: (212) 813-8800  
    Facsimile: (212) 355-3333

*Attorneys for Jeffrey A. Berman,
Russell deLucia, Ellenjoy Fields,
Michael C. Lesser, Norman E. Lesser
Rev. 11/97 Rev. Trust, Paula E. Lesser
11/97 Rev. Trust and Jane L. O'Connor
as Trustee of the Jane O'Connor Living
Trust*