Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel and a group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA Liquidation <br><br> No. 08-1789 (BRL) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF SERVICE CORRECTED**

I, Lourdes Blanco, hereby certify that on November 13, 2009, I caused a true copy of Customers' Memorandum of Law in Opposition to Trustee's Motion for an Order Approving the Trustee's Re-Definition of "Net Equity" Under the Securities Investor Protection Act and accompanying declaration of Helen Davis Chaitman with exhibits A through NN to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

1097060.1

08-01789-cgm    Doc 806    Filed 11/16/09    Entered 11/16/09 10:11:01    Main Document

      David J. Sheehan, Esq.
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, NY 10111

and by Federal Express upon:

      Josephine Wang, Esq.
      Securities Investor Protection Corporation
      805 Fifteenth Street, N.W., Suite 800
      Washington, D.C. 20005

November 16, 2009

                                                  */s/ Lourdes Blanco*
                                                  Lourdes Blanco

1097060.1