DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
James P. Smith III (jpsmith@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------x

SECURITIES INVESTOR             :
PROTECTION CORPORATION,
                                :
          Plaintiff-Appellant,
                                :   SIPA Liquidation
     v.                             (Substantively Consolidated)
                                :   Adv. Pro. No. 08-01789
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                 :
                                    **AFFIDAVIT OF SERVICE**
          Defendants.           :
                                :
---------------------------------x
                                :
In re:                          :
                                :
BERNARD L. MADOFF,              :
                                :
          Debtor.               :
                                :
---------------------------------x

STATE OF NEW YORK      )
                       SS.:
COUNTY OF NEW YORK     )

ERIC A. JAMES, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed with the law firm of Dewey & LeBoeuf LLP.

On the 13th day of November, 2009, I served the attached NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES and JOINDER OF INTERESTED PARTY ELLEN G. VICTOR, AS HOLDER OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC ACCOUNTS 1ZA128-3 AND 1ZA128-4, IN MEMORANDUM OF LAW FILED BY STERLING EQUITIES ASSOCIATES AND CERTAIN AFFILIATES via First Class Mail to the attorney listed below at the address designated for service of papers:

Baker & Hostetler LLP
David J. Sheehan, Esq.
45 Rockefeller Plaza
New York, New York 10111

ERIC A. JAMES
Lic. No. 1278776

Sworn to before me this
13th day of November, 2009

NOTARY PUBLIC

JUDITH L. STRIGARO
NOTARY PUBLIC, State of New York
No. 01ST4684806
Qualified in New York County
Commission Expires February 28, 2011

2