Therese M. Doherty, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Interested Party Magnify, Inc.

**Document Electronically Filed**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION
CORPORATION,

              Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.

---------------------------------------------------------------- X
In re:

BERNARD L. MADOFF

              Debtor.

---------------------------------------------------------------- X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CERTIFICATE OF SERVICE

      I, John Oleske, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States Bankruptcy Court for the Southern District of New York, do hereby certify that I caused a true and correct copy of Magnify, Inc's Memorandum of Law in Opposition to the Trustee's Motion to Affirm Customer Claims Determinations With Regard to the Trustee's Net Equity Determinations to be filed electronically with the Court and to be served upon the parties in this action who receive

electronic service through CM/ECF on November 13, 2009, and by U.S. Mail upon David Sheehan, Esq., Marc E. Hirschfield, Esq., Seanna R. Brown, and Irving H. Picard, Esq. at Baker Hostetler, 45 Rockefeller Plaza, New York, New York 10111 on November 16, 2009.

.

Dated:   New York, New York
         November 16, 2009

                                              _____/s/_____
                                                    John Oleske