**DEBORAH ASHENFARB**
**11908 Glenmore Dr.**
**Coral Springs, FL 33071**
**(954) 340-9255**

November 9, 2009

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004

**RE: Sidney Dorfman (Deceased) (IRA)**
"BLMIS" Account No. 1CM739
Claim No. 004630 and
Claim No. 006121 (Combined Claim)
**Bankruptcy Case No. 08-789(BRL)**

Dear Sir:

Pursuant to your Notice of Denial of the above captioned claim, I disagree with the Trustee's Determination of Denial of Claim and request a hearing before Judge Lifland for the following reasons:

The Trustee has not given credit to the December 31, 2002 transfer from Account No. 1CM29130 in the amount of $203,178.44 which was an IRA Account in the Estate of Sidney Dorfman.

All Madoff Accounts in the month of December historically were converted to cash. We had the opportunity to take the cash or transfer cash and open a new account, which is what was done.

I therefore request a hearing on this matter for the account balance to be corrected and a claim allowed of $150,578.44 ($203,178.44 **less** $52,600.00).

Respectfully,

*Deborah Ashenfarb*
Deborah Ashenfarb

cc: Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

NTC & Co., FBO Sidney Dorfman (deceased) (IRA)
P.O. Box 173859
Denver, CO 80217

RECEIVED NOV 13 2009

**Certified Mail – Return Receipt Requested**