Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
David L. Barrack
Meredith A. Sharoky
Jaclyn L. Rabin

*Counsel for Stuart Perlen, Trustee*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| Plaintiff-Appellant, | : |
| | : |
| v. | : |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : |
| | : |
| Defendant. | : |

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

----------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

----------------------------------------------------------x

### OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Stuart Perlen ("Perlen"), as trustee[1] of the Trust F/B/O Melissa Perlen, dated September

12, 1979 ("Melissa Perlen Trust") by and through his attorneys, Fulbright & Jaworski L.L.P.,

hereby objects to the Notice of Trustee's Determination of Claim ("Determination"), dated

October 19, 2009, attached hereto as Exhibit A.

---

[1] Perlen and his wife, Myra Perlen, together act as trustee of the Melissa Perlen Trust.

## BACKGROUND

1.    On December 15, 2008, the above-captioned litigation proceeding was commenced against Bernard L. Madoff Investment Securities, LLC ("BLMIS"), pursuant to the Securities Investor Protection Act ("SIPA"). *See* Order, *SEC v. Madoff*, No. 08-10791 (S.D.N.Y. Dec. 15, 2008) (Docket No. 4). Irving Picard was appointed Trustee ("the BLMIS Trustee") charged with overseeing the liquidation of BLMIS and processing customer claims pursuant to SIPA. *Id.* 15 U.S.C. § 78fff-1.

2.    On December 23, 2008, this Court issued, on an *ex parte* basis, an order directing the Trustee to disseminate notice and claim forms to BLMIS customers and setting forth claim-filing deadlines, as well as processes by which claims were to be submitted. *See* Order on Application for an Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief (Docket No. 12), *SIPC v. Bernard L. Madoff Sec. LLC*, No. 08-01789 (Bankr. S.D.N.Y. Dec. 23, 2008) (the "Claims Procedures Order"). The Claims Procedures Order sets forth the procedure to be followed by the Trustee when a customer's claim "disagree[s] with the Debtor's books and records" and states that the Trustee "shall notify such claimant by mail of his determination that the claim is disallowed, in whole or in part, and the reason therefor . . . ." *Id.* at 6.

3.    Perlen is a "customer" of BLMIS, as defined by SIPA.

4.    On or about June 8, 2009, Perlen filed an amended customer claim in this proceeding. *See* Exhibit B (the "Claim"). The Claim, including its reservation of rights, is incorporated herein. The Claim, related to BLMIS Account No. 1P0043 (the "Account"), designated as Claim Numbers 009385 and 011761, seeks recovery of the full value of the securities reflected in the Melissa Perlen Trust final BLMIS account statement, dated November

30, 2008. This sum constitutes the account's "net equity" as defined in SIPA. *See* 15 U.S.C. § 78lll(11).

5.    On October 19, 2009, the Trustee sent Perlen the Determination, which states that the Claim was "DENIED." Determination at 3, Ex. A. The Determination also states that "[n]o securities were ever purchased for your account." *Id.* Moreover, it provides that "the amount of money you withdrew from your account at BLMIS (total of $2,032,256.22), as more fully set forth in Table 1 . . . is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,042,792.00)." *Id.* at 4. It goes on to say "[a]ny and all profits reported to you by BLMIS on account statements were fictitious." *Id.*

6.    The BLMIS Trustee has taken the position that "net equity" should be determined by netting all deposits and withdrawals by the customer over the life of the customer's BLMIS account (*i.e.*, the "cash in/cash out method"), without regard to any gains reflected in the Final BLMIS Statement or prior BLMIS statements. *See* Memorandum of Law in Support of Trustee's Motion for an Order Upholding Trustee's Determination Denying Customer Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity (Oct. 16, 2009) (Docket No. 525).

7.    Perlen hereby objects to the Determination for the reasons described below.

## GROUNDS FOR OBJECTION

I.    **The BLMIS Trustee's View of Net Equity is Contrary to SIPA, Second Circuit Precedent and SIPC's Practices**

8.    Under SIPA, the BLMIS Trustee is obligated to "promptly discharge . . . all obligations of the debtor to a customer relating to, or net equity claims based upon, securities or cash, by the delivery of securities or the making of payments to or for the account of such

customer . . . in so far as such obligations are ascertainable from the books and records of the debtor . . . ." 15 U.S.C. § 78fff-2 (b). "Net equity" is defined as the amount the debtor owes the customer less any indebtedness of the customer to the debtor. *Id.* § 78lll(11). This definition of "net equity" binds the Trustee. *See id.* § 78ccc(b)(4)(A).

9.      The BLMIS Trustee's "cash in/cash out" method of calculating "net equity" is erroneous and violates SIPA's definition of "net equity."

10.      SIPA plainly defines "net equity" as the value of the securities positions in a customer's account as of the SIPA filing date – *i.e.*, December 11, 2008 – minus any amount the customer owes the debtor. Specifically:

11.      The term 'net equity' means the dollar amount of the account or accounts of a customer, to be determined by—

> (A) calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase *on the filing date*, all securities positions of such customer (other than customer name securities reclaimed by such customer); minus
>
> (B) any indebtedness of such customer to the debtor on the filing date ....

15 U.S.C. § 78lll(11) (emphasis added); *see also In re New Times Secs. Servs., Inc.*, 371 F.3d 68, 72 (2d Cir. 2004) ("*New Times I*") ("Each customer's 'net equity' is 'the dollar amount of the account or accounts of a customer, to be determined by calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase on the filing date, all securities positions of such customer' corrected for 'any indebtedness of such customer to the debtor on the filing date.'").

12.      The fact that securities were never purchased by BLMIS does not affect the calculation of "net equity" as defined by SIPA. *See New Times I* at 88. The Second Circuit in *New Times I* addressed the situation where no securities were purchased by a broker and held

that net equity claims for "fictitious" securities (which never existed and the market value for which could not be independently obtained or verified) were properly valued based on the amount of money that the claimants initially provided to the debtor. *Id.* at 88. Where the securities at issue were "real" and had publicly verifiable values, SIPC and the SIPC trustee gave customers the full benefit of the SIPA remedy, calculating "net equity" as the value of "real" securities reflected in a customer's account statements on the filing date. *Id.* at 74, 87. All of the securities reflected in Perlen's final BLMIS account statement are real, publicly verifiable securities (*e.g.*, Citi Group, Inc., Exxon Mobil Corp., Microsoft Corp., Google, McDonalds Corp.). *See id.*

13.    In addition, the Determination is inconsistent with SIPA's legislative history, which requires the Trustee to meet the customer's "legitimate expectations." Neither SIPA nor its legislative history excuses the Trustee from this duty because no securities were purchased by the debtor. *See, e.g.*, S. Rep. No. 95-763, at 2 (1978); H.R. Rep. No. 95-746, at 21.

14.    The Determination is also contrary to past SIPC policies and practices. In a brief submitted to the Second Circuit in 2005, SIPC wrote:

> [R]easonable and legitimate expectations of the filing date are controlling *even where inconsistent with transactional reality*. Thus, for example, where a claimant orders a securities purchase and receives a written confirmation statement reflecting that purchase, the claimant generally has a reasonable expectation that he or she holds the securities identified in the confirmation and therefore generally is entitled to recover those securities (within the limits imposed by SIPA), even where the purchase never actually occurred and the debtor instead converted the cash deposited by the claimant to fund that purchase.

*See* Br. of Appellant SIPC at 23-24, *In re New Times Secs. Servs., Inc.*, No. 05-5527-bk (2d Cir. Filed Dec. 27, 2005) ("*New Times II*") (emphasis added).

15.    Perlen's legitimate expectations arise from the written confirmations and the Account statements he received from BLMIS, which reflected that the Melissa Perlen Trust

owned certain securities valued at the amount reflected in the Account statement, dated November 30, 2008. *See* Claim (Exhibit B). Perlen certainly had no expectation that BLMIS only owed the net of what was deposited and withdrawn over the life of the Account.

## II.   The Determination Violates the Court's Claims Procedures Order of December 23, 2008

16.   The Determination fails to provide "the reason" for the disallowance of Perlen's claim, as required by the December 23, 2008 Order. *See* Claims Procedures Order at 6. The Determination is void of relevant facts and legal theories upon which the objection is based. *See, e.g.,* Collier on Bankruptcy § 3007.01(3) (15th ed.) ("[A]n objection to a claim should . . . meet the [pleading] standards of an answer. It should make clear which facts are disputed; it should allege facts necessary to affirmative defenses; and it should describe the theoretical bases of those defenses.") The BLMIS Trustee's purported ground for the disallowance – that "[n]o securities were ever purchased for your account," Determination at 1 (Exhibit A), – is insufficient to meet the pleading standard.

17.   Providing no statutory or legal basis for its objection, the Determination falls short of meeting the necessary pleading standard.

18.   Thus, the Determination is inadequate to rebut the prima facie evidence of Perlen's Claim. *See* Section 502(a) Bankruptcy Code and Fed. R. Bankr. P. 3001(f).

19.   Moreover, the Determination does not state that the Claim "disagrees with the Debtor's books and records" and therefore does not comply with the Claims Procedures Order in that regard.

## III.   There is No Basis for Avoidance

20.   To the extent the Determination is based upon any alternative valuation or avoidance theory, there is no basis in law, either case law or SIPA, for the Determination.

IV.    **Perlen is Entitled to Prejudgment Interest**

21.    Under theories of fraud, conversion and unjust enrichment, Perlen is entitled to recover prejudgment interest on the funds he deposited with BLMIS. *See* N.Y.C.P.L.R. §§ 5001, 5003; *Huang v. Sy*, 62 A.D.3d 660, 661-62 (2d Dep't 2009); N.Y. Gen. Oblig. § 5-501, *et seq.*; *Steinberg v. Sherman*, No. 07-1001, 2008 U.S. Dist. LEXIS 35786, at *14-15 (S.D.N.Y. May 2, 2008) ("Causes of action such as . . . conversion and unjust enrichment qualify for the recovery of prejudgment interest."); *Eighteen Holding Corp. v. Drizin,* 268 A.D.2d 371, 372 (1st Dep't 2000) (awarding prejudgment interest on claims for unjust enrichment and conversion).

IV.    **All of Perlen's Accounts Should Be Combined**

22.    Perlen should have the right to combine all three accounts (Account No. 1P0013, designated as Claim Numbers 9371 and 11762, Account No. 1P0012, designated as Claim Numbers 9379 and 11760, and the Account, which forms the basis of this objection) of which he was the Trustee for purposes of calculating his award.

VI.    **Incorporation of All Prior Objections**

23.    Perlen adopts and incorporates by reference all other objections filed by similarly situated claimants, whether filed now or at any point in the future.

### RELIEF REQUESTED

24.    For the reasons stated herein, the Claim should be allowed in its entirety, and the Court should direct SIPC to issue immediate payment to Perlen in the amount of the full balance reflected in his BLMIS account statement of November 30, 2008, plus interest from the date of the Determination, and such equitable relief as the Court deems appropriate.

25.    Perlen reserves the right to revise, supplement or amend this Objection, and any failure to object on a particular ground or grounds shall not be construed as a waiver of Perlen's right to object on any additional grounds.

Dated: New York
　　　　November 16, 2009

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　By:＿＿ /s/ David L. Barrack＿＿＿＿＿＿＿

　　　　　　　　　　　　　　Fulbright & Jaworski L.L.P.
　　　　　　　　　　　　　　David L. Barrack
　　　　　　　　　　　　　　Meredith A. Sharoky
　　　　　　　　　　　　　　Jaclyn L. Rabin
　　　　　　　　　　　　　　666 Fifth Avenue
　　　　　　　　　　　　　　New York, New York  10103
　　　　　　　　　　　　　　(212) 318-3000

　　　　　　　　　　　　　　*Counsel for Stuart Perlen, Trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Objection to

Trustee's Determination of Claim, was filed electronically via the ECF system with copies also

mailed by hand delivery this 16th day of November 2009, to:

> Clerk of the United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, NY 10004
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011
> *Trustee for the Liquidation of the Business*
> *of Bernard L. Madoff Investment Securities LLC*

/s/ David L. Barrack
David L. Barrack

# Exhibit A

*To DAVID BARBACK*

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Trust F/B/O Melissa Perlen U/A, Dated 9/12/79
Myra & Stuart Perlen, Trustees
7468 Mahogany Bend Ct.
Boca Raton, Florida 33434

Dear Trust F/B/O Melissa Perlen U/A, Dated 9/12/79:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1P0043 designated as Claim Number 009385 and Claim Number 011761 (the latter of which is duplicative of Claim Number 009385) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim securities is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300032736.2

PAGE 2/4 * RCVD AT 10/22/2009 2:47:18 PM [Eastern Daylight Time] * SVR:NYFFAX01/7 * DNIS:0 * CSID: * DURATION (mm-ss):01-58

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $2,032,256.22), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,042,792.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($989,464.22) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

300032736.2                                          2

PAGE 3/4 * RCVD AT 10/22/2009 2:47:18 PM [Eastern Daylight Time] * SVR:NYFAX01/7 * DNIS:0 * CSID: * DURATION (mm-ss):01-58

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_Irving H. Picard_
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

FROM :                    FAX NO. :                    May. 06 2009 07:01AM P3

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 8/6/1993 | CHECK | $75,800.00 |
| 8/6/1993 | CHECK | $24,200.00 |
| 6/22/1994 | CHECK | $100,000.00 |
| 1/17/1997 | CHECK | $25,000.00 |
| 3/13/1997 | CHECK | $29,500.00 |
| 1/7/1998 | CHECK | $25,000.00 |
| 12/16/1998 | CHECK | $500,000.00 |
| 5/10/1999 | CHECK | $135,000.00 |
| 1/16/2004 | CHECK | $22,000.00 |
| 7/9/2004 | CHECK | $25,000.00 |
| 8/16/2004 | CHECK | $14,000.00 |
| 9/22/2004 | CHECK | $3,292.00 |
| 4/26/2005 | CHECK | $20,000.00 |
| 7/3/2006 | CHECK | $20,000.00 |
| 7/10/2007 | CHECK | $24,000.00 |
| **Total Deposits:** | | $1,042,792.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17/2003 | CHECK | ($25,000.00) |
| 12/8/2005 | CHECK | ($40,000.00) |
| 12/15/2006 | CHECK | ($27,000.00) |
| 12/10/2007 | CHECK | ($50,000.00) |
| 10/7/2008 | CHECK | ($1,890,256.22) |
| **Total Withdrawals:** | | ($2,032,256.22) |
| **Total deposits less withdrawals:** | | ($989,464.22) |

# Exhibit B



Mr. Stuart Perlen
7468 Mahogany Bend Ct.
Boca Raton, FL 33434

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Irving H. Picard, Esq.
Trustee for Madoff Inv
Claims Processing
2100 McKinney Ave.
Suite 800
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7003 3110 0004 4875 5596

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   Irving H. Picard, Esq. Claims Processing

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To   Irving H. Picard, Esq. Claims Processing
Street, Apt. No.;
or PO Box No.  2100 McKinney Ave., Suite 800
City, State, ZIP+4  Dallas, Tx 75201

PS Form 3800, June 2002    See Reverse for Instructions

AMENDED
## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _516-319-5039_

HOME: _561-479-2012_

Taxpayer I.D. Number (Social Security No.)
_11-6413293_

Account Number:    1P0043
TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON, FL 33434

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM
FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008**:
    a.    The Broker owes me a Credit (Cr.) Balance of        $_____
    b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406                                     3

## **WITHDRAWAL AMOUNT**

$1,890,256.22

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN        1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT             NY 11024
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 265,444.80CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 44,460.48CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .28CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 309,905.00   NET LONG |
| TOTAL EQUITY | 309,905.28CR |

ANNUALIZED RETURN FOR CURRENT YEAR    16.70 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


TRUST F/B/O MELISSA PERLEN            1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT            NY 11024


STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                                    309,905.28CR
CAPITAL WITHDRAWALS                                   54,500.00CR  ——
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            69,686.14CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            .42CR
TOTAL EQUITY                                         434,091.00   NET LONG
                                                     434,091.42CR

ANNUALIZED RETURN FOR CURRENT YEAR        19.48 %

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN          1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT          NY 11024
```

```
STARTING EQUITY FOR CURRENT YEAR
CAPITAL ADDITIONS                              434,091.42CR
CAPITAL WITHDRAWALS                             25,000.00CR
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS       61,394.92CR
CURRENT CASH BALANCE                               624.00CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS          .34CR
TOTAL EQUITY                                   521,110.00    NET LONG
                                               521,110.34CR

ANNUALIZED RETURN FOR CURRENT YEAR       18.08 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/09

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST F/B/O MELISSA PERLEN            1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,049,219.62CR |  |
| CAPITAL ADDITIONS | 135,000.00 | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | 233,017.86CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | .48CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,417,237.00 | NET LONG |
| TOTAL EQUITY | 1,417,237.48CR | |

ANNUALIZED RETURN FOR CURRENT YEAR      20.50 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79                    1-P0043-3
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT          NY 11024
```

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | |
| CAPITAL ADDITIONS | 1,417,237.48CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 197,018.07CR |
| CURRENT CASH BALANCE | .55CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,614,255.00    NET LONG |
| TOTAL EQUITY | 1,614,255.55CR |
| ANNUALIZED RETURN FOR CURRENT YEAR | 13.86 % |

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN          1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT          NY 11024
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,614,255.55CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 236,032.12CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .67CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,850,287.00    NET LONG |
| TOTAL EQUITY | 1,850,287.67CR |

ANNUALIZED RETURN FOR CURRENT YEAR     14.62 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN            1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON            FL 33434
```

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | | |
| CAPITAL ADDITIONS | 1,850,287.67CR | |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 260,009.97CR | |
| CURRENT CASH BALANCE | | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .14CR | |
| TOTAL EQUITY | 2,110,297.50 | NET LONG |
| | 2,110,297.64CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    14.05 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN          1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON          FL 33434
```

```
STARTING EQUITY FOR CURRENT YEAR                  2,110,297.64CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   25,000.00-
REALIZED P/L FOR CURRENT YEAR                        223,016.90CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                       .54CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      2,308,314.00    NET LONG
TOTAL EQUITY                                       2,308,314.54CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.57 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST F/B/O MELISSA PERLEN                    1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON            FL 33434

STARTING EQUITY FOR CURRENT YEAR                    2,308,314.54CR
CAPITAL ADDITIONS                                      64,292.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR
UNREALIZED P/L ON OPEN SECURITY POSITIONS             248,199.71CR
CURRENT CASH BALANCE                                         .25CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       2,620,806.00    NET LONG
TOTAL EQUITY                                        2,620,806.25CR

ANNUALIZED RETURN FOR CURRENT YEAR        10.54 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN            1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON          FL 33434
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,620,806.25CR |
| CAPITAL ADDITIONS | 20,000.00CR ——— |
| CAPITAL WITHDRAWALS | 40,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 264,690.87CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .12CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,865,497.00   NET LONG |
| TOTAL EQUITY | 2,865,497.12CR |

ANNUALIZED RETURN FOR CURRENT YEAR     10.05 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
TRUST F/B/O MELISSA PERLEN            1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON              FL 33434
```

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,865,497.12CR |
| CAPITAL ADDITIONS | 20,000.00CR |
| CAPITAL WITHDRAWALS | 27,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 389,142.22CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .84CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,247,638.50    NET LONG |
| TOTAL EQUITY | 3,247,639.34CR |
| ANNUALIZED RETURN FOR CURRENT YEAR | 13.53 % |

## PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


TRUST F/B/O MELISSA PERLEN          1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON              FL 33434


STARTING EQUITY FOR CURRENT YEAR                3,247,639.34CR
CAPITAL ADDITIONS                                  24,000.00CR
CAPITAL WITHDRAWALS                                50,000.00-
REALIZED P/L FOR CURRENT YEAR                     378,056.82CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                    .91CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   3,599,695.25    NET LONG
TOTAL EQUITY                                    3,599,696.16CR

ANNUALIZED RETURN FOR CURRENT YEAR    11.61 %

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

TRUST F/B/O MELISSA PERLEN          1-P0043-3
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON          FL 33434

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,599,696.16CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 286,773.31CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 3,786.75CR |
| CURRENT CASH BALANCE | .72CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,890,255.50    NET LONG |
| TOTAL EQUITY | 3,890,256.22CR |

ANNUALIZED RETURN FOR CURRENT YEAR     10.75 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA E. STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON          FL  33434

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | *****3292 | 1-P0063-3-0 | 1 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TSN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 237,689.82 |
| 11/12 | 1,868 | | 92 | WELLS FARGO & CO NEW | 29.800 | 55,143.60 | |
| 11/12 | 1,320 | | 594 | HEWLETT PACKARD CO | 34.900 | 46,120.00 | |
| 11/12 | 1,144 | | 4418 | WAL-MART STORES INC | 55.830 | 63,914.52 | |
| 11/12 | 748 | | 4920 | INTERNATIONAL BUSINESS MACHS | 87.270 | 65,305.95 | |
| 11/12 | 2,372 | | 8746 | EXXON MOBIL CORP | | 202,333.25 | |
| 11/12 | 7,038 | | 9246 | INTEL CORP | 14.650 | 044,113.36 | |
| 11/12 | 1,452 | | 13572 | JOHNSON & JOHNSON | 59.580 | 86,568.16 | |
| 11/12 | 1,980 | | 17097 | J.P. MORGAN CHASE & CO | 38.530 | 76,358.60 | |
| 11/12 | 3,096 | | 22223 | COCA COLA CO | 44.260 | 137,202.91 | |
| 11/12 | 660 | | 26649 | MCDONALDS CORP | 52.590 | 34,706.20 | |
| 11/12 | 1,144 | | 30875 | MERCK & CO | 28.550 | 324,706.20 | |
| 11/12 | 4,180 | | 35201 | MICROSOFT CORP | 21.810 | 91,332.00 | |
| 11/12 | 2,112 | | 35527 | ORACLE CORPORATION | 22.100 | 46,660.80 | |
| 11/12 | 636 | | 32788 | PEPSICO INC | 56.410 | 35,436.76 | |
| 11/12 | 484 | | 53007 | APPLE INC | 100.780 | 48,796.52 | |
| 11/12 | 3,556 | | 56831 | PFIZER INC | 16.940 | 60,516.16 | |
| 11/12 | 836 | | 57353 | ABBOTT LABORATORIES | 54.530 | 45,586.96 | |
| 11/12 | 1,584 | | 61157 | PROCTER & GAMBLE CO | 64.080 | 101,565.72 | |
| 11/12 | 572 | | 61659 | AMGEN INC | 59.160 | 33,861.52 | |
| 11/12 | 1,100 | | 65483 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 48,004.00 | |
| 11/12 | 2,640 | | 65985 | BANK OF AMERICA | 21.590 | 57,102.60 | |
| 11/12 | 880 | | 69800 | QUALCOMM INC | 33.770 | 29,762.60 | |
| 11/12 | 2,860 | | 70311 | CITI GROUP INC | 12.510 | 35,892.60 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| MADF | BERNARD L. MADOFF |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA E STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT    FL    33434
BOCA RATON

| PAGE | 2 |
|---|---|
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-P0043-3-0 |
| FINRA TAX PAYER IDENTIFICATION NUMBER | ******3292 |
| AMOUNT CREDITED TO YOUR ACCOUNT | ******3292 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 660 | | 74135 | SCHLUMBERGER LTD | 49.480 | 32,682.80 | |
| 11/12 | 1,584 | | 74637 | COMCAST CORP | 16.510 | 26,231.04 | |
| 11/12 | | | 78461 | O L A | | 84,472.00 | |
| 11/12 | 3,124 | | 78963 | AT&T INC | 13.240 | 41,518.92 | |
| 11/12 | 792 | | 82787 | CONOCOPHILLIPS | 52.510 | 27,698.12 | |
| 11/12 | 528 | | | UNITED PARCEL SVC INC | 52.040 | | |
| 11/12 | | | 83289 | CLASS B | | | |
| 11/12 | 3,212 | | 87113 | CISCO SYSTEMS INC | 16.550 | 53,186.76 | |
| 11/12 | 924 | | 87615 | U S BANCORP | 29.530 | 27,321.72 | |
| 11/12 | 1,100 | | 91030 | CHEVRON CORP | 73.430 | 80,817.00 | |
| 11/12 | 528 | | 91661 | UNITED TECHNOLOGIES CORP | | 109,041.84 | |
| 11/12 | 5,588 | | | GENERAL ELECTRIC CO | | | |
| 11/12 | 1,496 | | 95765 | VERIZON COMMUNICATIONS | 30.410 | 45,552.36 | |
| 11/12 | 132 | | 96267 | GOOGLE | 337.400 | 44,531.80 | |
| | | 2,000,000 | 2702 | U S TREASURY BILL | | 1,999,632 | |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | 13,240 | 17802 | | FIDELITY SPARTAN | DIV | | 13,240 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DTD 11/12/08 | | | |
| 11/12 | | | | FIDELITY SPARTAN | 1 | 17,395.00 | |
| 11/12 | 10,305 | | 2917 | U S TREASURY MONEY MARKET | DIV | | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | DIV | | |
| 11/19 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DTD 11/19/08 | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
[MADF] INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA K STUART PERLEN TRUSTEES
7458 MAHOGANY BEND CT
BOCA RATON      FL 33434

| PAGE | 3 |

| PERIOD ENDING | 11/30/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER | *****3292 |

| YOUR ACCOUNT NUMBER | 1-P0043-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 10,395 | 52625 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,395.00 |
| 11/19 | 125,000 | | 57175 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 17,313 | | 61663 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 17,313.00 | |
| | | | | NEW BALANCE | | 360,625.76 | |
| | | | | SECURITY POSITIONS AFFIRMING | MKT PRICE 26,569. | | |
| | 3,124 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 836 | | | AMGEN INC | 55.540 | | |
| | 572 | | | APPLE INC | 92.970 | | |
| | 406 | | | BANK OF AMERICA | 16.250 | | |
| | 2,540 | | | CHEVRON CORP | 79.010 | | |
| | 1,100 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,212 | | | CITIGROUP INC | 8.290 | | |
| | 2,860 | | | COCA COLA CO | 46.870 | | |
| | 1,055 | | | COMCAST CORP | 17.340 | | |
| | 1,584 | | | CL A | | | |
| | 792 | | | CONOCOPHILLPS | 52.520 | | |
| | 2,772 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,588 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON          FL    33434

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-P0043-3-0

| DATE | BOUGHT (received or long) | SOLD (delivered or short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 132 | | | GOOGLE | 292.960 | | |
| | 1,320 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,036 | | | INTEL CORP | 13.400 | | |
| | 748 | | | INTERNATIONAL BUSINESS MACHS | 31.660 | | |
| | 1,980 | | | J.P. MORGAN CHASE & CO | 30.590 | | |
| | 452 | | | JOHNSON & JOHNSON | 58.750 | | |
| | 616 | | | MCDONALDS CORP | 50.750 | | |
| | 1,144 | | | MERCK & CO | 26.720 | | |
| | 4,180 | | | MICROSOFT CORP | 20.220 | | |
| | 24,112 | | | ORACLE CORPORATION | 16.090 | | |
| | 504 | | | PEPSICO INC | 51.670 | | |
| | 5,148 | | | PFIZER INC | 16.480 | | |
| | 1,100 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,584 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 880 | | | QUALCOMM INC | 33.520 | | |
| | 660 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 17,313 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | 924 | | | U S BANCORP | 26.900 | | |
| | 528 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 125,000 | | | U.S. TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 528 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8BT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON        FL   33434

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED |
|------|---|---|---|---|---|---|---|
| | 1,496 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,144 | | | WAL-MART STORES INC | 55.810 | | |
| | 1,860 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 20,080,281.51 | | | |
| | | | | SHORT | | | |

Your Account Number: 1-P0043-3-0
Period Ending: 11/30/08
Your Tax Payer Identification Number: ******3292
Tax Year: 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA E STUART PERLEN TRUSTEES
7458 MAHOGANY BEND CT
BOCA RATON    FL    33434

| Date | Bought received on loan | Sold delivered or short | TRN | Description | Price or symbol | Amount debited to your account | Amount credited to your account |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 26,612. |
| | | | | GROSS PROCEEDS FROM SALES | | | 23,330,417. |

11/30/08

1-P0063-3-0

*****3292

6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

TRUST F/B/0 MELISSA PERLEN
U/A DTD 9/12/79
MYRA E STUART PERLEN TRUSTEES
7468 MAHOGANY BEND CT
BOCA RATON            FL    33434

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 237,690. |
| 11/12 | | 44 | 43853 | S & P 100 INDEX NOVEMBER 450 CALL | 15.800 | | 69,17 |
| 11/12 | 44 | | 48179 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 78,364.00 | |
| 11/19 | 44 | | 34283 | S & P 100 INDEX DECEMBER 430 CALL | | 132,044.00 | 114,95 |
| 11/19 | | 44 | 38608 | S & P 100 INDEX DECEMBER 420 PUT | 30 | | |
| 11/19 | 44 | | 42953 | S & P 100 INDEX NOVEMBER 450 CALL | | 161,344.00 | 162,8 |
| 11/19 | | 44 | 47258 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 366,95 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 44 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 44 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 72,600.00      102,520.00 | | | |

1-P0043-4-0            11/30/08            ******3292

Merrill Lynch

The Bank of New York
New York, NY

$\frac{1-1}{210}$

Fifth Avenue Financial Center
717 Fifth Ave.
5th Floor
New York, NY 10022

Check Number   **885-44143**

| Date | Account Number | Type | Amount |
|------|----------------|------|--------|
| 44143 | | | |
| 12/14/98 | 73A-96307 | 0 | **PAY**  $500000.00** |

To The Order Of:

BERNARD MADAFF
INVESTMENT SECURITIES

⑆885́44143⑆  ⑇021000018⑇  ⑆885090076 1⑆

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-P0043-3 | R | 77435 | 5 | 2 | | 1/13/95 | 1/13/95 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT        NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 220,000 | 912794Q72 | U S TREASURY BILL DUE 3/2/1995 | 218482.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.310 | 218482.00 | | | | | |

MEMBERS

NASD   NSCC   SIAC   DTC   SIPC
SOES   CAE   ISCC   CSE   TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

800-334-1343
Telex 235130
Fax 212 486-8178

17

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-P0043-3 | D | 63593 | 5 | 2 | | 12/16/94 | 12/16/94 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT      NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 220,000 | 912794Q56 | U S TREASURY BILL DUE 2/16/1995 | 218020.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.100 | 218020.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    ISCC    CSE    TARS

| MADF | BERNARD L. MADOFF | | | | | | | | | 800 334-1343 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Investment Securities | | | | | | | | | Telex 235130 |
| | 885 Third Avenue New York, NY 10022-4834 | | | | | | | | | Fax 212 486-8178 |

| | | | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETTS | TRADE DATE | SETTLEMENT DATE | |
| 0646 | | 1-P0043-3 | D | 71416 | 5 | 2 | | 12/30/94 | 12/30/94 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT            NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 220,000 | 912794Q72 | U S TREASURY BILL DUE 3/2/1995 | 217954.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.070 | 217954.00 | | | | | |

MEMBERS

NASD    NSCC    SIAC    DTC    SIPC
SOES    CAE    ISCC    CSE    TARS

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

800 334-1343
Telex 235130
Fax 212 486-8178

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-P0043-3 | R | 68921 | 5 | 2 | | 12/29/94 | 12/30/94 | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 220,000 | 912794Q56 | U S TREASURY BILL DUE 2/16/1995 | 218636.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.380 | 218636.00 | | | | | |

MEMBERS

NASD     NSCC     SIAC     DTC     SIPC
SOES     CAE     ISCC     CSE     TARS

BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR ACCOUNT WITH THE FOLLOWING:

3/13/97

CHECK 29,500.00

CLIENT'S ACCOUNT NUMBER

1-P0043-3

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT NY 11024

KINGS POINT    NY 11024
33 BROADLAWN AVENUE
MYRA & STUART PERLEN TRUSTEES
U/A DTD 9/12/79
TRUST F/B/O MELISSA PERLEN

CLIENT'S ACCOUNT NUMBER

1-P0043-3

CHECK

500,000.00

12/16/98

ACCOUNT WITH THE FOLLOWING:

WE HAVE THIS DAY CREDITED YOUR

**BERNARD L. MADOFF** 

Investment Securities

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

**BERNARD L. MADOFF**
Investment Securities
New York □ London

New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

5/10/99

| CHECK | 135,000.00 |
|---|---|

CLIENT'S ACCOUNT NUMBER

TRUST F/B/O MELISSA PERLEN
U/A DTD 9/12/79
MYRA & STUART PERLEN TRUSTEES
33 BROADLAWN AVENUE
KINGS POINT          NY 11024

1-P0043-3