# EXHIBIT B

## CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _____

HOME: 617 437 1278

Taxpayer I.D. Number (Social Security No.)
1560

1S0457
LEILA F SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER, NH 03102

This Form is for my Mother, who is 88 y.o. She now has no money left. Please help her. I am her son, Jonathan Sobin, filling out the form with her. Please call me with any questions (603) 622-2714

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of     $ 2,046,684.97
   b. I owe the Broker a Debit (Dr.) Balance of        $ _____

502180406                               1

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.   $ _____

    d.    If balance is zero, insert "None."

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities |  |  |
| b. | I owe the Broker securities |  |  |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
| \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | No |

502180406

3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ No _____

Please list the full name and address of anyone assisting you in the preparation of this claim form: Jonathan Sobin
56 River Birch Circle, Manchester, NH 03104
(New Hampshire)

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date Feb 28 2009    Signature Lila F. Sobin

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## Jonathan Sobin

56 River Birch Circle
Manchester NH 03102
Tel: (603) 622-2714

February 28, 2009

To Whom It May Concern:

I am writing at the request of my mother, Leila F. Sobin.

She is 88 years old. She had this Retirement account with Madoff, account number SO457 (the "O" in that account number is a letter, not a number.) **The only money ever taken out of this account was the annual required minimum distribution.** She now has no money. We are hopeful she can receive some compensation for her loss.

Enclosed, please find the following items:

Item 1: The SIPC Claim Form
Item 2: My mother's final Madoff statement, dated November 30, 2008.
   Note: The account balance is on page5.
Item 3: My mother's cumulative quarterly statement for the final
   quarter of each year since this account was created on 4/11/2002.
   These statements reflect all the activity for the full year. [Please
   note: I could not find the year-end stub for 2005, so I included the
   9/30/2005 statement, and also a receipt for the required
   minimum distribution that occurred in the 4th quarter that year.]

Thank you for your assistance in this matter. Please do what you can to help my mother.

Sincerely,

*[signature]*
Jonathan Sobin

My mother's phone:    617 437-1278
My phone:              603 622-2714

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 1
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ******6253
**YOUR ACCOUNT NUMBER** 1-S0457-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER   NH   03102

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 120,716.85 | |
| 11/12 | 1,806 | | 498 | WELLS FARGO & CO NEW | 29.800 | 53,890.80 | |
| 11/12 | 1,290 | | 1000 | HEWLETT PACKARD CO | 34.900 | 45,072.00 | |
| 11/12 | 1,118 | | 4824 | WAL-MART STORES INC | 55.830 | 62,461.94 | |
| 11/12 | 731 | | 5326 | INTERNATIONAL BUSINESS MACHS | 87.270 | 63,823.37 | |
| 11/12 | 2,709 | | 9150 | EXXON MOBIL CORP | 72.880 | 197,539.92 | |
| 11/12 | 2,967 | | 9652 | INTEL CORP | 14.510 | 43,169.17 | |
| 11/12 | 1,419 | | 13978 | JOHNSON & JOHNSON | 59.580 | 84,600.02 | |
| 11/12 | 1,935 | | 18303 | J.P. MORGAN CHASE & CO | 38.530 | 74,632.55 | |
| 11/12 | 1,032 | | 22629 | COCA COLA CO | 44.660 | 46,130.12 | |
| 11/12 | 602 | | 26955 | MCDONALDS CORP | 55.370 | 33,356.74 | |
| 11/12 | 1,118 | | 31281 | MERCK & CO | 28.550 | 31,962.90 | |
| 11/12 | 4,085 | | 35607 | MICROSOFT CORP | 21.810 | 89,256.85 | |
| 11/12 | 2,064 | | 39933 | ORACLE CORPORATION | 17.300 | 35,789.20 | |
| 11/12 | 817 | | 52911 | PEPSICO INC | 56.410 | 46,118.97 | |
| 11/12 | 473 | | 53413 | APPLE INC | 100.730 | 47,686.94 | |
| 11/12 | 3,483 | | 57237 | PFIZER INC | 16.940 | 59,141.02 | |
| 11/12 | 817 | | 57739 | ABBOTT LABORATORIES | 54.610 | 44,648.37 | |
| 11/12 | 1,548 | | 61563 | PROCTER & GAMBLE CO | 64.080 | 99,256.84 | |
| 11/12 | 559 | | 62065 | AMGEN INC | 59.160 | 33,092.44 | |
| 11/12 | 1,075 | | 65889 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 46,913.00 | |
| 11/12 | 2,580 | | 66391 | BANK OF AMERICA | 21.590 | 55,805.20 | |
| 11/12 | 850 | | 70215 | QUALCOMM INC | 33.770 | 29,075.20 | |
| 11/12 | 2,795 | | 70717 | CITI GROUP INC | 12.510 | 35,076.45 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

PAGE 2
PERIOD ENDING 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253
YOUR ACCOUNT NUMBER 1-S0457-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 645 | | 74541 | SCHLUMBERGER LTD | 49.480 | 31,939.60 | |
| 11/12 | 1,548 | | 75043 | COMCAST CORP CL A | 16.510 | 25,618.48 | |
| 11/12 | 3,053 | | 78867 | AT&T INC | 27 | 82,553.00 | |
| 11/12 | 774 | | 79369 | CONOCOPHILIPS | 52.510 | 40,672.74 | |
| 11/12 | 516 | | 83193 | UNITED PARCEL SVC INC CLASS B | 52.040 | 26,872.64 | |
| 11/12 | 3,139 | | 83695 | CISCO SYSTEMS INC | 16.730 | 52,640.47 | |
| 11/12 | 903 | | 87519 | U S BANCORP | 29.530 | 26,701.59 | |
| 11/12 | 1,075 | | 88021 | CHEVRON CORP | 73.430 | 78,980.25 | |
| 11/12 | 516 | | 91845 | UNITED TECHNOLOGIES CORP | 53.160 | 27,450.56 | |
| 11/12 | 5,461 | | 92347 | GENERAL ELECTRIC CO | 19.630 | 107,417.43 | |
| 11/12 | 1,462 | | 96171 | VERIZON COMMUNICATIONS | 30.410 | 44,517.42 | |
| 11/12 | 129 | | 96673 | GOOGLE | 337.400 | 43,529.60 | |
| 11/12 | | 1,950,000 | 23107 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,948,752.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 35.15 |
| 11/12 | | 30,574 | 18208 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,280.00 | 30,574.00 |
| 11/12 | 23,280 | | 27576 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.86 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253
PAGE: 3
YOUR ACCOUNT NUMBER: 1-S0457-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 23,280 | 53068 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,280.00 |
| 11/19 | 150,000 | | 57591 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 149,889.00 | |
| 11/19 | 2,222 | | 62106 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,222.00 | |
| | | | | NEW BALANCE | | 240,858.63 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,053 | | | AT&T INC | 28.550 | | |
| | 817 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 559 | | | AMGEN INC | 55.540 | | |
| | 473 | | | APPLE INC | 92.670 | | |
| | 2,580 | | | BANK OF AMERICA | 16.250 | | |
| | 1,075 | | | CHEVRON CORP | 79.010 | | |
| | 3,139 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,795 | | | CITI GROUP INC | 8.290 | | |
| | 1,032 | | | COCA COLA CO | 46.870 | | |
| | 1,548 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 774 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,709 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,461 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******6253
YOUR ACCOUNT NUMBER 1-S0457-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 129 | | | GOOGLE | 292.960 | | |
| | 1,290 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,967 | | | INTEL CORP | 13.800 | | |
| | 731 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,935 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,419 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 602 | | | MCDONALDS CORP | 58.750 | | |
| | 1,118 | | | MERCK & CO | 26.720 | | |
| | 4,085 | | | MICROSOFT CORP | 20.220 | | |
| | 2,064 | | | ORACLE CORPORATION | 16.090 | | |
| | 817 | | | PEPSICO INC | 56.700 | | |
| | 3,483 | | | PFIZER INC | 16.430 | | |
| | 1,075 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,548 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 860 | | | QUALCOMM INC | 33.570 | | |
| | 545 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 2,222 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 903 | | | U S BANCORP | 26.980 | | |
| | 516 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 150,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009   3/26/2009 | | | |
| | 516 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ◻ London | | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |
|---|---|---|---|---|

**PAGE** 5
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** *****6253
**YOUR ACCOUNT NUMBER** 1-S0457-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN
56 RIVER BIRCH CIRCLE
MANCHESTER    NH    03102

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,462 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,118 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,806 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG           SHORT | | | |
| | | | | 2,046,684.97 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
LEILA F SOBIN

56 RIVER BIRCH CIRCLE
MANCHESTER     NH    03102

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
YOUR ACCOUNT NUMBER: 1-S0457-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 13,734.34 |
| | | | | GROSS PROCEEDS FROM SALES | | | 11,303,485.35 |

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
FIRST TRUST AND CO              1-S0457-3                              M
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON              MA 02199
```

| | | |
|---|---|---|
| STARTING EQUITY | 4/11/02 | |
| CAPITAL ADDITIONS | | 1,320,603.20CR |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | | 38,034.10CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | 1,357.50CR |
| CURRENT CASH BALANCE | | .30CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 1,359,994.50  NET LONG |
| TOTAL EQUITY | | 1,359,994.80CR |

ANNUALIZED RETURN FOR CURRENT YEAR    13.44 %

---

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST AND CO                1-S0457-3
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON              MA 02199
```

| | | |
|---|---|---|
| STARTING EQUITY | 4/11/02 | |
| CAPITAL ADDITIONS | | 1,320,603.20CR |
| CAPITAL WITHDRAWALS | | 1,078.18CR |
| REALIZED P/L FOR CURRENT YEAR | | 81,720.40- |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | 143,806.96CR |
| CURRENT CASH BALANCE | | .69CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 1,383,767.25  NET LONG |
| TOTAL EQUITY | | 1,383,767.94CR |

ANNUALIZED RETURN FOR CURRENT YEAR    15.05 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST AND CO                    1-S0457-3
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON              MA 02199
```

```
STARTING EQUITY FOR CURRENT YEAR                1,383,767.94CR
CAPITAL ADDITIONS                                  81,720.40CR
CAPITAL WITHDRAWALS                                84,893.78-
REALIZED P/L FOR CURRENT YEAR                     153,046.56CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .12CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,533,641.00    NET LONG
TOTAL EQUITY                                    1,533,641.12CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.45 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST AND CO                    1-S0457-3
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON              MA 02199
```

```
STARTING EQUITY FOR CURRENT YEAR                1,533,641.12CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                98,944.59-
REALIZED P/L FOR CURRENT YEAR                     162,257.96CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .49CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,596,954.00    NET LONG
TOTAL EQUITY                                    1,596,954.49CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.59 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST AND CO                       1-S0457-3                              M
FBO LEILA F SOBIN
FTC ACCT #031038026243
PO BOX 633   78 WATERLOT ROAD
SUNAPEE               NH 03782


STARTING EQUITY FOR CURRENT YEAR                      1,648,632.50CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     116,924.29-
REALIZED P/L FOR CURRENT YEAR                           220,823.35CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                           .06CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,752,531.50     NET LONG
TOTAL EQUITY                                          1,752,531.56CR

ANNUALIZED RETURN FOR CURRENT YEAR    13.61 %
```

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST AND CO                       1-S0457-3                              M
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON                MA 02199


STARTING EQUITY FOR CURRENT YEAR                      1,596,954.49CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           104,539.91CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                   357.50-
CURRENT CASH BALANCE                                           .90CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,701,136.00     NET LONG
TOTAL EQUITY                                          1,701,136.90CR

ANNUALIZED RETURN FOR CURRENT YEAR    8.72 %
```

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

CM 210

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:                           12/30/05

```
        PF   CHECK                                     107,902.33
```

CLIENT'S ACCOUNT NUMBER

```
1ST TRUST AND CO                                      1-S0457-3
FBO LEILA F SOBIN
FTC ACCT #031038026243
790 BOYLSTON STREET STE 25H
BOSTON                MA 02199
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07    **

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LEILA F SOBIN                 1-S0457-3

56 RIVER BIRCH CIRCLE
MANCHESTER         NH 03102

STARTING EQUITY FOR CURRENT YEAR                    1,752,531.56CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   130,786.00-
REALIZED P/L FOR CURRENT YEAR                         202,235.01CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .32CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,823,980.25    NET LONG
TOTAL EQUITY                                        1,823,980.57CR

ANNUALIZED RETURN FOR CURRENT YEAR    11.55 %


PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08    **

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LEILA F SOBIN                 1-S0457-3

56 RIVER BIRCH CIRCLE
MANCHESTER         NH 03102

STARTING EQUITY FOR CURRENT YEAR                    1,823,980.57CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         145,756.89CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               1,930.50CR
CURRENT CASH BALANCE                                        .96CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,971,667.00    NET LONG
TOTAL EQUITY                                        1,971,667.96CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.78 %