# **CERTIFICATE OF SERVICE**

     I, Stephen A. Weiss, hereby certify that on the 16th day of November 2009, I electronically transmitted a true and correct copy of the foregoing document, OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM, to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to all attorneys of record who are ECF registrants. I also certify that on said date, I caused to be served a true and correct copy of the aforementioned document via federal express on, Irving H. Picard, Trustee, c/o Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, NY 10111, and via regular Mail on the following attorneys who are not ECF registrants:

| | |
|---|---|
| Philip Bentley<br>Douglas Rimsky<br>Jonathan Koevary<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | David C. McGrail<br>Law Offices of David C. McGrail<br>676A Ninth Avenue<br>New York, NY 10036 |
| Seth Davis<br>David E. Ross<br>Kasowitz, Benson Torres & Freidman LLP<br>1633 Broadway<br>New York, NY 10019 | Joseph E. Shickich<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1065 |
| Howard Kleinhendler<br>Wachtel & Masyr, LLP<br>110 East 59th Street<br>New York, NY 10022 | Alan Nisselson<br>Windels Marx Mittendorf & Lane, LLP<br>156 West 56th Street<br>New York, NY 10019 |
| John J. Lavin<br>Coppel Laughlin Blount & Lavin, LLP<br>PO Box 455<br>Chester, NJ 07930 | Tina M. Talarchyk<br>Squire, Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198 |
| David E. Ross<br>Victor Barnet<br>Kasowitz, Benson Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019 | Thomas M. Wearsch<br>Baker & Hosteller LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |

Paul Traub  
Epstein Becker & Green, P.C.  
250 Park Avenue 11th Floor  
New York, NY 10177-1211  

Janis Weiss  
415 East 54th Street  
Apt. 10C  
New York, NY 10022  

Irwin Kellner  
40 Angler Lane  
Port Washington, NY 11050  

      /s/ Stephen A. Weiss  
         Stephen A. Weiss