**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I caused a true copy of the Memorandum Of Law Submitted By The SRZ Claimants In Opposition To The Trustee's Interpretation Of "Net Equity" to be filed electronically with the Court, which has been served upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff.

Dated: November 16, 2009
New York, New York

                                            Respectfully submitted,

                                            /s/ Marcy Ressler Harris
                                            Schulte Roth & Zabel LLP
                                            919 Third Avenue
                                            New York, New York  10022
                                            (212) 756-2000
                                            marcy.harris@srz.com