GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
  Email: dglosband@goodwinprocter.com
David J. Apfel
  Email: dapfel@goodwinprocter.com
  (*pro hac vice* application pending)
Brenda R. Sharton
  Email: bsharton@goodwinprocter.com
  (*pro hac vice* application pending)
Larkin M. Morton
  Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I served true copies of:

- Notice of Appearance And Demand For Service of Documents of Daniel M. Glosband;

- Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP;
- Motion For Admission to Practice *Pro Hac Vice* of David J. Apfel;

- [Proposed] Order Granting Admission to Practice *Pro Hac Vice* of David J. Apfel;

- Motion For Admission To Practice *Pro Hac Vice* of Brenda R. Sharton;

- [Proposed] Order Granting Motion For Admission To Practice *Pro Hac Vice* Of Brenda R. Sharton;

- Goodwin Claimants' Memorandum Of Law In Opposition To Trustee's Motion Re: Determination of Net Equity

upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the e-mail addresses designated for delivery.  True and correct copies of the above documents will also be sent in sealed packages designated for regular U.S. Mail to the following:

David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Josephine Wang
Securities Investor Protection Corp.
805 Fifteenth Street, N.W., Suite 800
Washington, CA 20005

Dated:  New York, New York
        November 16, 2009

/s/ Daniel M. Glosband
Daniel M. Glosband

2