GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
  Email: dglosband@goodwinprocter.com
David J. Apfel
  Email: dapfel@goodwinprocter.com
  (*pro hac vice* application pending)
Brenda R. Sharton
  Email: bsharton@goodwinprocter.com
  (*pro hac vice* application pending)
Larkin M. Morton
  Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I served true copies of the Notice of Appearance And Demand For Service of Documents of Larkin M. Morton upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the e-mail addresses designated for delivery.  True and correct copies of the above documents will also be sent in sealed packages designated for regular U.S. Mail to the following:

> David J. Sheehan
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
>
> Josephine Wang
> Securities Investor Protection Corp.
> 805 Fifteenth Street, N.W., Suite 800
> Washington, CA 20005

Dated:  New York, New York
       November 16, 2009

> /s/ Larkin M. Morton
> Larkin M. Morton