# EXHIBIT A

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

DONNA LEFKOWITZ REVOCABLE TRUST DTD 12/13/04
c/o Donna Lefkowitz
3771 Environ Blvd. Apt. 445
Lauderhill, FL 33319

Dear DONNA LEFKOWITZ REVOCABLE TRUST DTD 12/13/04:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1ZA966 designated as Claim Number 001099:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $595,595.60), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $379,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

## DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---:|:---:|---:|
| 1/19/1993 | CHECK | $60,000.00 |
| 4/14/1994 | CHECK | $40,000.00 |
| 7/29/1994 | CHECK | $20,000.00 |
| 1/11/1996 | CHECK | $200,000.00 |
| 11/27/1998 | CHECK | $7,000.00 |
| 8/12/2003 | CHECK | $20,000.00 |
| 3/10/2006 | CHECK | $18,000.00 |
| 11/2/2006 | CHECK | $14,000.00 |
| **Total Deposits:** | | $379,000.00 |

## WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---:|:---:|---:|
| 4/8/1993 | CHECK | ($2,987.51) |
| 7/13/1993 | CHECK | ($2,382.08) |
| 10/13/1993 | CHECK | ($803.79) |
| 1/14/1994 | CHECK | ($1,869.66) |
| 4/13/1994 | CHECK | ($2,185.39) |
| 7/14/1994 | CHECK | ($2,288.94) |
| 10/13/1994 | CHECK | ($4,766.25) |
| 1/13/1995 | CHECK | ($3,271.18) |
| 4/13/1995 | CHECK | ($4,886.20) |
| 7/14/1995 | CHECK | ($5,251.92) |
| 10/16/1995 | CHECK | ($3,770.92) |
| 1/12/1996 | CHECK | ($4,795.30) |
| 4/12/1996 | CHECK | ($12,174.35) |
| 7/12/1996 | CHECK | ($12,236.22) |
| 10/11/1996 | CHECK | ($13,768.30) |
| 1/13/1997 | CHECK | ($13,168.68) |
| 4/10/1997 | CHECK | ($16,287.39) |
| 7/11/1997 | CHECK | ($19,116.38) |
| 10/10/1997 | CHECK | ($10,055.83) |
| 1/13/1998 | CHECK | ($11,557.99) |
| 4/8/1998 | CHECK | ($16,186.95) |
| 6/30/1998 | CHECK | ($17,418.16) |
| 7/9/1998 | CHECK | ($16,498.31) |
| 10/9/1998 | CHECK | ($8,341.44) |
| 1/13/1999 | CHECK | ($15,825.20) |
| 4/13/1999 | CHECK | ($14,562.15) |
| 7/8/1999 | CHECK | ($19,507.51) |
| 10/8/1999 | CHECK | ($9,568.49) |

| | | |
|---:|:---:|---:|
| 1/6/2000 | CHECK | ($11,777.63) |
| 4/7/2000 | CHECK | ($17,309.81) |
| 7/7/2000 | CHECK | ($10,160.84) |
| 10/11/2000 | CHECK | ($6,365.67) |
| 1/10/2001 | CHECK | ($6,258.94) |
| 4/6/2001 | CHECK | ($14,386.23) |
| 7/9/2001 | CHECK | ($9,902.11) |
| 10/9/2001 | CHECK | ($6,929.04) |
| 1/11/2002 | CHECK | ($10,541.54) |
| 4/10/2002 | CHECK | ($3,672.65) |
| 7/8/2002 | CHECK | ($12,335.30) |
| 10/7/2002 | CHECK | ($15,695.41) |
| 1/10/2003 | CHECK | ($5,537.17) |
| 4/9/2003 | CHECK | ($6,375.37) |
| 7/8/2003 | CHECK | ($8,191.60) |
| 10/9/2003 | CHECK | ($10,786.88) |
| 1/8/2004 | CHECK | ($4,588.52) |
| 4/8/2004 | CHECK | ($5,986.92) |
| 7/7/2004 | CHECK | ($10,087.17) |
| 10/7/2004 | CHECK | ($8,724.15) |
| 1/7/2005 | CHECK | ($6,940.30) |
| 4/7/2005 | CHECK | ($6,195.77) |
| 7/7/2005 | CHECK | ($6,641.90) |
| 10/7/2005 | CHECK | ($6,098.48) |
| 1/9/2006 | CHECK | ($10,678.86) |
| 4/7/2006 | CHECK | ($7,911.08) |
| 7/10/2006 | CHECK | ($8,936.92) |
| 10/6/2006 | CHECK | ($17,316.09) |
| 1/8/2007 | CHECK | ($9,014.55) |
| 4/4/2007 | CHECK | ($7,964.96) |
| 7/6/2007 | CHECK | ($10,571.09) |
| 10/4/2007 | CHECK | ($11,083.78) |
| 1/8/2008 | CHECK | ($9,236.42) |
| 4/7/2008 | CHECK | ($2,989.09) |
| 7/7/2008 | CHECK | ($17,370.52) |
| 10/6/2008 | CHECK | ($5,500.35) |
| **Total Withdrawals:** | | ($595,595.60) |
| | | |
| **Total deposits less withdrawals:** | | ($216,595.60) |