RUSSELL M. YANKWITT
YANKWITT & ASSOCIATES LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5541
Facsimile:  (914) 801-5930
russell@yankwitt.com
Attorneys for ISADORE ROSEN AND CAROL ROSEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

           Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

           Defendant.

---

In re:

BERNARD L. MADOFF,

           Debtor.

---

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Yankwitt and Associates LLC, hereby enters its appearance in the above-referenced adversary proceeding as counsel to Carol Rosen, and hereby requests that all notices given or required in the above-referenced adversary proceeding case, and all other papers served in these cases, be given to and served upon the following:

RUSSELL M. YANKWITT
YANKWITT & ASSOCIATES LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5541
Facsimile:  (914) 801-5930
russell@yankwitt.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise, which affects or pertains to the above–captioned adversary proceeding, above captioned Debtor, the property of the Debtor, or his Chapter 11 estate.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Liquidators have, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 16, 2009  Respectfully submitted,
New York, New York

**YANKWITT & ASSOCIATES LLC**

By: /s/
Russell M. Yankwitt, Esq.
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5541
Facsimile: (914) 801-5930
russell@yankwitt.com

Attorneys for Carol Rosen