RUSSELL M. YANKWITT
YANKWITT & ASSOCIATES LLC
One Barker Avenue, Suite 260
White Plains, New York 10601
Telephone: (914) 358-5541
Facsimile:  (914) 801-5930
russell@yankwitt.com
Attorneys for ISADORE ROSEN AND CAROL ROSEN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
SECURITIES INVESTOR PROTECTION
CORPORATION,
     Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
     Defendant.
-----------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**CERTIFICATE OF SERVICE**

  I, Russell M. Yankwitt, hereby certify that on November 16, 2009, I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Carol Rosen to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by First Class Mail.

November 16, 2009

               _____/s/_____
               Russell M. Yankwitt