Jil Mazer-Marino, Esq.
Sylvan Z. Garfunkel, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
(516) 741-6565

*Counsel for The National Center for Disability Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | ) <br> ) **Adv. Pro. No. 08-01789 (BRL)** <br> ) |
| Plaintiff, | ) **SIPA Liquidation** <br> ) |
| v. | ) **(Substantively Consolidated)** <br> ) |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | ) <br> ) <br> ) |
| Defendant. | ) |
| In re: | ) <br> ) |
| **BERNARD L. MADOFF,** | ) <br> ) |
| Debtor. | ) |

**LIMITED RESPONSE OF THE NATIONAL CENTER FOR DISABILITY SERVICES, INC. TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM NUMBER 2350**

The National Center for Disability Services, Inc. ("NCDS"), by its counsel Meyer, Suozzi, English & Klein, P.C., as and for its response to the Notice of Trustee's Determination of Claim Number 2350, respectfully represents as follows:

1.  By notice dated October 19, 2009, Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee") notified NCDS that Claim Number 2350 related to NCDS's claim on

BLMIS Account No. 1CM259 had been denied. NCDS does not object to the Trustee's determination.

2.  NCDS neither had nor has an interest in BLMIS Account No. 1CM259 and specifically denies that NCDS received any distributions from such account. Indeed, NCDS had no knowledge of BLMIS Account No. 1CM259 prior to its receipt of the Trustee's request for information regarding such account.

3.  NCDS has filed a claim related to BLMIS Account No. 1KW132 and reserves all rights with respect to such claim.

Dated: Garden City, New York
       November 16, 2009

                                          MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                                          By:   /s/ Jil Mazer-Marino
                                              Jil Mazer-Marino
                                              Sylvan Z. Garfunkel
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York  11530-9194
(516) 741-6565

*Counsel for The National Center for Disability Services, Inc.*

741233