UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) <br> ) Adv. Pro. No. 08-01789 (BRL) <br> ) |
| Plaintiff, | ) SIPA Liquidation <br> ) |
| v. | ) (Substantively Consolidated) <br> ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) <br> ) <br> ) |
| Defendant. | ) |
| In re: | ) <br> ) |
| BERNARD L. MADOFF, | ) <br> ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on the 17th day of November, 2009, I caused a true and correct copy of the LIMITED RESPONSE OF THE NATIONAL CENTER FOR DISABILITY SERVICES, INC. TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM NUMBER 2350 to be served upon the following parties by first class mail:

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York  10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

/s/ *Jil Mazer-Marino*
Jil Mazer-Marino

Dated:    Garden City, New York
              November 17, 2009

742172v.1 17158/0001