Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for Edwin J. Cline

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 09-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, Lourdes Blanco, hereby certify that on November 17, 2009 I caused a true and correct copy

of the **Objection to Trustee's Determination of Claim** on behalf of Edwin J. Cline to be filed

electronically with the Court and served upon the parties in this action who receive electronic

service through CM/ECF, and served by hand upon:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

November 17, 2009

_____ */s/ Lourdes Blanco* _____