Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for Olga Krakauer & Peter Benzaia

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

I, Lourdes Blanco, hereby certify that on November 17, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Olga Krakauer and Peter Benzaia to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

  David J. Sheehan, Esq.
  Baker & Hostetler LLP
  45 Rockefeller Plaza
  New York, NY 10111


November 17, 2009

                */s/ Lourdes Blanco*

1097349.1