Lucille B. Brennan, Esq.
Fletcher, Tilton & Whipple PC
370 Main Street
Worcester, MA 01608
Tel: (508) 459-8013
Fax: (508) 459-8313
Email: lbrennan@ftwlaw.com
*Counsel for Harold R. Rudnick Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adversary Proceeding<br>No. 08-01789-BRL<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, LUCILLE B. BRENNAN, ESQ., of the law firm of Fletcher, Tilton & Whipple, PC, a member in good standing in the Bars of the Commonwealth of Massachusetts and U.S. District Court for the District of Massachusetts, respectfully request admission, *pro hac vice*, to represent claimant, Harold R. Rudnick Trust, in this above-referenced matter and in any related adversary proceedings. My contact information is as follows:

{Client Files\25816\0005\00509597.DOCX }

Lucille B. Brennan, Esq.
Fletcher, Tilton & Whipple PC
370 Main Street
Worcester, MA 01608
Tel: (508) 459-8013
Fax: (508) 459-8313
Email: lbbankruptcy@ftwlaw.com

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Worcester, MA
        November 17, 2009

*/s/ Lucille B. Brennan*
Lucille B. Brennan, Esq.
Fletcher, Tilton & Whipple PC
370 Main Street
Worcester, MA 01608
Tel: (508) 459-8013
Fax: (508) 459-8313
Email: lbbankruptcy@ftwlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adversary Proceeding<br>No. 08-01789-BRL<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lucille B. Brennan, to be admitted, *pro hac vice*, to represent the Harold R. Rudnick Trust, (the "Client"), and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Massachusetts, and the bar of the United States District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Lucille B. Brennan, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court, Southern District of New York.

Dated: November____, 2009

    New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

{Client Files\25816\0005\00509601.DOCX }