UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adversary Proceeding<br>No. 08-01789-BRL<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Harold R. Rudnick Trust ("Rudnick Trust"), through counsel, hereby objects to the Notice of Trustee's Determination of Claim dated October 19, 2009 ("Determination"), attached hereto as Exhibit A, and incorporated herein by reference.

### BACKGROUND

1.    In January, 2000, the Rudnick Trust opened an account ("Account") with Bernard L. Madoff Investment Securities, LLC ("Madoff") with a deposit of $963,432.53.

2.    The Rudnick Trust's final Madoff Statement dated November 30, 2008 states that the Trust owns securities valued at $3,273,681.05. A copy of said Statement is attached hereto as Exhibit B and incorporated herein by reference.

3.   On December 23, 2008, the Court issued an Order directing the Madoff Trustee to make notice and claim forms to Madoff customers setting forth claim-filing deadlines.

4.   On or about February 13, 2009, the Rudnick Trust submitted a claim form to the Madoff Trustee ("Claim"). A copy of said claim form is attached hereto as Exhibit C and incorporated herein by reference.

5.   On or about October 19, 2009, the Madoff Trustee sent the Rudnick Trust a Determination denying the Claim and stating that ,"No securities were ever purchased for your account."

6.   In addition, the Trustee stated that, the amount of money withdrawn from the Account exceeds the amount deposited into the Account. However, the Trustee's Determination and calculations are incorrect in that (i) he wrongly attributed certain deposits and withdrawals to the Rudnick Trust which were, in fact, made by HBLC Corporation; (ii) the Trustee fails to account for the original deposit of $967,432.53; and (iii) his calculations failed to take into account the practices, policies, rules and regulations noted below.

## GROUNDS FOR OBJECTION

7.   The Determination fails to comply with the Court Order dated December 23, 2008 which directs the Madoff Trustee to satisfy customer claims and deliver securities in accordance with "the Debtor's books and records". [December 23, 2008 at 5 9Docket No. 12)]. The November 30, 2008 account statement generated by Madoff is the best evidence of the amount of securities owed to the Rudnick Trust based on Debtor's books and records.

8.   The Madoff Trustee has failed to state a valid basis for the disallowance of the Claim. The Madoff Trustee first states in the Determination that "no securities were ever purchased for your account." He then states that "the amount of money you received in excess of the deposit in your account was taken from other customers and given to you....you do not have a positive

{Client Files\25816\0005\00509703.DOCX }

net equity in your account." Consequently, the Madoff Trustee has failed to comply with the requirement that an objection to a proof of claim must set forth, at a minimum, the relevant facts and legal theories upon which the objection is claimed. See *Collier on Bankruptcy 3007.031(3) (15th ed.) and In re Enron Corp. No. 01-16034, 2003 Bankr. LEXIS at 25(Bankr. S.D.N.Y. January 13, 2003.*

9.  SIPC's Series 500 Rules. C.F.R. 300, 500, provides for the classification of claims in accordance with the "legitimate expectations" of a customer based upon the written transaction confirmations sent by the broker-dealer to the customer. SIPC is bound to honor the Rudnick Trust's legitimate expectations in that the securities set forth on the Rudnick Trust Statement and on prior statements were those of actual companies listed on the stock exchange, and the expectation that the amount would grow was reflected on the Rudnick Trust account statements.

10. The Determination is contrary to SIPC's own policies and practices as reflected in the sworn testimony of Stephen Harbeck, SIPC's president, when in the New Times case, he assured the bankruptcy court that customers would receive securities up to $500,000 including the appreciation in their accounts.

> HARBECK: . . . if you file within sixty days, you'll get securities, without question. Whether – if they triple in value, you'll get the securities . . . Even if they're not there.
>
> COURT: Even if they're not there.
>
> HARBECK: Correct.
>
> COURT: Okay
>
> HARBECK: And if those positions triple we will gladly give the people their securities positions.

Tr. At 37-39, *In re New Times Securities Services, Inc.*, No. 00-8178 (B.E.D.N.Y. 7/28/00)

The Second Circuit's discussion of SIPC's claims processing in New Times further indicates that, as to customers who thought they invested in listed securities, SIPC paid customer claims based on the customers' final account statements, even where the securities had never been purchased. (*In re New Times Secs. Servs.*, 371 F.3d 68, 74 (2d Cir. 2002)

11.     In the event that this Court should determine that that the Claim should not be recognized in full, then at a minimum, the Rudnick Trust is entitled to recover interest on deposited amounts . Under New York law, funds deposited with the Debtor under these circumstances are entitled to interest. See e.g., NYCPLR section 5004; N.Y. Gen. Oblig. Section 5-501, et seq.

12.     Since Madoff converted the Rudnick Trust's funds, it is also entitled to prejudgment interest. See <u>Steinberg v. Sherman</u> NO. 07-1001, 2008 U.S. Dist. LEXIS 35786 at 14-15 (S.D.N.Y. May 2, 2008).

13.     The Rudnick Trust was required to pay income taxes on all distributions which the Madoff Trustee has alleged were fictitious. Consequently, even if the Madoff Trustee's method of calculation is deemed correct, the Rudnick Trust claim should be adjusted by adding all amounts that were actually paid as income taxes on the allegedly fictitious gains.

**WHEREFORE**, for the reasons stated above, the Rudnick Trustee should have its Claim allowed in its entirety.

*/s/ Lucille B. Brennan*
Lucille B. Brennan, Esq. (BBO# 546015)
Fletcher, Tilton & Whipple PC
370 Main Street
Worcester, MA  01608
Tel: (508) 459-8013
Fax: (508) 459-8313
Email: lbbankruptcy@ftwlaw.com

Dated: November 17, 2009

{Client Files\25816\0005\00509703.DOCX }

## CERTIFICATE OF SERVICE

I, Lucille B. Brennan, hereby certify that on November 17, 2009, I caused copies of the **Objection to Trustee's Determination of Claim** on behalf of the Harold R. Rudnick Trust to be served upon the parties who receive electronic service through ECF, and by regular first class U.S. mail to the following:

> David J. Sheehan
> Baker & Hostetler LLP
> 45 Rockerfeller Plaza
> New York, NY 10111
>
> Josephine Wang
> Securities Investor Protection Corp.
> 805 Fifteenth Street, N.W., Suite 800
> Washington, CA 2005

Dated: Worcester, Massachusetts
November 17, 2009

_____
Lucille B. Brennan

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Harold R Rudnick Trust Dated 8/2/90
PO Box 20694, Westside Station
Worcester, Massachusetts 01602

Dear Mr. Rudnick:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1EM355 designated as Claim Number 2536:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $2,560,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $2,355,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($205,000.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004

> and

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

_____
Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

From: 508 754 4589    Page: 9/10    Date: 11/5/2009 10:43:16 AM

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 11/7/1996 | CHECK WIRE | $1,000,000.00 |
| 3/6/1997 | CHECK WIRE | $300,000.00 |
| 1/16/1998 | CHECK WIRE | $300,000.00 |
| 11/12/1998 | CHECK | $100,000.00 |
| 10/14/1999 | CHECK | $100,000.00 |
| 3/1/2000 | CHECK | $150,000.00 |
| 5/15/2000 | CHECK | $100,000.00 |
| 8/18/2000 | CHECK | $75,000.00 |
| 12/4/2000 | CHECK | $100,000.00 |
| 10/2/2006 | CHECK | $130,000.00 |
| **Total Deposits:** | | **$2,355,000.00** |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 12/8/1999 | CHECK | ($2,000,000.00) |
| 7/1/2005 | CHECK | ($40,000.00) |
| 10/3/2005 | CHECK | ($40,000.00) |
| 1/3/2006 | CHECK | ($40,000.00) |
| 4/3/2006 | CHECK | ($40,000.00) |
| 7/3/2006 | CHECK | ($40,000.00) |
| 10/2/2006 | CHECK | ($40,000.00) |
| 1/2/2007 | CHECK | ($40,000.00) |
| 4/2/2007 | CHECK | ($40,000.00) |
| 7/2/2007 | CHECK | ($40,000.00) |
| 10/1/2007 | CHECK | ($40,000.00) |
| 1/2/2008 | CHECK | ($40,000.00) |
| 4/1/2008 | CHECK | ($40,000.00) |
| 7/1/2008 | CHECK | ($40,000.00) |
| 10/1/2008 | CHECK | ($40,000.00) |
| **Total Withdrawals:** | | **($2,560,000.00)** |
| **Total deposits less withdrawals:** | | **($205,000.00)** |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******5667
YOUR ACCOUNT NUMBER: 1-EM355-3-0

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694  WESTSIDE STATION
WORCESTER                MA  01602

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 198,395.32 |
| 11/12 | 1,820 |  | 3217 | WAL-MART STORES INC | 55.830 | 101,682.60 |  |
| 11/12 | 1,190 |  | 3719 | INTERNATIONAL BUSINESS MACHS | 87.270 | 103,898.30 |  |
| 11/12 | 4,410 |  | 7543 | EXXON MOBIL CORP | 72.880 | 321,576.80 |  |
| 11/12 | 4,830 |  | 8045 | INTEL CORP | 14.510 | 70,276.30 |  |
| 11/12 | 2,310 |  | 12371 | JOHNSON & JOHNSON | 59.580 | 137,721.80 |  |
| 11/12 | 3,150 |  | 16697 | J.P. MORGAN CHASE & CO | 38.530 | 121,495.50 |  |
| 11/12 | 1,680 |  | 21022 | COCA COLA CO | 44.660 | 75,095.80 |  |
| 11/12 | 980 |  | 25348 | MCDONALDS CORP | 55.370 | 54,301.60 |  |
| 11/12 | 1,820 |  | 29674 | MERCK & CO | 28.550 | 52,033.00 |  |
| 11/12 | 6,650 |  | 34000 | MICROSOFT CORP | 21.810 | 145,302.50 |  |
| 11/12 | 3,360 |  | 38326 | ORACLE CORPORATION | 17.300 | 58,262.00 |  |
| 11/12 | 1,330 |  | 51304 | PEPSICO INC | 56.410 | 75,078.30 |  |
| 11/12 | 770 |  | 51806 | APPLE INC | 100.780 | 77,630.60 |  |
| 11/12 | 5,670 |  | 55630 | PFIZER INC | 16.940 | 96,275.80 |  |
| 11/12 | 1,330 |  | 56132 | ABBOTT LABORATORIES | 54.610 | 72,684.30 |  |
| 11/12 | 2,520 |  | 59956 | PROCTER & GAMBLE CO | 64.080 | 161,581.60 |  |
| 11/12 | 910 |  | 60458 | AMGEN INC | 59.160 | 53,871.60 |  |
| 11/12 | 1,750 |  | 64282 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 76,370.00 |  |
| 11/12 | 4,200 |  | 64784 | BANK OF AMERICA | 21.590 | 90,846.00 |  |
| 11/12 | 1,400 |  | 68608 | QUALCOMM INC | 33.770 | 47,334.00 |  |
| 11/12 | 4,550 |  | 69110 | CITI GROUP INC | 12.510 | 57,102.50 |  |
| 11/12 | 1,050 |  | 72934 | SCHLUMBERGER LTD | 49.480 | 51,996.00 |  |
| 11/12 | 2,520 |  | 73436 | COMCAST CORP CL A | 16.510 | 41,705.20 |  |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE** 2
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ******5667
**YOUR ACCOUNT NUMBER** 1-EM355-3-0

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694  WESTSIDE STATION
WORCESTER        MA  01602

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 4,970 | | 77260 | AT&T INC | 27 | 134,388.00 | |
| 11/12 | 1,260 | | 77762 | CONOCOPHILIPS | 52.510 | 66,212.60 | |
| 11/12 | 840 | | 81586 | UNITED PARCEL SVC INC CLASS B | 52.040 | 43,746.60 | |
| 11/12 | 5,110 | | 82088 | CISCO SYSTEMS INC | 16.730 | 85,694.30 | |
| 11/12 | 1,470 | | 85912 | U S BANCORP | 29.530 | 43,467.10 | |
| 11/12 | 1,750 | | 86414 | CHEVRON CORP | 73.430 | 128,572.50 | |
| 11/12 | 840 | | 90238 | UNITED TECHNOLOGIES CORP | 53.160 | 44,687.40 | |
| 11/12 | 8,890 | | 90740 | GENERAL ELECTRIC CO | 19.630 | 174,865.70 | |
| 11/12 | 2,380 | | 94564 | VERIZON COMMUNICATIONS | 30.410 | 72,470.80 | |
| 11/12 | 210 | | 95066 | GOOGLE | 337.400 | 70,862.00 | |
| 11/12 | 2,940 | | 98890 | WELLS FARGO & CO NEW | 29.800 | 87,729.00 | |
| 11/12 | 2,100 | | 99392 | HEWLETT PACKARD CO | 34.900 | 73,374.00 | |
| 11/12 | | 3,175,000 | 21502 | U S TREASURY BILL DUE 2/12/2009   2/12/2009 | 99.936 | | 3,172,968.00 |
| 11/12 | | 38,715 | 16601 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 DIV | | 24.63 |
| 11/12 | 27,376 | | 25970 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,376.00 | 38,715.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.36 |
| 11/19 | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
doff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******5667
YOUR ACCOUNT NUMBER 1-EM355-3-0

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694  WESTSIDE STATION
WORCESTER   MA  01602

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 27,376 | 51269 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,376.00 |
| 11/19 | 225,000 | | 55882 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 224,833.50 | |
| 11/19 | 12,266 | | 60308 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,266.03 | |
| | | | | NEW BALANCE | | 393,975.93 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,970 | | | AT&T INC | 28.560 | | |
| | 1,330 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 910 | | | AMGEN INC | 55.540 | | |
| | 770 | | | APPLE INC | 92.670 | | |
| | 4,200 | | | BANK OF AMERICA | 16.250 | | |
| | 1,750 | | | CHEVRON CORP | 79.010 | | |
| | 5,110 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,550 | | | CITI GROUP INC | 8.290 | | |
| | 1,680 | | | COCA COLA CO | 46.870 | | |
| | 2,520 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,260 | | | CONOCOPHILIPS | 52.520 | | |
| | 4,410 | | | EXXON MOBIL CORP | 80.150 | | |
| | 8,890 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
adoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******5667
YOUR ACCOUNT NUMBER 1-EM355-3-0

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694 WESTSIDE STATION
WORCESTER    MA 01602

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 210 | | | GOOGLE | 292.960 | | |
| 2,100 | | | HEWLETT PACKARD CO | 35.280 | | |
| 4,830 | | | INTEL CORP | 13.800 | | |
| 1,190 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 3,150 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 2,310 | | | JOHNSON & JOHNSON | 58.580 | | |
| 980 | | | MCDONALDS CORP | 58.750 | | |
| 1,820 | | | MERCK & CO | 26.720 | | |
| 6,650 | | | MICROSOFT CORP | 20.220 | | |
| 3,360 | | | ORACLE CORPORATION | 16.090 | | |
| 1,330 | | | PEPSICO INC | 56.700 | | |
| 5,670 | | | PFIZER INC | 16.430 | | |
| 1,750 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,520 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,400 | | | QUALCOMM INC | 33.570 | | |
| 1,050 | | | SCHLUMBERGER LTD | 50.740 | | |
| 12,266 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 1,470 | | | U S BANCORP | 26.980 | | |
| 840 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 225,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009    3/26/2009 | | | |
| | 840 | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694 WESTSIDE STATION
WORCESTER    MA    01602

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5667
YOUR ACCOUNT NUMBER: 1-EM355-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,380 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,820 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,940 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG    SHORT | | | |
| | | | | 3,321,281.05 | | | |

3,273,681 *(handwritten)*

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
doff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694 WESTSIDE STATION
WORCESTER             MA 01602

PAGE: 6
PERIOD ENDING: 11/30/03
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5667
YOUR ACCOUNT NUMBER: 1-EM355-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 22,523.81 |
| | | | | GROSS PROCEEDS FROM SALES | | | 25,099,473.45 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694  WESTSIDE STATION
WORCESTER     MA  01602

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5667
YOUR ACCOUNT NUMBER: 1-EM355-4-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 70 | 42652 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 198,396.00 |
| 11/12 | 70 | | 46978 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 124,670.00 | 110,530.00 |
| 11/19 | | 70 | 33082 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 181,930.00 |
| 11/19 | 70 | | 37407 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 210,070.00 | |
| 11/19 | 70 | | 41732 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 21,070.00 | 258,930.00 |
| 11/19 | | 70 | 46057 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 393,976.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL S & P 100 INDEX DECEMBER 420 PUT | MKT PRICE 23.300 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 115,500.00  SHORT 163,100.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 508-753-0499

Taxpayer I.D. Number (Social Security No.)
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

Account Number:  1EM355
HAROLD R RUDNICK TRUST
DATED 8/2/90
PO BOX 20694 WESTSIDE STATION
WORCESTER, MA 01602

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of     $  0
   b. I owe the Broker a Debit (Dr.) Balance of        $  0

502180406

c.  If you wish to repay the Debit Balance,

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed
with this claim form.**                        $_____

d.  If balance is zero, insert "None."        _NON_

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSE**

|   |   |   | YES |   |
|---|---|---|---|---|
| a. | The Broker owes me securities | | ✓ | |
| b. | I owe the Broker securities | | _____ | |
| c. | If yes to either, please list below: | | | |

| Date of Transaction (trade date) | Name of Security | Number o Face Amou / The Broker Owes Me (Long) |
|---|---|---|
| _____ | *Please see attachments* | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfacti
claim and shorten the time required to deliver your securities and ca
Please enclose, if possible, copies of your last account statement and p
sale confirmations and checks which relate to the securities or cash you
any other documentation, such as correspondence, which you believe
assistance in processing your claim. In particular, you should p
documentation (such as cancelled checks, receipts from the Debtor, pr
transfers, etc.) of your deposits of cash or securities with the Debtor f
back as you have documentation. You should also provide all docume**

502180406                                                          2

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: ___N. A.___

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date __2/13/2009__    Signature _[signature]_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

Account Number: 1EM355                                              February 13, 2009
HAROLD R. RUDNICK TRUST DATED 8/2/90
PO BOX 20694, WESTSIDE STATION
WORCESTER, MA 01602-0694

Attached please find the last statement that I received for period ending 11/30/08. It details the securities held with a total long position of $3,321,281.05 less a net short options position of $47,600.00 for a total net claim of $3,273,681.05.

Separately attached as Exhibit A are the quarterly Portfolio Management Reports supplied by Bernard L. Madoff Investment Securities LLC from the inception of the account through 11/30/08 with the supporting collateral documents that I could find. In summary they show that this account was opened in January of 2000 with an opening balance of $963,432.53. The following additions were made: 3/01/00 - $150,000.00, 5/15/00 - $100,000.00, 8/18/00 - $75,000.00, 12/4/00 - $100,000.00 and 10/2/06 - $130,000.00. The following quarterly withdrawals were received: 9/30/05 - $40,000.00, 12/31/05 - $40,000.00, 3/31/06 - $40,000.00, 6/30/06 - $40,000.00, 9/30/06 - $40,000.00, 12/31/06 - $40,000.00, 3/31/07 - $40,000.00, 6/30/07 - $40,000.00, 9/30/07 - $40,000.00, 12/31/07 - $40,000.00, 3/31/08 - $40,000.00, 6/30/08 - $40,000.00 and 9/30/08 - $40,000.00.

Separately attached as Exhibit B are the monthly summaries of activity provided by Bernard L. Madoff Investment Securities LLC from the inception of the account in January of 2000 through 11/30/08. They detail the monthly trading activity of the account, the net effect of which when coupled with the above additions and withdrawals presumably account for the ending balance of $3,273,681.05.

Sincerely,

*[signature]*

Harold R. Rudnick