DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| | : |
| Plaintiff-Appellant, | : |
| | : SIPA Liquidation |
| v. | (Substantively Consolidated) |
| | : Adv. Pro. No. 08-01789 |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
| | : |
| Defendants. | : |

----------------------------------------x

In re:

BERNARD L. MADOFF,

Debtor.

----------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**<u>SERVICE OF NOTICES</u>**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC

Accounts 1-ZA128-3 and 1-ZA128-4.

Please add the undersigned to all service lists, including this Court's electronic notification list, and the mailing list in this case.

   Kelly A. Librera
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

E-mail:  klibrera@deweyleboeuf.com

Dated: November 17, 2009         DEWEY & LeBOEUF LLP
       New York, New York

                                           By:  /s/  Kelly A. Librera
                                              Kelly A. Librera

1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC Accounts 1ZA128-3 and 1ZA128-4*