DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
James P. Smith III (jpsmith@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Appellant, | : | SIPA Liquidation |
| v. | | (Substantively Consolidated) |
| | : | Adv. Pro. No. 08-01789 |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendants. | : | |
| | : | |

---------------------------------------- x

| | |
|---|---|
| | : |
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |
| | : |

---------------------------------------- x

**WITHDRAWAL OF NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby withdraws the appearance previously entered on behalf of Ellen G. Victor, in her capacity as holder of Bernard L. Madoff

Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4.

Please remove the undersigned from all service lists, including this Court's electronic notification list, and the mailing list in this case.

>James P. Smith III
>DEWEY & LeBOEUF LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092
>Telephone: (212) 259-8000
>Facsimile: (212) 259-6333
>E-mail:  jpsmith@deweyleboeuf.com

Service of all future notices and papers may be directed to:

>Kelly A. Librera
>DEWEY & LeBOEUF LLP
>1301 Avenue of the Americas
>New York, NY 10019-6092
>Telephone: (212) 259-8000
>Facsimile: (212) 259-6333
>E-mail:  klibrera@deweyleboeuf.com

Dated: November 17, 2009　　　　　　　　　DEWEY & LeBOEUF LLP
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ James P. Smith III
　　　　　　　　　　　　　　　　　　　　　　　　　　James P. Smith III

　　　　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6092
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 259-8000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 259-6333

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Ellen G. Victor, holder of Bernard L. Madoff Investment Securities LLC Accounts 1ZA128-3 and 1ZA128-4*