**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

**In Liquidation**

**DECEMBER 11, 2008**

RECEIVED NOV 16 2009

**IN RE: BANKRUPTCY CASE No. 08-1789 (BRL)**

**NOTICE OF DISAGREEMENT WITH DETERMINATION
AND REQUEST FOR HEARING**

...............................................................................................

**PLEASE TAKE NOTICE** that KARL EISENHAUER and WANDA EISENHAUER, J/T WROS, of 77 Long Ridge Road, Hawley, Pennsylvania 18428, **HEREBY DISAGREE** with the Trustee's determination of claim regarding claims on BLMIS Account #1EO1532, designated as claim #000560 and claims #000562, denying the combined claim in its entirety. The reason for the disagreement and request for a hearing is that the Eisenhauers invested substantial monies with BLMIS over a period of time of approximately sixteen (16) years and received monthly statements from BLMIS over the years evidencing ownership in specific securities that were purchased for them and held on their account at BLMIS. Specifically, the BLMIS statement for the period ended November 30, 2008 confirms the existence of such securities held for the Eisenhauers in this account in an amount of Six Hundred Ninety-Two Thousand Four Hundred Fifteen ($692,415.31) Dollars and Thirty-One Cents in account #1-EO152-3-0, and an amount of Seventy Eight Thousand Four Hundred Ten ($78,410.00) Dollars in account #1-EO152-4-0, for a total of Seven Hundred Seventy Thousand Eight

Hundred Twenty-Five ($770,825.31) Dollars and Thirty-One Cents. See copy of BLMIS statement dated November 30, 2008 attached as Exhibit A hereto. The Trustee, in denying the claim of the Eisenhauers, indicated that no securities were ever purchased for their account. Either he is wrong, as evidenced by the November 30, 2008 statement showing securities purchased, or, the Eisenhauers were cheated and defrauded by BLMIS and should be covered by SIPA. The Eisenhauers reported gains and losses on sales of securities on their income tax returns from 1992 to the present time. The net equity determination by the Trustee is invalid, improper, and contrary to law. The receipt by the Eisenhauers of monies from BLMIS over time does not negate the fraud perpetrated on them by BLMIS. See Affidavit of Karl Eisenhauer and Wanda Eisenhauer regarding the fraud attached as Exhibit B hereto.

Dated: 13 day of November 2009.

Respectfully submitted,
BUGAJ/FISCHER, by:

_____
Ronald M. Bugaj, Esq.
Attorney for Karl Eisenhauer and
Wanda Eisenhauer

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS

381 EISENHAUER ROAD
LAKE ARIEL             PA    18436

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-E0152-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4962
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 39,293.09 | |
| 11/12 | 364 | | 3349 | WAL-MART STORES INC | 55.830 | 20,336.12 | |
| 11/12 | 238 | | 3851 | INTERNATIONAL BUSINESS MACHS | 87.270 | 20,779.26 | |
| 11/12 | 882 | | 7675 | EXXON MOBIL CORP | 72.880 | 64,315.16 | |
| 11/12 | 966 | | 8177 | INTEL CORP | 14.510 | 14,054.66 | |
| 11/12 | 462 | | 12503 | JOHNSON & JOHNSON | 59.580 | 27,543.96 | |
| 11/12 | 630 | | 16829 | J.P. MORGAN CHASE & CO | 38.530 | 24,298.90 | |
| 11/12 | 336 | | 21154 | COCA COLA CO | 44.660 | 15,018.76 | |
| 11/12 | 196 | | 25480 | MCDONALDS CORP | 55.370 | 10,859.52 | |
| 11/12 | 364 | | 29806 | MERCK & CO | 28.550 | 10,406.20 | |
| 11/12 | 1,330 | | 34132 | MICROSOFT CORP | 21.810 | 29,060.30 | |
| 11/12 | 672 | | 38458 | ORACLE CORPORATION | 17.300 | 11,651.60 | |
| 11/12 | 266 | | 51436 | PEPSICO INC | 56.410 | 15,015.06 | |
| 11/12 | 154 | | 51938 | APPLE INC | 100.780 | 15,526.12 | |
| 11/12 | 1,134 | | 55762 | PFIZER INC | 16.940 | 19,254.96 | |
| 11/12 | 266 | | 56264 | ABBOTT LABORATORIES | 54.610 | 14,536.26 | |
| 11/12 | 504 | | 60088 | PROCTER & GAMBLE CO | 64.080 | 32,316.32 | |
| 11/12 | 182 | | 60590 | AMGEN INC | 59.160 | 10,774.12 | |
| 11/12 | 350 | | 64414 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 15,274.00 | |
| 11/12 | 840 | | 64916 | BANK OF AMERICA | 21.590 | 18,168.60 | |
| 11/12 | 280 | | 68740 | QUALCOMM INC | 33.770 | 9,466.60 | |
| 11/12 | 910 | | 69242 | CITI GROUP INC | 12.510 | 11,420.10 | |
| 11/12 | 210 | | 73066 | SCHLUMBERGER LTD | 49.480 | 10,398.80 | |
| 11/12 | 504 | | 73568 | COMCAST CORP CL A | 16.510 | 8,341.04 | |

CONTINUED ON PAGE 2

**EXHIBIT A**

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS
381 EISENHAUER ROAD
LAKE ARIEL    PA    18436

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********4962
YOUR ACCOUNT NUMBER 1-E0152-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 994 | | 77392 | AT&T INC | 27 | 26,877.00 | |
| 11/12 | 252 | | 77894 | CONOCOPHILIPS | 52.510 | 13,242.52 | |
| 11/12 | 168 | | 81718 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,748.72 | |
| 11/12 | 1,022 | | 82220 | CISCO SYSTEMS INC | 16.730 | 17,138.06 | |
| 11/12 | 294 | | 86044 | U S BANCORP | 29.530 | 8,692.82 | |
| 11/12 | 350 | | 86546 | CHEVRON CORP | 73.430 | 25,714.50 | |
| 11/12 | 168 | | 90370 | UNITED TECHNOLOGIES CORP | 53.160 | 8,936.88 | |
| 11/12 | 1,778 | | 90872 | GENERAL ELECTRIC CO | 19.630 | 34,973.14 | |
| 11/12 | 476 | | 94696 | VERIZON COMMUNICATIONS | 30.410 | 14,494.16 | |
| 11/12 | 42 | | 95198 | GOOGLE | 337.400 | 14,171.80 | |
| 11/12 | 588 | | 99022 | WELLS FARGO & CO NEW | 29.800 | 17,545.40 | |
| 11/12 | 420 | | 99524 | HEWLETT PACKARD CO | 34.900 | 14,674.00 | |
| 11/12 | | 650,000 | 21634 | U.S TREASURY BILL DUE 2/12/2009 | 99.936 | | 649,584.00 |
| | | | | 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 12.00 |
| 11/12 | | 20,874 | 16733 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,874.00 |
| 11/12 | 33,617 | | 26102 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 33,617.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.13 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******4962
YOUR ACCOUNT NUMBER 1-E0152-3-0

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS
381 EISENHAUER ROAD
LAKE ARIEL   PA   18436

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 33,617 | 51409 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,617.00 |
| 11/19 | 75,000 | | 56015 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 621 | | 60448 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 621.00 | |
| | | | | NEW BALANCE | | 78,409.88 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 994 | | | AT&T INC | 28.560 | | |
| | 266 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 182 | | | AMGEN INC | 55.540 | | |
| | 154 | | | APPLE INC | 92.670 | | |
| | 840 | | | BANK OF AMERICA | 16.250 | | |
| | 350 | | | CHEVRON CORP | 79.010 | | |
| | 1,022 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 910 | | | CITI GROUP INC | 8.290 | | |
| | 336 | | | COCA COLA CO | 46.870 | | |
| | 504 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 252 | | | CONOCOPHILIPS | 52.520 | | |
| | 882 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,778 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS

381 EISENHAUER ROAD
LAKE ARIEL      PA    18436

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4962
YOUR ACCOUNT NUMBER: 1-E0152-3-0
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 42 | | | GOOGLE | 292.960 | | |
| | 420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 966 | | | INTEL CORP | 13.800 | | |
| | 238 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 630 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 462 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 196 | | | MCDONALDS CORP | 58.750 | | |
| | 364 | | | MERCK & CO | 26.720 | | |
| | 1,330 | | | MICROSOFT CORP | 20.220 | | |
| | 672 | | | ORACLE CORPORATION | 16.090 | | |
| | 266 | | | PEPSICO INC | 56.700 | | |
| | 1,134 | | | PFIZER INC | 16.430 | | |
| | 350 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 504 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 280 | | | QUALCOMM INC | 33.570 | | |
| | 210 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 621 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 294 | | | U S BANCORP | 26.980 | | |
| | 168 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 75,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 168 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS
381 EISENHAUER ROAD
LAKE ARIEL          PA   18436

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4962
PAGE: 5
YOUR ACCOUNT NUMBER: 1-E0152-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 476 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 364 | | | WAL-MART STORES INC | 55.880 | | |
| 588 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG        SHORT | | | |
| | | | 692,415.31 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS
381 EISENHAUER ROAD
LAKE ARIEL    PA    18436

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********4962
YOUR ACCOUNT NUMBER: 1-E0152-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,399.47 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,887,265.16 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8
Tel 020 7493 3222

KARL EISENHAUER
& WANDA EISENHAUER J/T WROS
381 EISENHAUER ROAD
LAKE ARIEL    PA    18436

YOUR ACCOUNT NUMBER: 1-E0152-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4962
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 39,294.00 |
| 11/12 | | 14 | 42784 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 22,106.00 |
| 11/12 | 14 | | 47110 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 24,934.00 | |
| 11/19 | | 14 | 33214 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 36,386.00 |
| 11/19 | 14 | | 37539 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 42,014.00 | |
| 11/19 | 14 | | 41864 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 4,214.00 | |
| 11/19 | | 14 | 46189 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 51,786.00 |
| | | | | NEW BALANCE | | | 78,410.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 14 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 14 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 23,100.00    SHORT 32,620.00— | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
In Liquidation
**DECEMBER 11, 2008**

IN RE: BANKRUPTCY CASE No. 08-1789 (BRL)

<u>**AFFIDAVIT OF KARL EISENHAUER AND WANDA EISENHAUER**</u>

We, KARL EISENHAUER and WANDA EISENHAUER, after having been duly sworn, depose and say the following:

1. We were retail clients of BLMIS. We were informed of his reliability and the reliability of SIPA for our protection.

2. We recently discovered that numerous times over the last number of years, Harry Markopolis voiced his concerns about the Madoff firm to the SEC (SIPA) and they disregarded his findings. This is very disturbing.

3. Regulations have failed us in monitoring BLMIS. This includes the SEC, NASDAQ, State Securities Commission, and the Attorney General.

4. My wife and I are in our seventies, worked a dairy farm all of our lives, and saved for retirement, only to find that we now have to search for a non-existing job.

5. We are asking that the Court rule for the customers Net Equity in our favor under SIPA.

_____     _____
Karl Eisenhauer                                                Wanda Eisenhauer

**EXHIBIT B**

1 of 2

Before me, the undersigned authority, personally appeared KARL EISENHAUER, who, being duly sworn according to law, deposes and says that the averments of fact contained herein are true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed
before me this __10th__ day of
__November__, 2009.



Notary Public

NOTARIAL SEAL
RONALD M. BUGAJ
Notary Public
HONESDALE BOROUGH, WAYNE COUNTY
My Commission Expires May 13, 2011

Before me, the undersigned authority, personally appeared WANDA EISENHAUER, who, being duly sworn according to law, deposes and says that the averments of fact contained herein are true and correct to the best of her knowledge, information and belief.

Sworn to and subscribed
before me this __11th__ day of
__November__, 2009.

Notary Public

NOTARIAL SEAL
RONALD M. BUGAJ
Notary Public
HONESDALE BOROUGH, WAYNE COUNTY
My Commission Expires May 13, 2011

2 of 2