# EXHIBIT B

# Prt. 2

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST        1-ZA121-3
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE           FL 33323


STARTING EQUITY FOR CURRENT YEAR                    1,056,817.11CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   495,917.90-
REALIZED P/L FOR CURRENT YEAR                         84,722.78CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                618.75CR
CURRENT CASH BALANCE                                        .24CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        646,240.50   NET LONG
TOTAL EQUITY                                         646,240.74CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.55 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST        1-ZA121-3
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL 33319


STARTING EQUITY FOR CURRENT YEAR                    1,056,817.11CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     38,408.49-
REALIZED P/L FOR CURRENT YEAR                          67,963.04CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               2,210.75CR
CURRENT CASH BALANCE                                         .16CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,088,582.25    NET LONG
TOTAL EQUITY                                        1,088,582.41CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.71 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


    JOSEPH S POPKIN REVOCABLE TST      1-ZA121-3
    DTD 2/9/06 JOSEPH S POPKIN,
    ROBIN POPKIN LOGUE CO-TSTEES
    6010 LINDEN CIRCLE
    TAMARAC            FL 33319


STARTING EQUITY FOR CURRENT YEAR                 1,056,817.11CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  25,744.11-
REALIZED P/L FOR CURRENT YEAR                        12,971.88CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               307.50-
CURRENT CASH BALANCE                                       .88CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     1,043,736.50    NET LONG
TOTAL EQUITY                                      1,043,737.38CR

ANNUALIZED RETURN FOR CURRENT YEAR      4.91 %

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE        FL  33323

PERIOD ENDING: 10/31/08

PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 63,647.76 | |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 161.50 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | | 42.16 |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 174.42 |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 53.55 |
| 10/06 | | | | CHECK | CW | 15,167.74 | |
| 10/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/06/08 | DIV | | 10.08 |
| 10/06 | | 23,678 | 331 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,678.00 |
| 10/06 | 8,520 | | 881 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,520.00 | |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | | 238.68 |
| 10/31 | 670 | | 9676 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 670.00 | |
| | | | | NEW BALANCE | | 63,647.11 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 9,190 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE          FL  33323

PERIOD ENDING
**10/31/08**

PAGE
**2**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  | 625,000 |  |  | U S TREASURY BILL DUE 2/12/2009            2/12/2009 | 99.879 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES        LONG                SHORT 633,433.75 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE         FL  33323

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/08 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,588.30 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,229,497.07 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE              FL  33323

PERIOD ENDING
10/31/08

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 63,648.00 |
| | | | | NEW BALANCE | | | 63,648.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE          FL  33323

PERIOD ENDING
9/30/08

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 24,360.93 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08  9/02/08 | DIV | | 117.09 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08  9/09/08 | DIV | | 273.70 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08  9/09/08 | DIV | | 99.45 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/10/08 | DIV | | 38.72 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08  9/10/08 | DIV | | 276.25 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/15/08  9/10/08 | DIV | | 65.28 |
| 9/10 | | 36,433 | 84204 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,433.00 |
| 9/10 | 34,669 | | 89332 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,669.00 | |
| 9/11 | | | | MICROSOFT CORP DIV 8/21/08  9/11/08 | DIV | | 185.13 |
| 9/11 | 8,653 | | 94458 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,653.00 | |
| 9/16 | | | | CHECK | CW | 400,000.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

*To other beneficiaries*

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE          FL  33323

PERIOD ENDING: 9/30/08
PAGE: 2

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/16/08 | DIV | | 9.71 |
| 9/16 | | | | MCDONALDS CORP DIV 9/02/08  9/16/08 | DIV | | 89.25 |
| 9/16 | | 43,322 | 68963 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 43,322.00 |
| 9/17 | | 833 | 10444 | ORACLE CORPORATION | 19.310 | | 16,052.23 |
| 9/17 | | 187 | 11639 | APPLE INC | 150.770 | | 28,186.99 |
| 9/17 | | 340 | 14742 | PEPSICO INC | 72.460 | | 24,623.40 |
| 9/17 | | 323 | 15937 | ABBOTT LABORATORIES | 58.960 | | 19,032.08 |
| 9/17 | | 1,428 | 19040 | PFIZER INC | 18.360 | | 26,161.08 |
| 9/17 | | 561 | 20205 | AMERICAN INTL GROUP INC | 15.290 | | 8,555.69 |
| 9/17 | | 646 | 23338 | PROCTER & GAMBLE CO | 72.780 | | 46,990.88 |
| 9/17 | | 238 | 24486 | AMGEN INC | 63.320 | | 15,061.16 |
| 9/17 | | 442 | 27636 | PHILLIP MORRIS INTERNATIONAL | 54.170 | | 23,926.14 |
| 9/17 | | 1,003 | 28782 | BANK OF AMERICA | 33.040 | | 33,099.12 |
| 9/17 | | 340 | 31934 | QUALCOMM INC | 48.390 | | 16,439.60 |
| 9/17 | | 1,173 | 33080 | CITI GROUP INC | 18.220 | | 21,326.06 |
| 9/17 | | 255 | 36232 | SCHLUMBERGER LTD | 87.210 | | 22,228.55 |
| 9/17 | | 323 | 37378 | CONOCOPHILIPS | 72.510 | | 23,408.73 |
| 9/17 | | 1,292 | 40530 | AT&T INC | 31.370 | | 40,479.04 |
| 9/17 | | 1,258 | 41676 | CISCO SYSTEMS INC | 23.050 | | 28,946.90 |
| 9/17 | | 221 | 44814 | UNITED PARCEL SVC INC CLASS B | 67.860 | | 14,989.06 |

CONTINUED ON PAGE     3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE              FL   33323

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | | 425 | 45974 | CHEVRON CORP | 83.210 | | 35,347.25 |
| 9/17 | | 204 | 49062 | UNITED TECHNOLOGIES CORP | 63.720 | | 12,990.88 |
| 9/17 | | 2,125 | 50272 | GENERAL ELECTRIC CO | 27.440 | | 58,225.00 |
| 9/17 | | 612 | 53347 | VERIZON COMMUNICATIONS | 34.570 | | 21,132.84 |
| 9/17 | | 51 | 54570 | GOOGLE | 432.200 | | 22,040.20 |
| 9/17 | | 731 | 57645 | WELLS FARGO & CO NEW | 33.390 | | 24,379.09 |
| 9/17 | | 85 | 58868 | GOLDMAN SACHS GROUP INC | 154.700 | | 13,146.50 |
| 9/17 | | 493 | 61943 | WAL-MART STORES INC | 62.470 | | 30,778.71 |
| 9/17 | | 527 | 63166 | HEWLETT PACKARD CO | 46.880 | | 24,684.76 |
| 9/17 | | 1,105 | 66241 | EXXON MOBIL CORP | 76.080 | | 84,024.40 |
| 9/17 | | 289 | 67464 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 34,322.20 |
| 9/17 | | 1,224 | 71762 | INTEL CORP | 19.970 | | 24,395.28 |
| 9/17 | | 595 | 76060 | JOHNSON & JOHNSON | 71.150 | | 42,311.25 |
| 9/17 | | 748 | 80357 | J.P. MORGAN CHASE & CO | 40.930 | | 30,586.64 |
| 9/17 | | 425 | 84655 | COCA COLA CO | 53.790 | | 22,843.75 |
| 9/17 | | 238 | 88953 | MCDONALDS CORP | 64.430 | | 15,325.34 |
| 9/17 | | 459 | 93251 | MERCK & CO | 34.160 | | 15,661.44 |
| 9/17 | | 1,683 | 97549 | MICROSOFT CORP | 27.420 | | 46,080.86 |
| 9/17 | 625,000 | | 84759 | U S TREASURY BILL DUE 2/12/2009      2/12/2009 | 99.511 | 621,943.75 | |
| 9/17 | 21,607 | | 89057 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,607.00 | |
| 9/19 | | | | AMERICAN INTL GROUP INC DIV  9/05/08  9/19/08 | DIV | | 123.42 |
| | | | | CONTINUED ON PAGE     4 | | | |

CONTINUED ON PAGE     4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE            FL   33323

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/08 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | | | BANK OF AMERICA | DIV | | 641.92 |
| | | | | DIV  9/05/08   9/26/08 | | | |
| 9/26 | | | | QUALCOMM INC | DIV | | 54.40 |
| | | | | DIV  8/29/08   9/26/08 | | | |
| 9/30 | | | | PEPSICO INC | DIV | | 144.50 |
| | | | | DIV  9/05/08   9/30/08 | | | |
| 9/30 | 2,071 | | 97178 | FIDELITY SPARTAN | 1 | 2,071.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 63,647.76 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 23,678 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 625,000 | | | U S TREASURY BILL | 99.610 | | |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 646,240.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE        FL  33323

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/08 | 5 |

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,907.91 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,229,497.07 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE          FL   33323

PERIOD ENDING
9/30/08

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 24,361.00 |
| 9/10 | 17 | | 74312 | S & P 100 INDEX SEPTEMBER 600 CALL | 1.050 | 1,802.00 | |
| 9/11 | | 17 | 78837 | S & P 100 INDEX SEPTEMBER 600 CALL | 5.100 | | 8,653.00 |
| 9/17 | | 17 | 1848 | S & P 100 INDEX SEPTEMBER 590 PUT | 20 | | 33,983.00 |
| 9/17 | 17 | | 6146 | S & P 100 INDEX SEPTEMBER 600 CALL | .900 | 1,547.00 | |
| | | | | NEW BALANCE | | | 63,648.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: **8/31/08**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 16,064.62 | |
| 8/14 | 1,428 | | 917 | PFIZER INC | 19.800 | 28,331.40 | |
| 8/14 | 561 | | 1810 | AMERICAN INTL GROUP INC | 24.880 | 13,979.68 | |
| 8/14 | 646 | | 5226 | PROCTER & GAMBLE CO | 69.490 | 44,915.54 | |
| 8/14 | 238 | | 6119 | AMGEN INC | 63.040 | 15,012.52 | |
| 8/14 | 442 | | 9535 | PHILLIP MORRIS INTERNATIONAL | 55.110 | 24,375.62 | |
| 8/14 | 1,003 | | 10428 | BANK OF AMERICA | 32.070 | 32,206.21 | |
| 8/14 | 340 | | 13844 | QUALCOMM INC | 55.530 | 18,893.20 | |
| 8/14 | 1,173 | | 14737 | CITI GROUP INC | 19.300 | 22,684.90 | |
| 8/14 | 255 | | 18193 | SCHLUMBERGER LTD | 92.190 | 23,518.45 | |
| 8/14 | 323 | | 19046 | CONOCOPHILIPS | 81.290 | 26,268.67 | |
| 8/14 | 1,292 | | 22462 | AT&T INC | 31 | 40,103.00 | |
| 8/14 | 1,258 | | 23355 | CISCO SYSTEMS INC | 24.200 | 30,493.60 | |
| 8/14 | 221 | | 26771 | UNITED PARCEL SVC INC CLASS B | 65.030 | 14,379.63 | |
| 8/14 | 425 | | 27664 | CHEVRON CORP | 84.670 | 36,001.75 | |
| 8/14 | 204 | | 31080 | UNITED TECHNOLOGIES CORP | 66.460 | 13,565.84 | |
| 8/14 | 2,125 | | 31973 | GENERAL ELECTRIC CO | 29.600 | 62,985.00 | |
| 8/14 | 612 | | 35389 | VERIZON COMMUNICATIONS | 34.710 | 21,266.52 | |
| 8/14 | 51 | | 36282 | GOOGLE | 492.320 | 25,110.32 | |
| 8/14 | 731 | | 39698 | WELLS FARGO & CO NEW | 30.300 | 22,178.30 | |
| 8/14 | 85 | | 40591 | GOLDMAN SACHS GROUP INC | 175.950 | 14,958.75 | |
| 8/14 | 493 | | 44007 | WAL-MART STORES INC | 57.720 | 28,474.96 | |
| 8/14 | 527 | | 44900 | HEWLETT PACKARD CO | 45.660 | 24,083.82 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
8/31/08

PAGE
2

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/14 | 1,105 | | 48316 | EXXON MOBIL CORP | 78.440 | 86,720.20 | |
| 8/14 | 289 | | 49209 | INTERNATIONAL BUSINESS MACHS | 127.930 | 36,982.77 | |
| 8/14 | 1,224 | | 53518 | INTEL CORP | 24.040 | 29,472.96 | |
| 8/14 | 595 | | 57827 | JOHNSON & JOHNSON | 71.210 | 42,392.95 | |
| 8/14 | 748 | | 62135 | J.P. MORGAN CHASE & CO | 40.530 | 30,345.44 | |
| 8/14 | 425 | | 66444 | COCA COLA CO | 55.310 | 23,523.75 | |
| 8/14 | 238 | | 70753 | MCDONALDS CORP | 64.860 | 15,445.68 | |
| 8/14 | 459 | | 75062 | MERCK & CO | 35.800 | 16,450.20 | |
| 8/14 | 1,683 | | 79371 | MICROSOFT CORP | 27.810 | 46,871.23 | |
| 8/14 | 833 | | 92298 | ORACLE CORPORATION | 23.160 | 19,325.28 | |
| 8/14 | 187 | | 93192 | APPLE INC | 170.050 | 31,806.35 | |
| 8/14 | 340 | | 96607 | PEPSICO INC | 69.060 | 23,493.40 | |
| 8/14 | 323 | | 97501 | ABBOTT LABORATORIES | 58.620 | 18,946.26 | |
| 8/14 | | 1,025,000 | 59561 | U S TREASURY BILL | 99.587 | | 1,020,766.75 |
| | | | | DUE 11/6/2008 | | | |
| | | | | 11/06/2008 | | | |
| 8/14 | | | | FIDELITY SPARTAN | DIV | | 19.09 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 08/14/08 | | | |
| 8/14 | | 12,915 | 53751 | FIDELITY SPARTAN | 1 | | 12,915.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 8/14 | 36,433 | | 64062 | FIDELITY SPARTAN | 1 | 36,433.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 24,360.93 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,292 | | | AT&T INC | 31.990 | | |
| | | | | CONTINUED ON PAGE    3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
8/31/08

PAGE
3

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 323 | | | ABBOTT LABORATORIES | 57.430 | | |
| | 561 | | | AMERICAN INTL GROUP INC | 21.490 | | |
| | 238 | | | AMGEN INC | 62.850 | | |
| | 187 | | | APPLE INC | 169.530 | | |
| | 1,003 | | | BANK OF AMERICA | 31.140 | | |
| | 425 | | | CHEVRON CORP | 86.320 | | |
| | 1,258 | | | CISCO SYSTEMS INC | 24.050 | | |
| | 1,173 | | | CITI GROUP INC | 18.990 | | |
| | 425 | | | COCA COLA CO | 52.070 | | |
| | 323 | | | CONOCOPHILIPS | 82.510 | | |
| | 1,105 | | | EXXON MOBIL CORP | 80.010 | | |
| | 2,125 | | | GENERAL ELECTRIC CO | 28.100 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 163.970 | | |
| | 51 | | | GOOGLE | 463.290 | | |
| | 527 | | | HEWLETT PACKARD CO | 46.920 | | |
| | 1,224 | | | INTEL CORP | 22.870 | | |
| | 289 | | | INTERNATIONAL BUSINESS MACHS | 121.730 | | |
| | 748 | | | J.P. MORGAN CHASE & CO | 38.490 | | |
| | 595 | | | JOHNSON & JOHNSON | 70.430 | | |
| | 238 | | | MCDONALDS CORP | 62.050 | | |
| | 459 | | | MERCK & CO | 35.670 | | |
| | 1,683 | | | MICROSOFT CORP | 27.290 | | |
| | 833 | | | ORACLE CORPORATION | 21.930 | | |
| | 340 | | | PEPSICO INC | 68.480 | | |
| | 1,428 | | | PFIZER INC | 19.110 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

**PERIOD ENDING** 8/31/08

**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 442 | | | PHILLIP MORRIS INTERNATIONAL | 53.700 | | |
| | 646 | | | PROCTER & GAMBLE CO | 69.770 | | |
| | 340 | | | QUALCOMM INC | 52.650 | | |
| | 255 | | | SCHLUMBERGER LTD | 94.220 | | |
| | 36,433 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 221 | | | UNITED PARCEL SVC INC | 64.120 | | |
| | | | | CLASS B | | | |
| | 204 | | | UNITED TECHNOLOGIES CORP | 65.590 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 35.120 | | |
| | 493 | | | WAL-MART STORES INC | 59.070 | | |
| | 731 | | | WELLS FARGO & CO NEW | 30.270 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG             SHORT | | | |
| | | | | 1,025,481.78 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC           FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,789.09 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,261,713.97 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | ******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 16,065.00 |
| 8/14 | 17 | | 83680 | S & P 100 INDEX SEPTEMBER 590 PUT | 11.100 | 18,887.00 | |
| 8/14 | | 17 | 87989 | S & P 100 INDEX SEPTEMBER 600 CALL | 16 | | 27,183.00 |
| | | | | NEW BALANCE | | | 24,361.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX SEPTEMBER 600 CALL | 6.500 | | |
| | 17 | | | S & P 100 INDEX SEPTEMBER 590 PUT | 10.400 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        SHORT | | | |
| | | | | 17,680.00    11,050.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC           FL  33319

PERIOD ENDING **7/31/08**   PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 16,064.84 | |
| 7/07 | | | | CHECK | CW | 57,509.41 | |
| 7/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/07/08 | DIV | | 24.38 |
| 7/07 | | 17,764 | 56301 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,764.00 |
| 7/07 | | 1,075,000 | 56709 | U S TREASURY BILL DUE 9/18/2008 9/18/2008 | 99.635 | | 1,071,076.25 |
| 7/07 | 1,025,000 | | 57063 | U S TREASURY BILL DUE 11/6/2008 11/06/2008 | 99.360 | 1,018,440.00 | |
| 7/07 | 12,915 | | 57467 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,915.00 | |
| | | | | NEW BALANCE | | 16,064.62 | |
| | 12,915 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 1,025,000 | | | U S TREASURY BILL DUE 11/6/2008 11/06/2008 | 99.551 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,033,312.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING **7/31/08**
PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,770.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,240,947.22 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
7/31/08

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
********4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 16,065.00 |
| | | | | NEW BALANCE | | | 16,065.00 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 16,064.70 | |
| 6/02 | | | | INTEL CORP DIV 5/07/08 6/01/08 | DIV | | 173.74 |
| 6/02 | | | | WAL-MART STORES INC DIV 5/16/08 6/02/08 | DIV | | 121.13 |
| 6/02 | | | | WELLS FARGO & CO NEW DIV 5/09/08 6/01/08 | DIV | | 210.80 |
| 6/03 | | | | PFIZER INC DIV 5/09/08 6/03/08 | DIV | | 467.84 |
| 6/03 | | | | UNITED PARCEL SVC INC CLASS B DIV 5/19/08 6/03/08 | DIV | | 99.45 |
| 6/10 | | | | CHEVRON CORP DIV 5/19/08 6/10/08 | DIV | | 298.35 |
| 6/10 | | | | EXXON MOBIL CORP DIV 5/13/08 6/10/08 | DIV | | 462.40 |
| 6/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 5/09/08 6/10/08 | DIV | | 153.00 |
| 6/10 | | | | UNITED TECHNOLOGIES CORP DIV 5/16/08 6/10/08 | DIV | | 65.28 |
| 6/12 | | | | MICROSOFT CORP DIV 5/15/08 6/12/08 | DIV | | 188.87 |
| 6/30 | 2,241 | | 52505 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,241.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **6/30/08**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER *********4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|--------------------------|-----|-------------|-----------------|--------------------------------|----------------------------------|
| | | | | NEW BALANCE | | 16,064.84 | |
| | | | | SECURITY POSITIONS | | | |
| | 17,764 | | | FIDELITY SPARTAN | MKT PRICE 1 | | |
| | 1,075,000 | | | U S TREASURY MONEY MARKET | | | |
| | | | | U S TREASURY BILL | 99.611 | | |
| | | | | DUE 9/18/2008 | | | |
| | | | | 9/18/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,088,582.25 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING
6/30/08

PAGE
3

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
********4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,745.62 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,169,870.97 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: **6/30/08**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-4-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | | | | BALANCE FORWARD | | | 16,065.00 |
| | | | | NEW BALANCE | | | 16,065.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **5/31/08**

PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,517.91 | |
| 5/01 | | | | AT&T INC | DIV | | 516.80 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/01 | | | | VERIZON COMMUNICATIONS | DIV | | 263.16 |
| | | | | DIV 4/10/08 5/01/08 | | | |
| 5/15 | | | | ABBOTT LABORATORIES | DIV | | 122.40 |
| | | | | DIV 4/15/08 5/15/08 | | | |
| 5/15 | | | | PROCTER & GAMBLE CO | DIV | | 265.20 |
| | | | | DIV 4/18/08 5/15/08 | | | |
| 5/19 | | | | FIDELITY SPARTAN | DIV | | 11.92 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 05/19/08 | | | |
| 5/19 | | 10,896 | 11328 | FIDELITY SPARTAN | 1 | | 10,896.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 5/23 | | | | CITI GROUP INC | DIV | | 342.72 |
| | | | | DIV 5/05/08 5/23/08 | | | |
| 5/27 | | 680 | 2052 | WELLS FARGO & CO NEW | 28.160 | | 19,121.80 |
| 5/27 | | 2,142 | 3768 | GENERAL ELECTRIC CO | 31.740 | | 67,902.08 |
| 5/27 | | 510 | 6339 | WAL-MART STORES INC | 56.040 | | 28,560.40 |
| 5/27 | | 51 | 8055 | GOOGLE | 577.900 | | 29,470.90 |
| 5/27 | | 1,156 | 10626 | EXXON MOBIL CORP | 95.310 | | 110,132.36 |
| 5/27 | | 85 | 12236 | GOLDMAN SACHS GROUP INC | 183.260 | | 15,574.10 |
| 5/27 | | 527 | 16502 | HEWLETT PACKARD CO | 46.300 | | 24,379.10 |
| 5/27 | | 306 | 20789 | INTERNATIONAL BUSINESS MACHS | 125.210 | | 38,302.26 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/08 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 1,241 | 25076 | INTEL CORP | 24.120 | | 29,883.92 |
| 5/27 | | 612 | 29363 | JOHNSON & JOHNSON | 66.470 | | 40,655.64 |
| 5/27 | | 697 | 33649 | J.P. MORGAN CHASE & CO | 43.960 | | 30,613.12 |
| 5/27 | | 425 | 37936 | COCA COLA CO | 57.230 | | 24,305.75 |
| 5/27 | | 255 | 42081 | MCDONALDS CORP | 59.810 | | 15,241.55 |
| 5/27 | | 459 | 46337 | MERCK & CO | 39.960 | | 18,323.64 |
| 5/27 | | 1,717 | 50624 | MICROSOFT CORP | 28.820 | | 49,415.94 |
| 5/27 | | 850 | 59198 | ORACLE CORPORATION | 22.310 | | 18,929.50 |
| 5/27 | | 187 | 61543 | APPLE INC | 185.820 | | 34,741.34 |
| 5/27 | | 357 | 63485 | PEPSICO INC | 67.670 | | 24,144.19 |
| 5/27 | | 340 | 65830 | ABBOTT LABORATORIES | 55.030 | | 18,697.20 |
| 5/27 | | 1,462 | 67772 | PFIZER INC | 20.120 | | 29,357.44 |
| 5/27 | | 527 | 70116 | AMERICAN INTL GROUP INC | 38.430 | | 20,231.61 |
| 5/27 | | 663 | 72059 | PROCTER & GAMBLE CO | 65.880 | | 43,652.44 |
| 5/27 | | 918 | 74403 | BANK OF AMERICA | 35.490 | | 32,543.82 |
| 5/27 | | 459 | 76346 | PHILLIP MORRIS INTERNATIONAL | 52.900 | | 24,263.10 |
| 5/27 | | 1,071 | 78690 | CITI GROUP INC | 22.230 | | 23,766.33 |
| 5/27 | | 255 | 80633 | SCHLUMBERGER LTD | 106.430 | | 27,129.65 |
| 5/27 | | 1,292 | 84920 | AT&T INC | 39.430 | | 50,892.56 |
| 5/27 | | 340 | 86857 | CONOCOPHILIPS | 93.870 | | 31,902.80 |
| 5/27 | | 221 | 89207 | UNITED PARCEL SVC INC CLASS B | 70.260 | | 15,519.46 |
| 5/27 | | 1,275 | 91144 | CISCO SYSTEMS INC | 25.880 | | 32,946.00 |
| 5/27 | | 204 | 93483 | UNITED TECHNOLOGIES CORP | 73.570 | | 15,000.28 |
| 5/27 | | 459 | 95431 | CHEVRON CORP | 103.450 | | 47,465.55 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
■ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/27 | | 612 | 97764 | VERIZON COMMUNICATIONS | 37.940 | | 23,195.28 |
| 5/27 | | 408 | 99527 | THE WALT DISNEY CO | 34.040 | | 13,872.32 |
| 5/27 | 1,000,000 | | 20434 | U S TREASURY BILL DUE 9/18/2008  9/18/2008 | 99.405 | 994,050.00 | |
| 5/27 | 60,335 | | 24863 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 60,335.00 | |
| 5/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/28/08 | DIV | | 2.33 |
| 5/28 | | 60,335 | 29590 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 60,335.00 |
| 5/28 | 75,000 | | 33896 | U S TREASURY BILL DUE 9/18/2008  9/18/2008 | 99.410 | 74,557.50 | |
| 5/28 | 13,983 | | 39080 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,983.00 | |
| 5/29 | | | | GOLDMAN SACHS GROUP INC DIV 4/29/08  5/29/08 | DIV | | 29.75 |
| 5/30 | 1,540 | | 44136 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,540.00 | |
| | | | | NEW BALANCE | | 16,064.70 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 15,523 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL   33319

PERIOD ENDING
5/31/08

PAGE
4

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      | 1,075,000              |                         |     | U S TREASURY BILL DUE 9/18/2008      9/18/2008 | 99.420 |  |  |
|      |                        |                         |     | MARKET VALUE OF SECURITIES          LONG              SHORT  1,084,288.00 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/08 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,504.76 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,169,870.97 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: **5/31/08**    PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-4-0**    YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 14,518.00 |
| 5/16 | 17 | | 1068 | S & P 100 INDEX MAY 635 CALL | 10.600 | 18,037.00 | |
| 5/19 | | 17 | 5780 | S & P 100 INDEX MAY 625 PUT | .300 | | 510.00 |
| 5/19 | | 17 | 92068 | S & P 100 INDEX JUNE 650 CALL | 12.300 | | 20,893.00 |
| 5/19 | 17 | | 96568 | S & P 100 INDEX JUNE 640 PUT | 10.500 | 17,867.00 | |
| 5/22 | 17 | | 35077 | S & P 100 INDEX JUNE 645 PUT | 8.200 | 13,957.00 | |
| 5/23 | 17 | | 21577 | S & P 100 INDEX JUNE 650 CALL | 10.900 | 18,547.00 | |
| 5/23 | | 17 | 26077 | S & P 100 INDEX JUNE 655 CALL | 9.300 | | 15,793.00 |
| 5/23 | | 17 | 30577 | S & P 100 INDEX JUNE 640 PUT | 9.700 | | 16,473.00 |
| 5/27 | 17 | | 14913 | S & P 100 INDEX JUNE 655 CALL | 7 | 11,917.00 | |
| 5/28 | | 17 | 54911 | S & P 100 INDEX JUNE 645 PUT | 16.600 | | 28,203.00 |
| | | | | NEW BALANCE | | | 16,065.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC           FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ********4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .88 |
| 4/04 | 204 | | 94 | UNITED TECHNOLOGIES CORP | 69.570 | 14,200.28 | |
| 4/04 | 408 | | 1309 | THE WALT DISNEY CO | 31.770 | 12,978.16 | |
| 4/04 | 612 | | 4389 | VERIZON COMMUNICATIONS | 37.090 | 22,723.08 | |
| 4/04 | 2,142 | | 5604 | GENERAL ELECTRIC CO | 37.470 | 80,345.74 | |
| 4/04 | 680 | | 8684 | WELLS FARGO & CO NEW | 30.220 | 20,576.60 | |
| 4/04 | 51 | | 9899 | GOOGLE | 446.900 | 22,793.90 | |
| 4/04 | 510 | | 12979 | WAL-MART STORES INC | 52.970 | 27,034.70 | |
| 4/04 | 85 | | 14194 | GOLDMAN SACHS GROUP INC | 170.520 | 14,497.20 | |
| 4/04 | 1,156 | | 17274 | EXXON MOBIL CORP | 84.530 | 97,762.68 | |
| 4/04 | 527 | | 18489 | HEWLETT PACKARD CO | 46.270 | 24,405.29 | |
| 4/04 | 306 | | 22784 | INTERNATIONAL BUSINESS MACHS | 115.620 | 35,391.72 | |
| 4/04 | 1,241 | | 27079 | INTEL CORP | 21.470 | 26,693.27 | |
| 4/04 | 612 | | 31374 | JOHNSON & JOHNSON | 64.820 | 39,693.84 | |
| 4/04 | 697 | | 35668 | J.P. MORGAN CHASE & CO | 44.930 | 31,343.21 | |
| 4/04 | 425 | | 39963 | COCA COLA CO | 61.120 | 25,993.00 | |
| 4/04 | 255 | | 44258 | MCDONALDS CORP | 56.140 | 14,325.70 | |
| 4/04 | 459 | | 48553 | MERCK & CO | 38.310 | 17,602.29 | |
| 4/04 | 1,717 | | 52848 | MICROSOFT CORP | 28.780 | 49,483.26 | |
| 4/04 | 187 | | 62654 | APPLE INC | 145.880 | 27,286.56 | |
| 4/04 | 850 | | 65733 | ORACLE CORPORATION | 19.870 | 16,923.50 | |
| 4/04 | 340 | | 66949 | ABBOTT LABORATORIES | 54.910 | 18,682.40 | |
| 4/04 | 357 | | 70028 | PEPSICO INC | 71.360 | 25,489.52 | |
| 4/04 | 527 | | 71243 | AMERICAN INTL GROUP INC | 44.860 | 23,662.22 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ********4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/04 | 1,462 | | 74323 | PFIZER INC | 20.930 | 30,657.66 | |
| 4/04 | 918 | | 75538 | BANK OF AMERICA | 39.460 | 36,260.28 | |
| 4/04 | 663 | | 78618 | PROCTER & GAMBLE CO | 69.900 | 46,369.70 | |
| 4/04 | 1,071 | | 79833 | CITI GROUP INC | 22.650 | 24,300.15 | |
| 4/04 | 459 | | 82913 | PHILLIP MORRIS INTERNATIONAL | 50.530 | 23,211.27 | |
| 4/04 | 646 | | 84128 | COMCAST CORP CL A | 19.660 | 12,725.36 | |
| 4/04 | 255 | | 87208 | SCHLUMBERGER LTD | 86.410 | 22,044.55 | |
| 4/04 | 340 | | 88423 | CONOCOPHILIPS | 75.930 | 25,829.20 | |
| 4/04 | 1,292 | | 91503 | AT&T INC | 38.910 | 50,322.72 | |
| 4/04 | 1,275 | | 92718 | CISCO SYSTEMS INC | 24.470 | 31,250.25 | |
| 4/04 | 221 | | 95798 | UNITED PARCEL SVC INC CLASS B | 73.400 | 16,229.40 | |
| 4/04 | 459 | | 97013 | CHEVRON CORP | 85.210 | 39,129.39 | |
| 4/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/04/08 | DIV | | 18.72 |
| 4/04 | | 23,390 | 21479 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,390.00 |
| 4/04 | | 1,025,000 | 25435 | U S TREASURY BILL DUE  7/31/2008        7/31/2008 | 99.548 | | 1,020,367.00 |
| 4/07 | | 646 | 31724 | COMCAST CORP CL A | 20.490 | | 13,211.54 |
| 4/07 | | | | CHECK | CW | 12,664.38 | |
| | | | | CONTINUED ON PAGE     3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL  33319

**PERIOD ENDING** 4/30/08

**PAGE** 3

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** ********4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 4/07 | 10,691 | | 36900 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,691.00 | |
| 4/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/23/08 | DIV | | 7.52 |
| 4/23 | | 10,691 | 59809 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,691.00 |
| 4/23 | 10,631 | | 64047 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,631.00 | |
| 4/30 | | | | J.P. MORGAN CHASE & CO DIV 4/04/08  4/30/08 | DIV | | 264.86 |
| 4/30 | 265 | | 74427 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 265.00 | |
| | | | | NEW BALANCE | | 14,517.91 | |
| | 1,292 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 38.710 | | |
| | 340 | | | ABBOTT LABORATORIES | 52.750 | | |
| | 527 | | | AMERICAN INTL GROUP INC | 46.200 | | |
| | 187 | | | APPLE INC | 173.950 | | |
| | 918 | | | BANK OF AMERICA | 37.540 | | |
| | 459 | | | CHEVRON CORP | 96.150 | | |
| | 1,275 | | | CISCO SYSTEMS INC | 25.640 | | |
| | 1,071 | | | CITI GROUP INC | 25.270 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/08 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ********4577 |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 425 | | | COCA COLA CO | 58.870 | | |
| | 340 | | | CONOCOPHILIPS | 86.150 | | |
| | 408 | | | THE WALT DISNEY CO | 32.430 | | |
| | 1,156 | | | EXXON MOBIL CORP | 93.070 | | |
| | 2,142 | | | GENERAL ELECTRIC CO | 32.700 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 191.370 | | |
| | 51 | | | GOOGLE | 574.290 | | |
| | 527 | | | HEWLETT PACKARD CO | 46.350 | | |
| | 1,241 | | | INTEL CORP | 22.260 | | |
| | 306 | | | INTERNATIONAL BUSINESS MACHS | 120.700 | | |
| | 697 | | | J.P. MORGAN CHASE & CO | 47.650 | | |
| | 612 | | | JOHNSON & JOHNSON | 67.090 | | |
| | 255 | | | MCDONALDS CORP | 59.580 | | |
| | 459 | | | MERCK & CO | 38.040 | | |
| | 1,717 | | | MICROSOFT CORP | 28.520 | | |
| | 850 | | | ORACLE CORPORATION | 20.850 | | |
| | 357 | | | PEPSICO INC | 68.530 | | |
| | 1,462 | | | PFIZER INC | 20.110 | | |
| | 459 | | | PHILLIP MORRIS INTERNATIONAL | 51.030 | | |
| | 663 | | | PROCTER & GAMBLE CO | 67.050 | | |
| | 255 | | | SCHLUMBERGER LTD | 100.550 | | |
| | 10,896 | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | |
| | 221 | | | UNITED PARCEL SVC INC<br>CLASS B | 72.410 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
**4/30/08**

PAGE
**5**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**********4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|-----|-----|
|  | 204 |  |  | UNITED TECHNOLOGIES CORP | 72.470 |  |  |
|  | 612 |  |  | VERIZON COMMUNICATIONS | 38.480 |  |  |
|  | 510 |  |  | WAL-MART STORES INC | 57.980 |  |  |
|  | 680 |  |  | WELLS FARGO & CO NEW | 29.750 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  |        LONG              SHORT |  |  |  |
|  |  |  |  | 1,078,920.15 |  |  |  |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
4/30/08

PAGE
6

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 950.48 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,099,737.54 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL 33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 4/04 | 17 | | 61438 | S & P 100 INDEX APRIL 615 PUT | 8.800 | 14,977.00 | |
| 4/07 | | 17 | 57143 | S & P 100 INDEX APRIL 625 CALL | 17.400 | | 29,563.00 |
| 4/22 | 17 | | 41808 | S & P 100 INDEX APRIL 625 CALL | 4.600 | 7,837.00 | |
| 4/22 | | 17 | 50818 | S & P 100 INDEX APRIL 615 PUT | 1 | | 1,683.00 |
| 4/22 | 17 | | 55323 | S & P 100 INDEX MAY 625 PUT | 12.200 | 20,757.00 | |
| 4/23 | | 17 | 46313 | S & P 100 INDEX MAY 635 CALL | 15.800 | | 26,843.00 |
| | | | | NEW BALANCE | | | 14,518.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX MAY 635 CALL | 13.700 | | |
| | 17 | | | S & P 100 INDEX MAY 625 PUT | 4.800 | | |
| | | | | MARKET VALUE OF SECURITIES LONG              SHORT 8,160.00        23,290.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ********4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .28 |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/19/08 | DIV | | 104.60 |
| 3/19 | | 19,801 | 27554 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,801.00 |
| 3/19 | | 1,025,000 | 33029 | U S TREASURY BILL DUE 5/22/2008          5/22/2008 | 99.916 | | 1,024,139.00 |
| 3/19 | 1,025,000 | | 36345 | U S TREASURY BILL DUE  7/31/2008          7/31/2008 | 99.576 | 1,020,654.00 | |
| 3/19 | 23,390 | | 40692 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,390.00 | |
| | | | | NEW BALANCE | | | .88 |
| | 23,390 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 1,025,000 | | | U S TREASURY BILL DUE  7/31/2008          7/31/2008 | 99.546 | | |
| | | | | MARKET VALUE OF SECURITIES      LONG                    SHORT 1,043,736.50 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/08 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 659.38 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,066,159.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL  33319

PERIOD ENDING: **2/29/08**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .28 |
| | | | | NEW BALANCE | | | .28 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 19,801 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,025,000 | | | U S TREASURY BILL | 99.585 | | |
| | | | | DUE 5/22/2008 | | | |
| | | | | 5/22/2008 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,040,547.25 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
**2/29/08**

PAGE
**2**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | | | | **YEAR-TO-DATE SUMMARY** | | | |
| | | | | **DIVIDENDS** | | | 554.78 |
| | | | | **GROSS PROCEEDS FROM SALES** | | | 1,042,020.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .61 |
| 1/02 | | | | HEWLETT PACKARD CO DIV 12/12/07  1/02/08 | DIV | | 39.60 |
| 1/02 | | | | MERCK & CO DIV 12/07/07  1/02/08 | DIV | | 159.60 |
| 1/02 | | | | PEPSICO INC DIV 12/07/07  1/02/08 | DIV | | 118.13 |
| 1/02 | | | | WAL-MART STORES INC DIV 12/14/07  1/02/08 | DIV | | 102.30 |
| 1/03 | | | | UNITED PARCEL SVC INC CLASS B DIV 11/19/07  1/03/08 | DIV | | 81.90 |
| 1/04 | | | | SCHLUMBERGER LTD DIV 12/05/07  1/04/08 | DIV | | 42.00 |
| 1/08 | | | | CHECK | CW | 25,744.11 | |
| 1/08 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/08/08 | DIV | | 11.25 |
| 1/08 | | 15,752 | 83500 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,752.00 |
| 1/08 | | 1,050,000 | 83930 | U S TREASURY BILL DUE 04/03/2008          4/03/2008 | 99.240 | | 1,042,020.00 |
| 1/08 | 1,025,000 | | 84237 | U S TREASURY BILL DUE 5/22/2008          5/22/2008 | 98.808 | 1,012,782.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL 33319

PERIOD ENDING: 1/31/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 1/08 | 19,257 | | 84649 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,257.00 | |
| 1/31 | 544 | | 3803 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 544.00 | |
| | | | | NEW BALANCE | | | .28 |
| | 19,801 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 1,025,000 | | | U S TREASURY BILL DUE 5/22/2008        5/22/2008 | 99.390 | | |
| | | | | MARKET VALUE OF SECURITIES        LONG            SHORT 1,038,548.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 1/31/08

PAGE: 3

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 554.78 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,042,020.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/07/08

CW    CHECK

12,664.38

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL 33319

1-ZA121-3

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS  DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/08

CW    CHECK

25,744.11

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL 33319

1-ZA121-3

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/08

CW    CHECK

57,509.41

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL 33319

1-ZA121-3

MEMO



# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

**WE HAVE THIS DAY DEBITED YOUR**
**ACCOUNT WITH THE FOLLOWING:**

10/06/08

CW    CHECK

15,167.74

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 ROBIN POPKIN LOGUE
SHARON POPKIN CO-TSTEES
12610 NW 12TH COURT
SUNRISE            FL 33323

1-ZA121-3

MEMO

## PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST      1-ZA121-3
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC         FL 33319


STARTING EQUITY FOR CURRENT YEAR              1,058,485.03CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                    114,363.40-
UNREALIZED P/L ON OPEN SECURITY POSITIONS        112,695.48CR
CURRENT CASH BALANCE
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        .61CR
TOTAL EQUITY                                  1,056,816.50    NET LONG
                                              1,056,817.11CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.37 %

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST       1-ZA121-3
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL 33319


STARTING EQUITY FOR CURRENT YEAR            1,058,485.03CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                             81,718.76-      86,951.31
REALIZED P/L FOR CURRENT YEAR                   86,730.87CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          220.50CR
CURRENT CASH BALANCE                                 .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,063,717.00   NET LONG
TOTAL EQUITY                                    1,063,717.64CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.55 %

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST        1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC            FL 33319


STARTING EQUITY FOR CURRENT YEAR                 1,058,485.03CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  50,849.46-
REALIZED P/L FOR CURRENT YEAR                        54,011.98CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              294.75CR
CURRENT CASH BALANCE                                      .30CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     1,061,942.00    NET LONG
TOTAL EQUITY                                      1,061,942.30CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.72 %

## PORTFOLIO MANAGEMENT REPORT AS OF   3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST      1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC              FL 33319


| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,058,485.03CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 27,412.03- | |
| REALIZED P/L FOR CURRENT YEAR | 23,115.93CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 321.50CR | |
| CURRENT CASH BALANCE | .43CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,054,510.00 | NET LONG |
| TOTAL EQUITY | 1,054,510.43CR | |

ANNUALIZED RETURN FOR CURRENT YEAR      9.19 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING: 12/31/07
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 12,570.11 |
| 12/10 | | | | CHEVRON CORP DIV 11/16/07 12/10/07 | DIV | | 243.60 |
| 12/10 | | | | UNITED TECHNOLOGIES CORP DIV 11/16/07 12/10/07 | DIV | | 62.40 |
| 12/11 | | | | JOHNSON & JOHNSON DIV 11/27/07 12/11/07 | DIV | | 230.33 |
| 12/13 | | | | MICROSOFT CORP DIV 11/15/07 12/13/07 | DIV | | 171.60 |
| 12/17 | | | | COCA COLA CO DIV 12/01/07 12/15/07 | DIV | | 127.50 |
| 12/17 | | | | WACHOVIA CORP  NEW DIV 11/30/07 12/17/07 | DIV | | 230.40 |
| 12/21 | | 1,320 | 2359 | PFIZER INC | 23.040 | | 30,360.80 |
| 12/21 | | 495 | 3703 | AMERICAN INTL GROUP INC | 55.900 | | 27,651.50 |
| 12/21 | | 600 | 6652 | PROCTER & GAMBLE CO | 73.300 | | 43,956.00 |
| 12/21 | | 150 | 7949 | BOEING CO | 87.310 | | 13,090.50 |
| 12/21 | | 240 | 10945 | SCHLUMBERGER LTD | 91.270 | | 21,895.80 |
| 12/21 | | 855 | 12229 | BANK OF AMERICA | 42 | | 35,876.00 |
| 12/21 | | 1,170 | 15238 | AT&T INC | 40.920 | | 47,830.40 |
| 12/21 | | 930 | 16522 | CITI GROUP INC | 31.250 | | 29,025.50 |
| 12/21 | | 195 | 19500 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 14,081.75 |
| 12/21 | | 315 | 20815 | CONOCOPHILIPS | 83.280 | | 26,221.20 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 195 | 23712 | UNITED TECHNOLOGIES CORP | 75.830 | | 14,779.85 |
| 12/21 | | 1,155 | 25108 | CISCO SYSTEMS INC | 27.800 | | 32,063.00 |
| 12/21 | | 555 | 27987 | VERIZON COMMUNICATIONS | 43.450 | | 24,092.75 |
| 12/21 | | 420 | 29401 | CHEVRON CORP | 90.600 | | 38,036.00 |
| 12/21 | | 360 | 32269 | WACHOVIA CORP  NEW | 39.740 | | 14,292.40 |
| 12/21 | | 1,965 | 33694 | GENERAL ELECTRIC CO | 36.490 | | 71,624.85 |
| 12/21 | | 630 | 36562 | WELLS FARGO & CO NEW | 30.060 | | 18,912.80 |
| 12/21 | | 45 | 37987 | GOOGLE | 670.400 | | 30,167.00 |
| 12/21 | | 465 | 40855 | WAL-MART STORES INC | 48.220 | | 22,404.30 |
| 12/21 | | 75 | 42280 | GOLDMAN SACHS GROUP INC | 209.200 | | 15,687.00 |
| 12/21 | | 1,065 | 45148 | EXXON MOBIL CORP | 89.900 | | 95,701.50 |
| 12/21 | | 495 | 46573 | HEWLETT PACKARD CO | 51.250 | | 25,349.75 |
| 12/21 | | 255 | 50866 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 26,647.70 |
| 12/21 | | 1,110 | 55159 | INTEL CORP | 25.900 | | 28,705.00 |
| 12/21 | | 555 | 59452 | JOHNSON & JOHNSON | 67.600 | | 37,496.00 |
| 12/21 | | 645 | 63764 | J-P- MORGAN CHASE & CO | 44.570 | | 28,722.65 |
| 12/21 | | 375 | 68037 | COCA COLA CO | 62.580 | | 23,452.50 |
| 12/21 | | 405 | 72330 | ALTRIA GROUP INC | 76.070 | | 30,792.35 |
| 12/21 | | 420 | 76623 | MERCK & CO | 59.930 | | 25,154.60 |
| 12/21 | | 1,560 | 80916 | MICROSOFT CORP | 34.460 | | 53,695.60 |
| 12/21 | | 750 | 93775 | ORACLE CORPORATION | 21.040 | | 15,750.00 |
| 12/21 | | 165 | 95117 | APPLE INC | 186 | | 30,684.00 |
| 12/21 | | 315 | 98065 | PEPSICO INC | 77.530 | | 24,409.95 |
| 12/21 | | 300 | 99410 | ABBOTT LABORATORIES | 57.100 | | 17,118.00 |
| 12/21 | 1,025,000 | | 50547 | U S TREASURY BILL DUE 4/10/2008          4/10/2008 | 99.124 | 1,016,021.00 | |

CONTINUED ON PAGE  3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
12/31/07

PAGE
3

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | | | AMERICAN INTL GROUP INC DIV 12/07/07 12/21/07 | DIV | | 99.00 |
| 12/21 | 16,978 | | 54831 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,978.00 | |
| 12/28 | | | | BANK OF AMERICA DIV 12/07/07 12/28/07 | DIV | | 547.20 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 108.72 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 15,300.00 | |
| 12/31 | | 38,883 | 60169 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 38,883.00 |
| 12/31 | | 1,025,000 | 66812 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.133 | | 1,016,113.25 |
| 12/31 | 1,050,000 | | 74343 | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.149 | 1,041,064.50 | |
| 12/31 | 15,752 | | 78954 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,752.00 | |
| | | | | NEW BALANCE | | | .61 |
| | 15,752 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING
**12/31/07**

PAGE
**4**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|--------|--------|
|  | 1,050,000 |  |  | U S TREASURY BILL DUE 04/03/2008 4/03/2008 | 99.149 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG          SHORT 1,056,816.50 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
12/31/07

PAGE
5

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,656.18 |
| | | | | GROSS PROCEEDS FROM SALES | | | 11,850,772.25 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 12,570.00 | |
| 12/21 | 15 | | 85209 | S & P 100 INDEX DECEMBER 685 CALL | 5.900 | 8,865.00 | |
| 12/21 | | 15 | 89502 | S & P 100 INDEX DECEMBER 675 PUT | 4.100 | | 6,135.00 |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 15,300.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 12,180.95 |
| 11/15 | 405 | | 1231 | ALTRIA GROUP INC | 72.580 | 29,410.90 | |
| 11/15 | 420 | | 5536 | MERCK & CO | 55.620 | 23,376.40 | |
| 11/15 | 1,560 | | 9841 | MICROSOFT CORP | 33.210 | 51,869.60 | |
| 11/15 | 750 | | 22756 | ORACLE CORPORATION | 19.200 | 14,430.00 | |
| 11/15 | 165 | | 23742 | APPLE INC | 165 | 27,231.00 | |
| 11/15 | 315 | | 27061 | PEPSICO INC | 73.080 | 23,032.20 | |
| 11/15 | 300 | | 28047 | ABBOTT LABORATORIES | 54.290 | 16,299.00 | |
| 11/15 | 1,320 | | 31366 | PFIZER INC | 22.870 | 30,240.40 | |
| 11/15 | 495 | | 32351 | AMERICAN INTL GROUP INC | 56.390 | 27,932.05 | |
| 11/15 | 600 | | 35671 | PROCTER & GAMBLE CO | 70.400 | 42,264.00 | |
| 11/15 | 150 | | 36656 | BOEING CO | 94.090 | 14,119.50 | |
| 11/15 | 240 | | 39976 | SCHLUMBERGER LTD | 92.630 | 22,240.20 | |
| 11/15 | 855 | | 40961 | BANK OF AMERICA | 43.820 | 37,500.10 | |
| 11/15 | 1,170 | | 44281 | AT&T INC | 39.010 | 45,687.70 | |
| 11/15 | 930 | | 45266 | CITI GROUP INC | 33.680 | 31,359.40 | |
| 11/15 | 195 | | 48586 | UNITED PARCEL SVC INC CLASS B | 71 | 13,852.00 | |
| 11/15 | 315 | | 49571 | CONOCOPHILIPS | 81.470 | 25,675.05 | |
| 11/15 | 195 | | 52891 | UNITED TECHNOLOGIES CORP | 73.490 | 14,337.55 | |
| 11/15 | 1,155 | | 53876 | CISCO SYSTEMS INC | 28.860 | 33,379.30 | |
| 11/15 | 555 | | 57196 | VERIZON COMMUNICATIONS | 42.530 | 23,626.15 | |
| 11/15 | 420 | | 58181 | CHEVRON CORP | 86.090 | 36,173.80 | |
| 11/15 | 360 | | 61501 | WACHOVIA CORP  NEW | 40.400 | 14,558.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL  33319

PERIOD ENDING 11/30/07    PAGE 2

YOUR ACCOUNT NUMBER 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|------------------|--------------------------------|----------------------------------|
| 11/15 | 1,965 | | 62486 | GENERAL ELECTRIC CO | 38.270 | 75,278.55 | |
| 11/15 | 630 | | 65806 | WELLS FARGO & CO NEW | 31.860 | 20,096.80 | |
| 11/15 | 45 | | 66791 | GOOGLE | 656.100 | 29,525.50 | |
| 11/15 | 465 | | 70111 | WAL-MART STORES INC | 42.810 | 19,924.65 | |
| 11/15 | 75 | | 71096 | GOLDMAN SACHS GROUP INC | 210 | 15,753.00 | |
| 11/15 | 1,065 | | 74416 | EXXON MOBIL CORP | 85.920 | 91,546.80 | |
| 11/15 | 495 | | 75401 | HEWLETT PACKARD CO | 47.910 | 23,734.45 | |
| 11/15 | 255 | | 79706 | INTERNATIONAL BUSINESS MACHS | 100.900 | 25,739.50 | |
| 11/15 | 1,110 | | 84011 | INTEL CORP | 25.310 | 28,138.10 | |
| 11/15 | 555 | | 88316 | JOHNSON & JOHNSON | 65.080 | 36,141.40 | |
| 11/15 | 645 | | 92620 | J.P. MORGAN CHASE & CO | 42.010 | 27,121.45 | |
| 11/15 | 375 | | 96925 | COCA COLA CO | 60.490 | 22,698.75 | |
| 11/15 | | 1,000,000 | 91738 | U S TREASURY BILL DUE 11/29/2007 | 99.855 | | 998,550.00 |
| 11/15 | | | | 11/29/2007 FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/15/07 | DIV | | 171.41 |
| 11/15 | | 37,866 | 90142 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,866.00 |
| 11/15 | 17,915 | | 98938 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,915.00 | |
| 11/21 | 3,990 | | 38389 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,990.00 | |
| | | | | NEW BALANCE | | | 12,570.11 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,170 | | | AT&T INC | 38.210 | | |
| | | | | CONTINUED ON PAGE 3 | | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/07 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 300 | | | ABBOTT LABORATORIES | 57.510 | | |
| | 405 | | | ALTRIA GROUP INC | 77.560 | | |
| | 495 | | | AMERICAN INTL GROUP INC | 58.130 | | |
| | 165 | | | APPLE INC | 182.220 | | |
| | 855 | | | BANK OF AMERICA | 46.130 | | |
| | 150 | | | BOEING CO | 92.540 | | |
| | 420 | | | CHEVRON CORP | 87.770 | | |
| | 1,155 | | | CISCO SYSTEMS INC | 28.020 | | |
| | 930 | | | CITI GROUP INC | 33.300 | | |
| | 375 | | | COCA COLA CO | 62.100 | | |
| | 315 | | | CONOCOPHILIPS | 80.040 | | |
| | 1,065 | | | EXXON MOBIL CORP | 89.160 | | |
| | 1,965 | | | GENERAL ELECTRIC CO | 38.290 | | |
| | 75 | | | GOLDMAN SACHS GROUP INC | 226.640 | | |
| | 45 | | | GOOGLE | 693 | | |
| | 495 | | | HEWLETT PACKARD CO | 51.160 | | |
| | 1,110 | | | INTEL CORP | 26.080 | | |
| | 255 | | | INTERNATIONAL BUSINESS MACHS | 105.180 | | |
| | 645 | | | J.P. MORGAN CHASE & CO | 45.620 | | |
| | 555 | | | JOHNSON & JOHNSON | 67.740 | | |
| | 420 | | | MERCK & CO | 59.360 | | |
| | 1,560 | | | MICROSOFT CORP | 33.600 | | |
| | 750 | | | ORACLE CORPORATION | 20.180 | | |
| | 315 | | | PEPSICO INC | 77.180 | | |
| | 1,320 | | | PFIZER INC | 23.760 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING
11/30/07

PAGE
4

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 600 | | | PROCTER & GAMBLE CO | 74 | | |
| | 240 | | | SCHLUMBERGER LTD | 93.450 | | |
| | 21,905 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 195 | | | UNITED PARCEL SVC INC | 73.680 | | |
| | | | | CLASS B | | | |
| | 195 | | | UNITED TECHNOLOGIES CORP | 74.770 | | |
| | 555 | | | VERIZON COMMUNICATIONS | 43.210 | | |
| | 360 | | | WACHOVIA CORP  NEW | 43 | | |
| | 465 | | | WAL-MART STORES INC | 47.900 | | |
| | 630 | | | WELLS FARGO & CO NEW | 32.430 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                   SHORT | | | |
| | | | | 1,068,725.45 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/07 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,835.43 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,798,930.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 11/30/07    PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 12,180.00 | |
| 11/15 | | 15 | 14146 | S & P 100 INDEX NOVEMBER 685 CALL | 5.100 | | 7,635.00 |
| 11/15 | 15 | | 18451 | S & P 100 INDEX NOVEMBER 675 PUT | 8 | 12,015.00 | |
| 11/21 | 15 | | 4745 | S & P 100 INDEX NOVEMBER 685 CALL | .700 | 1,065.00 | |
| 11/21 | | 15 | 13771 | S & P 100 INDEX NOVEMBER 675 PUT | 3.200 | | 4,785.00 |
| 11/21 | 15 | | 18284 | S & P 100 INDEX DECEMBER 675 PUT | 18 | 27,015.00 | |
| 11/21 | | 15 | 34009 | S & P 100 INDEX DECEMBER 685 CALL | 18.200 | | 27,285.00 |
| | | | | NEW BALANCE | | 12,570.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 15 | | S & P 100 INDEX DECEMBER 685 CALL | 20.300 | | |
| | 15 | | | S & P 100 INDEX DECEMBER 675 PUT | 6.900 | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
10,350.00          30,450.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 12,180.64 |
| 10/04 | | 1,050,000 | 87624 | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 98.880 | | 1,038,240.00 |
| 10/04 | | | | CHECK | CW | 32,644.64 | |
| 10/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/04/07 | DIV | | 22.55 |
| 10/04 | | 25,855 | 87275 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 25,855.00 |
| 10/04 | 1,000,000 | | 87848 | U S TREASURY BILL DUE 11/29/2007 11/29/2007 | 99.414 | 994,140.00 | |
| 10/04 | 37,333 | | 88187 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,333.00 | |
| 10/25 | | | | GENERAL ELECTRIC CO DIV 9/24/07 10/25/07 | DIV | | 533.40 |
| 10/31 | 533 | | 5548 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 533.00 | |
| | | | | NEW BALANCE | | | 12,180.95 |
| | 37,866 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,000,000 | | | U S TREASURY BILL DUE 11/29/2007 11/29/2007 | 99.684 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG          SHORT 1,034,706.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/07 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,664.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,800,380.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
**10/31/07**

PAGE
**1**

YOUR ACCOUNT NUMBER
**1-ZA121-4-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
*********4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|--------------------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
|      |                         |                          |     | BALANCE FORWARD |             | 12,180.00                     |                                 |
|      |                         |                          |     | NEW BALANCE     |             | 12,180.00                     |                                 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 11,114.49 | |
| 9/18 | 165 | | 8439 | APPLE INC | 136.900 | 22,594.50 | |
| 9/18 | 750 | | 11974 | ORACLE CORPORATION | 20.400 | 15,330.00 | |
| 9/18 | 285 | | 12753 | ABBOTT LABORATORIES | 52.160 | 14,876.60 | |
| 9/18 | 300 | | 16288 | PEPSICO INC | 69.700 | 20,922.00 | |
| 9/18 | 480 | | 17066 | AMERICAN INTL GROUP INC | 64.710 | 31,079.80 | |
| 9/18 | 1,320 | | 20602 | PFIZER INC | 24.170 | 31,956.40 | |
| 9/18 | 150 | | 21380 | BOEING CO | 98.410 | 14,767.50 | |
| 9/18 | 585 | | 24916 | PROCTER & GAMBLE CO | 67.200 | 39,335.00 | |
| 9/18 | 825 | | 25694 | BANK OF AMERICA | 49.700 | 41,035.50 | |
| 9/18 | 225 | | 29230 | SCHLUMBERGER LTD | 99.580 | 22,414.50 | |
| 9/18 | 930 | | 30008 | CITI GROUP INC | 45.980 | 42,798.40 | |
| 9/18 | 1,155 | | 33544 | AT&T INC | 40.070 | 46,326.85 | |
| 9/18 | 585 | | 34322 | COMCAST CORP CL A | 25.210 | 14,770.85 | |
| 9/18 | 195 | | 37858 | UNITED PARCEL SVC INC CLASS B | 74.190 | 14,474.05 | |
| 9/18 | 300 | | 38636 | CONOCOPHILIPS | 85 | 25,512.00 | |
| 9/18 | 180 | | 42172 | UNITED TECHNOLOGIES CORP | 74.810 | 13,472.80 | |
| 9/18 | 1,155 | | 42950 | CISCO SYSTEMS INC | 31.640 | 36,590.20 | |
| 9/18 | 540 | | 46486 | VERIZON COMMUNICATIONS | 42.130 | 22,771.20 | |
| 9/18 | 405 | | 47264 | CHEVRON CORP | 89.650 | 36,324.25 | |
| 9/18 | 360 | | 50800 | WACHOVIA CORP  NEW | 49.300 | 17,762.00 | |
| 9/18 | 1,905 | | 51578 | GENERAL ELECTRIC CO | 40.010 | 76,295.05 | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/07 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ********4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/18 | 630 | | 55114 | WELLS FARGO & CO NEW | 35.700 | 22,516.00 | |
| 9/18 | 45 | | 55892 | GOOGLE | 523.600 | 23,563.00 | |
| 9/18 | 450 | | 59428 | WAL-MART STORES INC | 42.840 | 19,296.00 | |
| 9/18 | 75 | | 60206 | GOLDMAN SACHS GROUP INC | 183.820 | 13,789.50 | |
| 9/18 | 1,050 | | 63742 | EXXON MOBIL CORP | 87.770 | 92,200.50 | |
| 9/18 | 510 | | 64520 | HEWLETT PACKARD CO | 48.470 | 24,739.70 | |
| 9/18 | 255 | | 68834 | INTERNATIONAL BUSINESS MACHS | 116 | 29,590.00 | |
| 9/18 | 1,110 | | 73148 | INTEL CORP | 25.310 | 28,138.10 | |
| 9/18 | 540 | | 77462 | JOHNSON & JOHNSON | 62.640 | 33,846.60 | |
| 9/18 | 645 | | 81775 | J.P. MORGAN CHASE & CO | 44.420 | 28,675.90 | |
| 9/18 | 375 | | 86089 | COCA COLA CO | 55.710 | 20,906.25 | |
| 9/18 | 405 | | 90403 | ALTRIA GROUP INC | 67.090 | 27,187.45 | |
| 9/18 | 405 | | 94717 | MERCK & CO | 49.820 | 20,193.10 | |
| 9/18 | 1,575 | | 99031 | MICROSOFT CORP | 29.010 | 45,753.75 | |
| 9/18 | | 1,050,000 | 68087 | U S TREASURY BILL DUE 12/13/2007 12/13/2007 | 99.070 | | 1,040,235.00 |
| 9/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/18/07 | DIV | | 28.81 |
| 9/18 | | 5,118 | 73923 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 5,118.00 |
| 9/18 | 18,797 | | 78374 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,797.00 | |
| 9/26 | | 405 | 1912 | MERCK & CO | 51.880 | | 20,995.40 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **9/30/07**   PAGE **3**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**   YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 9/26 | | 1,575 | 6226 | MICROSOFT CORP | 28.670 | | 45,092.25 |
| 9/26 | | 750 | 14854 | ORACLE CORPORATION | 21.650 | | 16,207.50 |
| 9/26 | | 165 | 15633 | APPLE INC | 141.530 | | 23,346.45 |
| 9/26 | | 300 | 19168 | PEPSICO INC | 71.680 | | 21,492.00 |
| 9/26 | | 285 | 19947 | ABBOTT LABORATORIES | 54.220 | | 15,441.70 |
| 9/26 | | 1,320 | 23482 | PFIZER INC | 24.770 | | 32,644.40 |
| 9/26 | | 480 | 24260 | AMERICAN INTL GROUP INC | 67.830 | | 32,539.40 |
| 9/26 | | 585 | 27796 | PROCTER & GAMBLE CO | 69.740 | | 40,774.90 |
| 9/26 | | 150 | 28574 | BOEING CO | 102.350 | | 15,346.50 |
| 9/26 | | 225 | 32110 | SCHLUMBERGER LTD | 108.400 | | 24,381.00 |
| 9/26 | | 825 | 32888 | BANK OF AMERICA | 51.260 | | 42,256.50 |
| 9/26 | | 1,155 | 36424 | AT&T INC | 42.620 | | 49,180.10 |
| 9/26 | | 930 | 37202 | CITI GROUP INC | 47.630 | | 44,258.90 |
| 9/26 | | 195 | 40738 | UNITED PARCEL SVC INC CLASS B | 76.100 | | 14,832.50 |
| 9/26 | | 585 | 41516 | COMCAST CORP CL A | 23.880 | | 13,946.80 |
| 9/26 | | 180 | 45052 | UNITED TECHNOLOGIES CORP | 79.510 | | 14,304.80 |
| 9/26 | | 300 | 45830 | CONOCOPHILIPS | 89.530 | | 26,847.00 |
| 9/26 | | 540 | 49366 | VERIZON COMMUNICATIONS | 44.390 | | 23,949.60 |
| 9/26 | | 1,155 | 50144 | CISCO SYSTEMS INC | 32.470 | | 37,456.85 |
| 9/26 | | 360 | 53680 | WACHOVIA CORP  NEW | 51.600 | | 18,562.00 |
| 9/26 | | 405 | 54458 | CHEVRON CORP | 95.080 | | 38,491.40 |
| 9/26 | | 630 | 57994 | WELLS FARGO & CO NEW | 36.820 | | 23,171.60 |
| 9/26 | | 1,905 | 58772 | GENERAL ELECTRIC CO | 41.670 | | 79,305.35 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 9/30/07
PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | 450 | 62308 | WAL-MART STORES INC | 44.710 | | 20,101.50 |
| 9/26 | | 45 | 63086 | GOOGLE | 557.200 | | 25,073.00 |
| 9/26 | | 1,050 | 66622 | EXXON MOBIL CORP | 93.270 | | 97,891.50 |
| 9/26 | | 75 | 67400 | GOLDMAN SACHS GROUP INC | 206.560 | | 15,489.00 |
| 9/26 | | 510 | 71714 | HEWLETT PACKARD CO | 50.580 | | 25,775.80 |
| 9/26 | | 255 | 76028 | INTERNATIONAL BUSINESS MACHS | 117.900 | | 30,054.50 |
| 9/26 | | 1,110 | 80342 | INTEL CORP | 26 | | 28,816.00 |
| 9/26 | | 540 | 84656 | JOHNSON & JOHNSON | 65.340 | | 35,262.60 |
| 9/26 | | 645 | 88969 | J.P. MORGAN CHASE & CO | 47.430 | | 30,567.35 |
| 9/26 | | 375 | 93283 | COCA COLA CO | 56.700 | | 21,247.50 |
| 9/26 | | 405 | 97597 | ALTRIA GROUP INC | 69.410 | | 28,095.05 |
| 9/26 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/26/07 | DIV | | 16.42 |
| 9/26 | | 18,797 | 73155 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,797.00 |
| 9/26 | 1,050,000 | | 77691 | U S TREASURY BILL DUE 1/17/2008      1/17/2008 | 98.823 | 1,037,641.50 | |
| 9/26 | 25,855 | | 82882 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 25,855.00 | |
| | | | | NEW BALANCE | | | 12,180.64 |
| | | 25,855 | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE     5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/07 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,050,000 | | | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 98.844 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,063,717.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
9/30/07

PAGE
6

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,108.07 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,762,140.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC            FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 11,115.00 |
| 9/18 | | 15 | 3346 | S & P 100 INDEX SEPTEMBER 695 CALL | 9.200 | | 13,785.00 |
| 9/18 | 15 | | 7660 | S & P 100 INDEX SEPTEMBER 685 PUT | 5.700 | 8,565.00 | |
| 9/26 | 15 | | 10540 | S & P 100 INDEX SEPTEMBER 695 CALL | 19 | 28,515.00 | |
| 9/26 | | 15 | | S & P 100 INDEX SEPTEMBER 685 PUT EXPIRED WORTHLESS | DELV | | |
| | | | | NEW BALANCE | | 12,180.00 | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 11,114.49 | |
| | | | | NEW BALANCE | | 11,114.49 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 5,118 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,050,000 | | | U S TREASURY BILL | 98.833 | | |
| | | | | DUE 12/13/2007 | | | |
| | | | | 12/13/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 1,042,864.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,062.84 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,648,706.30 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 11,115.00 |
| | | | | NEW BALANCE | | | 11,115.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 11,114.70 | |
| 7/02 | | | | COCA COLA CO DIV 6/15/07  7/01/07 | DIV | | 127.50 |
| 7/02 | | | | MERCK & CO DIV 6/08/07  7/02/07 | DIV | | 153.90 |
| 7/05 | | | | HEWLETT PACKARD CO DIV 6/13/07  7/05/07 | DIV | | 40.80 |
| 7/06 | | | | CHECK | CW | 30,869.30 | |
| 7/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/06/07 | DIV | | 36.60 |
| 7/06 | | | | SCHLUMBERGER LTD DIV 6/06/07  7/06/07 | DIV | | 39.38 |
| 7/06 | | 42,321 | 16106 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,321.00 |
| 7/06 | 11,488 | | 16861 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,488.00 | |
| 7/10 | | | | ALTRIA GROUP INC DIV 6/15/07  7/10/07 | DIV | | 269.10 |
| 7/25 | | | | GENERAL ELECTRIC CO DIV 6/25/07  7/25/07 | DIV | | 546.00 |
| 7/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/31/07 | DIV | | 35.48 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC            FL  33319

PERIOD ENDING **7/31/07**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/31 | | 11,488 | 23142 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,488.00 |
| 7/31 | | 1,000,000 | 27652 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 99.878 | | 998,780.00 |
| 7/31 | | 25,000 | 31147 | U S TREASURY BILL DUE 9/13/2007 9/13/2007 | 99.413 | | 24,853.25 |
| 7/31 | 1,050,000 | | 35155 | U S TREASURY BILL DUE 12/13/2007 12/13/2007 | 98.211 | 1,031,215.50 | |
| 7/31 | 3,941 | | 39524 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,941.00 | |
| 7/31 | 1,177 | | 44304 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,177.00 | |
| | | | | NEW BALANCE | | 11,114.49 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 5,118 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,050,000 | | | U S TREASURY BILL DUE 12/13/2007 12/13/2007 | 98.223 | | |
| | | | | MARKET VALUE OF SECURITIES LONG            SHORT 1,036,459.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/07 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,062.84 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,648,706.30 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL    33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 11,115.00 |
| | | | | NEW BALANCE | | | 11,115.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 15,404.96 |  |
| 6/01 |  |  |  | CONOCOPHILIPS DIV 5/21/07  6/01/07 | DIV |  | 129.15 |
| 6/01 |  |  |  | INTEL CORP DIV 5/07/07  6/01/07 | DIV |  | 123.19 |
| 6/01 |  |  |  | WELLS FARGO & CO NEW DIV 5/04/07  6/01/07 | DIV |  | 180.60 |
| 6/04 |  |  |  | WAL-MART STORES INC DIV 5/18/07  6/04/07 | DIV |  | 102.30 |
| 6/05 |  |  |  | PFIZER INC DIV 5/11/07  6/05/07 | DIV |  | 391.50 |
| 6/11 |  |  |  | CHEVRON CORP DIV 5/18/07  6/11/07 | DIV |  | 234.90 |
| 6/11 |  |  |  | EXXON MOBIL CORP DIV 5/14/07  6/11/07 | DIV |  | 378.00 |
| 6/11 |  |  |  | INTERNATIONAL BUSINESS MACHS DIV 5/10/07  6/09/07 | DIV |  | 114.00 |
| 6/12 |  |  |  | JOHNSON & JOHNSON DIV 5/29/07  6/12/07 | DIV |  | 224.10 |
| 6/14 |  |  |  | MICROSOFT CORP DIV 5/17/07  6/14/07 | DIV |  | 165.00 |
| 6/15 |  | 25,000 | 91014 | U S TREASURY BILL DUE 8/9/2007          8/09/2007 | 99.305 |  | 24,826.25 |
|  |  |  |  | CONTINUED ON PAGE    2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/15 | 25,000 | | 99542 | U S TREASURY BILL DUE 9/13/2007 9/13/2007 | 98.865 | 24,716.25 | |
| 6/15 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/15/07 | DIV | | 40.46 |
| 6/15 | | | | AMERICAN INTL GROUP INC DIV 6/01/07 6/15/07 | DIV | | 81.68 |
| 6/15 | | | | WACHOVIA CORP NEW DIV 5/31/07 6/15/07 | DIV | | 201.60 |
| 6/15 | 20,076 | | 3777 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,076.00 | |
| 6/15 | | 21,486 | 95456 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,486.00 |
| 6/21 | | | | HOME DEPOT INC DIV 6/07/07 6/21/07 | DIV | | 87.75 |
| 6/22 | | | | BANK OF AMERICA DIV 6/01/07 6/22/07 | DIV | | 478.80 |
| 6/26 | | 540 | 1587 | JOHNSON & JOHNSON | 62.100 | | 33,513.00 |
| 6/26 | | 660 | 5863 | J.P. MORGAN CHASE & CO | 49.700 | | 32,776.00 |
| 6/26 | | 375 | 10140 | COCA COLA CO | 52.090 | | 19,518.75 |
| 6/26 | | 165 | 14390 | MERRILL LYNCH & CO INC | 87.600 | | 14,448.00 |
| 6/26 | | 390 | 18660 | ALTRIA GROUP INC | 68.700 | | 26,778.00 |
| 6/26 | | 405 | 22937 | MERCK & CO | 49.430 | | 20,003.15 |
| 6/26 | | 210 | 27214 | MORGAN STANLEY | 87.640 | | 18,396.40 |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/26 | | 1,650 | 31491 | MICROSOFT CORP | 30.200 | | 49,764.00 |
| 6/26 | | 300 | 37510 | ABBOTT LABORATORIES | 54.160 | | 16,236.00 |
| 6/26 | | 495 | 41786 | AMERICAN INTL GROUP INC | 71.930 | | 35,586.35 |
| 6/26 | | 315 | 44322 | PEPSICO INC | 65.920 | | 20,752.80 |
| 6/26 | | 855 | 46063 | BANK OF AMERICA | 50.050 | | 42,758.75 |
| 6/26 | | 1,350 | 48599 | PFIZER INC | 25.800 | | 34,776.00 |
| 6/26 | | 930 | 50340 | CITI GROUP INC | 53.490 | | 49,708.70 |
| 6/26 | | 600 | 52876 | PROCTER & GAMBLE CO | 62.200 | | 37,296.00 |
| 6/26 | | 600 | 54608 | COMCAST CORP CL A | 28.380 | | 17,004.00 |
| 6/26 | | 225 | 57153 | SCHLUMBERGER LTD | 85.630 | | 19,257.75 |
| 6/26 | | 315 | 58885 | CONOCOPHILIPS | 79.720 | | 25,099.80 |
| 6/26 | | 1,185 | 61430 | AT&T INC | 39.770 | | 47,080.45 |
| 6/26 | | 1,155 | 63162 | CISCO SYSTEMS INC | 27.240 | | 31,416.20 |
| 6/26 | | 555 | 65707 | VERIZON COMMUNICATIONS | 42.570 | | 23,604.35 |
| 6/26 | | 405 | 67439 | CHEVRON CORP | 82.660 | | 33,461.30 |
| 6/26 | | 360 | 69984 | WACHOVIA CORP  NEW | 53.300 | | 19,174.00 |
| 6/26 | | 1,950 | 71716 | GENERAL ELECTRIC CO | 38.850 | | 75,757.50 |
| 6/26 | | 645 | 74261 | WELLS FARGO & CO NEW | 35.680 | | 22,988.60 |
| 6/26 | | 45 | 75993 | GOOGLE | 513.770 | | 23,118.65 |
| 6/26 | | 465 | 78538 | WAL-MART STORES INC | 48.660 | | 22,608.90 |
| 6/26 | | 75 | 80270 | GOLDMAN SACHS GROUP INC | 225.860 | | 16,936.50 |
| 6/26 | | 1,080 | 82815 | EXXON MOBIL CORP | 84.400 | | 91,109.00 |
| 6/26 | | 390 | 84490 | HOME DEPOT INC | 40.060 | | 15,608.40 |
| 6/26 | | 510 | 88755 | HEWLETT PACKARD CO | 45.430 | | 23,149.30 |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/26 | | 285 | 93032 | INTERNATIONAL BUSINESS MACHS | 106.630 | | 30,378.55 |
| 6/26 | | 1,095 | 97309 | INTEL CORP | 24.210 | | 26,466.95 |
| 6/26 | 1,000,000 | | 88928 | U S TREASURY BILL DUE 8/9/2007           8/09/2007 | 99.461 | 994,610.00 | |
| 6/26 | 19,192 | | 93206 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,192.00 | |
| 6/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/29/07 | DIV | | 42.00 |
| 6/29 | | | | PEPSICO INC DIV  6/08/07  6/29/07 | DIV | | 118.13 |
| 6/29 | 42,321 | | 2823 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,321.00 | |
| 6/29 | | 42,321 | 7483 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,321.00 |
| 6/29 | 42,321 | | 12780 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,321.00 | |
| 6/29 | | 39,268 | 97962 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 39,268.00 |
| | | | | NEW BALANCE | | 11,114.70 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 42,321 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 5 |

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,000,000 | | | U S TREASURY BILL DUE 8/9/2007 | 99.486 | | |
| | | | | 8/09/2007 | | | |
| | 25,000 | | | U S TREASURY BILL DUE 9/13/2007 | 99.044 | | |
| | | | | 9/13/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,061,942.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
6/30/07

PAGE
6

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,814.08 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,625,073.05 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 15,405.00 |
| 6/15 | 15 | | 73416 | S & P 100 INDEX JUNE 695 CALL | 2.400 | 3,615.00 | |
| 6/15 | | 15 | 77880 | S & P 100 INDEX JUNE 685 PUT | 2.600 | | 3,885.00 |
| 6/15 | 15 | | 82344 | S & P 100 INDEX JULY 690 PUT | 10 | 15,015.00 | |
| 6/15 | | 15 | 86808 | S & P 100 INDEX JULY 700 CALL | 8.800 | | 13,185.00 |
| 6/26 | | 15 | 35768 | S & P 100 INDEX JULY 690 PUT | 7.400 | | 11,085.00 |
| 6/26 | 15 | | 40045 | S & P 100 INDEX JULY 700 CALL | 9.200 | 13,815.00 | |
| | | | | NEW BALANCE | | | 11,115.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 27,989.12 | |
| 5/15 | | | | PROCTER & GAMBLE CO DIV 4/27/07 5/15/07 | DIV | | 210.00 |
| 5/21 | | 720 | 35184 | TIME WARNER INC | 21.410 | | 15,387.20 |
| 5/21 | | 195 | 39443 | UNITED PARCEL SVC INC CLASS B | 70.700 | | 13,779.50 |
| 5/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/21/07 | DIV | | 98.09 |
| 5/21 | | 28,722 | 44258 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,722.00 |
| 5/21 | 25,000 | | 48456 | U S TREASURY BILL DUE 8/9/2007 | 98.956 | 24,739.00 | |
| 5/21 | 20,663 | | 52761 | 8/09/2007 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,663.00 | |
| 5/23 | | | | MERRILL LYNCH & CO INC DIV 5/08/07 5/23/07 | DIV | | 57.75 |
| 5/24 | | | | GOLDMAN SACHS GROUP INC DIV 4/24/07 5/24/07 | DIV | | 26.25 |
| 5/25 | | | | CITI GROUP INC DIV 5/07/07 5/25/07 | DIV | | 502.20 |
| 5/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/31/07 | DIV | | 26.17 |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | ********4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/31 | | 20,663 | 62162 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,663.00 |
| 5/31 | 21,486 | | 68390 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,486.00 | |
| | | | | NEW BALANCE | | 15,404.96 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,185 | | | AT&T INC | 41.340 | | |
| | 300 | | | ABBOTT LABORATORIES | 56.350 | | |
| | 390 | | | ALTRIA GROUP INC | 71.100 | | |
| | 495 | | | AMERICAN INTL GROUP INC | 72.340 | | |
| | 855 | | | BANK OF AMERICA | 50.710 | | |
| | 405 | | | CHEVRON CORP | 81.490 | | |
| | 1,155 | | | CISCO SYSTEMS INC | 26.920 | | |
| | 930 | | | CITI GROUP INC | 54.490 | | |
| | 375 | | | COCA COLA CO | 52.990 | | |
| | 600 | | | COMCAST CORP CL A | 27.410 | | |
| | 315 | | | CONOCOPHILIPS | 77.430 | | |
| | 1,080 | | | EXXON MOBIL CORP | 83.170 | | |
| | 1,950 | | | GENERAL ELECTRIC CO | 37.580 | | |
| | 75 | | | GOLDMAN SACHS GROUP INC | 230.820 | | |
| | 45 | | | GOOGLE | 497.750 | | |
| | 510 | | | HEWLETT PACKARD CO | 45.710 | | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING: 5/31/07
PAGE: 3

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 390 | | | HOME DEPOT INC | 38.870 | | |
| | 1,095 | | | INTEL CORP | 22.170 | | |
| | 285 | | | INTERNATIONAL BUSINESS MACHS | 106.600 | | |
| | 660 | | | J.P. MORGAN CHASE & CO | 51.830 | | |
| | 540 | | | JOHNSON & JOHNSON | 63.270 | | |
| | 405 | | | MERCK & CO | 52.450 | | |
| | 165 | | | MERRILL LYNCH & CO INC | 92.730 | | |
| | 1,650 | | | MICROSOFT CORP | 30.670 | | |
| | 210 | | | MORGAN STANLEY | 85.040 | | |
| | 315 | | | PEPSICO INC | 68.330 | | |
| | 1,350 | | | PFIZER INC | 27.490 | | |
| | 600 | | | PROCTER & GAMBLE CO | 63.550 | | |
| | 225 | | | SCHLUMBERGER LTD | 77.870 | | |
| | 21,486 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 25,000 | | | U S TREASURY BILL DUE 8/9/2007        8/09/2007 | 99.100 | | |
| | 555 | | | VERIZON COMMUNICATIONS | 43.530 | | |
| | 360 | | | WACHOVIA CORP NEW | 54.190 | | |
| | 465 | | | WAL-MART STORES INC | 47.600 | | |
| | 645 | | | WELLS FARGO & CO NEW | 36.090 | | |
| | | | | MARKET VALUE OF SECURITIES        LONG                SHORT 1,067,217.10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/07 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,720.92 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,583,714.70 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/07 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 27,990.00 |
| 5/21 | 15 | | 17292 | S & P 100 INDEX MAY 680 CALL | 11.300 | 16,965.00 | |
| 5/21 | | 15 | 21767 | S & P 100 INDEX JUNE 695 CALL | 9 | | 13,485.00 |
| 5/21 | | 15 | 26242 | S & P 100 INDEX MAY 670 PUT | .250 | | 360.00 |
| 5/21 | 15 | | 30717 | S & P 100 INDEX JUNE 685 PUT | 6.300 | 9,465.00 | |
| | | | | NEW BALANCE | | | 15,405.00 |
| | | 15 | | SECURITY POSITIONS S & P 100 INDEX JUNE 695 CALL | MKT PRICE 12.500 | | |
| | 15 | | | S & P 100 INDEX JUNE 685 PUT | 1.650 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      SHORT 2,475.00    18,750.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 29,369.57 | |
| 4/02 | | | | COCA COLA CO DIV 3/15/07 4/01/07 | DIV | | 127.50 |
| 4/02 | | | | MERCK & CO DIV 3/09/07 4/02/07 | DIV | | 153.90 |
| 4/02 | | | | WAL-MART STORES INC DIV 3/16/07 4/02/07 | DIV | | 99.00 |
| 4/04 | | | | CHECK | CW | 23,437.43 | |
| 4/04 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/04/07 | DIV | | 100.03 |
| 4/04 | | | | HEWLETT PACKARD CO DIV 3/14/07 4/04/07 | DIV | | 40.80 |
| 4/04 | | 64,810 | 95019 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 64,810.00 |
| 4/04 | 25,000 | | 96273 | U S TREASURY BILL DUE 06/07/2007 6/07/2007 | 99.127 | 24,781.75 | |
| 4/04 | 16,691 | | 97272 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,691.00 | |
| 4/10 | | | | ALTRIA GROUP INC DIV 3/15/07 4/10/07 | DIV | | 335.40 |
| 4/24 | 165 | | 2525 | MERRILL LYNCH & CO INC | 90.140 | 14,879.10 | |
| 4/24 | 390 | | 6819 | ALTRIA GROUP INC | 70.020 | 27,322.80 | |
| | | | | CONTINUED ON PAGE     2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | 405 | | 11113 | MERCK & CO | 49.660 | 20,128.30 | |
| 4/24 | 210 | | 15407 | MORGAN STANLEY | 81.120 | 17,043.20 | |
| 4/24 | 1,650 | | 19701 | MICROSOFT CORP | 28.300 | 46,761.00 | |
| 4/24 | 300 | | 25234 | ABBOTT LABORATORIES | 57.070 | 17,133.00 | |
| 4/24 | 495 | | 29527 | AMERICAN INTL GROUP INC | 68.200 | 33,778.00 | |
| 4/24 | 315 | | 32583 | PEPSICO INC | 65.590 | 20,672.85 | |
| 4/24 | 855 | | 33821 | BANK OF AMERICA | 50.930 | 43,579.15 | |
| 4/24 | 1,350 | | 36877 | PFIZER INC | 26.650 | 36,031.50 | |
| 4/24 | 930 | | 38115 | CITI GROUP INC | 52.770 | 49,113.10 | |
| 4/24 | 600 | | 41171 | PROCTER & GAMBLE CO | 63.560 | 38,160.00 | |
| 4/24 | 600 | | 42409 | COMCAST CORP CL A | 27.480 | 16,512.00 | |
| 4/24 | 225 | | 45465 | SCHLUMBERGER LTD | 73.610 | 16,571.25 | |
| 4/24 | 315 | | 46703 | CONOCOPHILIPS | 69.070 | 21,769.05 | |
| 4/24 | 1,185 | | 49759 | AT&T INC | 38.970 | 46,226.45 | |
| 4/24 | 1,155 | | 50997 | CISCO SYSTEMS INC | 26.530 | 30,688.15 | |
| 4/24 | 720 | | 54053 | TIME WARNER INC | 20.730 | 14,953.60 | |
| 4/24 | 405 | | 55291 | CHEVRON CORP | 76.880 | 31,152.40 | |
| 4/24 | 195 | | 58347 | UNITED PARCEL SVC INC CLASS B | 71.120 | 13,875.40 | |
| 4/24 | 1,950 | | 59585 | GENERAL ELECTRIC CO | 34.950 | 68,230.50 | |
| 4/24 | 555 | | 62641 | VERIZON COMMUNICATIONS | 37.270 | 20,706.85 | |
| 4/24 | 45 | | 63879 | GOOGLE | 473.400 | 21,304.00 | |
| 4/24 | 360 | | 66935 | WACHOVIA CORP NEW | 55.430 | 19,968.80 | |
| 4/24 | 75 | | 68173 | GOLDMAN SACHS GROUP INC | 215.030 | 16,130.25 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/24 | 645 | | 71229 | WELLS FARGO & CO NEW | 35.710 | 23,057.95 | |
| 4/24 | 390 | | 72467 | HOME DEPOT INC | 38.600 | 15,069.00 | |
| 4/24 | 465 | | 75523 | WAL-MART STORES INC | 47.690 | 22,193.85 | |
| 4/24 | 510 | | 76761 | HEWLETT PACKARD CO | 40.980 | 20,919.80 | |
| 4/24 | 1,080 | | 79817 | EXXON MOBIL CORP | 77.670 | 83,926.60 | |
| 4/24 | 285 | | 81055 | INTERNATIONAL BUSINESS MACHS | 94.200 | 26,858.00 | |
| 4/24 | 1,095 | | 85349 | INTEL CORP | 21.180 | 23,235.10 | |
| 4/24 | 540 | | 89643 | JOHNSON & JOHNSON | 64.360 | 34,775.40 | |
| 4/24 | 660 | | 93936 | J.P. MORGAN CHASE & CO | 51.450 | 33,983.00 | |
| 4/24 | 375 | | 98230 | COCA COLA CO | 51.370 | 19,278.75 | |
| 4/24 | | 25,000 | 86031 | U S TREASURY BILL DUE 06/07/2007 | 99.411 | | 24,852.75 |
| | | | | 6/07/2007 | | | |
| 4/24 | | 1,000,000 | 88992 | U S TREASURY BILL DUE 6/14/2007 | 99.321 | | 993,210.00 |
| | | | | 6/14/2007 | | | |
| 4/24 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/24/07 | DIV | | 42.80 |
| 4/24 | 27,428 | | 4123 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,428.00 | |
| 4/24 | | 16,691 | 84127 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,691.00 |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/26/07  4/25/07 | DIV | | 537.60 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/30 | 1,294 | | 11625 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,294.00 | |
| | | | | NEW BALANCE | | 27,989.12 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,185 | | | AT&T INC | 38.720 | | |
| | 300 | | | ABBOTT LABORATORIES | 56.620 | | |
| | 390 | | | ALTRIA GROUP INC | 68.920 | | |
| | 495 | | | AMERICAN INTL GROUP INC | 69.910 | | |
| | 855 | | | BANK OF AMERICA | 50.900 | | |
| | 405 | | | CHEVRON CORP | 77.790 | | |
| | 1,155 | | | CISCO SYSTEMS INC | 26.740 | | |
| | 930 | | | CITI GROUP INC | 53.620 | | |
| | 375 | | | COCA COLA CO | 52.190 | | |
| | 600 | | | COMCAST CORP CL A | 26.660 | | |
| | 315 | | | CONOCOPHILIPS | 69.350 | | |
| | 1,080 | | | EXXON MOBIL CORP | 79.380 | | |
| | 1,950 | | | GENERAL ELECTRIC CO | 36.860 | | |
| | 75 | | | GOLDMAN SACHS GROUP INC | 218.610 | | |
| | 45 | | | GOOGLE | 471.380 | | |
| | 510 | | | HEWLETT PACKARD CO | 42.140 | | |
| | 390 | | | HOME DEPOT INC | 37.870 | | |
| | 1,095 | | | INTEL CORP | 21.500 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
4/30/07

PAGE
5

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | 285 | | | INTERNATIONAL BUSINESS MACHS | 102.210 | | |
| | 660 | | | J.P. MORGAN CHASE & CO | 52.100 | | |
| | 540 | | | JOHNSON & JOHNSON | 64.220 | | |
| | 405 | | | MERCK & CO | 51.440 | | |
| | 165 | | | MERRILL LYNCH & CO INC | 90.230 | | |
| | 1,650 | | | MICROSOFT CORP | 29.940 | | |
| | 210 | | | MORGAN STANLEY | 84.010 | | |
| | 315 | | | PEPSICO INC | 66.090 | | |
| | 1,350 | | | PFIZER INC | 26.460 | | |
| | 600 | | | PROCTER & GAMBLE CO | 64.310 | | |
| | 225 | | | SCHLUMBERGER LTD | 73.830 | | |
| | 28,722 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 720 | | | TIME WARNER INC | 20.630 | | |
| | 195 | | | UNITED PARCEL SVC INC | 70.430 | | |
| | | | | CLASS B | | | |
| | 555 | | | VERIZON COMMUNICATIONS | 38.180 | | |
| | 360 | | | WACHOVIA CORP  NEW | 55.540 | | |
| | 465 | | | WAL-MART STORES INC | 47.920 | | |
| | 645 | | | WELLS FARGO & CO NEW | 35.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,049,181.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
4/30/07

PAGE
6

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,800.46 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,554,548.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 29,370.00 |
| 4/24 | | 15 | 23995 | S & P 100 INDEX MAY 680 CALL | 5.100 | | 7,635.00 |
| 4/24 | 15 | | 28289 | S & P 100 INDEX MAY 670 PUT | 6 | 9,015.00 | |
| | | | | NEW BALANCE | | | 27,990.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 15 | | S & P 100 INDEX MAY 680 CALL | 8.300 | | |
| | 15 | | | S & P 100 INDEX MAY 670 PUT | 3.600 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT 5,400.00      12,450.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | | | **885 Third Avenue**<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

JOSEPH S POPKIN REVOCABLE TST

**PERIOD ENDING** 3/31/07   **PAGE** 1

6010 LINDEN CIRCLE
TAMARAC        FL   33319

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0   **YOUR TAX PAYER IDENTIFICATION NUMBER** *******4577

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 3,810.53 |
| 3/01 | | | | CONOCOPHILIPS<br>DIV 2/20/07 3/01/07 | DIV | | 123.00 |
| 3/06 | | | | UNITED PARCEL SVC INC<br>CLASS B<br>DIV 2/20/07 3/06/07 | DIV | | 81.90 |
| 3/09 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 03/09/07 | DIV | | 51.96 |
| 3/09 | | 44,569 | 20510 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 44,569.00 |
| 3/09 | 50,000 | | 26136 | U S TREASURY BILL<br>DUE 6/14/2007<br>6/14/2007 | 98.669 | 49,334.50 | |
| 3/09 | 32,306 | | 30282 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 32,306.00 | |
| 3/12 | | | | CHEVRON CORP<br>DIV 2/16/07 3/12/07 | DIV | | 210.60 |
| 3/12 | 8,910 | | 35598 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 8,910.00 | |
| 3/13 | | | | JOHNSON & JOHNSON<br>DIV 2/27/07 3/13/07 | DIV | | 202.50 |
| 3/15 | | | | TIME WARNER INC<br>DIV 2/28/07 3/15/07 | DIV | | 41.25 |
| | | | | CONTINUED ON PAGE   2 | | | |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/07 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/15 | | | | WACHOVIA CORP  NEW DIV 2/28/07  3/15/07 | DIV | | 201.60 |
| 3/16 | | | | AMERICAN INTL GROUP INC DIV 3/02/07  3/16/07 | DIV | | 79.20 |
| 3/19 | 5,940 | | 76347 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,940.00 | |
| 3/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/20/07 | DIV | | 55.86 |
| 3/20 | | 47,156 | 81091 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,156.00 |
| 3/20 | 43,102 | | 87758 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 43,102.00 | |
| 3/22 | | | | HOME DEPOT INC DIV 3/08/07  3/22/07 | DIV | | 84.38 |
| 3/23 | | | | BANK OF AMERICA DIV 3/02/07  3/23/07 | DIV | | 470.40 |
| 3/29 | | 165 | 2512 | MERRILL LYNCH & CO INC | 85.910 | | 14,169.15 |
| 3/29 | | 390 | 6782 | ALTRIA GROUP INC | 85.570 | | 33,357.30 |
| 3/29 | | 405 | 11071 | MERCK & CO | 44.380 | | 17,957.90 |
| 3/29 | | 195 | 15360 | MORGAN STANLEY | 81.420 | | 15,869.90 |
| 3/29 | | 1,605 | 19649 | MICROSOFT CORP | 27.920 | | 44,747.60 |
| 3/29 | | 285 | 21134 | ABBOTT LABORATORIES | 56.120 | | 15,983.20 |
| 3/29 | | 480 | 25403 | AMERICAN INTL GROUP INC | 68.260 | | 32,745.80 |
| 3/29 | | 210 | 29655 | AMGEN INC | 58.210 | | 12,216.10 |
| | | | | CONTINUED ON PAGE    3 | | | |

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

JOSEPH S POPKIN REVOCABLE TST

| | PERIOD ENDING | PAGE |
|---|---|---|
| | 3/31/07 | 3 |

6010 LINDEN CIRCLE
TAMARAC    FL  33319

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/29 | | 300 | 32516 | PEPSICO INC | 63.930 | | 19,167.00 |
| 3/29 | | 840 | 33925 | BANK OF AMERICA | 51.630 | | 43,336.20 |
| 3/29 | | 1,335 | 36805 | PFIZER INC | 25.670 | | 34,216.45 |
| 3/29 | | 915 | 38214 | CITI GROUP INC | 51.930 | | 47,479.95 |
| 3/29 | | 585 | 41094 | PROCTER & GAMBLE CO | 63.620 | | 37,194.70 |
| 3/29 | | 585 | 42503 | COMCAST CORP<br>CL A | 26.440 | | 15,444.40 |
| 3/29 | | 1,170 | 45383 | AT&T INC | 39.100 | | 45,701.00 |
| 3/29 | | 300 | 46792 | CONOCOPHILIPS | 69.770 | | 20,919.00 |
| 3/29 | | 750 | 49672 | TIME WARNER INC | 19.960 | | 14,940.00 |
| 3/29 | | 1,125 | 51081 | CISCO SYSTEMS INC | 26.230 | | 29,463.75 |
| 3/29 | | 195 | 53771 | UNITED PARCEL SVC INC<br>CLASS B | 71.200 | | 13,877.00 |
| 3/29 | | 405 | 55370 | CHEVRON CORP | 74.200 | | 30,035.00 |
| 3/29 | | 540 | 58027 | VERIZON COMMUNICATIONS | 37.970 | | 20,482.80 |
| 3/29 | | 1,920 | 59659 | GENERAL ELECTRIC CO | 35.780 | | 68,621.60 |
| 3/29 | | 360 | 62316 | WACHOVIA CORP  NEW | 56.720 | | 20,405.20 |
| 3/29 | | 45 | 63948 | GOOGLE | 460.800 | | 20,735.00 |
| 3/29 | | 630 | 66605 | WELLS FARGO & CO NEW | 34.970 | | 22,006.10 |
| 3/29 | | 75 | 68237 | GOLDMAN SACHS GROUP INC | 212 | | 15,897.00 |
| 3/29 | | 450 | 70894 | WAL-MART STORES INC | 47.860 | | 21,519.00 |
| 3/29 | | 375 | 72526 | HOME DEPOT INC | 38.200 | | 14,310.00 |
| 3/29 | | 1,080 | 75183 | EXXON MOBIL CORP | 75.600 | | 81,605.00 |
| 3/29 | | 510 | 76815 | HEWLETT PACKARD CO | 40.400 | | 20,584.00 |
| 3/29 | | 285 | 91104 | INTERNATIONAL BUSINESS MACHS | 95.160 | | 27,109.60 |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/07 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/29 | | 1,080 | 85393 | INTEL CORP | 19.260 | | 20,757.80 |
| 3/29 | | 540 | 89682 | JOHNSON & JOHNSON | 60.360 | | 32,573.40 |
| 3/29 | | 645 | 93970 | J.P. MORGAN CHASE & CO | 48.630 | | 31,341.35 |
| 3/29 | | 375 | 98259 | COCA COLA CO | 47.980 | | 17,977.50 |
| 3/29 | 950,000 | | 82907 | U S TREASURY BILL DUE 6/14/2007 6/14/2007 | 98.952 | 940,044.00 | |
| 3/29 | 20,123 | | 87203 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,123.00 | |
| 3/30 | | | | PEPSICO INC DIV 3/09/07 3/30/07 | DIV | | 90.00 |
| 3/30 | 1,585 | | 93074 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,585.00 | |
| | | | | NEW BALANCE | | 29,369.57 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 64,810 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,000,000 | | | U S TREASURY BILL DUE 6/14/2007 6/14/2007 | 98.970 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,054,510.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/07 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,363.43 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,536,485.25 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 3,810.00 | |
| 3/09 | 15 | | 1613 | S & P 100 INDEX MARCH 630 PUT | 5.300 | 7,965.00 | |
| 3/09 | | 15 | 6091 | S & P 100 INDEX MARCH 665 PUT | 30 | | 44,985.00 |
| 3/12 | | 15 | 92656 | S & P 100 INDEX MARCH 640 CALL | 6 | | 8,985.00 |
| 3/12 | 15 | | 97134 | S & P 100 INDEX MARCH 675 CALL | .050 | 75.00 | |
| 3/19 | 15 | | 40100 | S & P 100 INDEX MARCH 640 CALL | .600 | 915.00 | |
| 3/19 | | 15 | 44578 | S & P 100 INDEX APRIL 640 CALL | 9.500 | | 14,235.00 |
| 3/19 | | 15 | 49056 | S & P 100 INDEX MARCH 630 PUT | 4.400 | | 6,585.00 |
| 3/19 | 15 | | 53534 | S & P 100 INDEX APRIL 630 PUT | 9.300 | 13,965.00 | |
| 3/20 | 15 | | 58012 | S & P 100 INDEX APRIL 640 CALL | 9 | 13,515.00 | |
| 3/20 | | 15 | 62490 | S & P 100 INDEX APRIL 645 CALL | 7.100 | | 10,635.00 |
| 3/20 | | 15 | 66968 | S & P 100 INDEX APRIL 630 PUT | 8.900 | | 13,335.00 |
| 3/20 | 15 | | 71446 | S & P 100 INDEX APRIL 635 PUT | 9.700 | 14,565.00 | |

CONTINUED ON PAGE      2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
3/31/07

PAGE
2

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 3/29 | 15 | | 23938 | S & P 100 INDEX APRIL 645 CALL | 13.200 | 19,815.00 | |
| 3/29 | | 15 | 28227 | S & P 100 INDEX APRIL 635 PUT | 3.500 | | 5,235.00 |
| | | | | NEW BALANCE | | | 29,370.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **2/28/07**

PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .38 |
| 2/16 | 540 | | 3032 | JOHNSON & JOHNSON | 65.380 | 35,326.20 | |
| 2/16 | 645 | | 7322 | J.P. MORGAN CHASE & CO | 50.360 | 32,507.20 | |
| 2/16 | 375 | | 11613 | COCA COLA CO | 48.120 | 18,060.00 | |
| 2/16 | 165 | | 15904 | MERRILL LYNCH & CO INC | 91.160 | 15,047.40 | |
| 2/16 | 390 | | 20195 | ALTRIA GROUP INC | 85.660 | 33,422.40 | |
| 2/16 | 405 | | 24486 | MERCK & CO | 43.920 | 17,803.60 | |
| 2/16 | 195 | | 28777 | MORGAN STANLEY | 80.330 | 15,671.35 | |
| 2/16 | 1,605 | | 33068 | MICROSOFT CORP | 29 | 46,609.00 | |
| 2/16 | 285 | | 34376 | ABBOTT LABORATORIES | 52.580 | 14,996.30 | |
| 2/16 | 480 | | 38666 | AMERICAN INTL GROUP INC | 68.700 | 32,995.00 | |
| 2/16 | 210 | | 42957 | AMGEN INC | 68.540 | 14,401.40 | |
| 2/16 | 300 | | 45941 | PEPSICO INC | 63.690 | 19,119.00 | |
| 2/16 | 840 | | 47248 | BANK OF AMERICA | 53.160 | 44,687.40 | |
| 2/16 | 1,335 | | 50232 | PFIZER INC | 26.250 | 35,096.75 | |
| 2/16 | 915 | | 51539 | CITI GROUP INC | 53.530 | 49,015.95 | |
| 2/16 | 585 | | 54523 | PROCTER & GAMBLE CO | 64.100 | 37,521.50 | |
| 2/16 | 390 | | 55830 | COMCAST CORP CL A | 39.940 | 15,591.60 | |
| 2/16 | 1,170 | | 58814 | AT&T INC | 36.890 | 43,207.30 | |
| 2/16 | 300 | | 60121 | CONOCOPHILIPS | 66.240 | 19,884.00 | |
| 2/16 | 750 | | 63105 | TIME WARNER INC | 21.190 | 15,922.50 | |
| 2/16 | 1,125 | | 64412 | CISCO SYSTEMS INC | 27.510 | 30,993.75 | |
| 2/16 | 195 | | 67396 | UNITED PARCEL SVC INC CLASS B | 73.910 | 14,419.45 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/07 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 2/16 | 405 | | 68703 | CHEVRON CORP | 72.590 | 29,414.95 | |
| 2/16 | 540 | | 71687 | VERIZON COMMUNICATIONS | 37.540 | 20,292.60 | |
| 2/16 | 1,920 | | 72994 | GENERAL ELECTRIC CO | 35.700 | 68,620.00 | |
| 2/16 | 360 | | 75978 | WACHOVIA CORP NEW | 57.530 | 20,724.80 | |
| 2/16 | 45 | | 77285 | GOOGLE | 458.580 | 20,637.10 | |
| 2/16 | 630 | | 80269 | WELLS FARGO & CO NEW | 35.610 | 22,459.30 | |
| 2/16 | 75 | | 81576 | GOLDMAN SACHS GROUP INC | 211.430 | 15,860.25 | |
| 2/16 | 450 | | 84560 | WAL-MART STORES INC | 47.790 | 21,523.50 | |
| 2/16 | 375 | | 85867 | HOME DEPOT INC | 41.220 | 15,472.50 | |
| 2/16 | 1,080 | | 88851 | EXXON MOBIL CORP | 74.660 | 80,675.80 | |
| 2/16 | 510 | | 90158 | HEWLETT PACKARD CO | 42.110 | 21,496.10 | |
| 2/16 | 285 | | 94449 | INTERNATIONAL BUSINESS MACHS | 98.520 | 28,089.20 | |
| 2/16 | 1,080 | | 98740 | INTEL CORP | 20.770 | 22,474.60 | |
| 2/16 | | 525,000 | 21204 | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 99.325 | | 521,456.25 |
| 2/16 | | 500,000 | 24171 | U S TREASURY BILL DUE 4/12/2007 4/12/2007 | 99.232 | | 496,160.00 |
| 2/16 | 25,000 | | 26823 | U S TREASURY BILL DUE 4/19/2007 4/19/2007 | 99.130 | 24,782.50 | |
| 2/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/16/07 | DIV | | 41.98 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL 33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/07 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 2/16 | | 20,690 | 13282 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,690.00 |
| 2/16 | 21,426 | | 31910 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,426.00 | |
| 2/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/22/07 | DIV | | 16.29 |
| 2/22 | | 21,426 | 66028 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,426.00 |
| 2/22 | | 25,000 | 69243 | U S TREASURY BILL DUE 4/19/2007 4/19/2007 | 99.211 | | 24,802.75 |
| 2/22 | 44,535 | | 74849 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 44,535.00 | |
| 2/27 | 195 | | | COMCAST CORP CL A DIV 2/26/07 2/27/07 | RECD | | |
| 2/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/28/07 | DIV | | 34.13 |
| 2/28 | | 44,535 | 83155 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,535.00 |
| 2/28 | 44,569 | | 87952 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 44,569.00 | |
| | | | | NEW BALANCE | | | 3,810.53 |
| | 1,170 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 36.800 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC            FL    33319

**PERIOD ENDING** 2/28/07
**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER** *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 285 | | | ABBOTT LABORATORIES | 54.620 | | |
| | 390 | | | ALTRIA GROUP INC | 84.280 | | |
| | 480 | | | AMERICAN INTL GROUP INC | 67.100 | | |
| | 210 | | | AMGEN INC | 64.260 | | |
| | 840 | | | BANK OF AMERICA | 50.870 | | |
| | 405 | | | CHEVRON CORP | 68.610 | | |
| | 1,125 | | | CISCO SYSTEMS INC | 25.940 | | |
| | 915 | | | CITI GROUP INC | 50.400 | | |
| | 375 | | | COCA COLA CO | 46.680 | | |
| | 585 | | | COMCAST CORP | 25.720 | | |
| | | | | CL A | | | |
| | 300 | | | CONOCOPHILIPS | 65.420 | | |
| | 1,080 | | | EXXON MOBIL CORP | 71.680 | | |
| | 1,920 | | | GENERAL ELECTRIC CO | 34.920 | | |
| | 75 | | | GOLDMAN SACHS GROUP INC | 201.600 | | |
| | 45 | | | GOOGLE | 449.450 | | |
| | 510 | | | HEWLETT PACKARD CO | 39.380 | | |
| | 375 | | | HOME DEPOT INC | 39.600 | | |
| | 1,080 | | | INTEL CORP | 19.850 | | |
| | 285 | | | INTERNATIONAL BUSINESS MACHS | 93.010 | | |
| | 645 | | | J.P. MORGAN CHASE & CO | 49.400 | | |
| | 540 | | | JOHNSON & JOHNSON | 63.050 | | |
| | 405 | | | MERCK & CO | 44.160 | | |
| | 165 | | | MERRILL LYNCH & CO INC | 83.680 | | |
| | 1,605 | | | MICROSOFT CORP | 28.170 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/07 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 195 | | | MORGAN STANLEY | 74.920 | | |
| | 300 | | | PEPSICO INC | 63.150 | | |
| | 1,335 | | | PFIZER INC | 24.960 | | |
| | 585 | | | PROCTER & GAMBLE CO | 63.490 | | |
| | 44,569 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 750 | | | TIME WARNER INC | 20.350 | | |
| | 195 | | | UNITED PARCEL SVC INC | 70.190 | | |
| | | | | CLASS B | | | |
| | 540 | | | VERIZON COMMUNICATIONS | 37.430 | | |
| | 360 | | | WACHOVIA CORP  NEW | 55.370 | | |
| | 450 | | | WAL-MART STORES INC | 48.300 | | |
| | 630 | | | WELLS FARGO & CO NEW | 34.700 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 1,001,966.20 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING  2/28/07

PAGE  6

YOUR ACCOUNT NUMBER  1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 670.78 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,561,738.50 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 2/16 | | 15 | 37359 | S & P 100 INDEX FEBRUARY 670 CALL | .400 | | 600.00 |
| 2/16 | 15 | | 41650 | S & P 100 INDEX FEBRUARY 660 PUT | 1.800 | 2,700.00 | |
| 2/22 | | 15 | 37793 | S & P 100 INDEX MARCH 675 CALL | 3.800 | | 5,685.00 |
| 2/22 | 15 | | 42273 | S & P 100 INDEX MARCH 665 PUT | 4.600 | 6,915.00 | |
| 2/22 | 15 | | 46753 | S & P 100 INDEX FEBRUARY 670 CALL | .400 | 615.00 | |
| 2/22 | | 15 | 51422 | S & P 100 INDEX FEBRUARY 660 PUT | .100 | | 135.00 |
| | | | | NEW BALANCE | | 3,810.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 15 | | S & P 100 INDEX MARCH 675 CALL | .250 | | |
| | 15 | | | S & P 100 INDEX MARCH 665 PUT | 21 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 31,500.00      375.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
■ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/07 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .53 |
| 1/02 | | | | MERCK & CO DIV 12/08/06  1/02/07 | DIV | | 164.16 |
| 1/02 | | | | PEPSICO INC DIV 12/08/06  1/02/07 | DIV | | 96.00 |
| 1/02 | | | | WAL-MART STORES INC DIV 12/15/06  1/02/07 | DIV | | 80.40 |
| 1/03 | | | | HEWLETT PACKARD CO DIV 12/13/06  1/03/07 | DIV | | 43.52 |
| 1/04 | | | | UNITED PARCEL SVC INC CLASS B DIV 11/27/06  1/04/07 | DIV | | 79.04 |
| 1/05 | | | | SCHLUMBERGER LTD DIV 12/06/06  1/05/07 | DIV | | 28.00 |
| 1/08 | | | | CHECK | CW | 27,412.03 | |
| 1/09 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/09/07 | DIV | | 30.68 |
| 1/09 | | 21,809 | 10654 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,809.00 |
| 1/09 | | 525,000 | 11554 | U S TREASURY BILL DUE 3/29/2007          3/29/2007 | 98.918 | | 519,319.50 |
| 1/09 | 500,000 | | 12274 | U S TREASURY BILL DUE 4/12/2007          4/12/2007 | 98.721 | 493,605.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/07 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/09 | 20,142 | | 13313 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,142.00 | |
| 1/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/31/07 | DIV | | 56.58 |
| 1/31 | | 20,142 | 20784 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,142.00 |
| 1/31 | 20,690 | | 27549 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,690.00 | |
| | | | | NEW BALANCE | | | .38 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,690 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 525,000 | | | U S TREASURY BILL DUE 4/5/2007          4/05/2007 | 99.116 | | |
| | 500,000 | | | U S TREASURY BILL DUE 4/12/2007          4/12/2007 | 99.020 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG          SHORT 1,036,149.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/07 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 578.38 |
| | | | | GROSS PROCEEDS FROM SALES | | | 519,319.50 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO:212 230-2470 | 1b CUSIP no. | **2007** Form **1099-B** | |
| | 2 Stocks, bonds, etc. $ 11850772.25 | Reported to IRS  ☒ Gross proceeds  ☐ Gross proceeds less commissions and option premiums | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Bartering | 4 Federal income tax withheld | Copy B |
|---|---|---|---|---|
| 13-1997126 | 4577 | $ | $ | **For Recipient** |

| RECIPIENT'S name, address, city, and ZIP code | 5 No. of shares exchanged | 6 Classes of stock exchanged | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| JOSEPH S POPKIN REVOCABLE TST DTD 2/9/06 JOSEPH S POPKIN, ROBIN POPKIN LOGUE CO-TSTEES 6010 LINDEN CIRCLE TAMARAC         FL 33319 | 7 Description | | |
| | 8 Profit or (loss) realized in 2007 $ | 9 Unrealized profit or (loss) on open contracts—12/31/2006 | |
| CORPORATION'S name | 10 Unrealized profit or (loss) on open contracts–12/31/2007 $ | 11 Aggregate profit or (loss) $ | |
| Account number (see instructions) .1ZA121 | 12 If the box is checked, the recipient cannot take a loss on their tax return based on the amount in box 2  ☐ | | |

Form **1099-B**      (keep for your records)      Department of the Treasury - Internal Revenue Service

| | | |
|---|---|---|
| ☐ CORRECTED (if checked) | | |

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Total ordinary dividends $ 11656.18 | OMB No. 1545-0110 | Dividends and Distributions |
|---|---|---|---|
| BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO:212 230-2470 | 1b Qualified dividends $ | 2007 Form 1099-DIV | |
| | 2a Total capital gain distr. $ | 2b Unrecap. Sec. 1250 gain $ | Copy B For Recipient |

| PAYER'S federal identification number 13-1997126 | RECIPIENT'S identification number ·4577 | 2c Section 1202 gain $ | 2d Collectibles (28%) gain $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|---|
| RECIPIENT'S name, address, city, and ZIP code JOSEPH S POPKIN REVOCABLE TST DTD 2/9/06 JOSEPH S POPKIN, ROBIN POPKIN LOGUE CO-TSTEES 6010 LINDEN CIRCLE TAMARAC    FL 33319 | | 3 Nondividend distributions $ | 4 Federal income tax withheld $ | |
| | | | 5 Investment expenses $ | |
| | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |
| Account number (see instructions) 1ZA121 | | 8 Cash liquidation distributions $ | 9 Noncash liquidation distributions $ | |

Form **1099-DIV**          (keep for your records)          Department of the Treasury - Internal Revenue Service

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/04/07

CW    CHECK

32,644.64

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST
DTD 2/9/06 JOSEPH S POPKIN,
ROBIN POPKIN LOGUE CO-TSTEES
6010 LINDEN CIRCLE
TAMARAC        FL 33319

1-ZA121-3

MEMO



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/06/07

CW    CHECK

30,869.30

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/08/07

CW    CHECK

27,412.03

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319

MEMO

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
**New York □ London**

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/04/07

CW    CHECK

23,437.43

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC        FL 33319



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST        1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC                 FL 33319


STARTING EQUITY FOR CURRENT YEAR                1,064,057.90CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                137,157.11-
REALIZED P/L FOR CURRENT YEAR                     131,584.24CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .53CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,058,484.50    NET LONG
TOTAL EQUITY                                    1,058,485.03CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.32 %

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST      1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC        FL 33319


STARTING EQUITY FOR CURRENT YEAR                1,064,057.90CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                 87,434.67-
REALIZED P/L FOR CURRENT YEAR                      103,531.71CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              640.50CR
CURRENT CASH BALANCE                                    .94CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,080,794.50    NET LONG
TOTAL EQUITY                                     1,080,795.44CR

ANNUALIZED RETURN FOR CURRENT YEAR     13.83 %

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JOSEPH S POPKIN REVOCABLE TST      1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC            FL 33319

STARTING EQUITY FOR CURRENT YEAR                    1,064,057.90CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                          58,804.67-
UNREALIZED P/L ON OPEN SECURITY POSITIONS              52,897.27CR
CURRENT CASH BALANCE                                    1,552.50CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS                .75CR
TOTAL EQUITY                                        1,059,702.25    NET LONG
                                                    1,059,703.00CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.76 %

## PORTFOLIO MANAGEMENT REPORT AS OF   3/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN REVOCABLE TST       1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC          FL 33319


| | | |
|---|---:|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,064,057.90CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 32,984.90- | |
| REALIZED P/L FOR CURRENT YEAR | 25,256.77CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 563.00CR | |
| CURRENT CASH BALANCE | .77CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,056,892.00 | NET LONG |
| TOTAL EQUITY | 1,056,892.77CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    10.12 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 36,020.25 | |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 113.60 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 183.68 |
| 12/05 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 345.60 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 224.64 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 373.76 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 91.20 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 50.88 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 216.00 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 90.00 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 169.60 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 84.48 |
| 12/15 | | | | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 124.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | TIME WARNER INC | DIV | | 44.00 |
| | | | | DIV 11/30/06 12/15/06 | | | |
| 12/15 | | | | WACHOVIA CORP  NEW | DIV | | 215.04 |
| | | | | DIV 11/30/06 12/15/06 | | | |
| 12/21 | | 624 | 936 | PROCTER & GAMBLE CO | 64.120 | | 39,986.88 |
| 12/21 | | 976 | 3186 | CITI GROUP INC | 54.590 | | 53,231.08 |
| 12/21 | | 224 | 5186 | SCHLUMBERGER LTD | 67 | | 15,000.00 |
| 12/21 | | 400 | 7436 | COMCAST CORP | 43.140 | | 17,240.00 |
| | | | | CL A | | | |
| 12/21 | | 768 | 9436 | AT&T INC | 35.810 | | 27,472.08 |
| 12/21 | | 1,216 | 11686 | CISCO SYSTEMS INC | 27.730 | | 33,671.68 |
| 12/21 | | 800 | 13686 | TIME WARNER INC | 21.710 | | 17,336.00 |
| 12/21 | | 432 | 15936 | CHEVRON CORP | 75.110 | | 32,430.52 |
| 12/21 | | 208 | 17936 | UNITED PARCEL SVC INC | 76.630 | | 15,931.04 |
| | | | | CLASS B | | | |
| 12/21 | | 2,032 | 20186 | GENERAL ELECTRIC CO | 37.630 | | 76,383.16 |
| 12/21 | | 192 | 22133 | UNITED TECHNOLOGIES CORP | 62.410 | | 11,975.72 |
| 12/21 | | 80 | 24436 | GOLDMAN SACHS GROUP INC | 201.700 | | 16,133.00 |
| 12/21 | | 384 | 26368 | WACHOVIA CORP  NEW | 57.430 | | 22,038.12 |
| 12/21 | | 400 | 28686 | HOME DEPOT INC | 40.080 | | 16,016.00 |
| 12/21 | | 656 | 30618 | WELLS FARGO & CO NEW | 35.750 | | 23,426.00 |
| 12/21 | | 544 | 32936 | HEWLETT PACKARD CO | 40.020 | | 21,749.88 |
| 12/21 | | 480 | 34868 | WAL-MART STORES INC | 46.640 | | 22,368.20 |
| 12/21 | | 304 | 37186 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 29,111.20 |
| 12/21 | | 1,168 | 39118 | EXXON MOBIL CORP | 76.800 | | 89,656.40 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 1,136 | 41436 | INTEL CORP | 21.100 | | 23,924.60 |
| 12/21 | | 576 | 45686 | JOHNSON & JOHNSON | 66.780 | | 38,442.28 |
| 12/21 | | 672 | 49935 | J.P. MORGAN CHASE & CO | 48.410 | | 32,505.52 |
| 12/21 | | 400 | 54185 | COCA COLA CO | 48.990 | | 19,580.00 |
| 12/21 | | 176 | 58435 | MERRILL LYNCH & CO INC | 91.960 | | 16,177.96 |
| 12/21 | | 416 | 62685 | ALTRIA GROUP INC | 85.910 | | 35,722.56 |
| 12/21 | | 432 | 66935 | MERCK & CO | 44 | | 18,991.00 |
| 12/21 | | 208 | 71185 | MORGAN STANLEY | 80.620 | | 16,760.96 |
| 12/21 | | 1,696 | 75435 | MICROSOFT CORP | 30.110 | | 50,999.56 |
| 12/21 | | 304 | 81982 | ABBOTT LABORATORIES | 48.170 | | 14,631.68 |
| 12/21 | | 512 | 86225 | AMERICAN INTL GROUP INC | 72.790 | | 37,248.48 |
| 12/21 | | 800 | 88185 | ORACLE CORPORATION | 18.050 | | 14,408.00 |
| 12/21 | | 224 | 90475 | AMGEN INC | 70.630 | | 15,813.12 |
| 12/21 | | 320 | 92435 | PEPSICO INC | 63.210 | | 20,215.20 |
| 12/21 | | 240 | 94691 | AMERICAN EXPRESS COMPANY | 62.270 | | 14,935.80 |
| 12/21 | | 1,440 | 96685 | PFIZER INC | 25.870 | | 37,195.80 |
| 12/21 | | 896 | 98935 | BANK OF AMERICA | 53.690 | | 48,071.24 |
| 12/21 | 1,000,000 | | 43507 | U S TREASURY BILL DUE 3/01/2007              3/01/2007 | 99.063 | 990,630.00 | |
| 12/21 | 32,455 | | 47748 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32,455.00 | |
| 12/22 | | | | BANK OF AMERICA DIV 12/01/06 12/22/06 | DIV | | 501.76 |
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 57.82 |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
12/31/06

PAGE
4

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/29 | | | | TRANS FROM 40 ACCT | JRNL | | 22,325.00 |
| 12/29 | 525,000 | | 3709 | U S TREASURY BILL | 98.682 | 518,080.50 | |
| | | | | DUE 4/5/2007 | | | |
| | | | | 4/05/2007 | | | |
| 12/29 | 21,809 | | 8390 | FIDELITY SPARTAN | 1 | 21,809.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 39,147 | 85055 | FIDELITY SPARTAN | 1 | | 39,147.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 1,025,000 | 90347 | U S TREASURY BILL | 99.166 | | 1,016,451.50 |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| 12/29 | 525,000 | | 99237 | U S TREASURY BILL | 98.780 | 518,595.00 | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | NEW BALANCE | | | .53 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 21,809 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 525,000 | | | U S TREASURY BILL | 98.780 | | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | 525,000 | | | U S TREASURY BILL | 98.682 | | |
| | | | | DUE 4/5/2007 | | | |
| | | | | 4/05/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| 1,058,484.50 | | | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 19,895.56 |
| | | | | GROSS PROCEEDS FROM SALES | | | 10,978,980.75 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

**PERIOD ENDING** 12/31/06

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-ZA121-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,021.00 |
| 12/18 | | 16 | 64245 | S & P 100 INDEX JANUARY 660 CALL | 6.600 | | 10,544.00 |
| 12/18 | 16 | | 68683 | S & P 100 INDEX DECEMBER 655 CALL | 2.700 | 4,336.00 | |
| 12/18 | 16 | | 73121 | S & P 100 INDEX JANUARY 650 PUT | 5 | 8,016.00 | |
| 12/18 | | 16 | 77559 | S & P 100 INDEX DECEMBER 645 PUT | .300 | | 464.00 |
| 12/21 | 16 | | 79685 | S & P 100 INDEX JANUARY 660 CALL | 10.500 | 16,816.00 | |
| 12/21 | | 16 | 83935 | S & P 100 INDEX JANUARY 650 PUT | 2.800 | | 4,464.00 |
| 12/29 | | | | TRANS TO 30 ACCT | JRNL | 22,325.00 | |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING |
|---|
| 11/30/06 |

| PAGE |
|---|
| 1 |

| YOUR ACCOUNT NUMBER |
|---|
| 1-ZA121-3-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|
| *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 36,884.28 | |
| 11/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/20/06 | DIV | | 27.83 |
| 11/20 | 10,138 | | 9390 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,138.00 | |
| 11/20 | | 10,974 | 99217 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,974.00 |
| 11/21 | | 576 | 13856 | VERIZON COMMUNICATIONS | 35.950 | | 20,684.20 |
| 11/21 | 20,684 | | 20634 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,684.00 | |
| 11/22 | | | | CITI GROUP INC DIV 11/06/06 11/22/06 | DIV | | 478.24 |
| 11/22 | | | | MERRILL LYNCH & CO INC DIV 11/03/06 11/22/06 | DIV | | 44.00 |
| 11/27 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/27/06 | DIV | | 24.88 |
| 11/27 | | 30,822 | 25280 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,822.00 |
| 11/27 | 25,000 | | 33156 | U S TREASURY BILL DUE 3/01/2007            3/01/2007 | 98.718 | 24,679.50 | |
| 11/27 | 6,168 | | 37431 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,168.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/30/06 | DIV | | 2.38 |
| 11/30 | | 6,168 | 54492 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 6,168.00 |
| 11/30 | 6,692 | | 59457 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,692.00 | |
| | | | | NEW BALANCE | | 36,020.25 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 768 | | | AT&T INC | 33.910 | | |
| | 304 | | | ABBOTT LABORATORIES | 46.660 | | |
| | 416 | | | ALTRIA GROUP INC | 84.210 | | |
| | 240 | | | AMERICAN EXPRESS COMPANY | 58.720 | | |
| | 512 | | | AMERICAN INTL GROUP INC | 70.320 | | |
| | 224 | | | AMGEN INC | 71 | | |
| | 896 | | | BANK OF AMERICA | 53.850 | | |
| | 432 | | | CHEVRON CORP | 72.320 | | |
| | 1,216 | | | CISCO SYSTEMS INC | 26.880 | | |
| | 976 | | | CITI GROUP INC | 49.590 | | |
| | 400 | | | COCA COLA CO | 46.830 | | |
| | 400 | | | COMCAST CORP CL A | 40.460 | | |
| | 1,168 | | | EXXON MOBIL CORP | 76.810 | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING **11/30/06**

PAGE **3**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER *********4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 2,032 | | | GENERAL ELECTRIC CO | 35.280 | | |
| | 80 | | | GOLDMAN SACHS GROUP INC | 194.800 | | |
| | 544 | | | HEWLETT PACKARD CO | 39.460 | | |
| | 400 | | | HOME DEPOT INC | 37.970 | | |
| | 1,136 | | | INTEL CORP | 21.350 | | |
| | 304 | | | INTERNATIONAL BUSINESS MACHS | 91.920 | | |
| | 672 | | | J.P. MORGAN CHASE & CO | 46.280 | | |
| | 576 | | | JOHNSON & JOHNSON | 65.910 | | |
| | 432 | | | MERCK & CO | 44.510 | | |
| | 176 | | | MERRILL LYNCH & CO INC | 87.430 | | |
| | 1,696 | | | MICROSOFT CORP | 29.330 | | |
| | 208 | | | MORGAN STANLEY | 76.160 | | |
| | 800 | | | ORACLE CORPORATION | 19.030 | | |
| | 320 | | | PEPSICO INC | 61.970 | | |
| | 1,440 | | | PFIZER INC | 27.490 | | |
| | 624 | | | PROCTER & GAMBLE CO | 62.790 | | |
| | 224 | | | SCHLUMBERGER LTD | 68.480 | | |
| | 6,692 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 800 | | | TIME WARNER INC | 20.140 | | |
| | 208 | | | UNITED PARCEL SVC INC | 77.920 | | |
| | | | | CLASS B | | | |
| | 25,000 | | | U S TREASURY BILL | 98.764 | | |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/06 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 192 | | | UNITED TECHNOLOGIES CORP | 64.530 | | |
| | 384 | | | WACHOVIA CORP  NEW | 54.190 | | |
| | 480 | | | WAL-MART STORES INC | 46.100 | | |
| | 656 | | | WELLS FARGO & CO NEW | 35.240 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                         SHORT | | | |
| | | | | 1,043,164.12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 11/30/06
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 17,009.50 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,925,748.53 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING 11/30/06

PAGE 1

YOUR ACCOUNT NUMBER 1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,885.00 |
| 11/20 | | 16 | 81351 | S & P 100 INDEX DECEMBER 655 CALL | 5.100 | | 8,144.00 |
| 11/20 | 16 | | 85796 | S & P 100 INDEX DECEMBER 645 PUT | 4.400 | 7,056.00 | |
| 11/20 | 16 | | 90254 | S & P 100 INDEX NOVEMBER 650 CALL | 1.600 | 2,576.00 | |
| 11/20 | | 16 | 94700 | S & P 100 INDEX NOVEMBER 640 PUT | .400 | | 624.00 |
| | | | | NEW BALANCE | | | 36,021.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 16 | | S & P 100 INDEX DECEMBER 655 CALL | 2.850 | | |
| | 16 | | | S & P 100 INDEX DECEMBER 645 PUT | 2.550 | | |
| | | | | MARKET VALUE OF SECURITIES       LONG         SHORT       4,080.00        4,560.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING: **10/31/06**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*\*4577**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 37,076.06 | |
| 10/02 | | | | COCA COLA CO DIV 9/15/06 10/01/06 | DIV | | 137.02 |
| 10/02 | | | | MERCK & CO DIV 9/01/06 10/02/06 | DIV | | 174.42 |
| 10/04 | | | | HEWLETT PACKARD CO DIV 9/13/06 10/04/06 | DIV | | 48.96 |
| 10/06 | | | | CHECK | CW | 49,722.44 | |
| 10/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/06/06 | DIV | | 101.67 |
| 10/06 | | | | SCHLUMBERGER LTD DIV 9/06/06 10/06/06 | DIV | | 31.88 |
| 10/06 | | 42,313 | 48371 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,313.00 |
| 10/06 | | 1,050,000 | 49038 | U S TREASURY BILL DUE 12/21/2006          12/21/2006 | 98.985 | | 1,039,342.50 |
| 10/06 | 1,025,000 | | 49617 | U S TREASURY BILL DUE 12/21/2006          12/21/2006 | 98.985 | 1,014,596.25 | |
| 10/06 | 17,439 | | 50554 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,439.00 | |
| 10/10 | | | | ALTRIA GROUP INC DIV 9/15/06 10/10/06 | DIV | | 380.12 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

**PERIOD ENDING** 10/31/06    **PAGE** 2

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0    **YOUR TAX PAYER IDENTIFICATION NUMBER** ******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 10/31 | 240 | | 1809 | AMERICAN EXPRESS COMPANY | 56.900 | 13,665.00 | |
| 10/31 | 1,440 | | 4073 | PFIZER INC | 27.170 | 39,181.80 | |
| 10/31 | 896 | | 6070 | BANK OF AMERICA | 53.820 | 48,257.72 | |
| 10/31 | 624 | | 8334 | PROCTER & GAMBLE CO | 63.100 | 39,398.40 | |
| 10/31 | 976 | | 10331 | CITI GROUP INC | 50.800 | 49,619.80 | |
| 10/31 | 224 | | 12595 | SCHLUMBERGER LTD | 64.230 | 14,395.52 | |
| 10/31 | 400 | | 14592 | COMCAST CORP CL A | 40.060 | 16,040.00 | |
| 10/31 | 768 | | 16856 | AT&T INC | 34.300 | 26,372.40 | |
| 10/31 | 1,216 | | 18853 | CISCO SYSTEMS INC | 24.110 | 29,365.76 | |
| 10/31 | 800 | | 21117 | TIME WARNER INC | 19.980 | 16,016.00 | |
| 10/31 | 432 | | 23114 | CHEVRON CORP | 67.590 | 29,215.88 | |
| 10/31 | 208 | | 25378 | UNITED PARCEL SVC INC CLASS B | 75.430 | 15,697.44 | |
| 10/31 | 2,032 | | 27375 | GENERAL ELECTRIC CO | 35.590 | 72,399.88 | |
| 10/31 | 192 | | 29639 | UNITED TECHNOLOGIES CORP | 65.040 | 12,494.68 | |
| 10/31 | 80 | | 31636 | GOLDMAN SACHS GROUP INC | 188.700 | 15,099.00 | |
| 10/31 | 576 | | 33900 | VERIZON COMMUNICATIONS | 38.300 | 22,083.80 | |
| 10/31 | 400 | | 35897 | HOME DEPOT INC | 36.740 | 14,712.00 | |
| 10/31 | 384 | | 38161 | WACHOVIA CORP  NEW | 55.580 | 21,357.72 | |
| 10/31 | 544 | | 40158 | HEWLETT PACKARD CO | 39.090 | 21,285.96 | |
| 10/31 | 656 | | 42422 | WELLS FARGO & CO NEW | 36.200 | 23,773.20 | |
| 10/31 | 304 | | 44419 | INTERNATIONAL BUSINESS MACHS | 91.610 | 27,861.44 | |
| 10/31 | 480 | | 46683 | WAL-MART STORES INC | 50.760 | 24,383.80 | |
| 10/31 | 1,136 | | 48680 | INTEL CORP | 21.720 | 24,718.92 | |
| | | | | CONTINUED ON PAGE   3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/06 | 3 |

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
*******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,168 | | 50944 | EXXON MOBIL CORP | 71.260 | 83,277.68 | |
| 10/31 | 576 | | 52941 | JOHNSON & JOHNSON | 68.660 | 39,571.16 | |
| 10/31 | 672 | | 57201 | J.P. MORGAN CHASE & CO | 47.360 | 31,851.92 | |
| 10/31 | 400 | | 61462 | COCA COLA CO | 46.960 | 18,800.00 | |
| 10/31 | 176 | | 65723 | MERRILL LYNCH & CO INC | 85.950 | 15,134.20 | |
| 10/31 | 416 | | 69984 | ALTRIA GROUP INC | 81.900 | 34,086.40 | |
| 10/31 | 432 | | 74245 | MERCK & CO | 45.970 | 19,876.04 | |
| 10/31 | 208 | | 78506 | MORGAN STANLEY | 77.280 | 16,082.24 | |
| 10/31 | 1,696 | | 82767 | MICROSOFT CORP | 28.210 | 47,911.16 | |
| 10/31 | 304 | | 89026 | ABBOTT LABORATORIES | 47.830 | 14,552.32 | |
| 10/31 | 512 | | 93286 | AMERICAN INTL GROUP INC | 67 | 34,324.00 | |
| 10/31 | 800 | | 95550 | ORACLE CORPORATION | 18.590 | 14,904.00 | |
| 10/31 | 224 | | 97547 | AMGEN INC | 75 | 16,808.00 | |
| 10/31 | 320 | | 99811 | PEPSICO INC | 63.460 | 20,319.20 | |
| 10/31 | | 1,025,000 | 55237 | U S TREASURY BILL DUE 12/21/2006            12/21/2006 | 99.297 | | 1,017,794.25 |
| 10/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/31/06 | DIV | | 55.09 |
| 10/31 | | 17,439 | 58868 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,439.00 |
| 10/31 | 10,202 | | 64454 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,202.00 | |
| 10/31 | | 10,202 | 69742 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,202.00 |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING 10/31/06

PAGE 4

YOUR ACCOUNT NUMBER 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10/31 | 10,974 | | 76071 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,974.00 | |
| | | | | NEW BALANCE | | 36,884.28 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 768 | | | AT&T INC | 34.250 | | |
| | 304 | | | ABBOTT LABORATORIES | 47.510 | | |
| | 416 | | | ALTRIA GROUP INC | 81.330 | | |
| | 240 | | | AMERICAN EXPRESS COMPANY | 57.810 | | |
| | 512 | | | AMERICAN INTL GROUP INC | 67.170 | | |
| | 224 | | | AMGEN INC | 75.910 | | |
| | 896 | | | BANK OF AMERICA | 53.870 | | |
| | 432 | | | CHEVRON CORP | 67.200 | | |
| | 1,216 | | | CISCO SYSTEMS INC | 24.130 | | |
| | 976 | | | CITI GROUP INC | 50.160 | | |
| | 400 | | | COCA COLA CO | 46.720 | | |
| | 400 | | | COMCAST CORP CL A | 40.670 | | |
| | 1,168 | | | EXXON MOBIL CORP | 71.420 | | |
| | 2,032 | | | GENERAL ELECTRIC CO | 35.110 | | |
| | 80 | | | GOLDMAN SACHS GROUP INC | 189.790 | | |
| | 544 | | | HEWLETT PACKARD CO | 38.740 | | |
| | 400 | | | HOME DEPOT INC | 37.330 | | |
| | 1,136 | | | INTEL CORP | 21.340 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING: 10/31/06
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 304 | | | INTERNATIONAL BUSINESS MACHS | 92.330 | | |
| | 672 | | | J.P. MORGAN CHASE & CO | 47.440 | | |
| | 576 | | | JOHNSON & JOHNSON | 67.400 | | |
| | 432 | | | MERCK & CO | 45.420 | | |
| | 176 | | | MERRILL LYNCH & CO INC | 87.420 | | |
| | 1,696 | | | MICROSOFT CORP | 28.710 | | |
| | 208 | | | MORGAN STANLEY | 76.430 | | |
| | 800 | | | ORACLE CORPORATION | 18.470 | | |
| | 320 | | | PEPSICO INC | 63.440 | | |
| | 1,440 | | | PFIZER INC | 26.650 | | |
| | 624 | | | PROCTER & GAMBLE CO | 63.390 | | |
| | 224 | | | SCHLUMBERGER LTD | 63.080 | | |
| | 10,974 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 800 | | | TIME WARNER INC | 20.010 | | |
| | 208 | | | UNITED PARCEL SVC INC CLASS B | 75.350 | | |
| | 192 | | | UNITED TECHNOLOGIES CORP | 65.720 | | |
| | 576 | | | VERIZON COMMUNICATIONS | 37 | | |
| | 384 | | | WACHOVIA CORP  NEW | 55.500 | | |
| | 480 | | | WAL-MART STORES INC | 49.280 | | |
| | 656 | | | WELLS FARGO & CO NEW | 36.290 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 1,031,458.96 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/06 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | *******4577 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 16,432.17 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,905,064.33 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4577

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 37,077.00 |
| 10/31 | | 16 | 87028 | S & P 100 INDEX NOVEMBER 650 CALL | 3.400 | | 5,424.00 |
| 10/31 | 16 | | 91289 | S & P 100 INDEX NOVEMBER 640 PUT | 3.500 | 5,616.00 | |
| | | | | NEW BALANCE | | | 36,885.00 |
| | | 16 | | SECURITY POSITIONS S & P 100 INDEX NOVEMBER 650 CALL | MKT PRICE 1.550 | | |
| | 16 | | | S & P 100 INDEX NOVEMBER 640 PUT | 4.500 | | |
| | | | | MARKET VALUE OF SECURITIES    LONG          SHORT    7,200.00      2,480.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 62,168.05 | |
| 9/01 | | | | BOEING CO DIV 8/11/06 9/01/06 | DIV | | 51.00 |
| 9/01 | | | | INTEL CORP DIV 8/07/06 9/01/06 | DIV | | 127.50 |
| 9/01 | | | | WELLS FARGO & CO NEW DIV 8/04/06 9/01/06 | DIV | | 199.92 |
| 9/05 | | | | PFIZER INC DIV 8/11/06 9/05/06 | DIV | | 375.36 |
| 9/05 | | | | WAL-MART STORES INC DIV 8/18/06 9/05/06 | DIV | | 88.27 |
| 9/06 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/21/06 9/06/06 | DIV | | 90.44 |
| 9/11 | | | | CHEVRON CORP DIV 8/18/06 9/11/06 | DIV | | 247.52 |
| 9/11 | | | | EXXON MOBIL CORP DIV 8/14/06 9/11/06 | DIV | | 413.44 |
| 9/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 8/10/06 9/09/06 | DIV | | 102.00 |
| 9/12 | | | | JOHNSON & JOHNSON DIV 8/29/06 9/12/06 | DIV | | 235.88 |
| 9/14 | | | | MICROSOFT CORP DIV 8/17/06 9/14/06 | DIV | | 168.30 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/06 | 2 |

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/15 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/15/06 | DIV | | 89.04 |
| 9/15 | | | | AMERICAN INTL GROUP INC DIV  9/01/06  9/15/06 | DIV | | 92.57 |
| 9/15 | | | | TIME WARNER INC DIV  8/31/06  9/15/06 | DIV | | 50.49 |
| 9/15 | | 24,229 | 44585 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,229.00 |
| 9/15 | | 25,000 | 47483 | U S TREASURY BILL DUE 11/2/2006          11/02/2006 | 99.371 | | 24,842.75 |
| 9/15 | 34,303 | | 54214 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,303.00 | |
| 9/21 | | | | HOME DEPOT INC DIV  9/07/06  9/21/06 | DIV | | 66.30 |
| 9/22 | | | | BANK OF AMERICA DIV  9/01/06  9/22/06 | DIV | | 542.64 |
| 9/25 | | 2,244 | 2186 | GENERAL ELECTRIC CO | 34.900 | | 78,226.60 |
| 9/25 | | 714 | 3592 | WELLS FARGO & CO NEW | 36.120 | | 25,761.68 |
| 9/25 | | 85 | 6183 | GOLDMAN SACHS GROUP INC | 166.480 | | 14,147.80 |
| 9/25 | | 527 | 7832 | WAL-MART STORES INC | 48.720 | | 25,654.44 |
| 9/25 | | 442 | 10349 | HOME DEPOT INC | 36.300 | | 16,027.60 |
| 9/25 | | 1,292 | 12072 | EXXON MOBIL CORP | 65.700 | | 84,833.40 |
| 9/25 | | 612 | 14589 | HEWLETT PACKARD CO | 36.780 | | 22,485.36 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| | | | | PERIOD ENDING | PAGE |
|---|---|---|---|---|---|
| | | | | 9/30/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/25 | | 340 | 18829 | INTERNATIONAL BUSINESS MACHS | 82.310 | | 27,972.40 |
| 9/25 | | 1,275 | 23069 | INTEL CORP | 19.600 | | 24,939.00 |
| 9/25 | | 629 | 27309 | JOHNSON & JOHNSON | 64.350 | | 40,451.15 |
| 9/25 | | 748 | 31548 | J.P. MORGAN CHASE & CO | 47.440 | | 35,456.12 |
| 9/25 | | 442 | 35788 | COCA COLA CO | 44.550 | | 19,674.10 |
| 9/25 | | 204 | 40006 | MERRILL LYNCH & CO INC | 77.800 | | 15,863.20 |
| 9/25 | | 442 | 44233 | ALTRIA GROUP INC | 82.460 | | 36,430.32 |
| 9/25 | | 459 | 48473 | MERCK & CO | 41.770 | | 19,154.43 |
| 9/25 | | 221 | 52712 | MORGAN STANLEY | 73.400 | | 16,213.40 |
| 9/25 | | 1,870 | 56953 | MICROSOFT CORP | 27.150 | | 50,696.50 |
| 9/25 | | 323 | 58197 | ABBOTT LABORATORIES | 49.200 | | 15,879.60 |
| 9/25 | | 561 | 62359 | AMERICAN INTL GROUP INC | 65.600 | | 36,779.60 |
| 9/25 | | 255 | 66599 | AMGEN INC | 70.750 | | 18,031.25 |
| 9/25 | | 357 | 69673 | PEPSICO INC | 65.120 | | 23,233.84 |
| 9/25 | | 272 | 70394 | AMERICAN EXPRESS COMPANY | 53.970 | | 14,669.84 |
| 9/25 | | 170 | 72945 | BOEING CO | 76.200 | | 12,948.00 |
| 9/25 | | 1,564 | 73913 | PFIZER INC | 28.310 | | 44,214.84 |
| 9/25 | | 969 | 76783 | BANK OF AMERICA | 52.470 | | 50,805.43 |
| 9/25 | | 697 | 78153 | PROCTER & GAMBLE CO | 61.280 | | 42,685.16 |
| 9/25 | | 1,054 | 81023 | CITI GROUP INC | 50 | | 52,658.00 |
| 9/25 | | 255 | 82393 | SCHLUMBERGER LTD | 58.070 | | 14,797.85 |
| 9/25 | | 459 | 85263 | COMCAST CORP CL A | 34.900 | | 16,001.10 |
| 9/25 | | 833 | 86631 | AT&T INC | 31.610 | | 26,298.13 |
| 9/25 | | 1,326 | 89503 | CISCO SYSTEMS INC | 22.960 | | 30,391.96 |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL    33319

**PERIOD ENDING** 9/30/06

**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/25 | | 918 | 90871 | TIME WARNER INC | 17.440 | | 15,973.92 |
| 9/25 | | 476 | 93743 | CHEVRON CORP | 61.930 | | 29,459.68 |
| 9/25 | | 238 | 95111 | UNITED PARCEL SVC INC | 73.160 | | 17,403.08 |
| | | | | CLASS B | | | |
| 9/25 | | 459 | 97959 | THE WALT DISNEY CO | 30.950 | | 14,188.05 |
| 9/25 | | 629 | 99351 | VERIZON COMMUNICATIONS | 36.160 | | 22,719.64 |
| 9/25 | 1,050,000 | | 25212 | U S TREASURY BILL | 98.842 | 1,037,841.00 | |
| | | | | DUE 12/21/2006 | | | |
| | | | | 12/21/2006 | | | |
| 9/25 | 5,052 | | 29448 | FIDELITY SPARTAN | 1 | 5,052.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/29 | | | | PEPSICO INC | DIV | | 107.10 |
| | | | | DIV 9/08/06  9/29/06 | | | |
| 9/29 | 2,958 | | 46363 | FIDELITY SPARTAN | 1 | 2,958.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 37,076.06 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 42,313 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,050,000 | | | U S TREASURY BILL | 98.903 | | |
| | | | | DUE 12/21/2006 | | | |
| | | | | 12/21/2006 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,080,794.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/06 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 15,503.01 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,847,927.58 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC      FL  33319

PERIOD ENDING **9/30/06**

PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-4-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 62,169.00 |
| 9/15 | 17 | | 26154 | S & P 100 INDEX SEPTEMBER 595 CALL | 8.200 | 13,957.00 | |
| 9/15 | | 17 | 30567 | S & P 100 INDEX SEPTEMBER 585 PUT | .200 | | 323.00 |
| 9/15 | | 17 | 34980 | S & P 100 INDEX OCTOBER 610 CALL | 5.300 | | 8,993.00 |
| 9/15 | 17 | | 39393 | S & P 100 INDEX OCTOBER 600 PUT | 6 | 10,217.00 | |
| 9/25 | 17 | | 61193 | S & P 100 INDEX OCTOBER 610 CALL | 9 | 15,317.00 | |
| 9/25 | | 17 | 65433 | S & P 100 INDEX OCTOBER 600 PUT | 3 | | 5,083.00 |
| | | | | NEW BALANCE | | | 37,077.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
8/31/06

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 85,441.52 | |
| 8/15 | | | | ABBOTT LABORATORIES DIV 7/14/06  8/15/06 | DIV | | 95.29 |
| 8/15 | | | | PROCTER & GAMBLE CO DIV 7/21/06  8/15/06 | DIV | | 216.07 |
| 8/17 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 08/17/06 | DIV | | 46.90 |
| 8/17 | 357 | | | WELLS FARGO & CO NEW DIV 8/16/06  8/17/06 | RECD | | |
| 8/17 | | 50,000 | 478 | U S TREASURY BILL DUE 11/30/2006          11/30/2006 | 98.562 | | 49,281.00 |
| 8/17 | 25,000 | | 3159 | U S TREASURY BILL DUE 11/2/2006          11/02/2006 | 98.948 | 24,737.00 | |
| 8/17 | 23,321 | | 6870 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,321.00 | |
| 8/17 | | 22,003 | 96884 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,003.00 |
| 8/23 | | | | MERRILL LYNCH & CO INC DIV 8/04/06  8/23/06 | DIV | | 51.00 |
| 8/24 | | | | GOLDMAN SACHS GROUP INC DIV 7/25/06  8/24/06 | DIV | | 29.75 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 8/24 | 341 | | 11093 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 341.00 | |
| 8/25 | | | | CITI GROUP INC DIV  8/07/06  8/25/06 | DIV | | 516.46 |
| 8/31 | 567 | | 19931 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 567.00 | |
| | | | | NEW BALANCE | | 62,168.05 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 833 | | | AT&T INC | 31.130 | | |
| | 323 | | | ABBOTT LABORATORIES | 48.700 | | |
| | 442 | | | ALTRIA GROUP INC | 83.530 | | |
| | 272 | | | AMERICAN EXPRESS COMPANY | 52.540 | | |
| | 561 | | | AMERICAN INTL GROUP INC | 63.820 | | |
| | 255 | | | AMGEN INC | 67.930 | | |
| | 969 | | | BANK OF AMERICA | 51.470 | | |
| | 170 | | | BOEING CO | 74.900 | | |
| | 476 | | | CHEVRON CORP | 64.400 | | |
| | 1,326 | | | CISCO SYSTEMS INC | 21.990 | | |
| | 1,054 | | | CITI GROUP INC | 49.350 | | |
| | 442 | | | COCA COLA CO | 44.810 | | |
| | 459 | | | COMCAST CORP CL A | 35 | | |
| | 459 | | | THE WALT DISNEY CO | 29.650 | | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/06 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,292 | | | EXXON MOBIL CORP | 67.670 | | |
| | 2,244 | | | GENERAL ELECTRIC CO | 34.060 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 148.650 | | |
| | 612 | | | HEWLETT PACKARD CO | 36.560 | | |
| | 442 | | | HOME DEPOT INC | 34.290 | | |
| | 1,275 | | | INTEL CORP | 19.540 | | |
| | 340 | | | INTERNATIONAL BUSINESS MACHS | 80.970 | | |
| | 748 | | | J.P. MORGAN CHASE & CO | 45.660 | | |
| | 629 | | | JOHNSON & JOHNSON | 64.600 | | |
| | 459 | | | MERCK & CO | 40.550 | | |
| | 204 | | | MERRILL LYNCH & CO INC | 73.530 | | |
| | 1,870 | | | MICROSOFT CORP | 25.690 | | |
| | 221 | | | MORGAN STANLEY | 65.790 | | |
| | 357 | | | PEPSICO INC | 65.280 | | |
| | 1,564 | | | PFIZER INC | 27.560 | | |
| | 697 | | | PROCTER & GAMBLE CO | 61.900 | | |
| | 255 | | | SCHLUMBERGER LTD | 61.300 | | |
| | 24,229 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 918 | | | TIME WARNER INC | 16.620 | | |
| | 238 | | | UNITED PARCEL SVC INC | 70.050 | | |
| | | | | CLASS B | | | |
| | 25,000 | | | U S TREASURY BILL | 99.144 | | |
| | | | | DUE 11/2/2006 | | | |
| | | | | 11/02/2006 | | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/06 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 629 | | | VERIZON COMMUNICATIONS | 35.180 | | |
| | 527 | | | WAL-MART STORES INC | 44.720 | | |
| | 714 | | | WELLS FARGO & CO NEW | 34.750 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,083,998.63 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/06 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 12,455.24 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,769,958.36 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING
8/31/06

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 85,442.00 |
| 8/17 | 17 | | 78930 | S & P 100 INDEX AUGUST 575 CALL | 13.600 | 23,137.00 | |
| 8/17 | | 17 | 83362 | S & P 100 INDEX SEPTEMBER 595 CALL | 5.800 | | 9,843.00 |
| 8/17 | | 17 | 87794 | S & P 100 INDEX AUGUST 565 PUT | .150 | | 238.00 |
| 8/17 | 17 | | 92226 | S & P 100 INDEX SEPTEMBER 585 PUT | 6 | 10,217.00 | |
| | | | | NEW BALANCE | | | 62,169.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX SEPTEMBER 595 CALL | 10.600 | | |
| | 17 | | | S & P 100 INDEX SEPTEMBER 585 PUT | .800 | | |

MARKET VALUE OF SECURITIES
            LONG                    SHORT
         1,360.00           18,020.00-



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 64,446.25 | |
| 7/03 | | | | CHEVRON CORP | DIV | | 247.52 |
| | | | | DIV  5/19/06  6/12/06 | | | |
| 7/03 | | | | AMERICAN INTL GROUP INC | DIV | | 81.60 |
| | | | | DIV  6/02/06  6/16/06 | | | |
| 7/03 | | | | COCA COLA CO | DIV | | 137.02 |
| | | | | DIV  6/15/06  7/01/06 | | | |
| 7/03 | | | | MERCK & CO | DIV | | 174.42 |
| | | | | DIV  6/02/06  7/03/06 | | | |
| 7/03 | 329 | | 29182 | FIDELITY SPARTAN | 1 | 329.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 7/05 | | | | HEWLETT PACKARD CO | DIV | | 47.60 |
| | | | | DIV  6/14/06  7/05/06 | | | |
| 7/07 | | | | SCHLUMBERGER LTD | DIV | | 29.75 |
| | | | | DIV  6/07/06  7/07/06 | | | |
| 7/10 | | | | CHECK | CW | 28,630.00 | |
| 7/10 | | | | ALTRIA GROUP INC | DIV | | 353.60 |
| | | | | DIV  6/15/06  7/10/06 | | | |
| 7/12 | | 475,000 | 37899 | U S TREASURY BILL | 99.988 | | 474,943.00 |
| | | | | DUE 7/13/2006 | | | |
| | | | | 7/13/2006 | | | |
| 7/13 | 527 | | 2377 | WAL-MART STORES INC | 46.210 | 24,352.67 | |
| 7/13 | 442 | | 4260 | HOME DEPOT INC | 35.240 | 15,576.08 | |
| 7/13 | 1,292 | | 6643 | EXXON MOBIL CORP | 62.830 | 81,176.36 | |
| | | | | CONTINUED ON PAGE   2 | | | |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/13 | 612 | | 8526 | HEWLETT PACKARD CO | 32.210 | 19,712.52 | |
| 7/13 | 340 | | 12792 | INTERNATIONAL BUSINESS MACHS | 76.110 | 25,877.40 | |
| 7/13 | 1,275 | | 17058 | INTEL CORP | 18.310 | 23,345.25 | |
| 7/13 | 629 | | 21324 | JOHNSON & JOHNSON | 60.750 | 38,211.75 | |
| 7/13 | 748 | | 25590 | J.P. MORGAN CHASE & CO | 42.540 | 31,819.92 | |
| 7/13 | 442 | | 29856 | COCA COLA CO | 43.290 | 19,134.18 | |
| 7/13 | 204 | | 34122 | MERRILL LYNCH & CO INC | 71.300 | 14,545.20 | |
| 7/13 | 442 | | 38388 | ALTRIA GROUP INC | 78.030 | 34,489.26 | |
| 7/13 | | 525,000 | 42114 | U S TREASURY BILL DUE 7/20/2006 7/20/2006 | 99.912 | | 524,538.00 |
| 7/13 | 459 | | 42654 | MERCK & CO | 37.110 | 17,033.49 | |
| 7/13 | | 50,000 | 45089 | U S TREASURY BILL DUE 7/27/2006 7/27/2006 | 99.821 | | 49,910.50 |
| 7/13 | 221 | | 46920 | MORGAN STANLEY | 64.320 | 14,214.72 | |
| 7/13 | 323 | | 48801 | ABBOTT LABORATORIES | 43.900 | 14,179.70 | |
| 7/13 | 1,870 | | 51186 | MICROSOFT CORP | 23.450 | 43,851.50 | |
| 7/13 | 561 | | 53067 | AMERICAN INTL GROUP INC | 59.190 | 33,205.59 | |
| 7/13 | 255 | | 57333 | AMGEN INC | 66.560 | 16,972.80 | |
| 7/13 | 272 | | 61599 | AMERICAN EXPRESS COMPANY | 52.250 | 14,212.00 | |
| 7/13 | 357 | | 63984 | PEPSICO INC | 60.650 | 21,652.05 | |
| 7/13 | 170 | | 65865 | BOEING CO | 80.080 | 13,613.60 | |
| 7/13 | 1,564 | | 68250 | PFIZER INC | 23.840 | 37,285.76 | |
| 7/13 | 969 | | 70131 | BANK OF AMERICA | 49.090 | 47,568.21 | |

CONTINUED ON PAGE      3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/13 | 697 | | 72516 | PROCTER & GAMBLE CO | 56.700 | 39,519.90 | |
| 7/13 | 1,054 | | 74397 | CITI GROUP INC | 49.370 | 52,035.98 | |
| 7/13 | 255 | | 76782 | SCHLUMBERGER LTD | 62.900 | 16,039.50 | |
| 7/13 | 459 | | 78663 | COMCAST CORP CL A | 32.110 | 14,738.49 | |
| 7/13 | 833 | | 81046 | AT&T INC | 27.700 | 23,074.10 | |
| 7/13 | 1,326 | | 82929 | CISCO SYSTEMS INC | 19.080 | 25,300.08 | |
| 7/13 | 918 | | 85312 | TIME WARNER INC | 16.760 | 15,385.68 | |
| 7/13 | 476 | | 87195 | CHEVRON CORP | 63.440 | 30,197.44 | |
| 7/13 | 238 | | 89578 | UNITED PARCEL SVC INC CLASS B | 81.140 | 19,311.32 | |
| 7/13 | 459 | | 91461 | THE WALT DISNEY CO | 30.170 | 13,848.03 | |
| 7/13 | 629 | | 93844 | VERIZON COMMUNICATIONS | 32.950 | 20,725.55 | |
| 7/13 | 2,244 | | 95727 | GENERAL ELECTRIC CO | 33.200 | 74,500.80 | |
| 7/13 | 357 | | 98110 | WELLS FARGO & CO NEW | 68.260 | 24,368.82 | |
| 7/13 | 85 | | 99993 | GOLDMAN SACHS GROUP INC | 149.060 | 12,670.10 | |
| 7/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/13/06 | DIV | | 19.00 |
| 7/13 | 47,398 | | 11031 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 47,398.00 | |
| 7/13 | | 12,182 | 33765 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,182.00 |
| 7/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/21/06 | DIV | | 46.19 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/21 | | 47,398 | 53296 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,398.00 |
| 7/21 | 50,000 | | 56787 | U S TREASURY BILL DUE 11/30/2006 11/30/2006 | 98.167 | 49,083.50 | |
| 7/21 | 21,175 | | 60532 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,175.00 | |
| 7/31 | | | | MORGAN STANLEY DIV 7/14/06 7/31/06 | DIV | | 59.67 |
| 7/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/31/06 | DIV | | 26.16 |
| 7/31 | | 21,175 | 69089 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,175.00 |
| 7/31 | 22,003 | | 74135 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,003.00 | |
| | | | | NEW BALANCE | | 85,441.52 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 833 | | | AT&T INC | 29.990 | | |
| | 323 | | | ABBOTT LABORATORIES | 47.770 | | |
| | 442 | | | ALTRIA GROUP INC | 79.970 | | |
| | 272 | | | AMERICAN EXPRESS COMPANY | 52.060 | | |
| | 561 | | | AMERICAN INTL GROUP INC | 60.670 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 255 | | | AMGEN INC | 69.740 | | |
| | 969 | | | BANK OF AMERICA | 51.530 | | |
| | 170 | | | BOEING CO | 77.420 | | |
| | 476 | | | CHEVRON CORP | 65.780 | | |
| | 1,326 | | | CISCO SYSTEMS INC | 17.850 | | |
| | 1,054 | | | CITI GROUP INC | 48.310 | | |
| | 442 | | | COCA COLA CO | 44.500 | | |
| | 459 | | | COMCAST CORP CL A | 34.380 | | |
| | 459 | | | THE WALT DISNEY CO | 29.690 | | |
| | 1,292 | | | EXXON MOBIL CORP | 67.740 | | |
| | 2,244 | | | GENERAL ELECTRIC CO | 32.690 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 152.750 | | |
| | 612 | | | HEWLETT PACKARD CO | 31.910 | | |
| | 442 | | | HOME DEPOT INC | 34.710 | | |
| | 1,275 | | | INTEL CORP | 18 | | |
| | 340 | | | INTERNATIONAL BUSINESS MACHS | 77.410 | | |
| | 748 | | | J.P. MORGAN CHASE & CO | 45.620 | | |
| | 629 | | | JOHNSON & JOHNSON | 62.550 | | |
| | 459 | | | MERCK & CO | 40.270 | | |
| | 204 | | | MERRILL LYNCH & CO INC | 72.820 | | |
| | 1,870 | | | MICROSOFT CORP | 24.030 | | |
| | 221 | | | MORGAN STANLEY | 66.500 | | |
| | 357 | | | PEPSICO INC | 63.380 | | |
| | 1,564 | | | PFIZER INC | 25.990 | | |
| | | | | CONTINUED ON PAGE    6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC              FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 697 | | | PROCTER & GAMBLE CO | 56.200 | | |
| | 255 | | | SCHLUMBERGER LTD | 66.850 | | |
| | 22,003 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 918 | | | TIME WARNER INC | 16.500 | | |
| | 238 | | | UNITED PARCEL SVC INC | 68.910 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 98.323 | | |
| | | | | DUE 11/30/2006 | | | |
| | | | | 11/30/2006 | | | |
| | 629 | | | VERIZON COMMUNICATIONS | 33.820 | | |
| | 527 | | | WAL-MART STORES INC | 44.500 | | |
| | 357 | | | WELLS FARGO & CO NEW | 72.340 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,077,002.99 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,499.77 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,720,677.36 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 64,447.00 |
| 7/13 | | 17 | 55452 | S & P 100 INDEX JULY 590 CALL | 2.050 | | 3,468.00 |
| 7/13 | 17 | | 59718 | S & P 100 INDEX JULY 580 PUT | 3.100 | 5,287.00 | |
| 7/21 | 17 | | 26519 | S & P 100 INDEX JULY 590 CALL | .050 | 85.00 | |
| 7/21 | | 17 | 30959 | S & P 100 INDEX AUGUST 575 CALL | 7 | | 11,883.00 |
| 7/21 | | 17 | 35399 | S & P 100 INDEX JULY 580 PUT | 14.700 | | 24,973.00 |
| 7/21 | 17 | | 39839 | S & P 100 INDEX AUGUST 565 PUT | 8.200 | 13,957.00 | |
| | | | | NEW BALANCE | | | 85,442.00 |
| | | 17 | | SECURITY POSITIONS S & P 100 INDEX AUGUST 575 CALL | MKT PRICE 17.200 | | |
| | 17 | | | S & P 100 INDEX AUGUST 565 PUT | 1.100 | | |

```
               MARKET VALUE OF SECURITIES
                    LONG              SHORT
                 1,870.00         29,240.00-
```

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 25,295.85 | |
| 6/01 | | | | INTEL CORP DIV 5/07/06 6/01/06 | DIV | | 124.10 |
| 6/01 | | | | WELLS FARGO & CO NEW DIV 5/05/06 6/01/06 | DIV | | 185.64 |
| 6/02 | | | | BOEING CO DIV 5/12/06 6/02/06 | DIV | | 51.00 |
| 6/05 | | | | WAL-MART STORES INC DIV 5/19/06 6/05/06 | DIV | | 88.27 |
| 6/06 | | | | PFIZER INC DIV 5/12/06 6/06/06 | DIV | | 371.28 |
| 6/08 | | | | MICROSOFT CORP DIV 5/17/06 6/08/06 | DIV | | 168.30 |
| 6/09 | | | | EXXON MOBIL CORP DIV 5/12/06 6/09/06 | DIV | | 413.44 |
| 6/12 | | | | INTERNATIONAL BUSINESS MACHS DIV 5/10/06 6/10/06 | DIV | | 96.90 |
| 6/13 | | | | JOHNSON & JOHNSON DIV 5/30/06 6/13/06 | DIV | | 235.88 |
| 6/15 | | | | TIME WARNER INC DIV 5/31/06 6/15/06 | DIV | | 47.60 |
| 6/20 | | 323 | 139 | INTERNATIONAL BUSINESS MACHS | 77.790 | | 25,126.17 |
| 6/20 | | 1,241 | 4396 | INTEL CORP | 17.900 | | 22,213.90 |
| 6/20 | | 629 | 8653 | JOHNSON & JOHNSON | 61.140 | | 38,457.06 |
| | | | | CONTINUED ON PAGE     2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/06 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/20 | | 731 | 12910 | J.P. MORGAN CHASE & CO | 40.210 | | 29,393.51 |
| 6/20 | | 442 | 17167 | COCA COLA CO | 42.880 | | 18,952.96 |
| 6/20 | | 255 | 21285 | MEDTRONIC INC | 50.460 | | 12,867.30 |
| 6/20 | | 187 | 25506 | MERRILL LYNCH & CO INC | 66.930 | | 12,515.91 |
| 6/20 | | 442 | 29763 | ALTRIA GROUP INC | 70.420 | | 31,125.64 |
| 6/20 | | 459 | 34020 | MERCK & CO | 33.720 | | 15,477.48 |
| 6/20 | | 221 | 38277 | MORGAN STANLEY | 56.580 | | 12,504.18 |
| 6/20 | | 323 | 40714 | ABBOTT LABORATORIES | 42.710 | | 13,795.33 |
| 6/20 | | 1,870 | 42534 | MICROSOFT CORP | 22.020 | | 41,177.40 |
| 6/20 | | 544 | 44961 | AMERICAN INTL GROUP INC | 59.710 | | 32,482.24 |
| 6/20 | | 255 | 49218 | AMGEN INC | 67.410 | | 17,189.55 |
| 6/20 | | 272 | 53443 | AMERICAN EXPRESS COMPANY | 53.290 | | 14,494.88 |
| 6/20 | | 357 | 55305 | PEPSICO INC | 58.890 | | 21,023.73 |
| 6/20 | | 170 | 57593 | BOEING CO | 83.480 | | 14,191.60 |
| 6/20 | | 1,547 | 59562 | PFIZER INC | 23.470 | | 36,308.09 |
| 6/20 | | 986 | 61828 | BANK OF AMERICA | 47.620 | | 46,953.32 |
| 6/20 | | 697 | 63819 | PROCTER & GAMBLE CO | 55.010 | | 38,341.97 |
| 6/20 | | 1,054 | 66085 | CITI GROUP INC | 48.570 | | 51,192.78 |
| 6/20 | | 238 | 68076 | SCHLUMBERGER LTD | 57.190 | | 13,611.22 |
| 6/20 | | 1,292 | 70342 | CISCO SYSTEMS INC | 20.070 | | 25,930.44 |
| 6/20 | | 816 | 72330 | AT&T INC | 27.330 | | 22,301.28 |
| 6/20 | | 476 | 74599 | CHEVRON CORP | 58.580 | | 27,884.08 |
| 6/20 | | 952 | 76587 | TIME WARNER INC | 17.030 | | 16,212.56 |
| 6/20 | | 493 | 78856 | DELL INC | 25.090 | | 12,369.37 |
| 6/20 | | 238 | 80844 | UNITED PARCEL SVC INC CLASS B | 78.210 | | 18,613.98 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/20 | | 2,210 | 83113 | GENERAL ELECTRIC CO | 34 | | 75,140.00 |
| 6/20 | | 612 | 85101 | VERIZON COMMUNICATIONS | 31.900 | | 19,522.80 |
| 6/20 | | 85 | 87367 | GOLDMAN SACHS GROUP INC | 141.310 | | 12,011.35 |
| 6/20 | | 357 | 89358 | WELLS FARGO & CO NEW | 66.640 | | 23,790.48 |
| 6/20 | | 442 | 91624 | HOME DEPOT INC | 37.040 | | 16,371.68 |
| 6/20 | | 527 | 93615 | WAL-MART STORES INC | 47.860 | | 25,222.22 |
| 6/20 | | 595 | 95881 | HEWLETT PACKARD CO | 30.610 | | 18,212.95 |
| 6/20 | | 1,292 | 97872 | EXXON MOBIL CORP | 59.100 | | 76,357.20 |
| 6/20 | 475,000 | | 3948 | U S TREASURY BILL DUE 7/13/2006 | 99.708 | 473,613.00 | |
| | | | | 7/13/2006 | | | |
| 6/20 | 475,000 | | 8190 | U S TREASURY BILL DUE 7/20/2006 | 99.615 | 473,171.25 | |
| | | | | 7/20/2006 | | | |
| 6/20 | 41,703 | | 12441 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,703.00 | |
| 6/22 | | | | HOME DEPOT INC DIV 6/08/06  6/22/06 | DIV | | 66.30 |
| 6/23 | | | | BANK OF AMERICA DIV 6/02/06  6/23/06 | DIV | | 493.00 |
| 6/30 | | | | PEPSICO INC DIV 6/09/06  6/30/06 | DIV | | 107.10 |
| 6/30 | | | | SPRINT NEXTEL CORP DIV 5/17/06  6/30/06 | DIV | | 15.73 |
| 6/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/30/06 | DIV | | 112.20 |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/06 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/30 | | 59,112 | 17795 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 59,112.00 |
| 6/30 | 50,000 | | 20928 | U S TREASURY BILL DUE 7/27/2006 7/27/2006 | 99.671 | 49,835.50 | |
| 6/30 | 11,853 | | 24977 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,853.00 | |
| | | | | NEW BALANCE | | 64,446.25 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 11,853 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 475,000 | | | U S TREASURY BILL DUE 7/13/2006 7/13/2006 | 99.846 | | |
| | 525,000 | | | U S TREASURY BILL DUE 7/20/2006 7/20/2006 | 99.761 | | |
| | 50,000 | | | U S TREASURY BILL DUE 7/27/2006 7/27/2006 | 99.671 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,059,702.25 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL    33319

| | |
|---|---|
| **PERIOD ENDING** | **PAGE** |
| 6/30/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,277.24 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,671,285.86 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 25,296.00 |
| 6/20 | 17 | | 46791 | S & P 100 INDEX JUNE 595 CALL | .050 | 102.00 | |
| 6/20 | | 17 | 51048 | S & P 100 INDEX JUNE 590 PUT | 23.100 | | 39,253.00 |
| | | | | NEW BALANCE | | | 64,447.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,061.44 | |
| 5/01 | | | | AT&T INC DIV 4/10/06 5/01/06 | DIV | | 271.32 |
| 5/01 | | | | J.P. MORGAN CHASE & CO DIV 4/06/06 4/30/06 | DIV | | 248.54 |
| 5/01 | | | | VERIZON COMMUNICATIONS DIV 4/10/06 5/01/06 | DIV | | 247.86 |
| 5/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/10/06 | DIV | | 54.07 |
| 5/10 | | | | AMERICAN EXPRESS COMPANY DIV 4/07/06 5/10/06 | DIV | | 32.64 |
| 5/10 | | 39,331 | 32272 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 39,331.00 |
| 5/10 | 34,727 | | 40715 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,727.00 | |
| 5/15 | | | | ABBOTT LABORATORIES DIV 4/13/06 5/15/06 | DIV | | 95.29 |
| 5/15 | | | | PROCTER & GAMBLE CO DIV 4/21/06 5/15/06 | DIV | | 216.07 |
| 5/19 | | 629 | 81190 | SPRINT NEXTEL CORP | 24.720 | | 15,548.88 |
| 5/19 | 15,158 | | 87722 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,158.00 | |
| 5/22 | 15,283 | | 94156 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,283.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/24 | | | | MERRILL LYNCH & CO INC DIV  5/08/06   5/24/06 | DIV | | 46.75 |
| 5/25 | | | | GOLDMAN SACHS GROUP INC DIV  4/25/06   5/25/06 | DIV | | 29.75 |
| 5/26 | | | | CITI GROUP INC DIV  5/01/06   5/26/06 | DIV | | 516.46 |
| 5/31 | | | | UNITED PARCEL SVC INC CLASS B DIV  5/15/06   5/31/06 | DIV | | 90.44 |
| 5/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/31/06 | DIV | | 122.52 |
| 5/31 | | 65,168 | 3382 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 65,168.00 |
| 5/31 | 50,000 | | 6320 | U S TREASURY BILL DUE 7/20/2006            7/20/2006 | 99.354 | 49,677.00 | |
| 5/31 | 17,409 | | 10134 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,409.00 | |
| | | | | NEW BALANCE | | 25,295.85 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 816 | | | AT&T INC | 26.060 | | |
| | 323 | | | ABBOTT LABORATORIES | 42.700 | | |
| | | | | CONTINUED ON PAGE      3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 442 | | | ALTRIA GROUP INC | 72.350 | | |
| | 272 | | | AMERICAN EXPRESS COMPANY | 54.360 | | |
| | 544 | | | AMERICAN INTL GROUP INC | 60.800 | | |
| | 255 | | | AMGEN INC | 67.590 | | |
| | 986 | | | BANK OF AMERICA | 48.400 | | |
| | 170 | | | BOEING CO | 83.250 | | |
| | 476 | | | CHEVRON CORP | 59.790 | | |
| | 1,292 | | | CISCO SYSTEMS INC | 19.680 | | |
| | 1,054 | | | CITI GROUP INC | 49.300 | | |
| | 442 | | | COCA COLA CO | 44.030 | | |
| | 493 | | | DELL INC | 25.380 | | |
| | 1,292 | | | EXXON MOBIL CORP | 60.910 | | |
| | 2,210 | | | GENERAL ELECTRIC CO | 34.260 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 150.950 | | |
| | 595 | | | HEWLETT PACKARD CO | 32.380 | | |
| | 442 | | | HOME DEPOT INC | 38.120 | | |
| | 1,241 | | | INTEL CORP | 18.020 | | |
| | 323 | | | INTERNATIONAL BUSINESS MACHS | 79.900 | | |
| | 731 | | | J.P. MORGAN CHASE & CO | 42.640 | | |
| | 629 | | | JOHNSON & JOHNSON | 60.220 | | |
| | 255 | | | MEDTRONIC INC | 50.490 | | |
| | 459 | | | MERCK & CO | 33.290 | | |
| | 187 | | | MERRILL LYNCH & CO INC | 72.410 | | |
| | 1,870 | | | MICROSOFT CORP | 22.650 | | |
| | 221 | | | MORGAN STANLEY | 59.620 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 357 | | | PEPSICO INC | 60.460 | | |
| | 1,547 | | | PFIZER INC | 23.660 | | |
| | 697 | | | PROCTER & GAMBLE CO | 54.250 | | |
| | 238 | | | SCHLUMBERGER LTD | 65.570 | | |
| | 17,409 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 952 | | | TIME WARNER INC | 17.210 | | |
| | 238 | | | UNITED PARCEL SVC INC CLASS B | 80.550 | | |
| | 50,000 | | | U S TREASURY BILL DUE 7/20/2006      7/20/2006 | 99.354 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 31.210 | | |
| | 527 | | | WAL-MART STORES INC | 48.450 | | |
| | 357 | | | WELLS FARGO & CO NEW | 66.370 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG                              SHORT 1,032,204.56 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,700.50 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,721,949.25 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 15,062.00 |
| 5/10 | 17 | | 14451 | S & P 100 INDEX MAY 595 CALL | 7.200 | 12,257.00 | |
| 5/10 | | 17 | 18876 | S & P 100 INDEX MAY 585 PUT | .900 | | 1,513.00 |
| 5/10 | 17 | | 23301 | S & P 100 INDEX MAY 595 PUT | 2.200 | 3,757.00 | |
| 5/10 | | 17 | 27726 | S & P 100 INDEX MAY 600 CALL | 5.800 | | 9,843.00 |
| 5/19 | | 17 | 63480 | S & P 100 INDEX JUNE 595 CALL | 6.600 | | 11,203.00 |
| 5/19 | 17 | | 72330 | S & P 100 INDEX JUNE 590 PUT | 6.400 | 10,897.00 | |
| 5/19 | 17 | | 76755 | S & P 100 INDEX MAY 600 CALL | .400 | 697.00 | |
| 5/22 | | 17 | 67905 | S & P 100 INDEX MAY 595 PUT | 9 | | 15,283.00 |
| | | | | NEW BALANCE | | | 25,296.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX JUNE 595 CALL | 1.400 | | |
| | 17 | | | S & P 100 INDEX JUNE 590 PUT | 10 | | |

MARKET VALUE OF SECURITIES
LONG          SHORT
17,000.00      2,380.00-

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 6,816.23 | |
| 4/03 | | | | COCA COLA CO DIV 3/15/06 4/01/06 | DIV | | 137.02 |
| 4/03 | | | | MERCK & CO DIV 3/10/06 4/03/06 | DIV | | 174.42 |
| 4/03 | | | | WAL-MART STORES INC DIV 3/17/06 4/03/06 | DIV | | 88.27 |
| 4/05 | 952 | | 452 | TIME WARNER INC | 16.800 | 15,993.60 | |
| 4/05 | 2,210 | | 1877 | GENERAL ELECTRIC CO | 34.780 | 76,863.80 | |
| 4/05 | 238 | | 4738 | UNITED PARCEL SVC INC CLASS B | 79.510 | 18,923.38 | |
| 4/05 | 85 | | 6163 | GOLDMAN SACHS GROUP INC | 156.700 | 13,319.50 | |
| 4/05 | 612 | | 9024 | VERIZON COMMUNICATIONS | 34.270 | 20,973.24 | |
| 4/05 | 442 | | 10449 | HOME DEPOT INC | 42.470 | 18,771.74 | |
| 4/05 | 357 | | 13310 | WELLS FARGO & CO NEW | 64.010 | 22,851.57 | |
| 4/05 | 595 | | 14735 | HEWLETT PACKARD CO | 32.600 | 19,397.00 | |
| 4/05 | 527 | | 17596 | WAL-MART STORES INC | 47.400 | 24,979.80 | |
| 4/05 | 323 | | 19021 | INTERNATIONAL BUSINESS MACHS | 82.800 | 26,744.40 | |
| 4/05 | 1,292 | | 21882 | EXXON MOBIL CORP | 60.930 | 78,721.56 | |
| 4/05 | 1,241 | | 23307 | INTEL CORP | 19.450 | 24,137.45 | |
| 4/05 | 629 | | 27593 | JOHNSON & JOHNSON | 59.170 | 37,217.93 | |
| 4/05 | 731 | | 31879 | J.P. MORGAN CHASE & CO | 41.670 | 30,460.77 | |
| 4/05 | 442 | | 36165 | COCA COLA CO | 41.960 | 18,546.32 | |
| 4/05 | 255 | | 40451 | MEDTRONIC INC | 50.870 | 12,971.85 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/05 | 187 | | 44737 | MERRILL LYNCH & CO INC | 78.520 | 14,683.24 | |
| 4/05 | 442 | | 49023 | ALTRIA GROUP INC | 71.400 | 31,558.80 | |
| 4/05 | 459 | | 53309 | MERCK & CO | 35.410 | 16,253.19 | |
| 4/05 | 221 | | 57595 | MORGAN STANLEY | 63.420 | 14,015.82 | |
| 4/05 | 323 | | 59016 | ABBOTT LABORATORIES | 42.510 | 13,730.73 | |
| 4/05 | 1,870 | | 61881 | MICROSOFT CORP | 27.290 | 51,032.30 | |
| 4/05 | 544 | | 63302 | AMERICAN INTL GROUP INC | 66.010 | 35,909.44 | |
| 4/05 | 255 | | 67588 | AMGEN INC | 72.700 | 18,538.50 | |
| 4/05 | 272 | | 71874 | AMERICAN EXPRESS COMPANY | 52.100 | 14,171.20 | |
| 4/05 | 357 | | 74739 | PEPSICO INC | 57.940 | 20,684.58 | |
| 4/05 | 170 | | 76160 | BOEING CO | 78.090 | 13,275.30 | |
| 4/05 | 1,547 | | 79025 | PFIZER INC | 25.030 | 38,721.41 | |
| 4/05 | 986 | | 80446 | BANK OF AMERICA | 45.540 | 44,902.44 | |
| 4/05 | 697 | | 83311 | PROCTER & GAMBLE CO | 57.640 | 40,175.08 | |
| 4/05 | 1,054 | | 84732 | CITI GROUP INC | 47.300 | 49,856.20 | |
| 4/05 | 629 | | 87597 | SPRINT NEXTEL CORP | 25.760 | 16,203.04 | |
| 4/05 | 1,292 | | 89018 | CISCO SYSTEMS INC | 21.790 | 28,152.68 | |
| 4/05 | 119 | | 91883 | SCHLUMBERGER LTD | 126.700 | 15,077.30 | |
| 4/05 | 476 | | 93304 | CHEVRON CORP | 57.910 | 27,565.16 | |
| 4/05 | 816 | | 96165 | AT&T INC | 27.060 | 22,080.96 | |
| 4/05 | 493 | | 97590 | DELL INC | 29.900 | 14,740.70 | |
| 4/05 | | 100,000 | 46317 | U S TREASURY BILL DUE 5/4/2006              5/04/2006 | 99.632 | | 99,632.00 |
| 4/05 | | 475,000 | 50488 | U S TREASURY BILL DUE 5/11/2006              5/11/2006 | 99.546 | | 472,843.50 |
| | | | | CONTINUED ON PAGE     3 | | | |

CONTINUED ON PAGE     3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/05 | | 475,000 | 54731 | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 99.457 | | 472,420.75 |
| 4/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/05/06 | DIV | | 7.11 |
| 4/05 | | | | HEWLETT PACKARD CO DIV 3/15/06  4/05/06 | DIV | | 48.96 |
| 4/05 | 51,060 | | 26305 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 51,060.00 | |
| 4/05 | | 12,640 | 41823 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,640.00 |
| 4/07 | 25,000 | | 47627 | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 99.484 | 24,871.00 | |
| 4/07 | | | | CHECK | CW | 25,819.77 | |
| 4/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/07/06 | DIV | | 11.54 |
| 4/07 | | | | SCHLUMBERGER LTD DIV 3/01/06  4/07/06 | DIV | | 29.75 |
| 4/07 | | 51,060 | 46579 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 51,060.00 |
| 4/07 | 380 | | 48147 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 380.00 | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

**PERIOD ENDING** 4/30/06

**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/10 | | | | ALTRIA GROUP INC DIV 3/15/06 4/10/06 | DIV | | 353.60 |
| 4/13 | 119 | | | SCHLUMBERGER LTD DIV 4/12/06 4/13/06 | RECD | | |
| 4/17 | 832 | | 53778 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 832.00 | |
| 4/21 | | 25,000 | 77853 | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 99.667 | | 24,916.75 |
| 4/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/21/06 | DIV | | .98 |
| 4/21 | | 1,212 | 76174 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,212.00 |
| 4/21 | 38,659 | | 83622 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 38,659.00 | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/27/06 4/25/06 | DIV | | 556.75 |
| 4/25 | 557 | | 88146 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 557.00 | |
| 4/28 | | | | MEDTRONIC INC DIV 4/07/06 4/28/06 | DIV | | 24.54 |
| 4/28 | | | | MORGAN STANLEY DIV 4/13/06 4/28/06 | DIV | | 59.67 |
| 4/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/28/06 | DIV | | 30.93 |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/28 | 39,331 | | 1184 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 39,331.00 | |
| 4/28 | | 39,216 | 96321 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 39,216.00 |
| | | | | NEW BALANCE | | 15,061.44 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 816 | | | AT&T INC | 26.210 | | |
| | 323 | | | ABBOTT LABORATORIES | 42.740 | | |
| | 442 | | | ALTRIA GROUP INC | 73.160 | | |
| | 272 | | | AMERICAN EXPRESS COMPANY | 53.810 | | |
| | 544 | | | AMERICAN INTL GROUP INC | 65.250 | | |
| | 255 | | | AMGEN INC | 67.700 | | |
| | 986 | | | BANK OF AMERICA | 49.920 | | |
| | 170 | | | BOEING CO | 83.450 | | |
| | 476 | | | CHEVRON CORP | 61.020 | | |
| | 1,292 | | | CISCO SYSTEMS INC | 20.950 | | |
| | 1,054 | | | CITI GROUP INC | 49.950 | | |
| | 442 | | | COCA COLA CO | 41.960 | | |
| | 493 | | | DELL INC | 26.200 | | |
| | 1,292 | | | EXXON MOBIL CORP | 63.080 | | |
| | 2,210 | | | GENERAL ELECTRIC CO | 34.590 | | |
| | 85 | | | GOLDMAN SACHS GROUP INC | 160.290 | | |
| | 595 | | | HEWLETT PACKARD CO | 32.470 | | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING 4/30/06

PAGE 6

YOUR ACCOUNT NUMBER 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 442 | | | HOME DEPOT INC | 39.930 | | |
| | 1,241 | | | INTEL CORP | 19.980 | | |
| | 323 | | | INTERNATIONAL BUSINESS MACHS | 82.340 | | |
| | 731 | | | J.P. MORGAN CHASE & CO | 45.380 | | |
| | 629 | | | JOHNSON & JOHNSON | 58.610 | | |
| | 255 | | | MEDTRONIC INC | 50.120 | | |
| | 459 | | | MERCK & CO | 34.420 | | |
| | 187 | | | MERRILL LYNCH & CO INC | 76.260 | | |
| | 1,870 | | | MICROSOFT CORP | 24.150 | | |
| | 221 | | | MORGAN STANLEY | 64.300 | | |
| | 357 | | | PEPSICO INC | 58.240 | | |
| | 1,547 | | | PFIZER INC | 25.330 | | |
| | 697 | | | PROCTER & GAMBLE CO | 58.210 | | |
| | 238 | | | SCHLUMBERGER LTD | 69.140 | | |
| | 39,331 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 629 | | | SPRINT NEXTEL CORP | 24.800 | | |
| | 952 | | | TIME WARNER INC | 17.400 | | |
| | 238 | | | UNITED PARCEL SVC INC CLASS B | 81.070 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 33.030 | | |
| | 527 | | | WAL-MART STORES INC | 45.030 | | |
| | 357 | | | WELLS FARGO & CO NEW | 68.690 | | |
| | | | | MARKET VALUE OF SECURITIES LONG            SHORT 1,046,994.61 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
4/30/06

PAGE
7

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,728.79 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,706,400.37 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING: 4/30/06
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 6,817.00 |
| 4/05 | 17 | | 66167 | S & P 100 INDEX APRIL 590 PUT | 4.500 | 7,667.00 | |
| 4/05 | | 17 | 70453 | S & P 100 INDEX APRIL 600 CALL | 2 | | 3,383.00 |
| 4/21 | | 17 | 58237 | S & P 100 INDEX MAY 595 CALL | 5.700 | | 9,673.00 |
| 4/21 | | 17 | 62668 | S & P 100 INDEX APRIL 590 PUT | 5.800 | | 9,843.00 |
| 4/21 | 17 | | 67099 | S & P 100 INDEX MAY 585 PUT | 4 | 6,817.00 | |
| 4/21 | 17 | | 71540 | S & P 100 INDEX APRIL 600 CALL | .100 | 170.00 | |
| | | | | NEW BALANCE | | | 15,062.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX MAY 595 CALL | 6.500 | | |
| | 17 | | | S & P 100 INDEX MAY 585 PUT | 1.700 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      SHORT 2,890.00      11,050.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC                FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,452.72 | |
| 3/01 | | | | INTEL CORP DIV 2/07/06 3/01/06 | DIV | | 127.50 |
| 3/01 | | | | WELLS FARGO & CO NEW DIV 2/03/06 3/01/06 | DIV | | 185.64 |
| 3/07 | | | | PFIZER INC DIV 2/10/06 3/07/06 | DIV | | 375.36 |
| 3/07 | | | | UNITED PARCEL SVC INC CLASS B DIV 2/21/06 3/07/06 | DIV | | 90.44 |
| 3/08 | 1,802 | | 35007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,802.00 | |
| 3/09 | | | | MICROSOFT CORP DIV 2/17/06 3/09/06 | DIV | | 174.42 |
| 3/10 | | 50,000 | 43252 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 99.673 | | 49,836.50 |
| 3/10 | 50,000 | | 69919 | U S TREASURY BILL DUE 4/27/2006 4/27/2006 | 99.416 | 49,708.00 | |
| 3/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/10/06 | DIV | | 3.59 |
| 3/10 | | | | CHEVRON CORP DIV 2/16/06 3/10/06 | DIV | | 214.20 |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING **3/31/06**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 3/10 | | | | EXXON MOBIL CORP DIV 2/10/06 3/10/06 | DIV | | 418.88 |
| 3/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 2/10/06 3/10/06 | DIV | | 68.00 |
| 3/10 | | 4,781 | 39497 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,781.00 |
| 3/10 | 4,913 | | 74136 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,913.00 | |
| 3/14 | | | | JOHNSON & JOHNSON DIV 2/28/06 3/14/06 | DIV | | 207.57 |
| 3/15 | | | | TIME WARNER INC DIV 2/28/06 3/15/06 | DIV | | 49.30 |
| 3/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/16/06 | DIV | | 3.22 |
| 3/16 | | 4,913 | 87650 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,913.00 |
| 3/16 | | 50,000 | 91621 | U S TREASURY BILL DUE 4/27/2006          4/27/2006 | 99.486 | | 49,743.00 |
| 3/16 | 50,000 | | 95289 | U S TREASURY BILL DUE 5/4/2006          5/04/2006 | 99.396 | 49,698.00 | |
| 3/16 | 4,587 | | 99338 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,587.00 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/17 | | | | AMERICAN INTL GROUP INC | DIV | | 81.60 |
| | | | | DIV  3/03/06  3/17/06 | | | |
| 3/23 | | | | HOME DEPOT INC | DIV | | 66.30 |
| | | | | DIV  3/09/06  3/23/06 | | | |
| 3/24 | | | | BANK OF AMERICA | DIV | | 493.00 |
| | | | | DIV  3/03/06  3/24/06 | | | |
| 3/27 | | 323 | 3638 | ABBOTT LABORATORIES | 44.080 | | 14,237.84 |
| 3/27 | | 544 | 7913 | AMERICAN INTL GROUP INC | 67.910 | | 36,943.04 |
| 3/27 | | 357 | 11733 | PEPSICO INC | 59.840 | | 21,362.88 |
| 3/27 | | 255 | 12195 | AMGEN INC | 72.580 | | 18,507.90 |
| 3/27 | | 1,564 | 16015 | PFIZER INC | 26.430 | | 41,336.52 |
| 3/27 | | 255 | 16477 | AMERICAN EXPRESS COMPANY | 53.610 | | 13,670.55 |
| 3/27 | | 714 | 20297 | PROCTER & GAMBLE CO | 59.400 | | 42,411.60 |
| 3/27 | | 986 | 21086 | BANK OF AMERICA | 46.930 | | 46,272.98 |
| 3/27 | | 629 | 24579 | SPRINT NEXTEL CORP | 26.120 | | 16,429.48 |
| 3/27 | | 1,071 | 25368 | CITI GROUP INC | 47.740 | | 51,129.54 |
| 3/27 | | 119 | 28691 | SCHLUMBERGER LTD | 122.400 | | 14,565.60 |
| 3/27 | | 1,309 | 29978 | CISCO SYSTEMS INC | 21.410 | | 28,025.69 |
| 3/27 | | 816 | 32927 | AT&T INC | 26.900 | | 21,950.40 |
| 3/27 | | 476 | 34260 | CHEVRON CORP | 57.090 | | 27,174.84 |
| 3/27 | | 986 | 37209 | TIME WARNER INC | 17.110 | | 16,870.46 |
| 3/27 | | 493 | 38542 | DELL INC | 30.400 | | 14,987.20 |
| 3/27 | | 238 | 41491 | UNITED PARCEL SVC INC | 78.840 | | 18,763.92 |
| | | | | CLASS B | | | |
| 3/27 | | 2,227 | 42824 | GENERAL ELECTRIC CO | 34.490 | | 76,809.23 |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/27 | | 612 | 46429 | VERIZON COMMUNICATIONS | 34.820 | | 21,309.84 |
| 3/27 | | 442 | 47434 | HOME DEPOT INC | 43.360 | | 19,165.12 |
| 3/27 | | 357 | 50711 | WELLS FARGO & CO NEW | 65.410 | | 23,351.37 |
| 3/27 | | 612 | 51716 | HEWLETT PACKARD CO | 33.390 | | 20,434.68 |
| 3/27 | | 527 | 54993 | WAL-MART STORES INC | 48.120 | | 25,369.24 |
| 3/27 | | 340 | 55998 | INTERNATIONAL BUSINESS MACHS | 84.530 | | 28,740.20 |
| 3/27 | | 1,309 | 59275 | EXXON MOBIL CORP | 61.310 | | 80,254.79 |
| 3/27 | | 1,275 | 60280 | INTEL CORP | 19.970 | | 25,461.75 |
| 3/27 | | 629 | 64562 | JOHNSON & JOHNSON | 60.970 | | 38,350.13 |
| 3/27 | | 748 | 68844 | J.P. MORGAN CHASE & CO | 42.060 | | 31,460.88 |
| 3/27 | | 442 | 73126 | COCA COLA CO | 42.800 | | 18,917.60 |
| 3/27 | | 255 | 77408 | MEDTRONIC INC | 53.810 | | 13,721.55 |
| 3/27 | | 187 | 81652 | MERRILL LYNCH & CO INC | 77.500 | | 14,492.50 |
| 3/27 | | 425 | 84960 | TYCO INTERNATIONAL LTD | 27.170 | | 11,547.25 |
| 3/27 | | 442 | 86254 | ALTRIA GROUP INC | 73.440 | | 32,460.48 |
| 3/27 | | 459 | 90536 | MERCK & CO | 36.250 | | 16,638.75 |
| 3/27 | | 221 | 94647 | MORGAN STANLEY | 62 | | 13,702.00 |
| 3/27 | | 1,938 | 98886 | MICROSOFT CORP | 27.140 | | 52,597.32 |
| 3/27 | 475,000 | | 63555 | U S TREASURY BILL DUE 5/11/2006          5/11/2006 | 99.434 | 472,311.50 | |
| 3/27 | 475,000 | | 67832 | U S TREASURY BILL DUE 5/18/2006          5/18/2006 | 99.346 | 471,893.50 | |
| 3/27 | 43,599 | | 72111 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 43,599.00 | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/27 | 11,547 | | 88970 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,547.00 | |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/31/06 | DIV | | 32.30 |
| 3/31 | | | | PEPSICO INC DIV  3/10/06   3/31/06 | DIV | | 92.82 |
| 3/31 | | | | SPRINT NEXTEL CORP DIV  3/10/06   3/31/06 | DIV | | 15.73 |
| 3/31 | | 59,733 | 20305 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 59,733.00 |
| 3/31 | 50,000 | | 24803 | U S TREASURY BILL DUE 5/4/2006           5/04/2006 | 99.572 | 49,786.00 | |
| 3/31 | 12,640 | | 29260 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,640.00 | |
| | | | | NEW BALANCE | | 6,816.23 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 12,640 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 100,000 | | | U S TREASURY BILL DUE 5/4/2006           5/04/2006 | 99.572 | | |
| | | | | CONTINUED ON PAGE     6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 475,000 | | | U S TREASURY BILL DUE 5/11/2006          5/11/2006 | 99.483 | | |
| | 475,000 | | | U S TREASURY BILL DUE 5/18/2006          5/18/2006 | 99.397 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG                    SHORT 1,056,892.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,205.25 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,636,587.37 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN REVOCABLE TST

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING **3/31/06**

PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-4-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 15,453.00 |
| 3/08 | 17 | | 17131 | S & P 100 INDEX MARCH 585 CALL | 2.100 | 3,587.00 | |
| 3/08 | | 17 | 21541 | S & P 100 INDEX APRIL 585 CALL | 8.100 | | 13,753.00 |
| 3/08 | | 17 | 25951 | S & P 100 INDEX MARCH 575 PUT | 2.700 | | 4,573.00 |
| 3/08 | 17 | | 30361 | S & P 100 INDEX APRIL 580 PUT | 7.600 | 12,937.00 | |
| 3/15 | 17 | | 78765 | S & P 100 INDEX APRIL 585 CALL | 8.500 | 14,467.00 | |
| 3/16 | | 17 | 83201 | S & P 100 INDEX APRIL 590 CALL | 8.300 | | 14,093.00 |
| 3/27 | 17 | | 3169 | S & P 100 INDEX APRIL 590 CALL | 8 | 13,617.00 | |
| 3/27 | | 17 | 7451 | S & P 100 INDEX APRIL 580 PUT | 2.100 | | 3,553.00 |
| | | | | NEW BALANCE | | | 6,817.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/06 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 9,145.45 | |
| 2/15 | | | | ABBOTT LABORATORIES DIV 1/13/06 2/15/06 | DIV | | 88.83 |
| 2/15 | | | | PROCTER & GAMBLE CO DIV 1/20/06 2/15/06 | DIV | | 199.92 |
| 2/16 | 6,307 | | 96770 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,307.00 | |
| 2/24 | | | | CITI GROUP INC DIV 2/06/06 2/24/06 | DIV | | 524.79 |
| 2/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/28/06 | DIV | | 138.94 |
| 2/28 | | | | MERRILL LYNCH & CO INC DIV 2/06/06 2/28/06 | DIV | | 46.75 |
| 2/28 | | 51,756 | 4785 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 51,756.00 |
| 2/28 | 50,000 | | 8291 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 99.553 | 49,776.50 | |
| 2/28 | 2,979 | | 12375 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,979.00 | |
| | | | | NEW BALANCE | | 15,452.72 | |
| | 816 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 27.590 | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/06 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 323 | | | ABBOTT LABORATORIES | 44.180 | | |
| | 442 | | | ALTRIA GROUP INC | 71.900 | | |
| | 255 | | | AMERICAN EXPRESS COMPANY | 53.880 | | |
| | 544 | | | AMERICAN INTL GROUP INC | 66.360 | | |
| | 255 | | | AMGEN INC | 75.490 | | |
| | 986 | | | BANK OF AMERICA | 45.850 | | |
| | 476 | | | CHEVRON CORP | 56.480 | | |
| | 1,309 | | | CISCO SYSTEMS INC | 20.240 | | |
| | 1,071 | | | CITI GROUP INC | 46.370 | | |
| | 442 | | | COCA COLA CO | 41.970 | | |
| | 493 | | | DELL INC | 29 | | |
| | 1,309 | | | EXXON MOBIL CORP | 59.370 | | |
| | 2,227 | | | GENERAL ELECTRIC CO | 32.870 | | |
| | 612 | | | HEWLETT PACKARD CO | 32.810 | | |
| | 442 | | | HOME DEPOT INC | 42.150 | | |
| | 1,275 | | | INTEL CORP | 20.600 | | |
| | 340 | | | INTERNATIONAL BUSINESS MACHS | 80.240 | | |
| | 748 | | | J.P. MORGAN CHASE & CO | 41.140 | | |
| | 629 | | | JOHNSON & JOHNSON | 57.650 | | |
| | 255 | | | MEDTRONIC INC | 53.950 | | |
| | 459 | | | MERCK & CO | 34.860 | | |
| | 187 | | | MERRILL LYNCH & CO INC | 77.210 | | |
| | 1,938 | | | MICROSOFT CORP | 26.900 | | |
| | 221 | | | MORGAN STANLEY | 59.660 | | |
| | 357 | | | PEPSICO INC | 59.110 | | |
| | | | | CONTINUED ON PAGE    3 | | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/06 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,564 | | | PFIZER INC | 26.190 | | |
| | 714 | | | PROCTER & GAMBLE CO | 59.930 | | |
| | 119 | | | SCHLUMBERGER LTD | 115 | | |
| | 2,979 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 629 | | | SPRINT NEXTEL CORP | 24.030 | | |
| | 986 | | | TIME WARNER INC | 17.310 | | |
| | 425 | | | TYCO INTERNATIONAL LTD | 25.790 | | |
| | 238 | | | UNITED PARCEL SVC INC | 74.710 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.553 | | |
| | | | | DUE 4/06/2006 | | | |
| | | | | 4/06/2006 | | | |
| | 612 | | | VERIZON COMMUNICATIONS | 33.700 | | |
| | 527 | | | WAL-MART STORES INC | 45.360 | | |
| | 357 | | | WELLS FARGO & CO NEW | 64.200 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 1,038,137.38 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING: 2/28/06

PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,505.38 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,527,592.75 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING: 2/28/06
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 9,146.00 |
| 2/15 | 17 | | 82597 | S & P 100 INDEX MARCH 575 PUT | 7.200 | 12,257.00 | |
| 2/15 | 17 | | 87014 | S & P 100 INDEX FEBRUARY 585 CALL | .250 | 442.00 | |
| 2/15 | | 17 | 91431 | S & P 100 INDEX FEBRUARY 580 PUT | 6 | | 10,183.00 |
| 2/16 | | 17 | 78180 | S & P 100 INDEX MARCH 585 CALL | 5.200 | | 8,823.00 |
| | | | | NEW BALANCE | | | 15,453.00 |
| | | 17 | | SECURITY POSITIONS S & P 100 INDEX MARCH 585 CALL | MKT PRICE 3.500 | | |
| | 17 | | | S & P 100 INDEX MARCH 575 PUT | 2.800 | | |
| | | | | MARKET VALUE OF SECURITIES  LONG            SHORT  4,760.00        5,950.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
1/31/06

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .40 |
| 1/03 | | | | MERCK & CO DIV 12/02/05  1/03/06 | DIV | | 191.52 |
| 1/03 | | | | PEPSICO INC DIV 12/09/05  1/03/06 | DIV | | 98.28 |
| 1/04 | | | | HEWLETT PACKARD CO DIV 12/14/05  1/04/06 | DIV | | 51.84 |
| 1/09 | | 525,000 | 9279 | U S TREASURY BILL DUE 5/11/2006  5/11/2006 | 98.600 | | 517,650.00 |
| 1/09 | 500,000 | | 9897 | U S TREASURY BILL DUE 5/18/2006  5/18/2006 | 98.520 | 492,600.00 | |
| 1/09 | | | | CHECK | CW | 32,984.90 | |
| 1/09 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/09/06 | DIV | | 29.17 |
| 1/09 | | 30,364 | 8413 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,364.00 |
| 1/09 | 22,458 | | 10786 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,458.00 | |
| 1/13 | 2,227 | | 1099 | GENERAL ELECTRIC CO | 35.170 | 78,323.59 | |
| 1/13 | 238 | | 3628 | UNITED PARCEL SVC INC CLASS B | 76 | 18,088.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/13 | 442 | | 5371 | HOME DEPOT INC | 41.080 | 18,157.36 | |
| 1/13 | 612 | | 7900 | VERIZON COMMUNICATIONS | 31.710 | 19,406.52 | |
| 1/13 | 612 | | 9643 | HEWLETT PACKARD CO | 30.200 | 18,482.40 | |
| 1/13 | 357 | | 12172 | WELLS FARGO & CO NEW | 63.010 | 22,494.57 | |
| 1/13 | 340 | | 13915 | INTERNATIONAL BUSINESS MACHS | 83.190 | 28,284.60 | |
| 1/13 | 527 | | 16444 | WAL-MART STORES INC | 45.510 | 23,983.77 | |
| 1/13 | 1,275 | | 18187 | INTEL CORP | 26.140 | 33,328.50 | |
| 1/13 | 1,309 | | 20716 | EXXON MOBIL CORP | 59.210 | 77,505.89 | |
| 1/13 | 629 | | 22459 | JOHNSON & JOHNSON | 62.550 | 39,343.95 | |
| 1/13 | 748 | | 26731 | J.P. MORGAN CHASE & CO | 40.310 | 30,151.88 | |
| 1/13 | 442 | | 31003 | COCA COLA CO | 41.550 | 18,365.10 | |
| 1/13 | 255 | | 35275 | MEDTRONIC INC | 58.190 | 14,838.45 | |
| 1/13 | 187 | | 39547 | MERRILL LYNCH & CO INC | 69.360 | 12,970.32 | |
| 1/13 | 442 | | 43819 | ALTRIA GROUP INC | 76.030 | 33,605.26 | |
| 1/13 | 459 | | 48091 | MERCK & CO | 33.310 | 15,289.29 | |
| 1/13 | 1,938 | | 52363 | MICROSOFT CORP | 26.640 | 51,628.32 | |
| 1/13 | 221 | | 56635 | MORGAN STANLEY | 58.680 | 12,968.28 | |
| 1/13 | 323 | | 62650 | ABBOTT LABORATORIES | 42.280 | 13,656.44 | |
| 1/13 | 544 | | 66922 | AMERICAN INTL GROUP INC | 69.670 | 37,900.48 | |
| 1/13 | 357 | | 69451 | PEPSICO INC | 59.090 | 21,095.13 | |
| 1/13 | 255 | | 71194 | AMGEN INC | 78.130 | 19,923.15 | |
| 1/13 | 1,564 | | 73723 | PFIZER INC | 24.580 | 38,443.12 | |
| 1/13 | 255 | | 75466 | AMERICAN EXPRESS COMPANY | 53.580 | 13,662.90 | |
| 1/13 | 714 | | 77995 | PROCTER & GAMBLE CO | 58.700 | 41,911.80 | |
| 1/13 | 986 | | 79738 | BANK OF AMERICA | 46.210 | 45,563.06 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/13 | 629 | | 82267 | SPRINT NEXTEL CORP | 23 | 14,467.00 | |
| 1/13 | 1,071 | | 84010 | CITI GROUP INC | 48.170 | 51,590.07 | |
| 1/13 | 119 | | 86539 | SCHLUMBERGER LTD | 106.520 | 12,675.88 | |
| 1/13 | 1,309 | | 88282 | CISCO SYSTEMS INC | 18.840 | 24,661.56 | |
| 1/13 | 816 | | 90811 | AT&T INC | 24.880 | 20,302.08 | |
| 1/13 | 476 | | 92554 | CHEVRON CORP | 58.790 | 27,984.04 | |
| 1/13 | 986 | | 95083 | TIME WARNER INC | 17.470 | 17,225.42 | |
| 1/13 | 493 | | 96826 | DELL INC | 30.940 | 15,253.42 | |
| 1/13 | 425 | | 99355 | TYCO INTERNATIONAL LTD | 30.690 | 13,043.25 | |
| 1/13 | | 1,025,000 | 58367 | U S TREASURY BILL DUE 5/18/2006        5/18/2006 | 98.531 | | 1,009,942.75 |
| 1/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/13/06 | DIV | | 8.74 |
| 1/13 | 33,166 | | 25201 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 33,166.00 | |
| 1/13 | | 22,458 | 50288 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,458.00 |
| 1/23 | 9,044 | | 49454 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,044.00 | |
| 1/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/31/06 | DIV | | 66.93 |
| 1/31 | | | | MORGAN STANLEY DIV  1/13/06  1/31/06 | DIV | | 59.67 |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/31 | | 42,210 | 66514 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,210.00 |
| 1/31 | 45,449 | | 73391 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 45,449.00 | |
| | | | | NEW BALANCE | | 9,145.45 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 816 | | | AT&T INC | 25.950 | | |
| | 323 | | | ABBOTT LABORATORIES | 43.150 | | |
| | 442 | | | ALTRIA GROUP INC | 72.340 | | |
| | 255 | | | AMERICAN EXPRESS COMPANY | 52.450 | | |
| | 544 | | | AMERICAN INTL GROUP INC | 65.460 | | |
| | 255 | | | AMGEN INC | 72.890 | | |
| | 986 | | | BANK OF AMERICA | 44.230 | | |
| | 476 | | | CHEVRON CORP | 59.380 | | |
| | 1,309 | | | CISCO SYSTEMS INC | 18.570 | | |
| | 1,071 | | | CITI GROUP INC | 46.580 | | |
| | 442 | | | COCA COLA CO | 41.380 | | |
| | 493 | | | DELL INC | 29.310 | | |
| | 1,309 | | | EXXON MOBIL CORP | 62.750 | | |
| | 2,227 | | | GENERAL ELECTRIC CO | 32.750 | | |
| | 612 | | | HEWLETT PACKARD CO | 31.190 | | |
| | 442 | | | HOME DEPOT INC | 40.550 | | |
| | 1,275 | | | INTEL CORP | 21.270 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC         FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 340 | | | INTERNATIONAL BUSINESS MACHS | 81.300 | | |
| | 748 | | | J.P. MORGAN CHASE & CO | 39.750 | | |
| | 629 | | | JOHNSON & JOHNSON | 57.540 | | |
| | 255 | | | MEDTRONIC INC | 56.470 | | |
| | 459 | | | MERCK & CO | 34.500 | | |
| | 187 | | | MERRILL LYNCH & CO INC | 75.070 | | |
| | 1,938 | | | MICROSOFT CORP | 28.150 | | |
| | 221 | | | MORGAN STANLEY | 61.450 | | |
| | 357 | | | PEPSICO INC | 57.180 | | |
| | 1,564 | | | PFIZER INC | 25.680 | | |
| | 714 | | | PROCTER & GAMBLE CO | 59.230 | | |
| | 119 | | | SCHLUMBERGER LTD | 127.450 | | |
| | 45,449 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 629 | | | SPRINT NEXTEL CORP | 22.890 | | |
| | 986 | | | TIME WARNER INC | 17.530 | | |
| | 425 | | | TYCO INTERNATIONAL LTD | 26.050 | | |
| | 238 | | | UNITED PARCEL SVC INC CLASS B | 74.910 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 31.660 | | |
| | 527 | | | WAL-MART STORES INC | 46.110 | | |
| | 357 | | | WELLS FARGO & CO NEW | 62.360 | | |
| | | | | MARKET VALUE OF SECURITIES LONG            SHORT 1,028,647.57 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/06 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 506.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,527,592.75 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING 1/31/06    PAGE 1

YOUR ACCOUNT NUMBER 1-ZA121-4-0    YOUR TAX PAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | NO BALANCE FORWARD | | | |
| 1/11 | | 17 | 60907 | S & P 100 INDEX JANUARY 590 CALL | 1.750 | | 2,958.00 |
| 1/11 | 17 | | 65179 | S & P 100 INDEX JANUARY 585 PUT | 3.300 | 5,627.00 | |
| 1/23 | | 17 | 30125 | S & P 100 INDEX FEBRUARY 585 CALL | 4.700 | | 7,973.00 |
| 1/23 | 17 | | 34545 | S & P 100 INDEX FEBRUARY 580 PUT | 5.800 | 9,877.00 | |
| 1/23 | 17 | | 39191 | S & P 100 INDEX JANUARY 590 CALL | .050 | 85.00 | |
| 1/23 | | 17 | 43775 | S & P 100 INDEX JANUARY 585 PUT | 6.500 | | 11,033.00 |
| 1/30 | 17 | | 57348 | S & P 100 INDEX FEBRUARY 585 CALL | 1.950 | 3,332.00 | |
| 1/31 | | 17 | 61880 | S & P 100 INDEX FEBRUARY 585 CALL | 3.600 | | 6,103.00 |
| | | | | NEW BALANCE | | | 9,146.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 17 | | S & P 100 INDEX FEBRUARY 585 CALL | 2.200 | | |
| | 17 | | | S & P 100 INDEX FEBRUARY 580 PUT | 6.800 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 11,560.00      3,740.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

BERNARD L. MADOFF
885 THIRD AVE.
NEW YORK, NY   10022

DIRECT INQUIRIES TO:212 230-2470

1b CUSIP no.

20**06**

Form **1099-B**

2 Stocks, bonds, etc.
$ 10978980.75

Reported } to IRS

☒ Gross proceeds
☐ Gross proceeds less commissions and option premiums

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Bartering | 4 Federal income tax withheld |
|---|---|---|---|
| 13-1997126 | 4577 | $ | $ |

RECIPIENT'S name, address, and ZIP code

JOSEPH S POPKIN REVOCABLE TST
6010 LINDEN CIRCLE
TAMARAC          FL 33319

5 No. of shares exchanged

6 Classes of stock exchanged

7 Description

8 Profit or (loss) realized in 2006
$

9 Unrealized profit or (loss) on open contracts—12/31/2005
$

CORPORATION'S name

10 Unrealized profit or (loss) on open contracts–12/31/2006
$

11 Aggregate profit or (loss)
$

Account number (see instructions)

1ZA121

12 If the box is checked, the recipient cannot take a loss on their tax return based on the amount in box 2 ☐

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-B**

(keep for your records)

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Total ordinary dividends | OMB No. 1545-0110 | |
|---|---|---|---|
| BERNARD L. MADOFF<br>885 THIRD AVE.<br>NEW YORK, NY   10022<br><br>DIRECT INQUIRIES TO:212 230-2470 | $  19895.56 | **2006** | **Dividends and Distributions** |
| | 1b Qualified dividends<br>$ | Form **1099-DIV** | |
| | 2a Total capital gain distr.<br>$ | 2b Unrecap. Sec. 1250 gain<br>$ | **Copy B**<br>**For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 2c Section 1202 gain<br>$ | 2d Collectibles (28%) gain<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|---|
| 13-1997126 | 4577 | 3 Nondividend distributions<br>$ | 4 **Federal income tax withheld**<br>$ | |

| RECIPIENT'S name, address, and ZIP code | | | |
|---|---|---|---|
| JOSEPH S POPKIN REVOCABLE TST<br>6010 LINDEN CIRCLE<br>TAMARAC        FL 33319 | | 5 Investment expenses<br>$ | |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |

| Account number (see instructions) | 8 Cash liquidation distributions<br>$ | 9 Noncash liquidation distributions<br>$ | |
|---|---|---|---|
| 1ZA121 | | | |

Form **1099-DIV**                                   (keep for your records)                    Department of the Treasury - Internal Revenue Service



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

**WE HAVE THIS DAY DEBITED YOUR**
**ACCOUNT WITH THE FOLLOWING:**

4/07/06

CW    CHECK

25,819.77

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC        FL 33319

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

1/09/06

CW    CHECK

32,984.90

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/06/06

CW    CHECK

49,722-44

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC        FL 33319

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/10/06

CW   CHECK

28,630.00

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN REVOCABLE TST

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319

MEMO

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

JOSEPH S POPKIN                          1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC                   FL 33319

STARTING EQUITY FOR CURRENT YEAR                        1,052,337.68CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                          86,543.90-
REALIZED P/L FOR CURRENT YEAR                               98,264.12CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                              .40CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           1,064,057.50    NET LONG
TOTAL EQUITY                                            1,064,057.90CR

ANNUALIZED RETURN FOR CURRENT YEAR        9.83 %

# PORTFOLIO MANAGEMENT REPORT AS OF  9/30/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN                    1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC                 FL 33319


STARTING EQUITY FOR CURRENT YEAR                    1,052,337.68CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     65,759.86-
REALIZED P/L FOR CURRENT YEAR                           65,459.72CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  180.50-
CURRENT CASH BALANCE                                         .54CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,051,856.50    NET LONG
TOTAL EQUITY                                         1,051,857.04CR

ANNUALIZED RETURN FOR CURRENT YEAR        8.63 %

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/05


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN                      1-ZA121-3


5010 LINDEN CIRCLE
TAMARAC               FL 33319


STARTING EQUITY FOR CURRENT YEAR                    1,052,337.68CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                     42,930.66-
REALIZED P/L FOR CURRENT YEAR                          44,270.18CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 225.00CR
CURRENT CASH BALANCE                                        .20CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,053,902.00   NET LONG
TOTAL EQUITY                                         1,053,902.20CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.78 %

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH S POPKIN                    1-ZA121-3


6010 LINDEN CIRCLE
TAMARAC              FL 33319


STARTING EQUITY FOR CURRENT YEAR                 1,052,337.68CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  21,264.68-
REALIZED P/L FOR CURRENT YEAR                       20,599.48CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS            1,066.50CR
CURRENT CASH BALANCE                                     .73CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    1,052,738.25   NET LONG
TOTAL EQUITY                                     1,052,738.98CR

ANNUALIZED RETURN FOR CURRENT YEAR      8.50 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-7A121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 10,368.78 |
| 12/01 | | | | INTEL CORP DIV 11/07/05 12/01/05 | DIV | | 110.88 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/04/05 12/01/05 | DIV | | 196.56 |
| 12/06 | | | | PFIZER INC DIV 11/11/05 12/06/05 | DIV | | 321.48 |
| 12/08 | | | | MICROSOFT CORP DIV 11/17/05 12/08/05 | DIV | | 167.04 |
| 12/09 | | | | EXXON MOBIL CORP DIV 11/10/05 12/09/05 | DIV | | 422.82 |
| 12/12 | | | | CHEVRON CORP DIV 11/18/05 12/12/05 | DIV | | 234.90 |
| 12/12 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/05 12/10/05 | DIV | | 72.00 |
| 12/13 | | | | JOHNSON & JOHNSON DIV 11/22/05 12/13/05 | DIV | | 225.72 |
| 12/13 | | 792 | 36628 | J.P. MORGAN CHASE & CO | 39.500 | | 31,284.00 |
| 12/13 | 792 | | 36628 | J.P. MORGAN CHASE & CO | 39.500 | 31,284.00 | |
| 12/15 | | | | COCA COLA CO DIV 12/01/05 12/15/05 | DIV | | 131.04 |
| 12/15 | | | | HOME DEPOT INC DIV 12/01/05 12/15/05 | DIV | | 48.60 |
| 12/15 | | | | TIME WARNER INC DIV 11/30/05 12/15/05 | DIV | | 53.10 |

CONTINUED ON PAGE    2

SE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **12/31/05**    PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----|-----|-----|-----|-----|-----|-----|
| 12/16 | | 630 | 2419 | VERIZON COMMUNICATIONS | 30.800 | | 19,404.00 |
| 12/16 | | 522 | 2570 | CHEVRON CORP | 59.840 | | 31,236.48 |
| 12/16 | | 378 | 6676 | WELLS FARGO & CO NEW | 63.400 | | 23,965.20 |
| 12/16 | | 540 | 6827 | DELL INC | 33.070 | | 17,857.80 |
| 12/16 | | 576 | 10933 | WAL-MART STORES INC | 49.470 | | 28,494.72 |
| 12/16 | | 2,394 | 11085 | GENERAL ELECTRIC CO | 35.450 | | 84,867.30 |
| 12/16 | | 1,458 | 15190 | EXXON MOBIL CORP | 59.600 | | 86,896.80 |
| 12/16 | | 486 | 15343 | HOME DEPOT INC | 42.160 | | 20,489.76 |
| 12/16 | | 648 | 19600 | HEWLETT PACKARD CO | 29.320 | | 18,999.36 |
| 12/16 | | 360 | 23857 | INTERNATIONAL BUSINESS MACHS | 84.470 | | 30,409.20 |
| 12/16 | | 1,386 | 28114 | INTEL CORP | 26.740 | | 37,061.64 |
| 12/16 | | 684 | 32371 | JOHNSON & JOHNSON | 60.330 | | 41,265.72 |
| 12/16 | | 792 | 36628 | J.P. MORGAN CHASE & CO | 39.500 | | 31,284.00 |
| 12/16 | | 468 | 40885 | COCA COLA CO | 41.080 | | 19,225.44 |
| 12/16 | | 270 | 45142 | MEDTRONIC INC | 56.380 | | 15,222.60 |
| 12/16 | | 216 | 47848 | MERRILL LYNCH & CO INC | 68.690 | | 14,837.04 |
| 12/16 | | 468 | 51750 | ALTRIA GROUP INC | 74.090 | | 34,674.12 |
| 12/16 | | 504 | 55950 | MERCK & CO | 29.030 | | 14,631.12 |
| 12/16 | | 2,088 | 60193 | MICROSOFT CORP | 27.310 | | 57,023.28 |
| 12/16 | | 252 | 64167 | MORGAN STANLEY | 57.440 | | 14,474.88 |
| 12/16 | | 360 | 68551 | ABBOTT LABORATORIES | 39.520 | | 14,227.20 |
| 12/16 | | 594 | 72808 | AMERICAN INTL GROUP INC | 66.170 | | 39,304.98 |
| 12/16 | | 378 | 76874 | PEPSICO INC | 59.110 | | 22,343.58 |
| 12/16 | | 288 | 77065 | AMGEN INC | 77.530 | | 22,328.64 |
| 12/16 | | 1,692 | 81131 | PFIZER INC | 22.140 | | 37,460.88 |
| | | | | CONTINUED ON PAGE    3 | | | |

SE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **12/31/05**    PAGE **3**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/16 | | 288 | 81318 | AMERICAN EXPRESS COMPANY | 51 | | 14,688.00 |
| 12/16 | | 792 | 85388 | PROCTER & GAMBLE CO | 58.530 | | 46,355.76 |
| 12/16 | | 918 | 85575 | BANK OF AMERICA | 46.580 | | 42,760.44 |
| 12/16 | | 666 | 89645 | SPRINT NEXTEL CORP | 25.170 | | 16,763.22 |
| 12/16 | | 1,170 | 89832 | CITI GROUP INC | 49.590 | | 58,020.30 |
| 12/16 | | 756 | 93899 | AT&T INC | 24.990 | | 18,892.44 |
| 12/16 | | 504 | 94061 | COMCAST CORP CL A | 26.660 | | 13,436.64 |
| 12/16 | | 1,062 | 98156 | TIME WARNER INC | 17.850 | | 18,956.70 |
| 12/16 | | 1,458 | 98312 | CISCO SYSTEMS INC | 17.510 | | 25,529.58 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/05 | DIV | | 25.00 |
| 12/16 | | | | AMERICAN INTL GROUP INC DIV 12/02/05 12/16/05 | DIV | | 89.10 |
| 12/16 | | 16,365 | 48655 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,365.00 |
| 12/16 | 500,000 | | 53021 | U S TREASURY BILL DUE 4/06/2006        4/06/2006 | 98.794 | 493,970.00 | |
| 12/16 | 500,000 | | 57278 | U S TREASURY BILL DUE 4/13/2006        4/13/2006 | 98.705 | 493,525.00 | |
| 12/16 | 48,028 | | 62257 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,028.00 | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/22/05 | DIV | | 27.69 |
| 12/22 | | 48,028 | 68641 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 48,028.00 |
| 12/22 | 48,056 | | 73341 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,056.00 | |
| 12/23 | | | | BANK OF AMERICA DIV 12/02/05 12/23/05 | DIV | | 459.00 |
| 12/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/30/05 | DIV | | 36.97 |
| 12/30 | | | | SPRINT NEXTEL CORP DIV 12/09/05 12/30/05 | DIV | | 16.65 |
| 12/30 | | | | TRANS TO 40 ACCT | JRNL | 24,624.00 | |
| 12/30 | 525,000 | | 1275 | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | 516,626.25 | |
| 12/30 | 30,364 | | 6258 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 30,364.00 | |
| 12/30 | | 48,056 | 78259 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 48,056.00 |
| 12/30 | | 25,000 | 82053 | U S TREASURY BILL DUE 3/30/2006 3/30/2006 | 99.003 | | 24,750.75 |
| | | | | CONTINUED ON PAGE   5 | | | |

SE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ERNARD L. MADOFF
VESTMENT SECURITIES LLC
ew York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

;EPH S POPKIN

.0 LINDEN CIRCLE
MARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| JGHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 500,000 | 85834 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98.909 | | 494,545.00 |
| | 500,000 | 90275 | U S TREASURY BILL DUE 4/13/2006 4/13/2006 | 98.824 | | 494,120.00 |
| 525,000 | | 96838 | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | 517,067.25 | |
| | | | NEW BALANCE | | | .40 |
| | | | SECURITY POSITIONS FIDELITY SPARTAN | MKT PRICE 1 | | |
| 30,364 | | | U S TREASURY MONEY MARKET | | | |
| 525,000 | | | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | | |
| 525,000 | | | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | | |
| | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,064,057.50 | | | |

; STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **12/31/05**

PAGE **6**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,252.81 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,753,689.15 |

ASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York** ☐ **London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 10,368.00 | |
| 12/14 | 18 | | 68360 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 14,778.00 | |
| 12/14 | | 18 | 72617 | S & P 100 INDEX DECEMBER 565 PUT | .300 | | 522.00 |
| 12/30 | | | | TRANS FROM 30 ACCT | JRNL | | 24,624.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,843.23 | |
| 11/15 | | | | PROCTER & GAMBLE CO DIV 10/21/05 11/15/05 | DIV | | 221.76 |
| 11/17 | | 50,000 | 41558 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98.444 | | 49,222.00 |
| 11/17 | 25,000 | | 45496 | U S TREASURY BILL DUE 3/30/2006 3/30/2006 | 98.541 | 24,635.25 | |
| 11/17 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/17/05 | DIV | | 8.93 |
| 11/17 | | 4,183 | 39932 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,183.00 |
| 11/17 | 15,567 | | 49115 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,567.00 | |
| 11/21 | | 756 | | SBC COMMUNICATIONS INC NAME CHANGE | DELV | | 16,752.96 |
| 11/21 | 756 | | | AT&T INC NAME CHANGE | RECD | 16,752.96 | |
| 11/23 | | | | CITI GROUP INC DIV 11/07/05 11/23/05 | DIV | | 514.80 |
| 11/23 | | | | MERRILL LYNCH & CO INC DIV 11/04/05 11/23/05 | DIV | | 43.20 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/05 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/30/05 | DIV | | 18.57 |
| 11/30 | | 15,567 | 58800 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,567.00 |
| 11/30 | 16,365 | | 63974 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,365.00 | |
| | | | | NEW BALANCE | | | 10,368.78 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 756 | | | AT&T INC | 24.910 | | |
| | 360 | | | ABBOTT LABORATORIES | 37.710 | | |
| | 468 | | | ALTRIA GROUP INC | 72.790 | | |
| | 288 | | | AMERICAN EXPRESS COMPANY | 51.420 | | |
| | 594 | | | AMERICAN INTL GROUP INC | 67.140 | | |
| | 288 | | | AMGEN INC | 80.930 | | |
| | 918 | | | BANK OF AMERICA | 45.890 | | |
| | 522 | | | CHEVRON CORP | 57.310 | | |
| | 1,458 | | | CISCO SYSTEMS INC | 17.540 | | |
| | 1,170 | | | CITI GROUP INC | 48.550 | | |
| | 468 | | | COCA COLA CO | 42.690 | | |
| | 504 | | | COMCAST CORP CL A | 26.400 | | |
| | 540 | | | DELL INC | 30.160 | | |
| | | | | CONTINUED ON PAGE    3 | | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: **11/30/05**    PAGE: **3**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER: **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,458 | | | EXXON MOBIL CORP | 58.030 | | |
| | 2,394 | | | GENERAL ELECTRIC CO | 35.720 | | |
| | 648 | | | HEWLETT PACKARD CO | 29.670 | | |
| | 486 | | | HOME DEPOT INC | 41.780 | | |
| | 1,386 | | | INTEL CORP | 26.680 | | |
| | 360 | | | INTERNATIONAL BUSINESS MACHS | 88.900 | | |
| | 792 | | | J.P. MORGAN CHASE & CO | 38.250 | | |
| | 684 | | | JOHNSON & JOHNSON | 61.750 | | |
| | 270 | | | MEDTRONIC INC | 55.570 | | |
| | 504 | | | MERCK & CO | 29.400 | | |
| | 216 | | | MERRILL LYNCH & CO INC | 66.420 | | |
| | 2,088 | | | MICROSOFT CORP | 27.710 | | |
| | 252 | | | MORGAN STANLEY | 56.030 | | |
| | 378 | | | PEPSICO INC | 59.200 | | |
| | 1,692 | | | PFIZER INC | 21.200 | | |
| | 792 | | | PROCTER & GAMBLE CO | 57.190 | | |
| | 16,365 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 666 | | | SPRINT NEXTEL CORP | 25.040 | | |
| | 1,062 | | | TIME WARNER INC | 17.980 | | |
| | 25,000 | | | U S TREASURY BILL DUE 3/30/2006       3/30/2006 | 98.703 | | |
| | 630 | | | VERIZON COMMUNICATIONS | 31.980 | | |
| | 576 | | | WAL-MART STORES INC | 48.560 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING **11/30/05**

PAGE **4**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|--------|--------|
|  | 378 |  |  | WELLS FARGO & CO NEW |  62.850 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG          SHORT |  |  |  |
|  |  |  |  | 1,068,004.11 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/05 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 8,614.26 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,706,884.58 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 2,844.00 |
| 11/14 | 18 | | 22080 | S & P 100 INDEX NOVEMBER 555 CALL | 9.200 | 16,578.00 | |
| 11/14 | | 18 | 26502 | S & P 100 INDEX DECEMBER 570 CALL | ? | | 12,582.00 |
| 11/14 | | 18 | 30924 | S & P 100 INDEX NOVEMBER 550 PUT | .300 | | 522.00 |
| 11/14 | 18 | | 35346 | S & P 100 INDEX DECEMBER 565 PUT | 5.400 | 9,738.00 | |
| | | | | NEW BALANCE | | 10,368.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX DECEMBER 570 CALL | 9.100 | | |
| | 18 | | | S & P 100 INDEX DECEMBER 565 PUT | 1.650 | | |

MARKET VALUE OF SECURITIES
    LONG        SHORT
  2,970.00     16,380.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC                FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 611.46 | |
| 10/03 | | | | COCA COLA CO | DIV | | 146.16 |
| | | | | DIV  9/15/05 10/01/05 | | | |
| 10/05 | | | | HEWLETT PACKARD CO | DIV | | 53.28 |
| | | | | DIV  9/14/05 10/05/05 | | | |
| 10/07 | | | | CHECK | CW | 20,784.04 | |
| 10/07 | | | | FIDELITY SPARTAN | DIV | | 34.41 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 10/07/05 | | | |
| 10/07 | | 40,347 | 58620 | FIDELITY SPARTAN | 1 | | 40,347.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/07 | 19,597 | | 60636 | FIDELITY SPARTAN | 1 | 19,597.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/11 | | | | ALTRIA GROUP INC | DIV | | 388.80 |
| | | | | DIV  9/15/05 10/11/05 | | | |
| 10/17 | 3,204 | | 54242 | FIDELITY SPARTAN | 1 | 3,204.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/19 | 360 | | 70 | ABBOTT LABORATORIES | 42.210 | 15,195.60 | |
| 10/19 | 594 | | 4343 | AMERICAN INTL GROUP INC | 62.110 | 36,893.34 | |
| 10/19 | 288 | | 8616 | AMGEN INC | 75.820 | 21,836.16 | |
| 10/19 | 378 | | 11169 | PEPSICO INC | 57.250 | 21,640.50 | |
| 10/19 | 288 | | 12889 | AMERICAN EXPRESS COMPANY | 48.060 | 13,841.28 | |
| 10/19 | 1,692 | | 15442 | PFIZER INC | 24.280 | 41,081.76 | |
| 10/19 | 918 | | 17162 | BANK OF AMERICA | 42.010 | 38,565.18 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **10/31/05**   PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 10/19 | 792 | | 19715 | PROCTER & GAMBLE CO | 55.840 | 44,225.28 | |
| 10/19 | 1,170 | | 21435 | CITI GROUP INC | 44.790 | 52,404.30 | |
| 10/19 | 666 | | 23988 | SPRINT NEXTEL CORP | 23.140 | 15,411.24 | |
| 10/19 | 504 | | 25708 | COMCAST CORP | 27.290 | 13,754.16 | |
| | | | | CL A | | | |
| 10/19 | 756 | | 28258 | SBC COMMUNICATIONS INC | 22.160 | 16,752.96 | |
| 10/19 | 1,458 | | 29981 | CISCO SYSTEMS INC | 17.260 | 25,165.08 | |
| 10/19 | 1,062 | | 32531 | TIME WARNER INC | 17.680 | 18,776.16 | |
| 10/19 | 522 | | 34254 | CHEVRON CORP | 58.800 | 30,693.60 | |
| 10/19 | 630 | | 36804 | VERIZON COMMUNICATIONS | 29.850 | 18,805.50 | |
| 10/19 | 540 | | 38527 | DELL INC | 33 | 17,820.00 | |
| 10/19 | 378 | | 41077 | WELLS FARGO & CO NEW | 58.740 | 22,203.72 | |
| 10/19 | 2,394 | | 42800 | GENERAL ELECTRIC CO | 34.300 | 82,114.20 | |
| 10/19 | 576 | | 45350 | WAL-MART STORES INC | 44.820 | 25,816.32 | |
| 10/19 | 486 | | 47073 | HOME DEPOT INC | 38.180 | 18,555.48 | |
| 10/19 | 1,458 | | 49623 | EXXON MOBIL CORP | 57.450 | 83,762.10 | |
| 10/19 | 648 | | 51346 | HEWLETT PACKARD CO | 27.030 | 17,515.44 | |
| 10/19 | 360 | | 55619 | INTERNATIONAL BUSINESS MACHS | 82.030 | 29,530.80 | |
| 10/19 | 1,386 | | 59892 | INTEL CORP | 23.130 | 32,058.18 | |
| 10/19 | 684 | | 64165 | JOHNSON & JOHNSON | 63.500 | 43,434.00 | |
| 10/19 | 792 | | 68438 | J.P. MORGAN CHASE & CO | 33.900 | 26,848.80 | |
| 10/19 | 468 | | 72711 | COCA COLA CO | 41.700 | 19,515.60 | |
| 10/19 | 270 | | 76984 | MEDTRONIC INC | 55.780 | 15,060.60 | |
| 10/19 | 216 | | 81257 | MERRILL LYNCH & CO INC | 60.020 | 12,964.32 | |
| 10/19 | 468 | | 85530 | ALTRIA GROUP INC | 69.650 | 32,596.20 | |

CONTINUED ON PAGE    3

IN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC      FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/05 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10/19 | 504 | | 89803 | MERCK & CO | 26.740 | 13,476.96 | |
| 10/19 | 2,088 | | 94076 | MICROSOFT CORP | 24.610 | 51,385.68 | |
| 10/19 | 252 | | 98349 | MORGAN STANLEY | 51.830 | 13,061.16 | |
| 10/19 | | | | FIDELITY SPARTAN | DIV | | 20.48 |
| 10/19 | | | | U S TREASURY MONEY MARKET DIV 10/19/05 | | | |
| 10/19 | | 22,801 | 58686 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 22,801.00 |
| 10/19 | | 25,000 | 62969 | U S TREASURY BILL DUE 1/12/2006 1/12/2006 | 99.126 | | 24,781.50 |
| 10/19 | | 200,000 | 66307 | U S TREASURY BILL DUE 1/26/2006 1/26/2006 | 98.969 | | 197,938.00 |
| 10/19 | | 200,000 | 69588 | U S TREASURY BILL DUE 2/2/2006 2/02/2006 | 98.881 | | 197,762.00 |
| 10/19 | | 300,000 | 73309 | U S TREASURY BILL DUE 2/9/2006 2/09/2006 | 98.801 | | 296,403.00 |
| 10/19 | | 300,000 | 77392 | U S TREASURY BILL DUE 2/16/2006 2/16/2006 | 98.720 | | 296,160.00 |
| 10/19 | 50,000 | | 79552 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98.146 | 49,073.00 | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 10/31/05
PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 10/19 | 4,032 | | 82874 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,032.00 | |
| 10/21 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/21/05 | DIV | | .70 |
| 10/21 | | 4,032 | 5407 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,032.00 |
| 10/21 | 3,060 | | 9714 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,060.00 | |
| 10/25 | | | | GENERAL ELECTRIC CO DIV  9/26/05 10/25/05 | DIV | | 534.60 |
| 10/31 | 1,123 | | 17390 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,123.00 | |
| | | | | NEW BALANCE | | 2,843.23 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 360 | | | ABBOTT LABORATORIES | 43.050 | | |
| | 468 | | | ALTRIA GROUP INC | 75.050 | | |
| | 288 | | | AMERICAN EXPRESS COMPANY | 49.770 | | |
| | 594 | | | AMERICAN INTL GROUP INC | 64.800 | | |
| | 288 | | | AMGEN INC | 75.760 | | |
| | 918 | | | BANK OF AMERICA | 43.740 | | |
| | 522 | | | CHEVRON CORP | 57.070 | | |
| | 1,458 | | | CISCO SYSTEMS INC | 17.450 | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/05 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,170 | | | CITI GROUP INC | 45.780 | | |
| | 468 | | | COCA COLA CO | 42.780 | | |
| | 504 | | | COMCAST CORP | 27.830 | | |
| | | | | CL A | | | |
| | 540 | | | DELL INC | 31.880 | | |
| | 1,458 | | | EXXON MOBIL CORP | 56.140 | | |
| | 2,394 | | | GENERAL ELECTRIC CO | 33.910 | | |
| | 648 | | | HEWLETT PACKARD CO | 28.040 | | |
| | 486 | | | HOME DEPOT INC | 41.040 | | |
| | 1,386 | | | INTEL CORP | 23.500 | | |
| | 360 | | | INTERNATIONAL BUSINESS MACHS | 81.880 | | |
| | 792 | | | J.P. MORGAN CHASE & CO | 36.620 | | |
| | 684 | | | JOHNSON & JOHNSON | 62.620 | | |
| | 270 | | | MEDTRONIC INC | 56.660 | | |
| | 504 | | | MERCK & CO | 28.220 | | |
| | 216 | | | MERRILL LYNCH & CO INC | 64.740 | | |
| | 2,088 | | | MICROSOFT CORP | 25.700 | | |
| | 252 | | | MORGAN STANLEY | 54.410 | | |
| | 378 | | | PEPSICO INC | 59.080 | | |
| | 1,692 | | | PFIZER INC | 21.740 | | |
| | 792 | | | PROCTER & GAMBLE CO | 55.990 | | |
| | 756 | | | SBC COMMUNICATIONS INC | 23.850 | | |
| | 4,183 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 666 | | | SPRINT NEXTEL CORP | 23.310 | | |
| | | | | CONTINUED ON PAGE    6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING: 10/31/05
PAGE: 6

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,062 | | | TIME WARNER INC | 17.830 | | |
| | 50,000 | | | U S TREASURY BILL | 98.256 | | |
| | | | | DUE 4/06/2006 | | | |
| | | | | 4/06/2006 | | | |
| | 630 | | | VERIZON COMMUNICATIONS | 31.510 | | |
| | 576 | | | WAL-MART STORES INC | 47.310 | | |
| | 378 | | | WELLS FARGO & CO NEW | 60.200 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,050,504.52 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC    FL  33319

PERIOD ENDING
10/31/05

PAGE
7

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 7,807.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 7,657,662.58 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC            FL  33319

PERIOD ENDING
10/31/05

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 612.00 |
| 10/17 | | 18 | 2623 | S & P 100 INDEX OCTOBER 550 CALL | 4 | | 7,182.00 |
| 10/17 | 18 | | 6896 | S & P 100 INDEX OCTOBER 545 PUT | 2.200 | 3,978.00 | |
| 10/21 | | 18 | 906 | S & P 100 INDEX OCTOBER 545 PUT | 1.700 | | 3,042.00 |
| 10/21 | | 18 | 87392 | S & P 100 INDEX NOVEMBER 555 CALL | 6.500 | | 11,682.00 |
| 10/21 | 18 | | 91817 | S & P 100 INDEX NOVEMBER 550 PUT | 6.200 | 11,178.00 | |
| 10/21 | 18 | | 96321 | S & P 100 INDEX OCTOBER 550 CALL | 2.500 | 4,518.00 | |
| | | | | NEW BALANCE | | | 2,844.00 |
| | | 18 | | SECURITY POSITIONS S & P 100 INDEX NOVEMBER 555 CALL | MKT PRICE 5.900 | | |
| | 18 | | | S & P 100 INDEX NOVEMBER 550 PUT | 4.600 | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
8,280.00            10,620.00-

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING |
| --- |
| 9/30/05 |

| PAGE |
| --- |
| 1 |

| YOUR ACCOUNT NUMBER |
| --- |
| 1-ZA121-3-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- |
| 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 13,122.82 |
| 9/07 | 2,124 | | 71130 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,124.00 | |
| 9/09 | 2,322 | | 2310 | MICROSOFT CORP | 27.060 | 62,833.32 | |
| 9/09 | 252 | | 6585 | MORGAN STANLEY | 51.110 | 12,879.72 | |
| 9/09 | 360 | | 16809 | ABBOTT LABORATORIES | 44.930 | 16,174.80 | |
| 9/09 | 1,008 | | 19410 | ORACLE CORPORATION | 13.430 | 13,537.44 | |
| 9/09 | 594 | | 21084 | AMERICAN INTL GROUP INC | 59.600 | 35,402.40 | |
| 9/09 | 378 | | 23685 | PEPSICO INC | 54.960 | 20,774.88 | |
| 9/09 | 288 | | 25359 | AMGEN INC | 80.560 | 23,201.28 | |
| 9/09 | 1,710 | | 27960 | PFIZER INC | 25.380 | 43,399.80 | |
| 9/09 | 270 | | 29634 | AMERICAN EXPRESS COMPANY | 55.560 | 15,001.20 | |
| 9/09 | 576 | | 32235 | PROCTER & GAMBLE CO | 56.100 | 32,313.60 | |
| 9/09 | 918 | | 33909 | BANK OF AMERICA | 43.010 | 39,483.18 | |
| 9/09 | 684 | | 36510 | SPRINT NEXTEL CORP | 25.100 | 17,168.40 | |
| 9/09 | 1,188 | | 38184 | CITI GROUP INC | 44.060 | 52,363.28 | |
| 9/09 | 756 | | 40781 | SBC COMMUNICATIONS INC | 24 | 18,144.00 | |
| 9/09 | 504 | | 42459 | COMCAST CORP CL A | 30.420 | 15,331.68 | |
| 9/09 | 1,080 | | 45056 | TIME WARNER INC | 17.910 | 19,342.80 | |
| 9/09 | 1,458 | | 46734 | CISCO SYSTEMS INC | 18.010 | 26,258.58 | |
| 9/09 | 468 | | 49331 | TYCO INTERNATIONAL LTD | 27.830 | 13,024.44 | |
| 9/09 | 558 | | 51009 | DELL INC | 35.090 | 19,580.22 | |
| 9/09 | 630 | | 53606 | VERIZON COMMUNICATIONS | 32.600 | 20,538.00 | |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING **9/30/05**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|--------------------------------|---------------------------------|
| 9/09 | 2,430 | | 55284 | GENERAL ELECTRIC CO | 33.490 | 81,380.70 | |
| 9/09 | 396 | | 57881 | WELLS FARGO & CO NEW | 59.590 | 23,597.64 | |
| 9/09 | 486 | | 59559 | HOME DEPOT INC | 40.750 | 19,804.50 | |
| 9/09 | 774 | | 62156 | WAL-MART STORES INC | 44.880 | 34,737.12 | |
| 9/09 | 666 | | 63834 | HEWLETT PACKARD CO | 27.410 | 18,255.06 | |
| 9/09 | 1,476 | | 66431 | EXXON MOBIL CORP | 60.510 | 89,312.76 | |
| 9/09 | 378 | | 68109 | INTERNATIONAL BUSINESS MACHS | 79.940 | 30,217.32 | |
| 9/09 | 1,422 | | 72384 | INTEL CORP | 25.480 | 36,232.56 | |
| 9/09 | 684 | | 76659 | JOHNSON & JOHNSON | 63.270 | 43,276.68 | |
| 9/09 | 810 | | 80934 | J.P. MORGAN CHASE & CO | 34.290 | 27,774.90 | |
| 9/09 | 522 | | 85209 | COCA COLA CO | 44.500 | 23,229.00 | |
| 9/09 | 270 | | 89484 | MEDTRONIC INC | 56.910 | 15,365.70 | |
| 9/09 | 486 | | 93759 | ALTRIA GROUP INC | 70.240 | 34,136.64 | |
| 9/09 | 504 | | 98034 | MERCK & CO | 28.890 | 14,560.56 | |
| 9/09 | | 500,000 | 414 | U S TREASURY BILL DUE 9/29/2005          9/29/2005 | 99.820 | | 499,100.00 |
| 9/09 | | 500,000 | 96542 | U S TREASURY BILL DUE 9/22/2005          9/22/2005 | 99.881 | | 499,405.00 |
| 9/09 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/09/05 | DIV | | 173.39 |
| 9/09 | 32,000 | | 6338 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32,000.00 | |
| | | | | CONTINUED ON PAGE     3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/05 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/09 | | 41,935 | 91842 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 41,935.00 |
| 9/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/19/05 | DIV | | 26.63 |
| 9/19 | | 32,000 | 34153 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,000.00 |
| 9/19 | 25,000 | | 37050 | U S TREASURY BILL DUE 1/12/2006          1/12/2006 | 98.876 | 24,719.00 | |
| 9/19 | 6,353 | | 40694 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,353.00 | |
| 9/27 | 12,564 | | 24879 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,564.00 | |
| 9/29 | | 468 | 1654 | TYCO INTERNATIONAL LTD | 28.710 | | 13,436.28 |
| 9/29 | | 558 | 3421 | DELL INC | 34.020 | | 18,983.16 |
| 9/29 | | 630 | 5925 | VERIZON COMMUNICATIONS | 32.330 | | 20,367.90 |
| 9/29 | | 2,430 | 7692 | GENERAL ELECTRIC CO | 33.550 | | 81,526.50 |
| 9/29 | | 396 | 10196 | WELLS FARGO & CO NEW | 59.030 | | 23,375.88 |
| 9/29 | | 486 | 11963 | HOME DEPOT INC | 38.640 | | 18,779.04 |
| 9/29 | | 774 | 14467 | WAL-MART STORES INC | 43.610 | | 33,754.14 |
| 9/29 | | 666 | 16234 | HEWLETT PACKARD CO | 29.100 | | 19,380.60 |
| 9/29 | | 1,476 | 18738 | EXXON MOBIL CORP | 64.670 | | 95,452.92 |
| 9/29 | | 378 | 20505 | INTERNATIONAL BUSINESS MACHS | 78.160 | | 29,544.48 |
| 9/29 | | 1,422 | 24776 | INTEL CORP | 24.400 | | 34,696.80 |
| | | | | CONTINUED ON PAGE     4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/05 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/29 | | 684 | 29047 | JOHNSON & JOHNSON | 64.360 | | 44,022.24 |
| 9/29 | | 810 | 33318 | J.P. MORGAN CHASE & CO | 34.180 | | 27,685.80 |
| 9/29 | | 522 | 37589 | COCA COLA CO | 42.450 | | 22,158.90 |
| 9/29 | | 270 | 41860 | MEDTRONIC INC | 55.240 | | 14,914.80 |
| 9/29 | | 486 | 46134 | ALTRIA GROUP INC | 72.580 | | 35,273.88 |
| 9/29 | | 504 | 50405 | MERCK & CO | 27.940 | | 14,081.76 |
| 9/29 | | 2,322 | 54676 | MICROSOFT CORP | 25.420 | | 59,025.24 |
| 9/29 | | 252 | 58947 | MORGAN STANLEY | 52.530 | | 13,237.56 |
| 9/29 | | 360 | 69252 | ABBOTT LABORATORIES | 42.820 | | 15,415.20 |
| 9/29 | | 1,008 | 71760 | ORACLE CORPORATION | 12.500 | | 12,600.00 |
| 9/29 | | 594 | 73523 | AMERICAN INTL GROUP INC | 60.760 | | 36,091.44 |
| 9/29 | | 378 | 76031 | PEPSICO INC | 55.030 | | 20,801.34 |
| 9/29 | | 288 | 77794 | AMGEN INC | 82.340 | | 23,713.92 |
| 9/29 | | 1,710 | 80302 | PFIZER INC | 25.170 | | 43,040.70 |
| 9/29 | | 270 | 82065 | AMERICAN EXPRESS COMPANY | 57.270 | | 15,462.90 |
| 9/29 | | 576 | 84573 | PROCTER & GAMBLE CO | 57.030 | | 32,849.28 |
| 9/29 | | 918 | 86336 | BANK OF AMERICA | 42.500 | | 39,015.00 |
| 9/29 | | 684 | 88844 | SPRINT NEXTEL CORP | 24.710 | | 16,901.64 |
| 9/29 | | 1,188 | 90607 | CITI GROUP INC | 45.400 | | 53,935.20 |
| 9/29 | | 756 | 93111 | SBC COMMUNICATIONS INC | 23.810 | | 18,000.36 |
| 9/29 | | 504 | 94878 | COMCAST CORP CL A | 29.330 | | 14,782.32 |
| 9/29 | | 1,080 | 97382 | TIME WARNER INC | 18.070 | | 19,515.60 |
| 9/29 | | 1,458 | 99149 | CISCO SYSTEMS INC | 18.150 | | 26,462.70 |
| 9/29 | 200,000 | | 28824 | U S TREASURY BILL DUE 1/26/2006        1/26/2006 | 98.836 | 197,672.00 | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/05 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/29 | 200,000 | | 32309 | U S TREASURY BILL DUE 2/2/2006                2/02/2006 | 98.758 | 197,516.00 | |
| 9/29 | 200,000 | | 35794 | U S TREASURY BILL DUE 2/9/2006                2/09/2006 | 98.677 | 197,354.00 | |
| 9/29 | 200,000 | | 39279 | U S TREASURY BILL DUE 2/16/2006               2/16/2006 | 98.584 | 197,168.00 | |
| 9/29 | 100,000 | | 42917 | U S TREASURY BILL DUE 2/9/2006                2/09/2006 | 98.677 | 98,677.00 | |
| 9/29 | 100,000 | | 46957 | U S TREASURY BILL DUE 2/16/2006               2/16/2006 | 98.584 | 98,584.00 | |
| 9/29 | 21,315 | | 51303 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,315.00 | |
| 9/30 | | | | PEPSICO INC DIV 9/09/05  9/30/05 | DIV | | 98.28 |
| 9/30 | | | | SPRINT NEXTEL CORP DIV 9/09/05  9/30/05 | DIV | | 17.10 |
| 9/30 | 115 | | 56668 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 115.00 | |
| | | | | NEW BALANCE | | | 611.46 |
| | 40,347 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE    6

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
■ New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/05 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 25,000 | | | U S TREASURY BILL DUE 1/12/2006 1/12/2006 | 98.998 | | |
| | 200,000 | | | U S TREASURY BILL DUE 1/26/2006 1/26/2006 | 98.820 | | |
| | 200,000 | | | U S TREASURY BILL DUE 2/2/2006 2/02/2006 | 98.733 | | |
| | 300,000 | | | U S TREASURY BILL DUE 2/9/2006 2/09/2006 | 98.654 | | |
| | 300,000 | | | U S TREASURY BILL DUE 2/16/2006 2/16/2006 | 98.564 | | |
| | | | | MARKET VALUE OF SECURITIES LONG                    SHORT 1,051,856.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/05 | 7 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,628.57 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,644,618.08 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING **9/30/05**   PAGE **1**

YOUR ACCOUNT NUMBER **1-ZA121-4-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 13,122.00 | |
| 9/07 | | 18 | 10860 | S & P 100 INDEX SEPTEMBER 570 CALL | 3.100 | | 5,562.00 |
| 9/07 | 18 | | 15135 | S & P 100 INDEX SEPTEMBER 560 PUT | 1.900 | 3,438.00 | |
| 9/19 | | 18 | 20777 | S & P 100 INDEX OCTOBER 575 CALL | 6.100 | | 10,962.00 |
| 9/19 | 18 | | 25199 | S & P 100 INDEX OCTOBER 570 PUT | 5.500 | 9,918.00 | |
| 9/19 | 18 | | 29626 | S & P 100 INDEX SEPTEMBER 570 CALL | 1.100 | 1,998.00 | |
| 9/19 | | 18 | | S & P 100 INDEX SEPTEMBER 560 PUT EXPIRED WORTHLESS | DELV | | |
| 9/27 | 18 | | 63218 | S & P 100 INDEX OCTOBER 575 CALL | 2 | 3,618.00 | |
| 9/27 | | 18 | 67489 | S & P 100 INDEX OCTOBER 570 PUT | 9 | | 16,182.00 |
| | | | | NEW BALANCE | | | 612.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 8/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 13,122.82 |
| | | | | NEW BALANCE | | | 13,122.82 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 39,811 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 500,000 | | | U S TREASURY BILL | 99.798 | | |
| | | | | DUE 9/22/2005 | | | |
| | | | | 9/22/2005 | | | |
| | 500,000 | | | U S TREASURY BILL | 99.732 | | |
| | | | | DUE 9/29/2005 | | | |
| | | | | 9/29/2005 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 1,037,461.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York** □ **London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

PERIOD ENDING: **8/31/05**

PAGE: **2**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER: **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,313.17 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,637,827.60 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
8/31/05

PAGE
1

YOUR ACCOUNT NUMBER
1-ZA121-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|------|------|------|
|  |  |  |  | BALANCE FORWARD |  | 13,122.00 |  |
|  |  |  |  | NEW BALANCE |  | 13,122.00 |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING: **7/31/05**
PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA121-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER: **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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 13,122.20 |
| 7/01 | | | | COCA COLA CO | DIV | | |
| | | | | DIV 6/15/05  7/01/05 | | | 141.12 |
| 7/01 | | | | MERCK & CO | DIV | | |
| | | | | DIV 6/03/05  7/01/05 | | | 184.68 |
| 7/01 | | | | VIACOM INC | DIV | | |
| | | | | CLASS B NON VOTING SHS | | | 26.46 |
| | | | | DIV 6/07/05  7/01/05 | | | |
| 7/06 | | | | HEWLETT PACKARD CO | DIV | | |
| 7/07 | | | | DIV 6/15/05  7/06/05 | | | 51.84 |
| 7/11 | | | | CHECK | CW | 22,829.20 | |
| | | | | ALTRIA GROUP INC | DIV | | |
| 7/13 | | | | DIV 6/15/05  7/11/05 | | | 341.64 |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | 74.32 |
| 7/13 | | 61,302 | 91947 | DIV 07/13/05 | | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| 7/13 | 38,547 | | 93838 | U S TREASURY MONEY MARKET | | | 61,302.00 |
| | | | | FIDELITY SPARTAN | 1 | | |
| 7/25 | | | | U S TREASURY MONEY MARKET | | 38,547.00 | |
| | | | | GENERAL ELECTRIC CO | DIV | | |
| 7/29 | 1,264 | | 98821 | DIV 6/27/05  7/25/05 | | | 518.76 |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | 1,264.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/05 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | 13,122.82 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | 39,811 | | | U S TREASURY MONEY MARKET | | | |
| | 500,000 | | | U S TREASURY BILL | 99.507 | | |
| | | | | DUE 9/22/2005 | | | |
| | | | | 9/22/2005 | | | |
| | 500,000 | | | U S TREASURY BILL | 99.440 | | |
| | | | | DUE 9/29/2005 | | | |
| | | | | 9/29/2005 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,034,546.00 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/05 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,313.17 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,637,827.60 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 7/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 13,122.00 | |
| | | | | NEW BALANCE | | 13,122.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 15,174.00 |
| 6/16 | 108 | | | UNITED TECHNOLOGIES CORP DIV 6/15/05 6/16/05 | RECD | | |
| 6/17 | | | | AMERICAN INTL GROUP INC DIV 6/03/05 6/17/05 | DIV | | 72.00 |
| 6/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/20/05 | DIV | | 46.72 |
| 6/20 | | 24,987 | 72004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,987.00 |
| 6/20 | 23,881 | | 76009 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,881.00 | |
| 6/23 | | | | HOME DEPOT INC DIV 6/09/05 6/23/05 | DIV | | 48.60 |
| 6/24 | | | | BANK OF AMERICA DIV 6/03/05 6/24/05 | DIV | | 405.00 |
| 6/24 | 3,204 | | 62268 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,204.00 | |
| 6/28 | | 558 | 347 | PROCTER & GAMBLE CO | 54.200 | | 30,243.60 |
| 6/28 | | 486 | 2037 | COMCAST CORP CL A | 31.950 | | 15,527.70 |
| 6/28 | | 738 | 4619 | SBC COMMUNICATIONS INC | 23.790 | | 17,557.02 |
| 6/28 | | 1,440 | 6313 | CISCO SYSTEMS INC | 20.150 | | 29,016.00 |
| 6/28 | | 1,026 | 8895 | TIME WARNER INC | 17.400 | | 17,852.40 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING 6/30/05    PAGE 2

YOUR ACCOUNT NUMBER 1-ZA121-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 6/28 | | 540 | 10589 | DELL INC | 40.430 | | 21,832.20 |
| 6/28 | | 450 | 13171 | TYCO INTERNATIONAL LTD | 31.040 | | 13,968.00 |
| 6/28 | | 450 | 14865 | THE WALT DISNEY CO | 26.630 | | 11,983.50 |
| 6/28 | | 414 | 17439 | U S BANCORP | 29.280 | | 12,121.92 |
| 6/28 | | 2,358 | 19141 | GENERAL ELECTRIC CO | 35.430 | | 83,543.94 |
| 6/28 | | 216 | 21087 | UNITED TECHNOLOGIES CORP | 52.970 | | 11,441.52 |
| 6/28 | | 486 | 23417 | HOME DEPOT INC | 39.930 | | 19,405.98 |
| 6/28 | | 378 | 25271 | VIACOM INC CLASS B NON VOTING SHS | 33.100 | | 12,511.80 |
| 6/28 | | 648 | 27693 | HEWLETT PACKARD CO | 24.520 | | 15,888.96 |
| 6/28 | | 612 | 29547 | VERIZON COMMUNICATIONS | 35.010 | | 21,426.12 |
| 6/28 | | 360 | 31969 | INTERNATIONAL BUSINESS MACHS | 76.810 | | 27,651.60 |
| 6/28 | | 378 | 33823 | WELLS FARGO & CO NEW | 61.600 | | 23,284.80 |
| 6/28 | | 1,386 | 36245 | INTEL CORP | 27.470 | | 38,073.42 |
| 6/28 | | 756 | 38099 | WAL-MART STORES INC | 48.680 | | 36,802.08 |
| 6/28 | | 648 | 40521 | JOHNSON & JOHNSON | 66 | | 42,768.00 |
| 6/28 | | 1,404 | 42375 | EXXON MOBIL CORP | 60.020 | | 84,268.08 |
| 6/28 | | 792 | 44797 | J.P. MORGAN CHASE & CO | 36.330 | | 28,773.36 |
| 6/28 | | 504 | 49073 | COCA COLA CO | 43.420 | | 21,883.68 |
| 6/28 | | 270 | 53349 | MEDTRONIC INC | 51.960 | | 14,029.20 |
| 6/28 | | 180 | 57625 | 3M COMPANY | 77.900 | | 14,022.00 |
| 6/28 | | 468 | 61901 | ALTRIA GROUP INC | 67.100 | | 31,402.80 |
| 6/28 | | 486 | 66177 | MERCK & CO | 31.800 | | 15,454.80 |
| 6/28 | | 2,250 | 70453 | MICROSOFT CORP | 25.490 | | 57,352.50 |
| 6/28 | | 252 | 74708 | MORGAN STANLEY | 51.450 | | 12,965.40 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

PERIOD ENDING
6/30/05

PAGE
3

6010 LINDEN CIRCLE
TAMARAC        FL  33319

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 6/28 | | 576 | 80656 | AMERICAN INTL GROUP INC | 55.910 | | 32,204.16 |
| 6/28 | | 270 | 84932 | AMGEN INC | 61.620 | | 16,637.40 |
| 6/28 | | 1,008 | 87522 | ORACLE CORPORATION | 12.720 | | 12,821.76 |
| 6/28 | | 270 | 89208 | AMERICAN EXPRESS COMPANY | 54.480 | | 14,709.60 |
| 6/28 | | 378 | 91794 | PEPSICO INC | 55.090 | | 20,824.02 |
| 6/28 | | 900 | 93484 | BANK OF AMERICA | 47.110 | | 42,399.00 |
| 6/28 | | 1,656 | 96070 | PFIZER INC | 28.930 | | 47,908.08 |
| 6/28 | | 1,170 | 97760 | CITI GROUP INC | 47.360 | | 55,411.20 |
| 6/28 | 500,000 | | 74609 | U S TREASURY BILL DUE 9/22/2005  9/22/2005 | 99.271 | 496,355.00 | |
| 6/28 | 500,000 | | 78882 | U S TREASURY BILL DUE 9/29/2005  9/29/2005 | 99.204 | 496,020.00 | |
| 6/29 | 33,593 | | 84238 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 33,593.00 | |
| 6/30 | | | | PEPSICO INC DIV 6/10/05  6/30/05 | DIV | | 98.28 |
| 6/30 | 624 | | 89673 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 624.00 | |
| | | | | NEW BALANCE | | | 13,122.20 |
| | 61,302 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---------------|------|
| 6/30/05 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---------------------|--------------------------------------|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|------|------|
| | 500,000 | | | U S TREASURY BILL DUE 9/22/2005      9/22/2005 | 99.291 | | |
| | 500,000 | | | U S TREASURY BILL DUE 9/29/2005      9/29/2005 | 99.229 | | |
| | | | | MARKET VALUE OF SECURITIES        LONG            SHORT 1,053,902.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
6/30/05

PAGE
5

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,974.35 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,637,827.60 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING: 6/30/05
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 15,174.00 | |
| 6/20 | 18 | | 54302 | S & P 100 INDEX JUNE 570 CALL | 1.400 | 2,538.00 | |
| 6/20 | | 18 | 58733 | S & P 100 INDEX JULY 575 CALL | 5.100 | | 9,162.00 |
| 6/20 | | 18 | 63164 | S & P 100 INDEX JUNE 565 PUT | .200 | | 342.00 |
| 6/20 | 18 | | 67595 | S & P 100 INDEX JULY 570 PUT | 4.500 | 8,118.00 | |
| 6/24 | 18 | | 78978 | S & P 100 INDEX JULY 575 CALL | 3.100 | 5,598.00 | |
| 6/24 | | 18 | 83254 | S & P 100 INDEX JULY 570 PUT | 4.900 | | 8,802.00 |
| | | | | NEW BALANCE | | 13,122.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 10,512.85 |
| 5/23 | 756 | | 293 | WAL-MART STORES INC | 47.110 | 35,615.16 | |
| 5/23 | 648 | | 1534 | JOHNSON & JOHNSON | 67.820 | 43,947.36 | |
| 5/23 | 1,404 | | 4587 | EXXON MOBIL CORP | 53.490 | 75,099.96 | |
| 5/23 | 792 | | 5828 | J.P. MORGAN CHASE & CO | 35.530 | 28,139.76 | |
| 5/23 | 504 | | 10122 | COCA COLA CO | 44.470 | 22,412.88 | |
| 5/23 | 270 | | 14416 | MEDTRONIC INC | 52.230 | 14,102.10 | |
| 5/23 | 180 | | 18710 | 3M COMPANY | 77.060 | 13,870.80 | |
| 5/23 | 468 | | 23004 | ALTRIA GROUP INC | 66.270 | 31,014.36 | |
| 5/23 | 486 | | 27298 | MERCK & CO | 32.930 | 16,003.98 | |
| 5/23 | 2,250 | | 31592 | MICROSOFT CORP | 25.490 | 57,352.50 | |
| 5/23 | 252 | | 35886 | MORGAN STANLEY | 48.600 | 12,247.20 | |
| 5/23 | 576 | | 41417 | AMERICAN INTL GROUP INC | 53.220 | 30,654.72 | |
| 5/23 | 270 | | 45711 | AMGEN INC | 62.330 | 16,829.10 | |
| 5/23 | 1,008 | | 48768 | ORACLE CORPORATION | 12.200 | 12,297.60 | |
| 5/23 | 270 | | 50005 | AMERICAN EXPRESS COMPANY | 52.880 | 14,277.60 | |
| 5/23 | 378 | | 53062 | PEPSICO INC | 56.380 | 21,311.64 | |
| 5/23 | 900 | | 54299 | BANK OF AMERICA | 46.270 | 41,643.00 | |
| 5/23 | 1,656 | | 57356 | PFIZER INC | 28.210 | 46,715.76 | |
| 5/23 | 1,170 | | 58593 | CITI GROUP INC | 47.370 | 55,422.90 | |
| 5/23 | 558 | | 61650 | PROCTER & GAMBLE CO | 55.700 | 31,080.60 | |
| 5/23 | 486 | | 62887 | COMCAST CORP CL A | 31.670 | 15,391.62 | |
| 5/23 | 738 | | 65940 | SBC COMMUNICATIONS INC | 23.570 | 17,394.66 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE    2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/05 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/23 | 1,440 | | 67181 | CISCO SYSTEMS INC | 19.090 | 27,489.60 | |
| 5/23 | 1,026 | | 70234 | TIME WARNER INC | 17.140 | 17,585.64 | |
| 5/23 | 540 | | 71475 | DELL INC | 39.510 | 21,335.40 | |
| 5/23 | 450 | | 74528 | TYCO INTERNATIONAL LTD | 28.910 | 13,009.50 | |
| 5/23 | 450 | | 75769 | THE WALT DISNEY CO | 27.200 | 12,240.00 | |
| 5/23 | 414 | | 78822 | U S BANCORP | 29.270 | 12,117.78 | |
| 5/23 | 2,358 | | 80063 | GENERAL ELECTRIC CO | 36.530 | 86,137.74 | |
| 5/23 | 108 | | 83116 | UNITED TECHNOLOGIES CORP | 104.600 | 11,296.80 | |
| 5/23 | 486 | | 84357 | HOME DEPOT INC | 38.990 | 18,949.14 | |
| 5/23 | 378 | | 87410 | VIACOM INC CLASS B NON VOTING SHS | 34.380 | 12,995.64 | |
| 5/23 | 648 | | 88651 | HEWLETT PACKARD CO | 21.930 | 14,210.64 | |
| 5/23 | 612 | | 91704 | VERIZON COMMUNICATIONS | 34.560 | 21,150.72 | |
| 5/23 | 360 | | 92945 | INTERNATIONAL BUSINESS MACHS | 74.880 | 26,956.80 | |
| 5/23 | 378 | | 95998 | WELLS FARGO & CO NEW | 60.810 | 22,986.18 | |
| 5/23 | 1,386 | | 97239 | INTEL CORP | 25.660 | 35,564.76 | |
| 5/23 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 05/23/05 | DIV | | 93.75 |
| 5/23 | | 37,356 | 31072 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,356.00 |
| 5/23 | | 500,000 | 34813 | U S TREASURY BILL DUE 06/02/2005              6/02/2005 | 99.930 | | 499,650.00 |
| 5/23 | | 500,000 | 39088 | U S TREASURY BILL DUE 06/09/2005              6/09/2005 | 99.880 | | 499,400.00 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING
5/31/05

PAGE
3

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/23 | 24,987 | | 44184 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,987.00 | |
| | | | | NEW BALANCE | | | 15,174.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 468 | | | ALTRIA GROUP INC | 67.140 | | |
| | 270 | | | AMERICAN EXPRESS COMPANY | 53.850 | | |
| | 576 | | | AMERICAN INTL GROUP INC | 55.550 | | |
| | 270 | | | AMGEN INC | 62.580 | | |
| | 900 | | | BANK OF AMERICA | 46.320 | | |
| | 1,440 | | | CISCO SYSTEMS INC | 19.380 | | |
| | 1,170 | | | CITI GROUP INC | 47.110 | | |
| | 504 | | | COCA COLA CO | 44.630 | | |
| | 486 | | | COMCAST CORP CL A | 32.200 | | |
| | 540 | | | DELL INC | 39.890 | | |
| | 450 | | | THE WALT DISNEY CO | 27.440 | | |
| | 1,404 | | | EXXON MOBIL CORP | 56.200 | | |
| | 2,358 | | | GENERAL ELECTRIC CO | 36.480 | | |
| | 648 | | | HEWLETT PACKARD CO | 22.510 | | |
| | 486 | | | HOME DEPOT INC | 39.350 | | |
| | 1,386 | | | INTEL CORP | 26.930 | | |
| | 360 | | | INTERNATIONAL BUSINESS MACHS | 75.550 | | |
| | 792 | | | J.P. MORGAN CHASE & CO | 35.750 | | |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/05 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 648 | | | JOHNSON & JOHNSON | 67.100 | | |
| | 270 | | | MEDTRONIC INC | 53.750 | | |
| | 486 | | | MERCK & CO | 32.440 | | |
| | 2,250 | | | MICROSOFT CORP | 25.800 | | |
| | 252 | | | MORGAN STANLEY | 48.960 | | |
| | 1,008 | | | ORACLE CORPORATION | 12.820 | | |
| | 378 | | | PEPSICO INC | 56.260 | | |
| | 1,656 | | | PFIZER INC | 27.900 | | |
| | 558 | | | PROCTER & GAMBLE CO | 55.150 | | |
| | 738 | | | SBC COMMUNICATIONS INC | 23.380 | | |
| | 24,987 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 180 | | | 3M COMPANY | 76.650 | | |
| | 1,026 | | | TIME WARNER INC | 17.400 | | |
| | 450 | | | TYCO INTERNATIONAL LTD | 28.930 | | |
| | 414 | | | U S BANCORP | 29.330 | | |
| | 108 | | | UNITED TECHNOLOGIES CORP | 106.700 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 35.380 | | |
| | 378 | | | VIACOM INC | 34.290 | | |
| | | | | CLASS B NON VOTING SHS | | | |
| | 756 | | | WAL-MART STORES INC | 47.230 | | |
| | 378 | | | WELLS FARGO & CO NEW | 60.410 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 1,042,114.44 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/05 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,303.75 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,611,860.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 5/31/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 10,512.00 | |
| 5/19 | | 18 | 40180 | S & P 100 INDEX MAY 565 CALL | 1.300 | | 2,322.00 |
| 5/19 | 18 | | 44474 | S & P 100 INDEX MAY 560 PUT | 1.600 | 2,898.00 | |
| 5/23 | 18 | | 17693 | S & P 100 INDEX MAY 565 CALL | .750 | 1,350.00 | |
| 5/23 | | 18 | 22135 | S & P 100 INDEX JUNE 570 CALL | 4.600 | | 8,262.00 |
| 5/23 | 18 | | 26577 | S & P 100 INDEX JUNE 565 PUT | 6.100 | 10,998.00 | |
| 5/23 | | 18 | | S & P 100 INDEX MAY 560 PUT EXPIRED WORTHLESS | DELV | | |
| | | | | NEW BALANCE | | 15,174.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX JUNE 570 CALL | 3.200 | | |
| | 18 | | | S & P 100 INDEX JUNE 565 PUT | 4.800 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 8,640.00 | SHORT 5,760.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

PERIOD ENDING: 4/30/05
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 10,512.73 |
| 4/01 | | | | COCA COLA CO DIV 3/15/05  4/01/05 | DIV | | 146.16 |
| 4/01 | | | | MERCK & CO DIV 3/04/05  4/01/05 | DIV | | 184.68 |
| 4/01 | | | | VIACOM INC CLASS B NON VOTING SHS DIV 2/28/05  4/01/05 | DIV | | 26.46 |
| 4/07 | | | | CHECK | CW | 21,665.98 | |
| 4/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/07/05 | DIV | | 45.97 |
| 4/07 | | | | HEWLETT PACKARD CO DIV 3/16/05  4/07/05 | DIV | | 53.28 |
| 4/07 | | 32,746 | 202 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,746.00 |
| 4/07 | | 25,000 | 653 | U S TREASURY BILL DUE 4/21/2005  4/21/2005 | 99.900 | | 24,975.00 |
| 4/07 | 36,101 | | 1422 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,101.00 | |
| 4/11 | | | | ALTRIA GROUP INC DIV 3/15/05  4/11/05 | DIV | | 328.50 |
| 4/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/13/05 | DIV | | 13.13 |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC         FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/05 | 2 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/13 | | 36,101 | 5017 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,101.00 |
| 4/13 | 36,114 | | 14214 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,114.00 | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/28/05 4/25/05 | DIV | | 502.92 |
| 4/29 | 1,242 | | 20240 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,242.00 | |
| | | | | NEW BALANCE | | | 10,512.85 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 37,356 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 500,000 | | | U S TREASURY BILL DUE 06/02/2005                6/02/2005 | 99.748 | | |
| | 500,000 | | | U S TREASURY BILL DUE 06/09/2005                6/09/2005 | 99.697 | | |
| | | | | MARKET VALUE OF SECURITIES        LONG                SHORT 1,034,581.00 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
**4/30/05**

PAGE
**3**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,210.00 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,612,810.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 10,512.00 | |
| | | | | NEW BALANCE | | 10,512.00 | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 24,120.04 |
| 3/01 | | | | INTEL CORP DIV 2/07/05 3/01/05 | DIV | | 109.44 |
| 3/01 | | | | WELLS FARGO & CO NEW DIV 2/04/05 3/01/05 | DIV | | 181.44 |
| 3/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/07/05 | DIV | | 10.11 |
| 3/07 | | 11,752 | 74427 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 11,752.00 |
| 3/07 | | 25,000 | 81906 | U S TREASURY BILL DUE 4/21/2005 4/21/2005 | 99.683 | | 24,920.75 |
| 3/07 | 25,000 | | 83779 | U S TREASURY BILL DUE 4/21/2005 4/21/2005 | 99.683 | 24,920.75 | |
| 3/08 | | | | JOHNSON & JOHNSON DIV 2/15/05 3/08/05 | DIV | | 184.68 |
| 3/08 | | | | PFIZER INC DIV 2/11/05 3/08/05 | DIV | | 311.22 |
| 3/08 | 15,686 | | 93913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,686.00 | |
| 3/10 | | | | EXXON MOBIL CORP DIV 2/10/05 3/10/05 | DIV | | 379.08 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
| MADF |
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
| 3/31/05 | 2 |

YOUR ACCOUNT NUMBER  1-7A121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER  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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/10 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 64.80 |
| | | | | DIV  2/10/05  3/10/05 | | | |
| 3/10 | | | | MICROSOFT CORP | DIV | | 190.08 |
| | | | | DIV  2/17/05  3/10/05 | | | |
| 3/14 | | | | 3M COMPANY | DIV | | 68.04 |
| | | | | DIV  2/25/05  3/12/05 | | | |
| 3/18 | | 162 | 520 | 3M COMPANY | 86.470 | | 14,008.14 |
| 3/18 | | 450 | 4784 | ALTRIA GROUP INC | 65.470 | | 29,461.50 |
| 3/18 | | 486 | 9048 | MERCK & CO | 32.410 | | 15,751.26 |
| 3/18 | | 2,376 | 13312 | MICROSOFT CORP | 25.190 | | 59,851.44 |
| 3/18 | | 234 | 17564 | MORGAN STANLEY | 59.720 | | 13,974.48 |
| 3/18 | | 576 | 28242 | AMERICAN INTL GROUP INC | 63.420 | | 36,529.92 |
| 3/18 | | 1,098 | 30348 | ORACLE CORPORATION | 13.230 | | 14,526.54 |
| 3/18 | | 270 | 32506 | AMGEN INC | 60.440 | | 16,318.80 |
| 3/18 | | 360 | 34612 | PEPSICO INC | 52.830 | | 19,019.80 |
| 3/18 | | 270 | 36770 | AMERICAN EXPRESS COMPANY | 54.040 | | 14,590.80 |
| 3/18 | | 1,638 | 38876 | PFIZER INC | 26.730 | | 43,787.74 |
| 3/18 | | 882 | 41034 | BANK OF AMERICA | 46.130 | | 40,686.66 |
| 3/18 | | 558 | 43140 | PROCTER & GAMBLE CO | 53.360 | | 29,774.88 |
| 3/18 | | 1,134 | 45298 | CITI GROUP INC | 48.400 | | 54,895.60 |
| 3/18 | | 738 | 47400 | SBC COMMUNICATIONS INC | 24.110 | | 17,793.18 |
| 3/18 | | 1,440 | 49562 | CISCO SYSTEMS INC | 18.600 | | 26,784.00 |
| 3/18 | | 1,008 | 51664 | TIME WARNER INC | 18 | | 18,144.00 |
| 3/18 | | 540 | 53826 | DELL INC | 39.470 | | 21,313.80 |
| 3/18 | | 432 | 55928 | TYCO INTERNATIONAL LTD | 35.580 | | 15,370.56 |
| | | | | CONTINUED ON PAGE    3 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/05 | 3 |

YOUR ACCOUNT NUMBER
1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/18 | | 450 | 57954 | THE WALT DISNEY CO | 28.630 | | 12,883.50 |
| 3/18 | | 378 | 60192 | VIACOM INC CLASS B NON VOTING SHS | 34.500 | | 13,041.00 |
| 3/18 | | 2,286 | 62184 | GENERAL ELECTRIC CO | 36.400 | | 83,210.40 |
| 3/18 | | 612 | 64456 | VERIZON COMMUNICATIONS | 36.190 | | 22,148.28 |
| 3/18 | | 486 | 66447 | HOME DEPOT INC | 39.660 | | 19,274.76 |
| 3/18 | | 378 | 68720 | WELLS FARGO & CO NEW | 60.580 | | 22,899.24 |
| 3/18 | | 666 | 70682 | HEWLETT PACKARD CO | 20.200 | | 13,453.20 |
| 3/18 | | 918 | 72984 | WAL-MART STORES INC | 51.600 | | 47,368.80 |
| 3/18 | | 360 | 74935 | INTERNATIONAL BUSINESS MACHS | 92.200 | | 33,192.00 |
| 3/18 | | 1,404 | 77248 | EXXON MOBIL CORP | 61.820 | | 86,795.28 |
| 3/18 | | 1,358 | 79199 | INTEL CORP | 24.330 | | 33,283.44 |
| 3/18 | | 648 | 83463 | JOHNSON & JOHNSON | 67.780 | | 43,921.44 |
| 3/18 | | 774 | 87727 | J.P. MORGAN CHASE & CO | 36.590 | | 28,320.66 |
| 3/18 | | 522 | 91991 | COCA COLA CO | 42.650 | | 22,263.30 |
| 3/18 | | 270 | 96255 | MEDTRONIC INC | 54.330 | | 14,669.10 |
| 3/18 | 500,000 | | 81511 | U S TREASURY BILL DUE 06/02/2005        6/02/2005 | 99.428 | 497,140.00 | |
| 3/18 | 500,000 | | 85773 | U S TREASURY BILL DUE 06/09/2005        6/09/2005 | 99.373 | 496,865.00 | |
| 3/18 | | | | AMERICAN INTL GROUP INC DIV  3/04/05  3/18/05 | DIV | | 72.00 |
| 3/18 | 14,971 | | 90036 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,971.00 | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC       FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/05 | 4 |

YOUR ACCOUNT NUMBER: 1-7A121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/24 | | | | HOME DEPOT INC DIV 3/10/05 3/24/05 | DIV | | 42.60 |
| 3/28 | | | | BANK OF AMERICA DIV 3/04/05 3/25/05 | DIV | | 396.90 |
| 3/31 | | | | PEPSICO INC DIV 3/11/05 3/31/05 | DIV | | 82.80 |
| 3/31 | 2,089 | | 96450 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,089.00 | |
| | | | | NEW BALANCE | | | 10,512.73 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 32,746 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 25,000 | | | U S TREASURY BILL DUE 4/21/2005            4/21/2005 | 99.849 | | |
| | 500,000 | | | U S TREASURY BILL DUE 06/02/2005            6/02/2005 | 99.531 | | |
| | 500,000 | | | U S TREASURY BILL DUE 06/09/2005            6/09/2005 | 99.475 | | |
| | | | | MARKET VALUE OF SECURITIES            LONG                    SHORT 1,052,738.25 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/05 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,903.90 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,537,835.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-ZA121-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 24,120.00 | |
| 3/07 | 18 | | 78830 | S & P 100 INDEX MARCH 585 CALL | 2.900 | 5,238.00 | |
| 3/08 | | 18 | 87458 | S & P 100 INDEX MARCH 585 CALL | 5.100 | | 9,162.00 |
| 3/16 | 18 | | 21820 | S & P 100 INDEX MARCH 585 CALL | .100 | 198.00 | |
| 3/17 | | 18 | 26084 | S & P 100 INDEX MARCH 575 PUT | 5.500 | | 9,882.00 |
| | | | | NEW BALANCE | | 10,512.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 683.52 | |
| 2/18 | | 198 | 44792 | MERRILL LYNCH & CO INC | 60.530 | | 11,984.94 |
| 2/18 | | 414 | 49068 | U S BANCORP | 30.290 | | 12,540.06 |
| 2/18 | 25,000 | | 56284 | U S TREASURY BILL DUE 4/21/2005   4/21/2005 | 99.580 | 24,895.00 | |
| 2/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/18/05 | DIV | | 37.92 |
| 2/18 | | 36,357 | 53351 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 36,357.00 |
| 2/18 | 11,221 | | 59970 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,221.00 | |
| 2/25 | | | | CITI GROUP INC DIV  2/07/05  2/25/05 | DIV | | 498.96 |
| 2/28 | | | | MERRILL LYNCH & CO INC DIV  2/04/05  2/28/05 | DIV | | 31.68 |
| 2/28 | 531 | | 69783 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 531.00 | |
| | | | | NEW BALANCE | | | 24,120.04 |
| | 450 | | | SECURITY POSITIONS ALTRIA GROUP INC | MKT PRICE 65.650 | | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

PERIOD ENDING 2/28/05    PAGE 2

YOUR ACCOUNT NUMBER 1-ZA121-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 270 | | | AMERICAN EXPRESS COMPANY | 54.150 | | |
| | 576 | | | AMERICAN INTL GROUP INC | 66.800 | | |
| | 270 | | | AMGEN INC | 61.610 | | |
| | 882 | | | BANK OF AMERICA | 46.650 | | |
| | 1,440 | | | CISCO SYSTEMS INC | 17.420 | | |
| | 1,134 | | | CITI GROUP INC | 47.720 | | |
| | 522 | | | COCA COLA CO | 42.800 | | |
| | 540 | | | DELL INC | 40.090 | | |
| | 450 | | | THE WALT DISNEY CO | 27.940 | | |
| | 1,404 | | | EXXON MOBIL CORP | 63.310 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 35.200 | | |
| | 666 | | | HEWLETT PACKARD CO | 20.900 | | |
| | 486 | | | HOME DEPOT INC | 40.020 | | |
| | 1,368 | | | INTEL CORP | 23.980 | | |
| | 360 | | | INTERNATIONAL BUSINESS MACHS | 92.580 | | |
| | 774 | | | J.P. MORGAN CHASE & CO | 36.550 | | |
| | 648 | | | JOHNSON & JOHNSON | 65.600 | | |
| | 270 | | | MEDTRONIC INC | 52.120 | | |
| | 486 | | | MERCK & CO | 31.700 | | |
| | 2,376 | | | MICROSOFT CORP | 25.180 | | |
| | 234 | | | MORGAN STANLEY | 56.470 | | |
| | 1,098 | | | ORACLE CORPORATION | 12.910 | | |
| | 360 | | | PEPSICO INC | 53.860 | | |
| | 1,638 | | | PFIZER INC | 26.290 | | |
| | 558 | | | PROCTER & GAMBLE CO | 53.090 | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/05 | 3 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 738 | | | SBC COMMUNICATIONS INC | 24.050 | | |
| | 11,752 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 162 | | | 3M COMPANY | 83.940 | | |
| | 1,008 | | | TIME WARNER INC | 17.230 | | |
| | 432 | | | TYCO INTERNATIONAL LTD | 33.480 | | |
| | 25,000 | | | U S TREASURY BILL | 99.633 | | |
| | | | | DUE 4/21/2005 | | | |
| | | | | 4/21/2005 | | | |
| | 612 | | | VERIZON COMMUNICATIONS | 35.970 | | |
| | 378 | | | VIACOM INC | 34.900 | | |
| | | | | CLASS B NON VOTING SHS | | | |
| | 918 | | | WAL-MART STORES INC | 51.610 | | |
| | 378 | | | WELLS FARGO & CO NEW | 59.380 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,029,411.55 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/05 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 809.71 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,563,621.75 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 2/28/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 684.00 |
| 2/16 | | 18 | 26380 | S & P 100 INDEX MARCH 585 CALL | 4.100 | | 7,362.00 |
| 2/16 | 18 | | 30799 | S & P 100 INDEX MARCH 575 PUT | 6.900 | 8,838.00 | |
| 2/16 | 18 | | 35286 | S & P 100 INDEX FEBRUARY 565 CALL | 13 | 23,418.00 | |
| 2/16 | | 18 | 39867 | S & P 100 INDEX FEBRUARY 555 PUT | .050 | | 90.00 |
| | | | | NEW BALANCE | | 24,120.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX MARCH 585 CALL | 1.600 | | |
| | 18 | | | S & P 100 INDEX MARCH 575 PUT | 5.200 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 9,350.00       2,880.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| | |
|---|---|
| PERIOD ENDING | 1/31/05 |
| PAGE | 1 |

| | |
|---|---|
| YOUR ACCOUNT NUMBER | 1-ZA121-3-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .68 |
| 1/03 | | | | MERCK & CO | DIV | | 194.94 |
| | | | | DIV 12/03/04  1/03/05 | | | |
| 1/03 | | | | VIACOM INC | DIV | | 27.93 |
| | | | | CLASS B NON VOTING SHS | | | |
| | | | | DIV 11/30/04  1/01/05 | | | |
| 1/07 | | | | CHECK | CW | 21,264.68 | |
| 1/07 | | | | FIDELITY SPARTAN | DIV | | 2.83 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 01/07/05 | | | |
| 1/07 | | 8,994 | 1790 | FIDELITY SPARTAN | 1 | | 8,994.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/07 | | 525,000 | 2562 | U S TREASURY BILL | 99.433 | | 522,023.25 |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| 1/07 | 500,000 | | 3023 | U S TREASURY BILL | 98.777 | 493,885.00 | |
| | | | | DUE 6/30/2005 | | | |
| | | | | 6/30/2005 | | | |
| 1/07 | 15,871 | | 3807 | FIDELITY SPARTAN | 1 | 15,871.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/28 | 360 | | 436 | INTERNATIONAL BUSINESS MACHS | 92.070 | 33,145.20 | |
| 1/28 | 378 | | 3250 | WELLS FARGO & CO NEW | 60.250 | 22,774.50 | |
| 1/28 | 1,368 | | 4720 | INTEL CORP | 22.210 | 30,383.28 | |
| 1/28 | 918 | | 7534 | WAL-MART STORES INC | 53.180 | 48,819.24 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York □ London |
| --- | --- |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

**PERIOD ENDING** 1/31/05

**PAGE** 2

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** 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

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/28 | 648 | | 9004 | JOHNSON & JOHNSON | 61.950 | 40,143.60 | |
| 1/28 | 1,404 | | 11818 | EXXON MOBIL CORP | 51.320 | 72,053.28 | |
| 1/28 | 774 | | 13288 | J.P. MORGAN CHASE & CO | 37.060 | 28,684.44 | |
| 1/28 | 522 | | 17572 | COCA COLA CO | 41.140 | 21,475.08 | |
| 1/28 | 270 | | 21856 | MEDTRONIC INC | 51.630 | 13,940.10 | |
| 1/28 | 198 | | 26140 | MERRILL LYNCH & CO INC | 57.570 | 11,398.86 | |
| 1/28 | 162 | | 30424 | 3M COMPANY | 82.110 | 13,301.82 | |
| 1/28 | 450 | | 34708 | ALTRIA GROUP INC | 62.330 | 28,048.50 | |
| 1/28 | 486 | | 38992 | MERCK & CO | 30.280 | 14,716.08 | |
| 1/28 | 2,375 | | 43275 | MICROSOFT CORP | 25.800 | 61,300.80 | |
| 1/28 | 234 | | 47560 | MORGAN STANLEY | 54.360 | 12,720.24 | |
| 1/28 | 576 | | 53311 | AMERICAN INTL GROUP INC | 66.600 | 38,361.60 | |
| 1/28 | 270 | | 57595 | AMGEN INC | 62.050 | 16,756.20 | |
| 1/28 | 1,098 | | 60412 | ORACLE CORPORATION | 13.550 | 14,877.90 | |
| 1/28 | 270 | | 61879 | AMERICAN EXPRESS COMPANY | 52.950 | 14,296.50 | |
| 1/28 | 360 | | 64696 | PEPSICO INC | 53.370 | 19,213.20 | |
| 1/28 | 882 | | 66163 | BANK OF AMERICA | 45.410 | 40,051.62 | |
| 1/28 | 1,638 | | 68980 | PFIZER INC | 24.420 | 39,999.96 | |
| 1/28 | 1,134 | | 70447 | CITI GROUP INC | 48.480 | 54,976.32 | |
| 1/28 | 558 | | 73264 | PROCTER & GAMBLE CO | 55.300 | 30,857.40 | |
| 1/28 | 1,440 | | 74731 | CISCO SYSTEMS INC | 17.810 | 25,646.40 | |
| 1/28 | 738 | | 77545 | SBC COMMUNICATIONS INC | 24.390 | 17,999.82 | |
| 1/28 | 540 | | 79015 | DELL INC | 40.150 | 21,681.00 | |
| 1/28 | 1,008 | | 81829 | TIME WARNER INC | 18.260 | 18,406.08 | |
| 1/28 | 450 | | 83299 | THE WALT DISNEY CO | 28.230 | 12,703.50 | |
| | | | | CONTINUED ON PAGE    3 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC            FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/05 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-3-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/28 | 432 | | 86113 | TYCO INTERNATIONAL LTD | 35.090 | 15,158.88 | |
| 1/28 | 2,286 | | 87583 | GENERAL ELECTRIC CO | 35.650 | 81,495.90 | |
| 1/28 | 414 | | 90397 | U S BANCORP | 30.070 | 12,468.98 | |
| 1/28 | 486 | | 91867 | HOME DEPOT INC | 40.530 | 19,697.58 | |
| 1/28 | 378 | | 94681 | VIACOM INC CLASS B NON VOTING SHS | 37.670 | 14,239.26 | |
| 1/28 | 666 | | 96151 | HEWLETT PACKARD CO | 19.750 | 13,153.50 | |
| 1/28 | 612 | | 98965 | VERIZON COMMUNICATIONS | 36.900 | 22,582.80 | |
| 1/28 | | 525,000 | 48318 | U S TREASURY BILL DUE 4/14/2005 4/14/2005 | 99.514 | | 522,469.50 |
| 1/28 | | 500,000 | 50050 | U S TREASURY BILL DUE 6/30/2005 6/30/2005 | 98.925 | | 494,625.00 |
| 1/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/28/05 | DIV | | 15.40 |
| 1/28 | 36,134 | | 16460 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,134.00 | |
| 1/28 | | 15,871 | 40388 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,871.00 |
| 1/31 | 223 | | 21490 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 223.00 | |
| | | | | NEW BALANCE | | 683.52 | |
| | 450 | | | SECURITY POSITIONS ALTRIA GROUP INC | MKT PRICE 63.830 | | |

CONTINUED ON PAGE    4

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/05 | 4 |

YOUR ACCOUNT NUMBER: 1-ZA121-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 270 | | | AMERICAN EXPRESS COMPANY | 53.350 | | |
| | 576 | | | AMERICAN INTL GROUP INC | 66.290 | | |
| | 270 | | | AMGEN INC | 52.240 | | |
| | 882 | | | BANK OF AMERICA | 46.370 | | |
| | 1,440 | | | CISCO SYSTEMS INC | 18.040 | | |
| | 1,134 | | | CITI GROUP INC | 49.050 | | |
| | 522 | | | COCA COLA CO | 41.490 | | |
| | 540 | | | DELL INC | 41.760 | | |
| | 450 | | | THE WALT DISNEY CO | 28.630 | | |
| | 1,404 | | | EXXON MOBIL CORP | 51.600 | | |
| | 2,286 | | | GENERAL ELECTRIC CO | 36.130 | | |
| | 666 | | | HEWLETT PACKARD CO | 19.590 | | |
| | 486 | | | HOME DEPOT INC | 41.260 | | |
| | 1,368 | | | INTEL CORP | 22.450 | | |
| | 360 | | | INTERNATIONAL BUSINESS MACHS | 93.420 | | |
| | 774 | | | J.P. MORGAN CHASE & CO | 37.330 | | |
| | 648 | | | JOHNSON & JOHNSON | 64.700 | | |
| | 270 | | | MEDTRONIC INC | 52.490 | | |
| | 486 | | | MERCK & CO | 28.050 | | |
| | 198 | | | MERRILL LYNCH & CO INC | 60.070 | | |
| | 2,376 | | | MICROSOFT CORP | 26.280 | | |
| | 234 | | | MORGAN STANLEY | 55.960 | | |
| | 1,098 | | | ORACLE CORPORATION | 13.770 | | |
| | 360 | | | PEPSICO INC | 53.700 | | |
| | 1,538 | | | PFIZER INC | 24.160 | | |
| | | | | CONTINUED ON PAGE     5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

**PERIOD ENDING** 1/31/05    **PAGE** 5

**YOUR ACCOUNT NUMBER** 1-ZA121-3-0    **YOUR TAX PAYER IDENTIFICATION NUMBER** 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 558 | | | PROCTER & GAMBLE CO | 53.230 | | |
| | 738 | | | SBC COMMUNICATIONS INC | 23.760 | | |
| | 36,357 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 162 | | | 3M COMPANY | 84.360 | | |
| | 1,008 | | | TIME WARNER INC | 18 | | |
| | 432 | | | TYCO INTERNATIONAL LTD | 36.140 | | |
| | 414 | | | U S BANCORP | 30.050 | | |
| | 612 | | | VERIZON COMMUNICATIONS | 35.590 | | |
| | 378 | | | VIACOM INC | 37.340 | | |
| | | | | CLASS B NON VOTING SHS | | | |
| | 918 | | | WAL-MART STORES INC | 52.400 | | |
| | 378 | | | WELLS FARGO & CO NEW | 61.300 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 1,040,894.70 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC          FL  33319

PERIOD ENDING
**1/31/05**

PAGE
**6**

YOUR ACCOUNT NUMBER
**1-ZA121-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER
**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**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|------|------|------|
|  |  |  |  | YEAR-TO-DATE SUMMARY |  |  |  |
|  |  |  |  | DIVIDENDS |  |  | 241.15 |
|  |  |  |  | GROSS PROCEEDS FROM SALES |  |  | 1,539,096.75 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH S POPKIN

6010 LINDEN CIRCLE
TAMARAC        FL   33319

| PERIOD ENDING | PAGE |
|---|---|
| 1/31/05 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA121-4-0 | 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 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 1/26 | | 18 | 51844 | S & P 100 INDEX FEBRUARY 565 CALL | 5.200 | | 9,342.00 |
| 1/26 | 18 | | 56128 | S & P 100 INDEX FEBRUARY 555 PUT | 4.800 | 8,658.00 | |
| | | | | NEW BALANCE | | | 684.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 18 | | S & P 100 INDEX FEBRUARY 565 CALL | 5.500 | | |
| | 18 | | | S & P 100 INDEX FEBRUARY 555 PUT | 2.200 | | |
| | | | | MARKET VALUE OF SECURITIES LONG        SHORT 3,960.00      9,900.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | **INVESTMENT SECURITIES LLC** |
| | **New York** ☐ **London** |

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/07/05

CW    CHECK

21,665.98

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC                FL 33319

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

7/07/05

CW    CHECK

22,829.20

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/07/05

CW    CHECK

20,784.04

CLIENT'S ACCOUNT NUMBER

JOSEPH S POPKIN

1-ZA121-3

6010 LINDEN CIRCLE
TAMARAC          FL 33319

MEMO

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | **1a** Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

BERNARD L. MADOFF
885 THIRD AVE.
NEW YORK, NY    10022

DIRECT INQUIRIES TO:212-230-2470

**1b** CUSIP no.

**2005**

Form **1099-B**

**2** Stocks, bonds, etc.
$    9753689.15

Reported to IRS ☒ Gross proceeds
☐ Gross proceeds less commissions and option premiums

| PAYER'S Federal identification number | RECIPIENT'S identification number | **3** Bartering | **4** Federal income tax withheld |
|---|---|---|---|
| 13-1997126 | 4577 | $ | $ |

RECIPIENT'S name, address, and ZIP code

JOSEPH S POPKIN
6010 LINDEN CIRCLE
TAMARAC         FL 33319

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**5** No. of shares exchanged

**6** Classes of stock exchanged

**7** Description

**8** Profit or (loss) realized in 2005
$

**9** Unrealized profit or (loss) on open contracts—12/31/2004
$

CORPORATION'S name, street address, city, state, and ZIP code

**10** Unrealized profit or (loss) on open contracts–12/31/2005
$

**11** Aggregate profit or (loss)
$

Account number (see instructions)

17A121

**12** If the box is checked, the recipient cannot take a loss on their tax return based on the amount in box 2  .  . ☐

Form **1099-B**                    (keep for your records)          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Total ordinary dividends | ∅MB No. 1545-0110 | Dividends and Distributions |
|---|---|---|---|
| BERNARD L. MADOFF 885 THIRD AVE. NEW YORK, NY 10022 DIRECT INQUIRIES TO:212 230-2470 | $ 11252.81 | 2005 | |
| | 1b Qualified dividends $ | Form 1099-DIV | |
| | 2a Total capital gain distr. $ | 2b Unrecap. Sec. 1250 gain $ | Copy B For Recipient |

| PAYER'S Federal identification number 13-1997126 | RECIPIENT'S identification number -4577 | | |
|---|---|---|---|

| RECIPIENT'S name, address, and ZIP code | 2c Section 1202 gain $ | 2d Collectibles (28%) gain $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or othe sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| JOSEPH S POPKIN 6010 LINDEN CIRCLE TAMARAC        FL 33319 | 3 Nondividend distributions $ | 4 Federal income tax withheld $ | |
| | | 5 Investment expenses | |
| | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession | |
| Account number (see instructions) 1ZA121 | 8 Cash liquidation distributions $ | 9 Noncash liquidation distributions $ | |

Form 1099-DIV                    (keep for your records)          Department of the Treasury - Internal Revenue Service