# EXHIBIT A



# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]


## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 23, 2009

Davina Greenspan and Lori Friedman J/T WROS



Dear Davina Greenspan and Lori Friedman J/T WROS:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1ZA194 designated as Claim Number 001974 and Claim Number 008425 (the latter of which is duplicative of Claim Number 001974 ) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim securities is DENIED. No securities were ever purchased for your account.

Your Combined Claim is ALLOWED for $192,520.56 (the "Allowed Claim"), which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1 attached hereto.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in setting your allowed claim.

Your **ALLOWED CLAIM** of $ 192,520.56 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE**, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $192,520.56, with the funds being advanced by Securities Investor Protection Corporation pursuant to section 78fff-3(a)(1) of SIPA.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 23, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

I have also enclosed an IRS Form W-9 which must be completed and returned in the envelope provided herewith.

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:    Carole Neville, Esq.
       Sonnenschein Nath & Rosenthal LLP
       1221 Avenue of the Americas
       25th Floor
       New York, New York 10020

## Table 1

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 12/7/1992 | CHECK | $60,000.00 | $60,000.00 |
| 8/24/1993 | CHECK | $5,000.00 | $5,000.00 |
| 1/8/1998 | CHECK | $26,000.00 | $26,000.00 |
| 3/2/1998 | TRANS FROM 1ZA20030 | $126,345.28 | $30,500.00 |
| 3/31/1998 | TRANS FROM 1ZA20030 | $514.60 | $0.00 |
| 4/16/1998 | CHECK | $115,000.00 | $115,000.00 |
| 4/21/1998 | CHECK RETURNED | ($115,000.00) | ($115,000.00) |
| 5/1/1998 | CHECK | $115,000.00 | $115,000.00 |
| 5/29/1998 | TRANS FROM 1ZA20030 | $4.23 | $0.00 |
| 7/16/1998 | CHECK | $45,000.00 | $45,000.00 |
| 3/19/1999 | CHECK | $110,000.00 | $110,000.00 |
| 7/8/1999 | CHECK | $10,000.00 | $10,000.00 |
| 3/28/2003 | CHECK | $70,000.00 | $70,000.00 |
| 1/29/2008 | CHECK WIRE | $95,970.56 | $95,970.56 |
| **Total Deposits:** | | $663,834.67 | $567,470.56 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 11/2/1993 | CHECK | ($2,000.00) | ($2,000.00) |
| 12/23/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/19/1997 | CHECK | ($9,000.00) | ($9,000.00) |
| 10/6/1997 | STOP PAYMENT | $9,000.00 | $9,000.00 |
| 10/7/1997 | CHECK | ($9,000.00) | ($9,000.00) |
| 4/5/2000 | CHECK WIRE | ($40,000.00) | ($40,000.00) |
| 4/16/2001 | CHECK WIRE | ($40,000.00) | ($40,000.00) |
| 2/4/2002 | CHECK WIRE | ($7,250.00) | ($7,250.00) |
| 4/4/2002 | CHECK WIRE | ($10,000.00) | ($10,000.00) |
| 5/24/2002 | CHECK WIRE | ($7,500.00) | ($7,500.00) |
| 9/4/2002 | CHECK WIRE | ($7,500.00) | ($7,500.00) |
| 12/27/2002 | CHECK WIRE | ($7,500.00) | ($7,500.00) |
| 6/5/2003 | CHECK WIRE | ($8,000.00) | ($8,000.00) |
| 9/4/2003 | CHECK WIRE | ($8,000.00) | ($8,000.00) |
| 12/17/2003 | CHECK WIRE | ($8,000.00) | ($8,000.00) |
| 3/31/2004 | CHECK WIRE | ($10,000.00) | ($10,000.00) |
| 4/12/2004 | CHECK WIRE | ($10,000.00) | ($10,000.00) |
| 6/1/2004 | CHECK WIRE | ($13,500.00) | ($13,500.00) |
| 9/1/2004 | CHECK WIRE | ($9,700.00) | ($9,700.00) |
| 4/11/2005 | CHECK WIRE | ($5,000.00) | ($5,000.00) |
| 4/4/2007 | CHECK WIRE | ($7,000.00) | ($7,000.00) |
| 4/30/2007 | CHECK WIRE | ($20,000.00) | ($20,000.00) |

| | | | |
|---|---|---|---|
| 5/30/2007 | CHECK WIRE | ($10,000.00) | ($10,000.00) |
| 9/4/2007 | CHECK WIRE | ($10,000.00) | ($10,000.00) |
| 11/13/2007 | CHECK WIRE | ($15,000.00) | ($15,000.00) |
| 12/4/2007 | CHECK WIRE | ($15,000.00) | ($15,000.00) |
| 3/26/2008 | CHECK WIRE | ($40,000.00) | ($40,000.00) |
| 9/3/2008 | CHECK WIRE | ($20,000.00) | ($20,000.00) |
| 11/12/2008 | CHECK WIRE | ($25,000.00) | ($25,000.00) |
| **Total Withdrawals:** | | ($374,950.00) | ($374,950.00) |
| | | | |
| **Total deposits less withdrawals:** | | $288,884.67 | $192,520.56 |

# EXHIBIT B

# AMENDED 

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC   RECEIVED

In Liquidation

APR 0 8 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:  (212) 768-6889 _____

HOME: _____

Taxpayer I.D. Number (Social Security No.)
_____

Account Number:  1-ZA194-3

Davina Greenspan
Lori Friedman JT WROS

(If incorrect, please change)

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008_:**
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____
      b.    I owe the Broker a Debit (Dr.) Balance of          $_____

c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                              $_____

d.    If balance is zero, insert "None."                    ___NONE___

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number **of** Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

10130742

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if                                    ✓
      so, give name of that broker.                    _____    _____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:  Carole Neville, Sonnenschein Nath &
      Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.


IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY

INFORMATION AND BELIEF.  *

Date 4|7|09_____          Signature _____

Date 4/7/09_____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

_____

* This claim amends and supersedes the claim form dated February 9, 2009.  This
form includes and incorporates in full the attached Amended Addendum.
Customer reserves the right to further amend this form for any purpose, including,
without limitation, to add interest, costs and other losses associated with this
account.

# AMENDED ADDENDUM

**Claimant:**     **Davina Greenspan**
                **Lori Friedman  JT WROS**

**Address:**     ██████████████████████████

                ██████████████████████████

**Account #:**     **1-ZA194-3**

Document index:

1.  Statement dated November 30, 2008

2.  Letter from Frank Di Pascali detailing account transactions from December 7, 1992 though December 31, 2007

3.  Documents supporting the transactions described in the Di Pascali letter[1]

|        |                                                                        |                          |
| ------ | ---------------------------------------------------------------------- | ------------------------ |
| **1992-1998** | No documents available for investments and withdrawals for these dates | $377,864.11<br>($21,000) |
| **1999**   | Portfolio Management Report as of December 31, 1999                     | $120,000                 |
|        | Deposit advice dated March 10, 1999                                     |                          |
|        | Deposit confirmation dated March 19, 1999                              |                          |
| **2000**   | Portfolio Management Report as of December 31, 2000                     | ($40,000)                |
|        | Transfer request dated April 3, 2000                                    |                          |
| **2001**   | Portfolio Management Report as of September 30, 2001                    | ($40,000)                |
|        | Transfer request dated April 11, 2001                                   |                          |
|        | Wire transfer confirmation dated April 16, 2001                        |                          |
| **2002**   | Transfer request dated January 30, 2002                                 |                          |
|        | Portfolio Management Report as of March 31, 2002                        |                          |
|        | Wire transfer confirmation dated February 4, 2002                      |                          |
|        | Transfer request dated April 2, 2002                                    |                          |

---

[1] No additional documents are available for the transactions detailed in the Pi Pasquale letter for years prior to 1999 and only limited documentation exists for certain years.

Portfolio Management Report as of June 30, 2002

Wire transfer confirmation dated April 4, 2002

Transfer request dated September 2, 2002

Portfolio Management Report as of September 30, 2002          ($32,250)

Wire transfer confirmation dated September 4, 2002

Statement dated December 31, 2002          ($7,500)

**2003**  Portfolio Management Report Dated as of December 31, 2003
and transfer confirmation dated December 17, 2003          ($8,000)

Deposit advice dated March 20, 2003

Deposit confirmation March 28, 2003          $70,000

Transfer request dated June 2, 2003

Wire transfer confirmation dated June 5, 2003          ($8,000)

Transfer request dated September 2, 2003

Wire transfer confirmation dated September 4, 2003          ($8,000)

Transfer request dated December 15, 2003

**2004**  Portfolio Management Report dated
as of December 31, 2004          ($43,200)

Transfer request dated March 29, 2004

Wire transfer confirmation dated March 31, 2004

Transfer request dated April 6, 2004

Wire transfer confirmation dated April 12, 2004

Transfer request dated May 29, 2004

Transfer request dated August 31, 2004

**2005**  Portfolio Management Report dated
as of December 31, 2005          ($5,000)

Transfer request dated April 8, 2005

Wire transfer confirmation dated April 11, 2005

10110433

**2006**   Portfolio Management Report dated as of December 31, 2006

**2007**   Portfolio Management Report dated
as of December 31, 2007                              ($77,000)

Transfer request dated April 3, 2007

Wire transfer confirmation dated April 4, 2007

Transfer request dated April 26, 2007

Wire transfer confirmation dated April 30, 2007

Transfer request dated May 29, 2007

Wire transfer confirmation dated May 30, 2007

Transfer request dated August 30,2007

Wire transfer confirmation dated September 4, 2007

Transfer request dated November 8, 2007

Wire transfer confirmation dated November 13, 2007

Transfer request dated December 1, 2007

Wire transfer confirmation dated December 4, 2007

4.  Transaction documents for year ending December 31, 2008

Deposit confirmation dated January 29, 2008              $95,970.56

Transfer request dated March 24, 2008                    ($40,000)

Transfer request dated September 1, 2008                 ($20,000)

Wire transfer confirmation dated September 3, 2008

Portfolio Management Report as of September 30, 2008
confirming 3 prior transactions

Transfer request dated November 6, 2008                  ($25,000)

Wire transfer confirmation dated November 12, 2008

Total Investments: $663,834.67

Total Withdrawals: $374,950.00

10110433

# STATEMENT DATED NOVEMBER 30, 2008



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

PERIOD ENDING: 11/30/08
PAGE 1
YOUR ACCOUNT NUMBER: 1-ZA194-3-0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 99,197.82 | |
| 11/12 | 1,470 | | 835 | WELLS FARGO & CO NEW | 29.800 | 43,864.00 | |
| 11/12 | 1,050 | | 1337 | HEWLETT PACKARD CO | 34.900 | 36,687.00 | |
| 11/12 | 910 | | 5161 | WAL-MART STORES INC | 55.830 | 50,841.30 | |
| 11/12 | 595 | | 5663 | INTERNATIONAL BUSINESS MACHS | 87.270 | 51,948.65 | |
| 11/12 | 2,205 | | 9487 | EXXON MOBIL CORP | 72.880 | 160,788.40 | |
| 11/12 | 2,415 | | 9989 | INTEL CORP | 14.510 | 35,137.65 | |
| 11/12 | 1,155 | | 14315 | JOHNSON & JOHNSON | 59.580 | 68,860.90 | |
| 11/12 | 1,575 | | 18640 | J.P. MORGAN CHASE & CO | 38.530 | 60,747.75 | |
| 11/12 | 840 | | 22966 | COCA COLA CO | 44.660 | 37,547.40 | |
| 11/12 | 490 | | 27292 | MCDONALDS CORP | 55.370 | 27,150.30 | |
| 11/12 | 910 | | 31618 | MERCK & CO | 28.550 | 26,016.50 | |
| 11/12 | 3,325 | | 35944 | MICROSOFT CORP | 21.810 | 72,651.25 | |
| 11/12 | 1,680 | | 40270 | ORACLE CORPORATION | 17.300 | 29,131.00 | |
| 11/12 | 665 | | 53248 | PEPSICO INC | 56.410 | 37,538.65 | |
| 11/12 | 385 | | 53750 | APPLE INC | 100.780 | 38,815.30 | |
| 11/12 | 2,835 | | 57574 | PFIZER INC | 16.940 | 48,137.90 | |
| 11/12 | 665 | | 58076 | ABBOTT LABORATORIES | 54.610 | 36,341.65 | |
| 11/12 | 1,260 | | 61900 | PROCTER & GAMBLE CO | 64.080 | 80,790.80 | |
| 11/12 | 455 | | 62402 | AMGEN INC | 59.160 | 26,935.80 | |
| 11/12 | 875 | | 66226 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 38,185.00 | |
| 11/12 | 2,100 | | 66728 | BANK OF AMERICA | 21.590 | 45,423.00 | |
| 11/12 | 700 | | 70552 | QUALCOMM INC | 33.770 | 23,667.00 | |
| 11/12 | 2,275 | | 71054 | CITI GROUP INC | 12.510 | 28,551.25 | |
| | | | | CONTINUED ON PAGE 2 | | | |



BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

DAVINA GREENSPAN
LGRI FRIEDMAN JT WROS

**YOUR ACCOUNT NUMBER:** 1-ZA194-3-0
**PERIOD ENDING:** 11/30/08
**PAGE:** 2

| AYE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /12 | 525 | | 74878 | SCHLUMBERGER LTD | 49.480 | 25,998.00 | |
| /12 | 1,260 | | 75380 | COMCAST CORP CL A | 16.510 | 20,852.60 | |
| /12 | 2,485 | | 79204 | AT&T INC | 27 | 67,194.00 | |
| /12 | 630 | | 79706 | CONOCOPHILLIPS | 52.510 | 33,106.30 | |
| /12 | 420 | | 83530 | UNITED PARCEL SVC INC CLASS B | 52.040 | 21,872.80 | |
| /12 | 2,555 | | 84032 | CISCO SYSTEMS INC | 16.730 | 42,847.15 | |
| /12 | 735 | | 87856 | U S BANCORP | 29.530 | 21,733.55 | |
| /12 | 875 | | 88358 | CHEVRON CORP | 73.430 | 64,286.25 | |
| /12 | 420 | | 92382 | UNITED TECHNOLOGIES CORP | 53.160 | 22,343.20 | |
| /12 | 4,445 | | 92684 | GENERAL ELECTRIC CO | 19.630 | 87,432.35 | |
| /12 | 1,190 | | 96508 | VERIZON COMMUNICATIONS | 30.410 | 36,234.90 | |
| /12 | 105 | | 97010 | GOOGLE | 337.400 | 35,431.00 | |
| | | 1,575,000 | 23443 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,573,992.00 |
| /12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 51.65 |
| | | | | CHECK WIRE | CW | 25,000.00 | |
| /12 | | 46,683 | 18545 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 46,683.00 |
| /12 | 28,566 | | 27913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,566.00 | |
| | | | | CONTINUED ON PAGE    3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-ZA194-3-0 | 3 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /12 | | 28,566 | 29080 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,566.00 |
| /12 | 3,566 | | 29191 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,566.00 | |
| /19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .44 |
| /19 | 3,566 | | 53426 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,566.00 |
| /19 | 100,000 | | 57929 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 | |
| /19 | 8,500 | | 62462 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,500.00 | |
| | | | | NEW BALANCE | | 196,987.28 | |
| | 2,485 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | 665 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 455 | | | AMGEN INC | 55.540 | | |
| | 385 | | | APPLE INC | 92.670 | | |
| | 2,100 | | | BANK OF AMERICA | 16.250 | | |
| | 875 | | | CHEVRON CORP | 79.010 | | |
| | 2,555 | | | CISCO SYSTEMS INC | 16.540 | | |
| | | | | CONTINUED ON PAGE    4 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

YOUR ACCOUNT NUMBER: 1-ZA194-3-0
PERIOD ENDING: 11/30/08
PAGE: 4

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 2,275 | | | CITI GROUP INC | 8.290 | | |
| 840 | | | COCA COLA CO | 46.870 | | |
| 1,260 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 630 | | | CONOCOPHILIPS | 52.520 | | |
| 2,205 | | | EXXON MOBIL CORP | 80.150 | | |
| 4,445 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 105 | | | GOOGLE | 292.960 | | |
| 1,050 | | | HEWLETT PACKARD CO | 35.280 | | |
| 2,415 | | | INTEL CORP | 13.800 | | |
| 595 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 1,575 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,155 | | | JOHNSON & JOHNSON | 58.580 | | |
| 490 | | | MCDONALDS CORP | 58.750 | | |
| 910 | | | MERCK & CO | 26.720 | | |
| 3,325 | | | MICROSOFT CORP | 20.220 | | |
| 1,680 | | | ORACLE CORPORATION | 16.090 | | |
| 665 | | | PEPSICO INC | 56.700 | | |
| 2,835 | | | PFIZER INC | 16.430 | | |
| 875 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 1,260 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 700 | | | QUALCOMM INC | 33.570 | | |
| 525 | | | SCHLUMBERGER LTD | 50.740 | | |
| 8,500 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE 5



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-ZA194-3-0 | 11/30/08 | 5 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 735 | | | U S BANCORP | 26.980 | | |
| 420 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 100,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 420 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 1,190 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 910 | | | WAL-MART STORES INC | 55.880 | | |
| 1,470 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | | | |
| | | | 1,650,511.15 | | | |
| | | | SHORT | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|------|---------------|-------------------------------------|---------------------|
| 6 | 11/30/08 | | 1-ZA194-3-0 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 11,399.09 |
| | | | GROSS PROCEEDS FROM SALES | | | 9,370,032.60 |



**BERNARD L. MADOFF**
**MADF INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Mayfair, London W1J 8UT
Tel 020 7493 6222

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-ZA194-4-0
PAGE 1
YOUR TAX PAYER IDENTIFICATION NUMBER
A

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 99,198.00 |
| | 35 | 44596 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 55,265.00 |
| 35 | | 48922 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 62,335.00 | |
| | 35 | 35026 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 90,965.00 |
| 35 | | 39351 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 105,035.00 | |
| 35 | | 43676 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 10,535.00 | |
| | 35 | 48001 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 129,465.00 |
| | | | | | | 196,988.00 |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 35 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES LONG 57,750.00 | SHORT 81,550.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# DI PASCALI LETTER AND
# INVESTMENT DETAIL

10110433

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

**Frank Di Pascali**

October 6, 2008

Friedman & Greenspan


Attn: Davina Greenspan

Re:  Davina Greenspan
     Lori Friedman JT WROS
     1-ZA194-30/40

Dear Ms. Greenspan:

Sorry for the delay in getting this information to you.  I was pleasantly surprised to find that our records for your account going back 16 years were available.

I have prepared the enclosed schedule which illustrates all funds added or withdrawn from the account going back to the original funding date of 12/07/1992.  The schedule also includes the realized earnings figure for each year.

I trust this information will be useful to you.

If I can be of any further assistance, please feel free to call.

Sincerely,

Frank Di Pascali

FDP/el
Enc.

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

1-ZA194-30/40

| | Funds Added | Funds Withdrawn | Realized Gain |
|---|---|---|---|
| 12/07/1992 | 60,000.00 | | |
| 12/31/1992 | | | |
| 12/31/1993 | 5,000.00 | (2,000.00) | 9,380.58 |
| 12/31/1994 | | (10,000.00) | 10,011.07 |
| 12/31/1995 | | | 9,044.28 |
| 12/31/1996 | | | 12,191.74 |
| 12/31/1997 | | (9,000.00) | 16,761.49 |
| 12/31/1998 | 312,864.11 | | 62,107.49 |
| 12/31/1999 | 120,000.00 | | 113,776.56 |
| 12/31/2000 | | (40,000.00) | 94,160.39 |
| 12/31/2001 | | (40,000.00) | 105,926.53 |
| 12/31/2002 | | (39,750.00) | 110,690.22 |
| 12/31/2003 | 70,000.00 | (24,000.00) | 98,204.67 |
| 12/31/2004 | | (43,200.00) | 106,728.18 |
| 12/31/2005 | | (5,000.00) | 110,241.56 |
| 12/31/2006 | | | 164,695.66 |
| 12/31/2007 | | (77,000.00) | 154,198.14 |
| Totals: | 567,864.11 | (289,950.00) | 1,178,118.56 |

# DOCUMENTS-1999

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA19+-3
LORI FRIEDMAN JT WROS

*MISSING RECORD OF A $10,000 DEPOSIT QTR ENDING 9/30* (handwritten note)

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 476,360.76CR |
| CAPITAL ADDITIONS | 120,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 113,776.56CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .32CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 710,137.00   NET LONG |
| TOTAL EQUITY | 710,137.32CR |

ANNUALIZED RETURN FOR CURRENT YEAR     20.03 %



DAVINA GREENSPAN

TEL:
FAX:
EMAIL:

Annette Bonjourno
Bernard L. Madoff
885 Third Ave.
New York, NY 10022-4834

March 10, 1999

Dear Annette,

Enclosed please find a check for $110,000. Please deposit it into my account
# 1-ZA-194-3 as soon as possible. Please confirm in writing that you have
received these funds.

Cordially,


Davina Greenspan



SS#
Phone
Fax

---

 **BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

3/19/99

| CHECK | 110,000.00 |
| --- | --- |

CLIENT'S ACCOUNT NUMBER

**DAVINA GREENSPAN**
**IN TRUST FOR LORI FRIEDMAN**

1-ZA194-3        A

*              *  *

# DOCUMENTS-2000

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                              A
____RI FRIEDMAN JT WROS

STARTING EQUITY FOR CURRENT YEAR                    710,137.32CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  40,000.00-
REALIZED P/L FOR CURRENT YEAR                        94,160.39Ck
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                       .71CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      764,297.00   NET LONG
TOTAL EQUITY                                       764,297.71CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.79 %



**DAVINA GREENSPAN**

TEL:
FAX:
MOBILE:

Frank DiPasquali
Bernard L. Madoff
885 Third Avenue
New York, NY 10022

April 3, 2000

**By fax to : 001 212 838 4061**

Dear Frank,

Please arrange a wire transfer of $40,000, as soon as possible, from our
account # 1-ZA194-3-0 to:

Ohio Savings Bank
1801 East Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114

The account names are Lori Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

# DOCUMENTS-2001

10110433

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/0

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                                A
LORI FRIEDMAN JT WROS

STARTING EQUITY FOR CURRENT YEAR                         710,137.32CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                       40,000.00-
REALIZED P/L FOR CURRENT YEAR                             80,128.78CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                  9,267.85-
CURRENT CASH BALANCE                                          .56CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            748,997.69   NET LONG
TOTAL EQUITY                                            748,998.25CR

ANNUALIZED RETURN FOR CURRENT YEAR      15.35 %



**DAVINA GREENSPAN**

TEL:
FAX:
MOBILE:

Frank DiPasquali
Bernard L. Madoff
885 Third Avenue
New York, NY 10022

April 11, 2001

**By fax to : 001 212 838 4061**    212-230-2424

Dear Frank,

Please arrange a wire transfer of $40,000, as soon as possible, from our
account # 1-ZA194-3-0 to:

Ohio Savings Bank
1801 East Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114

The account names are Lori Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

---

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:  **CHECK WIRE**                    4/16/01

                                                                40,000.00

                                                         CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN                                          1-ZA194-3
LORI FRIEDMAN JT WROS
84 COMPAYNE GRD,THE GARDEN FLT
LONDON NW6 3RU  ENGLAND
*                        *  *

# DOCUMENTS-2002

10110433

FAXED 1/30/02
9PM



## DAVINA GREENSPAN

TEL: ▆▆▆▆▆▆▆▆▆
FAX: ▆▆▆▆▆▆▆▆▆
MOBILE: ▆▆▆▆▆▆▆▆▆

Frank DiPasquali
Bernard L. Madoff
885 Third Avenue
New York, NY 10022

January 30, 2002

**By fax to : 001 212 838 4061**

Dear Frank,

Please arrange a wire transfer of $7,250 as soon as possible, from our account # 1-ZA194-3-0 to:

Ohio Savings Bank
1801 East Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
The account names are Lori Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

PORTFOLIO MANAGEMENT REPORT AS OF  3/3...

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                         A
LORI FRIEDMAN JT WROS

    *                    *   *

STARTING EQUITY FOR CURRENT YEAR                830,224.24CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                7,250.00-
REALIZED P/L FOR CURRENT YEAR                     14,623.75-
UNREALIZED P/L ON OPEN SECURITY POSITIONS         24,796.24CR
CURRENT CASH BALANCE                                  .39CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   833,146.34    NET LONG
TOTAL EQUITY                                    833,146.73CR

ANNUALIZED RETURN FOR CURRENT YEAR      4.99 %

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY       DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE         2/04/02

                                                        7,250.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN                              1-ZA194-3      A
LORI FRIEDMAN JT WROS

    *                    *   *



Davina Greenspan

Tel:
Fax:
Mobile:

# F A C S I M I L E

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax no.: | 001 212 838 4061 |
| Pages (incl): | 1 |
| From: | Davina Greenspan |
| cc: | |
| Date: | April 2, 2002 |

Dear Frank,

Please arrange a wire transfer $10,000 as soon as possible from our account
# 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 East Ninth Street
Suite 200
Wire Department
Cleveland. Ohio  44114

The account names are Lori Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

PORTFOLIO MANAGEMENT REPORT AS OF  6/30...

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3
LORI FRIEDMAN JT WROS

*MISSING
RECORD OF
$7,500    A
WITHDRAWL
THIS QTR*

| | | |
|---|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 830,224.24CR | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | 24,750.00- | |
| REALIZED P/L FOR CURRENT YEAR | 45,127.30CR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 860.00CR | |
| CURRENT CASH BALANCE | .04CR | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 851,461.50 | NET LONG |
| TOTAL EQUITY | 851,461.54CR | |

ANNUALIZED RETURN FOR CURRENT YEAR    11.33 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING: **CHECK WIRE**

4/04/02

10,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN                    1-ZA194-3        A
LORI FRIEDMAN JT WROS

*Fax of 9/3/10 =*

Davina Greenspan



Tel: ███████
Fax: ███████
Mobile: ███████

# FACSIMILE

To:        Frank DiPasquali
Company:   Bernard L. Madoff
Fax no:    001 212 838 4061
Pages:     1
From:      Davina Greenspan
Date:      September 2, 2002

Dear Frank,

Please arrange a wire transfer of $7,500 as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114

███████████████
███████████████

The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                         A
LORI FRIEDMAN JT WROS

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 830,224.24CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 32,250.00- |
| REALIZED P/L FOR CURRENT YEAR | 91,180.31CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 1,583.50CR |
| CURRENT CASH BALANCE | .05CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 890,738.00   NET LONG |
| TOTAL EQUITY | 890,738.05CR |

ANNUALIZED RETURN FOR CURRENT YEAR    15.25 %

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **CHECK WIRE**

9/04/02

7,500.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3         A

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

**Account Number:** 1-ZA194-3-0    **Date:** 12/31/02

| BOUGHT | SOLD | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 113,079.87 |
| | | | DIV | | 42.00 |
| | | WELLS FARGO & CO NEW DIV 11/08/02 12/01/02 | DIV | | 112.00 |
| | | | DIV | | 189.00 |
| | | ANHEUSER BUSCH COS INC. DIV 11/11/02 12/09/02 | DIV | | 39.00 |
| | | | DIV | | |
| | | INTERNATIONAL BUSINESS MACHS DIV 11/08/02 12/10/02 | DIV | | 61.00 |
| | | | DIV | | 139.00 |
| | | DU PONT E I DE NEMOURS & CO DIV 11/15/02 12/14/02 | DIV | | 84.00 |
| 425,000 | | U S TREASURY BILL DUE 3/06/2003 | 99.796 | 3,500.000 | 424,135.00 |
| | 425,000 | U S TREASURY BILL DUE 3/13/2003 | 99.772 | | 424,031.00 |
| | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# DOCUMENTS-2003

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31...

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                        1-ZA194-3                              A
LORI FRIEDMAN JT WROS

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 901,164.46CR |
| CAPITAL ADDITIONS | 70,000.00CR |
| CAPITAL WITHDRAWALS | 24,000.00- |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 98,204.67CR |
| CURRENT CASH BALANCE | .13CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,045,369.00    NET LONG |
| TOTAL EQUITY | 1,045,369.13CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.36 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY        DEBITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

12/17/03

8,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN                                        1-ZA194-3            A
LORI FRIEDMAN JT WROS

Davina Greenspan



Tel:
Fax:
Mobile:

Frank DiPasquali
Bernard L. Madoff
885 Third Avenue
New York, NY 10022

March 20, 2003

Dear Frank,

Please deposit this check in the amount of $70,000 into:

**Account # 1-ZA194-4-0**
Davina Greenspan and Lori Friedman JT WROS



Thank you very much.

Yours sincerely,


Lori A. Friedman and Davina Greenspan

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/28/03

CHECK                                         70,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS                    1-ZA194-3        A

*                    *  *

Davina Greenspan



Tel:
Fax:
Mobile:

# FACSIMILE

To:         Frank DiPasquali
Company:    Bernard L. Madoff
Fax no:     001 212 838 4061
Pages:      1
From:       Davina Greenspan
Date:       June 2, 2003

---

Dear Frank,

Please arrange a wire transfer of $8,000 as soon as possible from our account
#1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY       **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING   **CHECK WIRE**

6/05/03

8,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3        A

*Sent 9/3*

Davina Greenspan



Tel:
Fax:
Mobile:

# FACSIMILE

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax no: | 001 212 838 4061 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | September 2, 2003 |

Dear Frank,

Please arrange a wire transfer of **$8,000** as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:   **DEBITED YOUR CHECK WIRE**

9/04/03

8,000.00

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

CLIENT'S ACCOUNT NUMBER

1-ZA194-3        A

Davina Greenspan



Tel:
Fax:
Mobile:

# FACSIMILE

To:          Frank DiPasquali
Company:     Bernard L. Madoff
Fax no:      001 212 838 4061
Pages:       1
From:        Davina Greenspan
Date:        December 15, 2003

---

Dear Frank,

Please arrange a wire transfer of $8,000 as soon as possible from our account
#1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

# DOCUMENTS-2004

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/··

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


DAVINA GREENSPAN                     1-ZA194-3                                A
LORI FRIEDMAN JT WROS


```
STARTING EQUITY FOR CURRENT YEAR              1,045,369.13CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                               43,200.00-
REALIZED P/L FOR CURRENT YEAR                    106,728.18CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                    .31CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  1,108,897.00    NET LONG
TOTAL EQUITY                                   1,108,897.31CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.44 %
```



Davina Greenspan

Tel:
Fax:
Mobile:

# FACSIMILE

To:         Frank DiPasquali
Company:    Bernard L. Madoff
Fax no:     001 212 838 4061
Pages:      1
From:       Davina Greenspan
Date:       March 29, 2004

---

Dear Frank,

Please arrange a wire transfer of $10,000 as soon as possible from our account
#1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:  CHECK WIRE

3/31/04

10,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3     A

Davina Greenspan



Tel: ████████
Fax: ████████
Mobile: ████████

# FACSIMILE

To:         Frank DiPasquali
Company:    Bernard L. Madoff
Fax no:     001 212 838 4061
Pages:      1
From:       Davina Greenspan
Date:       April 6, 2004

---

Dear Frank,

Due to an unexpected additional tax liability this year, please arrange another wire transfer of $10,000 as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114

████████.

████████

The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Ave
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY     **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING  **CHECK WIRE**

4/12/04

10,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3      A

*              *   *

Davina Greenspan



Tel:
Fax:
Mobile:

# FACSIMILE

To:          Frank DiPasquali
Company:     Bernard L. Madoff
Fax no:      001 212 838 4061
Pages:       1
From:        Davina Greenspan
Date:        May 29, 2004

---

Dear Frank,

Please arrange a wire transfer of $13,500 as soon as possible from our account
#1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

Sent 8/2°



Davina Greenspan

Tel:
Fax:
Mobile:

# FACSIMILE

To:         Frank DiPasquali
Company:    Bernard L. Madoff
Fax no:     001 212 838 4061
Pages:      1
From:       Davina Greenspan
Date:       Aug 31, 2004

Dear Frank,

Please arrange a wire transfer of $ 9,700 as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

# DOCUMENT-2005

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                              A
LORI FRIEDMAN JT WROS

STARTING EQUITY FOR CURRENT YEAR            1,108,897.31CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                             5,000.00-
REALIZED P/L FOR CURRENT YEAR               110,241.56CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                              .87CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  1,214,138.00    NET LONG
TOTAL EQUITY                               1,214,138.87CR

ANNUALIZED RETURN FOR CURRENT YEAR     9.97 %



Tel:
Fax:
Mobile:

# FACSIMILE

| | |
|---|---|
| **To:** | Frank DiPasquali |
| **Company:** | Bernard L. Madoff |
| **Fax no:** | 001 212 838 4061 |
| **Pages:** | 1 |
| **From:** | Davina Greenspan |
| **Date:** | April 8, 2005 |

Dear Frank,

Please arrange a wire transfer of $5,000 as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio  44114



The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY     DEBITED YOUR
ACCOUNT WITH THE FOLLOWING   CHECK WIRE

4/11/05

5,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3      A

# DOCUMENTS-2006

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3
LORI FRIEDMAN JT WROS

STARTING EQUITY FOR CURRENT YEAR                 1,214,138.87CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      164,695.66CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                     .03CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,378,834.50    NET LONG
TOTAL EQUITY                                    1,378,834.53CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.56 %

# DOCUMENTS-2007

10110433

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/__

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


DAVINA GREENSPAN                    1-ZA194-3                         A
LORI FRIEDMAN JT WROS


STARTING EQUITY FOR CURRENT YEAR            1,378,834.53CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                             77,000.00-
REALIZED P/L FOR CURRENT YEAR                 154,198.14CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                 .17CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS   1,456,032.50    NET LONG
TOTAL EQUITY                                  1,456,032.67CR

ANNUALIZED RETURN FOR CURRENT YEAR     11.44 %

Davina Greenspar



Tel:
Mobile:

# FACSIMILE

To:        Frank DiPasquali
Company:   Bernard L. Madoff
Fax #:     001 212 838 4061
Pages:     1
From:      Davina Greenspan
Date:      April 3, 2007

Dear Frank,

Please arrange a wire transfer of $7,000 as soon as possible from our account # 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 E. Ninth Street
Suite 200
Wire Department
Cleveland Ohio 44114



The account names are Lori A. Friedman and Davina Greenspan

Thank you very much,

Your sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING

DEBITED YOUR
CHECK WIRE

4/04/07

7,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3    A

*        *  *

Sent ...

Davina Greenspan



Tel: █████
Fax: █████
Mobile: █████

# FACSIMILE

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax no: | 001 212 838 4061 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | April 26, 2007 |

Dear Frank.

Please arrange a wire transfer of $20,000 as soon as possible from our account #1-ZA-194-3-0 to:

Ohio Savings Bank
1801 Ninth Street
Suite 200
Wire Department
Cleveland, Ohio 44114

████████

█████

The Account names are Lori A. Friedman and Davina Greenspan.

Thank you very much.

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:  **CHECK WIRE**

**4/30/07**

**20,000.00**

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

**1-ZA194-3**        **A**

Davina Greenspan



Tel:
Mobile:

# FACSIMILE

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 838 4061 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | May 29, 2007 |

Dear Frank,

Please arrange a wire transfer of $10,000 as soon as possible from our account # 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 E. Ninth Street
Suite 200
Wire Department
Cleveland Ohio 44114



The account names are Lori A. Friedman and Davina Greenspan

Thank you very much,

Your sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

5/30/07

10,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3        A

Davina Greenspan



Tel:
Mobile:

## F A C S I M I L E

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 838 4061 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | August 30, 2007 |

Dear Frank,

Please arrange a wire transfer of $10,000 as soon as possible from our
account # 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 E. Ninth Street
Suite 200
Wire Department
Cleveland Ohio 44114



The account names are Lori A. Friedman and Davina Greenspan

Thank you very much,

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY      **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:  **CHECK WIRE**

9/04/07

10,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3      A



Davina Greenspan

Tel:
Mobile:

F A C S I M I L E

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 838 4061 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | November 8, 2007 |

Dear Frank,

Please arrange a wire transfer of $15,000 as soon as possible from our account # 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 E. Ninth Street
Suite 200
Wire Department
Cleveland Ohio 44114



The account names are Lori A. Friedman and Davina Greenspan

Thank you very much,

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

185 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

11/13/07

15,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3          A

*                *  *

Davina Greenspan



Tel:
Mobile:

# FACSIMILE

To:         Frank DiPasquali
Company:    Bernard L. Madoff
Fax #:      001 212 838 4061
Pages:      1
From:       Davina Greenspan
Date:       December 1, 2007

Dear Frank,

Please arrange a wire transfer of $15,000 as soon as possible from our account # 1-ZA-194-3-0 to:

Ohio Savings Bank
1801 E. Ninth Street
Suite 200
Wire Department
Cleveland Ohio 44114



The account names are Lori A. Friedman and Davina Greenspan

Thank you very much,

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **CHECK WIRE**

12/04/07

15,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3      A

# TRANSACTION
# DOCUMENTS-2008

10110433

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

1/29/08

| CHECK WIRE | 95,970.56 |
|---|---|

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3        A

Davina Greenspan



Tel: ▬▬▬▬▬
Mobile: ▬▬▬▬▬

**F A C S I M I L E**

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 486-8178 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | March 24, 2008 |

Dear Frank,

Please arrange a wire transfer of $40,000 as soon as possible from our
account # 1-ZA-194-3-0 to **OUR NEW BANK ACCOUNT (DETAILS BELOW)**



Boca Raton, FL  33432

▬▬▬▬▬▬▬

▬▬▬▬▬▬▬

The account name is Davina Greenspan.

Thank you very much,

Yours sincerely,

Lori A. Friedman and Davina Greenspan

Davina Greenspar



Tel: ████████
Mobile: ████████

**F A C S I M I L E**

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 486-8178 |
| Pages: | 1 |
| From: | Davina Greenspan |
| Date: | September 1, 2008 |

Dear Frank,

Please arrange a wire transfer of $20,000 (Twenty Thousand dollars ) as soon as possible from our
account # 1-ZA-194-3-0 to our account below:

████████
Boca Raton, FL  33432

████████

████████

The account name is Davina Greenspan & Lori Friedman.

Thank you very much,

Yours sincerely,

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY          DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:   CHECK WIRE

9/03/08

20,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3          A

PORTFOLIO MANAGEMENT REPORT AS OF   9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

DAVINA GREENSPAN                    1-ZA194-3                                    A
LORI FRIEDMAN JT WROS

STARTING EQUITY FOR CURRENT YEAR                    1,456,032.67CR
CAPITAL ADDITIONS                                      95,970.56CR
CAPITAL WITHDRAWALS                                    60,000.00-
REALIZED P/L FOR CURRENT YEAR                         120,913.59CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS              1,559.25CR
CURRENT CASH BALANCE                                        .57CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,614,475.50    NET LONG
TOTAL EQUITY                                        1,614,476.07CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.78 %

Davina Greenspan



Tel: ██████████
Mobile: ██████████

FACSIMILE

| | |
|---|---|
| To: | Frank DiPasquali |
| Company: | Bernard L. Madoff |
| Fax #: | 001 212 ~~406-9478~~ 838 - 4061 |
| Pages: | 1 |
| From: | Davina Greenspan & Lori Friedman |
| Date: | November 6, 2008 |

Dear Frank,

Please arrange a wire transfer of $25,000 (Twenty Five Thousand Dollars ) as soon as possible from our account # 1-ZA-194-3-0 to our account below:

███████████████████
███████████████
Boca Raton, FL  33432

███████████████
███████████████

The account name is Davina Greenspan & Lori Friedman.

Thank you very much,

Yours sincerely,

*Lori Friedman      Davina Greenspan*

Lori A. Friedman and Davina Greenspan

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
CHECK WIRE

11/12/08

25,000.00

CLIENT'S ACCOUNT NUMBER

DAVINA GREENSPAN
LORI FRIEDMAN JT WROS

1-ZA194-3    A