EXHIBIT B

# REDACTED

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_____212-475-7986_____

Taxpayer I.D. Number (Social Security No.)
_____-9572_____

Account Number:    1ZA142
ANITA KARIMIAN
390 FIRST AVE  APT# 6G
NEW YORK, NY  10010

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*****************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of          $_____0_____
      b.    I owe the Broker a Debit (Dr.) Balance of             $_____0_____

c.     If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.             $ _____

d.     If balance is zero, insert "None."        _____None_____

2.     Claim for securities as of **December 11, 2008**:

### PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 ZA142 statements, attached hereto as Exhibit A. | | | |
| $1,803,537.77 (market value of securities long, per ZA142-3 statement) | | | |
| 62,700.00 (market value of securities long, per ZA142-4 statement) | | | |
| (88,540.00) (market value of securities short, per ZA142-4 statement) | | | |
| TOTAL   $1,777,697.77 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

EXHIBIT B

information regarding any withdrawals you have ever made or payments received from the Debtor.    See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

EXHIBIT B

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.                                    _____    X _____

Please list the full name and address of anyone assisting you in the
preparation of this claim form:  Jennifer L. Young, Esq., Milberg LLP
One Pennsylvania Plaza, New York, New York  10119                              .

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _2/10/09_____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# Exhibit A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

ANITA KARIMIAN
390 FIRST AVE   APT# 6G
NEW YORK   NY   10010

885 Third Avenue
New York, NY 10022

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-ZA142-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********9572
PAGE: 1

BALANCE FORWARD ... 1,164,245.71

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 2

# EXHIBIT B

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

☐ New York ☐ London

ANITA KARIMIAN
390 FIRST AVE APT# 66
NEW YORK          NY 10010

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| Date | | | | Description | | | |
|---|---|---|---|---|---|---|---|
| 11/19 | 125,000 | | | | | 1 | 125,907.50 |
| 11/19 | 4,359 | 62432 | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 4,359.00 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | | | | FIDELITY SPARTAN | | 4,359.00 | |
| | | | | NEW BALANCE | | 220,417.37 | |
| | | 59904 | 57904 | | | | |
| | | 53396 | | | | | |
| | 2,698 | 15,417 | | | 52,300 | | 15,417.00 |
| | 722 | | | ABBOTT LABORATORIES | 52,300 | | |
| | 494 | | | AMGEN INC | 51,550 | | |
| | 2,280 | | | | 52,270 | | |
| | 950 | | | CHEVRON CORP | 79,010 | | |
| | 2,774 | | | CISCO SYSTEMS INC | 16,520 | | |
| | 2,470 | | | CITIGROUP INC | 42,870 | | |
| | 912 | | | COCA COLA CO | 42,870 | | |
| | 1,368 | | | COMCAST CORP | 17,340 | | |
| | | | | CL A | | | |
| | 684 | | | CONOCOPHILLIPS | 52,520 | | |
| | 2,394 | | | EXXON MOBIL CORP | 80,150 | | |
| | 4,826 | | | GENERAL ELECTRIC CO | 17,170 | | |

CONTINUED ON PAGE 4

1-ZA142-3-0          11/30/008          ********9572          3



Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ANITA KARIMIAN
390 FIRST AVE   APT# 66
NEW YORK        NY  10010

1-ZA142-3-0     11/30/08     ****9572     4

GOOGLE
HEWLETT PACKARD CO
INTERNATIONAL BUSINESS MACHS
J.P. MORGAN CHASE & CO
JOHNSON & JOHNSON
MERCK & CO
MICROSOFT CORP
ORACLE CORPORATION
PFIZER INC
PHILLIP MORRIS INTERNATIONAL
PROCTER & GAMBLE CO
SCHLUMBERGER LTD
FIDELITY SPARTAN
U S TREASURY MONEY MARKET
UNICORP
UNITED PARCEL SVC INC
CLASS B
U S TREASURY BILL
DUE 03/26/2009
3/26/2009
UNITED TECHNOLOGIES CORP

CONTINUED ON PAGE   5

ASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE   APT# 6G
NEW YORK   NY   10010

NEW YORK, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YEAR-TO-DATE SUMMARY

1-ZA142-3-0      11/30/08      6

*******9572

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT B



# Exhibit B

### EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Below is a list of the documents submitted herewith:

Oct. 31, 2008 BMIS Statement

Sept. 30, 2008 BMIS Statement

Aug. 31, 2008 BMIS Statement

2

## AMENDED EXHIBIT B

1.  This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2.  The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3.  The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4.  The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5.  This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6.  The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7.  The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Claim Form is submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, this Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Below is a list of the documents submitted herewith:

Oct. 31, 2008 BMIS Statement

Sept. 30, 2008 BMIS Statement

Aug. 31, 2008 BMIS Statement

2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ANITA KARIMIAN
390 FIRST AVE   APT# 6G
NEW YORK   NY   10010

| 1-ZA142-3-0 | 9/30/08 | ********9572 | 1 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DJ
Tel 020 7493 6222

| Date | | | | | | | Amount |
|------|--|--|--|--|--|--|--------|
| | | | BALANCE FORWARD | | | | 47,226.75 |
| 9/05 | | | DIV | | | DIV | 466.90 |
| 9/10 | | | CHEVRON CORP | | | DIV | 471.25 |
| 9/10 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 14,146 | | 1 | 15.03 |
| 9/10 | | 14,146 | | | | | 14,146.00 |
| 9/11 | | 84220 | MICROSOFT CORP | | | DIV | 315.81 |
| 9/16 | | | MCDONALDS CORP | | | DIV | 152.25 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT B

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE   APT# 66
NEW YORK          NY  10010

1-ZA142-3-0    9/30/08    *******9572    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| Date | | | Quantity | Security | | |
|---|---|---|---|---|---|---|
| 9/17 | | | 1,421 | 1061 | ORACLE CORPORATION | 19.310 | 27,383.51 |
| 9/17 | | | | | APPLE INC | | 48,383.64 |
| 9/17 | | | | | | | |
| 9/17 | | | 2,436 | 19057 | PFIZER INC | 18.360 | 44,821.76 |
| 9/17 | | | | | MERRILL LYNCH & CO INC | | |
| 9/17 | | | | | AMGEN INC | | |
| 9/17 | | | 754 | 27653 | PHILLIP MORRIS INTERNATIONAL | 54.170 | 40,811.18 |
| 9/17 | | | | | RANGE RESOURCES | | |
| 9/17 | | | 435 | 36249 | SCHLUMBERGER LTD | 87.210 | 37,919.35 |
| 9/17 | | | | | CONOCOPHILLIPS | | |
| 9/17 | | | | | CISCO SYSTEMS INC | | |
| 9/17 | | | 377 | 44931 | UNITED PARCEL SVC INC | 67.860 | 259,568.22 |
| 9/17 | | | | | CLASS B | | |
| 9/17 | | | 3,625 | 50289 | GENERAL ELECTRIC CO | 27.440 | 99,325.00 |
| 9/17 | | | 1,045 | 53964 | VERIZON COMMUNICATIONS | 36.570 | 36,050.08 |
| 9/17 | | | 145 | 58885 | GOLDMAN SACHS GROUP INC | 154.700 | 22,426.50 |

EXHIBIT B



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN

390 FIRST AVE   APT8 66
NEW YORK   NY   10010

1-ZA142-3-0

9/30/08

*******9572

3





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE    APT# 6G
NEW YORK    NY    10010

YEAR-TO-DATE SUMMARY

1-ZA142-3-0    9/30/08    *********95T2    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE APT# 66
NEW YORK    NY    10010

1-ZA142-4-0    9/30/08    *******9572    1

| DATE | | | TRANSACTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 47,227.00 |
| 9/11 | | 29 | 78854 | SEPTEMBER 490 CALL | 5,100 | 14,761.00 |
| | | | SEPTEMBER 490 CALL | | | |
| 9/17 | 29 | | 6163 | SEPTEMBER 490 PUT | -900 | |
| | | | S & P 100 INDEX | | 2,639.00 | |
| | | | SEPTEMBER 490 CALL | | | 13,442.00 |
| | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE   APT# 66
NEW YORK   NY   10010

| | | | | | 1-ZA142-3-0 | 10/31/08 | *******9572 | 1 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | | | | | AMT-PRICE | | | |
|---|---|---|---|---|---|---|---|---|
| 10/01 | | | BALANCE FORWARD | | | 114,245.18 | | |
| 10/01 | | | HEWLETT PACKARD CO | DIV | | | 71.92 | |
| 10/03 | | | SCHLUMBERGER LTD | DIV | | | 91.35 | |
| 10/31 | 1,144 | 9693 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,144.00 | | | |
| | | | NEW BALANCE | | | | | |
| | 1,700,000 | | U S TREASURY BILL DUE 2/12/2009 | 99-879 | | | | |
| | | | MARKET VALUE OF SECURITIES LONG | | | | | |
| | | | MARKET VALUE OF SECURITIES SHORT | | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN
390 FIRST AVE   APT# 6G
NEW YORK   NY   10010

YEAR-TO-DATE SUMMARY:

GROSS PROCEEDS FROM SALES:

1-ZA3423-3-0

12/31/08

*******9572

2



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

ANITA KARIMIAN

390 FIRST AVE    APT# 6G
NEW YORK    NY    10010

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BALANCE FORWARD

NEW BALANCE

1-ZA142-4-0

10/31/08

*********9572

1

114,246.00

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC.
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ANITA KARIMIAN

390 FIRST AVE  APT# 6G
NEW YORK  NY  10010

1-ZA142-3-0    8/31/08    ********9572    1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| Date | | | | | BALANCE FORWARD | | 33,074.16 |
|---|---|---|---|---|---|---|---|
| 8/11 | | 6,961 | AMERICAN INTL GROUP INC | | | 76,621.98 | |
| 8/11 | 1,102 | 5243 | PROCTER & GAMBLE CO | 69,490 | | 254,610.24 | |
| 8/11 | 406 | 6136 | AMGEN INC | 63,060 | | | |
| 8/11 | 1,748 | 16047 | BANK OF AMERICA | | | | |
| 8/11 | 580 | 13861 | QUALCOMM INC | 55,530 | | 32,230.40 | |
| 8/11 | 2,001 | 14754 | CITI GROUP INC | 10,300 | | 38,499.30 | |
| 8/11 | | 13868 | CONOCOPHILLIPS | | | | |
| 8/11 | 2,204 | 22479 | AT&T INC | 31 | | 68,412.00 | |
| 8/11 | 2,166 | 23372 | CISCO SYSTEMS INC | 26,200 | | 57,018.20 | |
| 8/11 | | 22479 | CISCO SYSTEMS INC | 26,000 | | | |
| 8/14 | 725 | 27681 | CHEVRON CORP | 84,670 | | 61,434.75 | |
| 8/14 | 340 | 31097 | UNITED TECHNOLOGIES CORP | 66,460 | | 23,141.08 | |
| 8/14 | | | VERIZON COMMUNICATIONS | | | | |
| 8/14 | 87 | 36299 | GOOGLE | 492,320 | | 42,834.84 | |
| 8/14 | 1,247 | 30715 | WELLS FARGO & CO NEW | 30,300 | | 37,833.10 | |
| 8/14 | | 10901 | GOLDMAN SACHS GROUP INC | | | | |
| 8/14 | 899 | 44024 | | | | | |
| 8/14 | 899 | 44917 | HEWLETT PACKARD CO | 45,660 | | 41,083.34 | |

EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ANITA KARIMIAN
390 FIRST AVE - APT# 66
NEW YORK    NY    10010

1-ZA142-3-0    8/31/08    *******9572    2

| Date | | | | | Security | | | |
|---|---|---|---|---|---|---|---|---|
| 8/14 | 1,885 | | | 40333 | EXXON MOBIL CORP | 78.440 | 147,934.40 | |
| 8/14 | 493 | | | 48226 | INTERNATIONAL BUSINESS MACHS | 127.590 | 63,000.49 | |
| 8/14 | 1,903 | | | 37844 | JOHNSON & JOHNSON | 71.220 | | |
| 8/14 | 1,276 | | | 62152 | J&P MORGAN CHASE & CO | 40.530 | 51,767.28 | |
| 8/14 | 735 | | | 66463 | COCA COLA CO | 55.310 | 40,128.75 | |
| 8/14 | | | | | MERRILL CO | | | |
| 8/14 | 785 | | | 79307 | MICROSOFT CORP | 27.810 | 79,956.51 | |
| 8/14 | 2,871 | | | 79388 | ORACLE CORPORATION | 23.160 | 32,966.36 | |
| 8/14 | 1,431 | | | 92315 | | | | |
| 8/14 | 551 | | | 97518 | ABBOTT LABORATORIES | 58.620 | 32,321.62 | |
| 8/14 | | 1,700,000 | | | U S TREASURY BILL | 99.820 | | 1,697,093.00 |
| 8/14 | | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 48.96 |
| 8/14 | 44,079 | | | | U S TREASURY MONEY MARKET | 1 | 14,146.00 | 307,233.00 |
| 8/14 | 14,146 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | 14,146.00 | |
| | | | | | NEW BALANCE | | 47,226.75 | |
| | 212,00 | | | | | | | |
| | | | | | CONTINUED ON PAGE    3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ANITA KARIMIAN
390 FIRST AVE    APT# 6G
NEW YORK    NY    10010

1-ZA142-3-0     8/31/08     **********95572     3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | | | | | |
|---|---|---|---|---|---|
| 551 | ABBOTT LABORATORIES | | 57-430 | | |
| | AMERICAN INTL GROUP INC | | 21-490 | | |
| 1,711 | APPLE INC | | 165-580 | | |
| 725 | BANK OF AMERICA | | 31-140 | | |
| | CHEVRON CORP | | 86-320 | | |
| 725 | CITIGROUP INC | | 19-390 | | |
| 551 | COCA COLA CO | | 52-070 | | |
| | CONOCOPHILLIPS | | 82-510 | | |
| 145 | GENERAL ELECTRIC CO | | 28-580 | | |
| 87 | GOLDMAN SACHS GROUP INC | | 163-970 | | |
| | GOOGLE | | 463-290 | | |
| 493 | INTERNATIONAL BUSINESS MACHS | | 121-730 | | |
| 1,276 | J.P. MORGAN CHASE & CO | | 38-490 | | |
| 783 | MERCK & CO | | 35-660 | | |
| 2,871 | MICROSOFT CORP | | 27-290 | | |
| 2,436 | PFIZER INC | | 19-110 | | |

EXHIBIT B





PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

ANITA KARIMIAN
390 FIRST AVE    APT# 6G
NEW YORK, NY. 10010

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YEAR-TO-DATE SUMMARY

1-ZA142-3-0

8/31/08

**********9572

5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

ANITA KARIMIAN
390 FIRST AVE   APT# 6G
NEW YORK   NY   10010

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1-ZA142-4-0

8/31/08

*******9572

1

| 8/14 | | | BALANCE FORWARD | | 16 | | 33,075.00 |
| | | | | | | | 46,371.00 |
| | 29 | 88006 | S & P 100 INDEX | | 10-400 | | |
| | | | LONG 30,160.00 | | | | |
| | | | SHORT 18,650.00 | | | | |