## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 17th day of November 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Anita Karimian 1ZA142) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

> Irving H. Picard, Trustee
> c/o Baker Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

                                                      s/ Jonathan M. Landers