# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: Lax + Neville, LLP
 818-696-1999

HOME: _____

Taxpayer I.D. Number (Social Security No.)
 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

1ZB096
ROBERT KEHLMANN
2207 ROSE STREET
BERKELEY, CA 94709

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $ N/A   0
   b. I owe the Broker a Debit (Dr.) Balance of    $   0

502180406

    c.      If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed
with this claim form.**     $ _____0_____

    d.      If balance is zero, insert "None."     _____0_____

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See November 30, 2008 | | |
| | Account statement attached | | |
| | as Exhibit A | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406

3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq., Lax + Neville, LLP 1412 Broadway, Suite 1407, New York, NY 10019.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  3/19/09              Signature  Robert Zellin           POA Zipra Wikrelk

Date  _____      Signature  _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406



**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

BARRY R. LAX
BRIAN J. NEVILLE
DAVID S. RICH

SANDRA P. ESPINOSA

April 22, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE:    Zipora Wagreich, Trustee U/A DTD 11/6/90 /Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents Robert Kehlmann, as Power of Attorney for Zipora Wagreich, Trustee U/A DTD 11/6/90 ("Zipora Wagreich Living Trust") and has assisted him in preparation of the Zipora Wagreich Living Trust Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the Zipora Wagreich's Living Trust account. Additionally, below is a description of the relationship between the Zipora Wagreich Living Trust and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Zipora Wagreich Living Trust SIPC claims.



Irving H. Picard
April 22, 2009
Page 2 of 3

In or about 1993, Zipora Wagreich, as trustee, opened the Zipora Wagreich Living Trust account, and made contributions in the amount of $100,000 to the account. Zipora Wagreich is a 99 year old widow, wheelchair bound and suffers from dementia. In recent years, Zipora Wagreich had been living in large part on the income from her accounts with Madoff Securities.[1] Now, due to the Madoff fraud, Zipora Wagreich is unable to remain at home and pay for her necessary living and medical expenses. She has been obligated to move into a nursing home and file a Medicaid application. Because of her age and health condition, Zipora Wagreich is unable to resume work. Her only current sources of income are social security benefits and a small reserve from the trust under the will of her husband, William Kehlmann. Zipora Wagreich exemplifies the severity, scope and hardship caused by the Madoff fraud. Please, any expedited determination of this claim is greatly appreciated.

Robert Kehlmann, as power of attorney, received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing Zipora Wagreich held securities in the account. Attached hereto as Exhibit A is the Madoff Securities account statement for the Zipora Wagreich Living Trust account, dated November 30, 2008. Based upon the account statements and the confirmations, Zipora Wagreich at all times expected to have those securities in the Zipora Wagreich Living Trust account. The balance in the Zipora Living

---

[1] Robert Kehlmann, Trustee, of the Trust UWO William Kehlmann U/A DTD 1/23/65 ("William Kehlmann Trust") is simultaneously filing a SIPC Claim Form for the William Kehlmann Trust account with Madoff Securities. Robert Kehlmann opened the William Kehlmann Trust account for the benefit of his mother, Zipora Wagreich, under his father, William Kehlmann's will.



Irving H. Picard
April 22, 2009
Page 3 of 3

Trust account as of the filing date is $158,247.62. *See* the November 30, 2008 account statement as Exhibit A.

## CONCLUSION

Zipora Wagreich, Trustee U/A DTD 11/6/90 is seeking the full protection of SIPA for the account as follows:

- Account No: 1-ZB096-3-0          Zipora Wagreich, Trustee U/A DTD 11/6/90

                                   Total = $158,247.62

If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

                                   Very truly yours,
                                   Lax & Neville, LLP

                            By:    /Brian Neville/ sec
                                   Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ZIPORA WAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH APT 16C
NEW YORK    NY    10022

PERIOD ENDING: 11/30/03
YOUR ACCOUNT NUMBER: 1-ZB095-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6939
PAGE: 1     M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 7,487.65 | |
| 1/12 | 126 | | 1359 | WELLS FARGO & CO NEW | 29.800 | 3,759.80 | |
| 1/12 | 90 | | 1861 | HEWLETT PACKARD CO | 34.900 | 3,144.00 | |
| 1/12 | 78 | | 5685 | WAL-MART STORES INC | 55.830 | 4,357.74 | |
| 1/12 | 51 | | 6187 | INTERNATIONAL BUSINESS MACHS | 87.270 | 4,452.77 | |
| 1/12 | 189 | | 10011 | EXXON MOBIL CORP | 72.880 | 13,781.32 | |
| 1/12 | 207 | | 10513 | INTEL CORP | 14.510 | 3,011.57 | |
| 1/12 | 99 | | 14839 | JOHNSON & JOHNSON | 59.580 | 5,901.42 | |
| 1/12 | 135 | | 19164 | J.P. MORGAN CHASE & CO | 38.530 | 5,205.55 | |
| 1/12 | 72 | | 23490 | COCA COLA CO | 44.660 | 3,217.52 | |
| 1/12 | 42 | | 27816 | MCDONALDS CORP | 55.370 | 2,326.54 | |
| 1/12 | 78 | | 32142 | MERCK & CO | 28.550 | 2,229.90 | |
| 1/12 | 285 | | 36468 | MICROSOFT CORP | 21.810 | 6,226.85 | |
| 1/12 | 144 | | 40794 | ORACLE CORPORATION | 17.300 | 2,496.20 | |
| 1/12 | 57 | | 53772 | PEPSICO INC | 56.410 | 3,217.37 | |
| 1/12 | 33 | | 54274 | APPLE INC | 100.780 | 3,326.74 | |
| 1/12 | 243 | | 58098 | PFIZER INC | 16.940 | 4,125.42 | |
| 1/12 | 57 | | 58600 | ABBOTT LABORATORIES | 54.610 | 3,114.77 | |
| 1/12 | 108 | | 62424 | PROCTER & GAMBLE CO | 54.080 | 5,924.64 | |
| 1/12 | 39 | | 62926 | AMGEN INC | 59.160 | 2,308.24 | |
| 1/12 | 75 | | 66750 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 3,273.00 | |
| 1/12 | 180 | | 67252 | BANK OF AMERICA | 21.590 | 3,893.20 | |
| 1/12 | 60 | | 71076 | QUALCOMM INC | 33.770 | 2,028.20 | |
| 1/12 | 195 | | 71578 | CITI GROUP INC | 12.510 | 2,446.45 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ZIPORA MAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH  APT 16C
NEW YORK            NY    10022

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZB096-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6939

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /12 | 45 | | 75402 | SCHLUMBERGER LTD | 49.480 | 2,227.60 | |
| /12 | 108 | | 75904 | COMCAST CORP CL A | 16.510 | 1,787.08 | |
| /12 | 213 | | 79728 | AT&T INC | 27 | 5,759.00 | |
| /12 | 54 | | 80230 | CONOCOPHILIPS | 52.510 | 2,337.54 | |
| /12 | 36 | | 84054 | UNITED PARCEL SVC INC CLASS B | 52.040 | 1,874.44 | |
| /12 | 219 | | 84556 | CISCO SYSTEMS INC | 16.730 | 3,671.87 | |
| /12 | 63 | | 88380 | U S BANCORP | 29.530 | 1,862.39 | |
| /12 | 75 | | 88882 | CHEVRON CORP | 73.430 | 5,510.25 | |
| /12 | 36 | | 92706 | UNITED TECHNOLOGIES CORP | 53.160 | 1,914.76 | |
| /12 | 381 | | 93208 | GENERAL ELECTRIC CO | 19.630 | 7,494.03 | |
| /12 | 102 | | 97032 | VERIZON COMMUNICATIONS | 30.410 | 3,105.82 | |
| /12 | 9 | | 97534 | GOOGLE | 337.400 | 3,036.60 | |
| /12 | | 100,000 | 23965 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 99,936.00 |
| /12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 31.18 |
| /12 | | 53,562 | 19069 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 53,562.00 |
| /12 | 17,071 | | 28437 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,071.00 | |
| /19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.10 |

CONTINUED ON PAGE 3

LEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF | 885 Third Avenue |
|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | New York, NY 10022 |
| | New York ☐ London | (212) 230-2424 |
| | | 800 334-1343 |
| | | Fax (212) 838-4061 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ZIPORA WAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH APT 16C
NEW YORK          NY 10022

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6939
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZB096-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /19 | | 17,071 | 53967 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,071.00 |
| /19 | 25,000 | | 58406 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 24,981.50 | |
| /19 | 1,080 | | 53003 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,080.00 | |
| | | | | NEW BALANCE | | 15,869.46 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 213 | | | AT&T INC | 28.560 | | |
| | 57 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 39 | | | AMGEN INC | 55.540 | | |
| | 33 | | | APPLE INC | 92.670 | | |
| | 180 | | | BANK OF AMERICA | 16.250 | | |
| | 75 | | | CHEVRON CORP | 79.010 | | |
| | 219 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 195 | | | CITI GROUP INC | 8.290 | | |
| | 72 | | | COCA COLA CO | 46.870 | | |
| | 108 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 54 | | | CONOCOPHILIPS | 52.520 | | |
| | 189 | | | EXXON MOBIL CORP | 80.150 | | |
| | 381 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4    M

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *******6939

ZIPORA WAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH APT 16C
NEW YORK          NY  10022

YOUR ACCOUNT NUMBER  1-ZB096-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 9 | | | GOOGLE | 292.960 | | |
| | 90 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 207 | | | INTEL CORP | 13.800 | | |
| | 51 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 135 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 99 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 42 | | | MCDONALDS CORP | 58.750 | | |
| | 78 | | | MERCK & CO | 26.720 | | |
| | 285 | | | MICROSOFT CORP | 20.220 | | |
| | 144 | | | ORACLE CORPORATION | 16.090 | | |
| | 57 | | | PEPSICO INC | 56.700 | | |
| | 243 | | | PFIZER INC | 16.430 | | |
| | 75 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 108 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 50 | | | QUALCOMM INC | 33.570 | | |
| | 45 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,080 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 63 | | | U S BANCORP | 26.980 | | |
| | 36 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 25,000 | | | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.971 | | |
| | 36 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

PAGE: 5  M
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6939
YOUR ACCOUNT NUMBER: 1-ZB096-3-0

ZIPORA WAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH APT 16C
NEW YORK      NY    10022

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 102 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 78 | | | WAL-MART STORES INC | 55.880 | | |
| | 126 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 158,247.62 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York □ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 | PAGE<br>6 | M |

ZIPORA WAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH APT 16C
NEW YORK           NY  10022

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******6939
YOUR ACCOUNT NUMBER 1-ZB096-3-0

| BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 1,048.01 |
| | | | GROSS PROCEEDS FROM SALES | | | 815,161.93 |

SE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

ZIPORA MAGREICH
TRUSTEE U/A DTD 11/6/90
25 SUTTON PLACE SOUTH  APT 16C
NEW YORK            NY  10022

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZB096-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6939
PAGE: 1 M

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 7,488.00 |
| 12 |  | 3 | 45120 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |  | 4,737.00 |
| 12 | 3 |  | 49446 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 5,343.00 |  |
| 19 |  | 3 | 35550 | S & P 100 INDEX DECEMBER 430 CALL | 26 |  | 7,797.00 |
| 19 | 3 |  | 39875 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 9,003.00 |  |
| 19 | 3 |  | 44200 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 903.00 |  |
| 19 |  | 3 | 48525 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |  | 11,097.00 |
|  |  |  |  | NEW BALANCE |  |  | 15,870.00 |
|  |  |  |  | SECURITY POSITIONS |  |  |  |
|  |  |  |  | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 |  |  |
|  | 3 |  |  | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG 4,950.00   SHORT 6,990.00- |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES