Edward P. Grosz (EG-9120)
Reitler Kailas & Rosenblatt LLC
800 Third Avenue
New York, New York 10022
(212) 209-3050
*Attorneys for Carol Silverstein*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                      Plaintiff,

   -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.
----------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**CERTIFICATE OF SERVICE**

     I, Edward P. Grosz, hereby certify that on November 17, 2009 I caused a true and correct copy of the Objection to Trustee's Determination of Claim on behalf of Carol Silverstein to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served via regular mail, postage prepaid, on the following persons:

    Irving H. Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, NY 10111

                                            /s/ Edward P. Grosz
                                            Edward P. Grosz (EG-9120)

1