**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
Attorneys for **ABG Partners d/b/a ABG Investments,**
**Bruce Graybow, as a Partner of ABG Partners and**
**Graybow Communications Group, Inc., Claimants**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES INVESTOR PROTECTION      :    Adv. Pro. No.:  08-01789(BRL)
CORPORATION,

                 Plaintiff,      :    SIPA Liquidation

  -against-        :    (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT        :
SECURITIES, LLC.,
                                    :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                              :

BERNARD L. MADOFF,                  :

                 Debtor.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE & DEMAND FOR PAPERS

    **PLEASE TAKE NOTICE** that pursuant to, *inter alia*, Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Todtman, Nachamie, Spizz & Johns, P.C  hereby appears as attorneys for **ABG PARTNERS d/b/a ABG INVESTMENTS, BRUCE GRAYBOW, as a Partner of ABG Partners,** and **GRAYBOW COMMUNICATIONS GROUP, INC.,** claimants and parties in interest herein, and demands that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and served upon:

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for **ABG Partners d/b/a ABG Investments, Bruce Graybow as a Partner of ABG Partners, and Graybow Communications Group, Inc., Claimants**
425 Park Avenue
New York, New York 10022
Attention:    Barton Nachamie, Esq.
              Janice B. Grubin, Esq.
              Jill L. Makower, Esq.
Telephone: (212) 754-9400
Fax: (212) 754-6262
E-mail: bnachamie@tnsj-law.com
E-Mail: jgrubin@tnsj-law.com
E-mail: jmakower@tnsj-law.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all orders, notices, hearing dates, applications, motions, including motions to expunge and/or reduce claims, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statement of financial affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, that affect the above-captioned debtor or its estate.

DATED:    New York, New York
          November 17, 2009

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Attorneys for **Claimants**
**ABG Partners, Bruce Graybow and Graybow Communications Group, Inc.**

By:    *s/Barton Nachamie*
       Barton Nachamie, Esq.
425 Park Avenue
New York, New York 10022
Telephone: (212) 754-9400
Fax: (212) 754-6262

TO:   CLERK OF THE COURT (Via Electronic Filing)

David J. Sheehan, Esq.
Baker & Hostetler LLP
Attorneys for Irving H. Picard, Esq., Trustee
 For the Substantively Consolidated SIPA Liquidation
 Of Bernard L. Madoff Investment Securities LLC
 And Bernard L. Madoff
45 Rockefeller Plaza
New York, NY  10111