**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
Attorneys for **ABG Partners d/b/a ABG Investments, Bruce Graybow as a Partner of ABG Partners and Graybow Communications Group, Inc., Claimants**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No.: 08-01789(BRL) |
| Plaintiff, | : | SIPA Liquidation |
| -against- | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC., | : | |
| | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                   :

BERNARD L. MADOFF,                        :

              Debtor.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK )

    **BARBARA F. GONSALVES**, being duly sworn, deposes and says:

    1.    I am over the age of eighteen, not a party to the action, and reside in Monroe County, State of Pennsylvania.

2. On **November 18, 2009**, I served the true copy of a **Notice of Appearance and Demand for Service of Papers** by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose indicated below. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received.

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>Attorneys for Irving H. Picard, Esq., Trustee
>for the Substantively Consolidated SIPA
>Liquidation of Bernard L. Madoff Investment
>Securities LLC and Bernard L. Madoff
>45 Rockefeller Plaza
>New York, NY  10111
>**VIA E-MAIL:  dsheehan@bakerlaw.com**

   *s/Barbara F. Gonsalves*
   Barbara F. Gonsalves

Sworn to before me this
**18th** day of **November, 2009**

*s/Janice B. Grubin*
Notary Public, State of New York
No. 02GR6016469
Qualified in New York County
Commission Expires  January 3, 2011

251281 v1

2