# EXHIBIT B

LAW OFFICE OF
# GINNY L. GOLDMAN, P.A.

MEMBER FLORIDA AND NEW YORK BARS

2799 N.W. BOCA RATON BOULEVARD, SUITE 213
BOCA RATON, FLORIDA 33431
TEL (561) 447-9208 • FAX (561) 826-1109
GINNYGOLDMAN.COM
EMAIL: ATTORNEYGG@AOL.COM

June 23, 2009

**CERTIFIED PRIORITY MAIL, RETURN RECEIPT REQUESTED**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Re: **Claim of Arnold Goldman and Madeleine Goldman**
     **Account No. 1-ZA739-3-0 and Account No. 1ZA739-4-0**

Dear Mr. Picard:

I am the attorney for Arnold Goldman and Madeleine Goldman, who maintained the above-referenced accounts with Bernard L. Madoff Investment Securities LLC ("MADOFF").

In connection with my clients' Customer Claims, enclosed please find the following documents:

1. The original signed Customer Claims for each of the above-referenced accounts. The enclosed Customer Claims are for the replacement or equivalent value of the securities that MADOFF represented were in the accounts as of the Statements dated November 30, 2008. The Statement dated November 30, 2008, for Account No. 1-ZA739-3-0, reflects a total value of securities in the account in the amount of $194,571.16. The Statement dated November 30, 2008, for Account No. 1-ZA739-4-0, reflects a balance of $21,463.00 in this account.

2. Copies of the MADOFF Statements dated November 30, 2008 for the above-referenced accounts, which were the last Statements received by my clients from MADOFF.

3. Copies of the payments made to MADOFF, by my clients, as follows: Check No. 2256, dated October 11, 2007, in the amount of $55,000.00; and Check No. 1937,

**LAW OFFICE OF**
# GINNY L. GOLDMAN, P.A.

June 23, 2009
Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
 Investment Securities LLC
Page Two

dated May 22, 2008, in the amount of $15,000.00. Also enclosed are the MADOFF Statements dated October 31, 2007 and May 31, 2008, for Account No. 1-ZA739-3-0, which reference these payments. For your convenience, I have highlighted the entries in these Statements where the credits to the account appear. My clients initially invested the sum of $175,000.00 with MADOFF, but do not have a copy of this payment. As of January 31, 2002, Account No. 1-ZA739-3-0 was valued at $173,111.82, as reflected in the enclosed MADOFF Statement dated January 31, 2002.

    4. Copies of the MADOFF Statements for Account No. 1-ZA739-3-0 for the months of January, April, July and October for the years 2002 through 2008, which reflect the payments received by my clients. My clients do not have any records prior to January 1, 2002 relating to their investment in MADOFF.

Furthermore, it is requested that my clients be considered a hardship case as they invested all of their savings with MADOFF and due to their ages (Arnold Goldman is 88 and Madeleine Goldman is 79), would not be able to obtain employment.

Please contact me if you require any further information regarding my clients' Customer Claims. Additionally, please forward all correspondence and other papers relating to my clients' Customer Claims to me.

                              Very truly yours,

                              GINNY L. GOLDMAN, P.A.

                              By: _____
                                  Ginny L. Goldman, Esq.

Encls.

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _NONE_

HOME: _____

Taxpayer I.D. Number (Social Security No.)

Account Number:  1ZA739 - 3
ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS
7410 VIALE CATERINA
DELRAY BEACH, FL  33446

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $_____
   b. I owe the Broker a Debit (Dr.) Balance of    $_____

502180406                              1

    c.    If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.    $_____

    d.    If balance is zero, insert "None."

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.    If yes to either, please list below:

|   |   | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| see attached statement dated 11/30/08 for a list of securities in the account and the value of the account. | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406          2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                        3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ NO

Please list the full name and address of anyone assisting you in the preparation of this claim form: Ginny L. Goldman, ~~Esq~~ Esq., Ginny L. Goldman, P.A. / 2799 WW Boca Raton Blvd., #213, Boca Raton, FL 33431; 561-447-9208

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim. Claim is based upon the total value of the account, as of 11/30/08 - see copy of Statement of 11/30/08.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date 6/16/09    Signature Arnold Goldman

Date 6/16/09    Signature Madeline Goldman

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406    4

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _NONE_

HOME: _____

Taxpayer I.D. Number (Social Security No.)

Account Number: 1ZA739 - 4
ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS
7410 VIALE CATERINA
DELRAY BEACH, FL 33446

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.  Claim for money balances as of **December 11, 2008**:
    a.  The Broker owes me a Credit (Cr.) Balance of      $_____
    b.  I owe the Broker a Debit (Dr.) Balance of         $_____

502180406                              1

    c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.    $_____

    d.    If balance is zero, insert "None."

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| see attached statement dated 11/30/08 for a list of securities in the account and the value of the account. | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406    2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                    3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ _NO_

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Ginny L. Goldman, Esq., Ginny L. Goldman, P.A., 2799 NW Boca Raton Blvd., Suite 213, Boca Raton, FL 33431_

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

_Claim is based upon the balance in the account as of 11/30/08 of $21,463.00 - see copy of Statement dated 11/30/08._

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _6/16/09_    Signature _Arnold Goldman_

Date _6/16/09_    Signature _Madeleine Goldman_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

| | BERNARD L. MADOFF | | | 885 Third Avenue | | Affiliated with |
|---|---|---|---|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | | | New York, NY 10022 | | Madoff Securities International Limited |
| | New York ☐ London | | | (212) 230-2424 | | 12 Berkeley Street |
| | | | | 800 334-1343 | | Mayfair, London W1J 8DT |
| | | | | Fax (212) 838-4061 | | Tel 020 7493 6222 |

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH      FL   33446

PERIOD ENDING: 11/30/08    PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZA739-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 10,286.58 | |
| 11/12 | 168 | | 1163 | WELLS FARGO & CO NEW | 29.800 | 5,012.40 | |
| 11/12 | 120 | | 1665 | HEWLETT PACKARD CO | 34.900 | 4,192.00 | |
| 11/12 | 104 | | 5489 | WAL-MART STORES INC | 55.830 | 5,810.32 | |
| 11/12 | 68 | | 5991 | INTERNATIONAL BUSINESS MACHS | 87.270 | 5,936.36 | |
| 11/12 | 252 | | 9815 | EXXON MOBIL CORP | 72.880 | 18,375.76 | |
| 11/12 | 276 | | 10317 | INTEL CORP | 14.510 | 4,015.76 | |
| 11/12 | 132 | | 14643 | JOHNSON & JOHNSON | 59.580 | 7,869.55 | |
| 11/12 | 180 | | 18968 | J.P. MORGAN CHASE & CO | 38.530 | 6,942.40 | |
| 11/12 | 96 | | 23294 | COCA COLA CO | 44.660 | 4,290.36 | |
| 11/12 | 56 | | 27620 | MCDONALDS CORP | 55.370 | 3,102.72 | |
| 11/12 | 104 | | 31946 | MERCK & CO | 28.550 | 2,973.20 | |
| 11/12 | 380 | | 36272 | MICROSOFT CORP | 21.810 | 8,302.80 | |
| 11/12 | 192 | | 40598 | ORACLE CORPORATION | 17.300 | 3,328.60 | |
| 11/12 | 76 | | 53576 | PEPSICO INC | 56.410 | 4,290.16 | |
| 11/12 | 44 | | 54078 | APPLE INC | 100.780 | 4,435.32 | |
| 11/12 | 324 | | 57902 | PFIZER INC | 16.940 | 5,500.56 | |
| 11/12 | 76 | | 58404 | ABBOTT LABORATORIES | 54.610 | 4,153.36 | |
| 11/12 | 144 | | 62228 | PROCTER & GAMBLE CO | 64.080 | 9,232.52 | |
| 11/12 | 52 | | 62730 | AMGEN INC | 59.160 | 3,078.32 | |
| 11/12 | 100 | | 66554 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 4,364.00 | |
| 11/12 | 240 | | 67056 | BANK OF AMERICA | 21.590 | 5,190.60 | |
| 11/12 | 80 | | 70880 | QUALCOMM INC | 33.770 | 2,704.60 | |
| 11/12 | 260 | | 71382 | CITI GROUP INC | 12.510 | 3,262.60 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH       FL   33446

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZA739-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 60 | | 75206 | SCHLUMBERGER LTD | 49.480 | 2,970.80 | |
| 11/12 | 144 | | 75708 | COMCAST CORP CL A | 16.510 | 2,382.44 | |
| 11/12 | 284 | | 79532 | AT&T INC | 27 | 7,679.00 | |
| 11/12 | 72 | | 80034 | CONOCOPHILIPS | 52.510 | 3,782.72 | |
| 11/12 | 48 | | 83858 | UNITED PARCEL SVC INC CLASS B | 52.040 | 2,498.92 | |
| 11/12 | 292 | | 84360 | CISCO SYSTEMS INC | 16.730 | 4,896.16 | |
| 11/12 | 84 | | 88184 | U S BANCORP | 29.530 | 2,483.52 | |
| 11/12 | 100 | | 88686 | CHEVRON CORP | 73.430 | 7,347.00 | |
| 11/12 | 48 | | 92510 | UNITED TECHNOLOGIES CORP | 53.160 | 2,552.68 | |
| 11/12 | 508 | | 93012 | GENERAL ELECTRIC CO | 19.630 | 9,992.04 | |
| 11/12 | 136 | | 96836 | VERIZON COMMUNICATIONS | 30.410 | 4,140.76 | |
| 11/12 | 12 | | 97338 | GOOGLE | 337.400 | 4,048.80 | |
| 11/12 | | 175,000 | 23769 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 174,888.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 8.80 |
| 11/12 | | 13,404 | 18873 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,404.00 |
| 11/12 | 6,354 | | 28241 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,354.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .78 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH          FL   33446

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZA739-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 6,354 | 53763 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 6,354.00 |
| 11/19 | 18,338 | | 62799 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,338.00 | |
| | | | | NEW BALANCE | | 21,462.12 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 284 | | | AT&T INC | 28.560 | | |
| | 76 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 52 | | | AMGEN INC | 55.540 | | |
| | 44 | | | APPLE INC | 92.670 | | |
| | 240 | | | BANK OF AMERICA | 16.250 | | |
| | 100 | | | CHEVRON CORP | 79.010 | | |
| | 292 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 260 | | | CITI GROUP INC | 8.290 | | |
| | 96 | | | COCA COLA CO | 46.870 | | |
| | 144 | | | COMCAST CORP CL A | 17.340 | | |
| | 72 | | | CONOCOPHILIPS | 52.520 | | |
| | 252 | | | EXXON MOBIL CORP | 80.150 | | |
| | 508 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 12 | | | GOOGLE | 292.960 | | |
| | 120 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 276 | | | INTEL CORP | 13.800 | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH     FL  33446

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-ZA739-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 68 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 180 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 132 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 56 | | | MCDONALDS CORP | 58.750 | | |
| | 104 | | | MERCK & CO | 26.720 | | |
| | 380 | | | MICROSOFT CORP | 20.220 | | |
| | 192 | | | ORACLE CORPORATION | 16.090 | | |
| | 76 | | | PEPSICO INC | 56.700 | | |
| | 324 | | | PFIZER INC | 16.430 | | |
| | 100 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 144 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 80 | | | QUALCOMM INC | 33.570 | | |
| | 60 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,338 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 84 | | | U S BANCORP | 26.980 | | |
| | 48 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 48 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 136 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 104 | | | WAL-MART STORES INC | 55.880 | | |
| | 168 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES      LONG                    SHORT 194,571.16 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH        FL   33446

**PERIOD ENDING:** 11/30/08
**PAGE:** 5
**YOUR ACCOUNT NUMBER:** 1-ZA739-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,309.83 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,121,031.48 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ARNOLD GOLDMAN
AND MADELEINE GOLDMAN J/T WROS

7410 VIALE CATERINA
DELRAY BEACH    FL    33446

PERIOD ENDING: 11/30/06
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZA739-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6978

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
|      |   |   |   | BALANCE FORWARD |   |   | 10,287.00 |
| 11/12 |   | 4 | 44924 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 |   | 6,316.00 |
| 11/12 | 4 |   | 49250 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 7,124.00 |   |
| 11/19 |   | 4 | 35354 | S & P 100 INDEX DECEMBER 430 CALL | 26 |   | 10,396.00 |
| 11/19 | 4 |   | 39679 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 12,004.00 |   |
| 11/19 | 4 |   | 44004 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 1,204.00 |   |
| 11/19 |   | 4 | 48329 | S & P 100 INDEX NOVEMBER 450 PUT | 37 |   | 14,796.00 |
|   |   |   |   | NEW BALANCE |   |   | 21,463.00 |
|   |   | 4 |   | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 |   |   |
|   | 4 |   |   | S & P 100 INDEX DECEMBER 420 PUT | 16.500 |   |   |
|   |   |   |   | MARKET VALUE OF SECURITIES LONG        SHORT 6,600.00    9,320.00- |   |   |   |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES