UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
SECURITIES INVESTOR PROTECTION
CORPORATION,

                            Plaintiff

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                            Defendant.
-----------------------------------------------------------

SIPA LIQUIDATION

Adv. Pro. No. 08-01789(BRL)

**CERTIFICATE OF SERVICE**

I, Ginny L. Goldman, hereby certify that on the 18th day of November, 2009, I caused a true and correct copy of the OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM on behalf of Arnold Goldman and Madeleine Goldman to be filed electronically with the Court and served upon the parties in this action who receive electronic service through the CM/ECF, including the Trustee, Irving H. Picard's attorneys, Baker & Hostetler LLP.

                                                      /s/ Ginny L. Goldman