**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities Investor Protection
Corporation

                SIPA Case

                08-01789-brl

      Plaintiff,

   V.
Bernard L. Madoff Investment
Securities, LLC.


      Defendants.
                :
----------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED November 16, 2009 with Document Number #808 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.