# Exhibit A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

JA Special Limited Partnership
c/o Decisions Incorporated
22 Saw Mill River Rd., 3rd Floor
Hawthorne, NY 10532

Dear JA Special Limited Partnership:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1J0024 designated as Claim Number 12678 and Claim Number 13547 (the latter of which is duplicative of Claim Number 12678) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for a credit balance of $.40 and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $335,081,625.53), as more fully set forth in Table 1 annexed hereto and made a

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $95,330,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($239,751,625.53) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004

> and

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities


cc:    Schulte Roth & Zabel LLP
       919 Third Avenue
       New York, NY 10022

| | DEPOSITS | |
|---|---|---|
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** |
| 3/17/1997 | PAYMENT | $95,330,000.00 |
| **Total Deposits:** | | $95,330,000.00 |

| | WITHDRAWALS | |
|---|---|---|
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** |
| 11/16/1992 | CHECK | ($76,213,000.00) |
| 6/28/1994 | CHECK | ($644,500.00) |
| 7/19/1994 | CHECK | ($223,000.00) |
| 8/2/1994 | CHECK | ($39,350.00) |
| 9/20/1994 | CHECK | ($229,750.00) |
| 9/20/1994 | CHECK | ($354,150.00) |
| 10/4/1994 | CHECK | ($323,750.00) |
| 10/17/1994 | CHECK | ($223,000.00) |
| 11/4/1994 | CHECK | ($393,500.00) |
| 12/16/1994 | CHECK | ($229,750.00) |
| 1/13/1995 | CHECK | ($223,000.00) |
| 2/2/1995 | CHECK | ($393,500.00) |
| 3/16/1995 | CHECK | ($238,882.00) |
| 4/18/1995 | CHECK | ($223,000.00) |
| 5/2/1995 | CHECK | ($393,500.00) |
| 6/16/1995 | CHECK | ($238,882.00) |
| 7/10/1995 | CHECK | ($133,000.00) |
| 7/13/1995 | CHECK | ($120,000.00) |
| 8/2/1995 | CHECK | ($393,500.00) |
| 9/19/1995 | CHECK | ($129,356.50) |
| 10/12/1995 | CHECK | ($183,688.00) |
| 11/6/1995 | CHECK | ($264,000.00) |
| 11/8/1995 | CHECK | ($9,272.00) |
| 1/12/1996 | CHECK | ($120,000.00) |
| 2/2/1996 | CHECK | ($264,000.00) |
| 4/11/1996 | CHECK | ($120,000.00) |
| 5/6/1996 | CHECK | ($264,000.00) |
| 7/11/1996 | CHECK | ($144,000.00) |
| 8/5/1996 | CHECK | ($264,000.00) |
| 10/4/1996 | CHECK | ($264,000.00) |
| 10/17/1996 | CHECK | ($144,000.00) |
| 1/17/1997 | CHECK | ($144,000.00) |
| 2/4/1997 | CHECK | ($264,000.00) |
| 3/4/1997 | CHECK | ($19,445.03) |
| 1/2/2003 | CHECK | ($51,842,665.00) |

| | | | |
|---:|:---:|---:|---:|
| 1/2/2003 | CHECK | | ($75,000,000.00) |
| 1/2/2003 | CHECK | | ($75,000,000.00) |
| 10/1/2004 | CHECK | | ($49,410,185.00) |
| **Total Withdrawals:** | | | ($335,081,625.53) |
| | | | |
| **Total deposits less withdrawals:** | | | ($239,751,625.53) |

# Exhibit B

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: **JA Special Limited Partnership**
Mailing Address: c/o Decisions Incorporated, 22 Saw Mill River Road, 3rd Floor
City: Hawthorne    State: NY    Zip: 10532
Account No.: 1-J0024-3-0
Taxpayer I.D. Number (Social Security No.): 1002
Redacted

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $ 0.40

    b. I owe the Broker a Debit (Dr.) Balance of    $ 0.00

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, it **must be enclosed**
       with this claim form.    $ _____

    d. If balance is zero, insert "None."    0.40

CONFIDENTIAL TREATMENT
REQUESTED

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|  | See Attached |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                        2

**CONFIDENTIAL TREATMENT REQUESTED**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | See Attached |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Schulte Roth & Zabel LLP
 919 Third Avenue, New York, NY 10022

502180406

3

CONFIDENTIAL TREATMENT
REQUESTED

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _06/26/09_   Signature _Jeffry M Picower Chairman_

Date _____   Signature _Decisions Incorporated_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

CONFIDENTIAL TREATMENT
REQUESTED

# ATTACHMENT IN RESPONSE TO ITEM 2
## SIPA Claim of JA Special Limited Partnership

CONFIDENTIAL TREATMENT
REQUESTED



CONFIDENTIAL TREATMENT REQUESTED

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DATE: 11/30/08   PAGE: 2
ACCOUNT NO: 1-J0024-3-0   *****1002

JA SPECIAL LTD PARTNERSHIP
C/O DECISIONS INC
22 SAWMILL RIVER ROAD 3RD FL
HAWTHORNE    NY    10532

| BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|
| 32,500 | | DISCOVER FINANCIAL SERVICES | 10.230 | | |
| 65,000 | | MORGAN STANLEY | 14.750 | | |
| 12,660 | | PRICELINE.COM INC | .69 | | |
| 49,534 | | FIDELITY SPARTAN | 1 | | |
| 70,000 | | U S TREASURY MONEY MARKET | | | |
| 30,250,000 | | TEXAS INSTRUMENTS INC | 15.570 | | |
| | | U S TREASURY BILL | 99.971 | | |
| | | DUE 03/26/2009 | | | |
| 30,175,000 | | U S TREASURY BILL | 99.969 | | |
| | | DUE 4/02/2009 | | | |
| | | U S TREASURY BILL | | | |
| | | DUE 4/09/2009 | | | |
| 23,325,000 | | U S TREASURY BILL | 99.945 | | |
| | | DUE 04/09/2009 | | | |
| 125,000 | | U S TREASURY BILL | | | |
| | | DUE 4/16/2009 | | | |
| 225,000 | | U S TREASURY BILL | 99.849 | | |
| | | DUE 5/07/2009 | | | |
| | | MARKET VALUE OF SECURITIES SHORT | | | |
| | | LONG 88,476,461.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL TREATMENT REQUESTED



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JA SPECIAL LTD PARTNERSHIP
C/O DECISIONS INC
22 SAWMILL RIVER ROAD 3RD FL
HAWTHORNE  NY  10532

DATE: 11/30/08
ACCOUNT NO: 1-J0024-3-0
*****1002
PAGE 3

YEAR-TO-DATE SUMMARY
01/1/08 ENDS
GROSS PROCEEDS FROM SALES

| Date | Amount Debited | Amount Credited |
|---|---|---|
| TB 1/3/08 | 76,100,000.00 | |
| TB 1/15/08 | 7,525,000.00 | |
| TB 3/31/08 | 225,000.00 | |
| TB 5/29/08 | 74,975,000.00 | |
| TB 8/1/08 | 2,405,250.00 | |
| | 500,000.00 | |
| TB 9/25/08 | 225,000,000.00 | |
| | 30,000,000.00 | |
| TB 10/1/08 | 39,000,000.00 | |
| TB 10/9/08 | 105,000.00 | |
| TB 11/6/08 | 225,000.00 | |
| | 300,900.00 | |
| | | 117,967.14 |
| | | 248,300,000.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL TREATMENT REQUESTED

## ATTACHMENT IN RESPONSE TO ITEM 8
## SIPA Claim of JA Special Limited Partnership

Person With Discretionary Authority to Execute
Securities Transactions on Behalf of Claimant:

Decisions Incorporated
22 Saw Mill River Road, 3rd Floor
Hawthorne, NY  10532

CONFIDENTIAL TREATMENT
REQUESTED