## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 18th day of November, 2009, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (P. Charles Gabriele - 1CM431) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>Irving H. Picard, Trustee
>c/o Baker Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011

s/ Jonathan M. Landers