# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]


## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM


October 19, 2009

Elliott J. Goldstein MD PC
Money Purchase Pension Trust
Elliott Goldstein


Dear Elliott Goldstein:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1CM255 designated as Claim Number 007981 and Claim Number 009493 (the latter of which is duplicative of Claim Number 007981) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for securities is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300032699.1

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $2,130,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $2,079,914.96). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($50,085.04) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc: Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 25th Floor
New York, NY 10020

## Table 4

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 10/1/1993 | CHECK | $26,842.29 |
| 10/7/1993 | CHECK WIRE | $845,000.00 |
| 10/8/1993 | CHECK WIRE | $750,000.00 |
| 10/8/1993 | CHECK WIRE | $335,000.00 |
| 10/26/1993 | CHECK | $38,841.48 |
| 9/29/1997 | CHECK | $52,659.62 |
| 5/20/1998 | CHECK | $31,571.57 |
| **Total Deposits:** | | $2,079,914.96 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 1/3/1996 | CHECK | ($150,000.00) |
| 12/24/1996 | CHECK | ($150,000.00) |
| 12/4/2000 | CHECK | ($200,000.00) |
| 1/11/2005 | CHECK | ($100,000.00) |
| 6/1/2005 | CHECK | ($50,000.00) |
| 1/3/2006 | CHECK | ($100,000.00) |
| 5/31/2006 | CHECK | ($100,000.00) |
| 9/12/2006 | CHECK | ($100,000.00) |
| 11/1/2006 | CHECK | ($100,000.00) |
| 12/29/2006 | CHECK | ($110,000.00) |
| 6/29/2007 | CHECK | ($100,000.00) |
| 8/8/2007 | CHECK | ($250,000.00) |
| 12/24/2007 | CHECK | ($110,000.00) |
| 3/7/2008 | CHECK | ($150,000.00) |
| 3/31/2008 | CHECK | ($200,000.00) |
| 10/1/2008 | CHECK | ($100,000.00) |
| 12/3/2008 | CHECK | ($60,000.00) |
| **Total Withdrawals:** | | ($2,130,000.00) |
| | | |
| **Total deposits less withdrawals:** | | ($50,085.04) |

# EXHIBIT B

# DUPLICATE

**CUSTOMER CLAIM**

# COPY

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**RECEIVED**

In Liquidation

JUN 10 2009

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *(212) 768-6889*

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:  **1-CM255**

**ELLIOTT J. GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST
ELLIOTT GOLDSTEIN**

(If incorrect, please change)

**NOTE:**    **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.**

*********************************************************************

1.        Claim for money balances as of **December 11, 2008** :
   a.    The Broker owes me a Credit (Cr.) Balance of        $_____
   b.    I owe the Broker a Debit (Dr.) Balance of        $_____

502180406                                        1

c.   If you wish to repay the Debit Balance,
     please insert the amount you wish to repay and
     attach a check payable to "Irving H. Picard, Esq.,
     Trustee for Bernard L. Madoff Investment Securities LLC."
     If you wish to make a payment, **it must be enclosed**
     with this claim form.                                    $_____

d.   If balance is zero, insert "None."                       _____NONE_____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number **of** Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| **SEE STATEMENT DATED NOVEMBER 30, 2008** | | ✓ | |
| _____ | Net Balance: $13,172,848 | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

10202191 V-1

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970? if
     so, give name of that broker.                          ✓

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:  Carole Neville, Sonnenschein Nath &
     Rosenthal LLP, 1221 Avenue of the Americas, 25th Floor, New York, NY 10020 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.** *

Date __3/17/09__        Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

---

* This customer form includes and incorporates in full the attached Addendum.
Customer reserves the right to amend the form for any purpose, including, without
limitation, to include interest, taxes and other costs related to this account. Social
security number withheld based upon concern about identity theft. Information
available on request.

# CLAIM ADDENDUM

**Customer:**    **Elliot J. Goldstein MD PC**
         **Money Purchase Pension Trust**
         **Elliott Goldstein**

**Address:**    ████████████████████
         ████████████████████

**Account #:**    **1-CM255-3**
         **1-CM255-4**

Document index:[1]

1.  Statement dated 11/30/08

2.  Investment Documents

| | | |
|---|---|---:|
| a. | Portfolio Management Report dated 12/31/93 (Initial Investment) | $26,842.29 |
| b. | Portfolio Management Report dated 12/31/93 | $1,968,841.48 |
| c. | Portfolio Management Report dated 12/31/97 | $52,659.62 |
| d. | Portfolio Management Report dated 06/30/98 | $31,571.57 |

3.  Transfer Documents

| | | |
|---|---|---:|
| a. | Portfolio Management Report dated 12/31/05 | $150,000.00 |
| b. | Portfolio Management Report dated 12/31/06 | $510,000.00 |
| c. | Portfolio Management Report dated 12/31/07 | $460,000.00 |
| d. | Account Statement dated 03/31/08 | $150,000.00 |
| e. | Account Statement dated 03/31/08 | $200,000.00 |
| f. | Withdrawal post 11/30/08 Documentation missing | $ 60,000.00 |

Total Investments:  $2,079,914.96

Total Transfers:    $1,530,000.00

---

[1] Note that certain documents containing personal information of the claimant or related parties have been redacted for the protection and privacy of the claimant and/or such related parties.

**STATEMENT DATED NOVEMBER 30, 2008**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (20) 7493 6222

PAGE **1**

PERIOD ENDING **11/30/00**

YOUR ACCOUNT NUMBER **1-CM255-3-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

New 7~200%
long 7~10.39%

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 797,291.28 | |
| 11/12 | 7,358 | | 2325 | WAL-MART STORES INC | 55.830 | 411,091.14 | |
| 11/12 | 4,811 | | 2827 | INTERNATIONAL BUSINESS MACHS | 87.270 | 420,047.97 | |
| 11/12 | 17,829 | | 6651 | EXXON MOBIL CORP | 72.830 | 1,300,090.52 | |
| 11/12 | 19,527 | | 7153 | INTEL CORP | 14.510 | 284,117.77 | |
| 11/12 | 9,339 | | 11479 | JOHNSON & JOHNSON | 59.580 | 556,790.62 | |
| 11/12 | 12,735 | | 15805 | J&P. MORGAN CHASE & CO | 38.530 | 491,188.55 | |
| 11/12 | 6,792 | | 20130 | COCA COLA CO | 44.660 | 303,601.72 | |
| 11/12 | 3,962 | | 24456 | MCDONALDS CORP | 55.370 | 219,533.94 | |
| 11/12 | 7,358 | | 28782 | MERCK & CO | 28.550 | 210,364.90 | |
| 11/12 | 26,885 | | 33108 | MICROSOFT CORP | 21.810 | 587,436.85 | |
| 11/12 | 13,584 | | 37434 | ORACLE CORPORATION | 17.300 | 235,546.20 | |
| 11/12 | 5,377 | | 50412 | PEPSICO INC | 56.410 | 303,531.57 | |
| 11/12 | 3,113 | | 50914 | APPLE INC | 100.780 | 313,852.14 | |
| 11/12 | 22,923 | | 54738 | PFIZER INC | 16.940 | 389,231.62 | |
| 11/12 | 5,377 | | 55240 | ABBOTT LABORATORIES | 54.610 | 293,852.97 | |
| 11/12 | 10,188 | | 59064 | PROCTER & GAMBLE CO | 64.080 | 653,254.04 | |
| 11/12 | 3,679 | | 59566 | AMGEN INC | 59.160 | 217,796.64 | |
| 11/12 | 7,075 | | 63390 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 308,753.00 | |
| 11/12 | 16,980 | | 63892 | BANK OF AMERICA | 21.590 | 367,277.20 | |
| 11/12 | 5,660 | | 67716 | QUALCOMM INC | 33.770 | 191,36.20 | |
| 11/12 | 18,395 | | 68218 | CITI GROUP INC | 12.510 | 230,856.45 | |
| 11/12 | 4,245 | | 72042 | SCHLUMBERGER LTD | 49.480 | 210,211.60 | |
| 11/12 | 10,188 | | 72544 | COMCAST CORP | 16.510 | 168,610.88 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 2

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

**PERIOD ENDING** 11/30/08

**YOUR ACCOUNT NUMBER** 1-CM255-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 20,093 | | 76368 | AT&T INC | 27 | 543,314.00 | |
| 11/12 | 5,094 | | 76870 | CONOCOPHILIPS | 52.510 | 267,688.94 | |
| 11/12 | 3,396 | | 80694 | UNITED PARCEL SVC INC | 52.040 | 176,862.84 | |
| | | | | CLASS B | | | |
| 11/12 | 20,659 | | 81196 | CISCO SYSTEMS INC | 16.730 | 346,451.07 | |
| 11/12 | 5,943 | | 85020 | U S BANCORP | 29.530 | 175,733.79 | |
| 11/12 | 7,075 | | 85522 | CHEVRON CORP | 73.430 | 519,800.25 | |
| 11/12 | 3,396 | | 89346 | UNITED TECHNOLOGIES CORP | 53.160 | 180,666.36 | |
| 11/12 | 35,941 | | 89848 | GENERAL ELECTRIC CO | 19.630 | 706,958.83 | |
| 11/12 | 849 | | 93672 | VERIZON COMMUNICATIONS | 30.410 | 292,989.02 | |
| 11/12 | 9,622 | | 94174 | GOOGLE | 337.400 | 286,485.60 | |
| 11/12 | 11,886 | | 97998 | WELLS FARGO & CO NEW | 29.800 | 354,677.80 | |
| 11/12 | 8,490 | | 98500 | HEWLETT PACKARD CO | 34.900 | 296,640.00 | |
| | | 100,000 | 19758 | U S TREASURY BILL | 99.942 | | 99,942.0 |
| | | | | DUE 12/18/2008 12/18/2008 | | | |
| 11/12 | | 12,800,000 | 20611 | U S TREASURY BILL | 99.936 | | 12,791,808.0 |
| | | | | DUE 2/12/2009 2/12/2009 | | | |
| | | | | FIDELITY SPARTAN | DIV | | 16.3 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 30,595 | 15709 | FIDELITY SPARTAN | 1 | | 30,595.0 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 48,525 | | 25078 | FIDELITY SPARTAN | 1 | 48,525.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING: 11/30/08

PAGE: 3

YOUR ACCOUNT NUMBER: 1-CM255-3-0

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---------|---------|-------|-------------|-----------------|--------|--------|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.94 |
| 11/19 | | 48,525 | 50334 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 48,525.00 |
| 11/19 | 875,000 | | 54972 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 874,352.50 | |
| 11/19 | 22,046 | | 59375 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 22,046.00 | |
| | | | | NEW BALANCE | | 1,587,993.45 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,093 | | | AT&T INC | 28.560 | | |
| | 5,377 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 3,679 | | | AMGEN INC | 55.540 | | |
| | 3,113 | | | APPLE INC | 92.670 | | |
| | 16,980 | | | BANK OF AMERICA | 16.250 | | |
| | 7,075 | | | CHEVRON CORP | 79.010 | | |
| | 20,659 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 18,395 | | | CITI GROUP INC | 8.290 | | |
| | 6,792 | | | COCA COLA CO | 46.870 | | |
| | 10,188 | | | COMCAST CORP CL A | 17.340 | | |
| | | | | CONTINUED ON PAGE   4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER |
|---|---|---|
| 4 | 11/30/08 | 1-CM255-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 5,094 | | | CONOCOPHILIPS | 52.520 | | |
| | 17,829 | | | EXXON MOBIL CORP | 80.150 | | |
| | 35,941 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 849 | | | GOOGLE | 292.960 | | |
| | 8,490 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 19,527 | | | INTEL CORP | 13.800 | | |
| | 4,811 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 12,735 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 9,339 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,962 | | | MCDONALDS CORP | 58.750 | | |
| | 7,358 | | | MERCK & CO | 26.720 | | |
| | 26,885 | | | MICROSOFT CORP | 20.220 | | |
| | 13,584 | | | ORACLE CORPORATION | 16.090 | | |
| | 5,377 | | | PEPSICO INC | 56.700 | | |
| | 22,923 | | | PFIZER INC | 16.430 | | |
| | 7,075 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 10,188 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 5,660 | | | QUALCOMM INC | 33.570 | | |
| | 4,245 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 22,046 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 5,943 | | | U S BANCORP | 26.980 | | |
| | 3,396 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 875,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER 1-CM255-3-0

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 3,396 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 9,622 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 7,358 | | | MAL-MART STORES INC | 55.880 | | |
| | 11,886 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 13,365,288.32 | | | |

*(handwritten annotations: 192,440 ; 13,172,848 ; 12,915 ; 258,440 ; 60 ; 13,365 ; 60 in hand ; 13,305)*

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **6**

PERIOD ENDING **11/30/08**

YOUR ACCOUNT NUMBER **1-CM255-3-0**

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 88,980.5 |
| | | | | GROSS PROCEEDS FROM SALES | | | 88,299,209.0 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

YOUR ACCOUNT NUMBER: 1-CM255-4-0

PERIOD ENDING: 11/30/08

PAGE: 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 797,292.00 |
| 11/12 | | 283 | 41760 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 446,857.00 |
| 11/12 | 283 | | 46086 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 504,023.00 | |
| 11/19 | | 283 | 32191 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 735,517.00 |
| 11/19 | 283 | | 36516 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 849,283.00 | |
| 11/19 | 283 | | 40841 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 85,183.00 | |
| 11/19 | | 283 | 45166 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 1,046,817.00 |
| | | | | NEW BALANCE | | | 1,587,994.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 283 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 283 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES
LONG
466,950.00
SHORT
− 659,390.00−
− 466.95⁓
− 192,440

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# INVESTMENT DOCUMENTS

17635554\V-1

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/93

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC          1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

| | | |
|---|---|---|
| STARTING EQUITY | 10/01/93 | |
| CAPITAL ADDITIONS | | |
| CAPITAL WITHDRAWALS | | 26,842.29CR |
| REALIZED P/L FOR CURRENT YEAR | | 1,968,841.48CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | | 63,735.28CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 2,059,418.50 |
| TOTAL EQUITY | | 2,059,419.05CR    NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    13.68 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC        1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,019,801.43CR |
| CAPITAL ADDITIONS | 52,659.62CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 644,694.12CR |
| CURRENT CASH BALANCE | .17CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 3,717,155.00    NET LONG |
| TOTAL EQUITY | 3,717,155.17CR |

ANNUALIZED RETURN FOR CURRENT YEAR    21.25 %

CAPITAL ADDITIONS

Contributions

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

EMPLOYEES TST PSYCHIATRIC ASSC      1-CM255-3
ELLIOT J GOLDSTEIN MD TRUSTEE

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 3,717,155.17CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 31,571.57CR |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 266,437.18CR |
| CURRENT CASH BALANCE | 137,691.62CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .88CR |
| TOTAL EQUITY | 4,152,854.66   NET LONG |
| | 4,152,855.54CR |

ANNUALIZED RETURN FOR CURRENT YEAR   21.88 %

# TRANSFER DOCUMENTS

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC                    1-CM255-3
MONEY PURCHASE PENSION TRUST

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 9,759,638.26CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 150,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 970,768.47CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .73CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 10,580,206.00 |
| TOTAL EQUITY | 10,580,206.73CR  NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    10.07 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC            1-CM255-3
MONEY PURCHASE PENSION TRUST

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 10,580,206.73CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 510,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 1,415,910.52CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .25CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 11,486,117.00 |
| TOTAL EQUITY | 11,486,117.25CR |
| ANNUALIZED RETURN FOR CURRENT YEAR | 13.64 % |

NET LONG

YEAR END STATEMENTS

w, th draw es

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ELLIOT J GOLDSTEIN MD PC          1-CM255-3
MONEY PURCHASE PENSION TRUST

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 11,486,117.25CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 460,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 1,318,728.74CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .49CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 12,344,845.50 |
| TOTAL EQUITY | 12,344,845.99CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR     11.63 %



WITHDRAWALS

2,008

TOTAL WITH = $350,000

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

YOUR ACCOUNT NUMBER 1-CM255-3-0

PERIOD ENDING 3/31/08

PAGE 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 3/07 | | | | CHECK | CW | | .5( |
| 3/07 | | | | FIDELITY SPARTAN | DIV | 150,000.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 3/07 | | 7,281 | 10026 | DIV 03/07/00 | | | 21,2 |
| | | | | FIDELITY SPARTAN | | | |
| 3/07 | | 150,000 | 10847 | U S TREASURY MONEY MARKET | 1 | | 7,281.0( |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 04/03/2008 | 99.878 | | 149,817.0( |
| 3/07 | 7,119 | | 10870 | 4/03/2008 | | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 3/19 | | 7,119 | 24770 | FIDELITY SPARTAN | DIV | 7,119.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 3/19 | | 12,300,000 | 29098 | DIV 03/19/08 | | | 5.0( |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | 7,119.00 |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 04/03/2008 | 99.954 | | |
| 3/19 | 12,350,000 | | 33562 | 4/03/2008 | 1 | 12,297,636.00 | 12,294,342.0( |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 7/31/2008 | 99.576 | | |
| 3/19 | 3,830 | | 37908 | 7/31/2008 | | 3,830.00 | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

F. 002

FEB-10-2009 TUE 17:59



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

PERIOD ENDING: 3/31/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-CM255-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/31 | | | | CHECK | CH | 200,000.00 | 2.3 |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/31/08 | DIV | | |
| 3/31 | | 3,830 | 44903 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,830.01 |
| 3/31 | | 200,000 | 45170 | FIDELITY SPARTAN U S TREASURY BILL DUE 7/31/2008 | 99.539 | | 199,078.0 |
| 3/31 | 2,911 | | 45679 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 7/31/2008 | 1 | 2,911.00 | |
| | | | | NEW BALANCE | | | .21 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,911 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 7/31/2008 | 1 | | |
| | 12,150,000 | | | U S TREASURY BILL DUE 7/31/2008 | 99.546 | | |

MARKET VALUE OF SECURITIES
LONG SHORT
12,097,750.00
xxD

12447.75 0

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with

Page: 3

3/31/08

YOUR ACCOUNT NUMBER
1-CM255-3-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ELLIOT J GOLDSTEIN MD PC
MONEY PURCHASE PENSION TRUST

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,514.7 |
| | | | | GROSS PROCEEDS FROM SALES | | | 12,643,237.0 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

P. 004