## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 18th day of November, 2009, I caused a true and correct copy of the foregoing AMENDED OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Aspen Fine Arts Co. Defined Contribution Plan - 1EM320 and 1EM414) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>Irving H. Picard, Trustee
>c/o Baker Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011

>s/ Jonathan M. Landers