EXHIBIT B

IN THE CIRCUIT COURT FOR __PALM BEACH__ COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

DORIS GLANTZ

File No.: 50 2005 CP 005912 XXXX

Division: PROBATE

Deceased.

COPY RECEIVED FOR FILING
DEC 1 5 2005
___ON R. BOCK
CL___ & COMPTROLLER

## NOTICE OF TRUST

DORIS GLANTZ, a resident of Palm Beach County, Florida, who died on Oct. 21, 2005, was the settlor of a trust entitled: **DORIS GLANTZ LIVING TRUST** dated January 22, 2001, which is a trust described in Section 733.707(3) of the Florida Probate Code, and is liable for the expenses of the administration of the decedent's estate and enforceable claims of the decedent's creditors to the extent the decedent's estate is insufficient to pay them, as provided in Section 733.607(2) of the Florida Probate Code.

The names and addresses of the trustees are set forth below.

The clerk shall file and index this notice of trust in the same manner as a caveat, unless there exists a probate proceeding for the settlor's estate in which case this notice of trust must be filed in the probate proceeding and the clerk shall send a copy to the personal representative.

Signed on Dec. 10, 2005.

_Linda Berger_
LINDA BERGER
Trustee
27 Holiday Point Road
Sherman, CT 06784
(address)

_Ronnie Harrington_
RONNIE HARRINGTON
Trustee
37 Somerset Street
Belmont, Massachusetts 02178
(address)

_Barbara E. Brenner_
BARBARA E. BRENNER
Trustee
127 Castenada Avenue
San Francisco, California 94116

Copy mailed to attorney for the Personal Representative on

CLERK OF THE CIRCUIT COURT

By:

MUST BE FILED IN DUPLICATE

Bar Form No. P-4.0800

© Florida Lawyers Support Services, Inc.
Reviewed October 1, 2000