# EXHIBIT A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Ms. Diane Wilson
c/o Ms. Pat Tudor
9 Egerton Place
Brompton Road
London
SW3 2EF

Dear Ms. Wilson:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1FR035 designated as Claim Number 001219 and Claim Number 001220 (the latter of which is duplicative of Claim Number 001219) and are combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim for a credit balance of $42,697.00 and for securities is **DENIED**. No securities were ever purchased for your account.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300032106.1

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $1,465,785.01), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $709,988.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($755,797.01) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is DENIED in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc:    Ms. Diane Wilson
Sangare Ranch
PO Box 24
Mweiga
Kenya
Africa

cc:    Michael King & Co.
Suite 9, Stanmore Towers
8-14 Church Road
Stanmore, Middlesex
HA7 4AW

300032106.1                        3

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 1/28/1998 | CHECK WIRE | $649,988.00 |
| 3/10/2000 | CHECK WIRE | $60,000.00 |
| **Total Deposits:** | | $709,988.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 2/24/1998 | W/H TAX DIV FDLXX | ($9.29) |
| 3/6/1998 | W/H TAX DIV BA | ($9.83) |
| 3/10/1998 | W/H TAX DIV JNJ | ($20.59) |
| 3/10/1998 | W/H TAX DIV GM | ($25.35) |
| 3/10/1998 | W/H TAX DIV AN | ($26.33) |
| 3/11/1998 | W/H TAX DIV BAC | ($17.49) |
| 3/12/1998 | W/H TAX DIV MMM | ($15.02) |
| 3/16/1998 | W/H TAX DIV DD | ($24.57) |
| 3/17/1998 | w/h FIDELITY SPARTAN | ($14.68) |
| 4/3/1998 | W/H TAX DIV SLB | ($6.58) |
| 4/6/1998 | W/H TAX DIV WMT | ($12.39) |
| 4/15/1998 | W/H TAX DIV HWP | ($10.37) |
| 4/22/1998 | W/H TAX DIV FDLXX | ($6.19) |
| 5/1/1998 | W/H TAX DIV AIT | ($24.57) |
| 5/1/1998 | W/H TAX DIV BMY | ($27.38) |
| 5/1/1998 | W/H TAX DIV T | ($38.61) |
| 5/1/1998 | W/H TAX DIV BEL | ($42.04) |
| 5/8/1998 | W/H TAX DIV AXP | ($7.90) |
| 5/19/1998 | w/h FIDELITY SPARTAN | ($29.67) |
| 5/22/1998 | W/H TAX DIV DIS | ($7.37) |
| 6/5/1998 | W/H TAX DIV BA | ($9.07) |
| 6/9/1998 | W/H TAX DIV JNJ | ($21.60) |
| 6/10/1998 | W/H TAX DIV GM | ($23.40) |
| 6/10/1998 | W/H TAX DIV AN | ($45.90) |
| 6/10/1998 | W/H TAX DIV XON | ($64.94) |
| 6/11/1998 | W/H TAX DIV BAC | ($14.90) |
| 6/11/1998 | W/H TAX DIV FDLXX | ($25.85) |
| 6/12/1998 | W/H TAX DIV MCD | ($3.89) |
| 6/12/1998 | W/H TAX DIV MMM | ($13.86) |
| 6/12/1998 | W/H TAX DIV DD | ($26.46) |
| 6/19/1998 | W/H TAX DIV AIG | ($3.51) |
| 6/26/1998 | W/H TAX DIV NB | ($23.26) |
| 6/30/1998 | W/H TAX DIV NT | ($2.07) |
| 6/30/1998 | W/H TAX DIV PEP | ($12.64) |
| 7/1/1998 | CANCEL W/H | $45.90 |

| | | | |
|---|---|---|---|
| 7/1/1998 | W/H TAX DIV | | ($22.95) |
| 7/1/1998 | W/H TAX DIV KO | | ($24.30) |
| 7/1/1998 | W/H TAX DIV MRK | | ($35.64) |
| 7/10/1998 | W/H TAX DIV SLB | | ($6.08) |
| 7/13/1998 | W/H TAX DIV WMT | | ($11.16) |
| 7/15/1998 | W/H TAX DIV HWP | | ($10.94) |
| 7/15/1998 | W/H TAX DIV C | | ($17.28) |
| 7/22/1998 | W/H TAX DIV FDLXX | | ($7.18) |
| 7/27/1998 | W/H TAX DIV GE | | ($63.72) |
| 8/3/1998 | W/H TAX DIV AIT | | ($21.60) |
| 8/3/1998 | W/H TAX DIV BMY | | ($25.27) |
| 8/3/1998 | W/H TAX DIV T | | ($34.45) |
| 8/3/1998 | W/H TAX DIV BEL | | ($38.81) |
| 8/5/1998 | W/H TAX DIV FDLXX | | ($0.62) |
| 8/10/1998 | W/H TAX DIV AXP | | ($7.29) |
| 9/4/1998 | W/H TAX DIV FDLXX | | ($2.90) |
| 9/11/1998 | W/H TAX DIV MCD | | ($4.21) |
| 10/15/1998 | W/H TAX DIV FDLXX | | ($3.70) |
| 11/23/1998 | W/H TAX DIV FDLXX | | ($8.79) |
| 12/11/1998 | W/H TAX DIV MCD | | ($4.21) |
| 12/15/1998 | W/H TAX DIV KO | | ($25.16) |
| 12/18/1998 | W/H TAX DIV AIG | | ($3.93) |
| 12/22/1998 | W/H TAX DIV FDLXX | | ($18.88) |
| 12/23/1998 | W/H TAX DIV BAC | | ($52.65) |
| 1/4/1999 | W/H TAX DIV PEP | | ($12.68) |
| 1/4/1999 | W/H TAX DIV ONE | | ($29.64) |
| 1/4/1999 | W/H TAX DIV MRK | | ($42.12) |
| 1/11/1999 | W/H TAX DIV WMT | | ($11.49) |
| 1/22/1999 | W/H TAX DIV FDLXX | | ($0.96) |
| 2/16/1999 | W/H TAX DIV TXN | | ($1.84) |
| 2/24/1999 | W/H TAX DIV FDLXX | | ($53.31) |
| 2/26/1999 | W/H TAX DIV C | | ($23.98) |
| 3/1/1999 | W/H TAX DIV INTC | | ($3.89) |
| 3/1/1999 | W/H TAX DIV WFC | | ($17.32) |
| 3/1/1999 | W/H TAX DIV F | | ($31.46) |
| 3/3/1999 | W/H TAX DIV BA | | ($8.06) |
| 3/4/1999 | W/H TAX DIV FDLXX | | ($9.11) |
| 3/9/1999 | W/H TAX DIV JNJ | | ($19.80) |
| 3/10/1999 | W/H TAX DIV IBM | | ($11.88) |
| 3/10/1999 | W/H TAX DIV GM | | ($19.80) |
| 3/10/1999 | W/H TAX DIV XON | | ($25.09) |
| 3/15/1999 | W/H TAX DIV DD | | ($23.94) |
| 3/31/1999 | W/H TAX DIV MCD | | ($3.86) |
| 3/31/1999 | W/H TAX DIV PEP | | ($11.23) |
| 4/1/1999 | W/H TAX DIV KO | | ($23.04) |
| 4/1/1999 | W/H TAX DIV ONE | | ($28.73) |
| 4/14/1999 | W/H TAX DIV FDLXX | | ($8.25) |
| 4/19/1999 | W/H TAX DIV WMT | | ($13.32) |

| | | |
|---|---|---|
| 4/26/1999 | W/H TAX DIV GE | ($66.78) |
| 5/5/1999 | W/H TAX DIV FDLXX | ($3.71) |
| 6/1/1999 | W/H TAX DIV INTC | ($5.94) |
| 6/1/1999 | W/H TAX DIV WFC | ($18.72) |
| 6/4/1999 | W/H TAX DIV BA | ($8.06) |
| 6/8/1999 | W/H TAX DIV JNJ | ($21.17) |
| 6/10/1999 | W/H TAX DIV IBM | ($12.96) |
| 6/10/1999 | W/H TAX DIV GM | ($19.80) |
| 6/10/1999 | W/H TAX DIV MOB | ($26.68) |
| 6/10/1999 | W/H TAX DIV XON | ($57.56) |
| 6/14/1999 | W/H TAX DIV DD | ($22.68) |
| 6/16/1999 | W/H TAX DIV FDLXX | ($25.15) |
| 7/12/1999 | W/H TAX DIV WMT | ($12.60) |
| 7/14/1999 | W/H TAX DIV HWP | ($9.22) |
| 7/21/1999 | W/H TAX DIV FDLXX | ($32.63) |
| 7/26/1999 | W/H TAX DIV GE | ($66.78) |
| 8/2/1999 | W/H TAX DIV AIT | ($19.43) |
| 8/2/1999 | W/H TAX DIV BMY | ($23.99) |
| 8/2/1999 | W/H TAX DIV BEL | ($34.65) |
| 8/2/1999 | W/H TAX DIV T | ($39.60) |
| 8/10/1999 | W/H TAX DIV AXP | ($5.67) |
| 8/24/1999 | W/H TAX DIV FDLXX | ($47.02) |
| 9/15/1999 | W/H TAX DIV MCD | ($3.69) |
| 9/17/1999 | W/H TAX DIV AIG | ($4.32) |
| 9/24/1999 | W/H TAX DIV BAC | ($43.74) |
| 9/30/1999 | W/H TAX DIV PEP | ($11.18) |
| 9/30/1999 | W/H TAX DIV FDLXX | ($46.16) |
| 10/1/1999 | W/H TAX DIV KO | ($22.46) |
| 10/1/1999 | W/H TAX DIV ONE | ($28.73) |
| 10/1/1999 | W/H TAX DIV MRK | ($39.67) |
| 10/12/1999 | W/H TAX DIV WMT | ($12.60) |
| 10/13/1999 | W/H TAX DIV HWP | ($9.22) |
| 10/20/1999 | W/H TAX DIV FDLXX | ($5.62) |
| 10/21/1999 | CHECK WIRE | ($20,000.00) |
| 10/25/1999 | W/H TAX DIV GE | ($64.26) |
| 11/1/1999 | W/H TAX DIV AIT | ($19.43) |
| 11/1/1999 | W/H TAX DIV BMY | ($23.99) |
| 11/1/1999 | W/H TAX DIV BEL | ($33.26) |
| 11/1/1999 | W/H TAX DIV T | ($38.81) |
| 11/10/1999 | W/H TAX DIV AXP | ($5.67) |
| 11/17/1999 | W/H TAX DIV FDLXX | ($5.75) |
| 12/2/1999 | CHECK WIRE | ($20,000.00) |
| 12/13/1999 | W/H TAX DIV MMM | ($12.10) |
| 12/31/1999 | W/H TAX DIV FDLXX | ($23.87) |
| 1/11/2000 | W/H TAX DIV FDLXX | ($2.58) |
| 2/14/2000 | W/H TAX DIV TXN | ($1.68) |
| 2/15/2000 | W/H TAX DIV PG | ($21.12) |
| 2/24/2000 | W/H TAX DIV FDLXX | ($51.35) |

| | | | |
|---|---|---|---|
| 2/25/2000 | W/H TAX DIV C | | ($26.40) |
| 3/1/2000 | W/H TAX DIV LU | | ($3.10) |
| 3/1/2000 | W/H TAX DIV INTC | | ($5.05) |
| 3/1/2000 | W/H TAX DIV WFC | | ($17.42) |
| 3/1/2000 | W/H TAX DIV F | | ($29.70) |
| 3/3/2000 | W/H TAX DIV BA | | ($6.47) |
| 3/7/2000 | W/H TAX DIV JNJ | | ($19.40) |
| 3/10/2000 | W/H TAX DIV FDLXX | | ($5.59) |
| 3/10/2000 | W/H TAX DIV IBM | | ($10.30) |
| 3/10/2000 | W/H TAX DIV GM | | ($16.50) |
| 3/10/2000 | W/H TAX DIV XOM | | ($72.60) |
| 3/14/2000 | W/H TAX DIV DD | | ($17.33) |
| 4/3/2000 | W/H TAX DIV KO | | ($21.42) |
| 4/10/2000 | W/H TAX DIV WMT | | ($14.04) |
| 4/28/2000 | w/h FIDELITY SPARTAN | | ($21.18) |
| 5/12/2000 | W/H TAX DIV FDLXX | | ($1.50) |
| 6/12/2000 | W/H TAX DIV DD | | ($20.48) |
| 6/12/2000 | W/H TAX DIV XOM | | ($85.80) |
| 6/13/2000 | W/H TAX DIV JNJ | | ($23.71) |
| 6/21/2000 | W/H TAX DIV FDLXX | | ($35.45) |
| 7/18/2000 | W/H TAX DIV FDLXX | | ($19.25) |
| 8/15/2000 | W/H TAX DIV PG | | ($22.68) |
| 8/15/2000 | W/H TAX DIV FDLXX | | ($54.85) |
| 8/21/2000 | W/H TAX DIV TXN | | ($1.68) |
| 8/24/2000 | W/H TAX DIV MER | | ($5.76) |
| 8/25/2000 | W/H TAX DIV C | | ($28.90) |
| 9/1/2000 | W/H TAX DIV LU | | ($3.38) |
| 9/1/2000 | W/H TAX DIV INTC | | ($6.48) |
| 9/1/2000 | W/H TAX DIV WFC | | ($16.63) |
| 9/11/2000 | W/H TAX DIV IBM | | ($11.23) |
| 9/11/2000 | W/H TAX DIV XOM | | ($72.86) |
| 9/14/2000 | CHECK WIRE | | ($25,000.00) |
| 9/15/2000 | W/H TAX DIV FDLXX | | ($6.07) |
| 10/11/2000 | W/H TAX DIV HWP | | ($8.06) |
| 10/18/2000 | W/H TAX DIV FDLXX | | ($0.11) |
| 10/25/2000 | W/H TAX DIV GE | | ($65.93) |
| 10/27/2000 | W/H TAX DIV MWD | | ($11.52) |
| 11/1/2000 | W/H TAX DIV PHA | | ($7.34) |
| 11/1/2000 | W/H TAX DIV BMY | | ($23.81) |
| 11/1/2000 | W/H TAX DIV T | | ($40.39) |
| 11/1/2000 | W/H TAX DIV VZ | | ($51.28) |
| 11/6/2000 | W/H TAX DIV FDLXX | | ($11.68) |
| 11/10/2000 | W/H TAX DIV AXP | | ($5.18) |
| 11/29/2000 | CHECK WIRE | | ($50,000.00) |
| 12/1/2000 | W/H TAX DIV BA | | ($6.55) |
| 12/11/2000 | W/H TAX DIV IBM | | ($12.17) |
| 12/11/2000 | W/H TAX DIV XOM | | ($82.37) |
| 12/12/2000 | W/H TAX DIV JNJ | | ($23.71) |

| | | |
|---|---|---|
| 12/18/2000 | W/H TAX DIV FDLXX | ($27.36) |
| 1/18/2001 | W/H TAX DIV FDLXX | ($17.83) |
| 2/12/2001 | W/H TAX DIV TXN | ($1.97) |
| 2/15/2001 | W/H TAX DIV PG | ($24.99) |
| 2/22/2001 | W/H TAX DIV FDLXX | ($21.49) |
| 2/23/2001 | W/H TAX DIV C | ($39.40) |
| 3/1/2001 | W/H TAX DIV LU | ($3.53) |
| 3/1/2001 | W/H TAX DIV INTC | ($7.14) |
| 3/1/2001 | W/H TAX DIV WFC | ($22.18) |
| 3/7/2001 | CHECK WIRE | ($20,000.00) |
| 3/8/2001 | W/H TAX DIV PFE | ($37.88) |
| 3/9/2001 | W/H TAX DIV XOM | ($81.31) |
| 3/12/2001 | W/H TAX DIV IBM | ($12.01) |
| 3/13/2001 | W/H TAX DIV JNJ | ($24.19) |
| 3/19/2001 | W/H TAX DIV FDLXX | ($29.65) |
| 3/28/2001 | CHECK WIRE | ($20,000.00) |
| 4/9/2001 | W/H TAX DIV WMT | ($19.15) |
| 4/11/2001 | W/H TAX DIV HWP | ($9.98) |
| 4/24/2001 | W/H TAX DIV FDLXX | ($52.74) |
| 4/27/2001 | W/H TAX DIV MWD | ($15.46) |
| 4/30/2001 | W/H TAX DIV JPM | ($39.17) |
| 5/1/2001 | W/H TAX DIV T | ($8.64) |
| 5/1/2001 | W/H TAX DIV PHA | ($9.79) |
| 5/1/2001 | W/H TAX DIV BMY | ($33.00) |
| 5/1/2001 | W/H TAX DIV VZ | ($64.68) |
| 5/2/2001 | W/H TAX DIV TYC | ($1.38) |
| 5/10/2001 | W/H TAX DIV AXP | ($6.53) |
| 5/15/2001 | W/H TAX DIV PG | ($28.56) |
| 6/19/2001 | W/H TAX DIV FDLXX | ($72.53) |
| 7/3/2001 | CHECK WIRE | ($25,000.00) |
| 7/9/2001 | W/H TAX DIV WMT | ($18.82) |
| 7/11/2001 | W/H TAX DIV XOM | ($4.13) |
| 7/11/2001 | W/H TAX DIV HWP | ($9.22) |
| 7/23/2001 | W/H TAX DIV MWD | ($15.46) |
| 7/25/2001 | W/H TAX DIV FDLXX | ($25.62) |
| 7/25/2001 | W/H TAX DIV GE | ($96.00) |
| 7/31/2001 | W/H TAX DIV JPM | ($42.43) |
| 8/1/2001 | W/H TAX DIV TYC | ($1.44) |
| 8/1/2001 | W/H TAX DIV PHA | ($11.02) |
| 8/1/2001 | W/H TAX DIV BMY | ($31.68) |
| 8/1/2001 | W/H TAX DIV VZ | ($62.83) |
| 8/10/2001 | W/H TAX DIV AXP | ($6.53) |
| 8/15/2001 | W/H TAX DIV PG | ($29.18) |
| 8/22/2001 | W/H TAX DIV FDLXX | ($2.16) |
| 9/6/2001 | CHECK WIRE | ($25,000.00) |
| 9/13/2001 | W/H TAX DIV HD | ($5.71) |
| 9/28/2001 | W/H TAX DIV PEP | ($16.27) |
| 9/28/2001 | W/H TAX DIV BAC | ($57.12) |

| 10/1/2001 | W/H TAX DIV KO | ($26.62) |
|---|---|---|
| 10/1/2001 | W/H TAX DIV MRK | ($49.98) |
| 10/9/2001 | W/H TAX DIV WMT | ($20.71) |
| 10/10/2001 | W/H TAX DIV HWP | ($10.20) |
| 10/15/2001 | W/H TAX DIV FDLXX | ($11.63) |
| 10/25/2001 | W/H TAX DIV GE | ($105.26) |
| 10/26/2001 | W/H TAX DIV MWD | ($17.60) |
| 10/31/2001 | W/H TAX DIV JPM | ($43.35) |
| 11/1/2001 | W/H TAX DIV TYC | ($1.53) |
| 11/1/2001 | W/H TAX DIV T | ($8.22) |
| 11/1/2001 | W/H TAX DIV PHA | ($11.02) |
| 11/1/2001 | W/H TAX DIV BMY | ($33.66) |
| 11/1/2001 | W/H TAX DIV VZ | ($66.76) |
| 11/9/2001 | W/H TAX DIV AXP | ($6.94) |
| 11/15/2001 | W/H TAX DIV PG | ($29.07) |
| 11/19/2001 | W/H TAX DIV FDLXX | ($1.50) |
| 11/19/2001 | W/H TAX DIV TXN | ($2.49) |
| 11/21/2001 | W/H TAX DIV C | ($53.86) |
| 11/23/2001 | CHECK WIRE | ($25,000.00) |
| 12/3/2001 | W/H TAX DIV INTC | ($9.08) |
| 12/3/2001 | W/H TAX DIV MCD | ($10.80) |
| 12/3/2001 | W/H TAX DIV WFC | ($27.85) |
| 12/3/2001 | CHECK WIRE 11/23/01 | ($25,000.00) |
| 12/3/2001 | CANCEL CODE | $25,000.00 |
| 12/6/2001 | W/H TAX DIV PFE | ($43.20) |
| 12/10/2001 | W/H TAX DIV IBM | ($15.71) |
| 12/10/2001 | W/H TAX DIV XOM | ($102.05) |
| 12/14/2001 | W/H TAX DIV DD | ($13.65) |
| 12/31/2001 | W/H TAX DIV FDLXX | ($9.81) |
| 1/4/2002 | CHECK WIRE | ($30,000.00) |
| 1/10/2002 | W/H TAX DIV FDLXX | ($3.64) |
| 2/11/2002 | W/H TAX DIV TXN | ($2.04) |
| 2/15/2002 | W/H TAX DIV PG | ($27.36) |
| 2/21/2002 | W/H TAX DIV FDLXX | ($12.80) |
| 2/22/2002 | W/H TAX DIV C | ($46.08) |
| 3/1/2002 | W/H TAX DIV INTC | ($7.78) |
| 3/1/2002 | W/H TAX DIV WFC | ($24.96) |
| 3/6/2002 | W/H TAX DIV FDLXX | ($3.59) |
| 3/7/2002 | W/H TAX DIV PFE | ($46.18) |
| 3/11/2002 | W/H TAX DIV BUD | ($9.94) |
| 3/11/2002 | W/H TAX DIV IBM | ($13.44) |
| 3/11/2002 | W/H TAX DIV XOM | ($89.42) |
| 3/12/2002 | W/H TAX DIV JNJ | ($31.10) |
| 3/14/2002 | W/H TAX DIV DD | ($20.16) |
| 3/28/2002 | W/H TAX DIV HD | ($6.89) |
| 4/1/2002 | W/H TAX DIV PEP | ($14.79) |
| 4/1/2002 | W/H TAX DIV KO | ($29.58) |
| 4/1/2002 | W/H TAX DIV MRK | ($48.20) |

| Date | Description | Amount |
|---|---|---|
| 4/8/2002 | CHECK WIRE | ($25,000.00) |
| 4/10/2002 | W/H TAX DIV MO | ($73.95) |
| 4/15/2002 | CHECK WIRE | ($25,000.00) |
| 4/18/2002 | W/H TAX DIV WMT | ($19.89) |
| 4/23/2002 | W/H TAX DIV FDLXX | ($12.09) |
| 4/26/2002 | W/H TAX DIV MDT | ($4.11) |
| 4/26/2002 | W/H TAX DIV MWD | ($15.25) |
| 4/30/2002 | W/H TAX DIV JPM | ($39.88) |
| 5/1/2002 | W/H TAX DIV TYC | ($1.53) |
| 5/1/2002 | W/H TAX DIV T | ($7.84) |
| 5/1/2002 | W/H TAX DIV PHA | ($10.33) |
| 5/1/2002 | W/H TAX DIV BMY | ($32.84) |
| 5/1/2002 | W/H TAX DIV SBC | ($53.70) |
| 5/1/2002 | W/H TAX DIV VZ | ($62.83) |
| 5/10/2002 | W/H TAX DIV FDLXX | ($2.10) |
| 5/10/2002 | W/H TAX DIV AXP | ($6.53) |
| 6/3/2002 | W/H TAX DIV WFC | ($30.24) |
| 6/6/2002 | W/H TAX DIV PFE | ($53.35) |
| 6/10/2002 | W/H TAX DIV IBM | ($17.82) |
| 6/10/2002 | W/H TAX DIV XOM | ($100.60) |
| 6/11/2002 | W/H TAX DIV JNJ | ($39.85) |
| 6/14/2002 | W/H TAX DIV AIG | ($7.03) |
| 6/25/2002 | W/H TAX DIV FDLXX | ($1.05) |
| 6/28/2002 | W/H TAX DIV PEP | ($16.20) |
| 6/28/2002 | W/H TAX DIV BAC | ($58.32) |
| 7/1/2002 | W/H TAX DIV MRK | ($51.03) |
| 7/2/2002 | CHECK WIRE | ($25,000.00) |
| 7/19/2002 | W/H TAX DIV FDLXX | ($5.02) |
| 7/26/2002 | W/H TAX DIV FDLXX | ($1.98) |
| 8/19/2002 | W/H TAX DIV MON | ($1.95) |
| 8/19/2002 | W/H TAX DIV TXN | ($3.06) |
| 8/23/2002 | W/H TAX DIV C | ($81.65) |
| 8/26/2002 | W/H TAX DIV FDLXX | ($1.88) |
| 9/3/2002 | W/H TAX DIV INTC | ($11.38) |
| 9/3/2002 | W/H TAX DIV WFC | ($40.32) |
| 9/5/2002 | W/H TAX DIV G | ($14.04) |
| 9/5/2002 | W/H TAX DIV PFE | ($68.33) |
| 9/6/2002 | W/H TAX DIV BA | ($12.24) |
| 9/9/2002 | W/H TAX DIV BUD | ($14.04) |
| 9/10/2002 | W/H TAX DIV FDLXX | ($3.89) |
| 9/10/2002 | W/H TAX DIV IBM | ($21.60) |
| 9/10/2002 | W/H TAX DIV JNJ | ($50.18) |
| 9/10/2002 | W/H TAX DIV XOM | ($129.17) |
| 9/12/2002 | W/H TAX DIV DD | ($27.72) |
| 10/15/2002 | CHECK WIRE | ($25,000.00) |
| 10/17/2002 | W/H TAX DIV FDLXX | ($10.27) |
| 11/22/2002 | W/H TAX DIV C | ($71.28) |
| 12/2/2002 | W/H TAX DIV INTC | ($10.56) |

300032106.1

| | | |
|---|---|---|
| 12/2/2002 | W/H TAX DIV WFC | ($36.96) |
| 12/5/2002 | W/H TAX DIV PFE | ($62.63) |
| 12/9/2002 | W/H TAX DIV BUD | ($12.87) |
| 12/10/2002 | W/H TAX DIV IBM | ($20.79) |
| 12/10/2002 | W/H TAX DIV JNJ | ($46.00) |
| 12/10/2002 | W/H TAX DIV XOM | ($116.89) |
| 12/16/2002 | W/H TAX DIV DD | ($27.72) |
| 12/31/2002 | W/H TAX DIV FDLXX | ($29.12) |
| 1/10/2003 | W/H TAX DIV FDLXX | ($1.52) |
| 1/22/2003 | CHECK WIRE | ($25,000.00) |
| 2/3/2003 | W/H TAX DIV PHA | ($12.76) |
| 2/14/2003 | W/H TAX DIV PG | ($38.75) |
| 2/14/2003 | W/H TAX DIV PFE | ($68.04) |
| 2/28/2003 | W/H TAX DIV C | ($75.60) |
| 3/3/2003 | W/H TAX DIV INTC | ($9.95) |
| 3/3/2003 | W/H TAX DIV WFC | ($37.80) |
| 3/7/2003 | W/H TAX DIV MSFT | ($63.50) |
| 3/10/2003 | W/H TAX DIV FDLXX | ($7.16) |
| 3/10/2003 | W/H TAX DIV BUD | ($12.29) |
| 3/10/2003 | W/H TAX DIV IBM | ($18.90) |
| 3/10/2003 | W/H TAX DIV XOM | ($114.47) |
| 3/11/2003 | W/H TAX DIV JNJ | ($45.20) |
| 3/12/2003 | W/H TAX DIV MMM | ($20.79) |
| 3/14/2003 | W/H TAX DIV FDLXX | ($1.12) |
| 3/14/2003 | W/H TAX DIV DD | ($26.46) |
| 4/7/2003 | W/H TAX DIV WMT | ($34.34) |
| 4/9/2003 | W/H TAX DIV HPQ | ($20.74) |
| 4/15/2003 | W/H TAX DIV FDLXX | ($10.87) |
| 4/25/2003 | CHECK WIRE | ($20,000.00) |
| 5/9/2003 | W/H TAX DIV FDLXX | ($2.76) |
| 5/12/2003 | CHECK WIRE | ($20,000.00) |
| 6/5/2003 | W/H TAX DIV PFE | ($89.78) |
| 6/6/2003 | CHECK WIRE | ($20,000.00) |
| 6/10/2003 | W/H TAX DIV JNJ | ($52.92) |
| 6/10/2003 | W/H TAX DIV XOM | ($126.00) |
| 6/12/2003 | W/H TAX DIV MMM | ($20.79) |
| 6/12/2003 | W/H TAX DIV DD | ($26.46) |
| 6/20/2003 | W/H TAX DIV AIG | ($9.18) |
| 6/25/2003 | W/H TAX DIV FDLXX | ($1.34) |
| 6/26/2003 | W/H TAX DIV HD | ($10.58) |
| 6/27/2003 | W/H TAX DIV BAC | ($72.58) |
| 6/30/2003 | W/H TAX DIV PEP | ($20.16) |
| 7/1/2003 | W/H TAX DIV ONE | ($18.52) |
| 7/1/2003 | W/H TAX DIV KO | ($40.19) |
| 7/1/2003 | W/H TAX DIV MRK | ($61.24) |
| 7/2/2003 | CHECK WIRE | ($42,000.00) |
| 7/7/2003 | W/H TAX DIV WMT | ($29.48) |
| 7/8/2003 | W/H TAX DIV MO | ($100.80) |

| | | |
|---|---|---|
| 7/9/2003 | W/H TAX DIV HPQ | ($18.14) |
| 7/10/2003 | W/H TAX DIV FDLXX | ($2.64) |
| 7/21/2003 | W/H TAX DIV FDLXX | ($3.18) |
| 7/31/2003 | W/H TAX DIV MWD | ($14.90) |
| 8/1/2003 | W/H TAX DIV VZ | ($68.61) |
| 8/1/2003 | W/H TAX DIV SBC | ($80.56) |
| 8/15/2003 | W/H TAX DIV PG | ($36.86) |
| 8/22/2003 | W/H TAX DIV C | ($113.40) |
| 8/26/2003 | CHECK WIRE | ($20,000.00) |
| 8/27/2003 | W/H TAX DIV MER | ($9.50) |
| 9/2/2003 | W/H TAX DIV INTC | ($8.10) |
| 9/2/2003 | W/H TAX DIV WFC | ($48.60) |
| 9/4/2003 | W/H TAX DIV PFE | ($74.52) |
| 9/5/2003 | W/H TAX DIV FDLXX | ($10.36) |
| 9/9/2003 | W/H TAX DIV BUD | ($11.88) |
| 9/10/2003 | W/H TAX DIV IBM | ($17.28) |
| 9/10/2003 | W/H TAX DIV XOM | ($106.65) |
| 9/12/2003 | W/H TAX DIV DD | ($22.68) |
| 9/19/2003 | W/H TAX DIV AIG | ($11.23) |
| 9/26/2003 | W/H TAX DIV BAC | ($77.76) |
| 9/30/2003 | W/H TAX DIV FDLXX | ($2.53) |
| 9/30/2003 | W/H TAX DIV PEP | ($18.14) |
| 9/30/2003 | CHECK WIRE | ($25,000.00) |
| 10/1/2003 | W/H TAX DIV VIA.B | ($6.48) |
| 10/1/2003 | W/H TAX DIV KO | ($36.83) |
| 10/1/2003 | W/H TAX DIV MRK | ($55.94) |
| 10/8/2003 | W/H TAX DIV HPQ | ($16.42) |
| 10/9/2003 | W/H TAX DIV MO | ($91.80) |
| 10/14/2003 | W/H TAX DIV FDLXX | ($1.63) |
| 11/7/2003 | W/H TAX DIV MSFT | ($107.71) |
| 11/14/2003 | W/H TAX DIV PG | ($37.13) |
| 11/25/2003 | W/H TAX DIV FDLXX | ($10.29) |
| 11/25/2003 | CHECK WIRE | ($20,000.00) |
| 11/26/2003 | W/H TAX DIV MER | ($8.98) |
| 11/26/2003 | W/H TAX DIV C | ($112.46) |
| 12/1/2003 | W/H TAX DIV INTC | ($8.06) |
| 12/1/2003 | W/H TAX DIV WFC | ($45.90) |
| 12/4/2003 | W/H TAX DIV PFE | ($72.68) |
| 12/9/2003 | W/H TAX DIV JNJ | ($44.06) |
| 12/9/2003 | CHECK WIRE | ($25,000.00) |
| 12/10/2003 | W/H TAX DIV IBM | ($17.14) |
| 12/10/2003 | W/H TAX DIV XOM | ($103.28) |
| 12/12/2003 | W/H TAX DIV MMM | ($16.83) |
| 12/16/2003 | W/H TAX DIV FDLXX | ($1.56) |
| 12/31/2003 | W/H TAX DIV FDLXX | ($1.07) |
| 1/8/2004 | W/H TAX DIV FDLXX | ($1.69) |
| 1/30/2004 | W/H TAX DIV MWD | ($15.60) |
| 2/2/2004 | W/H TAX DIV SBC | ($60.00) |

| | | |
|---|---|---|
| 2/2/2004 | W/H TAX DIV VZ | ($62.83) |
| 2/6/2004 | W/H TAX DIV FDLXX | ($1.01) |
| 2/6/2004 | CHECK WIRE | ($20,000.00) |
| 2/17/2004 | W/H TAX DIV PG | ($34.94) |
| 2/27/2004 | W/H TAX DIV MER | ($9.22) |
| 2/27/2004 | W/H TAX DIV C | ($120.96) |
| 3/1/2004 | W/H TAX DIV INTC | ($15.17) |
| 3/1/2004 | W/H TAX DIV WFC | ($45.36) |
| 3/5/2004 | W/H TAX DIV PFE | ($75.89) |
| 3/9/2004 | W/H TAX DIV JNJ | ($41.47) |
| 3/10/2004 | W/H TAX DIV IBM | ($16.13) |
| 3/10/2004 | W/H TAX DIV XOM | ($96.00) |
| 3/12/2004 | W/H TAX DIV MMM | ($17.28) |
| 3/30/2004 | CHECK WIRE | ($20,000.00) |
| 3/31/2004 | W/H TAX DIV FDLXX | ($7.50) |
| 4/6/2004 | W/H TAX DIV FDLXX | ($0.59) |
| 4/19/2004 | W/H TAX DIV FDLXX | ($1.12) |
| 4/30/2004 | W/H TAX DIV MWD | ($14.63) |
| 4/30/2004 | W/H TAX DIV JPM | ($36.72) |
| 5/3/2004 | W/H TAX DIV SBC | ($54.84) |
| 5/3/2004 | W/H TAX DIV VZ | ($57.17) |
| 5/14/2004 | W/H TAX DIV PG | ($33.75) |
| 5/17/2004 | W/H TAX DIV TXN | ($2.01) |
| 5/17/2004 | CHECK WIRE | ($30,000.00) |
| 5/26/2004 | W/H TAX DIV MER | ($7.92) |
| 5/27/2004 | W/H TAX DIV GS | ($6.75) |
| 5/28/2004 | W/H TAX DIV C | ($111.60) |
| 6/1/2004 | W/H TAX DIV INTC | ($13.86) |
| 6/1/2004 | W/H TAX DIV WFC | ($40.50) |
| 6/4/2004 | W/H TAX DIV PFE | ($68.85) |
| 6/7/2004 | W/H TAX DIV WMT | ($29.84) |
| 6/8/2004 | W/H TAX DIV JNJ | ($44.89) |
| 6/9/2004 | W/H TAX DIV FDLXX | ($5.57) |
| 6/10/2004 | W/H TAX DIV IBM | ($16.20) |
| 6/10/2004 | W/H TAX DIV XOM | ($93.56) |
| 6/14/2004 | W/H TAX DIV MMM | ($14.58) |
| 6/18/2004 | W/H TAX DIV FDLXX | ($1.38) |
| 6/24/2004 | W/H TAX DIV HD | ($10.33) |
| 6/30/2004 | W/H TAX DIV FDLXX | ($0.94) |
| 6/30/2004 | W/H TAX DIV PEP | ($21.74) |
| 6/30/2004 | CHECK WIRE | ($25,000.00) |
| 7/1/2004 | W/H TAX DIV KO | ($33.75) |
| 7/7/2004 | W/H TAX DIV HPQ | ($13.32) |
| 7/9/2004 | W/H TAX DIV MO | ($73.44) |
| 8/12/2004 | CHECK WIRE | ($20,000.00) |
| 8/13/2004 | W/H TAX DIV FDLXX | ($5.33) |
| 8/18/2004 | W/H TAX DIV FDLXX | ($0.89) |
| 8/23/2004 | W/H TAX DIV FDLXX | ($1.47) |

| | | |
|---|---|---|
| 9/7/2004 | W/H TAX DIV WMT | ($29.84) |
| 9/7/2004 | CHECK WIRE | ($20,000.00) |
| 9/10/2004 | W/H TAX DIV UTX | ($9.45) |
| 9/13/2004 | W/H TAX DIV MMM | ($14.58) |
| 9/14/2004 | W/H TAX DIV MSFT | ($45.72) |
| 9/16/2004 | W/H TAX DIV HD | ($10.33) |
| 9/17/2004 | W/H TAX DIV AIG | ($10.46) |
| 9/24/2004 | W/H TAX DIV BAC | ($97.20) |
| 9/30/2004 | W/H TAX DIV PEP | ($20.70) |
| 10/1/2004 | W/H TAX DIV VIA.B | ($5.67) |
| 10/1/2004 | W/H TAX DIV KO | ($32.63) |
| 10/1/2004 | W/H TAX DIV MRK | ($44.46) |
| 10/6/2004 | W/H TAX DIV HPQ | ($13.32) |
| 10/12/2004 | W/H TAX DIV MO | ($78.84) |
| 10/13/2004 | W/H TAX DIV FDLXX | ($22.11) |
| 10/13/2004 | CHECK WIRE | ($20,000.00) |
| 11/8/2004 | W/H TAX DIV FDLXX | ($0.75) |
| 11/22/2004 | W/H TAX DIV FDLXX | ($7.91) |
| 12/1/2004 | CHECK WIRE | ($20,000.00) |
| 12/2/2004 | W/H TAX DIV MSFT | ($44.02) |
| 12/2/2004 | W/H TAX DIV MSFT | ($1,650.60) |
| 12/3/2004 | W/H TAX DIV PFE | ($64.97) |
| 12/7/2004 | W/H TAX DIV JNJ | ($43.09) |
| 12/10/2004 | W/H TAX DIV IBM | ($15.12) |
| 12/10/2004 | W/H TAX DIV XOM | ($89.59) |
| 12/13/2004 | W/H TAX DIV MMM | ($13.61) |
| 12/15/2004 | W/H TAX DIV KO | ($30.45) |
| 12/16/2004 | W/H TAX DIV HD | ($9.64) |
| 12/17/2004 | W/H TAX DIV AIG | ($9.77) |
| 12/22/2004 | W/H TAX DIV BAC | ($92.61) |
| 12/31/2004 | W/H TAX DIV FDLXX | ($18.37) |
| 1/3/2005 | W/H TAX DIV VIA.B | ($6.17) |
| 1/3/2005 | W/H TAX DIV MRK | ($43.09) |
| 1/5/2005 | CHECK WIRE | ($20,000.00) |
| 1/7/2005 | W/H TAX DIV FDLXX | ($4.63) |
| 1/28/2005 | W/H TAX DIV FDLXX | ($8.21) |
| 2/18/2005 | W/H TAX DIV FDLXX | ($17.21) |
| 2/25/2005 | W/H TAX DIV C | ($108.11) |
| 2/28/2005 | W/H TAX DIV MER | ($6.86) |
| 3/1/2005 | W/H TAX DIV INTC | ($23.71) |
| 3/1/2005 | W/H TAX DIV WFC | ($39.31) |
| 3/4/2005 | CHECK WIRE | ($30,000.00) |
| 3/7/2005 | W/H TAX DIV FDLXX | ($1.36) |
| 3/8/2005 | W/H TAX DIV JNJ | ($40.01) |
| 3/8/2005 | W/H TAX DIV PFE | ($67.43) |
| 3/10/2005 | W/H TAX DIV IBM | ($14.04) |
| 3/10/2005 | W/H TAX DIV MSFT | ($41.18) |
| 3/10/2005 | W/H TAX DIV XOM | ($82.13) |

| | | |
|---|---|---|
| 3/14/2005 | W/H TAX DIV MMM | ($14.74) |
| 3/18/2005 | W/H TAX DIV AIG | ($15.60) |
| 3/24/2005 | W/H TAX DIV HD | ($10.53) |
| 3/28/2005 | W/H TAX DIV BAC | ($86.00) |
| 3/31/2005 | W/H TAX DIV PEP | ($17.94) |
| 4/1/2005 | W/H TAX DIV VIA.B | ($5.73) |
| 4/1/2005 | W/H TAX DIV KO | ($31.67) |
| 4/1/2005 | W/H TAX DIV MRK | ($40.01) |
| 4/7/2005 | W/H TAX DIV HPQ | ($11.54) |
| 4/11/2005 | W/H TAX DIV MO | ($71.18) |
| 4/13/2005 | W/H TAX DIV FDLXX | ($17.45) |
| 4/25/2005 | W/H TAX DIV GE | ($108.97) |
| 4/26/2005 | W/H TAX DIV FDLXX | ($2.94) |
| 4/26/2005 | CHECK WIRE | ($20,000.00) |
| 5/23/2005 | W/H TAX DIV FDLXX | ($22.46) |
| 6/8/2005 | CHECK WIRE | ($25,000.00) |
| 6/9/2005 | W/H TAX DIV FDLXX | ($3.93) |
| 6/17/2005 | W/H TAX DIV AIG | ($15.60) |
| 6/23/2005 | W/H TAX DIV HD | ($10.53) |
| 6/24/2005 | W/H TAX DIV BAC | ($87.75) |
| 6/28/2005 | CHECK WIRE | ($20,000.00) |
| 6/30/2005 | W/H TAX DIV PEP | ($21.29) |
| 7/1/2005 | W/H TAX DIV VIA.B | ($5.73) |
| 7/1/2005 | W/H TAX DIV KO | ($30.58) |
| 7/1/2005 | W/H TAX DIV MRK | ($40.01) |
| 7/6/2005 | W/H TAX DIV HPQ | ($11.23) |
| 7/11/2005 | W/H TAX DIV MO | ($74.02) |
| 7/25/2005 | W/H TAX DIV GE | ($112.40) |
| 9/9/2005 | W/H TAX DIV FDLXX | ($24.24) |
| 9/19/2005 | W/H TAX DIV FDLXX | ($10.82) |
| 9/30/2005 | W/H TAX DIV S | ($3.42) |
| 9/30/2005 | W/H TAX DIV PEP | ($19.66) |
| 10/3/2005 | W/H TAX DIV KO | ($29.23) |
| 10/5/2005 | W/H TAX DIV HPQ | ($10.66) |
| 10/11/2005 | W/H TAX DIV MO | ($77.76) |
| 10/19/2005 | W/H TAX DIV FDLXX | ($33.99) |
| 10/21/2005 | W/H TAX DIV FDLXX | ($0.88) |
| 10/25/2005 | W/H TAX DIV GE | ($106.92) |
| 11/15/2005 | W/H TAX DIV PG | ($48.05) |
| 11/17/2005 | W/H TAX DIV FDLXX | ($11.74) |
| 11/23/2005 | W/H TAX DIV MER | ($9.36) |
| 11/23/2005 | W/H TAX DIV C | ($111.54) |
| 11/30/2005 | W/H TAX DIV FDLXX | ($2.57) |
| 12/1/2005 | W/H TAX DIV INTC | ($24.02) |
| 12/1/2005 | W/H TAX DIV WFC | ($42.59) |
| 12/6/2005 | W/H TAX DIV PFE | ($69.65) |
| 12/8/2005 | W/H TAX DIV MSFT | ($36.19) |
| 12/9/2005 | W/H TAX DIV XOM | ($91.61) |

| | | |
|---|---|---|
| 12/12/2005 | W/H TAX DIV IBM | ($15.60) |
| 12/12/2005 | W/H TAX DIV CVX | ($50.90) |
| 12/13/2005 | W/H TAX DIV JNJ | ($48.91) |
| 12/15/2005 | W/H TAX DIV HD | ($10.53) |
| 12/15/2005 | W/H TAX DIV TWX | ($11.51) |
| 12/15/2005 | W/H TAX DIV KO | ($28.39) |
| 12/16/2005 | W/H TAX DIV FDLXX | ($3.48) |
| 12/16/2005 | W/H TAX DIV AIG | ($19.31) |
| 12/22/2005 | W/H TAX DIV FDLXX | ($0.52) |
| 12/23/2005 | W/H TAX DIV BAC | ($99.45) |
| 12/30/2005 | W/H TAX DIV FDLXX | ($0.70) |
| 12/30/2005 | W/H TAX DIV S | ($3.61) |
| 1/3/2006 | W/H TAX DIV PEP | ($21.29) |
| 1/3/2006 | W/H TAX DIV MRK | ($41.50) |
| 1/4/2006 | W/H TAX DIV HPQ | ($11.23) |
| 1/13/2006 | W/H TAX DIV FDLXX | ($3.02) |
| 1/31/2006 | W/H TAX DIV MS | ($12.64) |
| 1/31/2006 | W/H TAX DIV FDLXX | ($23.89) |
| 2/6/2006 | CHECK WIRE | ($30,000.00) |
| 2/15/2006 | W/H TAX DIV ABT | ($18.81) |
| 2/15/2006 | W/H TAX DIV PG | ($42.34) |
| 2/21/2006 | W/H TAX DIV FDLXX | ($0.29) |
| 2/24/2006 | W/H TAX DIV C | ($111.13) |
| 2/28/2006 | W/H TAX DIV FDLXX | ($5.42) |
| 2/28/2006 | W/H TAX DIV MER | ($9.90) |
| 3/1/2006 | W/H TAX DIV INTC | ($27.00) |
| 3/1/2006 | W/H TAX DIV WFC | ($39.31) |
| 3/7/2006 | W/H TAX DIV UPS | ($19.15) |
| 3/7/2006 | W/H TAX DIV PFE | ($79.49) |
| 3/9/2006 | W/H TAX DIV MSFT | ($36.94) |
| 3/10/2006 | W/H TAX DIV FDLXX | ($0.13) |
| 3/10/2006 | W/H TAX DIV IBM | ($14.40) |
| 3/10/2006 | W/H TAX DIV CVX | ($45.36) |
| 3/10/2006 | W/H TAX DIV XOM | ($88.70) |
| 3/14/2006 | W/H TAX DIV JNJ | ($43.96) |
| 3/15/2006 | W/H TAX DIV TWX | ($10.44) |
| 3/16/2006 | W/H TAX DIV FDLXX | ($0.29) |
| 3/17/2006 | W/H TAX DIV AIG | ($17.28) |
| 3/23/2006 | W/H TAX DIV HD | ($14.04) |
| 3/24/2006 | W/H TAX DIV BAC | ($104.40) |
| 3/31/2006 | W/H TAX DIV FDLXX | ($1.92) |
| 3/31/2006 | W/H TAX DIV S | ($3.33) |
| 3/31/2006 | W/H TAX DIV PEP | ($19.66) |
| 4/3/2006 | W/H TAX DIV WMT | ($18.69) |
| 4/3/2006 | W/H TAX DIV KO | ($29.02) |
| 4/3/2006 | W/H TAX DIV MRK | ($36.94) |
| 4/4/2006 | CHECK WIRE | ($20,000.00) |
| 4/5/2006 | W/H TAX DIV FDLXX | ($2.07) |

| Date | Description | Amount |
|---|---|---|
| 4/5/2006 | W/H TAX DIV HPQ | ($10.37) |
| 4/7/2006 | W/H TAX DIV SLB | ($6.30) |
| 4/10/2006 | W/H TAX DIV MO | ($74.88) |
| 4/21/2006 | W/H TAX DIV FDLXX | ($1.81) |
| 4/25/2006 | W/H TAX DIV GE | ($117.90) |
| 4/28/2006 | CXL W/H TAX DIV SLB | $6.30 |
| 4/28/2006 | W/H TAX DIV FDLXX | ($3.01) |
| 4/28/2006 | W/H TAX DIV MDT | ($5.20) |
| 4/28/2006 | W/H TAX DIV MS | ($12.64) |
| 5/1/2006 | W/H TAX DIV VZ | ($52.49) |
| 5/1/2006 | W/H TAX DIV JPM | ($52.63) |
| 5/1/2006 | W/H TAX DIV T | ($57.46) |
| 5/10/2006 | W/H TAX DIV FDLXX | ($5.28) |
| 5/10/2006 | W/H TAX DIV AXP | ($6.91) |
| 5/15/2006 | W/H TAX DIV ABT | ($20.18) |
| 5/15/2006 | W/H TAX DIV PG | ($45.76) |
| 5/24/2006 | W/H TAX DIV MER | ($9.90) |
| 5/25/2006 | W/H TAX DIV GS | ($6.30) |
| 5/26/2006 | W/H TAX DIV C | ($109.37) |
| 5/31/2006 | W/H TAX DIV FDLXX | ($14.94) |
| 5/31/2006 | W/H TAX DIV UPS | ($19.15) |
| 6/1/2006 | W/H TAX DIV INTC | ($26.28) |
| 6/1/2006 | W/H TAX DIV WFC | ($39.31) |
| 6/2/2006 | W/H TAX DIV BA | ($10.80) |
| 6/5/2006 | W/H TAX DIV WMT | ($18.69) |
| 6/5/2006 | CHECK WIRE | ($20,000.00) |
| 6/6/2006 | W/H TAX DIV PFE | ($78.62) |
| 6/8/2006 | W/H TAX DIV MSFT | ($35.64) |
| 6/9/2006 | W/H TAX DIV XOM | ($87.55) |
| 6/12/2006 | W/H TAX DIV IBM | ($20.52) |
| 6/13/2006 | W/H TAX DIV JNJ | ($49.95) |
| 6/15/2006 | W/H TAX DIV TWX | ($10.08) |
| 6/22/2006 | W/H TAX DIV HD | ($14.04) |
| 6/23/2006 | W/H TAX DIV BAC | ($104.40) |
| 6/29/2006 | CHECK WIRE | ($20,000.00) |
| 6/30/2006 | W/H TAX DIV S | ($3.33) |
| 6/30/2006 | W/H TAX DIV PEP | ($22.68) |
| 6/30/2006 | W/H TAX DIV FDLXX | ($45.02) |
| 7/3/2006 | W/H TAX DIV AIG | ($17.28) |
| 7/3/2006 | W/H TAX DIV KO | ($29.02) |
| 7/3/2006 | W/H TAX DIV MRK | ($36.94) |
| 7/3/2006 | W/H TAX DIV CVX | ($52.42) |
| 7/5/2006 | W/H TAX DIV HPQ | ($10.08) |
| 7/7/2006 | W/H TAX DIV SLB | ($6.30) |
| 7/10/2006 | W/H TAX DIV MO | ($74.88) |
| 7/13/2006 | W/H TAX DIV FDLXX | ($8.95) |
| 7/21/2006 | W/H TAX DIV FDLXX | ($16.20) |
| 7/31/2006 | W/H TAX DIV FDLXX | ($7.84) |

| | | |
|---|---|---|
| 7/31/2006 | W/H TAX DIV MS | ($11.58) |
| 8/3/2006 | CHECK WIRE | ($20,000.00) |
| 8/7/2006 | CXL W/H TAX DIV SLB | $6.30 |
| 8/15/2006 | W/H TAX DIV ABT | ($18.50) |
| 8/15/2006 | W/H TAX DIV PG | ($41.94) |
| 8/17/2006 | W/H TAX DIV FDLXX | ($13.78) |
| 8/23/2006 | W/H TAX DIV MER | ($9.90) |
| 8/24/2006 | W/H TAX DIV GS | ($5.78) |
| 8/25/2006 | W/H TAX DIV C | ($100.25) |
| 8/31/2006 | CHECK WIRE | ($20,000.00) |
| 9/1/2006 | W/H TAX DIV BA | ($9.90) |
| 9/1/2006 | W/H TAX DIV INTC | ($24.75) |
| 9/1/2006 | W/H TAX DIV WFC | ($38.81) |
| 9/5/2006 | W/H TAX DIV WMT | ($17.14) |
| 9/5/2006 | W/H TAX DIV PFE | ($72.86) |
| 9/6/2006 | W/H TAX DIV UPS | ($17.56) |
| 9/11/2006 | W/H TAX DIV IBM | ($19.80) |
| 9/11/2006 | W/H TAX DIV CVX | ($48.05) |
| 9/11/2006 | W/H TAX DIV XOM | ($80.26) |
| 9/12/2006 | W/H TAX DIV JNJ | ($45.79) |
| 9/14/2006 | W/H TAX DIV MSFT | ($32.67) |
| 9/15/2006 | W/H TAX DIV TWX | ($9.80) |
| 9/15/2006 | W/H TAX DIV FDLXX | ($15.46) |
| 9/15/2006 | W/H TAX DIV AIG | ($17.97) |
| 9/21/2006 | W/H TAX DIV HD | ($12.87) |
| 9/22/2006 | W/H TAX DIV BAC | ($105.34) |
| 9/29/2006 | W/H TAX DIV PEP | ($20.79) |
| 10/2/2006 | W/H TAX DIV KO | ($26.60) |
| 10/2/2006 | W/H TAX DIV MRK | ($33.86) |
| 10/4/2006 | W/H TAX DIV HPQ | ($9.50) |
| 10/10/2006 | W/H TAX DIV MO | ($73.79) |
| 10/31/2006 | W/H TAX DIV FDLXX | ($57.64) |
| 11/1/2006 | CHECK WIRE | ($20,000.00) |
| 11/3/2006 | W/H TAX DIV FDLXX | ($2.40) |
| 11/20/2006 | W/H TAX DIV FDLXX | ($0.62) |
| 11/22/2006 | W/H TAX DIV MER | ($8.25) |
| 11/22/2006 | W/H TAX DIV C | ($89.67) |
| 11/27/2006 | W/H TAX DIV FDLXX | ($3.10) |
| 11/28/2006 | CHECK WIRE | ($20,000.00) |
| 11/30/2006 | W/H TAX DIV FDLXX | ($1.55) |
| 12/1/2006 | W/H TAX DIV INTC | ($21.30) |
| 12/1/2006 | W/H TAX DIV WFC | ($34.44) |
| 12/5/2006 | W/H TAX DIV PFE | ($64.80) |
| 12/11/2006 | W/H TAX DIV UTX | ($9.54) |
| 12/11/2006 | W/H TAX DIV IBM | ($17.10) |
| 12/11/2006 | W/H TAX DIV CVX | ($42.12) |
| 12/11/2006 | W/H TAX DIV XOM | ($70.08) |
| 12/12/2006 | W/H TAX DIV JNJ | ($40.50) |

| | | |
|---|---|---|
| 12/14/2006 | W/H TAX DIV HD | ($16.88) |
| 12/14/2006 | W/H TAX DIV MSFT | ($31.80) |
| 12/15/2006 | W/H TAX DIV TWX | ($8.25) |
| 12/15/2006 | W/H TAX DIV AIG | ($15.84) |
| 12/15/2006 | W/H TAX DIV KO | ($23.25) |
| 12/15/2006 | W/H TAX DIV WB | ($40.32) |
| 12/22/2006 | W/H TAX DIV BAC | ($94.08) |
| 12/29/2006 | W/H TAX DIV FDLXX | ($27.05) |
| 1/2/2007 | W/H TAX DIV WMT | ($15.08) |
| 1/2/2007 | W/H TAX DIV PEP | ($18.00) |
| 1/2/2007 | W/H TAX DIV MRK | ($30.78) |
| 1/3/2007 | W/H TAX DIV HPQ | ($8.16) |
| 1/4/2007 | W/H TAX DIV UPS | ($14.82) |
| 1/9/2007 | W/H TAX DIV FDLXX | ($7.39) |
| 1/9/2007 | CHECK WIRE | ($25,000.00) |
| 1/23/2007 | W/H TAX DIV FDLXX | ($9.56) |
| 1/23/2007 | CHECK WIRE | ($60,000.00) |
| 1/31/2007 | W/H TAX DIV FDLXX | ($99.14) |
| 2/16/2007 | W/H TAX DIV FDLXX | ($4.76) |
| 2/20/2007 | W/H TAX DIV FDLXX | ($3.76) |
| 2/20/2007 | CHECK WIRE | ($20,000.00) |
| 2/22/2007 | W/H TAX DIV FDLXX | ($0.36) |
| 2/28/2007 | W/H TAX DIV FDLXX | ($6.59) |
| 3/1/2007 | W/H TAX DIV COP | ($19.68) |
| 3/6/2007 | W/H TAX DIV UPS | ($13.10) |
| 3/9/2007 | W/H TAX DIV FDLXX | ($10.03) |
| 3/12/2007 | W/H TAX DIV CVX | ($33.70) |
| 3/13/2007 | W/H TAX DIV JNJ | ($32.40) |
| 3/15/2007 | W/H TAX DIV TWX | ($6.60) |
| 3/15/2007 | W/H TAX DIV WB | ($32.26) |
| 3/16/2007 | W/H TAX DIV AIG | ($12.67) |
| 3/20/2007 | W/H TAX DIV FDLXX | ($22.24) |
| 3/22/2007 | W/H TAX DIV HD | ($13.50) |
| 3/23/2007 | W/H TAX DIV BAC | ($75.26) |
| 3/30/2007 | W/H TAX DIV PEP | ($14.40) |
| 4/2/2007 | W/H TAX DIV WMT | ($15.84) |
| 4/2/2007 | W/H TAX DIV KO | ($20.40) |
| 4/2/2007 | W/H TAX DIV MRK | ($24.62) |
| 4/4/2007 | W/H TAX DIV HPQ | ($6.53) |
| 4/10/2007 | W/H TAX DIV MO | ($53.66) |
| 4/11/2007 | CHECK WIRE | ($20,000.00) |
| 4/13/2007 | W/H TAX DIV FDLXX | ($14.80) |
| 4/24/2007 | W/H TAX DIV FDLXX | ($1.17) |
| 4/25/2007 | W/H TAX DIV GE | ($86.02) |
| 5/15/2007 | W/H TAX DIV PG | ($33.60) |
| 5/21/2007 | w/h FIDELITY SPARTAN | ($12.58) |
| 5/23/2007 | W/H TAX DIV MER | ($9.24) |
| 5/24/2007 | W/H TAX DIV GS | ($4.20) |

| | | |
|---|---|---|
| 5/25/2007 | W/H TAX DIV C | ($80.35) |
| 5/31/2007 | w/h FIDELITY SPARTAN | ($8.03) |
| 6/1/2007 | W/H TAX DIV INTC | ($19.71) |
| 6/1/2007 | W/H TAX DIV COP | ($20.66) |
| 6/1/2007 | W/H TAX DIV WFC | ($28.90) |
| 6/1/2007 | CHECK WIRE | ($25,000.00) |
| 6/4/2007 | W/H TAX DIV WMT | ($16.37) |
| 6/5/2007 | W/H TAX DIV PFE | ($62.64) |
| 6/11/2007 | W/H TAX DIV IBM | ($18.24) |
| 6/11/2007 | W/H TAX DIV CVX | ($37.58) |
| 6/11/2007 | W/H TAX DIV XOM | ($60.48) |
| 6/12/2007 | W/H TAX DIV JNJ | ($35.86) |
| 6/14/2007 | W/H TAX DIV MSFT | ($26.40) |
| 6/15/2007 | W/H TAX DIV FDLXX | ($12.12) |
| 6/15/2007 | W/H TAX DIV AIG | ($13.07) |
| 6/15/2007 | W/H TAX DIV WB | ($32.26) |
| 6/21/2007 | W/H TAX DIV HD | ($14.04) |
| 6/22/2007 | W/H TAX DIV BAC | ($76.61) |
| 6/29/2007 | W/H TAX DIV FDLXX | ($1.58) |
| 6/29/2007 | W/H TAX DIV PEP | ($18.90) |
| 7/2/2007 | W/H TAX DIV KO | ($20.40) |
| 7/2/2007 | W/H TAX DIV MRK | ($24.62) |
| 7/5/2007 | W/H TAX DIV HPQ | ($6.53) |
| 7/5/2007 | CHECK WIRE | ($20,000.00) |
| 7/10/2007 | W/H TAX DIV MO | ($43.06) |
| 7/25/2007 | W/H TAX DIV GE | ($87.36) |
| 7/31/2007 | W/H TAX DIV FDLXX | ($22.86) |
| 8/7/2007 | CHECK WIRE | ($25,000.00) |
| 8/13/2007 | W/H TAX DIV FDLXX | ($2.16) |
| 9/18/2007 | W/H TAX DIV FDLXX | ($4.93) |
| 9/26/2007 | W/H TAX DIV FDLXX | ($5.34) |
| 10/22/2007 | W/H TAX DIV FDLXX | ($11.78) |
| 10/22/2007 | CHECK WIRE | ($30,000.00) |
| 10/25/2007 | W/H TAX DIV GE | ($74.68) |
| 11/15/2007 | W/H TAX DIV FDLXX | ($6.80) |
| 12/10/2007 | W/H TAX DIV UTX | ($8.74) |
| 12/10/2007 | W/H TAX DIV CVX | ($34.10) |
| 12/11/2007 | W/H TAX DIV FDLXX | ($5.60) |
| 12/11/2007 | W/H TAX DIV JNJ | ($32.25) |
| 12/11/2007 | CHECK WIRE | ($20,000.00) |
| 12/13/2007 | W/H TAX DIV MSFT | ($24.02) |
| 12/17/2007 | W/H TAX DIV KO | ($17.85) |
| 12/17/2007 | W/H TAX DIV WB | ($32.26) |
| 12/21/2007 | W/H TAX DIV AIG | ($13.86) |
| 12/28/2007 | W/H TAX DIV BAC | ($76.61) |
| 12/31/2007 | W/H TAX DIV FDLXX | ($6.34) |
| 1/2/2008 | W/H TAX DIV HPQ | ($5.54) |
| 1/2/2008 | W/H TAX DIV WMT | ($14.32) |

| Date | Description | Amount |
|---|---|---|
| 1/2/2008 | W/H TAX DIV PEP | ($16.54) |
| 1/2/2008 | W/H TAX DIV MRK | ($22.34) |
| 1/3/2008 | W/H TAX DIV UPS | ($11.47) |
| 1/4/2008 | W/H TAX DIV FDLXX | ($2.60) |
| 1/4/2008 | CHECK WIRE | ($20,000.00) |
| 3/18/2008 | W/H TAX DIV FDLXX | ($7.31) |
| 3/18/2008 | CHECK WIRE | ($20,000.00) |
| 3/19/2008 | W/H TAX DIV FDLXX | ($0.16) |
| 4/4/2008 | W/H TAX DIV FDLXX | ($2.64) |
| 4/23/2008 | W/H TAX DIV FDLXX | ($1.79) |
| 4/23/2008 | CHECK WIRE | ($20,000.00) |
| 4/30/2008 | W/H TAX DIV JPM | ($32.72) |
| 5/1/2008 | W/H TAX DIV VZ | ($32.51) |
| 5/1/2008 | W/H TAX DIV T | ($63.84) |
| 5/15/2008 | W/H TAX DIV ABT | ($15.12) |
| 5/15/2008 | W/H TAX DIV PG | ($32.76) |
| 5/19/2008 | W/H TAX DIV FDLXX | ($1.43) |
| 5/23/2008 | W/H TAX DIV C | ($42.34) |
| 5/28/2008 | W/H TAX DIV FDLXX | ($0.29) |
| 5/29/2008 | W/H TAX DIV GS | ($3.68) |
| 6/2/2008 | W/H TAX DIV WMT | ($14.96) |
| 6/2/2008 | W/H TAX DIV INTC | ($21.46) |
| 6/2/2008 | W/H TAX DIV WFC | ($26.04) |
| 6/3/2008 | W/H TAX DIV UPS | ($12.29) |
| 6/3/2008 | W/H TAX DIV PFE | ($57.79) |
| 6/9/2008 | W/H TAX DIV FDLXX | ($1.70) |
| 6/9/2008 | CHECK WIRE | ($20,000.00) |
| 6/10/2008 | W/H TAX DIV UTX | ($8.06) |
| 6/10/2008 | W/H TAX DIV IBM | ($18.90) |
| 6/10/2008 | W/H TAX DIV CVX | ($36.86) |
| 6/10/2008 | W/H TAX DIV XOM | ($57.12) |
| 6/12/2008 | W/H TAX DIV MSFT | ($23.33) |
| 7/17/2008 | W/H TAX DIV FDLXX | ($7.92) |
| 7/17/2008 | CHECK WIRE | ($10,000.00) |
| 8/14/2008 | W/H TAX DIV FDLXX | ($2.64) |
| 8/19/2008 | W/H TAX DIV FDLXX | ($0.33) |
| 8/19/2008 | CHECK WIRE | ($10,000.00) |
| 9/2/2008 | W/H TAX DIV WMT | ($12.40) |
| 9/4/2008 | W/H TAX DIV FDLXX | ($3.68) |
| 9/4/2008 | CHECK WIRE | ($20,000.00) |
| 9/9/2008 | W/H TAX DIV UPS | ($10.53) |
| 9/9/2008 | W/H TAX DIV JNJ | ($28.98) |
| 9/10/2008 | W/H TAX DIV FDLXX | ($1.80) |
| 9/10/2008 | W/H TAX DIV UTX | ($6.91) |
| 9/10/2008 | W/H TAX DIV CVX | ($29.25) |
| 9/11/2008 | W/H TAX DIV MSFT | ($19.60) |
| 9/16/2008 | W/H TAX DIV MCD | ($9.45) |
| 9/19/2008 | W/H TAX DIV AIG | ($13.07) |

| | | |
|---|---|---|
| 9/26/2008 | W/H TAX DIV QCOM | ($5.76) |
| 9/26/2008 | W/H TAX DIV BAC | ($67.97) |
| 9/30/2008 | W/H TAX DIV PEP | ($15.30) |
| 10/1/2008 | W/H TAX DIV HPQ | ($4.46) |
| 10/1/2008 | W/H TAX DIV KO | ($17.10) |
| 10/1/2008 | W/H TAX DIV MRK | ($18.47) |
| 10/9/2008 | W/H TAX DIV FDLXX | ($7.22) |
| 10/9/2008 | CHECK WIRE | ($20,000.00) |
| 10/10/2008 | W/H TAX DIV PM | ($25.27) |
| 11/12/2008 | W/H TAX DIV FDLXX | ($2.14) |
| 11/13/2008 | W/H TAX DIV FDLXX | ($0.24) |
| 11/13/2008 | CHECK WIRE | ($20,000.00) |
| 11/19/2008 | W/H TAX DIV FDLXX | ($0.78) |
| **Total Withdrawals:** | | ($1,465,785.01) |
| | | |
| **Total deposits less withdrawals:** | | ($755,797.01) |