# EXHIBIT B

## CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number: **004913**

Date Received_____

RECEIVED FEB 27 2009

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

1ZR006
CAROLE KASBAR BULMAN
1512 PALISADE AVENUE  APT 4H
FORT LEE, NJ  07024  5310

Provide your office and home telephone no.

OFFICE: _____

HOME: _201-461-7210_

Taxpayer I.D. Number (Social Security No.)
_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_

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of        $___22,709___ *
   b. I owe the Broker a Debit (Dr.) Balance of            $___0___

502180406

\* This represents the Fidelity Spartan US Treasury money market fund in my account. If the court deems this to be securities, then this should be added to the securities listed in 2C.

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.   $ _____0-_____

    d.    If balance is zero, insert "None."   _____NONE_____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | SEE ATTACHED STATEMENT | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                 2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | ✓ |  |

502180406

Bernard Madoff
885 Third Avenue
New York, NY 10022
212-230-2424

3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date 2/22/09                    Signature *[signature]*

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

Carole Kasbar Bulman
A/C # 1-ZR006-3-0

Question 2 C

| Date of Transaction | Name of Security | Number of Shares Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 11/12/2008 | AT&T Inc | 6,035 | |
| 11/12/2008 | Abbott Laboratories | 1,615 | |
| 11/12/2008 | Amgen Inc | 1,105 | |
| 11/12/2008 | Apple Inc | 935 | |
| 11/12/2008 | Bank Of America | 5,100 | |
| 11/12/2008 | Chevron Corp | 2,125 | |
| 11/12/2008 | Cisco Systems Inc | 6,205 | |
| 11/12/2008 | Citi Group Inc | 5,525 | |
| 11/12/2008 | Coca Cola Co | 2,040 | |
| 11/12/2008 | Comcast Corp | 3,060 | |
| 11/12/2008 | ConocoPhilips | 1,530 | |
| 11/12/2008 | Exxon Mobil Corp | 5,355 | |
| 11/12/2008 | General Electric Co | 10,795 | |
| 11/12/2008 | Google | 255 | |
| 11/12/2008 | Hewlett Packard Co | 2,550 | |
| 11/12/2008 | Intel Corp | 5,865 | |
| 11/12/2008 | International Business Machines | 1,445 | |
| 11/12/2008 | J.P. Morgan Chase & Co | 3,825 | |
| 11/12/2008 | Johnson & Johnson | 2,805 | |
| 11/12/2008 | McDonalds Corp | 1,190 | |
| 11/12/2008 | Merck & Co. | 2,210 | |
| 11/12/2008 | Microsoft Corp | 8,075 | |
| 11/12/2008 | Oracle Corporation | 4,080 | |
| 11/12/2008 | Pepsico Inc | 1,615 | |
| 11/12/2008 | Pfizer Inc | 6,885 | |
| 11/12/2008 | Phillip Morris International | 2,125 | |
| 11/12/2008 | Procter & Gamble Co | 3,060 | |
| 11/12/2008 | Qualcomm Inc | 1,700 | |
| 11/12/2008 | Schlumberger Ltd | 1,275 | |
| 11/12/2008 | U S Bancorp | 1,785 | |
| 11/12/2008 | United Parcel Service Inc | 1,020 | |
| 11/12/2008 | U S Treasury Bill Due 3/26/09 | 325,000 | |
| 11/12/2008 | United Technologies | 1,020 | |
| 11/12/2008 | Verizon Communications | 2,890 | |
| 11/12/2008 | Wal-Mart Stores Inc | 2,210 | |
| 11/12/2008 | Wells Fargo & Co | 3,570 | |
| 11/19/2008 | Fidelity Spartan US Treasury Money Market | 22,709 * | |
| 11/19/2008 | S&P 100 Index - December 430 Call | | 85 |
| 11/19/2008 | S&P 100 Index - December 420 Put | 85 | |

\* The Fidelity Spartan US Treasury Money Market Funds listed in this schedule
represents the same amount claimed in item 1a as a money balance due me.
The amount is conditionally listed in this schedule as well in the event that
the Trustee or Court deems these to be securities.

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**. FOR ACCOUNT NTC & CO.
CAROLE KASBAR BULMAN
1512 PALISADE AVENUE APT 4H
FORT LEE    NJ 07024

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253
YOUR ACCOUNT NUMBER: 1-ZR006-3-0
PAGE 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 246,122.30 | |
| 11/12 | 3,570 | | 1666 | WELLS FARGO & CO NEW | 29.800 | 106,528.00 | |
| 11/12 | 2,550 | | 2168 | HEMLETT PACKARD CO | 34.900 | 89,097.00 | |
| 11/12 | 2,210 | | 5992 | WAL-MART STORES INC | 55.830 | 123,472.30 | |
| 11/12 | 1,445 | | 6424 | INTERNATIONAL BUSINESS MACHS | 87.270 | 126,162.15 | |
| 11/12 | 5,355 | | 10318 | EXXON MOBIL CORP | 72.880 | 390,486.40 | |
| 11/12 | 5,865 | | 10820 | INTEL CORP | 14.510 | 85,335.15 | |
| 11/12 | 2,805 | | 15146 | JOHNSON & JOHNSON | 59.580 | 167,233.90 | |
| 11/12 | 3,825 | | 19471 | J.P. MORGAN CHASE & CO | 38.530 | 147,530.25 | |
| 11/12 | 2,040 | | 23797 | COCA COLA CO | 44.660 | 91,187.40 | |
| 11/12 | 1,190 | | 28123 | MCDONALDS CORP | 55.370 | 65,937.30 | |
| 11/12 | 2,210 | | 32649 | MERCK & CO | 28.550 | 63,183.50 | |
| 11/12 | 8,075 | | 36775 | MICROSOFT CORP | 21.810 | 176,438.75 | |
| 11/12 | 4,080 | | 41101 | ORACLE CORPORATION | 17.300 | 70,747.00 | |
| 11/12 | 1,615 | | 54079 | PEPSICO INC | 56.410 | 91,166.15 | |
| 11/12 | 935 | | 54581 | APPLE INC | 100.780 | 94,265.30 | |
| 11/12 | 6,885 | | 58405 | PFIZER INC | 16.940 | 116,906.90 | |
| 11/12 | 1,615 | | 58907 | ABBOTT LABORATORIES | 54.610 | 88,259.15 | |
| 11/12 | 3,060 | | 62731 | PROCTER & GAMBLE CO | 64.080 | 196,206.80 | |
| 11/12 | 1,105 | | 63233 | AMGEN INC | 59.160 | 65,415.80 | |
| 11/12 | 2,125 | | 67057 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 92,735.00 | |
| 11/12 | 5,100 | | 67559 | BANK OF AMERICA | 21.590 | 110,313.00 | |
| 11/12 | 1,700 | | 71383 | QUALCOMM INC | 33.770 | 57,477.00 | |
| 11/12 | 5,525 | | 71885 | CITI GROUP INC | 12.510 | 69,338.75 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

**\*\*DUPLICATE\*\* FOR ACCOUNT NTC & CO.**
CAROLE KASBAR BULMAN

1512 PALISADE AVENUE APT 4H
FORT LEE                NJ  07024

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253
YOUR ACCOUNT NUMBER: 1-ZR006-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,275 | | 75709 | SCHLUMBERGER LTD | 49.480 | 63,138.00 | |
| 11/12 | 3,060 | | 76211 | COMCAST CORP. CL A | 16.510 | 50,642.60 | |
| 11/12 | 6,035 | | 80035 | AT&T INC | 27 | 163,186.00 | |
| 11/12 | 1,530 | | 80537 | CONOCOPHILIPS | 52.510 | 80,401.30 | |
| 11/12 | 1,020 | | 84361 | UNITED PARCEL SVC INC CLASS B | 52.040 | 53,120.80 | |
| 11/12 | 6,205 | | 84863 | CISCO SYSTEMS INC | 16.730 | 104,057.65 | |
| 11/12 | 1,785 | | 88687 | U S BANCORP | 29.530 | 52,782.05 | |
| 11/12 | 2,125 | | 89189 | CHEVRON CORP | 73.430 | 156,123.75 | |
| 11/12 | 1,020 | | 93013 | UNITED TECHNOLOGIES CORP | 53.160 | 54,263.20 | |
| 11/12 | 10,795 | | 93515 | GENERAL ELECTRIC CO | 19.630 | 212,336.85 | |
| 11/12 | 2,890 | | 97339 | VERIZON COMMUNICATIONS | 30.410 | 87,999.90 | |
| 11/12 | 255 | | 97841 | GOOGLE | 337.400 | 86,047.00 | |
| 11/12 | | 3,875,000 | 24272 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 3,872,520.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 2/12/2009 | DIV | | 8.44 |
| 11/12 | | 16,545 | 19376 | CHECK WIRE DIV 11/12/08 | 1 CA | | 70,000.00 16,545.00 |
| 11/12 | 22,381 | | 28744 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,381.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE** 3
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** ******6253
**YOUR ACCOUNT NUMBER** 1-ZR006-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
CAROLE KASBAR BULMAN
1512 PALISADE AVENUE APT 4H
FORT LEE NJ 07024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 50,000 | | 29389 | U S TREASURY BILL DUE 03/26/2009 | 99.896 | 49,948.00 | |
| 11/12 | 20,052 | | 29390 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,052.00 | |
| 11/13 | | | | CHECK WIRE | | | 408.00 |
| 11/13 | 408 | | 29930 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 CA | 408.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.25 |
| 11/19 | | 42,841 | 54290 | FIDELITY SPARTAN U S TREASURY BILL | 1 | | 42,841.00 |
| 11/19 | 275,000 | | 58703 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 274,795.50 | |
| 11/19 | 22,709 | | 63326 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,709.00 | |
| 11/19 | | | | NEW BALANCE | | 483,512.15 | |
| | 6,035 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | |
| | 1,615 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,105 | | | AMGEN INC | 55.540 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE:** 4
**PERIOD ENDING:** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER:** *****6253
**YOUR ACCOUNT NUMBER:** 1-ZR006-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
CAROLE KASBAR-BULMAN
1512 PALISADE AVENUE APT 4H
FORT LEE   NJ 07024

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 935 | | | APPLE INC | 92.670 | | |
| | 5,100 | | | BANK OF AMERICA | 16.250 | | |
| | 2,125 | | | CHEVRON CORP | 79.010 | | |
| | 6,205 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 5,525 | | | CITI GROUP INC | 8.290 | | |
| | 2,040 | | | COCA COLA CO | 46.870 | | |
| | 3,060 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,530 | | | CONOCOPHILIPS | 52.520 | | |
| | 5,355 | | | EXXON MOBIL CORP | 80.150 | | |
| | 10,795 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 255 | | | GOOGLE | 292.960 | | |
| | 2,550 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 5,865 | | | INTEL CORP | 13.800 | | |
| | 1,445 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 3,825 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,805 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 1,190 | | | MCDONALDS CORP | 58.750 | | |
| | 2,210 | | | MERCK & CO | 26.720 | | |
| | 8,075 | | | MICROSOFT CORP | 20.220 | | |
| | 4,080 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,615 | | | PEPSICO INC | 56.700 | | |
| | 6,885 | | | PFIZER INC | 16.430 | | |
| | 2,125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 3,060 | | | PROCTER & GAMBLE CO | 64.350 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE 5
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******6253
YOUR ACCOUNT NUMBER 1-ZR006-3-0

**DUPLICATE** FOR ACCOUNT NTC & CO.
CAROLE KASBAR BULMAN
1512 PALISADE AVENUE APT 4H
FORT LEE — NJ 07024

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 1,700 |  |  | QUALCOMM INC | 33.570 |  |  |
|  | 1,275 |  |  | SCHLUMBERGER LTD | 50.740 |  |  |
|  | 22,709 |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  |  |
|  | 1,785 |  |  | U S BANCORP | 26.980 |  |  |
|  | 1,020 |  |  | UNITED PARCEL SVC INC CLASS B | 57.600 |  |  |
|  | 325,000 |  |  | U S TREASURY BILL DUE 03/26/2009   3/26/2009 | 99.971 |  |  |
|  | 1,020 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  | 2,890 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 2,210 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 3,570 |  |  | WELLS FARGO & CO.NEW | 28.890 |  |  |

MARKET VALUE OF SECURITIES
LONG                 SHORT
4,092,569.40
+140,250.00  long
4,232,819.40
-198,050  short
4,034,769

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
CAROLE KASBAR BULMAN
1512 PALISADE AVENUE APT 4H
FORT LEE NJ 07024

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253
YOUR ACCOUNT NUMBER: 1-ZR006-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 27,792.73 |
| | | | | GROSS PROCEEDS FROM SALES | | | 23,314,596.83 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

\*\*DUPLICATE\*\*  FOR ACCOUNT  NTC & CO.
CAROLE KASBAR BULMAN

1512 PALISADE AVENUE   APT 4H
FORT LEE                NJ 07024

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: \*\*\*\*\*6253
YOUR ACCOUNT NUMBER: 1-ZR006-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 246,123.00 |
| 11/12 | | 85 | 45427 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 134,215.00 |
| 11/12 | 85 | | 49753 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 151,385.00 | |
| 11/19 | | 85 | 35857 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 220,915.00 |
| 11/19 | 85 | | 40182 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 255,085.00 | |
| 11/19 | 85 | | 44507 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 25,585.00 | |
| 11/19 | | 85 | 48832 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 314,415.00 |
| | | | | NEW BALANCE | | | 483,613.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL S & P 100 INDEX DECEMBER 420 PUT | MKT PRICE 23.300 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES  LONG      SHORT  140,250.00   198,050.00— | | | |

Feb. 22, 2009

Irving H. Picard, Esq.
Trustee for B. Madoff Investment Securities
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

Dear Sir:

My husband and I have recently lost our life savings in the Bernard Madoff Investments. Our savings were in IRA's, which essentially contained all the money we had. I am 66 and have just undergone a serious cancer surgery. My husband is 76 and obviously will not be able to recoup the losses.

As good citizens, we have been paying income tax in a timely fashion for our entire working lives. This is the first time in all those years that my husband and I will have to file for an extension, as we have no money to pay the taxes

Needless to say, we are extremely disappointed and angry at the lack of oversight of the SEC, which—despite many warnings and complaints against Madoff's operation— permitted him to carry out this egregious and devastating fraud. Clearly our lives have been turned upside down and our senior years have been turned into a time of anxiety, stress and sleepless nights. We are nevertheless hopeful that through your efforts SIPC will be able to provide the full extent of relief for our terrible loss.

Since my family is under extreme duress to receive this insurance money, I would ask you to kindly expedite my claim as quickly as possible.

With much appreciation,

                                Sincerely

                                *Carole K. Bulman*

                                Carole K. Bulman



CERTIFIED MAIL

7004 1350 0003 1048 6093

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Carole K. Bulman
1512 Palisade Ave
Fort Lee, N.J. 07024