# EXHIBIT D



Since 1946

# JASPAN SCHLESINGER
Attorneys at Law — LLP

**FILE COPY**

Steven R. Schlesinger
Partner
516-393-8220
sschlesinger@jaspanllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jaspanllp.com

**DELAWARE OFFICE**
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

June 4, 2009

**Via Regular Mail**
Courtni E. Thorpe, Esq.
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485

Re:   **Hardship Program Application**
      **Sylvia M. Samuels, BLMIS Account No. 1-S-0494**

Dear Ms. Thorpe:

This firm is counsel to Sylvia M. Samuels, a direct investor with Bernard L. Madoff Investment Securities LLC ("BLMIS"), who previously applied for the Hardship Program established by Irving H. Picard, Esq., Trustee for the Liquidation of the Business of BLMIS (the "Trustee").

We are in receipt of your letter dated June 1, 2009 regarding Ms. Samuels' application to the Hardship Program. Please be advised that as established in the enclosed account statement from November 30, 2003, Account No. 1-S-0494 was opened at BLMIS that same month with the amount of $570,348.49.

Accordingly, Mrs. Samuels claim does not fall into the Pre-1995 Accounts category as set forth in your letter. We request that the Trustee make a determination of Mrs. Samuels' claim as soon as possible since the Trustee appears to have all requisite documents in his possession since this account was opened in 2003.

Also, please direct all future correspondence to our office.

Very truly yours,

Steven R. Schlesinger

Enclosure

cc:   Sylvia M. Samuels

HY/D652675v1/M053602/C0143600



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

PERIOD ENDING: 11/30/03
YOUR ACCOUNT NUMBER: 1-S0494-3-0
PAGE: 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 11/25 | 550,000 | | 48947 | TRANSFER FROM 1S01883D U.S. TREASURY BILL DUE 04/08/2004 | JRNL 99.651 | 548,080.50 | 570,369.50 |
| 11/25 | 22,267 | | 53324 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 22,267.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 22,267 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 550,000 | | | U.S. TREASURY BILL DUE 04/08/2004 | 99.655 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 570,369.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

