# EXHIBIT E



**Since 1946**

## JASPAN SCHLESINGER
—————— Attorneys at Law —————— LLP

# FILE COPY

**Hale Yazicioglu**
**Associate**
516-393-8203
hyazicioglu@jaspanllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jaspanllp.com

**DELAWARE OFFICE**
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

August 17, 2009

**Via Regular Mail and E-mail (cthorpe@bakerlaw.com)**
Courtni E. Thorpe, Esq.
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485

**Re:**   **Hardship Program Application**
**Sylvia M. Samuels, BLMIS Account No. 1-S-0494**

Dear Ms. Thorpe:

I received your e-mail from last week in response to my previous letter dated August 7, 2009.

As we previously informed your office, Ms. Samuels' initial account with Bernard L. Madoff Investment Securities LLC (account number 1S0188) was an account managed and traded only by Mr. Martin Joel who rented office space from Bernard Madoff until his passing in 2003. Following the death of Mr. Joel, Mr. Madoff, as executor of his estate, liquidated all of the accounts managed by Mr. Joel, including those accounts created for the benefit of his family members, took custody of those accounts and utilized those accounts as part of his Ponzi scheme. Ms. Samuels' account was therefore not involved with Mr. Madoff's Ponzi scheme until, at the earliest, November 2003 when the $570,348.49 in her original account was transferred into his custody and control.

The review of her account for SIPC purposes should begin when account number 1S0494 was created. Accordingly, Ms. Samuels' account does not, as you indicated, have withdrawals that exceed her total cash deposits.

Ms. Samuels is entitled to receive the full amount of her claim from SIPC. Please contact us if you have any further questions.

Thank you for your consideration.

Very truly yours,

Hale Yazicioglu

cc:   Sylvia M. Samuels

HY/D662168v2/M053602/C0143600