# EXHIBIT H



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC FL 33321

YOUR ACCOUNT NUMBER: 1-S0188-3-0
PERIOD ENDING: 11/30/03

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/03 | | | | OCT MARGIN INTEREST | INT | 561.96 | |
| 11/25 | | 570,000 | 39635 | U S TREASURY BILL DUE 3/4/2004 | 99.744 | | 568,540.88 |
| | | | | 3/04/2004 | | | .65 |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/03 | DIV | | |
| | | | | TRANS TO 1S069630 | | 570,348.49 | |
| 11/25 | 2,368 | | 39643 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 CW | | 2,368.00 |
| | | | | NEW BALANCE | | | 1.00 |

570,918

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JAN-12-2009 MON 15:39 TEL:16312655952 NAME:NAIBURG & ROSENBLUM P. 8



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC   FL   33321

YOUR ACCOUNT NUMBER: 1-S0188-3-0
PERIOD ENDING: 11/30/03
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TXN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 52,795.74 |
| | | | | MARGIN INTEREST | | 1,272.20 | |
| | | | | GROSS PROCEEDS FROM SALES | | 5,107,495.56 | |

$5,187,877.76

NAME: NAIBURG & ROSENBLUM

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

JAN-12-2009  MON 15:40   TEL:16312655952   P. 9