# EXHIBIT I



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC   FL   33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 11/30/03
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 11/25 | 550,000 | | 48947 | TRANS FROM 1S018830 U.S. TREASURY BILL DUE 04/08/2004 | JRNL 99.651 | | |
| 11/25 | 222,267 | | 53324 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET 4/08/2004 | | 222,267.00 | |
| | | | | NEW BALANCE | | 548,080.50 | |
| | | | | SECURITY POSITIONS | | | |
| | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 550,000 | | | U.S. TREASURY BILL DUE 04/08/2004 | 99.655 | | |
| | 22,267 | | | | | | |
| | | | | MARKET VALUE OF SECURITIES LONG 570,369.50 SHORT | | | 570,348.69 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

