# EXHIBIT J



BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH        NY        11732

PERIOD ENDING 12/31/94
PAGE 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | .09 |
| 12/06 | | | | CHECK | C * | | |
| 12/09 | | | | U S SURGICAL CORP | DIV | | |
| | | | | DIV 12/01/94 12/09/94 | | | |
| | | | | FIDELITY CASH RESERVES SBI | 1 | | |
| 12/30 | 6,028 | | 74037 | NEW BALANCE | 1 | 6,028.00 | .81 |
| | | | | SECURITY POSITIONS | | | |
| | 69,570 | | | FIDELITY CASH RESERVES SBI | 1 | | |
| | 4,200 | | | NOVELL INC | 17 1/8 | | |
| | 1,500 | | | ORACLE SYSTEMS CORP | 44 1/8 | | |
| | 27,800 | | | U.S. SURGICAL CORP | 19 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | 5,972.72 |
| | | | | 260,890.50 | | | |
| | | | | SHORT | | | 35.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

YOUR ACCOUNT NUMBER 1-S0188-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER





IN ACCOUNT WITH

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

YOUR ACCOUNT NUMBER: 1-S018B-3-0

PERIOD ENDING: 12/31/95

PAGE: 1

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 12/01 | | | | BALANCE FORWARD | | | |
| 12/08 | | | | NOV MARGIN INTEREST | INT | 17.83 | |
| | | | | U S SURGICAL CORP | 14 1/4 | | |
| | | | | DIV 12/01/95 12/08/95 | DIV | | 56.00 |
| 12/29 | | | | DEC MARGIN INTEREST | INT | 19.57 | |
| | 50,274 | | | NEW BALANCE | | 2,999.58 | |
| | 4,200 | | | | | | |
| | 2,250 | | | SECURITY POSITIONS | | | |
| | 2,600 | | | FIDELITY CASH RESERVES SBI | 1 | | |
| | | | | NOVELL INC | 14 1/4 | | |
| | | | | ORACLE CORPORATION | 42 3/8 | | |
| | | | | U S SURGICAL CORP | 21 1/4 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 2,980.98 | |
| | | | | SHORT | | | |
| | | | | 264,967.75 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



IN ACCOUNT WITH

**BERNARD L. MADOFF**
Investment Securities
New York □ London

New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-SO18B-3-0
PERIOD ENDING: 12/31/95
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 806.21 |
| | | | | MARGIN INTEREST | | 90.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

VIA SAMUELS

14-5A
-14 PINE HOLLOW RD
T NORWICH      NY   11732

YOUR ACCOUNT NUMBER: 1-SO1818-3-0

PERIOD ENDING: 12/31/96

PAGE: 1

| CHT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | |
| | | | NOV MARGIN INTEREST | INT | 199,302.96 | |
| | 5,000 | 56452 | IOMEGA CORP | 22 1/2 | | 112,500.00 |
| | 2,000 | 56453 | IOMEGA CORP | 22 3/4 | | 45,500.00 |
| | | | FIDELITY CASH RESERVES SBI | DIV | | 270.34 |
| | | | DIV 12/30/96 | | | |
| 4,127 | 46,192 | 56195 | FIDELITY CASH RESERVES SBI | 1 | | 46,192.00 |
| | | | DEC MARGIN INTEREST | INT | 344.92 | |
| | 64662 | | FIDELITY SPARTAN | 1 | 4,127.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | NEW BALANCE | | | 687.42 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 4,200 | | | NOVELL INC | 9 15/32 | | |
| 3,375 | | | ORACLE CORPORATION | 43 3/4 | | |
| 4,127 | | | FIDELITY SPARTAN | | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 2,800 | | | U S SURGICAL CORP | 39 3/8 | | .04 |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG 295,052.00 SHORT | | | |

STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York □ London

New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

VIA SAMUELS

14-5A
-14 PINE HOLLOW RD
T NORWICH    NY   11732

PERIOD ENDING
12/31/96

PAGE
2

YOUR ACCOUNT NUMBER
1-50188-3-0

| QNT OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 1,311.97 |
| | | | MARGIN INTEREST | | | 158,000.00 |
| | | | GROSS PROCEEDS FROM SALES | | 1,227.95 | |

STATEMENT FOR INCOME TAX PURPOSES



IN ACCOUNT WITH

**BERNARD L. MADOFF**
Investment Securities
New York □ London

VIA SAMUELS

14-5A
-14 PINE HOLLOW RD
T NORWICH    NY  11732

STATEMENT FOR INCOME TAX PURPOSES

| IGHT (OR LONG) | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,200 | | NOVELL INC | 9 15/32 | | |
| | 3,375 | | ORACLE CORPORATION | 41 3/4 | | |
| | 2,800 | | U S SURGICAL CORP | 39 3/8 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | | | |
| | | | SHORT  290,925.00- | | | 285,025.00 |
| | | | | | | 285,025.00 |

YOUR ACCOUNT NUMBER
1-50188-7-0

PERIOD ENDING
12/31/96

YOUR TAX PAYER IDENTIFICATION

**BERNARD L. MADOFF**
Investment Securities
New York □ London

New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

VIA SAMUELS
14-5A
-14 PINE HOLLOW RD
T NORWICH    NY    11732

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/96 | 2 |

YOUR ACCOUNT NUMBER: 1-S0108-7-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| RIGHT FOR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | GROSS PROCEEDS FROM SALES | | | 285,025.00 |

STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-50188-3-0
PERIOD ENDING: 12/31/97
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE ON SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 290,519.75 | |
| 1/01 | | | | NOW MARGIN INTEREST | INT | 1,730.47 | |
| 1/11 | | | | CHECK | CM | 3,000.00 | |
| 1/12 | | | | U S SURGICAL CORP | DIV | | 37,800.00 |
| 1/12 | | | | DIV 11/28/97 12/12/97 | | | |
| 1/19 | 4,200 | | | DIV ADJ 11/28/97 12/12/97 | | | |
| 1/22 | | | | NOVELL INC | JRNL | 112.00 | |
| | | | | TRANS FROM 70 ACCT | RECD | | 112.00 |
| 1/22 | | 4,200 | | NOVELL INC | | | |
| | | | | CANCEL 12/19/97 | | | |
| 1/31 | | 4,200 | | NOVELL INC | | | |
| | | | | TRANS FROM 70 ACCT | | | |
| | | | | DEC MARGIN INTEREST | | | |
| | | | | NEW BALANCE | | 1,759.49 | |

| | | | | SECURITY POSITIONS | | | |
|---|---|---|---|---|---|---|---|
| | 5,062 | | | ORACLE CORPORATION | MKT PRICE | | 37,800.00 |
| | 2,800 | | | U S SURGICAL CORP | 22  5/16 | | 37,800.00 |
| | 300,000 | | | U S TREASURY BILL | 29  5/16 | | |
| | | | | DUE 8/20/1998 | 96.620 | | |

MARKET VALUE OF SECURITIES
LONG    484,880.88
SHORT



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

/IA SAMUELS
14-5A
-14 PINE HOLLOW RD
┌ NORWICH      NY    11732

YOUR ACCOUNT NUMBER
1-S0118-3-0

PERIOD ENDING
12/31/97

PAGE
2

YOUR TAX PAYER IDENTIFICATION NUMBER

TATEMENT FOR INCOME TAX PURPOSES

| BHT ON LONG | SOLD DELIVERED ON SHORT | TBN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 666.75 |
| | | | MARGIN INTEREST | | 5,345.00 | |



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd
43 London Wall
London England EC2M 5TB
071-374 0891

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-50188-7-0
PERIOD ENDING: 12/31/97
PAGE: 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| | | | | U S SURGICAL CORP | DIV | | 112.00 |
| | | | | DIV 11/28/97 12/12/97 | | | |
| | | | | DIV ADJ 11/28/97 12/12/97 | | | |
| 12/12 | | | | NOVELL INC | JRNL | | |
| | | | | TRANS TO 30 ACCT | DELV | | |
| 12/19 | | 4,200 | | NOVELL INC | RECD | | 37,800.00 |
| | | | | CANCEL 12/19/97 | | | |
| 12/22 | 4,200 | | | NOVELL INC | RECD | 37,800.00 | |
| | | | | TRANS TO 30 ACCT | | | |
| 12/22 | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | ORACLE CORPORATION | 22 | | |
| | | | | U S SURGICAL CORP | 29 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 195,020.88- | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**MADF**

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
(071-374 0891)

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH     NY    11732

YOUR ACCOUNT NUMBER: 1-S0180-7-0
PERIOD ENDING: 12/31/97
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 468.50 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493-6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH        NY        11732

YOUR ACCOUNT NUMBER: 1-S0188-7-0
PERIOD ENDING: 12/31/98
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT, RECEIVED OR LONG | SOLD, DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 247,225.00 |
| 12/15 | 2,129 | | | TYCO INTERNATIONAL LTD | | | |
| | | | | TRANS TO 30 ACCT | RECD | 105,850.00 | |
| | | | | NEW BALANCE | | | 138,375.00 |
| | | 5,062 | | SECURITY POSITIONS | | | |
| | | | | ORACLE CORPORATION | MKT PRICE 43 1/8 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | SHORT | 218,298.75- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800-334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493-6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

**YOUR ACCOUNT NUMBER**
1-S0188-7-0

**PERIOD ENDING**
12/31/98

**PAGE**
2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 336.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 071-493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH        NY        11732

| DATE | BOUGHT RECEIVED (LONG) | SOLD DELIVERED (SHORT) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 12/01 | | | BALANCE FORWARD | | | 546,788.73 |
| 12/07 | | | NOV MARGIN INTEREST | INT | | 3,183.25 |
| | | | JOHNSON & JOHNSON | DIV | | |
| 12/07 | | | DIV 11/16/99 12/07/99 | | | |
| 12/29 | | | DIV ADJ 11/16/99 12/07/99 JNJ | JRNL | 1,120.00 | |
| 12/31 | | | CHECK | CK | 66,000.00 | |
| 12/31 | | | TRANS TO 1G RECD | JRNC | 3,780,000 | |
| | | | DEC MARGIN INTEREST | INT | 3,273.61 | |
| | | | NEW BALANCE | | | 561,175.59 |
| | | | | | | 1,674,675.36 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,870 | | DAIMLER CHRYSLER AG | 78 | | |
| | 6,000 | | ORACLE CORP | 10 13/16 | | |
| | 4,000 | | JOHNSON & JOHNSON | 93 3/4 | | |
| | 7,593 | | ORACLE CORPORATION | 112  1/16 | | |
| | | | MARKET VALUE OF SECURITIES | | | 1,674,675.36 |
| | | | LONG | | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

1-S0188-3-0        12/31/99        1        1,126,00

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171 493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER
1-50188-3-0

PERIOD ENDING
12/31/99

PAGE
2

**YEAR-TO-DATE SUMMARY**

DIVIDENDS
MARGIN INTEREST
GROSS PROCEEDS FROM SALES        34,595.38        300,000.00        13,086.22

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 071-493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-S0188-7-0
PERIOD ENDING: 12/31/99
PAGE 1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE BOUGHT | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TR# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/07 12/07 | | | | BALANCE FORWARD | | | 941,195.00 |
| 12/07 | 1,870 | | 86209 | DAIMLER CHRYSLER AG | 66 1/2 | 124,355.00 | |
| | | | | JOHNSON & JOHNSON DIV | DIV | | 1,120.00 |
| 12/31 | | | | DIV 11/16/99 12/07/99 | | | |
| | | | | DIV ADJ 11/16/99 12/07/99 JNJ | | | 3,980.00 |
| | | | | TRANS FROM 3-0 ACCT | JRN | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | 6,000 | | DAIMLER-CHRYSLER AG | 50 13/16 | | |
| | | 4,000 | | JOHNSON & JOHNSON | 93 1/4 | | |
| | | 7,593 | | ORACLE CORPORATION | 112 1/16 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | 820,820.00 |
| | | | | 1,528,165.56 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171 493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH        NY        11732

**YEAR-TO-DATE SUMMARY**

DIVIDENDS
GROSS PROCEEDS FROM SALES

YOUR ACCOUNT NUMBER: 1-50188-7-0

PERIOD ENDING: 12/31/99    PAGE 2

| | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|
| | 10,786.22 | 802,820.0 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|
| 12/01 | BALANCE FORWARD | | | |
| 12/13 | NOV MARGIN INTEREST | INT | 19.65 | |
| 12/21 | CHECK | CW | 4,000.00 | |
| 12/29 | DAIMLER CHRYSLER AG | 42 JRNL | 147,429.14 | |
| 12/29 | TRANS TO 70 ACCT | INT | 85.23 | |
| | DEC MARGIN INTEREST | | 114,993.39 | |
| | | | | |
| | NEW BALANCE | | | |
| | | | | |
| | SECURITY POSITIONS | | | |
| 1,000 | DAIMLER CHRYSLER AG | MKT PRICE 41.200 | | |
| 30,372 | ORACLE CORPORATION | 29 1/16 | | |
| 10,216 | FIDELITY SPARTAN | 1 | | |
| | U S TREASURY MONEY MARKET | | | |
| 95,000 | U S TREASURY BILL DUE 3/15/2001 | 98.810 | | |
| | 3/15/2001 | | | |
| | | | | |
| | MARKET VALUE OF SECURITIES | | | |
| | LONG | 1,027,971.75 | | |
| | SHORT | | | |

870

44319

*63

*36,540.00
19,417
56,00

Handwritten: # 1-50188-3-0   136,570   101,000   36,540.   4/31/00   (our)



**BERNARD L. MADOFF**
☑ MADF  INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-S0188-3-0
PERIOD ENDING: 12/31/01
PAGE: 1
Q

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/03 | | | | BALANCE FORWARD | | | |
| 12/04 | | | | NOV MARGIN INTEREST | INT | 2,732.96 | |
| 12/18 | | 9,200 | 2672 | CIRCUIT CITY STORES INC | 16.560 | 152,352.00 | |
| 12/31 | | | | CHECK | CW | 6,000.00 | |
| 12/31 | | | | TRANS FROM 80 ACCT | JRNL | | |
| | | | | DEC MARGIN INTEREST | INT | 3,242.92 | |
| | | | | NEW BALANCE | | 948,067.84 | |
| | 1,000 | | | SECURITY POSITIONS | MKT PRICE | | |
| | 31,000 | | | DAIMLER CHRYSLER AG | 41.670 | | |
| | 2,000 | | | ALTERA CORP | 21.220 | | |
| | 9,200 | | | BROADCOM CORP CL A | 40.980 | | |
| | 20,000 | | | CIRCUIT CITY STORES INC | 25.950 | | |
| | 30,372 | | | GATEWAY INC | 8.040 | | |
| | | | | ORACLE CORPORATION | 13.810 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | 1,112,290.72 | |
| | | | | SHORT | | | 105.0 |

**BERNARD L. MADOFF**
[MADF] INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH        NY    11732

YOUR ACCOUNT NUMBER: 1-S0188-3-0
PERIOD ENDING: 12/31/01
PAGE: 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 1,739.5 |
| | | | | MARGIN INTEREST | | 15,516.05 | 111,884.0 |
| | | | | GROSS PROCEEDS FROM SALES | | | |

16 55 4
95 285

**BERNARD L. MADOFF**
☐ MADF **INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH          NY          11732

| YOUR ACCOUNT NUMBER | TAX PAYER IDENTIFICATION NUMBER | PERIOD ENDING | PAGE |
|---|---|---|---|
| 1-S0188-8-0 | | 12/31/01 | 1 of 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/07 | | | | BALANCE FORWARD | | | |
| 12/24 | 10,500 | | 85678 | PEOPLESOFT INC | 35.220 | 369,810.00 | |
| 12/31 | 14,000 | | 2741 | XILINX INC | 40 | 560,000.00 | |
| | | | | TRANS TO 30 ACCT | JRNL | 105.00 | |
| | | | | NEW BALANCE | | | 929,915.0 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
[MADF] INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
APT 14-5A
600-14 PINE HOLLOW RD
EAST NORWICH    NY    11732

YOUR ACCOUNT NUMBER: 1-S0188-0-0
PERIOD ENDING: 12/31/01
PAGE: 2

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 929,915.0 |

*929,915.0*
*838,111*
*1041,798-*



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE
TAMARAC          FL    33321

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-50188-3-0 | 12/31/02 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 12/02 | | | | NOV MARGIN INTEREST | INT | 1,437,052.49 | |
| 12/30 | | | | CHECK | CW | 3,256.76 | |
| 12/31 | | | | CIRCUIT CITY STORES INC | DELV | 6,000.00 | |
| 12/31 | 1,000 | | | TRANS FROM TO ACCT | | | 159,068.00 |
| 12/31 | 31,000 | | | CARMAX INC | | | |
| 12/31 | 15,000 | 9,200 | | TRANS FROM TO ACCT | | | |
| | 2,000 | | | DEC MARGIN INTEREST | INT | 3,657.46 | |
| | 20,000 | 2,887 | | | | | |
| | 30,372 | | | NEW BALANCE | INT | 1,290,896.71 | |
| | | | | SECURITY POSITIONS | MKT.PRICE | | |
| | | | | DAIMLER CHRYSLER AG | 30.650 | | |
| | | | | ALTERA CORP | 12.340 | | |
| | | | | BEST BUY CO INC | 24.160 | | |
| | | | | BROADCOM CORP CL INC | 15.060 | | |
| | | | | GATEWAY INC | 3.140 | | |
| | | | | ORACLE CORPORATION | 10.800 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | 1,196,377.60 | LONG | | |
| | | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





Fax (212) 838-4061

PERIOD ENDING
12/31/02

YOUR TAX PAYER IDENTIFICATION NUMBER

PAGE
1

SYLVIA SAMUELS

7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER
1-S0188-8-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | 28,000 | | KLA TENCOR CORPORATION | MKT-PRICE 35.370 | | 1,502,200.00 |
| | | | | MARKET VALUE OF SECURITIES | | | 1,502,200.00 |
| | | | | LONG 990,350.00 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

