# EXHIBIT K

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC                  FL    33321

YOUR ACCOUNT NUMBER: 1-50494-3-0
PERIOD ENDING: 12/31/05
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 6,370.77 |
| 12/01 | | | | INTEL CORP | | | |
| 12/01 | | | | DIV 11/07/05 12/01/05 | DIV | | 67.76 |
| 12/06 | | | | WELLS FARGO & CO NEW | DIV | | 120.12 |
| 12/06 | | | | DIV 11/04/05 12/01/05 | DIV | | |
| 12/08 | | | | PFIZER INC | DIV | | 196.46 |
| | | | | DIV 11/11/05 12/06/05 | | | |
| 12/09 | | | | MICROSOFT CORP | DIV | | 102.08 |
| | | | | DIV 11/17/05 12/08/05 | | | |
| 12/12 | | | | EXXON MOBIL CORP | DIV | | 258.39 |
| | | | | DIV 11/10/05 12/09/05 | | | |
| 12/12 | | | | CHEVRON CORP | DIV | | 143.55 |
| | | | | DIV 11/18/05 12/12/05 | | | |
| 12/13 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 44.00 |
| | | | | DIV 11/10/05 12/10/05 | | | |
| 12/13 | 484 | 484 | 36423 36423 | JOHNSON & JOHNSON | DIV | | 137.94 |
| | | | | DIV 11/22/05 12/13/05 | | | |
| 12/13 | | | | J.P. MORGAN CHASE & CO | 39.500 | | |
| 12/15 | | | | J.P. MORGAN CHASE & CO | 39.500 | 19,118.00 | 19,118.00 |
| 12/15 | | | | COCA COLA CO | DIV | | 80.08 |
| | | | | DIV 12/01/05 12/15/05 | | | |
| 12/15 | | | | HOME DEPOT INC | DIV | | 29.70 |
| | | | | DIV 12/01/05 12/15/05 | | | |
| | | | | TIME WARNER INC | DIV | | 32.45 |
| | | | | DIV 11/30/05 12/15/05 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC          FL   33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 12/31/05
PAGE: 2

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 385 | 2214 | VERIZON COMMUNICATIONS | 30.800 | | 11,858.00 |
| 12/16 | | 319 | 2365 | CHEVRON CORP | 59.840 | | 19,008.96 |
| 12/16 | | 231 | 6471 | WELLS FARGO & CO NEW | 63.400 | | 14,645.40 |
| 12/16 | | 330 | 6622 | DELL INC | 33.070 | | 10,913.10 |
| 12/16 | | 352 | 10728 | WAL-MART STORES INC | 49.470 | | 17,413.44 |
| 12/16 | | 1,463 | 10880 | GENERAL ELECTRIC CO | 35.450 | | 51,863.35 |
| 12/16 | | 891 | 14985 | EXXON MOBIL CORP | 59.600 | | 53,103.60 |
| 12/16 | | 297 | 15138 | HOME DEPOT INC | 42.160 | | 12,521.52 |
| 12/16 | | 396 | 19395 | HEWLETT PACKARD CO | 29.320 | | 11,610.72 |
| 12/16 | | 220 | 23652 | INTERNATIONAL BUSINESS MACHS | 84.470 | | 18,583.40 |
| 12/16 | | 847 | 27909 | INTEL CORP | 26.760 | | 22,668.72 |
| 12/16 | | 418 | 32166 | JOHNSON & JOHNSON | 60.330 | | 25,217.94 |
| 12/16 | | 484 | 36423 | J.P. MORGAN CHASE & CO | 39.500 | | 19,118.00 |
| 12/16 | | 286 | 40680 | COCA COLA CO | 41.080 | | 11,748.88 |
| 12/16 | | 165 | 44937 | MEDTRONIC INC | 56.380 | | 9,302.70 |
| 12/16 | | 132 | 47725 | MERRILL LYNCH & CO INC | 68.690 | | 9,067.08 |
| 12/16 | | 286 | 51545 | ALTRIA GROUP INC | 74.090 | | 21,189.74 |
| 12/16 | | 308 | 55748 | MERCK & CO | 29.030 | | 8,941.24 |
| 12/16 | | 1,276 | 59988 | MICROSOFT CORP | 27.310 | | 34,847.56 |
| 12/16 | | 220 | 68346 | ABBOTT LABORATORIES | 39.520 | | 8,694.40 |
| 12/16 | | 363 | 72603 | AMERICAN INTL GROUP INC | 66.170 | | 24,019.71 |
| 12/16 | | 231 | 76669 | PEPSICO INC | 59.110 | | 13,654.41 |
| 12/16 | | 176 | 76860 | AMGEN INC | 77.530 | | 13,645.28 |
| 12/16 | | 1,034 | 80926 | PFIZER INC | 22.140 | | 22,892.76 |
| 12/16 | | 176 | 81113 | AMERICAN EXPRESS COMPANY | 51 | | 8,976.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
☑ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair · London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC                    FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 12/31/05
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/16 | | 484 | 85183 | PROCTER & GAMBLE CO | 58.530 | | 28,328.52 |
| 12/16 | | 561 | 85370 | BANK OF AMERICA | 46.580 | | 26,131.38 |
| 12/16 | | 407 | 89440 | SPRINT NEXTEL CORP | 25.170 | | 10,244.19 |
| 12/16 | | 715 | 89627 | CITI GROUP INC | 49.590 | | 35,456.85 |
| 12/16 | | 462 | 93694 | AT&T INC | 24.990 | | 11,545.38 |
| 12/16 | | 308 | 93857 | COMCAST CORP | 26.660 | | 8,211.28 |
| 12/16 | | | | CL A | | | |
| 12/16 | | 649 | 97951 | TIME WARNER INC | 17.850 | | 11,584.65 |
| 12/16 | | 891 | 98107 | CISCO SYSTEMS INC | 17.510 | | 15,601.41 |
| 12/16 | | | | FIDELITY SPARTAN | DIV | | 6.99 |
| 12/16 | | | | U S TREASURY MONEY MARKET | | | |
| 12/16 | | | | DIV 12/16/05 | | | |
| 12/16 | | 4,577 | 48435 | AMERICAN INTL GROUP INC | DIV | | 54.45 |
| 12/16 | | | | DIV 12/02/05 12/16/05 | | | |
| 12/16 | | 52815 | | FIDELITY SPARTAN | 1 | | 4,577.00 |
| 12/16 | 300,000 | | | U S TREASURY MONEY MARKET | | | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 4/06/2006 | | | |
| 12/16 | 300,000 | 57072 | | U S TREASURY BILL | 98.794 | 296,382.00 | |
| | | | | DUE 4/06/2006 | | | |
| 12/16 | | 62036 | | U S TREASURY BILL | 98.705 | 296,115.00 | |
| | | | | DUE 4/13/2006 | | | |
| | | | | 4/13/2006 | | | |
| 12/16 | 26,045 | | | FIDELITY SPARTAN | 1 | 26,045.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | | | |
| 12/22 | | | | U S TREASURY MONEY MARKET | DIV | | 15.01 |
| | | | | DIV 12/22/05 | | | |
| | | | | CONTINUED ON PAGE    4 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC          FL   33321

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1-S0494-3-0 | 12/31/05 | 4 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/22 | | 26,045 | 68420 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,045.00 |
| 12/22 | 26,060 | | 73127 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,060.00 | |
| 12/23 | | | | BANK OF AMERICA DIV 12/02/05 12/23/05 | DIV | | 280.50 |
| 12/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/30/05 | DIV | | 20.05 |
| 12/30 | | | | SPRINT NEXTEL CORP DIV 12/05/05 12/30/05 | DIV | | 10.18 |
| 12/30 | | | 1059 | TRANS TO 40 ACCT U S TREASURY BILL DUE 5/18/2006 | JRNL | 15,082.00 | |
| 12/30 | 300,000 | | | DUE 5/18/2006 | 98.405 | 295,215.00 | |
| 12/30 | 30,155 | | 6034 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 5/18/2006 | 1 | 30,155.00 | |
| 12/30 | | 26,060 | 78044 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 4/06/2006 | 1 | | 26,050.00 |
| 12/30 | | 300,000 | 85619 | U S TREASURY BILL DUE 4/06/2006 | 98.909 | | 296,727.00 |
| 12/30 | | 300,000 | 90057 | U S TREASURY BILL DUE 4/13/2006 | 98.824 | | 296,472.00 |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**[MADF] INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC          FL   33321

YOUR ACCOUNT NUMBER: 1-S0694-3-0
PERIOD ENDING: 12/31/05
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/30 | 300,000 | | 96622 | U S TREASURY BILL DUE 5/11/2006          5/11/2006 | 98.489 | 295,467.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 30,155 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 300,000 | | | U S TREASURY BILL DUE 5/11/2006          5/11/2006 | 98.489 | | |
| | 300,000 | | | U S TREASURY BILL DUE 5/18/2006          5/18/2006 | 98.405 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          620,837.00          SHORT | | | |

.11

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
[MADF] INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC          FL   33321

YOUR ACCOUNT NUMBER  1-S0494-3-0

PERIOD ENDING  12/31/05

PAGE  6

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,678.33 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,585,428.56 |

*USE THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-4-0
PERIOD ENDING: 12/31/05
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|--------------------------|-----|-------------|-----------------|--------------------------------|----------------------------------|
| | | | | BALANCE FORWARD | | | |
| 12/14 | 11 | | 68155 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 9,031.00 | |
| 12/14 | | 11 | 72412 | S & P 100 INDEX DECEMBER 555 PUT | .300 | 6,370.00 | 319.00 |
| 12/30 | | | | TRANS FROM 30 ACCT | JRNL | | |
| | | | | NEW BALANCE | | | 15,092.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

Account Number: 1-50494-3-0
Period Ending: 12/31/06
Page: 1

| DATE | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 12/01 | | | | CHECK | CW | 21,150.00 | |
| 12/01 | | | | INTEL CORP | DIV | | 71.00 |
| 12/01 | | | | DIV 11/07/06 12/01/06 | | | |
| 12/05 | | | | WELLS FARGO & CO NEW | DIV | | 114.80 |
| 12/01 | | | | DIV 11/03/06 12/01/06 | | | |
| 12/11 | | | | PFIZER INC | DIV | | 216.00 |
| 12/11 | | | | DIV 11/10/06 12/05/06 | | | |
| 12/11 | | | | CHEVRON CORP | DIV | | 140.40 |
| 12/11 | | | | DIV 11/17/06 12/11/06 | | | |
| 12/11 | | | | EXXON MOBIL CORP | DIV | | 233.60 |
| 12/11 | | | | DIV 11/13/06 12/11/06 | | | |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 57.00 |
| 12/31 | | | | DIV 11/10/06 12/09/06 | | | |
| 12/12 | | | | UNITED TECHNOLOGIES CORP | DIV | | 31.80 |
| 12/12 | | | | DIV 11/17/06 12/10/06 | | | |
| 12/14 | | | | JOHNSON & JOHNSON | DIV | | 135.00 |
| 12/14 | | | | DIV 11/17/06 12/12/06 | | | |
| 12/14 | | | | HOME DEPOT INC | DIV | | 56.25 |
| 12/15 | | | | DIV 11/30/06 12/14/06 | | | |
| 12/15 | | | | MICROSOFT CORP | DIV | | 106.00 |
| 12/15 | | | | DIV 11/17/06 12/14/06 | | | |
| | | | | AMERICAN INTL GROUP INC | DIV | | 52.80 |
| | | | | DIV 12/01/06 12/15/06 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC                    FL  33321

**YOUR ACCOUNT NUMBER:** 1-S0494-3-0
**PERIOD ENDING:** 12/31/06
**PAGE:** 2

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | COCA COLA CO | DIV | | 77.50 |
| 12/15 | | | | DIV 12/01/06 12/15/06 | | | |
| 12/15 | | | | TIME WARNER INC | DIV | | 27.50 |
| 12/21 | | | | DIV 11/30/06 12/15/06 | | | |
| 12/21 | | | | WACHOVIA CORP NEW | DIV | | 134.40 |
| 12/21 | | | | DIV 11/20/06 12/15/06 | | | |
| 12/21 | 390 | | 717 | PROCTER & GAMBLE CO | 66.120 | 25,991.80 | |
| 12/21 | 610 | | 2967 | GETTY GROUP INC | 54.560 | 33,269.20 | |
| 12/21 | 140 | | 4967 | SCHLUMBERGER LTD | 67 | 9,375.00 | |
| 12/21 | 250 | | 7217 | CONRAST CORP | 43.140 | 10,775.00 | |
| 12/21 | | 480 | 9217 | CLA A | | | |
| 12/21 | | 760 | 11467 | AT&T INC | 35.810 | 17,169.80 | |
| 12/21 | | 500 | 13467 | CISCO SYSTEMS INC | 27.730 | 21,044.80 | |
| 12/21 | | 270 | 15117 | TIME WARNER INC | 21.510 | 100,835.00 | |
| 12/21 | | 130 | 17717 | CHEVRON CORP | 75.310 | 20,269.70 | |
| 12/21 | | | | UNITED PARCEL SVC INC | 76.630 | 9,956.90 | |
| 12/21 | | 1,270 | 19967 | CLASS B | | | |
| 12/21 | | 120 | 21914 | GENERAL ELECTRIC CO | 37.630 | 47,760.10 | |
| 12/21 | | 50 | 24217 | UNITED TECHNOLOGIES CORP | 62.410 | 7,485.20 | |
| 12/21 | | 240 | 26149 | GOLDMAN SACHS GROUP INC | 202.700 | 109,083.00 | |
| 12/21 | | 250 | 28467 | WACHOVIA CORP NEW | 57.430 | 13,774.20 | |
| 12/21 | | 410 | 30399 | HOME DEPOT INC | 40.080 | 10,010.00 | |
| 12/21 | | 340 | 32717 | WELLS FARGO & CO NEW | 35.750 | 14,651.50 | |
| 12/21 | | 300 | 34649 | HEWLETT PACKARD CO | 40.020 | 137,593.80 | |
| 12/21 | | | | WAL-MART STORES INC | 46.640 | 13,980.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL 33321

YOUR ACCOUNT NUMBER: 1-50494-3-0
PERIOD ENDING: 12/31/06
PAGE: 3



| DATE | BOUGHT (Received or Long) | SOLD (Delivered or Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 190 | 36967 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 18,195.00 |
| 12/21 | | 730 | 38899 | EXXON MOBIL CORP | 76.800 | | 56,035.00 |
| 12/21 | | 710 | 41217 | INTEL CORP | 21.100 | | 14,953.00 |
| 12/21 | | 360 | 45467 | JOHNSON & JOHNSON | 66.780 | | 24,026.80 |
| 12/21 | | 420 | 49716 | J.P. MORGAN CHASE & CO | 48.410 | | 20,316.20 |
| 12/21 | | 250 | 53966 | COCA COLA CO | 48.990 | | 12,237.50 |
| 12/21 | | 110 | 58216 | MERRILL LYNCH & CO INC | 91.960 | | 10,111.60 |
| 12/21 | | 260 | 62466 | ALTRIA GROUP INC | 85.910 | | 22,326.60 |
| 12/21 | | 270 | 66716 | MERCK & CO | 44 | | 11,870.00 |
| 12/21 | | 130 | 70966 | MORGAN STANLEY | 80.620 | | 10,475.60 |
| 12/21 | 1,060 | | 75216 | MICROSOFT CORP | 30.070 | | 31,874.60 |
| 12/21 | 190 | | 81763 | ABBOTT LABORATORIES | 48.170 | | 9,145.30 |
| 12/21 | 320 | | 86006 | AMERICAN INTL GROUP INC | 72.790 | | 23,280.80 |
| 12/21 | 500 | | 87966 | ORACLE CORPORATION | 18.050 | | 9,005.00 |
| 12/21 | 140 | | 90256 | AMGEN INC | 70.630 | | 9,883.20 |
| 12/21 | 200 | | 92216 | PEPSICO INC | 63.220 | | 12,634.00 |
| 12/21 | 150 | | 94472 | AMERICAN EXPRESS COMPANY | 62.270 | | 9,334.50 |
| 12/21 | 900 | | 96466 | PFIZER INC | 25.870 | | 23,247.00 |
| 12/21 | 560 | | 98716 | BANK OF AMERICA | 53.650 | | 30,044.40 |
| 12/21 | 600,000 | | 43289 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 594,378.00 | |
| 12/22 | 37,053 | | 47530 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,053.00 | |
| 12/22 | | | | BANK OF AMERICA DIV 12/01/06 12/22/06 | DIV | | 313.60 |
| | | | | CONTINUED ON PAGE 4 | | | |

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 12/31/06
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN # | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 39.50 |
| 12/29 | | | | DIV 12/29/06 TRANS FROM 40 ACCT | | | |
| 12/29 | 325,000 | | 3481 | U S TREASURY BILL DUE 4/5/2007 | 98.682 | 320,716.50 | |
| 12/29 | 17,385 | | 8152 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,385.00 | |
| 12/29 | | 37,542 | 84820 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,542.00 |
| 12/29 | | 625,000 | 90119 | U S TREASURY BILL DUE 3/01/2007 | 99.166 | | 619,787.50 |
| 12/29 | 325,000 | | 99009 | U S TREASURY BILL DUE 3/29/2007 | 98.780 | 321,035.00 | |
| | | | | NEW BALANCE 3/29/2007 | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,590.00 |
| | 17,385 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/29/2007 | | | |
| | 325,000 | | | U S TREASURY BILL DUE 3/29/2007 | 98.780 | | -85 |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC                    FL    33321

**YOUR ACCOUNT NUMBER** 1-50494-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

**PERIOD ENDING** 12/31/06

**PAGE** 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 325,000 | | | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 98.682 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 659,136.50 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC                    FL    33321

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 12,262.54 |
| | | | | GROSS PROCEEDS FROM SALES | | | 5,917,531.00 |

YOUR ACCOUNT NUMBER  1-S0494-3-0

PERIOD ENDING  12/31/06

PAGE  6

YOUR TAX PAYER IDENTIFICATION NUMBER

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC        FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-4-0
PERIOD ENDING: 12/31/06
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 21,150.00 |
| 12/18 | | 10 | 64018 | S & P 100 INDEX JANUARY 660 CALL | 6.600 | | 6,590.00 |
| 12/18 | 10 | | 68456 | S & P 100 INDEX DECEMBER 655 CALL | 2.700 | 2,710.00 | |
| 12/18 | 10 | | 72894 | S & P 100 INDEX JANUARY 650 PUT | 5.010 | 5,010.00 | |
| 12/18 | | 10 | 77332 | S & P 100 INDEX DECEMBER 645 PUT | .300 | | 290.00 |
| 12/21 | | 10 | 79466 | S & P 100 INDEX JANUARY 660 CALL | 10.500 | 10,510.00 | |
| 12/21 | | 10 | 83716 | S & P 100 INDEX JANUARY 650 PUT | 2.800 | | 2,790.00 |
| 12/29 | | | | TRANS TO 30 ACCT | JRNL | 12,590.00 | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC FL 33321

| | |
|---|---|
| YOUR ACCOUNT NUMBER | 1-S0494-3-0 |
| PERIOD ENDING | 12/31/07 |
| PAGE | 1 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 7,542.88 |
| 12/10 | | | | CHEVRON CORP | DIV | | 146.16 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/10 | | | | UNITED TECHNOLOGIES CORP | DIV | | 37.44 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/11 | | | | JOHNSON & JOHNSON | DIV | | 138.20 |
| | | | | DIV 11/27/07 12/11/07 | | | |
| 12/13 | | | | MICROSOFT CORP | DIV | | 102.96 |
| | | | | DIV 11/15/07 12/13/07 | | | |
| 12/17 | | | | COCA COLA CO | DIV | | 76.50 |
| | | | | DIV 12/01/07 12/15/07 | | | |
| 12/17 | | | | WACHOVIA CORP NEW | DIV | | 138.24 |
| | | | | DIV 11/30/07 12/17/07 | | | |
| 12/21 | | 792 | 2124 | PFIZER INC | 23.040 | | 18,216.68 |
| 12/21 | | 297 | 3468 | AMERICAN INTL GROUP INC | 55.900 | | 16,591.30 |
| 12/21 | | 360 | 6417 | PROCTER & GAMBLE CO | 73.300 | | 26,374.00 |
| 12/21 | | 90 | 7717 | BOEING CO | 87.310 | | 7,854.90 |
| 12/21 | | 144 | 10710 | SCHLUMBERGER LTD | 91.270 | | 13,137.88 |
| 12/21 | | 513 | 11996 | BANK OF AMERICA | 42. | | 21,526.00 |
| 12/21 | | 702 | 15003 | AT&T INC | 40.920 | | 28,697.04 |
| 12/21 | | 558 | 16287 | CITIGROUP INC | 31.250 | | 17,415.50 |
| 12/21 | | 117 | 19266 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 8,449.25 |
| 12/21 | | 189 | 20580 | CONOCOPHILLIPS | 83.280 | | 15,732.92 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC        FL  33321

YOUR ACCOUNT NUMBER: 1–S0494–3–0
PERIOD ENDING: 12/31/07
PAGE: 2

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 117 | 23481 | UNITED TECHNOLOGIES CORP | 75.830 | | 8,868.11 |
| 12/21 | | 693 | 24873 | CISCO SYSTEMS INC | 27.800 | | 19,239.40 |
| 12/21 | | 333 | 27752 | VERIZON COMMUNICATIONS | 43.450 | | 14,455.85 |
| 12/21 | | 252 | 29166 | CHEVRON CORP | 90.600 | | 22,823.20 |
| 12/21 | | 216 | 32036 | HACNOVIA CORP NEW | 39.740 | | 8,575.84 |
| 12/21 | | 1,179 | 33459 | GENERAL ELECTRIC CO | 36.440 | | 42,974.71 |
| 12/21 | | 378 | 37752 | WELLS FARGO & CO NEW | 30.600 | | 11,347.68 |
| 12/21 | | 27 | 37752 | GOOGLE | 670.400 | | 18,099.80 |
| 12/21 | | 279 | 40620 | WAL-MART STORES INC | 48.220 | | 13,442.38 |
| 12/21 | | 45 | 42045 | GOLDMAN SACHS GROUP INC | 209.200 | | 9,411.00 |
| 12/21 | | 636 | 44913 | EXXON MOBIL CORP | 89.900 | | 57,421.16 |
| 12/21 | | 297 | 44938 | HEWLETT-PACKARD CO | 51.250 | | 15,210.25 |
| 12/21 | | 153 | 50631 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 15,988.62 |
| 12/21 | | 666 | 54924 | INTEL CORP | 25.900 | | 17,222.40 |
| 12/21 | | 333 | 59217 | JOHNSON E. JOHNSON | 67.600 | | 22,497.80 |
| 12/21 | | 387 | 63509 | J.P. MORGAN CHASE & CO | 44.570 | | 17,233.59 |
| 12/21 | | 225 | 67802 | COCA COLA CO | 62.580 | | 14,071.50 |
| 12/21 | | 243 | 72095 | ALTRIA GROUP INC | 76.070 | | 18,476.01 |
| 12/21 | | 252 | 76388 | MERCK & CO | 59.930 | | 15,092.36 |
| 12/21 | | 936 | 80681 | MICROSOFT CORP | 34.450 | | 32,217.56 |
| 12/21 | | 450 | 93542 | ORACLE CORPORATION | 21.040 | | 9,450.00 |
| 12/21 | | 99 | 94882 | APPLE INC | 186. | | 18,411.00 |
| 12/21 | | 189 | 97830 | PEPSICO INC | 77.530 | | 14,641.17 |
| 12/21 | | 197 | 99175 | ABBOTT LABORATORIES | 57.100 | | 10,271.00 |
| 12/21 | 625,000 | | 50313 | U S TREASURY BILL DUE 4/10/2008 4/10/2008 | 99.124 | 619,525.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 12/31/07
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/21 | | | | AMERICAN INTL GROUP INC | DIV | | 59.40 |
| 12/21 | | | | DIV 12/07/01 12/21/07 | | | |
| 12/21 | 281 | | 54596 | U S TREASURY MONEY MARKET | 1 | 281.00 | |
| 12/28 | | | | FIDELITY SPARTAN | DIV | | 328.32 |
| 12/28 | | | | BANK OF AMERICA | | | |
| 12/31 | | | | DIV 12/07/07 12/28/07 | | | |
| 12/31 | | | | FIDELITY SPARTAN | DIV | | 250.57 |
| 12/31 | | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | | | | DIV 12/31/07 | | | |
| 12/31 | | 57,704 | 59911 | TRANS TO 40 ACCT | JRNL | | 57,704.00 |
| 12/31 | | | | FIDELITY SPARTAN | 1 | 9,100.00 | |
| 12/31 | | 625,000 | 66577 | U S TREASURY MONEY MARKET | 99.133 | 619,581.25 | |
| 12/31 | | | | U S TREASURY BILL | | | |
| 12/31 | | | | DUE 4/10/2008 | | | |
| 12/31 | | 74097 | 74097 | 4/10/2008 | | | |
| 12/31 | | | | U S TREASURY BILL | 1 | 9,307.00 | |
| 12/31 | | | | DUE 04/03/2008 | | | |
| 12/31 | 675,000 | | 78702 | U S TREASURY MONEY MARKET | 99.149 | 669,255.75 | |
| 12/31 | | | | 4/03/2008 | | | |
| 12/31 | | | | FIDELITY SPARTAN | 1 | | |
| 12/31 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | | .77 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 9,307 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS

7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER
1-S0494-3-0

PERIOD ENDING
12/31/07

YOUR TAXPAYER IDENTIFICATION NUMBER

PAGE
5

| DATE | SOLD RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | **YEAR-TO-DATE SUMMARY** | | | |
| | | | | DIVIDENDS | | | 7,541.99 |
| | | | | GROSS PROCEEDS FROM SALES | | | 6,501,743.15 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**MADF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7435 SOUTHAMPTON TERRACE #307
TAMARAC   FL   33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | (TRN) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 40,238.93 |
| 11/12 | 588 | | | WELLS FARGO & CO NEW | 29.800 | | 17,515.40 |
| 11/12 | 420 | | | HEWLETT PACKARD CO | 34.900 | | 14,674.00 |
| 11/12 | 364 | | | WAL-MART STORES INC | 55.830 | | 20,336.12 |
| 11/12 | 238 | | | INTERNATIONAL BUSINESS MACH | 87.270 | | 20,779.26 |
| 11/12 | 882 | | | EXXON MOBIL CORP | 72.802 | | |
| 11/12 | 966 | | | INTEL CORP | 14.510 | | 14,054.66 |
| 11/12 | 462 | | | JOHNSON & JOHNSON | 59.580 | | 27,543.96 |
| 11/12 | 630 | | | J.P. MORGAN CHASE & CO | 38.530 | | 24,290.90 |
| 11/12 | 336 | | | COCA COLA CO | 44.860 | | 15,018.96 |
| 11/12 | 196 | | | MCDONALDS CORP | 55.970 | | 10,859.52 |
| 11/12 | 364 | | | MERCK & CO | 28.550 | | 10,406.20 |
| 11/12 | 1,330 | | | MICROSOFT CORP | 21.810 | | 29,060.30 |
| 11/12 | 672 | | | ORACLE CORPORATION | 56.410 | | |
| 11/12 | 266 | | | PEPSICO INC | 100.780 | | |
| 11/12 | 154 | | | APPLE INC | | | |
| 11/12 | 1,134 | | | PFIZER INC | 16.940 | | 19,254.96 |
| 11/12 | 266 | | | ABBOTT LABORATORIES | 54.060 | | |
| 11/12 | 504 | | | PROCTER & GAMBLE CO | | | |
| 11/12 | 382 | | | AMGEN INC | 59.160 | | 10,774.12 |
| 11/12 | 850 | | | PHILIP MORRIS INTERNATIONAL | | | 15,274.60 |
| 11/12 | 460 | | | BANK OF AMERICA | 43.590 | | 18,165.60 |
| 11/12 | 280 | | | QUALCOMM INC | 33.770 | | |
| 11/12 | 910 | | | CITI GROUP INC | 12.510 | | 11,420.10 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL 33321

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-S0494-3-0 | 11/30/08 | 2 |

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 210 | | 74570 | SCHLUMBERGER LTD | 49.480 | 10,398.80 | |
| 11/12 | 504 | | 75072 | COMCAST CORP A | 16.510 | 8,341.04 | |
| 11/12 | | | | CL A | | | |
| 11/12 | 994 | | 78896 | AT&T INC | 27 | 26,877.00 | |
| 11/12 | 252 | | 79398 | CONOCOPHILLIPS | 52.510 | 13,242.52 | |
| 11/12 | 168 | | 83222 | UNITED PARCEL SVC INC | 52.040 | 8,749.72 | |
| 11/12 | | | | CLASS B | | | |
| 11/12 | 1,022 | | 83724 | CISCO SYSTEMS INC | 16.730 | 17,138.06 | |
| 11/12 | 294 | | 87548 | U S BANCORP | 29.530 | 8,692.82 | |
| 11/12 | 350 | | 88050 | CHEVRON CORP | 73.470 | 25,714.50 | |
| 11/12 | 168 | | 91874 | UNITED TECHNOLOGIES CORP | 53.160 | 8,935.88 | |
| 11/12 | 1,778 | | 92376 | GENERAL ELECTRIC CO | 19.650 | 34,973.14 | |
| 11/12 | 476 | | 96200 | VERIZON COMMUNICATIONS | 30.410 | 14,494.16 | |
| 11/12 | 42 | | 96702 | GOOGLE | 337.600 | 14,181.80 | |
| 11/12 | | 650,000 | 23136 | U S TREASURY BILL | 99.236 | | 645,936.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 6.60 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | | | | DIV 11/12/08 | | | |
| 11/12 | | | | FIDELITY SPARTAN | 1 | | |
| 11/12 | | 8,333 | 18237 | U S TREASURY MONEY MARKET | 1 | | 8,333.00 |
| 11/12 | | | | FIDELITY SPARTAN | 1 | | |
| 11/12 | 21,070 | | 27605 | U S TREASURY MONEY MARKET | 1 | 21,070.00 | |
| | | | | FIDELITY SPARTAN | | | |
| 11/19 | | | | U S TREASURY MONEY MARKET | DIV | | 2.59 |
| | | | | DIV 11/19/08 | | | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC    FL    33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING: 11/30/08
TAX PAYER IDENTIFICATION NUMBER: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | SECURITY POSITIONS | | | |
| 11/19 | | | | AT&T INC | | | |
| | 994 | | | ABBOTT LABORATORIES | 28.560 | | |
| | 266 | | | AMGEN INC | 52.390 | | |
| | 182 | | | APPLE INC | 55.640 | | |
| | 354 | | | BANK OF AMERICA | 92.570 | | |
| | 840 | | | CHEVRON CORP | 16.250 | | |
| | 350 | | | CISCO SYSTEMS INC | 79.010 | | |
| | 1,022 | | | CITIGROUP INC | 16.540 | | |
| | 330 | | | COCA COLA CO | 8.290 | | |
| | 336 | | | COMCAST CORP | 46.870 | | |
| | 504 | | | COMCAST CORP CL A | 17.340 | | |
| | 252 | | | CONOCOPHILLIPS | 52.520 | | |
| | 882 | | | EXXON MOBIL CORP | 80.950 | | |
| | 1,778 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |
| 11/19 | 13,053 | | 62135 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | | 3/26/2009 | | | |
| 11/19 | | 57620 | | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 50,000 | | 53097 | U S TREASURY MONEY MARKET | 1 | | 13,053.00 |
| 11/19 | | 21,070 | | FIDELITY SPARTAN | | | 21,070.00 |
| | | | | NEW BALANCE | | 79,354.36 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SYLVIA SAMUELS
7635 SOUTHAMPTON TERRACE #307
TAMARAC   FL   33321

YOUR ACCOUNT NUMBER: 1-S0494-3-0
PERIOD ENDING 11/30/08
PAGE 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 42 | | | GOOGLE | 292.960 | | |
| | 420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 966 | | | INTEL CORP | 13.600 | | |
| | 298 | | | INTERNATIONAL BUSINESS MCHS | 81.600 | | |
| | 238 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 630 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 196 | | | MCDONALDS CORP | 48.720 | | |
| | 462 | | | MERCK & CO | 26.720 | | |
| | 364 | | | MICROSOFT CORP | 20.220 | | |
| | 1,930 | | | ORACLE CORPORATION | 16.020 | | |
| | 672 | | | PEPSICO INC | 50.700 | | |
| | 266 | | | PFIZER INC | 16.510 | | |
| | 1,134 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 350 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 504 | | | QUALCOMM INC | 33.570 | | |
| | 280 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 210 | | | FIDELITY SPARTAN | | | |
| | 13,053 | | | U S TREASURY MONEY MARKET | 1 | | |
| | 294 | | | U S BANCORP | 26.980 | | |
| | 168 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 168 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



