UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NOV 17 2009

---------------------------------x
BERNARD L. MADOFF INVESTMENT SECURITIES LLC            Case No. 08-1789 (BRL)

In Liquidation                                        **DISPUTED DETERMINATION**

---------------------------------x

JIMMBO LLC, by its attorney Bernard Ouziel, Esq., hereby disputes the Trustee's Determination of Claim as reflected in his notice dated October 19, 2009 for the reasons set forth hereinbelow.

The Trustee has set forth as Table 1 "Deposits" and "Withdrawals", together with the dates made. Issue is taken with respect to the deposit made 3/23/2005 and the withdrawal made 4/12/2005. The net deposit made in a transfer from account 1-00019-3 (Bernard Ouziel Declaration of Trust DTD 8/12/03) was $3,000,000. This is reflected in a transfer of $7,000,000 on 3/23/2005 and a withdrawal correction of $4,000,000 on 4/12/2005. At the time of transfer there was more than $3,000,000 of cash deposited in the account from which the funds were transferred.

Accordingly, the total corrected amount of deposits into the account as reflected in the Trustee's Table 1 should be $3,000,000 and the corrected amount of withdrawals into the account as reflected in the Trustee's Table 1 should be $988,363 ($223,672 + $11,954 + $268,304 + $132,596 + $4,686 + $321,156 + $25,996).

Subtracting the withdrawals of $988,363 from the deposits of $3,000,000 leaves an actual net excess of $2,011,638.

Dated: November 14. 2009

_____
Bernard Ouziel

I hereby certify that a true copy of this Disputed Determination was mailed this 14th day of November, 2009 to Irving H. Picard, Trustee, c/o Baker & Hostetler LLP, at 45 Rockefeller Plaza, New York, NY 10111 by enclosing the same in a post paid envelope which was deposited in a facility maintained by the U.S. Postal Service in the State of New York.

Dated: November 14. 2009

_____
Bernard Ouziel

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
BERNARD L. MADOFF INVESTMENT SECURITIES LLC        Case No. 08-1789 (BRL)

      In Liquidation                                    **DISPUTED DETERMINATION**

- - - - - - - - - - - - - - - - - - - -x

    Bernard Ouziel Declaration of Trust DTD 8/12/03, by its attorney Bernard Ouziel, Esq., hereby disputes the Trustee's Determination of Claim as reflected in his notice dated October 19, 2009 for the reasons set forth hereinbelow.

    The Trustee has set forth as Table 1 "Deposits" and "Withdrawals", together with the dates made. We are in agreement with the withdrawal amounts as stated totaling $2,534,143.27. However, we disagree with the amounts stated for deposits. The correct amount and dates of deposits are: *(Exhibit A annexed hereto and incorporated herein)*

| Date | Amount |
|---|---|
| 5/7/96 | $1,000,000.00 |
| 1/15/97 | 471,636.62 |
| 1/15/97 | 118,282.61 |
| 1/15/97 | 118,282.61 |
| 1/15/97 | 118,169.68 |
| 1/15/97 | 116,879.82 |
| 1/15/97 | 115,907.87 |
| 1/30/98 | 585,854.02 |
| 1/14/99 | 280,344.00 |
| 1/14/99 | 124,528.34 |
| 2/18/99 | 1,000,000.00 |
| 5/10/01 | 1,000.000.00 |
| Total | $5,046,885.57 |

Accordingly, the total corrected amount of deposits into the account as reflected in the Trustee's Table 1 should be $5,046,885.57 and the agreed amount of withdrawals into the account as reflected in the

Trustee's Table 1 should be $2,534,143.27. Subtracting the withdrawals of $2,534,143.27 from the deposits of $5,046,885.57 leaves an actual net excess of $2,512,742.30.

Dated: November 14, 2009

_____
Bernard Ouziel


    I hereby certify that a true copy of this Disputed Determination was mailed this 14th day of November, 2009 to Irving H. Picard, Trustee, c/o Baker & Hostetler LLP, at 45 Rockefeller Plaza, New York, NY 10111 by enclosing the same in a post paid envelope which was deposited in a facility maintained by the U.S. Postal Service in the State of New York.

Dated: November 14, 2009

_____
Bernard Ouziel