Ms. Arlene B. Perlis
542 Green Valley Road
Paramus, NJ 07652

October 13, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RECEIVED
NOV 17 2009
U.S. BANKRUPTCY COURT, SDNY

RE: Adv. Pro. No. 08-01789 (BRL) – SIPA Liquidation

To whom it may concern:

In response to "Notice To Customers of Bernard L. Madoff Investment Securities, LLC Regarding Adjudication of 'Net Equity' Issue," I hereby object to the trustee's position as to what constitutes my Net Equity.

It is my position that Net Equity should be determined on the basis of my account balance stated on the last statement issued to me by BLMIS on November 30, 2008. I have attached a copy of my claim and the last statement for your review.

Sincerely,

*Arlene B. Perlis*

Arlene B. Perlis