Benjamin D. Schwartz (pro se investor in account 1W0085)
Charlotte, North Carolina (704) 708-5176
Benjamin D. Schwartz benincharlotte@yahoo.com

Benjamin D. Schwartz pro se in re: account 1W004810

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

NOV 18 2009

SECURITIES INVESTOR
PROTECTION CORPORATION

Plaintiff-Appellant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC

Defendant.

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

In re:

BERNARD L. MADOFF

Debtor.

### OBJECTION to Trustee's DENIAL of claim on account *1W0085*

1) The Wilk Investment Club was formed in January of 1993.

2) The first account number for the Wilk Investment Club was 1W004810. This account is located on page 161 of 163 on the Investors List.

3) In June, 1997 a second account number for the Wilk Investment Club was created by BLMIS.

4) The second account number is 1W0085.

5) On June 2, 1997 a transfer of assets from account 1W004810 to account 1W0085 took place.

6) The June 2, 1997 transfer from account 1W004810 to account 1W0085 was not **_requested_** nor was the transfer **_authorized_** by 1W004810.

7)  The transfer amount was $1,265,027.58. The adjusted amount, without the false profits, was $804,996.33. (see Ex. "A").

8)  The Trustee's DENIAL of claim on 1W0085 includes an unauthorized transfer of assets from account 1W004810, see Ex. A.

9)  Because the transfer of assets from account 1W004810 to account 1W0085 was not authorized, account 1W004810 should be eligible to receive SIPC relief.

Benjamin D. Schwartz
Filing pro se OBJECTION
704-708-5176
Benincharlotte@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR
PROTECTION CORPORATION

     Plaintiff-Appellant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC

     Defendant.

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

In re:

BERNARD L. MADOFF

     Debtor.

## CERITIFICATE OF SERVICE

This is to certify that I have this day served the following person with an OBJECTION TO TRUSTEE'S DENIAL OF CLAIM ON ACCOUNT 1W0085 by depositing said copy in the United States Mail, first class postage prepaid, addressed to:

Clerk of the US Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

And

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10111

This 17 day of November, 2009.

PORTER & SCHWARTZ, P.A.

_____
Benjamin D. Schwartz
Benincharlotte@yahoo.com

*UNREQUESTED TRANSFER →*

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 6/2/1997 | TRANS FROM 1W004810 | $1,265,027.58 | $804,996.33 |
| 10/9/1997 | CHECK | $15,000.00 | $15,000.00 |
| 9/22/1998 | CHECK | $380,000.00 | $380,000.00 |
| 12/16/1998 | CHECK WIRE | $125,000.00 | $125,000.00 |
| 3/8/1999 | CHECK | $50,000.00 | $50,000.00 |
| 4/12/1999 | CHECK | $50,000.00 | $50,000.00 |
| 4/19/1999 | CHECK | $7,377.00 | $7,377.00 |
| 6/8/1999 | CHECK | $50,000.00 | $50,000.00 |
| 6/14/1999 | CHECK | $15,000.00 | $15,000.00 |
| 6/18/1999 | CHECK | $15,700.00 | $15,700.00 |
| 7/6/1999 | CHECK | $50,000.00 | $50,000.00 |
| 9/30/1999 | CHECK | $7,000.00 | $7,000.00 |
| 10/12/1999 | CHECK | $9,000.00 | $9,000.00 |
| 8/6/2001 | CHECK | $12,000.00 | $12,000.00 |
| 10/16/2001 | CHECK | $35,000.00 | $35,000.00 |
| 10/29/2001 | CHECK | $75,000.00 | $75,000.00 |
| 10/13/2004 | CHECK | $35,000.00 | $35,000.00 |
| 4/4/2007 | CHECK | $5,000.00 | $5,000.00 |
| 8/11/2008 | CHECK | $72,000.00 | $72,000.00 |
| 8/11/2008 | CHECK | $60,000.00 | $60,000.00 |
| **Total Deposits:** | | $2,333,104.58 | $1,873,073.33 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 12/18/1997 | CHECK | ($240,000.00) | ($240,000.00) |
| 12/29/1997 | CHECK | ($400,000.00) | ($400,000.00) |
| 4/22/1998 | CHECK | ($200,000.00) | ($200,000.00) |
| 12/1/1999 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/14/1999 | CHECK | ($25,000.00) | ($25,000.00) |
| 8/21/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/21/2000 | CHECK | ($12,500.00) | ($12,500.00) |
| 12/20/2000 | CHECK | ($280,000.00) | ($280,000.00) |
| 2/13/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/21/2002 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/26/2002 | CHECK | ($105,000.00) | ($105,000.00) |
| 5/31/2002 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/26/2002 | CHECK | ($200,000.00) | ($200,000.00) |
| 1/7/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 2/25/2003 | CHECK | ($20,000.00) | ($20,000.00) |

4

**EXHIBIT A**

| Date | Type | Amount | Amount |
|---|---|---|---|
| 4/21/2003 | CHECK | ($25,000.00) | ($25,000.00) |
| 6/25/2003 | CHECK | ($32,000.00) | ($32,000.00) |
| 8/26/2003 | CHECK | ($41,000.00) | ($41,000.00) |
| 9/29/2003 | CHECK | ($25,000.00) | ($25,000.00) |
| 12/12/2003 | CHECK | ($29,000.00) | ($29,000.00) |
| 12/16/2004 | CHECK | ($50,000.00) | ($50,000.00) |
| 6/20/2006 | CHECK | ($58,000.00) | ($58,000.00) |
| 10/23/2006 | CHECK | ($60,000.00) | ($60,000.00) |
| 10/18/2007 | CHECK | ($200,000.00) | ($200,000.00) |
| 11/2/2007 | CHECK | ($30,000.00) | ($30,000.00) |
| 11/9/2007 | CHECK | ($22,000.00) | ($22,000.00) |
| 10/30/2008 | CHECK | ($82,000.00) | ($82,000.00) |
| **Total Withdrawals:** | | ($2,441,500.00) | ($2,441,500.00) |
| | | | |
| **Total deposits less withdrawals:** | | ($108,395.42) | ($568,426.67) |