Clerk of the United States Bankruptcy Court for                              11/13/09
The Southern District of New York
One Bowling Green
New York, New York 10004

And

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

I completely disagree with your decision. Table 1 displays account activity from 08/14/2002 to present, however you failed to provide information dating back to 12/01/1992. Furthermore I disagree with your net equity interpretation. I deposited monies with Bernard L Madoff securities, a registered member of the NASD and SIPC. Mr. Madoff had an impressive resume. I had a reasonable expectation that Mr. Madoff would perform his fiduciary duty and invest my money with my best interest at heart. Since December 1992 I have received no less than 180 monthly statements, 4200 individual stock buy and sell confirmations and 15 tax form 1099's from Bernard Madoff Securities. I had a reasonable expectation that my November 2008 statement reflected my correct balance of equities and cash. The SIPC is made up of over 6000 paying members and the insurance premiums paid in are for the protection of the assets of customers. Please disburse insurance funds immediately.

Regards,

Vincent A. Barone

Vincent A. Barone Partnership

Clerk of the United States Bankruptcy Court for　　　　　11/13/09
The Southern District of New York
One Bowling Green
New York, New York 10004

And

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111


RECEIVED NOV 18 2009 U.S. BANKRUPTCY COURT, SDNY

I completely disagree with your decision. Table 1 displays account activity from 08/14/2002 to present, however you failed to provide information dating back to 12/01/1992. Furthermore I disagree with your net equity interpretation. I deposited monies with Bernard L Madoff securities, a registered member of the NASD and SIPC. Mr. Madoff had an impressive resume. I had a reasonable expectation that Mr. Madoff would perform his fiduciary duty and invest my money with my best interest at heart. Since December 1992 I have received no less than 180 monthly statements, 4200 individual stock buy and sell confirmations and 15 tax form 1099's from Bernard Madoff Securities. I had a reasonable expectation that my November 2008 statement reflected my correct balance of equities and cash. The SIPC is made up of over 6000 paying members and the insurance premiums paid in are for the protection of the assets of customers. Please disburse insurance funds immediately.

Regards,

Vincenzo & Maria Barone