# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:   202 293 6930
          202 223 4636

HOME:_____

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:   1M0193

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON, DC 20036

(If incorrect, please change)

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
          ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
          BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
          AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
          TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
          DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
          PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
          CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
          RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.     Claim for money balances as of **December 11, 2008** :
       a.     The Broker owes me a Credit (Cr.) Balance of        $     0_____
       b.     I owe the Broker a Debit (Dr.) Balance of           $     0_____

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                         $ _____

d.   If balance is zero, insert "None."                        none

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | Yes | |
| b. | I owe the Broker securities | No | |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See attached statement from BMIS as of November 30, 2008 | Net Market Value $3,690,681.41 | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received
from the Debtor.** See Addendum 1

Please explain any differences between the securities or cash claimed and the cash
balance and securities positions on your last account statement. If, at any time, you
complained in writing about the handling of your account to any person or entity or
regulatory authority, and the complaint relates to the cash and/or securities that you are
now seeking, please be sure to provide with your claim copies of the complaint and all
related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | x |

9.    Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970?  if
so, give name of that broker.                                    _____    ___ x ___

Please list the full name and address of anyone assisting you in the
preparation of this claim form:   Robert Hirsch, Esquire,
Arent Fox LLP, 1050 Connecticut Ave. NW, Washington, DC  20036

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  March 2, 2009 _____    Signature _____

                                                        Edward H. Kaplan, Manager
Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# ADDENDUM 1

1. Last BMIS Statement of Account dated November 30, 2008.

2. BMIS Confirmations of credits (deposits) to the Account from date of inception through November 30, 2008.

3. BMIS confirmations of debits (withdrawals) from the Account from date of inception through November 30, 2008.

4. Listing of the deposits, withdrawals, and earnings from date of inception through November 30, 2008.

5. Certification of Manager's capacity and authority to sign Customer Claim.

## CERTIFICATION

I Edward H. Kaplan certify that I am currently a managing member for

Marjet, LLC and I am authorized to sign.

Date _____3/3/09_____

Signature_____

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON    DC    20036

YOUR ACCOUNT NUMBER: 1-M0193-3-0
PERIOD ENDING: 11/30/09
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8619

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 227,474.95 |
| 2,370 | | 4911 | HEWLETT PACKARD CO | 47.900 | 81,307.90 | |
| 2,064 | | 63322 | WALMART STORES INC | 56.810 | 117,230.90 | |
| 1,343 | | 4824 | INTERNATIONAL BUSINESS MACHS | 87.270 | 117,256.62 | |
| 4,911 | | 8648 | EXXON MOBIL CORP | 72.810 | 362,922.76 | |
| 5,451 | | 0150 | INTEL CORP | 16.630 | 71,112.01 | |
| 2,607 | | 13476 | JOHNSON & JOHNSON | 60.830 | 165,629.06 | |
| 3,555 | | 17801 | J.P. MORGAN CHASE & CO | 38.530 | 137,116.15 | |
| 1,896 | | 22127 | COCA COLA CO | 44.660 | 84,750.36 | |
| 1,906 | | 26453 | MCDONALDS CORP | 61.770 | 117,893.62 | |
| 2,064 | | 30729 | MERCK & CO | 32.350 | 63,730.70 | |
| 7,505 | | 35105 | MICROSOFT CORP | 21.810 | 163,984.05 | |
| 3,792 | | 39431 | ORACLE CORPORATION | 17.300 | 65,752.60 | |
| 1,501 | | 52409 | PEPSICO INC | 65.470 | 147,731.41 | |
| 869 | | 52911 | APPLE INC | 98.470 | 82,611.82 | |
| 6,399 | | 56735 | PFIZER INC | 16.940 | 108,656.06 | |
| 1,844 | | 57237 | ABBOTT LABORATORIES | 54.610 | 83,029.61 | |
| 2,344 | | 61061 | PROCTER & GAMBLE CO | 57.080 | 123,735.52 | |
| 1,975 | | 65387 | AMGEN INC | 59.150 | 60,769.32 | |
| 4,740 | | 65809 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 85,189.00 | |
| 1,980 | | 60713 | BANK OF AMERICA | 21.590 | 102,525.60 | |
| 55,135 | | 70215 | QUALCOMM INC | 23.770 | 664,663.88 | |
| 1,195 | | 74039 | CITY GROUP INC | 12.310 | | |
| | | | SCHLUMBERGER LTD | 49.480 | 59,580.80 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON    DC    20036

YOUR ACCOUNT NUMBER: 1-M0193-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8619
PAGE: 2

| BOUGHT RECEIVED/LONG | SOLD DELIVERED/SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 2,844 | | 74541 | COMCAST CORP CL A | 16.510 | 47,067.44 | |
| 5,609 | | 78365 | AT&T INC | .27 | 131,657.00 | |
| 1,622 | | 78867 | CONSOLIDATED... | 2.510 | 74,781.22 | |
| 948 | | 82691 | UNITED PARCEL SVC INC | 52.040 | 49,370.92 | |
| 5,767 | | 03103 | COSTCO SYSTEMS INC CLASS B | 11.730 | 96,711.91 | |
| 1,650 | | 37017 | U S BANCORP | 29.530 | 48,805.227 | |
| 1,975 | | 87519 | CHEVRON CORP | 73.630 | 145,103.25 | |
| 948 | | 91343 | UNITED TECHNOLOGIES CORP | 53.160 | 50,437.68 | |
| 10,030 | | 93845 | GENERAL ELECTRIC CO | 10.060 | 101,346.77 | |
| 25,806 | | 95669 | VERIZON COMMUNICATIONS | 30.760 | 01,780.26 | |
| 237 | | 96171 | GOOGLE | 337.400 | 79,972.80 | |
| 3,310 | | 99995 | WELLS FARGO & CO NEW | 29.800 | 99,008.40 | |
| | 3,525,000 | 99606 | U S TREASURY BILL DUE 2/12/2009 | 99.976 | | 3,524,144.00 |
| | | | 2/12/2009 | | | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 113.85 |
| | 97,885 | 17706 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 97,885.00 | |
| | 27,075 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,075.00 | |
| 25,797 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 3.31 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE    3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON        DC        20036

YOUR ACCOUNT NUMBER: 1-M0193-3-0
PERIOD ENDING: 11/30/08
PAGE: 3

YOUR TAX PAYER IDENTIFICATION NUMBER: ******8619

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| BOUGHT RECEIVED LONG | SOLD DELIVERED SHORT | THN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 250,000 | | 26,997 | 52519 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,997.00 |
| 250,000 | | 57070 | U S TREASURY BILL DUE 03/26/2009 | 99.371 | 249,035.00 | |
| 13,869 | | 61557 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,869.00 |
| | | | 3/26/2009 | | | |
| | | | NEW BALANCE | | 448,200.66 | |
| | | | SECURITY POSITIONS | | | |
| | | | ABBOTT LABORATORIES | 53.560 | | |
| 5,609 | | | ABBOTT LABORATORIES | | | |
| 1,501 | | | AMGEN INC | 52.390 | | |
| 1,027 | | | APPLE INC | 55.540 | | |
| 859 | | | BANK OF AMERICA | 2.600 | | |
| 4,740 | | | CHEVRON CORP | 116.200 | | |
| 1,975 | | | CISCO SYSTEMS INC | 79.010 | | |
| 5,767 | | | CITI GROUP INC | 16.540 | | |
| 5,135 | | | COCA COLA CO | 9.200 | | |
| 1,896 | | | COMCAST CORP CL A | 36.870 | | |
| 2,044 | | | CONOCO PHILLIPS | 17.340 | | |
| 15,422 | | | EXXON MOBIL CORP | 53.530 | | |
| 4,977 | | | GENERAL ELECTRIC CO | 80.160 | | |
| 10,033 | | | | 17.170 | | |
| | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON DC 20036

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX EXEMPT/IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-M0193-3-0 | 11/30/08 | ********8619 | 4 |

| BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 237 | | | GOOGLE | 292.960 | | |
| 2,370 | | | HEWLETT PACKARD CO | 35.280 | | |
| 5,451 | | | INTEL CORP | 13.800 | | |
| 1,343 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 3,555 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 2,607 | | | JOHNSON & JOHNSON | 58.590 | | |
| 1,406 | | | MCDONALDS CORP | 58.740 | | |
| 2,054 | | | MERCK & CO | 26.720 | | |
| 7,505 | | | MICROSOFT CORP | 20.220 | | |
| 3,792 | | | ORACLE CORPORATION | 16.090 | | |
| 1,501 | | | PEPSICO INC | 55.700 | | |
| 6,309 | | | PFIZER INC | 16.430 | | |
| 1,975 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,844 | | | PROCTER & GAMBLE CO | 65.350 | | |
| 1,500 | | | QUALCOMM INC | 31.570 | | |
| 1,185 | | | SCHLUMBERGER LTD | 50.760 | | |
| 13,869 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 1,659 | | | U S TREASURY MONEY MARKET | 1 | | |
| 948 | | | UNITED PARCEL SVC INC | 75.700 | | |
| | 948 | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 250,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| 948 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF
BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC

C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON            DC        20036

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-M0193-3-0 | 11/30/08 | ****###8619 | 5 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 2,686 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 2,054 | | | WAL-MART STORES INC | 55.080 | | |
| 3,310 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG          37,714,401.41 | | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW    #320
WASHINGTON    DC    20036

| BOUGHT RECEIVED/LONG | SOLD DELIVERED/SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | |
| | | | GROSS PROCEEDS FROM SALES | | | |

YOUR ACCOUNT NUMBER: 1-M0193-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8619
PAGE: 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON          DC      20036

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-M0193-4-0 | 11/30/09 | 1 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | | |
| *****8619 | | |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | |
| 79 | | 437567 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 127,475.00 |
| 79 | | 48083 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 140,699.00 | |
| | 79 | 34187 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 205,341.00 |
| | | 38512 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 237,079.00 | |
| | 79 | 42037 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 23,779.00 | |
| 79 | | 47162 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 292,221.00 |
| | | | NEW BALANCE | | 127,743.00 | 497,201.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 79 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| 79 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES | | 130,350.00 LONG | 184,070.00- SHORT |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:   TRANS FROM 1K015130

9/25/03

4,000,000.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1000 CONNECTICUT AVE NW #1110
WASHINGTON          DC 20036

1-M0193-3

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:   TRANS TO 1K015130

9/20/05

603,750.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1000 CONNECTICUT AVE NW #1110
WASHINGTON          DC 20036

1-M0193-3

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

11/17/03

CW   CHECK

78,000.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1000 CONNECTICUT AVE NW #1110
WASHINGTON          DC 20036

1-M0193-3



BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARJET LLC
C/O EDWARD H KAPLAN
1000 CONNECTICUT AVE NW #1110
WASHINGTON DC 20036

PERIOD ENDING 12/31/06  PAGE 1

YOUR ACCOUNT NUMBER 1-M0193-3-0  YOUR TAX PAYER IDENTIFICATION NUMBER *****8619

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----|-----|-----|
| 12/01 | | | | BALANCE FORWARD | | 148,762.30 | |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 515. |
| 12/05 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 838. |
| 12/11 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 1,576. |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 1,024. |
| 12/11 | | | | EXXON MOBILE CORP DIV 11/13/06 12/11/06 | DIV | | 1,705. |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 416. |
| 12/12 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 232. |
| 12/12 | | | | CHECK WIRE JOHNSON & JOHNSON | CW | 724,500.00 | |
| 12/14 | | | | DIV 11/28/06 12/17/06 | DIV | | 985. |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 419. |
| 12/15 | | | | MICROSOFT CORP DIV 11/15/06 12/14/06 | DIV | | 773. |
| | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 385. |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:   CHECK WIRE

7/07/08

500,000.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON          DC 20036

1-M0193-3

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

6/01/07

CW  CHECK

202,000.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1000 CONNECTICUT AVE NW #1110
WASHINGTON          DC 20036

1-M0193-3

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY   DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:   CHECK WIRE

12/06/07

523,250.00

CLIENT'S ACCOUNT NUMBER

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON          DC 20036

1-M0193-3



**MADF**

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 09150 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | | | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|---|

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON         DC 20036

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | |
|---|---|---|---|---|
| WE | | | | |
| SLD | 5,451 | 458140100 | INTEL CORP | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 14.510 | 79094.01 | 218.00 | | | | | 79312.01 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE: | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 04824 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON        DC 20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,343 | 459200101 | INTERNATIONAL BUSINESS MACHS |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 87.270 | 117203.61 | 53.00 | | | | | 117256.61 |

17

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 17801 | 5 | 1 | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | |

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW   #320
WASHINGTON                DC 20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | |
|---|---|---|---|---|
| SLD | 3,555 | 46625H100 | J.P. MORGAN CHASE & CO | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 38.530 | 136974.15 | 142.00 | | | | | 137116.15 |

17

Affiliated with
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | |
| **0846** | | 1-M0193-3 | D | 13476 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | | CONTRA PARTY | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | |
|---|---|---|---|---|---|---|---|---|

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON            DC  20036

| WE | QUANTITY | CUSIP NUMBER | | | SECURITY DESCRIPTION | |
|---|---|---|---|---|---|---|
| **SLD** | 2,607 | 478160104 | | JOHNSON & JOHNSON | | |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 59.500 | 155325.06 | 104.00 | | | | | 155429.06 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 26453 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | | | | | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|---|

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON          DC  20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,106 | 58013S101 | MCDONALDS CORP |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 55.370 | 61239.22 | 44.00 | | | | | 61283.22 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT, Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-M0193-3 | D | 30779 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO.

CONTRA PARTY     C.H. NUMBER

MARJET LLC
C/O EDWARD H. KAPLAN
1919 M STREET NW   #320
WASHINGTON        DC  20036

SPECIAL DELIVERY INSTRUCTIONS

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,054 | 58933110 7 | MERCK & CO | 58723.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 58641.70 | 82.00 | | | | |

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION  *(Please see reverse for further details )*



# BERNARD L. MADOFF

**MADF** INVESTMENT SECURITIES LLC

New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 35105 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW   #320
WASHINGTON          DC 20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,505 | 594918104 | MICROSOFT CORP | 163984.05 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 163684.05 | 300.00 | | | | |

17

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*



## BERNARD L. MADOFF

**INVESTMENT SECURITIES LLC**

New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | | CODES | | | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 39431 | TR 5 | CAP 1 | SETT | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | | SPECIAL DELIVERY INSTRUCTIONS | |

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON            DC 20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SLD | 3,792 | 68389X105 | ORACLE CORPORATION | | | | | | | 65752.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 65601.60 | 151.00 | | | | |

17

**Affiliated with**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION** *(Please see reverse for further details.)*



MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York ☐ London

MEMBER:
FINRA    NSX    SIPC    NSCC    DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 52409 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

| IDENTIFICATION NO. | | | CONTRA PARTY | | | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON      DC  20036

| | QUANTITY | CUSIP NUMBER | | SECURITY DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SLD | 1,501 | 713448108 | | PEPSICO INC | | | | | |

WE

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 56.410 | 84671.41 | 60.00 | | | | | 84731.41 |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

17

CONFIRMATION  *(Please see reverse for further details )*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | DIR | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 56735 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | SPECIAL DELIVERY INSTRUCTIONS | |
|---|---|---|---|---|---|---|---|---|

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON    DC  20036

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| WE | | | | |
| SLD | 6,399 | 717081103 | PFIZER INC | 108654.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 108399.06 | 255.00 | | | | |

17

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  (Please see reverse for further details )



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATION NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 65387 | 5 | 1 | 11/06/08 | 11/12/08 | |

CODES

IDENTIFICATION NO.

CONTRA PARTY

C.H. NUMBER

SPECIAL DELIVERY INSTRUCTIONS

MARJET LLC
C/O EDWARD H. KAPLAN
1919 M STREET NW   #320
WASHINGTON            DC 20036

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | |
|---|---|---|---|---|
| SLD | 1,975 | 718172109 | PHILLIP MORRIS INTERNATIONAL | |

WE

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 43.600 | 86110.00 | 79.00 | | | | | 86189.00 |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**CONFIRMATION**  *(Please see reverse for further details.)*



**MADF** BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | 1-M0193-3 | D | 61061 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | | CODES | | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|---|---|---|

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW #320
WASHINGTON          DC 20036

| | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| WE | | | | | |
| SLD | 2,844 | 74271B109 | PROCTER & GAMBLE CO | | 182356.52 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 182243.52 | 113.00 | | | | |

17

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*



**BERNARD L. MADOFF**

MADF

**INVESTMENT SECURITIES LLC**

New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 888-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0193-3 | D | 69713 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS

MARJET LLC
C/O EDWARD H KAPLAN
1919 M STREET NW  #320
WASHINGTON                DC 20036

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION |
|---|---|---|---|
| SLD | 1,580 | 747525103 | QUALCOMM INC |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 33.770 | 53356.60 | 63.00 | | | | | 53419.60 |

17

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION  *(Please see reverse for further details.)*