# EXHIBIT A

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008[1]

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

October 19, 2009

Eleven Eighteen LTD Partnership
1919 M Street NW #320
Washington, DC 20036

Dear Eleven Eighteen LTD Partnership:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1E0136 designated as Claim Number 11560:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $8,232,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $4,219,485.74). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

When ever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($4,012,514.26) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004

> and

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

_____
Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

CC:   Robert Hirsch, Esq.
      Arent Fox, LLP
      1050 Connecticut Ave NW
      Washington, DC 20036

| - Table 1 - | | | |
|---|---|---|---|
| **DEPOSITS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 12/29/1995 | TRANS FROM 1EM29430 | $6,521,536.06 | $4,219,485.74 |
| **Total Deposits:** | | $6,521,536.06 | $4,219,485.74 |
| | | | |
| **WITHDRAWALS** | | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 3/14/1996 | CHECK WIRE | ($1,667,000.00) | ($1,667,000.00) |
| 3/31/1997 | CHECK WIRE | ($475,000.00) | ($475,000.00) |
| 1/2/1998 | CHECK WIRE | ($850,000.00) | ($850,000.00) |
| 9/9/1998 | CHECK WIRE | ($2,000,000.00) | ($2,000,000.00) |
| 12/20/1999 | CHECK | ($145,000.00) | ($145,000.00) |
| 12/20/2000 | CHECK | ($145,000.00) | ($145,000.00) |
| 4/4/2002 | CHECK | ($300,000.00) | ($300,000.00) |
| 9/9/2002 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 11/25/2003 | CHECK | ($300,000.00) | ($300,000.00) |
| 11/17/2004 | CHECK | ($375,000.00) | ($375,000.00) |
| 12/1/2005 | CHECK | ($375,000.00) | ($375,000.00) |
| 5/20/2008 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| 8/25/2008 | CHECK | ($100,000.00) | ($100,000.00) |
| 10/16/2008 | CHECK WIRE | ($500,000.00) | ($500,000.00) |
| **Total Withdrawals:** | | ($8,232,000.00) | ($8,232,000.00) |
| | | | |
| **Total deposits less withdrawals:** | | ($1,710,463.94) | ($4,012,514.26) |

# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 202 293 6930

HOME: 202 223 4636

Taxpayer I.D. Number (Social Security No.)

_____    _____

Account Number: 1E0136
ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON, DC 20036

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***********************************************************************

1. Claim for money balances as of **December 11, 2008**:
   a. The Broker owes me a Credit (Cr.) Balance of    $_____0_____
   b. I owe the Broker a Debit (Dr.) Balance of    $_____0_____

502180406                                1

    c.    If you wish to repay the Debit Balance,

please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**  $ _____

    d.    If balance is zero, insert "None."   None

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | yes |   |
| b. | I owe the Broker securities |   | no |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | ~~See attached statement from~~ BMIS as of November 30, 2008 | Net Market Value 11,477,850.13 | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |                                                                                                                                                                                                                                        | YES | NO |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                                                                                                |     | x  |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                                                                           |     | x  |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?                                  |     | x  |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s)                                      |     | x  |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.                                                           |     | x  |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.                                                     |     | x  |

502180406                                                                   3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ _____

Please list the full name and address of anyone assisting you in the preparation of this claim form: ~~Robert Hirsch, Esquire~~
~~Arent Fox LLP, 1050 Connecticut Ave NW, Washington, DC~~ 20036

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  June 23, 2009     Signature _[signature]_

Date _____    Signature  Edward H. Kaplan, General Partner

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                  4

CERTIFICATION

I Edward H. Kaplan certify that I am currently a general partner for the Eleven Eighteen Limited Partnership and I am authorized to sign.

Date June 24, 2009

Signature _[signature]_



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX ID NUMBER *****1605
YOUR ACCOUNT NUMBER 1-E0136-3-0

ELEVEN EIGHTEEN LTD PTNRSHIP
1918 M STREET NW #320
WASHINGTON    DC    20036

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 731,861.34 | |
| 11/12 | 6,322 | | 3339 | WAL-MART STORES INC | 55.430 | 350,756.26 | |
| 11/12 | 4,179 | | 3641 | INTERNATIONAL BUSINESS MACHS | 87.270 | 366,613.73 | |
| 11/12 | 15,561 | | 7665 | EXXON MOBIL CORP | 72.880 | 1,134,707.68 | |
| 11/12 | 17,043 | | 8167 | INTEL CORP | 14.510 | 247,974.93 | |
| 11/12 | 8,151 | | 12493 | JOHNSON & JOHNSON | 59.580 | 485,952.58 | |
| 11/12 | 11,115 | | 15615 | J.P. MORGAN CHASE & CO | 38.530 | 428,704.95 | |
| 11/12 | 5,928 | | 21144 | COCA COLA CO | 44.660 | 264,981.48 | |
| 11/12 | 3,458 | | 25470 | MCDONALDS CORP | 55.370 | 191,607.46 | |
| 11/12 | 6,412 | | 29796 | MERCK & CO | 28.650 | 183,504.10 | |
| 11/12 | 23,465 | | 34122 | MICROSOFT CORP | 21.810 | 512,707.65 | |
| 11/12 | 11,855 | | 38448 | ORACLE CORPORATION | 17.300 | 205,582.80 | |
| 11/12 | 4,693 | | 51426 | PEPSICO INC | 56.410 | 264,919.13 | |
| 11/12 | 2,717 | | 51928 | APPLE INC | 100.780 | 273,927.26 | |
| 11/12 | 20,003 | | 55152 | PFIZER INC | 16.940 | 339,718.58 | |
| 11/12 | 4,693 | | 56254 | ABBOTT LABORATORIES | 54.610 | 256,471.73 | |
| 11/12 | 8,892 | | 60078 | PROCTER & GAMBLE CO | 64.080 | 570,154.36 | |
| 11/12 | 3,211 | | 60500 | AMGEN INC | 59.180 | 190,099.78 | |
| 11/12 | 6,175 | | 64404 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 269,477.00 | |
| 11/12 | 14,820 | | 64906 | BANK OF AMERICA | 21.590 | 320,555.80 | |
| 11/12 | 4,940 | | 58730 | QUALCOMM INC | 33.770 | 167,020.80 | |
| 11/12 | 15,055 | | 59232 | CITI GROUP INC | 12.510 | 201,490.05 | |
| 11/12 | 3,705 | | 73056 | SCHLUMBERGER LTD | 49.480 | 183,471.40 | |
| 11/12 | 8,892 | | 73558 | COMCAST CORP CL A | 16.510 | 147,161.92 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | | | | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

ELEVEN EIGHTEEN LTD PTNRSHIP

1919 M STREET NW #320
WASHINGTON        DC    20036

| | | | | PAGE 2 |
|---|---|---|---|---|
| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | | |
| 1-E0136-3-0 | 11/30/08 | *****1605 | | |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 17,537 | | 77382 | AT&T INC | 27 | 474,200.00 | |
| 11/12 | 4,446 | | 77684 | CONOCOPHILLIPS | 52.510 | 233,636.46 | |
| 11/12 | 2,904 | | 81798 | UNITED PARCEL SVC INC<br>CLASS B | 52.840 | 154,564.56 | |
| 11/12 | 18,031 | | 82210 | CISCO SYSTEMS INC | 16.730 | 302,379.63 | |
| 11/12 | 5,187 | | 86034 | U S BANCORP | 29.530 | 153,373.11 | |
| 11/12 | 6,176 | | 86056 | CHEVRON CORP | 73.430 | 453,577.25 | |
| 11/12 | 2,964 | | 90360 | UNITED TECHNOLOGIES CORP | 53.150 | 157,584.24 | |
| 11/12 | 31,369 | | 90862 | GENERAL ELECTRIC CO | 19.630 | 617,027.47 | |
| 11/12 | 8,398 | | 94686 | VERIZON COMMUNICATIONS | 30.410 | 255,718.18 | |
| 11/12 | 141 | | 95138 | GOOGLE | 337.400 | 50,942.40 | |
| 11/12 | 10,374 | | 99012 | WELLS FARGO & CO NEW | 29.800 | 309,559.20 | |
| 11/12 | 7,410 | | 99514 | HEWLETT PACKARD CO | 34.900 | 258,905.00 | |
| 11/12 | | 100,000 | 99923 | U S TREASURY BILL<br>DUE 12/18/2008<br>12/18/2008 | 99.942 | | 99,942.00 |
| 11/12 | | 11,150,000 | 21624 | U S TREASURY BILL<br>DUE 2/12/2009<br>2/12/2009 | 99.936 | | 11,142,864.00 |
| 11/12 | | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET<br>DIV 11/12/08 | DIV | | 5.34 |
| 11/12 | | 16,421 | 16723 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 16,421.00 |
| 11/12 | 23,061 | | 26092 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 23,061.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON    DC   20036

PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *****1605
YOUR ACCOUNT NUMBER: 1-E0136-3-0
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.83 |
| 11/19 | | 23,051 | 51399 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,051.00 |
| 11/19 | 750,000 | | 55006 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 749,445.00 | |
| 11/19 | 13,630 | | 60438 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,630.00 | |
| | | | | NEW BALANCE | | 1,421,979.08 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,537 | | | AT&T INC | 28.560 | | |
| | 4,693 | | | ABBOTT LABORATORIES | 52.190 | | |
| | 3,211 | | | AMGEN INC | 55.540 | | |
| | 2,717 | | | APPLE INC | 92.670 | | |
| | 14,820 | | | BANK OF AMERICA | 16.250 | | |
| | 5,175 | | | CHEVRON CORP | 79.010 | | |
| | 18,031 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 16,055 | | | CITI GROUP INC | 8.290 | | |
| | 5,928 | | | COCA COLA CO | 46.870 | | |
| | 8,672 | | | COMCAST CORP CL A | 17.340 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING 11/30/08
PAGE 4
YOUR TAX PAYER IDENTIFICATION NUMBER *****1605
YOUR ACCOUNT NUMBER 1-E0136-3-0

ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON DC 20036

| DATE | BOUGHT/RECEIVED LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 4,446 | | | CONOCOPHILIPS | 52.520 | | |
| | 15,561 | | | EXXON MOBIL CORP | 80.150 | | |
| | 31,369 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 741 | | | GOOGLE | 292.960 | | |
| | 7,410 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 17,043 | | | INTEL CORP | 13.800 | | |
| | 4,199 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 11,125 | | | J.P. MORGAN CHASE & CO | 31.600 | | |
| | 8,151 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 3,458 | | | MCDONALDS CORP | 58.750 | | |
| | 5,422 | | | MERCK & CO | 26.720 | | |
| | 23,465 | | | MICROSOFT CORP | 20.220 | | |
| | 11,856 | | | ORACLE CORPORATION | 16.090 | | |
| | 4,693 | | | PEPSICO INC | 56.700 | | |
| | 20,007 | | | PFIZER INC | 16.930 | | |
| | 6,175 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 8,892 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 4,940 | | | QUALCOMM INC | 33.570 | | |
| | 3,705 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 13,430 | | | FIDELITY SPARTAN US TREASURY MONEY MARKET | 1 | | |
| | 5,187 | | | U S BANCORP | 26.980 | | |
| | 2,964 | | | UNITED PARCEL SVC INC CLASS B | 57.090 | | |
| | 750,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1605
PAGE: 5
YOUR ACCOUNT NUMBER: 1-E0136-3-0

ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON DC 20036

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,964 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 8,398 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 6,422 | | | WAL-MART STORES INC | 55.830 | | |
| | 10,374 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 1,645,810.13 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm   Doc 932-1   Filed 11/18/09   Entered 11/18/09 17:01:37   Exhibits A and B   Pg 17 of 18



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******1605
PAGE: 6
YOUR ACCOUNT NUMBER: 1-E0136-3-0

ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON    DC    20036

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 62,956.59 |
| | | | | GROSS PROCEEDS FROM SALES | | | 69,560,257.55 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-E0136-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1605
PAGE: 1

ELEVEN EIGHTEEN LTD PTNRSHIP
1919 M STREET NW #320
WASHINGTON    DC    20036

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 731,862.00 |
| 11/12 | | 247 | 42774 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 390,013.00 |
| 11/12 | 247 | | 47100 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 439,907.00 | |
| 11/13 | | 247 | 33204 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 641,953.00 |
| 11/19 | 247 | | 37529 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 741,247.00 | |
| 11/19 | | 247 | 41854 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 74,347.00 | |
| 11/19 | | 247 | 45179 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 913,653.00 |
| | | | | NEW BALANCE | | | 1,421,380.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 247 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG         SHORT 407,550.00  575,510.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES