ARENT FOX LLP
Heike M. Vogel
1675 Broadway
New York, NY 10019
Telephone: (202) 484-3900
Facsimile: (202) 484-3990

*Attorneys for Marjet LLC and Eleven Eighteen Ltd. Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
SECURITIES INVESTOR PROTECTION          )
CORPORATION,                            )
                                        )   Adv. Pro. No. 08-01789 (BRL)
            Plaintiff,                  )
                                        )   SIPA Liquidation
      v.                                )
                                        )
BERNARD L. MADOFF INVESTMENT            )
SECURITIES LLC,                         )
                                        )
            Defendant.                  )
_____)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Lisa Indelicato, being sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

2. On November 18, 2009, I served the *Objection of Marjet LLC to Trustee's Determination of Claim* [Docket No. 931] and the *Objection of Eleven Eighteen Ltd. Partnership to Trustee's Determination of Claim* [Docket No. 932] by depositing true copies thereof enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York upon Irving H. Picard, Trustee, c/o Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

Sworn to before me this                       */s/ Lisa Indelicato*
18th day of November 2009                     Lisa Indelicato

*/s/ Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/453286.1