The DOS BFS Charitable Foundation
100 Ring Road West – Suite 101
Garden City, New York 11530

November 16, 2009

**Via fax (212.589.4201) and regular mail**
Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, New York 10011

**Via ECF and regular mail**
Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    Bankruptcy Case No. 08-1789 (BRL)
                Claim Number 008828 (BLMIS Account #1CM706)

Dear Mr. Picard:

      We are in receipt of the "NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM" dated October 19, 2009 with respect to the above-referenced account in which you denied the claim of The DOS BFS Charitable Foundation Trust for our claimed credit balance of $842,221.79 for the Bernard L. Madoff Investment Securities LLC ("BLMIS") account.

      We hereby object to your determination and request a hearing before Bankruptcy Judge Burton R. Lifland.

      We submit the Trustee improperly refused to give full credit for the $1,425,090.48 transferred from the predecessor account (#1CM22830), which is clearly shown on the attached

489069-2

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
         and
Clerk of the United States Bankruptcy Court for
the Southern District of New York
November 16, 2009
Page 2

statement (dated 6/30/02) which was Exhibit 1 to our SIPC filing, by only crediting us with a transfer from the predecessor account of $440,000.00 (see Trustee's Letter and Table attached hereto).  We respectfully request that the Trustee provide a full accounting to demonstrate the factual basis for his denial as soon as practicable, but in all events, at least seven (7) days prior to the hearing before the Judge.

        Sincerely,

        The DOS BFS Charitable Foundation


      By: */S/ Bette F. Stein*
        Bette F. Stein, Trustee

Enclosures