```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
SECURITIES INVESTOR PROTECTION
  CORPORATION,

                  Plaintiff,   Adv.Pro.No. 08-01789 (BRL)
v.

BERNARD L. MADOFF INVESTMENT   SIPA Liquidation
  SECURITIES, LLC,

                  Defendant.   (Substantively Consolidated)
-------------------------------x
In re

BERNARD L. MADOFF INVESTMENT
  SECURITIES, LLC,

                  Debtor.
-------------------------------x
```

**CERTIFICATE OF SERVICE OF OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIMS OF AMY BETH SMITH**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

On the 18th day of November, 2009, I served the Objection to Trustee's Determination of Claims of Amy Beth Smith by regular first-class mail by depositing a true copy of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York upon:

>   David J. Sheehan, Esq.
>   Baker & Hostetler LLP
>   45 Rockefeller Plaza
>   New York, NY 10111

Dated: New York, New York
       November 18, 2009

>                                    /s/ Nancy L. Kourland
>                                    Nancy L. Kourland