**EXHIBIT "A"**



11/19/07


Bernard L. Madoff
885 3rd Avenue
New York, NY 10022


To Whom It May Concern:

Please establish, upon reciept of the $700,000.00 wire transfer from Signature Bank that you will receive shortly, an account titled The Graybow Group, Inc. and deposit the $700,000.00 in that specific account. You will receive an additional wire transfer of $750,000.00 to be deposited in the already existing ABG Partners account (G0068-3-0/4-0). If you have any questions, please contact me at 952-239-2240.

Sincerely,

Bruce Graybow


1.800.900.8143
GRAYBOW COMMUNICATIONS GROUP    P 952.544.5555
1000 Boone Avenue North, Suite 700    F 952.544.4414
Golden Valley, MN 55427    graybow.com