EXHIBIT "B"

1300 Washington Square
100 Washington Avenue South
Minneapolis, Minnesota 55401
T (612) 337-6100  F (612) 339-6591
siegelbrill.com

**SIEGEL BRILL GREUPNER DUFFY & FOSTER P.A.**

BRIAN E. WEISBERG
612-337-6101
brianweisberg@sbgdf.com

March 3, 2009

**VIA FEDERAL EXPRESS**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
  Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

   *Re:* *ABG Investments– Account No. G0068*

Dear Mr. Picard:

The undersigned represents the above-referenced Madoff account holder. Enclosed is a completed SIPC Customer Claim Form. In addition, we are providing you with a schedule of capital additions and capital withdrawals for calendar year 2003 to the present date, together with documentation evidencing capital additions and capital withdrawals. The schedule establishes that this account suffered an actual loss during the relevant period in excess of $500,000. We can also provide, to the extent required, written confirmations of securities transactions issued by Bernard L. Madoff Investments Securities LLC purporting to show that the securities identified on the enclosed statement had been purchased for the customer's account.

In addition, enclosed is correspondence between the account holder and Madoff requesting that a second account be established in 2007. The account holder was advised that a second account would be established, but apparently that did not occur. Please advise the undersigned if a separate claim is available for the account that was not established and one will be filed.

To the extent that any additional information is required, we ask that you contact the undersigned.

Very truly yours,

Brian E. Weisberg
BEW/sm
Enclosures

# ABG Partners
## Taxpayer ID #41-1658040
### Summary of Account Transactions

**Account:** Bruce Graybow, PTNR ABG INV
**Account Number:** 1-G0068-3

| Year | Capital Additions | Capital Withdrawals |
|---|---|---|
| 2008 | 0.00 | 220,000.00 |
| 2007 | 1,450,000.00 | 0.00 |
| 2006 | 0.00 | 0.00 |
| 2005 | 0.00 | 200,000.00 |
| 2004 | 0.00 | 0.00 |
| 2003 | 0.00 | 220,000.00 |
| Total | 1,450,000.00 | 640,000.00 |

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: __ABG PARTNERS__
Mailing Address: __2001 NORWAY PINE CIRCLE__
City: __MINNETONKA__ State: __MN__ Zip: __55305__
Account No.: _____
Taxpayer I.D. Number (Social Security No.): __41-1658040__

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of     $ __SEE STATEMENT DATED 9/30/08 ENCLOSED__

    b. I owe the Broker a Debit (Dr.) Balance of        $ __0__

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.                             $ __0__

    d. If balance is zero, insert "None."                _____

502180406                           1

2.       Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | SEE ATTACHED SUMMARY OF ACCOUNTS TRANSACTIONS | | |
| | Amounts EXCEEDS $500,000 | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                2

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  MARCH 3, 2009          Signature _____
                                       BRUCE Graybow, PARTNER
Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



11/19/07

Bernard L. Madoff
885 3rd Avenue
New York, NY 10022

To Whom It May Concern:

Please establish, upon reciept of the $700,000.00 wire transfer from Signature Bank that you will receive shortly, an account titled The Graybow Group, Inc. and deposit the $700,000.00 in that specific account. You will receive an additional wire transfer of $750,000.00 to be deposited in the already existing ABG Partners account (G0068-3-0/4-0). If you have any questions, please contact me at 952-239-2240.

Sincerely,

Bruce Graybow

GRAYBOW COMMUNICATIONS GROUP
1000 Boone Avenue North, Suite 700
Golden Valley, MN 55427

1.800.900.8143
P 952.544.5555
F 952.544.4414
graybow.com

WIRE ADVICE

Page 1 of 1

**OUTGOING WIRE ADVICE FROM UNITED BANKERS' BANK 11/21/2007**
**491 UNET Confirm From Fed - Not Debited**

**Bank Information**

Signature Bank
9800 Bren Road, Suite 200
Minnetonka, MN 55343

**Wire Tracking Information**

UBB Wire S-ID: 1894370              UBB Contact: AUTO_AUTOWIRE
Date of Wire: 11/21/2007    Date of Notification: 11/21/2007 3:58:45 PM
Date viewed by customer:    Viewed by customer: Mandy Sobraski
11/21/2007 4:27:37 PM

| Field | Value |
|---|---|
| ACCEPTANCE TIME STAMP (1110) | 112115S6FT01 |
| OMAD (1120) | 20071121B1QGC07R00711S11211555FT01 |
| FED CONFIRM (1800) | 02FT0001 P |
| TYPE CODE (1510) | 1000 |
| IMAD (1520) | 20071121I1B7BC1C000594 |
| AMOUNT (2000) | $700,000.00 |
| SENDER FI (3100) | 091001322UNITED BKRS MPLS |
| SENDER REFERENCE NUMBER (3320) | 11211550000001 |
| RECEIVER FI (3400) | 021000021 JP MORGAN CHASE BA |
| BUSINESS FUNCTION CODE (3600) | CTR |
| BENEFICIARY (4200) | D140081703<br>BERNARD MADOFF |
| ORIGINATOR (5000) | D10023348<br>GRAYBOW COMMUNICATIONS GROUP INC<br>5340 CEDAR LAKE RD<br>MINNEAPOLIS, MN 55416 |
| ORIGINATORS FI (5100) | 02503157<br>SIGNATURE BANK MINNETONKA |
| ORIGINATOR TO BENEFICIARY INFORMATION (6000) | FBO BRUCE GRAYBOW PARTNER ABG/NV AC<br>CT 1-G0068-3-0 |

✓

https://banking2.ubb.com/PAGES/Wire_Archive/PrintWires.asp                 11/21/2007

WIRE ADVICE

Page 1 of 1

**OUTGOING WIRE ADVICE FROM UNITED BANKERS' BANK 11/19/2007**
**491 UNET Debited**

**Bank Information**

Signature Bank
9800 Bren Road, Suite 200
Minnetonka, MN 55343

**Wire Tracking Information**

UBB Wire E-ID: 1690682     UBB Contact: AUTO_AUTOWIRE
Date of Wire: 11/19/2007   Date of Notification: 11/19/2007 3:44:12 PM
Date viewed by customer:   Viewed by customer: Mandy Sabraski
11/20/2007 7:38:04 AM

| Field | Value |
|---|---|
| ACCEPTANCE TIME STAMP (1110) | 11191641FT01 |
| OMAD (1120) | 20071119B1QGC07R00624411191641FT01 |
| FED CONFIRM (1500) | 02FT0001 P |
| TYPE CODE (1510) | 1000 |
| IMAD (1520) | 20071119I1B78Q1C003574 |
| AMOUNT (2000) | $750,000.00 |
| SENDER FI (3100) | 091001322 UNITED BKRS MPLS |
| SENDER REFERENCE NUMBER (3320) | 11191635C0C305 |
| RECEIVER FI (3400) | 021000021 JP MORGAN CHASE BA |
| BUSINESS FUNCTION CODE (3600) | CTR |
| BENEFICIARY (4200) | D140081703 BERNARD L MADOFF |
| ORIGINATOR (5000) | D10023186 BRUCE GRAYBOW 2001 NORWAY PINE CIRCLE MINNETONKA, MN 55305 |
| ORIGINATORS FI (5100) | 02503187 SIGNATURE BANK MINNETONKA |
| ORIGINATOR TO BENEFICIARY INFORMATION (6000) | FBO BRUCE GRAYBOW PARTNER ABGINV AC CT 1-G0068-3-0 |

https://banking2.ubb.com/PAGES/Wire_Archive/PrintWires.asp        11/20/2007

PORTFOLIO MANAGEMENT REPORT AS OF 3/31/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BRUCE GRAYBOW, PTNR ABG INV        1-G0068-3

C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS          MN 55416

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,585,084.94CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 12,857.26CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 480.00- |
| CURRENT CASH BALANCE | .20CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,597,462.00   NET LONG |
| TOTAL EQUITY | 1,597,462.20CR |

ANNUALIZED RETURN FOR CURRENT YEAR    3.13 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BRUCE GRAYBOW, PTNR ABG INV         1-G0068-3

C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS           MN 55416

```
STARTING EQUITY FOR CURRENT YEAR                        119,559.67CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                             7,879.94CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                    21.00CR
CURRENT CASH BALANCE                                           .61CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS           127,460.00    NET LONG
TOTAL EQUITY                                            127,460.61CR

ANNUALIZED RETURN FOR CURRENT YEAR       8.83 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BRUCE GRAYBOW, PTNR ABG INV            1-G0068-3

C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS            MN 55416

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 119,559.67CR |
| CAPITAL ADDITIONS | 1,450,000.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 15,525.27CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .19CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,585,084.75   NET LONG |
| TOTAL EQUITY | 1,585,084.94CR |

ANNUALIZED RETURN FOR CURRENT YEAR    5.53 %

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

PORTFOLIO MANAGEMENT REPORT AS OF  6/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BRUCE GRAYBOW, PTNR ABG INV         1-G0068-3
C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS         MN 55416

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 1,585,084.94CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 170,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 91,020.93CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 3,065.00CR |
| CURRENT CASH BALANCE | .62CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,509,170.25  NET LONG |
| TOTAL EQUITY | 1,509,170.87CR |

ANNUALIZED RETURN FOR CURRENT YEAR      12.41 %

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
BRUCE GRAYBOW, PTNR ABG INV        1-G0068-3

C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS            MN 55416


STARTING EQUITY FOR CURRENT YEAR                    1,585,084.94CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                   170,000.00-
REALIZED P/L FOR CURRENT YEAR                         114,911.44CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               1,460.25CR
CURRENT CASH BALANCE                                        .13CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       1,531,456.50    NET LONG
TOTAL EQUITY                                        1,531,456.63CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.44 %
```



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/22/08

CW    CHECK                                                     170,000.00

CLIENT'S ACCOUNT NUMBER

BRUCE GRAYBOW, PTNR ABG INV                                     1-G0068-3
C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS          MN 55416

MEMO

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

11/06/08

CW    CHECK                                                     50,000.00

CLIENT'S ACCOUNT NUMBER

BRUCE GRAYBOW, PTNR ABG INV                                     1-G0068-3
C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS          MN 55416

MEMO

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRUCE GRAYBOW-PTNR-ABG INV
C/O GRAYBOW COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS    MN  55416

YOUR ACCOUNT NUMBER: 1-G0058-3-0
PERIOD ENDING: 12/31/06
YOUR TAXPAYER IDENTIFICATION NUMBER: ****8040
PAGE: 4

| DATE | BOUGHT OR RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | 50,000 | | 2142 | TRANS TO 1FR 40 ACCT U S TREASURY BILL DUE 4/5/2007 | JRNL 98.682 | 351.80 49,342.80 | |
| 12/29 | 20,828 | | 6711 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/05/2007 | 1 | | 20,828.00 |
| 12/25 | | 20,180 | 83446 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 3/29/2007 | 1 | 20,828.00 | |
| 12/25 | | 100,000 | 88765 | U S TREASURY BILL DUE 3/01/2007 | 99.166 | | 99,168.00 |
| 12/29 | 50,000 | | 97670 | U S TREASURY BILL DUE 3/29/2007 | 98.780 | 49,390.00 | |
| | | | | 3/29/2007 | | | |
| | 20,828 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 3/29/2007 | MKT PRICE 1 | | .67 |
| | 50,000 | | | U S TREASURY BILL DUE 4/5/2007 | 98.780 | | |
| | 50,000 | | | U S TREASURY BILL DUE 4/05/2007 | 98.682 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 119,559.00 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BRUCE GRAYSON, PTNR ABS INV
C/O GRAYSON COMMUNICATIONS GRP
5340 CEDAR LAKE ROAD
MINNEAPOLIS     MN    55416

TRN

YOUR ACCOUNT NUMBER: 1-G0068-3-0
PERIOD ENDING: 12/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 61-1658040
PAGE: 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 12/30 | | 25,000 | U S TREASURY BILL DUE 4/13/2006 4/13/2006 | 98.824 | | 24,706.00 |
| 12/30 | 50,000 | | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | 49,244.50 | |
| 12/30 | 50,000 | | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | 49,202.50 | |
| | | | NEW BALANCE | | | .02 |
| | | | SECURITY POSITIONS | | | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 8,771 | | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | | |
| | 50,000 | | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | | |
| | 50,000 | | MARKET VALUE OF SECURITIES LONG 107,218.00 | | | |
| | | | MARKET VALUE OF SECURITIES SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES