71 Brandy Lane
Lake Grove NY 11755
November 16, 2009
In reply to: Bankruptcy Case No. 08-1789 (BRL)

RECEIVED
NOV 18 2009
U.S. BANKRUPTCY COURT, SDNY

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

To Whom It May Concern:

In reference to your notifications regarding Accounts 1RU010 (Claim Number 2337) and 1RU015 (Claim Number 2338) I submit the following response. I reserve the right to seek advice from council or an audience with the Bankruptcy Judge Burton R. Lifland pending the complete results of remaining accounts. The receipt of an unexpected notification indicating a window of 30 days to research and review data starting as far back as 15 years is unreasonable.

Thank you,

Anthony Fusco

cc:    Irving H. Picard, Trustee
       C/O Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111