```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
SECURITIES INVESTOR PROTECTION
   CORPORATION,

                    Plaintiff,    Adv.Pro.No. 08-01789 (BRL)
v.

BERNARD L. MADOFF INVESTMENT      SIPA Liquidation
   SECURITIES, LLC,

                    Defendant.    (Substantively Consolidated)
-------------------------------x
In re

BERNARD L. MADOFF INVESTMENT
   SECURITIES, LLC,

                    Debtor.
-------------------------------x
```

**CERTIFICATE OF SERVICE OF OBJECTION TO TRUSTEE'S
DETERMINATION OF CLAIM OF SHIRLEY SCHUSTACK CONRAD**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

On the 18th day of November, 2009, I served the Objection to Trustee's Determination of Claim of Shirley Schustack Conrad by regular first-class mail by depositing a true copy of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York upon:

                        David J. Sheehan, Esq.
                        Baker & Hostetler LLP
                        45 Rockefeller Plaza

New York, NY 10111


Dated: New York, New York
       November 18, 2009

                                        /s/ Nancy L. Kourland
                                        Nancy L. Kourland