RECEIVED
NOV 18 2009
U.S. BANKRUPTCY COURT, SDNY

**Certified Mail**

November 16, 2009

Clerk of the US Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Elaine Schmutter**
**Case No.: 08-1789 (BRL)**
**BLMIS Account NO: 1ZA772**
**Claim No.: 013295**

The above-referenced claimant hereby files this "protective" opposition to the determination concerning the above referenced matter dated October 19, 2009 should additional documentation be discovered, indentified and forthcoming.

Moreover, claimant does not waive any of her rights should any court order determine that the Trustee's interpretation of "net equity" is invalid.

**cc:** Irving H. Picard, Trustee
c/o Baker & Hostettler, LLP
45 Rockefeller Plaza
New York, NY 10111

Weiser

Weiser LLP
Certified Public Accountants
D. SCHMUTTER
135 West 50th Street
New York, NY 10020-1299




NOV 18 2009




Clerk of the US Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

1000481400 C035