MARVIN KATKIN (IRA)
2808 MALLARD AVENUE
OCEANSIDE, NY 11572

November 12, 2009
RE: Bankruptcy Case No. 08-1789 (BRL)
Claim Number 010699 and Claim Number 180191

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED
NOV 18 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Judge Burton R. Lifland
Your Honor,

My name is Marvin Katkin and I have been investing with Madoff since 1992. I had all my savings with Madoff, one in an IRA account and one in a regular brokerage account. This letter is about my IRA account.

I disagree whole heartedly with the position Mr Picard, the Trustee has taken to determine the basis of all claims on a "Net Equity" basis

The reason behind my claim is as follows.

① As a lay person I have always believed that monies deposited in a bank were insured against loss by the FDIC (Federal Deposit Insurance Corp)

② Likewise, as a lay person I understood that

MONIES INVESTED WITH A LEGITIMATE WALL STREET BROKERAGE FIRM WAS INSURED AGAINST FRAUD BY SIPC (SECURITIES INVESTOR PROTECTIVE CORP). MADOFF WAS A LEGITIMATE BROKERAGE BUSINESS, AND THEREFORE I SHOULD BE COVERED FOR MY LOSSES.

TO SUBSTANTIATE THE TRANSACTIONS BY MADOFF I RECEIVED MONTHLY STATEMENTS AND BUY & SELL SLIPS FOR EACH & EVERY TRANSACTION. I HAVE ATTACHED COPIES OF SAME FOR YOUR VIEWING.
BASED ON THESE DOCUMENTS IT INDICATED TO ME THAT THESE WERE LEGITIMATE BROKERAGE TRANSACTIONS AND I ALWAYS BELIEVED I WOULD BE COVERED BY SIPC INSURANCE.

IT IS HIGHLY UNFAIR FOR MR. PICARD TO ATTEMPT TO CHANGE THE LONG STANDING POLICY OF SIPC TO PROTECT INVESTORS IN LEGITIMATE WALL STREET BROKERAGE BUSINESS. ALSO I INVESTED DIRECTLY WITH MADOFF AND NOT THRU A FEEDER FUND. THIS FURTHER SUBSTANTIATES SIPC RESPONSIBILITY TO INSURE ME AGAINST LOSSES.

YOUR HONOR, BETWEEN THE AUDITING BY THE SEC, AND MY RECIEVING ALL THIS DOCUMENTATION FROM MADOFF AND FISERV (NTC & CO), HOW COULD I KNOW A FRAUD WAS TAKING PLACE.

(OVER)

IT WAS THE LEGAL RESPONSIBILITY OF FISERV (NTC&CO) TRUSTEE FOR THE IRA TO PROTECT MY IRA ACCOUNT.

MOST IMPORTANT YOUR HONOR. I TURNED 70 YEARS OLD ON MARCH 16, 2001. BY LAW I WAS REQUIRED TO TAKE MONIES OUT OF THE IRA ACCOUNT. I SHOULD NOT BE PENALIZED FOR WITHDRAWING THIS MONEY FROM THE MADOFF ACCOUNT. I FOLLOWED THE RULES.

BASED ON THE ARGUMENTS PRESENTED ABOVE I BELIEVE THAT MY ACCOUNT SHOULD BE INSURED BY SIPC AND BE BASED ON MY LAST INCLUDED STATEMENT DATED NOVEMBER 30, 2008.

I AM 78 YEARS OLD AND ALL MY ASSETS WERE INVESTED WITH MADOFF (BOTH IRA ACCOUNT & REGULAR ACCOUNT) I WOULD APPRECIATE A POSITIVE DECISION TO MY CLAIM.

I WOULD LIKE TO PRESENT MY POSITION TO YOU PERSONALLY AT A HEARING.

THANK YOU

MARVIN KATKIN

ATTACHMENTS:
1. MONTH END BROKERAGE STATEMENT 11/30/08
2. YEAR END BROKERAGE STATEMENT 12/31/06
3. YEAR END BROKERAGE STATEMENT 12/31/01
4. COPIES OF TYPICAL BUY & SELL SLIPS RECEIVED OVER THE YEARS FROM MADOFF BROKERAGE BUSINESS

CC: IRVING H. PICARD TRUSTEE



Marvin Katkin
2808 Willard Ave.
Oceanside, NY 11572-1217

7009 1680 0002 1477 9720

FIRST CLASS

CLERK OF THE UNITED STATES BANKRUPTCY
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004