November 13, 2009

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111



Dear Mr. Picard,

I am writing to you today in response to your "Notice of Trustee's Determination of Claim" dated October 19, 2009.

I do not have the financial resources to hire an attorney. I have attached the "Memorandum of Law of Sterling Equities Associates and Certain Affiliates Regarding Net Equity and Avoidance filed by Karen E. Wagner on behalf of Sterling Equities Associates. (Wagner, Karen) (Entered: 11/12/2009)" taken from www.madofftrustee.com website. I believe that this memorandum adequately represents my position with regards to your findings.

Additional facts that pertain specifically to my accounts held at Bernard Madoff are as follows:

1. The securities and cash held in these accounts were inherited by me from the estates of first, my mother, Claire Siskind, who passed away in 2003, and then from my father, Barry Siskind, who passed away in 2005. I do not have any direct knowledge of when their accounts were first opened, how they were initially funded, what monies were deposited or withdrawn during the time they held their account(s). Your letter to me denies my claim without any facts or evidence to substantiate your position regarding the value of securities and cash I received as a beneficiary of their respective wills.
2. I held two accounts; your letter does not reference my claims pertaining to the second account. I assume that a determination letter is forthcoming.
3. I made deposits to my accounts both through forwarding checks to Frank Dipascali and his assistant Erin Reardon and by transferring funds between the two accounts. The last deposit I made I believe was in either October or November of 2008. Granted, these deposits were not large, but they did represent my belief that the accounts and by extension the securities and cash held within them, and the returns generated on these account, held at Bernard Madoff Securities were in fact "real".
4. At the time of my father's death in 2005 his estate paid substantial estate taxes on the value of the accounts held in his name with Bernard Madoff Securities and the funds to pay these taxes came from a source outside of these accounts. If the trustee believed the investments to be anything other than "real" I do not believe that he would have filed an estate tax return declaring their value and have used monies held in investments outside of Bernard Madoff Securities to pay the taxes due at that time.

Since the events of December 11th, 2008 I have been forced to close my business and sell my home. Your letter infers that I may be subject to a "claw back" for the monies I withdrew from the account referenced in the attached letter. I would assume that when I receive your determination letter regarding my second account the tone and tenor will be the same and that my reply will be the same.

I inherited this investment, which due to financial circumstances outside of my control represented my entire net worth by the time the events of December 11, 2008 occurred. My life has been ruined and at age 52 I anticipate now having to work for the rest of my life as opposed to having some hope of retirement. My children's lives have also been deeply affected. My 14 year old daughter who just began her freshman year of high school is being forced to move from the home she was born in to a small apartment. My middle son who is in his junior year of college now works practically full time in order to pay his tuition and my oldest son, also works full time while attending graduate school in Brooklyn, living with a friend who allows him to live with him in his families home rent free. I could be an optimist and say that as long as my family is healthy then nothing else matters. But after caring for both of my parents who fell ill very close in time together, and seeing the tremendous toll both financially and emotionally such events can take, I fear everyday for my families well being.

I depended on SIPC each and every time I opened an envelope containing the trading statements I received from Bernard Madoff, which displayed the SIPC symbol. I depended on the SEC whose sole responsibility I understood to be regulating and policing investment firms such as Bernard Madoff.

The enclosed reply prepared by the attorneys for the Wilpon family and their various entities clearly outlines why your position is incorrect. That being said please know that I appreciate your efforts on my behalf to reclaim funds from active participants in the Ponzi scheme, including Bernard Madoff and his family members, Frank Dipascali and the other employees of Bernard Madoff who all were obviously participants in this illegal endeavor.

Sincerely

Jeffrey Siskind

Jeffrey Siskind
370 Chesnut Drive
Roslin, NY  11576