MARVIN KATKIN REVOCABLE TRUST
MARVIN KATKIN TRUSTEE 1/13/93
2808 WILLARD AVE
OCEANSIDE, N.Y. 11572

NOVEMBER 12, 2009

RE: BANKRUPTCY CASE NO. 08-1789 (BRL)
　CLAIM NUMBER 005149 AND CLAIM NUMBER 100130

DEAR JUDGE BURTON R. LIFLAND
YOUR HONOR;

RECEIVED NOV 18 2009 U.S. BANKRUPTCY COURT, SDNY

MY NAME IS MARVIN KATKIN I HAVE BEEN INVESTING DIRECTLY WITH BERNARD MADOFF BROKERAGE BUSINESS SINCE 1992, AND I DISAGREE WHOLE HEARTEDLY WITH THE POSITION TAKEN BY I.H. PICARD TO DETERMINE THE BASIS OF ALL CLAIMS ON A NET EQUITY BASIS. (MONEY IN MONEY OUT) THE REASONS BEHIND MY CLAIM IS AS FOLLOWS.

① AS A LAY PERSON I HAVE ALWAYS UNDERSTOOD THAT MONIES DEPOSITED IN A BANK WERE INSURED BY THE FDIC (FEDERAL DEPOSIT INSURANCE CORP) AGAINST ANY LOSSES.

② AS A LAY PERSON I HAVE ALWAYS BELIEVED AND TRUSTED THAT SIPC (SECURITIES INVESTORS PROTECTION CORP) WOULD PROTECT MY MONEY INVESTED WITH A LEGITIMATE WALL STREET BROKERAGE BUSINESS. MADOFF WAS A LEGITIMATE BROKERAGE

(OVER)

business who paid insurance premiums to SIPC so that his customers would be insured against losses due to fraud. Therefore I do not understand why SIPC is not fulfilling its obligations to Madoff customers.

To substantiate the transactions by Madoff, I received monthly statements showing the position of my account, as well as buy and sell slips whenever they occurred. (I have attached copies of same for your perusal).
These indicated to me that they were legitimate brokerage transactions. Based on these documents I always believed that I was covered by SIPC insurance.
It is highly unfair for Picard to change a long standing policy of SIPC's to protect the investor in a legitimate Wall Street brokerage business.

Your honor, between the auditing by the SEC and my receiving all this documentation (over a period of 16 years) how could I as a layman know that a fraud was taking place? Therefore I feel SIPC should protect me based upon my last included statement of November 30, 2008.

(over)

③

Your Honor, I am 78 years old and all of my assets were invested with Madoff. The impact on my life is devestating. I would appreciate a positive decision in my favor to this claim.

                Thank you
                Marvin Katkin

*Marvin Katkin*

P.S. I am requesting a hearing so that I may present my case personally to you. Thank you. MK

Schedule of documentation submitted to support SIPC insurance claim.

① Month End Brokerage Statement 11/30/08
② Year End Brokerage Statement 12/31/06
③ Year End Brokerage Statement 12/31/01
④ Copies of typical Buy+Sell slips received over the years from Madoff Brokerage Business

cc: Irving H Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111