**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2009, I caused a true copy of Dale Ellen Leff's Objection to Trustee's Determination of Claim to be filed electronically with the Court, which has been served upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff via electronic mail.

Dated: November 19, 2009
New York, New York

                                                                    Respectfully submitted,

                                                                    /s/ Marcy Ressler Harris
                                                                    Schulte Roth & Zabel LLP
                                                                    919 Third Avenue
                                                                    New York, New York  10022
                                                                    (212) 756-2000
                                                                    marcy.harris@srz.com

1