**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## CERTIFICATE OF SERVICE

        I hereby certify that on November 18, 2009, I caused a true copy of JA Special Limited Partnership's Objection to Trustee's Determination of Claim to be filed electronically with the Court, which has been served upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff via electronic mail.

Dated: November 19, 2009
New York, New York

        Respectfully submitted,

        /s/ Marcy Ressler Harris
        Schulte Roth & Zabel LLP
        919 Third Avenue
        New York, New York  10022
        (212) 756-2000
        marcy.harris@srz.com