Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq. (SS 4225)

*Attorneys for Sylvia Samuels*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

            Plaintiff-Applicant,         Adv. Pro. No. 08-01789 (BRL)

    v.                                    SIPA Liquidation

BERNARD L. MADOFF INVESTMENT        (Substantively Consolidated)
SECURITIES LLC,

            Defendant.
---------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

            Debtor.
---------------------------------------------------------------X

**STATE OF NEW YORK** )
                           ) **ss.:**
**COUNTY OF NASSAU** )

       **JOYCE L. ROSSMAN**, being duly sworn, deposes and says:

       Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP, 300 Garden City Plaza, Garden City, New York.

       On November 18, 2009, deponent served the **SYLVIA SAMUELS' OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM** upon the attorney listed below, at the address listed below, said address being designated for that purpose, via Federal Express,

by depositing a true copy of same enclosed in a properly addressed wrapper, in an official

Federal Express depository, located at 300 Garden City Plaza, Garden City, New York 11530:

    Irving H. Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111

                                                  s/ Joyce L. Rossman
                                                  **JOYCE L. ROSSMAN**

Sworn to before me this
18th day of November, 2009.

s/ Judith Melnick
**JUDITH MELNICK**
Notary Public, State of New York
No. 4797434
Qualified in Nassau County
Commission Expires: February 28, 2010

D678015/F#53602