**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie
Janice B. Grubin
Jill Makower

    and

**MANSFIELD TANICK & COHEN P.A.**
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55403-1409
(612) 339-4295
Earl Cohen

    and

**PARKER & WENNER, P.A.**
220 South 6th Street
1700 US Bank Plaza
Minneapolis, MN 55402
(612) 355-2201
Boris Parker

**Counsel for ABG Partners** and
**The Graybow Group, Inc. f/k/a Graybow**
**Communications Group, Inc., Claimants**

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES INVESTOR PROTECTION    :    Adv. Pro. No.: 08-01789 (BRL)
CORPORATION,
                        Plaintiff,    :    SIPA Liquidation

    -against-    :    (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT    :
SECURITIES, LLC.,
                                  :
                        Defendant.
------------------------------------------x
In re:    :

BERNARD L. MADOFF,    :

                        Debtor.    :
------------------------------------------x

251352 v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss:
COUNTY OF NEW YORK         )

     SHEREE NOBLES, being duly sworn, deposes and states:  I am not a party to this proceeding, am over 18 years of age and reside in Bronx County, New York.

     On November 18, 2009, I caused to be served a true copy of (1) **ABG Partners' And The Graybow Group, Inc.'s (I) Objection To Trustee's Determination Of Claim And (Ii) Cross-Motion For Entry Of Order For Authority To Amend Claim To Identify Multiple Customers And Their Deposits Or, Alternatively, To Permit Filing Of Late Claim** and (2) **Affidavit Of Bruce Graybow In Support Of ABG Partners' And The Graybow Group, Inc.'s (I) Objection To Trustee's Determination Of Claim And (II) Cross-Motion For Entry Of Order For Authority To Amend Claim To Identify Multiple Customers Or, Alternatively, To Permit Filing Of Late Claim** via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee as indicated below and by automatic ECF notice to those parties receiving ECF in the above captioned case:

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Iriving H. Picard, Esq.
David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011

                                        s/ Sheree Nobles
                                        Sheree Nobles

Sworn to before me this <u>19th</u>
day of November, 2009

s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 4716132
Qualified in Richmond County
Commission Expires January 31, 2011

251352 v1                                        2