Mark W. Smith (MS-6177)
Timothy A. Valliere (TV-1198)
**SMITH VALLIERE PLLC**
509 Madison Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 755-5200
Facsimile: (212) 755-5203
*ATTORNEYS FOR SHANA D. MADOFF*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>PETER B. MADOFF, MARK D. MADOFF, ANDREW H. MADOFF, and SHANA D. MADOFF,<br><br>Defendants. | Adv. Pro. No. 1: 09-ap-1503 (BRL) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Smith Valliere PLLC ("Smith Valliere") hereby enters its appearance in the above-captioned adversary proceeding on behalf of Shana D. Madoff, a defendant in this proceeding.

Smith Valliere requests that all notices given or required to be given in this adversary proceeding and in any cases consolidated herewith, and all papers served or required to be served in this adversary proceeding or any cases consolidated herewith, be given to and served upon its attorneys of record:

> Mark W. Smith, Esq.
> Timothy A. Valliere, Esq.
> Smith Valliere PLLC
> 509 Madison Avenue, 15th Floor
> New York, NY  10022
> Telephone: (212) 755-5200
> Facsimile: (212) 755-5203
> msmith@svlaw.com
> tvalliere@svlaw.com

This request includes, but is not limited to, all notices, copies and pleadings referred to in Rule 2002, Part VII or Rule 9007 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, plans, disclosure statements or notices of hearing thereon, or any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone telecopier, fax or otherwise, which affect or

seek to affect the above cases.

Dated: November 19, 2009
       New York, New York

Respectfully submitted,

*[signature]*

Mark W. Smith (MS-6177)
Timothy A. Valliere (TV-1198)
Smith Valliere PLLC
509 Madison Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 755-5200
Facsimile: (212) 755-5203
msmith@svlaw.com
tvalliere@svlaw.com

3

# CERTIFICATE OF SERVICE

I, Mark W. Smith, have caused to be served the foregoing Notice of Appearance and Request for Service, Dated November 19, 2009, on the following parties via first class mail on November 19, 2009.

Baker & Hostetler LLP
Attn: David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111

*Attorney for Irving H. Picard, Esq.,*
*Trustee for the Substantively*
*Consolidated SIPA Liquidation*
*of Bernard L/ Madoff Investment*
*Securities LLC and Bernard L. Madoff*

Charles T. Spada, Esq.
Lankler Siffert & Wohl LLP
500 5th Avenue, 33rd Floor
New York, New York 10110-3398

*Attorneys for Peter B. Madoff*

Martin Flumenbaum, Esq.
Stephen J. Shimshak, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

*Attorneys for Mark D. Madoff*
*and Andrew H. Madoff*

/s/ MW Smith