SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

*Attorneys for Carl J. Shapiro
and Associated Entities (listed on Appendix A)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
SECURITIES INVESTOR
PROTECTION CORPORATION,

      Plaintiff-Appellant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.
-----------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

      Debtor.
-----------------------------------------------------------------x

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

**<u>NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF
NOTICES</u>**

    PLEASE TAKE NOTICE that Shearman & Sterling LLP hereby appears in the above-captioned case as counsel to the persons and entities set forth in Appendix A below. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Shearman & Sterling LLP requests that all notices given or required to be given in this

case, and all papers served or required to be served in this case, be given and served upon the following persons at the addresses and numbers set forth below:

    Stephen Fishbein
    James L. Garrity Jr.
    Richard F. Schwed

    SHEARMAN & STERLING LLP
    599 Lexington Avenue
    New York, NY 10022-6069
    Telephone:    (212) 848-4000
    Facsimile:    (212) 848-7179

    E-mails:  sfishbein@shearman.com
              jgarrity@shearman.com
              rschwed@shearman.com

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

    This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over any of the persons or entities set forth in Appendix A. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of the substantive or procedural rights of the persons and entities set forth in Appendix A, including without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) the right to trial by jury in any proceeding so triable or in any case, controversy, or proceeding related hereto, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights,

claims, actions, defenses, setoffs, or recoupments to which the persons and entities set forth in

Appendix A are or may be entitled, in law or equity, all of which rights, claims, actions, setoffs,

and recoupments are expressly reserved.

Dated:  New York, New York
        November 20, 2009

                          SHEARMAN & STERLING LLP

                          By:  /s/ Stephen Fishbein
                                Stephen Fishbein
                                Richard F. Schwed
                                James L. Garrity Jr.

                          599 Lexington Avenue
                          New York, NY 10022-6069
                          Telephone:  (212) 848-4000
                          Facsimile:   (212) 848-7179
                          sfishbein@shearman.com

                          *Attorneys for Carl J. Shapiro*
                          *and Associated Entities (listed on*
                          *Appendix A)*

# APPENDIX A

Andrew Jaffe Trust U/D/T DTD 5/12/75 As Amended
Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As Amended; Carl Shapiro Trust U/D/T 4/9/03
Carl Shapiro and Ruth Shapiro Family Foundation
Ellen Jaffe Trust U/D/T DTD 5/8/03 As Amended
Jaffe Family 2004 Irrevocable Trust; Jaffe GC-1 LLC
Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Amended
Jennifer Segal Herman 1985 Trust Dated 4/16/84
Jonathan M. Segal Trust U/D/T DTD 12/1/70
Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended
Jonathan M. Segal 2007 Trust; Kimberly Strauss 1988 Trust
Kimberly Strauss 2006 Irrevocable Trust
L Shapiro Family Trust
Linda Shapiro Family Trust Dated 12/03/76
Linda Shapiro Waintrup 1992 Trust
LSW 2006 Irrevocable Trust
Michael S. Jaffe Trust U/D/T 9/25/71 As Amended
Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Michael S. Jaffe 2007 Trust
Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As Amended
RSZ-JSH Partnership
Ruth Shapiro Trust U/D/T 4/9/03
Samantha Strauss 1985 Trust
Samantha L. Strauss 2003 Irrevocable Trust
Shapiro Family CLAT Joint Venture
Shapiro Family Ltd. Partnership
Shapiro GGC-1 LLC
Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended
Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Steven C. Jaffe 2007 Trust