# Yolanda Greer

10/24/09

To:
Clerk of the US Bankruptcy Court
for the Southern District of NY
One Bowling Green
New York, NY 10004
          &
Irving H. Picard Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011



Gentlemen:

I wish to respond to the trustee's position in establishing investor losses in the Bernard Madoff case. If Mr. Picard's argument is allowed to be followed, in effect, it will be an end to SIPC protection for investors. This *has* to be considered a disastrous situation for the individual, <u>directly contrary to Congress' intent to protect innocent investors and to promote confidence in markets</u>. It should be considered no better than if the FDIC refused to pay innocent depositors because it turns out that their banks were insolvent and were defrauding them all along. SIPC has refused to pay people who honestly believed they had earned money in their accounts and who withdrew earnings, and SIPC has based its refusal on the fact that the earnings were fake, just as the monies credited to and/or withdrawn from what turned out to be a fraudulent bank turned out to be fake. It is my opinion that the trustees position has been taken due to the fact that SIPC does not have the funds accumulated to be able to pay these claims. The banks and/or Congress need to fund SIPC in order to cover our losses.

All of Mr. Picard's arguments ignore the responsibility for this fraud by the SEC. As far back as 1999, Mr. Harry Markopolos was warning the SEC that the earnings being shown by Mr. Madoff were mathematically impossible. Goldman Sachs as well as many other firms were refusing to do business with Madoff. They smelled a rat and so should have the SEC. Earlier investigations date back to 1992. Nothing resulted from these so called investigations and nothing was done to warn the public. My investments grew from $190M in 1992 to over $750M when Madoff collapsed. The SEC did not carry out their sworn duties to protect investors and me, and so many others, lost everything. We had a legitimate belief, based on our monthly statement, that securities were being bought and sold on our behalf. Evidently so did the SEC. To now say that we are not entitled to protection under SIPC is a gross miscarriage of justice.

I believe that the value of my account is that which was listed on my Nov. 30th, 2008 statement. Mr. Picard's argument, that all monies withdrawn are simply a return of capital ignores the time honored concept, that money is invested to gain a return. Using the trustees chart of my investments from Dec. 1992 to the present, and using an interest return of only 4%, my investments would have earned approximately $200,000. Another consequence of this concept is that my earning going back beyond 1992 were reported as INCOME to the IRS and I paid taxes on all of this. If taken properly into

9486 Lantern Bay Circle • West Palm Beach, FL 33411 • 561.656.1673

# Yolanda Greer

Page 2

consideration, this would have significantly reduced the true value of my withdrawals. The trustee has referred to my claim a $23,446. This only represents the Money Market in my account. The total amount of the claim is $777,000 as stated on page 2 of my claim.

Lastly, even if the court accepts the trustee's concept, it ignores that $270M was invested beginning 1/1/2007, and that these funds only were partially returned by the withdrawals after that date. I am enclosing a work sheet which establishes how much of these earnings can be attributed to the $270,000 investments. I still feel that the $500M coverage should apply. However, at the least, the coverage of the $270,000 reduced by the proportionate amount of $33,500 for a net of $236,500, should be covered by SPIC.

Thank you for your consideration.

Sincerely,

Yolanda Greer
Acct # 1-ZA306-3-0

## Table 1
### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 12/8/1992 | CHECK | $170,000.00 |
| 12/31/1992 | CHECK | $20,000.00 |
| 5/9/1994 | CHECK | $60,000.00 |
| 1/10/1996 | CHECK | $10,000.00 |
| 1/29/1996 | CHECK | $15,000.00 |
| 9/16/1996 | CHECK | $75,000.00 |
| 7/20/1998 | CHECK | $16,000.00 |
| 12/10/1999 | CHECK | $50,000.00 |
| 12/5/2001 | CHECK | $60,000.00 |
| 5/28/2002 | CHECK | $200,000.00 |
| 8/19/2003 | CHECK | $13,000.00 |
| 9/16/2003 | CHECK | $25,000.00 |
| 11/20/2006 | CHECK | $15,000.00 |
| 1/18/2007 | CHECK | $25,000.00 |
| 7/24/2007 | CHECK WIRE | $250,000.00 |
| 7/18/2008 | CHECK | $32,000.00 |
| 7/23/2008 | RETURNED CHECK | ($32,000.00) |
| 7/29/2008 | CHECK | $32,000.00 |
| 7/31/2008 | CHECK | $32,000.00 |
| 8/5/2008 | CHECK RETURNED | ($32,000.00) |
| 10/16/2008 | CHECK | $17,000.00 |
| **Total Deposits:** | | $1,053,000.00 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 1/14/1994 | CHECK | ($31,133.93) |
| 4/13/1994 | CHECK | ($9,555.35) |
| 7/14/1994 | CHECK | ($6,513.14) |
| 10/13/1994 | CHECK | ($8,366.87) |
| 1/13/1995 | CHECK | ($7,660.34) |
| 4/13/1995 | CHECK | ($9,862.35) |
| 7/14/1995 | CHECK | ($12,055.66) |
| 10/16/1995 | CHECK | ($8,625.92) |
| 1/12/1996 | CHECK | ($9,747.04) |
| 4/12/1996 | CHECK | ($10,486.51) |
| 7/12/1996 | CHECK | ($9,939.06) |
| 10/11/1996 | CHECK | ($11,352.04) |
| 1/13/1997 | CHECK | ($15,864.50) |
| 4/10/1997 | CHECK | ($17,453.78) |
| 7/11/1997 | CHECK | ($22,208.41) |

| | | |
|---|---|---|
| 10/10/1997 | CHECK | ($10,986.54) |
| 1/13/1998 | CHECK | ($11,902.55) |
| 4/8/1998 | CHECK | ($17,546.74) |
| 7/9/1998 | CHECK | ($17,187.89) |
| 10/9/1998 | CHECK | ($9,639.53) |
| 1/13/1999 | CHECK | ($18,733.29) |
| 4/13/1999 | CHECK | ($17,433.41) |
| 7/8/1999 | CHECK | ($24,224.67) |
| 10/8/1999 | CHECK | ($11,709.11) |
| 1/6/2000 | CHECK | ($14,670.84) |
| 4/7/2000 | CHECK | ($21,871.77) |
| 7/7/2000 | CHECK | ($13,057.08) |
| 10/11/2000 | CHECK | ($9,328.08) |
| 1/10/2001 | CHECK | ($8,145.71) |
| 4/6/2001 | CHECK | ($19,433.12) |
| 7/9/2001 | CHECK | ($12,383.51) |
| 10/9/2001 | CHECK | ($9,510.19) |
| 10/29/2001 | STOP PAYMENT | $9,510.19 |
| 10/30/2001 | CHECK | ($9,510.19) |
| 1/11/2002 | CHECK | ($14,825.19) |
| 4/10/2002 | CHECK | ($5,822.02) |
| 7/8/2002 | CHECK | ($21,426.86) |
| 8/23/2002 | CHECK | ($200,000.00) |
| 10/7/2002 | CHECK | ($37,363.10) |
| 1/10/2003 | CHECK | ($9,081.79) |
| 4/9/2003 | CHECK | ($9,917.32) |
| 7/8/2003 | CHECK | ($13,490.05) |
| 10/9/2003 | CHECK | ($16,242.78) |
| 1/8/2004 | CHECK | ($6,938.15) |
| 4/8/2004 | CHECK | ($10,815.22) |
| 7/7/2004 | CHECK | ($16,411.92) |
| 7/19/2004 | CHECK | ($50,000.00) |
| 10/7/2004 | CHECK | ($11,797.36) |
| 1/7/2005 | CHECK | ($9,368.61) |
| 4/7/2005 | CHECK | ($9,584.26) |
| 7/7/2005 | CHECK | ($10,201.04) |
| 10/7/2005 | CHECK | ($9,267.92) |
| 1/9/2006 | CHECK | ($14,709.77) |
| 4/7/2006 | CHECK | ($11,058.54) |
| 7/10/2006 | CHECK | ($12,263.09) |
| 10/6/2006 | CHECK | ($23,101.15) |
| 1/8/2007 | CHECK | ($12,269.07) |
| 4/4/2007 | CHECK | ($11,151.48) |
| 7/6/2007 | CHECK | ($14,701.65) |
| 10/4/2007 | CHECK | ($22,810.34) |
| 1/8/2008 | CHECK | ($19,847.38) |
| 2/25/2008 | CHECK | ($54,000.00) |
| 4/7/2008 | CHECK | ($9,056.78) |

| | | |
|---|---|---:|
| 7/7/2008 | CHECK | ($37,975.39) |
| 10/6/2008 | CHECK | ($10,881.27) |
| **Total Withdrawals:** | | ($1,154,968.43) |
| | | |
| **Total deposits less withdrawals:** | | ($101,968.43) |

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**[1]

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

October 19, 2009

Yolanda Greer Trust U/A 9/1/93
Yolanda Greer, Ttee
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Dear Yolanda Greer:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1ZA306 designated as Claim Number 000049:

Your claim for a credit balance of $22,346.00 and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $1,154,968.43), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,053,000.00). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.



---

1 Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($101,968.43) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 19, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

PLEASE RETURN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Interna

12 F
Mayfair, Lon
Tel

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TTEE

9486 LANTERN BAY CIRCLE
WEST PALM BEACH          FL    33411

YOUR ACCOUNT NUMBER: 1-ZA306-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8828

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | A |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 43,982.07 | |
| 11/12 | 672 | | 908 | WELLS FARGO & CO NEW | 29.800 | 20,051.60 | |
| 11/12 | 480 | | 1410 | HEWLETT PACKARD CO | 34.900 | 16,771.00 | |
| 11/12 | 416 | | 5234 | WAL-MART STORES INC | 55.830 | 23,241.28 | |
| 11/12 | 272 | | 5736 | INTERNATIONAL BUSINESS MACHS | 87.270 | 23,747.44 | |
| 11/12 | 1,008 | | 9560 | EXXON MOBIL CORP | 72.830 | 73,503.04 | |
| 11/12 | 1,104 | | 10062 | INTEL CORP | 14.510 | 16,063.04 | |
| 11/12 | 528 | | 14388 | JOHNSON & JOHNSON | 59.580 | 31,479.24 | |
| 11/12 | 720 | | 18713 | J.P. MORGAN CHASE & CO | 38.530 | 27,769.60 | |
| 11/12 | 384 | | 23039 | COCA COLA CO | 44.660 | 17,164.44 | |
| 11/12 | 224 | | 27365 | MCDONALDS CORP | 55.370 | 12,410.88 | |
| 11/12 | 416 | | 31691 | MERCK & CO | 28.550 | 11,892.80 | |
| 11/12 | 1,520 | | 36017 | MICROSOFT CORP | 21.810 | 33,221.20 | |
| 11/12 | 768 | | 40343 | ORACLE CORPORATION | 17.300 | 13,316.40 | |
| 11/12 | 304 | | 53321 | PEPSICO INC | 56.410 | 17,160.64 | |
| 11/12 | 176 | | 53823 | APPLE INC | 100.780 | 17,744.28 | |
| 11/12 | 1,296 | | 57647 | PFIZER INC | 16.940 | 22,005.24 | |
| 11/12 | 304 | | 58149 | ABBOTT LABORATORIES | 54.610 | 16,613.44 | |
| 11/12 | 576 | | 61973 | PROCTER & GAMBLE CO | 64.080 | 36,933.08 | |
| 11/12 | 208 | | 62475 | AMGEN INC | 59.160 | 12,313.28 | |
| 11/12 | 400 | | 66299 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 17,456.00 | |
| 11/12 | 960 | | 66801 | BANK OF AMERICA | 21.590 | 20,764.40 | |
| 11/12 | 320 | | 70625 | QUALCOMM INC | 33.770 | 10,818.40 | |
| 11/12 | 1,040 | | 71127 | CITI GROUP INC | 12.510 | 13,051.40 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Interna...

12 F
Mayfair, Lor
Tel

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TTEE
9486 LANTERN BAY CIRCLE
WEST PALM BEACH    FL    33411

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 1-ZA306-3-0 | 11/30/08 | ******8828 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | A |
|---|---|---|---|---|---|---|---|
| 11/12 | 240 | | 74951 | SCHLUMBERGER LTD | 49.480 | 11,884.20 | |
| 11/12 | 576 | | 75453 | COMCAST CORP | 16.510 | 9,532.76 | |
| | | | | CL A | | | |
| 11/12 | 1,136 | | 79277 | AT&T INC | 27 | 30,717.00 | |
| 11/12 | 288 | | 79779 | CONOCOPHILLIPS | 52.510 | 15,133.88 | |
| 11/12 | 192 | | 83603 | UNITED PARCEL SVC INC | 52.040 | 9,998.68 | |
| | | | | CLASS B | | | |
| 11/12 | 1,168 | | 84105 | CISCO SYSTEMS INC | 16.730 | 19,586.64 | |
| 11/12 | 336 | | 87929 | U S BANCORP | 29.530 | 9,935.08 | |
| 11/12 | 400 | | 88431 | CHEVRON CORP | 73.430 | 29,388.00 | |
| 11/12 | 192 | | 92255 | UNITED TECHNOLOGIES CORP | 53.160 | 10,213.72 | |
| 11/12 | 2,032 | | 92757 | GENERAL ELECTRIC CO | 19.630 | 39,969.16 | |
| 11/12 | 544 | | 96581 | VERIZON COMMUNICATIONS | 30.410 | 16,564.04 | |
| 11/12 | 48 | | 97083 | GOOGLE | 337.400 | 16,196.20 | |
| 1 | | 700,000 | 23515 | U S TREASURY BILL | 99.936 | | |
| | | | | DUE 2/12/2009 | | | |
| 2 | | | | 2/12/2009 | | | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/12/08 | | | |
| 11/12 | | 52,623 | 18618 | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 24,370 | | 27986 | FIDELITY SPARTAN | 1 | 24,370.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/08 | | | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TTEE
9486 LANTERN BAY CIRCLE
WEST PALM BEACH    FL    33411

YOUR ACCOUNT NUMBER
1-ZA305-3-0

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
**-**-**8828

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | 24,370 | 53500 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 50,000 | | 57992 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 |
| | | | 3/26/2009 | | |
| 22,346 | | 62536 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,346.00 |
| | | | NEW BALANCE | | 88,686.71 |
| | | | SECURITY POSITIONS | MKT PRICE | |
| 1,136 | | | AT&T INC | 28.560 | |
| 304 | | | ABBOTT LABORATORIES | 52.390 | |
| 208 | | | AMGEN INC | 55.540 | |
| 176 | | | APPLE INC | 92.670 | |
| 960 | | | BANK OF AMERICA | 16.250 | |
| 400 | | | CHEVRON CORP | 79.010 | |
| 1,168 | | | CISCO SYSTEMS INC | 16.540 | |
| 1,040 | | | CITI GROUP INC | 8.290 | |
| 384 | | | COCA COLA CO | 46.870 | |
| 576 | | | COMCAST CORP | 17.340 | |
| | | | CL A | | |
| 288 | | | CONOCOPHILIPS | 52.520 | |
| 1,008 | | | EXXON MOBIL CORP | 80.150 | |
| 2,032 | | | GENERAL ELECTRIC CO | 17.170 | |
| | | | CONTINUED ON PAGE 4 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Internat
121
Mayfair, Lon
Tel

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | |
|---|---|

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Interna

12 I
Mayfair, Lor
Tel

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TTEE
9486 LANTERN BAY CIRCLE
WEST PALM BEACH       FL   33411

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 1-ZA306-3-0 | 11/30/08 | ********8828 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 48 | | | GOOGLE | 292.960 | |
| 480 | | | HEWLETT PACKARD CO | 35.280 | |
| 1,104 | | | INTEL CORP | 13.800 | |
| 272 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| 720 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| 528 | | | JOHNSON & JOHNSON | 58.580 | |
| 224 | | | MCDONALDS CORP | 58.750 | |
| 416 | | | MERCK & CO | 26.720 | |
| 1,520 | | | MICROSOFT CORP | 20.220 | |
| 768 | | | ORACLE CORPORATION | 16.090 | |
| 304 | | | PEPSICO INC | 56.700 | |
| 1,296 | | | PFIZER INC | 16.430 | |
| 400 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| 576 | | | PROCTER & GAMBLE CO | 64.350 | |
| 320 | | | QUALCOMM INC | 33.570 | |
| 240 | | | SCHLUMBERGER LTD | 50.740 | |
| 22,346 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 336 | | | U S BANCORP | 26.980 | |
| 192 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | |
| 192 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | CONTINUED ON PAGE 5 | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Internu

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TEE
9486 LANTERN BAY CIRCLE
WEST PALM BEACH    FL    33411

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | A |
|---|---|---|---|---|---|---|
| 544 416 672 | | | VERIZON COMMUNICATIONS WAL-MART STORES INC WELLS FARGO & CO NEW | 32.650 55.880 28.890 | | |
| | | | MARKET VALUE OF SECURITIES LONG    777,264.14 SHORT | | | |

YOUR ACCOUNT NUMBER
1-ZA306-3-0

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
**********8828

12 I
Mayfair, Lon
Tel
PA

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YOUR ACCOUNT NUMBER
1-ZA306-3-0

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
*******8828

YOLANDA GREER TRUST
U/A 9/1/93 YOLANDA GREER TTEE
9486 LANTERN BAY CIRCLE
WEST PALM BEACH    FL    33411

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | |
| | | | DIVIDENDS | | |
| | | | GROSS PROCEEDS FROM SALES | | |

Madoff Securities Interna
12 F
Mayfair, Lon
Tel

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Sender: Please print your name, address, and ZIP + 4® in this box.**

JACK GREER
9486 LANTERN BAY CIRCLE
WEST PALM BCH, FL 33411

**Sender: Complete this section**

1. Complete item 2.
2. Print your name and address on the reverse so that we can return the card to you.
3. Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Number

7180 5401 4370 4402 8800

2. Article Addressed to
IRVING PICARD
MADOFF TRUSTIE
CLAIMS PROCESSING
2100 McKINNEY AVE
SUIT 80
WASHINGTON, DC 7 5201

3. Service Type
CERTIFIED MAIL

4. Restricted Delivery? *(Extra fee)*

**Complete this section upon Delivery:**

A. Received by *(Printed name)*    B. Date of Delivery

C. Signature

☐ Agent
☐ Addressee

D. Is delivery address different from item 2?
If YES, enter delivery address below ☐ Yes
☐ No

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

Name of Customer: YOLANDA GREER
Mailing Address: 9486 LANTERN BAY CIRCLE
City: WEST PALM BCH  State: FL  Zip: 33411
Account No.: 1-ZA306-3-0
Taxpayer I.D. Number (Social Security No.): ~~████~~ 8828

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a.  The Broker owes me a Credit (Cr.) Balance of    $ 28346

    b.  I owe the Broker a Debit (Dr.) Balance of    $_____

    c.  If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.    $_____
                                    2234

    d.  If balance is zero, insert "None."

502180406

1

2.     Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | ✓ | |
| b.   I owe the Broker securities | | |
| c.   If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| SEE ATTACHED | 11/30/08 STATEMENT | $7.55M | |
| | | | |
| | | | |
| TOTAL CLAIM | | $7.77M | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:**  **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _JACK  F.  GREER_
_9486  LANTERN  BAY  CIRCLE,  WEST  PALM. BCH_
_FLORIDA,  33411_

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___1/4/09___   Signature _____

Date ___1/4/09___   Signature ___Jack F. Green___

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

502180406

| | Table 1 | | |
|---|---|---|---|
| | DEPOSITS | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** | **ADJUSTED AMOUNT** |
| 1/4/1993 | TRANS FROM E& M 4 | $138,251.76 | $115,000.00 |
| 11/3/1995 | CHECK | $200,000.00 | $200,000.00 |
| 3/7/2000 | CHECK | $25,000.00 | $25,000.00 |
| 3/13/2000 | CHECK | $24,000.00 | $24,000.00 |
| 6/20/2000 | CHECK | $30,000.00 | $30,000.00 |
| 8/21/2000 | CHECK | $50,000.00 | $50,000.00 |
| 11/30/2000 | CHECK WIRE | $1,214,941.20 | $1,214,941.20 |
| 11/30/2000 | CANCEL C & S 11/30/00 | ($1,214,941.20) | ($1,214,941.20) |
| 12/4/2001 | CHECK | $15,000.00 | $15,000.00 |
| 1/18/2002 | CHECK | $234,356.00 | $234,356.00 |
| 2/1/2002 | CHECK | $7,500.00 | $7,500.00 |
| 3/7/2002 | CHECK | $7,500.00 | $7,500.00 |
| 3/26/2002 | CHECK | $5,000.00 | $5,000.00 |
| 4/11/2002 | CHECK | $7,500.00 | $7,500.00 |
| 5/6/2002 | CHECK | $10,000.00 | $10,000.00 |
| 6/7/2002 | CHECK | $10,000.00 | $10,000.00 |
| 7/2/2002 | CHECK | $10,000.00 | $10,000.00 |
| 8/2/2002 | CHECK | $10,000.00 | $10,000.00 |
| 8/29/2002 | CHECK | $10,000.00 | $10,000.00 |
| 10/4/2002 | CHECK | $10,000.00 | $10,000.00 |
| 11/5/2002 | CHECK | $10,000.00 | $10,000.00 |
| 12/6/2002 | CHECK | $10,000.00 | $10,000.00 |
| 1/14/2003 | CHECK | $10,000.00 | $10,000.00 |
| 2/6/2003 | CHECK | $10,000.00 | $10,000.00 |
| 3/4/2003 | CHECK | $10,000.00 | $10,000.00 |
| 4/8/2003 | CHECK | $10,000.00 | $10,000.00 |
| 4/11/2003 | CHECK | $30,000.00 | $30,000.00 |
| 5/2/2003 | CHECK | $10,000.00 | $10,000.00 |
| 6/4/2003 | CHECK | $10,000.00 | $10,000.00 |
| 7/3/2003 | CHECK | $10,000.00 | $10,000.00 |
| 8/4/2003 | CHECK | $10,000.00 | $10,000.00 |
| 9/5/2003 | CHECK | $10,000.00 | $10,000.00 |
| 10/2/2003 | CHECK | $10,000.00 | $10,000.00 |
| 11/6/2003 | CHECK | $10,000.00 | $10,000.00 |
| 12/2/2003 | CHECK | $70,000.00 | $70,000.00 |
| 12/2/2003 | CHECK | $10,000.00 | $10,000.00 |
| 1/6/2004 | CHECK | $20,000.00 | $20,000.00 |
| 1/6/2004 | CHECK | $10,000.00 | $10,000.00 |
| 1/14/2004 | CHECK | $11,000.00 | $11,000.00 |
| 2/2/2004 | CHECK | $20,000.00 | $20,000.00 |
| 2/5/2004 | CHECK | $10,000.00 | $10,000.00 |
| 3/4/2004 | CHECK | $10,000.00 | $10,000.00 |
| 3/4/2004 | CHECK | $4,000.00 | $4,000.00 |

claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order.  Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:**  If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after October 13, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:**  If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:**  If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date.  Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:**  You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York  10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

_Irving H. Picard_

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

| Value of Investments | Value added | | | | |
|---|---|---|---|---|---|
| Value as of: | | | | | |
| 1/7/2007 | | $ 490,000 | | | |
| 1/18/2007 | $ 25,000 | $ 515,000 | | | |
| 7/24/2007 | $ 250,000 | $ 765,000 | | | |
| 2/25/2008 | $ (54,000) | $ 711,000 | | | |
| 7/24/2008 | $ 32,000 | $ 743,000 | | | |
| 10/16/2008 | $ 17,000 | $ 760,000 | | | |
| | $ 270,000 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| % of Dividends to Capital Value | | | | | % used |
| Date | Value Invested | Capital | % of dividend | | |
| 4/8/2007 | $ 25,000 | $ 515,000 | 4.8540% | * | |
| 7/24/2007 | $ 275,000 | $ 765,000 | 35.94800% | ** | |
| 2/25/2008 | $ 221,000 | $ 711,000 | 31.08300% | *** | |
| 7/24/2008 | $ 254,000 | $ 743,000 | 34.1860% | **** | |
| | | | | | |
| | | | | | |
| | | | | | |
| Dividend as of: | amount | % | apportioned $ | % used | |
| 4/8/2007 | $ 11,155.00 | 4.85400% | $ 541 | * | |
| 7/9/2007 | $ 14,702.00 | 4.85400% | $ 714 | * | |
| 10/7/2007 | $ 22,810.00 | 35.94800% | $ 8,200 | ** | |
| 1/10/2008 | $ 19,847.00 | 35.94800% | $ 7,135 | ** | |
| 4/9/2008 | $ 9,057.00 | 31.08300% | $ 2,815 | *** | |
| 7/7/2008 | $ 37,975.00 | 31.08300% | $ 10,375 | *** | |
| 10/6/2008 | $ 10,881.00 | 34.18600% | $ 3,720 | **** | |
| | | | $ 33,500 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Invested since 1/2007 | | % of dividends | Net $ | | |
| $ 270,000 | | $ 33,500 | $ 236,500 | | |