**Gaston Alciatore**
**P.O. Box 7927**
**Aspen, CO 81612**
**Phone 970-920-4215**
**Fax 970-920-9360**

November 15, 2009



Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Notice of Trustee Determination of Claim, Bankruptcy Case No. 08-1789 BRL

Dear Sir::

I oppose your determination of 'denied' on my SIPA claim for the following reasons.

First there is currently a lawsuit in progress to determine if reaching back to the beginning of our association with Cohmad or Madoff and netting in and out is the proper way to determine the amount of our claim. We feel the ending balance is the proper claim amount. Our claim should remain open at least until this case is determined.

Second we feel that the gains from Cohmad for the last eighteen years, in our case, should be considered valid for insurance purposes. These gains were reported to the IRS, taxes were paid, and the SEC placed its blessing on the investment. We did nothing wrong and considered our investment secured and insured at least to $500,000.00 by SIPC.

Finally we feel it is completely unfair to reach back eighteen years to calculate a number when we are only allowed to reach back three with the IRS. There is a double standard being applied and it is not fair or legal.

We will do what we can to proceed with our opposition without an attorney. We have little money and can not afford a NY attorney. We are losing our home and being forced to change our lives because of this fraud and we feel SIPA exists to protect people like us not to stick it to them.

Do you have anyone on your staff that can assist us?

Sincerely,

Gaston and Nancy Alciatore