**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------

In re:

BERNARD L. MADOFF,

                Debtor

------------------------------------------------

SECURITIES INVESTOR PROTECTION CORPORATION,

                Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Defendant.

------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation
(Substantively Consolidated)

*RECEIVED NOV 18 2009 U.S. BANKRUPTCY COURT, SDNY*

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence M. Shapiro, request admission, *pro hac vice*, before the Honorable Burton L. Lifland, to represent Marion E. Apple, the beneficiary of an Individual Retirement Account of the same name, in the above-referenced adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the District of Minnesota.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: November 17, 2009

                              Lawrence M. Shapiro, P.A.
                              Greene Espel P.L.L.P.
                              200 South Sixth Street, Suite 1200
                              Minneapolis, MN 55402
                              LShapiro@GreeneEspel.com
                              (612) 373-8325