# MASSACHUSETTS SCHOOL OF LAW at Andover

www.mslaw.edu

Five Hundred Federal Street, Andover, Massachusetts 01810   Voice: 978.681.0800   Data: 978.681.6330

November 20, 2009

Clerk's Office
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   In Re: Bernard L. Madoff Investment Securities LLC
      No. 08-01789 (BRL)

Dear Clerk of Court:

    Enclosed for filing in the above-referenced matter is a letter to Judge Lifland from Lawrence R. Velvel. There is an original of this letter for filing with the Clerk, one copy for Judge Lifland in an unsealed envelope, and one copy for the Trustee, Irving Picard. An electronic copy has been filed with the Court on November 20, 2009.

                                            Sincerely,

                                            \s\Lawrence R. Velvel
                                            Lawrence R. Velvel
                                            Massachusetts School of Law
                                            500 Federal Street
                                            Andover, MA 01810
                                            Tel: (978) 681-0800
                                            Fax: (978) 681-6330
                                            Email: velvel@mslaw.edu

/Enclosures