Lawrence R. Velvel  
Massachusetts School of Law  
500 Federal Street  
Andover, MA 01810  
Tel: (978) 681-0800  
Fax: (978) 681-6330  
Email: velvel@mslaw.edu

Hearing Date: Nov. 24, 2009  
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

         Debtor.

SIPA LIQUIDATION  
No. 08-01789 (BRL)

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Letter to Judge Lifland, to be served on persons listed below by first class mail, postage prepaid, on this 20th day of November 2009.

\s\ Lawrence R. Velvel

Josephine Wang, Esq.  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005-2207

Stephen P. Harbeck  
President  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005-2207

Christopher LaRosa, Esq.  
Securities Investor Protection Corp.  
805 15th Street, N.W., Suite 800  
Washington, DC 20005-2207

Jonathan M. Landers, Esq.  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY 10119

Brian Neville, Esq.  
Lax & Neville LLP  
1412 Broadway, Suite 1407  
New York, NY 10018

1

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Marc E. Hirschfield, Esq.
David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Helen Chaitman, Esq.
Phillips Nizer, LLP
666 Fifth Avenue
New York, NY 10103

Stephen Fishbein, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022