UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: BERNARD L. MADOFF

                        Debtor

Case No.: 08-01789

Chapter ___

-----------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION

                        Plaintiff

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

                        Defendant

Adversary Proceeding No.: 09-01265

RECEIVED NOV 19 2009 U.S. BANKRUPTCY COURT, SDNY

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gaytri D. Kachroo, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Sheryl L. Weinstein, a claimant/creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Massachusetts and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Nov. 17, 2009
_____, New York

Gaytri D. Kachroo
*Mailing Address:*

Kachroo Legal Services

245 First Street, Suite 1800

Cambridge, MA 02142

*E-mail address*: gkachroo@kachroolegal

*Telephone number*: (617) 444-8779