Therese M. Doherty, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Premero Investment LTD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                Plaintiff-Applicant,

                v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------- X
In re:

BERNARD L. MADOFF

                Debtor,

------------------------------------------------------------- X

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant Premero Investment LTD, by its attorneys Herrick, Feinstein LLP, hereby submits its objection to the Trustee's denial of its customer Claim Number 004773, relating to BLMIS Account No. 1FN073. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their final account statement provided by BLMIS.

In support of its objection Claimant submits herewith its June 30, 2008 portfolio evaluation, the last such evaluation received from BLMIS, which shows a closing balance of $4,100,185.48. Claimant acknowledges that it withdrew $2,500,000 from the account subsequent to its receipt of the June 30, 2008 evaluation, leaving a closing balance of $1,600,185.48. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
      November 18, 2009

HERRICK, FEINSTEIN LLP

By: _____/s/_____
Therese M. Doherty
John Oleske
2 Park Avenue
New York, New York  10016
Telephone: 212-592-1400
tdoherety@herrick.com
joleske@herrick.com
*Attorneys for Premero Investment LTD*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230 2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,434 | 1 | 21,434.00 |
| U.S. TREASURY BILL DUE 9/11/2008 | 400,000 | 0.99663 | 398,652.00 |
| U.S. TREASURY BILL DUE 9/18/2008 | 400,000 | 0.99611 | 398,444.00 |
| U.S. TREASURY BILL DUE 9/25/2008 | 400,000 | 0.99589 | 398,356.00 |
| U.S. TREASURY BILL DUE 10/2/2008 | 500,000 | 0.99527 | 497,635.00 |
| U.S. TREASURY BILL DUE 10/9/2008 | 500,000 | 0.99492 | 497,460.00 |
| U.S. TREASURY BILL DUE 10/16/2008 | 400,000 | 0.99454 | 397,816.00 |
| U.S. TREASURY BILL DUE 10/23/2008 | 400,000 | 0.99415 | 397,660.00 |
| U.S. TREASURY BILL DUE 10/30/2008 | 600,000 | 0.99373 | 596,238.00 |
| U.S. TREASURY BILL DUE 11/6/2008 | 500,000 | 0.99298 | 496,490.00 |

**Net Market Value of Open Security Positions**      $   4,100,185.00

**Cash Balance**      0.48

**Total Equity**      $   4,100,185.48

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

Therese M. Doherty, Esq.
John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: joleske@herrick.com
Attorneys for Claimant Premero Investment LTD

**Document Electronically Filed**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

------------------------------------------------------------ X

In re:

BERNARD L. MADOFF

                Debtor.

------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, John Oleske, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted to the practice of law in the United States Bankruptcy Court for the Southern District of New York, do hereby certify that I caused a true and correct copy of Premero Investment LTD's Objection to the Trustee's Determination of Claim No.04773 in the above-captioned proceeding, to be served and filed by U.S. Mail upon the Clerk of the Unites States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 and Irving H.

Picard, Esq. at Baker Hostetler, 45 Rockefeller Plaza, New York, New York 10111 on November 18, 2009.

.

Dated:  New York, New York
        November 23, 2009

                                                    _____/s/_____
                                                            John Oleske