UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING MOTION FOR**
**ADMISSION TO PRACTICE *PRO HAC VICE* OF BRENDA R. SHARTON**

This matter came before the Court upon the motion of Brenda R. Sharton, a member in good standing of the Bar of the State of Massachusetts, the Federal District Court for the District of Massachusetts, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Tax Court and the U.S. Supreme Court, for admission, *pro hac vice*, to represent Jeffrey A. Berman, Russell deLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust and Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust in the above-referenced matter and in any related adversary proceedings.

2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Brenda R. Sharton is admitted to practice, *pro hac vice*, in the above-referenced matter and in any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
        November 23, 2009

                                          /s/Burton R. Lifland
                                          Honorable Burton L. Lifland
                                          United States Bankruptcy Judge