**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                Debtor

-------------------------------------------------------------

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| | SIPA LIQUIDATION |
| Plaintiff, | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Lawrence M. Shapiro, to be admitted, *pro hac vice*, to represent Marion E. Apple, the beneficiary of an Individual Retirement Account of the same name ("the Client") in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Lawrence M. Shapiro, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  November 23, 2009
       New York, New York                     /s/Burton R. Lifland_____
                                                                UNITED STATES BANKRUPTCY JUDGE