## EXHIBIT A

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY TRUSTEE FOR SECOND INTERIM PERIOD OF MAY 1, 2009 THROUGH SEPTEMBER 30, 2009

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 176.70 | 136,942.50 |
| 02 | Claims Review and Related Matters | 385.40 | 298,685.00 |
| 03 | Trustee Investigation | 124.40 | 96,410.00 |
| 04 | Banks and Feeder Funds | 3.10 | 2,402.50 |
| 05 | Trustee Report | 13.20 | 10,230.00 |
| 06 | Asset Search, Recovery and Sale | 43.60 | 33,790.00 |
| 07 | Avoidance Actions | 68.30 | 52,932.50 |
| 08 | Bankruptcy Court Litigation and Related Matters | 125.30 | 97,107.50 |
| 09 | Non-Bankruptcy Court Litigation | 33.60 | 26,040.00 |
| 10 | Court Appearance | 8.00 | 6,200.00 |
| 11 | Internal Office Meetings with Staff | 40.50 | 31,387.50 |
| 12 | Out of Office Meetings | 10.80 | 8,370.00 |
| 13 | USAO | 33.80 | 26,195.00 |
| 14 | SEC/FINRA | 5.40 | 4,185.00 |
| 16 | Fee Application and Related Matters | 33.50 | 25,962.50 |
| 17 | Press Inquiries and Responses | 92.40 | 71,610.00 |
| 10% Discount | | | (92,845.00) |
| Grand Total | | 1,198.00 | 835,605.00 |