## EXHIBIT B

## EXPENSE SUMMARY BY TRUSTEE FOR SECOND INTERIM PERIOD OF MAY 1, 2009 THROUGH SEPTEMBER 30, 2009

| Code Description | Amount |
|---|---:|
| Facsimile (E104) | 4.00 |
| Postage (E108) | 37.20 |
| Local Travel (E109) | 41.50 |
| Out-of-Town Travel (E110) | 838.55 |
| Grand Total | 921.25 |