UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation



## ASSIGNMENT AND RELEASE

**KNOW ALL MEN BY THESE PRESENTS,** that POLA BRODZKI REVOCABLE TRUST DATED SEPTEMBER 29, 1997, AS RESTATED SEPTEMBER 20, 2000 AND AS AMENDED AUGUST 4, 2003, located at c/o Charles Brodzki, Esq., co-Trustee, 56 West Plaza Granada, Islamorada, Florida 33036 (hereinafter referred to as the "Assignor") in consideration of the payment of $436,733.65 to satisfy its claim for customer protection (the "Customer Claim", having been designated Claim #002082) filed in the liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §78aaa et seq. ("SIPA") (see §§78fff-2(b), 78fff-2(d), and §78fff-3(a)(1) of SIPA), does for itself hereby assign, transfer and set over to Irving H. Picard as SIPA Trustee (the "SIPA Trustee") for the liquidation of BLMIS (see §78fff-2(b) of SIPA), and the Securities Investor Protection Corporation ("SIPC"), as subrogee to the extent of its cash advances to the SIPA Trustee for the satisfaction of the aforementioned Customer Claim (see §78fff-3(a)(1) of SIPA), any and all rights, including causes of action or claims, that Assignor now may have against BLMIS and/or any third party arising out of or relating to any fraudulent or illegal

095879, 000001, 300029934.1

activity with respect to Assignor's BLMIS account (Account No. 1ZA836, the "BLMIS Account"), which gave rise to the allowed Customer Claim for securities filed by Assignor against BLMIS. Such assignment is only to the extent that Assignor has received satisfaction of the Customer Claim as set forth above.

Further, Assignor has not previously compromised or assigned any claim, cause of action or other right against BLMIS, its principals or agents or any third party arising out of or related to any fraudulent or illegal activity giving rise to the Customer Claim.

Upon reasonable request of the SIPA Trustee or SIPC, Assignor agrees to cooperate with the SIPA Trustee or SIPC in connection with any efforts of either to recover from the principals or agents of BLMIS or anyone else for amounts advanced by SIPC or paid by the SIPA Trustee to satisfy Assignor's Customer Claim in this SIPA liquidation proceeding. Such efforts to recover by the SIPA Trustee or SIPC, either to demand or pursue or to prosecute or settle any collection effort, action or proceeding therefore, shall be at the sole cost of the SIPA Trustee or SIPC.

Effective immediately and without further action, contingent only upon Assignor's receipt from the SIPA Trustee or his agent of a check in the amount of $436,733.65 as set forth in the SIPA Trustee's Notice of Determination of the Customer Claim dated October 27, 2009, (the "Trustee's Determination"), and upon receipt by the SIPA Trustee of this executed and notarized Assignment and Release, the Assignor does for Assignor's executors, administrators, heirs and assigns hereby remise, release and forever discharge the SIPA Trustee and SIPC, as subrogee to the extent of its cash advances for the satisfaction of the Customer Claim, and, as the case may be, its officers, directors, professionals, employees, agents, successors and assigns, of and from any and all claims arising out of or relating to the Assignor's BLMIS Account, the Customer

Claim filed with the SIPA Trustee as protected by the provisions of SIPA, and any and all circumstances giving rise to said Customer Claim which the Assignor now has, or hereafter may have, for or by any reason, cause, matter or thing whatsoever from the beginning of the world to the date of the execution of this Assignment and Release, only to the extent that the SIPA Trustee and/or SIPC has paid monies to the Assignor to satisfy Assignor's Customer Claim.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Assignment and Release shall be construed as a waiver of any rights or claims held by Assignor in having its customer claim re-determined in accordance with any such Court order.

Assignor acknowledges the sufficiency of the consideration to be received in accordance with the SIPA Trustee's Determination and under this Assignment and Release.

This Assignment and Release may be executed in one or more counterparts, each of which shall be deemed an original and all of which taken together shall constitute a single instrument.

Each of the undersigned acknowledges that he or she is authorized to execute this Assignment and Release on behalf of the Pola Brodzki Revocable Trust Dated September 29, 1997, As Restated September 20, 2000 And As Amended August 4, 2003.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**IN WITNESS WHEREOF,** the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

                                    POLA BRODZKI REVOCABLE TRUST DATED
SEPTEMBER 29, 1997, AS RESTATED SEPTEMBER
20, 2000 AND AS AMENDED AUGUST 4, 2003.

                                    By:_____
                                           Charles Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
    Notary Public

                                    By:_____
                                           Bella Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
    Notary Public

                                    By:_____
                                       Gayle Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
    Notary Public



*SEE ATTACHED*

IN WITNESS WHEREOF, the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

POLA BRODZKI REVOCABLE TRUST DATED SEPTEMBER 29, 1997, AS RESTATED SEPTEMBER 20, 2000 AND AS AMENDED AUGUST 4, 2003.

By:_____
Charles Brodzki, Co-Trustee

Sworn and subscribed before me this
\_\_\_\_ day of _____, 2009.

_____
Notary Public

By:_____
Bella Brodzki, Co-Trustee

Sworn and subscribed before me this
\_\_\_\_ day of _____, 2009.

_____
Notary Public

By: *Gayle Brodzki*
Gayle Brodzki, Co-Trustee

Sworn and subscribed before me this
9th day of November, 2009.

_____
Notary Public

SYLVIA DAVES GRIEB
Commission # 1655374
Notary Public - California
Los Angeles County
My Comm. Expires Apr 27, 2010

095879, 000001, 300029934.1

4

IN WITNESS WHEREOF, the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

POLA BRODZKI REVOCABLE TRUST DATED SEPTEMBER 29, 1997, AS RESTATED SEPTEMBER 20, 2000 AND AS AMENDED AUGUST 4, 2003.

By: X _____
Charles Brodzki, Co-Trustee

State of Florida, County of Monroe
Sworn and subscribed before me this
12 day of November, 2009.

_____
Notary Public

MIROSLAVA AVRAMIDES
Notary Public, State of Florida
Commission# DD856354
My comm. expires March 17, 2013

By: _____
Bella Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
Notary Public

By: _____
Gayle Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
Notary Public

095879, 000001, 300029934.1

4

**IN WITNESS WHEREOF**, the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

POLA BRODZKI REVOCABLE TRUST DATED SEPTEMBER 29, 1997, AS RESTATED SEPTEMBER 20, 2000 AND AS AMENDED AUGUST 4, 2003.

By:_____
Charles Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
Notary Public

By: /s/ Bella Brodzki
Bella Brodzki, Co-Trustee

Sworn and subscribed before me this
6 day of November, 2009.

/s/ Felipe R. Calderon
Notary Public

FELIPE R. CALDERON
Notary Public, State of New York
No. 01CA6176332
Qualified in Westchester County
Commission Expires Oct. 29, 2011

By:_____
Gayle Brodzki, Co-Trustee

Sworn and subscribed before me this
____ day of _____, 2009.

_____
Notary Public

**CHAS H BRODZKI, ESQ.**
56 West Plaza Granada
Islamorada, FL 33036
305-517-9542

19 November 2009

Irving Picard, Trustee
 Madoff#08-01789-BRL
c/o Baker & Hostetler
45 Rockefeller Plaza
NY, NY 10011

*RECEIVED NOV 23 2009 U.S. BANKRUPTCY COURT SDNY*

Re: Madoff SIPA #08-01789
 Pola Brodzki Trust
  Claim# 002082

Dear Trustee
 Enclosed please find properly executed and notarized Assignment/Release(s), in triplicate parts, on behalf of the Pola Brodzki Trust, Claim# 002082.
 I trust that respective settlement proceeds shall be disbursed promptly. Should you wish to contact me for any reason, I am accessible at your beckon.
 Thank you.

Charles H Brodzki
Co-Trustee
Atty for Co-Trustees

Enclosure: Release(s)

cc Bella Brodzki, Co-Trustee
 Gayle Brodzki, Co-Trustee
 Bankruptcy Court Clerk
  One Bowling Green
  NY, NY 10004