

THE LAW OFFICE OF
Klemick & Gampel

Herman M. Klemick
Ross Bennett Gampel
Christopher G. Klemick

1953 S.W. 27th Avenue
Miami, Florida 33145

Tel. (305) 856-4577
Fax (305) 859-9708

November 18, 2009

RECEIVED NOV 23 2009 BANKRUPTCY COURT, SDNY

Clerk of the U.S. Bankruptcy
Court for the Southern District
of New York
One Bowling Green
New York N.Y. 1004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, N.Y. 10111

Re: Bankruptcy Case No. 08-1789 (BRL)

Re: STANLEY MONDSHINE REVOCABLE TRUST
U/A/D MAY 30 1994
Stanley Mondshine, Trustee
19855 Planters Blvd.
Apt. D
Boca Raton, Fl. 33434

Re: Claims No.
(1) ICM573 / Claim No. 003086
and (2) 003120
COMBINED

On behalf of the above referenced Stanley Mondshine Revocable Trust written opposition is hereby being filed because of disagreement with the decision to Deny the above Combined Claim. We believe the Trustee is WRONG. We need additional time and a copy of all of the documents used by the Trustee to be more specific in where the Trustee is in error. We do not know how the Trustee arrived at the numbers he did.



THE LAW OFFICE OF
Klemick & Gampel

Herman M. Klemick
Ross Bennett Gampel
Christopher G. Klemick

1953 S.W. 27th Avenue
Miami, Florida 33145

Tel. (305) 856-4577
Fax (305) 859-9708

We need more information and time and access to the BCMIS records and analysis.

Please set a hearing date and notify us.

Thank you,

Ross Bennett Gampel

*Ross Bennett Gampel*

Klemick and Gampel, P.A.
FBN: 251755