Bradley E. Turk, Esq.
49 East 21st Street, Apartment 10C
New York, New York 10010
Tel: (347) 387-6390
Attorneys for Claimant Fred Schwartz/Allyne Schwartz Joint Tenant with Right of Ownership

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

Adv. Pro. No. 08-0179 (BRL)

SIPA Liquidation

(Substantively Consolidated)

------------------------------------------------------------ X

In re:

BERNARD L. MADOFF

    Debtor,

------------------------------------------------------------ X

[RECEIVED NOV 20 2009 U.S. BANKRUPTCY COURT, SDNY]

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant Fred Schwartz/Allyne Schwartz Joint Tenant with Right of Ownership, by its attorney Bradley E. Turk, Esq., hereby submits its objection to the Trustee's denial of its customer Claim Number 12137. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account

HF 5319879 v.1 #14018/0004 09/28/2009 12:20 PM

statement, which shows a closing balance of $2,212,759.71. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
November 18, 2009

BRADLEY E. TURK, ESQ.

By: _[signature]_

Bradley E. Turk
49 East 21st Street, Apartment 10C
New York, New York 10010
Telephone: 347-387-6390
*Attorneys for Claimant*
*Fred Schwartz/Allyne Schwartz Joint Tenant with Right of Ownership*

HF 5319879 v.1  #14018/0004  09/28/2009 12:20 PM

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK          NY   11024

YOUR ACCOUNT NUMBER: 1-CM621-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER: ********6462
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 230,957.52 | |
| 11/12 | 1,274 | | 2561 | WAL-MART STORES INC | 55.830 | 71,177.42 | |
| 11/12 | 833 | | 3063 | INTERNATIONAL BUSINESS MACHS | 87.270 | 72,728.91 | |
| 11/12 | 3,087 | | 6887 | EXXON MOBIL CORP | 72.880 | 225,103.56 | |
| 11/12 | 3,381 | | 7389 | INTEL CORP | 14.510 | 49,193.31 | |
| 11/12 | 1,617 | | 11715 | JOHNSON & JOHNSON | 59.580 | 96,404.86 | |
| 11/12 | 2,205 | | 16041 | J.P. MORGAN CHASE & CO | 38.530 | 85,046.65 | |
| 11/12 | 1,176 | | 20366 | COCA COLA CO | 44.660 | 52,567.16 | |
| 11/12 | 686 | | 24692 | MCDONALDS CORP | 55.370 | 38,010.82 | |
| 11/12 | 1,274 | | 29018 | MERCK & CO. | 28.550 | 36,422.70 | |
| 11/12 | 4,655 | | 33344 | MICROSOFT CORP | 21.830 | 101,711.55 | |
| 11/12 | 2,352 | | 37670 | ORACLE CORPORATION | 17.300 | 40,703.60 | |
| 11/12 | 931 | | 50648 | PEPSICO INC | 56.410 | 52,554.71 | |
| 11/12 | 539 | | 51150 | APPLE INC | 100.780 | 54,341.42 | |
| 11/12 | 3,969 | | 54974 | PFIZER INC | 16.940 | 67,392.86 | |
| 11/12 | 931 | | 55476 | ABBOTT LABORATORIES | 54.610 | 50,878.91 | |
| 11/12 | 1,764 | | 59300 | PROCTER & GAMBLE CO | 64.080 | 113,107.12 | |
| 11/12 | 637 | | 59802 | AMGEN INC | 59.160 | 37,709.92 | |
| 11/12 | 1,225 | | 63626 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 53,459.00 | |
| 11/12 | 2,940 | | 64128 | BANK OF AMERICA | 21.590 | 63,591.60 | |
| 11/12 | 980 | | 67952 | QUALCOMM INC | 33.770 | 33,133.60 | |
| 11/12 | 3,185 | | 68454 | CITI GROUP INC | 12.510 | 39,971.35 | |
| 11/12 | 735 | | 72278 | SCHLUMBERGER LTD | 49.480 | 36,396.80 | |
| 11/12 | 1,764 | | 72780 | COMCAST CORP CL A | 16.510 | 29,193.64 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK    NY    11024

YOUR ACCOUNT NUMBER: 1-CM621-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********6462
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 3,479 | | 76604 | AT&T INC | 27 | 94,072.00 | |
| 11/12 | 882 | | 77106 | CONOCOPHILIPS | 52.510 | 46,348.82 | |
| 11/12 | 588 | | 80930 | UNITED PARCEL SVC INC CLASS B | 52.040 | 30,622.52 | |
| 11/12 | 3,577 | | 81432 | CISCO SYSTEMS INC | 16.730 | 59,986.21 | |
| 11/12 | 1,029 | | 85256 | U S BANCORP | 29.530 | 30,427.37 | |
| 11/12 | 1,225 | | 85758 | CHEVRON CORP | 73.430 | 90,009.75 | |
| 11/12 | 588 | | 89582 | UNITED TECHNOLOGIES CORP | 53.160 | 31,281.08 | |
| 11/12 | 6,223 | | 90084 | GENERAL ELECTRIC CO | 19.630 | 122,405.49 | |
| 11/12 | 1,666 | | 93908 | VERIZON COMMUNICATIONS | 30.410 | 50,729.06 | |
| 11/12 | 147 | | 94410 | GOOGLE 2/12/2009 | 337.400 | 49,602.80 | |
| 11/12 | 2,058 | | 98234 | WELLS FARGO & CO NEW 2/12/2009 | 29.800 | 61,410.40 | |
| 11/12 | 1,470 | | 98736 | HEWLETT PACKARD CO | 34.900 | 51,361.00 | |
| 11/12 | | 2,250,000 | 20847 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,248,560.00 |
| 11/12 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | DIV | | 2.65 |
| 11/12 | | | | DIV 11/12/08 | | | |
| 11/12 | | 12,483 | 15945 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,483.00 |
| 11/12 | 32,019 | | 25314 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 32,019.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.93 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK  NY  11024

YOUR ACCOUNT NUMBER: 1-CM621-3-0
PERIOD COVERED: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *******6462
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 32,019 | 50582 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,019.00 |
| 11/19 | 175,000 | | 55215 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 174,870.50 | |
| 11/19 | | 3,956 | 59621 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,956.00 |
| | | | | CHECK | | 125,000.00 | |
| | | | | DIV 11/21/08 | CW DIV | | .13 |
| 11/21 | | 175,000 | 76871 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | | 174,933.50 |
| 11/21 | | 3,956 | 76849 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 3,956.00 |
| 11/21 | 50,000 | | 76890 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | 49,981.00 | |
| 11/21 | 3,909 | | 76914 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,909.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | 3,479 | | | AT&T INC | MKT PRICE 28.560 | | 367,863.78 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK            NY    11024

YOUR ACCOUNT NUMBER: 1-CM621-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6462
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 931 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 637 | | | AMGEN INC | 55.540 | | |
| | 539 | | | APPLE INC | 92.670 | | |
| | 2,940 | | | BANK OF AMERICA | 16.250 | | |
| | 1,225 | | | CHEVRON CORP | 79.010 | | |
| | 3,577 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,185 | | | CITIGROUP INC | 8.290 | | |
| | 1,176 | | | COCA COLA CO | 46.670 | | |
| | 1,764 | | | COMCAST CORP CL A | 17.340 | | |
| | 882 | | | CONOCOPHILLIPS | 52.520 | | |
| | 3,087 | | | EXXON MOBIL CORP | 80.150 | | |
| | 6,223 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 147 | | | GOOGLE | 292.960 | | |
| | 1,470 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,381 | | | INTEL CORP | 13.800 | | |
| | 833 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,205 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,617 | | | JOHNSON E JOHNSON | 58.580 | | |
| | 686 | | | MCDONALDS CORP | 58.750 | | |
| | 1,274 | | | MERCK & CO | 26.720 | | |
| | 4,655 | | | MICROSOFT CORP | 20.220 | | |
| | 2,352 | | | ORACLE CORPORATION | 16.090 | | |
| | 931 | | | PEPSICO INC | 56.700 | | |
| | 3,969 | | | PFIZER INC | 16.430 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK    NY    11024

**YOUR ACCOUNT NUMBER:** 1-CM621-3-0
**PERIOD ENDING:** 11/30/08
**YOUR TAXPAYER IDENTIFICATION NUMBER:** *******6462
**PAGE:** 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,225 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,764 | | | PROCTER & GAMBLE CO | 64.359 | | |
| | 980 | | | QUALCOMM INC | 33.570 | | |
| | 735 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 3,909 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,029 | | | U S BANCORP | 26.980 | | |
| | 588 | | | UNITED PARCEL SVC INC | 57.800 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 588 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 1,666 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,274 | | | WAL-MART STORES INC | 55.080 | | |
| | 2,058 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES SHORT | | | |
| | | | | LONG 2,212,750.71 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 7/9 * RCVD AT 10/1/2009 1:05:10 PM [Eastern Daylight Time] * SVR:NYFX01/6 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):04-20

*[Page rotated 90°. Bernard L. Madoff Investment Securities LLC statement.]*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK    NY    11024

YOUR ACCOUNT NUMBER: 1-CM621-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: **********6462
PAGE: 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 39,538.41 |
| | | | | GROSS PROCEEDS FROM SALES | | | 35,186,076.80 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DJ
Tel: 020 7493 6222

FRED SCHWARTZ
ALLYNE SCHWARTZ JT WROS
29 SPLIT ROCK DRIVE
GREAT NECK    NY    11024

YOUR ACCOUNT NUMBER: 1-CM621-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6462
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 230,958.00 |
| 11/12 | | 49 | 41996 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 77,371.00 |
| 11/12 | | 49 | 46322 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 87,269.00 | |
| 11/19 | | 49 | 32627 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 127,351.00 |
| 11/19 | | 49 | 36752 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 147,049.00 | |
| 11/19 | 49 | | 43077 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | | 14,749.00 |
| 11/19 | 49 | | 45402 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | 181,251.00 | |
| | | | | NEW BALANCE | | | 367,864.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 49 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 49 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 80,850.00 SHORT 114,170.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 9/9 * RCVD AT 10/1/2009 1:05:10 PM [Eastern Daylight Time] * SVR:NYFX01/6 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):04-20