EXHIBIT B

Summary of First Interim Fee Application
Of Windels Marx Lane & Mittendorf, LLP for Services Rendered
From June 9, 2009 through October 31, 2009

| Summary Class | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Partners and of Counsel | Alan Nisselson | 1977 | 510 | 46.20 | 23,562.00 |
| | Howard L. Simon | 1977 | 445 | 181.60 | 80,812.00 |
| | Charles A. Damato | 1979 | 445 | 1.50 | 667.50 |
| | Regina Griffin | 1993 | 390 | 607.40 | 236,886.00 |
| | Alan Landzberg | 1979 | 445 | 1.90 | 845.50 |
| | Leslie S. Barr | 1985 | 390 | .70 | 273.00 |
| | Eric W. Bruenner | 1976 | 445 | .40 | 178.00 |
| Partners and Counsel Totals | | | | **839.70** | **$ 343,224.00** |

| Summary Class | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Associates | Kim M. Longo | 2002 | 315 | 438.30 | 138,064.50 |
| | Elizabeth Fiechter | 2006 | 245 | 310.50 | 76,072.50 |
| | Stacey A. Bell | 2001 | 315 | 103.10 | 32,476.50 |
| | Brian W. Kreutter | 2003 | 315 | 102.50 | 32,287.50 |
| | Nicole L. Janes | 2009 | 245 | 166.10 | 40,694.50 |
| | Carrie E. Foote | 2002 | 315 | 33.50 | 10,552.50 |
| Associates Totals | | | | **1,154.00** | **$ 330,148.00** |

| Summary Class | Name | | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and other Non-Legal Staff | Tracy Heston | | 210 | 4.20 | 882.00 |
| | Anna Cote | | 210 | 106.10 | 22,281.00 |
| | Candi McBride | | 190 | 2.30 | 437.00 |
| | Joel L. Solomon | | 170 | 14.10 | 2,397.00 |
| | Susan Wiener | | 170 | 58.00 | 9,860.00 |
| | Michael Simon | | 140 | 23.00 | 3,220.00 |
| | Ursula Murawska | | 110 | 1.50 | 165.00 |
| Paralegals, Clerks, Library Staff and other Non-Legal Staff totals | | | | **209.20** | **$ 39,242.00** |

{10534982:2}                              1

2

|  | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and of Counsel | 408.75 | 839.70 | 343,224.00 |
| Associates | 286.09 | 1,154.00 | 330,148.00 |
| Paralegals, Clerks, Library Staff and other Non-Legal Staff | 187.58 | 209.20 | 39,242.00 |
| Blended Attorney Rate | 323.49 |  |  |
| Total Fees Incurred |  | **2,202.90** | **712,614.00** |

{10534982:2}    2