EXHIBIT C

EXPENSE SUMMARY BY WINDELS MARX LANE & MITTENDORF
FOR FIRST INTERIM PERIOD OF JUNE 9, 2009 THROUGH OCTOBER 31, 2009

| Code Description | Amount |
|---|---:|
| Copying | 5,566.40 |
| Facsimile | 21.62 |
| Telephone | 62.86 |
| Online Research | 7,925.00 |
| Delivery Services/Messengers | 153.14 |
| Postage | 25.06 |
| Local Travel | 459.26 |
| Business Meals, etc. | 109.83 |
| Court Fees | 48.50 |
| Other | 701.25 |
| **Grand Total** | **$15,072.92** |

{10534999:3}