EXHIBIT D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENFERED
BY WINDELS MARX LANE & MITTENDORF FOR FIRST INTERIM
PERIOD OF JUNE 9, 2009 THROUGH OCTOBER 31, 2009

| Task Code | Task Code Description | Hours | Amount |
|---|---|---:|---:|
| 001 | Asset Analysis and Recovery | 127.00 | 48,063.50 |
| 007 | Fee/Employment Applications | 60.10 | 19,856.50 |
| 010 | Litigation | 749.10 | 247,982.00 |
| 020 | Internal Office Meetings | 39.50 | 11,004.00 |
| 039 | Trustee Investigation | 1,227.20 | 385,708.00 |
| Grand Total | | **2,202.90** | **712,614.00** |

{10535001:3}