BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Alissa M. Nann, Esq.
Email: anann@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation*
of Bernard L. Madoff Investment Securities LLC
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 24, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1.     Motion to Authorize/Trustee's Motion for an Order Pursuant to 15 U.S.C. Section 78fff(a) (Securities Investor Protection Act) and Section 105(a) and 363 of the

Bankruptcy Code Authorizing The Amendment, Termination and Liquidation of Debtor's 401(k) Plan, Effective November 30, 2009 (Filed: 11/10/2009) [Docket No. 674]

<u>Related Documents</u>:

A. Certificate of Service (Filed Under Seal) of Trustee's Motion for an Order Pursuant to 15 U.S.C. Section 78fff(a) (Securities Investor Protection Act) and Section 105(a) and 363 of the Bankruptcy Code Authorizing The Amendment, Termination and Liquidation of Debtor's 401(k) Plan, Effective November 30, 2009 (Filed: 11/18/2009) [Docket No. 883]

<u>Objections Deadline</u>:    November 20, 2009

<u>Status</u>:    This matter is going forward.

Dated: New York, New York    Respectfully submitted,
November 23, 2009

*s/Alissa M. Nann*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Alissa M. Nann, Esq.
Email: anann@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

300044964

2