# EXHIBIT A

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving Picard, Trustee of Bernard L. Madoff Investment Securities, LLC

**Period Ended October 31, 2009**  
Report No. 11

### CASH RECEIPTS:

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Cumulative Detail — Customer Fund | Cumulative Detail — General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $56,411,886.82 | | | | $ | | |
| Transfer from Debtor's Estate - Other * (See Note) | 0.00 | 5,206.29 | 5,206.29 | | | | 4010 |
| Transfers from Debtor's Estate - BNY account | 0.00 | 336,660,934.06 | 336,660,934.06 | | | | 4014 |
| Transfers from Debtor's Estate - Chase account | 0.00 | 235,156,309.36 | 235,156,309.36 | | | | 4016 |
| Interest and Dividends | 112,465.29 | 776,963.07 | 889,428.36 | | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,272,105.93 | 37,272,105.93 | | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 12,660,000.00 | 12,660,000.00 | | | | 4032 |
| Sale of Debtor's Assets | 3,385.73 | 1,000,000.00 | 1,003,385.73 | | | | 4070 |
| - Sports Tickets | 0.00 | 89,690.80 | 89,690.80 | | | | 4071 |
| - Bank Debt Participations | 0.00 | 1,583,599.32 | 1,583,599.32 | | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | | | | 4073 |
| - BLM Air Charter | 0.00 | 752,963.00 | 752,963.00 | | | | 4074 |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | | | | 4091 |
| - Dues/Subscriptions | 0.00 | 21,275.68 | 21,275.68 | | | | 4092 |
| - Car Registrations | 0.00 | 157.09 | 157.09 | | | | 4093 |
| - Vendors | 570.34 | 42,459.42 | 43,029.76 | | | | 4094 |
| - Transit Cards | 0.00 | 793.61 | 793.61 | | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 297,247.56 | 297,247.56 | | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | | | | 4099 |
| Recoveries - Litigation Related | 18,000,000.00 | 180,881,048.00 | 198,881,048.00 | | | | 4101 |
| - Customer Preferences | 730,118.39 | 21,306,067.00 | 22,036,185.39 | | | | 4020 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | | | | 4103 |
| - Class Actions | 0.00 | 89,465.73 | 89,465.73 | | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | | | | 4106 |
| - Transaction Fees | 0.00 | 2,954.71 | 2,954.71 | | | | 4107 |
| - Other | 0.00 | 644.64 | 644.64 | | | | 4109 |
| Miscellaneous | 0.00 | 0.36 | 0.36 | | | | 4110 |
| Subtenant Rent | 4,489.16 | 413,439.35 | 417,928.51 | | | | 4111 |
| **Sub-total General Cash Receipts** | **$18,851,028.91** | **$851,671,054.67** | **$870,522,083.58** | **$0.00** | **$0.00** | | |
| *Advances from SIPC* | | | | | | | |
| Administration - Advances | 3,243,243.41 | 90,926,875.42 | 94,170,118.83 | | | | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | | 2921 |
| - Cash in Lieu | 65,608,770.23 | 397,803,483.29 | 463,412,253.52 | | | | 2922 |
| **Sub-total SIPC Advances** | **$68,852,013.64** | **$488,730,358.71** | **$557,582,372.35** | | | | |
| **Total Cash Receipts** | **$87,703,042.55** | **$1,340,401,413.38** | **$1,428,104,455.93** | **$0.00** | **$0.00** | **$0.00** | |

Page 1

* (Note) In addition, on January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1601 securities positions. The total net equity value at October 31, 2009 is $299,840,638.  
(See Page 5 for more details)

Period Ended October 31, 2009    Report No. 11

**CASH DISBURSEMENTS:**

| Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---:|
| **General Administrative Disbursements** | | | | |
| Computer - Rental | 0.00 | 11,121.59 | $11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | $55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 161,062.24 | $161,062.24 | 5013 |
| Employee related - Salaries-Net | 0.00 | 4,361,844.80 | $4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 319,915.09 | $319,915.09 | 5021 |
| - Fed. & St. Unemploy. | 117.76 | 998.80 | $1,116.56 | 5023 |
| - Temporary Help | 4,325.00 | 25,137.50 | $29,462.50 | 5024 |
| - Employee Medical Plan | -32,876.44 | 867,119.78 | $834,243.34 | 5025 |
| - Employee LTD | 0.00 | 6,793.62 | $6,793.62 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | $1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | $9,006.83 | 5028 |
| - Other | 0.00 | 1,722.90 | $1,722.90 | 5029 |
| Insurance - Trustee Bond | 600.00 | 0.00 | $600.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 17,000.00 | $17,000.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | $12,578.00 | 5032 |
| - Other | 0.00 | 4,248.00 | $4,248.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 7,944.62 | $7,944.62 | 5045 |
| - Other | 0.00 | 5,449.37 | $5,449.37 | 5049 |
| Rent - Office | 144,235.58 | 2,315,449.25 | $2,459,684.83 | 5050 |
| - Equipment | 0.00 | 1,695.89 | $1,695.89 | 5051 |
| - Warehouse | 10,347.19 | 108,472.82 | $118,820.01 | 5052 |
| - Bulova | 0.00 | 310,130.75 | $310,130.75 | 5053 |
| - Other | 0.00 | 1,872.00 | $1,872.00 | 5059 |
| Telephone and Telegraph | 0.00 | 360,456.68 | $360,456.68 | 5060 |
| Communication Fees | 150,000.00 | 226,227.89 | $376,227.89 | 5061 |
| Utilities - Electricity | 465.82 | 3,541.42 | $4,007.24 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 438.77 | 67,209.28 | $67,648.05 | 5080 |
| - Moving&Storage | 162.00 | 140,454.00 | $140,616.00 | 5081 |
| - Postage | 4,688.99 | 91.00 | $4,779.99 | 5082 |
| - Reproduction | 9,586.17 | 37,692.94 | $47,279.11 | 5083 |
| - Locksmith | 0.00 | 2,770.83 | $2,770.83 | 5084 |
| - Security | 0.00 | 249,897.70 | $249,897.70 | 5085 |
| - Supplies | 641.56 | 1,467.43 | $2,108.99 | 5086 |
| - Temporary Help | 427,451.13 | 2,230,053.53 | $2,657,504.66 | 5087 |
| - Other | 0.00 | 33,766.12 | $33,766.12 | 5089 |
| Taxes | 527.48 | 77,144.46 | $77,671.94 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 16,617.00 | $16,617.00 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | $23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | $163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | $16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | $2,207.42 | 5104 |
| Scanning - Investigation | 0.00 | 3,825,990.76 | $3,825,990.76 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | $38,975.00 | 5112 |
| Sub-total General Admin. Disbursements | $720,711.01 | $16,123,671.37 | $16,844,382.38 | |
| **Professional Fees and Expenses** | | | | |
| Trustee Fees | 121,755.60 | 1,024,822.80 | $1,146,578.40 | 5200 |
| Trustee Expenses | 13.50 | 911.55 | $925.05 | 5201 |
| Trustee Counsel Fees (Baker) | 3,476,849.04 | 21,291,493.52 | $24,768,342.56 | 5210 |
| Trustee Counsel Expenses (Baker) | 69,207.24 | 424,534.67 | $493,741.91 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 199,500.00 | $199,500.00 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 2,770.46 | $2,770.46 | 5213 |
| Special Counsel Fees | 0.00 | 832,271.37 | $832,271.37 | 5220 |
| Special Counsel Expenses | 0.00 | 77,484.75 | $77,484.75 | 5221 |
| Consultant Fees | 1,775,320.09 | 45,553,548.85 | $47,328,868.94 | 5240 |
| Consultant Expenses | 81,077.95 | 1,496,398.04 | $1,577,475.99 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | $1,050,000.00 | 5242 |
| Sales Tax | 17,869.04 | 286,149.35 | $304,018.39 | 5243 |
| Hosting Expense | 36,011.33 | 952,512.56 | $988,523.89 | 5244 |
| Sub-total Professional Fees and Expenses | $5,578,103.79 | $73,192,397.92 | $78,770,501.71 | |
| **Total Administrative Disbursements** | $6,298,814.80 | $89,316,069.29 | $95,614,884.09 | |

Page 2

Report No. 11

Period Ended October 31, 2009

| CASH DISBURSEMENTS: | Net Change for Period | Prior Period Cumulative | Total Paid | Cumulative Totals Customer Fund | Cumulative Totals General Estate | Cumulative Totals SIPC | Code |
|---|---|---|---|---|---|---|---|
| **Claim Related Disbursements** | | | | | | | |
| Customer - Paid Bank Loan | | | | | | | |
| - Securities - Cash in Lieu | 72,676,286.88 | 394,673,457.27 | 467,349,744.15 | | | | 6021 |
| - Securities - Purchases | | | | | | | 6022 |
| - Indemnification | | | | | | | 6023 |
| - Cash Balance | | | | | | | 6031 |
| Customer - | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6060 |
| Other - Contractual Commitments | | | | | | | 6090 |
| - Fcl. Bank Loan | | | | | | | 6111 |
| - Indemnification | | | | | | | 6121 |
| Other - | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6160 |
| General Creditor | | | | | | | 6180 |
| | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | $72,676,286.88 | $394,673,457.27 | $467,349,744.15 | $0.00 | $0.00 | $0.00 | |
| **Other Disbursements (except investments)** | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases* | $0.00 | $800,000,000.00 | $800,000,000.00 | | | | 1900 |
| **Sub-total Administrative Disb. - page 2** | $6,298,814.80 | $89,316,069.29 | $95,614,884.09 | 0.00 | 0.00 | 0.00 | |
| **Total Disbursements** | $78,975,101.68 | $1,283,989,526.56 | $1,362,964,628.24 | $0.00 | $0.00 | $0.00 | |
| **Total Receipts less Disbursements** | $8,727,940.87 | $56,411,886.82 | $65,139,827.69 | $0.00 | $0.00 | $0.00 | |
| **Ending Cash Balance** | $65,139,827.69 | | | | | | |

Page 3

* (Note) On August 27, 2009, a preferred custody account maintained by Citibank was established and $800,000,000.00 was transferred into the account. As of October 31, 2009, the total net equity value of this account was $800,514,256.78
(See page 6 for more details)

Period Ended October 31, 2009                                             Report No. 11

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,304 | 50 | 89 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied (1) | 426 | | |
| c. On an account by account basis-Partially Satisfied (1) | 874 | | |
| | 1,300 | | |
| Claims Determined but not yet satisfied (1) | 261 | | |
| Claims under review | 13,434 | 50 | 89 |
| Claims Denied: | | | |
| a. No Claims | 3 | | |
| b. Assets at Another Broker | | | |
| c. Other Denials for which no objections were filed (1) | 1,239 | | |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 0 | | |
| - Set for Hearing | 67 | | |
| - Adjudicated | 0 | | |
| | 15,004 | 50 | 89 |
| Accounts with cash and/or securities which were transferred in bulk | - | | |
| Filing Date Value | | | |
| Customer name securities distributed | $ | | |
| Customer fund securities distributed | | | |
| | $ | | |

(1) To the extent satisfied, customer claims have been paid with up to the maximum SIPC advance of $500,000.

Comments:
Note that we moved 300 claims from the general unsecured claim register to the customer claim register.

_____           11/13/09
(Trustee's Signature)                     (Date)

_____           11/12/09
(Accountant's Signature)                  (Date)

Page 4

08-01789-cgm    Doc 1011-1    Filed 11/23/09    Entered 11/23/09 17:52:45    Exhibit A
Pg 6 of 7

Period Ended October 31, 2009

Report No. 11

IRVING H. PICARD, TRUSTEE FOR BLMIS LLC
Morgan Joseph Account

| | Fixed Income | Equities | Accrued Interest | Sweep Account (Proceeds from sale of securities and other investment transactions) | Account Balance |
|---|---|---|---|---|---|
| Balance on September 30, 2009 | 1,550,000 | 18,540,984 | 180,794 | 279,344,765 | 299,616,543 |
| Unrealized Gain or (Loss) | 40,200 | 61,322 | | | 101,522 |
| Interest and Dividends Earned | | | 74,060 | 48,514 | 122,574 |
| Other changes in Account Balance | | | | (1) | (1) |
| Balance on October 31, 2009 | 1,590,200 | 18,602,306 | 254,854 | 279,393,278 | 299,840,638 |

Page 5

Period Ended October 31, 2009

Report No. 11

IRVING H. PICARD, TRUSTEE FOR BLMIS LLC
Citibank Preferred Custody Account

| | Citibank Custody CDA | U.S. Treasury Bills | Accrued Interest | Account Balance |
|---|---|---|---|---|
| Balance on September 30, 2009 | 600,040,196.44 | 200,046,994.15 | 221,936.86 | 800,309,127.45 |
| Unrealized Gain or (Loss) | | 16,005.20 | | 16,005.20 |
| Interest and Dividends Earned | 221,937.00 | | (32,812.87) | 189,124.13 |
| Balance on October 31, 2009 | 600,262,133.44 | 200,062,999.35 | 189,123.99 | 800,514,256.78 |

Page 6