**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

The motion of Marshall W. Krause to be admitted pro hac vice to represent himself in this case is granted

Dated: New York, New York
       November 24, 2009

/s/Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE