# EXHIBIT B

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: WaterShed Foundation
Mailing Address: 40 Sunnyside Drive
City: Inverness    State: CA    Zip: 94937
Account No.: 1Z A197
Taxpayer I.D. Number (Social Security No.): 68-0183506

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of    $ 0 N/A

   b. I owe the Broker a Debit (Dr.) Balance of    $ 0 N/A

   c. If you wish to repay the Debit Balance,

   please insert the amount you wish to repay and

   attach a check payable to "Irving H. Picard, Esq.,

   Trustee for Bernard L. Madoff Investment Securities LLC."

   If you wish to make a payment, **it must be enclosed**

   with this claim form.    $ 0

   d. If balance is zero, insert "None."    0

502180406    1

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See the November 30, 2008 Account statement attached at Exhibit B. | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | Bernard Madoff ✓ |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Brian J. Neville, Esq., Lax + Neville LLP, 1412 Broadway Suite 1407 New York NY 10018 212-696-1999.

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ ____✗____

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date __6/30/09__   Signature __Jennie X  As WSF__

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# LAX NEVILLE

**BARRY R. LAX**
**BRIAN J. NEVILLE**

---

**BRIAN MADDOX**
**SANDRA P. ESPINOSA**
**RAQUEL TERRIGNO**

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

OF COUNSEL:
DAVID S. RICH

June 30, 2009

**VIA FEDERAL EXPRESS**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

RE: Watershed Foundation/Bernard L. Madoff Investment Securities LLC

Dear Mr. Picard:

This firm represents the Watershed Foundation and has assisted it in the preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities" or "Madoff") SIPC Customer Claim form. Enclosed herein you will find a completed Customer Claim Form for the Watershed Foundation account. Additionally, below is a description of the relationship between the Watershed Foundation and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Watershed Foundation SIPC claims.

In or about August 2002, Gordon Bennett opened the Watershed Foundation account with Madoff Securities. Attached as Exhibit A are Charity Annual Registration Renewal Fee Reports for the Watershed Foundation. Withdrawals were made from the account to pay taxes and foundation expenses, and for charitable annual disbursements as required by law. The

**LAX**
**NEVILLE**

Irving H. Picard
June 30, 2009
Page 2 of 3

account was treated as an endowment, taking annual withdrawals roughly in the amount of annual profits less inflation. The balance in the Watershed Foundation account as of November 30, 2008 is $272,863.95. The Watershed Foundation November 30, 2008 account statement is attached as Exhibit B. The Watershed Foundation has paid to the IRS all appropriate capital gains taxes that resulted from the Madoff Securities account.

The Watershed Foundation received account statements from Madoff indicating the purchases and sales of securities during that month, and listing each of the open securities positions held in the account. The securities listed on these statements were real, widely held securities and their prices could be readily verified against objective and publicly available market information. Based upon the account statements and the confirmations, the Watershed Foundation at all times expected to have those securities in its account. The Watershed Foundation always believed SIPC coverage would cover the securities listed as being in the account should Madoff Securities ever fail.

### Conclusion

The Watershed Foundation is seeking the full protection of SIPA for its account as follows:

Account No: 1-ZA197        Watershed Foundation

Total = **$272,863.95**

**LAX**
**NEVILLE**

Irving H. Picard
June 30, 2009
Page 3 of 3

    If there are any questions regarding this matter or if you require additional documents and information, please do not hesitate to contact me. Thank you.

                      Very truly yours,
                      Lax & Neville, LLP

              By: *[signature]*
                      Brian J. Neville

ENC.

# EXHIBIT A

# ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-307, 311 and 312

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code section 12586.1. IRS extensions will be honored.

**MAIL TO:**
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021

**WEB SITE ADDRESS:**
http://ag.ca.gov/charities/



State Charity Registration Number: **CT-75304**
Name of Organization: **Watershed Foundation**
Address (Number and Street): **40 Sunnyside Dr**
City or Town, State and ZIP Code: **Inverness, CA 94937**

Check if:
☐ Change of address
☐ Amended report

Corporate or Organization No.: **D-1628412**
Federal Employer I.D. No.: **68-0183506**

### ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311 and 312)
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between 100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
| | | | | Greater than $50 million | $300 |

## PART A - ACTIVITIES

For your most recent full accounting period (beginning  7 / 1 / 04  ending  6 / 30 / 05 ) list:

Gross annual revenue $ **22,699**      Total assets $ **252,619**

## PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

**Note:** If you answer "yes" to any of the questions below, you must attach a separate sheet providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| | | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, did non-program expenditures exceed 50% of gross revenues? | | X |
| 4. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | | X |
| 5. | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If "yes," provide an attachment listing the name, address, and telephone number of the service provider. | | X |
| 6. | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | | X |
| 7. | During this reporting period, did the organization hold a raffle for charitable purposes? If "yes," provide an attachment indicating the number of raffles and the date(s) they occurred. | | X |
| 8. | Does the organization conduct a vehicle donation program? If "yes," provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | | X |
| 9. | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | | X |

Organization's area code and telephone number ( **415** ) **663** - **1881**
Organization's e-mail address: **gbatmuirb@aol.com**

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, it is true, correct and complete.

_(signature)_         Gordon Bennett         Pres         10/15/2005
Signature of authorized officer      Printed Name      Title      Date

# ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-307, 311 and 312

**MAIL TO:**
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021

**WEB SITE ADDRESS:**
http://ag.ca.gov/charities/

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code section 12586.1. IRS extensions will be honored.



State Charity Registration Number: **CT-75304**
Name of Organization: **Watershed Foundation**
Address (Number and Street): **40 Sunnyside Dr**
City or Town, State and ZIP Code: **INverness, CA 94937**

Check if:
☐ Change of address
☐ Amended report

Corporate or Organization No. **D-1628412**
Federal Employer I.D. No. **68-0183506**

## ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311 and 312)
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between 100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
|  |  |  |  | Greater than $50 million | $300 |

## PART A - ACTIVITIES

For your most recent full accounting period (beginning **7 / 1 / 05** ending **6 / 30 / 06**) list:

Gross annual revenue $ **26,077** Total assets $ **252,909**

## PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note: If you answer "yes" to any of the questions below, you must attach a separate sheet providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| | | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, did non-program expenditures exceed 50% of gross revenues? | | X |
| 4. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | | X |
| 5. | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If "yes," provide an attachment listing the name, address, and telephone number of the service provider. | | X |
| 6. | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | | X |
| 7. | During this reporting period, did the organization hold a raffle for charitable purposes? If "yes," provide an attachment indicating the number of raffles and the date(s) they occurred. | | X |
| 8. | Does the organization conduct a vehicle donation program? If "yes," provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | | X |
| 9. | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | | X |

Organization's area code and telephone number ( **415** ) **663 - 1881**
Organization's e-mail address **gbatmuirb@aol.com**

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of authorized officer / Printed Name: **Gordon Bennett** / Title: **Pres** / Date: **11/14/06**

RRF-1 (3-05)

# ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-307, 311 and 312

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code section 12586.1. IRS extensions will be honored.

**MAIL TO:**
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021

**WEB SITE ADDRESS:**
http://ag.ca.gov/charities/



State Charity Registration Number: CT-75304
Name of Organization: Watershed Foundation
Address: 40 Sunyside Dr
City: Inverness, CA 94937

Check if:
☐ Change of address
☐ Amended report

Corporate or Organization No.: D-1628412
Federal Employer I.D. No.: 68-0183506

## ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311 and 312)
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between 100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
|  |  |  |  | Greater than $50 million | $300 |

### PART A - ACTIVITIES

For your most recent full accounting period (beginning 7/1/06 ending 6/30/07) list:

Gross annual revenue $ 26,120    Total assets $ 259,563

### PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note: If you answer "yes" to any of the questions below, you must attach a separate sheet providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| # | Question | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, did non-program expenditures exceed 50% of gross revenues? | | X |
| 4. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | | X |
| 5. | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If "yes," provide an attachment listing the name, address, and telephone number of the service provider. | | X |
| 6. | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | | X |
| 7. | During this reporting period, did the organization hold a raffle for charitable purposes? If "yes," provide an attachment indicating the number of raffles and the date(s) they occurred. | | X |
| 8. | Does the organization conduct a vehicle donation program? If "yes," provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | | X |
| 9. | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | | X |

Organization's area code and telephone number ( 415 ) 663 - 1881
Organization's e-mail address: gbatmuirb@aol.com

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, it is true, correct and complete.

Signature of authorized officer    Printed Name: Gordon Bennett    Title: President    Date: 2/15/2008

RRF-1 (3-05)

# ANNUAL REGISTRATION RENEWAL FEE REPORT TO ATTORNEY GENERAL OF CALIFORNIA

Sections 12586 and 12587, California Government Code
11 Cal. Code Regs. sections 301-307, 311 and 312

**MAIL TO:**
Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
Telephone: (916) 445-2021

**WEB SITE ADDRESS:**
http://ag.ca.gov/charities/

Failure to submit this report annually no later than four months and fifteen days after the end of the organization's accounting period may result in the loss of tax exemption and the assessment of a minimum tax of $800, plus interest, and/or fines or filing penalties as defined in Government Code section 12586.1. IRS extensions will be honored.



State Charity Registration Number: CT-75304
Name of Organization: Watershed Foundation
Address (Number and Street): 40 Sunnyside Dr
City or Town, State and ZIP Code: Inverness, CA 94937

Check if:
[ ] Change of address
[ ] Amended report

Corporate or Organization No. 1628412
Federal Employer I.D. No. 68-0183506

## ANNUAL REGISTRATION RENEWAL FEE SCHEDULE (11 Cal. Code Regs. sections 301-307, 311 and 312)
Make Check Payable to Attorney General's Registry of Charitable Trusts

| Gross Annual Revenue | Fee | Gross Annual Revenue | Fee | Gross Annual Revenue | Fee |
|---|---|---|---|---|---|
| Less than $25,000 | 0 | Between 100,001 and $250,000 | $50 | Between $1,000,001 and $10 million | $150 |
| Between $25,000 and $100,000 | $25 | Between $250,001 and $1 million | $75 | Between $10,000,001 and $50 million | $225 |
| | | | | Greater than $50 million | $300 |

## PART A - ACTIVITIES

For your most recent full accounting period (beginning 7/1/200_ ending 6/30/2008) list:

Gross annual revenue $ 28,764     Total assets $ 263,743

## PART B - STATEMENTS REGARDING ORGANIZATION DURING THE PERIOD OF THIS REPORT

Note: If you answer "yes" to any of the questions below, you must attach a separate sheet providing an explanation and details for each "yes" response. Please review RRF-1 instructions for information required.

| # | Question | Yes | No |
|---|---|---|---|
| 1. | During this reporting period, were there any contracts, loans, leases or other financial transactions between the organization and any officer, director or trustee thereof either directly or with an entity in which any such officer, director or trustee had any financial interest? | | X |
| 2. | During this reporting period, was there any theft, embezzlement, diversion or misuse of the organization's charitable property or funds? | | X |
| 3. | During this reporting period, did non-program expenditures exceed 50% of gross revenues? | | X |
| 4. | During this reporting period, were any organization funds used to pay any penalty, fine or judgment? If you filed a Form 4720 with the Internal Revenue Service, attach a copy. | | X |
| 5. | During this reporting period, were the services of a commercial fundraiser or fundraising counsel for charitable purposes used? If "yes," provide an attachment listing the name, address, and telephone number of the service provider. | | X |
| 6. | During this reporting period, did the organization receive any governmental funding? If so, provide an attachment listing the name of the agency, mailing address, contact person, and telephone number. | | X |
| 7. | During this reporting period, did the organization hold a raffle for charitable purposes? If "yes," provide an attachment indicating the number of raffles and the date(s) they occurred. | | X |
| 8. | Does the organization conduct a vehicle donation program? If "yes," provide an attachment indicating whether the program is operated by the charity or whether the organization contracts with a commercial fundraiser for charitable purposes. | | X |
| 9. | Did your organization have prepared an audited financial statement in accordance with generally accepted accounting principles for this reporting period? | | X |

Organization's area code and telephone number ( 415 ) 663 - 1881
Organization's e-mail address: gbatmuirb@aol.com

I declare under penalty of perjury that I have examined this report, including accompanying documents, and to the best of my knowledge and belief, it is true, correct and complete.

_____ Gordon Bennett         President         10/15/2008
Signature of authorized officer     Printed Name     Title            Date

RRF-1 (3-05)

# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS    CA    94937

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****3506
YOUR ACCOUNT NUMBER: 1-ZA197-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,975.53 | |
| 11/12 | 210 | | 837 | WELLS FARGO & CO NEW | 29.800 | 6,266.80 | |
| 11/12 | 150 | | 1339 | HEWLETT PACKARD CO | 34.900 | 5,241.00 | |
| 11/12 | 130 | | 5163 | WAL-MART STORES INC | 55.830 | 7,262.90 | |
| 11/12 | 85 | | 5665 | INTERNATIONAL BUSINESS MACHS | 87.270 | 7,420.95 | |
| 11/12 | 315 | | 9489 | EXXON MOBIL CORP | 72.800 | 22,969.20 | |
| 11/12 | 345 | | 9991 | INTEL CORP | 14.510 | 5,018.95 | |
| 11/12 | 165 | | 14317 | JOHNSON & JOHNSON | 59.580 | 9,836.70 | |
| 11/12 | 225 | | 18642 | J.P. MORGAN CHASE & CO | 38.530 | 8,678.25 | |
| 11/12 | 120 | | 22966 | COCA COLA CO | 44.660 | 5,363.20 | |
| 11/12 | 70 | | 27294 | MCDONALDS CORP | 55.370 | 3,877.90 | |
| 11/12 | 130 | | 31620 | MERCK & CO | 28.550 | 3,716.50 | |
| 11/12 | 475 | | 35946 | MICROSOFT CORP | 21.810 | 10,378.75 | |
| 11/12 | 240 | | 40272 | ORACLE CORPORATION | 17.300 | 4,161.00 | |
| 11/12 | 95 | | 53250 | PEPSICO INC | 55.410 | 5,361.95 | |
| 11/12 | 55 | | 53752 | APPLE INC | 100.780 | 5,544.90 | |
| 11/12 | 405 | | 57576 | PFIZER INC | 16.940 | 6,876.70 | |
| 11/12 | 95 | | 58078 | ABBOTT LABORATORIES | 54.610 | 5,190.95 | |
| 11/12 | 180 | | 61902 | PROCTER & GAMBLE CO | 64.080 | 11,541.40 | |
| 11/12 | 65 | | 62404 | AMGEN INC | 59.160 | 3,847.40 | |
| 11/12 | 125 | | 66228 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 5,455.00 | |
| 11/12 | 300 | | 66730 | BANK OF AMERICA | 21.590 | 6,489.00 | |
| 11/12 | 100 | | 70554 | QUALCOMM INC | 33.770 | 3,381.00 | |
| 11/12 | 325 | | 71056 | CITI GROUP INC | 12.510 | 4,078.75 | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****3506
YOUR ACCOUNT NUMBER 1-ZA197-3-0

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS    CA    94937

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 75 | | 74880 | SCHLUMBERGER LTD | 49.480 | 3,714.00 | |
| 11/12 | 180 | | 75382 | COMCAST CORP CL A | 16.510 | 2,978.80 | |
| 11/12 | 355 | | 79206 | AT&T INC | 27 | 9,599.00 | |
| 11/12 | 90 | | 79708 | CONOCOPHILIPS | 52.510 | 4,728.90 | |
| 11/12 | 60 | | 83532 | UNITED PARCEL SVC INC CLASS B | 52.040 | 3,124.40 | |
| 11/12 | 365 | | 84034 | CISCO SYSTEMS INC | 16.730 | 6,120.45 | |
| 11/12 | 105 | | 87858 | U S BANCORP | 29.530 | 3,104.65 | |
| 11/12 | 125 | | 88360 | CHEVRON CORP | 73.430 | 9,183.75 | |
| 11/12 | 60 | | 92184 | UNITED TECHNOLOGIES CORP | 53.160 | 3,191.60 | |
| 11/12 | 635 | | 92686 | GENERAL ELECTRIC CO | 19.630 | 12,490.05 | |
| 11/12 | 170 | | 96510 | VERIZON COMMUNICATIONS | 30.410 | 5,175.70 | |
| 11/12 | 15 | | 97012 | GOOGLE | 337.400 | 5,051.00 | |
| 11/12 | | 225,000 | 23445 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 224,856.00 |
| 11/12 | | | | 2/12/2009 | | | 48.97 |
| 11/12 | | 40,101 | 18547 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 40,101.00 |
| 11/12 | 37,565 | | 27915 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 37,565.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.61 |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **-***-3506
YOUR ACCOUNT NUMBER: 1-ZA197-3-0

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS    CA    94937

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 37,565 | 53428 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 37,565.00 |
| 11/19 | 50,000 | | 57930 | U.S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 2,587 | | 62464 | FIDELITY SPARTAN U.S TREASURY MONEY MARKET | 1 | 2,587.00 | |
| | | | | NEW BALANCE | | 28,945.67 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 355 | | | AT&T INC | 28.560 | | |
| | 95 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 65 | | | AMGEN INC | 55.540 | | |
| | 55 | | | APPLE INC | 92.670 | | |
| | 300 | | | BANK OF AMERICA | 16.250 | | |
| | 125 | | | CHEVRON CORP | 79.010 | | |
| | 365 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 325 | | | CITI GROUP INC | 8.290 | | |
| | 120 | | | COCA COLA CO | 46.870 | | |
| | 180 | | | COMCAST CORP CL A | 17.340 | | |
| | 90 | | | CONOCOPHILLIPS | 52.520 | | |
| | 315 | | | EXXON MOBIL CORP | 80.150 | | |
| | 635 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3506
YOUR ACCOUNT NUMBER: 1-ZA197-3-0

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS    CA    94937

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 15 | | | GOOGLE | 292.960 | | |
| | 150 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 345 | | | INTEL CORP | 13.890 | | |
| | 85 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 225 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 165 | | | JOHNSON E JOHNSON | 58.580 | | |
| | 70 | | | MCDONALDS CORP | 58.750 | | |
| | 130 | | | MERCK & CO | 26.720 | | |
| | 475 | | | MICROSOFT CORP | 20.220 | | |
| | 240 | | | ORACLE CORPORATION | 16.090 | | |
| | 95 | | | PEPSICO INC | 56.700 | | |
| | 405 | | | PFIZER INC | 16.430 | | |
| | 125 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 180 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 100 | | | QUALCOMM INC | 33.570 | | |
| | 75 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 2,587 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 105 | | | U.S. BANCORP | 26.980 | | |
| | 60 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U.S. TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.971 | | |
| | 60 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS                CA   94937

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3506
YOUR ACCOUNT NUMBER: 1-ZA197-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 170 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 130 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 210 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG         SHORT |  |  |  |
|  |  |  |  | 272,863.92 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WATERSHED FOUNDATION
40 SUNNYSIDE DRIVE
INVERNESS                CA  94937

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ****3506
YOUR ACCOUNT NUMBER 1-ZA197-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 14,976.00 |
| 11/12 | | 5 | 44598 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 7,895.00 |
| 11/12 | 5 | | 48924 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 8,905.00 | |
| 11/19 | | 5 | 35028 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 12,995.00 |
| 11/19 | 5 | | 39353 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 15,005.00 | |
| 11/19 | 5 | | 43678 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 1,505.00 | |
| 11/19 | | 5 | 48003 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 18,495.00 |
| | | | | NEW BALANCE | | | 28,946.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES
LONG            SHORT
8,250.00        11,650.00—

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES