# EXHIBIT C

**Fee Schedule of the Receiver and RK&O**

**Professional Services Rendered by the Receiver and His Counsel,
Richards Kibbe & Orbe LLP for the Period from
December 11, 2008 through February 28, 2009**

| Name of Professional | Hourly Rate | Hours Engaged | Total Values | Total Values with Travel Discount and 10% Discount |
|---|---|---|---|---|
| **Receiver** | | | | |
| Lee S. Richards | $775.00 | 184.10 | $142,677.50 | $120,388.50 |
| **Partners** | | | | |
| Michael Mann | $775.00 | 5.90 | $4,572.50 | $4,115.25 |
| Ian Craig | $725.00 | 99.70 | $72,282.50 | $65,054.25 |
| Lucinda McConathy | $700.00 | 5.50 | $3,850.00 | $3,465.00 |
| James Walker | $675.00 | 39.10 | $26,392.50 | $23,753.25 |
| Carl Winkworth | $650.00 | 8.00 | $5,200.00 | $4,680.00 |
| Daniel C. Zinman | $650.00 | 155.20 | $100,880.00 | $86,112.00 |
| Joon P. Hong | $625.00 | 201.80 | $126,125.00 | $109,012.50 |
| Andrew Martin | $575.00 | 2.00 | $1,150.00 | $1,035.00 |
| Louisa Watt | $550.00 | 88.10 | $48,455.00 | $43,609.50 |

491449.13/2643-00001

| **Associates/Law Clerks** | | | | |
|---|---|---|---|---|
| Zachary Gelber | $395.00 | 106.30 | $41,988.50 | $37,789.65 |
| Matthew Riccardi | $375.00 | 34.20 | $12,825.00 | $11,542.50 |
| Keith Sambur | $340.00 | 1.30 | $442.00 | $397.80 |
| Patrick Higgins | $310.00 | 36.00 | $11,160.00 | $10,044.00 |
| Mary Park | $300.00 | 37.00 | $11,100.00 | $9,990.00 |
| Yang Shen | $275.00 | 1.20 | $330.00 | $297.00 |
| **Paralegals** | | | | |
| Michael Schneider | $250.00 | 5.60 | $1,400.00 | $1,260.00 |
| Twaji Ewool | $190.00 | 132.90 | $25,251.00 | $22,725.90 |
| Roxanne Yanofsky | $190.00 | 62.90 | $11,951.00 | $10,755.90 |
| Melissa McCullough | $190.00 | 17.70 | $3,363.00 | $3,026.70 |
| Heidi Mun | $190.00 | 1.30 | $247.00 | $222.30 |
| **Totals** | | 1,225.80 | $651,642.50 | $569,277.00 |
| **Additional Discount** | | | | (269,277.00) |
| **TOTAL** | | | | **$300,000.00** |

491449.13/2643-00001