# EXHIBIT D

**Fee Schedule of AlixPartners**

491449.13/2643-00001

AlixPartners Fee Schedule

| Name of Professional | Level of Professional | Hours Engaged | Hourly Rate | Total Values | Total Values with 10% Discount and Travel Discount | Additional Fee Discount of $36,995.75 |
|---|---|---|---|---|---|---|
| Afshin Azhari | Director | 2.00 | $ 485.00 | $ 970.00 | $ 873.00 | |
| Bill Kingsford | Director | 33.75 | $ 530.00 | $ 17,887.50 | $ 16,098.75 | |
| Brett Roberson | Vice President | 24.35 | $ 430.00 | $ 10,470.50 | $ 8,359.20 | |
| Chad Tolleson | Vice President | 10.50 | $ 375.00 | $ 3,937.50 | $ 3,543.75 | |
| Craig Otterman | Associate | 32.25 | $ 245.00 | $ 7,901.25 | $ 7,111.13 | |
| Denis O'Connor | Managing Dir. | 19.00 | $ 795.00 | $ 15,105.00 | $ 13,594.50 | |
| Elise Noble | Associate | 18.00 | $ 335.00 | $ 6,030.00 | $ 5,427.00 | |
| Harvey Kelly | Managing Dir. | 68.50 | $ 795.00 | $ 54,457.50 | $ 44,003.25 | |
| James Dunn | Analyst | 19.00 | $ 225.00 | $ 4,275.00 | $ 3,391.87 | |
| John Franks | Director | 14.40 | $ 485.00 | $ 6,984.00 | $ 6,285.60 | |
| Keith Williamson | Director | 74.80 | $ 620.00 | $ 46,376.00 | $ 41,738.40 | |
| Lauren Schulman | Associate | 15.10 | $ 335.00 | $ 5,058.50 | $ 4,552.65 | |
| Marat Saks | Associate | 16.25 | $ 335.00 | $ 5,443.75 | $ 4,899.38 | |
| Martin Cairns | Director | 8.25 | $ 485.00 | $ 4,001.25 | $ 3,601.13 | |
| Matthew Cohen | Managing Dir. | 45.00 | $ 650.00 | $ 29,250.00 | $ 26,325.00 | |
| Maurice Moses | Director | 29.00 | $ 620.00 | $ 17,980.00 | $ 16,182.00 | |
| Meaghan Schmidt | Vice President | 40.60 | $ 430.00 | $ 17,458.00 | $ 15,712.20 | |
| Paul Matthews | Vice President | 37.00 | $ 480.00 | $ 17,760.00 | $ 15,984.00 | |
| Pierre Buhler | Managing Dir. | 34.00 | $ 750.00 | $ 25,500.00 | $ 22,950.00 | |
| Scott Jarrell | Vice President | 5.00 | $ 375.00 | $ 1,875.00 | $ 1,687.50 | |
| Sean Renshaw | Director | 25.00 | $ 530.00 | $ 13,250.00 | $ 10,971.00 | |
| Seth Alter | Director | 36.40 | $ 530.00 | $ 19,292.00 | $ 17,362.80 | |
| Shannon Outland | Vice President | 12.50 | $ 280.00 | $ 3,500.00 | $ 3,150.00 | |
| Stephen Taylor | Managing Dir. | 48.50 | $ 750.00 | $ 36,375.00 | $ 32,737.50 | |
| Steve Ray | Administrative | 0.50 | $ 215.00 | $ 107.50 | $ 96.75 | |
| Walt Manning | Director | 3.20 | $ 530.00 | $ 1,696.00 | $ 1,526.40 | |
| Wolfgang Bauriedel | Director | 44.50 | $ 620.00 | $ 27,590.00 | $ 24,831.00 | |
| **Totals** | | **717.35** | | **$400,531.25** | **$ 352,995.75** | **$ 316,000.00** |