# EXHIBIT E

**Schedule - Categories of Expenses of the Receiver and RK&O**

## Summary of Expenses for the for the Period from
## December 11, 2008 through February 28, 2009

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone | $89.47 |
| Online Computerized Research | $1,608.28 |
| Photocopying | $53.69 |
| Delivery Services/Messengers | $98.73 |
| Out of Town Travel | $12,933.97 |
| Local UK Counsel | $12,912.35 |
| **TOTAL** | **$27,696.49** |
| **Additional Discount** | **($21,247.49)** |
| **FINAL TOTAL** | **$6,449.00** |

491449.13/2643-00001