# EXHIBIT F

**Schedule - Categories of Expenses of AlixPartners**

491449.13/2643-00001

AlixPartners Expense Category Schedule

| Description | Amount | Additional Expense Discount of $3,484.79 |
|---|---|---|
| Airfare | $ 3,007.62 | |
| Airfare Service Charge | $ 106.00 | |
| Cab Fare/Ground Transportation | $ 998.10 | |
| Communication Charges (Total hours *$4/hr) | $ 2,869.40 | |
| Lodging | $ 2,274.08 | |
| Mileage | $ 88.04 | |
| Other (Locksmith charges and security guards for Queens and Manhattan office locations) | $ 7,043.97 | |
| Parking & Tolls | $ 294.70 | |
| Supplies (Locks) | $ 1,031.73 | |
| Meals | $ 771.15 | |
| **Total Disbursements** | **$18,484.79** | $ 15,000.00 |