## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: 970-948-2657 _____

Taxpayer I.D. Number (Social Security No.)
_____ Redacted _____

Account Number: 1CM379
ALBERT FAMILY RETIREMENT L P
340 PFISTER DRIVE
ASPEN, CO 81611

The undersigned claimant reserves
the right to supplement or amend
this claim and/or the information
provided with this claim.

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*******************************************************************
Please see the attached Bernard L. Madoff Investment Securities LLC statement for
the period ending 11/30/2008
   1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of      $_____
      b.    I owe the Broker a Debit (Dr.) Balance of      $_____

502180406                          1

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $_____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see the attached Bernard L. Madoff Investment Securities LLC statement for the period ending 11/30/2008 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | x |

502180406                                    3

9.       Have you or any member of your family
         ever filed a claim under the Securities
         Investor Protection Act of 1970? if
         so, give name of that broker.                                    X

         Please list the full name and address of anyone assisting you in the
         preparation of this claim form: Peter D. Morgenstern, Esq.
         Morgenstern & Blue, LLC, 885 Third Avenue, New York, NY 10022

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date  February 21, 2009          Signature

Date  _____           Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Albert Family Retirement LP**
**Account Number: 1CM379**

<u>Deposits</u>

1996 -        $529,376.95

1998 -        $10,398

1999 -        $27,000

2004 -        $16,819

2006 -        $67,900

2007 -        <u>$5,859.64</u>

Total Deposits: $657,353.59

<u>Withdrawals</u>

2007 -        <u>$100,325</u>

Net Loss:     $557,028.59

3/4

## ALBERT FAMILY RETIREMENT LP

Important
1996 Tax Information
Bernard L. Madoff Investment Securities
Trading Account #1-CM379-3-0
Period 1/1/96-12/31/96

| | Cost | Proceeds | Gain (Loss) |
|---|---|---|---|
| Capital gain (loss) on sale of stocks: | | | |
| Short term | $4,095,831.21 | $4,164,332.10 | $68,500.89 |
| Long term | 0.00 | 0.00 | 0.00 |
| Capital gain (loss) on sale of options: | | | |
| Short term | 0.00 | 0.00 | 0.00 |
| Capital gain(loss) on sale of sec. 1256 contracts:(1) | | | |
| Long term 60% ; Short term 40% | 123,595.25 | 116,364.75 | (7,230.50) |
| Dividend income: | | | 6,374.39 |
| Interest income, U.S Treasury bills: | | | 3,447.00 |
| Interest income, other: | | | 0.00 |

To 1/4

(1) Report on Form 6781

BERN FAMILY RE...MENT LP
ACCOUNT # 1-CM3...-3-0
ACCOUNT RECONCILIATION

PERIOD 1/1/96-12/31/96

| | | | |
|---|---|---|---|
| ACCOUNT BALANCE-STOCKS 1/1... | | | 0.00 |
| COST OF PURCHASES | | | (4,692,852.21) |
| COST OF PURCHASES-12/31/95 | | | 0.00 |
| PROCEEDS FROM SALES-STOCKS | | 3,820,106.10 | |
| PROCEEDS FROM SALES-FIDELITY | | 344,226.00 | 4,164,332.10 |
| DIVIDEND INCOME | | | 6,374.39 |
| INTEREST INCOME | | | 0.00 |
| MARGIN INTEREST EXPENSE | | | |
| ADDITIONAL CONTRIBUTED CAPITAL: | 26-Feb-96 | | 136,742.95 |
| | 02-Apr-96 | | 317,987.00 |
| | 04-Apr-96 | | 2,000.00 |
| | 22-Apr-96 | | 37,667.00 |
| | 28-Aug-96 | | 34,980.00 |
| TRANSFER FROM OPTIONS ACCOUNT | | | (7,230.50) |
| CAPITAL WITHDROWALS: | | | |
| ACCOUNT BALANCE-STOCKS | 31-Dec-96 | | 0.73 |
| ACCOUNT BALANCE-OPTIONS 1/1... | | | 0.00 |
| COST OF PURCHASES | | | (123,595.25) |
| COST OF CALLS MARKED TO MARKET | | | |
| TRANSFER TO STOCKS ACCOUNT | | | 7,230.50 |
| PROCEEDS FROM SALES | | | 116,364.75 |
| ACCOUNT BALANCE-OPTIONS | 31-Dec-96 | | 0.00 |

PORTFOLIO / AGEMENT REPORT AS OF 6/30/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P            1-CM379-3

725 WEST SMUGGLET
ASPEN          CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 600,468.73CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 49,802.87CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 24,423.87CR |
| CURRENT CASH BALANCE | .68CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 674,694.79  NET LONG |
| TOTAL EQUITY | 674,695.47CR |

ANNUALIZED RETURN FOR CURRENT YEAR     24.92 %

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P       1-CM379-3

725 WEST SMUGGLET
ASPEN                    CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 722,594.91CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 10,297.07CR |
| REALIZED P/L FOR CURRENT YEAR | 26,827.53CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .09CR |
| CURRENT CASH BALANCE | 759,719.42     NET LONG |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | 759,719.51CR |

ANNUALIZED RETURN FOR CURRENT YEAR    20.83 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

725 WEST SMUGGLET
ASPEN                 CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 722,594.91CR |
| CAPITAL ADDITIONS | 10,398.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 142,473.82CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .73CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 875,466.00    NET LONG |
| TOTAL EQUITY | 875,466.73CR |

ANNUALIZED RETURN FOR CURRENT YEAR    19.55 %

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London
Tel 0171

PAGE 2

PERIOD ENDING 4/30/99

YOUR TAX PAYER IDENTIFICATION NUMBER 84-1326470

YOUR ACCOUNT NUMBER 1-CM379-3-0

ALBERT FAMILY RETIREMENT L P

725 WEST SMUGGLET
ASPEN          CO   81611

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | | CHECK WIRE | CA | |
| | | | GENERAL ELECTRIC CO | DIV | |
| 50,000 | | 83999 | DIV 3/08/99 4/26/99 | | |
| | | | U S TREASURY BILL | 98.630 | 49,315.00 |
| | | | DUE 8/19/1999 | | |
| 2,676 | | 84804 | FIDELITY SPARTAN | 1 | 2,676.00 |
| | | | U S TREASURY MONEY MARKET | | |
| | | | DUE 8/19/1999 | | |
| | | | NEW BALANCE | | |
| | | | SECURITY POSITIONS | MKT PRICE | |
| 2,676 | | | FIDELITY SPARTAN | 1 | |
| 50,000 | | | U S TREASURY MONEY MARKET | 98.630 | |
| | | | U S TREASURY BILL | | |
| | | | DUE 8/19/1999 | | |
| | 450,000 | | U S TREASURY BILL | 98.270 | |
| | | | DUE 9/16/1999 | | |
| | 450,000 | | U S TREASURY BILL | 98.360 | |
| | | | DUE 9/9/1999 | | |
| | | | MARKET VALUE OF SECURITIES | SHORT | |
| | | | LONG | | |
| | | | 936,826.00 | | |

17,000

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

ATT; KIM BAIN
FROM;KATHY ALBERT
12/6/99

ENCLOSED PLEASE FIND YOUR SIGNED TRANSFER FORM. THIS FORM
NEEDS TO BE SENT TO LINDA TURNER AT MERRILL LYNCH, 3100
HINGSTON AVE.,EGG HARBOR TOWNSHIP, N.J. 08234. AS YOU CAN SEE, I AM
HAVING $10,000 TRANSFERRED TO YOU. ONCE YOU GET THIS WIRE FROM
MERRILL LYNCH, I NEED YOU TO WIRE THESE FUNDS TO THE FOLLOWING:

CHEMICAL BANK
40 WALL STREET
NEW YORK, N.Y. 10015
ABA# Redacted    1
FOR FURTHER CREDIT TO:
BERNARD MADOFF
Account # Redacted
FOR THE BENEFIT OF THE ALBERT FAMILY PARTNERSHIP
ACCOUNT #1-CM379-3-0

SHOULD YOU HAVE ANY QUESTIONS PLEASE CALL ME AT 970-925-6528

PLEASE FEDEX THIS FORM ALONG WITH YOUR WIRE NUMBER TO LINDA
AT MERRILL LYNCH.

THANKS
GARY ALBERT

Feb 27 09 02:40p   Gary Albert          970 920 1260          p.4

# TRANSFER AUTHORIZATION
## Wells Fargo



**IRA**

WELLS FARGO

| FOR CUSTODIAL USE ONLY | |
|---|---|
| IRA# | CODE |

A transfer occurs when an individual transfers funds directly from one IRA custodian/trustee to a new one. With the WELLS FARGO IRA, you may transfer only cash or assets acceptable to Wells Fargo, Custodian. This form authorizes the direct transfer of cash and/or acceptable assets held in an IRA from your current custodian/trustee to Wells Fargo for deposit into your WELLS FARGO IRA. Only certain assets are acceptable for transfer into your Wells Fargo IRA. Please check with your broker or Custodian.

**INSTRUCTIONS FOR MAKING A TRANSFER**
Fill in the information required on Sections A and B of this Transfer Authorization form. If opening a new WELLS FARGO IRA, a complete New Account Application form must accompany this Transfer Authorization.

**MAIL COMPLETED FORMS TO:**
WELLS FARGO, Custodian
IRA Services
Dept. 01496
San Francisco, CA 94139-1496

**DIRECT TELEPHONE INQUIRIES TO**
Wells Fargo
IRA Services
(650) 593-2221

---

**COMPLETE SECTIONS A AND B**

**A.** Current Plan Information

1. KATHLEEN ALBERT          Redacted
   Name of Participant                          Soc. Sec. No.

2. _____
   Name of Plan Being Transferred          Account No.

3. _____
   Current Custodian/Trustee Name

   _____
   Address Street

   _____
   City          State          Zip

4. Type of plan being transferred: (check one)
   ☐ IRA Contributory          ☐ IRA Spousal Contributory
   ☐ IRA Non-Contributory ("Frozen") Rollover          ☐ Other _____

**B.** Account Transfer Instructions: Current custodian/trustee, you are hereby removed as the Custodian/Trustee of the above referenced account and are directed to transfer the assets identified below that you are holding in the above referenced IRA account as indicated.

1. **TRANSFERS-IN-KIND (Do Not Liquidate)**

| Asset/Security Name | Account No. | #Units/Shares |
|---|---|---|
| | | |
| | | |
| | | |

2. **LIQUIDATE AND DELIVER CASH**

| Asset/Security Name | Account No. | Liquidate Immediately | Liquidate at Maturity Date Below |
|---|---|---|---|
| | | | / / |
| | | | / / |
| | | | / / |

(Attach whatever type of documentation your current custodian/trustee will need to transfer your account.)
Estimated amount of Cash (only) to be transferred: $ _____

3. Make check(s) payable to: WELLS FARGO, CUSTODIAN.
Forward check(s) and/or assets re/registered in kind and one (1) copy of this letter to:
WELLS FARGO, Custodian
IRA Services
Dept. 01496
San Francisco, CA 94139-1496

4. SIGNATURE OF: _Kathleen Albert_
   (IRA Participant)

PLEASE NOTE: It has been the experience of Wells Fargo that in transferring accounts it may take six weeks or longer to receive funds from a prior custodian/trustee.

5. Participant's signature guarantee by:

_____
Signature of authorized bank officer or brokerage firm

_____          _____
Title                                 Dated
(Applicable only if required by IRA participant's current custodian/trustee in order to liquidate assets.)

**TO BE COMPLETED BY WELLS FARGO**

**C.** Wells Fargo acceptance of appointment.
Wells Fargo Bank hereby accepts its appointment as Custodian of the Wells Fargo IRA.

FOR: _____
     Participant's Name - please print

This appointment is effective upon receipt of plan assets in our custody. Further, Wells Fargo, Custodian, expressly does not assume or incur any liability by reason of or have any duty or responsibility to inquire into or take action with respect to any acts performed or omitted to be performed by the current custodian/trustee.

By: _____          _____
    Authorized Wells Fargo Signature          Date

---

| FOR WELLS FARGO USE ONLY | |
|---|---|
| By: _____ | |
| (Authorized Wells Fargo Signature) | |
| Custodian ID. 93-4345340 | |
| TRAN DATE          /          / | |
| PROCESS DATE          /          / | |
| AMT. TRANSFERRED   $ _____ | |
| PURCHASE   $ _____ | |
| BUY $ _____ FOR _____ UNITS/ | |
| SHRS OF _____ | |
| BUY $ _____ FOR _____ UNITS/ | |
| SHRS OF _____ | |
| BUY $ _____ FOR _____ UNITS/ | |
| SHRS OF _____ | |
| MMF TRAN DATE          /          / | |
| DEPOSIT   $ _____ | |
| WITHDRAW $ _____ | |
| TRANS FR _____ | |

08/31/99

PORTFOLIO MAN. EMENT REPORT AS OF  6/30/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P      1-CM379-3

725 WEST SMUGGLET
ASPEN              CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,083,441.65CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 98,008.16CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 1,740.00CR |
| CURRENT CASH BALANCE | .81CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,183,189.00   NET LONG |
| TOTAL EQUITY | 1,183,189.81CR |

ANNUALIZED RETURN FOR CURRENT YEAR    18.46 %

PORTFOLIO MAN.  MENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

725 WEST SMUGGLET
ASPEN                    CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,083,441.65CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 150,428.68CR |
| REALIZED P/L FOR CURRENT YEAR | |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | .33CR |
| CURRENT CASH BALANCE | 1,233,870.00 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,233,870.33CR NET LONG |
| TOTAL EQUITY | |
| ANNUALIZED RETURN FOR CURRENT YEAR | 13.84 % |

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

725 WEST SMUGGLET
ASPEN            CO 81611

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,233,870.33CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 321,768.82CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 189,181.82- |
| CURRENT CASH BALANCE | .81CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,366,456.52 |
| TOTAL EQUITY | 1,366,457.33CR    NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR    14.36 %

PORTFOLIO M.  .GEMENT REPORT AS OF  9/30/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

P O BOX 9427
ASPEN                    CO 81612

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,611,425.39CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 143,088.37CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 365.50CR |
| CURRENT CASH BALANCE | .76CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,754,878.50    NET LONG |
| TOTAL EQUITY | 1,754,879.26CR |

ANNUALIZED RETURN FOR CURRENT YEAR      11.90 %

PORTFOLIO MAI   EMENT REPORT AS OF 12/31/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

P O BOX 9427
ASPEN                CO 81612

STARTING EQUITY FOR CURRENT YEAR                      1,611,425.39CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                           169,196.56CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                           .45CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        1,780,621.50    NET LONG
TOTAL EQUITY                                         1,780,621.95CR

ANNUALIZED RETURN FOR CURRENT YEAR      10.49 %

PORTFOLIO MAN..JEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

P O BOX 9427
ASPEN          CO 81612

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,780,621.95CR |
| CAPITAL ADDITIONS | 16,819.00CR |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 190,728.80CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .75CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,988,169.00    NET LONG |
| TOTAL EQUITY | 1,988,169.75CR |

ANNUALIZED RETURN FOR CURRENT YEAR          10.58 %

PORTFOLIO MAI   EMENT REPORT AS OF 12/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P        1-CM379-3

P O BOX 9427
ASPEN           CO 81612

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 1,988,169.75CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 198,527.77CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .52CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,186,697.00   NET LONG |
| TOTAL EQUITY | 2,186,697.52CR |

ANNUALIZED RETURN FOR CURRENT YEAR      9.98 %

PORTFOLIO MAN~~EMENT REPORT AS OF  9/30/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P          1-CM379-3

P O BOX 9427
ASPEN                    CO 81612

STARTING EQUITY FOR CURRENT YEAR                    2,186,697.52CR
CAPITAL ADDITIONS                                      67,900.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                         230,027.07CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS               1,565.00CR
CURRENT CASH BALANCE                                       .09CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS        2,486,189.50  NET LONG
TOTAL EQUITY                                         2,486,189.59CR

ANNUALIZED RETURN FOR CURRENT YEAR     14.06 %

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P       1-CM379-3

P O BOX 9427
ASPEN              CO 81612

```
STARTING EQUITY FOR CURRENT YEAR             2,551,492.55CR
CAPITAL ADDITIONS                                5,859.64CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                   57,604.33CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS          892.50CR
CURRENT CASH BALANCE                                 .02CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS 2,615,849.00   NET LONG
TOTAL EQUITY                                 2,615,849.02CR

ANNUALIZED RETURN FOR CURRENT YEAR        9.28 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P       1-CM379-3

P O BOX 9427
ASPEN              CO 81612

```
STARTING EQUITY FOR CURRENT YEAR             2,186,697.52CR
CAPITAL ADDITIONS                               67,900.00CR
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                  296,895.03CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                 .05CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS 2,551,492.50   NET LONG
```

PORTFOLIO MAN.._.MENT REPORT AS OF 12/31/07

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

ALBERT FAMILY RETIREMENT L P         1-CM379-3

P O BOX 9427
ASPEN              CO 81612

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,551,492.55CR |
| CAPITAL ADDITIONS | 5,859.64CR |
| CAPITAL WITHDRAWALS | 100,325.00- |
| REALIZED P/L FOR CURRENT YEAR | 290,793.41CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | .10CR |
| TOTAL EQUITY | 2,747,820.50 |
| | 2,747,820.60CR   NET LONG |

ANNUALIZED RETURN FOR CURRENT YEAR      11.56 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities

May.

ALBERT FAMILY RETIREMENT L P

340 PFISTER DRIVE
ASPEN                    CO    81611

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICA |
|---|---|
| 11/30/08 | ******6470 |

| YOUR ACCOUNT NUMBER |
|---|
| 1-CM379-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 179,675.78 |
| 11/12 | 1,690 | | 2397 | WAL-MART STORES INC | 55.830 | 94,419.70 |
| 11/12 | 1,105 | | 2899 | INTERNATIONAL BUSINESS MACHS | 87.270 | 96,477.35 |
| 11/12 | 4,095 | | 6723 | EXXON MOBIL CORP | 72.880 | 299,506.60 |
| 11/12 | 4,485 | | 7225 | INTEL CORP | 14.510 | 65,256.35 |
| 11/12 | 2,145 | | 11551 | JOHNSON & JOHNSON | 59.580 | 127,884.10 |
| 11/12 | 2,925 | | 15877 | J&P MORGAN CHASE & CO | 38.530 | 112,817.25 |
| 11/12 | 1,560 | | 20202 | COCA COLA CO | 44.660 | 69,731.60 |
| 11/12 | 910 | | 24528 | MCDONALDS CORP | 55.370 | 50,422.70 |
| 11/12 | 1,690 | | 28854 | MERCK & CO | 28.550 | 48,316.50 |
| 11/12 | 6,175 | | 33180 | MICROSOFT CORP | 21.810 | 134,923.75 |
| 11/12 | 3,120 | | 37506 | ORACLE CORPORATION | 17.300 | 54,100.00 |
| 11/12 | 1,235 | | 50484 | PEPSICO INC | 56.410 | 69,715.35 |
| 11/12 | 715 | | 50986 | APPLE INC | 100.780 | 72,085.70 |
| 11/12 | 5,265 | | 54810 | PFIZER INC | 16.940 | 89,399.10 |
| 11/12 | 1,235 | | 55312 | ABBOTT LABORATORIES | 54.610 | 67,492.35 |
| 11/12 | 2,340 | | 59136 | PROCTER & GAMBLE CO | 64.080 | 150,044.20 |
| 11/12 | 845 | | 59638 | AMGEN INC | 59.160 | 50,023.20 |
| 11/12 | 1,625 | | 63462 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 70,915.00 |
| 11/12 | 3,900 | | 63964 | BANK OF AMERICA | 21.590 | 84,357.00 |
| 11/12 | 1,300 | | 67788 | QUALCOMM INC | 33.770 | 43,953.00 |
| 11/12 | 4,225 | | 68290 | CITI GROUP INC | 12.510 | 53,023.75 |
| 11/12 | 975 | | 72214 | SCHLUMBERGER LTD | 49.480 | 48,282.00 |
| 11/12 | 2,340 | | 72616 | COMCAST CORP | 16.510 | 38,726.40 |
| | | | | CL A | | |
| | | | | | | |
| | | | | CONTINUED ON PAGE 2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

ALBERT FAMILY RETIREMENT L P
340 PFISTER DRIVE
ASPEN          CO   81611

| PAGE | 2 |
| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-CM379-3-0 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******6470 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 4,615 | | 76440 | AT&T INC | 27 | 124,789.00 | |
| 1,170 | | 76942 | CONOCOPHILIPS | 52.510 | 61,482.70 | |
| 780 | | 80766 | UNITED PARCEL SVC INC CLASS B | 52.040 | 40,622.20 | |
| 4,745 | | 81268 | CISCO SYSTEMS INC | 16.730 | 79,572.85 | |
| 1,365 | | 85092 | U S BANCORP | 29.530 | 40,362.45 | |
| 1,625 | | 85594 | CHEVRON CORP | 73.430 | 119,388.75 | |
| 780 | | 89418 | UNITED TECHNOLOGIES CORP | 53.160 | 41,495.80 | |
| 8,255 | | 89920 | GENERAL ELECTRIC CO | 19.630 | 162,375.65 | |
| 2,210 | | 93744 | VERIZON COMMUNICATIONS | 30.410 | 67,294.10 | |
| 195 | | 94246 | GOOGLE | 337.400 | 65,800.00 | |
| 2,730 | | 98070 | WELLS FARGO & CO NEW | 29.800 | 81,463.00 | |
| 1,950 | | 98572 | HEWLETT PACKARD CO | 34.900 | 68,133.00 | |
| | 2,925,000 | 20683 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 2,923,728.00 |
| | | 15781 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 2,923.12 |
| | 57,542 | 15781 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 57,542.00 |
| 23,854 | | 25150 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | 1 | 23,854.00 | |
| | | | U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.93 |
| | | | CONTINUED ON PAGE 3 | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Lim
12 Berkeley St
Mayfair, London W1J.
Tel 020 7493 i

PAGE **3**
PERIOD ENDING **11/30/08**
YOUR ACCOUNT NUMBER **1-CM379-3-0**
YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*6470**

ALBERT FAMILY RETIREMENT L P
340 PFISTER DRIVE
ASPEN          CO   81611

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT C TO YOUR A |
|---|---|---|---|---|---|---|
| | 23,854 | 50410 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23 23,854.7c |
| 200,000 | | 55044 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 199,852.00 | |
| 18,745 | | 59449 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,745.00 | |
| | | | NEW BALANCE | | 361,285.69 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 4,615 | | | AT&T INC | 28.560 | | |
| 1,235 | | | ABBOTT LABORATORIES | 52.390 | | |
| 845 | | | AMGEN INC | 55.540 | | |
| 715 | | | APPLE INC | 92.670 | | |
| 3,900 | | | BANK OF AMERICA | 16.250 | | |
| 1,625 | | | CHEVRON CORP | 79.010 | | |
| 4,745 | | | CISCO SYSTEMS INC | 16.540 | | |
| 4,225 | | | CITI GROUP INC | 8.290 | | |
| 1,560 | | | COCA COLA CO | 46.070 | | |
| 2,340 | | | COMCAST CORP CL A | 17.340 | | |
| 1,170 | | | CONOCOPHILLIPS | 52.520 | | |
| 4,095 | | | EXXON MOBIL CORP | 80.150 | | |
| 8,255 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | CONTINUED ON PAGE   4 | | | |

IF/16M THIS STATEMENT FOR INCOME TAX PURPOSES



New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

ALBERT FAMILY RETIREMENT L P

340 PFISTER DRIVE
ASPEN                    CO  81611

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-CM379-3-0

YOUR TAX PAYER IDENTIFICATION ******6470

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 195 | | | GOOGLE | 292.960 | |
| | 1,950 | | | HEWLETT PACKARD CO | 35.280 | |
| | 4,485 | | | INTEL CORP | 13.800 | |
| | 1,105 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| | 2,925 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| | 2,145 | | | JOHNSON & JOHNSON | 58.580 | |
| | 910 | | | MCDONALDS CORP | 58.750 | |
| | 1,690 | | | MERCK & CO | 26.720 | |
| | 6,175 | | | MICROSOFT CORP | 20.220 | |
| | 3,120 | | | ORACLE CORPORATION | 16.090 | |
| | 1,235 | | | PEPSICO INC | 56.700 | |
| | 5,265 | | | PFIZER INC | 16.430 | |
| | 1,625 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| | 2,340 | | | PROCTER & GAMBLE CO | 64.350 | |
| | 1,300 | | | QUALCOMM INC | 33.570 | |
| | 975 | | | SCHLUMBERGER LTD | 50.740 | |
| | 18,745 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | 1,365 | | | U S BANCORP | 26.980 | |
| | 780 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| | 200,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | |
| | 780 | | | UNITED TECHNOLOGIES CORP | 48.530 | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Feb 20 09 07:20p   Gary Albert   970 920 1260   p.5



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ALBERT FAMILY RETIREMENT L P

340 PFISTER DRIVE
ASPEN          CO  81611

Madoff Securities Internat
12 B...
Mayfair, Lon...
Tel (

PERIOD ENDING  11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER  *****6470

YOUR ACCOUNT NUMBER  1-CM379-3-0

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 2,210 | | | VERIZON COMMUNICATIONS | 32.650 | |
| 1,690 | | | WAL-MART STORES INC | 55.880 | |
| 2,730 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | MARKET VALUE OF SECURITIES | | |
| | | | LONG          SHORT | | |
| | | | 3,082,475.85 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Madoff Securities International Inc
12 Berkeley Str
Mayfair, London W1J 8
Tel 020 7493 6

| BERNARD L. MADOFF | | | | |
|---|---|---|---|---|
| BLM | INVESTMENT SECURITIES LLC | | | |
| | New York □ London | | | |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ALBERT FAMILY RETIREMENT L P

340 PFISTER DRIVE
ASPEN          CO     81611

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-CM379-3-0 | 6 |

YOUR TAX PAYER IDENTIFICATION NUMBER
*****6470

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CR TO YOUR AC |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 30,283,71 |
| | | | GROSS PROCEEDS FROM SALES | | | 20, 17,088, |
| | | | | | | 17,098,780.25 |

NN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street, Mayfair, London
Tel 020...

ALBERT FAMILY RETIREMENT L P

340 PFISTER DRIVE
ASPEN                    CO    81611

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER *******0
YOUR ACCOUNT NUMBER 1-CM379-4-0

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | |
| | 65 | 41832 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 65 | | 46158 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 115,765.00 |
| | 65 | 32263 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 65 | | 36588 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 195,065.00 |
| 65 | | 40913 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | |
| | 65 | 45238 | S & P 100 INDEX NOVEMBER 450 PUT | 3T | 19,565.00 |
| | | | NEW BALANCE | | |
| | | | SECURITY POSITIONS | MKT PRICE | |
| | 65 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | |
| 65 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | MARKET VALUE OF SECURITIES | | |
| | | | LONG        107,250.00 | | |
| | | | SHORT       151,450.00- | | |

SE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES