**PORZIO BROMBERG & NEWMAN P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
-and-
156 West 56th St.
New York, NY 10019
Attorney Appearing: Brett S. Moore (BM-0014)

Attorneys for Paul Laplume and Alain Rukavina,
Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> -v- <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C. <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Paul Laplume and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund (the "Liquidators"), hereby appear by and through their counsel, Porzio Bromberg & Newman P.C. in the above-captioned matter.

1302675

**REQUEST IS HEREBY MADE** pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

> **Porzio Bromberg & Newman P.C.**
> Attn: Brett S. Moore
> 100 Southgate Parkway
> Morristown, NJ  07962
> Telephone: (973) 538-4006
> Facsimile: (973) 538-5146
> bsmoore@pbnlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors with respect to the above captioned proceedings or property or proceeds thereof in which the above captioned parties may claim an interest, including any adversary proceedings filed in this matter.

This Notice of Appearance and Request for Notice is without prejudice to any rights, remedies and claims against the Debtor or any other entities either in this case or in any other action, or any objection which may be made to the jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit the Liquidators to the jurisdiction of the Court.

1302675

All rights, remedies and claims are hereby expressly reserved.

                                    **PORZIO BROMBERG & NEWMAN P.C.**
Attorneys for Paul Laplume and Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and Luxembourg Investment Fund

By   /s/ Brett S. Moore
       Brett S. Moore

Dated:   Morristown, New Jersey
           November 25, 2009

1302675