# EXHIBIT B

08-01789-cgm    Doc 1031-2    Filed 12/01/09    Entered 12/01/09 15:19:10    Exhibit
Exhibit B    Pg 1 of 2

## Peerstate Equity Fund LP

3000 · Partners
  3100 · Limited Partners
    3118 · Bailey, Richard
    3120 · O'Brien, T & D
    3122 · Fetkowitz, F & E
    3126 · Nieves, Raymond
    3129 · Morgal, Dixie
    3131 · D'Agostino, Rita
    3136 · Williams, Brenda G.
    3137 · Krebs, Martin
    3140 · Prochilo, Louis & Dorothy
    3141 · Nataro, Frank
    3143 · Leav, Richard
    3152 · Gottlieb, Dr. Amy Z.
    3153 · Celia Krebs Trust
    3156 · Stangler, Frieda
    3157 · Simon, Bernice W.
    3158 · Mallilo, Georgiana
    3159 · Nataro, Anne-Marie
    3162 · Bailey, Judith
    3170 · Edelman, Henrietta
    3176 · D'Agostino, Rita ITF Michael D'
    3177 · Silver, Dena
    3178 · Weiss, Janet
    3180 · Brancato, Joseph
    3188 · Haber, Shari
    3189 · Schmitt, Robyn
    3191 · Flagg, Elise ITF Taylor
    3193 · Stillman, Ann
    3194 · Charwat, Mark
    3195 · Hurwitz, Ronald
    3199 · Allen, Robert
    3302 · Lee, Brian D.
    3316 · Pike, Patricia S. & Earl
    3317 · Kornblatt, Helen & R
    3318 · Morgal, Dixie &
    3328 · Corso, Joseph
    3330 · Fardella, Leo
    3332 · Coppolino, Richard
    3333 · Imai, Shizue
    3335 · MCA Family Limited Partnership
    3336 · Blue, Anthony Dias
    3338 · Prochilo, James & Barbara
    3342 · Ross, Andrew
    3343 · Allen, Michael C.
    3344 · Kaplan, Steven B.
    3345 · Cohn, Peter
    3348 · Kuo-Zelnick, Fenney
    3349 · Schecter, Evan & Jacqueline
    3351 · Charwat, Anabella B.
    3352 · Sternberg, David
    3353 · Harrington, Edna
    3354 · Melissa Morgal & Michael Morgal

  3110 · General Partner
    3111 · Robert N. Getz, LLC

3400 · Pension Plans
    3121 · Sugarman, Daniel A
    3139 · Nataro, Frank MD
    3207 · Glen Ross MDPC
    3309 · Michael C. Allen CPA PLLC
    3331 · Joann P. Erb Pension Plan

3500 · IRA Accounts
    3112 · Bailey, Judith IRA
    3119 · Flagg, Noel IRA
    3127 · Bailey, Suzanne IRA
    3132 · Oakden, Geoffrey N.
    3145 · Edelman, Paul B. IRA
    3149 · Auriccho, Joseph M.
    3150 · Sonnenberg, Ronnie
    3151 · Corso, Joseph D. IRA
    3154 · D'Agostino, Rita IRA
    3155 · Gottlieb, Amy Z IRA
    3161 · Lee, Johnny IRA
    3171 · Morgal, Dixie IRA
    3201 · Allen, Michael IRA
    3312 · Leav, Richard IRA
    3314 · Scully, Mary IRA
    3334 · Getz, Steven S. IRA
    3337 · Libman, Ilya IRA
    3339 · Erb, Joann IRA
    3350 · Kipling, Amelia R. IRA