Bradley E. Turk, Esq.
49 East 21st Street, Apartment 10C
New York, New York 10010
Tel: (347) 387-6390
Attorneys for Claimant Fred Schwartz 2008 Grantor Retained Annuity Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff-Applicant,

     v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.

------------------------------------------------------- X
In re:

BERNARD L. MADOFF

           Debtor,

------------------------------------------------------- X

: Adv. Pro. No. 08-0179 (BRL)
: SIPA Liquidation
: (Substantively Consolidated)

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Claimant Fred Schwartz 2008 Grantor, by its attorney Bradley E. Turk, Esq., hereby submits its objection to the Trustee's denial of its customer Claim Number 4599. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS.

In support of its objection Claimant submits herewith its November 30, 2008 account

statement, which shows a closing balance of $2,639,667.74. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
November 25, 2009

                                                        BRADLEY E. TURK, ESQ.

By: _____
Bradley E. Turk
49 East 21st Street, Apartment 10C
New York, New York 10010
Telephone: 347-387-6390
*Attorneys for Claimant*
*Fred Schwartz 2008 Grantor Retained Annuity Trust*

HF 5319879 v.1 #14018/0004 09/28/2009 12:20 PM

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK    NY 10021

YOUR ACCOUNT NUMBER: 1-S0552-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6462
PAGE: 1

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 117,557.85 |
| 2,352 | | 575 | WELLS FARGO & CO NEW | 29.800 | 70,103.60 | |
| 1,680 | | 1077 | HEWLETT PACKARD CO | 34.900 | 58,699.00 | |
| 1,456 | | 4901 | WAL-MART STORES INC | 55.830 | 81,346.48 | |
| 952 | | 5403 | INTERNATIONAL BUSINESS MACHS | 87.270 | 83,119.04 | |
| 3,528 | | 9227 | EXXON MOBIL CORP | | | |
| 3,864 | | 9729 | INTEL CORP | 14.510 | 56,220.64 | |
| 1,848 | | 14055 | JOHNSON & JOHNSON | 59.580 | 110,176.84 | |
| 2,520 | | 18380 | J.P. MORGAN CHASE & CO | 38.530 | 97,195.60 | |
| 1,344 | | 22708 | COCA COLA CO | | | |
| 784 | | 31358 | MERCK & CO | 28.550 | 22,397.32 | |
| 1,456 | | 35684 | MICROSOFT CORP | 21.810 | 41,826.80 | |
| 5,320 | | 40010 | ORACLE CORPORATION | | 116,241.20 | |
| 2,688 | | 45298 | PEPSICO INC | | | |
| 1,064 | | 53490 | APPLE INC | 100.780 | 60,000.00 | |
| 616 | | 57314 | PFIZER INC | 16.940 | 62,104.48 | |
| 4,536 | | 57316 | PFIZER INC | | | |
| 1,064 | | 57816 | ABBOTT LABORATORIES | 54.630 | 58,147.04 | |
| 2,016 | | 61640 | PROCTER & GAMBLE CO | 64.080 | 129,265.28 | |
| 728 | | 62142 | AMGEN INC | 59.160 | 43,097.48 | |
| 1,400 | | 65966 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 61,096.00 | |
| 3,360 | | 66468 | BANK OF AMERICA | 21.590 | 72,676.40 | |
| 1,120 | | 70292 | QUALCOMM INC | 33.770 | 37,866.40 | |
| 3,640 | | 70794 | CITI GROUP INC | 12.510 | 45,681.40 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

[redacted]

[redacted]ird Avenue
[redacted]k, NY 10022
[redacted]230-2424
[redacted]334-1343
[redacted]2) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08

PAGE: 2

YOUR ACCOUNT NUMBER: 1-S0552-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******6462

| [redacted]CRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|
| [redacted]LTD | 49.480 | 41,596.20 | |
| | 16.510 | 33,364.16 | |
| | 27 | 107,511.00 | |
| | 52.510 | 52,970.08 | |
| [redacted] SVC INC | 52.040 | 34,996.88 | |
| | 16.730 | 68,555.24 | |
| [redacted] INC | 29.530 | 34,774.28 | |
| | 73.430 | 102,858.00 | |
| [redacted]CORP | 53.160 | 35,749.52 | |
| [redacted]ED | 19.830 | 189,892.56 | |
| [redacted]NICATIONS | 30.410 | 57,976.64 | |
| | 337.400 | 56,689.20 | |
| [redacted]BILL | 99.936 | | 2,473,416.00 |
| [redacted]12/2009 | | | |
| [redacted]TAN | DIV | | 94.80 |
| MONEY MARKET | | | |
| | | | 78,510.00 |
| [redacted]TAN | 1 | | |
| MONEY MARKET | | | |
| [redacted]TAN | 1 | 4,560.00 | |
| MONEY MARKET | | | |
| [redacted]TAN | DIV | | .56 |
| MONEY MARKET | | | |

PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK            NY    10021

YOUR ACCOUNT NUMBER: 1-S0552-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********6462
PAGE: 3

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 4,560 | 53145 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,560.00 |
| 150,000 | | 576666 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 149,889.00 | |
| 22,447 | | 62182 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 22,467.00 | |
| | | | NEW BALANCE | | 274,021.17 | |
| | | | ABBOTT LABORATORIES | 52.390 | | |
| | | | AMGEN INC | 55.540 | | |
| | | | APPLE INC | 92.670 | | |
| | | | BANK OF AMERICA | 16.250 | | |
| | | | CHEVRON CORP | 79.010 | | |
| | | | CISCO SYSTEMS INC | 16.540 | | |
| | | | CITI GROUP INC | 8.290 | | |
| | | | COCA COLA CO | 46.870 | | |
| | | | COMCAST CORP CL A | 17.340 | | |
| | | | CONOCOPHILLIPS | 52.520 | | |
| | | | EXXON MOBIL CORP | 80.150 | | |
| | | | GENERAL ELECTRIC CO | 17.170 | | |

Positions held long:
3,976
1,064
728
616
3,360
1,400
4,088
3,640
1,344
2,016
1,008
3,528
7,112

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 6/10 * RCVD AT 10/1/2009 1:09:42 PM [Eastern Daylight Time] * SVR:NYFX01/0 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):05-36

10/01/2009 13:01 2127949796 SAGA ENTERPRISES PAGE 06/10

MADF
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK NY 10021

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-S0552-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6462

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 168 | | | GOOGLE | 292.960 | | |
| 1,680 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,864 | | | INTEL CORP | 13.800 | | |
| 952 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,520 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,848 | | | JOHNSON & JOHNSON | 58.580 | | |
| 784 | | | MCDONALDS CORP | [illegible] | | |
| 1,456 | | | MERCK & CO | 26.720 | | |
| 5,320 | | | MICROSOFT CORP | 20.220 | | |
| 2,688 | | | ORACLE CORPORATION | 16.090 | | |
| 1,064 | | | PEPSICO INC | [illegible] | | |
| 4,536 | | | PFIZER INC | 18.430 | | |
| 1,400 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,016 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,120 | | | QUALCOMM INC | 33.570 | | |
| 840 | | | SCHLUMBERGER LTD | 50.740 | | |
| 22,447 | | | FIDELITY SPARTAN | 1 | | |
| | | | U.S TREASURY MONEY MARKET | | | |
| 1,176 | | | U S BANCORP | 26.980 | | |
| 672 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 150,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 672 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 7/10 * RCVD AT 10/1/2009 1:09:42 PM [Eastern Daylight Time] * SVR:NYFX01/0 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):05-36

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK            NY 10021

YOUR ACCOUNT NUMBER: 1-S0552-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6462
PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,904 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,456 | | | WAL-MART STORES INC | 55.880 | | |
| 2,352 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | 2,639,666 | | | |
| | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

10/01/2009  13:01    2127949796    SAGA ENTERPRISES    PAGE 07/10

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK              NY   10021

YOUR ACCOUNT NUMBER: 1-S0552-3-0
PERIOD ENDING: 11/30/09
YOUR TAX PAYER IDENTIFICATION NUMBER: *******6462
PAGE: 6

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FRED SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK    NY 10021

YOUR ACCOUNT NUMBER: 1-S0552-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6462
PAGE: 1

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 137,558.00 |
| | | | | | | |
| | 56 | 44336 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 88,424.00 |
| 56 | | 48662 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 99,736.00 | |
| | 56 | 34766 | S & P 100 INDEX DECEMBER 430 CALL | | | 145,544.00 |
| 56 | | 39091 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 168,056.00 | |
| | 56 | 47741 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 207,144.00 |
| | | | SECURITY POSITIONS | | | |
| | 56 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | 274,022.00 |
| | 56 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES LONG 92,400.00 SHORT 130,480.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BRADLEY E. TURK, ESQ.**

Direct Tel:  347.387.6390
Direct Fax: 212.895.0328

November 25, 2009



Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

**BY MAIL**

Re:   Liquidation of Bernard Madoff Investment Securities LLC
      Claim No. 4599 (Fred Schwartz 2008 Grantor Retained Annuity Trust)

Dear Sirs:

Enclosed please find Claimant Fred Schwartz 2008 Grantor Retained Annuity Trust's objection to the Trustee's determination of the above-referenced claim.

Respectfully submitted,

Bradley E. Turk

HF 5319883 v.1 #14018/0004 09/28/2009 12:29 PM