BRADLEY E. TURK, ESQ.

Direct Tel:  347.387.6390
Direct Fax: 212.895.0328

November 25, 2009



RECEIVED
NOV 30 2009
U.S. BANKRUPTCY COURT, SDNY

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

**BY MAIL**

Re:   Liquidation of Bernard Madoff Investment Securities LLC
      Claim No. 4598 (Allyne Schwartz 2008 Grantor Retained Annuity Trust)

Dear Sirs:

Enclosed please find Claimant Allyne Schwartz 2008 Grantor Retained Annuity Trust's objection to the Trustee's determination of the above-referenced claim.

Respectfully submitted,

Bradley E. Turk

Bradley E. Turk, Esq.
49 East 21st Street, Apartment 10C
New York, New York 10010
Tel: (347) 387-6390
Attorneys for Claimant Allyne Schwartz 2008 Grantor Retained Annuity Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

  v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.

------------------------------------------------------------- X

In re:

BERNARD L. MADOFF

    Debtor,

------------------------------------------------------------- X

: Adv. Pro. No. 08-0179 (BRL)

: SIPA Liquidation

: (Substantively Consolidated)

## CLAIMANT'S OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

  Claimant Allyne Schwartz 2008 Grantor Retained Annuity Trust, by its attorney Bradley E. Turk, Esq., hereby submits its objection to the Trustee's denial of its customer Claim Number 4598. The basis for Claimant's objection is the Trustee's faulty construction of the term Net Equity, which should properly be based on each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS.

  In support of its objection Claimant submits herewith its November 30, 2008 account

statement, which shows a closing balance of $2,639,667.74. Based on that closing balance, Claimant is entitled to an allowed claim in the BLMIS liquidation proceeding.

Dated: New York, New York
November 25, 2009

                                              BRADLEY E. TURK, ESQ.

By: _____
Bradley E. Turk
49 East 21st Street, Apartment 10C
New York, New York 10010
Telephone: 347-387-6390
*Attorneys for Claimant*
*Allyne Schwartz 2008 Grantor Retained Annuity Trust*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222
Affiliated with

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8121
YOUR ACCOUNT NUMBER: 1-S0553-3-0

ALLEYNE SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK         NY    10021

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 117,557.85 |
| 2,352 | | 576 | WELLS FARGO & CO NEW | 29.800 | 70,183.60 | |
| 1,680 | | 1078 | HEWLETT PACKARD CO | 34.900 | 58,699.00 | |
| 1,456 | | 4902 | WAL-MART STORES INC | 55.830 | 81,346.48 | |
| 952 | | 5404 | INTERNATIONAL BUSINESS MACHS | 87.270 | 83,119.04 | |
| 3,528 | | 9228 | EXXON MOBIL CORP | 72.880 | 257,261.64 | |
| 3,864 | | 9730 | INTEL CORP | 14.510 | 56,220.64 | |
| 1,848 | | 14056 | JOHNSON & JOHNSON | 59.530 | 110,176.84 | |
| 2,520 | | 18381 | J.P. MORGAN CHASE & CO | 38.530 | 97,195.60 | |
| 1,344 | | 22707 | COCA COLA CO | 44.860 | 60,076.04 | |
| 784 | | 27033 | MCDONALDS CORP | 55.370 | 43,441.08 | |
| 1,456 | | 31359 | MERCK & CO | 28.550 | 41,626.80 | |
| 5,320 | | 35685 | MICROSOFT CORP | 21.810 | 116,241.20 | |
| 2,688 | | 40011 | ORACLE CORPORATION | 17.300 | 46,609.40 | |
| 1,064 | | 52989 | PEPSICO INC | 56.410 | 60,062.24 | |
| 616 | | 53491 | APPLE INC | 100.780 | 62,104.48 | |
| 4,536 | | 57315 | PFIZER INC | 16.340 | 71,020.84 | |
| 1,064 | | 57817 | ABBOTT LABORATORIES | 54.610 | 58,145.06 | |
| 2,016 | | 61641 | PROCTER & GAMBLE CO | 64.080 | 129,265.28 | |
| 728 | | 62143 | AMGEN INC | 59.160 | 43,097.48 | |
| 1,400 | | 65967 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 61,026.00 | |
| 3,360 | | 66469 | BANK OF AMERICA | 21.590 | 72,676.40 | |
| 1,120 | | 70293 | QUALCOMM INC | 33.770 | 37,866.40 | |
| 3,640 | | 70795 | CITI GROUP INC | 12.510 | 45,681.40 | |
| | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *******8121
YOUR ACCOUNT NUMBER: 1-S0553-3-0

ALLEYNE SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK NY 10021

| | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 840 | | 74619 | SCHLUMBERGER LTD | 49.480 | 41,596.20 | |
| 12 | 2,016 | | 75121 | COMCAST CORP CL A | 16.510 | 33,364.16 | |
| 12 | 3,976 | | 78945 | AT&T INC | 27 | 107,511.00 | |
| 12 | 1,008 | | 79447 | CONOCOPHILLIPS | 52.510 | 52,970.08 | |
| 12 | 672 | | 83271 | UNITED PARCEL SVC INC CLASS B | 52.040 | 34,996.88 | |
| 12 | 4,088 | | 83773 | CISCO SYSTEMS INC | 16.730 | 68,555.24 | |
| 12 | 1,176 | | 87597 | U S BANCORP | 29.530 | 34,774.28 | |
| 12 | 1,400 | | 88093 | CHEVRON CORP | 73.470 | 102,858.00 | |
| 12 | 672 | | | UNITED TECHNOLOGIES CORP | 53.160 | 35,747.52 | |
| 12 | 7,112 | | | GENERAL ELECTRIC CO | 19.680 | 139,997.92 | |
| 12 | 1,904 | | 96249 | VERIZON COMMUNICATIONS | 30.410 | 57,900.64 | |
| 12 | 168 | | 96751 | GOOGLE | 332.400 | 55,683.20 | |
| 12 | | 2,475,000 | 23185 | U S TREASURY BILL DUE 2/12/2009 | 99.938 | | 2,473,416.00 |
| 12 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 94.80 |
| 12 | | 78,510 | 18286 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 78,510.00 |
| 12 | 4,560 | | 27654 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,560.00 | |
| 19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .56 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES
PAGE 4/9 * RCVD AT 10/1/2009 1:15:11 PM [Eastern Daylight Time] * SVR:NYFX01/1 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):05-30



10/01/2009 13:07 2127949796 SAGA ENTERPRISES PAGE 05/09

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 4
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8121
YOUR ACCOUNT NUMBER: 1-S0553-3-0

ALLEYNE SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK NY 10021

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 168 | | | GOOGLE | 292.960 | | |
| 1,680 | | | HEWLETT PACKARD CO | 35.280 | | |
| 3,864 | | | INTEL CORP | 13.800 | | |
| 952 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 2,520 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 1,848 | | | JOHNSON & JOHNSON | 58.580 | | |
| 784 | | | MCDONALDS CORP | | | |
| 1,456 | | | MERCK & CO | 26.720 | | |
| 5,320 | | | MICROSOFT CORP | 20.220 | | |
| 2,688 | | | ORACLE CORPORATION | 16.020 | | |
| 1,064 | | | PEPSICO INC | | | |
| 4,536 | | | PFIZER INC | | | |
| 1,400 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,016 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,120 | | | QUALCOMM INC | | | |
| 840 | | | SCHLUMBERGER LTD | | | |
| 22,447 | | | FIDELITY SPARTAN | 1 | | |
| | | | U.S. TREASURY MONEY MARKET | | | |
| 1,176 | | | U S BANCORP | 26.980 | | |
| 672 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 150,000 | | | U.S. TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 3/26/2009 | | | |
| 672 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 6/9 * RCVD AT 10/1/2009 1:15:11 PM [Eastern Daylight Time] * SVR:NYFX01/1 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):05-30



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ALLEYNE SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK           NY  10021

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8121
YOUR ACCOUNT NUMBER: 1-S0553-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,904 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 1,456 | | | WAL-MART STORES INC | 55.800 | | |
| 2,352 | | | WELLS FARGO & CO NEW | 26.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG         SHORT | | | |
| | | | 2,639,662.74 | | | |

PLEASE NOTIFY THE ACCOUNTING DEPARTMENT OF ANY CHANGE IN YOUR INVESTMENT OBJECTIVES OR OTHER PERTINENT INFORMATION REGARDING THIS ACCOUNT. PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE CONTACT THE ACCOUNTING DEPARTMENT AT THE ABOVE ADDRESS IF YOU HAVE ANY QUESTIONS REGARDING THIS STATEMENT.

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ALLEYNE SCHWARTZ 2008 GRANTOR
RETAINED ANNUITY TRUST
C/O FRED SCHWARTZ
870 FIFTH AVENUE SUITE #9H
NEW YORK NY 10021

| YOUR ACCOUNT NUMBER | PRICE OR SYMBOL | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|---|
| 1-S0553-3-0 | | 11/30/08 | ******8121 | 6 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | |
| | | | DIVIDENDS | | 6,959.06 |
| | | | GROSS PROCEEDS FROM SALES | | 7,360,110.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| AMOUNT CREDITED TO YOUR ACCOUNT |
|---|
| 117,558.00 |
| 88,424.00 |
| 145,144.00 |
| 207,144.00 |
| 274,022.00 |

Affiliated with
cs International Limited
12 Berkeley Street
=yfair, London W1J 8DT
Tel 020 7493 6222

PAGE 9/9 * RCVD AT 10/1/2009 1:15:11 PM [Eastern Daylight Time] * SVR:NYFX01/1 * DNIS:3410 * CSID:2127949796 * DURATION (mm-ss):05-30