UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

## STIPULATION AND ORDER

Irving H. Picard, Esq. (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, and Carl J. Shapiro, by and through his counsel, Shearman & Sterling LLP (collectively, the "Parties"), hereby stipulate and agree that based on Mr. Shapiro's advanced age and representations by counsel about his health and the severity of certain medical conditions, the parties agree to a deposition to perpetuate Mr. Shapiro's testimony pursuant to Federal Rule of Civil Procedure 27, pursuant to the terms agreed upon between the Parties and their counsel.

Dated: New York, New York
December 3, 2009

/s/Marc Hirschfield
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Thomas Lucchesi
tlucchesi@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Dated:  New York, New York
       December 3, 2009

/s/ Stephen Fishbein
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

Stephen Fishbein
Email: sfhisbein@shearman.com

*Attorneys for Petitioner Carl J. Shapiro*

So Ordered This 4th Day of December, 2009

/s/ Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE