# EXHIBIT B

| CUSTOMER CLAIM | Bernard L. Madoff Investment Securities LLC |
|---|---|
| | Case No 08-01789-BRL |
| | U S. Bankruptcy Court for the Southern District of New York |
| | Claim Number: **001609** |

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED FEB 05 2009**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: (305) 935-2642

Account Number:   1ZB478
FOX FAMILY PARTNERSHIP LLC
20281 E COUNTRY CLUB #1007
AVENTURA, FL  33180

Taxpayer I.D. Number (Social Security No.)
45-0520297

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of        $ N/A
     b.   I owe the Broker a Debit (Dr.) Balance of           $ N/A

502180406

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**  $ __N/A__

    d.    If balance is zero, insert "None."  __None__

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | See Security Positions on | _____ | _____ |
| _____ | attached Bernard L. Madoff | _____ | _____ |
| _____ | Statements dated 11/30/08. | _____ | _____ |
| _____ | xpagexixxoExixxandxpagexxixxix | _____ | _____ |
| _____ | xandxSxoExox | _____ | _____ |
|   | Amount Received Unknown |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | X X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X Madoff Organization |   |

502180406

3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.    _____    __X__

Please list the full name and address of anyone assisting you in the preparation of this claim form: Leonard M. Cusano, CPA
1860 N. Pine Island Road, Suite 113, Plantation, FL 33322

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Fox Family Partnership, LLC

Date Jun 14, 2009    Signature _____
By: Jerome Fox, Managing Member
Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

Fox Family Partnership, LLC
20281 E Country Club Drive #1007
Aventura, FL 33180



Jerome & Cecile Fox - 81.45% Ownership
20281 E Country Club Drive #1007
Aventura, FL 33180
305-935-2642


Bari Michelle Fox - 18.55% Ownership
4214 Alcott Street
Denver, CO 80211
704-570-0434

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA         FL  33180

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB478-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 37,440.00 |
| 11/12 | | 13 | 45316 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 20,527.00 |
| 11/12 | 13 | | 49642 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 23,153.00 | |
| 11/19 | | 13 | 35746 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 33,787.00 |
| 11/19 | 13 | | 40071 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 39,013.00 | |
| 11/19 | 13 | | 44396 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 3,913.00 | |
| 11/19 | | 13 | 48721 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 48,087.00 |
| | | | | NEW BALANCE | | | 73,762.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 13 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 13 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 21,450.00   SHORT 30,290.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA         FL  33180

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR ACCOUNT NUMBER: 1-ZB478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 37,439.54 |  |
| 11/12 | 546 |  | 1555 | WELLS FARGO & CO NEW | 29.800 | 16,291.80 |  |
| 11/12 | 390 |  | 2057 | HEWLETT PACKARD CO | 34.900 | 13,626.00 |  |
| 11/12 | 338 |  | 5881 | WAL-MART STORES INC | 55.830 | 18,883.54 |  |
| 11/12 | 221 |  | 6383 | INTERNATIONAL BUSINESS MACHS | 87.270 | 19,294.67 |  |
| 11/12 | 819 |  | 10207 | EXXON MOBIL CORP | 72.880 | 59,720.72 |  |
| 11/12 | 897 |  | 10709 | INTEL CORP | 14.510 | 13,050.47 |  |
| 11/12 | 429 |  | 15035 | JOHNSON & JOHNSON | 59.580 | 25,576.82 |  |
| 11/12 | 585 |  | 19360 | J.P. MORGAN CHASE & CO | 38.530 | 22,563.05 |  |
| 11/12 | 312 |  | 23686 | COCA COLA CO | 44.660 | 13,945.92 |  |
| 11/12 | 182 |  | 28012 | MCDONALDS CORP | 55.370 | 10,084.34 |  |
| 11/12 | 338 |  | 32338 | MERCK & CO | 28.550 | 9,662.90 |  |
| 11/12 | 1,235 |  | 36664 | MICROSOFT CORP | 21.810 | 26,984.35 |  |
| 11/12 | 624 |  | 40990 | ORACLE CORPORATION | 17.300 | 10,819.20 |  |
| 11/12 | 247 |  | 53968 | PEPSICO INC | 56.410 | 13,942.27 |  |
| 11/12 | 143 |  | 54470 | APPLE INC | 100.780 | 14,416.54 |  |
| 11/12 | 1,053 |  | 58294 | PFIZER INC | 16.940 | 17,879.82 |  |
| 11/12 | 247 |  | 58796 | ABBOTT LABORATORIES | 54.610 | 13,497.67 |  |
| 11/12 | 468 |  | 62620 | PROCTER & GAMBLE CO | 64.080 | 30,007.44 |  |
| 11/12 | 169 |  | 63122 | AMGEN INC | 59.180 | 10,004.04 |  |
| 11/12 | 325 |  | 66946 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 14,183.00 |  |
| 11/12 | 780 |  | 67448 | BANK OF AMERICA | 21.590 | 16,871.20 |  |
| 11/12 | 260 |  | 71272 | QUALCOMM INC | 33.770 | 8,790.20 |  |
| 11/12 | 845 |  | 71774 | CITI GROUP INC | 12.510 | 10,603.95 |  |
|  |  |  |  | CONTINUED ON PAGE    2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA       FL    33180

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZB478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 195 | | 75598 | SCHLUMBERGER LTD | 49.430 | 9,655.60 | |
| 11/12 | 468 | | 76100 | COMCAST CORP CL A | 16.510 | 7,744.68 | |
| 11/12 | 923 | | 79924 | AT&T INC | 27 | 24,957.00 | |
| 11/12 | 234 | | 80426 | CONOCOPHILIPS | 52.510 | 12,296.34 | |
| 11/12 | 156 | | 84250 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,124.24 | |
| 11/12 | 949 | | 84752 | CISCO SYSTEMS INC | 16.730 | 15,913.77 | |
| 11/12 | 273 | | 88576 | U S BANCORP | 29.530 | 8,071.69 | |
| 11/12 | 325 | | 89078 | CHEVRON CORP | 73.430 | 23,877.75 | |
| 11/12 | 156 | | 92902 | UNITED TECHNOLOGIES CORP | 53.160 | 8,298.96 | |
| 11/12 | 1,651 | | 93404 | GENERAL ELECTRIC CO | 19.630 | 32,475.13 | |
| 11/12 | 442 | | 97228 | VERIZON COMMUNICATIONS | 30.410 | 13,458.22 | |
| 11/12 | 39 | | 97730 | GOOGLE | 337.400 | 13,159.60 | |
| 11/12 | | 575,000 | 24161 | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 99.936 | | 574,632.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 23.58 |
| 11/12 | | 40,724 | 19265 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 40,724.00 |
| 11/12 | 24,021 | | 28633 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,021.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.95 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA          FL  33180

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-Z8478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 24,021 | 54173 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,021.00 |
| 11/19 | 50,000 | | 58596 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 13,009 | | 63209 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,009.00 | |
| | | | | NEW BALANCE | | | 73,761.90 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 923 | | | AT&T INC | 28.560 | | |
| | 247 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 169 | | | AMGEN INC | 55.540 | | |
| | 143 | | | APPLE INC | 92.670 | | |
| | 780 | | | BANK OF AMERICA | 16.250 | | |
| | 325 | | | CHEVRON CORP | 79.010 | | |
| | 949 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 845 | | | CITI GROUP INC | 8.290 | | |
| | 312 | | | COCA COLA CO | 46.870 | | |
| | 468 | | | COMCAST CORP CL A | 17.340 | | |
| | 234 | | | CONOCOPHILIPS | 52.520 | | |
| | 819 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,651 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair. London W1J 8DT<br>Tel 020 7493 6222 |

FOX FAMILY PARTNERSHIP LLC

PERIOD ENDING: 11/30/08    PAGE: 4

20281 E COUNTRY CLUB #1007
AVENTURA       FL   33180

YOUR ACCOUNT NUMBER: 1-ZB478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 39 | | | GOOGLE | 292.960 | | |
| | 390 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 897 | | | INTEL CORP | 13.800 | | |
| | 221 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 585 | | | J.P. MORGAN CHASE & CO | 31.650 | | |
| | 429 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 182 | | | MCDONALDS CORP | 58.750 | | |
| | 338 | | | MERCK & CO | 26.720 | | |
| | 1,235 | | | MICROSOFT CORP | 20.220 | | |
| | 624 | | | ORACLE CORPORATION | 16.090 | | |
| | 247 | | | PEPSICO INC | 56.700 | | |
| | 1,053 | | | PFIZER INC | 16.430 | | |
| | 325 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 468 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 260 | | | QUALCOMM INC | 33.570 | | |
| | 195 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 13,009 | | | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | |
| | 273 | | | U S BANCORP | 26.980 | | |
| | 156 | | | UNITED PARCEL SVC INC<br>CLASS B | 57.600 | | |
| | 50,000 | | | U S TREASURY BILL<br>DUE 03/26/2009<br>3/26/2009 | 99.971 | | |
| | 156 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA         FL   33180

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-Z8478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 442 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 338 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 546 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG            SHORT |  |  |  |
|  |  |  |  | 635,752.27 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | | Affiliated with |
|---|---|---|
| **BERNARD L. MADOFF** <br> MADF INVESTMENT SECURITIES LLC <br> New York ☐ London | 885 Third Avenue <br> New York, NY 10022 <br> (212) 230-2424 <br> 800 334-1343 <br> Fax (212) 838-4061 | Madoff Securities International Limited <br> 12 Berkeley Street <br> Mayfair, London W1J 8DT <br> Tel 020 7493 6222 |

FOX FAMILY PARTNERSHIP LLC

20281 E COUNTRY CLUB #1007
AVENTURA        FL    33180

PERIOD ENDING: 11/30/08
PAGE: 6
YOUR ACCOUNT NUMBER: 1-ZB478-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0297

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,614.80 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,819,032.65 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# L030000 28036

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500021593465

ꞁ BK



RECEIVED 03 JUL 30 PM 2: 45
DIVISION OF CORPORATIONS

FILED 03 JUL 30 PM 3: 51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



**CORPORATION SERVICE COMPANY**

ACCOUNT NO. : 072100000032

REFERENCE : 188178   9029A

AUTHORIZATION : Patricia Pigott

COST LIMIT : $ 155.00

---

ORDER DATE : July 30, 2003

ORDER TIME : 1:05 PM

ORDER NO. : 188178-005

CUSTOMER NO:    9029A

CUSTOMER: Ms. Karen Marshall
Frank Weinberg & Black, P.l.

7805 Sw 6th Court

Plantation, FL 33324

---

DOMESTIC FILING

NAME:   FOX FAMILY INVESTMENT CO., L.L.C.

EFFECTIVE DATE:

XX____ ARTICLES OF ORGANIZATION

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

XX____ CERTIFIED COPY

CONTACT PERSON: Norma Hull - EXT. 1115
EXAMINER'S INITIALS: _____

# ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

## ARTICLE I. NAME

The name of the Limited Liability Company is:

FOX FAMILY INVESTMENT CO., L.L.C.

## ARTICLE II. ADDRESS

The mailing address and street address of the principal office of the Limited Liability Company is: 20281 East Country Club Drive, Aventura, Florida 33180

## ARTICLE III. DURATION

The period of duration for the Limited Liability Company shall be: perpetual

## ARTICLE IV. REGISTERED AGENT

The street address of the initial registered office of the corporation shall be 7805 S.W. 6th Court, Plantation, Florida 33324 and the name of the initial registered agent of the corporation at the address is Jay R. Beskin.

## ARTICLE V. MANAGEMENT

The Limited Liability Company is to be managed by the managers and the name and address of the manager is:

Manager: Jerome Fox          20281 East Country Club Drive
                             Aventura, Florida 33180

The undersigned authorized representative of a member of FOX FAMILY INVESTMENT, CO., L.L.C. hereby executes these articles of organization on this 30 day of July, 2003.

BY: _____
    Jerome Fox
    Manager

# 2008 LIMITED LIABILITY COMPANY ANNUAL REPORT (AR) – DUE BY MAY 1, 2008

**FILED Feb 13, 2008 08:00 AM Secretary of State**

**DOCUMENT #** L03000028036

**1. Entity Name**
FOX FAMILY INVESTMENT CO., L.L.C.

**Principal Place of Business**
20281 EAST COUNTRY CLUB DRIVE
SUITE 1007
AVENTURA FL 33180

**Mailing Address**
20281 EAST COUNTRY CLUB DRIVE
SUITE 1007
AVENTURA FL 33180

1st MOORE    CR2E083 (10/07)

**4. FEI Number:** 95-0520297

**5. Certificate of Status Desired** — $5.00 Additional Fee Required

**6. Name and Address of Current Registered Agent**
BESKIN, JAY R
7805 S.W. 6TH COURT
PLANTATION FL 33324

**7. Name and Address of New Registered Agent**
City: FL

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with and accept the obligations of registered agent.

SIGNATURE _____

FILE NOW !!! FEE IS $138.75
After May 1, 2008, Fee Will Be $538.75
Make Check Payable to Florida Department of State

**9. MANAGING MEMBERS / MANAGERS**

| TITLE | MGR |
| NAME | FOX, JEROME |
| STREET ADDRESS | 20281 EAST COUNTRY CLUB DRIVE |
| CITY-ST-ZIP | AVENTURA FL 33180 |

**10. ADDITIONS / CHANGES**

U00000826316
02/21/08--80044--020  138.75

11. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Section 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: /s/ Jerome Fox    2/10/08    305-935-2642

www.sunbiz.org - Department of State
08-01789-cgm    Doc 1037-2    Filed 12/06/09    Entered 12/06/09 13:05:13    Exhibit B    Page 1 of 2
Pg 18 of 20

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

Home | Contact Us | E-Filing Services | Document Searches | Forms | Help

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

## Detail by Entity Name

### Florida Limited Liability Company
FOX FAMILY INVESTMENT CO., L.L.C.

### Filing Information

Document Number L03000028036
FEI Number       950520297
Date Filed       07/30/2003
State            FL
Status           ACTIVE

### Principal Address

20281 EAST COUNTRY CLUB DRIVE
SUITE 1007
AVENTURA FL 33180

Changed 08/07/2006

### Mailing Address

20281 EAST COUNTRY CLUB DRIVE
SUITE 1007
AVENTURA FL 33180

Changed 08/07/2006

### Registered Agent Name & Address

BESKIN, JAY R
7805 S.W. 6TH COURT
PLANTATION FL 33324 US

### Manager/Member Detail

Name & Address

Title MGR

FOX, JEROME
20281 EAST COUNTRY CLUB DRIVE
AVENTURA FL 33180

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2006 | 08/07/2006 |
| 2007 | 01/24/2007 |
| 2008 | 02/13/2008 |

### Document Images

02/13/2008 -- ANNUAL REPORT    [ View image in PDF format ]

08-01789-cgm    Doc 10372    Filed 12/06/09    Entered 12/06/09 13:05:13    Exhibit B    Page 2 of 2
Pg 19 of 20
www.sunbiz.org - Department of State

| | |
|---|---|
| 01/24/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/07/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/15/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2004 -- ANNUAL REPORT | View image in PDF format |
| 07/30/2003 -- Florida Limited Liabilites | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**    **Return To List**

**No Events**         **No Name History**                          Entity Name Search

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.





JEROME & SELMA FOX
APT 1007
20281 E. COUNTRY CLUB RD.
AVENTURA, FL 33180

RETURN RECEIPT
REQUESTED



Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201