Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for the Schy Family Partnership,
Zipora Lazarus, Rose and Ira Schy, Abe
and Lisa Schy, Doron Schy and Family,
Steven Schy and Family, and Elan Schy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                       Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                       Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

      I, Lourdes Blanco, hereby certify that on December 7, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Schy Family Partnership, Zipora Lazarus, Rose and Ira Schy, Abe and Lisa Schy, Doron Schy and Family, Steven Schy and Family, and Elan Schy to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

December 7, 2009

                                                                               */s/ Lourdes Blanco*

1099204.1