PLEASE RETAIN THIS STATEME

DATE

BOUGHT
RECEIVED OR LON

BERYL $
DTD 9/
8308 W
BOYNTON

BERN
INVESTM
New Yo

MADF





PLEASE RETAIN THIS STATEMENT FOR

DATE

BOUGHT
RECEIVED OR LONG

BERNARD
INVESTMENT
New York ☐

MADF

BERYL STEV
DTD 9/8/05

8308 MATERI
BOYNTON BE,

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

BERYL STEVENS REV TRUST
DTD 9/8/05 ET AL T·I·C
8308 WATERLINE DRIVE  #102
BOYNTON BEACH     FL  33437

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | BALANCE |
|---|---|---|---|---|
| 11/12 | | 19 | 44630 | S & P 1 |
| 11/12 | 19 | | 48956 | S & P 1 NOVEMBE |
| 11/19 | 19 | | 35060 | S & P 1 NOVEMBE |
| 11/19 | 19 | | 39385 | S & P 1 DECEMBE |
| 11/19 | 19 | | 43710 | S & P 1 DECEMBE NOVEMBE |
| 11/19 | 19 | 19 | 48035 | S & P 1 NOVEMBE |
| | | | | NEW BAL |
| | | | | SECURIT |
| | | | | S & P 10 DECEMBER |
| | | | | S & P 10 DECEMBER |
| | | | | MARKET |
| | | | | 31,356 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES