BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation*
of Bernard L. Madoff Investment Securities LLC
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br> In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 9, 2009 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

**Picard v. Vizcaya Partners Limited,** *et al.*; **Adv. Pro. No. 09-1154**

1.   Pre-trial Conference.

     Status:              This matter is going forward.

**BLM Air Charter LLC; 09-16757 (BRL)**

2.    Initial Case Conference.

    Related Documents:

A.    Letter : Proposed Order Scheduling Initial Case Conference filed by Regina Griffin on behalf of Irving Picard, as Trustee for the Liquidation of Bernanrd L. Madoff Investment Securities LLC  (Filed:  11/12/2009) [Docket No. 4]

B.    Order signed on 11/23/2009 Scheduling Initial Case Conference  (Filed: 11/23/2009) [Docket No. 7]

    Status:    This matter is going forward.

Dated: New York, New York
December 9, 2009

Respectfully submitted,

*s/Marc Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300062247

2