BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

          Debtor.

### CERTIFICATE OF SERVICE

   I, NIKKI M. LANDRIO, hereby certify that on December 8, 2009, I served true copies of

the **Notice of Agenda for Matters Scheduled For Hearing on December 9, 2009 at 10:00 a.m.**

upon the interested parties who receive electronic service through ECF, by emailing the interested

parties true and correct copies via electronic transmission to the email addresses designated for

delivery and/or by placing true and correct copies thereof in sealed packages designated for

300044973

regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
   December 8, 2009           _s/Nikki M. Landrio_____
                      NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov


**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Vizcaya Defendants**
Robinson B. Lacy
e-mail:  lacyr@sullcrom.com
Jeffrey Scott
e-mail:  scottj@sullcrom.com
Anthony L. Paccione
e-mail:  Anthony.paccione@kattenlaw.com

**BLM Air Charter Creditors**

Embraer Aircraft Customer Services, Inc.
c/o Waller Lansden Dortch & Davis, LLP
Attn: Derek W. Edwards
511 Union Street, Suite 2700
Nashville, TN 37219-1791

Adam L. Rosen, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753-2702

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Talon Air, Inc.
c/o John Ramsen, Esq.
29 Barstow Road, Suite 202
Great Neck, NY 11021-2209

Regina Griffin, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019-3800

Talon Air, Inc.
c/o Roxann Management Corp.
29 Barstow Road, Suite 202
Great Neck, NY 11021-2209

BDG Air Charter/BDG MLJF, Inc.
Blumenfeld Development Group
300 Robbins Lane
Syosset, NY 11791-4498

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2122

Embraer Aircraft Customer Serv
276 SW 34th Street
Fort Lauderdale, FL 33315-3688

Valley Commercial Capital, LLC
1455 Valley Road
Wayne, NJ 07470-2089

NYC Dept. of Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5826

Internal Revenue Service
290 Broadway
Insolvency 5th Floor
New York, NY 10007

NYS Tax Commission
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY 12205-0300

Rolls-Royce Corporation
Attn: Rhonda Van Lowe
1875 Explorer St., Suite 200
Reston, VA 20190-6022

Rolls-Royce Corporation
PO Box 420, Speed Code: U17
Indianapolis, IN 46206-0420