# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Forecast Designs Retirement Trust c/o Kasper

Mailing Address: 32 E. 64th Street

City: New York          State: NY          Zip: 10021

Account No.: -1F0140

Taxpayer I.D. Number (Social Security No.): _ Redacted _____

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

********************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

   a.   The Broker owes me a Credit (Cr.) Balance of      $_____0_____

   b.   I owe the Broker a Debit (Dr.) Balance of      $_____0_____

   c.   If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.                              $_____0_____

   d.   If balance is zero, insert "None."                _____None_____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 F0140 statements, attached hereto as Exhibit A | | | |
| $1,057,023.63 (market value of securities long, per F0140-3 statement) | | | |
| $ 36,300.00 (market value of securities long, per F0140-4 statement) | | | |
| $ (51,260.00) (market value of securities short, per F0140-4 statement) | | | |
| Total $1,042,063.63 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP
One Pennsylvania Plaza, New York, NY  10119

502180406                              3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date *March 24, 2009*    Signature *Herbert Kasper*
                                          Herbert Kasper, Trustee*

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*Documents showing Herbert Kasper's authority to act as Trustee on behalf of claimant Forecast Designs Retirement Trust are submitted herewith as Exhibit C.

# EXHIBIT A

Madoff Securities Interna
12 E
Mayfair, Lon
Tel

**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK          NY    10021

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-F0140-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****3556

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 65,501.47 |
| 11/12 | 572 | | 3475 | WAL-MART STORES INC | 55.830 | 31,956.76 |
| 11/12 | 374 | | 3977 | INTERNATIONAL BUSINESS MACHS | 87.270 | 32,652.98 |
| 11/12 | 1,336 | | 7801 | EXXON MOBIL CORP | 72.880 | 101,066.68 |
| 11/12 | 1,518 | | 8303 | INTEL CORP | 14.510 | 22,086.18 |
| 11/12 | 726 | | 12629 | JOHNSON & JOHNSON | 59.580 | 43,284.08 |
| 11/12 | 990 | | 16955 | J.P. MORGAN CHASE & CO | 38.530 | 38,183.70 |
| 11/12 | 528 | | 21280 | COCA COLA CO | 44.660 | 23,601.48 |
| 11/12 | 308 | | 25606 | MCDONALDS CORP | 55.370 | 17,065.96 |
| 11/12 | 572 | | 29932 | MERCK & CO | 28.550 | 16,352.60 |
| 11/12 | 2,090 | | 34258 | MICROSOFT CORP | 21.810 | 45,665.90 |
| 11/12 | 1,056 | | 38584 | ORACLE CORPORATION | 17.300 | 18,310.80 |
| 11/12 | 418 | | 51562 | PEPSICO INC | 56.410 | 23,595.38 |
| 11/12 | 242 | | 52064 | APPLE INC | 100.780 | 24,397.76 |
| 11/12 | 1,782 | | 55888 | PFIZER INC | 16.940 | 30,258.08 |
| 11/12 | 418 | | 56390 | ABBOTT LABORATORIES | 54.610 | 22,842.98 |
| 11/12 | 792 | | 60214 | PROCTER & GAMBLE CO | 64.080 | 50,782.36 |
| 11/12 | 286 | | 60716 | AMGEN INC | 59.160 | 16,930.76 |
| 11/12 | 550 | | 64540 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 24,002.00 |
| 11/12 | 1,320 | | 65042 | BANK OF AMERICA | 21.590 | 28,550.80 |
| 11/12 | 440 | | 68866 | QUALCOMM INC | 33.770 | 14,875.80 |
| 11/12 | 1,430 | | 69368 | CITI GROUP INC | 12.510 | 17,946.30 |
| 11/12 | 330 | | 73192 | SCHLUMBERGER LTD | 49.480 | 16,341.40 |
| 11/12 | 792 | | 73694 | COMCAST CORP CL A | 16.510 | 13,106.92 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Intern:
121
Mayfair, Lo
Tel

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK      NY  10021

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUM *****3556
YOUR ACCOUNT NUMBER 1-F0140-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 1,562 | | 77518 | AT&T INC | 27 | 42,236.00 |
| 11/12 | 396 | | 78020 | CONOCOPHILIPS | 52.510 | 20,808.96 |
| 11/12 | 264 | | 81844 | UNITED PARCEL SVC INC CLASS B | 52.040 | 13,748.56 |
| 11/12 | 1,606 | | 82346 | CISCO SYSTEMS INC | 16.730 | 26,932.38 |
| 11/12 | 462 | | 86170 | U S BANCORP | 29.530 | 13,660.86 |
| 11/12 | 550 | | 86672 | CHEVRON CORP | 73.430 | 40,408.50 |
| 11/12 | 264 | | 90496 | UNITED TECHNOLOGIES CORP | 53.160 | 14,044.24 |
| 11/12 | 2,794 | | 90998 | GENERAL ELECTRIC CO | 19.630 | 54,957.22 |
| 11/12 | 748 | | 94822 | VERIZON COMMUNICATIONS | 30.410 | 22,775.68 |
| 11/12 | 66 | | 95324 | GOOGLE | 337.400 | 22,279.40 |
| 11/12 | 924 | | 99148 | WELLS FARGO & CO NEW | 29.800 | 27,571.20 |
| 11/12 | 660 | | 99650 | HEWLETT PACKARD CO | 34.900 | 23,060.00 |
| 11/12 | | 1,000,000 | 21760 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | |
| 11/12 | | | | 2/12/2009 | DIV | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | | |
| 11/12 | 23,183 | | 16859 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/12 | 21,793 | | 26228 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,793.00 |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | |
| 11/19 | | | | DIV 11/19/08 | | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Intern:
121 Mayfair, Lo
Tel

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK        NY    10021

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUM: *****3556
YOUR ACCOUNT NUMBER: 1-F0140-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | 21,793 | | 51589 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 75,000 | | 56192 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 74,944.50 |
| 11/19 | 12,763 | | 60628 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,763.00 |
| | | | | NEW BALANCE | | 126,969.53 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 1,562 | | | AT&T INC | 28.560 | |
| | 418 | | | ABBOTT LABORATORIES | 52.390 | |
| | 286 | | | AMGEN INC | 55.540 | |
| | 242 | | | APPLE INC | 92.670 | |
| | 1,320 | | | BANK OF AMERICA | 16.250 | |
| | 550 | | | CHEVRON CORP | 79.010 | |
| | 1,606 | | | CISCO SYSTEMS INC | 16.540 | |
| | 1,430 | | | CITI GROUP INC | 8.290 | |
| | 528 | | | COCA COLA CO | 46.870 | |
| | 792 | | | COMCAST CORP CL A | 17.340 | |
| | 396 | | | CONOCOPHILLIPS | 52.520 | |
| | 1,386 | | | EXXON MOBIL CORP | 80.150 | |
| | 2,794 | | | GENERAL ELECTRIC CO | 17.170 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Internat
121
Mayfair, Lon
Tel

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *****3556

YOUR ACCOUNT NUMBER: 1-F0140-3-0

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK          NY     10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|-----|-------------|-----------------|-------------------------------|
|  | 66 |  |  | GOOGLE | 292.960 |  |
|  | 660 |  |  | HEWLETT PACKARD CO | 35.280 |  |
|  | 1,518 |  |  | INTEL CORP | 13.800 |  |
|  | 374 |  |  | INTERNATIONAL BUSINESS MACHS | 81.600 |  |
|  | 990 |  |  | J.P. MORGAN CHASE & CO | 31.660 |  |
|  | 726 |  |  | JOHNSON & JOHNSON | 58.580 |  |
|  | 308 |  |  | MCDONALDS CORP | 58.750 |  |
|  | 572 |  |  | MERCK & CO | 26.720 |  |
|  | 2,090 |  |  | MICROSOFT CORP | 20.220 |  |
|  | 1,056 |  |  | ORACLE CORPORATION | 16.090 |  |
|  | 418 |  |  | PEPSICO INC | 56.700 |  |
|  | 1,782 |  |  | PFIZER INC | 16.430 |  |
|  | 550 |  |  | PHILLIP MORRIS INTERNATIONAL | 42.160 |  |
|  | 792 |  |  | PROCTER & GAMBLE CO | 64.350 |  |
|  | 440 |  |  | QUALCOMM INC | 33.570 |  |
|  | 330 |  |  | SCHLUMBERGER LTD | 50.740 |  |
|  | 12,763 |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  |
|  | 462 |  |  | U S BANCORP | 26.980 |  |
|  | 264 |  |  | UNITED PARCEL SVC INC CLASS B | 57.600 |  |
|  | 75,000 |  |  | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 |  |
|  | 264 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |
|  |  |  |  | CONTINUED ON PAGE 5 |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Intern:
12 l
Mayfair, Loi
Tel

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING
**11/30/08**

YOUR TAX PAYER IDENTIFICATION NUM
*****3556

YOUR ACCOUNT NUMBER
1-F0140-3-0

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK          NY   10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | 748 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 572 | | | WAL-MART STORES INC | 55.880 | |
| | 924 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG                    SHORT | | |
| | | | | 1,057,023.63 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Interna
12 I
Mayfair, Lon
Tel

| BERNARD L. MADOFF |
| MADF |
| INVESTMENT SECURITIES LLC |
| New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK        NY    10021

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUM** ******3556

**YOUR ACCOUNT NUMBER** 1-F0140-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Internz
12 I
Mayfair, Lor
Tel

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PERIOD ENDING
**11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMI
*****3556

YOUR ACCOUNT NUMBER
1-F0140-4-0

FORECAST DESIGNS RETIREMENT
TRUST
C/O KASPER
32 E 64TH STREET
NEW YORK        NY    10021

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | |
| 11/12 | | 22 | 42910 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | |
| 11/12 | 22 | | 47236 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 39,182.00 |
| 11/19 | | 22 | 33340 | S & P 100 INDEX DECEMBER 430 CALL | 26 | |
| 11/19 | 22 | | 37665 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 66,022.00 |
| 11/19 | 22 | 22 | 41990 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 64,622.00 |
| 11/19 | | 22 | 46315 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | |
| 11/19 | 22 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG            SHORT 36,300.00        51,260.00— | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

Claimant: *Forecast Designs Retirement Trust*

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information.  The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. During the lifetime of the account, the Claimant may have contributed and/or withdrawn sums of money.  The Claimant's final account balance set forth in Exhibit A takes into account any such contributions and/or withdrawals.  Claimant continues to search for additional documents relating to such contributions or withdrawals and reserves the right to supplement this submission if additional documents are found.

13. The Claimant submits herewith documents in support of the Claimant's claim.  The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry.  The Claimant further reserves the right to supplement this submission, including the submission of additional documents if deemed necessary.  Below is a list of the documents submitted herewith:

**2008**

- BMIS account statements for time period ending 11/30/08.

Claimant: *Forecast Designs Retirement Trust*            2

# EXHIBIT C

Forecast Designs, Inc. Retirement Trust

THIS AGREEMENT is by and between Forecast Designs, Inc., hereinafter referred to as
the Sponsor, and Herbert Kasper and Elliot Schuckman, as Trustees.

This Plan and Trust, created in the United States, has been established and restated for the
exclusive benefit of the Employees of the Employer, and shall be interpreted and administered in a
manner consistent with the requirements of the Internal Revenue Code of 1986, as amended
(hereinafter referred to as the "Code"), and the Employee Retirement Income Security Act of 1974,
as amended (hereinafter referred to as "ERISA").

## ARTICLE I

## DEFINITIONS

The following words and phrases, when used herein with an initial capital letter, shall have
the meanings set forth below unless a different meaning is implied or required by the context.
Additional definitions may be contained in the Section or Article to which such definitions pertain.

1.1    **Account** – A Participant's overall Account as described in Section 5.1, which shall include
all amounts attributable to Employer and Employee Contributions (if any).

1.2    **Account Balance** - Except as otherwise provided, or implied or required by the context, a
Participant's total interest in the Fund based upon the value as of the Valuation Date coincident with
or preceding the date of determination. For purposes of determining the amount of distribution to
which the Participant, Beneficiary, or Alternate Payee is entitled, the Account Balance shall include
any receivable amounts to which the Participant has become entitled as of the date of determination.

1.3    **Accrued Benefit** - Any reference to the Participant's accrued benefit under this Plan shall
be interpreted to mean his or her Account Balance.

1.4    **Alternate Payee** – Has the meaning described in Section 11.3.

1.5    **Annual Additions** - The sum of the following amounts credited to a Participant's Account
for the Limitation Year:

(a)    Employer Contributions described in Article III ,

(b)    Employee After-Tax Contributions (if any are authorized by Article IV),

(c)    Forfeitures,

(d)    Amounts allocated after March 31, 1984 to an individual medical account as defined
in Code Section 415(1)(2), which is part of a pension or annuity plan maintained by the Employer
(these amounts are treated as Annual Additions to a Defined Contribution Plan even though they arise
under a Defined Benefit Plan),

(e)    Amounts derived from contributions paid or accrued after 1985, in taxable years
ending after 1985, that are either attributable to post-retirement medical benefits allocated to the

1

Mar 23 2009 10:15AM   Elliot Schuckman, CPA, PC   9085221247                    p.3

| SCHEDULE P (FORM 5500) | **Annual Return of Fiduciary of Employee Benefit Trust** | Official Use Only |
|---|---|---|

**SCHEDULE P**
**(FORM 5500)**

Department of the Treasury
Internal Revenue Service

**Annual Return of Fiduciary**
**of Employee Benefit Trust**

This schedule may be filed to satisfy the requirements under section 6033(a) for an annual information return from every section 401(a) organization exempt from tax under section 501(a).

Filing this form will start the running of the statute of limitations under section 6501(a) for any trust described in section 401(a) that is exempt from tax under section 501(a).
► **File as an attachment to Form 5500 or 5500-EZ.**

Official Use Only

OMB No. 1210-0110

**2004**

This Form Is Open to Public Inspection.

For trust calendar year 2004 or fiscal year beginning _____ and ending _____

**1a**   Name of trustee or custodian

HERBERT KASPER AND ELLIOT SCHUCKMAN

**b**   Number, street, and room or suite no. (If a P.O. box, see the instructions for Form 5500 or 5500-EZ.)

32 EAST 64TH STREET

**c**   City or town, state, and ZIP code

NEW YORK                    NY   10021-0000

**2a**   Name of trust
FORECAST DESIGNS, INC. RETIREMENT TRUST (DEFINED CONTRIBUTION)

**b**   Trust's employer identification number         Redacted

**3**   Name of plan if different from name of trust

**4**   Have you furnished the participating employee benefit plan(s) with the trust financial information required to be reported by the plan(s)? ............................................................................................ ☒ Yes   ☐ No

**5**   Enter the plan sponsor's employer identification number as shown on Form 5500 or 5500-EZ ................................................................ ►   Redacted

Under penalties of perjury, I declare that I have examined this schedule, and to the best of my knowledge and belief it is true, correct, and complete.

**SIGN HERE**   Signature of fiduciary ► _____   Date ► _____

For the Paperwork Reduction Notice and OMB Control Numbers, see the instructions for Form 5500 or 5500-EZ.        v7.2        Schedule P (Form 5500) 2004





2   6   0   4   1   0   0   1   0   E