# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 10, 2009, I caused a true and correct copy of the foregoing Objection to Trustee's Determination of Claim to be filed and served via ECF. In addition, service was effectuated via Federal Express to the following:

> Clerk of the United States Bankruptcy Court for
> The Southern District of New York
> One Bowling Green
> New York, New York 10004

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza,
> New York, New York 10111

/s  Patrick B. Berarducci