Richard Levin (RL 1651)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:    (212) 474-1000
Facsimile:    (212) 474-3700

*Attorneys for Optimal Strategic U.S. Equity
Limited and Optimal Arbitrage Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

# CERTIFICATE OF SERVICE

ROBERT B. ZWILLICH hereby certifies under the penalty of perjury that on this 11th day of December, 2009, I caused a true and correct copy of STATEMENT OF OPTIMAL STRATEGIC U.S. EQUITY LIMITED AND OPTIMAL ARBITRAGE LIMITED IN SUPPORT OF TRUSTEE'S MOTION RELATING TO "NET EQUITY" ISSUE to be filed and served on the parties to this action via electronic filing through the Court's CM/ECF system.  In addition, service was effectuated upon the following addresses:

TRUSTEES:

> Irving H. Picard, Esq. (via Federal Express)
> David J. Sheehan, Esq.
> **BAKER & HOSTETLER LLP**
> 45 Rockefeller Plaza
> New York, NY 10111

> Alan Nisselson, Esq. (via Federal Express)
> **WINDELS MARX LANE & MITTENDORF, LLP**
> 156 West 56th Street
> New York, NY 10019

SECURITIES INVESTOR PROTECTION CORPORATION:

> Josephine Wang, Esq. (via Federal Express)
> **SECURITIES INVESTOR PROTECTION CORPORATION**
> 805 15th Street, N.W.
> Suite 800
> Washington, DC 20005-2207

SECURITIES AND EXCHANGE COMMISSION:

> Alistaire Bambach--bambacha@sec.gov
> Alexander Mircea Vasilescu--vasilescua@sec.gov
> Terri Swanson--swansont@sec.gov
> Israel E. Friedman--friedmani@sec.gov
> Preethi Krishnamurthy -- krishnamurthyp@sec.gov

UNITED STATES ATTORNEY FOR SDNY:

> Marc Litt  --  marc.litt@usdoj.gov
> Lisa Baroni  --  lisa.baroni@usdoj.gov
> Natalie Kuehler  --  natalie.kuehler@usdoj.gov

COUNSEL TO THE JPL:

> Eric L. Lewis  --  Eric.Lewis@baachrobinson.com

INTERNAL REVENUE SERVICE:

> Internal Revenue Service (via Federal Express)
> District Director
> 290 Broadway
> New York, NY 10008

> Internal Revenue Service (via First Class mail)
> Centralized Insolvency Operation
> P.O. Box 21126
> Philadelphia, PA 19114

DEPARTMENT OF JUSTICE:

> U.S. Department of Justice, Tax Division
> (Via First Class Mail)
> P.O. Box 55
> Ben Franklin Station
> Washington, DC 20044

_Robert B. Zwillich_

Robert B. Zwillich