**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

SECURITIES INVESTOR PROTECTION )
CORPORATION, )
                                )
              Plaintiffs,        )
                                )
         v.                      )   Adv. Pro. No. 08-1789 (BRL)
                                )   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT     )   (Substantively Consolidated)
SECURITIES LLC,                  )
                                )
              Defendant.         )   **CERTIFICATE OF SERVICE**
_____  )
                                )
In re:                           )
                                )
BERNARD L. MADOFF,               )
                                )
              Debtor.            )
_____  )

        I, Patricia Schrage, hereby certify that on December 11, 2009, I electronically filed the

        Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's
        Determination that Net Equity Should Not Be Based on Securities Positions Listed on
        Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should
        Be Based Upon Amounts Deposited Less Amounts Withdrawn

with the Clerk of Court using the CM/ECF system, which will send notification of such filing
electronically to registered counsel.

                                        /s/Patricia Schrage
                                        Patricia Schrage, Esq.
                                        Securities and Exchange Commission
                                        New York Regional Office
                                        3 World Financial Center, Suite 400
                                        New York, NY   10281-1022
                                        Telephone: (212) 336-0163
                                        Facsimile: (212) 336-1319
                                        e-mail: schragep@sec.gov