UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) | Adv. Pro. No. 08-01789-BRL |
| Plaintiff-Applicant, ) ) ) | SIPA Liquidation |
| v. ) ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, ) ) ) | |
| Defendant. ) ) | |
| IN RE: ) | |
| **Bernard L. Madoff** ) | |
| 133 East 64th Street ) | |
| Apt. 12A ) | |
| New York, NY 10065 ) ) | |
| Debtor. ) ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL AS COUNSEL FOR FRANK KNELL AND WYN M. KNELL J/T WROS FROM OFFICIAL SERVICE LIST

NOW COMES the undersigned counsel and gives this notice of withdrawal of her Notice of Appearance on behalf of Frank Knell and Wyn M. Knell J/T WROS filed November 4, 2009 (Doc. No. 602) and requests the Court, pursuant to 11 U.S.C. §342, Bankruptcy Rules 2002 and 3017(d), that her name and the name of Moore & Van Allen, PLLC be removed from the Official Service List as counsel for Frank Knell and Wyn M. Knell J/T WROS in the above-referenced case.

This the 15th day of December, 2009.

/s/Cynthia Jordan Lowery
Cynthia Jordan Lowery
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828
(843) 579-7000
(843) 579-8714 facsimile
cynthialowery@mvalaw.com
ATTORNEYS FOR FRANK KNELL AND
WYN M. KNELL J/T WROS

CHARLESTON, SC

CHARLESTON\391668v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) Plaintiff-Applicant, ) ) v. ) ) BERNARD L. MADOFF INVESTMENT ) SECURITIES, LLC, ) ) Defendant. ) ) IN RE: ) **Bernard L. Madoff** ) 133 East 64th Street ) Apt. 12A ) New York, NY 10065 ) ) Debtor. ) ) | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation |

## **CERTIFICATE OF SERVICE**

Cynthia Jordan Lowery of Moore & Van Allen PLLC, declares that on the date set forth below, she caused the following document:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL AS COUNSEL FOR FRANK KNELL AND
WYN M. KNELL J/T WROS  FROM OFFICIAL SERVICE LIST**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to said parties.

/s/Cynthia Jordan Lowery

December 15, 2009

CHARLESTON\391668v1