Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin,
Maureen Ebel, and a large group of other
customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2009, I caused a true copy of the **Objection to Second Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2009 through September 30, 2009** to be served upon the interested parties who receive electronic service through ECF, and as indicated by hand, Federal

1099885.1

Express, United States Postal Service Regular Mail and/or electronic mail to the parties at the addresses set forth on the attached Schedule A.

December 14, 2009

                   */s/ Lourdes Blanco*
                   Lourdes Blanco

1099885.1

**SCHEDULE A**

| **BY HAND:** | **BY FEDERAL EXPRESS** |
|---|---|
| Baker & Hostetler LLP | Securities Investor Protection Corporation |
| 45 Rockefeller Plaza | 805 Fifteenth Street, N.W., Suite 800 |
| New York, New York 10111 | Washington, DC 20005 |
| Attention: David J. Sheehan, Esq. | Attention: Kevin H. Bell, Esq. |

**BY UNITED STATES POSTAL SERVICE REGULAR MAIL:**

| | |
|---|---|
| Internal Revenue Service | U.S. Department of Justice, Tax Division |
| District Director | Box 55 |
| 290 Broadway, 5th Floor | Ben Franklin Station |
| New York, New York 10008 | Washington, DC 2004 |
| | |
| Internal Revenue Service | **Chapter 7 Trustee** |
| Centralized Insolvency Operation | Alan Nisselson, Esq. |
| Post Office Box 21126 | Windels Marx Lane & Mittendorf, LLP |
| Philadelphia, PA 19114 | 156 West 56th Street |
| | New York, NY 10019 |

**BY ELECTRONIC MAIL:**

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler – natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com