**Irving I. Schupak**
217 East Church Street
Bergenfield, NJ 07621

December 11, 2009

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004



Mr. Irving H. Picard, Trustee c/o Baker Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

RE: BANKRUPTCY CASE No. 08-01-789 (BRL)
OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM
Account # 1ZA950
Claim # 11353

Dear Clerk of the United States Bankruptcy Court for
The Southern District of New York, and Mr. Picard, Trustee:

We respectfully submit our objection to Trustee's Determination Letter for the above-captioned account/claim.

Our account was opened in 1993 directly with Bernard L. Madoff Investment Securities LLC (BLMIS), and our final November 30, 2008 BLMIS Statement indicates $115,533.33. (attached)

Trustee has provided no basis of why we should not have believed the accuracy of that final statement for all those years that we received statements from BMUS. Trustee's calculation of this claim incorporates data which is beyond the statute of limitations.

With reference to the above claim for losses of the securities in our account, we disagree with the reasons Trustee gave for the denial of being reimbursed by SIPC. During the years we were investing in BLMIS, we were continuously receiving written confirmation of transactions and monthly statements which indicated that our account was active as we expected it to be. The very fact that the statements were of fictitious information and therefore part of a fraudulent scheme by BLMIS, is the very reason that SIPC was created to protect an investor against such action.

In addition, we disagree with Trustee's definition of net equity for similar reasons as others have objected and, respectfully, incorporate them by reference.

As taxpayers, a veteran, and citizens of the United States, it is expected that our government agencies should be acting on our behalf, supervising the activities

involving our well being, particularly of financial institutions. In fact, governing bodies were established for this purpose.

Our using BLMIS as a broker for our investment in stocks was for the same reason that we used MLPFS or Bank of America, believing that each firm was operating legally and being supervised by various government agencies, namely SIPC, SEC, FINRA, IRS, etc. Therefore, we depended on SIPC as protection against any fraudulent actions that would affect the value of our investment. Our being a victim of fraud involving securities should be rectified by a quick process of disbursement of the insurance funds from SIPC as per our statement of November 30, 2008. SIPA requires SIPC to promptly replace our claim with securities.

In addition, we object to Trustee's definition of net equity and Trustee's accounting methods for subtracting withdrawals. We relied on the statements, just as the IRS relied on those statements. Trustee's accounting procedure has no bearing on our reasonable expectation.

We received written trade confirmations as well as monthly and quarterly statements and annual Form 1099's. We relied on these documents just as the IRS and other state taxing authorities relied on those documents to assess and make tax payments. We had no reason to believe otherwise. We would not have made those tax payments if we did not believe those funds belonged to us. The IRS accepted our tax payments based on those records.

We had every legitimate expectation that our account was accurate and true as reported on our November 30, 2008 statement, and now have every legitimate expectation that our allowed claim should be $$115,533.33. Therefore, Trustee should replace those securities based on the November 2008 statement or pay up to the SIPC limit of $500,000, not Trustee's calculated amount of zero. We should not be penalized for making innocent withdrawals to pay income taxes and living expenses.

We wish to reserve all rights to challenge the accounting method used as part of the Trustee's determination letter in this and any subsequent liquidation or bankruptcy court proceeding.

In conclusion, the government's failure to stop the fraud, and the failure of prompt SIPC reimbursement has put a great deal of stress on our well-being and has caused a tremendous hardship which continues every day.

Thank you for your consideration in this matter.

Sincerely,

Irving I. Schupak
Anne Schupak

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

IRVING I SCHUPAK
AND/OR ANNE SCHUPAK J/T WROS
217 E CHURCH STREET
BERGENFIELD          NJ  07621

YOUR ACCOUNT NUMBER: 1-ZA930-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********9991
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 4,688.59 |
| 10/12 | 84 |  | 1269 | WELLS FARGO & CO NEW | 29.500 |  | 2,506.20 |
| 10/12 | 60 |  | 1771 | HEWLETT PACKARD CO | 34.900 |  | 2,096.00 |
| 10/12 | 52 |  | 5595 | WAL-MART STORES INC | 55.830 |  | 2,905.16 |
| 10/12 | 34 |  | 6097 | INTERNATIONAL BUSINESS MACHS | 87.270 |  | 2,968.18 |
| 10/12 | 126 |  | 9921 | EXXON MOBIL CORP | 72.880 |  | 9,187.88 |
| 10/12 | 138 |  | 10423 | INTEL CORP | 14.510 |  | 2,007.38 |
| 11/12 | 66 |  | 14749 | JOHNSON & JOHNSON | 59.580 |  | 3,934.28 |
| 11/12 | 90 |  | 19074 | J.P. MORGAN CHASE & CO | 38.530 |  | 3,470.70 |
| 11/12 | 48 |  | 23400 | COCA COLA CO | 44.660 |  | 2,144.68 |
| 11/12 | 28 |  | 27726 | MCDONALDS CORP | 55.370 |  | 1,551.36 |
| 11/12 | 52 |  | 32052 | MERCK & CO | 28.550 |  | 1,486.60 |
| 11/12 | 190 |  | 36378 | MICROSOFT CORP | 21.610 |  | 4,150.90 |
| 11/12 | 96 |  | 40704 | ORACLE CORPORATION | 17.300 |  | 1,663.80 |
| 11/12 | 38 |  | 53682 | PEPSICO INC | 56.410 |  | 2,144.58 |
| 11/12 | 22 |  | 54184 | APPLE INC | 100.760 |  | 2,217.16 |
| 11/12 | 162 |  | 58008 | PFIZER INC | 16.940 |  | 2,750.28 |
| 11/12 | 38 |  | 58510 | ABBOTT LABORATORIES | 54.610 |  | 2,076.18 |
| 11/12 | 72 |  | 62334 | PROCTER & GAMBLE CO | 64.080 |  | 4,615.76 |
| 11/12 | 26 |  | 62636 | AMGEN INC | 59.200 |  | 1,539.16 |
| 11/12 | 50 |  | 66660 | PHILLIP MORRIS INTERNATIONAL | 43.600 |  | 2,182.00 |
| 11/12 | 120 |  | 67162 | BANK OF AMERICA | 21.590 |  | 2,594.80 |
| 11/12 | 40 |  | 70986 | QUALCOMM INC | 33.770 |  | 1,351.80 |
| 11/12 | 130 |  | 71483 | CITI GROUP INC | 12.510 |  | 1,631.30 |
|  |  |  |  | CONTINUED ON PAGE 2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRVING J SCHUPAK
AND/OR ANNE SCHUPAK J/T WROS
217 E CHURCH STREET
BERGENFIELD             NJ  07621

YOUR ACCOUNT NUMBER: 1-ZA950-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****4991

| DATE | BOUGHT OR RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 30 | | 75312 | SCHLUMBERGER LTD | 49.480 | 1,485.40 | |
| 11/12 | 72 | | 75814 | COMCAST CORP | 16.510 | 1,190.72 | |
| 11/12 | | | | CL A | | | |
| 11/12 | 142 | | 79638 | AT&T INC | 27 | 3,839.00 | |
| 11/12 | 36 | | 80140 | CONOCOPHILIPS | 52.510 | 1,891.36 | |
| 11/12 | 24 | | 83964 | UNITED PARCEL SVC INC | 52.040 | 1,248.96 | |
| 11/12 | | | | CLASS B | | | |
| 11/12 | 146 | | 84466 | CISCO SYSTEMS INC | 16.730 | 2,447.58 | |
| 11/12 | 42 | | 88290 | U S BANCORP | 29.530 | 1,241.26 | |
| 11/12 | 50 | | 88792 | CHEVRON CORP | 73.430 | 3,673.50 | |
| 11/12 | 24 | | 92616 | UNITED TECHNOLOGIES CORP | 53.160 | 1,275.84 | |
| 11/12 | 254 | | 93118 | GENERAL ELECTRIC CO | 19.630 | 4,996.02 | |
| 11/12 | 68 | | 96942 | VERIZON COMMUNICATIONS | 30.410 | 2,069.88 | |
| 11/12 | 6 | | 97444 | GOOGLE | 337.400 | 2,024.40 | |
| 11/12 | | 100,000 | 23875 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 99,936.00 |
| 11/19 | | | | 2/12/2009 | | | |
| 11/12 | | | 18979 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 8.20 |
| | | | | DIV 11/12/08 | | | |
| | | 12,431 | 28347 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,431.00 | 12,431.00 |
| | | | | DIV 11/19/08 | | | |
| 11/19 | 21,413 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,413.00 | |
| | | | | CONTINUED ON PAGE 3 | | | 2.6 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRVING I SCHUPAK
AND/OR ANNE SCHUPAK J/T WROS
217 E CHURCH STREET
BERGENFIELD          NJ   07621

YOUR ACCOUNT NUMBER: 1-ZA950-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****9991

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 21,411 | 53873 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,411.0 |
| 11/19 | 25,000 | | 58325 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 2,424 | | 62909 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 2,424.00 | |
| | | | | NEW BALANCE | | 10,276.32 | |
| | 142 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 38 | | | AMGEN INC | 55.540 | | |
| | 26 | | | APPLE INC | 92.670 | | |
| | 22 | | | BANK OF AMERICA | 16.250 | | |
| | 120 | | | CHEVRON CORP | 79.010 | | |
| | 50 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 146 | | | CITI GROUP INC | 8.290 | | |
| | 130 | | | COCA COLA CO | 46.870 | | |
| | 48 | | | COMCAST CORP | 17.340 | | |
| | 72 | | | CL-A | | | |
| | 36 | | | CONOCOPHILIPS | 52.520 | | |
| | 126 | | | EXXON MOBILE CORP | 80.150 | | |
| | 254 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE  4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

IRVING I SCHUPAK
AND/OR ANNE SCHUPAK J/T WROS
217 E CHURCH STREET
BERGENFIELD        NJ    07621

YOUR ACCOUNT NUMBER: 1-ZA930-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******9991
PAGE: 4

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 6 | | | GOOGLE | 292.960 | |
| 60 | | | HEWLETT PACKARD CO | 35.230 | |
| 138 | | | INTEL CORP | 13.800 | |
| 34 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| 90 | | | J.P. MORGAN CHASE & CO | 31.660 | |
| 66 | | | JOHNSON & JOHNSON | 58.530 | |
| 28 | | | MCDONALDS CORP | 58.750 | |
| 52 | | | MERCK & CO | 26.720 | |
| 190 | | | MICROSOFT CORP | 20.220 | |
| 96 | | | ORACLE CORPORATION | 16.090 | |
| 38 | | | PEPSICO INC | 56.700 | |
| 162 | | | PFIZER INC | 16.430 | |
| 50 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| 72 | | | PROCTER & GAMBLE CO | 64.350 | |
| 40 | | | QUALCOMM INC | 33.570 | |
| 30 | | | SCHLUMBERGER LTD | 50.740 | |
| 2,424 | | | FIDELITY SPARTAN | 1 | |
| | | | U S TREASURY MONEY MARKET | | |
| 42 | | | U S BANCORP | 26.930 | |
| 24 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | CLASS B | | |
| 25,000 | | | U S TREASURY BILL | 99.972 | |
| | | | DUE 03/26/2009 | | |
| | | | 3/26/2009 | | |
| 24 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | | | CONTINUED ON PAGE 5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

New York ☐ London

MADF

IRVING I SCHUPAK
AND/OR ANNE SCHUPAK J/T WROS
217 E CHURCH STREET
BERGENFIELD          NJ    07621

YOUR ACCOUNT NUMBER: 1-ZA950-3-0
PERIOD ENDING: 11/30/03
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9991

PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 68 | | | VERIZON COMMUNICATIONS | 32.650 | |
| 52 | | | WAL-MART STORES INC | 55.830 | |
| 84 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | MARKET VALUE OF SECURITIES LONG | | |
| | | | 115,533.33 | | |
| | | | SHORT | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES