# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>           Defendant. | Adversary Proceeding<br>No. 08-01789-BRL |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*, FOR UNITED STATES GOVERNMENT ATTORNEY KATHARINE B. GRESHAM

I, Katharine B. Gresham, a member in good standing of the bar of the District of Columbia and the United States Court of Appeals for the Second Circuit, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Securities and Exchange Commission in this case. The Commission has filed a notice of appearance and is participating as a party in this case pursuant to Section 5(c) of the Securities Investor Protection Act, 15 U.S.C. 78eee(c).

Under the Local Rules of the Bankruptcy Court for the Southern District of New York, "Upon motion to the Court, a member in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." LBR 2090-1(b).

My mailing address is: Securities & Exchange Commission, Office of General Counsel, 100 F Street, NE, Washington D.C. 20548.

My e-mail address is: greshamk@sec.gov. My telephone number is (202) 551-5148.

As a U.S. Government agency, the Securities and Exchange Commission is exempt from filing fees.

| | |
|---|---|
| Dated: December 9, 2009<br>Washington, D.C. | Respectfully submitted,<br><br>*Katharine B. Gresham*<br>Katharine B. Gresham<br>Assistant General Counsel<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br>Telephone: (202) 551-5148<br>Fax: (202) 772-9371<br>e-mail: greshamk@sec.gov |

## ORDER

**ORDERED,**

that Katharine B. Gresham, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York. Ms. Gresham represents the Securities and Exchange Commission, a U.S. Government agency, which is exempt from filing fees.

Dated: _____                    _____
         New York, New York                       UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2009, the Motion for Admission to Practice, *Pro Hac Vice*, for United States Government Attorney Katharine B. Gresham, was mailed by first class mail, postage pre-paid, on the following:

Irving H. Picard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY   10111

David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.
John Moscow, Esq.
Richard J. Bernard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY   10111

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C.   20005-2215

_Katharine B. Gresham_
Katharine B. Gresham