# Exhibit A

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

### REVISED NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

Sienna Partnership LP
10 Summerland Lane
Briarcliff Manor, New York  10510

Dear Sienna Partnership LP:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee previously issued a Notice of Trustee's Determination of Claim dated October 19, 2009 on BLMIS Account No. 1FR041 designated as Claim Number 11547 (the "Initial Notice"). The Initial Notice referenced a purported withdrawal by you in the amount of $130,000.00 on 12/10/2008 (the "12/10/08 Check"). You have provided evidence to the Trustee that you never cashed the 12/10/08 Check. The $130,000.00 debit from your account on 12/10/2008 according to the Initial Notice has been credited back to BLMIS Account No. 1FR041, as evidenced by Table 1 attached hereto.

This letter supersedes the Initial Notice and shall serve as the Trustee's revised determination with respect to your claim.

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

Your claim for a credit balance of $10,839,375.32 and for securities is **DENIED**. No securities were ever purchased for your account.

Your claim is **ALLOWED** for $81,304.24 (the "Allowed Claim"), which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less withdrawals, as outlined in Table 1 attached hereto.

Your **ALLOWED CLAIM** of $81,304.24 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE** and the original 12/10/08 Check, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $81,304.24, with the funds being advanced by Securities Investor Protection Corporation pursuant to section 78fff-3(a)(1) of SIPA.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Revised Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

## DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 6/10/1998 | CHECK | $3,940,000.00 |
| 7/6/1998 | CHECK | $600,000.00 |
| 2/11/1999 | CHECK | $405,000.00 |
| 5/5/1999 | CHECK | $400,000.00 |
| 5/13/1999 | CHECK | $150,000.00 |
| 7/21/1999 | CHECK WIRE | $104,529.31 |
| 7/27/1999 | CHECK WIRE | $140,000.00 |
| 12/1/1999 | CHECK WIRE | $100,000.00 |
| 12/20/1999 | CHECK WIRE | $199,980.00 |
| 12/28/1999 | CHECK WIRE | $150,000.00 |
| 2/10/2000 | CHECK WIRE | $59,985.00 |
| 2/14/2000 | CHECK WIRE | $175,520.44 |
| 3/6/2000 | CHECK WIRE | $300,000.00 |
| 10/3/2001 | CHECK | $110,000.00 |
| 12/19/2001 | CHECK WIRE | $439,534.10 |
| 12/28/2001 | CHECK WIRE | $250,000.00 |
| 5/13/2002 | CHECK | $100,000.00 |
| 9/6/2002 | CHECK | $1,590,000.00 |
| 10/23/2003 | CHECK | $230,000.00 |
| 3/11/2004 | CHECK | $700,000.00 |
| 5/18/2004 | CHECK | $450,000.00 |
| 8/16/2004 | CHECK | $200,000.00 |
| 8/11/2005 | CHECK | $200,000.00 |
| 2/14/2006 | CHECK | $300,000.00 |
| **Total Deposits:** | | $11,294,548.85 |

## WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 7/22/1998 | W/H TAX DIV FDLXX | ($17.59) |
| 8/5/1998 | W/H TAX DIV FDLXX | ($4.53) |
| 9/4/1998 | W/H TAX DIV FDLXX | ($1.76) |
| 9/11/1998 | W/H TAX DIV MCD | ($27.54) |
| 10/15/1998 | W/H TAX DIV FDLXX | ($0.14) |
| 11/23/1998 | W/H TAX DIV FDLXX | ($5.23) |
| 12/11/1998 | W/H TAX DIV MCD | ($27.54) |
| 12/15/1998 | W/H TAX DIV KO | ($164.48) |
| 12/18/1998 | W/H TAX DIV AIG | ($25.70) |
| 12/22/1998 | W/H TAX DIV FDLXX | ($12.15) |
| 12/23/1998 | W/H TAX DIV BAC | ($344.25) |
| 1/4/1999 | W/H TAX DIV PEP | ($82.88) |

| | | | |
|---|---|---|---|
| 1/4/1999 | W/H TAX DIV ONE | | ($193.80) |
| 1/4/1999 | W/H TAX DIV MRK | | ($275.40) |
| 1/11/1999 | W/H TAX DIV WMT | | ($75.10) |
| 1/22/1999 | W/H TAX DIV FDLXX | | ($2.03) |
| 2/16/1999 | W/H TAX DIV TXN | | ($13.62) |
| 2/16/1999 | W/H TAX DIV PG | | ($88.24) |
| 2/24/1999 | W/H TAX DIV FDLXX | | ($15.08) |
| 2/26/1999 | W/H TAX DIV C | | ($164.43) |
| 3/1/1999 | W/H TAX DIV INTC | | ($26.82) |
| 3/1/1999 | W/H TAX DIV WFC | | ($119.55) |
| 3/1/1999 | W/H TAX DIV F | | ($222.32) |
| 3/3/1999 | W/H TAX DIV BA | | ($54.43) |
| 3/4/1999 | W/H TAX DIV FDLXX | | ($7.69) |
| 3/9/1999 | W/H TAX DIV JNJ | | ($133.65) |
| 3/10/1999 | W/H TAX DIV IBM | | ($84.94) |
| 3/10/1999 | W/H TAX DIV GM | | ($133.65) |
| 3/10/1999 | W/H TAX DIV XON | | ($237.27) |
| 3/15/1999 | W/H TAX DIV DD | | ($159.08) |
| 3/31/1999 | W/H TAX DIV MCD | | ($27.61) |
| 3/31/1999 | W/H TAX DIV PEP | | ($81.43) |
| 4/1/1999 | W/H TAX DIV KO | | ($167.81) |
| 4/1/1999 | W/H TAX DIV ONE | | ($210.67) |
| 4/14/1999 | W/H TAX DIV FDLXX | | ($6.45) |
| 4/19/1999 | W/H TAX DIV WMT | | ($96.96) |
| 4/26/1999 | W/H TAX DIV GE | | ($267.12) |
| 5/5/1999 | W/H TAX DIV FDLXX | | ($0.96) |
| 6/1/1999 | W/H TAX DIV INTC | | ($41.09) |
| 6/1/1999 | W/H TAX DIV WFC | | ($129.48) |
| 6/4/1999 | W/H TAX DIV BA | | ($59.56) |
| 6/8/1999 | W/H TAX DIV JNJ | | ($157.00) |
| 6/10/1999 | W/H TAX DIV IBM | | ($89.64) |
| 6/10/1999 | W/H TAX DIV GM | | ($145.95) |
| 6/10/1999 | W/H TAX DIV MOB | | ($196.82) |
| 6/10/1999 | W/H TAX DIV XON | | ($426.20) |
| 6/14/1999 | W/H TAX DIV DD | | ($168.84) |
| 6/16/1999 | W/H TAX DIV FDLXX | | ($12.20) |
| 7/12/1999 | W/H TAX DIV WMT | | ($100.80) |
| 7/14/1999 | W/H TAX DIV HWP | | ($73.73) |
| 7/21/1999 | W/H TAX DIV FDLXX | | ($27.96) |
| 7/26/1999 | W/H TAX DIV GE | | ($534.24) |
| 8/2/1999 | W/H TAX DIV AIT | | ($155.45) |
| 8/2/1999 | W/H TAX DIV BMY | | ($191.95) |
| 8/2/1999 | W/H TAX DIV BEL | | ($277.20) |
| 8/2/1999 | W/H TAX DIV T | | ($316.80) |
| 8/10/1999 | W/H TAX DIV AXP | | ($45.36) |
| 8/24/1999 | W/H TAX DIV FDLXX | | ($21.73) |
| 9/15/1999 | W/H TAX DIV MCD | | ($30.41) |
| 9/17/1999 | W/H TAX DIV AIG | | ($35.64) |

| | | |
|---|---|---|
| 9/24/1999 | W/H TAX DIV BAC | ($360.86) |
| 9/30/1999 | W/H TAX DIV FDLXX | ($61.55) |
| 9/30/1999 | W/H TAX DIV PEP | ($92.22) |
| 10/1/1999 | W/H TAX DIV KO | ($185.33) |
| 10/1/1999 | W/H TAX DIV ONE | ($237.01) |
| 10/1/1999 | W/H TAX DIV MRK | ($327.29) |
| 10/12/1999 | W/H TAX DIV WMT | ($103.95) |
| 10/13/1999 | W/H TAX DIV HWP | ($76.03) |
| 10/20/1999 | W/H TAX DIV FDLXX | ($6.22) |
| 10/25/1999 | W/H TAX DIV GE | ($530.15) |
| 11/1/1999 | W/H TAX DIV AIT | ($160.31) |
| 11/1/1999 | W/H TAX DIV BMY | ($197.95) |
| 11/1/1999 | W/H TAX DIV BEL | ($274.43) |
| 11/1/1999 | W/H TAX DIV T | ($320.17) |
| 11/2/1999 | CHECK | ($70,000.00) |
| 11/10/1999 | W/H TAX DIV AXP | ($46.78) |
| 11/17/1999 | W/H TAX DIV FDLXX | ($0.91) |
| 12/13/1999 | W/H TAX DIV MMM | ($98.78) |
| 12/16/1999 | CHECK | ($20,000.00) |
| 12/31/1999 | W/H TAX DIV FDLXX | ($28.27) |
| 1/11/2000 | W/H TAX DIV FDLXX | ($1.13) |
| 2/14/2000 | W/H TAX DIV TXN | ($15.45) |
| 2/15/2000 | W/H TAX DIV PG | ($192.00) |
| 2/24/2000 | W/H TAX DIV FDLXX | ($54.85) |
| 2/25/2000 | W/H TAX DIV C | ($242.50) |
| 3/1/2000 | W/H TAX DIV LU | ($28.50) |
| 3/1/2000 | W/H TAX DIV INTC | ($46.35) |
| 3/1/2000 | W/H TAX DIV WFC | ($160.05) |
| 3/1/2000 | W/H TAX DIV F | ($272.55) |
| 3/3/2000 | W/H TAX DIV BA | ($59.39) |
| 3/7/2000 | W/H TAX DIV JNJ | ($178.16) |
| 3/10/2000 | W/H TAX DIV FDLXX | ($4.52) |
| 3/10/2000 | W/H TAX DIV IBM | ($94.54) |
| 3/10/2000 | W/H TAX DIV GM | ($151.35) |
| 3/10/2000 | W/H TAX DIV XOM | ($666.73) |
| 3/14/2000 | W/H TAX DIV DD | ($159.18) |
| 4/3/2000 | W/H TAX DIV KO | ($205.28) |
| 4/10/2000 | W/H TAX DIV WMT | ($134.55) |
| 4/28/2000 | W/H TAX DIV MWD | ($22.08) |
| 4/28/2000 | w/h FIDELITY SPARTAN | ($23.18) |
| 5/12/2000 | W/H TAX DIV FDLXX | ($10.25) |
| 6/1/2000 | W/H TAX DIV INTC | ($21.53) |
| 6/1/2000 | W/H TAX DIV WFC | ($78.94) |
| 6/12/2000 | W/H TAX DIV IBM | ($50.70) |
| 6/12/2000 | W/H TAX DIV GM | ($70.20) |
| 6/12/2000 | W/H TAX DIV DD | ($178.82) |
| 6/12/2000 | W/H TAX DIV XOM | ($758.47) |
| 6/13/2000 | W/H TAX DIV JNJ | ($118.56) |

| | | |
|---|---|---|
| 6/21/2000 | W/H TAX DIV FDLXX | ($6.16) |
| 7/18/2000 | W/H TAX DIV FDLXX | ($18.91) |
| 8/15/2000 | W/H TAX DIV FDLXX | ($46.86) |
| 8/15/2000 | W/H TAX DIV PG | ($117.18) |
| 8/21/2000 | W/H TAX DIV TXN | ($15.07) |
| 8/24/2000 | W/H TAX DIV MER | ($53.76) |
| 8/25/2000 | W/H TAX DIV C | ($275.30) |
| 9/1/2000 | W/H TAX DIV LU | ($30.68) |
| 9/1/2000 | W/H TAX DIV INTC | ($59.88) |
| 9/1/2000 | W/H TAX DIV WFC | ($158.53) |
| 9/11/2000 | W/H TAX DIV IBM | ($104.83) |
| 9/11/2000 | W/H TAX DIV XOM | ($381.35) |
| 9/15/2000 | W/H TAX DIV FDLXX | ($17.09) |
| 10/5/2000 | W/H TAX DIV AV | ($3.50) |
| 10/11/2000 | W/H TAX DIV HWP | ($75.94) |
| 10/18/2000 | W/H TAX DIV FDLXX | ($20.90) |
| 10/25/2000 | W/H TAX DIV GE | ($620.79) |
| 10/27/2000 | W/H TAX DIV MWD | ($108.48) |
| 10/27/2000 | CHECK WIRE | ($5,000,000.00) |
| 11/1/2000 | W/H TAX DIV PHA | ($69.16) |
| 11/1/2000 | W/H TAX DIV BMY | ($224.25) |
| 11/1/2000 | W/H TAX DIV T | ($380.36) |
| 11/1/2000 | W/H TAX DIV VZ | ($482.91) |
| 11/10/2000 | W/H TAX DIV AXP | ($48.82) |
| 12/12/2000 | W/H TAX DIV JNJ | ($41.95) |
| 12/18/2000 | W/H TAX DIV FDLXX | ($38.89) |
| 1/18/2001 | W/H TAX DIV FDLXX | ($36.31) |
| 2/12/2001 | W/H TAX DIV TXN | ($8.84) |
| 2/15/2001 | W/H TAX DIV PG | ($112.46) |
| 2/22/2001 | W/H TAX DIV FDLXX | ($13.26) |
| 2/23/2001 | W/H TAX DIV C | ($177.28) |
| 3/1/2001 | W/H TAX DIV LU | ($15.88) |
| 3/1/2001 | W/H TAX DIV INTC | ($32.13) |
| 3/1/2001 | W/H TAX DIV WFC | ($99.79) |
| 3/8/2001 | W/H TAX DIV PFE | ($170.48) |
| 3/9/2001 | W/H TAX DIV XOM | ($365.90) |
| 3/12/2001 | W/H TAX DIV IBM | ($54.05) |
| 3/13/2001 | W/H TAX DIV JNJ | ($108.86) |
| 3/19/2001 | W/H TAX DIV FDLXX | ($19.38) |
| 4/9/2001 | W/H TAX DIV WMT | ($89.78) |
| 4/11/2001 | W/H TAX DIV HWP | ($46.80) |
| 4/24/2001 | W/H TAX DIV FDLXX | ($9.17) |
| 4/27/2001 | W/H TAX DIV MWD | ($72.45) |
| 4/30/2001 | W/H TAX DIV JPM | ($183.60) |
| 5/1/2001 | W/H TAX DIV T | ($40.50) |
| 5/1/2001 | W/H TAX DIV PHA | ($45.90) |
| 5/1/2001 | W/H TAX DIV BMY | ($154.69) |
| 5/1/2001 | W/H TAX DIV VZ | ($303.19) |

| | | |
|---|---|---|
| 5/2/2001 | W/H TAX DIV TYC | ($6.47) |
| 5/10/2001 | W/H TAX DIV AXP | ($30.60) |
| 5/15/2001 | W/H TAX DIV PG | ($133.88) |
| 5/22/2001 | CHECK | ($30,000.00) |
| 5/29/2001 | W/H TAX DIV FDLXX | ($36.38) |
| 6/19/2001 | W/H TAX DIV FDLXX | ($4.46) |
| 7/9/2001 | W/H TAX DIV WMT | ($87.02) |
| 7/11/2001 | W/H TAX DIV XOM | ($19.09) |
| 7/11/2001 | W/H TAX DIV HWP | ($42.62) |
| 7/23/2001 | W/H TAX DIV MWD | ($71.48) |
| 7/25/2001 | W/H TAX DIV FDLXX | ($27.58) |
| 7/25/2001 | W/H TAX DIV GE | ($444.00) |
| 7/31/2001 | W/H TAX DIV JPM | ($196.25) |
| 8/1/2001 | W/H TAX DIV TYC | ($6.66) |
| 8/1/2001 | W/H TAX DIV PHA | ($50.95) |
| 8/1/2001 | W/H TAX DIV BMY | ($146.52) |
| 8/1/2001 | W/H TAX DIV VZ | ($290.60) |
| 8/6/2001 | CHECK | ($20,000.00) |
| 8/10/2001 | W/H TAX DIV AXP | ($30.19) |
| 8/15/2001 | W/H TAX DIV PG | ($134.98) |
| 8/22/2001 | W/H TAX DIV FDLXX | ($3.04) |
| 9/13/2001 | W/H TAX DIV HD | ($26.21) |
| 9/28/2001 | W/H TAX DIV PEP | ($74.65) |
| 9/28/2001 | W/H TAX DIV BAC | ($262.08) |
| 10/1/2001 | W/H TAX DIV KO | ($122.15) |
| 10/1/2001 | W/H TAX DIV MRK | ($229.32) |
| 10/9/2001 | W/H TAX DIV WMT | ($95.00) |
| 10/10/2001 | W/H TAX DIV HWP | ($46.80) |
| 10/15/2001 | W/H TAX DIV FDLXX | ($72.39) |
| 10/25/2001 | W/H TAX DIV GE | ($482.98) |
| 10/26/2001 | W/H TAX DIV MWD | ($80.73) |
| 10/31/2001 | W/H TAX DIV JPM | ($198.90) |
| 11/1/2001 | W/H TAX DIV TYC | ($7.02) |
| 11/1/2001 | W/H TAX DIV T | ($37.73) |
| 11/1/2001 | W/H TAX DIV PHA | ($50.54) |
| 11/1/2001 | W/H TAX DIV BMY | ($154.44) |
| 11/1/2001 | W/H TAX DIV VZ | ($306.31) |
| 11/9/2001 | W/H TAX DIV AXP | ($31.82) |
| 11/15/2001 | W/H TAX DIV PG | ($133.38) |
| 11/19/2001 | W/H TAX DIV FDLXX | ($1.60) |
| 11/19/2001 | W/H TAX DIV TXN | ($11.44) |
| 11/21/2001 | W/H TAX DIV C | ($247.10) |
| 12/3/2001 | W/H TAX DIV INTC | ($41.65) |
| 12/3/2001 | W/H TAX DIV MCD | ($74.52) |
| 12/3/2001 | W/H TAX DIV WFC | ($127.76) |
| 12/6/2001 | W/H TAX DIV PFE | ($198.20) |
| 12/10/2001 | W/H TAX DIV IBM | ($72.07) |
| 12/10/2001 | W/H TAX DIV XOM | ($468.23) |

| | | |
|---|---|---|
| 12/14/2001 | W/H TAX DIV DD | ($94.19) |
| 12/31/2001 | W/H TAX DIV FDLXX | ($12.55) |
| 1/10/2002 | W/H TAX DIV FDLXX | ($2.51) |
| 2/11/2002 | W/H TAX DIV TXN | ($12.37) |
| 2/15/2002 | W/H TAX DIV PG | ($165.87) |
| 2/21/2002 | W/H TAX DIV FDLXX | ($10.96) |
| 2/22/2002 | W/H TAX DIV C | ($279.36) |
| 3/1/2002 | W/H TAX DIV INTC | ($47.14) |
| 3/1/2002 | W/H TAX DIV WFC | ($151.32) |
| 3/6/2002 | W/H TAX DIV FDLXX | ($2.25) |
| 3/7/2002 | W/H TAX DIV PFE | ($279.94) |
| 3/11/2002 | W/H TAX DIV BUD | ($60.21) |
| 3/11/2002 | W/H TAX DIV IBM | ($81.48) |
| 3/11/2002 | W/H TAX DIV XOM | ($542.13) |
| 3/12/2002 | W/H TAX DIV JNJ | ($188.57) |
| 3/14/2002 | W/H TAX DIV DD | ($122.22) |
| 3/28/2002 | W/H TAX DIV HD | ($40.91) |
| 4/1/2002 | W/H TAX DIV PEP | ($87.87) |
| 4/1/2002 | W/H TAX DIV KO | ($175.74) |
| 4/1/2002 | W/H TAX DIV MRK | ($286.34) |
| 4/2/2002 | CHECK | ($35,000.00) |
| 4/10/2002 | W/H TAX DIV MO | ($439.35) |
| 4/18/2002 | W/H TAX DIV WMT | ($118.17) |
| 4/23/2002 | W/H TAX DIV FDLXX | ($11.60) |
| 4/26/2002 | W/H TAX DIV MDT | ($24.39) |
| 4/26/2002 | W/H TAX DIV MWD | ($90.60) |
| 4/30/2002 | W/H TAX DIV JPM | ($236.95) |
| 5/1/2002 | W/H TAX DIV TYC | ($9.09) |
| 5/1/2002 | W/H TAX DIV T | ($46.59) |
| 5/1/2002 | W/H TAX DIV PHA | ($61.36) |
| 5/1/2002 | W/H TAX DIV BMY | ($195.13) |
| 5/1/2002 | W/H TAX DIV SBC | ($319.06) |
| 5/1/2002 | W/H TAX DIV VZ | ($373.30) |
| 5/10/2002 | W/H TAX DIV FDLXX | ($2.47) |
| 5/10/2002 | W/H TAX DIV AXP | ($38.78) |
| 6/3/2002 | W/H TAX DIV WFC | ($186.48) |
| 6/6/2002 | W/H TAX DIV PFE | ($329.00) |
| 6/10/2002 | W/H TAX DIV IBM | ($109.89) |
| 6/10/2002 | W/H TAX DIV XOM | ($620.38) |
| 6/11/2002 | W/H TAX DIV JNJ | ($245.75) |
| 6/14/2002 | W/H TAX DIV AIG | ($43.36) |
| 6/25/2002 | W/H TAX DIV FDLXX | ($1.94) |
| 6/28/2002 | W/H TAX DIV PEP | ($99.90) |
| 6/28/2002 | W/H TAX DIV BAC | ($359.64) |
| 7/1/2002 | W/H TAX DIV MRK | ($314.69) |
| 7/9/2002 | CHECK | ($40,000.00) |
| 7/19/2002 | W/H TAX DIV FDLXX | ($4.15) |
| 7/26/2002 | W/H TAX DIV FDLXX | ($0.02) |

| | | |
|---|---|---|
| 8/19/2002 | W/H TAX DIV MON | ($2.96) |
| 8/19/2002 | W/H TAX DIV TXN | ($19.76) |
| 8/23/2002 | W/H TAX DIV C | ($527.31) |
| 8/26/2002 | W/H TAX DIV FDLXX | ($5.74) |
| 9/3/2002 | W/H TAX DIV INTC | ($73.47) |
| 9/3/2002 | W/H TAX DIV WFC | ($260.40) |
| 9/5/2002 | W/H TAX DIV G | ($90.68) |
| 9/5/2002 | W/H TAX DIV PFE | ($441.29) |
| 9/6/2002 | W/H TAX DIV BA | ($79.05) |
| 9/9/2002 | W/H TAX DIV BUD | ($90.68) |
| 9/10/2002 | W/H TAX DIV FDLXX | ($0.70) |
| 9/10/2002 | W/H TAX DIV IBM | ($139.50) |
| 9/10/2002 | W/H TAX DIV JNJ | ($324.11) |
| 9/10/2002 | W/H TAX DIV XOM | ($834.21) |
| 9/12/2002 | W/H TAX DIV DD | ($179.03) |
| 10/17/2002 | W/H TAX DIV FDLXX | ($13.42) |
| 11/22/2002 | W/H TAX DIV C | ($583.20) |
| 12/2/2002 | W/H TAX DIV INTC | ($86.40) |
| 12/2/2002 | W/H TAX DIV WFC | ($302.40) |
| 12/5/2002 | W/H TAX DIV PFE | ($512.46) |
| 12/9/2002 | W/H TAX DIV BUD | ($105.30) |
| 12/10/2002 | W/H TAX DIV IBM | ($170.10) |
| 12/10/2002 | W/H TAX DIV JNJ | ($376.38) |
| 12/10/2002 | W/H TAX DIV XOM | ($956.34) |
| 12/16/2002 | W/H TAX DIV DD | ($226.80) |
| 12/31/2002 | W/H TAX DIV FDLXX | ($15.26) |
| 1/10/2003 | W/H TAX DIV FDLXX | ($0.47) |
| 2/3/2003 | W/H TAX DIV PHA | ($107.53) |
| 2/14/2003 | W/H TAX DIV PG | ($326.57) |
| 2/14/2003 | W/H TAX DIV PFE | ($573.48) |
| 2/28/2003 | W/H TAX DIV C | ($637.20) |
| 3/3/2003 | W/H TAX DIV INTC | ($83.90) |
| 3/3/2003 | W/H TAX DIV WFC | ($318.60) |
| 3/7/2003 | W/H TAX DIV MSFT | ($535.25) |
| 3/10/2003 | W/H TAX DIV FDLXX | ($20.32) |
| 3/10/2003 | W/H TAX DIV BUD | ($103.55) |
| 3/10/2003 | W/H TAX DIV IBM | ($159.30) |
| 3/10/2003 | W/H TAX DIV XOM | ($964.83) |
| 3/11/2003 | W/H TAX DIV JNJ | ($380.99) |
| 3/12/2003 | W/H TAX DIV MMM | ($175.23) |
| 3/14/2003 | W/H TAX DIV FDLXX | ($0.35) |
| 3/14/2003 | W/H TAX DIV DD | ($223.02) |
| 4/7/2003 | W/H TAX DIV WMT | ($290.49) |
| 4/9/2003 | W/H TAX DIV HPQ | ($175.39) |
| 4/15/2003 | W/H TAX DIV FDLXX | ($5.88) |
| 5/9/2003 | W/H TAX DIV FDLXX | ($6.86) |
| 5/14/2003 | CHECK | ($750,000.00) |
| 6/10/2003 | W/H TAX DIV XOM | ($1,068.00) |

| | | |
|---|---|---|
| 6/12/2003 | W/H TAX DIV DD | ($224.28) |
| 6/25/2003 | W/H TAX DIV FDLXX | ($15.10) |
| 7/10/2003 | W/H TAX DIV FDLXX | ($4.33) |
| 7/21/2003 | W/H TAX DIV FDLXX | ($1.82) |
| 7/31/2003 | W/H TAX DIV MWD | ($129.17) |
| 8/1/2003 | W/H TAX DIV VZ | ($594.59) |
| 8/1/2003 | W/H TAX DIV SBC | ($698.14) |
| 8/15/2003 | W/H TAX DIV PG | ($319.41) |
| 8/22/2003 | W/H TAX DIV C | ($982.80) |
| 8/27/2003 | W/H TAX DIV MER | ($82.37) |
| 9/2/2003 | W/H TAX DIV INTC | ($70.20) |
| 9/2/2003 | W/H TAX DIV WFC | ($421.20) |
| 9/4/2003 | W/H TAX DIV PFE | ($645.84) |
| 9/5/2003 | W/H TAX DIV FDLXX | ($9.45) |
| 9/9/2003 | W/H TAX DIV BUD | ($102.96) |
| 9/10/2003 | W/H TAX DIV IBM | ($149.76) |
| 9/10/2003 | W/H TAX DIV XOM | ($924.30) |
| 9/12/2003 | W/H TAX DIV DD | ($196.56) |
| 9/19/2003 | W/H TAX DIV AIG | ($95.47) |
| 9/26/2003 | W/H TAX DIV BAC | ($660.96) |
| 9/30/2003 | W/H TAX DIV PEP | ($154.22) |
| 10/1/2003 | W/H TAX DIV VIA.B | ($56.16) |
| 10/1/2003 | W/H TAX DIV KO | ($313.04) |
| 10/1/2003 | W/H TAX DIV MRK | ($475.52) |
| 10/8/2003 | W/H TAX DIV HPQ | ($139.54) |
| 10/9/2003 | W/H TAX DIV MO | ($780.30) |
| 10/14/2003 | W/H TAX DIV FDLXX | ($6.01) |
| 11/7/2003 | W/H TAX DIV MSFT | ($975.74) |
| 11/14/2003 | W/H TAX DIV PG | ($336.34) |
| 11/25/2003 | W/H TAX DIV FDLXX | ($13.84) |
| 11/25/2003 | CHECK | ($80,000.00) |
| 11/26/2003 | W/H TAX DIV MER | ($81.31) |
| 11/26/2003 | W/H TAX DIV C | ($1,018.71) |
| 12/1/2003 | W/H TAX DIV INTC | ($73.00) |
| 12/1/2003 | W/H TAX DIV WFC | ($415.80) |
| 12/4/2003 | W/H TAX DIV PFE | ($658.35) |
| 12/9/2003 | W/H TAX DIV JNJ | ($399.17) |
| 12/10/2003 | W/H TAX DIV IBM | ($155.23) |
| 12/10/2003 | W/H TAX DIV XOM | ($935.55) |
| 12/12/2003 | W/H TAX DIV MMM | ($152.46) |
| 12/12/2003 | CHECK | ($40,000.00) |
| 12/16/2003 | W/H TAX DIV FDLXX | ($2.93) |
| 12/31/2003 | W/H TAX DIV FDLXX | ($0.62) |
| 1/8/2004 | W/H TAX DIV FDLXX | ($1.07) |
| 1/30/2004 | W/H TAX DIV MWD | ($144.30) |
| 2/2/2004 | W/H TAX DIV SBC | ($555.00) |
| 2/2/2004 | W/H TAX DIV VZ | ($581.20) |
| 2/17/2004 | W/H TAX DIV PG | ($323.23) |

| | | |
|---|---|---|
| 2/27/2004 | W/H TAX DIV MER | ($85.25) |
| 2/27/2004 | W/H TAX DIV C | ($1,118.88) |
| 3/1/2004 | W/H TAX DIV INTC | ($140.30) |
| 3/1/2004 | W/H TAX DIV WFC | ($419.58) |
| 3/5/2004 | W/H TAX DIV PFE | ($701.96) |
| 3/9/2004 | W/H TAX DIV JNJ | ($383.62) |
| 3/10/2004 | W/H TAX DIV IBM | ($149.18) |
| 3/10/2004 | W/H TAX DIV XOM | ($888.00) |
| 3/12/2004 | W/H TAX DIV MMM | ($159.84) |
| 4/6/2004 | W/H TAX DIV FDLXX | ($22.80) |
| 4/19/2004 | W/H TAX DIV FDLXX | ($0.31) |
| 4/30/2004 | W/H TAX DIV MWD | ($156.98) |
| 4/30/2004 | W/H TAX DIV JPM | ($394.13) |
| 5/3/2004 | W/H TAX DIV SBC | ($588.66) |
| 5/3/2004 | W/H TAX DIV VZ | ($613.65) |
| 5/14/2004 | W/H TAX DIV PG | ($362.25) |
| 5/17/2004 | W/H TAX DIV TXN | ($21.56) |
| 5/26/2004 | W/H TAX DIV MER | ($85.01) |
| 5/27/2004 | W/H TAX DIV GS | ($72.45) |
| 5/28/2004 | W/H TAX DIV C | ($1,197.84) |
| 6/1/2004 | W/H TAX DIV INTC | ($148.76) |
| 6/1/2004 | W/H TAX DIV WFC | ($434.70) |
| 6/4/2004 | W/H TAX DIV PFE | ($738.99) |
| 6/7/2004 | W/H TAX DIV WMT | ($320.23) |
| 6/8/2004 | W/H TAX DIV JNJ | ($481.79) |
| 6/9/2004 | W/H TAX DIV FDLXX | ($12.78) |
| 6/10/2004 | W/H TAX DIV IBM | ($173.88) |
| 6/10/2004 | W/H TAX DIV XOM | ($1,004.16) |
| 6/14/2004 | W/H TAX DIV MMM | ($156.49) |
| 6/18/2004 | W/H TAX DIV FDLXX | ($1.23) |
| 6/24/2004 | W/H TAX DIV HD | ($121.18) |
| 6/30/2004 | W/H TAX DIV PEP | ($255.02) |
| 7/1/2004 | W/H TAX DIV KO | ($396.00) |
| 7/7/2004 | W/H TAX DIV HPQ | ($156.29) |
| 7/9/2004 | W/H TAX DIV MO | ($861.70) |
| 8/18/2004 | W/H TAX DIV FDLXX | ($22.61) |
| 8/23/2004 | W/H TAX DIV FDLXX | ($1.84) |
| 9/7/2004 | W/H TAX DIV WMT | ($373.93) |
| 9/10/2004 | W/H TAX DIV UTX | ($118.44) |
| 9/13/2004 | W/H TAX DIV MMM | ($182.74) |
| 9/14/2004 | W/H TAX DIV MSFT | ($573.02) |
| 9/16/2004 | W/H TAX DIV HD | ($129.44) |
| 9/17/2004 | W/H TAX DIV AIG | ($131.13) |
| 9/24/2004 | W/H TAX DIV BAC | ($1,218.24) |
| 9/30/2004 | W/H TAX DIV PEP | ($259.44) |
| 10/1/2004 | W/H TAX DIV VIA.B | ($71.06) |
| 10/1/2004 | W/H TAX DIV KO | ($408.90) |
| 10/1/2004 | W/H TAX DIV MRK | ($557.23) |

| | | |
|---|---|---|
| 10/6/2004 | W/H TAX DIV HPQ | ($166.94) |
| 10/12/2004 | W/H TAX DIV MO | ($988.13) |
| 11/8/2004 | W/H TAX DIV FDLXX | ($14.36) |
| 11/22/2004 | W/H TAX DIV FDLXX | ($0.45) |
| 12/2/2004 | W/H TAX DIV MSFT | ($603.65) |
| 12/2/2004 | W/H TAX DIV MSFT | ($22,636.80) |
| 12/3/2004 | W/H TAX DIV PFE | ($891.07) |
| 12/7/2004 | W/H TAX DIV JNJ | ($590.98) |
| 12/10/2004 | W/H TAX DIV IBM | ($207.36) |
| 12/10/2004 | W/H TAX DIV XOM | ($1,228.61) |
| 12/13/2004 | W/H TAX DIV MMM | ($186.62) |
| 12/15/2004 | W/H TAX DIV KO | ($417.60) |
| 12/16/2004 | W/H TAX DIV HD | ($132.19) |
| 12/17/2004 | W/H TAX DIV AIG | ($133.92) |
| 12/22/2004 | W/H TAX DIV BAC | ($1,270.08) |
| 12/31/2004 | W/H TAX DIV FDLXX | ($21.44) |
| 1/3/2005 | W/H TAX DIV VIA.B | ($84.67) |
| 1/3/2005 | W/H TAX DIV MRK | ($590.98) |
| 1/28/2005 | W/H TAX DIV FDLXX | ($14.95) |
| 2/18/2005 | W/H TAX DIV FDLXX | ($7.79) |
| 2/25/2005 | W/H TAX DIV C | ($1,571.72) |
| 2/28/2005 | W/H TAX DIV MER | ($99.79) |
| 3/1/2005 | W/H TAX DIV INTC | ($344.74) |
| 3/1/2005 | W/H TAX DIV WFC | ($571.54) |
| 3/7/2005 | W/H TAX DIV FDLXX | ($6.31) |
| 3/8/2005 | W/H TAX DIV JNJ | ($581.74) |
| 3/8/2005 | W/H TAX DIV PFE | ($980.34) |
| 3/10/2005 | W/H TAX DIV IBM | ($204.12) |
| 3/10/2005 | W/H TAX DIV MSFT | ($598.75) |
| 3/10/2005 | W/H TAX DIV XOM | ($1,194.10) |
| 3/14/2005 | W/H TAX DIV MMM | ($214.33) |
| 3/16/2005 | CHECK | ($30,000.00) |
| 3/18/2005 | W/H TAX DIV AIG | ($226.80) |
| 3/24/2005 | W/H TAX DIV HD | ($153.09) |
| 3/28/2005 | W/H TAX DIV BAC | ($1,250.24) |
| 3/31/2005 | W/H TAX DIV PEP | ($260.82) |
| 4/1/2005 | W/H TAX DIV VIA.B | ($83.35) |
| 4/1/2005 | W/H TAX DIV KO | ($460.40) |
| 4/1/2005 | W/H TAX DIV MRK | ($581.74) |
| 4/7/2005 | W/H TAX DIV HPQ | ($167.83) |
| 4/11/2005 | W/H TAX DIV MO | ($1,034.78) |
| 4/13/2005 | W/H TAX DIV FDLXX | ($27.57) |
| 4/25/2005 | W/H TAX DIV GE | ($1,584.20) |
| 5/23/2005 | W/H TAX DIV FDLXX | ($12.69) |
| 6/17/2005 | W/H TAX DIV AIG | ($229.20) |
| 6/20/2005 | W/H TAX DIV FDLXX | ($24.86) |
| 6/23/2005 | W/H TAX DIV HD | ($154.71) |
| 6/24/2005 | W/H TAX DIV BAC | ($1,289.25) |

| | | |
|---|---|---|
| 6/30/2005 | W/H TAX DIV PEP | ($312.86) |
| 7/1/2005 | W/H TAX DIV VIA.B | ($84.23) |
| 7/1/2005 | W/H TAX DIV KO | ($449.23) |
| 7/1/2005 | W/H TAX DIV MRK | ($587.90) |
| 7/6/2005 | W/H TAX DIV HPQ | ($165.02) |
| 7/11/2005 | W/H TAX DIV MO | ($1,087.55) |
| 7/25/2005 | W/H TAX DIV GE | ($1,651.39) |
| 9/9/2005 | W/H TAX DIV FDLXX | ($215.69) |
| 9/19/2005 | W/H TAX DIV FDLXX | ($9.68) |
| 9/30/2005 | W/H TAX DIV S | ($56.72) |
| 9/30/2005 | W/H TAX DIV PEP | ($325.96) |
| 10/3/2005 | W/H TAX DIV KO | ($484.76) |
| 10/5/2005 | W/H TAX DIV HPQ | ($176.71) |
| 10/11/2005 | W/H TAX DIV MO | ($1,289.52) |
| 10/19/2005 | W/H TAX DIV FDLXX | ($48.28) |
| 10/21/2005 | W/H TAX DIV FDLXX | ($0.56) |
| 10/25/2005 | W/H TAX DIV GE | ($1,773.09) |
| 11/15/2005 | W/H TAX DIV PG | ($768.77) |
| 11/17/2005 | W/H TAX DIV FDLXX | ($1.89) |
| 11/23/2005 | W/H TAX DIV C | ($1,784.64) |
| 11/30/2005 | W/H TAX DIV FDLXX | ($8.36) |
| 12/1/2005 | W/H TAX DIV INTC | ($384.38) |
| 12/1/2005 | W/H TAX DIV WFC | ($681.41) |
| 12/6/2005 | W/H TAX DIV PFE | ($1,114.46) |
| 12/8/2005 | W/H TAX DIV MSFT | ($579.07) |
| 12/9/2005 | W/H TAX DIV XOM | ($1,465.78) |
| 12/12/2005 | W/H TAX DIV IBM | ($249.60) |
| 12/12/2005 | W/H TAX DIV CVX | ($814.32) |
| 12/13/2005 | W/H TAX DIV JNJ | ($782.50) |
| 12/15/2005 | W/H TAX DIV HD | ($168.48) |
| 12/15/2005 | W/H TAX DIV TWX | ($184.08) |
| 12/15/2005 | W/H TAX DIV KO | ($454.27) |
| 12/16/2005 | W/H TAX DIV FDLXX | ($2.15) |
| 12/16/2005 | W/H TAX DIV AIG | ($308.88) |
| 12/22/2005 | W/H TAX DIV FDLXX | ($6.41) |
| 12/23/2005 | W/H TAX DIV BAC | ($1,591.20) |
| 12/30/2005 | W/H TAX DIV FDLXX | ($8.56) |
| 12/30/2005 | W/H TAX DIV S | ($57.72) |
| 1/3/2006 | W/H TAX DIV PEP | ($340.70) |
| 1/3/2006 | W/H TAX DIV MRK | ($663.94) |
| 1/4/2006 | W/H TAX DIV HPQ | ($179.71) |
| 1/13/2006 | W/H TAX DIV FDLXX | ($13.47) |
| 1/31/2006 | W/H TAX DIV FDLXX | ($15.95) |
| 1/31/2006 | W/H TAX DIV MS | ($208.49) |
| 2/15/2006 | W/H TAX DIV ABT | ($310.37) |
| 2/15/2006 | W/H TAX DIV PG | ($698.54) |
| 2/24/2006 | W/H TAX DIV C | ($1,833.68) |
| 2/28/2006 | W/H TAX DIV FDLXX | ($26.12) |

| 2/28/2006 | W/H TAX DIV MER | ($163.35) |
| 3/1/2006 | W/H TAX DIV INTC | ($445.50) |
| 3/1/2006 | W/H TAX DIV WFC | ($648.65) |
| 3/7/2006 | W/H TAX DIV UPS | ($316.01) |
| 3/7/2006 | W/H TAX DIV PFE | ($1,311.55) |
| 3/9/2006 | W/H TAX DIV MSFT | ($609.44) |
| 3/10/2006 | W/H TAX DIV FDLXX | ($1.97) |
| 3/10/2006 | W/H TAX DIV IBM | ($237.60) |
| 3/10/2006 | W/H TAX DIV CVX | ($748.44) |
| 3/10/2006 | W/H TAX DIV XOM | ($1,463.62) |
| 3/14/2006 | W/H TAX DIV JNJ | ($725.27) |
| 3/15/2006 | W/H TAX DIV TWX | ($172.26) |
| 3/16/2006 | W/H TAX DIV FDLXX | ($1.53) |
| 3/17/2006 | W/H TAX DIV AIG | ($285.12) |
| 3/23/2006 | W/H TAX DIV HD | ($231.66) |
| 3/24/2006 | W/H TAX DIV BAC | ($1,722.60) |
| 3/31/2006 | W/H TAX DIV FDLXX | ($19.82) |
| 3/31/2006 | W/H TAX DIV S | ($57.02) |
| 3/31/2006 | W/H TAX DIV PEP | ($336.49) |
| 4/3/2006 | W/H TAX DIV WMT | ($320.19) |
| 4/3/2006 | W/H TAX DIV KO | ($496.62) |
| 4/3/2006 | W/H TAX DIV MRK | ($632.70) |
| 4/5/2006 | W/H TAX DIV FDLXX | ($1.88) |
| 4/5/2006 | W/H TAX DIV HPQ | ($177.55) |
| 4/7/2006 | W/H TAX DIV SLB | ($103.95) |
| 4/10/2006 | W/H TAX DIV MO | ($1,282.56) |
| 4/21/2006 | W/H TAX DIV FDLXX | ($30.24) |
| 4/25/2006 | W/H TAX DIV GE | ($1,945.35) |
| 4/28/2006 | CXL W/H TAX DIV SLB | $103.95 |
| 4/28/2006 | W/H TAX DIV FDLXX | ($3.77) |
| 4/28/2006 | W/H TAX DIV MDT | ($89.22) |
| 4/28/2006 | W/H TAX DIV MS | ($216.92) |
| 5/1/2006 | W/H TAX DIV VZ | ($901.04) |
| 5/1/2006 | W/H TAX DIV JPM | ($903.52) |
| 5/1/2006 | W/H TAX DIV T | ($986.33) |
| 5/10/2006 | W/H TAX DIV FDLXX | ($7.93) |
| 5/10/2006 | W/H TAX DIV AXP | ($118.66) |
| 5/15/2006 | W/H TAX DIV ABT | ($346.39) |
| 5/15/2006 | W/H TAX DIV PG | ($785.48) |
| 5/24/2006 | W/H TAX DIV MER | ($169.95) |
| 5/25/2006 | W/H TAX DIV GS | ($108.15) |
| 5/26/2006 | W/H TAX DIV C | ($1,877.48) |
| 5/31/2006 | W/H TAX DIV FDLXX | ($17.69) |
| 5/31/2006 | W/H TAX DIV UPS | ($328.78) |
| 6/1/2006 | W/H TAX DIV INTC | ($451.14) |
| 6/1/2006 | W/H TAX DIV WFC | ($674.86) |
| 6/2/2006 | W/H TAX DIV BA | ($185.40) |
| 6/5/2006 | W/H TAX DIV WMT | ($320.90) |

| | | |
|---|---|---|
| 6/6/2006 | W/H TAX DIV PFE | ($1,349.71) |
| 6/8/2006 | W/H TAX DIV MSFT | ($611.82) |
| 6/9/2006 | W/H TAX DIV XOM | ($1,502.98) |
| 6/12/2006 | W/H TAX DIV IBM | ($352.26) |
| 6/13/2006 | W/H TAX DIV JNJ | ($857.48) |
| 6/15/2006 | W/H TAX DIV TWX | ($173.04) |
| 6/22/2006 | W/H TAX DIV HD | ($241.02) |
| 6/23/2006 | W/H TAX DIV BAC | ($1,792.20) |
| 6/30/2006 | W/H TAX DIV FDLXX | ($7.12) |
| 6/30/2006 | W/H TAX DIV S | ($57.17) |
| 6/30/2006 | W/H TAX DIV PEP | ($389.34) |
| 7/3/2006 | W/H TAX DIV AIG | ($296.64) |
| 7/3/2006 | W/H TAX DIV KO | ($498.11) |
| 7/3/2006 | W/H TAX DIV MRK | ($634.07) |
| 7/3/2006 | W/H TAX DIV CVX | ($899.81) |
| 7/3/2006 | CHECK | ($32,000.00) |
| 7/5/2006 | W/H TAX DIV HPQ | ($173.04) |
| 7/7/2006 | W/H TAX DIV SLB | ($108.15) |
| 7/10/2006 | W/H TAX DIV MO | ($1,285.44) |
| 7/13/2006 | W/H TAX DIV FDLXX | ($18.86) |
| 7/21/2006 | W/H TAX DIV FDLXX | ($9.44) |
| 7/31/2006 | W/H TAX DIV FDLXX | ($10.27) |
| 7/31/2006 | W/H TAX DIV MS | ($227.45) |
| 8/7/2006 | CXL W/H TAX DIV SLB | $108.15 |
| 8/15/2006 | W/H TAX DIV ABT | ($363.20) |
| 8/15/2006 | W/H TAX DIV PG | ($823.61) |
| 8/17/2006 | W/H TAX DIV FDLXX | ($22.13) |
| 8/23/2006 | W/H TAX DIV MER | ($194.40) |
| 8/24/2006 | W/H TAX DIV GS | ($113.40) |
| 8/25/2006 | W/H TAX DIV C | ($1,968.62) |
| 9/1/2006 | W/H TAX DIV BA | ($194.40) |
| 9/1/2006 | W/H TAX DIV INTC | ($486.00) |
| 9/1/2006 | W/H TAX DIV WFC | ($762.05) |
| 9/5/2006 | W/H TAX DIV WMT | ($336.47) |
| 9/5/2006 | W/H TAX DIV PFE | ($1,430.78) |
| 9/6/2006 | W/H TAX DIV UPS | ($344.74) |
| 9/11/2006 | W/H TAX DIV IBM | ($388.80) |
| 9/11/2006 | W/H TAX DIV CVX | ($943.49) |
| 9/11/2006 | W/H TAX DIV XOM | ($1,575.94) |
| 9/12/2006 | W/H TAX DIV JNJ | ($899.10) |
| 9/14/2006 | W/H TAX DIV MSFT | ($641.52) |
| 9/15/2006 | W/H TAX DIV FDLXX | ($16.65) |
| 9/15/2006 | W/H TAX DIV TWX | ($192.46) |
| 9/15/2006 | W/H TAX DIV AIG | ($352.84) |
| 9/21/2006 | W/H TAX DIV HD | ($252.72) |
| 9/22/2006 | W/H TAX DIV BAC | ($2,068.42) |
| 9/29/2006 | W/H TAX DIV PEP | ($408.24) |
| 10/2/2006 | W/H TAX DIV KO | ($522.29) |

| | 10/2/2006 | W/H TAX DIV MRK | ($664.85) |
|---|---|---|---|
| | 10/4/2006 | W/H TAX DIV HPQ | ($186.62) |
| | 10/10/2006 | W/H TAX DIV MO | ($1,448.93) |
| | 10/31/2006 | W/H TAX DIV FDLXX | ($88.37) |
| | 11/20/2006 | W/H TAX DIV FDLXX | ($11.58) |
| | 11/22/2006 | W/H TAX DIV MER | ($169.13) |
| | 11/22/2006 | W/H TAX DIV C | ($1,838.24) |
| | 11/27/2006 | W/H TAX DIV FDLXX | ($5.34) |
| | 11/30/2006 | W/H TAX DIV FDLXX | ($2.64) |
| | 11/30/2006 | CHECK WIRE | ($700,000.00) |
| | 12/1/2006 | W/H TAX DIV INTC | ($436.65) |
| | 12/1/2006 | W/H TAX DIV WFC | ($706.02) |
| | 12/5/2006 | W/H TAX DIV PFE | ($1,328.40) |
| | 12/11/2006 | W/H TAX DIV UTX | ($195.57) |
| | 12/11/2006 | W/H TAX DIV IBM | ($350.55) |
| | 12/11/2006 | W/H TAX DIV CVX | ($863.46) |
| | 12/11/2006 | W/H TAX DIV XOM | ($1,436.64) |
| | 12/12/2006 | W/H TAX DIV JNJ | ($830.25) |
| | 12/14/2006 | W/H TAX DIV HD | ($345.94) |
| | 12/14/2006 | W/H TAX DIV MSFT | ($651.90) |
| | 12/15/2006 | W/H TAX DIV TWX | ($169.13) |
| | 12/15/2006 | W/H TAX DIV AIG | ($324.72) |
| | 12/15/2006 | W/H TAX DIV KO | ($476.63) |
| | 12/15/2006 | W/H TAX DIV WB | ($826.56) |
| | 12/22/2006 | W/H TAX DIV BAC | ($1,928.64) |
| | 12/29/2006 | W/H TAX DIV FDLXX | ($64.41) |
| | 1/2/2007 | W/H TAX DIV WMT | ($309.04) |
| | 1/2/2007 | W/H TAX DIV PEP | ($369.00) |
| | 1/2/2007 | W/H TAX DIV MRK | ($630.99) |
| | 1/3/2007 | W/H TAX DIV HPQ | ($167.28) |
| | 1/4/2007 | W/H TAX DIV UPS | ($303.81) |
| | 1/31/2007 | W/H TAX DIV FDLXX | ($29.06) |
| | 2/16/2007 | W/H TAX DIV FDLXX | ($1.70) |
| | 2/22/2007 | W/H TAX DIV FDLXX | ($3.40) |
| | 2/22/2007 | CHECK WIRE | ($1,900,000.00) |
| | 2/23/2007 | W/H TAX DIV FDLXX | ($1.18) |
| | 3/1/2007 | W/H TAX DIV COP | ($477.24) |
| | 3/6/2007 | W/H TAX DIV UPS | ($317.77) |
| | 3/9/2007 | W/H TAX DIV FDLXX | ($8.40) |
| | 3/12/2007 | W/H TAX DIV CVX | ($817.13) |
| | 3/13/2007 | W/H TAX DIV JNJ | ($785.70) |
| | 3/15/2007 | W/H TAX DIV TWX | ($128.04) |
| | 3/15/2007 | W/H TAX DIV WB | ($625.80) |
| | 3/16/2007 | W/H TAX DIV AIG | ($245.87) |
| | 3/20/2007 | W/H TAX DIV FDLXX | ($21.96) |
| | 3/22/2007 | W/H TAX DIV HD | ($261.90) |
| | 3/23/2007 | W/H TAX DIV BAC | ($1,460.26) |
| | 3/30/2007 | W/H TAX DIV PEP | ($279.36) |

| | | |
|---|---|---:|
| 4/2/2007 | W/H TAX DIV WMT | ($307.30) |
| 4/2/2007 | W/H TAX DIV KO | ($395.76) |
| 4/2/2007 | W/H TAX DIV MRK | ($477.77) |
| 4/4/2007 | W/H TAX DIV HPQ | ($126.65) |
| 4/10/2007 | W/H TAX DIV MO | ($1,041.29) |
| 4/24/2007 | W/H TAX DIV FDLXX | ($74.62) |
| 4/25/2007 | W/H TAX DIV GE | ($2,085.89) |
| 5/15/2007 | W/H TAX DIV PG | ($697.20) |
| 5/21/2007 | w/h FIDELITY SPARTAN | ($23.71) |
| 5/23/2007 | W/H TAX DIV MER | ($191.73) |
| 5/24/2007 | W/H TAX DIV GS | ($87.15) |
| 5/25/2007 | W/H TAX DIV C | ($1,667.30) |
| 5/31/2007 | w/h FIDELITY SPARTAN | ($4.12) |
| 6/1/2007 | W/H TAX DIV INTC | ($408.98) |
| 6/1/2007 | W/H TAX DIV COP | ($428.78) |
| 6/1/2007 | W/H TAX DIV WFC | ($599.59) |
| 6/4/2007 | W/H TAX DIV WMT | ($339.64) |
| 6/5/2007 | W/H TAX DIV PFE | ($1,299.78) |
| 6/11/2007 | W/H TAX DIV IBM | ($378.48) |
| 6/11/2007 | W/H TAX DIV CVX | ($779.87) |
| 6/11/2007 | W/H TAX DIV XOM | ($1,254.96) |
| 6/12/2007 | W/H TAX DIV JNJ | ($744.01) |
| 6/14/2007 | W/H TAX DIV MSFT | ($547.80) |
| 6/15/2007 | W/H TAX DIV FDLXX | ($9.61) |
| 6/15/2007 | W/H TAX DIV AIG | ($271.16) |
| 6/15/2007 | W/H TAX DIV WB | ($669.31) |
| 6/21/2007 | W/H TAX DIV HD | ($291.33) |
| 6/22/2007 | W/H TAX DIV BAC | ($1,589.62) |
| 6/29/2007 | W/H TAX DIV FDLXX | ($0.90) |
| 6/29/2007 | W/H TAX DIV PEP | ($392.18) |
| 7/2/2007 | W/H TAX DIV KO | ($423.30) |
| 7/2/2007 | W/H TAX DIV MRK | ($510.95) |
| 7/5/2007 | W/H TAX DIV HPQ | ($135.46) |
| 7/10/2007 | W/H TAX DIV MO | ($893.41) |
| 7/17/2007 | CHECK WIRE | ($1,200,000.00) |
| 7/25/2007 | W/H TAX DIV GE | ($1,812.72) |
| 7/31/2007 | W/H TAX DIV FDLXX | ($45.56) |
| 9/18/2007 | W/H TAX DIV FDLXX | ($56.27) |
| 9/26/2007 | W/H TAX DIV FDLXX | ($13.60) |
| 9/26/2007 | CHECK WIRE | ($1,000,000.00) |
| 10/25/2007 | W/H TAX DIV GE | ($1,610.87) |
| 11/15/2007 | W/H TAX DIV FDLXX | ($53.89) |
| 12/10/2007 | W/H TAX DIV UTX | ($175.97) |
| 12/10/2007 | W/H TAX DIV CVX | ($686.95) |
| 12/11/2007 | W/H TAX DIV JNJ | ($649.52) |
| 12/13/2007 | W/H TAX DIV MSFT | ($483.91) |
| 12/17/2007 | W/H TAX DIV KO | ($359.55) |
| 12/17/2007 | W/H TAX DIV WB | ($649.73) |

| | | |
|---|---|---|
| 12/21/2007 | W/H TAX DIV AIG | ($279.18) |
| 12/28/2007 | W/H TAX DIV BAC | ($1,543.10) |
| 12/31/2007 | W/H TAX DIV FDLXX | ($122.57) |
| 1/2/2008 | W/H TAX DIV HPQ | ($111.67) |
| 1/2/2008 | W/H TAX DIV WMT | ($288.49) |
| 1/2/2008 | W/H TAX DIV PEP | ($333.11) |
| 1/2/2008 | W/H TAX DIV MRK | ($450.07) |
| 1/3/2008 | W/H TAX DIV UPS | ($230.96) |
| 3/19/2008 | W/H TAX DIV FDLXX | ($5.54) |
| 4/4/2008 | W/H TAX DIV FDLXX | ($4.14) |
| 4/23/2008 | W/H TAX DIV FDLXX | ($4.76) |
| 4/30/2008 | W/H TAX DIV JPM | ($757.19) |
| 5/1/2008 | W/H TAX DIV VZ | ($752.33) |
| 5/1/2008 | W/H TAX DIV T | ($1,477.44) |
| 5/15/2008 | W/H TAX DIV ABT | ($349.92) |
| 5/15/2008 | W/H TAX DIV PG | ($758.16) |
| 5/19/2008 | W/H TAX DIV FDLXX | ($7.67) |
| 5/23/2008 | W/H TAX DIV C | ($979.78) |
| 5/28/2008 | W/H TAX DIV FDLXX | ($1.01) |
| 5/29/2008 | W/H TAX DIV GS | ($85.05) |
| 6/2/2008 | W/H TAX DIV WMT | ($346.28) |
| 6/2/2008 | W/H TAX DIV INTC | ($496.69) |
| 6/2/2008 | W/H TAX DIV WFC | ($602.64) |
| 6/3/2008 | W/H TAX DIV UPS | ($284.31) |
| 6/3/2008 | W/H TAX DIV PFE | ($1,337.47) |
| 6/10/2008 | W/H TAX DIV UTX | ($186.62) |
| 6/10/2008 | W/H TAX DIV IBM | ($437.40) |
| 6/10/2008 | W/H TAX DIV CVX | ($852.93) |
| 6/10/2008 | W/H TAX DIV XOM | ($1,321.92) |
| 6/12/2008 | W/H TAX DIV MSFT | ($539.95) |
| 8/14/2008 | W/H TAX DIV FDLXX | ($24.41) |
| 9/2/2008 | W/H TAX DIV WMT | ($367.79) |
| 9/9/2008 | W/H TAX DIV UPS | ($312.39) |
| 9/9/2008 | W/H TAX DIV JNJ | ($859.74) |
| 9/10/2008 | W/H TAX DIV FDLXX | ($7.50) |
| 9/10/2008 | W/H TAX DIV UTX | ($205.06) |
| 9/10/2008 | W/H TAX DIV CVX | ($867.75) |
| 9/11/2008 | W/H TAX DIV MSFT | ($581.53) |
| 9/16/2008 | W/H TAX DIV MCD | ($280.35) |
| 9/19/2008 | W/H TAX DIV AIG | ($387.68) |
| 9/26/2008 | W/H TAX DIV QCOM | ($170.88) |
| 9/26/2008 | W/H TAX DIV BAC | ($2,016.38) |
| 9/30/2008 | W/H TAX DIV PEP | ($453.90) |
| 10/1/2008 | W/H TAX DIV HPQ | ($132.43) |
| 10/1/2008 | W/H TAX DIV KO | ($507.30) |
| 10/1/2008 | W/H TAX DIV MRK | ($547.88) |
| 10/10/2008 | W/H TAX DIV PM | ($749.74) |
| 11/12/2008 | W/H TAX DIV FDLXX | ($28.34) |

| | | |
|---|---|---|
| 11/19/2008 | W/H TAX DIV FDLXX | ($1.25) |
| **Total Withdrawals:** | | ($11,213,244.61) |
| | | |
| **Total deposits less withdrawals:** | | $81,304.24 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

          Plaintiff-Applicant,

          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

          Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

---

## ASSIGNMENT AND RELEASE

**KNOW ALL MEN BY THESE PRESENTS,** that Sienna Partnership LP, located at 10

Summerland Land, Briarcliff Manor, New York 10510 (hereinafter referred to as the "Assignor")

in consideration of the payment of $81,304.24 to satisfy its claim for customer protection (the

"Customer Claim", having been designated Claim #11547) filed in the liquidation proceeding of

Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor

Protection Act, 15 U.S.C. §78aaa et seq. ("SIPA") (see §§78fff-2(b), 78fff-2(d), and §78fff-

3(a)(1) of SIPA), does for itself hereby assign, transfer and set over to Irving H. Picard as SIPA

Trustee (the "SIPA Trustee") for the liquidation of BLMIS (see §78fff-2(b) of SIPA), and the

Securities Investor Protection Corporation ("SIPC"), as subrogee to the extent of its cash

advances to the SIPA Trustee for the satisfaction of the aforementioned Customer Claim (see

§78fff-3(a)(1) of SIPA), any and all rights, including causes of action or claims, that Assignor

now may have against BLMIS and/or any third party arising out of or relating to any fraudulent

or illegal activity with respect to Assignor's BLMIS account (Account No. 1FR041, the "BLMIS

Account"), which gave rise to the allowed Customer Claim for securities filed by Assignor

against BLMIS. Such assignment is only to the extent that Assignor has received satisfaction of the Customer Claim as set forth above.

Further, Assignor has not previously compromised or assigned any claim, cause of action or other right against BLMIS, its principals or agents or any third party arising out of or related to any fraudulent or illegal activity giving rise to the Customer Claim.

Upon reasonable request of the SIPA Trustee or SIPC, Assignor agrees to cooperate with the SIPA Trustee or SIPC in connection with any efforts of either to recover from the principals or agents of BLMIS or anyone else for amounts advanced by SIPC or paid by the SIPA Trustee to satisfy Assignor's Customer Claim in this SIPA liquidation proceeding. Such efforts to recover by the SIPA Trustee or SIPC, either to demand or pursue or to prosecute or settle any collection effort, action or proceeding therefore, shall be at the sole cost of the SIPA Trustee or SIPC.

Effective immediately and without further action, contingent only upon Assignor's receipt from the SIPA Trustee or his agent of a check in the amount of $81,304.24 as set forth in the Revised Notice of SIPA Trustee's Determination of the Customer Claim dated December 8, 2009, (the "Trustee's Determination"), and upon receipt by the SIPA Trustee of this executed and notarized Assignment and Release, the Assignor does for itself, and for its executors, administrators, heirs and assigns hereby remise, release and forever discharge the SIPA Trustee and SIPC, as subrogee to the extent of its cash advances for the satisfaction of the Customer Claim, and, as the case may be, their officers, directors, professionals, employees, agents, successors and assigns, of and from any and all claims arising out of or relating to the Assignor's BLMIS Account, the Customer Claim filed with the SIPA Trustee as protected by the provisions of SIPA, and any and all circumstances giving rise to said Customer Claim which the Assignor

now has, or hereafter may have, for or by any reason, cause, matter or thing whatsoever from the beginning of the world to the date of the execution of this Assignment and Release, only to the extent that the SIPA Trustee and/or SIPC has paid monies to the Assignor to satisfy Assignor's Customer Claim.

Should a final and unappealable Court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Assignment and Release shall be construed as a waiver of any rights or claims held by Assignor in having its customer claim re-determined in accordance with any such Court order. The payment of the undisputed amount of the Assignor's Customer Claim (up to the limits of SIPA protection) will be without prejudice to the Trustee's and the Assignor's rights, claims, and defenses with respect to the disputed portion(s) of the Assignor's Customer Claim.

Assignor acknowledges the sufficiency of the consideration to be received in accordance with the SIPA Trustee's Determination and under this Assignment and Release.

The undersigned acknowledges that he or she is authorized to execute this Assignment and Release on behalf of Assignor.

**IN WITNESS WHEREOF,** the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

**SIENNA PARTNERSHIP LP**

By:_____

Name:_____

Title:_____

Sworn and subscribed before me this
_____ day of _____, 200___.

_____
        Notary Public