MOSES & SINGER LLP
Alan E. Gamza, Esq.
Howard R. Herman, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

*Counsel for Sienna Partnership, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :
                                         :   Adv. Pro. No. 08-01789 (BRL)
                    Plaintiffs,          :
                                         :
              v.                         :
                                         :   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT             :
SECURITIES LLC,                          :
                                         :
                    Defendant.           :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      Don Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 16th day of December, 2009, he caused a copy of the:

**Sienna Partnership, L.P.'s Objection to Trustee's Determination of Claim**

to be served by first class mail on the parties listed below at the addresses designated by them for such service.

| David J. Sheehan, Esq. | Irving H. Picard |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| 45 Rockefeller Plaza | 45 Rockefeller Plaza |
| New York, NY 10111 | New York, NY 10111 |

_/s/ Don Kick_
Don Kick

Sworn to before me on December 16, 2009

_/s/ Marie S. Leybag_
Notary Public
Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20,
2010