BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

　　　　　Debtor.

### CERTIFICATE OF SERVICE

　　　　I, NIKKI M. LANDRIO, hereby certify that on December 16, 2009, I served true copies of

the **Notice of Agenda for Matters Scheduled For Hearing on December 17, 2009 at 10:00**

**a.m.** upon the interested parties who receive electronic service through ECF, by emailing the

interested parties true and correct copies via electronic transmission to the email addresses

designated for delivery and/or by placing true and correct copies thereof in sealed packages

designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

300063483

Dated: New York, New York
      December 16, 2009                          s/Nikki M. Landrio
                                                          NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Andrew M. Cuomo**
David Markowitz – david.markowitz@oag.state.ny.us
Neil Steiner – neil.steiner@oag.state.ny.us

Gary Mennitt – gary.mennitt@oag.state.ny.us
Daniel Sangeap – daniel.sangeap@oag.state.ny.us

**Counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation**
Neil A. Steiner, Esq.
Andrew J. Levander, Esq.
Jonathan D. Perry, Esq.
Gary J. Mennit, Esq.
Steven A. Engel, Esq.
Dechert LLP
Email:  neil.steiner@dechert.com
Email:  Andrew.levander@dechert.com
Email:  jonathan.perry@dechert.com
Email:  gary.mennitt@dechert.com
Email:  steven.engel@dechert.com


**Counsel to Gabriel Capital, L.P. and Ariel Fund Limited**
Howard Schiffman, Esq.
Eric Bensky, Esq.
Schulte Roth & Zabel LLP
Email:  howard.schiffman@srz.com
Email:  eric.bensky@srz.com

**Counsel to Bart M. Schwartz, Receiver of Gabriel Capital, L.P. and Ariel Fund Limited**
Lance Gotthoffer, Esq.
James C. McCarrroll, Esq.
Reed Smith LLP
Email:  lgotthoffer@reedsmith.com
Email:  mccarroll@reedsmith.com

**Counsel to Ascot Partners, L.P. and David B. Pitofsky, Receiver for Ascot Partners, L.P.**
Matthew T. Tulchin, Esq.
David Pitofsky, Esq.
Goodwin Procter
Email:  mtulchin@goodwinprocter.com
Email: dpitofsky@goodwinprocter.com

**Counsel to Diane and Roger Peskin, Maureen Ebel**
Helen Chaitman, Esq. - hchaitman@phillipsnizer.com

Stefanie Grossman
120 Cabrini Blvd., Apt. 99
New York, NY 10033