173977

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                         Plaintiff,

   - against -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC.,

                         Defendant.
------------------------------------------------------------------x

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

### AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL AND ELECTRONIC FILING

STATE OF NEW YORK  )
                                ) ss:
COUNTY OF NASSAU  )

      **NANCY O'BRIEN**, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides at Oceanside, New York.

      That on the 17th day of December 2009, deponent served the within **Objection to Trustee's Determination of Claim** upon the following by Federal Express:

                Irving H. Picard, Trustee
                c/o Baker Hostetler LLP
                45 Rockefeller Plaza
                New York, New York 10111

173977

the address designated by said attorney(s) for that purpose by delivering true copies thereof, in prepaid properly addressed wrappers, to an authorized agent of Federal Express, for overnight delivery as noted above and by filing electronically with the Court so as to serve same upon the parties in this action who receive electronic service through CM/ECF.

_____
NANCY O'BRIEN

Sworn to before me this
17th day of December 2009.

_____
Notary Public

LUCRETIA SUMMUS
Notary Public, State of New York
No 01SU5057452
Qualified in Nassau County
Commission Expires March 25, 20 10