**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK        NY 11005

YOUR ACCOUNT NUMBER: 1-CM884-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********4368
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 73,934.40 |
| 11/12 | 676 | | 2772 | WAL-MART STORES INC | 55.830 | 37,758.09 | |
| 11/12 | 442 | | 3274 | INTERNATIONAL BUSINESS MACHS | 87.270 | 38,590.34 | |
| 11/12 | 1,638 | | 7098 | EXXON MOBIL CORP | 72.880 | 119,442.44 | |
| 11/12 | 1,794 | | 7600 | INTEL CORP | 14.510 | 26,101.94 | |
| 11/12 | 858 | | 11926 | JOHNSON & JOHNSON | 59.580 | 51,153.64 | |
| 11/12 | 1,170 | | 16252 | J.P. MORGAN CHASE & CO | 38.530 | 45,126.10 | |
| 11/12 | 624 | | 20577 | COCA COLA CO | 44.660 | 27,891.84 | |
| 11/12 | 364 | | 24903 | MCDONALDS CORP | 55.370 | 20,168.68 | |
| 11/12 | 676 | | 29229 | MERCK & CO | 28.550 | 19,326.80 | |
| 11/12 | 2,470 | | 33555 | MICROSOFT CORP | 21.810 | 53,958.70 | |
| 11/12 | 1,248 | | 37881 | ORACLE CORPORATION | 17.300 | 21,639.40 | |
| 11/12 | 494 | | 50859 | PEPSICO INC | 56.410 | 27,885.54 | |
| 11/12 | 286 | | 51361 | APPLE INC | 100.780 | 28,834.08 | |
| 11/12 | 2,106 | | 55185 | PFIZER INC | 16.940 | 35,759.64 | |
| 11/12 | 494 | | 55687 | ABBOTT LABORATORIES | 54.610 | 26,996.34 | |
| 11/12 | 936 | | 59511 | PROCTER & GAMBLE CO | 64.080 | 60,015.88 | |
| 11/12 | 338 | | 60013 | AMGEN INC | 59.160 | 20,009.08 | |
| 11/12 | 650 | | 63837 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 28,366.00 | |
| 11/12 | 1,550 | | 64339 | BANK OF AMERICA | 21.590 | 33,742.40 | |
| 11/12 | 520 | | 68163 | QUALCOMM INC | 33.770 | 17,580.40 | |
| 11/12 | 1,590 | | 68665 | CITI GROUP INC | 12.510 | 21,209.90 | |
| 11/12 | 390 | | 72489 | SCHLUMBERGER LTD | 49.480 | 19,312.20 | |
| 11/12 | 936 | | 72991 | COMCAST CORP CL A | 16.510 | 15,490.35 | |
| | | | | CONTINUED ON PAGE 2 | | | |

EXHIBIT B

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK    NY 11005

YOUR ACCOUNT NUMBER: 1-CM884-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER CERTIFICATION NUMBER: ********4368
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,846 | | 76815 | AT&T INC | 27 | 49,915.00 | |
| 11/12 | 468 | | 77317 | CONOCOPHILIPS | 52.510 | 24,592.68 | |
| 11/12 | 312 | | 81141 | UNITED PARCEL SVC INC CLASS B | 52.040 | 16,248.48 | |
| 11/12 | 1,898 | | 81643 | CISCO SYSTEMS INC | 16.730 | 31,828.54 | |
| 11/12 | 546 | | 85467 | U S BANCORP | 29.530 | 16,144.38 | |
| 11/12 | 650 | | 85969 | CHEVRON CORP | 73.430 | 47,755.50 | |
| 11/12 | 312 | | 89793 | UNITED TECHNOLOGIES CORP | 53.160 | 16,597.92 | |
| 11/12 | 3,302 | | 90295 | GENERAL ELECTRIC CO | 19.630 | 64,950.26 | |
| 11/12 | 884 | | 94119 | VERIZON COMMUNICATIONS | 30.410 | 26,917.44 | |
| 11/12 | 78 | | 94621 | GOOGLE | 337.400 | 26,320.20 | |
| 11/12 | 1,092 | | 98445 | WELLS FARGO & CO NEW | 29.800 | 32,584.60 | |
| 11/12 | 780 | | 98947 | HEWLETT PACKARD CO | 34.900 | 27,253.00 | |
| 11/12 | | 1,175,000 | 21058 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,174,248.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | DIV | | 29.05 |
| 11/12 | | 44,504 | 16156 | DIV 11/22/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,504.00 |
| 11/12 | 36,042 | | 25525 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 36,042.00 | |
| 11/19 | | | | FIDELITY SPARTAN DIV 11/19/08 U S TREASURY MONEY MARKET | DIV | | 4.42 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT B

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK         NY 11005

YOUR ACCOUNT NUMBER: 1-CM884-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ########4368
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | 100,000 | | 50799 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 11/19 | | 36,042 | 55431 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 99,926.00 | 36,042.00 |
| 11/19 | 14,017 | | 59838 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,017.00 | |
| | | | | NEW BALANCE | | 146,578.71 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | AT&T INC | 28.560 | | |
| | | | | ABBOTT LABORATORIES | 52.390 | | |
| | | | | AMGEN INC | 55.540 | | |
| | 1,846 | | | APPLE INC | 92.670 | | |
| | 494 | | | BANK OF AMERICA | 16.250 | | |
| | 338 | | | CHEVRON CORP | 79.010 | | |
| | 286 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,560 | | | CITI GROUP INC | 8.290 | | |
| | 650 | | | COCA COLA CO | 46.870 | | |
| | 1,898 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,690 | | | CONOCOPHILIPS | 52.520 | | |
| | 624 | | | EXXON MOBIL CORP | 80.150 | | |
| | 936 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 468 | | | | | | |
| | 1,638 | | | | | | |
| | 3,302 | | | | | | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK      NY. 11005

YOUR ACCOUNT NUMBER: 1-CM884-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******4368
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 78 |  |  | GOOGLE | 292.960 |  |  |
|  | 780 |  |  | HEWLETT PACKARD CO | 35.280 |  |  |
|  | 1,794 |  |  | INTEL CORP | 13.800 |  |  |
|  | 442 |  |  | INTERNATIONAL BUSINESS MACHS | 81.600 |  |  |
|  | 1,170 |  |  | J.P. MORGAN CHASE & CO | 31.660 |  |  |
|  | 858 |  |  | JOHNSON & JOHNSON | 58.580 |  |  |
|  | 364 |  |  | MCDONALDS CORP | 58.750 |  |  |
|  | 676 |  |  | MERCK & CO | 26.720 |  |  |
|  | 2,470 |  |  | MICROSOFT CORP | 20.220 |  |  |
|  | 1,248 |  |  | ORACLE CORPORATION | 16.090 |  |  |
|  | 494 |  |  | PEPSICO INC | 56.700 |  |  |
|  | 2,106 |  |  | PFIZER INC | 16.430 |  |  |
|  | 650 |  |  | PHILLIP MORRIS INTERNATIONAL | 42.160 |  |  |
|  | 936 |  |  | PROCTER & GAMBLE CO | 64.350 |  |  |
|  | 520 |  |  | QUALCOMM INC | 33.570 |  |  |
|  | 390 |  |  | SCHLUMBERGER LTD | 50.740 |  |  |
|  | 14,017 |  |  | FIDELITY SPARTAN | 1 |  |  |
|  |  |  |  | U S TREASURY MONEY MARKET |  |  |  |
|  | 546 |  |  | U S BANCORP | 26.980 |  |  |
|  | 312 |  |  | UNITED PARCEL SVC INC | 57.600 |  |  |
|  |  |  |  | CLASS B |  |  |  |
|  | 100,000 |  |  | U S TREASURY BILL | 99.971 |  |  |
|  |  |  |  | DUE 03/26/2009 |  |  |  |
|  |  |  |  | 3/26/2009 |  |  |  |
|  | 312 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  |  |  |  | CONTINUED ON PAGE 5 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADOFF SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK    NY 11005

YOUR ACCOUNT NUMBER: 1-CM884-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******4368
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 884 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 676 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,092 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,259,503.54 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT B

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK              NY. 11005

YOUR ACCOUNT NUMBER: 1-CM384-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ########368
PAGE: 6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 8,565.15 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,625,730.51 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JUNE POLLACK T/O/D
TO KEITH L POLLACK
AND CARY G POLLACK
270-10 GRAND CENTRAL PKWY #30A
FLORAL PARK        NY 11005

YOUR ACCOUNT NUMBER: 1-CM884-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********4368
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 26 | 42207 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 41,054.00 |
| 11/12 | | 26 | 46533 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 46,306.00 | |
| 11/12 | 26 | | 32638 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 67,574.00 |
| 11/19 | 26 | | 36963 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 78,026.00 | |
| 11/19 | 26 | | 41288 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 7,826.00 | |
| 11/19 | | 26 | 45613 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 96,174.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | 146,579.00 |
| | | 26 | | S & P 100 INDEX DECEMBER 420 PUT | 15.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 42,900.00 | SHORT 60,580.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

73,935.00