**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------
In re:

BERNARD L. MADOFF,

                Debtor

------------------------------------------------------------

SECURITIES INVESTOR PROTECTION         Adv. Pro. No. 08-01789 (BRL)
CORPORATION,

                                   SIPA Liquidation
                Plaintiff,         (Substantively Consolidated)

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Lawrence M. Shapiro, hereby certify that on December 17, 2009 I caused a true and

correct copy of **Marion Apple's Objections To The Notice of Trustee's Determination Claim**

to be filed electronically with the Court and served upon the parties in this action who receive

electronic service through CM/ECF, and served by hand upon:

David J. Sheehan, Esq.                 Irving H. Picard
Baker & Hostetler LLP                 Baker & Hostetler LLP
45 Rockefeller Plaza                   45 Rockefeller Plaza
New York, NY 10111                  New York, NY 10111


Date:  December 17, 2009            /s/ Lawrence M. Shapiro
                                Lawrence M. Shapiro