Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for the Lazarus Investment Group, Linda Lazarus, Amber Lazarus, Audra Lazarus, Adam Lazarus, Ronald Lazarus and Zipora Lazarus

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 09-01789 (BRL) <br><br> SIPA Liquidation <br><br> **CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on December 17, 2009 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Lazarus Investment Group, Linda Lazarus, Amber Lazarus, Audra Lazarus, Adam Lazarus, Ronald Lazarus and Zipora Lazarus to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

December 17, 2009

                                            */s/ Lourdes Blanco*

1100166.1