# CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 18th day of December 2009, I caused a true and correct copy of the foregoing REPLY BRIEF IN OPPOSITION TO ARGUMENTS OF THE SEC AND THE OPTIMAL ENTITIES SUPPORTING TRUSTEE'S MOTION RELATING TO "NET EQUITY" ISSUE to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following addresses:

**Trustees**

Irving H. Picard  (via Federal Express)
David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Alan Nisselson, Esq. (via Federal Express)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**

Josephine Wang, Esq. (via Federal Express)
Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, D.C. 2005-2207

**Optimal Strategic U.S. Equity Limited & Optimal Arbitrage Limited**

Richard Levin (via Federal Express)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

**Securities and Exchange Commission**

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov

Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov
Katharine B. Gresham - greshamk@sec.gov

**United States Attorney for SDNY**

Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**

Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Internal Revenue Service**

Internal Revenue Service   (via Federal Express)
District Director
290 Broadway
New York, NY 10008

Internal Revenue Service   (via Express Mail)
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

**Department of Justice**

U.S. Department of Justice, Tax Division   (via Express Mail)
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

                                              s/  Jonathan M. Landers