Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel and a group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | SIPA Liquidation<br><br>No. 08-1789 (BRL) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**CERTIFICATE OF SERVICE**

      I, Kristine Grissett, hereby certify that on December 21, 2009, I caused a true copy of Memorandum of Law on "Net Equity" in Reply to Memoranda of The Securities and Exchange Commission and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> David J. Sheehan, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

1100490.1

and by Federal Express upon:

    Josephine Wang, Esq.
    Securities Investor Protection Corporation
    805 Fifteenth Street, N.W., Suite 800
    Washington, D.C. 20005

December 21, 2009

                                                */s/ Kristine Grissett*
                                                Kristine Grissett

1100490.1