# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2009, I caused a true and correct copy of the foregoing Objection to Trustee's Determination of Claim to be filed and served via ECF. In addition, service was effectuated via Federal Express to the following:

        Clerk of the United States Bankruptcy Court for
        The Southern District of New York
        One Bowling Green
        New York, New York 10004

        Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza,
        New York, New York 10111

        /s  Andrew J. Finn