71 Brandy Lane
Lake Grove NY 11755
December 15, 2009
In reply to: Bankruptcy Case No. 08-1789 (BRL)

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

To Whom It May Concern:

In reference to your notifications regarding Account 1RU041 (Claim Number 2339) I submit the following response. I am in disagreement with the Trustee's interpretation of "net equity". Though at this time I do not wish to seek an audience with Judge Burton R. Lifland, I do wish to reserve that right and also to seek advice of council once the courts determine the validity of the trustee's determination of "net equity".

Thank you,

Anthony Fusco

RECEIVED
DEC 21 2009
U.S. BANKRUPTCY COURT, SDNY

cc:   Irving H. Picard, Trustee
      C/O Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, New York 10111