CLAIM # 000818

BERNARD L. MADOFF INVESTMENT
SECURITIES IN LIQUIDATION LLC

DEC. 14, 2009

CLERK OF THE U.S. BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, N.Y. 10004

DEC 21 2009
U.S. BANKRUPTCY COURT, SDNY

GENTLEMEN:

I WANT TO UPDATE YOU ON OUR STATUS WITH THE IRS. THEY HAVE AGREED TO REFUND ABOUT $50,000 OF OUR INCOME TAX MONEY FROM THE MADOFF SCANDAL, IN APPROXIMATELY 4 WEEKS.

I ATTACHED A COPY OF OUR NOV. 4, 2009 LETTER FOR YOUR REFERENCE.

OUR TOTAL WITHDRAWALS AMOUNT TO $75,000. THE BALANCE DUE US SHOULD NOW BE APPROXIMATELY $55,000 FROM OUR ORIGINAL $130,000 INVESTMENT.

PLEASE HELP US GET SOME MONEY BACK.

THANK YOU,
HERBERT & HELEN FOX J/T WROS
12650 S.W. 6TH ST. APT. # 315
PEMBROKE PINES, FL 33027
TEL. # 954-437-7661

CC: IRVING H. PICARD, TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10111

CLAIM ~~#~~ 000 818

BERNARD L. MADOFF INVESTMENT SECURITIES LLC
IN LIQUIDATION

NOV. 4, 2009

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, N.Y. 10111

GENTLEMEN:

We received your letter which denied us any funds from the Madoff Ponzi Scheme. We did deposit $130,000 and we did withdraw $145,900.

However, if you look carefully on our withdrawels (except for the $25,000) you will find they were all small withdrawals. We used those withdrawals for our estimated income tax payments for the fake Madoff Ponzi Scheme.

The IRS has about $100,000 of this money and they are refusing to send it back to us as of this date. (See enclosed IRS declaration refusal)

You are refusing to send us any money. The IRS is refusing to send us any money back from the Madoff Ponzi Scheme.

I am an 83 year old senior citizen, WWII veteran and my wife is 82 years old. We have no way of making back any of this money.

Please help us get something back.

THANK YOU,
Herbert & Helen Fox J/T WROS
12650 S.W. 6TH ST APT #315
Pembroke Pines, FL 33027
Tel. # 954-437-7661