December 17, 2009



Mr.
Irving H. Picard
Trustee

Dear Mr. Picard:
We have received your letter dated December 8th, 2009, and we were shocked about its contents. This letter states that our claim about our investment with FAIRFIELD SENTRY has been denied because you do not have on your records the original claim, and its documents, that were sent to you. This is why we are sending again the copy of that claim and such documents.

Therefore, we ask of you to reconsider our claim to reimburse the amount we have invested in FAIRFIELD SENTRY.

In one of the paragraphs of the note you sent us, you mentioned that we did not have an account in the records of **BLMIS**. As you could see in the letter of Standard Chartered Bank, dated March 25th, 2009, you will find that our investment is registered under ***BMIS*** not **BLMIS**. We are also sending you a copy of this letter.

Sincerely,

_____
Eileen N. Saca

_____
Elias Saca T.

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE — Post Office To Addressee

EH 753545511 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 33283
- Day of Delivery: ☒ Next
- Postage: $17.50
- Date Accepted: 2/24/09
- Scheduled Date of Delivery: Month 2 Day 25
- Return Receipt Fee: $2.20
- Time Accepted: 12:00 PM
- Scheduled Time of Delivery: ☒ Noon
- Total Postage & Fees: $19.70
- Flat Rate ☒ or Weight
- Acceptance Emp. Initials

Postmark: TOWN & COUNTRY POSTAL STORE, FEB 24 2009, MIAMI FL 33283-9998

**FROM:** Lancaster Overseas LTD
1490 Harrisburg Pike
Lancaster, PA 17601

**TO:** Irving H. Picard, Esq. Trustee for Bernard L. Madoff Investment Security LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas TX 75201

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS



American Express Bank International
Miami Branch
1221 Brickell Avenue
Miami, Florida 33131

Tel: (305) 350 7750; SWIFT: AEIBUS33MIA
Fax: (305) 530 4206; Telex: 441328 AMBANK

DEAL DATE : 23 FEBRUARY 2004          DEIKA, S.A. DE C.V.
                                      P.O. BOX 836660
CONTRACT : SCTRSC/04051/00001         MIAMI, FL 33283
                                      ...
CUSTOMER : 101132-1                   ...
                                      ...

                                      23 FEBRUARY 2004

---------------------------------------------------------------------------
                              CONTRACT NOTE
---------------------------------------------------------------------------

WE BOUGHT FOR YOUR ACCOUNT

IN : VIRGIN ISLANDS

TRADE DATE    :    20 FEB 2004

SECURITY NO. :    000010-424
                  FAIRFIELD SENT -SHS B-(DELIV PEND)
NOMINAL :         150,000 AT           1    USD            150,000.00
                                                      ----------------------
        NET AMOUNT                          USD            150,000.00

        TO YOUR DEBIT                       USD            150,000.00
        265143489                                     ======================

                                 VALUE DATE        :    25 FEB 2004


IF YOU HAVE ANY REMARK REGARDING THE ABOVE DETAILS PLEASE CONTACT US AS
SOON AS POSSIBLE QUOTING OUR CONTRACT NUMBER

        THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORISED SIGNATURE

**The Standard Chartered**
# Private Bank

Standard Chartered Bank
International (Americas) Limited
Miami
1111 Brickell Avenue Suite 1600
Miami, Florida 33131

Tel: (305) 350 7750; SWIFT: AEIBUS33MIA
Fax: (305) 374 4524

REFERENCE : SCTRSC/08228/00026        LANCASTER OVERSEAS LTD.
                                      C.O. ELIAS SACA
CUSTOMER  : 103843-1                  P.O. BOX 836660
                                      MIAMI, FLORIDA 33283
                                      ...

                                      ADVICE DATE: 15 AUGUST 2008

------------------------------------------------------------------------
                            CONTRACT NOTE
------------------------------------------------------------------------

WE BOUGHT FOR YOUR ACCOUNT

IN            :  CCE LUX CHF

SECURITY NO.  :  994280-001
SECURITY NAME :  FAIRFIELD SENTRY LTD -SHARES-

TRADE DATE    :  29 JUL 2008

VALUE DATE    :  29 JULY 2008

WE HAVE DEBITED YOUR ACCOUNT 265160294

NOMINAL :         74.9399 AT   1,334.4031    USD              100,000.03
            SEC FEE                          USD                   -0.03
                                                       ------------------
            NET AMOUNT                       USD              100,000.00

            AMOUNT DEBITED                   USD              100,000.00
                                                       ==================

IF YOU HAVE ANY REMARK REGARDING THE ABOVE DETAILS PLEASE
CONTACT US AS SOON AS POSSIBLE QUOTING OUR REFERENCE

THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORISED SIGNATURE

Please see reverse side for important legal information.



```
                                    American Express Bank International
                                    Miami Branch
                                    1111 Brickell Avenue Suite 1600
                                    Miami, Florida 33131

                                    Tel: (305) 350 7750; SWIFT: AEIBUS33MIA
                                    Fax: (305) 374 4524


REFERENCE : SCTRSC/08211/00015      LANCASTER OVERSEAS LTD.
                                    C.O. ELIAS SACA
CUSTOMER  : 103843-1                P.O. BOX 836660
                                    MIAMI, FLORIDA 33283
                                    ...

                                    ADVICE DATE: 29 JULY 2008

---------------------------------------------------------------------------
                            CONTRACT NOTE
---------------------------------------------------------------------------
WE BOUGHT FOR YOUR ACCOUNT

IN              :  CCE LUX CHF

SECURITY NO.    :  994280-100
SECURITY NAME:     FAIRFIELD SENTRY LTD -PEND DEL-

TRADE DATE      :  29 JUL 2008

VALUE DATE      :  29 JULY 2008

WE HAVE DEBITED YOUR ACCOUNT 265160294


NOMINAL :          100,000 AT       1    USD          100,000.00
                                         ---------------------
         NET AMOUNT                      USD          100,000.00

         AMOUNT DEBITED                  USD          100,000.00
                                         =====================
```

The mark "American Express", marks containing "American Express" and abbreviations thereof (i.e. Amex, AXP, etc.) are trademarks of American Express Marketing & Development Corp. and are used under limited license. American Express Bank Ltd., its subsidiaries and affiliated companies are now subsidiaries or affiliated companies of Standard Chartered PLC, and are no longer affiliated with American Express Company or its subsidiaries.

IF YOU HAVE ANY REMARK REGARDING THE ABOVE DETAILS PLEASE
CONTACT US AS SOON AS POSSIBLE QUOTING OUR REFERENCE


THIS CONFIRMATION DOES NOT REQUIRE AN AUTHORISED SIGNATURE

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: LANCASTER OVERSEAS LTD.
Mailing Address: 1498 HARRISBURG PIKE
City: LANCASTER,          State: PA.          Zip: 17601
Account No.: 1-FN012-3-0; 1-FN045-3-0; 1-FN069-4-0; 1-FN-070-4-0.
Taxpayer I.D. Number (Social Security No.): N/A

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of     $ 0

   b. I owe the Broker a Debit (Dr.) Balance of        $ --------

   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                            $ --------

   d. If balance is zero, insert "None."               NONE

502180406                              1

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | NO |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 02-20-2004 | FAIRFIELD SENTRY | 228.5799 SHARES | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |   | NO |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |   | NO |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

502180406                                    4

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  02-24-2009           Signature_____

Date  02-24-2009           Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4



# Portfolio Holdings (continued)

## Preferred Stocks (continued)

| Description | Acquisition Date | Units | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| WELLS FARGO CAP IX 5.625% JR SUBORDINATED PFD SEC 10YRS NAT 4/9/34 CALLABLE Security Identifier: JWF Dividend Option: Cash | 11/07/08 | 22.4590 | 30,149.00 | 20.6500 | 27,376.20 | -2,772.80 | 1,884.37 | 6.88% |
| **Total Preferred Stocks** | | | $177,422.16 | | $118,568.15 | -$58,854.71 | $11,026.63 | |
| **Total Equities** | | | $438,781.18 | | $221,274.94 | -$217,506.16 | $17,811.26 | |

## Mutual Funds 70.00% of Portfolio

| Description | Acquisition Date | Units | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| FAIRFIELD SENTRY LTD SHS HEDGED FBO (OFFSHORE) ISIN VGG3299L1004 Open End Fund Security Identifier: G3299L100 Dividend Option: Cash Capital Gains Option: Cash | 11/25/08 | 228.580 | N/A | 1,349.7800 | 308,532.58 | N/A | $0.00 | |
| FAIRFIELD MACRO HOLDINGS LTD. CL A (LIST) (OFFSHORE) ISIN VGG7011E1126 Open End Fund Security Identifier: G7011E112 Dividend Option: Reinvest Capital Gains Option: Reinvest | 11/25/08 | 58.606 | N/A | 3,539.5900 | 207,441.21 | N/A | | |
| **Total Mutual Funds** | | | Please Provide | | $515,973.79 | | $0.00 | |
| **Total Mutual Funds** | | | $0.00 | | $515,973.79 | -$317,406.16 | $0.00 | |

| | Cost Basis | | Market Value | | Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | $438,781.18 | | $737,248.73 | | $17,811.26 |

# The Standard Chartered Private Bank

Standard Chartered Bank International (Americas) Limited
Miami
1111 Brickell Avenue
Miami, Florida 33131
Telephone (305) 350 7750
Telefax (305) 374 4524

Page 9
Statement Date: 31 October 2008
Reference Currency: US DOLLAR
Client Number-Portfolio: 103843-1

## Alternative Investments (continued)

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| USD | 228.58 | FAIRFIELD SENTRY LTD SHARES | 1138.836 | 1350.604 30 SEP 08 | 308,720.93 | USD 308,720.93 | 14.11 |
| | | | | Total Alternative Investments | | USD 719,375.02 | 32.87 |
| | | | | Total Assets | | USD 2,188,403.12 | 100.00 |

Securities positions are held by the Bank or a nominee except those shown with a (+) sign which are held in client name by the issuer or, in the case of Portfolio Investments, are held by the custodian or sub-custodian of such securities positions.
Prices are believed to be reliable, but their accuracy is not guaranteed. This document is considered approved unless we are notified in writing of any objection within one month.
The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.

The Standard Chartered
**Private Bank**

Standard Chartered Bank International (Americas) Limited
Miami
1111 Brickell Avenue
Miami, Florida 33131
Telephone   (305) 350 7750
Telefax     (305) 374 4524

Page 5
Statement Date: 31 December 2008
Reference Currency: US DOLLAR

Client Number-Portfolio: 103843-1

### Alternative Investments (continued)

| Currency | Balance or Quantity | Description | Average Purchase Price | Price As of Date | Valuation | Reference Currency | % |
|---|---|---|---|---|---|---|---|
| USD | 228.5799 | FAIRFIELD SENTRY LTD SHARES | 1138.836 | 0.010 22 DEC 08 | 2.29 USD | 2.29 USD | 0.00 |

| | | |
|---|---|---|
| Total Alternative Investments | 386,698.51 USD | 21.35 |
| Total Assets** | 1,811,209.19 USD | 100.00 |

** Total Assets includes the brokerage Net Equity Value at StanChart Securities International, Inc.

Securities positions are held by the Bank or a nominee except those shown with a (+) sign which are held in client name by the issuer or.
Prices are believed to be reliable, but their accuracy is not guaranteed. This document is considered approved unless we are notified in writing of any objection within one month.
In the case of Portfolio investments, are held by the custodian or sub-custodian of such securities positions.
The Standard Chartered Private Bank is the private banking division of Standard Chartered Bank.