AITKEN BERLIN LLP
Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Two Gannett Drive
Suite 418
White Plains, NY 10604
Tel. 914.644.6660
Fax: 914.694.1647
Email: bvkleinman@aitkenberlin.com
      adberlin@aitkenberlin.com

*Attorneys for Susan Saltz Charitable Lead Annuity Trust*
           *Susan Saltz Descendants Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

====================================== :

SECURITIES INVESTOR PROTECTION  :
CORPORATION,                :     U.S.D.C. No. 08-10791(LSL)
                            :
      Plaintiff,            :
                            :
                            :     Adversary Proceeding
    — *versus* —         :     No. 08-01789 (BRL)
                            :
                            :
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC,              :
                            :
      Defendant.           :

====================================== :

## NOTICE OF APPEARANCE and
## DEMAND FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case

on behalf of SUSAN SALTZ CHARITABLE LEAD ANNUITY TRUST ("SCLAT")and

SUSAN SALTZ DESCENDANTS TRUST ("SDT") parties in interest pursuant to

Federal Ruled of Bankruptcy Proc. 2002 and 9010(b), Bankruptcy Code § 1109(b) (11

U.S.C. § 1109(b)), and do demand that all notices given or required to be given and all

1

papers served in this case be delivered to and served upon the parti4es identified below at
the following address:

> AITKEN BERLIN LLP
> Bernard V. Kleinman, Esq.
> Alan Berlin, Esq.
> Two Gannett Drive
> Suite 418
> White Plains, NY 10604
> Tel. 914.644.6660
> Fax: 914.694.1647
> Email: bvkleinman@aitkenberlin.com
>           adberlin@aitkenberlin.com

Please take further notice, that pursuant to 11 U.S.C. § 1109(b) the foregoing demand
includes not only the notices and papers referred to in the above-mentioned Bankruptcy
Rules, but also includes, without limitation, all orders, applications, motions, petitions,
pleadings, requests, complaints, demands, whether formal or informal, written or oral,
transmitted or conveyed by mail delivery, telephone, facsimile transmission,
electronically, private overnite courier, or otherwise, in this case,

This NOTICE OF APPEARANCE and any subsequent appearance, pleading, notice,
claim, or suit is not intended, nor shall be deemed to waive SCLAT's or SDT's (a) right
to have final orders in non-core matters entered only after de novo review by a United
States district court judge, (b) right to trial by jury in any proceedings so triable herein or
any case or controversy or proceeding related hereto, (c) right to have the reference
withdrawn by the United States District Court in any matter subject to withdrawal,
mandatory or discretionary, and (d) other rights, claims, defenses, setoffs, or recoupments
to which SCLAT or SDT are or may be entitled to under agreements, in law or equity, all
of which rights, claims, setoffs, and recoupments are hereby reserved.

Dated: December 2 5 2009
       White Plains, NY

/s/ Bernard V. Kleinman
AITKEN BERLIN LLP
Bernard V. Kleinman, Esq.
Alan Berlin, Esq.
Two Gannett Drive
Suite 418
White Plains, NY 10604
Tel. 914.644.6660
Fax: 914.694.1647
Email: bvkleinman@aitkenberlin.com
       adberlin@aitkenberlin.com
*Attorneys for: Susan Saltz Charit-*
*able Lead Annuity Trust*
*Susan Saltz Descendants Trust*

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
============================================  :
SECURITIES INVESTOR PROTECTION     :
CORPORATION,                       :        U.S.D.C. No. 08-10791(LSL)
                                   :
         Plaintiff,                :
                                   :
                                   :        Adversary Proceeding
    — versus —                     :        No. 08-01789 (BRL)
                                   :
                                   :
BERNARD L. MADOFF INVESTMENT       :
SECURITIES LLC,                    :
                                   :
         Defendant.                :
============================================  :
```

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK}
COUNTY OF WESTCHESTER}          s.s.:

    Fran Katz, being duly sworn, does depose and say, that she is not a party to this

action, is over the age of eighteen years, and resides in Westchester County.

    That on December 22, 2009, she did serve the annexed Notice of Appearance and

Demand for Service of Papers via U.S. Mail upon the following parties:

**Irving H. Picard**              **Office of the United States Trustee**
**Trustee**                       33 Whitehall Street
Baker & Hostetler, LLP            Suite 2100
45 Rockefeller Plaza              New York, NY 10004
New York, NY 10111

**Securities Investor Protection Corporation**
805 Fifteenth Street, N.W.
Suite 800
Washington, D.C. 10004

4

_____

Fran Katz

Sworn to Before Me

This 22-day of December 2009

_____

Notary Public

BERNARD V KLEINMAN
NOTARY PUBLIC STATE OF NEW YORK
NO. 02KL4830499
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES 30 MARCH 20 / /