**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re

BERNARD L. MADOFF,

        Debtor.

## CERTIFICATE OF SERVICE

I, Frank LaSalle, hereby certify that on December 21, 2009, I caused a true copy of the *Memorandum of Law Submitted by the SRZ Claimants in Response to the SEC's "Constant Dollar" Approach to "Net Equity"* to be electronically filed and served via electronic mail upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L Madoff Investment Securities LLC and Bernard L. Madoff.

Dated: December 22, 2009
New York, New York

Respectfully submitted,

/s/ Frank LaSalle
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
(212) 756-2000
frank.lasalle@srz.com

DOC ID-11043270.1