Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and Maureen Ebel, and a large group of other customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

## NOTICE OF APPEAL

Diane and Roger Peskin and Maureen Ebel, and a large group of other Customers of Bernard L. Madoff Investment Securities, LLC, as listed on Exh. A hereto ("Appellants"), by their attorneys, Phillips Nizer LLP, appeal under 28 U.S.C. § 158(a) from the Order of the bankruptcy judge Honorable Burton R. Lifland, titled "Order Approving Applications Of Trustee And Baker & Hostetler LLP (I) For Allowance Of Compensation For Services Rendered And Reimbursement of Expenses And (II) To Amend The Order Pursuant To Section 78eee(b)(5) Of SIPA, Sections 105, 330 And 331 Of The Bankruptcy Code, Bankruptcy Rule 2016(a) And

1

1100604.1

Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation Of Trustee And Baker & Hostetler LLP," entered in this Adversary Proceeding on the 17th day of December, 2009, to the extent that it granted the second applications for interim compensation of Irving H. Picard, Trustee, and his counsel, Baker & Hostetler LLP.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>Counsel to the Trustee<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4616 |
| Howard L. Simon, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000 | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 Fifteenth Street, N.W., Suite 800<br>Washington D.C. 20005<br>Telephone: (202) 371-8300 |
| United States Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br>Telephone: (888) 732-6585 | Internal Revenue Service<br>District Director<br>290 Broadway, 5th Floor<br>New York, New York 10008 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA 19114 | United States Department of Justice<br>Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20004 |
| Marc O. Litt, Esq.<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrew's Plaza<br>New York, New York 10007<br>Telephone: (212) 637-2295 | Eric L. Lewis, Esq.<br>Baach Robinson & Lewis PLCC<br>1201 F Street, NW, Suite 500<br>Washington, DC 20004<br>Telephone: (202) 833-8900 |

2

1100604.1

Diane and Roger Peskin
Maureen Ebel
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
Telephone: (212) 977-9700

Dated: December 23, 2009

    Helen Davis Chaitman (4266)
    Phillips Nizer LLP
    666 Fifth Avenue
    New York, NY 10103-0084
    (212) 841-1320
    hchaitman@phillipsnizer.com
    *Attorneys for Diane and Roger Peskin*
    *and Maureen Ebel, and a large group of*
    *other customers*

    By: */s/ Helen Davis Chaitman*
         Helen Davis Chaitman

3

1100604.1

United States Bankruptcy Court  
Southern District of New York  
Adv. Pro. No. 08-01789 (BRL)

Helen Davis Chaitman (4266)  
Phillips Nizer LLP  
NOTICE OF APPEAL

## SERVICE LIST

Irving H. Picard, Trustee  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111

David J. Sheehan, Esq.  
Baker & Hostetler LLP  
Counsel to the Trustee  
45 Rockefeller Plaza  
New York, NY 10111

Howard L. Simon, Esq.  
Windels Marx Lane & Mittendorf, LLP  
156 West 56th Street  
New York, New York 10019

Kevin H. Bell, Esq.  
Securities Investor Protection Corporation  
805 Fifteenth Street, N.W., Suite 800  
Washington D.C. 20005

United States Securities and Exchange Commission  
100 F Street, NE  
Washington, D.C. 20549

Internal Revenue Service  
District Director  
290 Broadway, 5th Floor  
New York, New York 10008

Internal Revenue Service  
Centralized Insolvency Operation  
Post Office Box 21126  
Philadelphia, PA 19114

United States Department of Justice  
Tax Division  
Box 55  
Ben Franklin Station  
Washington, DC 20004

Marc O. Litt, Esq.  
United States Attorney's Office  
Southern District of New York  
One St. Andrew's Plaza  
New York, New York 10007

Eric L. Lewis, Esq.  
Baach Robinson & Lewis PLCC  
1201 F Street, NW, Suite 500  
Washington, DC 20004