# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Securities Investor Protection Corporation

**DEFENDANTS**
Bernard L. Madoff Investment Securities LLC

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10104
Attorneys for Appellants Diane and Roger Peskin and Maureen Ebel, and a large group of other customers as listed on Exh. A hereto

**ATTORNEYS (IF KNOWN)**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attorneys for the Trustee

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Appeal, under 28 USC § 158, of Bankruptcy Order granting the second interim applications for fees and expenses of Irving Picard, Trustee, and his counsel, Baker & Hostetler LLP.

Has this or a similar case been previously filed in SDNY at any time? No? [ ] Yes? [X]   Judge Previously Assigned Hon. Judge Daniels

If yes, was this case Vol. [ ] Invol   [ ] Dismissed. No [X] Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                   NATURE OF SUIT

**TORTS**                                                                 **ACTIONS UNDER STATUTES**

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY | | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | | | [ ] 362 | PERSONAL INJURY - MED MALPRACTICE | [ ] 610 | AGRICULTURE | [X] 422 | APPEAL 28 USC 158 | [ ] 400 | STATE REAPPORTIONMENT |
| [ ] 120 | MARINE | [ ] 310 | AIRPLANE | | | [ ] 620 | OTHER FOOD & DRUG | | | [ ] 410 | ANTITRUST |
| [ ] 130 | MILLER ACT | [ ] 315 | AIRPLANE PRODUCT LIABILITY | [ ] 365 | PERSONAL INJURY PRODUCT LIABILITY | | | [ ] 423 | WITHDRAWAL 28 USC 157 | [ ] 430 | BANKS & BANKING |
| [ ] 140 | NEGOTIABLE INSTRUMENT | [ ] 320 | ASSAULT, LIBEL & SLANDER | [ ] 368 | ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 625 | DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | | [ ] 450 | COMMERCE |
| [ ] 150 | RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 330 | FEDERAL EMPLOYERS' LIABILITY | | | | | **PROPERTY RIGHTS** | | [ ] 460 | DEPORTATION |
| | | | | **PERSONAL PROPERTY** | | [ ] 630 | LIQUOR LAWS | [ ] 820 | COPYRIGHTS | [ ] 470 | RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 | MEDICARE ACT | [ ] 340 | MARINE | [ ] 370 | OTHER FRAUD | [ ] 640 | RR & TRUCK | [ ] 830 | PATENT | | |
| [ ] 152 | RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 345 | MARINE PRODUCT LIABILITY | [ ] 371 | TRUTH IN LENDING | [ ] 650 | AIRLINE REGS | [ ] 840 | TRADEMARK | [ ] 480 | CONSUMER CREDIT |
| | | | | [ ] 380 | OTHER PERSONAL PROPERTY DAMAGE | [ ] 660 | OCCUPATIONAL SAFETY/HEALTH | **SOCIAL SECURITY** | | [ ] 490 | CABLE/SATELLITE TV |
| | | [ ] 350 | MOTOR VEHICLE | | | | | [ ] 861 | HIA (1395ff) | [ ] 810 | SELECTIVE SERVICE |
| [ ] 153 | RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 355 | MOTOR VEHICLE PRODUCT LIABILITY | [ ] 385 | PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 690 | OTHER | [ ] 862 | BLACK LUNG (923) | [ ] 850 | SECURITIES/ COMMODITIES/ EXCHANGE |
| | | [ ] 360 | OTHER PERSONAL INJURY | | | **LABOR** | | [ ] 863 | DIWC/DIWW (405(g)) | | |
| | | | | | | [ ] 710 | FAIR LABOR STANDARDS ACT | [ ] 864 | SSID TITLE XVI | [ ] 875 | CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 160 | STOCKHOLDERS SUITS | | | | | [ ] 720 | LABOR/MGMT RELATIONS | [ ] 865 | RSI (405(g)) | | |
| [ ] 190 | OTHER CONTRACT | **ACTIONS UNDER STATUTES** | | | | [ ] 730 | LABOR/MGMT REPORTING & DISCLOSURE ACT | **FEDERAL TAX SUITS** | | [ ] 890 | OTHER STATUTORY ACTIONS |
| | | **CIVIL RIGHTS** | | **PRISONER PETITIONS** | | | | [ ] 870 | TAXES (U.S. Plaintiff or Defendant) | [ ] 891 | AGRICULTURAL ACTS |
| [ ] 195 | CONTRACT PRODUCT LIABILITY | [ ] 441 | VOTING | | | [ ] 740 | RAILWAY LABOR ACT | [ ] 871 | IRS-THIRD PARTY 26 USC 7609 | [ ] 892 | ECONOMIC STABILIZATION ACT |
| | | [ ] 442 | EMPLOYMENT | [ ] 510 | MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 790 | OTHER LABOR LITIGATION | | | [ ] 893 | ENVIRONMENTAL MATTERS |
| [ ] 196 | FRANCHISE | [ ] 443 | HOUSING/ ACCOMMODATIONS | [ ] 530 | HABEAS CORPUS | [ ] 791 | EMPL RET INC SECURITY ACT | | | [ ] 894 | ENERGY ALLOCATION ACT |
| **REAL PROPERTY** | | [ ] 444 | WELFARE | [ ] 535 | DEATH PENALTY | **IMMIGRATION** | | | | | |
| [ ] 210 | LAND CONDEMNATION | [ ] 445 | AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 540 | MANDAMUS & OTHER | [ ] 462 | NATURALIZATION APPLICATION | | | [ ] 895 | FREEDOM OF INFORMATION ACT |
| [ ] 220 | FORECLOSURE | | | [ ] 550 | CIVIL RIGHTS | | | | | | |
| [ ] 230 | RENT LEASE & EJECTMENT | [ ] 446 | AMERICANS WITH DISABILITIES –OTHER | [ ] 555 | PRISON CONDITION | [ ] 463 | HABEAS CORPUS- ALIEN DETAINEE | | | [ ] 900 | APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 240 | TORTS TO LAND | | | | | | | | | | |
| [ ] 245 | TORT PRODUCT LIABILITY | [ ] 440 | OTHER CIVIL RIGHTS | | | [ ] 465 | OTHER IMMIGRATION ACTIONS | | | | |
| [ ] 290 | ALL OTHER REAL PROPERTY | | | | | | | | | [ ] 950 | CONSTITUTIONALITY OF STATE STATUTES |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Hon. Judge Daniels   DOCKET NUMBER M-47
(Motion for leave to appeal first interim fee application)

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

American LegalNet, Inc.
www.FormsWorkflow.com

| (PLACE AN x IN ONE BOX ONLY) | | ORIGIN | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2a. Removed from State Court  ☐ 2b. Removed from State Court AND at least one party is pro se. | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441) |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY | | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington D.C. 20005

Appellants:
Diane and Roger Peskin, 51 East Wall St., Bethlehem, PA 18018
Maureen Ebel, 506 Hansen Drive, West Chester, PA 19830

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
Bernard L. Madoff Investment Securities LLC
c/o Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 12/23/09
SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. Jan. Yr.2001)
Attorney Bar Code # 8507

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge_____ is so Designated.

J. Michael McMahon, Clerk of Court by_____Deputy Clerk, DATED_____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

1100600.1

American LegalNet, Inc.
www.FormsWorkflow.com