Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
*Attorneys for Diane and Roger Peskin and Maureen Ebel, and a large group of other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Case No._____ |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2009, I caused a true copy of:

- **Notice of Motion,**

- **Declaration of Helen Davis Chaitman in Support of Motion for Leave to Appeal with Exhibits,** and

- **Memorandum of Law in Support of Motion for Leave to Appeal**

1100324.1

to be served upon the interested parties who receive electronic service through ECF, and as indicated by hand and/or United States Postal Service Regular Mail on the parties at the addresses set forth on the attached Service List.

December 23, 2009

                                                                  /s/Elizabeth Colberg-Torres
                                                                  Elizabeth Colberg-Torres

## SERVICE LIST

### BY HAND & UNITED STATES POSTAL SERVICE REGULAR MAIL:

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

### BY UNITED STATES POSTAL SERVICE REGULAR MAIL:

Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington D.C. 20005

United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

United States Department of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20004

Marc O. Litt, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLCC
1201 F Street, NW, Suite 500
Washington, DC 20004

3

1100324.1