# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Anchor Holdings, LLC_
Mailing Address: _C/o Sovereign International Asset management 1312 Alt. 19_
City: _Palm Harbor_  State: _FL_  Zip: _34683_
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _421673256_

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

************************************************************

1. Claim for money balances as of December 11, 2008:

   a. The Broker owes me a Credit (Cr.) Balance of  $ _12,160,364.80_
   b. I owe the Broker a Debit (Dr.) Balance of  $ _____
   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed with this claim form.**  $ _____
   d. If balance is zero, insert "None." _____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |                                 | YES | NO |
|-----|---------------------------------|-----|-----|
| a.  | The Broker owes me securities   | X   |     |
| b.  | I owe the Broker securities     |     | X   |
| c.  | If yes to either, please list below: | | |

| | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Various | Anchor Hedge Fund Ltd Class A | 12,160,364.80 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date __4/22/09__            Signature __[signature]__

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

# ANCHOR HEDGE FUND LIMTED
(the "Company")

## WRITTEN RESOLUTIONS OF THE SOLE DIRECTOR

The undersigned, being the sole director of the Company, a business company whose registered office is at 1st Floor, Columbus Center, P.O. Box 800, Road Town, Tortola, British Virgin Islands, VG1110, pursuant to the authority to act without a meeting conferred by the Company's articles of association, HEREBY CONSENTS to the following actions and adopts the resolutions set out below.

### Suspension of the Determination of the Net Asset Value per Class A Shares

WHEREAS the Company invests all of its Class A Shares ("Class A Shares") in various underlying funds including but not limited to Primeo Fund, Alpha Prime Fund, FMG Select Fund Classes K and I, Galaxy Fund Class C, Santa Clara Fund, Santa Clara II Fund and Santa Barbara Holdings (the "Underlying Funds").

WHEREAS the Underlying Funds invested substantially all of their assets in Bernard L. Madoff Investment Securities LLC.

WHEREAS it has been reported that Bernard Madoff has been arrested and charged with securities fraud in a Ponzi scheme.

WHEREAS the sole director has carefully considered the steps to take in furtherance of the best interests of the Company and the holders of Class A Shares.

IT IS NOTED THAT pursuant to Article 35 of the Articles of Association of the Company, (the "Articles") the directors may at any time, suspend the determination of the net asset value (the "Net Asset Value") per share and thus suspend the redemption or conversion of shares when for any reason, including a breakdown in the means of communication normally employed in determining the value of the Company's investments, such value cannot reasonably be promptly and accurately ascertained.

WHEREAS the sole director has determined that in view of the potential losses of Bernard L. Madoff Investment Securities LLC, the prices or values of the Company's Class A Shares cannot reasonably be promptly and accurately ascertained.

RESOLVED THAT the determination of the Net Asset Value per Class A Share and the redemption of Class A Shares be and is hereby suspended from the effective date of these resolutions (the "Net Asset Value and Redemption Suspension")

RESOLVED THAT the notice of the Net Asset Value Suspension and Redemption Suspension (the "Notice") in such form as any one director or officer of the Company, the Investment Manager or Administrator may determine be given as soon as practicable to all registered holders

130172

-2-

of Class A Shares in the Company as of the record date as is hereinafter defined which notice be and is hereby approved.

**Record Date**

RESOLVED THAT the record date for determining the registered holders of Class A Shares in the Company (the "Record Date") shall be the date of these resolutions.

IN WITNESS WHEREOF, the undersigned has executed these Written Resolutions as of the date indicated along side his name below and acknowledges that the effective date of the resolution is as of the date indicated below. Any copy, facsimile or other reliable reproduction of this action may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used.

Fiduciary Group Limited,
as Sole Director

By: _____     Date: December 22, 2008
Name: _____

130172



Anchor
Hedge Fund Limited

December 22nd, 2008

Re:   Anchor Hedge Fund Limited Class A (the "Fund")

Dear Shareholder:

*Suspension of Determination of the net asset value (the "Net Asset Value") and consequent suspension of redemptions.*

The Fund invests substantially all its assets in underlying funds, namely Primeo Fund, Alpha Prime Fund, FMG Select Fund Classes K and I, Galaxy Fund Class C, Santa Clara Fund, Santa Clara II Fund and Santa Barbara Holdings which implement their Fund's strategies through Bernard L. Madoff Investment Securities LLC, an SEC registered broker dealer.

On December 11th, 2008, Bernard Madoff was arrested and charged with securities fraud in a ponzi scheme.

The directors have carefully considered the steps to take in furtherance of the best interests of the Fund and its shareholders. Under the Company's Articles of Association, the directors may at any time suspend the determination of Net Asset Value for the whole or any part of any period during which any breakdown occurs in the means of communication normally employed in determining the price or value of any of the Company's investments or of current prices in any market and when for any other reason the prices or values of any investments owned by the Company cannot reasonably be properly and accurately ascertained.

The directors believe that in view of the potential losses of Bernard L. Madoff Investment Securities LLC, the investments owned by the Fund cannot reasonably be promptly and accurately ascertained.

The directors have therefore determined that it is in best interests of the Company to suspend effective on December 22nd, 2008, the determination of the Net Asset Value per share of the Fund. No shares of the Fund shall be redeemed during the period when the Net Asset Value of such shares is suspended.

At this stage it is extremely difficult to predict whether there will be any recovery from the underlying Funds. We will keep you appraised as the situation evolves.

PRIVATE & CONFIDENTIAL
STRICTLY APPLICABLE TO FOREIGN (NON-US) ENTITIES

C/o Folio Chambers, PO Box 800, Road Town, Tortola, BVI
Phone: (284) 494-7065 Fax: (284) 494-8356 Email: info@folioadmin.com

Yours faithfully

Anchor Hedge Fund Limited

PRIVATE & CONFIDENTIAL
STRICTLY APPLICABLE TO FOREIGN (NON-US) ENTITIES

C/o Folio Chambers, PO Box 800, Road Town, Tortola, BVI
Phone: (284) 494-7065 Fax: (284) 494-8356 Email: info@folioadmin.com

*Sovereign International Asset Management*
*Larry C. Grossman, Managing Director*
*1312 Alternate 19*
*Palm Harbor, FL 34683*
*(727) 784-4841   Fax (727) 784-6181*

**Cross Reference by Security**
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **Abler, Amy, OCBB IRA fbo** * | | | |
| 09/01/2007 | 4.613 | 1,511.590 | 7,875.14 |
| **Abler, Amy, OCBB ROTH IRA fbo** * | | | |
| 09/01/2007 | 1.889 | 1,511.548 | 3,224.43 |
| **Benoit FBO Entrust, Hedge Fund** * | | | |
| 07/29/2005 | 82.65 | 1,197.230 | 141,108.32 |
| **Berggren, Barry ROTH, OCBB fbo** * | | | |
| 06/01/2008 | 4.55 | 1,657.438 | 7,767.58 |
| **Berggren, Barry trad, OCBB fbo** * | | | |
| 06/01/2008 | 429.677 | 1,657.453 | 733,591.50 |
| **Blake, Katherine, OCBB fbo** * | | | |
| 05/01/2008 | 158.792 | 1,629.255 | 271,106.83 |
| **Blount, Entrust FBO, Mandlon** * | | | |
| 12/31/2005 | 32.087 | 1,257.766 | 54,782.97 |
| **Blue Bonnet Enterprises** * | | | |
| 01/01/2008 | 75.854 | 1,573.741 | 129,506.80 |
| **Bowers, Dr. L FBO Entrust, Hedge Fund** * | | | |
| 07/29/2005 | 82.918 | 1,197.230 | 141,567.24 |
| **Bowers, Larry, OCBB fbo** * | | | |
| 06/01/2008 | 234.634 | 1,657.453 | 400,593.15 |
| **Brautigam, Carl, OCBB fbo** * | | | |
| 09/01/2008 | 3.812 | 1,707.324 | 6,508.27 |
| **Butler, Kevin IRA, 401k Penson** * | | | |
| 01/01/2007 | 50.692 | 1,441.201 | 86,547.13 |
| **Butler, Margaret, 401k Penson** * | | | |
| 01/01/2007 | 27.831 | 1,441.199 | 47,516.14 |
| **Carmody, Cahal, OCBB fbo** * | | | |
| 05/01/2008 | 100.78 | 1,629.255 | 172,063.38 |
| **Carpenter, William, OCBB fbo** * | | | |
| 04/01/2008 | 44.884 | 1,589.936 | 76,631.58 |
| **Carroll, Matthew, OCBB IRA fbo** * | | | |
| 02/27/2004 | 87.788 | 1,121.149 | 149,881.54 |

## Cross Reference by Security
### As of 10/01/2008
### 09/30/2008 Prices
### Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Chrisco LTD Ptr., Hedge Fund * | | | |
| 04/30/2004 | 43 | 1,109.080 | 73,415.09 |
| Columbus Dr. Donald IRA, OCBB IRA fbo * | | | |
| 05/31/2004 | 109.437 | 1,219.226 | 186,842.87 |
| Corey, Richard * | | | |
| 05/01/2008 | 70.31 | 1,629.255 | 120,040.28 |
| Davidson, James fbo SIPS, Hedge Fund * | | | |
| 12/01/2006 | 409.63 | 1,422.020 | 699,365.57 |
| DePasquale, Lillian, OCBB IRA fbo * | | | |
| 11/01/2007 | 201.356 | 1,541.990 | 343,777.62 |
| Dougherty, Joe, OCBB fbo * | | | |
| 04/01/2008 | 45.049 | 1,589.935 | 76,912.61 |
| Doyle, David, OCBB fbo * | | | |
| 09/01/2008 | 16.355 | 1,707.315 | 27,922.20 |
| Elam, Mark FBO Entrust, Hedge Fund * | | | |
| 07/29/2005 | 7.937 | 1,197.224 | 13,550.75 |
| Evans, William (Bill), Entrust Admin fbo * | | | |
| 06/30/2006 | 53.423 | 1,340.429 | 91,208.77 |
| Ferrari, Paul, OCBB IRA fbo * | | | |
| 04/30/2005 | 15.937 | 1,185.567 | 27,209.06 |
| Ferroni, Anthony, Hedge Funds * | | | |
| 02/01/2007 | 16.645 | 1,434.347 | 28,418.52 |
| Fleisher, Mitchell * | | | |
| 03/01/2007 | 58.789 | 1,401.225 | 100,371.39 |
| Fluke, Kenneth, OCBB IRA FBO * | | | |
| 06/30/2004 | 120.178 | 1,329.937 | 205,181.61 |
| Fluke, Lesley, Hedge Fund * | | | |
| 08/31/2004 | 42.8 | 1,156.071 | 73,073.38 |
| Forrar, Beatrice, Insure Your Health * | | | |
| 07/01/2007 | 7.315 | 1,523.252 | 12,488.46 |
| Gay, Andrew * | | | |
| 10/01/2008 | 27.681 | 1,724.993 | 47,260.05 |
| Gilluly, Marny, OCBB IRA FBO * | | | |
| 11/28/2003 | 35.457 | 1,100.081 | 60,536.77 |
| Grayson, Laura, OCBB fbo * | | | |
| 01/01/2008 | 28.705 | 1,573.740 | 49,007.48 |

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Hall, George, OCBB fbo * | | | |
| 01/01/2008 | 17.254 | 1,573.742 | 29,458.10 |
| Hawkins, Jeff, OCBB IRA fbo * | | | |
| 11/01/2007 | 60.632 | 1,541.989 | 103,518.30 |
| Hawthorne, Jennifer * | | | |
| 04/02/2007 | 16.17 | 1,472.642 | 27,607.54 |
| Hayes, Cliff, OCBB IRA fbo * | | | |
| 11/01/2007 | 218.415 | 1,541.990 | 372,902.28 |
| Heidenry, Nick * | | | |
| 08/01/2008 | 34.087 | 1,680.973 | 58,197.76 |
| Hermone, Larry, OCBB fbo * | | | |
| 02/01/2008 | 23.731 | 1,593.625 | 40,515.83 |
| Hughes, James, OCBB fbo * | | | |
| 03/01/2008 | 50.606 | 1,587.078 | 86,399.96 |
| Hunton, Kenneth, OCBB IRA fbo * | | | |
| 12/31/2003 | 45.28 | 1,093.190 | 77,307.55 |
| Int'l Casting & Equ DBP, Hedge Fund * | | | |
| 06/30/2006 | 133.574 | 1,340.430 | 228,052.23 |
| Jackson, Judith, Hedge Fund * | | | |
| 06/30/2006 | 56.094 | 1,340.430 | 95,770.19 |
| Jamison, Jerry, OCBB fbo Trad * | | | |
| 02/01/2008 | 38.329 | 1,593.627 | 65,439.14 |
| Jamison, John ROTH, OCBB fbo * | | | |
| 05/01/2008 | 10.872 | 1,629.262 | 18,561.87 |
| Jamison, John Trad, OCBB fbo * | | | |
| 05/01/2008 | 7.045 | 1,629.260 | 12,028.00 |
| Jamison, Karen, OCBB fbo Trad * | | | |
| 02/01/2008 | 7.227 | 1,593.627 | 12,338.90 |
| Jamison, Star ROTH, OCBB fbo * | | | |
| 05/01/2008 | 3.63 | 1,629.242 | 6,197.71 |
| Kelly, Clifford, OCBB IRA fbo * | | | |
| 07/29/2005 | 27.35 | 1,197.230 | 46,694.93 |
| Kelly, OCBB fbo, Christine * | | | |
| 10/01/2008 | 10.739 | 1,724.988 | 18,334.29 |
| Kervin, William, OCBB IRA fbo * | | | |
| 05/01/2007 | 20.028 | 1,502.015 | 34,194.18 |

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **King, Carlton PSP, Hedge Fund *** | | | |
| 10/31/2005 | 57.846 | 1,237.380 | 98,760.71 |
| **Kirk, Lorainne *** | | | |
| 04/01/2008 | 15.016 | 1,589.939 | 25,637.48 |
| **Krogel, Richard, OCBB fbo *** | | | |
| 05/01/2008 | 54.761 | 1,629.255 | 93,493.32 |
| **Kulm, Doug PSP, Hedge Fund *** | | | |
| 02/28/2005 | 15.122 | 1,177.434 | 25,817.94 |
| **Leja, Christine FRB IRA, Hedge Fund *** | | | |
| 09/01/2005 | 20.654 | 1,195.918 | 35,262.78 |
| **Lekowski, Ray, OCBB IRA fbo *** | | | |
| 06/30/2003 | 121.017 | 1,068.395 | 206,613.59 |
| **Lindblad, Kathleen, Hedge Fund *** | | | |
| 05/30/2003 | 78.003 | 1,015.350 | 133,174.72 |
| **Lowder, Jack, OCBB fbo *** | | | |
| 10/01/2007 | 19.965 | 1,539.865 | 34,086.27 |
| **Macleod, Michael, OCBB IRA fbo *** | | | |
| 06/30/2006 | 17.811 | 1,340.434 | 30,409.58 |
| **Mallory, Jerry, Hedge Fund *** | | | |
| 07/30/2004 | 17.459 | 1,134.079 | 29,808.10 |
| **Malone, John, OCBB fbo *** | | | |
| 05/01/2008 | 32.995 | 1,629.254 | 56,333.38 |
| **Manson, Lee, OCBB fbo *** | | | |
| 06/01/2008 | 11.673 | 1,657.458 | 19,929.26 |
| **Manson, Tom, OCBB fbo *** | | | |
| 06/01/2008 | 14.79 | 1,657.456 | 25,250.26 |
| **Marcali, Jean-Trust, Hedge Fund *** | | | |
| 12/31/2004 | 38.115 | 1,168.840 | 65,073.61 |
| **Matthews, James IRA, Hedge Fund *** | | | |
| 07/29/2005 | 52.577 | 1,197.230 | 89,765.07 |
| **Messmer, Kevin, OCBB IRA fbo *** | | | |
| 08/31/2004 | 69.836 | 1,156.069 | 119,231.53 |
| **Michalak, Andre DBP *** | | | |
| 03/01/2007 | 190.572 | 1,441.428 | 325,364.97 |
| **Newton, Gavin *** | | | |
| 03/01/2007 | 23.014 | 1,401.222 | 39,291.35 |

## Cross Reference by Security
### As of 10/01/2008
### 09/30/2008 Prices
### Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **O'Daniels, Darlene, OCBB fbo** * | | | |
| 09/01/2008 | 24.706 | 1,707.313 | 42,181.31 |
| **Oliverio, Jay, IOMA** * | | | |
| 04/01/2008 | 9.062 | 1,589.928 | 15,470.79 |
| **Oliverio, Maureen, IOMA** * | | | |
| 04/01/2008 | 21.55 | 1,589.938 | 36,792.53 |
| **Oravec, Jerry** * | | | |
| 05/01/2007 | 15.895 | 1,502.016 | 27,138.20 |
| **Palko, Mary, IOMA** * | | | |
| 04/01/2008 | 435.159 | 1,589.935 | 742,952.00 |
| **Paris, Jay, Hedge Fund** * | | | |
| 11/30/2004 | 20.547 | 1,166.032 | 35,079.42 |
| **Parrish JT-WROS, Chuck & Karen** * | | | |
| 08/01/2008 | 33.747 | 1,680.974 | 57,615.74 |
| **Patterson, John H., OCBB IRA fbo** * | | | |
| 01/31/2005 | 84.339 | 1,173.840 | 143,992.14 |
| **Pine, OCBB fbo, Bradley** * | | | |
| 10/01/2008 | 63.224 | 1,724.991 | 107,943.14 |
| **Ray, Danny, Hedge Funds** * | | | |
| 10/01/2005 | 44.909 | 1,262.439 | 76,674.10 |
| **Richards, Stephen, OCBB fbo** * | | | |
| 02/01/2008 | 50.758 | 1,593.627 | 86,658.79 |
| **Rockey, Entrust fbo, Brenda** * | | | |
| 10/01/2005 | 8.687 | 1,209.334 | 14,830.72 |
| **Rockey, Entrust fbo, Grover** * | | | |
| 09/30/2005 | 21.058 | 1,209.341 | 35,953.05 |
| **Rockey., Joint Acct, Brenda & Grover** * | | | |
| 09/30/2005 | 8.331 | 1,209.340 | 14,223.94 |
| **Ross, John A, OCBB IRA fbo** * | | | |
| 03/01/2007 | 78.196 | 1,401.223 | 133,505.15 |
| **Schreiner, Elizabeth, Hedge Fund** * | | | |
| 06/30/2003 | 143.373 | 1,035.760 | 244,782.16 |
| **Sheets, Paul, OCBB fbo** * | | | |
| 02/01/2008 | 14.666 | 1,593.631 | 25,039.92 |
| **Shepard, Kenneth, OCBB IRA fbo** * | | | |
| 02/01/2007 | 13.116 | 1,434.349 | 22,393.76 |

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| **Sherar, Greg, OCBB fbo *** | | | |
| 02/01/2008 | 18.769 | 1,593.626 | 32,044.33 |
| **Sood, Narenda *** | | | |
| 05/01/2007 | 195.249 | 1,502.017 | 333,350.40 |
| **Strazar, Entrust FBO, Gloria *** | | | |
| 10/31/2005 | 10.041 | 1,237.377 | 17,143.10 |
| **Sweeney, Chester, OCBB IRA fbo *** | | | |
| 05/30/2003 | 39.001 | 1,015.351 | 66,587.31 |
| **Szpunar FBO FRB, Hedge Fund *** | | | |
| 07/29/2005 | 42.317 | 1,197.231 | 72,247.55 |
| **Thompson, OCBB fbo, Howard *** | | | |
| 10/01/2008 | 33.284 | 1,724.991 | 56,826.11 |
| **Trivedi, OCBB fbo, Radha *** | | | |
| 10/01/2008 | 159.316 | 1,724.990 | 272,001.80 |
| **Van Dyke, Margaret, OCBB fbo *** | | | |
| 05/01/2008 | 20.693 | 1,629.257 | 35,328.51 |
| **Van Dyke, Thomas, OCBB fbo *** | | | |
| 05/01/2008 | 119.284 | 1,629.255 | 203,654.08 |
| **Van Dyke, Tom and Marje *** | | | |
| 05/01/2008 | 362.112 | 1,629.256 | 618,237.61 |
| **Vance, Richard, OCBB IRA fbo *** | | | |
| 10/29/2004 | 33.102 | 1,156.399 | 56,515.72 |
| **Vogt FBO Entrust, Hedge Fund *** | | | |
| 07/29/2005 | 15.151 | 1,197.228 | 25,866.60 |
| **Walker, Bernard, OCBB IRA fbo *** | | | |
| 05/01/2007 | 138.161 | 1,502.017 | 235,882.97 |
| **Wall, David, OCBB IRA fbo *** | | | |
| 06/30/2003 | 95.582 | 1,035.760 | 163,188.10 |
| **Wasson Trust, Hedge Fund *** | | | |
| 01/31/2005 | 42.35 | 1,168.839 | 72,304.07 |
| **Wilson, Barry, OCBB fbo *** | | | |
| 08/01/2008 | 32.905 | 1,680.975 | 56,179.21 |
| **Wilson, Janice, OCBB fbo *** | | | |
| 08/01/2008 | 100.569 | 1,680.973 | 171,701.78 |
| **Woollen, Evans, Hedge Funds *** | | | |
| 10/01/2005 | 155.568 | 1,209.340 | 265,603.31 |

Page 7

## Cross Reference by Security
As of 10/01/2008
09/30/2008 Prices
Anchor Class A (ANCHA)

| Acquisition Date | Quantity | Unit Cost | Current Value |
|---|---|---|---|
| Zacharias, David, LBA LLC * | | | |
| 08/01/2008 | 52.011 | 1,680.972 | 88,798.22 |
| | 7,122,529 | 1,453.936 | 12,160,364.80 |

# SUPPLEMENT TO CUSTOMER CLAIM

Filed by **Anchor Holdings, LLC**

Date filed: on or about April 27, 2009

Amount of Claim: $12,160,364.80

("Claim")

Attached hereto is the Affidavit of Gregory J. Adams in support of the Claim.

## AFFIDAVIT OF GREGORY J. ADAMS IN SUPPORT
## OF ANCHOR HOLDINGS, LLC'S CLAIM

STATE OF FLORIDA      )
COUNTY OF PINELLAS    )

**BEFORE ME,** an Officer authorized to take oaths, this day personally appeared GREGORY J. ADAMS, an officer of Anchor Holdings, LLC ("Anchor Holdings"), who is over the age of eighteen years, is fully qualified and authorized to give this Affidavit and has personal knowledge of the matters addressed herein. After being by me first duly sworn, deposes and says:

1.  I am the managing member of Anchor Holdings and I have familiarity with the manner and method in which it invests its customers' accounts, as well as maintains its books and records in its regular course of business. The records reflect customers' investments and are noted in the company's computer system at the time of receipt by persons whose regular duties include recording such information. I regularly use and rely upon these records in the performance of my duties.

2.  Anchor Holdings invested a total of $12,160,364.80 ("Funds") for its customers who are listed in the claim ("Customers") filed by Anchor Holdings on or about April 27, 2009. Anchor Holdings invested the Funds in Anchor Hedge Fund "Class A," (an unrelated entity which happens to have a similar name) a segregated subfund of Anchor Hedge Fund Limited (another unrelated entity which happens to have a similar name). In turn, Anchor Hedge Fund "Class A," ultimately invested the Funds in a series of underlying funds – Primeo Funds, Alpha Prime Fund, FMG Select Fund Classes K and I, Galaxy Fund Class C, Santa Clara Fund, Santa Clara II Fund and Santa Barbara Holdings (collectively, "Underlying Funds") which all invested their assets in Bernard L. Madoff Investment Securities LLC.

3. The Customers bear the ultimate loss in this SIPC Liquidation of the ponzi scheme perpetrated by Bernard L. Madoff.

4. Anchor Holdings is a victim in the Madoff Ponzi scheme and is unrelated to and has exercised no control whatsoever over the Underlying Funds.

5. Anchor Holdings has advised all its Customers to file claims in this SIPC proceeding and has reminded them of the impending bar date of July 2, 2009 ("Bar Date").

6. Anchor Holdings has also filed the Claim in this SIPC liquidation on behalf of its Customers.

7. On behalf of its Customers, Anchor Holdings has demanded upon the fund manager of Anchor Hedge Fund "Class A", which directed the investment of Funds into the Underlying Funds to file a customer claim in this SIPC case. Unfortunately, to the best knowledge of the undersigned, neither Anchor Hedge Fund "Class A" nor the Underlying Funds have been responsive to this request and Anchor Holdings has no ability to force them to file a customer claim by the Bar Date.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GREGORY J. ADAMS

STATE OF FLORIDA    )
COUNTY OF PINELLAS  )

The foregoing instrument was sworn to, subscribed and acknowledged before me this 2⁵ᵗ day of _Jun_____, by GREGORY J. ADAMS, who is personally known to me or has produced identification in the form of _Florida Drivers License_____.

_____
Notary
Print Name:_____
My Commission Expires:_____

(493631\1)