December 18, 2009

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

Dear Clerk of the Bancruptcy Court:

I object to the December 8, 2009 determination letter sent to my by Irving Picard, Trustee under the SIPA, with respect to my claim No. 004065, for the following reasons:

1. I made my investments in Bernard L. Madoff Investment Securities, LLC ("Madoff") through the following funds: MOT Family Investors, LP, and Lakeview Investment, LP.

With respect to each of those funds, I deposited money with the fund solely so that the fund could transfer the money to Madoff for the purpose of purchasing securities. Thus, with respect to each fund, I am a "customer" under the Securities Investor Protection Act.

2. You have violated SIPA's definition of "net equity" in order to enrich SIPC at the expense of people like me who are entitled to SIPA's protection.

I object to your denial of my claim.

Yours sincerely,     *Sarah Fisk PhD*

Sarah Fisk, PhD
2908 Benvenue Ave
Berkeley CA 94705

RECEIVED DEC 23 2009 U.S. BANKRUPTCY COURT, SDNY