Dear Clerk of U.S. Bankruptcy Court,                                    December 16, 2009

This letter is with regards to Bankruptcy Case No. 08-1789 (BRL). This is to appeal the recent document we received in the mail stating that we have been denied with regards to being invested with Bernie Madoff "BLMIS". Our account number was: 1-ZB262-3-0. Our first bank check was written in the amount of $17,000.00 on May 17th, 2008 and our second bank check was written for $8,000.00 on June 12th, 2008. We invested with "Seven Out Partners' who then invested our money with "Strattham" who directly invested our money with Bernie Madoff "BLMIS". Included with this letter are copies of the two bank checks equaling a total of $25,000.00. We were only invested for a couple months and had not taken any of the money out. Also included with this letter are copies of any statements as well as any letters sent to us from "Seven Out Partners". Please help us in reclaiming our savings. Our money has been stolen from us and we will not accept this denial letter stating that we are not being considered as victims of investing with Bernie Madoff "BLMIS". We need to be acknowledged as individuals just like everyone else who received an acceptance letter. Attached are documents supporting our claim that our $25,000 was invested with Bernie Madoff. Thank you for your attention in this important matter.

Lisa and Steve Altieri
(845) 544-2456
18 Old Mount Peter Rd,
Warwick NY 10990



RECEIVED
DEC 23 2009
U.S. BANKRUPTCY COURT, SDNY

 **Seven Out Partners**

*1924 Hunters Lane*
*Wall, New Jersey 07719*

May 22, 2008

Dear Steve and Lisa,

Thanks for your investment into Seven Out Partners. I think you will be quite happy with the consistent returns from our partnership

You will receive statements on a quarterly basis. Your first statement will come after the end of the second quarter, so expect to see it in early July.

Should you need anything, please do not hesitate to contact me.

Regards,

Ken Cavazzoni
Managing General Partner

   **Seven Out Partners**

*1924 Hunters Lane*
*Wall, New Jersey 07719*

July 11, 2008

Dear Seven Out Partner:

Enclosed please find the mid-year statement for our partnership. Our return of 3.77% is not stellar. However, we are officially in a bear market (20% decrease in stocks since October), so it is hard to complain. At least we are making money.

As always, I can be reached via phone, fax or email should you need to contact me. Be well the rest of the summer!

Respectfully,

Ken Cavazzoni
Managing General Partner

 **Seven Out Partners**

*1924 Hunters Lane*
*Wall, New Jersey 07719*

October 10, 2008

Dear Seven Out Partner:

With the huge drop in the stock market, I know many of you were concerned about our investments. Not only did we retain our capital, we were able to make a small profit in the third quarter. I inquired about our holdings and found that we were out of stocks and into t-bills by mid-September. This was an effective strategy that protected our earnings.

I would expect to have very conservative investments for the remainder of the year and I'm hopeful that our fourth quarter earnings get us toward our last year's level, even with the sour markets.

Should you need any money for the holidays, please let me know as soon as possible. As always, I can be reached via phone, fax or email.

Regards,

Ken Cavazzoni
Managing General Partner

*Phone: (732)556-0451 / Fax: (732)556-0453*                                            *Email: Kzoni@aol.com*

*Seven Out Partners*
*Investment Partnership*



# Transaction Receipt Number : 10615

# Partner : Steve and Lisa Altieri

# Transaction Type: Capital Contribution

# Transaction Date : May 22, 2008

# Amount : $ 17,000

**Seven Out Partners**

**Ken Cavazzoni**
**Managing General Partner**

1924 Hunters Lane
Wall, NJ 07719

Phone: 732-556-0451
Fax: 732-556-0453
E-mail: kzoni@aol.com





41554475   4   05/22/08      17,000.00

*031000040*
06/17/2008
6310913179

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

**STEVEN ALTIERI**
80 LOWER WISNER RD.   845-986-9598
WARWICK, NY 10990

561
50-802/219

06-12-2008

Pay to the Order of  Seven out Partners    $ 8,000.00

Eight-thousand dollars    Dollars

KEY BANK, N.A.
OF NEW YORK
WARWICK, NY 10990

For Ken Cavazzoni / Anders ?    Steven Altieri

⑆021906934⑆ 323070052952⑈ 0561

⑆021906934⑆ 323070052952⑈0561    /00008000000/

42412682   2   06/17/08          8,000.00

HTL 0510777180         >031201360<
R159 B5 P9              COMMERCE BANK
06/16/2008             CHERRY HILL, NJ

For Deposit Only
Seven Out Partners
2200452

07...9365
06...008
03...0040 FRB-PHILA
EN...159 TRC=0858 PK=25

PROCESSED BY
KEY BANK

42412682   2   06/17/08          8,000.00

7OUT Quarterly Statement

## Statement for Seven Out Partners
**For period**      1/1/2008         thru         6/30/2008

Steve and Lisa Altieri                                    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/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
18 Old Mount Peter Road
Warwick, NY  10990

| Beginning Capital | Capital Added | Capital Withdrawn | Profits/(Loss) | Ending Capital |
|---|---|---|---|---|
| $  - | $25,000.00 | $  - | $  165.91 | $ 25,165.91 |

Year to date:    **3.77%**
Avg. balance:  $  **4,395.60**



1924 Hunters Lane
Wall, NJ  07719

7OUT Quarterly Statement

## Statement for Seven Out Partners
**For period**   1/1/2008   thru   9/30/2008

Steve and Lisa Altieri  
18 Old Mount Peter Road  
Warwick, NY 10990

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/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

| Beginning Capital | Capital Added | Capital Withdrawn | Profits/(Loss) | Ending Capital |
|---|---|---|---|---|
| $ - | $25,000.00 | $ - | $ 568.47 | $ 25,568.47 |

Year to date:   **5.02%**  
Avg. balance:  $ 11,313.87



1924 Hunters Lane  
Wall, NJ 07719

Seven Out Partners – 1924 Hunters Lane, Wall, NJ   07719

Name : Steve and Lisa Altieri

Address : 18 Old Mount Peter Road, Warwick, NY   10990

SS#: xxx-xx-9934/xxx-xx-4935

January 1, 2008 account balance: $0

Share of reported profits from Strattham 9/30/08 statement: $745.59

2008 Deposits: $25,000

2008 Withdrawals: $0

Ending Total: $25,745.59

The above figures use the last reported balance of profits as per the Strattham 9/30/08 statement and calculated for the calendar year.  As the Bernard Madoff securities fraud issue unfolds, new reporting will be supplied.

**SCHEDULE NJK-1**
(Form NJ-1065)
**2008**
For Calendar Year 2008, or Fiscal Year Beginning __01/01__, 2008 and ending __12/31__, 20 __08__

# STATE OF NEW JERSEY
# PARTNER'S SHARE OF INCOME

## PART I   General Information    PARTNER NUMBER  16

Partner's SS # or Federal EIN: ▓▓▓▓9934
Partnership's Federal EIN: 22-3588924

Partner's Name: STEVE AND LISA ALTIERI
Partnership's Name: SEVEN OUT PARTNERS

Street Address: 18 OLD MOUNT PETER ROAD
Partnership's Street Address: 1924 HUNTERS LANE

City: WARWICK, NY 10990
City: WALL    State: NJ    Zip Code: 07719

What type of entity is partner? (see instructions) __NR__ Code

Enter Partner's percentage of:
(i) Before Decrease or Termination
(ii) End of Year

Profit Sharing ____%  ____%
Loss Sharing ____%  ____%
Capital Ownership ____%  ____%

Date Partner's Interest in Partnership began: __/__/__

☐ Final NJK-1
☐ Amended NJK-1
☐ Hedge Fund
☐ Member of Composite Return

## PART II   Income Information

| Income Classifications | A. Total Distribution | NJ-1040 Filers Enter Amounts on Line Shown Below | B. New Jersey Source Amounts | NJ-1040NR Filers |
|---|---|---|---|---|
| 1. Partnership Income (loss) | -19,257. | | -19,257. | |
| 2. Net Guaranteed Payments | | | | |
| 3. Partner's 401(k) Contribution | | | | |
| 4. Distributive Share of Partnership Income (loss) (Line 1 plus Line 2 minus Line 3) | -19,257. | Line 20, Page 2 | -19,257. | Line 22, Page 1 |
| 5. Pension | | Line 19, Page 2 | | |
| 6. Net Gain (loss) from Disposition of Assets as a Result of a Complete Liquidation | | Line 18, Page 2 | | Line 18, Page 1 |

## PART III   Partner's Information

| | | |
|---|---|---|
| 1. Nonresident Partner's Share of NJ Tax | 1. | NONE — Line 23a, Page 1 CBT-100; Line 15a, Page 1 CBT-100S; Line 8, PART-100; Line 46, NJ-1040NR; Line 22, NJ-1080C; Line 31a, NJ-1041 |
| 2. Partner's HEZ Deduction | 2. | |
| 3. Partner's Sheltered Workshop Tax Credit | 3. | |

## PART IV   Supplemental Information (Attach Schedule)

THIS FORM MAY BE REPRODUCED

8Q3313 1.000
00600Y  581F            V08-7.3            70

```
SEVEN OUT PARTNERS                                                  22-3588924
SCH K-1 SUPPORTING SCHEDULES PARTNER #   16 STEVE AND LISA ALTIERI
===============================================================================
ITEM L - CAPITAL CONTRIBUTIONS
==============================
CASH CONTRIBUTIONS                                                     25,000.
                                                                  --------------
  TOTAL CAPITAL CONTRIBUTIONS                                          25,000.
                                                                  ==============


ITEM L - RECONCILIATION OF INCOME
=================================

TOTAL INCOME PER SCHEDULE K-1                                         -19,257.
                                                                  --------------
      TOTAL INCOME PER ITEM L, CURRENT YEAR INCR(DECR)                -19,257.
                                                                  ==============

LINE 11 - OTHER INCOME(LOSS)
============================
B  NET GAIN(LOSS) FROM INVOLUNTARY CONVERSIONS
   DUE TO CASUALTY OR THEFT:
   --------------------------
   FROM PASS-THROUGH ENTITIES                                         -19,257.
                                                                  --------------
   TOTAL BOX B                                                        -19,257.
                                                                  ==============
```

651108

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1
(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2008**
For calendar year 2008, or tax
year beginning _____ , 2008
ending _____ , 20 __

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
22-3588924

**B** Partnership's name, address, city, state, and ZIP code

SEVEN OUT PARTNERS
1924 HUNTERS LANE
WALL, NJ 07719

**C** IRS Center where partnership filed return
CINCINNATI

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number   16
███-██-9934

**F** Partner's name, address, city, state, and ZIP code

STEVE AND LISA ALTIERI
18 OLD MOUNT PETER ROAD
WARWICK, NY 10990

**G** [X] General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** [X] Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . . $ _____
Qualified nonrecourse financing . . . $ _____
Recourse . . . . . . . . . . . . $ _____

**L** Partner's capital account analysis:
Beginning capital account . . . . . $ _____NONE_____
Capital contributed during the year . . $ _____25,000._____
Current year increase (decrease) . . . $ _____-19,257._____
Withdrawals & distributions . . . . $ (_____)
Ending capital account . . . . . . $ _____5,743._____

[X] Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| B* | -19,257. | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only