Christopher J. Altieri
Marie Altieri
80 Lower Wisner Road
Warwick, New York 10990
(845)986-9598

December 20, 2009

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

To Whom It May Concern:

   In reference to Bankruptcy Case No. 08-1799(BRL) I am attaching documents supporting our
tie to Bernard L.Madoff. We had an account with Strattham, our investment company, who
solely placed our money, together with other investors, onto Bernard L. Madoff. This was our
entire savings and personal pension account which has since been lost. Please recognize us as
individuals and not as one entity (Strattham). Although we contributed as one group because our
finances were not enough to sustain an individual account, we were still investors of Bernard L.
Madoff.

   Thank you for your time in this matter. We can be reached at the above address and phone
number.

Sincerely,

Christopher J. Altieri
Marie Altieri

RECEIVED
DEC 2 8 2009
U.S. BANKRUPTCY COURT, SDNY

# Strattham

1581 Brickell Avenue
Suite #PH-104
Miami, FL  33129

2/5/2009

Dear Chris & Marie,

On Thursday, December 11, 2008, Bernard Madoff was arrested and charged with
criminal securities fraud.  The Securities and Exchange Commission has also filed a civil
fraud suit against Bernard Madoff and his firm, Bernard L. Madoff Investment Securities
LLC ("BMIS"). According to the SEC Complaint, BMIS's business is alleged to have
been a "Ponzi scheme" in which investors' funds were used to create the appearance of
profits and to make distributions to investors.  Based upon statements allegedly made by
Bernard Madoff that are quoted in the Complaint, BMIS's business was "all just one big
lie."  It has been publicly alleged that Madoff's fraud involved a loss in both cash and
securities of as much as US $50 billion.

As you know, the sole investment of Strattham Partners ("Strattham") is a securities
account with BMIS for which BMIS is the investment adviser with discretionary trading
authority.  Only the partnership maintained an account with BMIS. At this time the
present value of Strattham's investment with BMIS is not known or certain.  On Friday,
December 12, 2008, Judge Louis Stanton of the United States District Court for the
Southern District of New York placed BMIS in receivership and appointed Lee Richards
of Richards Kibbe & Orbe LLP as the receiver.  Irving Picard of Baker Hostetler has
since been appointed the trustee in the liquidation proceedings.

According to its website (www.sipc.org), the Securities Investor Protection Corporation ("SIPC") acts as a trustee or works with an independent court-appointed trustee in a missing asset case to recover funds. In general, and according to the information on the SIPC website, SIPC funds may be available to satisfy customer claims subject to review for a maximum recovery of $500,000 on customer securities claims, including a maximum recovery of $100,000 on claims for cash. Other than the SIPC claim, the partnership may also eventually decide to bring one or more legal actions against BMIS and Madoff, or any other legally responsible party, either individually or as part of a class action.

Unless otherwise instructed by the partnership, I will file the SIPC claim on the partnership's behalf. Only one SIPC form may be filed on behalf of the partnership. It is my current intention to file the SIPC form by the March 4, 2009 deadline. The SIPC form does not permit identification of individual partners in a partnership investor. Moreover, it is my current understanding that SIPC may not approve applications of individuals or entities who indirectly invested with Madoff through partnerships such as ours. I urge you, however, to seek your own legal advice regarding your individual rights under SIPC. If you decide to file your own SIPC form, the BMIS account number for Strattham is 1-ZB-262-3-0.

Due to the Madoff and BMIS fraud, the partnership accounting firm Morrison, Brown, Argiz and Farra LLP ("MBAF") and I are exploring whether Strattham will file amended tax returns for 2005, 2006, and 2007. In that event, I will also be working with MBAF to issue revised K-1's to each of the partners in the partnership. MBAF is also working on the 2008 tax return for Strattham and will issue K-1's to the partnership as soon as

possible.  Again, I personally urge you to seek your own legal and accounting advice

with respect to the propriety of filing your own amended returns once you receive the

partnership's revised K-1s.

I will keep you advised of developments as I learn more about the situation.

Sincerely,

Thomas Avellino

# Strattham

1581 Brickell Avenue
Suite #PH-104
Miami, FL 33129

4/5/2009

Dear Chris and Marie,

On Wednesday, April 2, 2009, Strattham Partners ("Strattham") received the following documents: (i) a subpoena from the Securities and Exchange Commission ("SEC") to Strattham; (ii) a subpoena from the SEC to me, in my role as managing partner of Strattham; (iii) a demand letter from the Trustee in the liquidation proceeding of Bernard L. Madoff Investment Securities; and (iv) a subpoena from the Trustee.

As you know, I previously retained Arent Fox to personally advise me in my capacity as managing partner of Strattham. In order to respond to the requests in these documents, I have now separately retained Arent Fox to advise Strattham. Their representation of Strattham is limited to responding to the documents set forth above.

The subpoenas issued by the SEC and the Trustee request documents related to the partnership including: partnership agreements, partner distributions, financial statements, and documents relating to our investments and communications with Madoff. On behalf of the partnership, Arent Fox will gather, review and produce documents responsive to the subpoenas in item (i), (iii) and (iv).

In the demand letter, the Trustee asks that the partnership return $4,250,000 in redemptions that we received from Madoff and then distributed to individual partners pursuant to their prior redemption requests. The trustee is demanding the return of these funds because the transactions occurred within the 90-day period prior to December 11, 2008, the filing date of the Madoff liquidation proceeding. On behalf of the partnership, Arent Fox will contact the Trustee and challenge the Trustee's request that the partnership return the funds.

I will keep you advised of any new developments as they occur.

Sincerely,

Thomas Avellino



44318520   5   08/27/04        85,000.00

44318520   5   08/27/04        85,000.00

**Strattham**
1581 Brickell Avenue
Suite #PH-104
Miami, FL  33129

March 11, 2009

Dear Chris and Marie,

On February 28, 2009, Strattham Partners ("Strattham") filed a claim for reimbursement with the Securities Investor Protection Corporation ("SIPC").  As noted in my last communication with you dated February 5, 2009, each of you should consult with your own personal advisors whether or not you should file your own individual claim with SIPC.

Strattham's outside auditors are still assessing the extent of any potential losses as the result of the investment by Strattham Partners at Bernard L. Madoff Investment Services LLC ("BLMIS").  Therefore, on or before April 15, 2009, Strattham Partners will file a federal extension (Form 7004) with the Internal Revenue Service to extend the filing due date of the 2008 partnership tax return (Form 1065) to September 15, 2009.

Since our outside auditors are still reviewing and assessing potential consequences related to Strattham's investment with BLMIS, they believe it prudent for Strattham to file a protective refund claim for the 2005 federal partnership tax return form (Form 1065) prior to the expiration of the federal statute of limitations on April 15, 2009.  By filing the protective refund claim with the Internal Revenue Service, Strattham will reserve its right to file a 2005 amended partnership return as the result of the investment with BMIS.

I strongly recommend that all partners contact your own tax advisor regarding (1) the filing of an extension of your 2008 personal tax returns; and (2) the preparation and filing of a protective refund claim for your 2005 personal tax returns with the Internal Revenue Service prior to the expiration of the federal statute of limitations on April 15, 2009.

I will continue to keep each of you advised of any new developments in a timely manner.

Sincerely,

Thomas Avellino

# Strattham

1581 Brickell Avenue
Suite #PH-104
Miami, FL  33129

January 14, 2009

Dear Chris and Marie,

I have received several telephone inquiries concerning Bernard L. Madoff Investment Services, ("BLM"). I want to pass along whatever knowledge I have to date concerning the BLM situation.

On December 15, 2008, Judge Louis L. Stanton entered an order in a proceeding filed by the Securities and Exchange Commission in the United States District Court for the Southern District of New York, that appointed Irving Picard as Trustee for the liquidation of BLM pursuant to the Securities Investor Protection Act ("SIPA"). All claims by customers of BLM will be processed by Mr. Picard as SIPA Trustee. The deadline for filing SIPA claims is March 4, 2008. I have received a claim form from the SIPA Trustee and am in the process of reviewing it and the procedure for filing it.

The failure of BLM has created great uncertainty and the ultimate outcome of this unfortunate situation is unknown. It appears that BLM may have provided us with false statements which overstated the balance of our holdings and gains derived there from.

In light of this unusual situation, I recommend that you consider consulting with your own personal advisors on this matter to determine the most appropriate course of action for your particular situation.

I anticipate providing you with additional information on the status of this matter in the near future. Please let me know if you have any questions. I can be reached at 732-673-5247.

Sincerely,

Thomas Avellino

**Schedule K-1
(Form 1065)**

Department of the Treasury
Internal Revenue Service

For calendar year 2008, or tax
year beginning _____
ending _____

# 2008

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

**Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) | 15 Credits |
|    0. | |
| 2 Net rental real estate income (loss) | |
| | 16 Foreign transactions |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| 11 Other income (loss)  B  -60,265. | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss)  A  0. | |

*See attached statement for additional information.

## Part I    Information About the Partnership

**A** Partnership's employer identification number
65-0592338

**B** Partnership's name, address, city, state, and ZIP code

STRATTHAM PARTNERS
9 SAGE STREET
HOLMDEL, NJ  07733

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's identifying number
▄▄▄▄6-6743

**F** Partner's name, address, city, state, and ZIP code

CHRISTOPHER & MARIE ALTIERI
80 LOWER WISNER ROAD
WARWICK, NY 10990

**G** ☒ General partner or LLC
member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 64,640. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -63,489. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 1,151. |

☐ Tax basis    ☐ GAAP    ☒ Section 704(b) book
☐ Other (explain)

*For IRS Use Only*

**LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    Schedule K-1 (Form 1065) 2008

811261
12-31-08

## SCHEDULE K-1 — CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| OTHER INCOME (LOSS) | -60,265. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -60,265. |
| GAIN/LOSS ON RETURN AND NOT ON BOOKS | -3,224. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -3,224. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -63,489. |

## SCHEDULE K-1 — FOOTNOTES

THE PARTNERSHIP HAS CLAIMED A THEFT LOSS DEDUCTION PURSUANT
TO REVENUE PROCEDURE 2009-20 FROM A SPECIFIED FRAUDULENT
INVESTMENT ARRANGEMENT CONDUCTED BY BERNARD L. MADOFF AND
BERNARD L. MADOFF INVESTMENT SECURITIES LLC. YOU MAY HAVE
INDIVIDUAL TAX REPORTING REQUIREMENTS REGARDING THIS. PLEASE
CONSULT YOUR TAX ADVISOR FOR PROPER REPORTING REQUIREMENTS
AS THE TAX CONSEQUENCES MAY VARY AMONGST TAXPAYERS.

13

APPENDIX A

## Statement by Taxpayer Using the Procedures in Rev. Proc. 2009-20 to Determine a Theft Loss Deduction Related to a Fraudulent Investment Arrangement

Part 1. Identification

1. Name of Taxpayer   *Christopher & Marie Altieri*

2. Taxpayer Identification Number   ▓▓▓▓ - *6743*

Part II. Computation of deduction

(See Rev. Proc. 2009-20 for the definitions of the terms used in this worksheet.)

| Line | Computation of Deductible Theft Loss Pursuant to Rev. Proc. 2009-20 | |
|------|------------------------------------------------------------------|------|
| 1 | Initial investment | 85000 |
| 2 | Plus: Subsequent investments | |
| 3 | Plus: Income reported in prior years | 19639 |
| 4 | Less: Withdrawals | (40000) |
| 5 | Total qualified investment (combine lines 1 through 4) | 64639 |
| 6 | Percentage of qualified investment (95% of line 5 for investors with no potential third-party recovery; 75% of line 5 for investors with potential third-party recovery) | 61407 |
| 7 | Actual recovery | |
| 8 | Potential insurance/SIPC recovery | |
| 9 | Total recoveries (add lines 7 and 8) | ( 0 ) |
| 10 | Deductible theft loss (line 6 minus line 9) | 61407 |

Part III. Required statements and declarations

1. I am claiming a theft loss deduction pursuant to Rev. Proc. 2009-20 from a specified fraudulent arrangement conducted by the following individual or entity (provide the name, address, and taxpayer identification number (if known)).

*Bernie Madoff / Strattham Partners*

2 I have written documentation to support the amounts reported in Part II of this document.

3. I am a qualified investor as defined in § 4.03 of Rev. Proc. 2009-20.

4. If I have determined the amount of my theft loss deduction under § 5.02(1)(a) of Rev. Proc. 2009-20, I declare that I have not pursued and do not intend to

14

pursue any potential third-party recovery, as that term is defined in § 4.10 of Rev. Proc. 2009-20.

5. If I have already filed a return or amended return that does not satisfy the conditions in § 6.02 of Rev. Proc 2009-20, I agree to all adjustments or actions that are necessary to comply with those conditions. The tax year or years for which I filed the return(s) or amended return(s) and the date(s) on which they were filed are as follows:

_____ *2005  Filed  4·15·09* _____

_____

_____

_____

Part IV. <u>Signature</u>

I make the following agreements and declarations:

1. I agree to comply with the conditions and agreements set forth in Rev. Proc. 2009-20 and this document.

2. Under penalties of perjury, I declare that the information provided in Parts I-III of this document is, to the best of my knowledge and belief, true, correct and complete.

Your signature here _____  Date signed _____

Your spouse's signature here _____  Date signed _____

Corporate Name _____

Corporate Officer's signature _____

Title _____

Date signed _____

Entity Name _____

         S-corporation, Partnership, Limited Liability Company, Trust

Entity Officer's signature _____

Date signed _____

Signature of executor _____

Date signed _____

651107

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2007**

For calendar year 2007, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss)  0. | **15** Credits | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends  485. | | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss)  4,910. | **18** Tax-exempt income and nondeductible expenses | |
| **9a** Net long-term capital gain (loss)  226. | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions  A  5,000. | |
| **9c** Unrecaptured sec 1250 gain | **20** Other information  A  485. | |
| **10** Net section 1231 gain (loss) | | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | |
| **13** Other deductions | | |
| **14** Self-employment earnings (loss)  A  0. | | |

*See attached statement for additional information.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
65-0592338

**B** Partnership's name, address, city, state, and ZIP code

STRATTHAM PARTNERS
1581 BRICKELL AVENUE # PH-104
MIAMI, FL  33129

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's identifying number
███-6743

**F** Partner's name, address, city, state, and ZIP code

CHRISTOPHER & MARIE ALTIERI
80 LOWER WISNER ROAD
WARWICK, NY 10990

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 64,018. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ 5,621. |
| Withdrawals & distributions | $( 5,000.) |
| Ending capital account | $ 64,639. |

☐ Tax basis    ☐ GAAP    ☒ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

## SCHEDULE K-1        CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| DIVIDEND INCOME | 485. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 4,910. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 226. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 5,621. |
| TOTAL TO SCHEDULE K-1, ITEM L | | 5,621. |

651106

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ **See separate instructions.**

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Part III    Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

## Part I    Information About the Partnership

**A** Partnership's employer identification number
65-0592338

**B** Partnership's name, address, city, state, and ZIP code

STRATTHAM PARTNERS
1581 BRICKELL AVENUE # PH-104
MIAMI, FL  33129

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

## Part II    Information About the Partner

**G** Partner's identifying number
___-6743

**H** Partner's name, address, city, state, and ZIP code

CHRISTOPHER & MARIE ALTIERI
80 LOWER WISNER ROAD
WARWICK, NY 10990

**I** ☒ General partner or LLC        ☐ Limited partner or other LLC
     member-manager                      member

**J** ☒ Domestic partner          ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 58,144. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 5,874. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 64,018. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | 950. |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | 4,542. |
| 9a | Net long-term capital gain (loss) | 382. |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured sec 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss)  A | 0. |

| # | Item | Amount |
|---|---|---|
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information  A | 950. |

*See attached statement for additional information.

For IRS Use Only

JWA  **For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.**

Schedule K-1 (Form 1065) 2006

611261
01-02-07

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
| --- | --- | --- |
| **DESCRIPTION** | **AMOUNT** | **TOTALS** |
| DIVIDEND INCOME | 950. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 4,542. | |
| LONG-TERM CAPITAL GAIN (LOSS) | 382. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 5,874. |
| TOTAL TO SCHEDULE K-1, ITEM N | | 5,874. |

651105

□ Final K-1   □ Amended K-1   OMB No. 1545-0099

**Schedule K-1**
**(Form 1065)**

**2005**

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____ , 2005
ending _____ , 20 ___

**Partner's Share of Income, Deductions,**
**Credits, etc.** ▶ See back of form and separate Instructions.

### Part I

**A** Partnership's employer Identification number
65-0592338

**B** Partnership's name, address, city, state, and ZIP code
Strattham Partners
1581 Brickell Avenue #PH-104
Miami, FL  33129

**C** IRS Center where partnership filed return
Ogden, UT

**D** □ Check if this is a publicly traded partnership (PTP)
**E** □ Tax shelter registration number, if any _____
**F** □ Check if Form 8271 is attached

### Part II

**G** Partner's identifying number
[redacted]43

**H** Partner's name, address, city, state, and ZIP code
Christopher & Marie Altieri
80 Lower Wisner Road
Warwick, NY  10990

**I** ☑ General partner or LLC member-manager   □ Limited partner or other LLC member

**J** ☑ Domestic partner   □ Foreign partner

**K** What type of entity is this partner?  individual

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**M** Partner's share of liabilities at year end:
Nonrecourse . . . . . . $ _____
Qualified nonrecourse financing . $ _____
Recourse . . . . . . $ _____

**N** Partner's capital account analysis:
Beginning capital account . . . $ 87,717
Capital contributed during the year . $ _____
Current year increase (decrease) . $ 5,427
Withdrawals & distributions . . $ (35,000 )
Ending capital account . . . $ 58,144

☑ Tax basis   □ GAAP   □ Section 704(b) book
□ Other (explain)

### Part III

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **15** Credits & credit recapture | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends   345 | | |
| **6b** Qualified dividends | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss)   4,023 | | |
| **9a** Net long-term capital gain (loss)   1,059 | **17** Alternative minimum tax (AMT) items | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | **18** Tax-exempt income and nondeductible expenses | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | **19** Distributions   A   35,000 | |
| **13** Other deductions | **20** Other Information | |
| **14** Self-employment earnings (loss) | | |

*See attached statement for additional information.

*For IRS Use Only*

6511

☐ Final K-1        ☐ Amended K-1        OMB No. 1545-0099

**Schedule K-1**
**(Form 1065)**

**2004**

Department of the Treasury
Internal Revenue Service

Tax year beginning **January 1** , 2004
and ending **December 31** , 20 04

**Partner's Share of Income, Deductions,**
**Credits, etc.**        ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I   Information About the Partnership

**A**  Partnership's employer identification number
65-0592338

**B**  Partnership's name, address, city, state, and ZIP code

Strattham Partners
1581 Brickell Avenue
#PH-104
Miami, FL  33129

**C**  IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

### Part II   Information About the Partner

**G**  Partner's identifying number
     ███6743

**H**  Partner's name, address, city, state, and ZIP code

Christopher & Marie Altieri
80 Lower Wisner Road
Warwick, NY  10990

**I** ☑ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☑ Domestic partner   ☐ Foreign partner

**K**  What type of entity is this partner?  **individual**

**L**  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

**M**  Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ _____ |

**N**  Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 0 |
| Capital contributed during the year | $ 85,000 |
| Current year increase (decrease) | $ 2,717 |
| Withdrawals & distributions | $ ( 0) |
| Ending capital account | $ 87,717 |

☑ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits & credit recapture | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | 302 | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | 2,390 | | | |
| 9a | Net long-term capital gain (loss) | 25 | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 19 | Distributions | |
| 13 | Other deductions | | 20 | Other information | |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

For IRS Use Only



**U.S. Department of Justice**
Federal Bureau of Investigation
FBI - New York
26 Federal Plaza, 23rd Floor
New York, NY  10278
Phone: (212) 384-1000
Fax: (212) 384-4104

January 13, 2009

Marie Altieri
80 Lower Wisner Rd
Warwick, NY  10990

Re: Case Number: 318A-NY-301292,  Madoff

Dear Marie Altieri:

Please note that SIPC and the FBI are two entirely different entities.  The FBI does not have any information regarding SIPC claims.

Your name was referred to the FBI's Victim Assistance Program as being a possible victim of a federal crime.  We appreciate your assistance and cooperation while we are investigating this case.  We would like to make you aware of the victim services that may be available to you and to answer any questions you may have regarding the criminal justice process throughout the investigation.  Our program is part of the FBI's effort to ensure the victims are treated with respect and are provided information about their rights under federal law.  These rights include notification of the status of the case.  The enclosed brochures provide information about the FBI's Victim Assistance Program, resources and instructions for accessing the Victim Notification System (VNS).  VNS is designed to provide you with information regarding the status of your case.

The Victim Notification System (VNS) is designed to provide you with direct information regarding the case as it proceeds through the criminal justice system.  You may obtain current information about this matter on the Internet at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767).  In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.  If you update your information to include a current email address, VNS will send information to that address.  You will need the following Victim Identification Number (VIN) '2319230' and Personal Identification Number (PIN) '9380' anytime you contact the Call Center and the first time you log on to VNS on the Internet.  In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS.  The name you should enter is Altieri.

If you have additional questions which involve this matter, please contact the office listed above.  When you call, please provide the file number located at the top of this letter.  Please remember, your participation in the notification part of this program is voluntary.  In order to continue to receive notifications, it is your responsibility to keep your contact information current.

Sincerely,

Laura Riso
Victim Specialist

# Strattham

1581 Brickell Avenue  Suite PH-104
Miami,  FL   33129

305.859.9351

| Period Covered | 1/1/2006 | through | 9/30/2006 |
|---|---|---|---|

Chris & Marie Altieri
80 Lower Wisner Road
Warwick,  NY   10990

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

| | | |
|---|---|---|
| Beginning Capital | $ | 58,143.84 |
| Capital Added | $ | - |
| Capital Withdrawn | $ | - |
| Profits/(Losses) | $ | 4,575.17 |
| Total Account Balance | $ | 62,719.01 |

Your total return of **7.87%** is based on your average balance of   $   58,143.84

**
**

# Strattham

1581 Brickell Avenue  Suite PH-104
Miami, FL  33129

305.859.9351

| Period Covered | 1/1/2008 | through | 9/30/2008 |
|---|---|---|---|

Chris & Marie Altieri
80 Lower Wisner Road
Warwick,  NY   10990

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

| | | |
|---|---|---|
| Beginning Capital | $ | 64,639.50 |
| Capital Added | $ | - |
| Capital Withdrawn | $ | - |
| Profits/(Losses) | $ | 3,999.99 |
| Total Account Balance | $ | 68,639.49 |

| Your total return of | 6.19% | is based on your average balance of | $ | 64,639.50 |
|---|---|---|---|---|

--
--

# Strattham

1581 Brickell Avenue  Suite PH-104
Miami, FL  33129

305.859.9351

Period Covered    1/1/2007        through        12/31/2007

Chris & Marie Altieri
80 Lower Wisner Road
Warwick, NY  10990

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

| | | |
|---|---|---|
| Beginning Capital | $ | 64,017.59 |
| Capital Added | $ | - |
| Capital Withdrawn | $ | (5,000.00) |
| Profits/(Losses) | $ | 5,621.91 |
| Total Account Balance | $ | 64,639.50 |

Your total return of    **9.00%**    is based on your average balance of        $    62,442.25

THE K-1 TAX INFORMATION FORM WILL BE
MAILED TO YOU UNDER SEPARATE COVER

# Strattham

1581 Brickell Avenue  Suite PH-104
Miami, FL  33129

305.859.9351

Period Covered   1/1/2005          through          12/31/2005

Chris & Marie Altieri
80 Lower Wisner Road
Warwick, NY  10990

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

| | | |
|---|---|---|
| Beginning Capital | $ | 87,717.43 |
| Capital Added | $ | - |
| Capital Withdrawn | $ | (35,000.00) |
| Profits/(Losses) | $ | 5,426.41 |
| Total Account Balance | $ | 58,143.84 |

Your total return of   **8.82%**   is based on your average balance of          $   61,539.35

THE K-1 TAX INFORMATION FORM WILL BE
MAILED TO YOU UNDER SEPARATE COVER

# Strattham

1581 Brickell Avenue  Suite PH-104
Miami,  FL   33129

305.859.9351

Period Covered   1/1/2004         through        12/31/2004

Christopher & Marie Altieri
80 Lower Wisner Road
Warwick,  NY   10990

| | | |
|---|---|---|
| Beginning Capital | $ | - |
| Capital Added | $ | 85,000.00 |
| Capital Withdrawn | $ | - |
| Profits/(Losses) | $ | 2,717.43 |
| Total Account Balance | $ | 87,717.43 |

Your total return of    **9.21%**    is based on your average balance of          $     29,494.54

0
0