December 15, 2009

To: The Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

    And

Irving H. Pickard, Trustee
C/o Baker & Hostetler LLP
Attn: Claims Departments
45 Rockefeller Plaza
New York, New York 10111

Regarding BLMIS Account 1ZA666, claim 005499

I recently reviewed your Determination of Claim letter. You state that I did not have an account and I am not a customer of BLMIS. I had 3 accounts, one directly with Bernard Madoff, and two indirect accounts. The two indirect accounts are Mot Family Investors and Lakeview Investment, LP.

I've attached the Madoff customer account list. Mot Family Investors is listed as an account. Lakeview, was invested in Rye Select Broad Market Fund, LP., also listed on the Madoff customer account list. I disagree with your determination of me not having an account with Bernard Madoff.

You have all of the above records now on file as they were sent certified.

Thank You,

*Stephen Stern*

RECEIVED
DEC 28 2009
U.S. BANKRUPTCY COURT, SDNY

Customers

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| MORRY WEISS | ONE AMERICAN ROAD | CLEVELAND, OH 44144 | | | |
| MORSE FAMILY FOUNDATION INC | 190 STANFORD AVENUE | KENSINGTON, CA 94708 | | | |
| MORSLIFE FOUNDATION INC | 4847 FRED GLADSTONE DRIVE | WEST PALM BEACH, FL 33417 | | | |
| MORTIMER P SHAPIRO | 960 PARK AVENUE | NEW YORK, NY 10028 | | | |
| MORTON CHALEK | 140 LOVELL ROAD | NEW ROCHELLE, NY 10804 | | | |
| MORTON E MARVIN | 220 ELM STREET SUITE 10C | NEW CANAAN, CT 06840 | | | |
| MORTON FLAXBERG | 21666 TOWN PLACE DRIVE | BOCA RATON, FL 33433 | | | |
| MORTON GURRENTZ TRUSTEE | UNDER REVOCABLE TRUST 9/16/80 | 2020 ARDMORE BLVD | PITTSBURGH, PA 15221 | | |
| MORTON KHONE | 4407 QUEEN PALM LANE | TAMARAC, FL 33319 | | | |
| MORTON L CERTILMAN | 50 HERON DRIVE | HEWLETT BAY PARK, NY 11557 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVENUE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L CERTILMAN | 90 MERRICK AVENUE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MORTON L ROSNER | 7155 WIND KEY DRIVE | BOCA RATON, FL 33434 | | | |
| MORTON LEBEN, CPA | 270 NORTH AVE SUITE 707 | NEW ROCHELLE, NY 10801 05101 | | | |
| MORTON SANDERS | GLENWOOD MANAGEMENT CORP | 1200 UNION TURNPIKE BOX 451 | NEW HYDE PARK, NY 11040 | | |
| MORTY WOLOSOFF | 781 FIFTH AVENUE | NEW YORK, NY 10022 | | | |
| MOSAC FUND LP | ATTN: SANDRA L MANZKE | ONE CORPORATE CENTER AT RYE | 555 THEODORE FREMD AVENUE | RYE, NY 10580 | |
| MOSCOW FAMILY FOUNDATION | C/O THOMAS MOSCOW | 14700 ROCKSBOROUGH ROAD | MINNETONKA, MN 55343 | | |
| MOSES & SINGER LLP | 1301 AVENUE OF THE AMERICAS | NEW YORK, NY 10019 06076 | | | |
| MOT FAMILY INVESTORS L P | C/O SCOTT & JEROME PORTER OF | 20 NEWAY | PENNGROVE, CA 94951 | | |
| MOUNT CAPITAL FUND LTD | ARAWAK CHAMBERS SEA MEADOW HSE | PO BOX 173 BLACKBURNE HIGHWAY | ROAD TOWN, TORTOLA | BRITISH VIRGIN ISLDS | |
| MOUNT CAPITAL FUND LTD | AND MOUNT CAPITAL LTD | C/O BISON FINANCIAL SERV LTD | PO BOX 3460 BISON COURT | ROAD TOWN, TORTOLA | BVI |
| MOUNT CAPITAL LIMITED | C/O HEMISPHERE MGMT (IRE) A | NDJ LIMITED 4TH FLOOR BLOCK A | GEORGES QUAY | DUBLIN 2  IRELAND | |
| MOUNT CAPITAL LIMITED | C/O BISON FINANCIAL SERV LTD | PO BOX 3460 BISON CT ROAD TOWN | TORTOLA  BRITISH VI | | |
| MOUNT CAPITAL MGMT LTD | C/O JEREMY STREET | LONDON SW1Y 6EE | OK | | |
| MOUNT CAPITAL MGMT LTD | 213 MOUNT STREET | LONDON W1K 2EP  UK | | | |
| MR & MRS SWANEE B LAWRENCE | 25 WINDEMERE CIRCLE | JACKSON, TN 38305 | | | |
| MR AL EIGEN CPA | 90 MERRICK AVENUE 9TH FLOOR | EAST MEADOW, NY 11554  01572 | | | |
| MR AL EIGEN CPA | 90 MERRICK AVE SUITE 4 | E ROCKAWAY, NY 11518 | | | |
| MR ALAN MAUGHAN | 2 LAWSON AVE SUITE 4 | NEW YORK, NY 10028 | | | |
| MR ALAN ROSENTHAL ESC | 983 PARK AVENUE APT 9E5 | NEW YORK, NY 10028 | | | |
| MR ALVIN R LEVY, CPA | C/O REKGRAFE & ROSENTHAL LLP | 120 E PALMETTO PARK RD STE 4SE | BOCA RATON, FL 33431 04865 | | |
| MR ANDREW PINCUS | WALD & INGLE | 399 THORNALL STREET 3RD FLOOR | EDISON, NJ 08837 | | |
| MR ARMON HURWITZ CPA | MR WEISER | 200 HIGH STREET | BOSTON, MA 02110 | | |
| MR ARNOLD TOREN CPA | THE JACK PARKER CORPORATION | 1700 BROADWAY 34TH FLOOR | NEW YORK, NY 10019 | | |
| MR ARNOLD TOREN CPA | A KOZAK & COMPANY | 192 LEXINGTON AVE SUITE #1100 | NEW YORK, NY 10016 | | |
| MR HARRY CARTON CEO | A KOZAK & COMPANY | 192 LEXINGTON AVE SUITE #1100 | NEW YORK, NY 10016 | | |
| MR BOB JAFFE | CAROSELLA MANAGEMENT LLC | 1275 GLENLIVET DRIVE SUITE 100 | ALLENTOWN, PA 18106 | | |
| MR BRETT RUBINSON | 20 COMMONWEALTH AVE STE 910 | BOSTON, MA 02116 | | | |
| MR CHARLES SAROWITZ, CPA | ATTN: MR SEAN M STEPHAN | VERITABLE LP | 6022 WEST CHESTER PIKE | NEWTOWN SQUARE, PA 19073 | |
| MR COREY BELL | 58 PEMBROKE DRIVE | GLEN COVE, NY 11542 | | | |
| MR D'AMBROZIO | 58 PEMBROKE DRIVE | GLEN COVE, NY 11542 | | | |
| MR D'AMBROZIO | 169 WEST END AVE | BROOKLYN, NY 11235 | | | |
| MR D'AMBROZIO | C/O LIPSKY GOODKIN | 120 W 45TH STREET 7TH FLR | NEW YORK, NY 10036 | | |
| MR D'AMBROZIO | C/O ROSEN, SEYMOUR, SHAPS | MARTINA & CO | 757 THIRD AVENUE | NEW YORK, NY 10017 02049 | |
| MR D'AMBROZIO & CO | BENDER LANE ADVISORY LLC | PO BOX 38016 | ALBANY, NY 12203 08016 | | |
| MR DANIEL RUTNIK, PRESIDENT | BENDER LANE ADVISORY LLC | PO BOX 38016 | ALBANY, NY 12203 08016 | | |
| MR DANIEL RUTNIK, PRESIDENT | THE AVCO COMPANY L P | 101 STATE FARM PLACE | BALLSTON SPA, NY 12020 | | |
| MR D'AMBROZIO & CO | C/O THEODORE SAREF & CO | 1330 BOYLSTON STREET RTE #9 | CHESTNUT HILL, MA 02167 02111 | | |
| MR DAVID BECK OR ASSISTANT | MC GLADREY PULLEN | 280 MAIN STREET | DAVENPORT, IA 52801 | | |
| MR DAVID ESIG | KAPLAN, PLAVIN & STEINHARDT | 43 HERRICK DRIVE | LAWRENCE, NY 11559 | | |
| MR DAVID ESIG | KPMG LLP | 10 PARAGON DRIVE | MONTVALE, NJ 07645 | | |
| MR DAVID ESIG | 425-3 AMWELL ROAD | HILLSBOROUGH, NJ 08844 | | | |
| MR DAVID ESIG | G&W ASSOCIATES | 43 HERRICK DRIVE | LAWRENCE, NY 11559 | | |
| MR DAVID ESIG | FOUR LIGHT TOR ROAD | NEW CITY, NY 10956 05703 | | | |
| MR DAVID M DUCHESNEAU | HARVEY & HOROWITZ | 59 W HAWTHORNE AVE SUITE 400 | VALLEY STREAM, NY 11580 | | |
| MR DAVID O PEBERLING | 13 RIVERSIDE ROAD | WESTON, MA 02493 | | | |
| MR DAVID SANDS | BUCKEINDER TURNER & COMPANY | 1 PENNSYLVANIA PLAZA 53RD FLR | NEW YORK, NY 10119 | | |
| MR DAVID ST GERMAINE | C/O THEODORE SAMET & CO | 1330 BOYLSTON STREET RTE #5 | CHESTNUT HILL, MA 02167 02111 | | |
| MR DAVID ST GERMAINE | MOTECHIN & MARUFFI CPAS PC | 516 FIFTH AVENUE STE 1500 | NEW YORK, NY 10036 | | |
| MR DAVID STEINHARDT | THE AVCO COMPANY L P | PC | ROCKY HILL, CT 06067  01505 | | |
| MR DENNIS MACDONALD | FROST RUTTENBERG & ROTHBLATT | NORTHRIDGE, CA 91325 | | | |
| MR EDWARD O ROTHBLATT | 18155-2 ANDREA CIRCLE NORTH | 111 S SPRINGSTEN ROAD | DEERFIELD, IL 60015 | | |
| MR ELLIOT S KAYE | 15 MAIDEN LANE STE 1905 | NEW YORK, NY 10038 | | | |
| MR ENRICO MARUFFI | MOTECHIN & MARUFFI CPAS PC | 516 FIFTH AVENUE STE 1500 | NEW YORK, NY 10036 | | |
| MR ENRICO MARUFFI | THE AVCO COMPANY LLP | PO BOX 860 | SARATOGA SPRINGS, NY 12866 08660 | | |
| MR ERIC M CHEW | VP - FINANCIAL COUNSELING | PO BOX 15202 | ALBANY, NY 12212  05202 | | |
| MR ERIC M CHEW | VP - FINANCIAL COUNSELING | THE AVCO COMPANY L P | PO BOX 15202 | ALBANY, NY 12212  05202 | |
| MR PERRY WAHL | UNION BANCAIRE PRIVEE | RUE DU RHONE 96-98 | CH-1211 GENEVA  SWITZERLAND | | |
| MR FLIP MACEN | HSBC SECURITIES SERVICES | L-LUXEMBOURG, SA | 40 AVENUE MONTEREY  B P 413 | L-2014 LUXEMBOURG | |
| MR FRANCIS K BROWN II, CPA | VANCE, CRONIN & STEPHENSON | 195 STATE STREET 6TH FLOOR | BOSTON, MA 02109 02301 | | |
| MR FRANCIS K BROWN II, CPA | VANCE, CRONIN & STEPHENSON | 195 STATE STREET 6TH FLOOR | BOSTON, MA 02109 02301 | | |
| MR FRANK KING | 815 FORD ROAD | HIGHLAND HEIGHTS, OH 44143  03101 | | | |
| MR FRED FREIFELD | 5400 S UNIVERSITY DR STE 412-B | DAVIE, FL 33328 05312 | | | |
| MR FRED LEVINE | 125 JERICHO TURNPIKE SUITE 200 | JERICHO, NY 11753 | | | |
| MR FRED LEVINE | 125 JERICHO TURNPIKE SUITE 200 | JERICHO, NY 11753 | | | |
| MR FRED LEVINE | 125 JERICHO TURNPIKE SUITE 200 | JERICHO, NY 11753 | | | |

Customers

| LINE1 | LINE2 | LINE3 | LINE4 | LINE5 | LINE6 |
|---|---|---|---|---|---|
| RUTH EPSTEIN | 4001 HILLCREST DRIVE #611 | HOLLYWOOD, FL 33021 | | | |
| RUTH F GOLDMAN | 6061 PALMETTO CIRCLE NO #C-212 | BOCA RATON, FL 33433 | | | |
| RUTH F GOLDMAN TRUSTEE | VICTOR F GOLDMAN & | RUTH F GOLDMAN TRT DTD 9/26/96 | 6061 PALMETTO CIRCLE N #C-212 | BOCA RATON, FL 33433 | |
| RUTH FRIEDMAN | 40 KNOTT DRIVE | GLEN COVE, NY 11542 | | | |
| RUTH FRIEDMAN | C/O MELVIN MARDER | ONE PARKER PLAZA | FT LEE, NJ 07024 | | |
| RUTH K SONKING | 1 JEFFERSON FERRY DRIVE #B182 | SOUTH SETAUKET, NY 11720 | | | |
| RUTH KAREN | 532 LAGUARDIA PLACE #370 | NEW YORK, NY 10012 | | | |
| RUTH KUGEL | AND JUDITH KUGEL JT WROS | 271-10 GRAND CENTRAL PKWY #4F | FLORAL PARK, NY 11005 | | |
| RUTH KUGEL | 2740 CROPSEY AVENUE | BROOKLYN, NY 11214 | | | |
| RUTH L COHEN | C/O GODSICK | 42 BROADWAY | 301 E 64TH STREET APT 11E | NEW YORK, NY 10021 | |
| RUTH L GOTTESMAN | C/O MARION TALBOT 1ST MANH CO | 614 LAUREL LANE | NEW YORK, NY 10004 | | |
| RUTH RAUCH TRUST U/A 6/10/82 | JUDIE BARROW TTEE | MERRICK, NY 11566 | MONROVIA, CA 91016 | | |
| RUTH LAURA KLASKIN | 111 LORIES AVENUE | MERRICK, NY 11566 | | | |
| RUTH LAURA KLASKIN | 101 EAST 22ND STREET APT# 3L | NEW YORK, NY 10010 | | | |
| RUTH LITWIN TRUST | #B0 CAROLE PITTELMAN | DTD 9/28/93 LEONARD LITWIN TTE | BOX 451 | NEW HYDE PARK, NY 11040 | |
| RUTH M MORRIS | REV TRUST DATED 9/12/00 | 19521 N E 18 PLACE | MIAMI, FL 33179 | | |
| RUTH MADOFF | 133 EAST 64TH STREET | NEW YORK, NY 10021 | | | |
| RUTH MECHANECK | 340 E 93RD STREET APT #22-M | NEW YORK, NY 10128 | | | |
| RUTH NORTON | & LEAH TALL JT WROS | 170/9 STEPHANIE GALEY | 19333 W COUNTRY CLUB DR #427 | AVENTURA, FL 33180 | |
| RUTH PRESS TRUSTEE | PRESS TRUST U/DT 1/2/90 | 6140 SW BOUNDARY STREET #345 | PORTLAND, OR 97221 | | |
| RUTH RINGLER | 767 CENTRAL AVENUE | WOODMERE, NY 11598  02692 | | | |
| RUTH ROSENTHAL | 330 HAVEN AVENUE APT 5H | NEW YORK, NY 10031 | | | |
| RUTH RUSS | P O BOX 423 | LAGUNA BEACH, CA 92652  04023 | | | |
| RUTH S ENNIS TRUSTEE | RUTH S ENNIS SURVIVOR'S TRUST | AND RUBEN SANDERS JT WROS | 7027 COLBATH AVE | VAN NUYS, CA 91405 | |
| RUTH SANDERS | 233 ADDISON PLACE | PARAMUS, NJ 07652 | | | |
| RUTH SCHLESINGER | 11 FIFTH AVENUE | NEW YORK, NY 10003 | | | |
| RUTH SHAPIRO | 2 N BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO | 2 NO BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO TRUST U/D/T 10/31/95 | 2 NORTH BREAKER ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO TRUST U/D/T 4/9/03 | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO TRUST U/D/T 4/9/03 | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO TRUST U/D/T 10/31/95 | 2 NORTH BREAKERS ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SHAPIRO TRUST U/D/T 4/9/03 | 2 NORTH BREAKER ROW #45 | PALM BEACH, FL 33480 | | | |
| RUTH SONNETT | 6320 S W 44TH STREET | LAUDERHILL, FL 33319 | | | |
| RUTH W HOUGHTON | 380 PARK AVENUE | NEW YORK, NY 10021 | | | |
| RUTH W WIDMAN | JACQUELINE W CONNER | ROBERTA W GANZ JT WROS | 301 E 64TH STREET APT 11E | NEW YORK, NY 10021 | |
| RUTH WALLACH | 305 W 66TH STREET APT 13DE | NEW YORK, NY 10023 | | | |
| RUTH WASHERMAN PARTNERSHIP | C/O HENRY SCHWARTZBERG | 2835 OLD CYPRESS N | PALM BEACH GARDENS, FL 33410 | | |
| RUTH WERNER | DR MARVIN WIENER A/C | 6 PURDER LANE | SMITHTOWN, NY 11787 | | |
| RUTH WILK | OR ELLIOT WILK WROS | 4130 TIVOLI COURT -204 | LAKE WORTH, FL 33467 | | |
| RV-M LLC | C/O STERLING EQUITIES | 111 GREAT NECK ROAD | GREAT NECK, NY 11021 | | |
| RYAN EYGES TRUST | DTD 1/26/96 | C/O MARILYN CHERNIS | 13133 TURNBERRY DRIVE | RANCHO MIRAGE, CA 92270 | |
| RYAN EYGES TRUST | 537 PARKER STREET | NEWTON, MA 02159 | | | |
| RYAN TAVLIN TRUST | C/O DORAN TAVLIN | 2232 W LAKE OF THE ISLES PKWY | MINNEAPOLIS, MN 55405 | | |
| RYAN TAVLIN TRUST | C/O DORAN TAVLIN | 8995 PRESERVE BLVD | EDEN PRAIRIE, MN 55347 | | |
| RYAN TAVLIN TRUST U/A 10/1/96 | AND HARVEY KRAUSS ESQ TRUSTEES | 2232 W LAKE OF THE ISLES PKWY | MINNEAPOLIS, MN 55405 | | |
| RYE SELECT BROAD MARKET | C/O STANLEY SHAPIRO | 555 THEODORE FREMD AVE | CORPORATE CTR OR RYE STE C-300 | RYE, NY 10580 | |
| RYE SELECT BROAD MARKET FUND LP | INSURANCE FUND LP | ATTN JAYE SCHLESINGER SUITE C300 | | | |
| RYESAM LTD PARTNERSHIP | C/O TREMONT PARTNERS | ANDOR MARBEROSO SUITE C300 | 555 THEODORE FREMD AVENUE | RYE, NY 10580 | |
| S & F INVESTMENT GROUP | RICHARD EYGES | 25 CARINA ROAD | NORTH HAVEN, CT 06473 | PALM BEACH, FL 31480 | |
| S & F PARTNERSHIP | C/O STEFANIA DELUCA | 30 EAST 71ST STREET APT 16E | NEW YORK, NY 10021 | | |
| S & I PARTNERSHIP | C/O GOLDWORM | 30 EAST 71ST STREET APT 2F | NEW YORK, NY 10021 | | |
| S & J PARTNERSHIP | 20 EAST 74TH STREET APT 16E | NEW YORK, NY 10021 | | | |
| S & L PARTNERSHIP | C/O GOLDWORM | 33 EAST 70TH STREET | NEW YORK, NY 10021 | | |
| S & P ASSOCIATES GEN PTNRSHIP | PORT ROYALE FINANCIAL CENTER | 6350 NORTH FEDERAL HWY STE 210 | FT LAUDERDALE, FL 33308 | | |
| S & R INVESTMENT AND CO | C/O STANLEY SHAPIRO | 983 PARK AVENUE | NEW YORK, NY 10028 | | |
| S & R INVESTMENT CO | STANLEY SHAPIRO | 983 PARK AVENUE APT# 15C | NEW YORK, NY 10028 | | |
| S & V TRUST | ALFRED A SLIFKA TRUSTEE | C/O SLIFKA GLOBAL PETROLEUM | 800 SOUTH STREET | WALTHAM, MA 02454 | |
| SALAN SANDLER | SANDY M SANDLER | AND LORI D SANDLER | 115 POST ROAD | WALNUT CREEK, CA 94595 | |
| S DONALD FRIEDMAN | 40 FIFTH AVENUE APT 42A | NEW YORK, NY 10011 | | | |
| S DONALD FRIEDMAN | 40 FIFTH AVENUE APT 42A | NEW YORK, NY 10011 | | | |
| S DONALD FRIEDMAN | SPECIAL | 1165 5TH AVENUE | NEW YORK, NY 10029  06931 | | |
| S DONALD FRIEDMAN | 40 FIFTH AVENUE APT #42A | NEW YORK, NY 10011 | | | |
| S H & HELEN R SCHEUER FAM FDN INC | C/O 61 ASSOCIATES | 347 FIFTH AVENUE SUITE 1602 | NEW YORK, NY 10016 | | |
| S HOFMARK LLC | C/O MARKS PANETH & SHRON LLP | ATTN PHYLLIS JAFFEE | 622 THIRD AVE 7TH FL | NEW YORK, NY 10017 | |
| S J K INVESTORS INC | 19 PINECROFT ROAD | GREENWICH, CT 06830 | | | |
| S J K INVESTORS INC | 66 TALCOTT ROAD | RYE BROOK, NY 10573 | | | |
| S JAMES CHAMBERS | 4244 CENTERBOARD LANE | STUART, FL 34997 | | | |
| S JAMES CHAMBERS | 4244 CENTERBOARD ROAD | STUART, FL 34997 | | | |
| S JAMES COPPERSMITH | 7 ELMWOOD ROAD | MARBLEHEAD, MA 01945 | | | |
| S JAMES COPPERSMITH | 7 ELMWOOD ROAD | MARBLEHEAD, MA 01945 | | | |
| S JOEL PELZNER | & CAROL A PELZNER JT WROS | 411 HOTT FARM ROAD | NEW CANAAN, CT 06840 | | |
| S K & B BUSINESS SERVICES INC | MALCOLM MC DERMID | 222 SO 9TH STREET STE 1700 | MINNEAPOLIS, MN 55402 | | |
| S K & B BUSINESS SERVICES INC | MALCOLM MC DERMID | 222 SOUTH 9TH STREET STE 1700 | MINNEAPOLIS, MN 55402 | | |
| S R PARTNERS | C/O RUSH PROPERTIES | 1 BARTOW ROAD | GREAT NECK, NY 11021 | | |
| S S LEE PARTNERSHIP | 1221 SOUTH 8TH AVENUE | HANALEI, HI 96714 | | | |
| S WYANNE BUNYAN | P O BOX 445 | PALOS PARK, IL 60464 | | | |
| SABINA CHARYTAN & | CHAIM CHARYTAN JT WROS | 85 VERDIN AVENUE | NEW ROCHELLE, NY 10804 | | |
| SACHES PRESS & LACHER PC | ATTN GARY PRESS | 590 THIRD AVENUE 18TH FL | NEW YORK, NY 10016 | | |
| SACKS PRESS & LACHER PC | GARY LACHER | 600 THIRD AVENUE 18TH FLR | NEW YORK, NY 10016 | | |
| SADIE STERN | AND FLORENCE BRENLING | AND MARION ELLIS JT | 11600 4TH STREET N APT 605 | ST PETERSBURG, FL 33702 | |
| SADIE WOLMETZ | OR ROBERTA PLATES JT WROS | 4074 SW GLENEAGLES CIRCLE | PALM CITY, FL 34990 | | |
| SAFE ASSOCIATES | 830 SEVENTH AVE SUITE 2100 | NEW YORK, NY 10019 | | | |

50 Sunrise Cove
Larkspur, Ca 94939

U.S. POSTAGE PAID
CORTE MADERA, CA
94925
DEC 18, '09
AMOUNT $5.54
00061529-07

CERTIFIED MAIL

7009 1410 0002 3659 4823

The Clerk of the United States
Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

RETURN RECEIPT REQUESTED

10004+1415

DEC 28 2009