Manfred W. Franitza  
27 Lloyd Point Drive  
Lloyd Harbor, NY 11743  
USA  

Tel./Fax : 631 673 3248  
772 234 4549  
Date : December 21. 2009  

e-mail: www.Moinmoin1@AOL.com

Clerk of the United States Bankruptcy Court for  
The Southern District of New York  
One Bowling Green  
New York, New York 10004  

Dear Ladies and Gentlemen,

I refer to the below mentioned 4 Acct. Nos. which represent the investments with Madoff:

December 17, 2009  
Manfred Franitza ( IRA )  
BLMIS Acct. No. 1ZB 521  
Claim No.  000851  

November 19, 2009  
Manfred Franitza Revocable Trust  
BLMIS Acct. No. 1 ZA 025  
Claim No.  000850  

October 19, 2009  
Franitza Family Limited Partnership  
" The Shores "  
BLMIS Acct. No. 1 ZB 315  
Claim No. 00862  

October 19, 2009  
Margrit Franitza ( IRA )  
BLMIS Acct. No. 1 ZB 520  
Claim No. 000812  

It was my intention to present all 4 cases together in one letter and it is for this reason that most unfortunately I am late with 3 answers because letter No. 1 Claim 000851 arrived only yesterday. I therefore would appreciate it very much if you would still accept the preceding 3 cases..

As to the issue itself I wish to inform you that to me the process money-in/ money out is objectionable when compared with the "net equity" process which is fair. It also gives you a better bases to calculate the losses.  
Thank you for your attention.

*Manfred Franitza*

[Received stamp: DEC 28 2009 U.S. BANKRUPTCY COURT, SDNY]