December 20, 2009

Maxine S. Stewart Trust
1955 Eustis Street
Lauderdale, Minnesota 55113



Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attention Claims Department
45 Rockefeller Plaza
New York, New York 10111

In response to your communication of 12/08/2009 your determination is that I did not have an account with BLMIS. And that therefor my claim is denied. I would ask consideration be given to feeder funds that directly submitted monies, of mine and my family to be funneled into the Madoff Securities LLC. How different is that exercise of investment from what you have identified in your correspondence of denial of December 8. 2009?

I believe my claim is legitimate and deserves consideration.

I await your response,

Sincerely

Maxine Stewart