December 19, 2009

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York, 10004

Gentlemen,

I have read your Letter of December 8, 2009 re the liquidation of the business of Bernard L. Madoff Investment Securities LLC and still cannot believe that you chose to ignore all people such as myself – who have lost all our retirement funds – as it was invested through a Partnership instead of being invested directly into BLMIS

Our Partnership whether invested under Jay North Investments or Lambeth etc... must have been listed among the clients of BLMIS. According to the press Stanley Chais was a leading feeder of Bernard L. Madoff.

We have been lied to, cheated and now we do not even EXIST.

Sincerely,

*[signature]*

Marie-Antoinette Nelly Baers-Bright
C/o D. Slusher
322 Aoloa St. # 502
Kailua, HI 96734

RECEIVED
DEC 2 8 2009
U.S. BANKRUPTCY COURT, SDNY

Cc: Irving H. Picard, Esq,
Trustee
Bernard L. Madoff Investment Securities LLC, In Liquidation