December 21, 2009

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

**Bankruptcy Case #: 08-1789 (BRL)**

To all Concerned Parties:

I, Cindy Wallick do not accept your denial of my case regarding the Bernard Madoff Securities Fraud. I had an account with S&P Associates, Fort Lauderdale for more than 15 years and monthly statements were provided to me with Bernard Madoff name. I find it regrettable that Mr. Picard feels the feeder funds should not be allowed any reciprocity, as the damage has been equally felt amongst all.
The SEC had numerous warning signs regarding the fraudulent activity of Mr. Madoff over the years and chose to ignore them due to his high regard in the financial world.
This entire fraudulent scheme has turned my and my children's lives upside down. I have 3 children in college and now all is gone.
I do think it only fair for feeder funds to be considered the same as individuals with Bernard Madoff.
I also ask why Frank Avellino and Michael Bienes have not been arrested regarding this case. As we all know they were investigated in 1992 and shut down by the SEC. Neither respected the US government mandates and went on church missions to find liaisons for there on going fraudulent activity with Mr. Madoff. Unfortunately, I met Mr. Michael Sullivan at church whom turns out 15 years later to be a front man for Avellino and Bienes. Due to the Avellino and Bienes case not being widely published, many have fallen victim to there wrong doing.
I am a hard working single mother that has had nothing given to me, but yet the SEC allows all to be taken away at the blink of any eye. How unfair is the system. Our lives have been devastated and you deny me for doing the right thing all of my life, abiding by the law, paying my taxes and raising my children with dignity. What does all of this say for America?
I ask you to reconsider my case.
Thanking you in advance!

Cindy Wallick
1237 SW 21st St
Fort Lauderdale, FL 33315
954-261-6595

RECEIVED DEC 2 8 2009 U.S. BANKRUPTCY COURT, SDNY

(**Please note a new address.** Due to the above I have been forced to move and my old address is now in foreclosure. Thanx Mr. Madoff)

10/16/08

S & P Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
Phone: (954) 492-0088  Fax: (954) 938-0069
Email: InvestIt@bellsouth.net

Cindy Wallick                                                          SSN/FEI
459 NE 15th Ave.                                                       -4895
Ft. Lauderdale, FL 33301

*NOTE: This report is provided to assist you in evaluating the operations of S&P Associates, General Partnership, and the performance of your general partnership interest. This information should NOT be relied upon for Income Tax purposes.*

## Activity/ Status Report
## 1/1/08 to 9/30/08

| | |
|---|---:|
| Balance Forward 12/31/07 | 1,541,640.39 |
| Deposits | 0.00 |
| Withdrawals | -90,000.00 |
| *Miscellaneous Expenses | -523.67 |
| Management Fee Expense | -22,563.64 |
| Adjustments | 0.00 |
| **Realized Gain/Loss for Current Year** | **108,283.38** |
| **Realized Ending Balance** | **1,536,836.46** |
| | |
| Unrealized Gain/Loss on Open Securities | 4,534.82 |
| 1/1/08 to 3/31/08 | |
| TOTAL REALIZED/UNREALIZED BALANCE | **$1,541,371.28** |
| Balance Forward 12/31/07 | |
| | |
| NET ANNUALIZED RETURN | **7.93%** |

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service charges.

---

*This information is being provided to you for your review and decision making in your capacity as a general partner. All data provided above is subject to verification by you. Please review data for discrepancies. Please also note that the ending balance may not represent your actual capital account balance. Rather, it represents your balance, subject to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the partnership.*

10/16/08

SPJ Investments, Ltd.
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
Phone: (954) 492-0088 Fax: (954) 938-0069
Email: InvestIt@bellsouth.net

RAI Account#
60000077463

**IRA Account**

Cindy Wallick
459 NE 15th Ave.
Ft. Lauderdale, FL 33301

SSN
████-4895

*NOTE: This report is provided to assist you in evaluating the operations of SPJ Investments, Ltd. Partnership, and the performance of your general partnership interest. This information should NOT be relied upon for Income Tax purposes.*

## Activity/ Status Report
## 1/1/08 to 9/30/08

| | |
|---|---:|
| Balance Forward 12/31/07 | 130,126.64 |
| Deposits | 0.00 |
| Withdrawals | -1,000.00 |
| *Miscellaneous Expenses | -44.97 |
| Management Fee Expense | -1,937.79 |
| Adjustments | 0.00 |
| **Realized Gain for Current Year** | 9,299.50 |
| REALIZED ENDING BALANCE | 136,443.38 |
| Unrealized Gain/Loss on Open Securities | 389.46 |
| TOTAL REALIZED/UNREALIZED BALANCE | $136,832.83 |
| NET ANNUALIZED RETURN | **7.93%** |

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service charges.

---

*This information is being provided to you for your review and decision making in your capacity as a limited partner.
All data provided above is subject to verification by you. Please review data for discrepancies. Please also note that
the ending balance may not represent your actual capital account balance. Rather, it represents your balance, subject
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the partnership.*

10/16/08

S & P Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
Phone: (954) 492-0088 Fax: (954) 938-0069
Email: InvestIt@bellsouth.net

Wallick Family Edcational Trust
C/O Gregg and Cindy Wallick
459 NE 15th Ave.
Ft. Lauderdale, FL 33301

TIN
20-6895326

*NOTE: This report is provided to assist you in evaluating the operations of S&P Associates, General Partnership, and the performance of your general partnership interest. This information should NOT be relied upon for Income Tax purposes.*

### Activity/ Status Report
### 1/1/08 to 9/30/08

| | |
|---|---:|
| Balance Forward 12/31/07 | 95,576.80 |
| Deposits | 0.00 |
| Withdrawals | -15,000.00 |
| *Miscellaneous Expenses | -31.78 |
| Management Fee Expense | -1,369.17 |
| Adjustments | 0.00 |
| **Realized Gain/Loss for Current Year** | 6,570.67 |
| **Realized Ending Balance** | <u>85,746.52</u> |
| Unrealized Gain/Loss on Open Securities | 275.17 |
| TOTAL REALIZED/UNREALIZED BALANCE | <u>$86,021.70</u> |
| NET ANNUALIZED RETURN       7.93% | |

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service charges.

---

*This information is being provided to you for your review and decision making in your capacity as a general partner. All data provided above is subject to verification by you. Please review data for discrepancies. Please also note that the ending balance may not represent your actual capital account balance. Rather, it represents your balance, subject to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the partnership.*

# *S&P Associates, General Partnership*

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088
Fax 954-938-0069
Email: Invesit@bellsouth.net

12/20/08

Dear General Partner:

It has come to our attention, as I am sure you are aware by now, that Bernard L. Madoff was arrested on December 11, 2008. We are shocked and surprised by these events as Mr. Madoff had a valued reputation on Wall Street and in the history of the stock market. All of our assets are held in a securities account with Bernard L. Madoff Investment Securities, LLC. The SEC has frozen all assets of Bernard L. Madoff Investment Securities, LLC. The freeze of the assets includes the partnership accounts. We have made demand for all assets in our account however no direct response has been received at this time.

We are attempting to obtain information with regard to this situation and to communicate with appropriate authorities concerning the status of our account with Bernard L. Madoff Investment Securities, LLC. We are doing what we can to protect the interests of the partnership.

We will keep you informed as we receive information. Please email us your email address so we can keep you updated timely as facts are known. Our email address is ***Investit@bellsouth.net***

Please call us if you have any questions. Thank you.

Sincerely,

Michael D. Sullivan
Managing General Partner

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP
PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL    33308

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1254
YOUR ACCOUNT NUMBER: 1-ZA874-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,667,627.59 |
| 11/06 | 3,375 | | 11103 | APPLE INC | 105.380 | 355,792.50 | |
| 11/06 | 6,000 | | 11338 | ABBOTT LABORATORIES | 55.090 | 330,780.00 | |
| 11/06 | 4,125 | | 11573 | AMGEN INC | 60.350 | 249,108.75 | |
| 11/06 | 3,000 | | 11808 | BOEING CO | 51.120 | 153,480.00 | |
| 11/06 | 19,500 | | 12043 | BANK OF AMERICA | 23.840 | 465,660.00 | |
| 11/06 | 2,250 | | 12278 | BAXTER INTERNATIONAL INC | 60.600 | 136,440.00 | |
| 11/06 | 4,500 | | 12513 | BANK OF NEW YORK MELLON CORP | 32.290 | 145,485.00 | |
| 11/06 | 7,500 | | 12748 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 154,875.00 | |
| 11/06 | 2,625 | | 12983 | ANHEUSER BUSCH COS INC | 62.470 | 163,983.75 | |
| 11/06 | 21,000 | | 13218 | CITI GROUP INC | 13.530 | 284,970.00 | |
| 11/06 | 11,250 | | 13453 | COMCAST CORP CL A | 15.790 | 178,087.50 | |
| 11/06 | 6,000 | | 13688 | CONOCOPHILIPS | 51.120 | 306,960.00 | |
| 11/06 | 22,875 | | 13923 | CISCO SYSTEMS INC | 17.520 | 401,085.00 | |
| 11/06 | 5,625 | | 14158 | CVS CAREMARK CORP | 30.510 | 171,843.75 | |
| 11/06 | 7,875 | | 14393 | CHEVRON CORP | 73.740 | 581,017.50 | |
| 11/06 | 7,500 | | 14628 | THE WALT DISNEY CO | 24.760 | 186,000.00 | |
| 11/06 | 40,125 | | 14863 | GENERAL ELECTRIC CO | 19.600 | 788,055.00 | |
| 11/06 | 750 | | 15098 | GOOGLE | 356.520 | 267,420.00 | |
| 11/06 | 1,500 | | 15333 | GOLDMAN SACHS GROUP INC | 91.870 | 137,865.00 | |
| 11/06 | 6,750 | | 15568 | HOME DEPOT INC | 23.300 | 157,545.00 | |
| 11/06 | 9,375 | | 15803 | HEWLETT PACKARD CO | 38.310 | 359,531.25 | |
| 11/06 | 5,250 | | 16038 | INTERNATIONAL BUSINESS MACHS | 92.800 | 487,410.00 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

*+18 additional pages*
*To Mr. Picard Ran ahead*
*Record*