AKERMAN SENTERFITT LLP
335 Madison Avenue
Suite 2600
New York, NY 10017-4636
Main: 212.880.3800
Fax: 212.880.8965
By: Susan F. Balaschak, Esq.
    Keith N. Costa, Esq.
Attorneys for David Gross and Irma Gross

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

BERNARD L. MADOFF INVESTMENTS          Bankruptcy Case No. 08-1789 (BRL)
SECURITIES, LLC,

                Debtor.

_____/

## CERTIFICATE OF SERVICE

I, Susan F. Balaschak, am a shareholder at Akerman Senterfitt LLP and hereby certify that on December 28, 2009, I caused to be served Objection to Trustee's Determination of Claims 000058 and 015790 by David and Irma Gross and Request for Hearing.

Service was made via (i) the United States Bankruptcy Court for the Southern District of New York's electronic filing system to all parties indicated on the electronic filing receipt and (ii) FedEx, postage prepaid, upon the following entity of record:

Clerk of the United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Honorable Burton R. Lifland

{NY088531;1}

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 100111

Dated: New York, New York
       December 29, 2009                      AKERMAN SENTERFITT LLP

                                              By: /s/ Susan F. Balaschak
                                                  Susan F. Balaschak, Esq. (SFB 1901)
                                                  Keith N. Costa, Esq. (KNC 1213)
                                                  335 Madison Avenue
                                                  Suite 2600
                                                  New York, NY 10017-4636
                                                  Main: 212.880.3800
                                                  Fax: 212.880.8965

{NY088531;1}