# 100 rue du RHÔNE AVOCATS
# COTTIER avocats associés UDRY

100 RUE DU RHÔNE 1204 GENÈVE SUISSE
TÉL. +41 22 366 66 00 | FAX. +41 22 366 66 01 | www.100rhoneavocats.ch

Christian de Preux, avocat
christian.depreux@100rhoneavocats.ch

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York
New York 10004
USA

RECEIVED
DEC 2 8 2009

Geneva, 18 December 2009
CDPR/sl

Trustee's Determination of Claim

Dear Sir or Madam,

I represent the interests of Mr. Marian Staniszewski, residing at 5, rue Ecole de Commerce, 1004 Lausanne, Switzerland.

Following your letter of 8 December 2009, which denies that Mr. Staniszewski is a customer of BLMIS, my client expresses his

## OPPOSITION

to the trustee's determination of claim.

<u>I remind you that Mr Staniszewski is a shareholder of Fairfield Sentry Limited (the Company).</u>

Since July 26, 2005, Mr. Staniszewski is the owner of 30 Shares of the Company. These shares are currently held with bank Clariden Leu, 1,

2

Quai du Mont-Blanc, P.O. Box CH 1211 Geneva 70, Switzerland (the Bank). The shares are being held through the Bank's custodian CITCO Global Custody, NV. For the purchase of the shares, Mr. Staniszweski has invested <u>USD 31,730</u>.

Within the liquidation of the Company, exclusively due to the fraud generated by Mr. Bernard Madoff, my client claims the repayment of USD 31,730 corresponding to his initial investment in the shares he owns.

<u>As a shareholder of Fairfield Sentry Limited, Mr Staniszewski considers himself a customer of BLMIS under SIPA, even though his personal name might not appear in the available books and records of BLMIS.</u>

Mr. Staniszewski will not be able to travel to New York for a hearing before the Bankruptcy Judge.

He expects to be informed about the follow-up of his opposition as well as about all proceedings generally relating to his Claim for securities and/or credit balance.

Thank you in advance for sending any other useful information concerning the above mentioned matter.

Kind regards

*[signature]*
Christian de Preux