**Clerk of the United States Bankruptcy Court**

12/21/09

Gentleman: I am an indirect investor in the Bernard L. Madoff Investment Securities LLC (BLMIS) thru the Beacon LLC Account # 000406.

I disagree with the determination of my claim by the Trustee Irving H. Picard for BLMIS for the following reasons:

1. There was no difference between a direct investment and my indirect investment because the funds were never invested in any securities for the last 10 to 15 years; the perpetrator just fraudulently held them. My investments were made between 2003 and 2008.

2. Beacon Associates gave an average of 75% of the funds to BLMIS each year, not as a securities firm or in an advisory capacity but purely as a transfer agent. For that reason my account should be treated by SIPC the same as any investment in BLMIS.

For the reasons stated above, I request a hearing and hopefully a reversal of the determination of this matter.

Sincerely,

Robert E. Decker MD (retired)
127 Olivera Way
Palm Beach Gardens, FL 33418
561-694-2021

RECEIVED DEC 29 2009 U.S. BANKRUPTCY COURT, SDNY

**BEACON/ANDOVER**
GROUP
ALTERNATIVE INVESTMENTS

## BEACON ASSOCIATES LLC I
## STATEMENT OF CAPITAL ACCOUNT
## (UNAUDITED)

10/21/2008

**TO: Robert E. Decker, IRA, NTC & Co.**

The following is a summary of your capital account in Beacon Associates for the period ended October 1, 2008

| | |
|---|---:|
| Value of Your Capital Account on July 1, 2008 | $2,183,854.68 |
| Capital Contributions (Withdrawals) During the three month period ended September 30, 2008 | $200,000.00 |
| Net Income (loss) for the three month period ended September 30, 2008 | <u>$14,099.40</u> |
| Value of your Capital Account as of September 30, 2008 | $2,397,954.08 |
| Capital Contributions (Withdrawals) as of October 1, 2008 | <u>$0.00</u> |
| Value of your Capital Account as of October 1, 2008 | <u>**$2,397,954.08**</u> |

*[handwritten: MADOFF = 74 6/0 or 1,323,091]*

Note: The above figures are net of management fees to date

**BEACON ASSOCIATES LLC I**

**IVY** ASSET MANAGEMENT CORP.

Beacon Associates LLC

Robert E. Decker, IRA, NTC & Co.

| Date | Contributions |
|---|---|
| 01/01/2006 | - |
| 02/01/2006 | - |
| 03/01/2006 | - |
| 04/01/2006 | - |
| 05/01/2006 | - |
| 06/01/2006 | - |
| 07/01/2006 | - |
| 08/01/2006 | - |
| 09/01/2006 | - |
| 10/01/2006 | - |
| 11/01/2006 | 284,560 |
| 12/01/2006 | - |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2007 | - |
| 02/01/2007 | - |
| 03/01/2007 | - |
| 04/01/2007 | - |
| 05/01/2007 | - |
| 06/01/2007 | - |
| 07/01/2007 | - |
| 08/01/2007 | - |
| 09/01/2007 | - |
| 10/01/2007 | - |
| 11/01/2007 | - |
| 12/01/2007 | - |
| Total Investor Activity | |

| Date | Contributions |
|---|---|
| 01/01/2008 | - |
| 02/01/2008 | - |
| 03/01/2008 | 100,000 |
| 04/01/2008 | 149,000 |
| 05/01/2008 | - |
| 06/01/2008 | - |
| 07/01/2008 | - |
| 08/01/2008 | - |
| 09/01/2008 | 200,000 ✱ |
| 10/01/2008 | - |
| 11/01/2008 | - |
| 12/01/2008 | - |
| Total Investor Activity | |

*[handwritten notes:]*

SUMMARY

— ✱ TOTAL IRA CONTRIBUTIONS $1,787,961

— ✱✱ MADOFF — $1,323,091

(2)   IRA