December 21, 2009

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004



RECEIVED
DEC 29 2009
U.S. BANKRUPTCY COURT, SDNY

**Re: Bankruptcy Case No. 08-1789 (BRL)**

To Whom it May Concern:

Please accept this letter as my written opposition to the Notice of Trustee's Determination of Claim received on December 8, 2009. I am sending this notice of opposition on the grounds that the capital loss I sustained was as a direct result of the fraudulent practices at Bernard L. Madoff Investment Securities LLC. Enclosed, please find the following supporting documents:

- My original claim sent to you, Irving H. Picard, Trustee for the liquidation of Business of Bernard L. Madoff Investment Securities LLC, on behalf of Allan Starr signed on February 2, 2009 along with Federal Express delivery confirmation
- My original claim sent to you, Irving H. Picard, Trustee for the liquidation of Business of Bernard L. Madoff Investment Securities LLC, on behalf of Allan Starr's investment in AIJED International signed on June 6, 2009 along with Federal Express delivery confirmation

By filing this letter with your office, it is my intention to obtain a hearing before Bankruptcy Judge Burton R. Lifland for purposes of reversing this denial of claim. Please note, I will file the same written opposition with Irving H. Picard, Trustee.

Thank you for your consideration in this matter.

Regards,

*[signature]*

Allan Starr, Esq.

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**[1]

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

ALLAN STARR
160 EAST 38th STREET
NEW YORK, NY 10016

Dear ALLAN STARR:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 001695:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

*/s/ Irving Picard*

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC