DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
James P. Smith III (jpsmith@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------x

SECURITIES INVESTOR
PROTECTION CORPORATION,

           Plaintiff-Appellant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendants.

SIPA Liquidation
(Substantively Consolidated)
Adv. Pro. No. 08-01789

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

---------------------------------------x

In re:

BERNARD L. MADOFF,

           Debtor.

---------------------------------------x

PLEASE TAKE NOTICE that Dewey & LeBoeuf LLP hereby appears in the above-captioned case as counsel to Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani. Pursuant to Section 1109(b) of Title 11 of the

United States Code (the "Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dewey & LeBoeuf LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon the following persons at the addresses and numbers set forth below:

Seth C. Farber
Kelly A. Librera

1301 Avenue of the Americas
New York, NY 10019-6092
Telephone (212) 259-8000
Facsimile: (212) 259-6333

E-mail:    sfarber@deweyleboeuf.com
           klibrera@deweyleboeuf.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of the substantive or procedural rights of Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani including without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) the right to trial by jury in any proceeding so triable or in any case,

2

controversy, or proceeding related hereto, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani, are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: December 31, 2009
New York, New York

DEWEY & LeBOEUF LLP

By: *Kelly A Librera*
Seth C. Farber
Kelly A. Librera
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Diana P. Victor, Ariana Victor, Justin Victor Baadarani, Shoshanna Remark Victor and Leila Victor Baadarani*

3

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NEW YORK )

RANDALL L. MORRISON, JR., being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 31st day of December, 2009, I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES by hand to the attorney listed below at his address designated for service of papers, as follows:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

*/s/ Randall L. Morrison, Jr.*
RANDALL L. MORRISON, JR.
Lic. No. 1298239

Sworn to before me this
31st day of December, 2009

*/s/ Christina Belanger*
NOTARY PUBLIC

CHRISTINA I. BELANGER
NOTARY PUBLIC, State of New York
No. 01BE-4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 2013