**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
SECURITIES INVESTOR PROTECTION        )
CORPORATION,                                           )
                                                                    )
                                    Plaintiff,             )
                                                                    )         Adversary Proceeding
v.                                                                )         No. 08-01789-BRL
                                                                    )
BERNARD L. MADOFF INVESTMENT     )         SIPA Liquidation
SECURITIES, LLC,                                     )         (Substantively Consolidated)
                                                                    )
                                    Defendant          )
_____)
                                                                    )
In re:                                                          )
                                                                    )
BERNARD L. MADOFF,                              )
                                                                    )
                                    Debtor.             )
_____)

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Richard L. Brittain, Esq., of the law firm Bird, Loechl, Brittain & McCants, LLC, request admission, ***pro hac vice***, before the Honorable Burton R. Lifland, to represent the following claimants in the above-referenced matter and in any related adversary proceedings:

   Festus & Helen Stacy Foundation, Inc.
   Gary Bizzell (& Gary Bizzell IRA Account)
   Patrick and Patricia Cooney
   Sharon Falls (& Sharon Falls IRA/SEP Account)
   Stepelton Advisors, Inc.
   Brett Stepelton (& Brett Stepelton IRA Account)
   Douglas Stepelton
   Douglas Stepelton Trust
   Virlee Stepelton
   Jennifer Stepelton (f/k/a Jennifer Cooney) (& Jennifer Stepelton IRA Account)
   Sean Stepelton (& Sean Stepelton IRA/SEP Account)

*I certify that I am a member in good standing* of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: December 31, 2009
Atlanta, Georgia

                                                        /s/ Richard L. Brittain

Richard L. Brittain
Georgia Bar No. 083275
Bird, Loechl, Brittain & McCants, LLC
1150 Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326
*E-mail address*: rbrittain@birdlawfirm.com
Telephone: (404) 264-9400
Fax: (404) 365-9731