2150 Center Avenue 11C
Fort Lee, NJ 07024
12/30/2009
201-242-4467

**With reference to Claim # 012775**

Clerk of the US Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004

Dear Sir:

We wish to register our objection to the denial of the above claim by Irving H. Picard, the Trustee for the liquidation of the Business of Bernard L. Madoff Investment Securities. The basis of his ruling is that we do not have standing for compensation for our losses as indirect investors in Bernard Madoff's Ponzi scheme.

We deem Trustee Picard's decision in this matter to be completely arbitrary, and one that the courts will overturn, or that the legislature will remedy.

Truly yours,

Ralph Schiller

*Ralph Schiller*

Bernice Schiller, deceased
Ralph Schiller, Executor of Bernice Schiller's Estate

*Ralph Schiller*