# Intertrust

Clerk of the United States
Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York
New York 10004

Guernsey Martello Court, Admiral Park
St. Peter Port, Guernsey GY1 3HB

tel +44 (0)1 481 211 000
fax +44 (0)1 481 211 001
post address P.O. Box 119, Martello Court, Admiral Park
St. Peter Port, Guernsey GY1 3HB

guernsey@intertrustgroup.com
www.intertrustgroup.com

date       24 December 2009
your reference   Claim No. 008046
our reference    C1931
subject    The Lavender Trust
telephone  Tony Rigden
email      tony.rigden@intertrustgroup.com

RECEIVED
DEC 30 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Sir/Madam,

**Ref:**  **Bernard L Madoff Investment Securities LLC (in Liquidation)**
**Bankruptcy Case No. 08-1789 (BRL)**
**Claim No. 008046**

Further to the 'Notice of Trustee's Determination of Claim' dated 8th December 2009, we hereby wish to register our disagreement with the determination that we do not hold an account with BLMIS, and we desire a hearing before Bankruptcy Judge Burton R Lifland in order to establish that the shares are held by Fortis Banque (Suisse) S.A. on behalf of the trust as specified in our original covering letter to Irving H Picard Esq..

To this effect, we hereby enclose a copy of our original claim form and enclosures submitted to Irving H Picard Esq on 2nd March 2009. In addition, we wish to introduce a copy of a letter received from Fortis Banque (Suisse) S.A., dated 05 June 2009, confirming that the holding of 2,404 shares Kingate Euro Fund Ltd (VGG525601024) is held with that institution. Specifically, 'the bank holds the securities in its name on behalf of the customers'. A claim form accompanied the letter. However, as the trustees had already submitted a claim in March, there was no requirement to prepare a second document.

Yours faithfully
For BGL Trustees Limited as Trustee of The
Lavender Trust

..................................................
Director

Yours faithfully

..................................................
Director