December 30, 2009

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn. Claims Department
45 Rockefeller Plaza
New York, New York 10111

*c/o*

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green,
New York, New York 10004

Reference: Notice of Trustee's Determination of Claim
CLAIM No.005128

Dear Irving H. Picard,

I received your notice that denies my case. I consider important for you to know the following information:

I invested thru American Express Bank which now is The Standard Chartered Private Bank. The Bank has recently informed me, as of December 23, 2009, that Standard Chartered is doing the claim against the liquidators of Fairfield Sentry Limited ("Sentry") for their clients that were affected with Bernard L. Madoff Investment Securities LLC, which includes my case. Please see the letter attached which refers to this matter, dated December 4, 2009.

I am also enclosing documentation that supports my investment.
The transaction concerning this case was made as follows:
PATRICIO MALDONADO
Name of the Security: Fairfield Sentry Ltd Shs Hedge Fd (Off Shore) ISIN VGG3299L1004.
Security No. 994280-100
Security Name: Fairfield Sentry Ltd. –Pend Del-
Transaction date: April 28, 2008.
Net Amount: 100.000

Best Regards,

Patricio Maldonado
Granda Centeno #1224 y Vasco de Contreras
Quito-Ecuador

Note: Please send any further information to my address in Ecuador and to my daughter's address in USA, who is assisting me in this matter, as follows:
**Maria-Jose Maldonado-Perez**
**5001 SW. 104th Ave**
**Cooper City, FL 33328**
**Contact number: 954-680-5645**