Mr.
Baker & Hostetler
Counsel to Market Leaders
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY10111

DEC 3 1 2009

U.S. BANKRUPTCY COURT, SDNY

Dear Irving:

After greeting him I Express my surprise, disgust and opposition to the ruling that you have issued (Denied) against me regarding my claim and I go necessarily to the To Bankruptcy judge Burton R Lifland, case No. 08-1789 (BRL), as I explained above During all my years of work I've been saving my money to put it in a secure and reliable manner on its market, since in our country, economic security conditions are virtually null, uncertain and unsafe, as a result of bad economic policy and very high risk for this reason and being a person of elderly (65 years old) I chose to put my savings is its market to ensure my survival with my money the years I left life. You will understand persons 65 years old, already not we can work in our countries because simply aren't considered in the population as suitable for work. However in the United States, these people are considered and always have an opportunity to work. as well as benefits and rights. I have depended under my charge and responsibilities with them, they are minors. My daughter and two grandchildren, whom I have to feed, educate, clothing, and pay their schools, apart from insurance doctor by any accident that might have. Not counting currently money to fulfill my dependents, nor can I pay any type of insurance doctor to care medical both mine as of them. I request please designs in manage my money back thing more soon possible, because this money is basic in order to survive with dignity and not wanting to proceed with a lawsuit against you, will be wait a response as more soon possible, as I am being injured.

My Husband is retired and suffers from arthritis widespread throughout the body, gout, excess uric acid and prostatitis, conditions that make it impossible for any movement or activity and convert it to a disabled person with few resources to look after themselves, why which is limited by the economically and can not contribute to the daily costs of basic necessities that I have to face. I also suffer from cerebral hypertension and ocular hypertension. And neither have health insurance. Everything said in this paper support the sending of documentation.

We have to return my money also to live with dignity, resolve in the coming years for both diseases and the needs of my family I have in charge, not to mention possible diseases as they occur in old age.

I feel outraged at having been cheated unfairly, I remember that I am in Peru, South America and the laws of my country does not work like the USA are different systems, here pensioners earn very little. And how can it help me to defend myself there with a bankruptcy attorney?

In future please send the documentation in Spanish

This notification I received on December 19, and you send it on 08 December, note that the correspondence between the two countries takes too long to arrive. I need to let me know if it is necessary or not I submit to the Court-Judgment or send a representative, familiar with power given by my.

Thank you for your understanding and hope to soon have good news for me.

sincerelly

*[signature]*
Eugenia Cecilia Barreto Salazar