MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas (JT-5533)

*Attorneys for Mutua Madrileña Automovilista Ramo de vida*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION (Substantively Consolidated) |
| Plaintiff, | Adversary Proceeding No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as attorneys for Mutua Madrileña Automovilista Ramo de vida in the above-captioned SIPC proceeding. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be

17611732                                          1

given and served upon Mayer Brown at the office, address and telephone number set forth below:

Jeffrey G. Tougas
Mayer Brown LLP
1675 Broadway
New York, New York 10019
PH: 212-506-2500
FAX: 212-262-1910
e-mail: jtougas@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, or any other paper filed in this proceeding, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise, which affects the above-captioned Defendant, property of such Defendant, or Mutua Madrileña Automovilista Ramo de vida.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions,

17611732                                   2

defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      January 5, 2010

                            MAYER BROWN LLP

                  By:   /s/ Jeffrey G. Tougas
                          Jeffrey G. Tougas
                          1675 Broadway
                          New York, New York 10019
                          Telephone (212) 506-2500
                          *Attorneys for Mutua Madrileña*
                          *Automovilista Ramo de vida*