MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910
Jeffrey G. Tougas (JT-5533)

*Attorneys for Fondauto Fondo de Pensiones, SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION (Substantively Consolidated) |
| Plaintiff, | Adversary Proceeding No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as

attorneys for Fondauto Fondo de Pensiones, SA in the above-captioned SIPC proceeding.

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Mayer Brown requests that all notices given or required to be given in

17611760

this proceeding, and all papers served or required to be served in this proceeding, be given and served upon Mayer Brown at the office, address and telephone number set forth below:

Jeffrey G. Tougas
Mayer Brown LLP
1675 Broadway
New York, New York 10019
PH: 212-506-2500
FAX: 212-262-1910
e-mail: jtougas@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, or any other paper filed in this proceeding, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise, which affects the above-captioned Defendant, property of such Defendant, or Fondauto Fondo de Pensiones, SA.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

17611760

Dated: New York, New York
          January 5, 2010

                              MAYER BROWN LLP

                              By:    /s/ Jeffrey G. Tougas
                                     Jeffrey G. Tougas
                                     1675 Broadway
                                     New York, New York 10019
                                     Telephone (212) 506-2500
                                     *Attorneys for Fondauto Fondo de Pensiones, SA*

17611760