MAYER BROWN LLP
Fred W. Reinke
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Fax: (202) 263-3300
freinke@mayerbrown.com

Jeffrey G. Tougas
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
jtougas@mayerbrown.com

*Attorneys for AXA Private Management*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | SIPA LIQUIDATION<br>(Substantively Consolidated)<br><br>Adversary Proceeding No. 08-01789 (BRL) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

17611567                                                                 1

PLEASE TAKE NOTICE that Mayer Brown LLP ("**Mayer Brown**") hereby appears as attorneys for AXA Private Management in the above-captioned SIPC proceeding. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Mayer Brown requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given and served upon Mayer Brown at the offices, addresses and telephone numbers set forth below:

Fred W. Reinke
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Fax: (202) 263-3300
freinke@mayerbrown.com

Jeffrey G. Tougas
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
jtougas@mayerbrown.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, or any other paper filed in this proceeding, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise, which affects the above-captioned Defendant, property of such Defendant, or AXA Private Management.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "**Notice**") nor any later appearance, pleading, proof of claim, claim or

17611567

2

suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      January 5, 2010

                            MAYER BROWN LLP

By:   /s/ Fred W. Reinke
      Fred W. Reinke
      1999 K Street, N.W.
      Washington, D.C. 20006-1101
      Telephone: (202) 263-3000
      Fax: (202) 263-3300
      freinke@mayerbrown.com

By:   /s/ Jeffrey G. Tougas
      Jeffrey G. Tougas
      1675 Broadway
      New York, New York 10019
      Telephone: (212) 506-2500
      Fax: (212) 262-1910
      jtougas@mayerbrown.com

*Attorneys for AXA Private Management*