# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: __Mel Enterprises Ltd.__
Mailing Address: __c/o George Kikizas, Vionos 1, 10443__
City: __Athens__  State: __Greece__  Zip: _____
Account No.: __See Attachment A__
Taxpayer I.D. Number (Social Security No.): __N/A__

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $_____

    b. I owe the Broker a Debit (Dr.) Balance of    $_____

    c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $_____

    d. If balance is zero, insert "None."    _____

502180406                                1

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |  |
| b. | I owe the Broker securities |  | X |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See Attachment A | X | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                       2

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X * |   |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |   | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: ___Dennis B. Auerbach, Esq.___
___Covington & Burling LLP, 1201 Pennsylvania Avenue, N.W.,___
___Washington, DC 20004-2401___

502180406                                3

*Kingate Global Fund Ltd. c/o Bison Financial Services, Bison Court, P.O. Box 3460, Road Town, Tortola, British Virgin Islands

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _March 3, 2009_    Signature _MEL ENTERPRISES LTD._

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                  4

## **ATTACHMENT A**

Mel Enterprises Ltd. ("MEL") made an investment in Bernard L. Madoff Investment Securities LLC ("BLMIS") through the Kingate Global Fund, a British Virgin Islands company. As of December 23, 2008, MEL owned 1,711.650 shares of the Kingate Global Fund, reflecting an investment in BLMIS with a total cost of $337,548.32 and a market value of $775,069.35. MEL understands that such market value is based on MEL's pro rata interest in securities which BLMIS reported it was holding on behalf of the Kingate Global Fund and its investors.

A copy of MEL's account statement dated December 23, 2008 reflecting the above-referenced investment is attached. A transaction ledger reflecting MEL's remittances to and withdrawals from the Kingate Global Fund is also attached.



Page: 3

Portfolio Valuation
51-50868 : 15:40 T.P.
23.12.2008
Trade Date Reporting

Valuation Currency: EUR
Sort Orders:
Asset Class
Security Type
Currency

| Shares or Face Value | Security Description | CCY | Cost Price FX Cost Rt | Total Cost | Market Price FX Mkt Rt | Market Value | Market Gain (Loss) | Forex Gain (Loss) | Accrued Interest | Total Market Value | % of Portfolio | Acct Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

*ALTERNATIVE INVESTMENTS*

**HEDGE FUNDS**
*US DOLLAR*

| 1711.659 | KINGATE GLOBAL FUND -B- | USD | 197.21 | 337548.32 | 452.82 | 775069.35 | 437521.03 | | | 775069.35 | 21.08 | C |

Page: 1

Transaction Ledger
51-58068 : 1540 T.P.
27.02.1998 to 25.02.2009
Trade Date Reporting

US DOLLAR

| Transaction Date | Settlement Date | Transaction | Description | Shares or Face Value | Average Cost / Rate | Transaction Amount | Balance |
|---|---|---|---|---|---|---|---|
| 26.05.1999 | 01.06.1999 | PURCHASE | KINGATE GLOBAL FUND -B- | 1258.000 | 185.1573 | -232927.91 | -232927.91 |
| 30.11.1999 | 30.11.1999 | PURCHASE | KINGATE GLOBAL FUND -B- | 1000.000 | 200.0496 | -200049.63 | -432977.54 |
| 06.03.2001 | 06.03.2001 | PURCHASE | KINGATE GLOBAL FUND -B- | 353.650 | 232.6275 | -82056.53 | -515034.07 |
| 07.10.2002 | 07.10.2002 | SALE | KINGATE GLOBAL FUND -B- | 900.000 | 274.3578 | 246922.06 | -268112.01 |

March 5, 2009

## ATTACHMENT B TO CLAIM OF MEL ENTERPRISES LTD.

Claimant Mel Enterprises Ltd. ("MEL") submits the attached confirmations of transactions with the Kingate Global Fund in further support of its claim against Bernard L. Madoff Investment Securities LLC ("BLMIS") dated March 3, 2009 (the "Claim"). As explained in Attachment A to the Claim, MEL made its investment in BLMIS through the Kingate Global Fund

MEL reserves the right to amend or to further supplement the Claim at any time and in any respect. The filing of the Claim, including this Attachment B, is not a waiver or release of MEL's rights against any person, entity or property, or an election of any remedy to the exclusion, express or implied, of any other remedy. By filing the Claim or this Attachment B, MEL does not consent to the jurisdiction of the Bankruptcy Court or any other U.S. tribunal, nor does MEL waive its right to a jury trial on any matter.

## Morgan Stanley

Bank Morgan Stanley AG

Bahnhofstrasse 92
CH-8021 Zurich
Switzerland

Tel  +41 44 220 91 11
Fax  +41 44 220 98 00

1540 T.P.

Zurich, 26-May-1999

| **PURCHASE** | | **ACCOUNT NUMBER:** | 051-50868 |
|---|---|---|---|
| PLACE OF EXECUTION: | LONDON | | |

WE HAVE BOUGHT ON YOUR BEHALF:

**KINGATE GLOBAL FUND LTD USD 'B' SHS**

| TRADE DATE: | 26-May-1999 | | ISIN: | VGG5255Z1146 |
|---|---|---|---|---|
| VALUE DATE: | 01-Jun-1999 | | | |
| | NOMINAL / QUANTITY | | | 1'258 |
| | PRICE | | USD | 184.88 |
| | PRINCIPAL | | USD | 232'579.04 |
| | INTEREST | 0 DAYS | USD | 0.00 |
| | FEDERAL TURNOVER TAX | | USD | 348.87 |
| | EXCHANGE FEE | | USD | 0.00 |
| | TOTAL | | USD | 232'927.91 |

OUR REFERENCE:    3F1428

FOR INTERNAL USE ONLY

Very truly yours,
Bank Morgan Stanley AG.
Advice without signature
E. & O.E.

## *MORGAN STANLEY DEAN WITTER*

*BANK MORGAN STANLEY AG*
*BAHNHOFSTRASSE 92*
*P.O. BOX*
*CH-8023 ZURICH*
*SWITZERLAND*
*TELEPHONE: (41-1) 220 91 11*
*TELEFAX: (41-1) 220 98 00*

**1540 T.P.**                                             ZURICH,  20-Dec-1999

| | | |
|---|---|---|
| **PURCHASE** | **ACCOUNT NUMBER:** | 051-50868 |
| PLACE OF EXECUTION: LONDON | | |

WE HAVE BOUGHT ON YOUR BEHALF:

**KINGATE GLOBAL FUND LTD USD 'B' SHS**

                                                VALOR:             000030711

| | | | |
|---|---|---|---|
| TRADE DATE: | 30-Nov-1999 | | |
| VALUE DATE: | 30-Nov-1999 | | |
| | NOMINAL / QUANTITY | | 1,000.0000 |
| | PRICE | USD | 199 3/4 |
| | PRINCIPAL | USD | 199,750.00 |
| | COMMISSION | USD | 0.00 |
| | FEDERAL TURNOVER TAX | USD | 299.63 |
| | SWX EXCHANGE FEE | USD | 0.00 |
| | **TOTAL** | **USD** | **200,049.63** |

OUR REFERENCE:      3J3352

FOR INTERNAL USE ONLY.

*VERY TRULY YOURS,*
*BANK MORGAN STANLEY AG*
*ADVICE WITHOUT SIGNATURE*
*E. & O.E.*

# Morgan Stanley

**Bank Morgan Stanley AG**

Bahnhofstrasse 92
CH-8021 Zurich
Switzerland

Tel  +41 44 220 91 11
Fax  +41 44 220 98 00

**1540 T.P.**

Zurich, 22-Mar-2001

| | | |
|---|---|---|
| **PURCHASE** | ACCOUNT NUMBER: | 051-50868 |

PLACE OF EXECUTION:   LONDON

WE HAVE BOUGHT ON YOUR BEHALF:

**KINGATE GLOBAL FUND LTD - USD SHARES**

| | | ISIN: | VGG5255Z1146 |
|---|---|---|---|
| TRADE DATE: | 06-Mar-2001 | | |
| VALUE DATE: | 06-Mar-2001 | | |
| | NOMINAL / QUANTITY | | 353.65 |
| | PRICE | USD | 231.68 |
| | PRINCIPAL | USD | 81'933.63 |
| | FEDERAL TURNOVER TAX | USD | 122.90 |
| | EXCHANGE FEE | USD | 0.00 |
| | TOTAL | USD | 82'056.53 |

OUR REFERENCE:   3X3503

FOR INTERNAL USE ONLY

Very truly yours,
Bank Morgan Stanley AG.
Advice without signature
E. & O.E.

# Morgan Stanley

Bank Morgan Stanley AG

Bahnhofstrasse 92
CH-8023 Zurich
Switzerland

Tel  +41 1 220 91 11
Fax  +41 1 220 98 00

1540 T.P.

Zurich, 07-Oct-2002

| | | | |
|---|---|---|---|
| SALE | | ACCOUNT NUMBER: | 051-50868 |

PLACE OF EXECUTION:   ZURICH

WE HAVE SOLD ON YOUR BEHALF:

**KINGATE GLOBAL FUND LTD - USD SHARES**

| | | | |
|---|---|---|---|
| TRADE DATE: | 07-Oct-2002 | ISIN: | VGG5255Z1146 |
| VALUE DATE: | 07-Oct-2002 | | |
| | NOMINAL / QUANTITY | | 900 |
| | PRICE | USD | 274.77 |
| | PRINCIPAL | USD | 247'293.00 |
| | COMMISSION | USD | 0.00 |
| | FEDERAL TURNOVER TAX | USD | 370.94 |
| | EXCHANGE FEE | USD | 0.00 |
| | TOTAL | USD | 246'922.06 |

OUR REFERENCE:   5R4295

FOR INTERNAL USE ONLY

Very truly yours,
Bank Morgan Stanley AG.
Advice without signature
E. & O.E.