


MIAMI FL 331
31 DEC 2009 PM 5 T

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

JAN - 5 2010

THE LAW OFFICE OF
Klenick & Gampel
1953 S.W. 27th Avenue
Miami, Florida 33145

NOTICE OF FILING WRITTEN OPPOSITION TO TRUSTEE'S
DETERMINATION/DENIAL OF "COMBINED CLAIM" AND REQUEST
FOR HEARING ON SAME

Bankruptcy Case no.: 08-1789 (BRL)

✓ Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

December 31, 2009

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

JAN - 5 2010

RE:   BLMIS Account no.: 1CM572 designated as
      Claim no.: 003093 and Claim no.: 003126 (Combined Claim)
      SARAH MONDSHINE REVOCABLE TST U/A/D May 30, 1994

    COMES NOW, Sarah Mondshine, Trustee and the SARAH MONDSHINE REVOCABLE TST U/A/D May 30, 1994, by and through her/its attorney/representative, Ross Bennett Gampel and Klemick and Gampel, P.A. and hereby files this written opposition to the Trustee's determination/denial of the above referenced "combined claim" and requests a hearing on same.

    Due to the lack of time and documents available to the undersigned, we are not able to attach copies of any documents in support of our position. We need, and hereby request, copies of all of the documents the Trustee used to make his determination to deny these above referenced combined claims. It is our position that the Trustee's evaluation is wrong and that there is in fact substantial net equity in the above referenced accounts that is due and owing to Mrs. Mondshine and her Trust referenced herein. We believe the calculations of the Trustee are wrong, but we need time and help to obtain the proper documentation to prove same. We believe Sarah Mondshine and her above referenced Trust have lost a substantial amount of money due to the actions of Bernard L. Madoff and Bernard L. Madoff Investment Securities LLC and the damages and lost money far exceed the amount of money withdrawn from the applicable above referenced accounts over time.

    Therefore, please provide us with a Hearing date and the requested documents.

    Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LAW OFFICES OF KLEMICK AND GAMPEL, P.A.

By: _____
ROSS BENNETT GAMPEL
Attorneys/Representatives for Sarah Mondshine, Trustee
and the Sarah Mondshine Revocable TST
U/A/D May 30, 1994



MIAMI FL 331
31 DEC 2009 PM 5 T

THE LAW OFFICE OF
Klemick & Gampel
1953 S.W. 27th Avenue
Miami, Florida 33145

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

JAN - 5 2010

10004+1400