Richard L. Brittain
BIRD, LOECHL, BRITTAIN & MCCANTS, LLC
1150 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 264-9400
Fax: (404) 365-9731
Email: rbrittain@birdlawfirm.com
*Attorneys for Festus & Helen Stacy Foundation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adversary Proceeding No. 08-01789-BRL |
| Plaintiff, | : | SIPA Liquidation |
| v. | : | **Certificate of Service** |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

  I, Richard L. Brittain, hereby certify that on January 5, 2010, I caused a true and correct copy of the **Opposition and Objections to Trustee Picard's Determination of Claims** on behalf of the Festus & Helen Stacy Foundation, Inc. to be filed electronically with the Court and served upon parties in this action who receive electronic service through CM/ECF, and served by express mail to:

  David J. Sheehan, Esq.
  Baker & Hostetler LLP
  45 Rockefeller Plaza
  New York, New York 10111

January 5, 2010

                      /s/ Richard L. Brittain