**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>Appeal No.:_____ |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |

## CERTIFICATE OF SERVICE

I, NIKKI M. LANDRIO, hereby certify that on January 5, 2010, I served true copies of

the

- **Memorandum Of Law Of Irving H. Picard, Trustee, In Opposition To Motion Of Diane And Roger Peskin, Maureen Ebel And Certain Other Customers For Leave To Appeal; and**

- **Declaration Of Keith R. Murphy In Support Of Trustee's Opposition To Motion By Diane And Roger Peskin And Maureen Ebel For Leave To Appeal (with Exhibits attached)**

300065600

upon the interested parties who receive electronic service through ECF, by emailing the

interested parties true and correct copies via electronic transmission to the email addresses

designated for delivery and/or by placing true and correct copies thereof in sealed packages

designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
January 5, 2010

_s/Nikki M. Landrio_

NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Roger Peskin, Diane Peskin and Maureen Ebel**
Helen Davis Chaitman, Esq.
Phillips Nizer LLP
666 Fifth Avenue

New York, NY 10103-0084
Email: hchaitman@phillipsnizer.com

300065600

4