Richard L. Brittain
BIRD, LOECHL, BRITTAIN & MCCANTS, LLC
1150 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 264-9400
Fax: (404) 365-9731
Email: rbrittain@birdlawfirm.com
*Attorneys for: Gary Bizzell & Sharon Falls Bizzell (f/k/a Sharon Falls)*
  *Patrick and Patricia Cooney*
  *Stepelton Advisors, Inc.*
  *Brett Stepelton & Jennifer Stepelton (f/k/a Jennifer Cooney)*
  *Douglas Stepelton & Virlee Stepelton*
  *Douglas Stepelton Trust*
  *Sean Stepelton*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
SECURITIES INVESTOR PROTECTION         :    Adversary Proceeding
CORPORATION,                           :    No. 08-01789-BRL
                                       :
            Plaintiff,                 :    SIPA Liquidation
                                       :
v.                                     :    **Certificate of Service**
                                       :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES, LLC,                       :
                                       :
            Defendant.                 :
-----------------------------------------------------------------x

I, Richard L. Brittain, hereby certify that on January 5, 2010, I caused a true and correct copy of the **Opposition and Objections to Trustee Picard's Determination of Claims** on behalf of Gary Bizzell; Patrick and Patricia Cooney; Sharon Falls; Stepelton Advisors, Inc.; Brett Stepelton; Douglas Stepelton; Douglas Stepelton Trust; Virlee Stepelton; Jennifer Stepelton (f/k/a Jennifer Cooney); and Sean Stepelton to be filed electronically with the Court and served upon parties in this action who receive electronic

service through CM/ECF, and served by express mail to:

    David J. Sheehan, Esq.
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111

January 5, 2010

                                                  /s/ Richard L. Brittain