# EXHIBIT A

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:   015030

**CUSTOMER CLAIM**

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

Date Received

RECEIVED JUL 0 2 2009

By_____

(Please print or type)

Name of Customer: Mutua Madrileña Automovilista Ramo de Vida
Mailing Address: Edificio Fortuny P° de la Castellana 33
City: Madrid / SPAIN   State: —   Zip: 28046
Account No.: see Addendum
Taxpayer I.D. Number (Social Security No.):

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of    $1,574,799.20 *

   b. I owe the Broker a Debit (Dr.) Balance of    $_____

   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $_____

   d. If balance is zero, insert "None."    _____

\* see Addendum

502180406                                    1

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | |
| b. | I owe the Broker securities | | |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
| --- | --- | --- | --- |
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | X |  |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Robert Flanigan, Meyer Brown 20 avenue Hoche, 75008 Paris, France

Tel + 33 1 53 53 03 48

502180406    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _____   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

4

## ADDENDUM TO CUSTOMER CLAIM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

This Customer Claim is being filed by Mutua Madrileña Automovilista Ramo de vida, ~~an investment fund~~ (the "Investor") managed by Mutuactivos, S.A., SGIIC (the "Investment Manager"). Both the Investor and the Investment Manager are Spanish corporations. The address of the Investment Manager is Edificio Fortuny Paseo de la Castellana 33, 28046, Madrid, Spain and its telephone number is +34 91 702 7320 (contact Mr. Angel Aznar).

The Investor's assets were indirectly invested by Bernard L. Madoff Investment Securities LLC ("BMIS") through an investment in Luxembourg Investment Fund –US Equity Plus ("LIF US", a sub-fund of Luxembourg Investment Fund (LIF) a company organized as a Société d'Investissement à Capital Variable o SICAV (SICAV) under Part I of the Luxembourg Law of December 20, 2002 on collective investment undertakings. The fund complies with the requirements of the Directive EEC85/611, 2001/107/EC and 2001/108/EC. Its address is 291, Route d'Arlon, Luxembourg l-1150, R.C Luxembourg B.88.859 and its telephone number is +352 4410106400. LIF is managed by UBS Third Party Managment Company, S.A. (Managment Company), whose registered office is at 33A avenue J.F Kennedy L-1855 Luxembourg.

We understand that virtually all the assets of LIF US were invested directly or indirectly through BMIS, and that the investment strategy of LIF US was determined and implemented by BMIS. In light of the relationship between LIF US and BMIS, we understand that claimants, as shareholders of LIF US, may be considered customers of BMIS and may thus be eligible for coverage from SIPC or otherwise for losses relating to their investments that were ultimately made with BMIS.

As of December 11, 2008, the Investor held 806.783 shares of LIF US with a net asset value of €1,304.83 per share and a total value of €1,052,714.66 (equal to $1,399,478.90 when converted at the official exchange rate of €1.00 = $1.3294 as published by the Federal Reserve Bank of New York for December 11, 2008).

The Investor acquired its shares in LIF US in one transaction on June 30, 2008, investing €999,999.46 (equal to $1,574,799.20 when converted at the official exchange rate of €1.00 = $1.5748 as published by the Federal Reserve Bank of New York for June 30, 2008). This amount represents the Investor's total investment in BMIS and is indicated as the Credit Balance due the Investor in Section 1 of the Customer Claim. The Investor has made no withdrawals from LIF US. See the attached trade confirmation from UBS setting forth the Investor's transactions in LIF US.

As reported by the Trustee, it appears that no securities were purchased by BMIS on behalf of customers during the period relevant to this Customer Claim. A breakdown of the Investor's securities as of the date of the commencement of liquidation proceedings for BMIS ("Section 2 of the Customer Claim") is accordingly not available. The Investor therefore requests recovery of cash and/or securities in a combined amount equal to the value indicated in Section 1.

For any questions regarding this Customer Claim, please contact the person indicated herein as having assisted in its preparation.

PRDB01 72124038.2 30-juin-09 18:33

11.07.2008 15:51          NFAP5061PAP -> 917022879                    Page 2 of 2

 **UBS** Global Asset Management          **UBS Fund Services (Luxembourg) S.A.**
PO Box 91
L-2010 Luxembourg

Order Desk & Share Register

**A/C: 9141153      MUTUA MADRILENA AUTOMOVILISTA-RAMO VIDA**

| | | | |
|---|---|---|---|
| We confirm your Subscription of | 806.783 Luxembourg Investment Fund - US Equity Plus D | | |
| at the price of  1239.49  EUR | Registered  ISIN  LU0225434587 | | |
| | Reference: | 4062463 | |
| | Gross Amount: | EUR | 999,999.46 |
| | Charges: | EUR | 0.00 |
| | Commission | EUR | 0.54 |
| TIS - EU    0.9277 | SubTotal | EUR | 1,000,000.00 |
| TIS - Ch    0.0000 | Total | EUR | 1,000,000.00 |
| | Trade / Value date: | 30.06.2008 | / 03.07.2008 |

Delivery:         DEPOT REGISTER
Payment to / via: UBS DEUTSCHLAND AG FRANKFURT    /
Swift Ref.:                       Customer Ref.:

This Fax was sent by a computer system and therefore does not bear a signature.

**Confidentiality Note:** The information contained in this facsimile transmittal is legally privileged and confidential information intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the transmittal is strictly prohibited. If you have received this transmittal by error, please immediately notify us by telephone and return the original to us to the above address. UBS Fund Services (Luxembourg) S.A. is not a tax advisor and the tax figures contained in this document are provided for information purposes only. UBS Fund Services (Luxembourg) S.A. believes that the information contained in this document is accurate as at the date of publication, however no warranty is made to the accuracy, suitability or completeness of any such information. Thank you.

11/07/08 15:54 RX-Doc 1760798 from    NFAP5061PAP Status: OK [Page 2/2]






FedEx Express Expanded Service International Air Waybill

**From:**
Sender's Name: DANIEL ALAMINOS
Phone: 915 76 19 00
Company: RAMON Y CAJAL ABOGADOS
Address: C/ ALMAGRO, 16
City: MADRID
State/Province: MADRID
Country: ESPAÑA
Postal Code: 28010

**To:**
Recipient's Name: IRVING H. PICARD
Address: 2100 MC KINNEY AV, SUITE 800
CLAIMS PROCESSING CENTER