Christopher Altieri, Jr.
80 Lower Wisner Road
Warwick, New York 10990
(845)656-2550



December 20, 2009

Clerk of the U.S. Bankruptcy Court for
the Southern District of N.Y.
One Bowling Green
New York, New York 10004

To Whom It May Concern:

    In reference to Bankruptcy Case No. 08-1799(BRL) I am attaching documents supporting my tie to Bernard L. Madoff. I had an account with Seven Out Partners, my investment company, who solely placed my money, together with other investors, onto Bernard L. Madoff. Please recognize me as an individual and not as one entity (Seven Out Partners). Although we contributed as one group because our finances were not enough to sustain an individual account, we were still investors of Bernard L. Madoff.

    Thank you for your time in this matter. I can be reached at the above address and phone number.

Sincerely,

*Chris Altieri, Jr.*

Christopher Altieri, Jr.