Objection Deadline: January 7, 2010
Hearing Date:      TBD

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone:  (212) 841-1000
Fax:    (212) 841-1010

*Counsel to Mel Enterprises Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

    Debtor.
-------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

## CERTIFICATE OF SERVICE

    Craig Stalzer certifies that:

    I am not a party to the action, I am over 18 years of age, I am employed by Covington & Burling LLP, and I reside in New York, New York. On the 6th day of January, 2010, I caused a true and correct copy of the Objection To Trustee's Determination Of Customer

NY: 650282-1

- 2 -

Claim Of Mel Enterprises Ltd. (Claim No. 007216) to be served by hand delivery and first class mail, postage prepaid, on:

>   Irving Picard, Trustee
>   c/o Baker & Hostetler LLP
>   Attn:   Claims Department
>   45 Rockefeller Center
>   New York, New York 10111

Dated: New York, New York
      January, 6, 2010

                                        */s/ Craig Stalzer*
                                          Craig Stalzer