20 December 2009

To :

**Clerk of the United States Bankruptcy Court for**

The Southern District of New York

One Bowling Green

New York New York 10004

And

**Irving H.Picard ,Trustee**

c/o Baker&Hosteler LLP

Attn: Claims Department

45 Rocfeller Plasa

New York ,New York 10111



**Re :Claim No. 005429 Bernard L. Madoff ,Mr Picard's letter dated 8 Dec.2009**

I wish to express my disagreement to the statement made by the Trustee's staff

Denying my claim.

My investment in Mr. Madoff's fund was made on Feb. 26 ,2006

Documentation regarding my investment has been sent to The Trustee ,during September 2009

And his representative replied me by Email as follows :

"I confirm that I have all documentation that I need and that everything is in order."

I attach to this letter a proof of purchase and holding of the securities from Bank Hapoalim in Israel

I live in Israel and it is not possible for me to appear personally in the hearing.

I will appreciate very much if you can discuss and approve my claim in court.

       Sincerely

**Shlomo Benjamin ,Usishkin 3 ,Ramat HAsharon 47210 ,ISRAEL**

◆ **bank hapoalim**

FOREIGN SECURITIES DEPARTMENT
HEAD OFFICE
62 YEHUDA HALEVI STREET
65227 TEL-AVIV
ISRAEL
TEL: 972-3-567-6456
FAX: 972-3-567-6107

DATE: August 19, 2009

To:

Benjamin Shlomo

Re: Purchase date & Holdings confirmation in foreign securities

We hereby confirm that according to our records, the following purchases were made in your account 527-330000 at our bank:

26.22 Units of FAIRFIELD (VGG3299L1004) on the Feb 26, 2006

We further confirm that as of the date of this letter, August 19, 2009, your holdings in FAIRFIELD (ISIN VGG3299L1004) in your account 527-330000 at our bank were 26.22 Units.

Sincerely Yours,
Bank Hapoalim B.M.
Head Office