# EXHIBIT A

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:** Burton Harold Moss Individual Retirement Account
**Mailing Address:** 2860 Northeast 19th Street
**City:** Pompano Beach     **State:** Florida     **Zip:** 33062
**Account No.:** SPJ Investments, LTD (Beneficial Interest), ▓▓▓▓3-0
**Taxpayer I.D. Number (Social Security No.):** ▓▓▓▓1575

**NOTE:** **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of     $_____

    b.   I owe the Broker a Debit (Dr.) Balance of     $_____

    c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.     $_____

    d.   If balance is zero, insert "None."     _____

EXHIBIT A

2.       Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.       If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | See Attached Exhibit A | $688,716.84 | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Carl F. Schoenol. Esq. Schoenol & Burke, P.A. 4651 N. Federal Highway, Boca Raton. Florida 33431-5133

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___02/26/09_____    Signature_____
                                         Burton H. Moss

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

1/26/09

**SPJ Investments, Ltd.**
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL  33308
Phone: (954) 492-0088 Fax: (954) 938-0069
Email: InvestIt@bellsouth.net

Burton H. Moss
2860 NE 19th St.
Pompano Beach, FL  33062

**RAI Account#**
⬛⬛⬛⬛⬛381

**IRA Account**

SSN
⬛⬛⬛⬛1575

NOTE: This report is provided to assist you in evaluating the operations of SPJ Investments, Ltd. Partnership, and the
performance of your general partnership interest. This information should NOT be relied upon for Income Tax purposes.

### Activity/ Status Report
### 1/1/08 to 12/31/08

| | |
|---|---:|
| Balance Forward 12/31/07 | 403,041.44 |
| Deposits | 248,600.00 |
| Withdrawals | -1,000.00 |
| *Miscellaneous Expenses | -774.79 |
| Management Fee Expense | -4,316.69 |
| Adjustments | 0.00 |
| **Realized Gain for Current Year** | 35,571.34 |
| **REALIZED ENDING BALANCE** | 681,121.30 |
| Unrealized Gain/Loss on Open Securities | 7,595.54 |
| TOTAL REALIZED/UNREALIZED BALANCE | $688,716.84 |
| NET ANNUALIZED RETURN | 8.02% |

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service charges.

This information is being provided to you for your review and decision making in your capacity as a limited partner.
All data provided above is subject to verification by you. Please review data for discrepancies. Please also note that
the ending balance may not represent your actual capital account balance. Rather, it represents your balance, subject
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the partnership.

1/26/09

SPJ M033-IRA    Burton H. Moss                                    1575

|  | 1/1/08 | 1/1/09 |  | IRA Account |
|---|---|---|---|---|

| | Date | Amount | Avg. Balance | |
|---|---|---|---|---|
| BAL FWD | 1/1/08 | 403,041.44 | 403,041.44 | |
| deposit | 9/16/08 | 248600 | 72,678.14 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | DOB 1/17/51 |
| w/d | 3/18/08 | -1000 | (789.62) | RMD |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| 1Q dist. | | | 0.00 | |
| 2Q dist. | | | 0.00 | |
| 3Q dist. | | | 0.00 | |
| 4Q dist. | | | 0.00 | |
| TOT DIST | | (1,000.00) | | |
| | Avg. Bal. Total | | 474,929.96 | |
| | Net P/L for period | | 38,075.40 | |
| | YTD Value | | 688,716.84 | |
| | Ptrshp % | 0.046300 | | 0.0802  Net Annualized Return |

| | | |
|---|---|---|
| Total Realized P/L | 768,285.75 | |
| Total Unrealized P/L | 164,051.93 | |
| | | RAI Account# |
| Ptr. Realized P/L | 35,571.34 | 03105000381 |
| Ptr. Unrealized P/L | 7,595.54 | |
| | | |
| Total Misc. Expenses | 16,734.23 | |
| Ptr. Misc. Expenses | 774.79 | |
| | | |
| Ptr. Mgt. fee | 4,316.69 | |

IRA Account

TRUST INDUSTRIAL BANK
DISBURSEMENT ACCOUNT
DENVER, CO

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECKS IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

Check No.        2001316540
Transaction No.  51-9/11/08-1
Operator No.              10613

381                         0            BURTON H MOSS
                                         SPJ INVESTORS LTD

Purchase

$248,600.00   GROSS AMOUNT
      0.00   WITHHOLDING AMOUNT
$248,600.00   NET AMOUNT

Rec'vd
9/15/08
SPJ

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER AND IS PRINTED ON VOID PANTOGRAPH SAFETY PAPER.

**FISERV.** | Investment
Support
Services

Trust Industrial Bank
717 17th Street, Suite 1700
Denver, CO 80202-3331
800-962-4238

JPMorgan ChaseBank, N.A.
Columbus, OH

56-1544/441
632558920

2001316540

SPJ INVESTORS LTD
RE:   BURTON H MOSS

PAY   *Two hundred forty eight thousand six hundred and 00/100 Dollars*

Void If Not Cashed In 90 Days

|            | DATE          | AMOUNT              |
|------------|---------------|---------------------|
| TO THE     | Sep 11,2008   | ******$248,600.00   |
| ORDER      |               |                     |

SPJ INVESTMENTS, LTD.
c/o SULLIVAN & POWELL - PORT ROYALE FINL
6550 N. FEDERAL HIGHWAY Suite 210
FORT LAUDERDALE FL 33308

_R H Benson_
PRESIDENT

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK.

# SPJ Investments, LTD.

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

9/15/08

Burton H. Moss
2860 NE 19th St.
Pompano Beach, FL  33062



Dear Burton,

We are in receipt of a check in the amount of $248,600.00 from Fiserv Trust Company
(copy enclosed), your IRA Custodian, which represents a contribution to your self-
directed IRA account with S&P Associates, General Partnership through SPJ
Investments, Ltd. At your direction, these funds are being forwarded to the investment
broker. As a general partner, you also have the right to make additional contributions
to your capital account at anytime, within IRA limits as prescribed by IRS.

You should have a copy of the Amended and Restated Partnership Agreement which
you signed to become a general partner. If you need an additional copy, please contact
us at the number above.

As managing partners, we intend to keep you updated about the partnership so you
can make informed decisions as a general partner about the business and
administration of the partnership.

If we are in need of additional information, it will be indicated below. We would
appreciate your timely response to any requests for information so our records will be
accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan, Managing Partner
S & P Associates, General Partnership

enclosure



# RETIREMENT ACCOUNTS, INC.

## Individual Retirement Account Statement
## October 1, 2002 - December 31, 2002

Page 1 of 2

008113 0534083 0005 0022607 0004250 0122
GREGORY POWELL
SULLIVAN & POWELL
6550 N FEDERAL HWY
STE 210
FT LAUDERDALE FL 33308-1404

BURTON HAROLD MOSS
2860 NE 19TH STREET
POMPANO BEACH FL 33062

**Participant Name:  BURTON HAROLD MOSS**
**Retirement Account Number:** ████████381

Designated Representative's Phone Number:
(954) 492-0088

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
| | |
|---|---|
| *Cash | $15.33 |
| Illiquid Assets | $265,933.51 |
| **Total Account Value** | **$265,948.84** |

Prior Period
| | |
|---|---|
| **Total Account Value** | **$0.00** |

### CONTRIBUTION AND DISTRIBUTION SUMMARY

| | |
|---|---|
| Rollovers | |
| Current Tax Year | $0.00 |
| Contributions | |
| Current Tax Year (2002) | $0.00 |
| Prior Tax Year (2001) | $0.00 |
| Employer Contributions | |
| Received Current Year | $0.00 |
| Roth Conversions | |
| Current Tax Year | $0.00 |
| Distributions | |
| Current Tax Year | $0.00 |

*Only cash on deposit with the Trustee is FDIC Insured.  No other investments are FDIC insured through the Trustee.

## IMPORTANT ACCOUNT INFORMATION

Please be sure to review the reverse side of this statement for more important account information and retain this statement for your records.  Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498.





## ACCOUNT INVESTMENTS

**Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value**

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| PEAK MONEY MARKET | 0.30 | 0.00 | 15.33 |

**Total Value of Cash** $15.33

### ILLIQUID ASSETS

| Description | Shares/Units | Price Per Share/Unit | Pricing Source | Previous Reported Value | Current Reported Value |
|---|---|---|---|---|---|
| SPJ INVESTORS LTD | PENDING | N/A | 33 | 0.00 | 265,933.51 |

**Total Value of Illiquid Assets** $265,933.51

**TOTAL ACCOUNT VALUE** $265,948.84

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 12/06/2002 | TRANSFER OF CASH IN | NFS CHECK#535940 | | 265,933.51 |
| 12/17/2002 | PURCHASE | SPJ INVESTORS LTD | | -265,933.51 |
| 12/31/2002 | INTEREST | | | 15.33 |

RETIREMENT ACCOUNTS, INC.
DENVER, CO.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECKS IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

Check No.     2001227759
Transaction No.  8-12/17/02-1
Operator No.         9871

381                          8              BURTON H MOSS
                                            SPJ INVESTORS LTD

Purchase

$265,933.51    GROSS AMOUNT
      0.00     WITHHOLDING AMOUNT
$265,933.51    NET AMOUNT

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER AND IS PRINTED ON VOID PANTOGRAPH SAFETY PAPER.



**RETIREMENT
ACCOUNTS, INC.**

P.O. BOX 173785
DENVER, CO 80217-3765
303/294-5959

Wachovia Bank of S. Carolina, NA
Greenville, South Carolina in Cooperation
With Wells Fargo Bank, NA
4759-622061

67-1/ 532          2001227759

RE:  SPJ INVESTORS LTD
     **BURTON H MOSS**

PAY   *Two hundred sixty five thousand nine hundred thirty three and 51/100 Dollars*

                                                                Void If Not Cashed In 90 Days

                                            DATE                    AMOUNT
                                         12/17/2002              *******$265,933.51

TO THE      SPJ Investments
ORDER       c/o Sullivan & Powell
            6550 N FEDERAL HWY Suite 210
            FT LAUDERDALE FL 33308

                                                                 PRESIDENT

# Sullivan & Powell

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan
Gregory O. Powell, E.A.
_____

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

December 23, 2002

Burton  H.  Moss
2860 NE 19th St.
Pompano Beach, FL   33062

Dear Burt,

We are in receipt of a check in the amount of $265,933.51 from Retirement Accounts, Inc.
(copy enclosed), your IRA Custodian, which represents a contribution to your self-directed
IRA account with S&P Associates, General Partnership through SPJ Investments, Ltd. At
your direction, these funds are being forwarded to the investment broker.  As a general
partner, you also have the right to make additional contributions to your capital account at
anytime, within IRA limits as prescribed by IRS.

You should have a copy of the Amended and Restated Partnership Agreement which you
signed to become a general partner.  If you need an additional copy, please contact us at
the number above.

As managing partners, we intend to keep you updated about the partnership so you can
make informed decisions as a general partner about the business and administration of the
partnership.

If we are in need of additional information, it will be indicated below.  We would appreciate
your timely response to any requests for information so our records will be accurate and we
will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan and Greg Powell, Managing Partners
S & P Associates, General Partnership

enclosure

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:** _____

**Mailing Address:** _____

**City:** _____ **State:** _____ **Zip:** _____

**Account No.:** _____

**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:**  **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008**:

     a.   The Broker owes me a Credit (Cr.) Balance of    $_____

     b.   I owe the Broker a Debit (Dr.) Balance of      $_____

     c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

     d.   If balance is zero, insert "None."    _____

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | _____ |
| b. | I owe the Broker securities | _____ | _____ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | _____ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | _____ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | _____ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | _____ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | _____ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | _____ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | _____ | _____ |

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____

_____

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**


Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

## READ CAREFULLY

### INSTRUCTIONS FOR COMPLETING CUSTOMER CLAIM FORM

These instructions are to help you complete the customer claim form enclosed. If Bernard L. Madoff Investment Securities LLC ("Broker") owes you cash or securities and you wish to claim them, the trustee must **receive** your claim on or before the date specified on the claim form.  An improperly completed claim form will not be processed but will be returned to you and, consequently, will cause a delay in the satisfaction of your claim.

Item 1 is to be completed if on the date shown, the Broker owed you cash or if you owed the Broker cash.

If the Broker owes money to you, please indicate the amount in the space provided [Item 1a].  If you owe the Broker money, please so indicate in the space provided [Item 1b].  If the Broker owes you securities and you wish to receive those securities without deduction, then you must enclose your check for the amount shown in Item 1c payable to "Irving H. Picard, Esq., Trustee for the Broker." **Payments not enclosed with this claim form will not be accepted by the trustee for purposes of determining what securities are to be distributed to you.**

Item 2 deals with securities (including any options) held for you.  If the Broker is holding securities for you or has failed to deliver securities to you, please indicate by checking the appropriate box under Item 2 and set forth in detail the information required with respect to the date of the transaction, the name of the security and the number of shares or face value of bonds.  With respect to options, set forth number and type of options, the exercise price and expiration date, e.g., 3 options [call] or [put] Xerox at 70 2x October 81.  PLEASE DO NOT CLAIM ANY SECURITIES YOU ALREADY HAVE IN YOUR POSSESSION.

It would expedite satisfaction of your claim if you enclose copies of:

1.    Your last account statement;

2.   An explanation of any differences between cash
     balances and securities on your last account statement
     and cash balances and securities you claim;

3.   Purchase and sale confirmations and canceled checks
     covering the items referred to on your customer claim
     form; and

4.   Proper documentation can speed the review, allowance
     and satisfaction of your claim and shorten the time
     required to deliver your securities and cash to you.
     Please enclose, if possible, copies of your last account
     statement and purchase or sale confirmations and
     checks which relate to the securities or cash you claim,
     and any other documentation, such as correspondence,
     which you believe will be of assistance in processing
     your claim. In particular, you should provide all
     documentation (such as cancelled checks, receipts from
     the Debtor, proof of wire transfers, etc.) of your deposits
     of cash or securities with the Debtor from as far back as
     you have documentation. You should also provide all
     documentation or information regarding any withdrawals
     you have ever made or payments received from the
     Debtor.

5.   Any other documentation which may assist the
     processing of your claim, such as correspondence,
     receipts, etc.   In particular, if, at any time, you
     complained in writing about the handling of your
     account to any person or entity or regulatory authority,
     and the complaint relates to the cash and/or securities
     that you are now seeking, please provide with your
     claim copies of the complaint and all related
     correspondence, as well as copies of any replies that
     you received.

        **Items 3 through 9** must each be marked and details supplied where
appropriate.

        A claim form must be filed for each account.


**When To File**

        There are two deadlines for filing customer claims.  One is set by the
bankruptcy court for customer claims and one is set by the law for all claims.

The bankruptcy court has set March 4, 2009 as the final day for filing customer claims. If your claim is received by the Trustee after March 4, 2009 but on or before July 2, 2009, your claim is subject to delayed processing and to being satisfied on terms less favorable to you.

**The law governing this proceeding absolutely bars the allowance of any claim, including a customer claim, not actually received by the trustee on or before July 2, 2009. Neither the Trustee nor SIPC has authority to grant extensions of time for filing of claims, regardless of the reason. If your claim is received even one day late, it will be disallowed.**

Please file well in advance so that there will be time to re-file if, for instance, your claim is lost in the mail.

## Where To File

The completed and signed claim form, together with supporting documents should be mailed **promptly** in the enclosed envelope to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**\*\*\*    PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL -    \*\*\***
**RETURN RECEIPT REQUESTED**

Your claim is not filed until received by the Trustee. If the Trustee does not receive your claim, although timely mailed, you could lose all your rights against the Broker. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.

**THIS INSTRUCTION SHEET IS FOR YOUR FILE - DO NOT RETURN**

**YOU SHOULD RETAIN A COPY OF THE COMPLETED CLAIM FORM FOR YOUR RECORDS.**

# RICE PUGATCH ROBINSON & SCHILLER, P.A.

101 N.E. THIRD AVENUE, SUITE 1800
FT. LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 462-8000
TELEPHONE (305)-379-3121
FACSIMILE: (954) 462-4300
FACSIMILE (305) 379-4119

www.rprslaw.com

## M E M O R A N D U M

**TO:**     **All Partners of S&P Associates, General Partnership**

**FROM:**     Chad Pugatch, Esq.

**DATE:**     February 3, 2009

**RE:**     S&P Associates, General Partnership

---

Pursuant to the discussion held at the partnership meeting of January 30, 2009 you will need to consult with your own legal advisors and determine whether you will or will not file your own SIPC claims. We are filing the claims for the Partnership itself. The package of information you received at the meeting contained the SIPC claim form in the event you do decide to file yourself. The forms may be downloaded from the website at http://www.sipc.org/ or specifically the proof of claim form can be found at

http://www.sipc.org/cases/docs/Madoff%20Customer%20Web%20Claim%20Form.pdf

In the event you decide to file your own claims after consultation with your legal advisor the Partnership is providing to you the following information which you may attach along with any items you feel are necessary:

1.     November 30, 2008 monthly statement for Bernard L. Madoff Investment Securities, LLC;
2.     Copies of your K-1 tax forms filed with the IRS from the time you started your investment through 2007;
3.     December 31, 2008 quarterly statement from S&P Associates, GP showing your status as a partner;
4.     The actual dollars you invested in and received from your investment from inception.

Yours very truly,

Chad P. Pugatch, Esq.

CPP:be

J:\Wpdocs\4370 Sullivan S&P\Memos\All Partners Memos\S&P Partnership Memo 2-3-09.doc

# *S P J   I n v e s t m e n t s ,   L t d .*
## *c / o   S u l l i v a n   &   P o w e l l*
### P o r t   R o y a l e   F i n a n c i a l   C e n t e r ,   S u i t e   2 1 0
### 6 5 5 0   N o r t h   F e d e r a l   H i g h w a y
### F o r t   L a u d e r d a l e ,   F L   3 3 3 0 8

Michael D. Sullivan

Telephone 954-492-0088
Fax 954-938-0069
www.investit@bellsouth.net

2/4/09

To:    General Partners

Re:    SIPC Claim Forms

SPJ Investments, Ltd is one hundred percent invested in S&P Associates, General Partnership. S&P Associates, GP, is one hundred percent invested with Bernard L. Madoff Investment Securities, LLC.

**Please attach this letter to your SIPC Claim Form along with the other items attached which are as follows:**

- **November 30 2008 monthly statement for Bernard L. Madoff Investment Securities, LLC;**
- **December 31, 2008 quarterly statement from S & P Associates, GP, showing that SPJ Investments, Ltd. is a current Partner;**
- **Your December 31 statement from SPJ Investments, Ltd. showing your balance before the assets were frozen;**
- **Copies of your K-1 tax forms, filed with the IRS, from the time you started your investment through 2007;**
- **The actual dollars you invested in and received from your investment from inception.**

Again, please attach these items and any other items you feel are necessary to prove your claim.

Very truly yours,

Michael D. Sullivan
Managing General Partner

**Fiserv.** | Investment
         | Support
         | Services

PO Box 173859, Denver, CO 80217-3859
Toll Free: 800-962-4238

January 28, 2009


BURTON H MOSS
2860 NE 19TH STREET
POMPANO BEACH FL 33062


RE:    BURTON H MOSS, IRA, ▓▓▓▓▓▓▓▓381

Dear BURTON H MOSS:

Fiserv Investment Support Services ("Fiserv ISS") is sending you this notification as custodian of your self-directed Individual Retirement Account ("IRA"). You are receiving this letter because our records show that your Fiserv ISS IRA holds asset(s) named SPJ INVESTORS LTD.

We received the enclosed letter which indicates this asset was invested in another asset sponsored by Bernard L. Madoff and/or Bernard L. Madoff Investment Securities LLC ("BMIS"). As you are probably aware, Mr. Bernard L. Madoff was arrested by the Federal Bureau of Investigation and charged with criminal securities fraud on December 11, 2008. On the same day, the Securities and Exchange Commission ("SEC") filed civil claims against Mr. Madoff and his brokerage firm, BMIS. On December 12, 2008, the U.S. District Court granted the SEC's request for emergency relief for investors and issued an order freezing assets and appointing a receiver over Bernard Madoff and his firm. The SEC press release, complaint and additional filings can be found at the following website address: http://www.sec.gov/news/press/2008/2008-293.htm

In light of this information, Fiserv ISS is suspending all fees for your account until further notice. However, please note that any prior fees outstanding remain due and payable.

The shares of the above referenced asset(s) held in your Fiserv ISS IRA will remain at their current valuation unless Fiserv ISS receives reliable information of a value from an official source.

Should you have any questions or concerns regarding your account, please contact our Client Connection Department at 800-962-4238. If you have questions specifically regarding your investment, please contact the investment sponsor directly.

Sincerely,

Fiserv Investment Support Services

ML/ml

Enclosure:        *Letter from SPJ INVESTORS LTD*

cc:        GREGORY POWELL

# SPJ Investments, Ltd.
## c/o Sullivan & Powell
### Port Royale Financial Center, Suite 210
### 6550 North Federal Highway
### Fort Lauderdale, FL  33308

Michael D. Sullivan

Susan H. Moss

Telephone 954-492-0088
Fax 954-938-0699

12/18/08

NTC & Co.
PO Box 173859
Denver, CO  80217-0105
ATTN:  Brian Martschinske

Dear Brian,

We are the investment for the accounts listed below. SPJ Investments, Ltd. is a general partner in S&P Associates General Partnership. S&P Associates has a securities investment account with Bernard L. Madoff Investments Securities, LLC.  At this time we have no idea if any of our investments are in existence any longer.  The SEC is currently investigating and has the Courts have frozen all assets of Madoff Securities.

We are requesting that you suspend all of our investor's accounts and not charge them the quarterly fees for management.  We have also enclosed copies of trade slips with our account number.

Please call if there are any questions. Thank you very much.

Sincerely,

Michael D. Sullivan, General Partner
Designated Representative

Enclosures:

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE        FL    33308

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/06 | ******1254 | 1 |

YOUR ACCOUNT NUMBER  3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| '06 | | | | BALANCE FORWARD | | 1,667,627.59 | |
| '06 | 3,375 | | 11103 | APPLE INC | 105.360 | 355,792.50 | |
| '06 | 6,000 | | 11338 | ABBOTT LABORATORIES | 55.090 | 330,760.00 | |
| '06 | 4,125 | | 11573 | AMGEN INC | 60.350 | 249,108.75 | |
| '06 | 3,000 | | 11608 | BOEING CO | 51.120 | 153,480.00 | |
| '06 | 19,500 | | 12043 | BANK OF AMERICA | 23.840 | 465,660.00 | |
| '06 | 2,250 | | 12276 | BAXTER INTERNATIONAL INC | 60.600 | 136,440.00 | |
| '06 | 4,500 | | 12513 | BANK OF NEW YORK MELLON CORP | 32.290 | 145,485.00 | |
| '06 | 7,500 | | 12748 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 154,875.00 | |
| '06 | 2,625 | | 12983 | ANHEUSER BUSCH COS INC | 62.430 | 163,983.75 | |
| '06 | 21,000 | | 13218 | CITI GROUP INC | 13.530 | 284,970.00 | |
| '06 | 11,250 | | 13453 | COMCAST CORP | 15.790 | 178,087.50 | |
| '06 | | | | CL A | | | |
| '06 | 4,600 | | 13688 | CONOCOPHILLIPS | 51.120 | 306,960.00 | |
| '06 | 22,675 | | 13923 | CISCO SYSTEMS INC | 17.520 | 401,685.00 | |
| '06 | 5,625 | | 14158 | CVS CAREMARK CORP | 30.510 | 171,343.75 | |
| '06 | 7,875 | | 14393 | CHEVRON CORP | 73.760 | 581,017.50 | |
| '06 | 7,500 | | 14628 | THE WALT DISNEY CO | 24.760 | 186,000.00 | |
| '06 | 40,125 | | 14863 | GENERAL ELECTRIC CO | 19.600 | 786,055.00 | |
| '06 | 750 | | 15098 | GOOGLE | 356.520 | 267,420.00 | |
| '06 | 1,500 | | 15333 | GOLDMAN SACHS GROUP INC | 91.870 | 137,865.00 | |
| '06 | 6,750 | | 15568 | HOME DEPOT INC | 23.300 | 157,545.00 | |
| '06 | 9,375 | | 15803 | HEWLETT PACKARD CO | 38.310 | 359,531.25 | |
| '06 | 5,250 | | 16038 | INTERNATIONAL BUSINESS MACHS | 92.800 | 487,410.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ROYALE GEN PTNRSHP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL   33308

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
PAGE: 2

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 21,375 | | 16273 | INTEL CORP | 16.070 | 344,351.25 | |
| 10,875 | | 16503 | JOHNSON & JOHNSON | 61.310 | 667,181.25 | |
| 14,250 | | 16743 | J.P. MORGAN CHASE & CO | 40.910 | 583,537.50 | |
| 6,000 | | 16978 | KRAFT FOOD INC | 29.110 | 174,900.00 | |
| 7,500 | | 17213 | COCA COLA CO | 44.490 | 333,975.00 | |
| 4,500 | | 17448 | MCDONALDS CORP | 57.900 | 260,730.00 | |
| 4,500 | | 17683 | MEDTRONIC INC | 40.310 | 181,575.00 | |
| 2,625 | | 17918 | 3M COMPANY | 63.590 | 167,028.75 | |
| 7,875 | | 18153 | ALTRIA GROUP INC | 19.160 | 151,200.00 | |
| 8,250 | | 18388 | MERCK & CO | 30.780 | 254,265.00 | |
| 30,375 | | 18623 | MICROSOFT CORP | 22.310 | 678,881.25 | |
| 15,375 | | 18858 | ORACLE CORPORATION | 18.110 | 279,056.25 | |
| 3,375 | | 19563 | OCCIDENTAL PETROLEUM CORP | 54.290 | 183,363.75 | |
| 6,000 | | 19798 | PEPSICO INC | 57 | 342,240.00 | |
| 25,875 | | 20033 | PFIZER INC | 17.690 | 458,763.75 | |
| 11,625 | | 20268 | PROCTER & GAMBLE CO | 64.570 | 751,091.25 | |
| 8,250 | | 20503 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 352,852.50 | |
| 6,375 | | 20738 | QUALCOMM INC | 37.810 | 241,293.75 | |
| 4,500 | | 20973 | SCHLUMBERGER LTD | 51.760 | 233,100.00 | |
| 22,500 | | 21208 | ATET INC | 26.960 | 607,950.00 | |
| 13,875 | | 21443 | TIME WARNER INC | 10.060 | 140,137.50 | |
| 3,750 | | 21678 | UNITED PARCEL SVC INC CLASS B | 52.790 | 198,112.50 | |
| 6,750 | | 21913 | U S BANCORP | 29.550 | 199,732.50 | |
| 3,750 | | 22148 | UNITED TECHNOLOGIES CORP | 54.920 | 206,100.00 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING **11/30/06**
YOUR ACCOUNT NUMBER **3-0**
PAGE **3**
YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*1254**

S & P ASSOCIATES GEN PTNKSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE        FL   33308

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10,675 | | 22383 | VERIZON COMMUNICATIONS | 29.980 | 326,467.50 | |
| 12,750 | | 22618 | WELLS FARGO & CO NEW | 33.660 | 429,675.00 | |
| 8,625 | | 22853 | WAL-MART STORES INC | 56.560 | 488,175.00 | |
| 20,250 | | 23088 | EXXON MOBIL CORP | 73.680 | 1,492,830.00 | |
| | | | FIDELITY SPARTAN | DIV | | 1.70 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/06/08 | | | |
| 67,118 | | 10868 | FIDELITY SPARTAN | 1 | 67,118.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | 11,999 | 46385 | FIDELITY SPARTAN | 1 | | 11,999.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| | 1,200,000 | 48586 | U S TREASURY BILL | 99.989 | | 1,199,868.00 |
| | | | DUE 12/11/2008 | | | |
| | | | 12/11/2008 | | | |
| | 3,975,000 | 48810 | U S TREASURY BILL | 99.932 | | 3,972,297.00 |
| | | | DUE 12/18/2008 | | | |
| | | | 12/18/2008 | | | |
| | 4,600,000 | 49019 | U S TREASURY BILL | 99.960 | | 4,598,160.00 |
| | | | DUE 01/08/2009 | | | |
| | | | 1/08/2009 | | | |
| | 4,600,000 | 49232 | U S TREASURY BILL | 99.946 | | 4,597,516.00 |
| | | | DUE 01/15/2009 | | | |
| | | | 1/15/2009 | | | |
| | 4,600,000 | 49447 | U S TREASURY BILL | 99.934 | | 4,596,964.00 |
| | | | DUE 01/22/2009 | | | |
| | | | 1/22/2009 | | | |
| | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE         FL   33308

PERIOD ENDING: **11/30/08**     PAGE: **4**

YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*1256**

YOUR ACCOUNT NUMBER: **3-0**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 4,600,000 | 49662 | U S TREASURY BILL DUE 01/29/2009          1/29/2009 | 99.928 | | 4,596,688.00 |
| | 2,975,000 | 49675 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 99.902 | | 2,972,084.50 |
| 3,100,000 | | 50112 | U S TREASURY BILL DUE 03/26/2009          3/26/2009 | 99.802 | 3,093,862.00 | |
| 3,100,000 | | 50341 | U S TREASURY BILL DUE 4/02/2009          4/02/2009 | 99.751 | 3,092,281.00 | |
| 3,100,000 | | 50570 | U S TREASURY BILL DUE 04/09/2009          4/09/2009 | 99.726 | 3,091,506.00 | |
| 2,331 | | 23624 | APPLE INC | 108.800 | 253,705.80 | |
| 4,144 | | 23859 | ABBOTT LABORATORIES | 56.590 | 234,673.96 | |
| 2,849 | | 24094 | AMGEN INC | 62.070 | 176,950.43 | |
| 2,072 | | 24329 | BOEING CO | 53.640 | 111,224.08 | |
| 13,209 | | 24564 | BANK OF AMERICA | 23.720 | 313,845.48 | |
| 1,554 | | 24799 | BAXTER INTERNATIONAL INC | 61.740 | 96,005.96 | |
| 2,849 | | 25034 | BANK OF NEW YORK MELLON CORP | 34.210 | 97,577.29 | |
| 5,180 | | 25269 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 109,090.60 | |
| 1,813 | | 25504 | ANHEUSER BUSCH COS INC | 64.190 | 116,404.47 | |
| 13,986 | | 25739 | CITI GROUP INC | 14.410 | 202,097.26 | |
| | | | CONTINUED ON PAGE      5 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4001

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: **5**

PERIOD ENDING: **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER: *****1254

YOUR ACCOUNT NUMBER: ____-3-0

S & P ASSOCIATES GEN PTNKSHIP

PGRT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL   33308

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 7,511 | | 25974 | COMCAST CORP CL A | 17.390 | 130,916.29 | |
| 3,885 | | 26209 | CONOCOPHILLIPS | 53.060 | 206,293.10 | |
| 15,281 | | 26444 | CISCO SYSTEMS INC | 17.580 | 269,250.98 | |
| 3,626 | | 26679 | CVS CAREMARK CORP | 31.720 | 115,161.72 | |
| 5,439 | | 26914 | CHEVRON CORP | 75.450 | 410,589.55 | |
| 4,921 | | 27149 | THE WALT DISNEY CO | 25.620 | 126,272.02 | |
| 27,195 | | 27384 | GENERAL ELECTRIC CO | 19.810 | 539,819.95 | |
| 518 | | 27619 | GOOGLE | 349.160 | 180,884.88 | |
| 1,036 | | 27854 | GOLDMAN SACHS GROUP INC | 89.070 | 92,317.52 | |
| 4,403 | | 28089 | HOME DEPOT INC | 22.480 | 99,155.44 | |
| 6,475 | | 28324 | HEWLETT PACKARD CO | 38.820 | 251,618.50 | |
| 3,626 | | 28559 | INTERNATIONAL BUSINESS MACHS | 92.430 | 335,296.18 | |
| 14,504 | | 28794 | INTEL CORP | 16 | 232,644.00 | |
| 7,252 | | 29029 | JOHNSON & JOHNSON | 61.820 | 448,608.64 | |
| 9,842 | | 29264 | J.P. MORGAN CHASE & CO | 40.960 | 403,521.32 | |
| 3,885 | | 29499 | KRAFT FOOD INC | 29.710 | 115,578.35 | |
| 5,180 | | 29734 | COCA COLA CO | 46.580 | 241,491.40 | |
| 2,849 | | 29969 | MCDONALDS CORP | 57.510 | 163,958.99 | |
| 2,849 | | 30204 | MEDTRONIC INC | 41.140 | 117,320.86 | |
| 1,813 | | 30439 | 3M COMPANY | 64.880 | 117,699.44 | |
| 5,439 | | 30674 | ALTRIA GROUP INC | 19.370 | 105,570.43 | |
| 5,698 | | 30909 | MERCK & CO | 30.480 | 173,902.04 | |
| 20,720 | | 31144 | MICROSOFT CORP | 22.940 | 476,144.80 | |
| 10,360 | | 31379 | ORACLE CORPORATION | 18.470 | 191,763.20 | |
| | | | CONTINUED ON PAGE   6 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL  33308

PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1254
PAGE 6
YOUR ACCOUNT NUMBER 1ZB-3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 2,072 | | 32084 | OCCIDENTAL PETROLEUM CORP | 54.380 | 112,757.35 | |
| 4,144 | | 32319 | PEPSICO INC | 58.630 | 243,127.72 | |
| 17,612 | | 32554 | PFIZER INC | 18 | 317,720.00 | |
| 8,029 | | 32789 | PROCTER & GAMBLE CO | 65.180 | 523,651.22 | |
| 5,439 | | 33024 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 237,574.96 | |
| 4,403 | | 33259 | QUALCOMM INC | 37.690 | 166,125.07 | |
| 3,108 | | 33494 | SCHLUMBERGER LTD | 51.770 | 161,025.16 | |
| 15,022 | | 33729 | AT&T INC | 28.910 | 434,386.02 | |
| 9,324 | | 33964 | TIME WARNER INC | 10.110 | 94,637.64 | |
| 2,590 | | 34199 | UNITED PARCEL SVC INC CLASS B | 53.680 | 139,134.20 | |
| 4,662 | | 34434 | U S BANCORP | 30.790 | 143,726.98 | |
| 2,590 | | 34669 | UNITED TECHNOLOGIES CORP | 56 | 145,143.00 | |
| 7,222 | | 34904 | VERIZON COMMUNICATIONS | 31.810 | 230,976.12 | |
| 8,806 | | 35139 | WELLS FARGO & CO NEW | 34.080 | 300,460.48 | |
| 5,957 | | 35374 | WAL-MART STORES INC | 56.730 | 338,178.61 | |
| 13,727 | | 35609 | EXXON MOBIL CORP | 75.280 | 1,033,917.56 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | 1.21 |
| | 67,118 | 11118 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 67,118.00 |
| | 2,975,000 | 11368 | U S TREASURY BILL DUE 02/05/09    2/05/2009 | 99.923 | | 2,972,709.25 |

CONTINUED ON PAGE 7

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 7
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******1254

S & P ASSOCIATES GEN PTNRSHIP
PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE          FL 33308

| | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 07 | | 2,850,000 | 11563 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 2,846,779.50 |
| 07 | | 2,850,000 | 11799 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 2,846,836.50 |
| 07 | | 2,975,000 | 12009 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 2,971,013.50 |
| 07 | 35,877 | | 12801 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,877.00 | |
| 10 | 2,671 | | 36084 | APPLE INC | 106.720 | 312,249.12 | |
| 10 | 5,104 | | 36319 | ABBOTT LABORATORIES | 55.910 | 285,568.64 | |
| 10 | 3,509 | | 36554 | AMGEN INC | 59.620 | 209,346.58 | |
| 10 | 2,552 | | 36789 | BOEING CO | 52.190 | 133,290.88 | |
| 0 | 16,588 | | 37024 | BANK OF AMERICA | 24.050 | 399,604.40 | |
| 10 | 2,233 | | 37259 | BAXTER INTERNATIONAL INC | 60.770 | 135,788.41 | |
| 10 | 3,826 | | 37494 | BANK OF NEW YORK MELLON CORP | 33.480 | 128,314.44 | |
| 10 | 6,699 | | 37729 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 143,022.69 | |
| 10 | 2,233 | | 37964 | ANHEUSER BUSCH COS INC | 64.090 | 143,201.97 | |
| 10 | 18,183 | | 38199 | CITI GROUP INC | 14.270 | 260,198.41 | |
| 10 | 5,570 | | 38434 | COMCAST CORP CL A | 17.410 | 166,995.70 | |
| 10 | 5,104 | | 38669 | CONOCOPHILIPS | 54.130 | 276,483.52 | |
| 10 | 19,459 | | 38904 | CISCO SYSTEMS INC | 18.080 | 352,596.72 | |
| | | | | CONTINUED ON PAGE   8 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PCRT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL 33308

PAGE: 8
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1254
YOUR ACCOUNT NUMBER: 3-0

| | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10 | 4,785 | | 39139 | CVS CAREMARK CORP | 31.300 | 149,961.50 | |
| 10 | 7,018 | | 39374 | CHEVRON CORP | 76.410 | 536,525.38 | |
| 10 | 6,061 | | 39609 | THE WALT DISNEY CO | 25.660 | 155,767.26 | |
| 10 | 34,771 | | 39844 | GENERAL ELECTRIC CO | 20.530 | 715,238.63 | |
| 10 | 638 | | 40079 | GOOGLE | 363.580 | 231,989.04 | |
| 10 | 1,595 | | 40314 | GOLDMAN SACHS GROUP INC | 92.680 | 147,837.60 | |
| 10 | 5,742 | | 40549 | HOME DEPOT INC | 23.030 | 132,667.26 | |
| 10 | 4,294 | | 40784 | HEWLETT PACKARD CO | 37.290 | 309,614.26 | |
| 10 | 4,460 | | 41019 | INTERNATIONAL BUSINESS MACHS | 92.660 | 413,997.56 | |
| 10 | 18,821 | | 41254 | INTEL CORP | 15.880 | 299,629.48 | |
| 10 | 9,251 | | 41489 | JOHNSON & JOHNSON | 61.320 | 567,641.32 | |
| 10 | 12,122 | | 41724 | J.P. MORGAN CHASE & CO | 41.730 | 506,335.06 | |
| 10 | 5,104 | | 41959 | KRAFT FOOD INC | 30.100 | 153,836.40 | |
| 10 | 6,699 | | 42194 | COCA COLA CO | 45.500 | 305,071.50 | |
| 10 | 3,828 | | 42429 | MCDONALDS CORP | 57.230 | 219,229.44 | |
| 10 | 3,828 | | 42664 | MEDTRONIC INC | 40.300 | 154,421.40 | |
| 0 | 2,233 | | 42899 | 3M COMPANY | 64.690 | 144,541.77 | |
| 0 | 6,699 | | 43134 | ALTRIA GROUP INC | 16.890 | 126,811.11 | |
| 0 | 7,018 | | 43369 | MERCK & CO | 30.510 | 214,399.18 | |
| 0 | 25,839 | | 43604 | MICROSOFT CORP | 23.200 | 600,497.80 | |
| 0 | 13,079 | | 43839 | ORACLE CORPORATION | 18.600 | 243,792.40 | |
| 0 | 2,871 | | 44544 | OCCIDENTAL PETROLEUM CORP | 56.010 | 160,918.71 | |
| 0 | 5,104 | | 44779 | PEPSICO INC | 57.550 | 293,939.20 | |
| 0 | 22,649 | | 45014 | PFIZER INC | 17.960 | 407,681.04 | |
| 0 | 9,889 | | 45249 | PROCTER & GAMBLE CO | 65.230 | 645,454.47 | |

CONTINUED ON PAGE 9

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 9
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******1254
YOUR ACCOUNT NUMBER ...3-0

S & P ASSOCIATES GEN PTNKSHIP
PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL 33308

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 6,099 | | 45484 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 295,223.97 | |
| 5,423 | | 45719 | QUALCOMM INC | 37.310 | 202,548.13 | |
| 4,147 | | 45954 | SCHLUMBERGER LTD | 50.500 | 209,588.50 | |
| 19,778 | | 46189 | AT&T INC | 28.580 | 566,046.24 | |
| 11,464 | | 46424 | TIME WARNER INC | 11.010 | 126,897.84 | |
| 3,190 | | 46659 | UNITED PARCEL SVC INC CLASS B | 54.420 | 173,726.60 | |
| 5,742 | | 46894 | U S BANCORP | 31.510 | 181,159.42 | |
| 3,190 | | 47129 | UNITED TECHNOLOGIES CORP | 56.430 | 180,138.70 | |
| 9,570 | | 47364 | VERIZON COMMUNICATIONS | 32 | 306,622.00 | |
| 10,846 | | 47599 | WELLS FARGO & CO NEW | 34.600 | 375,704.60 | |
| 7,537 | | 47834 | WAL-MART STORES INC | 55.710 | 409,037.27 | |
| 17,226 | | 48069 | EXXON MOBIL CORP | 75.800 | 1,306,919.80 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 1.95 |
| | 35,877 | 13037 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,877.00 |
| | 3,025,000 | 13192 | U S TREASURY BILL DUE 3/12/2009    3/12/2009 | 99.875 | | 3,021,218.75 |
| | 3,000,000 | 13409 | U S TREASURY BILL DUE 03/19/2009    3/19/2009 | 99.867 | | 2,996,010.00 |
| | 3,100,000 | 13011 | U S TREASURY BILL DUE 03/26/2009    3/26/2009 | 99.834 | | 3,094,354.00 |
| | | | CONTINUED ON PAGE 10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL  33308

PAGE: 10
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
YOUR ACCOUNT NUMBER: 3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 3,100,000 | 13813 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 3,092,870.00 |
| | 3,100,000 | 14046 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 3,092,002.00 |
| 50,000 | | 14493 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 49,843.00 | |
| 24,571 | | 14725 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,571.00 | |
| | 6,671 | 49473 | ANHEUSER BUSCH COS INC | 70 | | 466,970.00 |
| 450,000 | | 49708 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 449,235.00 | |
| 17,735 | | 49946 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,735.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.20 |
| | 42,306 | 53843 | FIDELITY SPARTAN U S TREASURY BILL DUE 03/26/2009 | 1 | | 42,306.00 |
| 4,250,000 | | 58299 | U S TREASURY BILL DUE 3/26/2009 | 99.926 | 4,246,855.00 | |
| | | | CONTINUED ON PAGE 11 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
5550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE          FL  33308

PERIOD ENDING: 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
PAGE: 11
YOUR ACCOUNT NUMBER: 3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 21,733 | | 62879 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,733.00 | |
| | 4,250,000 | 63922 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 4,248,385.00 |
| 4,250,000 | | 54160 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 4,247,747.50 | |
| 638 | | 64401 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 638.00 | |
| 1,134 | | 64640 | APPLE INC | 85.070 | 96,514.38 | |
| 2,016 | | 64878 | ABBOTT LABORATORIES | 54.140 | 109,226.24 | |
| 1,386 | | 65116 | AMGEN INC | 53.630 | 74,306.16 | |
| 6,425 | | 65354 | BANK OF AMERICA | 12.980 | 83,666.48 | |
| 756 | | 65592 | BAXTER INTERNATIONAL INC | 52.570 | 39,772.92 | |
| 1,512 | | 65830 | BANK OF NEW YORK MELLON CORP | 24.690 | 37,391.28 | |
| 2,520 | | 66068 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 50,852.80 | |
| 7,305 | | 66306 | CITI GROUP INC | 6.100 | 44,870.80 | |
| 630 | | 66544 | COLGATE PALMOLIVE CO | 62.660 | 39,500.80 | |
| 3,654 | | 66782 | COMCAST CORP CL A | 13.970 | 51,192.38 | |
| 2,016 | | 67020 | CONOCOPHILLIPS | 45.100 | 91,001.60 | |
| 7,560 | | 67256 | CISCO SYSTEMS INC | 14.970 | 113,175.20 | |
| 1,890 | | 67496 | CVS CAREMARK CORP | 27.040 | 51,180.60 | |
| 2,646 | | 67734 | CHEVRON CORP | 68.710 | 181,911.66 | |

CONTINUED ON PAGE  12

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE        FL  33308

PAGE 12
PERIOD ENDING  11/30/08
YOUR ACCOUNT NUMBER  �&▬▬▬▬▬3-0
YOUR TAX PAYER IDENTIFICATION NUMBER  *****1254

| | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 25 | 2,394 | | 67972 | THE WALT DISNEY CO | 19.760 | 47,400.44 | |
| 25 | 882 | | 68210 | EXELON CORP | 48.740 | 43,023.68 | |
| 25 | 13,860 | | 68448 | GENERAL ELECTRIC CO | 14.010 | 194,732.60 | |
| 25 | 252 | | 68686 | GOOGLE | 275 | 69,310.00 | |
| 25 | 2,142 | | 68924 | HOME DEPOT INC | 19.530 | 41,918.26 | |
| 25 | 3,150 | | 69162 | HEWLETT PACKARD CO | 32.990 | 104,044.50 | |
| 25 | 1,764 | | 69400 | INTERNATIONAL BUSINESS MACHS | 75.080 | 132,511.12 | |
| 25 | 7,308 | | 69638 | INTEL CORP | 12.270 | 89,961.16 | |
| 25 | 3,654 | | 69876 | JOHNSON & JOHNSON | 57.650 | 210,799.10 | |
| 25 | 4,788 | | 70114 | J.P. MORGAN CHASE & CO | 27.760 | 133,105.88 | |
| 25 | 1,890 | | 70352 | KRAFT FOOD INC | 25.900 | 49,026.00 | |
| 25 | 2,520 | | 70590 | COCA COLA CO | 42.040 | 106,040.80 | |
| 25 | 1,386 | | 70828 | MCDONALDS CORP | 55 | 76,285.00 | |
| 25 | 1,512 | | 71066 | MEDTRONIC INC | 30.800 | 46,629.60 | |
| 25 | 882 | | 71304 | 3M COMPANY | 58.280 | 51,437.96 | |
| 25 | 2,646 | | 71542 | ALTRIA GROUP INC | 16.250 | 43,102.50 | |
| 25 | 2,772 | | 71780 | MERCK & CO | 25 | 69,410.00 | |
| 25 | 16,080 | | 72018 | MICROSOFT CORP | 18.100 | 291,051.00 | |
| 25 | 5,040 | | 72732 | ORACLE CORPORATION | 16.050 | 81,093.00 | |
| 25 | 1,134 | | 72970 | OCCIDENTAL PETROLEUM CORP | 44.570 | 50,587.38 | |
| 25 | 2,016 | | 73208 | PEPSICO INC | 51.800 | 104,508.80 | |
| 25 | 8,694 | | 73446 | PFIZER INC | 15.320 | 133,539.08 | |
| 25 | 3,780 | | 73684 | PROCTER & GAMBLE CO | 61.940 | 234,284.20 | |
| 25 | 2,646 | | 73922 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 96,366.48 | |
| 25 | 2,142 | | 74160 | QUALCOMM INC | 29.850 | 64,023.70 | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **13**

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
5550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE          FL    33308

PERIOD ENDING  **11/30/08**

YOUR ACCOUNT NUMBER  **3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER  ********1254**

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,512 | | 76398 | SCHLUMBERGER LTD | 46.270 | 70,020.24 | |
| 7,560 | | 74636 | AT&T INC | 25 | 189,302.00 | |
| 4,662 | | 74874 | TIME WARNER INC | 8.010 | 37,528.62 | |
| 1,260 | | 75112 | UNITED PARCEL SVC INC | 50.760 | 64,007.60 | |
| | | | CLASS B | | | |
| 2,268 | | 75350 | U S BANCORP | 23.400 | 53,161.20 | |
| 1,260 | | 75588 | UNITED TECHNOLOGIES CORP | 44.890 | 56,611.40 | |
| 3,654 | | 75826 | VERIZON COMMUNICATIONS | 26.570 | 97,232.78 | |
| 4,914 | | 76064 | WELLS FARGO & CO NEW | 23.820 | 117,247.48 | |
| 2,898 | | 76302 | WAL-MART STORES INC | 51.450 | 149,217.10 | |
| 1,764 | | 76540 | WYETH | 33 | 58,282.00 | |
| 6,804 | | 76778 | EXXON MOBIL CORP | 72 | 490,160.00 | |
| | | | FIDELITY SPARTAN | DIV | | 2.24 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/25/08 | | | |
| | 22,371 | 77367 | FIDELITY SPARTAN | 1 | | 22,371.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| | 4,750,000 | 77609 | U S TREASURY BILL | 99.878 | | 4,744,205.00 |
| | | | DUE 4/16/2009 | | | |
| | | | 4/16/2009 | | | |
| 26,420 | | 77905 | FIDELITY SPARTAN | 1 | 26,420.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | NEW BALANCE | | 6,120,067.57 | |
| 64,060 | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | AT&T INC | 28.560 | | |
| | | | CONTINUED ON PAGE    14 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE          FL 33308

PERIOD ENDING: 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
YOUR ACCOUNT NUMBER: 3-0
PAGE: 14

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 17,264 | | | ABBOTT LABORATORIES | 52.390 | | |
| 22,659 | | | ALTRIA GROUP INC | 16.080 | | |
| 11,869 | | | AMGEN INC | 55.540 | | |
| 5,711 | | | APPLE INC | 92.670 | | |
| 55,723 | | | BANK OF AMERICA | 16.250 | | |
| 12,639 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| 6,793 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| 1,624 | | | BOEING CO | 42.630 | | |
| 21,899 | | | BRISTOL MYERS SQUIBB COMPANY | 20.703 | | |
| 15,926 | | | CVS CAREMARK CORP | 28.930 | | |
| 22,976 | | | CHEVRON CORP | 79.010 | | |
| 65,175 | | | CISCO SYSTEMS INC | 16.540 | | |
| 60,477 | | | CITI GROUP INC | 8.290 | | |
| 21,699 | | | COCA COLA CO | 46.370 | | |
| 630 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| 31,985 | | | COMCAST CORP CL A | 17.340 | | |
| 17,005 | | | CONOCOPHILLIPS | 52.520 | | |
| 20,876 | | | THE WALT DISNEY CO | 22.520 | | |
| 882 | | | EXELON CORP | 56.210 | | |
| 58,007 | | | EXXON MOBIL CORP | 80.150 | | |
| 115,951 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 4,131 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| 2,158 | | | GOOGLE | 292.960 | | |
| 27,294 | | | HEWLETT PACKARD CO | 35.280 | | |
| | | | CONTINUED ON PAGE 15 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
PAGE: 15

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL  33308

YOUR ACCOUNT NUMBER: 0-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 19,037 | | | HOME DEPOT INC | 23.110 | | |
| 62,008 | | | INTEL CORP | 13.800 | | |
| 15,106 | | | INTERNATIONAL BUSINESS MACHS | 81.800 | | |
| 41,002 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 31,032 | | | JOHNSON & JOHNSON | 58.560 | | |
| 16,679 | | | KRAFT FOOD INC | 27.210 | | |
| 12,563 | | | MCDONALDS CORP | 56.750 | | |
| 12,689 | | | MEDTRONIC INC | 30.520 | | |
| 23,738 | | | MERCK & CO | 26.720 | | |
| 87,014 | | | MICROSOFT CORP | 20.220 | | |
| 9,452 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| 43,854 | | | ORACLE CORPORATION | 16.090 | | |
| 17,264 | | | PEPSICO INC | 56.700 | | |
| 74,830 | | | PFIZER INC | 16.430 | | |
| 23,034 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 33,323 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 18,343 | | | QUALCOMM INC | 33.570 | | |
| 13,267 | | | SCHLUMBERGER LTD | 50.740 | | |
| 26,420 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 7,555 | | | 3M COMPANY | 66.950 | | |
| 39,345 | | | TIME WARNER INC | 9.050 | | |
| 19,422 | | | U S BANCORP | 26.980 | | |
| 10,790 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| | | | CONTINUED ON PAGE   16 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 1493 6222

PAGE: **16**

PERIOD ENDING: **11/30/09**

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254

YOUR ACCOUNT NUMBER: ▮▮▮▮-3-0

S & P ASSOCIATES GEN PTNRSHIP

PGRT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL  33308

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 10,790 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 31,351 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 24,617 | | | WAL-MART STORES INC | 55.880 | | |
| 37,916 | | | WELLS FARGO & CO NEW | 28.890 | | |
| 1,764 | | | WYETH | 36.010 | | |
| | | | | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG              SHORT | | | |
| | | | 46,120,633.86 | | | |

E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE      FL  33308

| PAGE | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 17 | 11/30/08 | 3-0 | ******1254 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | | | |
| | | | DIVIDENDS | | | 269,010.88 |
| | | | GROSS PROCEEDS FROM SALES | | | 262,600,367.79 |

E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PNKSHIP
PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL  33308

PAGE: 1
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1254
YOUR ACCOUNT NUMBER: 4-0

| BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,667,628.00 |
| | 375 | 19093 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 760,875.00 |
| 375 | | 19328 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 769,125.00 | |
| | 259 | 31614 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 569,541.00 |
| 259 | | 31849 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 357,679.00 | |
| | 319 | 44074 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 395,241.00 |
| 319 | | 44309 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 536,239.00 | |
| | 953 | 30288 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 2,476,847.00 |
| 953 | | 30526 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 2,859,953.00 | |
| 634 | | 30764 | NOVEMBER 470 CALL S & P 100 INDEX | 1.500 | 95,734.00 | |
| 319 | | 31002 | NOVEMBER 485 CALL S & P 100 INDEX | .900 | 29,029.00 | |
| | 634 | 31240 | NOVEMBER 460 PUT S & P 100 INDEX | 45 | | 2,852,366.00 |
| | 319 | 31478 | NOVEMBER 475 PUT S & P 100 INDEX | 59 | | 1,881,781.00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

S & P ASSOCIATES GEN PTNRSHIP

PORT ROYALE FINANCIAL CENTER
6550 NORTH FEDERAL HWY STE 210
FT LAUDERDALE    FL 33308

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 6-0 | *****1254 | 2 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| /25 | | 126 | 72256 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 428,274.00 |
| /25 | 126 | | 72494 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 264,726.00 | |
| | | | | NEW BALANCE | | | 6,120,068.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 953 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 126 | | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | | 953 | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | 126 | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,636,710.00    SHORT 2,989,090.00- | | | |

USE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2003 or tax year

OMB No. 1545-0099

**2003**

beginning _____ and ending _____

Partner's identifying number ▶ 84-1314088

Partnership's identifying number ▶ 65-0950207

Partner's name, address, and ZIP code

RETIREMENT ACCOUNTS, INC. CUSTODIAN
FBO BURTON H MOSS
P.O. BOX 173785
DENVER, CO 80217

Partnership's name, address, and ZIP code

SPJ INVESTMENTS, LTD.
C/O MICHAEL SULLIVAN
6550 N. FEDERAL HWY., #210
FORT LAUDERDALE, FL 33308-1404

A This partner is a ☐ general partner  ☒ limited partner
☐ limited liability company member

B What type of entity is this partner? ▶ IRA

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities:
Nonrecourse ........................ $ _____
Qualified nonrecourse financing .... $ _____
Other .............................. $ 0.

G Tax shelter registration number ▶ _____

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........... ☐

I Check applicable boxes: (1) ☐ Final K-1   (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 265934. | 22179. | ( ) | 288113. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | | |
| | 2 | Net income (loss) from rental real estate activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a interest | | |
| | b | (1) Qualified dividends | | Form 1040, line 9a |
| | | (2) Total ordinary dividends | | Form 1040, line 9b |
| | c | Royalties | 2585. | Form 1040, line 9a |
| | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | | Sch. E, Part I, line 4 |
| | | (2) Net short-term capital gain (loss) (entire year) | | Sch. D, line 5, col. (g) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | 24497. | Sch. D, line 5, col. (f) |
| | | (2) Net long-term capital gain (loss) (entire year) | | Sch. D, line 12, col. (g) |
| | f | Other portfolio income (loss) (attach schedule) | | Sch. D, line 12 col. (f) |
| | 5 | Guaranteed payments to partner | | |
| | 6 | (a) Net section 1231 gain (loss) (post-May 5, 2003) | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (b) Net section 1231 (loss) (entire year) | | |
| | 7 | Other income (loss) (attach schedule)   SEE STATEMENT | 5. | |
| **Deductions** | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | |
| | 10 | Deductions related to portfolio income (attach schedule)   STMT | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 11 | Other deductions (attach schedule) | 4908. | |
| **Credits Investment Interest & S.E.** | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b (1) | Investment income included on lines 4a, 4b(2), 4c, and 4f above | 2585. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) | Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | 4908. | Sch. SE, Section A or B |
| | c | Gross nonfarm income | | |
| **Adjustments and Tax Preference** | 16 a | Depreciation adjustment on property placed in service after 1986 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | c | Other adjustments and tax preference items (attach schedule) | | |
| **Other** | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 23 | Distributions of property other than money | | |

JWA
311181
12-19-03

For Paperwork Reduction Act Notice, see Form 1065 instructions.

No Information Required for Page 2 Schedule K-1 (Form 1065) 2003

6511

| Schedule K-1<br>(Form 1065) | **2004** | ☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

Tax year beginning _____

and ending _____

Partner's Share of Income, Deductions,
Credits, etc.

▶ **See separate instructions.**

## Part I    Information About the Partnership

**A** Partnership's employer identification number
65-0950207

**B** Partnership's name, address, city, state, and ZIP code
SPJ INVESTMENTS, LTD.
C/O GREG POWELL
6550 N. FEDERAL HWY., #210
FORT LAUDERDALE, FL 33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

## Part II    Information About the Partner

**G** Partner's identifying number
84-1314088

**H** Partner's name, address, city, state, and ZIP code
RETIREMENT ACCOUNTS, INC. CUSTODIAN
FBO BURTON H MOSS
P.O. BOX 173785
DENVER, CO 80217

**I** ☐ General partner or LLC    ☒ Limited partner or other LLC
member-manager                     member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?   IRA

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**M** Partner's share of liabilities at year end:

Nonrecourse                              $ _____
Qualified nonrecourse financing          $ _____
Recourse                                 $ 0.

**N** Partner's capital account analysis:

Beginning capital account                $ 288113.
Capital contributed during the year      $ _____
Current year increase (decrease)         $ 22632.
Withdrawals & distributions              $( _____ )
Ending capital account                   $ 310745.

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss)<br>0. | **15** Credits & credit recapture | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends<br>2148. | | |
| **6b** Qualified dividends | **17** Alternative min tax (AMT) items | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss)<br>25544. | **18** Tax-exempt income and<br>nondeductible expenses | |
| **9a** Net long-term capital gain (loss)<br>-240. | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | |
| **10** Net section 1231 gain (loss) | **20** Other information<br>A          2148.<br>B          4820. | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | |
| **13** Other deductions<br>H*       4820. | | |
| **14** Self-employment earnings (loss) | | |
| | *See attached statement for additional information. | |

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2004

411281
01-05-05

651105

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2005**

For calendar year 2005, or tax
year beginning _____
ending _____

Partner's Share of Income, Deductions,
Credits, etc.

▶ See separate instructions.

OMB No. 1545-0099

☐ Final K-1    ☐ Amended K-1

### Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | | 15 Credits & credit recapture |
| 0. | | |
| 2 Net rental real estate income (loss) | | |
| | | 16 Foreign transactions |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 2920. | | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and |
| 32795. | | nondeductible expenses |
| 9a Net long-term capital gain (loss) | | |
| -3695. | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | | 20 Other information |
| | | A        2920. |
| | | B        6221. |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| L*        6508. | | |
| 14 Self-employment earnings (loss) | | |
| | | *See attached statement for additional information. |

### Part I    Information About the Partnership

**A** Partnership's employer identification number
65-0950207

**B** Partnership's name, address, city, state, and ZIP code
SPJ INVESTMENTS, LTD.
C/O MICHAEL SULLIVAN
6550 N. FEDERAL HWY., #210
FORT LAUDERDALE, FL 33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

### Part II    Information About the Partner

**G** Partner's identifying number
84-1314088

**H** Partner's name, address, city, state, and ZIP code
RETIREMENT ACCOUNTS, INC. CUSTODIAN
FBO BURTON H MOSS
P.O. BOX 173785
DENVER, CO 80217

**I** ☐ General partner or LLC
member-manager
☒ Limited partner or other LLC member

**J** ☒ Domestic partner    ☐ Foreign partner

**K** What type of entity is this partner?  IRA

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.7895000% | 3.7895000% |
| Loss | 3.7895000% | 3.7895000% |
| Capital | 3.7895000% | 3.7895000% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 310745. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 25512. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 336257. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA    For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

511261
01-11-06

651106

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0099

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | |
|---|---|
| 1 Ordinary business income (loss) 0. | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends 5752. | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) 34018. | |
| 9a Net long-term capital gain (loss) 3998. | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information  A 43768.  B 8453. |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions  K* 8857. | |
| 14 Self-employment earnings (loss) | |

*See attached statement for additional information.

**Part I  Information About the Partnership**

A Partnership's employer identification number
65-0950207

B Partnership's name, address, city, state, and ZIP code
SPJ INVESTMENTS, LTD.
C/O MICHAEL SULLIVAN
6550 N. FEDERAL HWY., #210
FORT LAUDERDALE, FL 33308-1404

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any _____
F ☐ Check if Form 8271 is attached

**Part II  Information About the Partner**

G Partner's identifying number
84-1314088

H Partner's name, address, city, state, and ZIP code
FISERV INC., CUSTODIAN
FBO BURTON H MOSS
P.O. BOX 173785
DENVER, CO 80217

I ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
J ☒ Domestic partner   ☐ Foreign partner
K What type of entity is this partner? IRA

L Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.8594000% | 3.8594000% |
| Loss | 3.8594000% | 3.8594000% |
| Capital | 3.8594000% | 3.8594000% |

M Partner's share of liabilities at year end:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Recourse $ 0.

N Partner's capital account analysis:
Beginning capital account $ 336257.
Capital contributed during the year $ _____
Current year increase (decrease) $ 34912.
Withdrawals & distributions $( _____ )
Ending capital account $ 371169.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2006

611261
01-02-07

651107

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2007**

For calendar year 2007, or tax
year beginning _____
ending _____

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0099

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other items**

**Partner's Share of Income, Deductions, Credits, etc.**

▶ **See separate instructions.**

| | | | |
|---|---|---|---|
| **Part I** | **Information About the Partnership** | | |

**A** Partnership's employer identification number
65-0950207

**B** Partnership's name, address, city, state, and ZIP code
SPJ INVESTMENTS, LTD.
C/O MICHAEL SULLIVAN
6550 N. FEDERAL HWY., #210
FORT LAUDERDALE, FL 33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| | | |
|---|---|---|
| **Part II** | **Information About the Partner** | |

**E** Partner's identifying number

84-1314088

**F** Partner's name, address, city, state, and ZIP code
FISERV INC., CUSTODIAN
FBO BURTON H MOSS
P.O. BOX 173785
DENVER, CO 80217-3785

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner?   EXEMPT ORGANIZATION

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.8161000% | 3.8161000% |
| Loss | 3.8161000% | 3.8161000% |
| Capital | 3.8161000% | 3.8161000% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 371169. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ 31874. |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ 403043. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

Right column (Part III items):

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | 3343. |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | 19279. |
| 9a | Net long-term capital gain (loss) | 17322. |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured sec 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions   K* | 8070. |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information   A   B | 3343.   7725. |

*See attached statement for additional information.

For IRS Use Only

JWA  For Paperwork Reduction Act Notice, see instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

RETIREMENT ACCOUNTS, INC.
DENVER, CO.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECKS IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY  NO RECEIPT DESIRED.

**Check No.** 2001227759
**Transaction No.** 8-12/17/02-1
**Operator No.** 9871

*acct #*

381

8          BURTON H MOSS
           SPJ INVESTORS LTD

Purchase

$265,933.51   GROSS AMOUNT
      0.00   WITHHOLDING AMOUNT
$265,933.51   NET AMOUNT

*Moss*
*031050000381*
*$265,933 5*

## SPJ INVESTMENTS, LTD.

### LIMITED PARTNER'S SIGNATURE PAGE
### AND
### POWER OF ATTORNEY

---

The undersigned, desiring to become a Limited Partner of SPJ INVESTMENTS, LTD., a Florida limited partnership (the "Partnership"), hereby adopts and agrees to be bound by all of the terms and provisions of the Limited Partnership Agreement of the Partnership dated October 4, 1999, as amended from time-to-time (the "Limited Partnership Agreement").

The undersigned hereby irrevocably constitutes and appoints Michael D. Sullivan, Greg Powell and Steve Jacob, the General Partners of the Partnership, or any additional or successor General Partner of the Partnership, acting singly, with full power of substitution, as his or her true and lawful attorney-in-fact in his or her name, place and stead to execute, acknowledge, swear to and file:  (i) an Amendment of the Limited Partnership Agreement reflecting the undersigned's admission as a Limited Partner of the Partnership; and (ii) such other documents as may be specified or referred to in Section 16 of the Limited Partnership Agreement. This Power of Attorney shall be deemed coupled with an interest, shall be irrevocable and shall survive the undersigned's death or incapacity or the transfer of his or her interest in the Partnership.

Dated:  11-12-49    , 1999.

INFORMATION AS TO JOINT
TENANT OR TENANT IN COMMON:

_____
Signature of Joint Tenant
or Tenant in Common

_____
Print Name

INFORMATION AS TO INDIVIDUAL
SUBSCRIBER:

*Burtt Moss*
_____
Signature of Subscriber

*Burtt Moss*
_____
Print Name

RETIREMENT ACCOUNTS, INC.
BY: *B Sauro*
_____
Authorized Signer

CORPORATION, INDIVIDUAL RETIREMENT
ACCOUNT TRUST OR OTHER LIMITED

RETIREMENT ACCOUNTS INC CFBO BURTON H MOSS
A/C            81 11/21/2002
PO BOX 173785
DENVER CO 80217-3785
SPJ INVESTORS LTD $265933.51
TIN:84-1314088

RETIREMENT ACCOUNTS, INC.
BY: *B/Sauro*
Authorized Signer

By: (X) Gen. Ptr
(Signature and title)

*Michael Sullivan, General Partner*
(Print name and title)

Type of Ownership (Check One):

☐ Individual                    ☐ Tenants by the Entirety

☐ Tenants in Common             ☐ Joint Tenants with Rights of Survivorship

☐ Trust                         ☒ Individual Retirement Account

☐ Other

## ACKNOWLEDGMENT OF LIMITED PARTNER

### (INDIVIDUAL)

STATE OF _Florida_ )

COUNTY OF _Broward_ )

The foregoing instrument was acknowledged before me this ~~12~~ day of ~~November 2002~~
~~1999,~~ by _Burton H. Moss_ who is personally known to me or who has
produced _n/a_ as identification and he or she acknowledged to
and before me that he or she executed the same for the purposes and considerations therein
expressed and who also upon oath swore that the statements therein contained are true and
correct.

Susan H. Moss
Commission # DD10____7
Expires May 21, 200__
Bonded Thru
Atlantic Bonding Co., Inc.

_Susan H. Moss_
Signature of Notary Public

_Susan H. Moss_
Printed Name of Notary Public

### (CORPORATION, PARTNERSHIP OR TRUST)

STATE OF _____ )

COUNTY OF _____ )

The foregoing instrument was acknowledged before me this ____ day of _____
1999, by _____, as _____ on behalf of
_____ a _____. He or she is personally
known to me or has produced _____ as identification and he or she
acknowledged to and before me that he or she executed the same for the purposes and
considerations therein expressed and who also upon swore that the statements therein contained
are true and correct.

_____
Signature of Notary Public

_____
Printed Name of Notary Public

| Form **W-9** (Rev. January 2002) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give form to the requester. Do not send it to the IRS.** |

**Print or type** · **See Specific Instructions on page 2**

Name
RETIREMENT ACCOUNTS, INC. TTEE FOR

Business name, if different from above
RETIREMENT ACCOUNTS INC CFBO BURTON H MOSS
AC#031050000381 11/21/2002

Check appropriate box: ☐ Individual Sole prop

PO BOX 173785
DENVER CO 80217-3785

☒ Exempt from backup withholding

Address (number, street, and apt. or su
717 17TH STREET, SUI

SPJ INVESTORS LTD $265933.51

ess (optional)

City, state, and ZIP code
DENVER, CO   80202-33

TIN:84-1314088

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 2.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number

or

Employer identification number
8 4 1 3 1 4 0 8 8

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

**Sign Here**   Signature of U.S. person ▶               Date ▶ DEC 16 2002

## Purpose of Form

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**Use Form W-9** only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**If you are a foreign person, use the appropriate Form W-8.** See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

### CERTIFICATE OF RESOLUTION

I hereby certify that a meeting of the Board of Directors of The Affinity Group, Inc., a corporation organized and existing under and by virtue of the laws of the State of Colorado was held by consent on the 11th day of January, 2002, at which a quorum was present and acting throughout, the following resolution was adopted and is in full force and effect.

"RESOLVED, That pursuant to a Corporate Services Agreement between Retirement Accounts, Inc. and The Affinity Group, Inc. any of the following: Mark W. Massa, Cheryl Vetromila, Wendy Ricks, Eric Drobny, Gary Flander, Victor A. Musielak, Jr., Lisa L. Lehnus, Roland Baumgardner, Annette Banes, Susan Waugh, Barbara Isauro, Robert Nagle, John Sigler, Kathryn Stoker, are hereby authorized and empowered to transfer, endorse, sell, assign, set over and deliver any and all shares of stock, bonds, debentures, proxies, deeds of trust, promissory notes, certificates of deposit and any other securities or financial instruments now or hereafter standing in the name of or owned in trust or custodial capacity by Retirement Accounts, Inc.; to make, execute, and deliver any and all written instruments necessary or proper to effectuate the authority hereby conferred."

I further certify that the authority conferred above is not inconsistent with the Charter or By-laws of the Corporation and that the following is a true and correct list of the Officers of this Corporation as of this date:

| | | | |
|---|---|---|---|
| Mark W. Massa | President/Treasurer | Lisa L. Lehnus | Secretary |
| Gordon G. Rockafellow | Vice President | Victor A. Musielak, Jr. | Assistant Secretary |
| Thomas Hirsch | Assistant Secretary | Joanne Radmore Ratkai | Vice President |
| Robert Nagle | Assistant Secretary | | |
| Brad J. Newman | Asst. Secretary / Asst. Treasurer | | |
| Nancy H. Wedelstaedt | Assistant Secretary | | |

ATTEST

Secretary - Lisa L. Lehnus

DEC 16 2002

I hereby certify that the above resolution is in full force and effect this _____ day of _____, 2002, and that the signatures below are true and accurate signatures of the persons authorized to sign securities on behalf of The Affinity Group, Inc.

(SEAL)

Asst. Secretary - Victor A. Musielak, Jr.

Mark W. Massa

Wendy Ricks

Gary Flander

Lisa L. Lehnus

Annette Banes

Barbara Isauro

John Sigler

Catherin Farmer

Tammy Lewis

Cheryl Vetromila

Eric Drobny

Victor A. Musielak, Jr.

Roland Baumgardner

Susan Waugh

Robert Nagle

Kathryn Stoker

Estella Cook

# *SPJ Investments, Ltd.*
## *c/o Sullivan & Powell*
### Port Royale Financial Center, Suite 210
### 6550 North Federal Highway
### Fort Lauderdale, FL 33308

Michael D. Sullivan

Susan H. Moss, E.A.

Telephone 954-492-0088
Fax 954-938-006
e-mail: Investit@bellsouth.net

NTC & Co.
PO Box 173859
Denver, CO 80217-0105
ATTN: Client Services

Dear Madam or Sir,

Attached is the Private Equity/Private Deb Investment Authorization form for Burton H. Moss - Acct # ▮▮▮▮▮81. At his direction, these funds are to be invested with SPJ Investments, Ltd. per copies of the attached Investment Authorization form. Please forward these funds to our office at your earliest convenience.

Please call if there are any questions. Thank you very much.

Sincerely,

Michael D. Sullivan, General Partner
Designated Representative

enclosures



**FISERV.** | Investment
Support
Services

717 17th Street, Suite 1700
Denver, CO 80202-3331

# Private Equity/Private Debt Investment Authorization

**Direct IRA mail to:**
P.O. Box 173859
Denver, CO 80217-3859
Toll Free: 1-800-962-4238

**Direct Qualified Plan mail to:**
P.O. Box 5508
Denver, CO 80217-5508
Toll Free: 1-800-831-8675

A $1,000 minimum cash balance is required at all times, or a $50 quarterly fee may be charged. Accounts opened after January 1, 2008, must have a minimum aggregate account value (MAAV) of $100,000, or a separate $50 quarterly fee may be charged. Please refer to the current IRA Fee Schedule for more information.

**Important Instructions! Read before completing this form. :Note:** "you" and "your" refer to the Account Owner.) Please use this form for the following investments only: Private Limited Partnerships (LP), Limited Liability Companies (LLC), Private REITs, Private Stock, Private Debt, Offshore Fund and Hedge Fund investments. Forms and/or procedures for other types of investment transactions are available upon request from our Relationship Managers or on our website at: www.fiservss-isaervices.com. Please review the Terms and Conditions contained in your plan establishment documents applicable to your account for more information about the types of investments you may direct to be purchased in your account.

Prior to directing Trust Industrial Bank to process your investment instructions, please be sure that the issuer or sponsor of your investment has provided Trust Industrial Bank with a completed Private Investment Notification Form and related materials. Please refer to the Private Equity/Private Debt Checklist on page 1. If the sponsor has not provided that information to Trust Industrial Bank, your investment instructions may be delayed.

By signing this form, you acknowledge that Trust Industrial Bank has not reviewed, recommended or commented on the investment ments, risks, suitability or management of the investment(s) you have selected, and you authorize Trust Industrial Bank to process the following transactions.

Name of Investment   SPJ Investments, LTD

Number of Units/Shares

Total Amount of Investment   $248,000.00

Maturity Date *(Private Debt only)*

Interest Rate *(Private Debt only)*

**FUNDING INSTRUCTIONS** *(select one)*
- ❏ Wire funds per attached wiring instruction and mail documents by:
  - ❏ Regular Mail
  - ❏ Overnight Mail and bill my Trust Industrial Bank account
  - ❏ Overnight Mail and bill 3rd party overnight account number
- ☑ Send funds by check and mail documents and check by:
  - ☑ Regular Mail
  - ❏ Overnight Mail and bill my Trust Industrial Bank account
  - ❏ Overnight Mail and bill 3rd party overnight account number

Check Payee Name   SPJ INVESTMENTS, LTD

Mail documents to:
Street Address   C/O SU        ROWELL
6550 N FED        WY., #210
FT LAUDERDALE, FL 33308

City/State/ZIP      PH 954-492-0088
FAX 954-938-0069

Telephone Number   (        )

*If the address information is incomplete, checks and paperwork will be forwarded to the address we have on record.*



Account Owner   Burton H. Moss

Account Number   [redacted] .381

Account Owner E-Mail Address

You authorize and direct Trust Industrial Bank to:
- ❏ Purchase    ❏ Transfer/Rollover    ❏ Exchange

**Provide the following**
- ☑ Complete and sign this form
- ❏ Complete, sign and forward the Applicable Subscription Agreement or enrollment documents (Trust Industrial Bank will execute the documents as retirement plan trustee; however, suitability standards/questionnaires (investor accreditation) must be completed and signed by the retirement plan owner before being submitted.)

**STOP** **READ THOROUGHLY BEFORE SIGNING**

**ACKNOWLEDGEMENTS**

1. You acknowledge that Trust Industrial Bank does not perform any type of due diligence determination for any investment.

2. You acknowledge that Trust Industrial Bank does not conduct any investigation of investment sponsors or their selling agents at any time (including prior to funding an investment or after purchases have been made), and that they do not verify whether or not any investment sponsor or their selling agent(s) have complied with state and/or federal securities laws. You understand that any such review or investigation is your responsibility.

3. You verify that you have consulted with tax, financial and legal professionals, or have elected not to do so prior to directing Trust Industrial Bank to make this investment on behalf of your account.

© Fiserv Investment Support Services, 2008. Trust and Custodial Services provided by Trust Industrial Bank, member FDIC.
INVESTMENT PRODUCTS: NOT FDIC INSURED · NO BANK GUARANTEE · MAY LOSE VALUE

IQP-5054 (3/08)

## Private Equity/Private Debt Investment Authorization *(continued)*

4. You verify that you have received and read all pertinent information relating to the investment(s) named herein (i.e., private placement memorandum, purchase agreement, subscription documents, etc.).

5. You understand that Trust Industrial Bank is not related to or affiliated with the management or selling agent(s) of the investment(s) and does not comment on the merits of any offering.

6. You have consulted with a tax advisor concerning possible tax implications, and agree that such implications (or required tax filings) are your responsibility and any payments calculated will be deducted from your retirement plan.

7. You understand Trust Industrial Bank's valuation reporting policy printed on this form.

8. You agree to the Arbitration Statement printed on this form.

9. You attest that the investment does not constitute a prohibited transaction as defined in the Internal Revenue Code Section 4975 and outlined in the plan documents, and the Prohibited Transactions section on this form.

10. You have read and agree to the Indemnity of Trustee and/or Custodian provisions that are provided in the establishment documents.

11. You understand and agree to the Employee Retirement Income Security Act and Unrelated Business Taxable Income Notice printed on this form.

12. Offshore Fund Investments

You understand that offshore entities are not organized under the laws of the United States and, most likely, are not subject to US regulations and/or legal system. You are aware that you are responsible for all legal matters concerning your account, and that Trust Industrial Bank may resign as directed trustee in the event of future legal proceedings.

The investment sponsor of the fund in which you are investing may require that you provide additional documentation or other information pursuant to the anti-money laundering or other laws applicable to the investment sponsor in the country in which it operates. The particular requirements of each country and each investment sponsor may differ. It is your responsibility to determine these requirements prior to authorizing this investment, and by signing this document you acknowledge that you have done so.

Additionally, the investment sponsor may impose similar requirements for Trust Industrial Bank relating to the processing of your purchase. Trust Industrial Bank's policy is that it will provide a certification of compliance with United States anti-money laundering/anti-terrorism regulations applicable to Trust Industrial Bank. If the investment sponsor requires additional information beyond the certification, Trust Industrial Bank reserves the right to decline to provide such information and to instead characterize the investment as administratively unfeasible for your account. You understand and acknowledge that Trust Industrial Bank will not be responsible for any consequences resulting from such a determination.

13. Loan Servicing Information For Private Debt Investments

Trust Industrial Bank is not responsible for servicing any loan, promissory note, or "debt investment." Trust Industrial Bank will not monitor whether or not a borrower has defaulted; therefore, it

will not provide notice to Account Owners if a default occurs. Account Owners are responsible for reviewing the terms of any debt investment prior to directing Trust Industrial Bank to fund the investment, and identifying whether or not there is a Servicing Agent for the debt investment.

Generally, a Servicing Agent (sometimes referred to as a Collateral Agent, Indenture Trustee or Paying Agent) is responsible for: collecting the proceeds in accordance with the terms of the loan agreement for the debt investment; maintaining account records of each individual investor; collecting and paying over principal and interest from the borrower to the investors; and pursuing any available remedy in the event of a default by the borrower on behalf of investors.

Trust Industrial Bank does not perform these services for your account. If you determine there is not a Servicing Agent for your debt investment, it is your responsibility to monitor whether or not the borrower complies with the terms of the loan agreement for your debt investment. By signing below, you acknowledge these facts, and verify that you have made your own determination about loan servicing for your investment.

14. I acknowledge the minimum cash and aggregated account value requirements applicable to Investment Type 3, as stated on the IRA Fee Schedule. If both requirements are not met, I understand additional fees may apply.

**EFFECTIVE JANUARY 1, 2008, MINIMUM AGGREGATE ACCOUNT VALUE REQUIRED IS $100,000. MINIMUM CASH BALANCE THAT MUST BE MAINTAINED IN IRA AT ALL TIMES IS $1,000.**

 **READ THOROUGHLY BEFORE SIGNING**

### SIGNATURE

I agree to all terms and conditions contained in the plan documents applicable to my account and to Acknowledgements 1 through 14 and the related disclosures on this form.

Account Owner Signature

X

Date 9-11-08

### ARBITRATION STATEMENT

The Account Owner hereby agrees that all claims and disputes of every type and matter between the Account Owner and Trust Industrial Bank, including but not limited to claims in contract, tort, common law claims, or alleged statutory violations, shall be submitted to binding arbitration pursuant to the rules of the American Arbitration Association; when the total damages by all claimants in an Arbitration Demand exceed $75,000 the proceedings and hearings in the case shall take place only in Denver, Colorado; when the total damages by all claimants in an Arbitration Demand are $75,000 or less, the arbitration proceedings and hearings in the case shall take place only in the city with a United States District Court nearest to the residence of one or more of the Account Owner(s). To the extent not preempted by federal law, Colorado law (including without limitation Colorado statutes governing arbitration proceedings) shall control during the arbitration. The Account Owner expressly waives any right he/she may have to institute or

## Private Equity/Private Debt Investment Authorization *(continued)*

4. You verify that you have received and read all pertinent information relating to the investment(s) named herein (i.e., private placement memorandum, purchase agreement, subscription documents, etc.).

5. You understand Trust Industrial Bank is not related to or affiliated with the management or selling agent(s) of the investment(s) and does not comment on the merits of any offering.

6. You have consulted with a tax advisor concerning possible tax implications, and agree that such implications (or required tax filings) are your responsibility and any payments calculated will be deducted from your retirement plan.

7. You understand Trust Industrial Bank's valuation reporting policy printed on this form.

8. You agree to the Arbitration Statement printed on this form.

9. You attest that the investment does not constitute a prohibited transaction as defined in the Internal Revenue Code Section 4975 and outlined in the plan documents, and the Prohibited Transactions section on this form.

10. You have read and agree to the Indemnity of Trustee and/or Custodian provisions that are provided in the establishment documents.

11. You understand and agree to the Employee Retirement Income Security Act and Unrelated Business Taxable Income Notice printed on this form.

12. Offshore Fund Investments

    You understand that offshore entities are not organized under the laws of the United States and, most likely, are not subject to US regulations and/or legal system. You are aware that you are responsible for all legal matters concerning your account, and that Trust Industrial Bank may resign as directed trustee in the event of future legal proceedings.

    The investment sponsor of the fund in which you are investing may require that you provide additional documentation or other information pursuant to the anti-money laundering or other laws applicable to the investment sponsor in the country in which it operates. The particular requirements of each country and each investment sponsor may differ. It is your responsibility to determine these requirements prior to authorizing this investment, and by signing this document you acknowledge that you have done so.

    Additionally, the investment sponsor may impose similar requirements for Trust Industrial Bank relating to the processing of your purchase. Trust Industrial Bank's policy is that it will provide a certification of compliance with United States anti-money laundering/anti-terrorism regulations applicable to Trust Industrial Bank. If the investment sponsor requires additional information beyond the certification, Trust Industrial Bank reserves the right to decline to provide such information and to instead characterize the investment as administratively unfeasible for your account. You understand and acknowledge that Trust Industrial Bank will not be responsible for any consequences resulting from such a determination.

13. Loan Servicing Information For Private Debt Investments

    Trust Industrial Bank is not responsible for servicing any loan, promissory note, or "debt investment." Trust Industrial Bank will not monitor whether or not a borrower has defaulted; therefore, it

will not provide notice to Account Owners if a default occurs. Account Owners are responsible for reviewing the terms of any debt investment prior to directing Trust Industrial Bank to fund the investment, and identifying whether or not there is a Servicing Agent for the debt investment.

Generally, a Servicing Agent (sometimes referred to as a Collateral Agent, Indenture Trustee or Paying Agent) is responsible for: collecting the proceeds in accordance with the terms of the loan agreement for the debt investment; maintaining account records of each individual investor; collecting and paying over principal and interest from the borrower to the investors; and pursuing any available remedy in the event of a default by the borrower on behalf of investors.

Trust Industrial Bank does not perform these services for your account. If you determine there is not a Servicing Agent for your debt investment, it is your responsibility to monitor whether or not the borrower complies with the terms of the loan agreement for your debt investment. By signing below, you acknowledge these facts, and verify that you have made your own determination about loan servicing for your investment.

14. I acknowledge the minimum cash and aggregated account value requirements applicable to Investment Type 3, as stated on the IRA Fee Schedule. If both requirements are not met, I understand additional fees may apply.

**EFFECTIVE JANUARY 1, 2008, MINIMUM AGGREGATE ACCOUNT VALUE REQUIRED IS $100,000. MINIMUM CASH BALANCE THAT MUST BE MAINTAINED IN IRA AT ALL TIMES IS $1,000.**

**STOP** **READ THOROUGHLY BEFORE SIGNING**

### SIGNATURE

I agree to all terms and conditions contained in the plan documents applicable to my account and to Acknowledgements 1 through 14 and the related disclosures on this form.

Account Owner Signature
X 

Date

### ARBITRATION STATEMENT

The Account Owner hereby agrees that all claims and disputes of every type and matter between the Account Owner and Trust Industrial Bank, including but not limited to claims in contract, tort, common law claims, or alleged statutory violations, shall be submitted to binding arbitration pursuant to the rules of the American Arbitration Association; when the total damages by all claimants in an Arbitration Demand exceed $75,000 the proceedings and hearings in the case shall take place only in Denver, Colorado; when the total damages by all claimants in an Arbitration Demand are $75,000 or less, the arbitration proceedings and hearings in the case shall take place only in the city with a United States District Court nearest to the residence of one or more of the Account Owner(s). To the extent not preempted by federal law, Colorado law (including without limitation Colorado statutes governing arbitration proceedings) shall control during the arbitration. The Account Owner expressly waives any right he/she may have to institute or

1 of 7



**Traditional/Roth IRA**

# Transfer/Rollover Request

717 17th Street, Suite 1700
Denver, Colorado 80202-3331
Toll Free: 1-800-962-4238

Direct IRA mail to:
P.O. Box 173859
Denver, CO 80217-3859

## GENERAL INSTRUCTIONS

This form is to be completed by an IRA Account Owner who wishes to make a transfer, rollover, direct rollover, all or a portion of his/her assets from an existing IRA plan to a Trust Industrial Bank IRA. Please refer to the "Instructions for Traditional/Roth IRA Transfer/Rollover Request" to complete this form.

## 1.  IRA ACCOUNT OWNER INFORMATION

Account Owner Name  *Burton H Moss*

Mailing Address *286 C NE 19th St*    City/State/ZIP *Pompano Beach, FL 3306*

Trust Industrial Bank IRA Account Number  *Q3IC500 OO 381*

Date of Birth *1-17-1951*    Social Security Number *████████-1575*

Business Telephone Number *(561) 391.5020*    Home Telephone Number *954 780-1104*

## 2.  RESIGNING TRUSTEE/CUSTODIAN INFORMATION

Please provide a copy of the most recent Account Statement from your resigning Trustee/Custodian.

Resigning Trustee/Custodian Name  *Oppenheimer Funds*

Resigning Trustee/Custodian Account Number  *002 002003739224*

Mailing Address  *10200 East Girard Ave.*  City/State/ZIP *Denver, Co. 80231*

Telephone Number ( *800* ) *548-1225*    Contact Name

## 3.  TRANSFER TYPE *(account owner must check one)*

To the delivering firm: I have amended my retirement plan or established a new plan, and request that you transfer or rollover all or a portion of the assets or securities in my account (as directed on this form) to the successor trustee/custodian named below. I understand that to the extent any assets in my account are not readily transferable, with or without penalties, such assets may not be transferred within the time frames required by New York Stock Exchange Rule 412 or similar rule of the National Association of Securities Dealers or other designated examining authority. Unless otherwise indicated in the instructions contained herein, I authorize you to sell any nontransferable proprietary money market fund assets that are part of my account and transfer the resulting cash credit balance to the successor trustee/custodian. I understand that you will contact me with respect to the disposition of any other assets in my securities account that are not transferable. I authorize you to deduct any outstanding fees due you from the credit balance in my account. If my account does not contain a credit balance, or if the credit balance in the account is insufficient to satisfy any outstanding fees due you, I authorize you to liquidate the assets in my account to the extent necessary to satisfy that obligation. If certificates or other instruments in my account are in your physical possession, I instruct you to transfer them in good deliverable form, including affixing any necessary tax waivers, to enable the successor trustee/custodian to transfer them to its name (or its nominee name) for the purpose of sale, when and as directed by me. I understand that upon receiving a copy of this transfer instruction, you will cancel all open orders for my account on your books.

❏ Partial transfer ❏ Complete transfer *(close my entire account)*

## 4.  TRANSFER/ROLLOVER OPTION

Choose one below. For your selection, please provide specific asset instructions in section 6.

☑ **Transfer:** Transfer Options (choose one) ☑ **IRA to IRA  OR** ❏ **Roth IRA to Roth IRA**

*If applicable, choose one. For either option below, you must include a certified copy of the deceased Account Owner's death certificate.*
   ❏ **Inherited IRA:** Check box if this is a transfer of an inherited or beneficiary IRA. Subject to additional documentation and review.
   ❏ **Non-Spouse Beneficiary:** Only for Non-Spouse Beneficiary Direct Rollover.
   ❏ **Spousal Assumption:** Transfer Option: Only for spouses who are the sole beneficiary of a plan owner.

❏ **Rollover:** Rollover Option: Rollover of Eligible Distribution Received Outright by Account Owner
❏ **Direct Rollover:** Rollover Option: Rollover of Eligible Business Retirement Plan Assets to IRA Rollover

© Fiserv Investment Support Services, 2008. Trust and Custodial Services provided by Trust Industrial Bank, member FDIC.
INVESTMENT PRODUCTS:  NOT FDIC INSURED  •  NO BANK GUARANTEE  •  MAY LOSE VALUE

IRA-5142 (7/08)

## Traditional/Roth IRA Transfer/Rollover Request *(continued)*

**5.  LIST ALL ASSETS TO BE TRANSFERRED**
*Use additional paper if needed. Please provide a copy of the most recent Account Statement from your resigning Trustee/Custodian.*

| A.  Cash/Money Market | Specify "ALL" or $ Amount | Account Number |
|---|---|---|
| Money Market | All | ████████ A 224 |

| B.  Mutual Funds | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |

| C.  Annuities | Value | Surrender | or | Change of Ownership | Contract (Policy Number) |
|---|---|---|---|---|---|
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |

| D.  Limited Partnerships and REITs | # of units or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |

| E.  Stocks or Bonds | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |

| F.  Other Assets | # of shares or "ALL" | Sell | or | Transfer In Kind | Account Number |
|---|---|---|---|---|---|
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |
| | | ❏ | or | ❏ | |

**6.  AGE 70½ NOTICE**

If you are subject to required minimum distributions (generally if you have attained age 70½ during the transfer year) and have not taken a minimum distribution from your prior Trustee/Custodian, please contact us for assistance regarding the calculation of your required amount. Please have the previous year-end value available.

**7.  DELIVERY OPTIONS FOR THIS FORM**

❏  This transfer may be faxed to my resigning Trustee/Custodian. **(must provide the following)**

Contact Name _____

Contact Department _____   Fax Number  (      )

## Traditional/Roth IRA Transfer/Rollover Request *(continued)*

**3. ACCOUNT OWNER'S SIGNATURE REQUIRED**

I certify that I have read the applicable section for the transaction I have chosen, understand and agree to all the terms.

In the case of a transfer or direct rollover, the current Trustee/Custodian is authorized to send cash and/or assets to Trust Industrial Bank as specified.

For the transfer of an inherited IRA, I certify that I am the sole beneficiary of the assets requested and agree to hold Trust Industrial Bank harmless in the event that any other beneficiary makes a claim against this account.

In the case of a rollover, I understand it is my sole responsibility to determine the validity of any rollover contribution and to initiate and make such rollover deposit; and I irrevocably elect to roll over the assets in this transaction.

I hereby agree to indemnify and hold harmless Trust Industrial Bank and its officers, directors, shareholders, agents and employees, for any and all costs, obligations, losses, claims, damages and expenses (including reasonable attorneys' fees) related to or associated with this agreement.

**I acknowledge the minimum cash and aggregated account value requirements applicable to Investment Types 3 and 4, as stated on the IRA Fee Schedule. If both requirements are not met, I understand additional fees may apply.**

Account Owner Signature

X _____

Date _____8/19/08_____

*Note: Medallion Signature Guarantee Stamp Here if the Resigning Trustee or Custodian requires.*

[MEDALLION GUARANTEE STAMP HERE]

*A Medallion Signature Guarantee may be obtained from an authorized officer at a brokerage firm, bank or other financial institution. Certification by a notary public is not a substitute for a signature guarantee.*

---

**3. ACCEPTANCE BY TRUST INDUSTRIAL BANK COMPANY**
   *(To be completed by Trust Industrial Bank)*

Trust Industrial Bank hereby accepts the appointment as Trustee of the assets listed. This acceptance is not to be construed as validation of any rollover or direct rollover contribution, if any. Trust Industrial Bank is exempt from backup withholding described in Section 3406(a) (1)(c) of the Internal Revenue Code.

Trust Industrial Bank Acceptance Signature

X _____

Title _____

Date _____

[MEDALLION GUARANTEE STAMP HERE]

*A Medallion Signature Guarantee may be obtained from an authorized officer at a brokerage firm, bank or other financial institution. Certification by a notary public is not a substitute for a signature guarantee.*

**DELIVERY INSTRUCTIONS**

Trust Industrial Bank Tax Identification Number 26-1356253

**Register Physical Securities, Non-Networked Eligible Mutual Funds and Limited Partnerships:**
NTC & Co.
FBO (client name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859

**Register Networked Eligible Mutual Funds to:**
NTC & Co.
FBO (client name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859
Matrix Settlement and Clearance Services NSCC # 5954

**Make checks payable to:**
Trust Industrial Bank
FBO (client's name), IRA Number
P.O. Box 173859
Denver, CO 80217-3859

**Overnight Delivery Address:**
Fiserv ISS
FBO (client's name), IRA Number
717 17th Street, Suite 2600
Denver, CO 80202-3323

**Incoming ACH Instructions:**
JPMorgan Chase
ABA# 102001017
To: Trust Industrial Bank
Acct# 634341224

FFC Trust Industrial Bank account number

**Wiring Instructions for Cash:**
JPMorgan Chase
ABA# 021000021
For Credit to: Trust Industrial Bank
A/C # 634341224
For Further Credit to: Client's Full Name
A/C # (Client's Trust Industrial Bank Account Number)

**DTC Eligible Securities:**
DTC #5998
Agent ID #94099
Institutional ID #94099
FBO: Client Name and Trust Industrial Bank Account Number

**Book-entry Government Securities (including GNMA pool deliveries)
VIA Federal wire as follows:**
BK OF NYC/CUST
A/C: 310955
Trust Industrial Bank
ABA #021000018
FBO: Client's name & Trust Industrial Bank Account Number

---

# OppenheimerFunds
# Portfolio Builder℠ Statement

RPSS TR ROLLOVER IRA FBO BURTON H MOSS

## Your Total Investment Portfolio Value

**$250,230.16**

## Your Investment Portfolio Value

| | Quarter Ending 06/30/2008 | Year to Date | Since Inception Date of 02/18/2005 |
|---|---|---|---|
| Beginning Value | $250,026.13 | $279,771.73 | $121,471.27 |
| Additions | $0.00 | $0.00 | $110,741.45 |
| Withdrawals | $0.00 | $0.00 | $0.00 |
| Change in Value* | $204.03 | $(29,541.57) | $18,017.44 |
| **Ending Value** *includes any sales charges* | **$250,230.16** | **$250,230.16** | **$250,230.16** |

| Investment | Quarter Ending 06/30/2008 | | | |
|---|---|---|---|---|
| Dividends | $751.11 | | | |
| Short Term Cap Gains | $0.00 | | | |
| Long Term Cap Gains | $0.00 | | | |

## Your Total Investment Portfolio Value

| Investment | Current Market Value | Current Allocation | Target | Variance |
|---|---|---|---|---|
| **Domestic Equity** | $204,442.37 | 81% | 82% | -1% |
| Global Equity | $33,000.09 | 14% | 13% | 1% |
| **Asset Allocation** | $0.00 | 0% | 0% | 0% |
| Specialty | $0.00 | 0% | 0% | 0% |
| **Fixed Income** | $12,779.70 | 5% | 5% | 0% |
| Cash | $0.00 | 0% | 0% | 0% |
| **Total Portfolio Allocation** | $250,230.16 | 100% | 100% | |

| Dividends | Year to Date | Since Inception Date of 02/18/2005 |
|---|---|---|
| | $499.25 | $5,439.10 |
| | $0.00 | $16,277.13 |
| | $0.00 | $24,020.34 |

**Current Allocation**



*(handwritten notes:)* 244,847.50 in cash
6/18/2008
New acct.
002-000373[?]224
248,660.93
248,689.46
All forster[?]
into M/M.

Advisor Copy

## Your Portfolio Builder Profile

| | |
|---|---|
| Account Number | 4[?] |
| Inception Date | 02/18/2005 |
| Rebalancing Option | Discretionary |
| Last Rebalance Date | N/A |
| Dividend/Capital Gain Option | Reinvest |
| Acct Executive Number | 10M |
| Dealer Branch Number | 0739 FLDM |
| Rep Name | BURTON H MOSS |

## Your Client

RPSS TR ROLLOVER IRA
FBO BURTON H MOSS
2800 NE 19TH ST
POMPANO BEACH FL 33062

## Contacting OppenheimerFunds

**Phone**
1.800.548.1225
Call Monday - Friday,
8:00 am - 7:00 pm ET

**Fax**
1.303.768.1900

**Mail**
OppenheimerFunds Distributor, Inc.
Attn: Portfolio Builder
P.O. Box 173673
Denver, CO 80217-9735

**Overnight**
OppenheimerFunds Services
10200 East Girard Avenue,
Building D
Denver, CO 80231

**Website**
www.oppenheimerfunds.com



# OppenheimerFunds®
The Right Way to Invest

# OppenheimerFunds
## Portfolio Builder™ Statement

### Year-to-Date Statement
January 1, 2008 through June 30, 2008

*Performance of Comparative Indices shown in italics*

| | Quarter Ending 06/30/2008 | Year to Date | 1 Year | Annualized 3 Year | 5 Year | 10 Year | Since Inception | Portfolio Return Since Inception |
|---|---|---|---|---|---|---|---|---|
| **Your Total Portfolio** | **0.08%** | **(10.56)%** | **(15.66)%** | **2.56%** | — | — | **2.58%** | 2.58% |
| **Domestic Equity** | **1.34%** | **(10.02)%** | **(15.39)%** | **2.38%** | **2.88%** | — | **2.46%** | |
| *S&P 500 Index* | *(2.73)%* | *(11.91)%* | *(13.12)%* | *4.40%* | *7.58%* | *2.88%* | | 3.00% |
| **Global Equity** | **(7.42)%** | **(16.86)%** | **(22.59)%** | **3.39%** | — | — | **3.00%** | 3.00% |
| *MSCI EAFE Index* | *(1.93)%* | *(10.58)%* | *(10.15)%* | *13.33%* | *17.14%* | *6.22%* | | 2.00% |
| *MSCI World Index* | *(2.45)%* | *(11.75)%* | *(12.50)%* | *6.86%* | *9.99%* | *2.50%* | | 1.00% |
| **Asset Allocation** | | | | | | | | |
| *S&P 500 Index* | *(2.73)%* | *(11.91)%* | *(13.12)%* | *4.40%* | *7.58%* | *2.88%* | | 1.00% |
| *Lehman Brothers Aggregate Bond Index* | *(1.02)%* | *1.13%* | *7.12%* | *4.00%* | *3.85%* | *5.68%* | | 0.00% |
| **Specialty** | | | | | | | | |
| **Fixed Income** | **1.19%** | **(0.69)%** | **2.72%** | **3.27%** | — | — | **3.31%** | |
| *Lehman Brothers Aggregate Bond Index* | *(1.02)%* | *1.13%* | *7.12%* | *4.00%* | *3.85%* | *5.68%* | | |

*Investment Allocation as of June 30, 2008*

| | Shares | Share Price | Market Value as of 06/30/2008 | Current Allocation | Target Allocation | Variance |
|---|---|---|---|---|---|---|
| **Domestic Equity** | | | **$204,442.37** | | | |
| Main Street Opportunity A | 8,873,019 | $12.35 | $109,581.78 | 43% | 43% | 0% |
| Main Street Small Cap A | 3,452,758 | $11.87 | $61,700.79 | 25% | 75% | 0% |
| Quest Balanced Fund A | 1,117,513 | $13.73 | $15,343.45 | 6% | 7% | 1% |
| MidCap A | 535,482 | $17.88 | $9,574.42 | 4% | 4% | 0% |
| Small & Mid Cap Value Fund A | 255,741 | $32.29 | $8,241.93 | 3% | 3% | 0% |
| **Global Equity** | | | **$33,008.09** | | | |
| International Value A | 1,396,952 | $14.39 | $19,894.84 | 8% | 8% | 0% |
| Global Opportunities A | 268,561 | $28.24 | $7,584.16 | 3% | 3% | 0% |
| International Growth A | 277,911 | $27.11 | $8,329.09 | 3% | 2% | 1% |



Target Allocation by Fund



Current Allocation by Fund



Oppenheimer
The Right Way to Invest

ds

# OppenheimerFunds
# Portfolio Builder™ Statement

| Investment Allocation as of June 30, 2008 | Shares | Share Price | Market Value as of 06/30/2008 | Current Allocation | Target Allocation | Variance |
|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | |
| US Government Trust A | 830.032 | $9.44 | $7,789.70 | 3% | 3% | 0% |
| Core Bond A | 258.564 | $9.77 | $2,526.17 | 1% | 1% | 0% |
| Champion Income A | 297.787 | $8.12 | $2,418.03 | 1% | 1% | 0% |
| **Total Portfolio Value** | | | **$250,230.16** | **100%** | **100%** | |

# End of Your Portfolio Activity

| Date | Event Description | Oppenheimer Fund | Transaction Description | Dollar Amount | Share Price | Number of Shares |
|---|---|---|---|---|---|---|
| 01/31/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $15.85 | $8.54 | 1.856 |
| 01/31/08 | Dividend/Capital Gain | US Government Trust A | Dividend (Reinvested | $36.83 | $9.69 | 3.801 |
| 01/31/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $11.09 | $10.15 | 1.091 |
| 02/29/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $15.50 | $8.00 | 1.938 |
| 02/29/08 | Dividend/Capital Gain | US Government Trust A | Dividend (Reinvested | $22.16 | $9.59 | 3.353 |
| 03/29/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $11.14 | $9.02 | 1.134 |
| 03/07/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested at 0.052100 per Share | $68.88 | $14.40 | 4.783 |
| 03/07/08 | Dividend/Capital Gain | Quest Balanced Fund A | Dividend (Reinvested at 0.052100 per Share | $15.23 | $7.91 | 1.925 |
| 03/31/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $20.63 | $9.56 | 3.704 |
| 03/31/08 | Dividend/Capital Gain | US Government Trust A | Dividend (Reinvested | $11.03 | $9.73 | 1.134 |
| 03/31/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $15.13 | $8.51 | 1.778 |
| 04/29/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $31.64 | $9.57 | 3.306 |
| 04/30/08 | Dividend/Capital Gain | US Government Trust A | Dividend (Reinvested | $11.58 | $9.90 | 1.169 |
| 04/30/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $15.18 | $8.63 | 1.759 |
| 05/29/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $13.95 | $9.50 | 3.574 |
| 05/29/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $12.92 | $10.01 | 1.291 |
| 05/30/08 | Dividend/Capital Gain | Quest Balanced Fund A | Dividend (Reinvested | $71.27 | $14.43 | 4.939 |
| 05/30/08 | Dividend/Capital Gain | Champion Income A | Dividend (Reinvested | $15.24 | $8.12 | 1.877 |
| 06/30/08 | Dividend/Capital Gain | US Government Trust A | Dividend (Reinvested | $31.94 | $9.44 | 3.383 |
| 06/30/08 | Dividend/Capital Gain | Core Bond A | Dividend (Reinvested | $17.26 | $9.77 | 1.755 |




# Oppenheimer
The Right Way to Invest

```
TRANSMISSION VERIFICATION REPORT
```

```
                                      TIME : 09/11/2008 08:55
                                      NAME : SULLIVAN AND POWELL
                                      FAX  : 9549380069
                                      TEL  : 9544920088
```

```
  DATE,TIME            09/11  08:53
  FAX NO./NAME         17209204738
  DURATION             00:02:02
  PAGE(S)              03
  RESULT               OK
  MODE                 FINE
                       ECM
```

# SPJ Investments, Ltd.
## c/o Sullivan & Powell
Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Telephone 954-492 0088
Fax 954-938-006
e-mail: Investit@bellsouth.net

Michael D. Sullivan

Susan H. Moss, E.A.

NTC & Co.
PO Box 173859
Denver, CO 80217-0105
ATTN: Client Services

Dear Madam or Sir,

Attached is the Private Equity/Private Deb Investment Authorization form for Burton H. Moss - Acct #
████████81. At his direction, these funds are to be invested with SPJ Investments, Ltd. per copies of the attached
Investment Authorization form. Please forward these funds to our office at your earliest convenience.

Please call if there are any questions. Thank you very much.

Sincerely,

Michael D. Sullivan, General Partner
Designated Representative

enclosures



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
17 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please direct mail to:
P.O. Box 173785
Denver, CO 80217-3785

# Self-Directed Individual Retirement Account Application
Adoption Agreement

## Establishment and Appointment

I, the undersigned Account Owner, hereby establish a Traditional Individual Retirement Account ("IRA") under the Retirement Accounts, Inc. ("RAI") IRA Plan and Trust Agreement which is incorporated within this Adoption Agreement by this reference. I designate Retirement Accounts, Inc. as Trustee of this IRA and make the following declarations.

## Account Owner Information *(please type or print)*

Full Name ___Burton H Moss___

Mailing Address ___2860 NE 19th Street___

City/State/Zip ___Pompano Beach, Fla 330__

Home Telephone ( 954 ) 786-1109

Business Telephone ( 954 ) 570-7890

Social Security Number ___15X___

Birth Date ___1951___

## Your Beneficiary Designation

I designate the following persons as primary and contingent beneficiaries to receive my interest in this Traditional IRA according to the terms of the IRA Plan and Trust Agreement, hereby revoking any such prior designations made by me. *(Attach additional sheets if necessary and indicate % for each beneficiary.)*

### 1. Primary Beneficiary

Full Name ___Susan H Moss___

Mailing Address ___above___

City/State/Zip _____

Birth Date ___49___

Social Security Number ___7948___

Relationship ___wife___

Share % ___100___

© Retirement Accounts, Inc., 2002    7 of 8    RAI-1422 (rev. 1.02)

## Consent of Spouse for Community Property Assets

The following must be completed only:

1. If the Account Owner is married and has designated any Primary Beneficiary other than his/her spouse; and

2. If the Account Owner's IRA includes or will include property in which his/her spouse possesses a community property interest or other type of property interest. (As of this printing the community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington and Wisconsin.)

I, the undersigned spouse of the Account Owner named above, hereby consent to and accept the beneficiary designation, without regard to whether I survive or predecease my spouse.

Signature of Spouse
X _____

Date _____

### 2. Contingent Beneficiary *(in case of death of primary beneficiary)*

Full Name ___See attached___

Mailing Address ___(Children equally)___

City/State/Zip _____

Birth Date _____

Social Security Number _____

Relationship _____

Share % _____

## Designated Representative Information

The following person is hereby appointed as my Designated Representative (D/R) for this Plan subject to the provisions contained in any applicable sections of the Instructions for the Traditional IRA Application.

D/R's Name ___Greg Powell or Michael Sullivan___

Firm Name

Firm Address

City/State/Zip

**SPJ INVESTMENTS, LTD
C/O SULLIVAN & POWELL
6550 N FEDERAL HWY., #210
FT LAUDERDALE, FL 33308
PH 954-492-0088
FAX 954-938-0088**

# Self-Directed Individual Retirement Account
## Application *(continued)*

Phone Number (        )

Broker/Dealer
_____

Broker/Dealer's Address
_____

City/State/Zip
_____

## IRA Program Fee Schedule Selection

X Simple Fee Schedule

☐ Flexible Fee Schedule

**Are you establishing an IRA-SEP?** ☐ Yes X No

## Cash Investment

I direct RAI to automatically deposit all contributions, rollovers, transfers, earnings and other cash into the FDIC-insured Peak Money Market Account. I understand that my cash is available whenever needed for other investments or withdrawals.

## Trade Authorization by Phone (TAP)

I have read the Trade Authorization by Phone (TAP) section of the Instructions to the Traditional IRA Application, and I direct RAI to honor transaction requests made by telephone, on behalf c̓ ˑ account, in accordance with that Authorization.

☐ Yes  ☐ No

*(If left blank, telephone trading requests will be accepted.)*

## Check Enclosure Summary
### (Contribution Description)

| | |
|---|---|
| IRA Contribution for 20____ | $ |
| IRA Contribution for 20____ | $ |
| Employer SEP Contribution for 20____ | $ |
| Employer SEP Contribution for 20____ | $ |
| Cash Rollover Contribution | $ |
| Establishment Fee* ($25 Simple, $50 Flexible) | $ 25.00 |
| Annual Administration Fee (Simple*: $58; Flexible: .4% of asset value billed biannually) | $ 58.00 |
| Total Enclosed *(Make checks payable to ~~ement Accounts, Inc.)* | $ 83.00 |

**(*) These fees must be paid at the time of application.**

## Your Acknowledgement and Signature

I, the undersigned, hereby acknowledge that I have read and understand all of the terms and conditions of the Instructions and Fee Schedule, Self-Directed Traditional IRA Application/Adoption Agreement, IRA Plan and Trust Agreement and IRA Disclosure Statement (collectively, "Plan Documents") and that I have retained the Plan Documents including a copy of this completed Adoption Agreement. I further acknowledge that I understand and agree to the Arbitration Statement and the Trustee's IRA Fee Schedule that are part of the Plan Documents and consent to have my conversations with RAI recorded.

Account Owner's Signature
_____
X   *Burt H Mo[signature]*

Date
_____
     *11/12/2002*

**Please make a copy of this Application for your records.**

Retirement Accounts, Inc. hereby accepts appointment as Trustee of this IRA.

Retirement Accounts, Inc. By:
_____

Account Number *[To be completed by Trustee.]*
_____

TAP  ☐ Yes  ☐ No

2. Contingent Beneficiary

(A) Adam C. Langley
1488 SW 28th Terr
Deerfield Beach, FL 33442
DOB: ███████-68
SSN: ████████-3976
Relationship: Stepson

(B) Lauren M. Disbury
610 Congressional Way
Deerfield Beach, FL
33442
DOB: ███████-77
SSN: ████████-0182
Relationship: Daughter

(C) Jennifer A. Moss
2860 NE 19th St
Pompano Bch, FL 33062
DOB: ███████-69
SSN: ████████-4544
Relationship: Daughter



# Traditional IRA Transfer/Rollover Form

**(Please do not use this form for Roth IRA conversions or transfers.)**

irement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please Direct mail to:
P.O. Box 173785
Denver, CO 80217-3785
303-294-5959

---

## Section 1 - Current (Resigning) Trustee information  Complete for Transfers and Direct Rollovers *(Please type or print in black ink.*
**Note:** *Please complete all sections or your request may be delayed.)*

Current (Resigning) Trustee: Fidelity Investments

Mailing Address: PO Box 770001
Cincinnati, Ohio 45277-0003

City / State / Zip

Current (Resigning) Trustee Account Number: ████ 1881

Telephone *(include area code)* ( 800 ) 544-6565

---

## Section 2 - IRA Account Owner information
*(Please type or print in black ink.)*

Your Name: Burton H. Moss

Mailing Address: 2860 NE 19th Street

City / State / Zip: Pompano Beach, Fla. 3300

Retirement Accounts, Inc. #
*(If new account, attach application)* New Account

Social Security #: ████ - 158

Date of Birth: ████ 1951

Telephone (home): 954-786-4104    (business) 954-570-7890

---

## Section 3 - Transfer/Direct Rollover/Rollover Option

**This will be a** *(choose one)*:

❏ **Transfer:** Describes the movement of cash and/or assets directly <u>between IRA Trustees</u> without distribution to an individual. As such, no tax forms are generated by either Trustee.

**Direct Rollover:** Describes a movement of cash and/or assets that takes place directly <u>between the Trustee of a business retirement plan</u> (such as a profit sharing, money purchase, defined benefit, etc.), <u>or the administrator of a 403(a) or (b) annuity</u>, *and*  <u>the Trustee of an IRA</u>. By *directly* rolling an eligible rollover distribution to this Retirement Accounts, Inc. (RAI) IRA (as opposed to receiving an outright distribution as described below under "Rollover"), an individual can avoid the mandatory 20% federal income tax withholding imposed on such distributions.

❏ **Rollover:** Describes a cash and/or asset contribution to an IRA <u>by an individual</u> within sixty (60) days of receipt of the eligible rollover distribution. To make a rollover, an individual must have received an eligible distribution directly from the Trustee of a business retirement plan (such as a profit sharing, money purchase, defined benefit, etc.). The individual may roll over all or any part of the actual amount received and, if the distribution was from a business retirement plan or 403(a) or (b) annuity (thus subject to the mandatory 20% federal income tax withholding), he/she may roll over up to 100% of the distribution by making up the 20% difference that was previously withheld.

---

## Section 4 - Asset List and instructions
*Please complete all information requested below. Please provide a copy of your most recent account statement with the current (resigning) Trustee for your assets with this form.* This transfer or direct rollover will be a *(choose one)*:

| ☒ Complete Transfer | ❏ Partial Transfer |
|---|---|
| ☒ Liquidate all assets and transfer cash to RAI | ❏ Cash only $_____ |
| ❏ Reregister all assets and transfer cash balance | ❏ Follow individual asset instructions below |
| ❏ Follow individual asset instructions below | |

| Liquidate | Reregister | Asset Description | Specify all or # of shares | Acct. # | Approx. Value |
|---|---|---|---|---|---|
| ☒ | ❏ | Mutual Funds | all | ████ 891 | $250,000— |
| ❏ | ❏ | | | | |
| ❏ | ❏ | | | | |
| ❏ | ❏ | | | | |

**THIS FORM MUST BE SIGNED ON PAGE 2.**
*(Continued on the reverse side.)*

## RAI IRA Transfer/Rollover Form *(continued)*

Please reregister assets and/or send checks to
Retirement Accounts, Inc. (TTE)

FBO _____*(Account Owner's name)*
RAI Account # _____
P.O. Box 173785
Denver, CO  80217-3785

Make checks payable to Retirement Accounts, Inc. *

RAI's Tax ID number is 84-1314088.

*RAI reserves the right to hold any check over $100,000 up to 7 days to ensure proper clearing. If you have an immediate purchase, you may want to wire the funds to RAI.

For wiring or overnight delivery of funds, please check a box below.

❑ *Please wire funds to:*
Bank of New York
ABA #021000018
To Credit Retirement Accounts
Account #8900382740
FFC (For Further Credit)
Client Name _____
Account # _____

❑ *Please overnight funds to:*
Retirement Accounts, Inc.
717 17th St., Suite 1700
Denver, CO  80202-3323

### Section 5 - Broker-Dealer Information

*It is important that this section be completed so that your Designated Representative will continue to receive information from the fund or partnership.*

Dealer Name
_____

'er Number
_____

Branch Number
_____

Branch Address
_____
_____
_____

Designated Representative's Name
Greg Powell or Michael Sullivan
Designated Representative Number
_____

Designated Representative's
Phone Number 954 - 492 - 0088

Designated Representative's
Signature X *Greg Powell*
Date 11 - 12 - 02

### Section 6 - Signatures

I certify that I have read the description for the transaction I have chosen and understand and agree to all its terms. In the case of a transfer or direct rollover, the Current (Resigning) Trustee is authorized to send cash and/or assets to RAI as specified. In the case of a rollover, I understand it is solely my responsibility to determine the validity of any rollover contribution and to initiate and make such rollover deposit. By execution of this form, I waive and will hold RAI harmless from any and all claims, including but not limited to damages, court costs, legal fees and cost of investigation arising as a result of the IRA transfer, direct rollover, or rollover transaction(s) associated with this form.

IRA Account Owner's
Signature X *Burton H Moss*

Date 11/05/02

Signature Guaranteed by
_____

Name of Firm or Bank
_____

Signature of Officer
and Title X

### Age 70½ Notice

If you are age 70½ or older in this calendar year (or are a spouse-beneficiary of such individual), you must receive the required minimum distribution from the transferring/distributing plan. Therefore, you may only transfer or roll over amounts other than the required minimum distribution. Please contact your tax advisor and current trustee regarding payment of the minimum distribution.

### Acceptance by Retirement Accounts, Inc.
*(To be completed by Retirement Accounts, Inc.)*

Retirement Accounts, Inc. hereby accepts the appointment as Trustee of the assets listed on this form. This acceptance is not to be construed as validation of any rollover or direct rollover contribution, if any.

By (Authorized Signature)
_____

Title
_____

Date
_____

## Checklist

Please make sure that you have completed all of the following:

❑ Current (Resigning) Trustee Information *(Section 1).*

❑ Account Owner Information *(Section 2).*

❑ Transfer/Direct Rollover/Rollover Option *(Section 3).*

❑ Asset List and Instructions *(Sections 4).*

❑ Current Trustee Account Statement.

❑ Signatures *(Section 6).*

# Fidelity Investments

## Investment Report

September 1, 2002 - September 30, 2002

**FIDELITY PREFERRED SERVICES℠**

ENV# 295320826

THE MOSS FAMILY
2860 NE 19TH ST
POMPANO BEACH FL 33062-3109

|ı,ıll,ıllı,ıll,ıı,ıllı,ıı,ıllı,ıll,ıllllı,ıll,ıll,ıı,ıll,ıı,ıll|

Online                         Fidelity.com
FAST(sm)-Automated Telephone   800-544-5555
Preferred Services             800-544-6565

### Messages

Fidelity has expanded its mutual fund product line to give you more choices for your investment needs.

## Your Portfolio Summary

### Changes in Portfolio Value

Oct 2001 - Sep 2002

| | |
|---|---|
| Beginning value as of Sep 1 | $355,219.69 |
| Change in investment value | -29,575.31 |
| Ending value as of Sep 30 | $325,644.38 |

Your portfolio commission schedule:

| | |
|---|---|
| Total eligible trades for portfolio period | Silver |
| | 0 |

### Value by Account

| | Account Number | Net Value September 1, 2002 | Net Value September 30, 2002 |
|---|---|---|---|
| **General Investment** | | | |
| Fidelity Funds Account - Joint TBE | 2AT-334090 | $27,379.04 | $27,182.30 |
| **Retirement** | | | |
| Fidelity Traditional IRA | 290 | 6,405.49 | 5,117.80 |
| Fidelity Traditional IRA | 84 | 51,275.07 | 46,790.65 |
| Fidelity Rollover IRA | 881 | 270,160.09 | 246,553.63- |
| **Total Portfolio Value** | | $355,219.69 | $325,644.38 |

### Income Summary

| | This period | Year to Date |
|---|---|---|
| Taxable | $173.74 | $1,542.45 |
| Tax-deferred | 101.55 | 350.17 |
| **Total** | $275.29 | $1,892.62 |

**Fidelity** *Investments*®

## Investment Report

FIDELITY **PREFERRED** SERVICES℠

September 1, 2002 - September 30, 2002

### Fidelity Rollover IRA    190-131881

BURTON H MOSS - ROLLOVER IRA - FIDELITY MANAGEMENT TRUST CO - CUSTODIAN

| Holdings (Symbol) as of September 30, 2002 | Performed September 30, 2002 | Price per Unit September 30, 2002 | Total Value September 1, 2002 | Total Value September 30, 2002 |
|---|---|---|---|---|
| **Mutual Funds 100% of holdings** | | | | |
| BARON SMALL CAP FD (BSCFX) | 1,302.3780 | $13.73000 | $18,454.66 | $17,881.62 |
| DODGE & COX STOCK (DODGX) | 247.3350 | 82.19000 | 22,516.27 | 20,328.46 |
| GABELLI GROWTH (GABGX) | 621.5810 | 17.98000 | 12,369.06 | 11,175.66 |
| ICM/ISABELLE SMALL CAP VALUE INVESTOR (IZZYX) | 1,686.3410 | 9.60000 | 18,090.71 | 16,188.87 |
| JANUS WORLDWIDE (JAWWX) | 811.0800 | 31.32000 | 28,363.46 | 25,403.02 |
| MANAGERS AMG ESSEX AGGRESS GROWTH INSTL NC (MEAIX) | 233.3186 | 6.97000 | 1,637.89 | 1,626.22 |
| MARSICO FOCUS (MFOCX) | 1,362.3070 | 11.88000 | 16,511.16 | 15,911.74 |
| MARSICO GROWTH FUND (MGRIX) | 1,330.4380 | 11.88000 | 16,430.90 | 15,805.60 |
| WHITE OAK GROWTH STOCK (WOGSX) | 318.4210 | 20.32000 | 7,763.10 | 6,470.31 |
| SOUND SHORE FD INC (SSHFX) | 607.2460 | 23.52000 | 15,946.27 | 14,282.42 |
| TWEEDY BROWNE GLOBAL VALUE FUND (TBGVX) | 3,374.9740 | 15.57000 | 57,745.80 | 52,548.34 |
| TWEEDY BROWNE AMERN VALUE FUND (TWEBX) | 2,537.8090 | 18.82000 | 53,192.35 | 47,761.45 |
| **Core Account 0% of holdings** | | | | |
| FIDELITY CASH RESERVES (FDRXX) 7-day yield: 1.52% | 1,169.9200 | 1.00000 | 1,168.46 | 1,169.92 |
| **Total Market Value** | | | | $246,553.63 |

*All positions held in cash account unless indicated otherwise.*

### Transaction Details    (for holdings with activity this period)

**Core Account** - *Fidelity Cash Reserves*

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | $1,168.46 |
| **Investment Activity** | | |
| Securities bought | -$96.02 | |
| Core account income | 1.46 | |

| Description | Amount | Balance |
|---|---|---|
| Income | 96.02 | |
| Subtotal of Investment Activity | $1.46 | |
| **Ending** | | $1,169.92 |

020930 0001 235320828          02 18  002



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please direct mail to:
P.O. Box 173785
Denver, CO 80217-3785

# Investment
# Authorization Form
## (For Traditional and Roth IRAs)

**Important: Read before completing this form:**
Use this form only for investments not traded over a securities exchange. All other investments (such as stock and bond trades) must generally be made through your Designated Representative (D/R).

Please do not use this form to authorize investments in secondary market transactions, deeds of trust, offshore investments, viaticals, U.S. minted gold and silver coins and/or similar investments. Special forms/procedures for these investments are available upon request from any of our Customer Service Representatives.

**Important disclosures concerning the investments authorized on this form appear on the reverse side.**

Account Owner's Name ___Burton H. Moss___

Retirement Accounts, Inc. Account # ___New Account___

**Investment Instructions:** Many securities have similar names. Please list the full investment description; do not abbreviate . Use additional photocopies of this form, if necessary. By signing this form, you agree to the terms stated herein which apply to your investment(s) and he reby authorize Retirement Accounts, Inc. (RAI) to process the following transaction(s):

**Purchases**
Investment Name

| Investment Name | (For Mutual Funds Only) Class (A, B, C, D, etc.) | Amount |
|---|---|---|
| SPJ INVESTMENTS, LTD C/O SULLIVAN & POWELL 6550 N FEDERAL HWY., #210 FT LAUDERDALE, FL 33308 PH 954-492-6688 FAX 954-938-0063 | | $ All |
| | | $ |
| | | $ |
| | | $ |

**Liquidations** If proceeds are to be sent to the Account Owner, RAI must receive a completed IRA Distribution Requ est Form before funds may be distributed from the RAI account.
Investment Name

| Investment Name | Shares | or | Dollars |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

**Exchanges** You MUST indicate dollars or shares, but not both.
Investment Name

| | Shares | or | Dollars |
|---|---|---|---|
| From | | | |
| To | | | $ |
| From | | | |
| To | | | $ |
| From | | | |
| To | | | $ |

**Special Instructions**
Please indicate the account number at the fund or other financial institution for each investment,  if known, and any special trading instructions such as overnight or wire service for an additional fee, N.A.V. arrangement with fund, etc. All purchases will be sent via first class mail unless you provide other, written instructions. Please contact RAI if you want express delivery; additional fees may apply. If funds are to be wired, attach written wire instructions. An additional fee may apply. Also, designate for which transaction (if not all) the special instructions apply:

**Acknowledgment and Signature**
I verify that I have received and read all pertinent information relating to the above investment( s) (i.e., prospectus, offering circular, investment agreement, etc.), and that I meet the suitability requirements of the offering(s) indicated. I understand that RAI is not related to the sponsor(s) of the investment(s) that I selected and does not recommend or comment on the merits, risk, suitability or management of any offering. I further understand RAI's valuation reporting and fee policies associated with my request (as disclosed in the plan documents and account statements) and agree to the Arbitration Statement printed on page 2 of this Investment Authorization form and the Indemnity of Trustees and Sponsor printed in Article X, Section 10.3 of the Traditional and/or Roth IRA Plan and Trust Agreements. I attest that the i nvestment does not constitute a prohibited transaction as defined in Internal Revenue Code Section 4975 and outlined in the plan documents.

Authorized Signature X _____Burton H. Moss_____

Date _11/12/2002_    Phone ( 954 ) 786-1164

© Retirement Accounts, Inc., 2001

1 of 2

(Continued on the reverse side.)

RAI-1552b (rev. 1/01)



**Complete #1, #2, #3 and Exhibit A and mail this page only with
check made payable to "S&P Associates, G/P" to:**

**S & P ASSOCIATES, General Partnership**
**c/o SULLIVAN & POWELL**
**6550 N. Federal Hwy., Suite 210**
**Ft. Lauderdale, FL 33308-1404**

1)    The Parties hereto have executed this Agreement by the signature and date set forth below.
Each party signing below hereby represents and warrants that such party is sophisticated and
experienced in financial and business matters and, as a result, is in a position to evaluate and
participate in the business and administration of the Partnership.

_____    Date: 11/11/2002

_____    Date:_____

2)    **Please check one of the following distribution options:**

_____ I elect to receive distribution on my capital account on a quarterly basis at a rate of 12% per year.

___✓___ I elect to have my quarterly distribution reinvested in the Partnership.

3)    **Please check one of the following accredited investor choices:**

___✓___ I am an accredited investor as defined below.

_____ I am not an accredited investor.

**The following would qualify as an "accredited investor:"**

(i) A person with an individual net worth, or together with his or her spouse a combined net
worth, in excess of $1,000,000. Net worth means the excess of total assets at fair market value,
including home, home furnishings and automobiles, over total liabilities.

(ii) A person with an individual income (exclusive of any income attributable to his or her
spouse) in excess of $200,000 in each of the past two years, and that he or she reasonably expects to
have an individual income in excess of $200,000 during this year. Individual income means adjusted
gross income, as reported for federal income tax purposes, less any income attributable to a spouse or to
property owned by a spouse, increased by the following amounts (but not including any amounts
attributable to a spouse or to property owned by a spouse): (i) the amount of any tax-exempt interest
income received under Section 103 of the United States Internal Revenue Code of 1986, as amended (the
"Code"), (ii) the amount of losses claimed as a limited partner in a limited partnership as reported on
Schedule E of form 1040, (iii) any deduction claimed for depletion under Section 611 et seq. of the Code
and (iv) any amount by which income from long-term capital gains has been reduced in arriving at
adjusted gross income pursuant to the provisions of Section 1202 of the Code.

(iii) A person that together with his or her spouse, had a combined income in excess of $300,000 in each
of the past two years, and reasonably expects to have a combined income in excess of $300,000 during
this year.

15    *(CONTINUED)*

## EXHIBIT A ( Title of Your Account)

| Name, Address<br>Telephone No. and Fax No. | Social Security No. or<br>Federal ID No. | Capital Contribution |
| --- | --- | --- |
| Burt H Moss | ███████ 15 ⅄ | |
| 2860 NE 19th Street | | |
| Pompano Beach Fl 33062 | | |
| Phone 954-570-7890 | | |
| Fax 954-570-7965 | | |
| | | |
| Beneficiary | | |
| Susan Moss | | |
| | | |

16  (END)