# EXHIBIT C

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

Name of Customer: Burt & Susan Moss, TEN ENT.
Mailing Address: 2680 Northeast 19th Street
City: Pompano Beach          State: Florida          Zip: 33062
Account No.: P&S Associates, GP (Beneficial Interest) _____-3-0
Taxpayer I.D. Number (Social Security No.): _____ 1575

**NOTE:** **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008:**

    a.    The Broker owes me a Credit (Cr.) Balance of          $_____

    b.    I owe the Broker a Debit (Dr.) Balance of          $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.          $_____

    d.    If balance is zero, insert "None."          _____

**EXHIBIT C**

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.        If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | See Attached Exhibit A | $1,436,413.51 | |
| | | | |
| | | | |
| | | | |
| | | | |

Column group header: **Number of Shares or Face Amount of Bonds**

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Carl F. Schoennl, Esq., Schoennl & Burke, P.A. 4651 N. Federal Highway, Boca Raton, Florida 33431-5133 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _02/26/09_____    Signature _____
                                              Burt H. Moss

Date _02/26/09_____    Signature _____
                                              Susan Moss

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

1/26/09

P & S Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
Phone: (954) 492-0088 Fax: (954) 938-0069
Email: InvestIt@bellsouth.net

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

TIN
1575

NOTE: This report is provided to assist you in evaluating the operations of P&S Associates, General Partnership, and the
performance of your general partnership interest. This information should NOT be relied upon for Income Tax purposes.

## Activity/ Status Report
### 1/1/08 to 12/31/08

| | |
|---|---:|
| Balance Forward 12/31/07 | 886,254.55 |
| Deposits | +53,000.00 |
| Withdrawals | 0.00 |
| *Miscellaneous Expenses | -3,786.75 |
| Management Fee Expense | -11,216.19 |
| Realized Gain for Current Year | 85,393.06 |
| REALIZED ENDING BALANCE | 1,409,644.68 |
| Unrealized Gain/Loss on Open Securities | 26,768.83 |
| TOTAL REALIZED/UNREALIZED BALANCE | $1,436,413.51 |

| | |
|---|:---:|
| NET ANNUALIZED RETURN | **9.02%** |

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service charges.

---

This information is being provided to you for your review and decision making in your capacity as a general partner.
All data provided above is subject to verification by you. Please review data for discrepancies. Please also note that
the ending balance may not represent your actual capital account balance. Rather, it represents your balance, subject
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the partnership.

1/26/09

**PS M52**            **Burt & Susan Moss, TEN ENT**                    1575

1/1/08        1/1/09

| | Date | Amount | Avg. Balance | |
|---|---|---|---|---|
| BAL FWD | 1/1/08 | 886,254.55 | 886,254.55 | |
| deposit | 2/4/08 | 25,000.00 | 22,677.60 | |
| deposit | 7/31/08 | 338000 | 142,218.58 | #6299 |
| deposit | 9/15/08 | 90000 | 26,557.38 | #6333 |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| 1Q dist. | | | 0.00 | |
| 2Q dist. | | | 0.00 | |
| 3Q dist. | | | 0.00 | |
| 4Q dist. | | | 0.00 | |
| TOT DIST | | 0.00 | | |
| | Avg. Bal. Total | 1,077,708.10 | | |
| | Net P/L for period | 97,158.96 | | |
| | YTD Value | 1,436,413.51 | | |
| | Ptrshp % | 0.064285 | | |

0.0902  Net Annualized Return

| | | |
|---|---|---|
| Total Realized P/L | 1,328,341.71 | |
| Total Unrealized P/L | 416,405.62 | |
| Ptr. Realized P/L | 85,393.06 | |
| Ptr. Unrealized P/L | 26,768.83 | |
| Total Misc. Expenses | 58,905.17 | |
| Ptr. Misc. Expenses | 3,786.75 | |
| Ptr. Mgt. fee | 11,216.19 | |

# RICE PUGATCH ROBINSON & SCHILLER, P.A.

101 N.E. THIRD AVENUE, SUITE 1800
FT. LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 462-8000
TELEPHONE (305)-379-3121
FACSIMILE: (954) 462-4300
FACISMILE (305) 379-4119

www.rprslaw.com

## M E M O R A N D U M

**TO:**        **All Partners of P&S Associates, General Partnership**

**FROM:**    Chad Pugatch, Esq.

**DATE:**    February 3, 2009

**RE:**        P&S Associates, General Partnership

Pursuant to the discussion held at the partnership meeting of January 30, 2009 you will need to consult with your own legal advisors and determine whether you will or will not file your own SIPC claims. We are filing the claims for the Partnership itself. The package of information you received at the meeting contained the SIPC claim form in the event you do decide to file yourself. The forms may be downloaded from the website at http://www.sipc.org/ or specifically the proof of claim form can be found at

http://www.sipc.org/cases/docs/Madoff%20Customer%20Web%20Claim%20Form.pdf

In the event you decide to file your own claims after consultation with your legal advisor the Partnership is providing to you the following information which you may attach along with any items you feel are necessary:

1.    November 30, 2008 monthly statement for Bernard L. Madoff Investment Securities, LLC;
2.    Copies of your K-1 tax forms filed with the IRS from the time you started your investment through 2007;
3.    December 31, 2008 quarterly statement from P&S Associates, GP showing your status as a partner;
4.    The actual dollars you invested in and received from your investment from inception.

Yours very truly,

Chad P. Pugatch, Esq.

CPP:be

J:\Wpdocs\4370 Sullivan S&P\Memos\All Partners Memos\P&S Partnership Memo 2-3-09.doc

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _____

Mailing Address: _____

City: _____ State: _____ Zip: _____

Account No.: _____

Taxpayer I.D. Number (Social Security No.): _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of        $_____

   b.    I owe the Broker a Debit (Dr.) Balance of        $_____

   c.    If you wish to repay the Debit Balance,
         please insert the amount you wish to repay and
         attach a check payable to "Irving H. Picard, Esq.,
         Trustee for Bernard L. Madoff Investment Securities LLC."
         If you wish to make a payment, **it must be enclosed**
         with this claim form.        $_____

   d.    If balance is zero, insert "None."        _____

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | _____ |
| b. | I owe the Broker securities | _____ | _____ |
| c. | If yes to either, please list below: |  |  |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
|  |  | Number of Shares or Face Amount of Bonds | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

<u>YES</u>      <u>NO</u>

3.   Has there been any change in your account since December 11, 2008? If so, please explain.   _____   _____

4.   Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?   _____   _____

5.   Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker?   _____   _____

6.   Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s)   _____   _____

7.   Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.   _____   _____

8.   Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.   _____   _____

9.   Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.   _____   _____

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____
_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

# <u>READ CAREFULLY</u>

## INSTRUCTIONS FOR COMPLETING CUSTOMER CLAIM FORM

These instructions are to help you complete the customer claim form enclosed. If Bernard L. Madoff Investment Securities LLC ("Broker") owes you cash or securities and you wish to claim them, the trustee must **receive** your claim on or before the date specified on the claim form. An improperly completed claim form will not be processed but will be returned to you and, consequently, will cause a delay in the satisfaction of your claim.

**Item 1** is to be completed if on the date shown, the Broker owed you cash or if you owed the Broker cash.

If the Broker owes money to you, please indicate the amount in the space provided [Item 1a]. If you owe the Broker money, please so indicate in the space provided [Item 1b]. If the Broker owes you securities and you wish to receive those securities without deduction, then you must enclose your check for the amount shown in Item 1c payable to "Irving H. Picard, Esq., Trustee for the Broker." **Payments not enclosed with this claim form will not be accepted by the trustee for purposes of determining what securities are to be distributed to you.**

**Item 2** deals with securities (including any options) held for you. If the Broker is holding securities for you or has failed to deliver securities to you, please indicate by checking the appropriate box under Item 2 and set forth in detail the information required with respect to the date of the transaction, the name of the security and the number of shares or face value of bonds. With respect to options, set forth number and type of options, the exercise price and expiration date, *e.g.*, 3 options [call] or [put] Xerox at 70 2x October 81. PLEASE DO NOT CLAIM ANY SECURITIES YOU ALREADY HAVE IN YOUR POSSESSION.

It would expedite satisfaction of your claim if you enclose copies of:

1.     Your last account statement;

2.    An explanation of any differences between cash balances and securities on your last account statement and cash balances and securities you claim;

3.    Purchase and sale confirmations and canceled checks covering the items referred to on your customer claim form; and

4.    Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

5.    Any other documentation which may assist the processing of your claim, such as correspondence, receipts, etc.   In particular, if, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**Items 3 through 9** must each be marked and details supplied where appropriate.

A claim form must be filed for each account.

## When To File

There are two deadlines for filing customer claims.  One is set by the bankruptcy court for customer claims and one is set by the law for all claims.

The bankruptcy court has set March 4, 2009 as the final day for filing customer claims. If your claim is received by the Trustee after March 4, 2009 but on or before July 2, 2009, your claim is subject to delayed processing and to being satisfied on terms less favorable to you.

**The law governing this proceeding absolutely bars the allowance of any claim, including a customer claim, not actually received by the trustee on or before July 2, 2009. Neither the Trustee nor SIPC has authority to grant extensions of time for filing of claims, regardless of the reason. If your claim is received even one day late, it will be disallowed.**

Please file well in advance so that there will be time to re-file if, for instance, your claim is lost in the mail.

## Where To File

The completed and signed claim form, together with supporting documents should be mailed **promptly** in the enclosed envelope to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**\*\*\*  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL -  \*\*\***
**RETURN RECEIPT REQUESTED**

Your claim is not filed until received by the Trustee. If the Trustee does not receive your claim, although timely mailed, you could lose all your rights against the Broker. Your return receipt will be the only document you will receive that shows your claim has been received by the Trustee.

**THIS INSTRUCTION SHEET IS FOR YOUR FILE - DO NOT RETURN**

**YOU SHOULD RETAIN A COPY OF THE COMPLETED CLAIM FORM FOR YOUR RECORDS.**

6511

**Schedule K-1**
**(Form 1065)**

**2004**

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

Department of the Treasury
Internal Revenue Service

Tax year beginning _____
and ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

▶ **See separate instructions.**

**Part I    Information About the Partnership**

**A**  Partnership's employer identification number
65-0371258

**B**  Partnership's name, address, city, state, and ZIP code
P & S ASSOCIATES, GENERAL PARTNERSHIP
MICHAEL SULLIVAN, GENERAL PARTNER
6550 N. FEDERAL HWY., SUITE 210
FORT LAUDERDALE, FL  33308-1404

**C**  IRS Center where partnership filed return
OGDEN, UT

**D**  ☐ Check if this is a publicly traded partnership (PTP)
**E**  ☐ Tax shelter registration number, if any _____
**F**  ☐ Check if Form 8271 is attached

**Part II    Information About the Partner**

**G**  Partner's identifying number
████-1575

**H**  Partner's name, address, city, state, and ZIP code

BURT & SUSAN MOSS
2860 NE 19TH STREET
POMPANO BEACH, FL 33062

**I**  ☒ General partner or LLC          ☐ Limited partner or other LLC
         member-manager                              member
**J**  ☒ Domestic partner                 ☐ Foreign partner
**K**  What type of entity is this partner?  INDIVIDUAL

**L**  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**M**  Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 1402. |

**N**  Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | |
| Capital contributed during the year | $ | 347000. |
| Current year increase (decrease) | $ | 18893. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 365893. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 15 Credits & credit recapture |
|---|---|
| 0. | |
| **2** Net rental real estate income (loss) | |
| | **16** Foreign transactions |
| **3** Other net rental income (loss) | |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends | |
| 3890. | **17** Alternative min tax (AMT) items |
| **6b** Qualified dividends | |
| **7** Royalties | |
| | **18** Tax-exempt income and nondeductible expenses |
| **8** Net short-term capital gain (loss) | |
| 21325. | |
| **9a** Net long-term capital gain (loss) | |
| -1443. | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information |
| | A        3890. |
| | B        4038. |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions | |
| A        841. | |
| H*      4038. | |
| **14** Self-employment earnings (loss) | |
| A        0. | |

*See attached statement for additional information.

_For IRS Use Only_

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

**Schedule K-1 (Form 1065) 2004**

411261
01-05-05

1/26/09


P & S Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
(954) 492-0088    fax (954) 938-0069


Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

TIN
1575


*NOTE: This report is provided to assist you in evaluating the operations of P&S Associates, General Partne
performance of your general partnership interest. This information should NOT be relied upon for Incoi*


### Activity/ Status Report
### 1/01/04 to 12/31/04

| | |
|---|---|
| Balance Forward 12/31/03 | 0.00 |
| Deposits | 347,000.00 |
| Withdrawals | 0.00 |
| *Miscellaneous Expenses | -124.70 |
| Management Fee Expense | -4,754.35 |
| Realized Gain for Current Year | 23,771.76 |
| REALIZED ENDING BALANCE | 365,892.71 |
| | |
| Unrealized Gain/Loss on Open Securities | 0.00 |
| | |
| TOTAL REALIZED/UNREALIZED BALANCE | $365,892.71 |


NET ANNUALIZED RETURN       <u>8.32%</u>


*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service chai

---

*This information is being provided to you for your review and decision making in your capacity as a genera
All data provided above is subject to verification by you. Please review data for discrepancies. Please also .
the ending balance may not represent your actual capital account balance. Rather, it represents your balanc
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the pai*

1/26/09

PS 052                    Burt & Susan Moss, TEN ENT                              1575

1/1/04        1/1/05

| | Date | Amount | Avg. Balance |
|---|---|---|---|
| BAL FWD | 1/1/04 | | 0.00 |
| deposit | 1/29/04 | 200,000.00 | 184,699.45 |
| deposit | 6/23/04 | 25,000.00 | 13,114.75 |
| deposit | 9/14/04 | 92,000.00 | 27,398.91 |
| deposit | 12/10/04 | 30,000.00 | 1,803.28 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| 1Q dist. | | | 0.00 |
| 2Q dist. | | | 0.00 |
| 3Q dist. | | | 0.00 |
| 4Q dist. | | | 0.00 |
| TOT DIST | | 0.00 | |
| | Avg. Bal. Total | | 227,016.39 |
| | Net P/L for period | | 18,892.71 |
| | YTD Value | | 365,892.71 |
| | Ptrshp % | 0.015368 | |

0.0832   Net Annualized Return

Total Realized P/L   1,546,841.35
Total Unrealized P/L          0.00

Ptr. Realized P/L   23,771.76
Ptr. Unrealized P/L        0.00

Total Misc. Expenses   8,114.57
Ptr. Misc. Expenses      124.70

Ptr. Mgt. fee   4,754.35

Rec'ud
6/9/04
SH

**Calvert**
INVESTMENTS

366

BURTON H. MOSS
AND SUSAN H. MOSS, TEN. ENT.
2860 NE 19TH ST.
POMPANO BEACH, FL 33062-3109

Date 6-8-04

65-11/550

Pay to the
Order of  P & S Associates GLP                              $25,000.00

Twenty five thousand  00/--                              Dollars

CALVERT TAX-FREE RESERVES
MONEY MARKET PORTFOLIO

MINIMUM OF $250

PAYABLE THROUGH
ALLFIRST BANK BALTIMORE MD

Memo  Investment                    Burt Moss
                                     Susan H. Moss

⑈004363891⑈ ⑈055000110⑈          00⑈ 0366

# P&S Associates, General Partnership
## c/o Sullivan & Powell

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan
Gregory O. Powell, E.A.

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

June 9, 2004

FILE COPY

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $25,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership


\* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates
Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088

Fax 954-938-0069

Susan H. Moss, E.A.

December 7, 2004

FILE COPY

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $30,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

Rec'ud
12/7/04
SM

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

63-27/631

5285

Date 12-7-04

PAY TO THE
ORDER OF___P+S Associates G/P_____ $ 30,000.00

Thirty thousand dollars 00/00 ____ Dollars

PHALAENOPSIS BRANDY PARFAIT

BANK OF AMERICA, N.A.
2850 NORTH FEDERAL HIGHWAY,
LIGHTHOUSE POINT, FL 33064

For investment____          Susan H. Moss

⑆063100277⑆  ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛  5285

CHECK GALLERY 2000   STYLE # #48   1-800-354-3540   www.checkgallery.com          PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

# <u>EXHIBIT A</u> (How you would like your account titled)

# <u>IMPORTANT</u> - *Please indicate your beneficiary.*
## *Please include address & phone #.*

| Name, Address<br>Telephone No. and Fax No. | Social Security No. or<br>Federal ID No. | Capital Contribution |
|---|---|---|
| Burt H Moss | ▮▮▮▮-1575 | $200,000.00 |
| 2860 NE 19th St | | |
| Pompano Beach, PC | | |
| 33062 | | |
| And TEN ENT | | |
| Susan H. Moss | ▮▮▮▮-9948 | |
| Same | | |

# <u>IMPORTANT</u> - *Please indicate your beneficiary.*
## *Please include address & phone #.*

Equal Shares as follows:

(1) Lauren H. Disbury, 1610 Congressional Way,
   Deerfield Bch, FL 33442 (Daughter)

(2) Adam C. Langley, (son) 1488 SW 28th Terr.
   Deer field Beach, PC 33442

(3) Jennifer A. Severa (daughter) 1242 SW 44th Ter
   Deerfield Beach, FL 33442

**P&S Associates, General Partnership**

**Complete #1, #2, #3 and Exhibit A and mail this page only with
check made payable to "P&S Associates, G/P" to:**

**P & S ASSOCIATES, General Partnership
c/o SULLIVAN & POWELL
6550 N. Federal Hwy., Suite 210
Ft. Lauderdale, FL 33308-1404**

1)    The Parties hereto have executed this Agreement by the signature and date set forth below.
Each party signing below hereby represents and warrants that such party is sophisticated and
experienced in financial and business matters and, as a result, is in a position to evaluate and
participate in the business and administration of the Partnership.

Date: 1-22-04

Date: 1-22-04

2)    **Please check one of the following distribution options:**

_____ I elect to receive distributions on a quarterly basis in the amount of $_____.

__✓__ I elect to have my quarterly distribution reinvested in the Partnership.

3)    **Please check one of the following accredited investor choices:**

__✓__ I am an accredited investor as defined below.

_____ I am not an accredited investor.

### The following would qualify as an "accredited investor:"

(i)  A person with an individual net worth, or together with his or her spouse a combined net
worth, in excess of $1,000,000.  Net worth means the excess of total assets at fair market value,
including home, home furnishings and automobiles, over total liabilities.

(ii)  A person with an individual income (exclusive of any income attributable to his or her
spouse) in excess of $200,000 in each of the past two years, and that he or she reasonably expects to
have an individual income in excess of $200,000 during this year.  Individual income means adjusted
gross income, as reported for federal income tax purposes, less any income attributable to a spouse or to
property owned by a spouse, increased by the following amounts (but not including any amounts
attributable to a spouse or to property owned by a spouse): (i) the amount of any tax-exempt interest
income received under Section 103 of the United States Internal Revenue Code of 1986, as amended (the
"Code"), (ii) the amount of losses claimed as a limited partner in a limited partnership as reported on
Schedule E of form 1040, (iii) any deduction claimed for depletion under Section 611 et seq. of the Code
and (iv) any amount by which income from long-term capital gains has been reduced in arriving at
adjusted gross income pursuant to the provisions of Section 1202 of the Code.

(iii)  A person that together with his or her spouse, had a combined income in excess of $300,000 in each
of the past two years, and reasonably expects to have a combined income in excess of $300,000 during
this year.

15                                        **P&S Associates, General Partnership**

Rec'd
1/22/04
3:1

**Calvert**

BURTON H MOSS
AND SUSAN H MOSS TEN ENT
2860 NE 19TH ST
POMPANO BEACH FL  33062-3109

362

Date 1-22-04

65-11/550

Pay to the
Order of _P+S Associates G/P_____  $ 200,000.00

_Two hundred thousand dollars & xy.00_____ Dollars

CALVERT TAX-FREE RESERVES
MONEY MARKET PORTFOLIO

MINIMUM OF $250

PAYABLE THROUGH
ALLFIRST BANK BALTIMORE, MD.

Memo _Investment_

_Burt Moss_

_Susan H. moss_    MP

⑆004363891⑆ ⑈055000110⑈ ⬛⬛⬛⬛⬛⬛400⑆ 0362

# *P&S Associates, General Partnership*
## *c/o Michael D. Sullivan & Associates*

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088

Fax 954-938-0069

Susan H. Moss, E.A.

September 14, 2004

Burt & Susan Moss, TEN ENT          **FILE COPY**
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your checks in the amount of $92,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

Rec'd 9/14/04

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

63-27/631

5189

Date 9-13-04

PAY TO THE
ORDER OF P & S Associates, G/P _____ $ 12,000 00/100

Twelve Thousand 0 xx/100 ———————— Dollars

BANK OF AMERICA, N.A.
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

PHALAENOPSIS BRANDY PARFAIT

For Investment                    Susan H. Moss

⑈063100277⑈ 00⬛⬛⬛⬛20⑈ 5189

© CHECK GALLERY, 2002    STYLE # P48-    1-800-354-3540    www.checkgallery.com    PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

---

alvert

**BURTON H. MOSS**
**AND SUSAN H. MOSS TEN ENT**
2860 NE 19TH ST
POMPANO BEACH, FL 33062-3109

373

Date 9-14-04

65-11/550

y to the
der of P & S Associates, G/P _____ $ 80,000 00/100

eighty Thousand 0 xx/100 ——————— Dollars

CALVERT TAX-FREE RESERVES
MONEY MARKET PORTFOLIO

MINIMUM OF $250

PAYABLE THROUGH:
LFIRST BANK BALTIMORE, MD

mo Investment                    Burt Moss
                                 Susan H. Moss

⑈0043638 9 1⑈⑈05⬛⬛⬛⬛⬛⬛1100⑈ 0373

651105

**Schedule K-1**
**(Form 1065)**

**2005**

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

▶ **See separate instructions.**

| Final K-1 | Amended K-1 | OMB No. 1545-0099 |

**Part III  Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 0. | **15** Credits & credit recapture | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4** Guaranteed payments | | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | 4053. | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | 38704. | **18** Tax-exempt income and nondeductible expenses | |
| **9a** Net long-term capital gain (loss) | -5773. | | |
| **9b** Collectibles (28%) gain (loss) | | **19** Distributions  A | 50000. |
| **9c** Unrecaptured sec 1250 gain | | **20** Other information | |
| **10** Net section 1231 gain (loss) | | A | 4053. |
| **11** Other income (loss) | | B | 6380. |
| **12** Section 179 deduction | | | |
| **13** Other deductions  A | 1136. | | |
| L* | STMT | | |
| **14** Self-employment earnings (loss)  A | 0. | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
65-0371258

**B** Partnership's name, address, city, state, and ZIP code
P & S ASSOCIATES, GENERAL PARTNERSHIP
MICHAEL SULLIVAN, GENERAL PARTNER
6550 N. FEDERAL HWY., SUITE 210
FORT LAUDERDALE, FL  33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any

**F** ☐ Check if Form 8271 is attached

**Part II  Information About the Partner**

**G** Partner's identifying number
████-1575

**H** Partner's name, address, city, state, and ZIP code

BURT & SUSAN MOSS
2860 NE 19TH STREET
POMPANO BEACH, FL 33062

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 2.3299402% | 2.3299402% |
| Loss | 2.3299402% | 2.3299402% |
| Capital | 2.3299402% | 2.3299402% |

**M** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 3743. |

**N** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 365893. |
| Capital contributed during the year | $ 85000. |
| Current year increase (decrease) | $ 29468. |
| Withdrawals & distributions | $( 50000 ) |
| Ending capital account | $ 430361. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

511261
01-11-06

Schedule K-1 (Form 1065) 2005

1/26/09

**P & S Associates, General Partnership**
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
(954) 492-0088   fax (954) 938-0069

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062                          TIN 575

*NOTE: This report is provided to assist you in evaluating the operations of P&S Associates, General Partne
performance of your general partnership interest. This information should NOT be relied upon for Incoi*

### Activity/ Status Report
### 1/01/05 to 12/31/05

| | |
|---|---:|
| Balance Forward 12/31/04 | 365,892.71 |
| Deposits | 85,000.00 |
| Withdrawals | -50,000.00 |
| *Miscellaneous Expenses | -119.23 |
| Management Fee Expense | -7,396.92 |
| Realized Gain for Current Year | 36,984.58 |
| REALIZED ENDING BALANCE | 430,361.14 |
| | |
| Unrealized Gain/Loss on Open Securities | 0.00 |
| | |
| TOTAL REALIZED/UNREALIZED BALANCE | $430,361.14 |

NET ANNUALIZED RETURN          **7.87%**

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service chai

*This information is being provided to you for your review and decision making in your capacity as a general
All data provided above is subject to verification by you. Please review data for discrepancies. Please also ,
the ending balance may not represent your actual capital account balance. Rather, it represents your balanci
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the pai*

1/26/09

PS 052                   Burt & Susan Moss, TEN ENT                              1575

1/1/05      1/1/06

| | Date | Amount | Avg. Balance | |
|---|---|---|---|---|
| BAL FWD | 1/1/05 | 365,892.71 | 365,892.71 | |
| deposit | 2/7/05 | 50,000.00 | 44,931.51 | |
| deposit | 9/15/05 | 35,000.00 | 10,356.16 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| w/d | 1/26/05 | -50,000.00 | (46,575.34) | wire Transfer |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| 1Q dist. | | | 0.00 | |
| 2Q dist. | | | 0.00 | |
| 3Q dist. | | | 0.00 | |
| 4Q dist. | | | 0.00 | |
| TOT DIST | | (50,000.00) | | |
| | | Avg. Bal. Total | 374,605.04 | |
| | | Net P/L for period | 29,468.43 | |
| | | YTD Value | 430,361.14 | |
| | Ptrshp % | 0.023299 | | |

0.0787   Net Annualized Return

Total Realized P/L     1,587,361.71
Total Unrealized P/L              0.00

Ptr. Realized P/L        36,984.58
Ptr. Unrealized P/L            0.00

Total Misc. Expenses      5,117.43
Ptr. Misc. Expenses        119.23

Ptr. Mgt. fee      7,396.92

Rec'd 1/24/05 RM

SEE REVERSE SIDE FOR FRAUD PREVENTION FEATURES

1006

**BURTON H MOSS &**
**SUSAN H MOSS JT TEN**
**2860 NE 19TH ST**
**POMPANO BEACH FL 33062**

Ford Credit

Ford Money Market Account

DATE _1-25-05_    70-2382/719

PAY TO THE
ORDER OF _P + S Associates_                    $ _50,000/00_

_Fifty Thousand & 00/100_ _____ DOLLARS

THE NORTHERN TRUST COMPANY 0710
Payable through: Northern Trust Bank/Du Page
Oakbrook, IL 60521
ABA #071000152 (for ACH and Wire Transfers)
www.fordcredit.com

TWO SIGNATURES REQUIRED

_Burt H Moss_

_Susan H Moss_

MEMO _Investment_

⑆071923828⑆    27⑈ ⑆00675

# *P&S Associates, General Partnership*
## *c/o Michael D. Sullivan & Associates*
### Port Royale Financial Center, Suite 210
### 6550 North Federal Highway
### Fort Lauderdale, FL 33308

Michael D. Sullivan

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

January 26, 2005

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $50,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club.  At your direction, these funds are being forwarded to the investment broker.  As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner.  If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below.  We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P &S Associates, General Partnership

* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates
Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088

Fax 954-938-0069

Susan H. Moss, E.A.

September 15, 2005

**FILE COPY**

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan

We are in receipt of your check in the amount of $35,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

\* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

*Rec'vd 9/15/05*

SEE REVERSE SIDE FOR FRAUD PREVENTION FEATURES

1013

BURTON H MOSS &
SUSAN H MOSS JT TEN
2860 NE 19TH ST
POMPANO BEACH FL 33062

Ford
Credit

**Ford Money Market Account**

DATE *4-15-05*

70-2382/719

PAY TO THE
ORDER OF *P+S Assoc. G/P*                              $ *35000 %/00*

*Thirty Five Thousand 00 xx .00*                                DOLLARS

THE NORTHERN TRUST COMPANY 0710
Payable through: Northern Trust Bank/Du Page
Oakbrook, IL 60521
ABA #071000152 (for ACH and Wire Transfers)
www.fordcredit.com

**TWO SIGNATURES REQUIRED**

*Burt Moss*

*Susan H. Moss*

MEMO *Investment*

⑆071923828⑆          27⑈ 101375

651106

**Schedule K-1**
**(Form 1065)**

For calendar year 2006, or tax
year beginning _____
ending _____

**2006**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,**
**Credits, etc.**

▶ **See separate instructions.**

| Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Part III  Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| **Part I   Information About the Partnership** |

**A** Partnership's employer identification number
65-0371258

**B** Partnership's name, address, city, state, and ZIP code
P & S ASSOCIATES, GENERAL PARTNERSHIP
MICHAEL SULLIVAN, GENERAL PARTNER
6550 N. FEDERAL HWY., SUITE 210
FORT LAUDERDALE, FL 33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any _____

**F** ☐ Check if Form 8271 is attached

| **Part II   Information About the Partner** |

**G** Partner's identifying number
▓▓▓▓-1575

**H** Partner's name, address, city, state, and ZIP code

BURT &. SUSAN MOSS
2860 NE 19TH STREET
POMPANO BEACH, FL 33062

**I** ☒ General partner or LLC        ☐ Limited partner or other LLC
member-manager                  member

**J** ☒ Domestic partner            ☐ Foreign partner

**K** What type of entity is this partner?  INDIVIDUAL

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 2.4532549% | 2.4532549% |
| Loss | 2.4532549% | 2.4532549% |
| Capital | 2.4532549% | 2.4532549% |

**M** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 3984. |

**N** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 430361. |
| Capital contributed during the year | $ | 160000. |
| Current year increase (decrease) | $ | 47632. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 637993. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

| Field | Value | Field | Value |
|---|---|---|---|
| **1** Ordinary business income (loss) | 0. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4** Guaranteed payments | | | |
| **5** Interest income | | | |
| **6a** Ordinary dividends | 8652. | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | | | |
| **7** Royalties | | **18** Tax-exempt income and nondeductible expenses | |
| **8** Net short-term capital gain (loss) | 46050. | | |
| **9a** Net long-term capital gain (loss) | 4990. | | |
| **9b** Collectibles (28%) gain (loss) | | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | **20** Other information | |
| | | A | 8652. |
| | | B | 10279. |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | | |
| **13** Other deductions | | | |
| A | 1781. | | |
| K* | STMT | | |
| **14** Self-employment earnings (loss) | | | |
| A | 0. | | |

*See attached statement for additional information.

For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2006

611261
01-02-07

104

12210220_759054_P_40870         2006_04000

64

1/26/09

P & S Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL 33308
(954) 492-0088  fax (954) 938-0069

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

TIN 1575

NOTE: This report is provided to assist you in evaluating the operations of P&S Associates, General Partne
performance of your general partnership interest. This information should NOT be relied upon for Incor

### Activity/ Status Report
### 1/1/06 to 12/31/06

| | |
|---|---:|
| Balance forward 12/31/05 | 430,361.14 |
| Deposits | 160,000.00 |
| Withdrawals | 0.00 |
| *Miscellaneous Expenses | -120.95 |
| Management Fee Expense | -11,938.44 |
| Realized Gain for Current Year | 59,692.21 |
| REALIZED ENDING BALANCE | 637,993.96 |
| Unrealized Gain/Loss on Open Securities | 0.00 |
| TOTAL REALIZED/UNREALIZED BALANCE | $637,993.96 |

NET ANNUALIZED RETURN        <u>9.83%</u>

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service chai

_____

This information is being provided to you for your review and decision making in your capacity as a genera
All data provided above is subject to verification by you. Please review data for discrepancies. Please also
the ending balance may not represent your actual capital account balance. Rather, it represents your balanc
to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the pa

1/26/09

PS 052              **Burt & Susan Moss, TEN ENT**              ▬▬▬-1575

1/1/06      1/1/07

| | Date | Amount | Avg. Balance |
|---|---|---|---|
| BAL FWD | 1/1/06 | 430,361.14 | 430,361.14 |
| deposit | 3/16/06 | 20,000.00 | 15,945.21 |
| deposit | 6/15/06 | 65,000.00 | 35,616.44 |
| deposit | 12/18/06 | 75,000.00 | 2,876.71 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| deposit | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| w/d | | | 0.00 |
| 1Q dist. | | | 0.00 |
| 2Q dist. | | | 0.00 |
| 3Q dist. | | | 0.00 |
| 4Q dist. | | | 0.00 |
| TOT DIST | | 0.00 | |

|  |  |
|---|---|
| Avg. Bal. Total | 484,799.50 |
| Net P/L for period | 47,632.82 |
| YTD Value | 637,993.96 |
| Ptrshp % | 0.024533 |

0.0983  Net Annualized Return

|  |  |
|---|---|
| Total Realized P/L | 2,433,184.24 |
| Total Unrealized P/L | 0.00 |
| Ptr. Realized P/L | 59,692.21 |
| Ptr. Unrealized P/L | 0.00 |
| Total Misc. Expenses | 4,930.00 |
| Ptr. Misc. Expenses | 120.95 |
| Ptr. Mgt. fee | 11,938.44 |

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

53-27/631

5869

Date 12-8-04

PAY TO THE
ORDER OF  P+S Associates G/P                    $ 75,000 00/100

Seventy-five thousand dollars + 00/100                    Dollars

BANK OF AMERICA, N.A.
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

RHYNCHOSTYLIS COELESTIS

For Investment                    Susan H. Moss

⑆063100277⑆  ████████  620⑈ 5869

○ CHECK GALLERY, 2008    STYLE # F48    1-800-354-3540    www.checkgallery.com.    PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

Rec'd 12/11/04

# *P&S Associates, General Partnership*
## *c/o Michael D. Sullivan & Associates*

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088

Fax 954-938-0069

Susan H. Moss, E.A.

December 11, 2006

FILE COPY

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan :

We are in receipt of your check in the amount of $75,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

* **Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.**

Recv'd 2/27/06

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

63-27/631

5648

Date 2-25-06

PAY TO THE
ORDER OF _P+S Associates, G/P_____ $20,000 00/00

_twenty thousand dollars xx/oo_____ Dollars

BANK OF AMERICA, N.A.
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

CATTLEYA LODDIGESII

For _Investment_____        Susan H. Moss

⑈:063100277⑈: ⑈⑈⑈⑈⑈⑈⑈⑈ 6 20⑈ 5648

CHECK GALLERY ©2000    STYLE # P46    405-354-3540    www.checkgallery.com                    PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Telephone 954-492-0088

Susan H. Moss, E.A.

Fax 954-938-0069

February 27, 2006

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $20,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

Rec'd w 8/04 84

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

63-27/631
EZShield
Fraud Protection

5715

Date 6·8·04

PAY TO THE
ORDER OF ___R+S Assoc. C/P_____ $65,000 00/100

_Sixty five thousand dollars XX/100_____ Dollars

**BANK OF AMERICA, N.A.**
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

RHYNCHOSTYLIS COELESTIS

For _Investment_____        _Susan H. Moss_____

⑈063100277⑈  ⬛⬛⬛⬛⬛  20⑈ 5715

⑉ CHECK GALLERY 2000    STYLE # P48    1-800-354-3540    www.checkgallery.com        PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL 33308

Michael D. Sullivan

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

June 8, 2006

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan :

We are in receipt of your check in the amount of $65,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

b 4

b51107

| Schedule K-1 (Form 1065) | **2007** | ☐ Final K-1   ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**

▶ **See separate Instructions.**

**Part III   Partner's Share of Current Year Income,**
**Deductions, Credits, and Other Items**

| | |
|---|---|
| **1** Ordinary business income (loss)<br>0. | **15** Credits |
| **2** Net rental real estate income (loss) | |
| **3** Other net rental income (loss) | **16** Foreign transactions |
| **4** Guaranteed payments | |
| **5** Interest income | |
| **6a** Ordinary dividends<br>7759. | **17** Alternative min tax (AMT) items |
| **6b** Qualified dividends | |
| **7** Royalties | **18** Tax-exempt income and<br>nondeductible expenses |
| **8** Net short-term capital gain (loss)<br>71848. | |
| **9a** Net long-term capital gain (loss)<br>−4076. | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions |
| **9c** Unrecaptured sec 1250 gain | |
| **10** Net section 1231 gain (loss) | **20** Other information<br>A          7759.<br>B          13158. |
| **11** Other income (loss) | |
| **12** Section 179 deduction | |
| **13** Other deductions<br>A          2114.<br>K*          STMT | |
| **14** Self-employment earnings (loss)<br>A          0. | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
65-0371258

**B** Partnership's name, address, city, state, and ZIP code
P & S ASSOCIATES, GENERAL PARTNERSHIP
MICHAEL SULLIVAN, GENERAL PARTNER
6550 N. FEDERAL HWY., SUITE 210
FORT LAUDERDALE, FL  33308-1404

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
████1575

**F** Partner's name, address, city, state, and ZIP code

BURT & SUSAN MOSS
2860 NE 19TH STREET
POMPANO BEACH, FL 33062

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 3.6653539% | 3.6653539% |
| Loss | 3.6653539% | 3.6653539% |
| Capital | 3.6653539% | 3.6653539% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $          1584. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $          637993. |
| Capital contributed during the year | $          188000. |
| Current year increase (decrease) | $          60259. |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $          886252. |

For IRS Use Only

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261

1/26/09

P & S Associates, General Partnership
c/o Sullivan & Powell
Port Royale Financial Center
6550 North Federal Highway
Suite 210
Ft. Lauderdale, FL  33308
(954) 492-0088   fax (954) 938-0069

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

TIN
575

NOTE: *This report is provided to assist you in evaluating the operations of P&S Associates, General Partne*
*performance of your general partnership interest. This information should NOT be relied upon for Incol*

### Activity/ Status Report
### 1/1/07 to 12/31/07

| | |
|---|---:|
| Balance Forward 12/31/06 | 637,993.96 |
| Deposits | 188,000.00 |
| Withdrawals | 0.00 |
| *Miscellaneous Expenses | -164.52 |
| Management Fee Expense | -15,106.28 |
| Realized Gain for Current Year | 75,531.38 |
| REALIZED ENDING BALANCE | 886,254.55 |
| | |
| Unrealized Gain/Loss on Open Securities | 0.00 |
| | |
| TOTAL REALIZED/UNREALIZED BALANCE | $886,254.55 |

NET ANNUALIZED RETURN          **9.35%**

*Miscellaneous Expenses include legal and accounting fees, taxes, and bank service char

---

*This information is being provided to you for your review and decision making in your capacity as a genera*
*All data provided above is subject to verification by you. Please review data for discrepancies. Please also .*
*the ending balance may not represent your actual capital account balance. Rather, it represents your balance*
*to the terms of the Amended and Restated General Partnership Agreement, assuming a liquidation of the par*

1/26/09

PS M52          **Burt & Susan Moss, TEN ENT**                    1575

1/1/07      1/1/08

| | Date | Amount | Avg. Balance | |
|---|---|---|---|---|
| BAL FWD | 1/1/07 | 637,993.96 | 637,993.96 | |
| deposit | 12/20/07 | 188,000.00 | 6,180.32 | #6020 |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| deposit | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| w/d | | | 0.00 | |
| 1Q dist. | | | 0.00 | |
| 2Q dist. | | | 0.00 | |
| 3Q dist. | | | 0.00 | |
| 4Q dist. | | | 0.00 | |
| TOT DIST | | 0.00 | | |

| | | |
|---|---|---|
| Avg. Bal. Total | 644,174.78 | |
| Net P/L for period | 60,260.59 | |
| YTD Value | 886,254.55 | |
| Ptrshp % | 0.036653 | |

0.0935   Net Annualized Return

| | |
|---|---|
| Total Realized P/L | 2,060,694.15 |
| Total Unrealized P/L | 0.00 |
| Ptr. Realized P/L | 75,531.38 |
| Ptr. Unrealized P/L | 0.00 |
| Total Misc. Expenses | 4,488.50 |
| Ptr. Misc. Expenses | 164.52 |
| Ptr. Mgt. fee | 15,106.28 |

Rec'd
12/31/07

6020

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

PAY TO THE ORDER OF  P & S Associates G/P                    $ 188,000.00

One hundred eighty eight thousand xx/100                     Dollars

**BANK OF AMERICA, N.A.**
2450 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

CYMBIDIUM FLORIDA FLAMINGO

Date 12-31-07

For Investment

Susan H. Moss

⑆063100277⑆          ⑈ 6020

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan

_____

Susan H. Moss, E.A.

Telephone 954-492-0088

Fax 954-938-0069

December 31, 2007

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear burt & Susan:

We are in receipt of your checks in the amount of $188,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club.  At your direction, these funds are being forwarded to the investment broker.  As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner.  If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below.  We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,


Michael Sullivan , Managing Partner
P & S Associates, General Partnership


* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

Rec'vd
1/30/08
SM

6042

83-27/631

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

Date 1-30-08

PAY TO THE
ORDER OF P & S Assoc. C/P                $25,000 cci/xx

Twenty five thousand Dollars & xx/100 Dollars

PHALAENOPSIS BRANDY PARFAIT

**BANK OF AMERICA, N.A.**
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

For Investment                    Susan H. Moss

⑆063100277⑆        ⑈ 20⑈ 6042

PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

© CHECK GALLERY, 2000    STYLE # P48    1-800-354-3540    www.checkgallery.com

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates

Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan

Telephone 954-492-0088

Susan H. Moss, E.A.

Fax 954-938-0069

January 30, 2008

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL  33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $25,000.00 as a capital contribution
to P&S Associates, General Partnership, an investment club.  At your direction, these
funds are being forwarded to the investment broker.  As a general partner, you have
the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which
you signed to become a general partner.  If you need an additional copy, please
contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you
can make informed decisions as a general partner about the business and
administration of the partnership.

If we are in need of additional information, it will be indicated below.  We would
appreciate your timely response to any requests for information so our records will
be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership


**\* Please be advised as of July 1, 2003 all investments and withdrawals
into and out of the partnership will be done on a quarterly basis only.
All funds for deposit and requests for withdrawals must be received by
the 15th of March, June, September, and December for each quarter.
Thank you for your cooperation.**

Rec'd 7/28/08
7/28/08

**MONOPOLY™**    095

53-9138/2631
BRANCH 3048

7-28-08    DATE

PAY TO THE
ORDER OF    P+S Associates, G/P    $250,000/00

Two hundred fifty thousand and XX/00    DOLLARS

**BB&T**
BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT   BBT.com

FOR   Investment    Susan th Moss

⑆263191387⑆    ⑈787⑈00095

© 2005 Hasbro. All Rights Reserved.

Rec'vd 7/28/08

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

63-27/631

6299

Date 7-28-08

PAY TO THE
ORDER OF_ P+S Assoc. C/P                          $ 88000 00/100

Eighty-eight thousand oxxy.oo                      Dollars

PHALAENOPSIS BRANDY PARFAIT

**BANK OF AMERICA, N.A.**
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

For Investment                    Susan H. Moss

⑆063100277⑆                ⑈ 20⑆  6299

PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

© CHECK GALLERY, 2000    STYLE # P46    1-800-354-3540    www.checkgallery.com

# *P&S Associates, General Partnership*
## *c/o Michael D. Sullivan & Associates*
### Port Royale Financial Center, Suite 210
### 6550 North Federal Highway
### Fort Lauderdale, FL  33308

Michael D. Sullivan

Susan H. Moss

Telephone 954-492-0088
Fax 954-938-0069
www.investit@bellsouth.net

7/28/08

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

Dear Burt & Susan:

We are in receipt of your check in the amount of $250,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership

\* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

Rec'd 2/4/08

**BURTON H. MOSS**
**SUSAN H. MOSS**
2860 N.E. 19 ST.
POMPANO BEACH, FL 33062

6333

53-27/631

Date 9-4-08

PAY TO THE ORDER OF _P+S Assoc. G/P_ $90,000 00/100

Ninety thousand dollars XX-00 Dollars

CATTLEYA LODDIGESII

**BANK OF AMERICA, N.A.**
2850 NORTH FEDERAL HIGHWAY
LIGHTHOUSE POINT, FL 33064

Susan H. Moss

For _Investment_

⑆063100277⑆ ███████ 2620⑈ 6333

PRINTED ON RECYCLED PAPER USING VEGETABLE-BASED INKS

© CHECK GALLERY. 2000    STYLE # P46    1-800-354-3540    www.checkgallery.com

# P&S Associates, General Partnership
## c/o Michael D. Sullivan & Associates
Port Royale Financial Center, Suite 210
6550 North Federal Highway
Fort Lauderdale, FL  33308

Michael D. Sullivan

Susan H. Moss

Telephone 954-492-0088
Fax 954-938-0069
www.investit@bellsouth.net

9/4/08

Burt & Susan Moss, TEN ENT
2860 NE 19th St.
Pompano Beach, FL 33062

**FILE COPY**

Dear Burt & Susan:

We are in receipt of your check in the amount of $90,000.00 as a capital contribution to P&S Associates, General Partnership, an investment club. At your direction, these funds are being forwarded to the investment broker. As a general partner, you have the right to make additional contributions to your capital account at any time.

You should have a copy of the Amended and Restated Partnership Agreement which you signed to become a general partner. If you need an additional copy, please contact us at the number above.

As managing partners, we intend to keep you updated about the partnership so you can make informed decisions as a general partner about the business and administration of the partnership.

If we are in need of additional information, it will be indicated below. We would appreciate your timely response to any requests for information so our records will be accurate and we will be in compliance with all reporting and filing requirements.

If you have any questions or if we can be of assistance, please contact us.

Sincerely,

Michael Sullivan , Managing Partner
P & S Associates, General Partnership


* Please be advised as of July 1, 2003 all investments and withdrawals into and out of the partnership will be done on a quarterly basis only. All funds for deposit and requests for withdrawals must be received by the 15th of March, June, September, and December for each quarter. Thank you for your cooperation.

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHP

6650 N FEDERAL HWY #210
FT LAUDERDALE    FL  33308

PAGE 1

PERIOD ENDING 11/30/06

YOUR TAX PAYER IDENTIFICATION NUMBER ******1258

YOUR ACCOUNT NUMBER 3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 1,092,050.45 | |
| 16,464 | | 1239 | WELLS FARGO & CO NEW | 29.000 | 491,285.20 | |
| 11,760 | | 1741 | HEWLETT PACKARD CO | 34.900 | 410,894.00 | |
| 10,192 | | 5565 | WAL-MART STORES INC | 55.830 | 569,426.36 | |
| 6,664 | | 6067 | INTERNATIONAL BUSINESS MACHS | 87.270 | 581,833.28 | |
| 24,696 | | 9891 | EXXON MOBIL CORP | 72.880 | 1,800,831.48 | |
| 27,048 | | 10393 | INTEL CORP | 14.510 | 393,547.48 | |
| 12,936 | | 14719 | JOHNSON & JOHNSON | 59.580 | 771,243.88 | |
| 17,640 | | 19044 | J.P. MORGAN CHASE & CO | 38.530 | 680,374.20 | |
| 9,408 | | 23370 | COCA COLA CO | 44.660 | 420,537.28 | |
| 5,488 | | 27696 | MCDONALDS CORP | 55.370 | 304,089.56 | |
| 10,192 | | 32022 | MERCK & CO | 28.550 | 291,388.60 | |
| 37,240 | | 36348 | MICROSOFT CORP | 21.810 | 813,693.40 | |
| 18,816 | | 40674 | ORACLE CORPORATION | 17.300 | 326,268.80 | |
| 7,448 | | 53652 | PEPSICO INC | 56.410 | 420,438.68 | |
| 4,312 | | 54154 | APPLE INC | 100.780 | 434,735.36 | |
| 31,752 | | 57976 | PFIZER INC | 16.940 | 539,148.88 | |
| 7,448 | | 58480 | ABBOTT LABORATORIES | 54.610 | 407,032.28 | |
| 14,112 | | 62304 | PROCTER & GAMBLE CO | 64.080 | 904,860.96 | |
| 5,096 | | 62806 | AMGEN INC | 59.160 | 301,682.36 | |
| 9,800 | | 66630 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 427,672.00 | |
| 23,520 | | 67132 | BANK OF AMERICA | 21.590 | 508,736.80 | |
| 7,840 | | 70956 | QUALCOMM INC | 33.770 | 265,069.80 | |
| 25,480 | | 71458 | CITI GROUP INC | 12.510 | 319,773.80 | |
| | | | CONTINUED ON PAGE 2 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHIP

6650 N FEDERAL HWY #210
FT LAUDERDALE    FL    33308

PAGE: 2
PERIOD ENDING: 11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1258
YOUR ACCOUNT NUMBER: 3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 5,680 | | 75202 | SCHLUMBERGER LTD | 49.480 | 291,177.40 | |
| 14,112 | | 75784 | COMCAST CORP CL A | 16.510 | 233,553.12 | |
| 27,632 | | 79608 | AT&T INC | 27 | 752,577.00 | |
| 7,055 | | 80110 | CONOCOPHILLIPS | 52.510 | 370,792.56 | |
| 4,704 | | 83934 | UNITED PARCEL SVC INC CLASS B | 52.040 | 244,984.16 | |
| 28,616 | | 84436 | CISCO SYSTEMS INC | 16.730 | 479,389.68 | |
| 8,232 | | 88260 | U S BANCORP | 29.530 | 243,419.96 | |
| 9,800 | | 88762 | CHEVRON CORP | 73.430 | 720,006.00 | |
| | | 92586 | UNITED TECHNOLOGIES CORP | 53.160 | 250,252.64 | |
| 49,704 | | 93088 | GENERAL ELECTRIC CO | 19.630 | 979,250.92 | |
| 13,328 | | 96912 | VERIZON COMMUNICATIONS | 30.410 | 405,637.48 | |
| 1,176 | | 97414 | GOOGLE | 337.400 | 396,029.40 | |
| | 100,000 | 20213 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.942 | | 99,942.00 |
| | 17,675,000 | 23845 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 17,663,688.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 61.96 |
| 76,109 | | 18949 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 76,109.00 |

CONTINUED ON PAGE 3

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNKSHIP

6550 N FEDERAL HWY #210
FT LAUDERDALE     FL     33306

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 3-0 | 11/30/08 | ******1258 | 3 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 7,482 | | 28317 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,482.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .92 |
| | 7,482 | 63842 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 7,482.00 |
| 1,175,000 | | 58298 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 1,174,130.50 | |
| 7,785 | | 62078 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,785.00 | |
| | | | NEW BALANCE | | 2,187,298.83 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 27,832 | | | AT&T INC | 28.560 | | |
| 7,448 | | | ABBOTT LABORATORIES | 52.390 | | |
| 5,096 | | | AMGEN INC | 55.540 | | |
| 4,312 | | | APPLE INC | 92.670 | | |
| 23,520 | | | BANK OF AMERICA | 16.250 | | |
| 9,800 | | | CHEVRON CORP | 79.010 | | |
| 28,616 | | | CISCO SYSTEMS INC | 16.540 | | |
| 25,480 | | | CITI GROUP INC | 8.290 | | |
| 9,408 | | | COCA COLA CO | 46.870 | | |
| | | | CONTINUED ON PAGE    4 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING **11/30/08**    PAGE **4**

YOUR TAX PAYER IDENTIFICATION NUMBER    ******1258

P & S ASSOCIATES GEN PTNRSHP

6550 N FEDERAL HWY #210
FT LAUDERDALE    FL    33308

YOUR ACCOUNT NUMBER    **3-0**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 14,112 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 7,056 | | | CONOCOPHILIPS | 52.520 | | |
| 24,696 | | | EXXON MOBIL CORP | 80.150 | | |
| 49,784 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 1,176 | | | GOOGLE | 292.960 | | |
| 11,760 | | | HEWLETT PACKARD CO | 35.280 | | |
| 27,048 | | | INTEL CORP | 13.800 | | |
| 6,664 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 17,640 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 12,936 | | | JOHNSON & JOHNSON | 58.560 | | |
| 5,488 | | | MCDONALDS CORP | 58.750 | | |
| 10,192 | | | MERCK & CO | 26.720 | | |
| 37,240 | | | MICROSOFT CORP | 20.220 | | |
| 18,616 | | | ORACLE CORPORATION | 16.090 | | |
| 7,448 | | | PEPSICO INC | 56.700 | | |
| 31,752 | | | PFIZER INC | 16.430 | | |
| 9,800 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 14,112 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 7,640 | | | QUALCOMM INC | 33.570 | | |
| 5,880 | | | SCHLUMBERGER LTD | 50.740 | | |
| 7,785 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 8,232 | | | U S BANCORP | 26.980 | | |
| 4,704 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| | | | CONTINUED ON PAGE    5 | | | |

BE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

865 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHIP

6550 N FEDERAL HWY #210
FT LAUDERDALE        FL   33308

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******1258 | 5 |

YOUR ACCOUNT NUMBER ⬤—3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1,175,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| 4,704 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| 13,328 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 10,192 | | | WAL-MART STORES INC | 55.880 | | |
| 16,464 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES LONG        SHORT | | | |
| | | | 18,453,293.93 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

P & S ASSOCIATES GEN PTNRSHIP

6550 N FEDERAL HWY #210
FT LAUDERDALE    FL    33308

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 3-0 | *****1258 | 6 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | | | |
| | | | DIVIDENDS | | | 121,398.21 |
| | | | GROSS PROCEEDS FROM SALES | | | 103,092,528.75 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHIP
6550 N FEDERAL HWY #210
FT LAUDERDALE      FL    33308

YOUR ACCOUNT NUMBER: 1-0
PLEASE SHOWING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1258
PAGE: 1

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,092,051.00 |
| | 392 | 45000 | S & P 100 INDEX | 15.800 | | 618,968.00 |
| | | | NOVEMBER 460 CALL | 17.800 | | |
| 392 | | 49326 | S & P 100 INDEX | 26 | 698,152.00 | |
| | | | NOVEMBER 450 PUT | | | |
| | 392 | 35430 | S & P 100 INDEX | 30 | | 1,018,808.00 |
| | | | DECEMBER 430 CALL | | | |
| 392 | | 39755 | S & P 100 INDEX | 3 | 1,176,392.00 | |
| | | | DECEMBER 420 PUT | | | |
| 392 | | 44080 | S & P 100 INDEX | 57 | 117,992.00 | |
| | | | NOVEMBER 460 CALL | | | |
| | 392 | 48405 | S & P 100 INDEX | | | 1,650,000.00 |
| | | | NOVEMBER 450 PUT | | | |
| | | | NEW BALANCE | | | 2,187,299.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 392 | | | S & P 100 INDEX | 23.300 | | |
| | | | DECEMBER 430 CALL | | | |
| | | | S & P 100 INDEX | 16.500 | | |
| | | | DECEMBER 420 PUT | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG        640,000.00 | | | |
| | | | SHORT      913,360.00- | | | |

SEE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHP

6550 N FEDERAL HWY #210
FT LAUDERDALE      FL   33306

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 10/31/08 | *****1258 | 1 |

YOUR ACCOUNT NUMBER   3-0

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 1,092,050.02 | |
| | | | COCA COLA CO | | | |
| | | | DIV  9/15/08 10/01/08 | DIV | | 2,840.50 |
| | | | HEWLETT PACKARD CO | | | |
| | | | DIV  9/10/08 10/01/08 | DIV | | 741.52 |
| | | | MERCK & CO | | | |
| | | | DIV  9/05/08 10/01/08 | DIV | | 3,067.74 |
| | | | SCHLUMBERGER LTD | | | |
| | | | DIV  9/03/08 10/03/08 | DIV | | 941.85 |
| | | | PHILLIP MORRIS INTERNATIONAL | | | |
| | | | DIV  9/15/08 10/10/08 | DIV | | 4,197.96 |
| 11,790 | | 10123 | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | NEW BALANCE | | 1,092,050.45 | |
| | | | SECURITY POSITIONS | | | |
| 76,109 | | | FIDELITY SPARTAN | MKT PRICE | | |
| | | | U S TREASURY MONEY MARKET | 1 | | |
| 100,000 | | | U S TREASURY BILL | 99.923 | | |
| | | | DUE 12/18/2008 | | | |
| | | | 12/18/2008 | | | |
| 17,675,000 | | | U S TREASURY BILL | 99.879 | | |
| | | | DUE 2/12/2009 | | | |
| | | | 2/12/2009 | | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG          SHORT | | | |
| | | | 17,829,645.25 | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHIP

6550 N FEDERAL HWY #210
FT LAUDERDALE    FL    33308

YOUR ACCOUNT NUMBER **3-0**
PERIOD ENDING **10/31/08**
YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*1258**
PAGE **2**

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 121,335.33 |
| | | | GROSS PROCEEDS FROM SALES | | | 85,328,898.75 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

P & S ASSOCIATES GEN PTNRSHIP

6550 N FEDERAL HWY #210
FT LAUDERDALE    FL    33308

PERIOD ENDING    10/31/08

YOUR TAX PAYER IDENTIFICATION NUMBER    ******1258

YOUR ACCOUNT NUMBER    ****-4-0

PAGE    1

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,092,051.00 |
| | | | NEW BALANCE | | | 1,092,051.00 |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES