UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION            Adv. Pro. No. 08-01789 (BRL)
CORPORATION,

                        Plaintiff-Applicant

    v.

BERNARD L. MADOFF INVSTMENT          **NOTICE OF APPEARANCE**
SECURITIES LLC,                                **AND DEMAND FOR**
                                                  **NOTICES AND PAPERS**
                        Defendant.
-------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

                        Debtor.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that PETER ZUTTY hereby appears in the above-captioned cases by his counsel, Jaspan Schlesinger LLP, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and hereby requests, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the attorneys listed below at the following address and telephone number:

                    Steven R. Schlesinger, Esq.
                    Hale Yazicioglu, Esq.
                    Jaspan Schlesinger LLP
                    300 Garden City Plaza
                    Garden City, New York 11530
                    Telephone: (516) 746-8000
                    E-mail: sschlesinger@jaspanllp.com
                             hyazicioglu@jaspanllp.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without

limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above captioned Debtor's property in its possession, custody or control or the administration of the Debtor's bankruptcy case.

Dated: Garden City, New York
       January 6, 2010

                                    JASPAN SCHLESINGER LLP
                                    Attorneys for PETER ZUTTY

By:   s/Steven R. Schlesinger
       STEVEN R. SCHLESINGER
       HALE YAZICIOGLU
       300 Garden City Plaza
       Garden City, New York 11530
       (516) 746-8000

TO:   Mark E. Hirschfield, Esq.
       BAKER & HOSTETLER LLP
       Attorneys for Trustee
       IRVING H. PICARD
       45 Rockefeller Plaza
       New York, New York 10111
       (212) 589-4200