UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION CORPORATION,

                Plaintiff-Applicant,

  -against-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Defendant.
------------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

                Debtor.
------------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE**

SIPA Liquidation

(Substantively Consolidated)

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU     )

        **SHERRY L. MIONIS**, being duly sworn, deposes and says:

        Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

        On January 6, 2010, deponent served the **NOTICE OF APPEARANCE** upon the attorney listed below, at the address listed below, said address being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    BAKER & HOSTETLER LLP
         Attorneys for Trustee
         IRVING H. PICARD
         45 Rockefeller Plaza
         New York, New York 10111
         (212) 589-4200

                                        s/Sherry L. Mionis
                                        SHERRY L. MIONIS

Sworn to before me this
6th day of January, 2010.

s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010

SLM/685296v1/53672