UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

Adv. Pro. No. 08-01789 (BRL)

                Plaintiff-Applicant,

  -against-

**AFFIDAVIT OF SERVICE**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

                Debtor.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

       **SHERRY L. MIONIS**, being duly sworn, deposes and says:

       Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

       On January 6, 2010, deponent served the **PETER ZUTTY'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM** upon the attorney listed below, at the address listed below, said address being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    BAKER & HOSTETLER LLP
       Attorneys for Trustee
       IRVING H. PICARD
       45 Rockefeller Plaza
       New York, New York 10111
       (212) 589-4200

                                            s/Sherry L. Mionis
                                            SHERRY L. MIONIS

Sworn to before me this
6th day of January, 2010.

s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010

SLM/685296v1/53672