UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | |
| -against- | **AFFIDAVIT OF SERVICE** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA Liquidation |
| | (Substantively Consolidated) |
| Defendant. | |

-----------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

                Debtor.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NASSAU    )

      **SHERRY L. MIONIS**, being duly sworn, deposes and says:

      Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

      On January 6, 2010, deponent served the **NOTICE OF APPEARANCE** upon the attorney listed below, at the address listed below, said address being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:    BAKER & HOSTETLER LLP
        Attorneys for Trustee
        IRVING H. PICARD
        45 Rockefeller Plaza
        New York, New York 10111
        (212) 589-4200

                                                 s/Sherry L. Mionis
                                                 SHERRY L. MIONIS

Sworn to before me this
6th day of January, 2010.


s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010

SLM/685296v1/53672