**Exhibit A**

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: *Robert Zytty*
Mailing Address: *939 Goptius Dr*
City: *Hollywood*   State: *FL*   Zip: *33019*
Account No.: *See Statement from Rye*
Taxpayer I.D. Number (Social Security No.): __

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of      $_____
   b. I owe the Broker a Debit (Dr.) Balance of         $_____
   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, it must be enclosed
      with this claim form.                              $_____
   d. If balance is zero, insert "None."                 _____

   *This claim is combined with item #2 and estimated at $1,282,248 as of 10/31/08.*

502180406                            1

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ * |   |
| b. | I owe the Broker securities |   | ✓ |

c.  If yes to either, please list below:

*This claim is combined with item # 1 and estimated at 1,282,248 as of 10/31/08*

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) |
|---|---|---|---|
|   | * See attached |   |   |
|   | account statement |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |   | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |   | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____N/A_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim. October 2008 Balance $1,282,248

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  1/30/09                Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                           4

Online Account Statement

Page 1 of 1

**Robert Zitty**
3912 [illegible] Drive
Hollywood, FL 33[0]09

### Account Summary (year-to-date)
*November 1 to October 31, 2008*

| Rye Select Funds | Jan 01, 2008 | | | Oct 31, 2008 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $[illegible] | ($20,000) | $25,584 | $462,176 | 7.71% |
| Rye Select Broad Market XL Fund LP | $536,623 | $260,000 | $81,449 | $820,072 | 11.80% |
| **Relationship Total** | **$1,162,935** | | **$0** | **$120,013** | **$1,282,248** |

### Current Activity

| Rye Select Funds | Oct 01, 2008 | | | Oct 31, 2008 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $462,141 | $0 | $0 | $462,176 | 0.10% |
| Rye Select Broad Market XL Fund LP | $824,832 | $0 | $0 | $820,072 | [illegible] |
| **Relationship Total** | **$1,287,463** | **$0** | **$0** | **$1,282,248** | |

*Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Fund, values of funds [illegible] contributions for the periods shown here are subject to change.*

Legal Notice  /  Disclaimer  /  Privacy Policy  /  Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

https://www.ryeinvestmentmanagement.com/InvestorAccountStatem[...]

Online Account Statement                                                                 Page 1 of 1

**Robert Zaftr**
[address illegible]
Hollywood FL 33019

### Account Summary (year-to-date)
*January 01 - March 31, 2008*

| Rye Select Funds | Jan 01, 2008 Value | Net Contr./With. | Net Return | Mar 31, 2008 Value | ROR (%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Prime Fund, LP | $740,612 | $200,000 | $8,402 | $735,011 | 1.17% |
| Rye Select Broad Market XL Fund, LP | $535,623 | $200,000 | $8,333 | $443,956 | 1.50% |
| Relationship Total | $1,162,235 | $0 | $16,752 | $1,178,987 | |

### Current Activity

| Rye Select Funds | Mar 01, 2008 Value | Contr. | With. | Mar 31, 2008 Value | ROR (%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Prime Fund, LP | $423,109 | $0 | $0 | $435,031 | 0.30% |
| Rye Select Broad Market XL Fund, LP | $553,485 | $200,000 | $0 | $743,956 | 0.14% |
| Relationship Total | $976,594 | $200,000 | $0 | $1,178,987 | |

*Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of Funds, the account valuations for the periods shown here are subject to change.*

Legal Notice / Disclaimer / Privacy Policy / Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

https://www.ryeinvestmentmanagement.com/...

Online Account Statement                                                                 Page 1 of 1

**Robert Zutty**
30? Spring Dr.
Hollywood, FL 33019

### Account Summary (year to date)
Statement Date: Aug 31, 2007

| Rye Select Funds | Jan 01, 2007 Value | Net Contr./With. | Net Return | Aug 31, 2007 Value | ROR (%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Prime Fund LP | $597,074 | $0 | $7,655 | $604,728 | 1.50% |
| Rye Select Broad Market XL Fund LP | $0 | $500,000 | $11,468 | $511,468 | 2.27% |
| Relationship Total | $597,074 | $500,000 | $19,123 | $1,116,196 | |

### Current Activity

| Rye Select Funds | Aug 01, 2007 Value | Contr. | With. | Aug 31, 2007 Value | ROR (%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Prime Fund LP | $601,963 | $0 | $0 | $604,728 | 0.46% |
| Rye Select Broad Market XL Fund LP | $260,086 | $250,000 | $0 | $511,468 | 0.27% |
| Relationship Total | $862,029 | $250,000 | $0 | $1,116,196 | |

Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice / Disclaimer / Privacy Policy / Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

Online Account Statement                                                          Page 1 of 1



| Rye Select Funds | Jan 01, 2007 | | | Apr 30, 2007 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $917,074 | $0 | $7,733 | $834,806 | 5.94% |
| Rye Select Broad Market XL Fund LP | $0 | $250,000 | $5,038 | $255,038 | 2.02% |
| *Relationship Total* | $917,074 | $100,000 | $12,771 | $1,089,844 | |

**Current Activity**

| Rye Select Funds | Apr 01, 2007 | | | Apr 30, 2007 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $823,302 | $0 | $0 | $834,806 | 1.40% |
| Rye Select Broad Market XL Fund LP | $0 | $250,000 | $0 | $255,038 | 2.02% |
| *Relationship Total* | $823,302 | $250,000 | $0 | $1,089,844 | |

Footnote: Due to the extraordinary events which impact the Rye Select Broad Market series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice  /  Disclaimer  /  Privacy Policy  /  Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

https://www.ryeinvestmentmanagement.com/InvestorAccountStatementSummary.aspx          12/31/2008

Online Account Statement                                                                 Page 1 of 1

**Robert Zutty**
[address illegible]
Hollywood, FL [illegible]

## Account Summary (year-to-date)

| Rye Select Funds | Jan 01, 2007 | | | Jan 31, 2007 | |
| --- | --- | --- | --- | --- | --- |
| | Value | Net Contr./With. | Net Return | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $947,074 | $100,000 | $2,252 | $1,049,326 | 0.22% |
| Relationship Total | $947,074 | $100,000 | $2,252 | $1,049,326 | |

## Current Activity

| Rye Select Funds | Jan 01, 2007 | | | Jan 31, 2007 | |
| --- | --- | --- | --- | --- | --- |
| | Value | Contr. | With. | Value | ROR (%) |
| Rye Select Broad Market Prime Fund LP | $947,074 | $100,000 | $0 | $1,049,326 | 0.22% |
| Relationship Total | $947,074 | $100,000 | $0 | $1,049,326 | |

*Footnote: Due to the extraordinary events with impact the Rye Select Broad Market Series of Funds, the account valuations for the periods shown here are subject to change.*

Legal Notice  /  Disclaimer  /  Privacy Policy  /  Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

08-01789-cgm    Doc 1232-1    Filed 01/06/10    Entered 01/06/10 12:55:00    Exhibit A
Pg 11 of 13

Online Account Statement                                                      Page 1 of 1

**Robert Zraly**
[address illegible]

### Account Summary (year-to-date)

| Rye Select Funds | Jan 01, 2005 | | | Apr 30, 2005 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR (%) |
| Rye Select Broad Market Prime Fund, L.P. | $719,421 | $35,000 | $18,719 | $773,140 | 2.60% |
| Relationship Total | $719,421 | $35,000 | $18,719 | $773,140 | |

### Current Activity

| Rye Select Funds | Apr 01, 2005 | | | Apr 30, 2005 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR (%) |
| Rye Select Broad Market Prime Fund, L.P. | $737,486 | $35,000 | $0 | $773,140 | 0.08% |
| Relationship Total | $737,486 | $35,000 | $0 | $773,140 | |

*Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of Funds, the account valuation for the periods shown here is subject to change.*

Legal Notice  /  Disclaimer  /  Privacy Policy  /  Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

# AMERICAN MASTERS

ACCOUNT STATEMENT – December, 2001

Mr. Robert Zutty
939 Captiva Drive
Hollywood, FL 33019

AMERICAN MASTERS BROAD MARKET PRIME FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | $250,000 | $0 | 0.49% | 0.49% | $251,220 |
| August | $251,220 | $0 | $0 | 1.63% | 2.13% | $255,305 |
| September | $255,305 | $0 | $0 | 0.77% | 2.91% | $257,265 |
| October | $257,265 | $0 | $0 | 1.96% | 4.93% | $262,311 |
| November | $262,311 | $0 | $0 | 1.67% | 6.68% | $266,688 |
| December | $266,688 | $0 | $0 | 0.12% | 6.81% | $266,998 |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – December, 2002

Mr. Robert Zutty                                    cc:    Mr. Kenneth Shavelson
939 Captiva Drive
Hollywood, FL 33019

AMERICAN MASTERS BROAD MARKET PRIME FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $266,998 | $75,000 | $0 | -0.15% | -0.15% | $341,497 |
| February | $341,497 | $0 | $0 | 0.81% | 0.66% | $344,260 |
| March | $344,260 | $0 | $0 | 0.82% | 1.48% | $347,092 |
| April | $347,092 | $50,000 | $0 | 1.49% | 3.00% | $403,021 |
| May | $403,021 | $0 | $0 | 3.29% | 6.38% | $416,269 |
| June | $416,269 | $100,000 | $0 | 0.08% | 6.47% | $516,682 |
| July | $516,682 | $0 | $0 | 4.29% | 11.04% | $538,825 |
| August | $538,825 | $0 | $0 | 0.57% | 11.67% | $541,913 |
| September | $541,913 | $0 | $0 | 0.02% | 11.69% | $542,038 |
| October | $542,038 | $0 | $0 | 0.94% | 12.74% | $547,110 |
| November | $547,110 | $0 | $0 | 0.06% | 12.81% | $547,451 |
| December | $547,451 | $0 | $0 | -0.04% | 12.77% | $547,236 |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com