UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff-Applicant,

-against-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.
---------------------------------------------------------------X
IN RE:

BERNARD L. MADOFF,

Debtor.
---------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**SHERRY L. MIONIS**, being duly sworn, deposes and says:

Deponent is not a party to the action is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

On January 6, 2010, deponent served the **ROBERT ZUTTY'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM** upon the attorney listed below, at the address listed below, said address being designated for that purpose, via regular mail by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO: BAKER & HOSTETLER LLP
Attorneys for Trustee
IRVING H. PICARD
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200

s/Sherry L. Mionis
SHERRY L. MIONIS

Sworn to before me this
6th day of January, 2010.

s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010