**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, ) ) ) )<br><br>Plaintiff, )<br>)<br>v.  )<br>)<br>BERNARD L. MADOFF INVESTMENT )<br>SECURITIES, LLC, )<br>)<br>Defendant )<br>_____)<br>)<br>In re:  )<br>)<br>BERNARD L. MADOFF,  )<br>)<br>Debtor )<br>_____) | Adversary Proceeding<br>No. 08-01789-BRL<br><br>SIPA Liquidation<br>(Substantively Consolidated) |

### **ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Richard L. Brittain, to be admitted, ***pro hac vice***, to represent Festus & Helen Stacy Foundation, Inc.; Gary Bizzell (& Gary Bizzell IRA Account); Patrick and Patricia Cooney; Sharon Falls (& Sharon Falls IRA / SEP Account); Stepelton Advisors, Inc.; Brett Stepelton (& Brett Stepelton IRA Account); Douglas Stepelton; Douglas Stepelton Trust; Virlee Stepelton; Jennifer Stepelton (f/k/a Jennifer Cooney) (& Jennifer Stepelton IRA Account); and Sean Stepelton (& Sean Stepelton IRA/SEP Account) (collectively referred to as the "Clients") claimants in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and if applicable, the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that Richard L. Brittain, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case and adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: January 6, 2010
      New York, New York

                                              /s/Burton R. Lifland_____
                                              UNITED STATES BANKRUPCY JUDGE