# EXHIBIT A

:

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008'

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

CALESA FAMILY TRUST 7/6/00
EDWARD F. CALESA, TRUSTEE
7800 FRYING PAN ROAD
BASALT, CO 81621

Dear Calesa Family Trust 7/6/00:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1CM942 designated as Claim Number 006665:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $7,695,000.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $6,874,665.00). As noted, no securities were ever purchased by BLMIS for your account. Any

---

Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($820,335.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

2

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

3

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 6/10/2005 | TRANS FROM 1CM42530 | $5,533,102.76 | $0.00 |
| 7/29/2005 | TRANS FROM 1CM42530 | $4,017.00 | $0.00 |
| 5/18/2006 | TRANS FROM 1CM42530 | $2,305,146.75 | $0.00 |
| 10/3/2007 | CHECK WIRE | $674,665.00 | $674,665.00 |
| 7/22/2008 | CHECK WIRE | $6,200,000.00 | $6,200,000.00 |
| **Total Deposits:** | | $14,716,931.51 | $6,874,665.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 6/15/2005 | CHECK | ($100,000.00) | ($100,000.00) |
| 8/29/2006 | CHECK | ($100,000.00) | ($100,000.00) |
| 9/25/2006 | CHECK WIRE | ($5,445,000.00) | ($5,445,000.00) |
| 1/16/2007 | CHECK | ($200,000.00) | ($200,000.00) |
| 2/22/2007 | CHECK WIRE | ($850,000.00) | ($850,000.00) |
| 4/12/2007 | CHECK | ($250,000.00) | ($250,000.00) |
| 5/29/2007 | CHECK | ($75,000.00) | ($75,000.00) |
| 6/26/2007 | CHECK | ($425,000.00) | ($425,000.00) |
| 10/2/2008 | CHECK | ($250,000.00) | ($250,000.00) |
| **Total Withdrawals:** | | ($7,695,000.00) | ($7,695,000.00) |
| **Total deposits less withdrawals:** | | $7,021,931.51 | ($820,335.00) |

4

**EXHIBIT B**

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

Exhibit A

## Account Information

Account Number: **1CM425**

Name: **CALESA ASSOCIATES**
C/O HELEN BAILEY

## Account Transaction Detail

| Date | Type | Description | Amount | Adjusted Amount |
|------|------|-------------|--------|-----------------|
| **DEPOSITS** | | | | |
| 12/12/1996 | Journal credit | CHECK | $3,000,000.00 | $3,000,000.00 |
| 2/18/1997 | Capital addition | CHECK | $500,000.00 | $500,000.00 |
| 3/10/1997 | Capital addition | CHECK | $400,000.00 | $400,000.00 |
| 6/2/1997 | Capital addition | CHECK | $2,000,000.00 | $2,000,000.00 |
| 6/1/1999 | Capital addition | CHECK | $250,000.00 | $250,000.00 |
| 2/1/2000 | Capital addition | CHECK | $1,100,000.00 | $1,100,000.00 |
| 2/1/2000 | Capital addition | CHECK | $600,000.00 | $600,000.00 |
| 10/3/2000 | Capital addition | CHECK | $3,000,000.00 | $3,000,000.00 |
| 10/3/2000 | Capital addition | CHECK | $100,000.00 | $100,000.00 |
| 10/5/2000 | Capital addition | CHECK | $300,000.00 | $300,000.00 |
| 11/1/2000 | Capital addition | CHECK | $40,000.00 | $40,000.00 |
| 5/24/2001 | Capital addition | CHECK | $15,000.00 | $15,000.00 |
| 8/3/2001 | Capital addition | CHECK WIRE | $100,000.00 | $100,000.00 |
| 8/27/2002 | Capital addition | CHECK | $700,000.00 | $700,000.00 |
| 5/17/2004 | Capital addition | CHECK | $500,000.00 | $500,000.00 |
| 5/1/2006 | Capital addition | CHECK WIRE | $2,300,000.00 | $2,300,000.00 |
| | | **DEPOSITS Subtotal:** | **$14,905,000.00** | **$14,905,000.00** |
| **WITHDRAWALS** | | | | |
| 12/16/1997 | Capital withdrawal | CHECK WIRE | ($1,250,000.00) | ($1,250,000.00) |
| 6/1/1998 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 3/3/1999 | Capital withdrawal | CHECK | ($100,000.00) | ($100,000.00) |
| 10/4/1999 | Capital withdrawal | CHECK | ($80,000.00) | ($80,000.00) |
| 2/22/2000 | Capital withdrawal | CHECK | ($50,000.00) | ($50,000.00) |
| 4/20/2000 | Capital withdrawal | CHECK | ($50,000.00) | ($50,000.00) |
| 4/25/2000 | Capital withdrawal | CHECK WIRE | ($2,000,000.00) | ($2,000,000.00) |
| 6/21/2000 | Capital withdrawal | CHECK | ($400,000.00) | ($400,000.00) |
| 8/15/2000 | Capital withdrawal | CHECK | ($100,000.00) | ($100,000.00) |
| 5/25/2001 | Capital withdrawal | CHECK | ($1,700,000.00) | ($1,700,000.00) |
| 10/22/2001 | Capital withdrawal | CHECK | ($75,000.00) | ($75,000.00) |
| 1/9/2002 | Capital withdrawal | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 4/10/2002 | Capital withdrawal | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 6/4/2002 | Capital withdrawal | CHECK | ($25,000.00) | ($25,000.00) |
| 10/30/2002 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 11/21/2002 | Capital withdrawal | CHECK WIRE | ($1,095,779.07) | ($1,095,779.07) |
| 12/18/2002 | Capital withdrawal | CHECK | ($800,000.00) | ($800,000.00) |
| 2/24/2003 | Capital withdrawal | CHECK | ($200,000.00) | ($200,000.00) |
| 5/14/2003 | Capital withdrawal | CHECK | ($400,000.00) | ($400,000.00) |
| 7/3/2003 | Capital withdrawal | CHECK | ($1,372,193.79) | ($1,372,193.79) |
| 8/22/2003 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 10/8/2003 | Capital withdrawal | CHECK | ($250,000.00) | ($250,000.00) |
| 11/21/2003 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 1/23/2004 | Capital withdrawal | CHECK | ($400,000.00) | ($400,000.00) |
| 8/2/2004 | Capital withdrawal | CHECK WIRE | ($700,000.00) | ($700,000.00) |
| 8/31/2004 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 9/13/2004 | Capital withdrawal | CHECK | ($500,000.00) | ($500,000.00) |
| 12/10/2004 | Capital withdrawal | CHECK | ($100,000.00) | ($100,000.00) |
| 1/13/2005 | Capital withdrawal | CHECK | ($280,000.00) | ($280,000.00) |
| 2/18/2005 | Capital withdrawal | CHECK | ($300,000.00) | ($300,000.00) |
| 6/10/2005 | Capital withdrawal | TRANS TO 1CM94230 | ($5,933,102.76) | $0.00 |
| 7/29/2005 | Capital withdrawal | TRANS TO 1CM94230 | ($4,017.00) | $0.00 |

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC

Exhibit A

| | | | | |
|---|---|---|---|---|
| 5/18/2006 | Capital withdrawal | TRANS TO 1CM94230 | ($2,305,146.28) | $0.00 |
| | | **WITHDRAWALS Subtotal:** | ($23,570,239.37) | ($15,727,972.86) |
| | | **Total deposits less withdrawals for 1CM425 :** | ($8,665,239.37) | ($822,972.86) |

**EXHIBIT C**

**EXHIBIT D**

BIG IDEAS, LLC
7800 FRYING PAN ROAD
BASALT, CO 81621
TELEPHONE: 970.927.1401
FACSIMILE: 970.927.1403

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Pam *(or MARY)* | FROM: SANDRA CALESA |
| COMPANY: | DATE: 4/28/06 |
| FAX NUMBER: 927.0284 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: 927.5384 | SENDER'S REFERENCE NUMBER: |
| RE: REQUEST TO WIRE FUNDS | YOUR REFERENCE NUMBER: |

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF YOU RECEIVE THIS TRANSMISSION IN ERROR, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

Dear Pam *MARY*

Please wire $2,300,000 from the Personal                Account to:

JP Morgan Chase Bank
40 Wall Street
New York, NY 10015
ABA #: 021 000 021
For Further Credit To:
Bernard L. Madoff
Account #: 140 081 703
FBO: Edward F. Calesa
        Calesa Family Trust
        Account # 1-CM942

If you should have any questions, please contact me.
Thank you,
Sandra Calesa

**EXHIBIT E**

BIG IDEAS, LLC
7800 FRYING PAN ROAD
BASALT, CO 81621
TELEPHONE: 970.927.1401
FACSIMILE: 970.927.1403

## FACSIMILE TRANSMITTAL SHEET

TO: Frank DiPascali

FROM: SANDRA CALESA

COMPANY: BERNARD L. MADOFF INVESTMENT SECURITIES

DATE: MAY 18, 2006

FAX NUMBER: 212.838.4061

TOTAL NO. OF PAGES INCLUDING COVER: 1

PHONE NUMBER: 212-230-2424

SENDER'S REFERENCE NUMBER:

RE: CALESA FAMILY TRUST ACCOUNT

YOUR REFERENCE NUMBER:

☐ URGENT☐ FOR REVIEW☐ PLEASE COMMENT☐ PLEASE REPLY☐ PLEASE RECYCLE

NOTES/COMMENTS:

**THE INFORMATION CONTAINED IN THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF YOU RECEIVE THIS TRANSMISSION IN ERROR, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. PLEASE NOTIFY BIG IDEAS, LLC/MARY LAASANEN OF ANY ERROR IN TRANSMISSION IMMEDIATELY BY TELEPHONE (970.927.1401) THANK YOU.**

Hi Frank,

This is a request to have the $2.3MM moved from the Calesa Associates account #CM425, which was wired in on April 28th 2006. Please move it to the Calesa Family Trust account CM942. You can contact me if you have any questions.

Thank you,
Sandy Calesa

**EXHIBIT F**

Client Account Name:  Calesa Family Trust 7/6/00
Client Account Number:  1-CM942-3

**Calesa Family Trust Account**
**Summary of CashTransactions From Inception To 12/11/08**
**Summary of Withdrawls**

| | | |
|---|---|---:|
| 6-20-05 | Withdrawal (checking account) | 100,000.00 |
| 9-05-06 | Withdrawal (checking) | 100,000.00 |
| 9-25-06 | Withdrawal (checking) | 5,445,000.00 |
| 1-22-07 | Withdrawal (checking) | 200,000.00 |
| 2-22-07 | Withdrawal (checking) | 850,000.00 |
| 4-13-07 | Withdrawal (money market) | 250,000.00 |
| 5-30-07 | Withdrawal (checking) | 75,000.00 |
| 6-27-07 | Withdrawal (money market) | 425,000.00 |
| 10-06-08 | Withdrawal (checking) | 250,000.00 |

**Total Withdrawals:**                                                          **7,695,000.00**


**Summary of Deposits**

**Opening Balance**                                                          0.00

| | | |
|---|---|---:|
| 4-28-06 | Deposit (checking) | 2,300,000.00 |
| 10-2-07 | Deposit (money market) | 674,665.00 |
| 7-21-08 | Deposit (money market) | 6,200,000.00 |

**Total Deposits:**                                                          **9,174,665.00**

**Calesa Family Trust Net Surplus:**                                                          **1,479,665.00**


**Surplus Calesa Family Trust At 12/11/08**                                                          1,479,665.00
**Less Calesa Associates Net Deficit At Close of Account 6/1/05**                        (3,122,973.00)
**Net Combined Deficit:**                                                          (1,643,308.00)

**EXHIBIT G**



**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Calesa Family Trust 7/6/00 Edward F. Calesa, Trustee

Mailing Address: 7800 Frying Pan Road

City: Basalt    State: CO    Zip: 81621

Account No.: 1-CM942-3-0 and 1-CM942-4-0

Taxpayer I.D. Number (Social Security No.): 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

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $_____

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

    d.    If balance is zero, insert "None."    None

502180406    1

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | YES | |
| b. | I owe the Broker securities | | NO |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See attached schedule | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposit of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

S02180406

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | NO |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | _____ | NO |

Please list the full name and address of anyone assisting you in the preparation of this claim form: KML & Associates CPAS, LLC
116 Oceanport Ave. Little Silver NJ 07739

502180406                                    4

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  3/3/09                    Signature _____

Date  _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Edward Calesa IRA Account
Bernard Madoff SIPC Claim Form
Account #'s 1-CM454-3-0 & 1-CM454-4-0

| Trade Date | CUSIP | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|---|
| 11/6/2008 | 00206R102 | AT&T Inc. | 4,189 | |
| 11/6/2008 | 002824100 | Abbott Laboratories | 1,121 | |
| 11/6/2008 | 031162100 | Amgen Inc | 767 | |
| 11/6/2008 | 037833100 | Apple Inc. | 649 | |
| 11/6/2008 | 060505104 | Bank of America | 3,540 | |
| 11/6/2008 | 166764100 | Chevron Corp | 1,475 | |
| 11/6/2008 | 17275R102 | Cisco Systems Inc. | 4,307 | |
| 11/6/2008 | 172967101 | Citi Group Inc | 3,835 | |
| 11/6/2008 | 191216100 | Coca Cola Company | 1,416 | |
| 11/6/2008 | 20030N101 | Comcast Corp Class A | 2,124 | |
| 11/6/2008 | 20825C104 | ConocoPhilips | 1,062 | |
| 11/6/2008 | 30231G102 | Exxon Mobil Corp | 3,717 | |
| 11/6/2008 | 369604103 | General Electric Co | 7,493 | |
| 11/6/2008 | 38259P508 | Google | 177 | |
| 11/6/2008 | 428236103 | Hewlett Packard Co | 1,770 | |
| 11/6/2008 | 458140100 | Intel Corp | 4,071 | |
| 11/6/2008 | 459200101 | International Business Machs | 1,003 | |
| 11/6/2008 | 46625H100 | JP Morgan Chase & Co | 2,655 | |
| 11/6/2008 | 478160104 | Johnson & Johnson | 1,947 | |
| 11/6/2008 | 580135101 | McDonalds Corp | 826 | |
| 11/6/2008 | 589331107 | Merck & Co | 1,534 | |
| 11/6/2008 | 594918104 | Microsoft Corp | 5,605 | |
| 11/6/2008 | 68389X105 | Oracle Corporation | 2,832 | |
| 11/6/2008 | 713448108 | Pepsico Inc | 1,121 | |
| 11/6/2008 | 717081103 | Pfizer Inc | 4,779 | |
| 11/6/2008 | 718172109 | Philip Morris International | 1,475 | |
| 11/6/2008 | 742718109 | Proctor & Gamble Co | 2,124 | |
| 11/6/2008 | 747525103 | Qualcomm Inc. | 1,180 | |
| 11/6/2008 | 806857108 | Schlumberger LTD | 885 | |
| 11/6/2008 | 902973304 | US Bancorp | 1,239 | |
| 11/6/2008 | 911312106 | UPS Inc Class B | 708 | |
| 11/19/2008 | 912795K91 | US Treasury Bill Due 03/26/09 YTM .21% | 175,000 | |
| 11/6/2008 | 913017109 | United Technologies Corp | 708 | |
| 11/6/2008 | 92343V104 | Verizon Communications | 2,006 | |
| 11/6/2008 | 931142103 | Wal Mart Stores Inc | 1,534 | |
| 11/6/2008 | 949746101 | Wells Fargo & Co New | 2,478 | |
| 11/14/2008 | 783790XD4 | 59 options Put S&P 100 Index at 30, December 420 | 59 | |
| 11/14/2008 | 783790LFF | 59 options Call S&P 100 Index at 26, December 430 | 59 | |
| 11/19/2008 | - | Fidelity Spartan US Treasury Money Market | 7,442 | |

Edward Calesa Trust Account
Bernard Madoff Security Positions as of 11/30/08
Account #'s 1-CM942-3-0 & 1-CM942-4-0

| Security | Shares | FMV @ 11/30/08 | Value |
|---|---|---|---|
| AT&T Inc. | 13,490 | 28.560 | $ 385,274.40 |
| Abbott Laboratories | 3,610 | 52.390 | 189,127.90 |
| Amgen Inc | 2,470 | 55.540 | 137,183.80 |
| Apple Inc. | 2,090 | 92.670 | 193,680.30 |
| Bank of America | 11,400 | 16.250 | 185,250.00 |
| Chevron Corp | 4,750 | 79.010 | 375,297.50 |
| Cisco Systems Inc. | 13,870 | 16.540 | 229,409.80 |
| Citi Group Inc | 12,350 | 8.290 | 102,381.50 |
| Coca Cola Company | 4,560 | 46.870 | 213,727.20 |
| Comcast Corp Class A | 6,840 | 17.340 | 118,605.60 |
| ConocoPhilips | 3,420 | 52.520 | 179,618.40 |
| Exxon Mobil Corp | 11,970 | 80.150 | 959,395.50 |
| General Electric Co | 24,130 | 17.170 | 414,312.10 |
| Google | 570 | 292.960 | 166,987.20 |
| Hewlett Packard Co | 5,700 | 35.280 | 201,096.00 |
| Intel Corp | 13,110 | 13.800 | 180,918.00 |
| International Business Machs | 3,230 | 81.600 | 263,568.00 |
| JP Morgan Chase & Co | 8,550 | 31.660 | 270,693.00 |
| Johnson & Johnson | 6,270 | 58.580 | 367,296.60 |
| McDonalds Corp | 2,660 | 58.750 | 156,275.00 |
| Merck & Co | 4,940 | 26.720 | 131,996.80 |
| Microsoft Corp | 18,050 | 20.220 | 364,971.00 |
| Oracle Corporation | 9,120 | 16.090 | 146,740.80 |
| Pepsico Inc | 3,610 | 56.700 | 204,687.00 |
| Pfizer Inc | 15,390 | 16.430 | 252,857.70 |
| Philip Morris International | 4,750 | 42.160 | 200,260.00 |
| Proctor & Gamble Co | 6,840 | 64.350 | 440,154.00 |
| Qualcomm Inc. | 3,800 | 33.570 | 127,566.00 |
| Schlumberger LTD | 2,850 | 50.740 | 144,609.00 |
| US Bancorp | 3,990 | 26.980 | 107,650.20 |
| UPS Inc Class B | 2,280 | 57.600 | 131,328.00 |
| US Treasury Bill Due 03/26/09 | 600,000 | 99.971 | 599,826.00 |
| United Technologies Corp | 2,280 | 48.530 | 110,648.40 |
| Verizon Communications | 6,460 | 32.650 | 210,919.00 |
| Wal Mart Stores Inc | 4,940 | 55.880 | 276,047.20 |
| Wells Fargo & Co New | 7,980 | 28.890 | 230,542.20 |
| Fidelity Spartan US Treasury MM | 6,538 | 1.000 | 6,538.00 |
| Total Long 1-CM454-3-0 | | | 8,970,901.10 |
| | | | |
| S&P 100 Index, Dec 420 Put | 190 | 16.5 | 313,500.00 |
| Long 1-CM942-4-0 | | | 313,500.00 |
| | | | |
| S&P 100 Index, Dec 430 Call | 190 | 23.300 | (442,700.00) |
| Short 1-CM942-4-0 | | | (442,700.00) |
| | | | |
| FMV as of 11/30/08 | | | $ 8,841,701.10 |

Edward Calesa Trust Account
Assuming money invested in AAA Bonds
Account #'s 1-CM942-3-0 & 1-CM942-4-0

| Month | Withdrawals/Deposits | Withdrawals/Deposits End of Month | Withdrawals/Deposits Beginning of Month | AAA Bond Annual Yield | AAA Bond Monthly Yield |
|---|---|---|---|---|---|
| 06/2005 | 5,433,102.76 | 5,433,102.76 | 5,433,102.76 | 4.96 | 0.0041 |
| 07/2005 | 4,017.00 | 5,460,029.34 | 5,460,046.28 | 5.06 | 0.0042 |
| 08/2005 | | 5,483,188.97 | 5,483,205.98 | 5.09 | 0.0042 |
| 09/2005 | | 5,506,629.60 | 5,506,646.68 | 5.13 | 0.0043 |
| 10/2005 | | 5,531,179.99 | 5,531,197.15 | 5.35 | 0.0045 |
| 11/2005 | | 5,556,162.49 | 5,556,179.72 | 5.42 | 0.0045 |
| 12/2005 | | 5,581,026.31 | 5,581,043.63 | 5.37 | 0.0045 |
| 01/2006 | | 5,605,629.34 | 5,605,646.73 | 5.29 | 0.0044 |
| 02/2006 | | 5,630,621.10 | 5,630,638.57 | 5.35 | 0.0045 |
| 03/2006 | | 5,656,568.88 | 5,656,586.43 | 5.53 | 0.0046 |
| 04/2006 | | 5,684,097.52 | 5,684,115.15 | 5.84 | 0.0049 |
| 05/2006 | 2,300,000.00 | 8,012,281.17 | 8,023,703.05 | 5.95 | 0.0050 |
| 06/2006 | | 8,051,608.11 | 8,063,086.06 | 5.89 | 0.0049 |
| 07/2006 | | 8,090,859.70 | 8,102,393.61 | 5.85 | 0.0049 |
| 08/2006 | (100,000.00) | 8,029,156.44 | 8,040,271.60 | 5.68 | 0.0047 |
| 09/2006 | (5,445,000.00) | 2,621,023.65 | 2,607,188.23 | 5.51 | 0.0046 |
| 10/2006 | | 2,633,058.52 | 2,619,159.57 | 5.51 | 0.0046 |
| 11/2006 | | 2,644,753.68 | 2,630,793.00 | 5.33 | 0.0044 |
| 12/2006 | | 2,656,478.76 | 2,642,456.18 | 5.32 | 0.0044 |
| 01/2007 | (200,000.00) | 2,468,432.91 | 2,453,447.24 | 5.4 | 0.0045 |
| 02/2007 | (850,000.00) | 1,629,520.29 | 1,610,649.39 | 5.39 | 0.0045 |
| 03/2007 | | 1,636,717.34 | 1,617,763.09 | 5.3 | 0.0044 |
| 04/2007 | (250,000.00) | 1,394,178.04 | 1,373,997.81 | 5.47 | 0.0046 |
| 05/2007 | (75,000.00) | 1,325,533.17 | 1,304,919.07 | 5.47 | 0.0046 |
| 06/2007 | (425,000.00) | 906,928.87 | 884,164.68 | 5.79 | 0.0048 |
| 07/2007 | | 911,259.45 | 888,386.57 | 5.73 | 0.0048 |
| 08/2007 | | 915,656.28 | 892,673.03 | 5.79 | 0.0048 |
| 09/2007 | | 920,036.17 | 896,942.99 | 5.74 | 0.0048 |
| 10/2007 | 674,665.00 | 1,599,040.67 | 1,579,020.74 | 5.66 | 0.0047 |
| 11/2007 | | 1,606,289.66 | 1,586,178.96 | 5.44 | 0.0045 |
| 12/2007 | | 1,613,638.43 | 1,593,435.73 | 5.49 | 0.0046 |
| 01/2008 | | 1,620,805.68 | 1,600,513.24 | 5.33 | 0.0044 |
| 02/2008 | | 1,628,274.89 | 1,607,888.94 | 5.53 | 0.0046 |
| 03/2008 | | 1,635,751.39 | 1,615,271.83 | 5.51 | 0.0046 |
| 04/2008 | | 1,643,316.74 | 1,622,742.46 | 5.55 | 0.0046 |
| 05/2008 | | 1,650,944.46 | 1,630,274.69 | 5.57 | 0.0046 |
| 06/2008 | | 1,658,758.93 | 1,637,991.33 | 5.68 | 0.0047 |
| 07/2008 | 6,200,000.00 | 7,866,596.57 | 7,875,025.84 | 5.67 | 0.0047 |
| 08/2008 | | 7,903,569.57 | 7,912,038.46 | 5.64 | 0.0047 |
| 09/2008 | | 7,940,782.21 | 7,949,290.97 | 5.65 | 0.0047 |
| 10/2008 | (250,000.00) | 7,732,338.98 | 7,739,583.93 | 6.28 | 0.0052 |
| 11/2008 | | 7,771,773.90 | 7,779,055.81 | 6.12 | 0.0051 |
| | | | | 5.54 | 0.0046 |

Source: http://research.stlouisfed.org/fred2/data/AAA.txt

Client Account Name: Calesa Family Trust 7/6/00
Client Account Number: 1-CM942-3

### Calesa Family Trust Account

### Summary of Withdrawls

| | | |
|---|---|---|
| (1) 6-20-05 | Withdrawal (checking account) | $100,000 |
| (2) 9-05-06 | Withdrawal (checking) | $100,000 |
| (3) 9-25-06 | Withdrawal (checking) | $5,445,000 |
| (4) 1-22-07 | Withdrawal (checking) | $200,000 |
| (5) 2-22-07 | Withdrawal (checking) | $850,000 |
| (6) 4-13-07 | Withdrawal (money market) | $250,000 |
| (7) 5-30-07 | Withdrawal (checking) | $75,000 |
| 6-27-07 | Withdrawal (money market) | $425,000 |
| (8) 10-06-08 | Withdrawal (checking) | $250,000 |

**Total Withdrawals:**          **$7,695,000**

### Summary of Deposits

**Opening Deposit**          **$5,537,120**

| | | |
|---|---|---|
| (1) 4-28-06 | Deposit (checking) | $2,300,000 |
| (2) 10-2-07 | Deposit (money market) | $674,665 |
| (3) 7-21-08 | Deposit (money market) | $6,200,000 |

**Total Deposits:**          **$14,711,785**









**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-1061

**DUPLICATE** FOR ACCOUNT   EDWARD F CALESA
KMJ ASSOCIATES LLC

EXECUTIVE PLAZA
3443 HIGHWAY 66
NEPTUNE          NJ  07753

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|
| 3,430 | | | COMPUTER TPS | |
| 11,970 | | | EXXON MOBIL CORP | |
| 24,130 | | | GENERAL ELECTRIC CO | |
| 170 | | | GOOGLE | |
| 5,700 | | | HEWLETT PACKARD CO | |
| 13,110 | | | INTEL CORP | |
| 3,230 | | | INTERNATIONAL BUSINESS MACHS | |
| 8,550 | | | J.P. MORGAN CHASE & CO | |
| 6,270 | | | JOHNSON & JOHNSON | |
| 2,560 | | | MCDONALDS CORP | |
| 4,060 | | | MERCK & CO | |
| 18,050 | | | MICROSOFT CORP | |
| 3,150 | | | ORACLE CORPORATION | |
| 3,910 | | | PEPSICO INC | |
| 14,390 | | | PFIZER INC | |
| 4,750 | | | PHILLIP MORRIS INTERNATIONAL | |
| 6,040 | | | PROCTER & GAMBLE CO | |
| 5,050 | | | QUALCOMM INC | |
| 2,850 | | | BARCLAYS BANK LTD | |
| 6,530 | | | FIDELITY SPARTAN | |
| | | | U S TREASURY MONEY MARKET | |
| 3,090 | | | CLASS B | |
| 2,930 | | | UNITED PARCEL SVC INC | |
| | | | U S TREASURY BILL | |
| 500,000 | | | DUE 03/25/2009 | |
| | | | 03/25/2009 | |
| | | | CONTINUED ON PAGE  5 | |

DATE



| MADF | BERNARD L. MADOFF |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT    EDWARD E CALESA
KMJ ASSOCIATES LLC

EXECUTIVE PLAZA
3449 HIGHWAY 66
NEPTUNE          NJ  07753

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,730 | | | UNITED TECHNOLOGIES CORP | | | |
| | 6,430 | | | VERIZON COMMUNICATIONS | | | |
| | 4,040 | | | WAL-MART STORES INC | | | |
| | 7,950 | | | WELLS FARGO & CO NEW | | | |
| | | | | MARKET VALUE OF SECURITIES    SHORT | | | |
| | | | | LONG | | | |
| | | | | 8,977,439.10 | | | |

YOUR ACCOUNT NUMBER 1-C*042-3-1-0



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT EDWARD F CALESA
KMJ ASSOCIATES LLC

EXECUTIVE PLAZA
3443 HIGHWAY 66
NEPTUNE                    NJ  07753

YOUR ACCOUNT NUMBER
1-CM042-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 100 | 42247 | S & P 100 INDEX | 1.800 | | 229,010.00 |
| 11/12 | 100 | | 46573 | NOVEMBER 460 CALL | 1.000 | 370,900.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/13 | | 100 | 32578 | NOVEMBER 450 PUT | 28 | | 493,910.00 |
| | | | | S & P 100 INDEX | | | |
| 11/13 | 100 | | 37002 | DECEMBER 230 CALL | 30 | 570,900.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/13 | 100 | | 41328 | DECEMBER 220 PUT | 3 | 37,100.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/19 | | 100 | 45653 | NOVEMBER 460 CALL | 91 | | 751,710.00 |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX | 23.300 | | |
| 11/19 | 100 | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | LONG | SHORT | |
| | | | | | 223,500.00 | 442,700.00 | |

**FedEx** Express — **US Airbill**

Tracking Number: 8684 1759 9324

Sender's Copy

1 From
Date 3/3/09
Sender's FedEx Account Number 341085004

Sender's Name LANESA FAMILY TRUST 858 735-9998

Company

Address 2800 FRYING PAN RO.

City BASALT    State CO    ZIP 81621

2 Your Internal Billing Reference

3 To
Recipient's Name IRVING H. PICARD, ESQ, TRUSTEE    Phone 772 220-3693

Company

Address 2100 MCKENNEY AVE    STE 800

City DALLAS, TX    State TX    ZIP 75201

4a Express Package Service
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

5 Packaging
- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

7 Payment Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. or Credit Card No. 341085004

Total Packages    Total Weight    Total Declared Value
                                  .00

8 Residential Delivery Signature Options
- [ ] No Signature Required
- [ ] Direct Signature
- [ ] Indirect Signature

520

```
                    DEL MAR MAIN PO
                 DEL MAR, California
                          920149998
                 0567760014 -0095
                 (800)275-8777      01:06:42 PM

03/03/2009          Sales Receipt
                          Sale Unit      Final
Product                   Qty  Price     Price
Description
---------------------------------------------------
DALLAS TX 75201 Zone-6                   $4.95
Priority Mail
3.00 oz.
Return Rcpt (Green Card)                 $2.20
Certified                                $2.70
Label #:      70060100000233965062
                                       ========
Issue PVI:                               $9.85

DALLAS TX 75201 Zone-6                   $4.95
Priority Mail
3.20 oz.
Return Rcpt (Green Card)                 $2.20
Certified                                $2.70
Label #:      70060100000233965079
                                       ========
Issue PVI:                               $9.85
                                       --------
Total:                                  $19.70

Paid by:
Amex
  Account #:        XXXXXXXXXXX3021
  Approval #:       528351
  Transaction #:    78
  23 90349060S 504445781

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 100050194X923
Clerk: 14

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business
*********************************************
             PICK UP A FREE
           RECYCLING ENVELOPE
  Take an envelope to recycle your inkjet
 cartridge, cell phone or small electronics
             free of charge!
*********************************************
```



