# EXHIBIT A

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:        014153

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

RECEIVED
JUL 0 1 2009
By_____

**(Please print or type)**

Name of Customer:  AXA Private Management (indirect customer) (please see Addendum A attached herewith)

Mailing Address:  Boulevard du Souverain 25

City: 1170 Brussels, Belgium        State:    N/A    Zip: N/A

Account No.:    N/A

Taxpayer I.D. Number (Social Security No.):    N/A

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Claim for money balances as of **December 11, 2008**:

a.    The Broker owes me a Credit (Cr.) Balance of  **[Please see Addendum A]**

b.    I owe the Broker a Debit (Dr.) Balance of        $_____

c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.                $_____

d.    If balance is zero, insert "None."        _____

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| a. | The Broker owes me securities | **X (please see Addendum A)** | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | **(please see Addendum A)** | |

**Amount of Claim: 11,708,321 Euros (equivalent to US$14,745,459.46, please see Addendum A)**

| Date of Transaction (trade date) | Name of Security | Number of Shares or <u>Face Amount of Bonds</u> | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| ———— | ———————————————— | ——— | ——— |
| ———— | ———————————————— | ——— | ——— |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON
A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS
CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|

3.    Has there been any change in your account since
December 11, 2008? If so, please explain.                                   X

4.    Are you or were you a director, officer,
partner, shareholder, lender to or capital contributor
of the broker?                                                                          X

5.    Are or were you a person who, directly or indirectly
and through agreement or otherwise, exercised or had
the power to exercise a controlling influence over the
management or policies of the broker?                                     X

6.    Are you related to, or do you have any business venture
with, any of the persons specified in "4" above, or any
employee or other person associated in any way with the
broker? If so, give name(s) .                                                  X

7.    Is this claim being filed by or on behalf of a broker or
dealer or a bank? If so, provide documentation with
respect to each public customer on whose behalf you
are claiming.                                                                          X

8.    Have you ever given any discretionary authority to any
person to execute securities transactions with or through
the broker on your behalf? Give names, addresses and
phone numbers.                                                    **(Please see Addendum A)**

9.    Have you or any member of your family ever filed a claim
under the Securities Investor Protection Act of 1970? If so,
give name of that broker.                                                       X

Please list the full name and address of anyone assisting you in
the preparation of this claim form:    **Fred Reinke,**
**Dewey & LeBoeuf, LLP, 1101 New York Avenue,**
**N.W., Washington, DC 20005 (tel. (202) 346-8061)**

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____    Signature_____

Date _____    Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# Addendum A

### *Bernard L. Madoff Investment Securities LLC, In Liquidation*

### Customer Claim Dated June 30, 2009 of AXA Private Management
### (submitted on its own behalf and on behalf of
### <u>certain customers of AXA Private Management)</u>

AXA Private Management ("AXA PM") is making a claim (the "Claim") on its own behalf and on behalf of certain customers of AXA PM (the "AXA PM Customers"). AXA PM and the AXA PM Customers were indirect customers of Bernard L. Madoff Investment Securities LLC (the "Broker"). AXA PM on behalf of the AXA PM Customers invested in Fairfield Sigma Limited, Romasco Place, Wickhams Cay, Road Town, Tortola, British Virgin Islands, VG 1110. Fairfield Sigma in turn invested in Fairfield Sentry Limited, Romasco Place, Wickhams Cay, Road Town, Tortola, British Virgin Islands, VG 1110. Fairfield Sigma in turn invested in the Broker. Fairfield Sigma – and the Broker and Fairfield Sentry, indirectly through Fairfield Sigma – had discretionary authority to execute securities transactions on behalf of AXA PM and its customers.

AXA PM believes that the Broker owes AXA PM and the AXA PM Customers, indirectly through Fairfield Sigma, securities with a value of 11,708,321 Euros as of November 30, 2008, and that AXA PM (for itself and on behalf of its customers) therefore has a claim for securities held by the Broker with a value of 11,708,321 Euros. (Based on a Euro/USD exchange rate published in the Wall Street Journal on December 1, 2008 (the first business day after November 30, 2008), and effective on that date, 11,708,321 million Euros was equivalent to US$14,745,459.46).) AXA PM does not yet have access to information concerning which securities the Broker indirectly held for AXA PM (and its customers) and now owes AXA PM (and its customers), but AXA PM will submit such information if and when AXA PM obtains it.

AXA PM, on behalf of its customers, made an initial investment in Fairfield Sigma in the amount of 500,000 Euros on July 1, 2005, and made further investments in Fairfield Sigma in the amount of 9,757,644 Euros during the period July 1, 2005 through November 30, 2008. As of November 30, 2008, 59,543.6854 shares of Fairfield Sigma were held by or on behalf of the AXA PM Customers, on behalf of whom AXA PM had purchased the shares. The value of these shares, as reported by Fairfield Sigma as of November 30, 2008, was 11,708,321 Euros. We do not believe that there is any material difference between that value and the value of the shares as of December 11, 2008. As of December 11, 2008, the AXA PM Customers on whose behalf AXA PM is submitting this Claim had never redeemed any shares of Fairfield Sigma, and had not received any payments from Fairfield Sigma.

AXA Bank Europe has held for account of the AXA PM Customers, since prior to November 30, 2008, 59,436.5750 shares of Fairfield Sigma purchased by AXA PM on behalf of its customers. AXA Bank Europe is holding these shares in its account with

Leleux Associated Brokers ("Leleux").  Attached as Exhibit A is a letter from AXA Bank Europe, dated March 9, 2009, confirming the foregoing.

Leleux has held, since prior to November 30, 2008, 59,543.6854 shares of Fairfield Sigma purchased by AXA PM (on behalf of its customers).  Attached as Exhibit B is a letter in the French language from Leleux, dated March 6, 2009, confirming the foregoing.  Attached as Exhibit C is a certified English translation of the March 6, 2009 letter.  The shares held by Leleux consist of (i) the 59,436.5750 shares purchased by AXA PM referred to in the November 30, 2008 letter of AXA Bank Europe attached as Exhibit A, and (ii) an additional 107.1104 shares of Fairfield Sigma purchased by AXA PM on behalf of several of its former customers.

The letters from AXA Bank Europe and Leleux Associated Brokers attached as Exhibits A, B, & C hereto constitute proof that as of December 11, 2008, AXA PM on behalf of its customers held 59,543.6854 shares of Fairfield Sigma.  As noted above, the value of these shares, as reported by Fairfield Sigma as of November 30, 2008, was 11,708,321 Euros, and we do not believe that there is any material difference between that value and the value of the shares as of December 11, 2008.  (We also do not believe that there was a significant difference in the value of the shares thereafter.  For example, attached as Exhibit D is a document showing the value of the shares to be 11,595,388.4411 Euros, as of January 9, 2009.  Based on a Euro/USD exchange rate published in the Wall Street Journal on January 9, 2009, and effective on that date, 11,595,388.4411 million Euros was equivalent to US$15,573,766.21.)

2

Exhibit A



**AXA BANK EUROPE S.A.**
OPERATIONS
Brusselstraat 45
B-2018 Antwerpen
BELGIUM
Tel : (03) 247 79 37
Fax : (03) 247 79 70

AXA Private Management S.A.
Vorstlaan 25

1170    BRUSSEL

**Onze ref.**
MK/la – P02/497

**Antwerp**
March 9th 2009

**Subject** : Deposits of shares of the Fairfield Sigma Fund ISIN Code VGG3299V1085

The undersigned financial institution, AXA BANK EUROPE, formerly named AXA BANK BELGIUM, hereby certifies that she holds, on the present day and since a date prior to November 30th 2008, for account of various clients duly represented by AXA PRIVATE MANAGEMENT S.A., a total deposit of 59.436,5750 shares of the FAIRFIELD SIGMA FUND with ISIN code VGG3299V1085.

AXA BANK EUROPE is holding these shares in her account with LELEUX ASSOCIATED BROKERS, together with shares belonging to other of her clients not represented by AXA PRIVATE MANAGEMENT.

**AXA BANK EUROPE S.A.**

Marc KNAEPKENS
Director Investments

Philippe EYBEN
Member of the Executive Committee

AXA Bank Europe NV, Gecoördineerd zetel ... Grote Steenweg 214, 2600 Antwerpen (Berchem), • Tel 03 /36 22 11 • Fax 03 26 ... ...
... ... BTW - BTW ... RPR ... BIC AXABBE22
... ... ... 8043 • Ondernemingsnummer 0404 476 835 RPR Antwerpen
Privé spaarbank - ... CBFA KBFR 16705

Exhibit B



**LELEUX ASSOCIATED BROKERS**

SOCIETE DE BOURSE
BEURSVENNOOTSCHAP

AXA Bank Europe S.A.
Siège social
Boulevard du Souverain 25
1170 Bruxelles

Bruxelles, le 6 Mars 2009

**Concerne : Position de AXA Bank Europe dans les livres de Leleux Associated Brokers au 05/03/2009 - Fonds Fairfield Sigma ISIN VGG3299V1085.**

Par la présente,

Leleux Associated Brokers confirme détenir en ses livres, pour le compte de AXA Bank Europe, 59.543,6854 parts (cinquante-neuf mille cinq cent quarante-trois parts et six mille huit cent cinquante-quatre dix millièmes) au 5/03/2009 du Fond Fairfield Sigma ISIN VGG3299V1085 et ce depuis une date antérieure au 30/11/2008.

Leleux Associated Brokers détient elle-même ces parts auprès de :

**Euroclear Banque (Fundsettle) 1 Boulevard du Roi Albert II B - 1210 Brussels
Account : 12539 Registration Name : FS/LAB/AXA PM**

qui les détient elle-même auprès de :

**Citco Fund Services B.V Naritaweg 165 – 1043 BW Amsterdam.
Account ID : 08730621**

Fait à Bruxelles, le 06/03/2009

Vincent Renyart
Administrateur Leleux Associated Brokers

Siège social : 14 rue Berckmans 1060 Bruxelles
Tour de Rénovation de l'Industrie relations
Bruxelles 1060 Bruxelles
Tel +32 2 250 15 15 • Fax +32 2 250 17 18

Siège Administratif - Administratieve Zetel
Rue de la Station 101
B-7060 Soignies
Tel +32 67 28 18 11 • Fax +32 67 28 19 10

Internet : http://www.leleux.be • E-Mail : info@leleux.be
T.V.A. 100.108.79.49 58 R.B • RC Bruxelles 644.561 • RC Brussel • TVA BE 426.120.674 532.

Exhibit C

**LELEUX ASSOCIATED BROKERS**
SOCIÉTÉ DE BOURSE
BEURSVENNOOTSCHAP

**AXA Bank Europe S.A.**
**Registered office**
Boulevard du Souverain 25
1170 Brussels

Brussels, 6 March 2009

**Re: Position of AXA Bank Europe in the books of Leleux Associated Brokers on**
**05/03/2009 – Fairfield Sigma ISIN VGG3299V1085 Fund.**

With the present statement,

Leleux Associated Brokers hereby confirms that, on the date of on 5/03/2009, it has 59,543.6854
shares (fifty-nine thousand five hundred and forty-three shares and six thousand eight hundred and
fifty-four ten-thousandths) of the Fairfield Sigma Fund ISIN VGG3299V1085 Fund on its books in the
name of AXA Bank Europe, since a date earlier than 30/11/2008.

Leleux Associated Brokers itself holds these shares with:

**Euroclear Banque (Fundsettle) 1 Boulevard du Roi Albert II B – 1210 Brussels**
**Account: 12539 Registration name: FS/LAB/AXA PM**

Which in turn holds said shares with:

**Citco Fund Services B.V. Naritaweg 165 – 1043 BW Amsterdam**
**Account ID: 08730621**

Drawn up in Brussels, 06/03/2009

Vincent Renwart
Leleux Associated Brokers Director

True and certified translation from French into English – Gentbrugge, 12 March 2009

Jacques Sabbe, Kluisstraat 7,
9050 Gentbrugge, Belgium

Sworn NL/F/G > English
translator & interpreter
Court of the First Instance
Ghent - Belgium

Siège Social – Maatschappelijke Zetel – Registered Office
Rue du Bois Sauvage 17 Wildewoudstraat
Bruxelles 1000 Brussel
Tel: +32 2 250 12 11 * Fax: +32 2 250 12 10

Siège Administratif – Administratieve Zetel - Administrative Seat
Rue de la Station 101
B 7060 Soignies
Tel: + 32 67 28 18 11 * Fax: +32 67 28 18 10

Internet:                       - E-mail:
Registered with the National Bank of Belgium as 100-0083539-56 N.B.B. * Brussels Company Register 644.661 * VAT BE 426.120.604

Exhibit D

FundSettle - Participant 12539 - Portfolio report

Page 1 of 2



**FundSettle**

12539

Entry rejection
Failed orders
Cancelled orders
All orders
Statement of transactions
Trailer fees
Corporate actions reporting
Upload reporting

Client information | Account management | Order management | Reporting | Service news | Data inquiry

**Participant (EB/FS) : 12539    LELEUX ASS/FUNDSETTLE ACC,BXL - BELGIUM**

## Portfolio

| Fund name | Starts with | | |
| ISIN/Common code | ISIN | Starts with | VGG3299V1085 |
| Fund currency | None selected | | |
| Portfolio currency | EUR | | |
| Valuation date | | (YYYY/MM/DD) | |
| By order of | Starts with | | |
| In favor of | Starts with | | |
| Registered in name of | Starts with | | |
| Dividend policy | All | | |

○ Summary    ⦿ Break down by beneficiary    ○ All trades

Search | Reset    Number of records to display 100    Download Excel Version

◄◄ ◄ ► ►► Page 1 of 1 (Records : 1)    Go to page 1

**Date of request : 09 Jan 2009**

**Date of valuation : 09 Jan 2009**

| ISIN/Common code | Fund name | By order of | In favor of | Registered in name of | Nominee registration policy | Dividend policy | Number of shares | Net asset value in fund currency | Value In fund currency | Value in Portfolio currency |
|---|---|---|---|---|---|---|---|---|---|---|
| VGG3299V1085 | FAIRFIELD SIGMA A | EUR | | FS/LAB/AXA PM | No | Shares | 59,543.685400 | 194.737500 | 11,595,388.44 | 11,595,388.44 |

9/01/2009

Pa 2 of

9/2005

FundSettle - Participant 12539 - Portfolio report

**Total value in EU11,59**

**Cash value by fund currency**

EUR
11,595,388.44
100.00%

Page 1 of 1 (Records : 1)      Go to page [1]

Download excel version

Print preview



U.S. POSTAGE
HOUSTON TX
JUN 26 '09
$10.05

CERTIFIED MAIL

7007 0860 0003 3310 2786

DEWEY & LeBOEUF LLP
RELIANT ENERGY PLAZA
1000 MAIN STREET
SUITE 2550
HOUSTON, TEXAS 77002

TO: **Bernard L. Madoff Investment Securities LLC**
**Claims Processing Center**
**2100 McKinney Avenue**
**Suite 800**
**Dallas, TX 75201**

PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R January 2008