**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Michael J. Riela (MR-7829)
Email: robert.rosenberg@lw.com
         michael.riela@lw.com

Counsel for the Calesa Family Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) | Adv. Pro. No. 08-01789 (BRL) |
| | ) | SIPA Liquidation |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

   Lauren Gaskill, being duly sworn, deposes and says:

   1. I am not a party to this action, am over 18 years of age and am employed by the law firm of LATHAM & WATKINS LLP, 885 Third Avenue, New York, New York 10022.

NY\1606023.1

2. On January 6, 2010, I caused true and correct copies of the Objection of the Calesa Family Trust to Trustee's Determination of Claim to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

3. On January 6, 2010, I caused true and correct copies of the Objection of the Calesa Family Trust to Trustee's Determination of Claim to be served upon the following parties via hand delivery:

|  |  |
|---|---|
| Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>445 Rockefeller Plaza<br>New York, NY  10111 | Honorable Burton Lifland<br>U.S. Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green<br>New York, NY  10004 |

/s/ Lauren Gaskill
Lauren Gaskill

Sworn to before me this
6th day of January, 2010

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2013

NY\1606023.1