Clerk of the United States Bankruptcy Court
For the Southern District of New York one Bowling Green
New York, New York 1004

January 1st, 2010

Dear Mr. Picard

   With reference to your letter dated December 8, 2009 addressed to myself Dalia Yowakim and to Azmy El Sayed concerning the denial of our **claim no 008592.**

Kindly be informed that I have addressed my claim with evidence that I have a shared account under the name of **Dalia Yowakim and Azmy El Sayed** With a total amount of **Hedge Funds SHS FARFIELD SENTRY LTD with a total amount of $224,738 as per 16.12.2008.**

Please find attached a copy of **the credit Swiss statement that proves that we have this account** and please advise if you need any other special statement from the bank.
I will appoint a counsel who will represent me in front of the United States Bankruptcy Court for the Southern District of New York, and he will provide the court with all documents witch proves that we are creditors **of Hedge Funds SHS FARFIELD SENTRY LTD** with a total amount of **$224,738 as per 16.12.2008.**

Please respond to the following address:
Dalia Yowakim
C/ Conde de las Posadas n. 5 C
CP 28042
Madrid- Spain

Thank you.

*Dalia Yowakim* (signature)

Dalia Yowakim

# CREDIT SUISSE

Azmy El Sayed + Dalia Yowakim
Safekeep.: 0251- 576786-55

## Statement of investments
as per 16.12.2008
Valuation currency: USD

| Nominal / Amount | Description | Sec. no. ISIN | Yield MP Yield CP | Av. purchase price Forex purchase price | Price | Price date Accrued interest | Market value USD | Prop. P/L total | unreal. P/L P/L forex |
|---|---|---|---|---|---|---|---|---|---|
| **Alternative Investments** | | | | | | | | | |
| *Hedge Funds* | | | | | | | | | |
| 166.5 | SHS FAIRFIELD SENTRY LTD | 994280 VGG3299L1004 | | USD USD | 1,349.7782 NV 600.5826 | 31.10.2008 | 224,738 | 70.02% | 124.74% |
| **Total hedge Funds** | | | | | | | 224,738 | 70.02% | |
| **Total alternative investments** | | | | | | | 224,738 | 70.02% | |
| **Total investments** | | | | | | | 321,306 | 100.12% | |
| **Liabilities** | | | | | | | | | |
| *Liquidity* | | | | | | | | | |
| USD | -401.04   8.3% Current account | | | | | | -401 | -0.12% | |
| **Total value** | | | | | | | 320,905 | 100.00% | |