# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
350 EAST LAS OLAS BOULEVARD, SUITE 1700
FORT LAUDERDALE, FLORIDA 33301-4217
PHONE: (954) 763-1200, FAX: (954) 766-7800
WWW.ADORNO.COM

JAN DOUGLAS ATLAS

EMAIL: JDA@ADORNO.COM

January 5, 2010

**VIA CERTIFIED MAIL AND FACSIMILE**

Mr. Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Re: **Bankruptcy Case No. 08-1789 (BLR) / Opposition to Trustee's Denial of Claim Filed by Gerald Greenspoon/ Claim No. 9332**

Dear Mr. Picard:

This letter is in opposition to the Notice of Trustee's Determination of Claim dated December 8, 2009, denying the claim of Mr. Gerald Greenspoon ("Claimant") pursuant to the Securities Investor Protection Act, 15 U.S.C. 78aaa, *et seq.* ("SIPA").

SIPA "is remedial legislation. As such it should be construed liberally to effect its purpose." *In re First State Securities Corp.*, 34 B.R. 492, 496 (Fla. 1983) (quoting *Tcherepnin v. Knight*, 389 U.S. 332 (1967)). "The purpose is the protection of the insolvent brokers' customers." *Id.* at 496. In *Securities and Exchange Commission v. F. O. Baroff Co., Inc.*, 497 F.2d 280 (2d Cir. 1974) [hereinafter, "*F. O. Barroff Co.*"], the Second Circuit gave a detailed analysis of SIPA's legislative history and intent. *Id.* at 281. Specifically, the court stated that:

> [t]he object of that statute, and the function of the Securities Investor Protection Corporation (SIPC) it created, is to protect the public customers of securities dealers from suffering the consequences of financial instability in the brokerage industry...Once a broker or dealer is found to be on the brink of collapse or in danger of failing to meet its obligations to its customers, a trustee is appointed for liquidation of the business. The firmS [sic] clients are cushioned (within limits) from personal loss through a special fund collected by SIPC from all securities dealers registered under the 1934 Securities Exchange Act...But the Securities Investor Protection Act allows only those who meet its definition of a 'customer' to share in this assurance.

Mr. Irving H. Picard
January 5, 2010
Page 2

*F. O. Baroff Co.*, 497 F.2d at 281. Citing the House of Representatives, the court went on to state that "[t]he primary purpose of [SIPA] is to provide protection for investors if the broker-dealer with whom they are doing business encounters financial troubles." *Id.* at 283. In furtherance of SIPA, SIPC, "an independent corporation established by Congress," was created, "to reinstill[] confidence in the securities markets" by "protect[ing] investors from the effects of chronic instability in the securities industry." *Massachusetts Financial Services, Inc. v. Securities Investor Protection Corp.*, 411 F. Supp. 411, 412-13 (D.C. Mass. 1976). SIPC's "prime responsibility [is] to establish…a substantial reserve fund which…provide[s] protection to investors in the event a brokerage firm collapse[s]." *Id.* at 413.

SIPA defines the term "customer" of a debtor as:

> **any person (including any person with whom the debtor deals as principal or agent) who has a claim on account of securities received, acquired, or held by the debtor in the ordinary course of its business as a broker or dealer from or for the securities accounts of such person for safekeeping, with a view to sale, to cover consummated sales, pursuant to purchases, as collateral security, or for purposes of effecting transfer.** The term "customer" includes any person who has a claim against the debtor arising out of sales or conversions of such securities, and any person who has deposited cash with the debtor for the purpose of purchasing securities…

15 U.S.C.A. § 78lll(2) (emphasis added).

The United States District Court for the Southern District of New York further discussed the definition of the term "customer" in *Securities and Exchange Commission v. Kenneth Bove & Co., Inc.*, 378 F. Supp. 697 (S.D.N.Y. 1974) [hereinafter "*Kenneth Bove & Co.*"]. The court found that in order to be considered a "customer" under SIPA, "the claimant must have entrusted his securities to the debtor in liquidation," and have been "on account of securities received, acquired, or held by the debtor." *Id.* at 699. Claims pursuant to SIPA are "grounded on possession of identifiable securities by the broker." *Id.* Under SIPA, "**the preferential protection is accorded to a person who can trace and identify the…funds in the hands of the stockbroker.**" *Id.* (emphasis added).

In this case, Claimant's funds are traceable and can be identified as being in the direct control of Bernard L. Madoff Investment Securities LLC. Claimant transferred and placed the amount of $600,000.00 for the account "Charles Schwab Custodian FBO Gerald Greenspoon IRA" (the "Investment") with Emerald Asset Advisors, LLC which purchased with the Investment a limited partnership interest in the Rye Select Broad Market Fund, LP ("Rye Fund") under the authority of the Rye Fund's General Partner, Tremont Partners, Inc. ("Tremont Partners"), a subsidiary of Tremont Group Holdings, Inc. Attached hereto are copies of supporting documents evidencing the Investment in the limited partnership interest (the

Mr. Irving H. Picard
January 5, 2010
Page 3

"Securities"). Tremont Partners placed all of the assets of the Rye Fund with Bernard L. Madoff Investment Securities LLC. The final account statement, attached hereto, reflects Securities owed to Claimant in the amount of $614.655.00. Claimant is clearly a "customer" under SIPA and should be afforded its protection. The fact that Claimant's funds were not given directly from Claimant to Bernard L. Madoff Investment Securities LLC is of no consequence. As an investor, Claimant should be protected from the effects of the instable securities industry and, more specifically, the collapse of Bernard L. Madoff Investment Securities LLC, in which Claimant's assets were invested through his agents, Emerald Asset Advisors, LLC, the Rye Fund, and Tremont Partners. To deny Claimant's claim would directly contravene the legislative intent of SIPA. Accordingly, Claimant respectfully requests that the denial of his claim be reversed; that his claim be granted; and that he be afforded the protection to which he is entitled pursuant to SIPA.

Sincerely,

Jan Douglas Atlas

JDA/cab
Enclosure
cc:    United States Bankruptcy Court
       for the Southern District of New York (by mail only)

       Mr. Gerald Greenspoon

# Online Account Statements

TREMONT

| Investor : | Gerald Greenspoon, IRA | Address : | Charles Schwab Custodian FBO Gerald |
| --- | --- | --- | --- |
| Company Name : | | | 3230 N. 38th Street |
| Account Type : | Trust | | Hollywood, FL 33021 |

## Account Summary (Year-To-Date)

Statement Date: June, 30 2008

| Portfolio Name | Value at Jun 30, 2008 | Net Cont./With. | Net Return | Value at Jun 30, 2008 | ROR(%) |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $-199 | $599,801 | -0.03 |
| Relationship Total | $0 | $600,000 | $-199 | $599,801 | |

## Current Activity

| Portfolio Name | Value at Jun 01, 2008 | Contributions | Withdrawals | Value at Jun 30, 2008 |
| --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $0 | $599,801 |
| Relationship Total | $0 | $600,000 | $0 | $599,801 |

ActiveReports Evaluation. Copyright 2002-2006 (c) Data Dynamics, Ltd. All Rights Reserved.

# Online Account Statements



| Investor : | Gerald Greenspoon, IRA | Address : | Charles Schwab Custodian FBO Gerald |
| --- | --- | --- | --- |
| Company Name : | | | 3230 N. 38th Street |
| Account Type : | Trust | | Hollywood, FL 33021 |

## Account Summary (Year-To-Date)

*Statement Date: July, 31 2008*

| Portfolio Name | Value at Jun 30, 2008 | Net Cont./With. | Net Return | Value at Jul 31, 2008 | ROR(%) |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $5,364 | $605,364 | 0.89 |
| Relationship Total | $0 | $600,000 | $5,364 | $605,364 | |

## Current Activity

| Portfolio Name | Value at Jul 01, 2008 | Contributions | Withdrawals | Value at Jul 31, 2008 |
| --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, L.P. | $599801 | $0 | $0 | $605,364 |
| Relationship Total | $599,801 | $0 | $0 | $605,364 |

ActiveReports Evaluation. Copyright 2002-2006 (c) Data Dynamics, Ltd. All Rights Reserved.

# Online Account Statements



| Investor: | Gerald Greenspoon, IRA | Address: | Charles Schwab Custodian FBO Gerald |
|---|---|---|---|
| Company Name: | | | 3230 N. 38th Street |
| Account Type: | Trust | | Hollywood, FL 33021 |

## Account Summary (Year-To-Date)

*Statement Date: August, 31 2008*

| Portfolio Name | Value at Jun 30, 2008 | Net Cont./With. | Net Return | Value at Aug 31, 2008 | ROR(%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $10,589 | $610,589 | 1.76 |
| Relationship Total | $0 | $600,000 | $10,589 | $610,589 | |

## Current Activity

| Portfolio Name | Value at Aug 01, 2008 | Contributions | Withdrawals | Value at Aug 31, 2008 |
|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $605364 | $0 | $0 | $610,589 |
| Relationship Total | $605,364 | $0 | $0 | $610,589 |

# Online Account Statements



| Investor: | Gerald Greenspoon, IRA | Address: | Charles Schwab Custodian FBO Gerald |
|---|---|---|---|
| Company Name: | | | 3230 N. 38th Street |
| Account Type: | Trust | | Hollywood, FL 33021 |

## Account Summary (Year-To-Date)
*Statement Date: September, 30 2008*

| Portfolio Name | Value at Jun 30, 2008 | Net Cont./With. | Net Return | Value at Sep 30, 2008 | ROR(%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $14,846 | $614,846 | 2.47 |
| Relationship Total | $0 | $600,000 | $14,846 | $614,846 | |

## Current Activity

| Portfolio Name | Value at Sep 01, 2008 | Contributions | Withdrawals | Value at Sep 30, 2008 |
|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $610589 | $0 | $0 | $614,846 |
| Relationship Total | $610,589 | $0 | $0 | $614,846 |

ActiveReports Evaluation. Copyright 2002-2006 (c) Data Dynamics, Ltd. All Rights Reserved.

# Online Account Statements

TREMONT

| | |
|---|---|
| Investor: | Gerald Greenspoon, IRA |
| Company Name: | |
| Account Type: | Trust |

Address: **Charles Schwab Custodian FBO Gerald**
3230 N. 38th Street
Hollywood, FL 33021

## Account Summary (Year-To-Date)
*Statement Date: October, 31 2008*

| Portfolio Name | Value at Jun 30, 2008 | Net Cont./With. | Net Return | Value at Oct 31, 2008 | ROR(%) |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $0 | $600,000 | $14,655 | $614,655 | 2.44 |
| Relationship Total | $0 | $600,000 | $14,655 | $614,655 | |

## Current Activity

| Portfolio Name | Value at Oct 01, 2008 | Contributions | Withdrawals | Value at Oct 31, 2008 |
|---|---|---|---|---|
| Rye Select Broad Market Fund, L.P. | $614846 | $0 | $0 | $614,655 |
| Relationship Total | $614,846 | $0 | $0 | $614,655 |



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax:    954-385-9624

E-mail:  abudelman@emeraldasset.com

03-Jun-2008

Allan Budelman
2843 Executive Park Drive
Weston, FL 33331
USA

## CONFIRMATION OF INTENT

Dear Investor,

We are pleased to confirm the receipt of your notice of intent to invest into Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction. Your transaction will not be executed until all requisite documentation has been received in good order, adequate funds have been received and your eligibility as an investor in Rye Select Broad Market Fund, LP has been confirmed. If you have not already done so, please send original documentation via courier.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

Details
| | |
|---|---|
| Action Confirmed: | Notice Received |
| Action Pending: | Buy |
| Amount: | 600,000.00    USD |
| Dealing Date: | 1-Jun-2008 |
| Security: | Rye Select Broad Market Fund, LP |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Charles Schwab Custodian FBO Gerald Greenspoon, IRA | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00007143 | Facsimile | 212.644.6669 |
| Telephone | -- | Email | AISOnline_NY@bankofny.com |
| Facsimile | -- | Web | www.fundadmin.com |
| Email | gerryg@gmlaw.com | | |

## *charles* SCHWAB
### INSTITUTIONAL

# Alternative Investment Letter of Instruction

Page 1 of 1

---

*Investment Advisor ("IA") Information (This portion to be completed by IA.)*

IA Firm Name (please print): **EMERALD ASSET ADVISORS LLC**

IA Master Account Number: **8962470**    Service Team: **IST 2**

---

### 1. Delivery Instructions

Please issue $ _600,000.00_ from my account number _4634-2226_

to purchase _Rye Select Broad Market Fund, LP_

Please note that this security may be subject to a $50 set-up fee and a $100 annual maintenance fee.

Delivery method (select one):

◯ Check payable to:

Name _____

Street Address (no P.O. boxes, please) _____

City _____ State ____ Zip Code ____

Or  ● Wire instructions* ($25 wire fee applies)

Bank Name: **Bank of New York**

Bank Telephone Number: **890-0631-473**

Bank Account Registration: _Rye Select Broad Market Fund, LP (intended investor Gerald Greenspan)_

Bank Account Number: _IRA_

ABA Routing Number (nine-digit number): **021000018**

Address: **555 Theodore Fremd Ave Suite C-300**

City: **Rye**    State: **NY**    Zip Code: **10580**

(If there are further instructions, please attach a separate page.)

*To avoid delay, please contact the receiving financial institution for accurate routing information.

### 2. Fees

Please pay the $250 transaction fee or the $100 subsequent transaction fee (for capital calls or purchases of the same asset in the same account†) and the $25 wire fee (if applicable) for this purchase.

Amount of Investment    $ _____

Transaction Fee    $ _____

Wire Fee (if applicable)    ~~$25.00~~ _Waive_

Total Cleared Funds Required $ _____

†Promissory notes excluded; $250 fee applies.

### 3. Please Read and Sign

I acknowledge that I have been advised by Charles Schwab & Co., Inc. ("Schwab") to consult my own financial and tax advisor(s) before completing this transaction. I have not received any investment or tax advice from Schwab regarding this investment or its suitability for my account.

I understand Schwab will use the information provided to service my account.

I understand that Schwab is required to report the value of this asset annually to the Internal Revenue Service and that Schwab may request that I provide such a valuation. This value should be quoted in U.S. dollars and in accordance with the requirements of the Internal Revenue Service, Department of Labor and any other governing agencies.

▶ _[signature]_    Date _5/14/08_

Authorized Signature    (mm/dd/yyyy)

---

*For Charles Schwab Use Only*

Account Number _____    Date Approved (mm/dd/yyyy) _____

Print Name of Approver _____    Signature _____

©2005 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
Schwab Institutional is a division of Charles Schwab & Co., Inc.    FTA 00678 (0504-00636)    APP26692PDF-03 (07/05)

1 5 9 3 0 1



# RYE
Investment Management
A Division of Tremont Group Holdings, Inc.

**Redemption Notice**

To: The Bank of New York Mellon
Alternative Investment Services
101 Barclay Street, 20th Floor West
New York, NY 10286
Tel: (212) 815-4090
Fax: (212) 644-6669
Attention: Investor Services – Rye Select Funds

From (Name of the Registered Investor): __Gerald Greenspoon IRA__
(Please fill in exactly as listed on your statement)

1. Rye Select Funds (check one fund per notice):
   ___ Rye Select Activist Fund
   ___ Rye Select Activist Segregated Portfolio
   _X_ Rye Select Broad Market Fund, L.P.
   ___ Rye Select Broad Market Prime Fund, L.P.
   ___ Rye Select Broad Market XL Fund, LP
   ___ Rye Select Broad Market Portfolio Limited
   ___ Rye Select Broad Market XL Portfolio Limited
   ___ Rye Select Broad Market Insurance Portfolio, LDC
   ___ Rye Select Equities Fund
   ___ Rye Select Equities Segregated Portfolio
   ___ Rye Select Futures Fund
   ___ Rye Select Futures Segregated Portfolio

2. Type of Redemption (check one):
   ___ Partial ($ Amount): _____
   _X_ Full

3. Redemption Date: __1/1/09__

4. Wiring Instructions:
   Name of Financial Institution: __Citibank NA__
   Address: _____
   ABA#: __021000089__
   Account Number: __40553953__
   Account Name: __Charles Schwab__
   (The account name and the name of the registered investor must be the same)
   Further Credit to: Gerald Greenspoon IRA  c# 4634 2226

5. Signature (client or entity representative) X __[signature]__
   Name: __Gerald Greenspoon__
   Position/Title: _____
   Date: __12/19/08__



A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

12-Jun-2008

Charles Schwab Custodian FBO Gerald Greenspoon, IRA
3230 N. 38th Street
Hollywood, FL 33021
USA

## TRADE CONFIRMATION

Dear Investor,

We are pleased to confirm your investment into Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction executed on your behalf.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below.

Per your instructions a copy of this confirmation has been sent to Ms. Pamela Palmer and Allan Budelman.

## ACTIVITY CONFIRMED

| Security | Rye Select Broad Market Fund, LP | | |
|---|---|---|---|
| **Details** | | **Contributions** | |
| Action | Buy | Gross Contribution | 600,000.00 |
| Dealing Date | 1-Jun-2008 | Sales Charge/Interest Payment | 0.00 |
| Base Currency | USD | Net Contribution | 600,000.00 |
| Lot Ref. Number | 000374 | | |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Charles Schwab Custodian FBO Gerald Greenspoon, IRA | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00007143 | Facsimile | 212.644.6669 |
| Telephone | -- | Email | AISOnline_NY@bankofny.com |
| Facsimile | -- | | |
| Email | gerryg@gmlaw.com | Web | www.fundadmin.com |