WOLFF & SAMSON PC
*Attorneys for Braymar Holdings Limited*
140 Broadway, 46th Floor
New York, NY 10005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiffs,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.

Adv. Pro. No. 08-01789

SIPA Liquidation

OBJECTION TO TRUSTEE'S
DETERMINATION OF CLAIM

---

## CERTIFICATE OF SERVICE

  I, RONALD L. ISRAEL, hereby certify that on January 6, 2010, I caused a true and correct copy of **Braymar Holdings Limited's Objection to the Trustee's Determination of Claim** to be electronically filed with the Court and served upon the parties in this action who receive electronic service through CM/ECF. In addition, service was effectuated to the following via Federal Express:

    Irving H. Picard
    Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111

    -and-

    Clerk for the United States Bankruptcy Court for
    the Southern District of New York
    One Bowling Green
    New York, New York 10004

          /s/ Ronald L. Israel
          RONALD L. ISRAEL