# EXHIBIT A

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** National Bank of Kuwait S.A.K.   (See annex.)
**Mailing Address:** C/O King & Spalding LLP, Attn: Richard Cirillo, 1185 Ave. of the Americas
**City:** New York     **State:** NY     **Zip:** 10036
**Account No.:** See annex.
**Taxpayer I.D. Number (Social Security No.):** 52-1344118

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**: See annex.

    a. The Broker owes me a Credit (Cr.) Balance of    $ 60,199,561
    b. I owe the Broker a Debit (Dr.) Balance of    $ 0.00
    c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $ N/A
    d. If balance is zero, insert "None."    $60,199,561

502180406

1

2.    Claim for securities as of **December 11, 2008**: See annex.

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities |   | No. |
| b. | I owe the Broker securities |   | No. |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | N/A | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No. |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No. |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No. |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No. |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | See annex. |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | No. |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | No. |

Please list the full name and address of anyone assisting you in the preparation of this claim form: King & Spalding LLP, 1185 Ave. of the Americas, New York, NY 10036, attn. Richard Cirillo

502180406                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___June 28, 2009___    Signature___National Bank of Kuwait S.A.K. By: [signature] Salah Al Fulaij CEO, NBK Capital___

~~Date~~ _____    ~~Signature~~ _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                    4

## ANNEX TO CLAIM FILED BY NATIONAL BANK OF KUWAIT S.A.K.

National Bank of Kuwait S.A.K. ("NBK"), held as nomine as of December 11, 2008, for its customers identified herein those interests in Fairfield Sentry Fund with the investment values and values as of the date closest to December 11, 2008 set forth herein. The customers were the beneficial owners of the identified interests in the Fairfield Sentry Fund on and for some time after December 11, 2008, at which time they transferred their claims to NBK for the full value of their investments. The customers are private banking clients of NBK, which does not have permission or authority at this time to disclose the names of the individual customers. However, if, as, and when needed and upon arrangements for maintaining the privacy, security, and confidentiality of the names and amounts of the customers' respective investments, NBK will arrange for that information to be made available to the Trustee, together with such other information as may be necessary for the Trustee to administer this claim.

The business address of NBK in Kuwait is: P.O. Box 95 Safat, 13001 Kuwait, Attn: Hania Farah. A branch office of NBK is located at 299 Park Avenue, New York, NY 10171. Communications with NBK should be made through its United States legal counsel identified at the beginning of this claim form, who will arrange for communications with appropriate NBK personnel.

A-1

**NBK Investors into Fairfield Sentry Fund**

| Client Number | Invested Capital | Value as at 14 Dec 08 |
|---|---|---|
| Client 1 | $5,000,000 | $5,508,602 |
| Client 2 | $3,000,000 | $3,305,161 |
| Client 3 | $2,000,000 | $2,203,441 |
| Client 4 | $2,000,000 | $2,190,138 |
| Client 5 | $1,675,000 | $1,774,665 |
| Client 6 | $1,500,000 | $1,636,617 |
| Client 7 | $1,400,000 | $1,502,604 |
| Client 8 | $1,450,000 | $1,313,612 |
| Client 9 | $1,250,000 | $1,363,847 |
| Client 10 | $1,000,000 | $1,024,972 |
| Client 11 | $1,000,000 | $1,063,206 |
| Client 12 | $1,000,000 | $1,073,471 |
| Client 13 | $1,000,000 | $1,091,078 |
| Client 14 | $1,000,000 | $1,101,720 |
| Client 15 | $1,000,000 | $1,018,145 |
| Client 16 | $1,000,000 | $1,101,720 |
| Client 17 | $950,000 | $1,040,171 |
| Client 18 | $902,000 | $1,000,695 |
| Client 19 | $820,000 | $850,352 |
| Client 20 | $750,000 | $805,103 |
| Client 21 | $750,000 | $798,334 |
| Client 22 | $750,000 | $807,604 |
| Client 23 | $500,000 | $550,860 |
| Client 24 | $500,000 | $550,860 |
| Client 25 | $500,000 | $545,539 |
| Client 26 | $500,000 | $550,860 |
| Client 27 | $500,000 | $550,860 |
| Client 28 | $500,000 | $522,517 |
| Client 29 | $500,000 | $541,158 |
| Client 30 | $500,000 | $541,158 |
| Client 31 | $500,000 | $550,860 |
| Client 32 | $500,000 | $541,158 |
| Client 33 | $500,000 | $550,860 |
| Client 34 | $500,000 | $550,860 |
| Client 35 | $500,000 | $531,603 |
| Client 36 | $500,000 | $545,539 |
| Client 37 | $500,000 | $550,860 |
| Client 38 | $455,000 | $492,454 |
| Client 39 | $500,000 | $545,539 |
| Client 40 | $400,000 | $414,367 |
| Client 41 | $400,000 | $429,840 |
| Client 42 | $400,000 | $440,688 |
| Client 43 | $400,000 | $440,688 |
| Client 44 | $400,000 | $436,431 |
| Client 45 | $350,000 | $381,877 |
| Client 46 | $350,000 | $381,877 |
| Client 47 | $310,000 | $322,688 |
| Client 48 | $300,000 | $327,323 |
| Client 49 | $300,000 | $330,516 |

| Client | | |
|---|---|---|
| Client 50 | $300,000 | $327,323 |
| Client 51 | $300,000 | $348,556 |
| Client 52 | $300,000 | $330,516 |
| Client 53 | $300,000 | $314,232 |
| Client 54 | $300,000 | $327,323 |
| Client 55 | $300,000 | $330,516 |
| Client 56 | $300,000 | $330,516 |
| Client 57 | $285,000 | $311,927 |
| Client 58 | $270,000 | $294,591 |
| Client 59 | $288,794 | $288,617 |
| Client 60 | $266,000 | $295,717 |
| Client 61 | $250,000 | $259,457 |
| Client 62 | $250,000 | $259,457 |
| Client 63 | $250,000 | $275,430 |
| Client 64 | $250,000 | $275,430 |
| Client 65 | $250,000 | $254,536 |
| Client 66 | $250,000 | $261,860 |
| Client 67 | $250,000 | $268,368 |
| Client 68 | $250,000 | $259,457 |
| Client 69 | $250,000 | $273,834 |
| Client 70 | $250,000 | $275,430 |
| Client 71 | $250,000 | $275,430 |
| Client 72 | $250,000 | $275,430 |
| Client 73 | $250,000 | $272,769 |
| Client 74 | $250,000 | $265,846 |
| Client 75 | $250,000 | $272,769 |
| Client 76 | $250,000 | $275,430 |
| Client 77 | $200,000 | $207,700 |
| Client 78 | $200,000 | $220,344 |
| Client 79 | $200,000 | $218,216 |
| Client 80 | $200,000 | $215,361 |
| Client 81 | $183,979 | $190,939 |
| Client 82 | $165,707 | $170,833 |
| Client 83 | $150,000 | $165,258 |
| Client 84 | $150,000 | $165,258 |
| Client 85 | $150,000 | $165,258 |
| Client 86 | $150,000 | $165,258 |
| Client 87 | $140,000 | $155,071 |
| Client 88 | $110,000 | $115,218 |
| Client 89 | $100,000 | $110,172 |
| Client 90 | $100,000 | $107,347 |
| Client 91 | $100,000 | $109,108 |
| Client 92 | $100,000 | $107,347 |
| Client 93 | $100,000 | $103,850 |
| Client 94 | $100,000 | $104,744 |
| Client 95 | $100,000 | $110,172 |
| Client 96 | $100,000 | $104,744 |
| Client 97 | $100,000 | $109,108 |
| Client 98 | $100,000 | $110,172 |
| Client 99 | $100,000 | $110,172 |
| Client 100 | $100,000 | $110,172 |
| Client 101 | $100,000 | $110,172 |

| | | |
|---|---|---|
| Client 102 | $100,000 | $109,108 |
| Client 103 | $100,000 | $110,172 |
| Client 104 | $100,000 | $110,172 |
| Client 105 | $100,000 | $101,815 |
| Client 106 | $100,000 | $103,850 |
| Client 107 | $100,000 | $110,172 |
| Client 108 | $100,000 | $109,108 |
| Client 109 | $100,000 | $109,108 |
| Client 110 | $100,000 | $109,108 |
| Client 111 | $100,000 | $101,152 |
| Client 112 | $100,000 | $109,108 |
| Client 113 | $100,000 | $104,744 |
| Client 114 | $100,000 | $103,783 |
| Client 115 | $100,000 | $108,232 |
| Client 116 | $100,000 | $109,108 |
| Client 117 | $100,000 | $109,108 |
| Client 118 | $100,000 | $109,108 |
| Client 119 | $100,000 | $109,108 |
| Client 120 | $100,000 | $110,172 |
| Client 121 | $91,990 | $95,469 |
| | | **$60,199,561** |

# EXHIBIT B

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation
## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

NATIONAL BANK OF KUWAIT S.A.K.
C/O KING & SPALDING LLP ATTN: RICHARD CIRILLO, ESQ.
1185 AVE OF THE AMERICAS
NEW YORK, NY 10036


Dear NATIONAL BANK OF KUWAIT S.A.K.:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 013899:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

*/s/ Irving Picard*

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

National Bank of Kuwait S.A.K.
C/O King and Spalding LLP, Attn: Richard Cirillo
1185 Ave of the Americas
New York, NY 10036

Dear National Bank of Kuwait S.A.K.:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 013751:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

*/s/ Irving Picard*

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc: KING & SPALDING LLP, Attn: Richard Cirillo
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036