## **CERTIFICATE OF SERVICE**

I, Lauren W. Mitchell, certify that on January 6, 2010, I caused a true and correct copy of the attached Objection to the Determination of Claim of NBK Banque Privee (Suisse) SA to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

I further certify that I caused to be served true and correct copies of the annexed Objection to the Determination of Claim of NBK Banque Privee (Suisse) SA on the below persons at the addresses set forth below on January 6, 2010, by U.S. Mail Express Mail Overnight Service:

    Clerk of the United States Bankruptcy Court
        for the Southern District of New York
    One Bowling Green
    New York, NY 10004

    Irving H. Picard, Trustee
    c/o Baker Hostetler LLP
    Attn: Claims Department
    45 Rockefeller Plaza
    New York, NY 10111

Dated: New York, New York
       January 6, 2010

_____
Lauren W. Mitchell