## **CERTIFICATE OF SERVICE**

I, Lauren W. Mitchell, certify that on January 6, 2010, I caused a true and correct copy of the attached Notice of Appearance and Request for Service of Notices of Lemania SICAV-SIF to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

I further certify that I caused to be served true and correct copies of the attached Notice of Appearance and Request for Service of Notices on the below persons at the addresses set forth below on January 6, 2010, by U.S. Mail Express Mail Overnight Service:

> Clerk of the United States Bankruptcy Court
>     for the Southern District of New York
> One Bowling Green
> New York, NY 10004
>
> Irving H. Picard, Trustee
> c/o Baker Hostetler LLP
> Attn: Claims Department
> 45 Rockefeller Plaza
> New York, NY 10111

Dated: New York, New York
    January 6, 2010

_____
Lauren W. Mitchell