## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: **Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P.**
Mailing Address: 1125 Seventeenth Street, Suite 1400
City: Denver,      State: CO     Zip: 80202
Account No.: 01-2008-00012447
Taxpayer I.D. Number (Social Security No.): 77-0675562

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of December 11, 2008:

       a.    The Broker owes me a Credit (Cr.) Balance of       $ _____

       b.    I owe the Broker a Debit (Dr.) Balance of       $ _____

       c.    If you wish to repay the Debit Balance,

             please insert the amount you wish to repay and

             attach a check payable to "Irving H. Picard, Esq.,

             Trustee for Bernard L. Madoff Investment Securities LLC."

             If you wish to make a payment, it must be enclosed

             with this claim form.                                        $

       d.    If balance is zero, insert "None."       _____

2.        Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |

c.    If yes to either, please list below: **PLEASE SEE ATTACHED ADDENDUM A**

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe theBroker (Short) |
| | **PLEASE SEE ATTACHED ADDENDUM A** | | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | ———— | **X** |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | ———— | ———— |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | ———— | ———— |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | ———— | ———— |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | ———— | **X**  ———— |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | **PLEASE SEE ATTACHED ADDENDUM A** ———— | ———— |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | ———— | ———— |

Please list the full name and address of anyone assisting you in the
preparation of this claim form: **Mount Yale Portfolio Advisors, LLC**

3

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

4

## ADDENDUM A

TO:         TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RE:         The Attached Customer Claim Form for **Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P.**


Customer is a limited partner investor in Rye Select Broad Market Fund LP, a Delaware Limited Partnership (the "Rye Fund") for which Tremont Partners, Inc. (operating through its Rye Investment Management division) serves as sole general partner. Customer has been advised that the sole portfolio manager of the Rye Fund was Broker, and all brokerage and trading activity of the Rye Fund was conducted through a brokerage account with Broker.

**Customer is filing this customer claim in an unknown amount and for unknown securities because Customer cannot identify the exact nature of such securities or the value of such securities at this time based on the information available to it.** Customer's claim for securities as of December 11, 2008 consists of Customer's undivided proportionate share of the Rye Fund's cash and securities held by Broker as of such date, the details of which are not available to Customer at this time.

Attached hereto are the following documents evidencing Customer's investment and limited partnership interest in the Rye Fund as of December 11, 2008:

1) Confirmation of Customer's original investment ($250000) was received by the Rye Fund on 10/30/2008 and the original investment (trade date) was made on 11/1/2008.

2) A statement of Customer's limited partnership interest in the Rye Fund as of 11/30/2008 (the latest statement provided by the Rye Fund to its limited partner investors) which was **$254464.98 ;**

3) A copy of the December 19, 2008 letter from Rye that suspended i) the determination of NAV calculations, ii) redemptions from the Fund and iii) payment of withdrawal proceeds;

4) A copy of the letter from Rye dated January 14, 2009 that assigns a value of $0 to your investment;

5) Three trade confirmations from Rye: 1) Confirmation of Cash Receipt, 2) Confirmation of Intent and 3) Trade Confirmation.



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax:    —

E-mail: jason.vanthiel@mtyale.com

07-Nov-2008

**Jason Vanthiel**
-
- -
**USA**

## CONFIRMATION OF CASH RECEIPT

Dear Investor,

We are pleased to confirm the receipt of your proceeds on behalf of Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction. Your proceeds will not be invested until all requisite documentation has been received in good order and your eligibility as an investor in Rye Select Broad Market Fund, LP has been confirmed.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

**Details**

| | | |
|---|---|---|
| Action | Cash Received | |
| Date Received | 30-Oct-2008 | |
| Amount Local | 250,000.00 | USD |
| Amount Base | 250,000.00 | USD |

**To Be Applied**

| | |
|---|---|
| Dealing Date | 01-Nov-2008 |
| Security | Rye Select Broad Market Fund, LP |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P. | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00012447 | Facsimile | 212.644.6669 |
| Telephone | 303-382-2855 | Email | AISOnline_NY@bankofny.com |
| Facsimile | 952-897-5390 | Web | www.fundadmin.com |
| Email | greg.anderson@mtyale.com | | |



**R Y E**
Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax:           --
E-mail: jason.vanthiel@mtyale.com

18-Nov-2008

**Jason  Vanthiel**
-
- -
**USA**

## CONFIRMATION OF INTENT

Dear Investor,

Please be advised that we are in receipt of your notice of intent to buy interests in Rye Select Broad Market Fund, LP. The details below are reflective of the transaction related direction that we have received as of the date of this notice. Please note that the execution of your transaction as detailed below is contingent upon actual receipt of all necessary documentation and acceptance and approval by the Fund or its authorized agent. If you have already provided such documentation, no further action on your part is required.

Please review this Notice carefully to ensure all details pertaining to this transaction and your account are accurate. If any discrepancies are identified please immediately contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

**Details**

| | |
|---|---|
| Action Confirmed: | Notice Received |
| Action Pending: | Buy |
| Amount: | 250,000.00          USD |
| Dealing Date: | 1-Nov-2008 |
| Security: | Rye Select Broad Market Fund, LP |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| **Acct. Name** | Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P. | **Telephone** | 212.815.4090 |
| **Acct. Number** | 01-2008-00012447 | **Facsimile** | 212.644.6669 |
| **Telephone** | 303-382-2855 | **Email** | AISOnline_NY@bankofny.com |
| **Facsimile** | 952-897-5390 | **Web** | www.fundadmin.com |
| **Email** | greg.anderson@mtyale.com | | |



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax:    --

E-mail: jason.vanthiel@mtyale.com

24-Nov-2008

**Jason  Vanthiel**

-

- -

**USA**

| TRADE CONFIRMATION |
| --- |

Dear Investor,

We are pleased to confirm your investment into Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction executed on your behalf.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct.  If any discrepancies are identified please contact our Investor Services Group as described below.

| ACTIVITY CONFIRMED | | | |
| --- | --- | --- | --- |
| **Security** | Rye Select Broad Market Fund, LP | | |
| **Details** | | **Contributions** | |
| Action | Buy | Gross Contribution | 250,000.00 |
| Dealing Date | 1-Nov-2008 | Sales Charge/Interest Payment | 0.00 |
| Base Currency | USD | Net Contribution | 250,000.00 |
| Lot Ref. Number | | | |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
| --- | --- | --- | --- |
| **Acct. Name** | Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P. | **Telephone** | 212.815.4090 |
| **Acct. Number** | 01-2008-00012447 | **Facsimile** | 212.644.6669 |
| **Telephone** | 303-382-2855 | **Email** | AISOnline_NY@bankofny.com |
| **Facsimile** | 952-897-5390 | **Web** | www.fundadmin.com |
| **Email** | greg.anderson@mtyale.com | | |





BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jason Vanthiel
-
- -
USA

# CLIENT STATEMENT

**A/C Number:** 00-1200-800012447
**Period Beginning:** 01-Nov-2008
**Period Ending:** 30-Nov-2008
**Fax Number:**
**E-Mail:** jason.vanthiel@mtyale.com

This statement is being provided to you at the request of Greg Anderson at Mount Yale Highland Fund: a series of Mount Yale Master Portfolios, L.P.

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 1.79% | 1.79% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 0.00 | 250,000.00 | 4,464.98 | 0.00 | 254,464.98 |
| **Totals** | 0.00 | 250,000.00 | 4,464.98 | 0.00 | 254,464.98 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

| | |
| --- | --- |
| **Telephone:** 212.815.4090    **Facsimile:** 212.644.6669    **Email:** AISOnline_NY@bankofny.com    **Web:** www.fundadmin.com | |