## CERTIFICATE OF SERVICE

I, Lauren W. Mitchell, certify that on January 6, 2010, I caused a true and correct copy of the attached Objection to the Determination of Claim of Lemania SICAV-SIF to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

I further certify that I caused to be served true and correct copies of the annexed Objection to the Determination of Claim of Lemania SICAV-SIF on the below persons at the addresses set forth below on January 6, 2010, by U.S. Mail Express Mail Overnight Service:

    Clerk of the United States Bankruptcy Court
       for the Southern District of New York
    One Bowling Green
    New York, NY 10004

    Irving H. Picard, Trustee
    c/o Baker Hostetler LLP
    Attn: Claims Department
    45 Rockefeller Plaza
    New York, NY 10111

Dated: New York, New York
       January 6, 2010

                                                      Lauren W. Mitchell