## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: **Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC**
Mailing Address: 1125 Seventeenth Street, Suite 1400
City: Denver,    State: CO    Zip: 80202
Account No.: 01-2008-00006048
Taxpayer I.D. Number (Social Security No.): 26-1677594

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of December 11, 2008:

    a. The Broker owes me a Credit (Cr.) Balance of    $_____

    b. I owe the Broker a Debit (Dr.) Balance of    $_____

    c. If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, it must be enclosed
       with this claim form.    $_____

    d. If balance is zero, insert "None."    _____

1

502180406

2.     Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: **PLEASE SEE ATTACHED ADDENDUM A** | | |

| | | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe theBroker (Short) |
| | **PLEASE SEE ATTACHED ADDENDUM A** | | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  |  |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  |  |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  |  |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | **PLEASE SEE ATTACHED ADDENDUM A** | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  |  |

Please list the full name and address of anyone assisting you in the preparation of this claim form: **Mount Yale Portfolio Advisors, LLC**

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _____    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## ADDENDUM A

TO:    TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES LLC

RE:    The Attached Customer Claim Form for **Aegis Holdings (Onshore) Inc. FBO The Beaumc Master Fund, LLC**

    Customer is a limited partner investor in Rye Select Broad Market Fund LP, a Delaware Limited Partnership (the "Rye Fund") for which Tremont Partners, Inc. (operating through its Rye Investment Management division) serves as sole general partner. Customer has been advised that the sole portfolio manager of the Rye Fund was Broker, and all brokerage and trading activity of the Rye Fund was conducted through a brokerage account with Broker.

    **Customer is filing this customer claim in an unknown amount and for unknown securities because Customer cannot identify the exact nature of such securities or the value of such securities at this time based on the information available to it.** Customer's claim for securities as of December 11, 2008 consists of Customer's undivided proportionate share of the Rye Fund's cash and securities held by Broker as of such date, the details of which are not available to Customer at this time.

    Attached hereto are the following documents evidencing Customer's investment and limited partnership interest in the Rye Fund as of December 11, 2008:

1) Confirmation of Customer's original investment ($1,200,000) was received by the Rye Fund on 4/30/2008 and the original investment (trade date) was made on 5/1/2008.

2) Confirmation of partial liquidation ("Trade Confirmation") dated July 31, 2008 is attached. It represents that $1,223,309.06 was delivered by Rye Funds to the Customer. However, while this amount represented the total economic value of the limited partnership interest as of that date, only $1,162,143.61 was received from Rye Funds on August 15, 2008. A statement from the Customer's bank, *Societe Generale*, verifying that this amount was redeemed and received by the Customer is attached. It is customary for funds ("Rye") to "hold back" a portion of redeeming limited partner capital until all expenses are fully booked and until an audit is complete. In this case, the "hold back" was $61,165.45 which is the amount of this claim and the difference between the above mentioned numbers;

3) A copy of the December 19, 2008 letter from Rye that suspended i) the determination of NAV calculations, ii) redemptions from the Fund and iii) payment of withdrawal proceeds;

4) A copy of the letter from Rye dated January 14, 2009 that assigns a value of $0 to your investment;

5) Three trade confirmations from Rye: 1) Confirmation of Cash Receipt, 2) Confirmation of Intent and 3) Trade Confirmation.



A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

02-May-2008

Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC
1125 17th Street #1400
Denver, CO 80202
USA

| CONFIRMATION OF INTENT |
|---|
| Dear Investor, |
| We are pleased to confirm the receipt of your notice of intent to invest into Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction. Your transaction will not be executed until all requisite documentation has been received in good order, adequate funds have been received and your eligibility as an investor in Rye Select Broad Market Fund, LP has been confirmed. If you have not already done so, please send original documentation via courier. |
| Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below. |
| Per your instructions a copy of this confirmation has been sent to Rob O'Connell at Societe Generale. |

| ACTIVITY CONFIRMED | |
|---|---|
| Details | |
| Action Confirmed: | Notice Received |
| Action Pending: | Buy |
| Amount: | 1,200,000.00        USD |
| Dealing Date: | 1-May-2008 |
| Security: | Rye Select Broad Market Fund, LP |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00006048 | Facsimile | 212.644.6669 |
| Telephone | 303-382-2880 | Email | AISOnline_NY@bankofny.com |
| Facsimile | 303-382-2888 | Web | www.fundadmin.com |
| Email | kimberly.matzdorff@mtyale.com | | |



A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

05-May-2008

**Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC**
1125 17th Street #1400
Denver, CO 80202
USA

| CONFIRMATION OF CASH RECEIPT |
|---|
| Dear Investor, |
| We are pleased to confirm the receipt of your proceeds on behalf of Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction. Your proceeds will not be invested until all requisite documentation has been received in good order and your eligibility as an investor in Rye Select Broad Market Fund, LP has been confirmed. |
| Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below. |
| Per your instructions a copy of this confirmation has been sent to Greg David Anderson and Rob O'Connell at Societe Generale. |

| ACTIVITY CONFIRMED | |
|---|---|
| **Details** | |
| Action | Cash Received |
| Date Received | 30-Apr-2008 |
| Amount Local | 1,200,000.00   USD |
| Amount Base | 1,200,000.00   USD |
| **To Be Applied** | |
| Dealing Date | 01-May-2008 |
| Security | Rye Select Broad Market Fund, LP |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00006048 | Facsimile | 212.644.6669 |
| Telephone | 303-382-2880 | Email | AISOnline_NY@bankofny.com |
| Facsimile | 303-382-2888 | | |
| Email | kimberly.matzdorff@mtyale.com | Web | www.fundadmin.com |



BNY ALTERNATIVE INVESTMENT SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax:    646-365-4764
E-mail: us-fundinfo@sgcib.com

08-May-2008

**Societe Generale**
**Rob O'Connell**
**1221 Avenue of the Americas, 6th floor**
**New York, NY 10020**
**USA**

| TRADE CONFIRMATION |
|---|

Dear Investor,

We are pleased to confirm your investment into Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction executed on your behalf.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below.

| ACTIVITY CONFIRMED | | | |
|---|---|---|---|
| **Security** | Rye Select Broad Market Fund, LP | | |
| **Details** | | **Contributions** | |
| Action | Buy | Gross Contribution | 1,200,000.00 |
| Dealing Date | 1-May-2008 | Sales Charge/Interest Payment | 0.00 |
| Base Currency | USD | Net Contribution | 1,200,000.00 |
| Lot Ref. Number | | | |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00006048 | Facsimile | 212.644.6669 |
| Telephone | 303-382-2880 | Email | AISOnline_NY@bankofny.com |
| Facsimile | 303-382-2888 | Web | www.fundadmin.com |
| Email | kimberly.matzdorff@mtyale.com | | |



Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

Fax: 303-670-9189
E-mail: greg.anderson@mtyale.com

12-Aug-2008

**Greg David Anderson**
**3662 Overlook Trail**
**Evergreen, CO 80439**
**USA**

## TRADE CONFIRMATION

Dear Investor,

This notice confirms the sale of your interest in Rye Select Broad Market Fund, LP. The details below confirm the specifics of the transaction executed on your behalf.

Please take a moment to carefully review this confirmation to ensure that all details pertaining to this transaction and your account are correct. If any discrepancies are identified please contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

| Security | Rye Select Broad Market Fund, LP | | | |
|---|---|---|---|---|
| **Details** | | | **Proceeds** | |
| Action | Sale | | Gross Proceeds | 1,223,309.06 |
| Dealing Date | 31-Jul-2008 | | Sales Charge | 0.00 |
| Base Currency | USD | | Net Proceeds | 1,223,309.06 |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC | Telephone | 212.815.4090 |
| Acct. Number | 01-2008-00006048 | Facsimile | 212.644.6669 |
| Telephone | 303-382-2880 | Email | AISOnline_NY@bankofny.com |
| Facsimile | 303-382-2888 | Web | www.fundadmin.com |
| Email | joseph.mallen@mtyale.com | | |

**SOCIETE GENERALE**
Corporate & Investment Banking

**CASH SUMMARY REPORT**

| DEAL | | CASH DETAILS | |
|---|---|---|---|
| Account Name | Beaumont Master Fund LLC,The | Opening Balance as of | 01-Aug-2008 |
| Account Number | | Statement Period Credits | |
| Statement Period | 01-Aug-2008  -  29-Aug-2008 | Statement Period Debits | |
| | | Net Activity | |
| | | Closing Balance as of | 29-Aug-2008 |

| VALUE DATE | AMOUNT | TYPE | COMMENTS |
|---|---|---|---|

**REDACTED**

**REDACTED**

**Total Activity**

Free credit balances are available to you on request. Unless otherwise instructed by you to invest free credit balances in money market funds specified by you, free credit balances may be used by SG to the extent permitted by Federal regulations and are not segregated.
Free credit balances invested in money market funds are NOT insured by the FDIC or any other government entity and are NOT deposits or other obligations of, or guaranteed by, SG, or any of its affiliates (unless explicitly stated otherwise). Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. SG is required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account.