FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 766-7000
Fax: (612) 766-1600
Leif T. Simonson (LS-6568)
lsimonson@faegre.com

*Attorneys for Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Securities Investor Protection Corporation, | **Bankruptcy Case No. 08-01789 (BRL)** |
| Plaintiff, | SIPA Liquidation |
| vs. | **AFFIDAVIT OF SERVICE** |
| Bernard L. Madoff Investment Securities LLC, | |
| Defendant. | |

STATE OF MINNESOTA    )
                      ) ss.
COUNTY OF HENNEPIN    )

    Lori Swanson, being duly sworn deposes and says, under the penalty of perjury:

    1.    I am over the age of eighteen years and employed by Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, and I am not a part to the above-captioned proceedings.

    2.    On January 6, 2010, I caused to be served by United States mail true and correct copies of the following:

- Opposition to the Trustee's Determination of Claims (dated December 8, 2009) on behalf of Aegis Holdings (Onshore) Inc. FBO The Beaumont Master Fund, LLC

by placing a copy of above-named document in envelopes and arranging for the deposit of same, postage prepaid, in the United States mail at Minneapolis, Minnesota, directed to said persons at the following addresses:

| Clerk of the United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004-1408 | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>Attention:  Claims Department<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|---|---|

/s/ Lori Swanson
Lori Swanson

SWORN TO AND SUBSCRIBED before me on this 6th day of January, 2010.

/s/ Staci L. Shaw

Notary Public, State of Minnesota
Qualified in Hennepin County

My commission expires January 31, 2010.

fb.us.4715351.01