Andrew J. Ceresney, Esq.
Bryan R. Kaplan, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION ) ) ) ) | |
| Plaintiff, ) ) | Adv. Pr. 08-01789 (BRL) |
| v. ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC ) ) ) | |
| Defendant. ) ) | |

**CERTIFICATE OF SERVICE**

I, Adam M. Smith, associated with Debevoise & Plimpton LLP, attorneys for Ramaz School Endowment Fund, certify:

I am over eighteen (18) years of age. On January 6, 2010, I caused a true and correct copy of the Opposition of Ramaz School Endowment Fund to Trustee's Determination of Claim to be filed electronically with the Court and served upon parties in this action that receive electronic service through CM/ECF, and served via FedEx upon:

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2010.

      /s/  Adam M. Smith
Adam M. Smith