MAYER BROWN LLP
Jeffrey G. Tougas
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
jtougas@mayerbrown.com

*Attorneys for Mutua Madrileña Automovilista Ramo de vida,*
*Fondauto Fondo de Pensiones, SA, & Fondomutua Fondo de Pensiones, SA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA LIQUIDATION <br> (Substantively Consolidated) <br><br> Adversary Proceeding No. 08-01789 (BRL) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**CERTIFICATE OF SERVICE**

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to

this action, am an attorney licensed by the State Bar of New York and admitted to practice in this

17612193                                                    1

Court, and that on January 5, 2010, I caused copies of the Notices (the "Notices") of Appearance and Request for Service of Papers be served by overnight courier upon: (i) The Honorable Burton R. Lifland, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Brian S. Masumoto, Esq.), and (iii) Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York 10111 (Attn: David J. Sheehan, Esq.).

    I further certify that on January 5, 2010, I caused copies of the Notices to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: New York, New York
       January 5, 2010

                              MAYER BROWN LLP

                              By:   /s/ James Hennessey
                                        James Hennessey