To: Irving S. Picard, Esq, Trustee, Baker &Hostetler, LLP                    January 4, 2010

   45 Rockefeller Plaza, NY,NY,10113

And TP: ~~Office of US Trustee, 33 Whitehall St, Suite 2100~~, NY,NY, 10004
_CLERK US Bankruptcy Court_
_One Bowling Green_

I am filing an objection on behalf of the Linda and Robert Friedman Foundation with respect to the trustee's determination that the SIPC claim for the Foundation has been denied. The Foundation invested $380,000 through a feeder fund, Spectrum Select, LP. As a trustee of the Foundation, I disagree with Mr. Picard's determination that our Foundation was not a customer and therefore ~~is not~~ entitled to SIPC coverage.

Robert A. Friedman, trustee          , trustee          1/4/2010

Robert and Linda Friedman Foundation

18 Cooper Rd, Scarsdale, NY 10583, 917-838-9114

_Re Liquidation of BLM Inv Secs Bankruptcy Case No 08-1789 (BRL)_

JAN - 6 2010