Alice V. Smokler
305 East 86th Street
Apt. 8SW
New York, New York 10028
Telephone: (212) 860-7224

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION )<br><br>Plaintiff, )<br><br>v. )<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC )<br><br>Defendant. ) | Adv. Pr. 08-01789 (BRL)<br><br>SIPA Liquidation |

### OPPOSITION OF ALICE V. SMOKLER TO TRUSTEE'S DETERMINATION OF CLAIM

Alice V. Smokler hereby submits this opposition (the "Opposition") to the determination of the trustee (the "Trustee") in the above-captioned liquidation proceeding (the "SIPA Proceeding") under the Securities Investor Protection Act ("SIPA") concerning the Customer Claim No. 005735 (the "Claim") filed by the undersigned in the SIPA Proceeding, and respectfully represents as follows:

1. In her Claim, the undersigned asserted a claim in the SIPA Proceeding for the amount in her account with Ascot Partners, L.P. ("Ascot"). Upon information and

23114501v1

belief, as of December 11, 2008, Ascot had substantially all of its assets invested with Bernard L. Madoff Investment Securities LLC ("BMIS").

2. The undersigned is in receipt of the Notice of Trustee's Determination of Claim, dated December 8, 2009, in which the Trustee denied the Claim, designated as Claim No. 005735, on the ground that the undersigned allegedly was not a customer of BMIS under SIPA. The undersigned does not agree with the Trustee's determination.

3. The undersigned submits this Opposition in order to preserve any rights or claims that may be recognized in the SIPA Proceeding for persons who indirectly invested in BMIS through "feeder funds" such as Ascot.


Dated: New York, New York
       January __, 2010

                                          /s/Alice V. Smokler
                                          Alice V. Smokler
                                          305 East 86th Street
                                          Apt. 8SW
                                          New York, New York 10028
                                          Telephone: (212) 860-7224

2

23114501v1