Stephen + Francine Fogel
7296 W. Mercada Way
Delray Beach, Fl. 33446

JAN - 6 2010

Re: Liquidation of Bernard L. Madoff
Investment Securities LLC Bankruptcy Case #
08-1789 (BRL)
Claim # 013174

Clerk of the United States Bankruptcy
Court for the So. District of New York

Our Name is Stephen + Francine Fogel. We were (jointly) investors in Rye Select Broad Market Prime Fund, L.P., which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

I filed a Notice of Claim with the SIPC Trustee relating to my investment in Rye Select Broad Market Prime Fund, L.P. On Dec. 8, 2009, I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The trustee thus denied our claim.

I disagree with the determination of the SIPC Trustee that I (we) was not a customer of BLMIS.

Sincerely
Stephen Fogel
Francine Fogel