Kenneth Shavelson, Trustee
6601 Via Como
Lake Worth, FL 33467
561-641-1902

cc: Clerk of the Court

January 1, 2010

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Reference: Janet I Shavelson Irrevocable Trust FBO Lisa J. Spleha, Kenneth Shavelson, Trustee, Claim # 002465 Regarding the Liquidation of Bernard L. Madoff Investment Securities LLC, Bankruptcy Case No. 08-1789 (BRL).

Dear Mr. Picard:

My name is Kenneth Shavelson, trustee of the irrevocable trust referenced above. The Trust was an investor in the Rye select Broad Market XL Fund, LP operated by Tremont Partners, which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

I filed a Notice of Claim with the SIPC Trustee relating to my investment in the Rye Select Broad Market Prime Fund, LP. On 12/14/09, I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS.

I would also like to notify you that the mailing address for the Trust has changed FROM 3850 NW 53rd Street, Boca Raton, FL 33496 TO 6601 Via Como, Lake Worth, FL 33467. My new phone number is 561-641-1902.

Sincerely,

Kenneth Shavelson as Trustee of the Janet I. Shavelson Irrevocable Trust FBO Lisa J. Spleha