Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Vienna, the 5th January 2010

Bancruptcy case No: 08-1789 (BRL)
Claim No: 010936

Regarding: Opposition to the denial of Claim No. 010936

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Bernard L. Madoff Securities Investments LLC through the Primeo Executive Fund EUR (Feeder fund) - which was mainly invested in the Herald Fund SPC - I should also be protected as well as any direct investor. As proof of my investment please find enclosed a copy of my Primeo Executive Fund EUR holdings.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

FLECK Privatstiftung
Wienerbergstraße 25B
Vienna A-1100, Austria

**Bank Austria Creditanstalt**

Wien
2007-06-04
Auslandsüberweisung - Ref.Nr.    FBAWI07060032066

Lastschrift

Telefon: 05 05 05

FLECK PRIVATSTIFTUNG, WIEN

Auftrag vom: 2007-06-04

| Datum | BLZ | Whg | Kontonummer: |
|---|---|---|---|
| 2007-06-04 | 12000 | EUR | 51834 046 401 |

Zahlungsgrund: ZEICHNUNGSBETRAG INKL.1,5 PRO.AGIO

Überweisungsbetrag:
***EUR ****************90.000,00**
Wert 22.06.  EUR         90.000,00

Begünstigter:   PRIMEO FUND

Kontonummer:   51080 391 000

Produkt STANDARD

Dieser Beleg wird nicht unterfertigt.

Mit freundlichen Grüßen
Bank Austria Creditanstalt AG

:TP1 36 097710 Form of business organisation: "Aktiengesellschaft" (public limited company). Registered office: Vienna, Austria. Register of companies: no. 150714p, Commercial Court of Vienna, DVR: 0030066, BLZ: 12000

---

**Bank Austria Creditanstalt**

MITTEILUNG
FLECK Privatstiftung

Wertpapier-Kauf
Depot-Nr.:  51834 071 701
Bel.Nr.:    172005100006984

| Datum/Date | Blatt/Sheet | Whg./Curr. | Kontonummer/Account-No |
|---|---|---|---|
| 19.07.2007 | 01/01 | EUR | 51000 027 903 |

Buchungstext/Text of entry

ISIN: KYG7243T1013    Stk.  744,00        Primeo Fund - Primeo Executive
IKN:  789318                               Registered Shares EUR DL 1

Kauf
Ausführung vom 19.07.2007/297198           Loco LUXEMBURG        Wertpapierrechnung
Abrechnung vom 19.07.2007/214299           Kassa  02.07.2007
Kurs       120,9677    netto tout          Kurswert       EUR         89.999,97
           Wert  02.07.2007                LASTSCHRIFT    EUR         89.999,97

                                                         850|-

Name/Haupt(wohn)Sitz
    FLECK Privatstiftung                   Wienerbergstraße 25 B
                                           1100 Wien

x·ff ~ € 0,03
7780|  1st auf UA 17 v 16.8.07

:TP1 87 051139 Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies:
Handelsgericht Wien, FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

**Creditanstalt**

MITTEILUNG
FLECK Privatstiftung

Wertpapier-Kauf
Depot-Nr.: 51834 071 701
Bel.Nr.: 153215100000804

| Datum/Date | Blatt/Sheet | Whg./Curr. | Kontonummer/Account-No |
|---|---|---|---|
| 17.11.2005 | 01/01 | EUR | 51000 027 903 |

Buchungstext/Text of entry

```
IKN:      789318      Stk.   448,06
ISIN:     KYG7243T1013
Wertpapierrechnung
Kauf vom 31.10.2005
Auftrag vom      17.11.2005
Abrechnung Nr.: 23/051117/B312394-0
Kurs        111,59175   netto tout
              Wert 02.11.2005
Name/Haupt(wohn)Sitz
   FLECK Privatstiftung
```

Primeo Fund - Primeo Executive
Registered Shares EUR DL 1

Loco LUXEMBURG

Kassa 02.11.2005
Kurswert          EUR           49.999,80
D E B E T         EUR           49.999,80

Wienerbergstraße 25 B
1100 Wien

850/-
7789/- 0,20

TP1 92 047052  Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies: Handelsgericht Wien, FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

---

**Bank Austria Creditanstalt**

Belegnr.: 152931000118874
Wien        2005-10-20
Auslandsüberweisung - Ref.Nr.     FBAWI05100233112

Lastschrift

Telefon: 05 05 05

FLECK PRIVATSTIFTUNG, WIEN
Auftrag vom: 2005-10-20

| Datum | BLZ | Whg | Kontonummer: |
|---|---|---|---|
| 2005-10-20 | 12000 | EUR | 51834 046 401 |

Zahlungsgrund: KAUF PRIMEO EXECUTIVE
FUND EUR 50.000,00
A/FLECK PRIVATSTIFTUNG

Begünstigter: PRIMEO FUND

Überweisungsbetrag:
***EUR ****************50.000,00**
Wert 24.10. EUR           50.000,00

Kontonummer: 51080 391 000

Dieser Beleg wird nicht unterfertigt.

Mit freundlichen Grüßen
Bank Austria Creditanstalt AG

TP1 51 049923  Form of business organisation: "Aktiengesellschaft" (public limited company). Registered office: Vienna, Austria. Register of companies: no. 150714p, Commercial Court of Vienna, DVR: 0030066, BLZ: 12000

**Bank Austria Creditanstalt**

MITTEILUNG  Wertpapier-Kauf
FLECK Privatstiftung  Depot-Nr.: 51834 071 701
 Bel.Nr.: 150215100000224

| Datum/Date | Blatt/Sheet | Whg./Curr. | Kontonummer/Account-No |
|---|---|---|---|
| 21.01.2005 | 01/01 | EUR | 51000 027 903 |

Buchungstext/Text of entry

```
IKN:     789318    Stk.   481,88        Primeo Fund - Primeo Executive
ISIN:    KYG7243T1013                   Registered Shares EUR DL 1

Wertpapierrechnung                      Loco LUXEMBURG
Kauf vom 31.12.2004
Auftrag vom    21.01.2005
Abrechnung Nr.: 23/050121/B517277-0     Kassa  03.01.2005
Kurs      105,8352    netto tout        Kurswert       EUR           50.999,87

            Wert   03.01.2005           D E B E T      EUR           50.999,87

Name/Haupt(wohn)Sitz
    FLECK Privatstiftung                Wienerbergstraße 25 B
                                        1100 Wien
```

TP1 54 043359 Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies: Handelsgericht Wien, FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

---

**Bank Austria Creditanstalt**

Belegnr.: 143571000108454  Lastschrift
Wien      2004-12-22
Auslandsüberweisung - Ref.Nr.  FBAWI04120269426

Telefon: 05 05 05

| FLECK PRIVATSTIFTUNG, WIEN | Datum | BLZ | Whg | Kontonummer: |
|---|---|---|---|---|
| | 2004-12-22 | 12000 | EUR | 51834 046 401 |

Auftrag vom: 2004-12-22

Zahlungsgrund: KAUF PRIMEO FUND EURO KLASSE
FLECK PRIVATSTIFTUNG

Überweisungsbetrag:
***EUR ****************51.000,00**
Wert 20.12. EUR       51.000,00

*850,—*

Begünstigter: BANK AUSTRIA CREDITANSTALT AG
PRIMEO FUND ADM., LUXEMBOURG

Kontonummer: 51080 391 000

Dieser Beleg wird nicht unterfertigt.

Mit freundlichen Grüßen
Bank Austria Creditanstalt AG

TP1 16 041995 Form of business organisation: "Aktiengesellschaft" (public limited company), Registered office: Vienna, Austria. Register of companies: no. 150714p, Commercial Court of Vienna, DVR: 0030066, BLZ: 12000

**Bank Austria**
UniCredit Group

**Depotauszug**                               per 31.12.2008

                        Depotnummer
                        51834 071 701          Blatt   3
FLECK Privatstiftung  1190
                        FLECK Privatstiftung

Wienerbergstraße 25 B
1100 Wien

                                                01190 1190

ISIN _____ Nennwert/Stück _____ Kurswert in EUR

EUR           90.030,00  MAN AP ENHANCED LTD.
XS0197537862             EO-ZERO BONDS 2004(17)                       WR
                         LAGERORT Brüssel
                         **Kurs in % 0,9618**
                                                                      86.590,85 ✓

Gesamtkurswert in Berichtswährung EUR                              1.241.441,76

STK            1.673,94  PRIMEO FUND - PRIMEO EXECUTIVE
KYG7243T1013             REGISTERED SHARES EUR DL 1                   WR
                         LAGERORT Luxemburg

                                                            ohne Bewertung

von den bewerteten Ständen entfallen auf    Anteil in %    Kurswert in EUR
Inland Aktien                                     2,38          29.568,00
Ausland Anleihen                                 13,79         171.194,97
Inland Fondsanteile                              65,40         811.936,89
Ausland Hybride                                  10,01         124.273,90
Inland Sonstige                                   8,42         104.468,00

Alle Kurse sind trotz sorgfältiger Ermittlung ohne Gewähr.
Zinssatz und Laufzeitangaben (vorbehaltlich Kündigungsmöglichkeiten) gemäß Emissionsbedingungen.
Für alle weiteren Informationen stehen wir Ihnen gerne zur Verfügung.
ST = Streifbandverwahrung, SVK = Sammelverwahrung, WR = Wertpapierrechnung

Mit freundlichen Grüßen

UniCredit Bank Austria AG

Dieses Schreiben wird von der Bank nicht unterfertigt

06
28919

Firmenname/Company name:
UniCredit Bank Austria AG

Firmensitz/Company location: 1010 Wien, Schottengasse 6-8,
Firmenbuchgericht/Register of companies: Handelsgericht Wien,
FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, OVR 0030066,
BLZ: 12000, BIC: BKAUATWW, www.bankaustria.at