Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Vienna, the 5th January 2010

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007191

Regarding: Opposition to the denial of Claim No. 007191

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Bernard L. Madoff Securities Investments LLC through the Primeo Executive Fund EUR (Feeder fund) - which was mainly invested in the Herald Fund SPC - I should also be protected as well as any direct investor. As proof of my investment please find enclosed a copy of my Primeo Executive Fund EUR holdings.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

FLECK Elektroinstallationen Ges. m. b. H.
Wienerbergstraße 25B
Vienna A-1100, Austria

# Bank Austria Creditanstalt

**MITTEILUNG**

Fleck Elektroinstallationen GmbH

| | | |
|---|---|---|
| Depot-Nr.: | 00766 737 192 | |
| Bei.Nr.: | 17169510002382 | |

**Wertpapier-Kauf**

| Datum/Date | Blatt/Sheet | Whg./Curr. | Kontonummer/Account-No |
|---|---|---|---|
| 18.06.2007 | 01/01 | EUR | 51000 027 903 |

| Buchungstext/Text of entry | | |
|---|---|---|
| ISIN: KYG7243T1013   Stk. 829,38 | Primeo Fund - Primeo Executive | |
| IKN: 789318 | Registered Shares EUR Dl 1 | |
| | | Wertpapierrechnung |
| Kauf | | |
| Ausführung vom 18.06.2007/777494 | Loco LUXEMBURG | |
| Abrechnung vom 18.06.2007/811576 | Kassa 01.06.2007 | |
| Kurs  120,57185 netto tout | Kurswert | EUR  99.999,88 |
| Wert 01.06.2007 | LASTSCHRIFT | EUR  99.999,88 |

Name/Haupt(wohn)Sitz
Fleck Elektroinstallationen
Gesellschaft m.b.H.

Wienerbergstraße 25 B
1100 Wien

JA750

Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies: Handelsgericht Wien, FN 150714p, UID-Nr./VAT-identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

jtbl 085485

**Bank Austria Creditanstalt**

MITTEILUNG
Fleck Elektroinstallationen GmbH

| Depot-Nr.: | 00766 737 192 |
|---|---|
| Bel.Nr.: | 15356510000 1262 |
| Whg./Curr. | Kontonummer/Account-No |
| EUR | 51000 027 903 |

**Wertpapier-Kauf**

| Datum/Date | Blatt/Sheet |
|---|---|
| 22.12.2005 | 01/01 |

Buchungstext/Text of entry

ISIN: KYG7243T1013   Stk.   675,73      Primeo Fund - Primeo Executive
IKN: 789318                              Registered Shares EUR DL 1

Kauf                                                          Wertpapierrechnung
Ausführung vom 22.12.2005/534118         Loco LUXEMBURG
Abrechnung vom 22.12.2005/738482         Kassa 01.12.2005
Kurs              110,99025 netto tout   Kurswert        EUR         74.999,44

                  Wert  01.12.2005       LASTSCHRIFT     EUR         74.999,44

Name/Haupt(wohn)Sitz
   Fleck Elektroinstallationen           Wienerbergstraße 25 B
   Gesellschaft m.b.H.                   1100 Wien

JA750

Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies: Handelsgericht Wien, FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

# Bank Austria Creditanstalt

**MITTEILUNG**

Fleck Elektroinstallationen GmbH

| Depot-Nr.: | 00766 737 192 |
|---|---|
| Bel.Nr.: | 15201510001782 |
| | Wertpapier-Kauf |

| Datum/Date | Blatt/Sheet | Whg./Curr. | Kontonummer/Account-No |
|---|---|---|---|
| 20.07.2005 | 01/01 | EUR | 51000 027 903 |

**Buchungstext/Text of entry**

| IKN: | 789318 | Stk. | 526,066 | | Primeo Fund - Primeo Executive Registered Shares EUR DL 1 |
|---|---|---|---|---|---|
| ISIN: | KYG7243T1013 | | | | |

Wertpapierrechnung
Kauf vom 24.06.2005    20.07.2005    Loco LUXEMBURG
Auftrag vom 24.06.2005
Abrechnung Nr.: 23/050720/B312482-0    Kassa 24.06.2005
Kurs    108,35    Kurswert    EUR    56.999,25

     Wert 24.06.2005    D E B E T    EUR    56.999,25

Name/Haupt(wohn)Sitz
Fleck Elektroinstallationen
Gesellschaft m.b.H.
Wienerbergstraße 25 B
1100 Wien

Firmenname/Company name: Bank Austria Creditanstalt AG, Firmensitz/Company location: 1030 Wien/Vienna, Vordere Zollamtsstrasse 13, Firmenbuchgericht/Register of Companies:
Handelsgericht Wien, FN 150714p, UID-Nr./VAT-Identification number: ATU51507409, DVR 0030066, BLZ: 12000, BIC: BKAUATWW

JA750

JFT037 045646


**Bank Austria**
UniCredit Group

**Depotauszug**         per  31.12.2008

Depotnummer                 Blatt    2
00766 737 192
1190        Fleck Elektroinstallationen GmbH

Fleck Elektroinstallationen
Gesellschaft m.b.H.

Wienerbergstr. 25 B
1100 Wien                                    01190 1190

| ISIN | Nennwert/Stück | | Kurswert in EUR |
|---|---|---|---|
| STK<br>DE000DB0UYW5 | 600,00 | DEUTSCHE BANK AG<br>TANDEM ZINSSAMMEL V.05(06/13)<br>MIT KUPON 20.5.2009 / JÄHRLICH<br>LAGERORT Brüssel<br>Kurs in EUR 93,82 | WR<br><br><br><br>56.292,00 |
| STK<br>DE000SG2KNP7 | 446,00 | SGA SOCIéTé GéNéRALE ACC. N.V.<br>NIKKEI 225 IDX ZT.05/23.09.11<br>LAGERORT Brüssel<br>Kurs in EUR 89,80 | WR<br><br><br>40.050,80 |

Gesamtkurswert in Berichtswährung EUR                         1.002.141,50

| STK<br>KYG7243T1013 | 2.031,18 | PRIMEO FUND - PRIMEO EXECUTIVE<br>REGISTERED SHARES EUR DL 1<br>LAGERORT Luxemburg | WR |

                                                         ohne Bewertung

FORTSETZUNG