Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Vienna, the 5th January 2010

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007193

JAN – 6 2010

Regarding: Opposition to the denial of Claim No. 007193

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Bernard L. Madoff Securities Investments LLC via the Primeo Select Fund EUR (Feeder fund) - which was entirely invested in the Herald Fund SPC - I should also be protected as well as any direct investor. As proof of my investment please find enclosed a copy of my Primeo Select Fund EUR holdings.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

*[signature]*

Franz R. Zimmer
Berggasse 3
Perchtoldsdorf A-2380, Austria

**Bank Austria**
UniCredit Group

|  | **Depotauszug** | per 31.12.2008 |
|---|---|---|
|  | Depotnummer | Blatt    1 |
| L782 | 01606 375 200 |  |
|  | Mag. Franz R. Zimmer |  |

Herrn
Mag. Franz R. Zimmer

Berggasse 3
2380 Perchtoldsdorf                                                                 00782 L782

Wien, 31.12.2008

Sehr geehrter Herr Mag. Zimmer,

wir überreichen Ihnen eine Aufstellung der in Ihrem Depot verwahrten Werte in der von Ihnen gewünschten Berichtswährung. Wir dürfen annehmen, dass diese Wertpapieraufstellung von Ihnen für richtig befunden wurde, wenn nicht innerhalb von 4 Wochen nach Erhalt dieses Auszuges eine schriftliche Einwendung an uns abgesandt wird.

|  |  |  | Kurswert in EUR |
|---|---|---|---|
| ISIN | Nennwert/Stück |  |  |
| STK<br>AT0000A020D4 | 195,00 | PIA - MEINE ZUKUNFT GARANTIE 9/2013<br>MITEIGENTUMSANTEILE (T)<br>LAGERORT Wien<br>Kurs in EUR 99,33 | SVK<br><br>19.369,35 |
| STK<br>AT0000610712 | 532,00 | PIA - MASTER FONDS EMERGING MARKETS<br>MITEIGENTUMSANTEILE (T)<br>LAGERORT Wien<br>Kurs in EUR 7,55 | SVK<br><br>4.016,60 |
| STK<br>AT0000641352 | 1.340,00 | CA IMMOBILIEN ANLAGEN AG<br>AKTIEN O.N.<br>MIT KUPON 20<br>LAGERORT Wien<br>Kurs in EUR 4,20 | SVK<br><br>5.628,00 |
| STK<br>AT0000819792 | 400,00 | SIEMENS EQUITY WESTERN EUROPE<br>MITEIGENTUMSANTEILE - THESAURIEREND<br>LAGERORT Wien<br>Nicht KESt optiert<br>Kurs in EUR 70,89 | SVK<br><br>28.356,00 |

Gesamtkurswert in Berichtswährung EUR                                               57.369,95

| STK<br>KYG7243U1085 | 2.215,42 | PRIMEO FUND-PRIMEO SELECT FUND<br>REGISTERED SHARES EUR DL 1<br>LAGERORT Luxemburg | WR<br><br>ohne Bewertung |

FORTSETZUNG

Firmensitz/Company location: 1010 Wien, Schottengasse 6-8,

**Bank Austria**
UniCredit Group

**Depotauszug**                             per 31.12.2008

                        Depotnummer                  Blatt    2
                        01606 375 200
              L782      Mag. Franz R. Zimmer

Herrn
Mag. Franz R. Zimmer

Berggasse 3
2380 Perchtoldsdorf                                  00782 L782

---

ISIN _____ Nennwert/Stück _____ Kurswert in EUR

**von den bewerteten Ständen entfallen auf    Anteil in %    Kurswert in EUR**
Inland Aktien                                      9,81             5.628,00
Inland Fondsanteile                               90,19            51.741,95

Alle Kurse sind trotz sorgfältiger Ermittlung ohne Gewähr.
Zinssatz und Laufzeitangaben (vorbehaltlich Kündigungsmöglichkeiten) gemäß Emissionsbedingungen.
Für alle weiteren Informationen stehen wir Ihnen gerne zur Verfügung.
ST = Streifbandverwahrung, SVK = Sammelverwahrung, WR = Wertpapierrechnung

Mit freundlichen Grüßen

UniCredit Bank Austria AG

Dieses Schreiben wird von der Bank nicht unterfertigt

P2 06    Firmenname/Company name:    Firmensitz/Company location: 1010 Wien, Schottengasse 6-8,