Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 27 December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007168

Regarding: Opposition to the denial of Claim No. 007168

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

*(signature)*

Doris Mader / Thomas Haider
Haslingergasse 23/15
A-1170 Vienna, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

Anbei erhalten Sie Ihre Belege!

951461

An
Thomas Haider/Doris Mader
c/o Lintner Vermögensverwalt. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**35951461800**   16.7.2008
Depotnummer        Erstellungsdatum

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 44.999,94- EUR |
|---|---|---|---|---|
| 35,0967 STK | 1.282,17 | EUR | Ausgabeaufschlag | 168,75- EUR |
| Titel | | | Fremde Spesen | 0,06- EUR |
| KYG441091090 | | | SWIFT-Gebühr | 2,00- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 45.170,75- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

Handelsplatz: KY_F
Handelszeit: 30.6.2008 um 00:00:00 Uhr

Verwahrart: WR   KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Duplikat

Thomas Haider/Doris Mader

Schlusstag: 2008-06-30   Kassatag: 2008-07-01   Valuta: 2008-06-17
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

**35951461800**  35951461001  36473970-2008-07-15  35/9141  19250  1026402  001   16.7.2008
Depotnummer       Kontonummer   Abrechnungsnummer    OE/Stelle Bankleitzahl DVR  Seite  Erstellungsdatum

# WERTPAPIERAUFSTELLUNG

ektanlage.at
Die Bank für Wertpapieranleger.

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Gattung erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Änderungen zu Abkürzungen finden Sie auf der Rückseite.

Rechte vorbehalten!    35    Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

An
Thomas Haider/Doris Mader
c/o Lintner Vermögensverwalt. GmbH
Rudolfsplatz 1/15 A
1010 Wien

Auszug-Nr. 1/2008 D U P L I K A T
Depot-Nr.: 3951461800
Thomas Haider/Doris Mader
35/9141
direktanlage.at AG

AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| 1.490 Stk | AT0000660659 WR | ATRIUM EUROPEAN REAL ESTAT.LTD. REG. SHARES (ÖST.ZT.) EO 5,- Loco: Wien | 2,58 (30.12.2008) | 3.844,20 |
| 2.103 Stk | AT0000A000C8 SV | MEINL GLOBAL PROPERTY MITEIGENTUMSANTEILE - THESAURIEREND | 7,22 (30.12.2008) | 15.183,66 |
| 35,0967 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 46.634,39 |

Seite 1 --- Seite 2 folgt