Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna..., the 28th December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007169

JAN -6 2010

Regarding: Opposition to the denial of Claim No. 007169

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance  - yours faithfully

_Elisabeth Haider_

Elisabeth Haider
Pappenheimgasse 70/4/9
A-1200 Vienna, Austria

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
**Kauf**

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 8,1632 STK | 1.308,62 | EUR | Kurswert | 10.682,53- EUR |
| Titel | | | Ausgabeaufschlag | 40,06- EUR |
| KYG441091090 | | | Fremde Spesen | 0,04- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | SWIFT-Gebühr | 2,00- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 10.724,63- EUR |

Handelsplatz: KY_F
Handelszeit: 29.8.2008 um 00:00:00 Uhr

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

Elisabeth Haider

Schlusstag: 2008-08-29   Kassatag: 2008-09-01   Valuta: 2008-08-20

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35951465805 | 35951465007 | 36108883-2008-09-16 | 35/9141 | 19250 | 1026402 | 001 | 16.9.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

**direktanlage.at**
Die Bank für Wertpapieranleger.

Sehr geehrte Kundin, sehr geehrter Kunde,

anbei übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit der Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Veranlagung erworben wurde, herangezogen. Alte Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Erläuterungen zu Abkürzungen finden Sie auf der Rückseite.

Mit freundlichen Grüßen!    35    Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

Frau
Elisabeth Haider
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

# WERTPAPIERAUFSTELLUNG

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 35951465805
Elisabeth Haider
35/9141
direktanlage.at AG

AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| 8,1632 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 10.846,77 |

Wertpapier Fondsanteile

Seite 1

..2009