Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna..., the 23rd December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007170

JAN – 6 2010

Regarding: Opposition to the denial of Claim No. 007170

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

J.V. _____

Jair Zelmanovics
Dianagasse 1/31
A-1030 Vienna, Austria

Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna..., the 23rd December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007170

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 007170

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

i.V.

Jair Zelmanovics
Dianagasse 1/31
A-1030 Vienna, Austria

Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna..., the 23rd December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007170

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 007170

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

i.V.

Jair Zelmanovics
Dianagasse 1/31
A-1030 Vienna, Austria

direktanlage.at AG
Elisabethstraße 22
5020 Salzburg

**Abrechnungsauskunft**
36876420-15.9.2008
Depot-Nr.: 35827372000
Jair Zelmanovics
35/9141
direktanlage.at AG

Herrn
Jair Zelmanovics
Dianagasse 1/31
1030 Wien

Wir haben für Sie am 15.9.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,682 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.282,17 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 11.9.2008 15:40:31 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |  |
|---|---|---|
| Kurswert: | -874,44 EUR |
| Eigene Spesen: | -1,75 EUR |
| Grundgebühr: | -8,50 EUR |
| **Zu Lasten** Kto. 35027372014 Valuta 11.7.2008 | **-884,69 EUR** |

Schlusstag: 30.6.2008
Kassatag: 11.7.2008

**KESt-pflichtiges Wertpapier**

26.2.2009                                                                                                                         Seite 1

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36932916-15.9.2008  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 15.9.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,683 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.281,11 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 11.9.2008 15:39:51 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  | | |
|---|---|---|
| | Kurswert: | -875,-- EUR |
| | Eigene Spesen: | -1,75 EUR |
| | Grundgebühr: | -8,50 EUR |
| **Zu Lasten** | Kto. 35027372014 Valuta 11.6.2008 | **-885,25 EUR** |

Schlusstag: 31.5.2008  
Kassatag: 11.6.2008

**KESt-pflichtiges Wertpapier**

26.2.2009 Seite 1  
Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten! DVR: 1026402

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36155136-23.5.2008  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 23.5.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,67 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.270,05 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 21.5.2008 17:55:14 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |
|---|---|
| Kurswert: | -850,93 EUR |
| Eigene Spesen: | -1,70 EUR |
| Grundgebühr: | -8,50 EUR |
| **Zu Lasten** Kto. 35027372014 Valuta 13.5.2008 | **-861,13 EUR** |

Schlusstag: 30.4.2008  
Kassatag: 13.5.2008

**KESt-pflichtiges Wertpapier**

26.2.2009 Seite 1

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten! DVR: 1026402

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36698712-21.4.2008  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 21.4.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,696 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.256,61 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 15.4.2008 15:44:06 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |
|---:|---:|
| Kurswert: | -874,60 EUR |
| Kapitalertragssteuer: | 1,35 EUR |
| Eigene Spesen: | -1,75 EUR |
| Grundgebühr: | -8,50 EUR |
| **Zu Lasten** Kto. 35027372014 Valuta 11.4.2008 | **-883,50 EUR** |

Schlusstag:   31.3.2008  
Kassatag:     11.4.2008

**KESt pro Fondsanteil 1,94 EUR**  
**KESt-pflichtiges Wertpapier**

26.2.2009                                                                                                                  Seite 1

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten!                                   DVR: 1026402

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36524422-21.4.2008  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 21.4.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,698 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** Reg.Shs EUR-Class EO -,001 |
| Kurs: | 1.252,76 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 15.4.2008 15:42:16 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |
|---|---|
| Kurswert: | -874,43 EUR |
| Kapitalertragssteuer: | 1,40 EUR |
| Eigene Spesen: | -1,75 EUR |
| Grundgebühr: | -8,50 EUR |
| | **-883,28 EUR** |

**Zu Lasten** Kto. 35027372014 Valuta 11.3.2008

Schlusstag: 29.2.2008  
Kassatag: 11.3.2008

KESt pro Fondsanteil 2 EUR  
KESt-pflichtiges Wertpapier

Seite 1

26.2.2009

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

Abrechnungsauskunft  
36295139-21.4.2008  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 21.4.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,699 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.252,4 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 15.4.2008 15:39:42 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

```
                                Kurswert:            -875,43 EUR
                      Kapitalertragssteuer:             1,29 EUR
                           Eigene Spesen:             -1,75 EUR
                             Grundgebühr:             -8,50 EUR
                                                     -884,39 EUR
```

**Zu Lasten**     Kto. 35027372014 Valuta 11.2.2008

Schlusstag:     31.1.2008  
Kassatag:       11.2.2008

**KESt pro Fondsanteil 1,84 EUR**  
**KESt-pflichtiges Wertpapier**

Seite 1

26.2.2009                                                                 DVR: 1026402

Faxabsender: 00436622070255    DIREKTANLAGE AT B2E

| | |
|---|---|
| direktanlage.at AG<br>Elisabethstraße 22<br>5020 Salzburg | **Abrechnungsauskunft**<br>36081120-15.2.2008<br>Depot-Nr.: 35827372000<br>Jair Zelmanovics<br>35/9141<br>direktanlage.at AG |

Herrn
Jair Zelmanovics
Dianagasse 1/31
1030 Wien

Wir haben für Sie am 15.2.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,7 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.**<br>**Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.242,86 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 15.2.2008 12:15:37 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

| | |
|---|---|
| Kurswert: | -870,-- EUR |
| Kapitalertragssteuer: | 1,29 EUR |
| Eigene Spesen: | -6,09 EUR |
| Grundgebühr: | -8,50 EUR |
| | **-883,30 EUR** |

**Zu Lasten**    Kto. 35027372014 Valuta 11.1.2008

Schlusstag:    31.12.2007
Kassatag:      11.1.2008

KESt pro Fondsanteil 1,84 EUR
KESt-pflichtiges Wertpapier

26.2.2009

Seite 1

DVR: 1026402

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten!

Faxabsender: 00436622070255    DIREKTANLAGE AT B2F

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36664073-20.12.2007  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 20.12.2007 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,705 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.241,61 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 11.12.2007 13:02:07 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

Kurswert: −875,34 EUR  
Kapitalertragssteuer: 1,16 EUR  
−874,18 EUR

Zu Lasten    Kto. 35027372014 Valuta 11.12.2007

Schlusstag:    30.11.2007  
Kassatag:      11.12.2007

KESt pro Fondsanteil 1,64 EUR  
KESt-pflichtiges Wertpapier

Seite 1

26.2.2009    DVR: 1026402

Faxabsender: 00436622070255    DIREKTANLAGE.AT    26.10.2009 15:39    1/5

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36937347-11.12.2007  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 11.12.2007 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,712 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.228,19 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 11.12.2007 12:57:46 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |
|---|---:|
| Kurswert: | -874,47 EUR |
| Kapitalertragssteuer: | 1,32 EUR |
| **Zu Lasten** Kto. 35027372014 Valuta 13.11.2007 | **-873,15 EUR** |

Schlusstag:    31.10.2007  
Kassatag:      13.11.2007

**KESt pro Fondsanteil 1,85 EUR**  
**KESt-pflichtiges Wertpapier**

26.2.2009                                                                Seite 1

Faxabsender: 00436622070255 DIREKTANLAGET B2B 26-02-09 15:02 S. 2/5

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36197270-11.12.2007  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 11.12.2007 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,715 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.224,62 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 11.12.2007 11:11:17 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

                              Kurswert:     -875,60 EUR  
                        Kapitalertragssteuer:     1,04 EUR  
                                         -874,56 EUR

**Zu Lasten**     Kto. 35027372014 Valuta 11.10.2007

Schlusstag:     30.9.2007  
Kassatag:     11.10.2007

**KESt pro Fondsanteil 1,46 EUR**  
**KESt-pflichtiges Wertpapier**

26.2.2009

Seite 1

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten!

DVR: 1026402

Faxabsender: 00436622870251

direktanlage.at AG
Elisabethstraße 22
5020 Salzburg

**Abrechnungsauskunft**
36679259-12.10.2007
Depot-Nr.: 35827372000
Jair Zelmanovics
35/9141
direktanlage.at AG

Herrn
Jair Zelmanovics
Dianagasse 1/31
1030 Wien

Wir haben für Sie am 12.10.2007 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,7203 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.214,72 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 31.8.2007 0:00:00 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|  |  |
|---|---|
| Kurswert: | -874,96 EUR |
| Kapitalertragssteuer: | 1,04 EUR |
| Eigene Spesen: | -6,12 EUR |
| Grundgebühr: | -8,50 EUR |
|  | **-888,54 EUR** |

Zu Lasten    Kto. 35027372014 Valuta 10.9.2007

Schlusstag: 31.8.2007
Kassatag: 10.9.2007

KESt pro Fondsanteil 1,44 EUR
KESt-pflichtiges Wertpapier

Seite 1

26.2.2009

DVR: 1026402

direktanlage.at AG  
Elisabethstraße 22  
5020 Salzburg

**Abrechnungsauskunft**  
36264864-12.10.2007  
Depot-Nr.: 35827372000  
Jair Zelmanovics  
35/9141  
direktanlage.at AG

Herrn  
Jair Zelmanovics  
Dianagasse 1/31  
1030 Wien

Wir haben für Sie am 12.10.2007 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | **Kauf direkt** |
| Zugang: | 0,7215 Stk |
| Titel: | KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O.** **Reg.Shs EUR-Class EO -,001** |
| Kurs: | 1.212,82 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 31.7.2007 0:00:00 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: Luxembourg |

|   |   |
|---|---|
| Kurswert: | -875,05 EUR |
| Kapitalertragssteuer: | 0,80 EUR |
| Eigene Spesen: | -6,13 EUR |
| Grundgebühr: | -8,50 EUR |
| | **-888,88 EUR** |

| | |
|---|---|
| **Zu Lasten** | Kto. 35027372014 Valuta 13.8.2007 |
| Schlusstag: | 31.7.2007 |
| Kassatag: | 13.8.2007 |

KESt pro Fondsanteil 1,11 EUR  
KESt-pflichtiges Wertpapier

26.2.2009                                                                                           Seite 1

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten!           DVR: 1026402

Faxabsender: 00496622070255

direktanlage.at AG
Elisabethstraße 22
5020 Salzburg

Abrechnungsauskunft
36107562-12.10.2007
Depot-Nr.: 35827372000
Jair Zelmanovics
35/9141
direktanlage.at AG

Herrn
Jair Zelmanovics
Dianagasse 1/31
1030 Wien

Wir haben für Sie am 12.10.2007 unten angeführtes Geschäft abgerechnet:

Geschäftsart: **Kauf direkt**

Zugang: 0,7229 Stk
Titel: KYG441091090 **Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001**

Kurs: 1.210,45 EUR
Handelsplatz: Außerbörslich
Handelszeit: 30.6.2007 0:00:00
Verwahrart: WR
Positionsdaten: Loco: Luxembourg

| | |
|---|---|
| Kurswert: | -875,03 EUR |
| Kapitalertragsteuer: | 0,38 EUR |
| Eigene Spesen: | -6,13 EUR |
| Grundgebühr: | -8,50 EUR |
| | **-889,28 EUR** |

**Zu Lasten** Kto. 35027372014 Valuta 11.7.2007

Schlusstag: 30.6.2007
Kassatag: 11.7.2007

KESt pro Fondsanteil 0,53 EUR
KESt-pflichtiges Wertpapier

Seite 1

26.2.2009

DVR: 1026402

Diese Mitteilung wird nicht unterschrieben. Irrtum vorbehalten!