Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna., the 23rd December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007171

JAN – 6 2010

Regarding: Opposition to the denial of Claim No. 007171

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Jona Solomon
Bockinstrasse 50/16
A-1020 Vienna, Austria

## Receipt 1

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at** — Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT — Kauf direkt**

| | | |
|---|---|---|
| Zugang Nominale/Stück: 0,817 STK | Kurs: 1.224,62 | Währung: EUR |

Titel: KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,46 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert: 1.000,51- EUR
Kapitalertragssteuer: 1,19 EUR
Zu Lasten: 999,32- EUR

Handelszeit: 11.12.2007 um 13:13:30 Uhr
Handelsplatz: Außerbörslich

Schlusstag: 2007-09-30   Kassatag: 2007-10-11   Valuta: 2007-10-11

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Jona SOLOMON

Depotnummer: **35827371004**   Kontonummer: 35027371018   Abrechnungsnummer: 36869620-2007-12-11   OE/Stelle: 35/9141   Bankleitzahl: 19250   DVR: 1026402   Seite: 001   Erstellungsdatum: 2007-12-11

*Duplikat*

---

## Receipt 2

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at** — Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT — Kauf direkt**

| | | |
|---|---|---|
| Zugang Nominale/Stück: 0,814 STK | Kurs: 1.228,19 | Währung: EUR |

Titel: KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,85 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert: 999,75- EUR
Kapitalertragssteuer: 1,51 EUR
Zu Lasten: 998,24- EUR

Handelszeit: 11.12.2007 um 13:14:12 Uhr
Handelsplatz: Außerbörslich

Schlusstag: 2007-10-31   Kassatag: 2007-11-13   Valuta: 2007-11-13

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Jona SOLOMON

Depotnummer: **35827371004**   Kontonummer: 35027371018   Abrechnungsnummer: 36259610-2007-12-11   OE/Stelle: 35/9141   Bankleitzahl: 19250   DVR: 1026402   Seite: 001   Erstellungsdatum: 2007-12-11

*Duplikat*

---

## Receipt 3

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at** — Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT — Kauf direkt**

| | | |
|---|---|---|
| Zugang Nominale/Stück: 0,805 STK | Kurs: 1.241,61 | Währung: EUR |

Titel: KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,64 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert: 999,50- EUR
Kapitalertragssteuer: 1,32 EUR
Zu Lasten: 998,18- EUR

Handelszeit: 11.12.2007 um 13:15:04 Uhr
Handelsplatz: Außerbörslich

*Duplikat*

---

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 999,95- EUR |
|---|---|---|---|---|
| 0,8261 STK | 1.210,45 | EUR | Kapitalertragssteuer | 0,44 EUR |
| | | | Zu Lasten | 999,51- EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 0,53 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

Jona SOLOMON

Schlusstag: 2007-06-30   Kassatag: 2007-07-11   Valuta: 2007-07-11
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

**35827371004** Depotnummer | 35027371018 Kontonummer | 36103492-2007-10-02 Abrechnungsnummer | 35/9141 OE/Stelle | 19250 Bankleitzahl | 1026402 DVR | 001 Seite | 2007-10-02 Erstellungsdatum

---

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 999,97- EUR |
|---|---|---|---|---|
| 0,8245 STK | 1.212,82 | EUR | Kapitalertragssteuer | 0,92 EUR |
| | | | Zu Lasten | 999,05- EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,11 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

Jona SOLOMON

Schlusstag: 2007-07-31   Kassatag: 2007-08-13   Valuta: 2007-08-13
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

**35827371004** Depotnummer | 35027371018 Kontonummer | 36183667-2007-10-02 Abrechnungsnummer | 35/9141 OE/Stelle | 19250 Bankleitzahl | 1026402 DVR | 001 Seite | 2007-10-02 Erstellungsdatum

---

**direktanlage.at AG**
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 999,96- EUR |
|---|---|---|---|---|
| 0,8232 STK | 1.214,72 | EUR | Kapitalertragssteuer | 1,19 EUR |
| | | | Zu Lasten | 998,77- EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,44 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

## direktanlage.at
*Die Bank für Wertpapieranleger.*

**WERTPAPIER/DEPOT**
**Kauf direkt**

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

| Zugang Nominale/Stück: | Kurs | Währung |
|---|---|---|
| 0,8 STK | 1.242,86 | EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,84 EUR

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert                994,29- EUR
Kapitalertragssteuer      1,47  EUR
Zu Lasten               992,82- EUR

Handelszeit:  15.2.2008 um 12:22:28 Uhr
Handelsplatz: Außerbörslich

Schlusstag: 2007-12-31    Kassatag: 2008-01-11    Valuta: 2008-01-11

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Jona SOLOMON

**DUPLIKAT**

| 35827371004 | 35027371018 | 36847018-2008-02-15 | 35/9141 | 19250 | 1026402 | 001 | 2008-02-15 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

---

## direktanlage.at
*Die Bank für Wertpapieranleger.*

**WERTPAPIER/DEPOT**
**Kauf direkt**

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

| Zugang Nominale/Stück: | Kurs | Währung |
|---|---|---|
| 0,798 STK | 1.252,4 | EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,84 EUR

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert                999,42- EUR
Kapitalertragssteuer      1,47  EUR
Eigene Spesen             2,00- EUR
Grundgebühr               8,50- EUR
Zu Lasten             1.008,45- EUR

Handelszeit:  15.4.2008 um 15:40:54 Uhr
Handelsplatz: Außerbörslich

Schlusstag: 2008-01-31    Kassatag: 2008-02-11    Valuta: 2008-02-11

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Jona SOLOMON

**DUPLIKAT**

| 35827371004 | 35027371018 | 36963080-2008-04-21 | 35/9141 | 19250 | 1026402 | 001 | 21.4.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

---

## direktanlage.at
*Die Bank für Wertpapieranleger.*

**WERTPAPIER/DEPOT**
**Kauf direkt**

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

| Zugang Nominale/Stück: | Kurs | Währung |
|---|---|---|
| 0,798 STK | 1.252,76 | EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 2,00 EUR

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Kurswert                999,70- EUR
Kapitalertragssteuer      1,60  EUR
Eigene Spesen             2,00- EUR
Grundgebühr               8,50- EUR
Zu Lasten             1.008,60- EUR

Handelszeit:  15.4.2008 um 15:43:02 Uhr
Handelsplatz: Außerbörslich

**DUPLIKAT**

## Receipt 1

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 0,796 STK | 1.256,61 | EUR | Kurswert | 1.000,26- EUR |
| Titel | | | Kapitalertragssteuer | 1,54 EUR |
| KYG441091090 | | | Eigene Spesen | 2,00- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Grundgebühr | 8,50- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 1.009,22- EUR |

Handelszeit: 15.4.2008 um 15:44:56 Uhr
Handelsplatz: Außerbörslich

KESt pro Fondsanteil 1,94 EUR

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

Jona SOLOMON

Schlusstag: 2008-03-31    Kassatag: 2008-04-11    Valuta: 2008-04-11
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35827371004 | 35027371018 | 36780156-2008-04-21 | 35/9141 | 19250 | 1026402 | 001 | 21.4.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

## Receipt 2

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 0,79 STK | 1.270,05 | EUR | Kurswert | 1.003,34- EUR |
| Titel | | | Eigene Spesen | 2,01- EUR |
| KYG441091090 | | | Grundgebühr | 8,50- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 1.013,85- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

Handelszeit: 21.5.2008 um 17:56:05 Uhr
Handelsplatz: Außerbörslich

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

Jona SOLOMON

Schlusstag: 2008-04-30    Kassatag: 2008-05-13    Valuta: 2008-05-13
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35827371004 | 35027371018 | 36298675-2008-05-23 | 35/9141 | 19250 | 1026402 | 001 | 23.5.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

## Receipt 3

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf direkt

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 0,781 STK | 1.281,11 | EUR | Kurswert | 1.000,55- EUR |
| Titel | | | Eigene Spesen | 2,00- EUR |
| KYG441091090 | | | Grundgebühr | 8,50- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 1.011,05- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

Handelszeit: 11.9.2008 um 15:42:55 Uhr
Handelsplatz: Außerbörslich

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

# W E R T P A P I E R A U F S T E L L U N G

**anlage.at**
Bank für Wertpapieranleger.

Kundin, sehr geehrter Kunde,

Ich Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich
ufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige
orben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
n zu Abdrückungen finden Sie auf der Rückseite.

haltenl                                35         Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

Auszug-Nr. 1/2008 D U P L I K A T
Depot-Nr.: 35827371004
Jona SOLOMON
35/9141
direktanlage.at AG

Frau
Jona SOLOMON
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

## AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| **apier anteile** | | | | |
| 107 Stk | AT0000A0AJ61 SV | Bank Austria Creditanstalt/Anspruch auf eventuelle Nachzahlung/Barabfdg | kein Kurs | 6.763,57 |
| 804,23 Stk | DE000A0H0751 WR | iSh. DJ STOXX 600 Real Estate Inhaber-Anteile Loco: München | 8,41 (30.12.2008) | 32.661,69 |
| 319,18 Stk | IE00B0B87X46 WR | Benchm.Alt.I.-Equity Opportun. Registered Shares Cl. B o.N. Loco: Luxembourg | 102,33 (30.09.2008) | 15.930,00 |
| 11,9888 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 38.171,99 |
| 28.634 Stk | KYG5807N1144 WR | MAN RMF Sp.O.-MAN RMF Com.Str. Reg. Red. Ptg Shares E4 o.N. Loco: Pfäffikon | 1,3331 (31.10.2008) | |

Seite 1 --- Seite 2 folgt

.2009