Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Reutte, the 28. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007174

JAN – 6 2010

Regarding: Opposition to the denial of Claim No. 007174

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Sparkasse Reutte AG

Sparkasse Reutte
Obermarkt 51
A-6600 Reutte, Austria

PARINVEST KAG

Seite 1 von 1

(von 16.02.2007 bis 16.02.2007, alle Stornos sichtbar)

SEN 26

| ISIN | Titel | Instr. [> | TRX-Art | Storno | Whg [> | Valuta | Stk./Nom. Kontrakte | Kurs | Dev. Kurs | Netmoney | Betrag | Stk. Zi. Tage | Stk. Zi. gesamt | Gew./Verl. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KYG441091090 | HERALD FD-USA S.PTF AT | Fonds (Antellschein (e)) | Investmentfondskauf Thesaurier | | EUR | 25.01.2007 | 255,46 | 1.174,37 | 1,00 | -299.999,86 | -300.069,86 | 0,00 | 0,00 | 0,00 |
| | | | | | | | | | | | -300.069,86 | | | 0,00 |

PARINVEST KAG                                                                                                          Seite 1 von 1

Attachment L

KASSEN 26                                                                                                              (per 15.12.2008)

| | titel | land | whg. | stück / nominale | kurs | kurswert in fonds.whg. | % fv (kurswert) | kauf-mischkurs | einstandswert in fonds-whg. | zinsteil im kurswert | dirtyprice | rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M797 | 4,375% BAY.LBOD. 07/14 | DE | EUR | 500.000,00 | 103,05 | 515.260,00 | 2,23 | 99,77 | 498.865,00 | 2.696,92 | 517.956,92 | AAA |
| 8869 | 4,68% RZB 08/09 | AT | EUR | 600.000,00 | 100,24 | 601.467,00 | 2,61 | 100,01 | 600.075,00 | 21.060,00 | 622.527,00 | AAA |
| 3009 | 4% BK OF IRLAND MTG 06/13 | IE | EUR | 1.000.000,00 | 96,05 | 960.500,00 | 4,16 | 98,73 | 987.300,00 | 17.863,01 | 978.363,01 | AAA |
| 3101 | 4% KOMM.KRED.AUSTRIA 8/12 | AT | EUR | 900.000,00 | 100,30 | 902.682,00 | 3,91 | 100,62 | 905.580,00 | 32.065,57 | 934.747,57 | AAA |
| 0541 | 5,25% DEPFA DT.PFBK.01/11 | DE | EUR | 700.000,00 | 101,84 | 712.845,00 | 3,09 | 100,05 | 700.376,00 | 15.404,79 | 728.249,79 | AAA |
| 5135 | 5,375% BUNDANL.99/10 | DE | EUR | 700.000,00 | 103,37 | 723.555,00 | 3,13 | 100,89 | 706.230,00 | 35.568,99 | 759.123,99 | AAA |
| 3810 | 5,5% LBBW OPF.250 00/10 | DE | EUR | 700.000,00 | 103,95 | 727.622,00 | 3,15 | 100,30 | 702.105,00 | 17.087,67 | 744.709,67 | AAA |
| 79A4 | BARC MAN RMF 04/12 IZ | DE | EUR | 530,00 | 945,12 | 500.913,60 | 2,17 | 982,50 | 520.726,11 | 0,00 | 500.913,60 | AA |
| 31095 | DINVEST CONCENTR.OPP. HT | KY | EUR | 568,26 | 909,98 | 517.102,28 | 2,24 | 1.092,36 | 620.739,63 | 0,00 | 517.102,28 | |
| 0054 | ERSTE BK ALPHA PLUS 06/13 | AT | EUR | 500.000,00 | 106,50 | 532.500,00 | 2,31 | 100,50 | 502.500,00 | 0,00 | 532.500,00 | |
| 5114 | ESPA ALT.MULTISTRAT. EB/T | AT | EUR | 5.413,60 | 102,44 | 554.569,18 | 2,40 | 147,66 | 799.375,96 | 0,00 | 554.569,18 | |
| 4216 | ESPA BD EURO-CORP EB/A | AT | EUR | 15.000,00 | 84,78 | 1.271.700,00 | 5,51 | 99,64 | 1.494.642,86 | 24.000,00 | 1.271.700,00 | A |
| 7Y55 | ESPA BOND FINANCIALS EB/A | AT | EUR | 35.000,00 | 100,95 | 3.533.250,00 | 15,31 | 98,45 | 3.445.590,00 | 141.400,00 | 3.533.250,00 | A |
| 4299 | ESPA CASH EURO EB/A | AT | EUR | 2.000,00 | 973,78 | 1.947.560,00 | 8,44 | 993,57 | 1.987.133,53 | 28.640,00 | 1.947.560,00 | |
| 1090 | HERALD FD-USA S.PTF AT | KY | EUR | 255,46 | 1.317,16 | 336.476,42 | 1,46 | 1.283,49 | 327.874,10 | 0,00 | 336.476,42 | |
| 9150 | VAR% ERSTE BANK 07/11 | AT | EUR | 1.000.000,00 | 97,75 | 977.500,00 | 4,23 | 99,96 | 999.630,00 | 2.523,50 | 980.023,50 | A3 |
| 1220 | VAR% UBS 07/10 | CH | EUR | 700.000,00 | 94,34 | 660.355,62 | 2,86 | 100,01 | 700.075,00 | 366,33 | 660.721,95 | AA |
| | | | | | | 15.975.858,11 | 69,21 | | 16.498.818,19 | 338.676,78 | | |