**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

RECEIVED JAN -6 2010 U.S. BANKRUPTCY COURT, SDNY

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adversary Proceeding<br>No. 8-01789-BRL |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

NOW COMES William L. Chapman, Esq., a member in good standing of the bar of the State of New Hampshire and the bar of the United States District Court for the District of New Hampshire, and respectfully moves the Court pursuant to Local Rule 2090-1(b) for permission to practice *pro hac vice* in this Court in the above-referenced adversary proceeding on behalf of the following claimants, each of whom is filing and objection to the Trustee's denial of their Customer Claim:

James L. Kruse, Claim No. 008056
Henry t. DeNero & Sally S. DeNero, Claim No. 008057
Charles F. Rolecek, Claim No. 008058
C. Thomas & Margaret H. Brown, Claim No. 008059
Sally S. Beaudette, Claim No. 008060
Marshall G. Rowe, Claim No. 008077
Lee F. Wood, Claim No. 008080
Harvey A. Taylor, Claim No. 008096
Markian D. Stecyk, Claim No. 008097
Donald H. Hangen, Claim No. 008100
Martha L. Wood, Claim No. 008101
Robert H. Scott & Molly McNaughton, Claim No. 008102
Jan Feldman, Claim No. 008119

1

James. P. Dulany, Claim No. ___

My mailing address is Orr & Reno, P.A., One Eagle Square, Box 3550, Concord, NH 03302-3550; and my e-mail address is wchapman@orr-reno.com.

I am submitting with this motion the required fee of $25.00.

WHEREFORE, William L. Chapman, Esq., respectfully urges the Court to grant this motion and such other relief as may be just.

Date: January 5, 2010

By: *William L. Chapman*
William L. Chapman (NH Bar No. 397)
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
wchapman@orr-reno.com

### CERTIFICATE OF SERVICE

A copy of the foregoing motion has been sent this day, by Overnight Mail to Irving H. Picard, Trustee.

Date: January 5, 2010

*William L. Chapman*
William L. Chapman

623323_1.DOC