*Eugenie & Dr. Roland AULINGER*
*1010 Vienna/Austria – Rathausplatz 8*

Clerk of the United States Bancruptcy Court for
The Southern District of New York
One Bowling Green
New Yor, USA

JAN  - 6 2010

Vienna, December 29, 2009

**Bancruptcy case No. : 08-1789 (BRL)**
**Claim No. : 007176**

Regarding : Opposition to the denial of Claim No.: 007176
Copy to : Irving H. Picard, Trustee, c/o Baker & Hostetler LLP, New York

Dear Sir or Madam,

regarding the determination of the abovementioned claim by Irving H. Picard Esq., Trustee fort he Substantively Consolidated SIPA Liquidation of Bernard H. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

> 1. The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, „state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
>
> 2. As ~~an~~ investor in Herald Fund SPC/we should be as well protected as direct investors (a copy of our ~~Herald~~ holdings is enclosed). *Primeo*
> [handwritten: through Primeo Select Euro Fund]
> In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578.033.847,--. This amount not only contains redemption proceedings which the ████ ████████████████████████████████████████ but also tax payments which were made on behalf of shareholders and funded by their equity.
>
> 3. In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578.033.847,--. In demanding this amount also from HSBC, the trustee claims money which the feeder funds, i.e. their shareholders should be entitled to.

Because of these reasons, we oppose the denial of our claim and ask you to review our claim again and grant it.

We thank you in advance and remain

yours faithfully,

Eugenie & Dr. Roland Aulinger, Vienna

AN DIE

**Bank Austria Creditanstalt**
Bank Austria Creditanstalt AG
Filiale 1190/Bank Austria Creditanstalt Service Center
Postanschrift: A-1011 Wien, Postfach 75000, DVR 0030066

VERTRIEBSPARTNER:

Ich (Wir) bestätige(n), daß mir (uns) vom Berater (Vermittler) eine Produktbeschreibung der von mir (uns) gezeichneten Produkte ausgefolgt wurde. Dem Berater (Vermittler) liegen keine weiteren zusätzlichen Informationen zum (zu den) Produkt(en) vor.

HEINZ DEML 10003
MAIL
DEML 0052 1414 326

Depot-/Plankontonummer: 00913 066 002

**AUFTRAG** für Wertpapierkauf und -verkauf (!!! NICHT FÜR NEUERÖFFNUNGEN VERWENDEN !!!)

| Kundendaten: | Kontoinhaber A | Kontoinhaber B |
|---|---|---|
| NAME: | EUGENIE AULINGER | DR. ROLAND AULINGER |
| ADRESSE: | RATHAUSPLATZ 8/3, 1010 WIEN | |
| TELEFON: | | |

☒ **KAUFAUFTRAG** (bei Fondstausch zusätzlich Verkaufsauftrag ausfüllen):

Ich beauftrage/Wir beauftragen Sie, u. a. WP-Kaufauftrag zu Gunsten meines/unseres o. a. Bank Austria Creditanstalt Wertpapierdepots durchzuführen:

| Veranlagungsgegenwert in EUR | Wertpapierbezeichnung | Wertpapierkennnummer |
|---|---|---|
| € 50.000 | PRIMEO SELECT EURO FUND +AGIO 3% | 448394 |

☒ Der Kaufpreis ist dem Bank Austria Creditanstalt Konto Nr. 00913 066 002 lautend auf EUGENIE AULINGER anzulasten.
☐ Die Bezahlung des Kaufpreises erfolgt mittels Bareinzahlung oder Überweisung auf obiges Konto. Kaufaufträge werden erst bei entsprechender Kontodeckung ausgeführt.
Die notwendigen Risikoinformationen habe/n ich/wir erhalten.

WIEN 20.12.02
Ort, Datum        Unterschrift Kontoinhaber A        Unterschrift Kontoinhaber B

☐ **VERKAUFSAUFTRAG** (bei Fondstausch zusätzlich Kaufauftrag ausfüllen):
☐ **VERKAUFSAUFTRAG FÜR DEN GESAMTDEPOTBESTAND:**
☐ **DEPOT-/WP-PLANSCHLIESSUNGSAUFTRAG:**

Ich beauftrage/Wir beauftragen Sie, u. a. WP-Verkaufsauftrag zu Lasten meines/unseres o. a. Bank Austria Creditanstalt Wertpapierdepots/-planes durchzuführen:

| Stückanzahl/Gegenwert | Wertpapierbezeichnung | Wertpapierkennnummer |
|---|---|---|
| | | |
| | | |

Ort, Datum        Unterschrift Kontoinhaber A        Unterschrift Kontoinhaber B

☐ **Überweisungsauftrag:**
☐ Der Verkaufserlös ist dem vorgemerkten Wertpapier-Verrechnungskonto gutzuschreiben.
☐ Ich ersuche/Wir ersuchen, den Verkaufserlös auf mein/unser u. a. Konto zu überweisen:

Kontonummer: _____    Kontobezeichnung: _____
Bankinstitut: _____    Bankleitzahl: _____

Ort, Datum        Unterschrift Kontoinhaber A        Unterschrift Kontoinhaber B

Name des Vertriebspartners (Blockbuchstaben): HEINZ DEML
ID-Nr des Vertriebspartners: 10003
Telefonisch erreichbar unter: 0664-1414 326