Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 20. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007179

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 007179

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

*[signature]*

Beatrix Pratscher
Wienerstrasse 71
A-7400 Oberwart, Austria

**CAPITAL BANK**

Eingegangen am

2 2. JULI 2008

Nr.: ........................

Lintner Vermögensverwaltung GmbH
Beatrix Pratscher
Rudolfsplatz 1/15a
1010 Wien

Capital Bank - GRAWE Gruppe AG
Wallnerstraße 4, 1010 Wien
Tel.: 01/31614

Abrechnung Handel
151813-17.7.2008 D U P L I K A T
Depot-Nr.: 68.030.519
Beatrix Pratscher
0344/344
Lintner Verm.Verw.GmbH

Wir haben für Sie am 17.7.2008 unten angeführtes Geschäft abgerechnet:

| | |
|---|---|
| Geschäftsart: | Kauf  Auftrags-Nr.: 159991-20.6.2008 |
| Zugang: | 62 Stk |
| Titel: | KYG441091090 Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 |
| Kurs: | 1.282,17 EUR |
| Handelsplatz: | Außerbörslich |
| Handelszeit: | 30.6.2008 0:00:00 |
| Verwahrart: | WR |
| Positionsdaten: | Loco: LUXEMBURG |

|  |  |  |  |
|---|---|---|---|
|  | Kurswert: | -79.494,54 | EUR |
|  | Effektenprovision: | -100,00 | EUR |
| Zu Lasten | Kto. 18.030.510 Valuta 24.6.2008 | -79.594,54 | EUR |

Schlusstag:     30.6.2008
Kassatag:       1.7.2008

KESt-pflichtiges Wertpapier

2008-06-20-11.22.04.000062

Kontonummer CAPITAL BANK - GRAWE GRUPPE AG                    BLZ
  18.030.510 WALLNERSTRASSE 4, 1010 WIEN                      19600
             DVR: 0043974

| Datum Buchungstext | | | Wert | Betrag EUR |
|---|---|---|---|---|
| Alter Kontostand laut Auszug vom 07.07.2008 | | | | 600.361,27 |
| 17.07 Wertp.Abrechnung | | 3119 2406 | | -79.594,54 |
| Kauf | 151813-17.07.08 | 68.030.519 | | |
| KYG441091090 | HERALD FD-USA S.PTF O.EUR | | | |
| 62,000 Stk zu | 1.282,170 EUR | 30.06.08 | | |

|  |  |  |  |
|---|---|---|---|
| Lintner Vermögensverwaltung GmbH | DX | Gutschriften | 0,00 | Seite 1 |
| Beatrix Pratscher | | Lastschriften | -79.594,54 | |
| Rudolfsplatz 1/15a | | Neuer Kontostand | | |
| | | Guthaben EUR | 520.766,73 | |

Capital Bank - GRAWE Gruppe AG
Wallnerstraße 4, 1010 Wien
Tel.: 01/31614

Depotbewertung Online
Auszug-Nr. 1/2008
Depot-Nr.: 68.030.519
Beatrix Pratscher

0344/344
Lintner Verm.Verw.GmbH

Beatrix Pratscher
Wiener Straße 71
7400 Oberwart

**AUFSTELLUNG per 31.12.2008**
Standardverrechnungskto.: 18.030.510 EUR

| Kenn-Nr. | Menge | | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|---|
| AT0000495114 | | | | | **39.258** |
| | 424 Stk | SV | ESPA ALTERNATIVE MULTISTRATEGIE<br>MITEIGENTUMSANTEILE - THESAURIEREND | 92,59<br>(30.12.2008) | |
| IE00B0B87X46 | | | | | **58.328** |
| | 506,89 Stk | WR | Benchm.Alt.I.-Equity Opportun.<br>Registered Shares Cl. B o.N.<br>Loco: LUXEMBURG | 115,07<br>(31.7.2008) | |
| KYG441091090 | | | | | **nicht bewertet** |
| | 62 Stk | WR | Herald Fd SPC-Her.USA Seg.P.O.<br>Reg.Shs EUR-Class EO -,001<br>Loco: LUXEMBURG | | |
| KYG5807G1762 | | | | | **59.820** |
| | 81.200 Stk | WR | Man RMF I.S.-Event Dr.Str. EUR<br>Reg. Ptg. Shares H2 o.N.<br>Loco: LUXEMBURG | 0,7367<br>(31.12.2008) | |
| KYG5807N1144 | | | | | **74.924** |
| | 56.085 Stk | WR | MAN RMF Sp.O.-MAN RMF Com.Str.<br>Reg. Red. Ptg Shares E4 o.N.<br>Loco: LUXEMBURG | 1,3359<br>(31.12.2008) | |
| LU0167694446 | | | | | **46.894** |
| | 442,609 Stk | WR | Man RMF Inv.-Man RMF Diversif.<br>Actions A o.N.<br>Loco: LUXEMBURG | 105,9489<br>(31.12.2008) | |

**SUMMENAUFSTELLUNG**

| Positionen | | Anteil in % | Kurswerte EUR |
|---|---|---|---|
| 1 | Fondsanteile Inland | 14,06 | 39.258 |
| 5 | Fondsanteile Ausland | 85,94 | 239.966 |
| **6** | **GESAMT** | | **279.224** |

2.3.2009

Seite 1