Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 23rd of December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007180

Regarding: Opposition to the denial of Claim No. 007180

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Regine Vaget
Mariahilferstrasse 56/7
A-1070 Vienna, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

Anbei erhalten Sie Ihre Belege!

951455

Eingegangen am

**2 8. MAI 2008**

Frau
Mag. Regine Vaget
c/o Lintner Vermögensverwaltung
Rudolfsplatz 1/15 A
1010 Wien

Nr.: ........................

**35951455800**   16.5.2008
Depotnummer      Erstellungsdatum

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 10.041,27- EUR |
|---|---|---|---|---|
| 7,9062 STK | 1.270,05 | EUR | Ausgabeaufschlag | 37,65- EUR |
| Titel | | | Fremde Spesen | 0,05- EUR |
| KYG441091090 | | | SWIFT-Gebühr | 2,00- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 10.080,97- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

Handelsplatz: KY_F
Handeszeit: 30.4.2008 um 00:00:00 Uhr

Verwahrart: WR   KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

Mag. Regine Vaget

Schlusstag: 2008-04-30   Kassatag: 2008-05-02   Valuta: 2008-04-15
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

**35951455800**   35951455001   36473934-2008-05-16   35/9141   19250   1026402   001       16.5.2008
Depotnummer   Kontonummer   Abrechnungsnummer    OE/Stelle  Bankleitzahl  DVR    Seite    Erstellungsdatum

# WERTPAPIERAUFSTELLUNG

**direktanlage.at**
Die Bank für Wertpapieranleger.

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit der Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Gattung erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Abkürzungen finden Sie auf der Rückseite.

35    Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

Frau
Mag. Regine Vaget
c/o Lintner Vermögensverwaltung
Rudolfsplatz 1/15 A
1010 Wien

Auszug-Nr.: 1/2008  D U P L I K A T
Depot-Nr.: 35951455800
Mag. Regine Vaget
35/9141
direktanlage.at AG

## AUFSTELLUNG per 31.12.2008

Wertpapier
Miteigentumsanteile

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| 70,9 Stk | AT0000495114 WR | ESPA ALTERNATIVE MULTISTRATEGIE MITEIGENTUMSANTEILE - THESAURIEREND Loco: Wien | 95,13 (15.12.2008) | 6.744,72 |
| 7,9062 Stk | KYG4410910901 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 10.505,28 |
| 15.069 Stk | KYG5807G1762 WR | Man RMF I.S.-Event Dr.Str. EUR Reg. Ptg. Shares H2 o.N. Loco: Luxembourg | 0,7776 (30.11.2008) | 11.717,65 |
| 7.123 Stk | KYG5807N1144 WR | MAN RMF Sp.O.-MAN RMF Com.Str. Reg. Red. Ptg Shares E4 o.N. Loco: Luxembourg | 1,3331 (31.10.2008) | 9.495,67 |
| 19 Stk | KYG7605M1731 WR | RMF Inv.Str.-RMF Four S.St.EUR Reg. Red. Shares Class P o.N. Loco: Luxembourg | 1.407,5535 (31.10.2008) | 26.743,52 |

Seite 1 --- Seite 2 folgt