Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

..Vienna...., the .23.. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007184

Regarding: Opposition to the denial of Claim No. 007184

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Primeo Select Euro Fund I should be as well protected as an direct investors – please find a copy of my Primeo holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance  - yours faithfully

*Norbert Pollanka*
*Dr. Alexandra Pollanka*

Alexandra und Norbert Pollanka
Donaufelderstrasse 65/3/6
A-1210 Vienna, Austria

**Bank Austria Creditanstalt**

Ing. Norbert Pollanka

Wertpapier-Kauf
503-425152/00
12263510006367
Kontonummer/Account-No 510-803910/00

Depot-Nr.:
Bel.Nr.:
Whg./Curr. EUR

Blatt/Sheet 01/01

Datum/Date 20.09.2002

**Buchungstext/Text of entry**

Kenn-Nr.: 576058    Stk.    2.061,38    PRIMEO SELECT EURO FUND
ISI-Nr.: KYG7243U1085                    SHARES OHNE NENNWERT
Wertpapierrechnung
Kauf vom 30.08.2002                      Loco LUXEMBURG
Auftrag vom 20.09.2002
Abrechnung Nr.: 17/020920080/113771      Kassa 02.09.2002
Ihre Order Nr. 17/20020920/0576058/00113771
Kurs    26,2446    netto tout            Kurswert    EUR    54.100,09
Faktor    1,00
Faktor    1,00
                                         DEBET       EUR    54.100,09
              Wert 02.09.2002

Firmenname: Bank Austria Creditanstalt Aktiengesellschaft, Firmensitz: Wien, Firmenbuchgericht: Handelsgericht Wien, FN 150714p, DVR: 0030066, BLZ: 12000
Form of business organisation: "Aktiengesellschaft" (public limited company), Registered office: Vienna, Austria, Register of companies: no. 150714p, Commercial Court of Vienna, DVR: 0030066, BLZ: 12000

JTP1 69 063169

Attachment 2

## stige Fonds

xandra Pollanka

Depotauszug per: 31.12.2008
Berichtswährung: EUR

| Wertpapierbezeichnung | Stück | Anschaffungskurs in WP-Währung | Anschaffungswert in WP-Währung | Marktkurs in WP-Währung | Marktwert in WP-Währung | Devisenkurs | Marktwert in EUR | Nicht realisierter Gewinn/Verlust in EUR |
|---|---|---|---|---|---|---|---|---|
| FUND-PRIMEO SELECT FUND ERED SHARES EUR DL 1 3U1085 | 2.061,3800 | 35,8500 | 73.900,47 | 39,1300 | 80.661,80 EUR | | 80.661,80 | 6.761,33 |
| ne EUR | | | | | | | 80.661,80 | 6.761,33 |
| ne Sonstige Fonds | | | | | | | 80.661,80 | 6.761,33 |

Attachment 2

# GENERALI BANK

Generali Bank AG

Landskrongasse 1-3, Postfach 320
1011 Wien
Telefon: 0810 500 100
Telefax: 0810 500 111
E-Mail: serviceteam@generalibank.at
Internet: http://www.generalibank.at

Depotauszug per: **31.12.2008**
Berichtswährung: **EUR**

## Depotübersicht

Alexandra Pollanka
Baufelderstrasse 65/3/6
0 Wien

Depot lautend auf: **Dr. Alexandra Pollanka**
Depotnummer: 1108 7103/350
Verrechnungskonto: 1108 7103/350
Verfügernummer: 11087103

### Depotwert in EUR

| | EUR |
|---|---:|
| Aktienfonds | 80.661,80 |
| Depotwert (ohne Zinsen) | 80.661,80 |
| Stückzinsen | 0,00 |
| KESt | 0,00 |
| **Depotwert** | **80.661,80** |

Verrechnungskonto: **1108 7103/350**    161,71

Würden Sie diesen Auszug, Der Auszug gilt als anerkannt, wenn nicht binnen eines Monats in schriftlicher Form Einwendungen erhoben werden. Die Kurse stammen aus externen Quellen. Obwohl wir versuchen genaue Preise zur Verfügung zu stellen, werden diese nicht immer den Wert darstellen, zu dem die Wertpapiere verkauft werden können.

Generali Bank AG, Aktiengesellschaft mit Sitz in Wien; Firmenbuch HG Wien: FN 209697 d, DVR Nr. 2108441, UID-Nr.ATU 51888809, BLZ 18400, BIC/SWIFT: BGEN AT WWXXX, Büro: Kratochwjlestraße 4, 1220 Wien

553 /  47698  00003-20090107023403    Seite 2 von 3