Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

.Vienna....., the 28. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007185

Regarding: Opposition to the denial of Claim No. 007185

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Primeo Select Euro Fund I should be as well protected as an direct investors – please find a copy of my Primeo holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance  - yours faithfully

DI Michael Hutteneder
Dr. Ignaz Webergasse 27
A-2353 Guntramsdorf, Austria

invest KReDIT

Renngasse 10
1013 Wien
Tel. + 43/1/53 1 35-155, Fax + 43/1/533 05 04-155

Auszug-Nr.:  1/2008
Depot-Nr.:   0000001174
Dipl.-Ing. Michael Hütteneder
00/155
Investkredit Bank AG

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| Fondsanteile EUR | | | | |
| 2.061,38 stk | KYG7243U1085 WR | Primeo Fund-Primeo Select Fund Registered Shares EUR DL 1 Loco: Cayman Islands | kein Kurs (16.12.2008) | |

03.01.2009

Bankleitzahl 18160                                    AG. Wien, Handelsgericht Wien FN 117164a
www.investkredit.at - invest@investkredit.at          DVR 0031232 - UID Nr.: ATU 15348906

Seite 2 --- Seite 3 folgt

# ▪ ▪ ▪ ▪ PRIMEO FUND ▪ ▪ ▪ ▪

## ZEICHNUNGSVERTRAG

Bank of Bermuda (Luxembourg) S.A.  
13, rue Goethe, B.P. 413  
L-2014 Luxembourg  
z.Hd. Shareholder Services  
Fax: +352 404676

Datum __20.8.2002__

Der unterfertigte Zeichner (nachstehend "der Zeichner") bestätigt hiermit, daß er den Emissionsprospekt vom Mai 2001 (nachstehend "der Emissionsprospekt"), in dem Vorzugsaktien mit zusätzlicher Gewinnbeteiligung (nachstehend "die Aktien") des PRIMEO FUND (nachstehend "der Fonds") angeboten werden, erhalten und gelesen hat, und zeichnet hiermit für Aktien, die gemäß den Bestimmungen des Emissionsprospekts und der Satzung des Fonds erhältlich sind.

**Einzelheiten der Registrierung**

Name: __DI Michael Hütteneder__   Name: _____

Adresse: __1353 Grünbachsdorf, Dr.-I.-Weber-Gasse 27__   Adresse: _____

Tel./Fax: _____   Tel./Fax: _____

Bei mehr als einem Aktionär:  
☐ gemeinsame Aktionäre (jeder Aktionär kann Rückkauf- oder Switchanträge einzeln unterzeichnen)  
☐ Mitaktionäre (alle Aktionäre müssen Rückkauf- und Switchanträge gemeinsam unterzeichnen)

Aktienart:   Primeo Select Fund (US$) _____

Primeo Select Euro Fund __✓__

Gezeichneter Betrag __€ 54.100,=__  
(Primeo Select Fund Minimum US$ 50.000,-- ; Primeo Select Euro Fund Minimum EURO-Gegenwert von US$ 50.000,--, mindestens aber EUR 50.000,--)

Überweisungsbetrag: _____   Zahlungsdatum: _____

BEI BETRÄGEN UNTER DEM MINIMUM BITTE ALS FOLGEZEICHNUNG DES KUNDEN UNBEDINGT BESTÄTIGEN

Name und Anschrift des Finanzinstituts, welches die Überweisung auf das Zeichnungskonto tätigt __Bank Austria Creditanstalt__  
Wertpapierdepot-Nr. __503 425 464/00__  
Name, Geschäftsanschrift und Hauptbeschäftigung des Vermittlers oder Händlers, der im Namen des Zeichners das Geschäft abwickelt:  
Name: __DI Michael Hütteneder__  
Geschäftsanschrift: _____  
Hauptbeschäftigung: __selbst__  
Beziehung zum Zeichner: _____

DIE AKTIEN WERDEN IN BUCHFORM / OHNE ZERTIFIKAT AUSGEGEBEN

Wenn Aktien im Namen Dritter oder in treuhänderischer Eigenschaft gehalten werden, geben Sie bitte Auskunft über Ihre Eigenschaft:

**Rückkaufzahlungsanweisungen**  
Es ist mir/uns bekannt, daß Rückkaufzahlungen, die telegrafisch an ein angegebenes Bankkonto überwiesen werden, auf mein/unser Risiko überwiesen werden, da es meine/unsere Aufgabe ist, die Bankkontodaten weiterzugeben. Es werden Überweisungsgebühren eingehoben.

Falls ich /wir den Rückkauf meiner/unserer Aktien verlange/verlangen, überweisen Sie den Erlös bitte an:

| Name des Empfängers: DI Michael Hütteneder | Name der Bank: Bank Austria Creditanstalt |
|---|---|
| Adresse: | |
| Stadt: | PLZ: | Land: Österreich |
| Telefonnr.: | Faxnr.: |
| SWIFT Code/Bankleitzahl: BKAUATWW / 12000 | Kontonr.: 788 041 994 | Währung d. Kto.: € |