Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Wien, the 23. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007186

Regarding: Opposition to the denial of Claim No. 007186

RECEIVED JAN - 6 2010 U.S. BANKRUPTCY COURT NY

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

*Gerald Göd* (signature)

Gerald Göd
Raimundgasse 2/7
A-1020 Vienna, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

Anbei erhalten Sie Ihre Belege!

27366

Herrn
Gerald Göd
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**35827366000**  2008-03-12
Depotnummer    Erstellungsdatum

---

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 7,9823 STK | 1.252,76 | EUR | Kurswert | 9.999,91- EUR |
| Titel | | | Ausgabeaufschlag | 37,50- EUR |
| KYG441091090 | | | Kapitalertragssteuer | 15,17 EUR |
| Herald Fd SPC-Her.USA Seg.P.C. | | | Fremde Spesen | 0,09- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 10.022,33- EUR |

Handelsplatz: KY_F
Handelszeit: 29/2 2008 um 00:00:00 Uhr

KESt pro Fondsanteil 1,90 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

Gerald Göd

Schlusstag: 2008-02-29    Kassatag: 2008-03-03    Valuta: 2008-02-13
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| **35827366000** | 35027366006 | 36130151-2008-03-12 | 35/9141 | 19250 | 1026402 | 001 | 2008-03-12 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

Anbei erhalten Sie Ihre Belege!

27366

Herrn
Gerald Göd
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**35827366000**    5.9.2008
Depotnummer        Erstellungsdatum

---

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Verkauf

| Abgang Nominale/Stück: | Kurs | Währung | Kurswert | 5.170,83 EUR |
|---|---|---|---|---|
| 3,95 STK | 1.309,07 | EUR | Fremde Spesen | 35,00- EUR |
| Titel | | | Zu Gunsten | 5.135,83 EUR |
| KYG441091090 | | | | |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Handelsplatz: KY_F | |
| Reg.Shs EUR-Class EO -,001 | | | Handelszeit: 18.8.2008 um 00:00:00 Uhr | |

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

Gerald Göd

Schlusstag: 2008-08-18    Kassatag: 2008-08-19    Valuta: 2008-08-20
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35827366000 | 35027366006 | 36814737-2008-09-05 | 35/9141 | 19250 | 1026402 | 001 | 5.9.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

# WERTPAPIERAUFSTELLUNG

direktanlage.at
Die Bank für Wertpapieranleger.

Sehr geehrte Kundin, sehr geehrter Kunde,

übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Gattung erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Änderungen zu Abkürzungen finden Sie auf der Rückseite.

Änderungen vorbehalten!

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 35827366000
Gerald Göd
35/9141
direktanlage.at AG

Herrn
Gerald Göd
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

35

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

## AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| **Wertpapier** | | | | |
| **Aktien** | | | | |
| 408 Stk | AT0000660659 WR | ATRIUM EUROPEAN REAL ESTAT.LTD. REG. SHARES (OST.ZT.) EO 5,- Loco: Wien | 2,58 (30.12.2008) | 1.052,64 |
| **Fondsanteile** | | | | |
| 225 Stk | AT0000495114 WR | ESPA ALTERNATIVE MULTISTRATEGIE MITEIGENTUMSANTEILE - THESAURIEREND Loco: Wien | 95,13 (15.12.2008) | 21.404,25 |
| 280,51 Stk | IE00B0B87X46 WR | Benchm.Alt.I.-Equity Opportun. Registered Shares Cl. B o.N. Loco: Luxembourg | 102,33 (30.09.2008) | 28.704,59 |
| 61,3462 Stk | KYG4410910902 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 81.513,15 |
| 49.081 Stk | KYG5807G1762 WR | Man RMF I.S.-Event Dr.Str. EUR Reg. Ptg. Shares H2 o.N. Loco: Pfäffikon | 0,8187 (31.10.2008) | 40.182,61 |

01.2009

Seite 1 --- Seite 2 folgt