*Clerk of the United States*
*Bancruptcy Court for the Southern*
*District of New York*
*One Bowling Green*
*New York*

Vienna, the 23rd December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007187

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 007187

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance  - yours faithfully

Milka Eichlehner
Sieveringer Strasse 4/294
A-1190 Vienna, Austria

Christian Eichlehner
Stefan Zweig Platz 11
A-1170 Vienna, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**Anbei erhalten Sie Ihre Belege!**

951456

An
Milka/DI Christian Eichlehner
c/o Lintner Vermögensverwaltung
Rudolfplatz 1/15a
1010 Wien

**35951456806**   16.7.2008
Depotnummer   Erstellungsdatum

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 23,4978 STK | 1.282,17 | EUR | Kurswert | 30.128,17- EUR |
| Titel | | | Ausgabeaufschlag | 112,98- EUR |
| KYG441091090 | | | Fremde Spesen | 0,05- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | SWIFT-Gebühr | 2,00- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 30.243,20- EUR |

Handelsplatz: KY_F
Handelszeit: 30.6.2008 um 00:00:00 Uhr

Verwahrart: WR       KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Duplikat

Milka/DI CHristian Eichlehner

Schlusstag: 2008-06-30   Kassatag: 2008-07-01   Valuta: 2008-06-16

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35951456806 | 35951456008 | 36789369-2008-07-15 | 35/9141 | 19250 | 1026402 | 001 | | 16.7.2008 |
|---|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | | Erstellungsdatum |

# WERTPAPIERAUFSTELLUNG

**ktanlage.at**
Die Bank für Wertpapieranlagen.

hrte Kunden, sehr geehrter Kunde,

mitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich
/ Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige
erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
ngen zu Abbuchungen finden Sie auf der Rückseite.

rbehalten! Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

An
Milka/DI Christian Eichlehner
c/o Lintner Vermögensverwaltung
Rudolfsplatz 1/15a
1010 Wien

35

Auszug-Nr. 1/2008 D U P L I K A T
Depot-Nr.: 3951456806
Milka/DI CHristian Eichlehner
35/9141
direktanlage.at AG

## AUFSTELLUNG per 31.12.2008

| papier santeile | Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|---|
| | 103,37 Stk | AT0000495114 WR | ESPA ALTERNATIVE MULTISTRATEGIE MITEIGENTUMSANTEILE - THESAURIEREND Loco: Wien | 95,13 (15.12.2008) | 9.833,59 |
| | 23,4978 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 31.222,47 |
| | 1.994 Stk | LU0188853955 WR | DJE Real Estate Inhaber-Anteile P o.N. Loco: München | 10,07 (30.12.2008) | 20.079,58 |
| ide | 11 Stk | DE000BC0BMA7 WR | Barclays Bank PLC IDX-L.z.29.02.16 X1 Global Loco: München | 1.698,71 (17.12.2008) | 18.685,81 |

Seite 1 --- Seite 2 folgt

.2009