Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 28th December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 007190

Regarding: Opposition to the denial of Claim No. 007190

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Brigitte Zink
Josefstaedterstrasse 46/10
A-1080 Vienna, Austria

# WERTPAPIERAUFSTELLUNG

**direktanlage.at**
Die Bank für Wertpapieranleger.

Sehr geehrte Kundin, sehr geehrter Kunde,

übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit der Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Veranlagung erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Anregungen und Abänderungen finden Sie auf der Rückseite.

vorbehalten!

35    Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 35951450808
Brigitte Zink
35/9141
direktanlage.at AG

Frau
Brigitte Zink
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**AUFSTELLUNG per 31.12.2008**
Sperre vorhanden

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| 179,48 Stk | AT0000495114 WR | ESPA ALTERNATIVE MULTISTRATEGIE MITEIGENTUMSANTEILE - THESAURIEREND Loco: Wien | 95,13 (15.12.2008) | 17.073,93 |
| 209,33 Stk | IE00B0B87X46 WR | Benchm.Alt.I.-Equity Opportun. Registered Shares Cl. B o.N. Loco: Luxembourg | 102,33 (30.09.2008) | 21.420,74 |
| 23,954 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 31.828,64 |
| 29,455 Stk | KYG5807G1762 WR | Man RMF I.S.-Event Dr.Str. EUR Reg. Ptg. Shares H2 o.N. Loco: Luxembourg | 0,8187 (31.10.2008) | 24.114,81 |
| 21,545 Stk | KYG5807N1144 WR | MAN RMF Sp.O.-MAN RMF Com.Str. Reg. Red. Ptg Shares E4 o.N. Loco: Luxembourg | 1,3331 (31.10.2008) | 28.721,64 |

Seite 1 --- Seite 2 folgt