**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue – Suite 300**
**P.O. Box 9194**
**Garden City, New York  11530-9194**
**Phone:  (516) 741-6565**
**Fax:  (516) 741-6706**

    *and*

**EDWARD W. COCHRAN, Esq.**
**20030 Marchmont Road**
**Shaker Heights, Ohio   44122**
**Phone:  (216) 751-5546**
**Fax:  (216) 751-6630**

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                Adversary Proceeding
                                                                                         No. 08-01789-BRL
        Plaintiff-Applicant,
  v.                                                                                SIPA Liquidation
                                                                                         (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Jil Mazer-Marino, Esq., hereby certify that on this 7th day of January, 2010, I caused a

true and correct copy of the Objection of William B. Korb IRA, Roger A. Enrico IRA, Charles &

Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust DTD. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust to Trustee's Determination of Claim to be served upon the parties listed below in the manner indicated:

<u>Via Federal Express</u>

Clerk of the United States Bankruptcy Court of
the Southern District of New York
One Bowling Green
New York, New York  10004


<u>Via Federal Express and facsimile</u>

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn:  Claims Department
45 Rockefeller Plaza
New York, NY  10111
Fax (212) 589-4201

**All Other Parties entitled to notice via E-mail through the Court's ECF System.**

                                                                                 <u>/s/ Jil Mazer-Marino</u>
                                                                                 Jil Mazer-Marino (JM-6470)

749519