Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 28th December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014713

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 014713

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

*Erika Bernath*

Erika Bernath
Forsthausgasse 16-20/5/19
A-1200 Vienna, Austria

**direktanlage.at**
Die Bank für Wertpapieranleger.

# WERTPAPIERAUFSTELLUNG

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Erläuterungen zu Abdrizungen finden Sie auf der Rückseite.

Irrtum vorbehalten!

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 3582736200S
Erika Bernath
35/9141
direktanlage.at AG

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

| Menge | Kenn-Nr | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| | WR | | | |
| 15,56 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 20.675,19 |
| USD | WR | | | |

verwendete(r) Devisenkurs(e)    1 EUR = 1,3917 USD (31.12.2008)

## SUMMENAUFSTELLUNG

| Positionen | | Anteil in % | Kurswerte EUR |
|---|---|---|---|
| 1 | Aktien Inland | 2,55 | 2.831,40 |
| 8 | Anleihen Inland | 49,32 | 54.747,52 |
| 3 | Anleihen Ausland | 13,76 | 15.278,60 |
| 2 | Fondsanteile Inland | 14,53 | 16.125,19 |
| 4 | Fondsanteile Ausland | 19,84 | 22.029,29 |
| 18 | GESAMT | | 111.012,00 |

03.01.2009    Seite 3

DVR: 1026402

**direktanlage.at AG**
5020 Salzburg, Elisabethstr. 22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
**Kauf**

Wir haben für Sie folgende Transaktion durchgeführt:

**Zugang**
Nominale/Stück: 15,56 STK
Titel: KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO ,001
Kurs: 1.282,17 EUR
Verwahrart: WR
Positionsdaten: L&L Luxembourg
Handelsplatz: KY_F
Handelszeit: 30.6.2008 um 00:00:00 Uhr

Frau
Erika Bernath
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

Schlusstag: 2008-06-30   Kassatag: 2008-07-01

*Duplikat*

| 35827362005 | 36284950-2008-07-09 | 35/9141 | 19250 | 1026402 | 001 | 9.7.2008 |
|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer Ausführungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

```
direktanlage.at AG                    ■■■                    KONTOAUSZUG
5020 Salzburg, Elisabethstr.22        direktanlage.at        vom 30.09.2008
                                      Die Bank für Wertpapieranleger.
```

| | | |
|---|---|---|
| | Alter Saldo per 30.06.2008 | 23.724,46 |
| Abs.: Postf. 150, 5021 Salzburg, Austria | Summe der Gutschriften | 10.066,08 |
| Erika Bernath | Summe der Lastschriften | 20.169,23- |
| Forsthausgasse 16-20/5/19 | Neuer Saldo zu Ihren Gunsten | |
| 1200 Wien | EUR | 13.621,31 |

IBAN: AT88 1925 0350 2736 2000   BIC: DIRAAT2S

**35027362000**  19250      35      1026402                                    **0003**    1/3
Kontonummer   Bankleitzahl  Filiale   DVR     Empfängerhinweis                 Auszug   Blatt/Gesamt

```
direktanlage.at AG                    ■■■                    KONTOAUSZUG
5020 Salzburg, Elisabethstr.22        direktanlage.at        vom 30.09.2008
                                      Die Bank für Wertpapieranleger.
Datum  Buchungstext                                                    Wert         Betrag
```

| Datum | Buchungstext | | | Wert | Betrag |
|---|---|---|---|---|---|
| 16.07 | Kauf | Depot | 35827362005 | 12.06 | 20.025,41- |
| | ISIN KYG441091090 HERALD FD-USA S.PTF O.EUR | 20080715 | 36940569 | | |

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

Anbei erhalten Sie Ihre Belege!

27362

Frau
Erika Bernath
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**35827362005**  16.7.2008
Depotnummer   Erstellungsdatum

---

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 15,56 STK | 1.282,17 | EUR | Kurswert | 19.950,57- EUR |
| Titel | | | Ausgabeaufschlag | 74,81- EUR |
| KYG441091090 | | | Fremde Spesen | 0,03- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 20.025,41- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

Handelsplatz: KY_F
Handelszeit: 30.6.2008 um 00:00:00 Uhr

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

*Duplikat*

Erika Bernath

Schlusstag: 2008-06-30    Kassatag: 2008-07-01    Valuta: 2008-06-12
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

**35827362005**  35027362000  36940569-2008-07-15  35/9141  19250  1026402  001    16.7.2008
Depotnummer   Kontonummer   Abrechnungsnummer    OE/Stelle  Bankleitzahl  DVR  Seite   Erstellungsdatum