Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Obertrum., the 28th December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014717

Regarding: Opposition to the denial of Claim No. 014717

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Franz Schmidt
Sixtenstrasse 1/4
A-5162 Obertrum, Austria



direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung |
|---|---|---|
| 13,1717 STK | 1.214,72 | EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,24 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

| | |
|---|---|
| Kurswert | 15.999,93- EUR |
| Ausgabeaufschlag | 60,00- EUR |
| Kapitalertragssteuer | 16,33 EUR |
| Fremde Spesen | 0,07- EUR |
| Zu Lasten | 16.043,67- EUR |

Schlusstag: 2007-08-31   Kassatag: 2007-08-31   Valuta: 2007-07-30

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Franz Schmidt

duplikat

| 35828334005 | 35028334000 | 36930950-2007-09-14 | 35/9141 | 19250 | 1026402 | 001 | 2007-09-14 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

**rektanlage.at**
Die Bank für Wertpapieranleger.

Geehrte Kundin, sehr geehrter Kunde,

hiermit Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte worden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr.
Änderungen zu Abdrücken finden Sie auf der Rückseite.

vorbehalten!

# W E R T P A P I E R A U F S T E L L U N G

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 35828334005
Franz Schmidt
35/9141
direktanlage.at AG

35    Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

Franz Schmidt
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15a
1010 Wien

AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| | | | | |
| 13,1717 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 17.501,76 |

Wertpapier
Fondsanteile
EUR

3.01.2009

Seite 1 --- Seite 2 folgt