Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Kleinmachnow, the 25th December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014718

JAN - 6 2010

Regarding: Opposition to the denial of Claim No.014718

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Blanka Schossleitner
Geschwister Scholl Allee 35
D – 14532 Kleinmachnow, Germany



direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**WERTPAPIER/DEPOT Kauf**

Zugang Nominale/Stück: 16,2841 STK    Kurs 1.228,19    Währung EUR
Titel: KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

Kurswert: 19.999,97- EUR
Ausgabeaufschlag: 75,00- EUR
Fremde Spesen: 0,03- EUR
Zu Lasten: 20.075,00- EUR

Handelsplatz: KY_F
Handelszeit: 31.10.2007 um 00:00:00 Uhr

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Duplikat

Blanka Schossleitner

Schlusstag: 2007-10-31    Kurssatztag: 2007-11-02    Valuta: 2007-10-25
Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

35827364008    35027364003    36913509-2007-11-13    35/9141    19Z50    1026402    001    2007-11-13
Depotnummer    Kontonummer    Abrechnungsnummer    OE/Stelle    Bankleitzahl    DVR    Seite    Erstellungsdatum



direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**KONTOAUSZUG**
vom 30.11.2007

**27364**
Kundennummer

Abs.: Postf. 150, 5021 Salzburg, Austria

Blanka Schossleitner
Geschwister-Scholl-Allee 35
14532 KLEINMACHNOW
DEUTSCHLAND

Alter Saldo per 31.10.2007         134.889,24
Summe der Gutschriften                308,94
Summe der Lastschriften            65.795,20-

| Neuer Saldo zu Ihren Gunsten |
| EUR                69.202,98 |

IBAN: AT36 1925 0350 2736 4003   BIC: DIRAAT2S

*Duplikat*

35027364003  19250  35  1026402
Kontonummer  Bankleitzahl  Filiale  DVR   Empfängerhinweis

0004  1/2
Auszug  Blatt/Gesamt

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**KONTOAUSZUG**
vom 30.11.2007

Datum  Buchungstext                                              Wert        Betrag

13.11  Kauf                              Depot  35827364008     25.10     20.075,00-
       ISIN KYG441091090 HERALD FD-USA S.PTF O.EUR   20071113 36913509

**direktanlage.at**
Die Bank für Wertpapieranleger.

DVR: 1026402

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an die die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr. Erläuterungen zu Abkürzungen finden Sie auf der Rückseite.

Irrtum vorbehalten.

Frau
Blanka Schossleitner
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15 A
1010 Wien

**WERTPAPIERAUFSTELLUNG**

Auszug-Nr. 1/2008 D U P L I K A T
Depot-Nr.: 35827364008
Blanka Schossleitner
35/9141
direktanlage.at AG

AUFSTELLUNG per 31.12.2008

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

| Wertpapier | Menge | Kenn-Nr. Titel | Kurs | Kurswert EU |
|---|---|---|---|---|
| Aktien EUR | 35 | | | |
| Fondsanteile EUR | 16,2841 stk | KYG4410910903 WR  Herald Fd SPC-Her. USA Seg.P.O. Reg.Shs EUR-Class EO -,001 loco: Luxembourg | 1.328,74 (30.11.2008) | 21.637, |

03.01.2009

Seite 1 --- Seite 2 fo