

Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 22nd of December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014719

Dear Sir or Madam,

Regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I ask you to review my claim and grant it.

Thank you in advance - yours faithfully

Natalia Cole



direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 8,2452 STK | 1.212,82 | EUR | Kurswert | 9.999,94- EUR |
| Titel | | | Ausgabeaufschlag | 37,50- EUR |
| KYG441091090 | | | Kapitalertragssteuer | 9,15 EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Zu Lasten | 10.028,29- EUR |
| Reg.Shs EUR-Class EO -,001 | | | | |

KESt pro Fondsanteil 1,11 EUR

Verwahrart: WR    KESt-pflichtiges Wertpapier

Positionsdaten: Loco: Luxembourg

*Duplikat*

Natalia Cole

Schlusstag: 2007-07-31    Kassatag: 2007-07-31    Valuta: 2007-07-11

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| **35827467001** | 35027467007 | 36650644-2007-08-16 | 35/9141 | 19250 | 1026402 | 001 | 2007-08-16 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

## Abrechnung 1 — Ertrag

| direktanlage.at AG | direktanlage.at | WERTPAPIER/DEPOT |
|---|---|---|
| 5020 Salzburg, Elisabethstr.22 | Die Bank für Wertpapieranleger. | Ertrag |

| Nominale/Stück: | Kapitalertragssteuer | 84,59- EUR |
|---|---|---|
| 16,6854 STK | Zu Lasten | 84,59- EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 5,07 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg
KESt/EU-QUSt-Belastung für ausschüttungsgleiche
Erträge ausl. Investmentfonds aus 2007

Ertrag Eingang vorbehalten!

Natalia Cole

Ex-Tag: 2007-05-10    Valuta: 2007-05-11

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35827467001 | 35027467007 | 36284592-2007-05-15 | 35/9141 | 19250 | 1026402 | 001 | 2007-05-16 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

*Duplikat*

## Abrechnung 2 — Kauf

| direktanlage.at AG | direktanlage.at | WERTPAPIER/DEPOT |
|---|---|---|
| 5020 Salzburg, Elisabethstr.22 | Die Bank für Wertpapieranleger. | Kauf |

| Zugang Nominale/Stück: | Kurs | Währung | Kurswert | 19.999,95- EUR |
|---|---|---|---|---|
| 16,6854 STK | 1.198,65 | EUR | Ausgabeaufschlag | 400,00- EUR |
|  |  |  | Kapitalertragssteuer | 19,52 EUR |
|  |  |  | Zu Lasten | 20.380,43- EUR |

Titel
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO -,001

KESt pro Fondsanteil 1,17 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Natalia Cole

Schlusstag: 2007-04-30    Kassatag: 2007-05-02    Valuta: 2007-04-23

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| 35827467001 | 35027467007 | 36509813-2007-05-14 | 35/9141 | 19250 | 1026402 | 001 | 2007-05-14 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

*Duplikat*

**direktanlage.at**
Die Bank für Wertpapieranleger.

DVR: 1026402

Frau
Natalia Cole
c/o Lintner Vermögensverwalt. GmbH
Rudolfsplatz 1/15 A
1010 Wien

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr. Erläuterungen zu Abkürzungen finden Sie auf der Rückseite.

Irrtum vorbehalten!

# WERTPAPIERAUFSTELLUNG

Auszug-Nr. 1/2008 DUPLIKAT
Depot-Nr.: 3582746700I
Natalia Cole
35/9141
direktanlage.at AG

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

## AUFSTELLUNG per 31.12.2008

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert EU |
|---|---|---|---|---|
| **Wertpapier Fondsanteile EUR** | | | | |
| 24,9306 Stk | KYG441091090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 33.126,2 |
| 35 | | | | |
| **Hybride EUR** | WK | | WR | |

03.01.2009

Seite 1 --- Seite 2 folg