Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Vienna, the 24. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014720

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 014720

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance  - yours faithfully

*[signature]*

Brigitte and Friedrich Hoder
Sambeckgasse 16
A-1140 Vienna, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**WERTPAPIER/DEPOT**
Kauf

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 3,8617 STK | 1.294,74 | EUR | Kurswert | 4.999,90- EUR |
| Titel | | | Ausgabeaufschlag | 18,75- EUR |
| KYG441091090 | | | Fremde Spesen | 0,04- EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | SWIFT-Gebühr | 2,00- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 5.020,69- EUR |

Handelsplatz: KY_F
Handelszeit: 31.7.2008 um 00:00:00 Uhr

Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

Duplikat

Dr. Friedrich/Dr. Brigitte Hoder

Schlusstag: 2008-07-31   Kassatag: 2008-08-01   Valuta: 2008-07-30

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

| **35951463802** | 35951463004 | 36719279-2008-08-14 | 35/9141 | 19250 | 1026402 | 001 | 18.8.2008 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |

| | | |
|---|---|---|
| direktanlage.at AG<br>5020 Salzburg, Elisabethstr.22 | **direktanlage.at**<br>Die Bank für Wertpapieranleger. | **KONTOAUSZUG**<br>vom 30.09.2008 |

| | |
|---|---|
| Alter Saldo per 09.06.2008 | 0,00 |
| Summe der Gutschriften | 25.038,87 |
| Summe der Lastschriften | 25.119,86- |

Abs.: Postf. 150, 5021 Salzburg, Austria

Dr. Friedrich/Dr. Brigitte Hoder
Sambeckgasse 16
1140 Wien

| Neuer Saldo zu Ihren Lasten | |
|---|---|
| EUR | 80,99- |

IBAN: AT10 1925 0359 5146 3004    BIC: DIRAAT2S

**35951463004**  19250   35   1026402
Kontonummer  Bankleitzahl  Filiale  DVR    Empfängerhinweis

**0001**   1/3
Auszug  Blatt/Gesamt

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger.

**KONTOAUSZUG**
vom 30.09.2008

Datum  Buchungstext                                                                Wert         Betrag

| 18.08 | Kauf                    Depot   35951463802      | 30.07 | 5.020,69- |
|---|---|---|---|
|  | ISIN KYG441091090 HERALD FD-USA S.PTF 0.EUR  20080814 36719279 | | |