Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Salzburg., the 23. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014722

Regarding: Opposition to the denial of Claim No. 014722

JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Tihomir Pesikan
Johannes-Filzer-Strasse 54/11
A-5020 Salzburg, Austria



direktanlage.at AG  
5020 Salzburg, Elisabethstr.22

**direktanlage.at**  
Die Bank für Wertpapieranleger

**KONTOAUSZUG**  
vom 30.09.2007

**28331**  
Kundennummer

Abs.: Postf. 150, 5021 Salzburg, Austria

DI Tihomir PESIKAN  
Johannes-Filzer-Straße 54/11  
5020 Salzburg

| | |
|---|---:|
| Alter Saldo per 30.06.2007 | 40.000,51 |
| Summe der Gutschriften | 2,66 |
| Summe der Lastschriften | 20.106,82- |

| Neuer Saldo zu Ihren Gunsten | |
|---|---:|
| EUR | 19.896,35 |

IBAN: AT95 1925 0350 2833 1001   BIC: DIRAAT2S

35028331001  18250  35  1026402  Empfängerhinweis  
Kontonummer  Bankleitzahl  Filiale  DVR

0002  1/2  
Auszug  Blatt/Gesamt

---

direktanlage.at AG  
5020 Salzburg, Elisabethstr.22

**direktanlage.at**  
Die Bank für Wertpapieranleger

**KONTOAUSZUG**  
vom 30.09.2007

| Datum | Buchungstext | | | Wert | Betrag |
|---|---|---|---|---:|---:|
| 16.08 | Kauf | Depot | 35828331006 | 25.07 | 10.055,20- |
| | ISIN KYG441091090 HERALD FD-USA S.PTF O.EUR | 20070816 | 36556444 | | 10.051,62- |

