Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Ternitz..., the 23. December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 014723

JAN - 6 2010

Regarding: Opposition to the denial of Claim No. 014723

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the <u>vast majority of shareholders of the fund never received</u> but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance - yours faithfully

Helmut Gschladt
Leutzendorfgasse 36
A-2630 Ternitz, Austria

direktanlage.at AG
5020 Salzburg, Elisabethstr.22

**direktanlage.at**
Die Bank für Wertpapieranleger

**WERTPAPIER/DEPOT Kauf**

Wir haben für Sie folgende Transaktion durchgeführt:

Zugang
Nominale/Stück: 17,3489 STK
Titel:
KYG441091090
Herald Fd SPC-Her.USA Seg.P.O.
Reg.Shs EUR-Class EO .001
Kurs: 1.710,45 EUR
Verwahrart: WR
Positionsdaten: Loco Luxembourg

Helmut Gschladt
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/16a
1010 Wien

Duplikat

Schlusstag: 2007-06-29   Kassatag: 2007-06-29

| 35827361009 | | 36964232-2007-07-11 | 35/9141 | 19250 | 1026402 | 001 | 2007-07-11 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Ausführungsnummer | OE/Stelle | Bankleitzahl | DVR | Seite | Erstellungsdatum |



# direktanlage.at
Die Bank für Wertpapieranleger.

DVR: 1026402

# WERTPAPIERAUFSTELLUNG

Auszug-Nr.: 1/2008 D U P L I K A T
Depot-Nr.: 35827361009
35/9141 Helmut Gschladt
Helmut Gschladt
direktanlage.at AG

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr. Erläuterungen zu Abkürzungen finden Sie auf der Rückseite.

Irrtum vorbehalten!

Helmut Gschladt
c/o Lintner Vermögensverw. GmbH
Rudolfsplatz 1/15a
1010 Wien

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

## AUFSTELLUNG per 31.12.2008

| | Menge | Kenn-Nr. Titel | Kurs | Kurswert EUR |
|---|---|---|---|---|
| Wertpapier Anleihen EUR | 35 | ... | | |
| Fondsanteile EUR | 17,3489 Stk | KYG4410910900 WR Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 23.052,18 |

03.01.2009

Seite 1 --- Seite 2 folgt