Helen V. Cantwell, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: hvcantwe@debevoise.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____
                                    )
SECURITIES INVESTOR PROTECTION      )
CORPORATION                         )
                                    )
        Plaintiff,                  )   Adv. Pr. 08-01789 (BRL)
                                    )
        v.                          )
                                    )   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT        )
SECURITIES LLC                      )
                                    )
        Defendant.                  )
_____)

## OPPOSITION OF AMEETA VIJAYVERGIYA TO TRUSTEE'S DETERMINATION OF CLAIM

Ameeta Vijayvergiya ("Vijayvergiya") hereby submits, by and through her undersigned counsel, this opposition (the "Opposition") to the determination of the trustee (the "Trustee") in the above-captioned liquidation proceeding (the "SIPA Proceeding") under the Securities Investor Protection Act ("SIPA") concerning the Customer Claim (the "Claim") filed by Vijayvergiya in the SIPA Proceeding, dated July 1, 2009, and respectfully represents as follows:

23114421v1

1.   In her Claim, Vijayvergiya asserted a claim in the SIPA Proceeding for the amounts of her investments in BBVA and NATIXIS leveraged notes (specifically the BBVA (Boiro) Fairfield Sentry 5X Leveraged Note and the NATIXIS Fairfield Sentry 4X Leveraged Note).  The underlying fund for both the BBVA and NATIXIS leveraged notes was Fairfield Sentry Limited, which, upon information and belief, was approximately 95% invested with Bernard L. Madoff Investment Securities LLC ("BMIS").

2.   Vijayvergiya is in receipt of the Notice of Trustee's Determination of Claim, dated December 8, 2009, in which the Trustee denied the Claim, designated as Claim No. 015224, on the ground that Vijayvergiya allegedly was not a customer of BMIS under SIPA.  Vijayvergiya does not agree with the Trustee's determination.

3.   Vijayvergiya submits this Opposition in order to preserve any rights or claims that may be recognized in the SIPA Proceeding for persons who indirectly invested in BMIS through "feeder funds" such as Fairfield Sentry Limited.

Dated: New York, New York
       January 7, 2010

DEBEVOISE & PLIMPTON LLP

By:  /s/ Helen V. Cantwell
Helen V. Cantwell
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
Email:  hvcantwe@debevoise.com

2

23114421v1