Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York

Hallein., the 26 December 2009

Bancruptcy case No: 08-1789 (BRL)
Claim No: 015392

Regarding: Opposition to the denial of Claim No.015392

RECEIVED JAN - 6 2010

Dear Sir or Madam,

regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.
- As an investor in Herald Fund SPC I should be as well protected as an direct investors – please find a copy of my Herald holdings enclosed.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . This amount not only contains redemption proceedings which the vast majority of shareholders of the fund never received but also tax payments which were made on behalf of shareholders and funded by their equity.
- In the proceedings (ADV. Pro. No: 09-1359 (BRL)) against Herald Fund SPC and HSBC Securities Services (Luxembourg) S.A. the trustee demands more than USD 578,033,847,- . In demanding this amount also from HSBC, the trustee claims money which the feeder funds i.e. their shareholders should be entitled too.

Because of these reasons, I oppose the denial of my claim and ask you to review my claim again and grant it.

Thank you in advance yours faithfully

Klaus Weickl, Helmut Spraiter
Weistal Landesstrasse 45
A-5400 Hallein, Austria

| | | |
|---|---|---|
| direktanlage.at AG | **direktanlage.at**<br>Die Bank für Wertpapieranleger | **WERTPAPIER/DEPOT**<br>Kauf |
| 5020 Salzburg, Elisabethstr.22 | | |

| Zugang Nominale/Stück: | Kurs | Währung | | |
|---|---|---|---|---|
| 4,1161 STK | 1.214,72 | EUR | Kurswert | 4.999,91- EUR |
| Titel | | | Ausgabeaufschlag | 18,75- EUR |
| KYG441091090 | | | Kapitalertragssteuer | 5,10 EUR |
| Herald Fd SPC-Her.USA Seg.P.O. | | | Fremde Spesen | 0,09- EUR |
| Reg.Shs EUR-Class EO -,001 | | | Zu Lasten | 5.013,65- EUR |

KESt pro Fondsanteil 1,24 EUR
Verwahrart: WR    KESt-pflichtiges Wertpapier
Positionsdaten: Loco: Luxembourg

**Duplikat**

Schlusstag: 2007-08-31    Kassatag: 2007-08-31    Valuta: 2007-07-30

Diese Abrechnung ist maschinell erstellt und wird nicht unterschrieben. Irrtum vorbehalten!

Ing. Klaus Weickl/
Mag. Helmut Spraiter

| 35828332002 | 35028332008 | 36701918-2007-09-14 | 35/9141 | 19250 | 1026402 | 001 | 2007-09-14 |
|---|---|---|---|---|---|---|---|
| Depotnummer | Kontonummer | Abrechnungsnummer | OE/Stelle | Bankleitzahl | D/R | Seite | Erstellungsdatum |



**direktanlage.at**
Die Bank für Wertpapieranleger.

DVR: 1026402

**WERTPAPIERAUFSTELLUNG**

Auszug-Nr.: 1/2008 DUPLIKAT
Depot-Nr.: 3582833002
Ing. Klaus Weickl /
Mag. Helmut Spraiter
35/9141
direktanlage.at AG

An
Klaus Weickl/Helmut Spraiter
c/o Lintner Vermögensverwalt. GmbH
Rudolfsplatz 1/15 A
1010 Wien

Sehr geehrte Kundin, sehr geehrter Kunde,

wir übermitteln Ihnen hiermit ein Verzeichnis der für Sie verbuchten Werte. Wenn Sie binnen 6 Wochen nach Erhalt keine schriftlichen Einwendungen erheben, erklären Sie sich mit dieser Aufstellung einverstanden. Für die Ermittlung der Kurswerte werden in der Regel die zum Stichtag zuletzt verfügbaren Kurse jener Börse, an der die jeweilige Position erworben wurde, herangezogen. Alle Kurse sind trotz sorgfältiger Ermittlung ohne unsere Gewähr. Erläuterungen zu Abkürzungen finden Sie auf der Rückseite.

Irrtum vorbehalten!

Diese maschinelle Aufstellung wird von der Bank nicht unterschrieben.

**AUFSTELLUNG per 31.12.2008**

Wertpapier
Fondsanteile
EUR

| Menge | Kenn-Nr. | Titel | Kurs | Kurswert E |
|---|---|---|---|---|
| 4,1161 Stk | KYG4410910090 WR | Herald Fd SPC-Her.USA Seg.P.O. Reg.Shs EUR-Class EO -,001 Loco: Luxembourg | 1.328,74 (30.11.2008) | 5.469, |

**SUMMENAUFSTELLUNG**

| Positionen | | Anteil in % | Kurswerte E |
|---|---|---|---|
| 1 | Fondsanteile Inland | 39,35 | 3.548, |
| 1 | Fondsanteile Ausland | 60,65 | 5.469, |
| 2 | GESAMT | | 9.017, |

03.01.2009

Seit