CLAYMAN & ROSENBERG
Seth L. Rosenberg    (SR4563)
Paul S. Hugel        (PH4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:      (212) 949-8255

*Attorneys for Harvey Cohen*
(BLMIS Account No. 1-B0081 designated Claim Number 014580)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

SECURITIES INVESTOR PROTECTION        :
CORPORATION,
                                      :      Adv. Pro. No. 08-01789(BRL)
                 Plaintiff,
                                      :
        -against-
                                      :      SIPA Liquidation
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                       :

                 Defendant            :

-------------------------------------------------------X

### OBJECTION TO TRUSTEE'S DETERMIMNATION OF CLAIM

Harvey Cohen ("Objector"), by counsel, CLAYMAN & ROSENBERG, hereby objects to the

Notice of Trustee's Determination of Claim dated December 8, 2009 (the "Determination

Letter"), appended hereto as Exhibit A, as set forth herein.

## BACKGROUND

1.      Objector is a "Customer" as that term is defined by the Securities Investor

Protection Act ("SIPA") of Bernard L. Madoff Investment Securities LLC ("BLMIS").

2.      Objector was and is a member of Bull Market Fund, a general partnership

organized in the State of New York in 1986.

3.      The Bull Market Fund partnership was organized with the knowledge and

encouragement of BMLIS for the purpose of consolidating the bookkeeping for the investment

of certain small investors with BLMIS.

4.      Bull Market Fund received a final statement from BLMIS which indicated that

Bull Market Fund owned securities valued at $36,833,462.86.

5.      On or about December 31, 2008, Objector received a statement from Bull Market

Fund which indicated that Objector's funds invested by Bull Market Fund in BLMIS were

valued at $1,405,753.

6.      On December 11, 2008, the above-captioned liquidation proceeding was

commenced against BLMIS, pursuant to the Securities Investor Protection Act of 1970 ("SIPA").

Irving Picard was appointed Trustee ("BLMIS Trustee") with oversight of the liquidation of

BLMIS and responsibility for processing customer claims for money pursuant to SIPA.

7.      By Order dated December 23, 2008, the Court directed the Trustee to disseminate

notice and claim forms to BLMIS customers and set forth claim-filing deadlines.  The Order

further authorized the Trustee, *inter alia*, "to satisfy, within the limits provided by SIPA, those

portions of any and all customer claims and accounts which agree with the Debtor's books and

records," and provided that, where the BLMIS Trustee disagrees with the amount claimed in a

customer's claim form, the BLMIS Trustee, "shall notify such claimant by mail of his

determination that the claim is disallowed, in whole or in part, and the reason therefor…"

8.    On or about June 22, 2009, Objector timely submitted a customer claim form to

SIPC setting forth his claim in the amount of $1,405,753 ("Objector's claim"). Objector's claim

cross-referenced the BLMIS account of Bull Market Fund. A copy of Objector's claim form is

appended hereto as Exhibit B.

9.    On December 8, 2009, the BLMIS Trustee sent Objector a Determination Letter

denying Objector's claim, "in its entirety." Exhibit A. The Determination Letter stated, in part,

"Based upon a review of available books and records of BLMIS by the Trustee's staff, you did

not have an account with BLMIS. Because you did not have an account, you are not a customer

of BLMIS under SIPA as that term is defined at 15 U.S.C. Section 78111 (2). Accordingly,

your Claim for securities and/or a credit balance is **DENIED**."

10.    Objector objects to the BLMIS Trustee's disallowance of his claim for the reasons

set forth hereinbelow.

### GROUNDS FOR OBJECTION

11.    First:        The Trustee's definition and application of the term, "account" as

set forth in the Determination Letter is incorrect.

12.    Second:        The Trustee's definition and application of the term, "customer" as

set forth in the Determination Letter is incorrect.

13.    Objector reserves the right to revise or amend this Objection. Objector's failure

to assert an objection on a particular ground or grounds shall not be construed as a waiver of its

right to object or join in the objection of other claimants on any additional grounds.

14.    Objector reserves all rights set forth in Rule 9014.

15.    Objector incorporates herein by reference all claims and reservations of rights set forth in Objector's claim form. Exhibit B.

## RELIEF SOUGHT

16.    Objector's claim should be allowed in its entirety.

17.    The Court should direct SIPC to pay Objector the full amount of Objector's claim together with interest thereon commencing not later than the date of the Determination Letter.

18.    Such other and further relief as the Court may deem just and equitable.

Dated: New York, New York
       January 6, 2010

CLAYMAN & ROSENBERG
By:    Seth L. Rosenberg    (SR 4563)
       Paul S. Hugel    ( PH 4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:       (212) 949-8255
rosenberg@clayro.com
hugel@clayro.com

4

# EXHIBIT A

## DETERMINATION LETTER

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008[1]**


**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

HARVEY COHEN
34 COUNTRY DRIVE
PLAINVIEW, NY 11803


Dear HARVEY COHEN:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 014580:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78*lll* (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

------------------------------

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

EXHIBIT B

CUSTOMER CLAIM FORM

**HARVEY COHEN**
**34 COUNTRY DRIVE**
**PLAINVIEW, NY 11803**

June 22, 2009

*Via UPS Overnight*

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Re:    Account Number: 1-B0081
       Harvey Cohen through Bull Market Fund

Dear Mr. Picard:

I am a partner in Bull Market Fund, which had an account with Bernard L. Madoff Investment Securities ("BLMIS"), Account No. 1-B0081.

It is my understanding that Bull Market Fund has submitted its own SIPC Customer Claim Form to your office.

I wish to submit my own personal SIPC Customer Claim Form at this time. I am attaching the following:

1. My SIPC Customer Claim Form;
2. Bull Market Fund's November 30, 2008 BLMIS statement;
3. My 2007 Schedule K-1; and
4. My personal account balance as of December 11, 2008.

I reserve the right to amend or modify this claim if and to the extent warranted by facts and circumstances not presently known to me, or as a result of a subsequent determination by a court of competent jurisdiction with respect to any issue pertaining to my claim.

This letter is hereby incorporated by reference in and made a part of my SIPC Customer Claim Form.

Very truly yours,

Harvey Cohen

G:\Legal\MADOFF\Correspondence\Picard\Entity Investors\IHPicard Ltr - Harvey Cohen 6-09.doc

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _HARVEY COHEN_
_THROUGH BULL MARKET FUND_
Mailing Address: _34 COUNTRY DRIVE_
City: _PLAINVIEW_          State: _NY_          Zip: _11803_
Account No.: _BULL MARKET FUND'S ACCOUNT NO.: 1-B0081_
Taxpayer I.D. Number (Social Security No.): _████-1730_

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************

1.   Claim for money balances as of December 11, 2008:

   a.   The Broker owes me a Credit (Cr.) Balance of        $   -0-

   b.   I owe the Broker a Debit (Dr.) Balance of           $   -0-

   c.   If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, it must be enclosed
        with this claim form.                               $   -0-

   d.   If balance is zero, insert "None."                      NONE

502180406                          1

2.    Claim for securities as of December 11, 2008:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | SEE BULL MARKET FUND ACCOUNT STATEMENT | $1,405,753* | |

*Number of Shares or Face Amount of Bonds*

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

502180406                                 2

* PROVIDED BY BULL MARKET, SEE SUPPLEMENTAL CLAIM INFORMATION ATTACHMENT A

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT
PROVIDED; THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X * | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: DAVID KAPLAN, 300 ROBBINS LANE, SYOSSET, NY  11791

502180406

3

*  SEE SUPPLEMENTAL CLAIM INFORMATION ATTACHMENT A

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date __JUNE 22, 2009__          Signature_____

Date _____          Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

S02180406

4

SUPPLEMENTAL CLAIM INFORMATION
ATTACHMENT A

Claimant is filing this claim form as a customer of Bernard L. Investment Securities LLC ("BLMIS"), having invested in BLMIS through a partnership, Bull Market Fund ("BMF"). Pursuant to the partnership agreement of BMF and other written agreements amongst the Partners of BMF, BMF invested all of its funds with BLMIS. BMF has informed claimant that its customer account number with BLMIS was 1-B0081. BMF has also advised claimant that it is filing a customer claim for the losses in its customer account with BLMIS.

BMF typically issued quarterly statements showing each partner's account summary. In light of the BLMIS fraud, BMF issued a statement to each partner showing their closing balance as of December 10, 2008, a copy of which is enclosed. Claimant believes that as of December 11, 2008, the amount of claimant's investment was all held in the securities as shown on the November 30, 2008 BLMIS statement for BMF, a copy of which is also enclosed.



# BERNARD L. MADOFF

### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**BULL MARKET FUND**
**F/K/A BLUMENFELD EMPLOYEES**
**C/O BLUMENFELD DEV GROUP LTD**
**300 ROBBINS LANE**
**SYOSSET            NY    11791**



Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

| YOUR ACCOUNT NUMBER | PERIOD ENDING | TAX IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 1 |

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED/CREDITED | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,428,340.08 |
| 11/06 | 21,808 | | 10083 | APPLE INC | 105.380 | 2,296,919.04 | |
| 11/06 | 4,992 | | 11118 | ABBOTT LABORATORIES | 55.090 | 275,208.28 | |
| 11/06 | 3,432 | | 11353 | AMGEN INC | 60.350 | 207,258.20 | |
| 11/06 | 2,496 | | 11588 | BOEING CO | 51.120 | 127,696.52 | |
| 11/06 | 6,528 | | 11828 | BANK OF AMERICA | 25.140 | 164,470.16 | |
| 11/06 | 1,872 | | 12058 | BAXTER INTERNATIONAL INC | 60.800 | 113,937.20 | |
| 11/06 | 3,744 | | 12293 | BANK OF NEW YORK MELLON CORP | 32.290 | 121,042.76 | |
| 11/06 | 6,240 | | 12528 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 128,855.40 | |
| 11/06 | 2,184 | | 12763 | ANHEUSER BUSCH COS INC | 62.430 | 136,443.12 | |
| 11/06 | 19,112 | | 12998 | CATL GROUP INC | 11.530 | 221,094.16 | |
| 11/06 | 9,360 | | 13233 | COMCAST CORP CL A | 15.790 | 148,160.40 | |
| 11/06 | 4,992 | | 13468 | CONOCOPHILLIPS | 51.120 | 255,390.04 | |
| 11/06 | 159,032 | | 13703 | CISCO SYSTEMS INC | 17.520 | 2,784,201.64 | |
| 11/06 | 4,680 | | 13938 | CVS CAREMARK CORP | 30.510 | 142,973.80 | |
| 11/06 | 6,552 | | 14173 | CHEVRON CORP | 73.740 | 483,440.48 | |
| 11/06 | 62,552 | | 14408 | THE WALT DISNEY CO | 24.560 | 1,541,771.40 | |
| 11/06 | 339,084 | | 14643 | GENERAL ELECTRIC CO | 19.600 | 6,651,681.40 | |
| 11/06 | 624 | | 14878 | GOOGLE | 356.520 | 222,492.48 | |
| 11/06 | 1,248 | | 15113 | GOLDMAN SACHS GROUP INC | 91.870 | 114,702.76 | |
| 11/06 | 31,616 | | 15348 | HOME DEPOT INC | 23.300 | 737,076.80 | |
| 11/06 | 7,800 | | 15583 | HEWLETT PACKARD CO | 30.310 | 299,130.80 | |
| 11/06 | 4,368 | | 15818 | INTERNATIONAL BUSINESS MACHS | 92.800 | 405,524.40 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

| YOUR ACCOUNT NUMBER | PERIOD ENDING | TAX PAYER ID NUMBER | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 2 |

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 17,784 | | 16053 | INTEL CORP | 16.070 | 286,499.88 | |
| 11/06 | 8,048 | | 16288 | JOHNSON & JOHNSON | 61.310 | 555,093.88 | |
| 11/06 | 11,856 | | 16523 | J.P. MORGAN CHASE & CO | 40.510 | 485,502.96 | |
| 11/06 | 2,992 | | 16758 | KRAFT FOOD INC | 29.180 | 145,528.60 | |
| 11/06 | 6,240 | | 16993 | COCA COLA CO | 44.490 | 277,866.60 | |
| 11/06 | 3,744 | | 17228 | MCDONALDS CORP | 57.900 | 216,926.60 | |
| 11/06 | 31,744 | | 17463 | MEDTRONIC INC | 40.810 | 154,065.64 | |
| 11/06 | 2,184 | | 17698 | 3M COMPANY | 69.690 | 130,491.50 | |
| 11/06 | 6,552 | | 17933 | ALTRIA GROUP INC | 19.160 | 125,798.32 | |
| 11/06 | 6,864 | | 18168 | MERCK & CO | 30.780 | 211,542.92 | |
| 11/06 | 25,272 | | 18403 | MICROSOFT CORP | 22.510 | 252,174.42 | |
| 11/06 | 12,792 | | 18638 | ORACLE CORPORATION | 18.110 | 231,719.52 | |
| 11/06 | 2,808 | | 19343 | OCCIDENTAL PETROLEUM CORP | 54.290 | 152,558.32 | |
| 11/06 | 21,528 | | 19578 | PEPSICO INC | 57. | 284,743.00 | |
| 11/06 | 9,672 | | 19913 | PFIZER INC | 17.500 | 381,691.92 | |
| 11/06 | 6,864 | | 20048 | PROCTER & GAMBLE CO | 64.570 | 624,907.84 | |
| 11/06 | 5,304 | | 20283 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 293,572.72 | |
| 11/06 | 3,744 | | 20518 | QUALCOMM INC | 37.010 | 192,756.24 | |
| 11/06 | 187,20 | | 20753 | SCHLUMBERGER LTD | 51.760 | 505,813.60 | |
| 11/06 | 11,544 | | 20988 | AT&T INC | 26.980 | 116,593.64 | |
| 11/06 | 3,120 | | 21223 | TIME WARNER INC | 10.060 | 116,593.64 | |
| 11/06 | | | 21458 | UNITED PARCEL SVC INC CLASS B | 52.790 | 164,828.80 | |
| 11/06 | 5,016 | | 21693 | U S BANCORP | 29.550 | 166,176.80 | |
| 11/06 | 3,120 | | 21928 | UNITED TECHNOLOGIES CORP | 54.920 | 171,474.40 | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY    11791

| Account | Period | | Page |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 3 |



| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED/CREDITED |
|---|---|---|---|---|---|---|
| 11/06 | 9,048 | | 22163 | VERIZON COMMUNICATIONS | 29.980 | 271,626.04 |
| 11/06 | 10,608 | | 22298 | WELLS FARGO & CO NEW | 33.660 | 357,489.28 |
| 11/06 | 9,176 | | 22353 | WAL-MART STORES INC | 56.560 | 406,161.56 |
| 11/06 | 16,848 | | 22868 | EXXON MOBIL CORP | 73.880 | 1,242,053.64 |
| 11/06 | | | | FIDELITY SPARTAN | DIV | |
| 11/06 | | | | U S TREASURY MONEY MARKET | | |
| 11/06 | | | | DIV 11/05/08 | | |
| 11/06 | | | | FIDELITY SPARTAN | | 2.54 |
| 11/06 | 106,48 | | 10648 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 106,480.00 |
| 11/06 | | 24,408 | 48165 | U S TREASURY MONEY MARKET | 1 | 24,408.00 |
| 11/06 | | 1,925,000 | 48599 | U S TREASURY BILL DUE 12/11/2008 | 99.969 | 1,924,854.23 |
| 11/06 | | 3,500,000 | 48601 | U S TREASURY BILL DUE 12/11/2008 | 99.992 | 3,914,722.00 |
| 11/06 | | 3,925,000 | 48824 | U S TREASURY BILL DUE 12/18/2008 | 99.960 | 3,923,430.00 |
| 11/06 | 3,925,000 | | 49033 | U S TREASURY BILL DUE 01/08/2009 | 99.946 | 3,922,880.50 |
| 11/06 | 3,925,000 | | 49246 | U S TREASURY BILL DUE 01/15/2009 | 99.934 | 3,922,409.50 |
| 11/06 | | | | U S TREASURY BILL DUE 01/22/2009 | | |
| 11/06 | | | | 1/22/2009 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

1-B0081-3-0          11/30/08          *******6934          4

| DATE | SHARES OR AMOUNT TRANSACTED | AMOUNT DEBITED TO YOUR ACCOUNT | TRAN NO. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/06 | | | | | | 3,922,174.00 |
| 11/06 | 2,575,000 | 1,650,000 | 49677 | U S TREASURY BILL DUE 2/12/2009 | 99.902 | 1,649,383.00 |
| 11/06 | | 3,925,000 | 49461 | U S TREASURY BILL DUE 03/29/2009 | 99.928 | 3,922,174.00 |
| 11/06 | | | 49898 | U S TREASURY BILL DUE 2/12/2009 | 99.902 | 2,569,901.50 |
| 11/06 | 2,575,000 | | 50127 | U S TREASURY BILL DUE 3/26/2009 4/02/2009 | 99.751 | 2,568,588.25 |
| 11/06 | 2,575,000 | | 50356 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,567,944.50 |
| 11/07 | 23404 | | | APPLE INC | 108.800 | 211,584.20 |
| 11/07 | 3,456 | | 23639 | ABBOTT LABORATORIES | 56.590 | 195,713.04 |
| 11/07 | 2,376 | | 23874 | AMGEN INC | 62.070 | 147,573.32 |
| 11/07 | 1,728 | | 24109 | BOEING CO | 53.650 | 92,760.72 |
| 11/07 | 11,016 | | 24344 | BANK OF AMERICA | 23.720 | 261,459.52 |
| 11/07 | 1,296 | | 24579 | BAXTER INTERNATIONAL INC | 61.740 | 80,066.04 |
| 11/07 | 2,376 | | 24814 | BANK OF NEW YORK MELLON CORP | 34.210 | 81,377.96 |
| 11/07 | 4,320 | | 25049 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 90,976.40 |
| 11/07 | 11,232 | | 25284 | ANHEUSER BUSCH COS INC | 64.490 | 724,115.28 |
| 11/07 | 11,664 | | 25519 | CITI GROUP INC | 14.410 | 168,544.24 |

CONTINUED ON PAGE  5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
[MADF] New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

| YOUR ACCOUNT NUMBER | PERIOD ENDING | | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | *****6934 | 5 |

| DATE | BOUGHT OR RECEIVED | SOLD, DELIVERED OR EXPIRED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT / CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/07 | 6,264 | | 25754 | COMCAST CORP CL A | 17.390 | 109,180.96 |
| 11/07 | 3,240 | | 25989 | CONOCOPHILLIPS | 53.000 | 172,042.40 |
| 11/07 | 12,744 | | 26224 | CISCO SYSTEMS INC | 17.560 | 223,548.52 |
| 11/07 | 3,024 | | 26459 | CVS CAREMARK CORP | 31.720 | 96,041.28 |
| 11/07 | 4,536 | | 26694 | CHEVRON CORP | 75.450 | 342,422.20 |
| 11/07 | 4,104 | | 26929 | THE WALT DISNEY CO | 25.020 | 105,308.90 |
| 11/07 | 22,600 | | 27164 | GENERAL ELECTRIC CO | 19.880 | 450,409.80 |
| 11/07 | 432 | | 27399 | GOOGLE | 349.160 | 150,854.12 |
| 11/07 | 664 | | 27634 | GOOGLE | 89.070 | 76,999.48 |
| 11/07 | 3,672 | | 27869 | GOLDMAN SACHS GROUP INC | 22.480 | 82,867.56 |
| 11/07 | 5,400 | | 28104 | HOME DEPOT INC | 38.820 | 209,944.00 |
| 11/07 | 3,024 | | 28339 | HEWLETT-PACKARD CO | 92.430 | 279,628.32 |
| 11/07 | 12,096 | | 28574 | INTERNATIONAL BUSINESS MACHS | 16. | 194,019.00 |
| 11/07 | 6,908 | | 28809 | INTEL CORP | 63.820 | 314,120.36 |
| 11/07 | 8,208 | | 29044 | JOHNSON & JOHNSON | 40.960 | 366,975.20 |
| 11/07 | 3,240 | | 29279 | JP MORGAN CHASE & CO | 29.710 | 961,389.40 |
| 11/07 | 4,320 | | 29514 | KRAFT FOOD INC | 46.580 | 201,397.60 |
| 11/07 | 2,376 | | 29749 | COCA COLA CO | 57.510 | 130,736.40 |
| 11/07 | 1,516 | | 29984 | MCDONALDS CORP | 41.440 | 97,843.64 |
| 11/07 | 4,536 | | 30219 | MEDTRONIC INC | 64.880 | 98,158.56 |
| 11/07 | 2,376 | | 30454 | 3M COMPANY | 19.370 | 88,043.32 |
| 11/07 | 4,752 | | 30689 | ALTRIA GROUP INC | 30.400 | 145,030.98 |
| 11/07 | 17,280 | | 30924 | MERCK & CO | 30.490 | 397,094.20 |
| 11/07 | 8,640 | | 31159 | MICROSOFT CORP | 18.470 | 159,925.80 |
| | | | | ORACLE CORPORATION | | |

CONTINUED ON PAGE 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                 NY  11791

| Account No. | Date | Account | Page |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | *******6934 | 6 |

| Date | Bought/Received In | Sold/Delivered Out | TIN | Description | Price or Symbol | Amount Debited | Amount Credited |
|---|---|---|---|---|---|---|---|
| 11/01 | 1,728 | | 31864 | OCCIDENTAL PETROLEUM CORP | 54.380 | | 94,037.64 |
| 11/01 | 3,456 | | 32099 | PEPSICO INC | 58.630 | | 202,763.28 |
| 11/01 | 4,608 | | 32234 | PFIZER INC | | | 262,971.00 |
| 11/01 | 4,536 | | 32359 | PROCTER & GAMBLE CO | 65.380 | | 436,713.28 |
| 11/01 | 3,672 | | 32804 | PHILLIP MORRIS INTERNATIONAL | 43.640 | | 198,132.04 |
| 11/01 | 2,592 | | 33039 | QUALCOMM INC | 37.690 | | 139,543.68 |
| 11/01 | 12,528 | | 33744 | SCHLUMBERGER LTD | 51.770 | | 139,200.84 |
| 11/01 | | | 35009 | AT&T INC | 28.930 | | 362,608.48 |
| 11/01 | 7,776 | | 33744 | TIME WARNER INC | 10.110 | | 78,926.36 |
| 11/01 | 2,160 | | 33079 | UNITED PARCEL SVC INC CLASS B | 53.680 | | 116,034.80 |
| 11/01 | 3,888 | | 34214 | U S BANCORP | 30.730 | | 119,866.52 |
| 11/01 | 2,160 | | 34449 | UNITED TECHNOLOGIES CORP | 56 | | 121,046.00 |
| 11/01 | 6,048 | | 36684 | VERIZON COMMUNICATIONS | 31.810 | | 192,627.88 |
| 11/01 | 7,344 | | 34919 | WELLS FARGO & CO NEW | 34.000 | | 250,576.52 |
| 11/01 | 4,968 | | 35154 | WAL-MART STORES INC | 56.750 | | 281,032.64 |
| 11/01 | 11,448 | | 35389 | EXXON MOBIL CORP | 75.280 | | 862,262.44 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .34 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | | | |
| 11/07 | 18,784 | 10883 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,784.00 |
| 11/07 | | 2,375,000 | 11174 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 2,373,171.25 |

CONTINUED ON PAGE 7

2/05/2009

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF  INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                              NY   11791

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 7 | *******6934 |

| DATE | BOUGHT RECEIVED IN | SOLD DELIVERED OUT | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 2,450,000 | | 11382 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,447,231.50 |
| 11/07 | 2,450,000 | | 13597 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 2,447,280.50 |
| 11/07 | | 2,450,000 | 13813 | U S TREASURY BILL DUE 03/05/2009 | 99.860 | | 2,447,813.50 |
| 11/07 | | 2,450,000 | 12019 | U S TREASURY BILL DUE 3/05/2009 | 99.840 | | 2,446,080.00 |
| 11/07 | 1,175,000 | | 12141 | U S TREASURY BILL DUE 04/09/2009 | 99.720 | | 1,171,710.00 |
| 11/07 | 1,175,000 | | 12561 | U S TREASURY BILL DUE 4/09/2009 | 99.674 | | 1,171,134.25 |
| 11/07 | 30,199.99 | | 12081 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,199.00 |
| 11/10 | 2,376 | | 35864 | APPLE INC | 108.720 | 258,413.72 | |
| 11/10 | 4,224 | | 36099 | ABBOTT LABORATORIES | 55.910 | 236,331.84 | |
| 11/10 | 2,904 | | 33334 | AMGEN INC | 59.020 | 171,725.48 | |
| 11/10 | 2,112 | | 36589 | BOEING CO | 52.190 | 110,305.28 | |
| 11/10 | 13,728 | | 36804 | BANK OF AMERICA | 24.050 | 330,707.40 | |

CONTINUED ON PAGE   8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                           NY    11791

| YOUR ACCOUNT NUMBER | PERIOD ENDING | (acct no.) | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 8 |

| DATE | BOUGHT RECEIVED | Ref No. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 11/10 | 1,848 | 37039 | BAXTER INTERNATIONAL INC | 60.770 | 112,375.96 |
| 11/10 | 3,168 | 37274 | BANK OF NEW YORK MELLON CORP | 33.490 | 106,190.64 |
| 11/10 | 5,544 | 37509 | BRISTOL-MYERS SQUIBB COMPANY | 21.310 | 118,563.62 |
| 11/10 | 1,848 | 37744 | ANHEUSER-BUSCH COS INC | 64.090 | 118,511.32 |
| 11/10 | 15,048 | 37979 | CITI GROUP INC | 14.270 | 215,335.96 |
| 11/10 | 7,920 | 38214 | COMCAST CORP | 17.410 | 138,203.20 |
| 11/10 | 4,224 | 38449 | CONOCOPHILLIPS | 54.450 | 230,205.76 |
| 11/10 | 16,104 | 38684 | CISCO SYSTEMS INC | 18.080 | 291,804.32 |
| 11/10 | 3,960 | 38919 | CVS CAREMARK CORP | 31.300 | 124,106.00 |
| 11/10 | 5,808 | 39154 | CHEVRON CORP | 76.550 | 444,834.72 |
| 11/10 | 5,016 | 39389 | THE WALT DISNEY CO | 25.650 | 128,910.56 |
| 11/10 | 28,776 | 39624 | GENERAL ELECTRIC CO | 20.530 | 591,922.28 |
| 11/10 | 528 | 39859 | GOOGLE | 363.580 | 191,991.24 |
| 11/10 | 1,320 | 40094 | GOLDMAN SACHS GROUP INC | 92.660 | 122,309.60 |
| 11/10 | 4,752 | 40329 | HOME DEPOT INC | 23.030 | 109,628.56 |
| 11/10 | 6,864 | 40564 | HEWLETT PACKARD CO | 37.290 | 256,232.56 |
| 11/10 | 3,696 | 40799 | INTERNATIONAL BUSINESS MACHS | 92.660 | 342,618.36 |
| 11/10 | 7,656 | 41034 | JOHNSON & JOHNSON | 61.320 | 469,741.92 |
| 11/10 | 15,576 | 41269 | J.P. MORGAN CHASE & CO | 41.730 | 650,036.36 |
| 11/10 | 10,032 | 41504 | KRAFT FOOD INC | 30.100 | 302,310.40 |
| 11/10 | 5,544 | 41739 | COCA COLA CO | 45.500 | 252,472.00 |
| 11/10 | 3,168 | 41974 | MCDONALDS CORP | 57.250 | 181,430.64 |
| 11/10 | 3,168 | 42209 | MEDTRONIC INC | 40.300 | 127,796.40 |

CONTINUED ON PAGE 9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                NY    11791

| YOUR ACCOUNT NUMBER | DATE | TAX ID NO. | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | *******6934 | 9 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,848 | | 42679 | 3M COMPANY | 64.690 | 119,626.12 | |
| 11/10 | 5,544 | | 42914 | ALTRIA GROUP INC | 18.890 | 104,967.16 | |
| 11/10 | 5,888 | | 43143 | MERCK & CO | 30.510 | 177,413.08 | |
| 11/10 | 21,584 | | 43584 | MICROSOFT CORP | 23.200 | 496,965.80 | |
| 11/10 | 10,824 | | 43619 | ORACLE CORPORATION | 18.600 | 201,758.40 | |
| 11/10 | 2,376 | | 44324 | OCCIDENTAL PETROLEUM CORP | 56.010 | 133,174.76 | |
| 11/10 | 4,224 | | 44559 | PEPSICO INC | 57.750 | 243,759.20 | |
| 11/10 | 10,744 | | 44794 | PFIZER INC | 17.900 | 381,578.24 | |
| 11/10 | 8,184 | | 45029 | PROCTER & GAMBLE CO | 65.230 | 534,169.32 | |
| 11/10 | 5,544 | | 45264 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 244,323.32 | |
| 11/10 | 7,488 | | 45499 | QUALCOMM INC | 31.910 | 161,722.08 | |
| 11/10 | 3,932 | | 45734 | SCHLUMBERGER LTD | 56.500 | | |
| 11/10 | 16,368 | | 45969 | ATT INC | 28.580 | 468,451.44 | |
| 11/10 | 9,504 | | 46204 | TIME WARNER INC | 11.010 | 105,019.04 | |
| 11/10 | 2,640 | | 46439 | UNITED PARCEL SVC INC CLASS B | 51.420 | 14,377.80 | |
| 11/10 | 4,752 | | 46674 | U S BANCORP | 31.510 | 149,925.52 | |
| 11/10 | 2,640 | | 46909 | UNITED TECHNOLOGIES CORP | 56.430 | 149,080.20 | |
| 11/10 | 7,920 | | 47144 | VERIZON COMMUNICATIONS | 32 | 255,156.00 | |
| 11/10 | 47,976 | | 47379 | WELLS FARGO & CO NEW | 34.600 | 310,928.50 | |
| 11/10 | 6,072 | | 47614 | EXXON MOBIL CORP | 55.710 | 338,513.12 | |
| 11/10 | 149,256 | | 47849 | WAL-MART STORES INC | 75.800 | 1,081,174.80 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | |

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY    11791

| YOUR ACCOUNT NUMBER | THIS STATEMENT DATE | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 10 |

| DATE | PURCHASED RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/10 | | 30,199 | 12816 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 30,199.00 |
| 11/10 | | 2,500,000 | 13204 | U S TREASURY BILL DUE 03/19/2009 | 99.867 | | 2,496,542.00 |
| 11/10 | | 2,575,000 | 13433 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 2,570,725.50 |
| 11/10 | | 2,575,000 | 13625 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 2,569,077.50 |
| 11/10 | | 3,750,000 | 13828 | U S TREASURY BILL DUE 4/02/2009 | 99.742 | | 3,740,325.00 |
| 11/10 | | 1,175,000 | 14061 | U S TREASURY BILL DUE 4/09/2009 | 99.686 | | 1,171,310.50 |
| 11/10 | 50,000 | | 14281 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | | 49,843.00 |
| 11/10 | 685 | | 14508 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | | 685.00 |
| 11/14 | | 10,400 | 29442 | THE WARNER INC CHECK | 9.720 CN | | 100,612.00 |
| 11/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/14/08 | DIV | | .05 |
| | | | | CONTINUED ON PAGE 11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET            NY    11791

| YOUR ACCOUNT NUMBER | PERIOD ENDING | TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | ******6934 | 11 |

| PROCESS DATE | AMOUNT TRANSACTED | RN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/14 | 685 | 29393 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 685.00 |
| 11/14 | 1,357 | 29864 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,357.00 |
| 11/18 | | | CHECK | CA | | 25,000.00 |
| 11/18 | | | CHECK | CA | | 15,000.00 |
| 11/18 | | | CHECK | CA | | 100,000.00 |
| 11/18 | | | CHECK | CA | | 100,000.00 |
| 11/18 | | | CHECK | CA | | 200,000.00 |
| 11/18 | | | CHECK | CA | | 15,000.00 |
| 11/18 | 5,944 | 59250 | ANHEUSER BUSCH COS INC | CA | | 385,000.00 |
| 11/18 | 375,000 | 49488 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 374,362.50 | |
| 11/18 | 375,000 | 49723 | U S TREASURY BILL DUE 4/16/2009 | | 13,711.00 | |
| 11/18 | 450,000 | 49954 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 449,235.00 | |
| 11/18 | 5,705 | 49965 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,705.00 | |
| 11/19 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | .45 |
| 11/19 | 20,839 | 50057 | DIV FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 20,839.00 |

CONTINUED ON PAGE    12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**

MADF

INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                         NY    11791

YOUR ACCOUNT NUMBER: 1-B0081-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6934
PAGE: 12

| DATE | BOUGHT RECEIVED | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/19 | 3,525,000 | | 54708 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 3,522,391.50 | |
| 11/19 | 9,120 | | 59998 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,120.00 | |
| 11/20 | | 3,525,000 | 63699 | U S TREASURY BILL DUE 03/26/2009 CHECK 3/26/2009 | 99.962 | 675,000.00 | 3,525,660.51 |
| 11/20 | 2,850,000 | | 63937 | U S TREASURY BILL DUE 4/16/2009 | 99.947 | 2,848,483.50 | |
| 11/20 | 171 | | 64175 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 171.00 | |
| 11/25 | 882 | | 64417 | APPLE INC | 85.070 | 75,066.74 | |
| 11/25 | 1,568 | | 64655 | ABBOTT LABORATORIES | 54.140 | 84,953.52 | |
| 11/25 | 1,078 | | 64893 | AMGEN INC | 53.630 | 57,856.14 | |
| 11/25 | 4,998 | | 65131 | BANK OF AMERICA | 12.980 | 65,073.04 | |
| 11/25 | 588 | | 65369 | BAXTER INTERNATIONAL INC | 52.590 | 30,933.16 | |
| 11/25 | 1,176 | | 65607 | BANK OF NEW YORK MELLON CORP | 24.690 | 29,082.44 | |
| 11/25 | 1,960 | | 65845 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 39,552.40 | |
| 11/25 | 5,684 | | 66083 | CITI GROUP INC | 6.100 | 34,899.40 | |
| 11/25 | 490 | | 66321 | COLGATE PALMOLIVE CO | 62.660 | 30,722.40 | |
| 11/25 | 2,842 | | 66559 | COMCAST CORP CL A | 13.970 | 39,815.74 | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MLMIS** | **MADFF** | New York ☐ London

INVESTMENT SECURITIES LLC

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222



BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TRADE DATE** | **AMOUNT OF TRANSACTIONS** | **BOUGHT OR RECEIVED** | **SOLD OR DELIVERED** | **TSN** | **DESCRIPTION** | **PRICE OR SYMBOL** | **AMOUNT DEBITED TO YOUR ACCOUNT** | **AMOUNT CREDITED TO YOUR ACCOUNT** |
| 11/25 | | 1,568 | | 66797 | CONOCOPHILLIPS | 45.100 | | 70,778.80 |
| 11/25 | | 5,880 | | 67035 | CISCO SYSTEMS INC | 14.970 | | 88,253.60 |
| 11/25 | | 17,470 | | 67121 | CVS CAREMARK CORP | 27.060 | | 339,800.90 |
| 11/25 | | 2,058 | | 67151 | CHEVRON CORP | 68.410 | | 141,487.18 |
| 11/25 | | 1,862 | | 67749 | THE WALT DISNEY CO | 19.760 | | 36,867.12 |
| 11/25 | | 686 | | 67987 | EXELON CORP | 48.760 | | 33,462.64 |
| 11/25 | | 10,786 | | 68225 | GENERAL ELECTRIC CO | 14.010 | | 151,153.80 |
| 11/25 | | 196 | | 68463 | GOOGLE | 275 | | 53,907.00 |
| 11/25 | | 1,666 | | 68701 | HOME DEPOT INC | 19.530 | | 32,602.98 |
| 11/25 | | 2,450 | | 68939 | HEWLETT PACKARD CO | 32.990 | | 80,925.50 |
| 11/25 | | 1,372 | | 69177 | INTERNATIONAL BUSINESS MACHS | 75.000 | | 103,065.75 |
| 11/25 | | 5,885 | | 69415 | INTEL CORP | 12.270 | | 659,960.68 |
| 11/25 | | 2,842 | | 69653 | JOHNSON & JOHNSON | 57.650 | | 163,95.30 |
| 11/25 | | 3,724 | | 69891 | J P MORGAN CHASE & CO | 27.760 | | 103,526.24 |
| 11/25 | | 1,410 | | 70129 | KRAFT FOODS INC | 25.900 | | 36,519.00 |
| 11/25 | | 1,960 | | 70367 | COCA COLA CO | 42.040 | | 82,478.40 |
| 11/25 | | 1,078 | | 70605 | MCDONALDS CORP | 55 | | 59,333.00 |
| 11/25 | | 1,176 | | 70843 | MEDTRONIC INC | 30.800 | | 36,131.00 |
| 11/25 | | 616 | | 71081 | 3M COMPANY | 58.230 | | 35,267.80 |
| 11/25 | | 2,058 | | 71319 | MERCK & CO | 19.250 | | 40,007.08 |
| 11/25 | | 2,156 | | 71557 | MICROSOFT CORP | 25 | | 53,986.00 |
| 11/25 | | 7,840 | | 71795 | ORACLE CORPORATION | 18.100 | | 142,217.00 |
| 11/25 | | 3,920 | | 72209 | OCCIDENTAL PETROLEUM CORP | 16.030 | | 63,017.00 |
| 11/25 | | 882 | | 72447 | OCCIDENTAL PETROLEUM CORP | 44.540 | | 39,345.74 |
| 11/25 | | 1,568 | | 72985 | PEPSICO INC | 51.800 | | 81,284.40 |

CONTINUED ON PAGE  14

1-B0081-3-0        11/30/08        *******6934        13

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

YOUR ACCOUNT NUMBER: 1-B0081-3-0
PERIOD ENDING: 11/30/08
YOUR TAX ID NUMBER: *****6934
PAGE: 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/25 | 6,762 | | 73223 | PFIZER INC | 15.320 | 103,863.84 | |
| 11/25 | 2,940 | | 73661 | PROCTER & GAMBLE CO | 61.940 | 182,220.60 | |
| 11/25 | 1,708 | | 73699 | PHILIP MORRIS INTERNATIONAL | 46.380 | 79,752.04 | |
| 11/25 | 1,666 | | 73937 | QUALCOMM INC | 29.850 | 49,726.10 | |
| 11/25 | 1,176 | | 74175 | SCHLUMBERGER LTD | 46.270 | 54,460.52 | |
| 11/25 | 5,890 | | 74413 | AT&T INC | 25.000 | 147,235.00 | |
| 11/25 | 7,651 | | 74671 | TIME WARNER INC | 8.010 | 129,102.26 | |
| 11/25 | 980 | | 74889 | UNITED PARCEL SVC INC CLASS B | 50.560 | 49,783.00 | |
| 11/25 | 1,764 | | 75127 | U S BANCORP | 23.400 | 41,347.60 | |
| 11/25 | 980 | | 75365 | UNITED TECHNOLOGIES CORP | 54.590 | 53,562.20 | |
| 11/25 | 2,842 | | 75603 | VERIZON COMMUNICATIONS | 26.570 | 75,562.94 | |
| 11/25 | 3,822 | | 75841 | WELLS FARGO & CO NEW | 23.820 | 91,192.04 | |
| 11/25 | 2,254 | | 76079 | WAL-MART STORES INC | 51.450 | 116,058.30 | |
| 11/25 | 1,372 | | 76317 | EXXON MOBIL CORP | 33. | 45,350.00 | |
| 11/25 | 5,292 | | 75555 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 381,235.00 | |
| 11/25 | | 9,291 | 75122 | DIV 11/25/08 | 1 | | 9,291.00 |
| 11/25 | | 3,725,000 | 77386 | U S TREASURY BILL DUE 4/16/2009 | 99.878 | | 3,720,455.5 |
| 11/25 | 42,963 | | 77681 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,963.00 | |
| 11/25 | | | 77122 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | | |

CONTINUED ON PAGE 15

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061



Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                NY  11791

YOUR ACCOUNT NUMBER: 1-B0081-3-0
11/30/08
PAGE 15
********6934

| DATE | BOUGHT, RECEIVED | SOLD, DELIVERED | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/26 | 5,000 | | | CHECK | CA | 5,000.00 | 5,000.00 |
| 11/26 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | 5,000.00 |
| 11/28 | 100 | | 78420 | BAXTER INTERNATIONAL INC | 52.630 | | 5,260.00 |
| 11/28 | | | | CHECK | CW DIV | 50,000.00 | 50,000.00 |
| 11/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/28/08 | | | 2.26 |
| 11/28 | 47,963 | | 78257 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 47,963.00 |
| | 3,226 | | 78124 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,226.00 | |
| | | | | NEW BALANCE | | 5,119,352.95 | |
| | | | | SECURITY POSITIONS | | | |
| | 53,496 | | | ATEI INC | 28.560 | | |
| | 14,240 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 18,690 | | | ALTRIA GROUP INC | 16.080 | | |
| | 9,790 | | | AMGEN INC | 55.340 | | |
| | 8,010 | | | APPLE INC | 92.670 | | |
| | 45,966 | | | BANK OF AMERICA | 16.250 | | |
| | 10,242 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 5,504 | | | BAXTER INTERNATIONAL INC | 52.960 | | |
| | 6,336 | | | BOEING CO | 42.630 | | |
| | | | | CONTINUED ON PAGE 16 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222



BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                                NY   11791

YOUR ACCOUNT NUMBER: **1-B0081-3-0**

PERIOD ENDING: **11/30/08**

TAX PAYER ID NUMBER: **\*\*\*\*\*\*6934**

PAGE: **16**

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT/ RECEIVED LONG | SOLD/ DELIVERED SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 18,064 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 13,134 | | | CVS CAREMARK CORP | 28.930 | | |
| | 18,954 | | | CHEVRON CORP | 79.010 | | |
| | 53,760 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 49,868 | | | CITI GROUP INC | 8.290 | | |
| | 10,064 | | | COCA-COLA CO | 46.870 | | |
| | 490 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 26,386 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 14,024 | | | CONOCOPHILLIPS | 52.520 | | |
| | 11,222 | | | THE WALT DISNEY CO | 22.520 | | |
| | 686 | | | EXELON CORP | 56.210 | | |
| | 47,844 | | | EXXON MOBIL CORP | 80.150 | | |
| | 95,620 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 3,432 | | | GOLDMAN SACHS GROUP INC | 78.090 | | |
| | 1,780 | | | GOOGLE | 292.960 | | |
| | 22,514 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 15,706 | | | HOME DEPOT INC | 23.110 | | |
| | 51,140 | | | INTEL CORP | 13.000 | | |
| | 12,460 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 33,820 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 25,594 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 13,926 | | | KRAFT FOOD INC | 27.210 | | |
| | 10,366 | | | MCDONALDS CORP | 58.750 | | |
| | 10,464 | | | MEDTRONIC INC | 30.520 | | |
| | | | | CONTINUED ON PAGE  17 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

| Account No. | Date | Page |
|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 17 |

*****6934



| Bought/Received | Sold/Delivered | TRN | Description | Price | Amount Debited/Credited |
|---|---|---|---|---|---|
| 19,580 | | | MERCK & CO | 26.720 | |
| 74,776 | | | MICROSOFT CORP | 20.220 | |
| 36,176 | | | OCCIDENTAL PETROLEUM CORP | 5.140 | |
| 14,240 | | | ORACLE CORPORATION | 18.050 | |
| 61,722 | | | PEPSICO INC | 56.700 | |
| 19,102 | | | PFIZER INC | 16.430 | |
| 27,492 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | |
| 15,130 | | | PROCTER & GAMBLE CO | 61.350 | |
| 10,944 | | | QUALCOMM INC | 33.570 | |
| 3,226 | | | SCHLUMBERGER LTD | 50.740 | |
| | | | FIDELITY SPARTAN | | |
| | | | U S TREASURY MONEY MARKET | 1 | |
| 6,230 | | | 3M COMPANY | 66.930 | |
| 22,050 | | | TIME WARNER INC | 9.050 | |
| 16,020 | | | U S BANCORP | 22.980 | |
| 8,900 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | |
| 25,758 | | | UNITED TECHNOLOGIES CORP | 46.530 | |
| 20,470 | | | VERIZON COMMUNICATIONS | 52.850 | |
| 30,750 | | | WAL-MART STORES INC | 55.880 | |
| | | | WELLS FARGO & CO NEW | 28.890 | |
| 1,972 | | | WYETH | 36.010 | |
| | | | MARKET VALUE OF SECURITIES LONG   37,919,842.86 | | |
| | | | MARKET VALUE OF SECURITIES SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET            NY   11791

YOUR ACCOUNT NUMBER
1-B0081-3-0

PERIOD ENDING
11/30/08

PAGE
18

YOUR TAXPAYER IDENTIFICATION NUMBER
******6934

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TR/ | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 228,546.35 |
| | | | | GROSS PROCEEDS FROM SALES | | | 225,789,057.21 |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY     11791

YOUR ACCOUNT NUMBER: 1-B0081-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5934
PAGE: 1

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,428,341.00 |
| 11/06 | 312 | | 18073 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 633,048.00 |
| 11/06 | | 312 | 19108 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 639,912.00 | |
| 11/07 | 216 | | 31394 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 477,984.00 |
| 11/07 | | 216 | 31629 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 298,296.00 | |
| 11/10 | 264 | | 43854 | S & P 100 INDEX NOVEMBER 485 CALL | 12.100 | | 321,096.00 |
| 11/10 | | 264 | 44089 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 443,784.00 | |
| 11/19 | 792 | | 30065 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 2,058,408.00 |
| 11/19 | | 792 | 30303 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 2,376,792.00 | |
| 11/19 | -528 | | 30541 | S & P 100 INDEX NOVEMBER 470 CALL | 1.300 | 70,728.00 | |
| 11/19 | 264 | | 30779 | S & P 100 INDEX NOVEMBER 470 CALL | .900 | 24,024.00 | |
| 11/19 | | 528 | 31017 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 2,375,472.00 |
| 11/19 | | 264 | 31255 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 1,557,336.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1-B0081-4-0

11/30/08

\*\*\*\*\*\*6934

PAGE 2

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET           NY    11791

| DATE | BOUGHT RECEIVED IN | SOLD DELIVERED OUT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 98 | 72033 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 333,10 |
| 11/25 | 98 | | 72270 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 205,893.00 | |
| | | 792 | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 792 | | S & P 100 INDEX DECEMBER 420 CALL | 23.300 | | |
| | 98 | | | S & P 100 INDEX DECEMBER 80 CALL | 61 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | 5,119.35 |
| | | | | MARKET VALUE OF SECURITIES LONG | 17,956,780.00 | | |
| | | | | SHORT | 2,443,100.00- | | |

b51107

| Schedule K-1 (Form 1065) | **2007** | ☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0099 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| **Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|
| 1 Ordinary business income (loss) <br> 0. | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income <br> 17,077. | |
| 6a Ordinary dividends <br> 10,212. | 17 Alternative min tax (AMT) items |
| 6b Qualified dividends | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses |
| 8 Net short-term capital gain (loss) <br> 94,310. | |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions <br> A      22,000. |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information <br> A      27,289. <br> W*     17,077. |
| 11 Other income (loss) <br> C    3,641. | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
11-2796934

**B** Partnership's name, address, city, state, and ZIP code

BULL MARKET FUND
300 ROBBINS LANE
SYOSSET, NY  11791

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
███-1730

**F** Partner's name, address, city, state, and ZIP code

HARVEY ALAN   COHEN
34 COUNTRY DRIVE
PLAINVIEW, NY 11803

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner?  INDIVIDUAL

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | _____ |
| Qualified nonrecourse financing | $ | _____ |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | _____ |
| Capital contributed during the year | $ | 1,171,518. |
| Current year increase (decrease) | $ | 125,240. |
| Withdrawals & distributions | $( | 22,000.) |
| Ending capital account | $ | 1,274,758. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

For IRS Use Only

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

50

# MEMORANDUM

**TO:**      **Harvey Cohen**

**FROM:**    Harvey Cohen

**RE:**      Bull Market Fund

**DATE:**    **December 31, 2008**

---

Please find below your balance in the Bull Market Fund as of December 10, 2008.  This includes your November 30, 2008 balance plus any additions, if applicable, made subsequent to November 30, 2008 and sent to Bernard L. Madoff Investment Securities, LLC.

Account Balance as of December 10, 2008:  $1,405,753

Please call me if I can be of further service.

DECLARATION OF SERVICE

State of New York, County of New York )ss:

Ramsey Hinkle an attorney admitted to practice in the courts of New York, hereby declares:

I am not a party to this action, am over 18 years of age and am an associate at the law office of Clayman & Rosenberg, LLP 305 Madison Avenue, New York, New York 10165.

On January 6, 2010, I served a true copy of the annexed OBJECTIONS TO TRUSTEES DETERMINATIONS by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee for that purpose. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

> VIA FEDERAL EXPRESS
> Irving H. Picard, Trustee
> c/o Baker and Hostetler LLP
> 45 Rockefeller Plaza – 11th Floor
> New York, New York 10111

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on:    January 6, 2010
                New York, New York

_____
Ramsey Hinkle