CLAYMAN & ROSENBERG
Seth L. Rosenberg    (SR 4563)
Paul S. Hugel        (PH 4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:       (212) 949-8255

*Attorneys for David Blumenfeld Family Trust*
(BLMIS Account No. 1-B0081 designated Claim Number  011218

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

SECURITIES INVESTOR PROTECTION            :
CORPORATION,
                                          :        Adv. Pro. No. 08-01789(BRL)
            Plaintiff,                    :

                                          :
     -against-
                                          :        SIPA Liquidation
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                           :

            Defendant                     :

-----------------------------------------------------X

### OBJECTION TO TRUSTEE'S DETERMIMNATION OF CLAIM

David Blumenfeld Family Trust ("Objector"), by counsel, CLAYMAN & ROSENBERG,

hereby objects to the Notice of Trustee's Determination of Claim dated December 8, 2009 (the

"Determination Letter"), appended hereto as Exhibit A, as set forth herein.

## BACKGROUND

1.    Objector is a "Customer" as that term is defined by the Securities Investor

Protection Act ("SIPA") of Bernard L. Madoff Investment Securities LLC ("BLMIS").

2.    Objector was and is a member of Bull Market Fund, a general partnership

organized in the State of New York in 1986.

3.    The Bull Market Fund partnership was organized with the knowledge and

encouragement of BMLIS for the purpose of consolidating the bookkeeping for the investment

of certain small investors with BLMIS.

4.    Bull Market Fund received a final statement from BLMIS which indicated that

Bull Market Fund owned securities valued at $36,833,462.86.

5.    On or about December 31, 2008, Objector received a statement from Bull Market

Fund which indicated that Objector's funds invested by Bull Market Fund in BLMIS were

valued at $1,158,659.

6.    On December 11, 2008, the above-captioned liquidation proceeding was

commenced against BLMIS, pursuant to the Securities Investor Protection Act of 1970 ("SIPA").

Irving Picard was appointed Trustee ("BLMIS Trustee") with oversight of the liquidation of

BLMIS and responsibility for processing customer claims for money pursuant to SIPA.

7.    By Order dated December 23, 2008, the Court directed the Trustee to disseminate

notice and claim forms to BLMIS customers and set forth claim-filing deadlines.  The Order

further authorized the Trustee, *inter alia*, "to satisfy, within the limits provided by SIPA, those

portions of any and all customer claims and accounts which agree with the Debtor's books and

records," and provided that, where the BLMIS Trustee disagrees with the amount claimed in a

2

customer's claim form, the BLMIS Trustee, "shall notify such claimant by mail of his

determination that the claim is disallowed, in whole or in part, and the reason therefor…"

8.    On or about June 24, 2009, Objector timely submitted a customer claim form to

SIPC setting forth his claim in the amount of $1,158,659 ("Objector's claim"). Objector's claim

cross-referenced the BLMIS account of Bull Market Fund. A copy of Objector's claim form is

appended hereto as Exhibit B.

9.    On December 8, 2009, the BLMIS Trustee sent Objector a Determination Letter

denying Objector's claim, "in its entirety." Exhibit A. The Determination Letter stated, in part,

"Based upon a review of available books and records of BLMIS by the Trustee's staff, you did

not have an account with BLMIS. Because you did not have an account, you are not a customer

of BLMIS under SIPA as that term is defined at 15 U.S.C. Section 78111 (2). Accordingly,

your Claim for securities and/or a credit balance is **DENIED**."

10.    Objector objects to the BLMIS Trustee's disallowance of his claim for the reasons

set forth hereinbelow.

## GROUNDS FOR OBJECTION

11.    First:    The Trustee's definition and application of the term, "account" as

set forth in the Determination Letter is incorrect.

12.    Second:    The Trustee's definition and application of the term, "customer" as

set forth in the Determination Letter is incorrect.

13.    Objector reserves the right to revise or amend this Objection. Objector's failure

to assert an objection on a particular ground or grounds shall not be construed as a waiver of its

right to object or join in the objection of other claimants on any additional grounds.

14.    Objector reserves all rights set forth in Rule 9014.

3

15.    Objector incorporates herein by reference all claims and reservations of rights set forth in Objector's claim form. Exhibit B.

**RELIEF SOUGHT**

16.    Objector's claim should be allowed in its entirety.

17.    The Court should direct SIPC to pay Objector the full amount of Objector's claim together with interest thereon commencing not later than the date of the Determination Letter.

18.    Such other and further relief as the Court may deem just and equitable.

Dated: New York, New York
      January 6, 2010

CLAYMAN & ROSENBERG
By:    Seth L. Rosenberg    (SR4563)
       Paul S. Hugel    (PH4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:    (212) 949-8255
rosenberg@clayro.com
hugel@clayro.com

# EXHIBIT A

## DETERMINATION LETTER

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**[1]


**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

DAVID BLUMENFELD FAMILY TRUST
C/O DAVID BLUMENFELD, TRUSTEE
2 EAST END AVENUE, APT. 7B
NEW YORK, NY 10075


Dear DAVID BLUMENFELD FAMILY TRUST:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC
("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities
Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order
entered on December 15, 2008 by the United States District Court for the Southern
District of New York.

The Trustee has made the following determination regarding your claim designated as
Claim No. 011218:

Based on a review of available books and records of BLMIS by the Trustee's staff, you
did not have an account with BLMIS. Because you did not have an account, you are
not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2).
Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing
before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition,
setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-
1789 (BRL) and attaching copies of any documents in support of your position, with
the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after
December 8, 2009, the date on which the Trustee mailed this notice.

------------------------------

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree
is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States
court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was
commenced before the date on which such application was filed, the term 'filing date' means the date on which
such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree
was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004


and


Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc:  DAVID KAPLAN
     300 ROBBINS LANE
     SYOSSET, NY  11791

EXHIBIT B

CUSTOMER CLAIM FORM

**DAVID BLUMENFELD FAMILY TRUST**
**300 ROBBINS LANE**
**SYOSSET, NY 11791**

June 24, 2009

*Via UPS Overnight*

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Re:    Account Number:  1-B0081
       David Blumenfeld Family Trust through Bull Market Fund
       300 Robbins Lane
       Syosset, New York  11791

Dear Mr. Picard:

The David Blumenfeld Family Trust is a partner in Bull Market Fund, which had an account with Bernard L. Madoff Investment Securities ("BLMIS"), Account No. 1-B0081.

It is our understanding that Bull Market Fund has submitted its own SIPC Customer Claim Form to your office.

We wish to submit our own personal SIPC Customer Claim Form at this time.  We are attaching the following:

1. Our SIPC Customer Claim Form;
2. Bull Market Fund's November 30, 2008 BLMIS statement;
3. Our 2007 Schedule K-1;
4. Our personal account balance as of December 11, 2008; and
5. Trust Agreement of David Blumenfeld Family Trust, pursuant to which I have been appointed Trustee.

We reserve the right to amend or modify this claim if and to the extent warranted by facts and circumstances not presently known to us, or as a result of a subsequent determination by a court of competent jurisdiction with respect to any issue pertaining to our claim.

This letter is hereby incorporated by reference in and made a part of our SIPC Customer Claim Form.

Very truly yours,

David Blumenfeld Family Trust

By: _____
David Blumenfeld, Trustee

G:\Legal\MADOFF\Correspondence\Picard\Entity Investors\IHPicard Ltr - David Blumenfeld Family Trust 6-09.doc



⊠Close Window

# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 12X 236 13 9878 840 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 06/25/2009  1:10 P.M. |
| Signed By: | THOMASSON |
| Location: | OFFICE |
| Delivered To: | 2100 MCKINNEY AVE<br>800<br>DALLAS, TX, US 75201 |
| Shipped/Billed On: | 06/24/2009 |
| Reference Number(s): | 01/SM, DAVID BLUMENFELD FAMILY TRUST BMF |
| Service: | NEXT DAY AIR SAVER |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| DALLAS, TX, US | 06/25/2009 | 1:10 P.M. | DELIVERY |
| | 06/25/2009 | 6:43 A.M. | OUT FOR DELIVERY |
| ROCKFORD, IL, US | 06/24/2009 | 11:29 P.M. | ARRIVAL SCAN |
| JAMAICA, NY, US | 06/24/2009 | 10:16 P.M. | DEPARTURE SCAN |
| | 06/24/2009 | 9:18 P.M. | ARRIVAL SCAN |
| UNIONDALE, NY, US | 06/24/2009 | 8:39 P.M. | DEPARTURE SCAN |
| | 06/24/2009 | 8:23 P.M. | ORIGIN SCAN |
| | 06/24/2009 | 7:13 P.M. | PICKUP SCAN |
| | 06/24/2009 | 7:12 P.M. | PICKUP SCAN |
| US | 06/24/2009 | 5:07 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 06/25/2009  5:08 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

| | |
|---|---|
| | DAVID BLUMENFELD FAMILY TRUST |
| Name of Customer: | THROUGH BULL MARKET FUND |
| Mailing Address: | 300 ROBBINS LANE |
| City: | SYOSSET    State: NY    Zip: 11791 |
| Account No.: | BULL MARKET FUND'S ACCOUNT NO.: 1-B0081 |
| Taxpayer I.D. Number (Social Security No.): | 11- 6436576 |

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

   a.   The Broker owes me a Credit (Cr.) Balance of      $   -0-_____

   b.   I owe the Broker a Debit (Dr.) Balance of       $   -0-_____

   c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                  $   -0-_____

   d.   If balance is zero, insert "None."              ____NONE_____

502180406                                    1

2.      Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | YES | NO |
|---|-----|-----|
| a.  The Broker owes me securities | X | |
| b.  I owe the Broker securities | | X |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | SEE BULL MARKET FUND ACCOUNT STATEMENT | $1,158,659* | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

*  PROVIDED BY BULL MARKET, SEE SUPPLEMENTAL CLAIM INFORMATION ATTACHMENT A

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | X * |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: DAVID KAPLAN, 300 ROBBINS LANE, SYOSSET, NY   11791

502180406

3

* SEE SUPPLEMENTAL CLAIM INFORMATION ATTACHMENT A

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___JUNE 24 , 2009___          Signature _____
                                            DAVID BLUMENFELD, TRUSTEE

Date _____      Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

## SUPPLEMENTAL CLAIM INFORMATION
### ATTACHMENT A

Claimant is filing this claim form as a customer of Bernard L. Investment Securities LLC ("BLMIS"), having invested in BLMIS through a partnership, Bull Market Fund ("BMF"). Pursuant to the partnership agreement of BMF and other written agreements amongst the Partners of BMF, BMF invested all of its funds with BLMIS. BMF has informed claimant that its customer account number with BLMIS was 1-B0081. BMF has also advised claimant that it is filing a customer claim for the losses in its customer account with BLMIS.

BMF typically issued quarterly statements showing each partner's account summary. In light of the BLMIS fraud, BMF issued a statement to each partner showing their closing balance as of December 10, 2008, a copy of which is enclosed. Claimant believes that as of December 11, 2008, the amount of claimant's investment was all held in the securities as shown on the November 30, 2008 BLMIS statement for BMF, a copy of which is also enclosed.

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                NY  11791

1-800B1-3-0     11/30/08     *****6934     1

| Date | Quantity | Description | Price | Amount |
|---|---|---|---|---|
| | | BALANCE FORWARD | | 1,428,340.08 |
| 17/06 | 11,353 | AMGEN INC | 60.350 | 207,258.20 |
| 17/06 | | LOEWS CO | 51.120 | 127,481.57 |
| 17/06 | 12,293 | BANK OF NEW YORK MELLON CORP | 32.290 | 121,042.76 |
| 17/06 | | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 128,855.40 |
| 17/06 | 9,360 | COMCAST CORP CL A | 15.790 | 148,168.40 |
| 17/06 | 13,938 | CVS CAREMARK CORP | 30.510 | 143,973.80 |
| 17/06 | | CHEVRON CORP | 73.740 | 483,406.68 |
| 17/06 | 14,873 | GOOGLE | 356.520 | |
| 17/06 | | GOLDMAN SACHS GROUP INC | 91.870 | 114,702.76 |
| 17/06 | 15,818 | INTERNATIONAL BUSINESS MACHS | 92.800 | 405,524.40 |

CONTINUED ON PAGE

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

1-B0081-3-0     11/30/08     *****6934     2

| Date | Quantity | | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/06 | 17,784 | 16053 | INTEL CORP | 16.070 | 286,469.88 |
| 11/06 | | 16208 | JOHNSON & JOHNSON | 61.310 | 555,033.88 |
| 11/06 | 4,992 | 16522 | JP MORGAN CHASE & CO | | |
| 11/06 | 6,240 | 16750 | KRAFT FOOD INC | | |
| 11/06 | 6,240 | 16993 | COCA COLA CO | 44.690 | 277,866.60 |
| 11/06 | 3,744 | 17220 | MCDONALDS CORP | 57.900 | 216,926.60 |
| 11/06 | | | WEB - PRODUCT INC | | |
| 11/06 | | 17696 | 3M COMPANY | | |
| 11/06 | 6,552 | 17933 | ALTRIA GROUP INC | 19.360 | 125,798.32 |
| 11/06 | 6,864 | 18168 | MERCK & CO | 30.780 | 211,547.52 |
| 11/06 | 12,972 | 18414 | MICROSOFT CORP | | |
| 11/06 | 25,272 | 18658 | ORACLE CORPORATION | | |
| 11/06 | 2,808 | 18903 | PEPSICO INC | 54.290 | 152,558.32 |
| 11/06 | | 19343 | OCCIDENTAL PETROLEUM CORP | | |
| 11/06 | | 19578 | PFIZER INC | | |
| 11/06 | 21,528 | | PROCTER - GAMBLE CO | | |
| 11/06 | 9,672 | 20040 | PHILIP MORRIS INTERNATIONAL | 42.730 | 293,572.12 |
| 11/06 | 6,864 | 20283 | QUALCOMM INC | 37.810 | 259,756.24 |
| 11/06 | 5,304 | 20518 | SCHLUMBERGER LTD | | |
| 11/06 | 3,744 | 20755 | AT&T INC | | |
| 11/06 | 18,720 | 20988 | TIME WARNER INC | 10.060 | 188,960.60 |
| 11/06 | 11,544 | 21223 | UNITED PARCEL SVC INC | 54.490 | |
| 11/06 | 3,120 | 21458 | US BANCORP | | 116,593.64 |
| 11/06 | | 21693 | | | 164,928.00 |
| 11/06 | 5,616 | | UNITED TECHNOLOGIES CORP | 54.920 | 171,474.40 |
| 11/06 | 3,120 | 21928 | | | |

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BERNARD L MADOFF INVESTMENT SECURITIES LLC
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY    11791

1-B0081-3-0          11/30/08          3          ******6934

| Date | Quantity | | Symbol | Description | Price | | Amount | |
|---|---|---|---|---|---|---|---|---|
| 11/06 | 9,048 | | 22163 | VERIZON COMMUNICATIONS | 29.980 | | 271,620.04 | |
| 11/06 | 10,608 | | 23398 | WELLS FARGO & CO NEW | 33.660 | | 357,489.28 | |
| 11/06 | 7,176 | | 26013 | WAL MART STORES INC | 55.350 | | 406,406.05 | |
| 11/06 | 161,848 | | 22008 | EXXON MOBIL CORP | 73.680 | | 12,242,036.64 | |
| 11/06 | 161,848 | | | FIDELITY SPARTAN | | | | |
| | | | | U S TREASURY MONEY MARKET | | | | 2.54 |
| 11/06 | | | 109649 | FIDELITY SPARTAN | | | | |
| | | | | U S TREASURY MONEY MARKET | 1 | | 109,649.00 | |
| 11/06 | | | 48166 | U S TREASURY MONEY MARKET | | | 48,166.00 | |
| 11/06 | 24,408 | | 48166 | U S TREASURY MONEY MARKET | | | 244,408.00 | |
| 11/06 | | | 49599 | FIDELITY SPARTAN | | | | |
| | | | | U S TREASURY MONEY MARKET | | | | |
| 11/06 | 3,925,000 | | | U S TREASURY BILL | | | | |
| | | | | DUE 12/11/2008 | 99.942 | | | |
| 11/06 | | | | DUE 12/11/2006 | | | | |
| 11/06 | 3,925,000 | | 48824 | U S TREASURY BILL | | | | |
| | | | | DUE 12/18/2008 | 99.960 | | 3,923,430.00 | |
| 11/06 | 3,925,000 | | 49033 | U S TREASURY BILL | | | | |
| | | | | DUE 01/15/2009 | 99.946 | | 3,922,880.50 | |
| 11/06 | | | | U S TREASURY BILL | | | | |
| | | | | DUE 01/22/2009 | | | | |
| | | | | DUE 01/22/2009 | 1.22/2009 | | | |
| | | | | CONTINUED ON PAGE 4 | | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET      NY    11791

1-B0081-3-0          11/30/08          4          *******6934

| Date | Bought Received In | Sold Delivered Out | Description | Price | Amount |
|------|------|------|------|------|------|
| 11/06 | | 3,925,000 | 1A5501000 49671 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | 3,922,174.00 |
| 11/06 | | 49461 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | | 1A6A0A9A85A00 |
| 10/07 | 2,575,000 | | 48070 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.182 | 2,569,014.50 |
| 11/06 | 2,575,000 | | 50127 | U.S. TREASURY BILL 3/26/2009 | 99.711 | 2,568,588.25 |
| 11/06 | 2,575,000 | | 50356 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,567,944.50 |
| 11/07 | 1,944 | | 25408 | APPLE INC | 100.880 | 196,080.20 |
| 11/07 | 3,456 | | 23639 | ABBOTT LABORATORIES | 56.590 | 195,713.04 |
| 11/07 | 2,376 | | 22874 | AMGEN INC | 52.070 | 123,729.32 |
| 11/07 | 1,728 | | 24932 | DANAOF AMERICA | 34.720 | 219,463.32 |
| 11/07 | 1,016 | | 24579 | BAXTER INTERNATIONAL INC | 56.550 | 227,751.80 |
| 11/07 | 1,296 | | 24814 | BANK OF NEW YORK MELLON CORP | 61.740 | 807,066.04 |
| 11/07 | 2,376 | | 25545 | BRISTOL MYERS SQUIBB COMPANY | 34.210 | 81,377.76 |
| 11/07 | 4,320 | | 25284 | ANHEUSER-BUSCH COS INC | 63.650 | 205,055.40 |
| 11/07 | 1,512 | | 25519 | CITI GROUP INC | 14.410 | 168,544.24 |
| 11/07 | 11,664 | | | CONTINUED ON PAGE 5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Main Document

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY  11791

Mansol Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7408 0222

1-B0081-3-0     11/30/08     5     ******6934

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| Date | Quantity | Security | Price | Amount |
|---|---|---|---|---|
| 11/07 | 6,264 | COMCAST CORP CL A | 17.390 | 109,180.96 |
| 11/07 | 3,672 | CONOCO PHILLIPS | | |
| 11/07 | 12,744 | CISCO SYSTEMS INC | | |
| 11/07 | 3,024 | CVS CAREMARK CORP | | |
| 11/07 | 4,536 | CHEVRON CORP | | |
| 11/07 | 4,104 | WALT DISNEY CO | | |
| 11/07 | 22,680 | GENERAL ELECTRIC CO | | |
| 11/07 | 432 | GOOGLE | 349.160 | 150,854.12 |
| 11/07 | 864 | GOLDMAN SACHS GROUP INC | | |
| 11/07 | 3,672 | HOME DEPOT INC | | |
| 11/07 | 5,400 | HEWLETT PACKARD CO | | |
| 11/07 | 3,024 | INTERNATIONAL BUSINESS MACHS | | |
| 11/07 | 12,096 | INTEL CORP | | 279,628.32 |
| 11/07 | 6,048 | JOHNSON & JOHNSON | | |
| 11/07 | 8,208 | JPMORGAN CHASE & CO | | |
| 11/07 | 3,240 | KRAFT FOODS INC | 29.710 | |
| 11/07 | 4,320 | COCA COLA CO | | |
| 11/07 | 1,296 | MEDTRONIC INC | | |
| 11/07 | 1,512 | 3M COMPANY | 64.880 | 88,043.32 |
| 11/07 | 4,536 | ALTRIA GROUP INC | 19.370 | 88,158.56 |
| 11/07 | 12,312 | MICROSOFT CORP | | |
| 11/07 | 8,640 | ORACLE CORPORATION | 18.470 | 159,925.80 |

CONTINUED ON PAGE 6

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET            NY     11791

| | 1-00081-3-0 | 11/30/08 | ******6934 | 6 |

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,728 | | 31864 | OCCIDENTAL PETROLEUM CORP | | 54.380 | 94,037.64 |
| 11/07 | 3,456 | | 320099 | PEPSICO INC | | 58.630 | 202,263.28 |
| 11/07 | | | 32034 | PFIZER INC | | 18. | 260,371.20 |
| 11/07 | 6,976 | | 32669 | PROCTER & GAMBLE CO | | 36.730 | 256,711.20 |
| 11/07 | 4,536 | | 32904 | PHILLIP MORRIS INTERNATIONAL | | 43.640 | 198,132.04 |
| 11/07 | 3,672 | | 33039 | QUALCOMM INC | | 37.690 | 138,543.68 |
| 11/07 | 2,592 | | | SCHLUMBERGER LTD | | 51.770 | 134,229.84 |
| 11/07 | 12,528 | | 35609 | AT&T INC | | 20.910 | 262,005.48 |
| 11/07 | 7,776 | | 33744 | TIME WARNER INC | | 10.110 | 78,926.36 |
| 11/07 | 2,160 | | 33079 | UNITED PARCEL SVC INC CLASS B | | 53.680 | 116,034.80 |
| 11/07 | 3,888 | | 34214 | U S BANCORP | | 30.790 | 119,866.52 |
| 11/07 | 2,160 | | 34449 | UNITED TECHNOLOGIES CORP | | 56. | 121,046.00 |
| 11/07 | 6,048 | | 34684 | VERIZON COMMUNICATIONS | | 31.810 | 192,627.88 |
| 11/07 | 7,344 | | | WELLS FARGO & CO NEW | | 34.030 | 250,763.52 |
| 11/07 | 4,968 | | 35554 | WAL-MART STORES INC | | 56.750 | 282,582.52 |
| 11/07 | 11,448 | | 35369 | EXXON MOBIL CORP | | 75.280 | 862,262.44 |
| 11/07 | | | | DIV 11/03/08 | | DIV. | |
| 11/07 | 18,784 | 10883 | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | | 1 | 18,784.00 |
| 11/07 | | 2,375,000 | 11174 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DUE 02/05/2009 | | .999725 | 2,375,410.25 |
| | | | | CONTINUED ON PAGE .34 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET         NY   11791

| 1-B0081-3-0 | 11/30/08 | *****6934 | 7 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/07 | | 2,450,000 | 11382 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 2,447,231.50 |
| 11/07 | | 2,450,000 | 13597 | U S TREASURY BILL DUE 02/26/2009 | 99.885 | | 2,447,480.50 |
| 11/07 | | 2,450,000 | 12019 | U S TREASURY BILL DUE 03/05/2009 | 99.840 | | 2,471,069.50 |
| 11/07 | | 1,175,000 | 12142 | U S TREASURY BILL DUE 04/09/2009 | 99.720 | | 1,171,710.00 |
| 11/07 | | 1,175,000 | 12382 | U S TREASURY BILL DUE 04/16/2009 | 99.721 | | 2,446,180.00 |
| 11/10 | | 4,159 | 14481 | U S TREASURY MONEY MARKET DUE 4/16/2009 | | | 30,049.09 |
| 11/10 | | 2,376 | 35864 | APPLE INC. | 108.720 | 258,413.72 | |
| 11/10 | | 4,224 | 36099 | ABBOTT LABORATORIES | 55.910 | 236,331.84 | |
| 11/10 | | 3,904 | 35351 | AMGEN INC | 56.620 | 221,142.48 | |
| 11/10 | | 11,112 | 36567 | BIOGEN IDEC | 56.690 | 630,432.28 | |
| 11/10 | | 13,728 | 36804 | BANK OF AMERICA | 24.050 | 330,707.40 | |
| | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

1-B0081-3-0          11/30/08          *******6934          8

| DATE | | | | | |
|---|---|---|---|---|---|
| 11/10 | 1,848 | 37039 | BAXTER INTERNATIONAL INC | 60.770 | 112,375.96 |
| 11/10 | 3,160 | 37374 | BANK OF NEW YORK MELLON CORP | 33.490 | 105,599.64 |
| 11/10 | 5,544 | 37570 | BRISTOL MYERS SQUIBB COMPANY | 21.400 | 118,792.64 |
| 11/10 | 1,848 | 37744 | ANHEUSER-BUSCH COS INC | 64.690 | 119,562.96 |
| 11/10 | 15,048 | 37979 | CITI GROUP INC | 14.270 | 215,335.56 |
| 11/10 | 7,930 | 38234 | COMCAST CORP | 17.410 | 138,103.20 |
| | | | CLASS A | | |
| 11/10 | 4,224 | 38449 | CONOCOPHILLYPS | | |
| 11/10 | 16,104 | 38684 | CISCO SYSTEMS INC | 18.000 | 290,603.52 |
| 11/10 | 7,960 | 38919 | CVS CAREMARK CORP | 31.300 | 291,804.32 |
| 11/10 | 5,000 | 39095 | CHEVRON CORP | | 1,744,106.400 |
| 11/10 | 5,016 | 39303 | THE WALT DISNEY CO | | 171,402.720 |
| 11/10 | 28,776 | 39624 | GENERAL ELECTRIC CO | 20.550 | 528,916.05 |
| | | 39859 | GOOGLE | | 328,910.56 |
| 11/10 | 1,520 | | GOLDMAN SACHS GROUP INC | 20.550 | 591,925.28 |
| 11/10 | 1,528 | 40325 | HOME DEPOT INC | 26.580 | 111,991.72 |
| 11/10 | 4,752 | 40564 | HEWLETT PACKARD CO | 37.290 | 109,420.56 |
| 11/10 | 6,864 | 40799 | INTERNATIONAL BUSINESS MACHS | 37.290 | 1,003,393.60 |
| 11/10 | 11,576 | 41035 | INTEL CORP | 31.290 | 256,231.56 |
| 11/10 | 4,267 | 41267 | JOHNSON & JOHNSON | 52.660 | 342,618.36 |
| 11/10 | 10,032 | 41504 | J P MORGAN CHASE & CO | 41.720 | 419,036.36 |
| 11/10 | 54,424 | 41739 | KRAFT FOOD INC | 41.250 | 127,310.40 |
| 11/10 | 5,544 | 41975 | COCA COLA CO | 26.100 | 224,172.96 |
| 11/10 | 3,168 | 42209 | MCDONALDS CORP | 54.200 | 180,430.64 |
| 11/10 | 3,168 | 42444 | MEDTRONIC INC | 40.300 | 127,796.40 |

CONTINUED ON PAGE 4

Main Document

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                     NY   11791

1-B0083-3-0          11/30/08          9

| DATE | | | | | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|
| 11/10 | 1,848 | | | 42679 | 3M COMPANY | | 64,690 | 119,620.12 |
| 11/10 | 9,544 | | | 42914 | ALTRIA GROUP INC | | 18,890 | 104,947.16 |
| 11/10 | 7,016 | | | 43747 | MERCK & CO | | 30,510 | 177,197.80 |
| 11/10 | 21,384 | | | 43984 | MICROSOFT CORP | | 23,200 | 494,496.60 |
| 11/10 | 10,824 | | | 43619 | ORACLE CORPORATION | | 18,600 | 201,758.40 |
| 11/10 | 2,376 | | | 44324 | OCCIDENTAL PETROLEUM CORP | | 56,010 | 133,117.76 |
| 11/10 | 4,272 | | | 44552 | PEPSICO INC | | 56,770 | 243,259.20 |
| 11/10 | 18,744 | | | 44794 | PROCTER & GAMBLE CO | | 17,580 | 330,529.20 |
| 11/10 | 8,184 | | | 45029 | PHILLIP MORRIS INTERNATIONAL | | 65,230 | 534,169.32 |
| 11/10 | 5,544 | | | 45264 | QUALCOMM INC | | 44,030 | 244,323.32 |
| 11/10 | 4,740 | | | 45499 | SCHLUMBERGER LTD | | 37,390 | 177,228.60 |
| 11/10 | 5,952 | | | 45724 | UNION PACIFIC | | 50,500 | 301,128.00 |
| 11/10 | 16,368 | | | 45969 | AT&T INC | | 28,580 | 468,451.44 |
| 11/10 | 9,504 | | | 46204 | TIME WARNER INC | | 11,010 | 105,033.04 |
| 11/10 | 2,640 | | | 46439 | UNITED PARCEL SVC INC | | | 133,177.92 |
| | | | | | CLASS B | | | |
| 11/10 | 4,752 | | | 46674 | U S BANCORP | | 31,510 | 149,925.52 |
| 11/10 | 2,640 | | | 46909 | UNITED TECHNOLOGIES CORP | | 56,430 | 147,050.20 |
| 11/10 | 7,920 | | | 47144 | VERIZON COMMUNICATIONS | | 32,680 | 257,926.00 |
| 11/10 | 89,976 | | | 47379 | WELLS FARGO & CO NEW | | 34,600 | 310,926.96 |
| 11/10 | 6,072 | | | 47614 | WAL-MART STORES INC | | 55,710 | 338,513.12 |
| 11/10 | 14,256 | | | 47849 | EXXON MOBIL CORP | | 75,800 | 1,081,174.80 |
| 11/10 | | | | | FIDELITY SPARTAN | | DIV | |
| 11/10 | | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | | | | | DIV 11/10/08 | | | |
| | | | | | CONTINUATION PAGE 10 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                 NY    11791

| 1-B0081-3-0 | 11/30/08 | *******6934 | 10 |
| --- | --- | --- | --- |

| DATE | BOUGHT RECEIVED IN | SOLD DELIVERED OUT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 11/10 | | 30,199 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 30,199.00 |
| 11/10 | 2,500,000 | | U S TREASURY BILL DUE 03/19/2009 | 99.662 | 2,491,542.00 | |
| 11/10 | 2,575,000 | | U S TREASURY BILL DUE 03/19/2009 | 99.834 | 2,570,725.50 | |
| 11/10 | 2,575,000 | 13625 | U S TREASURY BILL DUE 04/09/2009 | 99.770 | 2,569,077.50 | |
| 11/10 | 3,750,000 | 15628 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | 3,740,325.00 | |
| 11/10 | 1,750,000 | 14021 | U S TREASURY BILL DUE 04/09/2009 | 99.606 | 1,743,310.50 | |
| 11/10 | 50,000 | 14281 | U S TREASURY BILL DUE 04/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | 685 | 14508 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET W/H | 1 | 685.00 | |
| 10/23 | | 104,400 | CHECK | | | |
| 11/14 | | 229442 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | DIV | | 104,400.00 |
| 11/14 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | DIV | | .05 |

CONTINUED ON PAGE 11

# BERNARD L. MADOFF
MADF ☐

INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

1-B0081-3-0   11/30/08   ******6934   11

| DATE | | | TRANSACTION DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| 11/24 | | 685 | 29393 | FIDELITY SPARTAN | 1 | 685.00 |
| 11/14 | 4,357 | | U S TREASURY MONEY MARKET | | | 4,357.00 |
| 11/18 | | 29016 | FIDELITY SPARTAN | | | |
| 11/18 | | | U S TREASURY MONEY MARKET | | | |
| 11/18 | | | CHECK | CA | | 25,000.00 |
| 11/18 | | | CHECK | C | | 15,000.00 |
| 11/18 | | | CHECK | C | | 15,000.00 |
| 11/18 | 575,000 | | CHECK | CA | | 200,000.00 |
| 11/18 | | | CHECK | CA | | 200,000.00 |
| 11/18 | | 49708 | CONSOLIDATED HUDSON CORP INC | CA | | 15,000.00 |
| 11/18 | | 49708 | U S TREASURY BILL | | | 120,000.00 |
| 11/18 | 127,717 | | DUE 4/16/2009 | 99.830 | | 127,474.00 |
| 11/18 | | 49704 | FIDELITY SPARTAN | 133725.00 | | |
| 11/18 | 450,000 | 49954 | U S TREASURY MONEY MARKET | 449,235.00 | | |
| 11/18 | | | U S TREASURY BILL | 99.830 | | |
| 11/18 | | | DUE 4/16/2009 | | | |
| 11/18 | 5,765 | 49965 | FIDELITY SPARTAN | 5,765.00 | | |
| 11/18 | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | | | FIDELITY SPARTAN | | | |
| 11/19 | 20,839 | 50057 | U S TREASURY MONEY MARKET | DIV | | 20,839.00 |
| 11/29 | | | FIDELITY SPARTAN | 1 | | |
| 11/29 | | | U S TREASURY MONEY MARKET | | | 20,839.00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET        NY    11791

Account No.: 1-B0081-3-0  
Date: 11/30/08  
Page: 12  
***** *6934

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-------------------|------------------|-------------|-------|----------------|-----------------|
| 11/19 | 3,525,000 | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | | 3,522,391.50 |
| 11/19 | 9,120 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,120.00 |
| 11/20 | | 3,525,000 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | | | |
| 11/20 | 2,950,000 | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.847 | 2,848,485.50 | |
| 11/20 | 171 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 171.00 | |
| 11/25 | | 54708 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | | 675,000.00 |
| 11/25 | 882 | | APPLE INC | 88.010 | | |
| 11/25 | 1,568 | | ABBOTT LABORATORIES | 54.140 | | |
| 11/25 | 1,078 | | AMGEN INC | 53.630 | | |
| 11/25 | 4,998 | | BANK OF AMERICA | 12.980 | | |
| 11/25 | 588 | | BAXTER INTERNATIONAL INC | 55.570 | | |
| 11/25 | 1,176 | | BANK OF NEW YORK MELLON CORP | 24.990 | | |
| 11/25 | 1,960 | | BRISTOL MYERS SQUIBB COMPANY | 20.140 | | |
| 11/25 | 54,684 | | CITIGROUP INC | 6.100 | | |
| 11/25 | 430 | | COLGATE PALMOLIVE CO | 63.100 | | |
| 11/25 | 2,842 | | COMCAST CORP CL A | 15.070 | | |
| | | | CONTINUED ON PAGE 13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 13

Main Document

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                NY  11791

Account No: 1-B0081-3-0
Date: 11/30/08
Page: 13
Tax ID: *****6934

| DATE | QUANTITY | DESCRIPTION | PRICE/SYMBOL | AMOUNT |
|---|---|---|---|---|
| 11/25 | 1,568 | CONOCOPHILIPS | 45.100 | 70,778.80 |
| 11/25 | 5,830 | CISCO SYSTEMS INC | 15.370 | 89,258.60 |
| 11/25 | 1,670 | CVS CAREMARK CORP | 23.840 | 39,896.80 |
| 11/25 | 2,058 | CHEVRON CORP | 68.710 | 141,487.18 |
| 11/25 | 1,862 | THE WALT DISNEY CO | 19.760 | 36,867.12 |
| 11/25 | 686 | EXELON CORP | 48.740 | 33,463.64 |
| 11/25 | 195 | GENERAL ELEC CO | | |
| 11/25 | 198 | GOOGLE | 144.010 | |
| 11/25 | 1,666 | HOME DEPOT INC | 19.530 | 32,602.98 |
| 11/25 | 2,072 | HEWLETT PACKARD CO | | |
| 11/25 | 5,684 | INTL BUSINESS MACHINES | | |
| 11/25 | 2,842 | INTEL CORP | | |
| 11/25 | 3,724 | JOHNSON & JOHNSON | 57.650 | |
| 11/25 | 1,946 | J P MORGAN CHASE & CO | 27.460 | |
| 11/25 | 1,170 | KRAFT FOODS INC | 25.700 | |
| 11/25 | 1,678 | MCDONALDS CORP | | |
| 11/25 | 1,176 | MEDTRONIC INC | | |
| 11/25 | 636 | CHEVRON CO | 55 | 30,800 |
| 11/25 | 2,156 | ALTRIA GROUP INC | | 36,267.80 |
| 11/25 | 7,840 | MERCK & CO | | 40,007.00 |
| 11/25 | 3,220 | MICROSOFT CORP | 18.100 | 53,986.00 |
| 11/25 | 882 | ORACLE CORP | 18.050 | 142,217.00 |
| 11/25 | 1,568 | PEPSICO INC | 51.800 | 81,284.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV. GROUP. LTD
300 ROBBINS LANE
SYOSSET                    NY   11791

1-B0081-3-0     11/30/08     14     *****6934

| DATE | QUANTITY BOUGHT | QUANTITY SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/25 | 6,762 | 73223 | PFIZER INC | 15.320 | 103,863.84 | |
| 11/25 | 2,940 | 73461 | PROCTER & GAMBLE CO | 61.340 | 182,329.86 | |
| 11/25 | 2,750 | 73698 | PHILLIP MORRIS INTERNATIONAL | 27.580 | 76,095.00 | |
| 11/25 | 1,666 | 73937 | QUALCOMM INC | 32.650 | 54,514.90 | |
| 11/25 | 1,176 | 74175 | SCHLUMBERGER LTD | 46.270 | 54,460.52 | |
| 11/25 | 5,880 | 74413 | AT&T INC | 25.270 | 148,722.60 | |
| 11/25 | 3,426 | 74651 | TIME WARNER INC | 9.900 | 34,135.26 | |
| 11/25 | 980 | 74897 | UNITED PARCEL SVC INC | 55.160 | 54,083.80 | |
| | | | CLASS B | | | |
| 11/25 | 1,764 | 75127 | U.S. BANCORP | 23.400 | 41,347.60 | |
| 11/25 | 990 | 75356 | UNITED TECHNOLOGIES CORP | 52.850 | 52,401.50 | |
| 11/25 | 2,842 | 75603 | VERIZON COMMUNICATIONS | 26.870 | 76,421.54 | |
| 11/25 | 3,822 | 75841 | WELLS FARGO & CO NEW | 23.820 | 91,152.04 | |
| 11/25 | 2,254 | 76079 | WAL-MART STORES INC | 51.450 | 116,058.30 | |
| 11/25 | 937 | 76317 | EXXON MOBIL CORP | 78. | 73,339.00 | |
| 11/25 | 5,272 | 76555 | FIDELITY SPARTAN | 901,205.00 | | |
| | | | U.S TREASURY MONEY MARKET | DEV | | |
| 11/25 | | 77182 | FIDELITY SPARTAN | | | .93 |
| | | | U.S TREASURY MONEY MARKET | | | |
| 11/25 | 3,720,000 | 77386 | U S TREASURY MONEY MARKET | 99.878 | | 3,720,455.50 |
| | | | DUE 1/15/2009 | | | |
| 11/25 | 42,963 | 77681 | FIDELITY SPARTAN | 1 | 42,963.00 | |
| | | | U.S. TREASURY MONEY MARKET | | | |
| | | | CONTINUED ON PAGE  15 | | | |

CONTINUED ON PAGE 15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY 11791

1-B0082-3-0     11/30/08     ******6934     15

MADOFF SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/26 | 5,000 | | CHECK | | | | 5,000.00 |
| 11/26 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | CA | 1 | | 5,000.00 |
| 11/28 | 100 | 78420 | BAXTER INTERNATIONAL INC | | 52,640 | 52,640.00 | |
| 11/28 | | 78108 | CHECK | | | | |
| 11/28 | | 78420 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | CW | DIV | 50,000.00 | |
| 11/28 | 47,963 | 78257 | DIV 11/28/08 | | | | |
| 11/28 | | 78424 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | | 1 | | 47,963.00 |
| 11/28 | (5,228) | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | | 1 | 47,963.00 | 2.26 |

NEW BALANCE                                                                 5,119,352.95

SECURITY POSITIONS                                                          MKT PRICE

| | | | | | |
|---|---|---|---|---|---|
| | 53,496 | | AT&T INC | 28,560 | |
| | 14,730 | | ABBOTT LABORATORIES | 52,390 | |
| | 91,750 | | ALLERGAN GROUP INC | | |
| | 8,010 | | AMGEN INC | 55,840 | |
| | 45,866 | | APPLE INC | 92,670 | |
| | 106,366 | | BANK OF AMERICA | 16,250 | |
| | 5,704 | | BANK OF NEW YORK MELLON CORP | 92,900 | |
| | 6,336 | | BAXTER INTERNATIONAL INC | | |
| | | | BOEING CO | 42,630 | |

CONTINUED ON PAGE 16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

[MADF]

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

1-B0081-3-0    11/30/08    16    ******6934

| BOUGHT RECEIVED/LONG | SOLD DELIVERED/SHORT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 18,064 | | BRISTOL MYERS SQUIBB COMPANY | 20,790 |
| 13,134 | | CVS CAREMARK CORP | 28,920 |
| 18,954 | | NEWS CORP | 20,520 |
| 53,760 | | CISCO SYSTEMS INC | 16,540 |
| 49,668 | | CITI GROUP INC | 8,250 |
| 18,064 | | COCA COLA CO | 46,570 |
| 490 | | COMCAST CORP | 65,370 |
| 26,386 | | CL A | 17,360 |
| 14,024 | | CONOCOPHILLIPS | 52,530 |
| 17,222 | | WALT DISNEY CO | 26,550 |
| 686 | | EXXON MOBIL CORP | 80,150 |
| 47,844 | | GENERAL ELECTRIC CO | 17,070 |
| 9,620 | | GOLDMAN SACHS GROUP LLC | 79,090 |
| 3,432 | | GOOGLE | |
| 3,760 | | HEWLETT PACKARD CO | 35,280 |
| 22,514 | | HOME DEPOT INC | 23,110 |
| 15,706 | | INTEL CORP | |
| 11,460 | | INTERNATIONAL BUSINESS MACHS | 82,660 |
| 33,820 | | J.P. MORGAN CHASE & CO | 31,660 |
| 25,594 | | JOHNSON & JOHNSON | 59,590 |
| 13,926 | | KRAFT FOODS INC | |
| 101,366 | | MCDONALDS CORP | 56,750 |
| 10,464 | | MEDTRONIC INC | 30,520 |
| | | CONTINUED ON PAGE | |

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | JRN | | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 19,580 | | | MERCK & CO | 26.720 | | |
| | 71,776 | | | MICROSOFT CORP. | 20.220 | | |
| | 7,794 | | | OCCIDENTAL PETROLEUM CORP | 54.720 | | |
| | 36,176 | | | ORACLE CORPORATION | 16.090 | | |
| | 14,240 | | | PEPSICO INC | 56.700 | | |
| | 61,722 | | | PFIZER INC | 16.430 | | |
| | 19,002 | | | PHILIP MORRIS INTERNATIONAL INC | 42.370 | | |
| | 27,492 | | | PROCTER & GAMBLE CO | 64.360 | | |
| | 15,130 | | | QUALCOMM INC | 33.570 | | |
| | 10,944 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 3,226 | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,230 | | | 3M COMPANY | 66.930 | | |
| | 22,050 | | | TIME WARNER INC. | 9.050 | | |
| | 16,920 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | 8,900 | | | CLASS B | | | |
| | | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 8,900 | | | VERIZON COMMUNICATIONS | 32.550 | | |
| | 25,858 | | | WAL-MART STORES INC | 55.800 | | |
| | 20,476 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 30,470 | | | EXXON | 36.010 | | |
| | 1,372 | | | | | | |

MARKET VALUE OF SECURITIES
LONG          37,819,842.86          SHORT

1-B0081-3-0          11/30/08          *******6934          17

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London □

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY  11791

| TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER | DATE | PAGE |
|---|---|---|---|
| *********6934 | 1-B0081-4-0 | 11/30/08 | 1 |

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 1,428,341.00 |
| 11/06 | | 302 | NOVEMBER 470 CALL | 20.300 | | 615,060.00 |
| 11/06 | 312 | | S & P 100 INDEX | 20.500 | 639,912.00 | |
| 11/06 | | 10672 | NOVEMBER 460 PUT | .22 | | 74,704.00 |
| 11/07 | 216 | | S & P 100 INDEX | | | |
| 11/07 | | 216 | NOVEMBER 470 CALL | 13.800 | 298,296.00 | |
| 11/07 | 216 | | S & P 100 INDEX | | | |
| 11/07 | 31629 | | NOVEMBER 460 PUT | | | |
| 11/10 | | 264 | S & P 100 INDEX: | | | |
| 11/10 | 264 | | NOVEMBER 465 CALL | 16.800 | 443,784.00 | |
| 11/10 | | 44089 | S & P 100 INDEX | | | |
| 11/10 | | 9792 | NOVEMBER 475 PUT | | | |
| 11/19 | 792 | | S & P 100 INDEX | 30 | 2,376,792.00 | |
| 11/19 | | 30903 | DECEMBER 420 CALL | | | |
| 11/19 | | 30407 | DECEMBER 430 PUT | | | 1,309,728.00 |
| 11/19 | 264 | | NOVEMBER 470 CALL | | | |
| 11/19 | | 30779 | S & P 100 INDEX | .900 | 24,024.00 | |
| 11/19 | 264 | | NOVEMBER 465 CALL | | | |
| 11/25 | | 30407 | NOVEMBER 460 PUT | | | |
| 11/25 | 264 | | S & P 100 INDEX | 59 | 1,557,336.00 | |
| 11/25 | | 31255 | NOVEMBER 475 PUT | | | |
| | | | CONTINUED ON PAGE 2 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

[MADF]

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY  11791

1-B0081-4-0     11/30/08     *******6934     2

| DATE | | | DESCRIPTION | MKT PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/25 | 98 | 72033 72771 | S & P 100 INDEX | | | |
| | 98 | | DECEMBER 380 CALL | | | |
| | | | S & P 100 INDEX | | | |
| | | | DECEMBER 370 PUT | 34 | | |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | | | |
| | | | S & P 100 INDEX | | | |
| | | | DECEMBER 420 CALL | 23-300 | | |
| | | | S & P 100 INDEX | | | |
| | | | DECEMBER 380 CALL | 21 | 206,890,000 | |
| 792 | 792 | | S & P 100 INDEX | | | |
| | | | DECEMBER 420 PUT | 16-500 | | |
| 98 | 98 | | S & P 100 INDEX | | | |
| | | | DECEMBER 370 PUT | 5-100 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | 1,356,100,000 | | |
| | | | SHORT | -217,150,000 | | 333,102,00 |
| | | | | | | 5,139,353.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

651107

**Schedule K-1**
**(Form 1065)**

**2007**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

For calendar year 2007, or tax
year beginning _____
ending _____

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0099

**Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss)   0. | 15 Credits | |
| 2 Net rental real estate income (loss) | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income   14,853. | | |
| 6a Ordinary dividends   8,906. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss)   81,061. | | |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions   A   87,843. | |
| 9c Unrecaptured sec 1250 gain | 20 Other information   A   23,759.   W*   14,853. | |
| 10 Net section 1231 gain (loss) | | |
| 11 Other income (loss)   C   3,129. | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
11-2796934

**B** Partnership's name, address, city, state, and ZIP code

BULL MARKET FUND
300 ROBBINS LANE
SYOSSET, NY   11791

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number

11-6436576

**F** Partner's name, address, city, state, and ZIP code

DAVID BLUMENFELD FAMILY TRUST
300 ROBBINS LANE
SYOSSET, NY 11791

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner?   TRUST

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 1,061,659. |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | 107,949. |
| Withdrawals & distributions | $( | 87,843.) |
| Ending capital account | $ | 1,081,765. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

15

# MEMORANDUM

**TO:**        **David Blumenfeld Family Trust**

**FROM:**      Harvey Cohen

**RE:**        Bull Market Fund

**DATE:**      December 31, 2008

---

Please find below your balance in the Bull Market Fund as of December 10, 2008.  This includes your November 30, 2008 balance plus any additions, if applicable, made subsequent to November 30, 2008 and sent to Bernard L. Madoff Investment Securities, LLC.

Account Balance as of December 10, 2008:  $1,158,659

Please call me if I can be of further service.

## TRUST AGREEMENT

## CREATING THE DAVID BLUMENFELD

## FAMILY TRUST

AGREEMENT made this 3º   day of December, 1993, by and between EDWARD BLUMENFELD and SUSAN BLUMENFELD, residing at 7 The Dogwoods, Roslyn Estates, County of Nassau, State of New York, (hereinafter referred to as "Grantors") and DAVID BLUMENFELD, residing at 2 East End Avenue, Apt. 7B, County of New York, State of New York, and BRAD BLUMENFELD, residing at 530 E. 76th Street, Apt. 32G, County of New York, State of New York, (hereinafter referred to, individually and collectively, as "Trustees").

### W I T N E S S E T H :

The Grantors desire hereby to create a Trust, to be known as "THE DAVID BLUMENFELD FAMILY TRUST", for the purposes and on the terms and conditions hereinafter set forth and referred to, as the "Trust".

In consideration of the premises and the agreement of the Trustees to accept the Trust, the Grantors have contemporaneously with the execution of this Agreement delivered to the Trustees the property described in Schedule A hereof, the receipt of which property the Trustees hereby acknowledge, to have and to hold such property, and such additional property, if any, acceptable to the Trustees, as may be added to the Trust, IN TRUST, upon the terms and conditions set forth in this Agreement.

ARTICLE FIRST: <u>CHARACTER OF TRUST</u>

This Trust is irrevocable and the Grantors reserve no right to revoke, alter or amend any provision of this Agreement.

ARTICLE SECOND: <u>POWER OF WITHDRAWAL</u>

<u>Section A:</u>   In the calendar year of establishment of this Trust and in any calendar year during which additional property is transferred to the Trust, each child of DAVID BLUMENFELD (hereinafter referred to as "grandchild" or collectively as "grandchildren") shall have the power commencing with the date of the Trust or the date of such additional transfer, as the case may be, to withdraw from the principal of the Trust, property having a value equal to the value of the property added to the trust during such year (including, for the year of the Trust's creation, the property creating the trust), divided by the number of grandchildren given such power, provided that the total amount that may be withdrawn shall not exceed the lesser of (i) the maximum amount over which an individual may have a power of withdrawal without its lapse in such year being a release of such power under Section 2514(e) of the Internal Revenue Code ("Code"), or (ii) the maximum amount excludable from a donor's taxable gifts for such year in respect of gifts to any donee under section 2503(b) of the Code (the lesser amount being the "first limitation").

<u>Section B:</u>   If the value of the property added to the Trust in any calendar year exceeds the amount withdrawable by all

2

power holders under the proceeding paragraph, then, subject to the second limitation, each power holder shall have the power to withdraw from the principal of the trust, property not exceeding such excess divided by the number of power holders. The "second limitation" with respect to each power holder shall be the excess of (a) the maximum amount excludable from the donors taxable gifts for such year in respect of gifts to any donee under section 2503(b) over, (b) the first limitation with respect to such power holder, under the preceding paragraph.

Section C:   The Trustees shall, promptly after an addition of property is made to the Trust (including the creation of the trust) notify each grandchild given a withdrawal power of the existence of such power, except that if such grandchild is under a legal disability, notification shall be given to his or her legal guardian, or, if none, to a parent if such grandchild is an infant or to an individual who the Trustees deem appropriate. If any grandchild holding a power shall be under a legal disability, the power may be exercised only by a legal guardian.   An adult beneficiary, or a guardian, may after receiving a notice, waive any future notice by an instrument in writing delivered to the Trustees.

Section D:   The powers of withdrawal created by this article shall be cumulative, provided that on December 31 of each year the total amount may be withdrawn by each power holder shall be reduced by the greater of FIVE THOUSAND DOLLARS ($5,000) or FIVE Percent (5%) of the value of the trust principal on such date.

3

Section E:      Any individual making an addition to the trust shall have the right, by an instrument filed with the Trustees at the time of the addition, with respect to any power of withdrawal that would otherwise be created (i) to exclude any individual from exercising the power, (ii) to increase or decrease the amount subject to the power, except that the amount subject to all powers shall not exceed the amount of the addition, or (iii) to change the period during which the powers may be exercised.

ARTICLE THIRD: TRUST PROVISIONS DURING THE
               LIFETIME OF THE GRANTORS GRANDCHILDREN

During the lifetime of the Grantors grandchildren, the Trustees shall hold, administer and distribute the Trust in the manner hereinafter provided.

Section A.      The Trustees shall hold, manage, invest and reinvest the same, collect and accumulate the income therefrom, and to pay so much of the net income and principal, to the extent of all thereof, to or for the benefit of the Grantors grandchildren, in equal or unequal amounts, as the Trustees, in their sole and absolute discretion, shall deem suitable and advisable for their health, education, support and maintenance.

Section B.      Upon all grandchildren attaining the age of TWENTY-FIVE (25), DAVID BLUMENFELD shall have the power to appoint all the property of the trust among a class of persons consisting of DAVID BLUMENFELD'S issue and the issue of DAVID BLUMENFELD'S parents, in equal or unequal amounts.   DAVID BLUMENFELD may not exercise this power in favor of himself, his

4

estate, his creditors, or the creditors of his estate. This limited power of appointment may be exercised either through the Last Will and Testament of DAVID BLUMENFELD or a written instrument dated, notarized and delivered to the Trustees of this Trust. In the absence of exercise of such power, the trust property shall be distributed to the then surviving issue, per stirpes, of DAVID BLUMENFELD, or if there shall be no issue then surviving, to the then surviving issue, per stirpes, of BRAD BLUMENFELD, or if BRAD BLUMENFELD shall have no issue then surviving, to BRAD BLUMENFELD.

ARTICLE FOURTH:    DISTRIBUTIONS TO MINORS

Section A.    If, under any provision of this Agreement, any property shall vest and become payable to a person under the age of TWENTY-ONE (21) years, any Trustee shall have the right, as donee of a power during minority, to hold, invest and administer such property during such person's minority, with the same rights, powers, authorities, discretions and immunities, and subject to the same duties as are conferred or imposed upon such fiduciary in this Trust. If such property is so held, said donee is authorized to invest, and reinvest such property for the benefit of such person under the age of TWENTY-ONE (21) years, to receive the income therefrom and to pay or apply to or for the benefit of such person such part or all of the net income thereof or such part or all of such property as said donee may, from time to time, in said donee's sole discretion, determine. Any undistributed property shall be distributed to such person at age TWENTY-ONE (21) or, if he or she

5

shall die before attaining age TWENTY-ONE (21), shall upon his or her death be distributed to his or her estate.

Section B.     In applying amounts of income or principal pursuant to any provision of this Article said donee is authorized, in said donee's absolute discretion, to expend such amounts for the benefit of such minor in such one or more of the following methods as the said donee may deem advisable from time to time:

1.   By delivering such amount to the natural, general or testamentary guardian of such minor, or to the custodian for such minor under the Uniform Gifts to Minors Acts, or to the committee, guardian or conservator of such minor; or

2.   By delivering any such amount to any individual or entity having the care, custody or control of such minor, or with whom such minor may reside; or

3.   By delivering any such amount to such minor, personally; or

4.   By making direct expenditures for the benefit of such minor.

The receipt of any such guardian, custodian, committee, conservator, individual, entity or minor, or evidence of such payment or expenditure of any such amount shall be a full and sufficient discharge to said donee for the payment or expenditure thereof, and said donee shall be exonerated from all liability and responsibility by reason of any amount so delivered, paid, or expended, irrespective of the application or use thereof which may

6

be made by any such guardian, custodian, committee, conservator, individual, entity or minor, and said donee shall have no duty to see to the application of any such amount.

ARTICLE FIFTH:   MISCELLANEOUS

Section A.   If a disposition of any property or interest in property which is made in this agreement depends upon one person surviving another person, and if both of those persons die under circumstances where there is not sufficient evidence that they have died otherwise than simultaneously, the alternate disposition of that property or interest in property made herein shall be operative.

Section B.   No person having a beneficial interest under this Agreement may voluntarily or involuntarily alienate, anticipate, assign, encumber, pledge, sell or otherwise transfer all or any part of that person's interest in trust income or principal, except pursuant to the exercise of the powers granted herein to disclaim and release.   No beneficial interest under this Agreement shall be subject to being taken or reached by any attachment, levy, writ or any other legal or equitable process to satisfy any claim against, or obligation of, the persons having that interest, and no such interest shall be subject to control or interference by any other person.   No attempt to dispose of, or to take or reach, any such interest in violation of this spendthrift provision shall be valid or given any effect by any Trustee.

ARTICLE SIXTH:   TRUSTEES' POWERS AND PROVISIONS:

7

<u>Section A.</u>    The Trustees are granted all of the
following powers, authorities and discretions to administer each
Trust herein created, in addition to those granted elsewhere herein
and by applicable law, to be exercised only in a fiduciary
capacity, at any time and from time to time, including during the
period after the termination of such Trust and prior to the final
distribution of assets, as the Trustees may determine in the
Trustees' absolute discretion to be advisable, without
authorization by any court; and the exercise of all such powers,
authorities and discretions shall be absolute and binding upon, and
conclusive against, all persons who are interested in, or who claim
an interest in such Trust:

1.    To retain indefinitely, or for any
lesser period, all or any part of
the property of such Trust in the
form in which it is received,
regardless of whether such property
is authorized by law for the
investment of Trust funds,
regardless of any law requiring
diversification of Trust
investments, without any liability
for loss because of depreciation in
value;

2.    To sell all or any part of the
property of such Trust to any
person, including any beneficiary of
such Trust, the estate of any
deceased beneficiary, or any estate
or other Trust in which any
beneficiary has an interest, at
public or private sale, for cash or
upon credit for any period,
regardless of any law limiting such
period, with or without security, or
partly for cash and partly upon
credit, upon any terms and
conditions; to grant options to sell
any such property upon any terms,

8

for any period, regardless of any law limiting such period, and regardless of whether any consideration is received for the granting of any such option; to make short sales of securities, whether or not owned by such Trust, and to borrow an equivalent amount of securities with which to make any short sale, consistent with prudent investment policies and taking into consideration the purposes of this Trust;

3.    To lend any part of the property of such Trust, or to hypothecate such Trust property to secure a loan, to any person including any beneficiary of such Trust, the estate of any deceased beneficiary, or any estate or other Trust in which any beneficiary has an interest, upon any reasonable terms and conditions, for any period, with or without security, for any purpose which will benefit such Trust or any beneficiary of such Trust, consistent with prudent investment policies and taking into consideration the purposes of this Trust;

4.    To borrow funds on behalf of such Trust from any person, including any Trustee, any beneficiary of such Trust, the estate of any deceased beneficiary, or any estate or other Trust in which any beneficiary has an interest, upon reasonable terms and conditions, for a reasonable period, for any reasonable purpose connected with the protection, preservation or improvement of any property of such Trust, for reasonable investment purposes, for the purpose of paying taxes and expenses, or for the purpose of making any distribution to a beneficiary which is authorized herein; to renew, modify or extend existing loans on similar or different terms; to mortgage or

9

otherwise pledge property of such
Trust as security for the repayment
of any such borrowing;

5.   To reasonably determine, in any case
where there is reasonable doubt or
uncertainty as to the applicable law
or relevant facts, which receipts of
money or other property shall be
credited to income or to principal,
and  which  disbursements,
commissions, expenses, costs, fees,
taxes and other charges shall be
charged to income or to principal;
to reasonably apportion any of such
receipts and disbursements between
income and principal;

6.   To hold and invest separate funds
held for minors in separate Trusts,
or if there is more than one, in one
or more consolidated accounts, and
to allocate undivided or fractional
interests in one or more assets to
each such fund or Trust; provided
that separate records are maintained
of the property of each such fund or
Trust, and that no such undivided
holding shall be deemed to delay or
postpone the vesting in possession
of  any  such  Trust  fund  as
hereinabove provided.

7.   To remove all or any part of the
property of such Trust from the
jurisdiction which is the situs of
such Trust, and to take and keep
such  property  outside  such
jurisdiction and in any other place
or places within or outside of the
United States, during the term of
such Trust or for any lesser period;

8.   To terminate any Trust hereunder
when its fair market value has
declined to an extent which would
make it uneconomical, imprudent or
unwise to continue to retain the
principal in such Trust; if it is
determined that this power should be
exercised,  the  then  remaining
principal of such Trust shall be

10

paid over and delivered to, or applied for the benefit of, the then income beneficiaries of such Trust in equal shares;

9. To make any payment, to receive any money, to take any action, and to make, execute, deliver and receive any contract, deed, instrument, or other document which they believe advisable to exercise any of the foregoing powers or to carry into effect any provision contained herein; and in making any payment or distribution, or in otherwise acting hereunder, except as is otherwise expressly provided herein, to rely upon any notice, certificate, affidavit, letter, telegram, cable or other written instrument which is believed to be genuine.

10. In making investments or reinvestments for the Trust, consistent with prudent investment policies and taking into consideration the purposes of this Trust, the Trustees shall use their own discretion and shall not be limited to securities of the character authorized by law for the investment of Trust funds.

11. To vote in person or by proxy upon securities held by them and in such connection to delegate their discretionary powers.

12. To exercise options, conversion privileges or rights to subscribe for additional securities and to make payments therefor.

13. To invest and reinvest any of the cash, securities or other property at any time held in the said Trust or any part thereof, at any time and from time to time, in, and to acquire by exchange, property of any character including, but not limited to, bonds, notes, debentures, mortgages, certificates of deposit,

11

capital, common and preferred stocks and participations in any common Trust fund administered by the Trustees without being limited to securities authorized by law for the investment of Trust funds, consistent with prudent investment policies and taking into consideration the purposes of this Trust.

14. In any case where the Trustees are required, pursuant to the provisions of this Agreement, to apportion any portion of the principal of any Trust into parts and shares and to divide the same, the Trustees are authorized and empowered, in the Trustees' sole discretion, to make division or distribution in kind, in cash, or partly in cash and partly in kind.

15. Where the word "securities" appears in this Agreement, the same shall be construed to mean, among other things, bonds, notes, debentures, mortgages, certificates of deposit, capital stock, and common and preferred stocks of any corporation, and any common trust fund maintained by any corporate trustee.

16. Whenever in this Agreement the Trustees are authorized to invade and pay or apply any principal for any income beneficiary, the Trustees, in determining the amount to be so invaded and paid over, may but need not, in the Trustees' sole and absolute discretion, disregard and not to take into consideration any other resources or income or property of the beneficiary, regardless of the nature or amount thereof.

17. To improve any real property, and to pay the cost out of principal.

18. To charge to principal such sums as the Trustees shall determine to be

12

the net loss incurred in operating or carrying any parcel of real property which in the Trustee's opinion is not producing net income.

19. With respect to any real property to sell, exchange, lease, mortgage, alter, improve or otherwise dispose of the same upon such terms as the Trustees shall deem proper, and to execute and deliver deeds, leases, mortgages and other instruments relating thereto. Any lease may be made for such periods (even though the same exceed the maximum terms specifically authorized by law) as the Trustees shall deem proper, and shall contain such covenants, including covenants of renewal, as the Trustees determine may be desirable to effect any such leasing.

20. To combine the Trust with any other Trust, whether created by the Grantors or another person, if the terms of the Trusts are substantially the same and the beneficiaries and Trustees are the same.

<u>Section B:</u>    No person, insurer or other entity which shall deal with the Trustees shall be bound to see to the application of any money or other property received by the Trustees or to inquire into the authority for, or propriety of, any action taken or not taken by the Trustees. The Trustees shall not be liable for any act or omission in administering any Trust herein created, except that the Trustees shall be liable for actual fraud, gross negligence or willful misconduct. If the Trustees become liable as Trustees to any person not beneficially interested in any Trust herein created in connection with matters not within the Trustees' control and not due to the Trustees' actual fraud, gross

13

negligence or willful misconduct, the Trustees shall be entitled to indemnification therefor out of the property of such Trust.

ARTICLE SEVENTH:    ACCOUNTINGS

The Trustees is relieved of any requirement to file accounts in any Court, but this shall not affect the rights of any beneficiary to require an accounting.    In the event that the Trustees should, at any time or from time to time, render an account of the Trustees' acts and transactions hereunder, the approval in writing of such account by the Grantors shall finally settle such account on behalf of all persons (whether or not then living or ascertainable) who shall then or thereafter be interested in either the income or principal of the Trust for which the account shall be rendered and shall fully release and discharge the Trustees from all liability, responsibility or accountability as to all matters therein set forth. The approval, in writing, by an adult beneficiary having a similar interest as, or by the parent, committee or guardian, or like representative of, a minor benefi- ciary or beneficiary under another legal disability, shall finally settle such account as to such beneficiary and all persons (whether or not then living or ascertainable) who shall derive their in- terest in either the income or principal of that trust through such beneficiary.

14

ARTICLE EIGHTH:   SUCCESSOR TRUSTEE

Section A.     In the event that either DAVID BLUMENFELD or BRAD BLUMENFELD shall fail or cease to act, then the Grantors may appoint a successor Trustee.  In the event the Grantors shall fail to appoint a successor Trustee, then the remaining Trustee, shall act as sole Trustee.

Section B.     In the event both DAVID BLUMENFELD and BRAD BLUMENFELD shall fail or cease to act, then the Grantors may appoint a successor Trustee.  If the Grantors fail to appoint a successor Trustee, then DONALD RECHLER shall act as successor Trustee.  Thereafter, each Trustee (and any successor Trustee appointed pursuant to the provisions of this Article) shall have the right to resign and to appoint his or her successor Trustee of this Trust.  If the resigning Trustee fails to appoint a successor Trustee, the then adult beneficiaries, by a majority vote, shall appoint a successor Trustee, as they shall determine is appropriate.

ARTICLE NINTH:   BONDING

No Trustees or successor Trustees named in this Agreement, or designated as provided herein, shall be required to furnish any bond or other security in any jurisdiction, regardless of his, her or its residence at any time or from time to time.

ARTICLE TENTH:   APPLICABLE LAW

The Grantors declare that this Agreement and each Trust created hereunder shall be construed under and regulated by the

15

laws of the State of New York and that the validity and effect of this Agreement shall be determined in accordance with the laws of that State and that the Trustees shall not be required to account in any Court other than one of the Courts of that State.

ARTICLE ELEVENTH:   CONSENT OF TRUSTEES

The Trustees hereby agree and consent to act as Trustees hereunder.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

EDWARD BLUMENFELD, Grantor

SUSAN BLUMENFELD, Grantor

DAVID BLUMENFELD, Trustee

BRAD BLUMENFELD, Trustee

16

STATE OF NEW YORK)
              )ss.:
COUNTY OF NASSAU )

On the 30 day of December, 1993, before me personally came EDWARD BLUMENFELD, to me known to be the person described in and who executed the foregoing Trust Agreement, and he acknowledged to me that he executed the same.

JOHN J. BARNOSKY
Notary Public, State of New York
No. 30-0167250
Qualified in Suffolk County
Commission Expires February 28, 1994

Notary Public

STATE OF NEW YORK)
              )ss.:
COUNTY OF NASSAU )

On the 30 day of December, 1993, before me personally came SUSAN BLUMENFELD, to me known to be the person described in and who executed the foregoing Trust Agreement, and she acknowledged to me that she executed the same.

JOHN J. BARNOSKY
Notary Public, State of New York
No. 30-0167250
Qualified in Suffolk County
Commission Expires February 28, 1994

Notary Public

STATE OF NEW YORK)
                 )ss.:
COUNTY OF NASSAU )

On the 30 day of December, 1993, before me personally
came DAVID BLUMENFELD, to me known to be the person described in
and who executed the foregoing Trust Agreement, and he acknowledged
to me that he executed the same.

JOHN J. BARNOSKY
Notary Public, State of New York
No. 30-0167250
Qualified in Suffolk County
Commission Expires February 28, 1994

Notary Public

STATE OF NEW YORK)
                 )ss.:
COUNTY OF NASSAU )

On the 24th day of ~~December~~, July ~~1993~~, 1995, before me personally
came BRAD BLUMENFELD, to me known to be the person described in and
who executed the foregoing Trust Agreement, and he acknowledged to
me that he executed the same.

Notary Public

JOSHUA A. HAZELWOOD
Notary Public, State of New York
No. 4954203
Qualified in Suffolk County
Commission Expires August 7, 1995

## SCHEDULE A

Cash                                                                    $ 20,000.00

## DECLARATION OF SERVICE

State of New York, County of New York )ss:

    Ramsey Hinkle an attorney admitted to practice in the courts of New York, hereby declares:

    I am not a party to this action, am over 18 years of age and am an associate at the law office of Clayman & Rosenberg, LLP 305 Madison Avenue, New York, New York 10165.

    On January 6, 2010, I served a true copy of the annexed OBJECTIONS TO TRUSTEES DETERMINATIONS by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee for that purpose.  Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery.  The address and delivery service are indicated below:

        VIA FEDERAL EXPRESS
        Irving H. Picard, Trustee
        c/o Baker and Hostetler LLP
        45 Rockefeller Plaza – 11th Floor
        New York, New York 10111

    I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on:  January 6, 2010
           New York, New York

                                  _____
                                    Ramsey Hinkle