CLAYMAN & ROSENBERG
Seth L. Rosenberg    (SR4563)
Paul S. Hugel    (PH4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:    (212) 949-8255

*Attorneys for Charleston Enterprises, LLC*
(BLMIS Account No. 1-B0081 designated Claim Number 011225)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

SECURITIES INVESTOR PROTECTION        :
CORPORATION,

                                                           :        Adv. Pro. No. 08-01789(BRL)

                            Plaintiff,

                                                           :

        -against-

                                                           :        SIPA Liquidation

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                                  :

                            Defendant            :

------------------------------------------------------X

**OBJECTION TO TRUSTEE'S DETERMIMNATION OF CLAIM**

Charleston Enterprises, LLC ("Objector"), by counsel, CLAYMAN & ROSENBERG, hereby

objects to the Notice of Trustee's Determination of Claim dated December 8, 2009 (the

"Determination Letter"), appended hereto as Exhibit A, as set forth herein.

## BACKGROUND

1.    Objector is a "Customer" as that term is defined by the Securities Investor

Protection Act ("SIPA") of Bernard L. Madoff Investment Securities LLC ("BLMIS").

2.    Objector was and is a member of Bull Market Fund, a general partnership

organized in the State of New York in 1986.

3.    The Bull Market Fund partnership was organized with the knowledge and

encouragement of BMLIS for the purpose of consolidating the bookkeeping for the investment

of certain small investors with BLMIS.

4.    Bull Market Fund received a final statement from BLMIS which indicated that

Bull Market Fund owned securities valued at $36,833,462.86.

5.    On or about December 31, 2008, Objector received a statement from Bull Market

Fund which indicated that Objector's funds invested by Bull Market Fund in BLMIS were

valued at $306,742.

6.    On December 11, 2008, the above-captioned liquidation proceeding was

commenced against BLMIS, pursuant to the Securities Investor Protection Act of 1970 ("SIPA").

Irving Picard was appointed Trustee ("BLMIS Trustee") with oversight of the liquidation of

BLMIS and responsibility for processing customer claims for money pursuant to SIPA.

7.    By Order dated December 23, 2008, the Court directed the Trustee to disseminate

notice and claim forms to BLMIS customers and set forth claim-filing deadlines.  The Order

further authorized the Trustee, *inter alia*, "to satisfy, within the limits provided by SIPA, those

portions of any and all customer claims and accounts which agree with the Debtor's books and

records," and provided that, where the BLMIS Trustee disagrees with the amount claimed in a

customer's claim form, the BLMIS Trustee, "shall notify such claimant by mail of his

determination that the claim is disallowed, in whole or in part, and the reason therefor..."

8.      On or about June 23, 2009, Objector timely submitted a customer claim form to

SIPC setting forth his claim in the amount of $306,742 ("Objector's claim"). Objector's claim

cross-referenced the BLMIS account of Bull Market Fund. A copy of Objector's claim form is

appended hereto as Exhibit B.

9.      On December 8, 2009, the BLMIS Trustee sent Objector a Determination Letter

denying Objector's claim, "in its entirety." Exhibit A. The Determination Letter stated, in part,

"Based upon a review of available books and records of BLMIS by the Trustee's staff, you did

not have an account with BLMIS. Because you did not have an account, you are not a customer

of BLMIS under SIPA as that term is defined at 15 U.S.C. Section 78111 (2). Accordingly,

your Claim for securities and/or a credit balance is **DENIED**."

10.     Objector objects to the BLMIS Trustee's disallowance of his claim for the reasons

set forth hereinbelow.

## GROUNDS FOR OBJECTION

11.     First:      The Trustee's definition and application of the term, "account" as

set forth in the Determination Letter is incorrect.

12.     Second:      The Trustee's definition and application of the term, "customer" as

set forth in the Determination Letter is incorrect.

13.     Objector reserves the right to revise or amend this Objection. Objector's failure

to assert an objection on a particular ground or grounds shall not be construed as a waiver of its

right to object or join in the objection of other claimants on any additional grounds.

14.     Objector reserves all rights set forth in Rule 9014.

3

15.    Objector incorporates herein by reference all claims and reservations of rights set

forth in Objector's claim form. Exhibit B.

## RELIEF SOUGHT

16.    Objector's claim should be allowed in its entirety.

17.    The Court should direct SIPC to pay Objector the full amount of Objector's claim

together with interest thereon commencing not later than the date of the Determination Letter.

18.    Such other and further relief as the Court may deem just and equitable.

Dated: New York, New York
      January 6, 2010

CLAYMAN & ROSENBERG
By:    Seth L. Rosenberg    (SR4563)
       Paul S. Hugel    (PH4749)
305 Madison Avenue
New York, NY 10165
Telephone:    (212) 922-1080
Telefax:    (212) 949-8255
rosenberg@clayro.com
hugel@clayro.com

4

EXHIBIT A

DETERMINATION LETTER

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008[1]**

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

CHARLESTON ENTERPRISES, LLC
300 ROBBINS LANE
SYOSSET, NY  11791

Dear CHARLESTON ENTERPRISES, LLC:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC
("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities
Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order
entered on December 15, 2008 by the United States District Court for the Southern
District of New York.

The Trustee has made the following determination regarding your claim designated as
Claim No. 011225:

Based on a review of available books and records of BLMIS by the Trustee's staff, you
did not have an account with BLMIS. Because you did not have an account, you are
not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2).
Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing
before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition,
setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-
1789 (BRL) and attaching copies of any documents in support of your position, with
the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after
December 8, 2009, the date on which the Trustee mailed this notice.

-----------------------------------

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree
is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States
court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was
commenced before the date on which such application was filed, the term 'filing date' means the date on which
such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree
was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004


and


Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

EXHIBIT B

CUSTOMER CLAIM FORM

**CHARLESTON ENTERPRISES, LLC**
**300 ROBBINS LANE**
**SYOSSET, NY 11791**

June 23, 2009                                                    *Via UPS Overnight*

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Re:   Account Number:  1-B0081
      Charleston Enterprises, LLC through Bull Market Fund
      300 Robbins Lane
      Syosset, New York  11791

Dear Mr. Picard:

Charleston Enterprises, LLC is a partner in Bull Market Fund, which had an account with Bernard L. Madoff Investment Securities ("BLMIS"), Account No. 1-B0081.

It is our understanding that Bull Market Fund has submitted its own SIPC Customer Claim Form to your office.

We wish to submit our own personal SIPC Customer Claim Form at this time.  We are attaching the following:

1. Our SIPC Customer Claim Form;
2. Bull Market Fund's November 30, 2008 BLMIS statement;
3. Our personal account balance as of December 11, 2008; and
4. Operating Agreement of Charleston Enterprises, LLC

We reserve the right to amend or modify this claim if and to the extent warranted by facts and circumstances not presently known to us, or as a result of a subsequent determination by a court of competent jurisdiction with respect to any issue pertaining to our claim.

This letter is hereby incorporated by reference in and made a part of our SIPC Customer Claim Form.

Very truly yours,

Charleston Enterprises, LLC

By:  BDG Charleston, L.P., its sole member

By:  BDG Charleston, Inc., its general partner

By:
   Name:  Edward Blumenfeld
   Title:    President

G:\Legal\MADOFF\Correspondence\Picard\Entity Investors\IHPicard Ltr - Charleston Enterprises, LLC 6-09.doc

⊠Close Window



# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 12X 236 13 9056 156 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 06/25/2009 1:10 P.M. |
| Delivered To: | DALLAS, TX, US |
| Signed By: | THOMASSON |
| Service: | NEXT DAY AIR SAVER |

Tracking results provided by UPS: 06/25/2009 5:18 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _CHARLESTON ENTERPRISES, LLC_ THROUGH BULL MARKET FUND

Mailing Address: 300 ROBBINS LANE

City: SYOSSET    State: NY    Zip: 11791

Account No.: BULL MARKET FUND'S ACCOUNT NO.: 1-B0081

Taxpayer I.D. Number (Social Security No.): 11-3293296

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of **December 11, 2008:**

    a.    The Broker owes me a Credit (Cr.) Balance of          $    -0-

    b.    I owe the Broker a Debit (Dr.) Balance of          $    -0-

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.          $    -0-

    d.    If balance is zero, insert "None."          NONE

2.        Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.     If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | SEE BULL MARKET FUND ACCOUNT STATEMENT | $ 306,742 * | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

*  PROVIDED BY BULL MARKET, SEE SUPPLEMENTAL CLAIM INFORMATION
   ATTACHMENT A

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X * | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: DAVID KAPLAN, 300 ROBBINS LANE, SYOSSET, NY 11791

502180406

3

* SEE SUPPLEMENTAL CLAIM INFORMATION ATTACHMENT A

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

CHARLESTON ENTERPRISES, LLC
By: BDG Charleston, L.P., its sole member
By: BDG Charleston, Inc., its general partner

Date ___JUNE 23, 2009___    Signature___/Edward Blumenfeld, President___

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD.
300 ROBBINS LANE
SYOSSET          NY: 11791



1-B0081-3-0        11/30/08        *******6934        1

| DATE | | | BALANCE FORWARD | | 1,428,340.08 |
|---|---|---|---|---|---|
| 11/06 | 21,800 | | ABBOTT LABORATORIES | | |
| 11/06 | 4,952 | 11118 | ABBOTT LABORATORIES | 55.49 | 275,203.20 |
| 11/06 | 3,432 | 11355 | AMGEN INC | 60.350 | 207,258.20 |
| 11/06 | 2,496 | 11588 | BOEING CO | 51.120 | 127,594.52 |
| 11/06 | 3,472 | 12008 | BAXTER INTERNATIONAL INC | | |
| 11/06 | 3,744 | 12293 | BANK OF NEW YORK MELLON CORP | 32.290 | 121,042.76 |
| 11/06 | 6,240 | 12520 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 128,855.60 |
| 11/06 | 27,184 | | | | |
| 11/06 | 174,472 | | | | |
| 11/06 | 9,360 | 13223 | COMCAST CORP CL A | 15.790 | 148,168.40 |
| 11/06 | | 14705 | CISCO SYSTEMS INC | | |
| 11/06 | 4,680 | 13938 | CVS CAREMARK CORP | 30.510 | |
| 11/06 | 6,552 | 14173 | CHEVRON CORP | 73.740 | 483,406.48 |
| 11/06 | 397,344 | | | | |
| 11/06 | 1,624 | 14678 | GENERAL ELECTRIC CO | | |
| 11/06 | 5,248 | 15113 | GOOGLE | 356.520 | 222,492.48 |
| 11/06 | 77,800 | 15505 | GOLDMAN SACHS GROUP INC | 91.870 | 114,702.76 |
| 11/06 | 4,368 | 15818 | INTERNATIONAL BUSINESS MACHS | 92.800 | 405,524.40 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET      NY   11791

1-B0081-3-0   11/30/08   *******6934   2

| Date | Quantity | | Description | | Price | Amount |
|---|---|---|---|---|---|---|
| 11/06 | 17,784 | 16053 | INTEL CORP | | 16.070 | 286,499.88 |
| 11/06 | 9,048 | 16288 | JOHNSON & JOHNSON | | 61.310 | 555,033.88 |
| 11/06 | 11,856 | 16525 | KRAFT FOODS INC | | 29.920 | |
| 11/06 | 4,992 | | CDGA COLA CO | | | 144,526.02 |
| 11/06 | 6,240 | 16993 | COCA COLA CO | | 44.490 | 277,866.60 |
| 11/06 | 3,744 | | MCDONALDS CORP | | 57.900 | 216,926.60 |
| 11/06 | 3,744 | | WALT DISNEY COMPANY | | | |
| 11/06 | 6,552 | 17933 | ALTRIA GROUP INC | | 19.160 | 125,793.32 |
| 11/06 | 6,864 | 18168 | MERCK & CO INC | | 30.780 | 211,547.92 |
| 11/06 | 25,272 | | BRISTOL CORPORATION | | | |
| 11/06 | 12,792 | 19343 | OCCIDENTAL PETROLEUM CORP | | 54.290 | 152,558.32 |
| 11/06 | 2,808 | | PEPSICO INC | | 57. | 28,4,143.00 |
| 11/06 | 4,992 | | PFIZER INC | | | |
| 11/06 | 9,672 | | PROCTER & GAMBLE CO | | 64.570 | 624,907.04 |
| 11/06 | 6,864 | 20283 | PHILIP MORRIS INTERNATIONAL | | 42.730 | 293,572.72 |
| 11/06 | 5,304 | | QUALCOMM INC | | 37.810 | 200,756.24 |
| 11/06 | 3,744 | | SCHLUMBERGER LTD | | | |
| 11/06 | 18,720 | 21223 | TIME WARNER INC | | 10.060 | 505,083.60 |
| 11/06 | 11,544 | | TIME WARNER INC | | | 116,593.64 |
| 11/06 | 3,120 | 21468 | UNITED PARCEL SVC INC | | 52.790 | 164,828.80 |
| 11/06 | 5,616 | 21893 | USA BANCORP | | 29.550 | |
| 11/06 | 3,120 | 21928 | UNITED TECHNOLOGIES CORP | | 54.920 | 171,474.40 |

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET            NY   11791

1-B0081-3-0   |   11/30/08   |   *******6934   |   3

| DATE | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| 11/06 | 9,048 | 22163 | VERIZON COMMUNICATIONS | 29.980 | 271,620.04 |
| 11/06 | 10,608 | 22398 | WELLS FARGO & CO NEW | 33.660 | 357,495.28 |
| 11/06 | 7,176 | 22398 | WAL MART STORES INC | 55.900 | 404,101.26 |
| 11/06 | 16,848 | 22868 | EXXON MOBIL CORP | 73.680 | 1,242,035.04 |
| 11/06 | | | FIDELITY SPARTAN | DIV | |
| 11/06 | 107,804 | 10676 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/05/08 | | 107,804.00 |
| 11/06 | | | U S TREASURY MONEY MARKET | 1 | |
| 11/06 | | | FIDELITY SPARTAN U S GOVERNMENT MONEY MARKET | | |
| 11/05 | 24,408 | 48166 | U S TREASURY BILL DUE 12/18/2008 | 99.907 | 24,408.00 |
| 11/06 | 1,925,000 | 48599 | U S TREASURY BILL DUE 12/11/2008 | 99.907 | |
| 11/06 | | | U S TREASURY BILL DUE 12/11/2008 | | |
| 11/06 | 3,925,000 | 48824 | U S TREASURY BILL DUE 01/08/2009 | 99.960 | 3,923,430.00 |
| 11/06 | 3,925,000 | 49033 | U S TREASURY BILL DUE 01/15/2009 | 99.946 | 3,922,880.50 |
| 11/06 | | | U S TREASURY BILL DUE 01/22/2009 | 99.934 | |
| 11/06 | | | U S TREASURY BILL DUE 01/22/2009 | | 2-54 |

CONTINUED ON PAGE 4

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET NY 11791

| ACCOUNT NO. | 1-B0081-3-0 |
| DATE | 11/30/08 |
| ***** 6934 | 4 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/06 | | 3,925,000 | 49461 | U S TREASURY BILL DUE 03/26/2009 | 99.928 | | 3,922,174.00 |
| 11/06 | 3,925,000 | | 49461 | U S TREASURY BILL DUE 03/26/2009 | 99.928 | | |
| 11/06 | 4,050,000 | | 49677 | U S TREASURY BILL DUE 12/29/2008 | 99.902 | 4,046,035.00 | |
| 11/06 | 2,575,000 | | 49839 | U S TREASURY BILL DUE 05/07/2009 | 99.502 | 2,562,310.50 | |
| 11/06 | 2,575,000 | | 50127 | U S TREASURY BILL DUE 04/02/2009 | 99.751 | 2,568,588.25 | |
| 11/06 | 2,575,000 | | 50356 | U S TREASURY BILL DUE 04/09/2009 | 99.726 | 2,567,944.50 | |
| 11/07 | 1,944 | | 23404 | APPLE INC 4/02/2009 | 106.600 | 207,554.20 | |
| 11/07 | 3,456 | | 23639 | ABBOTT LABORATORIES | 56.590 | 195,713.04 | |
| 11/07 | 2,376 | | 23876 | AMGEN INC | 62.070 | 147,573.32 | |
| 11/07 | 1,728 | | 24097 | APPLE INC | 106.600 | 184,309.92 | |
| 11/07 | 11,016 | | 24347 | BANK OF AMERICA | 23.720 | 261,499.52 | |
| 11/07 | 1,296 | | 24579 | BAXTER INTERNATIONAL INC | 61.740 | 80,066.04 | |
| 11/07 | 2,376 | | 24817 | BANK OF NEW YORK MELLON CORP | 34.210 | 81,377.76 | |
| 11/07 | 4,320 | | 25062 | BRISTOL MYERS SQUIBB COMPANY | 21.010 | 90,904.80 | |
| 11/07 | 1,512 | | 25284 | ANHEUSER BUSCH INC | 62.190 | 94,615.28 | |
| 11/07 | 11,664 | | 25519 | CITI GROUP INC | 14.410 | 168,544.24 | |

CONTINUED ON PAGE

MADOF

Annual statement Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

1-B0081-3-0     11/30/08     5     *****6934

| Date | Quantity | Symbol | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/07 | 6,264 | 25754 | COMCAST CORP Cl A | 17.390 | 109,180.96 |
| 11/07 | 3,240 | 25997 | COMCAST PHILLIPS | | |
| 11/07 | 12,744 | 26224 | CISCO SYSTEMS INC | | |
| 11/07 | 3,024 | 26459 | CVS CAREMARK CORP | 31.720 | |
| 11/07 | 4,536 | 26656 | CHEVRON CORP | 75.760 | 342,422.20 |
| 11/07 | 5,101 | 26900 | WALT DISNEY CO | | |
| 11/07 | 22,680 | 27160 | GENERAL ELECTRIC CO | | |
| 11/07 | 432 | 27399 | GOOGLE | 349.160 | |
| 11/07 | 864 | 27531 | GOLDMAN SACHS GROUP INC | 89.010 | 76,990.48 |
| 11/07 | 3,672 | 27605 | HOME DEPOT INC | | |
| 11/07 | 5,400 | 28104 | HEWLETT PACKARD CO | | |
| 11/07 | 3,024 | 28339 | INTERNATIONAL BUSINESS MACHS | 92.430 | 279,662.32 |
| 11/07 | 12,096 | 28574 | INTEL CORP | 16. | 194,019.00 |
| 11/07 | 6,048 | 28900 | JOHNSON & JOHNSON | | |
| 11/07 | 8,208 | 29017 | JP MORGAN CHASE & CO | | |
| 11/07 | 3,240 | 29279 | KRAFT FOOD INC | 29.710 | |
| 11/07 | 4,320 | 29516 | COCA COLA CO | 46.500 | 201,357.60 |
| 11/07 | 3,578 | 29943 | MCDONALDS CORP | | |
| 11/07 | 2,904 | 30219 | 3M COMPANY | 64.880 | |
| 11/07 | 1,512 | 30454 | ALTRIA GROUP INC | 19.370 | |
| 11/07 | 4,536 | 30924 | MERCK & CO | | |
| 11/07 | 2,752 | 31159 | MICROSOFT CORP | | |
| 11/07 | 4,752 | | ORACLE CORPORATION | 18.470 | 159,925.80 |
| 11/07 | 2,160 | | | | |
| 11/07 | 1/12,880 | | CONTINUED ON PAGE 6 | | |
| 11/07 | 8,640 | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE 6

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

1-B0081-3-0   |   11/30/08   |   *******6934   |   6

| DATE | | TAN | DESCRIPTION | PRICE | AMOUNT |
|------|---|-----|-------------|-------|--------|
| 11/07 | 1,728 | 31864 | OCCIDENTAL PETROLEUM CORP. | 54.380 | 94,037.64 |
| 11/07 | 3,456 | 32099 | PEPSICO INC | 58.630 | 202,783.28 |
| 11/07 | 1,688 | 32323 | PFIZER INC | | 662,970.00 |
| 11/07 | | 225569 | PROCTER & GAMBLE CO | | |
| 11/07 | 4,536 | 32804 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 198,132.64 |
| 11/07 | 3,672 | 33005 | QUALCOMM INC | 37.630 | 138,543.68 |
| 11/07 | 2,892 | 33277 | SCHLUMBERGER LTD | 51.970 | 149,960.00 |
| 11/07 | 1,728 | 33505 | AT&T INC | | 862,605.48 |
| 11/07 | 7,776 | 33744 | TIME WARNER INC | 101.110 | 78,926.36 |
| 11/07 | 2,160 | 33979 | UNITED PARCEL SVC INC | 53.600 | 116,034.80 |
| 11/07 | 3,888 | 34224 | U S BANCORP | 30.790 | 119,786.52 |
| 11/07 | 2,160 | 34449 | UNITED TECHNOLOGIES CORP | 56 | 121,046.00 |
| 11/07 | 6,120 | 34604 | VERIZON COMMUNICATIONS | 31.810 | 192,627.38 |
| 11/07 | 7,344 | 35126 | WELLS FARGO & CO | 24.080 | 176,950.50 |
| 11/07 | 4,968 | 35154 | WAL-MART STORES INC | 56.750 | 282,032.99 |
| 11/07 | 11,448 | 35389 | EXXON MOBIL CORP | 75.280 | 862,262.44 |
| 11/07 | | | FIDELITY SPARTAN | DIV. | .34 |
| 11/07 | 18,784 | 10803 | FIDELITY SPARTAN | 1 | 18,784.00 |
| 11/17 | 12,759,000 | 1174 | U S TREASURY MONEY MARKET DUE 02/05/09 | 99.928 | 12,751,171.25 |
| | | | CONTINUED ON PAGE 7 | 2/05/2009 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET              NY  11791

| | | | | 1-B0001-3-0 | 11/30/08 | 7 | ******6934 |

| Date | Amount Debited | Amount Credited | | | | | |
|---|---|---|---|---|---|---|---|
| 11/07 | | 2,450,000 | 11382 | U S TREASURY BILL DUE 02/19/2009 | | 99.887 | 2,447,231.50 |
| 11/07 | | 2,450,000 | 11597 | U S TREASURY BILL DUE 02/26/2009 | | 99.889 | 2,444,280,650 |
| 11/07 | | 2,450,000 | 10313 | U S TREASURY BILL DUE 03/05/2009 | | 99.864 | 2,446,667.50 |
| 11/07 | | 2,450,000 | 12010 | U S TREASURY BILL DUE 04/02/2009 | | 99.840 | |
| 11/07 | | 1,175,000 | 12141 | U S TREASURY BILL DUE 04/02/2009 | | 99.720 | 1,171,710.00 |
| 11/07 | | 1,175,000 | 12561 | U S TREASURY BILL DUE 4/16/2009 | | | 2,446,080,-00 |
| 11/07 | 50,097 | | 12561 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 4/16/2009 | | | 30,192,500 |
| 11/10 | 2,376 | | 35864 | APPLE INC | | 108,720 | 258,413.72 |
| 11/10 | 4,224 | | 36099 | ABBOTT LABORATORIES | | 55,910 | 236,331.84 |
| 11/10 | 2,904 | | 36304 | URGENT TECHNOLOGIES | | 59,650 | 173,452,400 |
| 11/10 | 2,712 | | 36569 | BOEING CO | | 52,190 | 141,565,440 |
| 11/10 | 13,728 | | 36804 | BANK OF AMERICA | | 24,050 | 330,707.40 |

CONTINUED ON PAGE

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

| YOUR ACCOUNT NUMBER | STATEMENT | PAGE |
|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 8 |

TAX PAYER IDENT. NO.  ************6934

| DATE | BOUGHT OR RECEIVED | SOLD OR DELIVERED | | DESCRIPTION | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,848 | | 37039 | BAXTER INTERNATIONAL INC | 60.770 | | 112,375.96 |
| 11/10 | 3,608 | | 37274 | BANK OF NEW YORK MELLON CORP | 33.480 | | 106,130.64 |
| 11/10 | 5,544 | | 37742 | ANHEUSER-BUSCH COS INC | 21.180 | | 118,363.64 |
| 11/10 | 15,048 | | 37679 | CITI GROUP INC | 64.090 | | 118,451.32 |
| 11/10 | 7,920 | | 39214 | COMCAST CORP | 14.270 | | 215,335.96 |
| 11/10 | 528. | | 38940 | HOME DEPOT INC | 17.110 | | 138,203.20 |
| 11/10 | 42,224 | | 38679 | CINTAS/PHILLIPS | 54.130 | | 228,980.32 |
| 11/10 | 16,104 | | 38614 | CISCO SYSTEMS INC | 18.080 | | 291,804.32 |
| 11/10 | 3,960 | | 38919 | CVS CAREMARK CORP | 31.300 | | 124,106.80 |
| 11/10 | 5,016 | | 38955 | THE WALT DISNEY CO | 24.720 | | 124,021.28 |
| 11/10 | 28,776 | | 39584 | GENERAL ELECTRIC CO | 20.530 | | 591,922.28 |
| 11/10 | 528. | | 39052 | GOOGLE INC | 363.580 | | 191,931.24 |
| 11/10 | 7,752 | | 39032 | HOME DEPOT (DUBLIN) | 27.860 | | 125,397.60 |
| 11/10 | 6,864 | | 40564 | HEWLETT-PACKARD CO | 29.490 | | 202,526.56 |
| 11/10 | 3,696 | | 40564 | INTERNATIONAL BUSINESS MACHS | 92.660 | | 342,618.36 |
| 11/10 | 15,576 | | 41093 | JOHNSON & JOHNSON | 37.290 | | 580,729.52 |
| 11/10 | 7,656 | | 41269 | J.P. MORGAN CHASE & CO | 41.730 | | 319,734.42 |
| 11/10 | 10,032 | | 41504 | KRAFT FOODS INC | 29.100 | | 291,931.40 |
| 11/10 | 5,544 | | 41732 | KRAFT FOODS INC | 41.730 | | 231,473.80 |
| 11/10 | 3,168 | | 41972 | MEDIMMUNE CORP | 57.250 | | 181,490.64 |
| 11/10 | 3,168 | | 42444 | MEDTRONIC INC | 40.300 | | 127,796.40 |

CONTINUED ON PAGE 9

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET        NY    11791

1-B0081-3-0     11/30/08     9

****-6934

| DATE | AMOUNT DEBITED TO YOUR ACCOUNT | TRANSACTION | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|
| 11/10 | 1,848 | | 3M COMPANY | 64,690 | 119,620.12 |
| 11/10 | 5,544 | | ALTRIA GROUP INC | 18,890 | 104,947.16 |
| 11/10 | 9,408 | | MERCK & CO | 29,510 | 177,764.08 |
| 11/10 | 11,984 | | MICROSOFT CORP | 23,200 | 279,963.80 |
| 11/10 | 10,824 | | ORACLE CORPORATION | 18,600 | 201,758.40 |
| 11/10 | 2,376 | | OCCIDENTAL PETROLEUM CORP | 56,010 | 133,174.76 |
| 11/10 | 4,722 | | PEPSICO INC | 52,920 | 249,289.20 |
| 11/10 | 16,144 | | PFIZER INC | 17,960 | 333,951.24 |
| 11/10 | 8,184 | | PROCTER & GAMBLE CO | 65,230 | 534,169.32 |
| 11/10 | 5,544 | | PHILIP MORRIS INTERNATIONAL | 44,030 | 244,323.32 |
| 11/10 | | | QUALCOMM INC | 33,910 | |
| 11/10 | 16,368 | | SCHLUMBERGER LTD | 50,500 | 827,656.00 |
| 11/10 | 9,504 | | AT&T INC | 28,580 | 174,843.00 |
| 11/10 | 16,368 | | TIME WARNER INC | 28,580 | 468,451.44 |
| 11/10 | 16,284 | | UNITED TECHNOLOGIES INC | 49,010 | 105,519.04 |
| 11/10 | | | UNITED PARCEL SVC INC | 54,420 | 143,779.00 |
| 11/10 | 4,752 | | U S BANCORP | 31,510 | 149,925.52 |
| 11/10 | 2,640 | | UNITED TECHNOLOGIES CORP | 56,430 | 149,080.20 |
| 11/10 | 8,978 | | VERIZON COMMUNICATIONS | 32,970 | 253,766.00 |
| 11/10 | 6,072 | | WELLS FARGO & CO NEW | 27,690 | 191,928.00 |
| 11/10 | 47,614 | | WAL-MART STORES INC | 55,710 | 338,513.12 |
| 11/10 | 14,256 | | EXXON MOBIL CORP | 75,800 | 1,081,174.80 |
| | | | U S TREASURY MONEY MARKET | | |
| | | | DIV 11/10/08 | | |

CONTINUED ON PAGE 10

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

1-B0081-3-0      11/30/08      *******6934      10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT Received In | SOLD Delivered Out | DESCRIPTION | PRICE | AMOUNT DEBITED To Your Account | AMOUNT CREDITED To Your Account |
|---|---|---|---|---|---|---|
| 11/10 | | 30,199 | 12816 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 30,199.00 |
| 11/10 | 2,560,000 | | 12826 | U.S. TREASURY BILL DUE 03/19/2009 | 99.616 | | 2,549,949.00 |
| 11/10 | 2,575,000 | | 12842 | U.S. TREASURY BILL DUE 03/19/2009 | 99.634 | | 2,565,273.50 |
| 11/10 | 2,575,000 | | 13625 | U.S. TREASURY BILL DUE 6/02/2009 | 99.770 | | 2,565,077.50 |
| 11/10 | 3,750,000 | | 13629 | U.S. TREASURY BILL DUE 04/09/2009 | 99.742 | | 3,740,325.00 |
| 11/10 | 1,715,000 | | 14011 | U.S. TREASURY BILL DUE 04/09/2009 | | | 1,712,510.50 |
| 11/10 | | | 14287 | U.S. TREASURY BILL DUE 4/16/2009 | | | |
| 11/10 | 50,000 | | 14508 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DUE 4/16/2009 | 99.686 | 49,843.00 | |
| 11/14 | 685 | | 2542 | TIME WARNER INC | 1 | 685.00 | |
| 11/14 | | 104,000 | | CHECK | | | 104,000.00 |
| 11/14 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV | DIV | | .05 |

CONTINUED ON PAGE 11

**BERNARD L. MADOFF**
MADOFF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

| 1-B0081-3-0 | 11/30/08 | ******6934 | 11 |

| DATE | | | | DESCRIPTION | | | |
|------|--|--|--|-------------|--|--|--|
| 11/14 | | | 685 | 29393 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 685.00 |
| 11/18 | 1,857 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | 1,857.00 |
| 11/18 | | | | CHECK | CA | | 25,000.00 |
| 11/18 | | | | CHECK | CA | | 15,000.00 |
| 11/18 | | | | CHECK | CA | | 100,000.00 |
| 11/18 | | | | CHECK | CA | | 100,000.00 |
| 11/18 | 575,000 | | 49980 | CHECK | CA | | 200,000.00 |
| 11/18 | | | 49920 | U S TREASURY BILL DUE 4/16/2009 | TO | | 15,000.00 |
| 11/18 | | | 49929 | U S TREASURY BILL DUE 4/16/2009 | | | 574,835.00 |
| 11/18 | 450,000 | | 49954 | U S TREASURY MONEY MARKET DUE 4/16/2009 | | 449,835.00 | |
| 11/18 | | | | U S TREASURY BILL DUE 4/16/2009 | 99-830 | 449,235.00 | |
| 11/18 | 575,000 | | 49985 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | 575,000.00 | |
| 11/28 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |
| 11/28 | | | | DIV 11/28/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 20,839.00 |
| 11/29 | 20,839 | | 50057 | CONTINUED ON PAGE 45 | 1 | | 20,839.00 |

CONTINUED ON PAGE 45

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADOFF SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY 11791

| | | | |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 12 | *******6934 |

| DATE | BOUGHT/ RECEIVED | SOLD/ DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED/CREDITED |
|---|---|---|---|---|---|
| 11/19 | 3,525,000 | | 54708 U S TREASURY BILL DUE 03/26/2009 03/26/2009 | 99.926 | 3,522,391.50 |
| 11/19 | 9,120 | | 55096 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,120.00 |
| 11/20 | | | CHECK | | |
| 11/20 | | 3,525,000 | 65099 U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 675,000.00 |
| 11/20 | 2,850,000 | | 63937 U S TREASURY BILL DUE 3/26/2009 | 99.947 | 2,848,485.50 |
| 11/20 | 171 | | 64175 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 171.00 |
| 11/25 | 882 | | 65447 APPLE INC | | |
| 11/25 | 1,568 | | 64655 ABBOTT LABORATORIES | | |
| 11/25 | 1,078 | | 64893 AMGEN INC | 53.630 | |
| 11/25 | 4,998 | | 65131 BANK OF AMERICA | 12.980 | |
| 11/25 | 516 | | 65296 BAXTER INTERNATIONAL INC | | |
| 11/25 | 1,178 | | 65607 BANK OF NEW YORK MELLON CORP | | |
| 11/25 | 1,960 | | 65845 BRISTOL MYERS SQUIBB COMPANY | 20.140 | |
| 11/25 | 5,684 | | 66083 CITIGROUP INC | 6.100 | |
| 11/25 | 490 | | 66321 CHEVRON CORP | | |
| 11/25 | 2,942 | | 66559 COMCAST CORP CL A | | |

CONTINUED ON PAGE 13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF

INVESTMENT SECURITIES LLC

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 338-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET        NY  11791

| ACCOUNT NUMBER | PERIOD ENDING | YOUR ACCOUNT TAX ID NUMBER |
|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 13 | *****46934 |

| DATE | BOUGHT | SOLD | SYMBOL | SECURITY | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,568 | | 66797 | CONOCOPHILLIPS | 45.100 | 70,774.80 | |
| 11/25 | 5,880 | | 67003 | CISCO SYSTEMS INC | 14.970 | 88,259.00 | |
| 11/25 | 4,470 | | 67827 | CISCO SYSTEMS INC | 14.970 | 3,980.80 | |
| 11/25 | 2,058 | | 67591 | CHEVRON CORP | 68.920 | 141,787.18 | |
| 11/25 | 1,862 | | 67749 | THE WALT DISNEY CO | 19.760 | 36,867.12 | |
| 11/25 | 686 | | 67897 | EXXON CORP | 48.740 | 33,462.64 | |
| 11/25 | 10,780 | | 61071 | GENERAL ELECTRIC CORP | 14.010 | 151,458.30 | |
| 11/25 | 196 | | 68465 | GOOGLE | 275 | 53,907.00 | |
| 11/25 | 1,666 | | 68701 | HOME DEPOT INC | 19.530 | 32,602.98 | |
| 11/25 | 2,460 | | 68939 | HEWLETT-PACKARD CO | 32.990 | 80,923.50 | |
| 11/25 | 1,371 | | 69415 | INTEL CORP | 15.080 | 20,674.60 | |
| 11/25 | 5,684 | | 69415 | INTERNATIONAL BUSINESS MACHINES | 75.080 | 423,063.20 | |
| 11/25 | 2,842 | | 69653 | JOHNSON & JOHNSON | 57.650 | 163,954.30 | |
| 11/25 | 3,724 | | 68891 | J.P. MORGAN CHASE & CO | 27.160 | 101,526.24 | |
| 11/25 | 1,410 | | 70129 | J.P. MORGAN CHASE & CO | 25.900 | 38,130.00 | |
| 11/25 | 1,960 | | 70369 | KRAFT FOODS INC | 27.160 | 429,476.00 | |
| 11/25 | 1,078 | | 70605 | MCDONALDS CORP | 55 | 59,333.00 | |
| 11/25 | 1,176 | | 70843 | MEDTRONIC INC | 30.800 | 36,267.00 | |
| 11/25 | 808 | | 71003 | MCDONALDS CORP | 55 | 70,010.00 | |
| 11/25 | 2,563 | | 71345 | ALTRIA GROUP INC | 16.250 | 83,524.60 | |
| 11/25 | 2,156 | | 71557 | MERCK & CO | 25 | 53,986.00 | |
| 11/25 | 7,840 | | 71796 | MICROSOFT CORP | 18.100 | 142,274.00 | |
| 11/25 | 5,920 | | 72210 | MICROSOFT CORP | 18.100 | 39,090.00 | |
| 11/25 | 882 | | 72747 | OCCIDENTAL PETROLEUM CORP | 44.570 | 39,345.74 | |
| 11/25 | 1,568 | | 72985 | PEPSICO INC | 51.800 | 81,284.40 | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV. GROUP. LTD
300 ROBBINS LANE
SYOSSET          NY   11791

| YOUR ACCOUNT NUMBER | DATE | TAX ID NO. | |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | 14 | *****-6934 |

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/25 | 6,762 | | 73223 | PFIZER INC | 15.320 | 103,863.84 | |
| 11/25 | 2,946 | | 73461 | PROCTER & GAMBLE CO | 61.840 | 182,220.69 | |
| 11/25 | 2,650 | | 73679 | PHILIP MORRIS INTERNATIONAL | 26.790 | 74,932.04 | |
| 11/25 | 1,666 | | 73875 | QUALCOMM INC | 29.850 | 49,796.10 | |
| 11/25 | 1,176 | | 74115 | SCHLUMBERGER LTD | 46.270 | 54,460.52 | |
| 11/25 | 5,080 | | 74409 | TIME WARNER INC | 8.300 | 42,235.00 | |
| 11/25 | 3,625 | | 74409 | UNITED PARCEL SVC INC | 50.970 | 29,909.26 | |
| 11/25 | 980 | | 74889 | CLASS B | 50.970 | 49,983.60 | |
| 11/25 | 1,764 | | 75127 | U S BANCORP | 23.400 | 41,347.60 | |
| 11/25 | 900 | | 75483 | VERIZON COMMUNICATIONS | 28.890 | 26,011.20 | |
| 11/25 | 2,842 | | 75805 | WELLS FARGO & CO NEW | 26.570 | 75,524.94 | |
| 11/25 | 3,622 | | 75841 | WAL-MART STORES INC | 23.820 | 93,192.04 | |
| 11/25 | 2,254 | | 76079 | EXXON MOBIL CORP | 23.450 | 160,058.30 | |
| 11/25 | 1,372 | | 76257 | FIDELITY SPARTAN | 72 | 38,235.00 | |
| 11/25 | 5,292 | | 76855 | U S TREASURY MONEY MARKET | | | |
| 11/25 | | | | FIDELITY SPARTAN | DIV | .93 | |
| 11/25 | | 9,291 | 77122 | U S TREASURY MONEY MARKET | 1 | | 9,291.00 |
| 11/25 | | 3,725,000 | 77386 | U S TREASURY MONEY MARKET | 1 | | 3,720,455.50 |
| 11/25 | 42,963 | | 77681 | FIDELITY SPARTAN | 99,878 | 42,963.00 | |
| 11/25 | | | | U.S. TREASURY MONEY MARKET | 1 | | 42,963.00 |
| | | | | CONTINUED ON PAGE 15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

635 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET            NY    11791

| ACCOUNT NUMBER | ACCOUNT DATE |     |     |
|----------------|-------------|-----|-----|
| 1-B0081-3-0    | 11/30/08    | *******6934 | 15 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | SECURITY | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|------|-----------------|----------------|----------|-----------------|----------------|-----------------|
| 11/26 |       |        | NEW BALANCE | | | |
| 11/26 |       |        | SECURITY POSITIONS | | | |
| 11/26 | 5,000 |        | CHECK | CA | 5,000.00 | 5,000.00 |
| 11/28 |       | 100    | FIDELITY SPARTAN | | | |
|       |       |        | U.S. TREASURY MONEY MARKET | | | |
| 11/28 |       | 78420  | CHECK | CK | 50,000.00 | |
|       |       |        | BAXTER INTERNATIONAL INC | 52,640 | | |
| 11/28 |       | 78108  | CHECK | DIV. | | 5,200.00 |
|       |       |        | FIDELITY SPARTAN | | | |
|       |       |        | DIV 11/28/08 MONEY MARKET | | | |
| 11/28 | 47,963 | 78257 | FIDELITY SPARTAN | 1 | | 2.26 |
|       |       |        | U.S. TREASURY MONEY MARKET | | | 47,963.00 |
|       | 7,226 | 79123  | FIDELITY SPARTAN | 1 | | |
|       |       |        | U.S. TREASURY MONEY MARKET | 1 | | 47,963.00 |
|       |       |        | NEW BALANCE | | | 5,119,322.95 |
|       |       |        | SECURITY POSITIONS | | | |
|       | 53,496 |       | AT&T INC | MKT PRICE | | |
|       | 14,240 |       | ABBOTT LABORATORIES | 28,560 | | |
|       | 16,030 |       | ACCENTURE PLC | 52,390 | | |
|       | 5,790 |       | ALCOA INC | 16,900 | | |
|       | 8,010 |       | AMGEN INC | 55,540 | | |
|       | 15,966 |       | APPLE INC | 92,670 | | |
|       | 104,764 |       | BANK OF AMERICA | 16,250 | | |
|       | 5,904 |       | BAXTER INTERNATIONAL INC | 52,640 | | |
|       | 6,336 |       | BOEING CO | 42,630 | | |
|       |       |        | CONTINUED ON PAGE 2 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND EMPLOYEES
F/K/A BLUMENFELD
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET        NY    11791

| ACCOUNT NUMBER | DATE | TAX | PAGE |
|---|---|---|---|
| 1-B0081-3-0 | 11/30/08 | *******6934 | 16 |

BERNARD L. MADOFF INVESTMENT SECURITIES INTERNATIONAL LIMITED
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED/CREDITED |
|---|---|---|---|---|
| 18,064 | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | |
| 13,134 | | CVS CAREMARK CORP | 20.930 | |
| 18,954 | | CHEVRON CORP | | |
| 53,760 | | CISCO SYSTEMS INC | 10.540 | |
| 49,868 | | CITIGROUP INC | 8.290 | |
| 18,664 | | COCA COLA CO | 46.570 | |
| 490 | | COLGATE PALMOLIVE CO | | |
| 26,386 | | COMCAST CORP | 874.340 | |
| | | CL A | | |
| 14,024 | | CONOCOPHILLIPS | 52.520 | |
| 17,222 | | WALT DISNEY CO | 569.520 | |
| 686 | | EXELON CORP | | |
| 47,844 | | EXXON MOBIL CORP | 806.156 | |
| 95,492 | | GENERAL ELECTRIC CO | 37.170 | |
| 3,432 | | GOLDMAN SACHS GROUP INC | | |
| 1,780 | | GOOGLE | 2,729,970 | |
| 22,514 | | HEWLETT PACKARD CO | 354.280 | |
| 51,110 | | HOME DEPOT INC | 23.110 | |
| 127,460 | | INTEL CORP | | |
| 33,820 | | INTERNATIONAL BUSINESS MACHS | | |
| 25,594 | | J.P. MORGAN CHASE & CO | 31.660 | |
| 35,926 | | JOHNSON & JOHNSON | 58.580 | |
| 101,366 | | KRAFT FOODS INC | | |
| 104,464 | | MCDONALDS CORP | 506.750 | |
| | | MEDTRONIC INC | 30.520 | |

CONTINUED ON PAGE 17

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY   11791

1-B0081-3-0          11/30/08          17

*******6934

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | DESCRIPTION | PRICE |
|------|---------------------------|---------------------------|-------------|-------|
|  | 19,580 |  | MERCK & CO | 26.720 |
|  | 71,776 |  | MICROSOFT CORP | 20.220 |
|  | 7,794 |  | OCCIDENTAL PETROLEUM CORP | 56.740 |
|  | 36,176 |  | ORACLE CORPORATION | 16.090 |
|  | 14,240 |  | PEPSICO INC | 56.700 |
|  | 61,322 |  | PFIZER INC | 16.430 |
|  | 19,002 |  | PHILIP MORRIS INTERNATIONAL | |
|  | 27,492 |  | PROCTER & GAMBLE CO | 64,660 |
|  | 15,130 |  | QUALCOMM INC | 33,570 |
|  | 10,544 |  | SCHLUMBERGER LTD | 50,740 |
|  | 3,926 |  | US TREASURY MONEY MARKET | |
|  |  |  | | |
|  | 6,230 |  | 3M COMPANY | 66,930 |
|  | 22,660 |  | TIME WARNER INC | 9,650 |
|  | 16,020 |  | TYCO... | |
|  | 8,900 |  | UNITED PARCEL SVC INC | 54,600 |
|  |  |  | CLASS B | |
|  | 8,900 |  | UNITED TECHNOLOGIES CORP | 52,530 |
|  | 25,558 |  | VERIZON COMMUNICATIONS | |
|  | 20,470 |  | WAL-MART STORES INC | 55,680 |
|  | 30,750 |  | WELLS FARGO & CO NEW | 28,890 |
|  | 1,372 |  | WYETH | 36,010 |

MARKET VALUE OF SECURITIES
LONG              SHORT
37,919,842.86

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
[MADF] INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET          NY     11791

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| | 1-50081-1-0 | | 11/30/08 | ******6934 | | 1 |

| DATE | BOUGHT RECEIVED OR LONG | | | | SOLD DELIVERED OR SHORT | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | BALANCE FORWARD | | | | 1,428,341.00 |
| 11/06 | | | S & P 100 INDEX NOVEMBER 470 CALL | | | | 483,400.00 |
| 11/06 | 312 | | 19108 S & P 100 INDEX NOVEMBER 460 PUT | | 20,500 | 639,912.00 | |
| 11/07 | 216 | | 31629 S & P 100 INDEX NOVEMBER 450 PUT | | 13,800 | 298,296.00 | |
| 11/10 | 264 | | 44089 S & P 100 INDEX NOVEMBER 465 CALL | | 16,800 | 443,784.00 | |
| 11/17 | 792 | | 30303 S & P 100 INDEX DECEMBER 420 PUT | | 30 | 2,376,792.00 | |
| 11/19 | 528 | | 30779 S & P 100 INDEX NOVEMBER 485 CALL | | | 24,024.00 | |
| 11/19 | 264 | | 31255 S & P 100 INDEX NOVEMBER 475 PUT | | 59 | | 1,557,336.00 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street,
Mayfair, London W1J 8DT
Tel 020 7493 6222

[MADF]

BULL MARKET FUND
F/K/A BLUMENFELD EMPLOYEES
C/O BLUMENFELD DEV GROUP LTD
300 ROBBINS LANE
SYOSSET                    NY    11791

1-B0081-4-0        11/30/08        ******6934        2

| DATE | | | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| 11/25 | | 98 | S & P 100 INDEX | | | |
| 11/25 | 98 | 72933 72771 | S & P 100 INDEX DECEMBER 380 CALL | | | |
| | | | S & P 100 INDEX DECEMBER 370 PUT | | | |
| | | | NEW BALANCE | | | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 34 | S & P 100 INDEX | 23.300 | 205,398.00 | |
| | 792 | 792 | S & P 100 INDEX DECEMBER 430 CALL | 16.500 | | |
| | 98 | 98 | S & P 100 INDEX DECEMBER 380 CALL | | | 5,119,353.00 |
| | | | S & P 100 INDEX DECEMBER 430 PUT | | | |
| | | | S & P 100 INDEX DECEMBER 370 PUT | 5.00 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | 1,356,780.00 | | 333,102.00 |
| | | | SHORT | -2,445,400.00 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

## Charleston Enterprises, LLC
## Operating Agreement

This Operating Agreement (this "Agreement") is adopted, executed, and agreed to as of this 15th day of December, 2003 by BDG Charleston, L.P., a New York limited partnership located at 300 Robbins Lane, Syosset, New York 11791 as sole member (the "Member"), and BDG Charleston, Inc., a New York corporation located at 300 Robbins Lane, Syosset, New York 11791 as authorized person.

### EXPLANATORY STATEMENT

Member and Charleston Richmond Associates, L.P. ("CRA") entered into that certain Partnership Agreement of Charleston Enterprises, a New York Partnership (the "Partnership"), dated August 30, 1995 as amended by that certain First Amendment dated September 11, 1995.

CRA assigned its partnership interest in the Partnership to Gold & Wachtel pursuant to that certain Assignment of Partnership Interest dated June 12, 1997.

Member and Gold & Wachtel agreed to convert the Partnership into a limited liability company and did so by filing a Certificate of Conversion of a Partnership to a Limited Liability Company with the New York State Department of State on April 23, 2001.

Gold & Wachtel assigned its interest in Charleston Enterprises, LLC to Wachtel & Masyr, LLP pursuant to that certain Assignment dated December 1, 2003.

Wachtel & Masyr, LLP assigned its interest in Charleston Enterprises, LLC to Member pursuant to that certain Assignment of Limited Liability Company Interest in Charleston Enterprises, LLC dated December 10, 2003.

### Article I
### Formation and Name: Office; Purpose; Term

1.1. *Organization.*

1.1.1. The Member is organizing a limited liability company pursuant to the New York Limited Liability Company Law, as amended from time to time (the "Law"), and pursuant to the provisions of this Agreement and, for that purpose, has caused a Certificate of Conversion of a Partnership to a Limited Liability Company to be prepared, executed, and filed with the New York Department of State on April 23, 2001.

1.1.2. BDG Charleston, Inc. is hereby designated as an authorized person, within the meaning of the Law, to execute, deliver and file any amendments and/or restatements to the certificate of conversion and any other certificates (and any amendments and/or restatements thereof) necessary for the Company to qualify to do business in a jurisdiction in which the Company may wish to do business.

1.2. *Name of the Company.* The name of the limited liability company shall be Charleston Enterprises, LLC (the "Company"). The Company may do business under that name and under any other name or names upon which the Member decides. If the Company does business under a name other than that set forth in its Articles of Organization, then the Company shall file a certificate as required by General Business Law §130.

1.3. *Purpose.* The Company is organized solely to purchase, acquire, buy, sell, own, trade in, hold, develop, lease, manage, subdivide, and otherwise deal in and with approximately 42 acres northwest of the intersection of the West Shore Expressway (State Route 440), and the Richmond Parkway in Staten Island, New York, (the "Property"), and to do any and all things necessary, convenient, or incidental to that purpose.

1.4. *Term.* The Company shall have a perpetual existence unless its existence is sooner terminated pursuant to Article VII of this Agreement.

1.5. *Agent for Service of Process.* The Secretary of State is designated as agent of the Company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the Company served upon him or her is:

> c/o Blumenfeld Development Group, Ltd.
> 300 Robbins Lane
> Syosset, New York 11791

1.6. *Member.* The name, present mailing address and taxpayer identification number of the Member is as follows:

| Name | Address | Taxpayer Identification Number |
|---|---|---|
| BDG Charleston, L.P. | 300 Robbins Lane Syosset, New York 11791 | 11-3282423 |

## Article II
## Member; Capital; Capital Account

2.1. *Initial Capital Contribution.* Upon the execution of this Agreement, the Member is contributing to the company cash in the amount of $10.00.

2.2. *No Additional Capital Contributions Required.* The Member shall not be required to contribute any additional capital to the Company. The Member shall not have any personal liability for any debt, obligation or liability of the Company.

2.3. *No Interest on Capital Contributions.* The Member shall not be paid interest on its Capital Contribution.

2.4. *Return of Capital Contributions*. Except as otherwise provided in this Agreement, the Member shall not have the right to receive any return of its Capital Contribution.

2.5. *Form of Return of Capital*. If the Member is entitled to receive a return of its Capital Contribution, the Company may distribute cash, notes, property, or a combination thereof to the Member in return of the Capital Contribution.

2.6. *Loans*. The Member may, at any time, make or cause a loan to be made to the Company in any amount and on those terms as determined by the Member.

## Article III
## Profit, Loss, and Distributions

3.1. *Distributions of Cash Flow*. Cash Flow for the Company may be distributed to the Member at such times and in such amounts as determined by the Member. Such distributions shall be allocated to the Member in the same proportion as its then capital account balance.

## Article IV
## Management: Rights, Powers, and Duties

4.3. *Management*.

4.3.1. The Company shall be managed by the Member. The Member shall have the full and exclusive right and power to act for and bind the Company.

4.3.2. The Member may cause the Company to employ and retain such other persons as may be necessary or appropriate for the conduct of the Company's business, on such terms as the Member shall determine, including persons who may be designated as officers. The officers of the Company shall have the titles, powers and duties delegated to them by the Member. Any number of titles may be held by the same officer.

4.3.3. The Member shall have the power and authority to delegate his or her right and power to manage and control the business and affairs of the Company to one or more other persons (including one or more committees, managers and agents, employees and/or affiliates of a manager), including delegation by management agreement or other arrangement.

4.4. *Liability and Indemnification*.

4.4.1. Except as otherwise provided by law, no Member or authorized person shall be liable, responsible or accountable in any way for damages or otherwise to the Company or to any of the Members for any act or failure to act pursuant to this Agreement or otherwise unless there is a judicial determination that (i) such person acted in bad faith, (ii) the conduct of such person constituted intentional misconduct or a knowing violation of law, (iii) such person gained a

financial benefit to which he or she was not legally entitled or (iv) such person failed to perform his or her duties, specifically with respect to distributions under section 508(a) of the Law, in good faith and with that degree of care that an ordinarily prudent person in a like position would use under similar circumstances.

4.4.2. The Company shall indemnify, defend and hold harmless the Member and the authorized person (each an "Indemnitee"), from and against any claims, losses, liabilities, damages, fines, penalties, costs and expenses (including, without limitation, reasonable fees and disbursements of counsel and other professionals) arising out of or in connection with any act or failure to act by an Indemnitee pursuant to this Agreement, or the business and affairs of the Company, to the fullest extent permitted by law; provided, however, that an Indemnitee shall not be entitled to indemnification hereunder if there is a judicial determination that (a) such Indemnitee's actions or omissions to act were made in bad faith or were the result of active and deliberate dishonesty and were material to the cause of action so adjudicated, or (b) such Indemnitee personally gained a financial benefit to which the Indemnitee was not legally entitled.

## Article V
## Transfers of Interest

5.1. *Transfers*. The Member may transfer in whole or in part its interest in the Company.

## Article VI
## Admission of Additional Members

6.1. *Admission of Additional Members*. The Member may admit one or more additional members to the Company.

## Article VII
## Dissolution, Liquidation, and Termination of the Company

7.1. *Events of Dissolution*. The Company shall be dissolved upon the happening of any of the following events:

7.1.1. upon the consent of the Member; or

7.1.2. upon the entry of a decree of judicial dissolution under Section 702 of the Law.

## Article VIII
## General Provisions

8.1. *Applicable Law*. All questions concerning the construction, validity, and interpretation

of this Agreement and the performance of obligations imposed by this Agreement shall be governed by the internal law, not the law of conflicts, of the State of New York.

8.2. *Article and Section Titles.* The headings herein are inserted as a matter of convenience only and do not define, limit, or describe the scope of this Agreement or the intent of the provisions hereof.

8.3. *Separability of Provisions.* Each provision of this Agreement shall be considered separable; and if, for any reason, any provision or provisions herein are determined to be invalid and contrary to any existing or future law, such invalidity shall not impair the operation of or affect those portions of this Agreement which are valid.

IN WITNESS WHEREOF, the Member and the authorized person have executed, or caused this Agreement to be executed as of the date set forth hereinabove.

MEMBER

BDG Charleston, L.P.

By:  BDG Charleston, Inc., its
     General Partner

By: _____
    Name:  Edward Blumenfeld
    Title:  President

AUTHORIZED PERSON

By:  BDG Charleston, Inc.

By: _____
    Name:  Edward Blumenfeld
    Title:  President

651107

| Schedule K-1 (Form 1065) | **2007** | | |
|---|---|---|---|

For calendar year 2007, or tax
year beginning _____
ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III    Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
11-2796934

**B** Partnership's name, address, city, state, and ZIP code

BULL MARKET FUND
300 ROBBINS LANE
SYOSSET, NY   11791

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

11-3293296

**F** Partner's name, address, city, state, and ZIP code

CHARLESTON ENTERPRISES LLC
300 ROBBINS LANE
SYOSSET, NY 11791

**G** ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

**H** ☒ Domestic partner     ☐ Foreign partner

**I** What type of entity is this partner?   PARTNERSHIP

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 1,604,318. |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ 27,663. |
| Withdrawals & distributions | $( 1,350,000 ) |
| Ending capital account | $ 281,981. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

| Box | Description | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | 0. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | 3,785. |
| 6a | Ordinary dividends | 2,275. |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | 20,800. |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured sec 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss)   C | 803. |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | |
| 17 | Alternative min tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions   A | 1,350,000. |
| 20 | Other information   A | 6,060. |
| | W* | 3,785. |

*See attached statement for additional information.

JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

DECLARATION OF SERVICE

State of New York, County of New York )ss:

Ramsey Hinkle an attorney admitted to practice in the courts of New York,
hereby declares:

I am not a party to this action, am over 18 years of age and am an associate at the
law office of Clayman & Rosenberg, LLP 305 Madison Avenue, New York, New York
10165.

On January 6, 2010, I served a true copy of the annexed OBJECTIONS TO
TRUSTEES DETERMINATIONS by depositing the same with an overnight delivery
service in a wrapper properly addressed, the address having been designated by the
addressee for that purpose. Said delivery was made prior to the latest time designated by
the overnight delivery service for overnight delivery. The address and delivery service
are indicated below:

<u>VIA FEDERAL EXPRESS</u>
Irving H. Picard, Trustee
c/o Baker and Hostetler LLP
45 Rockefeller Plaza – 11th Floor
New York, New York 10111

I declare under penalty of perjury under the law of the United States of America
that the foregoing is true and correct.

Executed on:   January 6, 2010
              New York, New York

_____
Ramsey Hinkle