# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Jonathan Sobin & Sylvia Michelle Sobin
Mailing Address: 56 River Birch Circle
City: Manchester    State: NH    Zip: 03102
Account No.:
Taxpayer I.D. Number (Social Security No.):

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of    $____0_____

   b.    I owe the Broker a Debit (Dr.) Balance of    $____0_____

   c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____

   d.    If balance is zero, insert "None."    _____None_____

2.      Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X | |
| b.   I owe the Broker securities | | X |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |

Please see Exhibits A and B. The entity described in Exhibit A is believed

to be a customer of BMIS and the party filing this claim thus has an interest

in the assets of such entity.

Claim amount: $1,113,577.98*

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

*Rye Select Broad Market XLFund, L.P. had virtually all of its assets invested with BMIS. The above claim amount reflects the claimants proportionate share of this investment, as demonstrated in Exhibit A.

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____3/3/09_____    Signature_____

Date _____3/3/09_____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# CUSTOMER CLAIM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

### Shared Ownership Account Information for
### Rye Select Broad Market XL Fund, L.P.-Class A

| | |
|---|---|
| **Owner Name:** | Jonathan Sobin |
| **Address:** | 56 River Birch Circle, Manchester, NH 03102 |
| **Tel. No.:** | 603-504-4646 |
| **Extent of Ownership:** | Joint Tenancy with Rights of Survivorship (JTWROS) |
| **Owner Name:** | Sylvia Michelle Sobin |
| **Address:** | 56 River Birch Circle, Manchester, NH 03102 |
| **Tel. No.:** | 603-504-4646 |
| **Extent of Ownership:** | Joint Tenancy with Rights of Survivorship (JTWROS) |

3/3/09
Date

Jonathan Sobin

3/3/09
Date

Sylvia Michelle Sobin

# EXHIBIT A

**Rye Select Broad Market XL Fund, LP**
c/o Tremont Partners, Inc.
555 Theodore Fremd Avenue
Corporate Center at Rye
Rye, New York 10580

December 19, 2008

Re: Rye Select Broad Market XL Fund, LP (the "Partnership")

Dear Limited Partner:

We are writing to inform you of the measures that Tremont Partners, Inc. (the "General Partner") is taking as a result of the apparent fraud perpetrated on the Partnership by Bernard L. Madoff and his firm, Bernard L. Madoff Investment Securities, LLC ("BLMIS"). On Tuesday, December 16, 2008, the SEC issued Release 2008-297, by Commissioner Cox, that restated the emergency actions being taken by the SEC and indicated that it had learned in reviewing records of Madoff that "those records are increasingly exposing the complicated steps that Mr. Madoff took to deceive investors, the public and regulators," and that he maintained "several sets of books and records and false documents, and provided false information involving his advisory activities to investors and regulators." The full text of the release appears at www.sec.gov. The apparent fraud is massive.

As you know, all or substantially all of the Partnership's portfolio had exposure to BLMIS and/or one or more of its affiliates or agents. All capitalized terms used herein and not otherwise defined herein shall have their respective meanings set forth in the Partnership's Amended and Restated Limited Partnership Agreement dated as of November 1, 2007 (the "Partnership Agreement").

The General Partner has determined, pursuant to the Partnership Agreement, that it is in the best interests of the Partnership as a whole to declare a temporary suspension of (i) the determination of the Net Asset Value of the Partnership, (ii) withdrawals from the Partnership for those requests submitted for December 31, 2008 and thereafter and (iii) payment of withdrawal proceeds, due to the uncertainty associated with prior Net Asset Value calculations, which remain unpaid as of this date.

Each of the above suspensions will be effective as of December 19, 2008 and will remain in effect until such time as the General Partner determines it is in the best interests of the Partnership to lift such suspension.

We will update you of any new developments in connection with the above matters. We appreciate your patience during this time and wish to assure you that we are consulting with the Partnership's counsel and reviewing all options available to the Partnership.

Sincerely,

TREMONT PARTNERS, INC., General Partner

By: _____
Name: Mark D. Santero
Title: Director

[847494-4]



R Y E
Investment Management
A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number:                4807
Period Beginning: 01-Oct-2008
Period Ending: 31-Oct-2008
Fax Number:
E-Mail:  JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.58% | 11.89% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1,120,028.51 | 0.00 | (6,450.53) | 0.00 | 1,113,577.98 |
| Totals | 1,120,028.51 | 0.00 | (6,450.53) | 0.00 | 1,113,577.98 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090        Facsimile: 212.644.6669        Email:  AISOnline_NY@bankofny.com        Web:  www.fundadmin.com

# *EXHIBIT B*

## EXHIBIT B

1. The Claimant is not a direct customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), but instead is an investor in the Rye Select Broad Market XL Fund, L.P., which is believed to be a BMIS customer with claims to securities and other assets of BMIS. The Claimant believes it has or may have in the future a claim in this liquidation proceeding and/or rights to all or a portion of the claims of Rye Select Broad Market XL Fund, L.P.

2. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

3. The information provided in the Claim Form is based on information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

4. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

5. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

6. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

7. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, BMIS and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

8. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against BMIS, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

9. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

10. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

11. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

12. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith.

2

Jonathan and Sylvia Michelle Sobin
Investors in Rye Select Broad Market XL Fund, L.P., a customer of BMIS.

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 9/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period September 1 through September 30, 2008. |
| 2 | 8/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period August 1 through August 31, 2008. |
| 3 | 7/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period July 1 through July 31, 2008. |
| 4 | 6/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL Fund, L.P. Account Statement for the period ending June 30, 2008 indicating a contribution in the amount of $500,000. |
| 5 | 6/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period June 1 through June 30, 2008. |
| 6 | 6/24/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Confirmation that $500,000 was deposited into Rye Select Broad Market XL Fund, L.P. |
| 7 | 5/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period May 1 through May 31, 2008. |
| 8 | 5/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Confirmation that $500,000 was deposited into Rye Select Broad Market XL Fund, L.P. on June 1, 2008 |
| 9 | 4/30/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period April 1 through April 30, 2008. |

08-01789-cgm    Doc 1451-2    Filed 01/07/10    Entered 01/07/10 14:10:55    Exhibit B.

Customer Claim    Pg 14 of 46

2 of 2

**Jonathan and Sylvia Michelle Sobin**

**Investors in Rye Select Broad Market XL Fund, L.P., a customer of BMIS.**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 10 | 3/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period March 1 through March 30, 2008. |
| 11 | 2/29/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period February 1 through February 29, 2008. |
| 12 | 1/31/2008 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period January 1 through January 31, 2008. |
| 13 | 12/31/2007 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period December 1 through December 31, 2007. |
| 14 | 9/30/2007 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL, Fund, L.P. Client Statement for the period September 1 through September 30, 2007. |
| 15 | 7/31/2007 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Rye Select Broad Market XL Fund, L.P. Account Statement for the period ending July 31, 2007 indicating a contribution in the amount of $500,000. |
| 16 | 6/4/2007 | Rye Investment Management | Jonathan Sobin & Sylvia Michell Sobin JT | Confirmation that $500,000 was deposited into Rye Select Broad Market XL Fund, L.P. on June 1, 2007 |

1


Investment Management
A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number:–                    4807
**Period Beginning:** 01-Sep-2008
**Period Ending:** 30-Sep-2008
**Fax Number:**
**E-Mail:** JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | **Period to Date** | **Year to Date** |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1.68% | 12.53% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1,101,542.17 | 0.00 | 18,486.34 | 0.00 | 1,120,028.51 |
| **Totals** | 1,101,542.17 | 0.00 | 18,486.34 | 0.00 | 1,120,028.51 |

### DISCLOSURE NOTES

• % Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

**Telephone:** 212.815.4090      **Facsimile:** 212.644.6669      **Email:** AISOnline_NY@bankofny.com      **Web:** www.fundadmin.com

2



Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number:          4807
Period Beginning: 01-Aug-2008
Period Ending: 31-Aug-2008
Fax Number:
E-Mail: JonSobin@hotmail.com

---

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 2.19% | 10.68% |

---

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 1,077,899.41 | 0.00 | 23,642.76 | 0.00 | 1,101,542.17 |
| **Totals** | 1,077,899.41 | 0.00 | 23,642.76 | 0.00 | 1,101,542.17 |

---

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

---

### INVESTOR INQUIRIES

**Telephone:** 212.815.4090    **Facsimile:** 212.644.6669    **Email:** AISOnline_NY@bankofny.com    **Web:** www.fundadmin.com

3



**R Y E**
Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

| | |
|---|---|
| A/C Number: | 4807 |
| Period Beginning: | 01-Jul-2008 |
| Period Ending: | 31-Jul-2008 |
| Fax Number: | |
| E-Mail: | JonSobin@hotmail.com |

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 2.35% | 8.30% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 1,053,172.71 | 0.00 | 24,726.70 | 0.00 | 1,077,899.41 |
| **Totals** | 1,053,172.71 | 0.00 | 24,726.70 | 0.00 | 1,077,899.41 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

| Telephone: 212.815.4090 | Facsimile: 212.644.6669 | Email: AISOnline_NY@bankofny.com | Web: www.fundadmin.com |

4



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number:      4807
Period Beginning: 01-Jun-2008
Period Ending: 30-Jun-2008
Fax Number:
E-Mail: JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
|  | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.39% | 5.82% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 557,305.19 | 500,000.00 | (4,132.48) | 0.00 | 1,053,172.71 |
| Totals | 557,305.19 | 500,000.00 | (4,132.48) | 0.00 | 1,053,172.71 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090      Facsimile: 212.644.6669      Email: AISOnline_NY@bankofny.com      Web: www.fundadmin.com

5

# RYE
## Investment Management
A Division of Tremont Group Holdings, Inc.

News  /  Statements  /  Funds  /  Performance  /  Documents  /  Contacts  /  Password  /  Logoff

Print Page

## Account Statement

| | |
|---|---|
| Current User | Jonathan Sobin, Investor<br>JonSobin@hotmail.com |
| Investor Selection | Jonathan & Sylvia Michelle Sobin |
| Statement Dates | 06/30/2008 |

### Jonathan & Sylvia Michelle Sobin
56 River Birch Circle
Manchester, NH 03102

### Account Summary (year-to-date)
*Statement Date: June 30, 2008*

| Rye Select Funds | Jan 01, 2008 | | | Jun 30, 2008 | |
|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $524,607 | $500,000 | $28,566 | $1,053,173 | 5.82% |
| Relationship Total | $524,607 | $500,000 | $28,566 | $1,053,173 | |

### Current Activity

| Rye Select Funds | Jun 01, 2008 | | | Jun 30, 2008 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $557,305 | $500,000 | $0 | $1,053,173 | -0.39% |
| Relationship Total | $557,305 | $500,000 | $0 | $1,053,173 | |

ᴬFootnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice  /  Disclaimer  /  Privacy Policy  /  Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

1/6/2009 10:31 AM

6


Investment Management
A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

24-Jun-2008

**Jonathan Sobin & Syliva Michelle Sobin JT**
**56 River Birch Circle**
**Manchester, NH 03102**
**USA**

## TRADE CONFIRMATION

Dear Investor,

We are pleased to confirm your investment into Rye Select Broad Market XL Fund, L.P. The details below confirm the specifics of the transaction executed on your behalf.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct.  If any discrepancies are identified please contact our Investor Services Group as described below.

### ACTIVITY CONFIRMED

| Security | Rye Select Broad Market XL Fund, L.P. - Class A |
|---|---|

| Details | | Contributions | |
|---|---|---|---|
| Action | Buy | Gross Contribution | 500,000.00 |
| Dealing Date | 1-Jun-2008 | Sales Charge/Interest Payment | 0.00 |
| Base Currency | USD | Net Contribution | 500,000.00 |
| Lot Ref. Number | 000366 | | |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| Acct. Name | Jonathan Sobin & Syliva Michelle Sobin JT | Telephone | 212.815.4090 |
| Acct. Number | 4807 | Facsimile | 212.644.6669 |
| Telephone | 603-622-2714 | Email | AISOnline_NY@bankofny.com |
| Facsimile | -- | Web | www.fundadmin.com |
| Email | JonSobin@hotmail.com | | |

7



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

**A/C Number:**     4807
**Period Beginning:** 01-May-2008
**Period Ending:** 31-May-2008
**Fax Number:**
**E-Mail:** JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | **Period to Date** | **Year to Date** |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1.90% | 6.23% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 546,928.36 | 0.00 | 10,376.83 | 0.00 | 557,305.19 |
| **Totals** | 546,928.36 | 0.00 | 10,376.83 | 0.00 | 557,305.19 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

**Telephone:** 212.815.4090     **Facsimile:** 212.644.6669     **Email:** AISOnline_NY@bankofny.com     **Web:** www.fundadmin.com

8



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

30-May-2008

**Jonathan Sobin & Syliva Michelle Sobin JT**
**56 River Birch Circle**
**Manchester, NH 03102**
**USA**

## CONFIRMATION OF INTENT

Dear Investor,

We are pleased to confirm the receipt of your notice of intent to invest into Rye Select Broad Market XL Fund, LP.  The details below confirm the specifics of the transaction.  Your transaction will not be executed until all requisite documentation has been received in good order, adequate funds have been received and your eligibility as an investor in Rye Select Broad Market XL Fund, LP has been confirmed.  If you have not already done so, please send original documentation via courier.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct.  If any discrepancies are identified please contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

**Details**

| | |
|---|---|
| Action Confirmed: | Notice Received |
| Action Pending: | Buy |
| Amount: | 500,000.00          USD |
| Dealing Date: | 1-Jun-2008 |
| Security: | Rye Select Broad Market XL Fund, L.P. - Class A |

| ACCOUNT INFORMATION | INVESTOR INQUIRIES |
|---|---|
| **Acct. Name**   Jonathan Sobin & Syliva Michelle Sobin JT | **Telephone**       212.815.4090 |
| **Acct. Number**                    .4807 | **Facsimile**       212.644.6669 |
| **Telephone**       603-622-2714 | **Email**           AISOnline_NY@bankofny.com |
| **Facsimile**       -- | **Web**             www.fundadmin.com |
| **Email**           JonSobin@hotmail.com | |

9


# R Y E
Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

# CLIENT STATEMENT

| | |
|---|---|
| **A/C Number:** | 4807 |
| **Period Beginning:** | 01-Apr-2008 |
| **Period Ending:** | 30-Apr-2008 |
| **Fax Number:** | |
| **E-Mail:** | JonSobin@hotmail.com |

## PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 2.71% | 4.25% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 532,486.23 | 0.00 | 14,442.13 | 0.00 | 546,928.36 |
| **Totals** | 532,486.23 | 0.00 | 14,442.13 | 0.00 | 546,928.36 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

**Telephone:** 212.815.4090    **Facsimile:** 212.644.6669    **Email:** AISOnline_NY@bankofny.com    **Web:** www.fundadmin.com

10



A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

**A/C Number:** 4807
**Period Beginning:** 01-Mar-2008
**Period Ending:** 31-Mar-2008
**Fax Number:**
**E-Mail:** JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 0.14% | 1.50% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 531,719.78 | 0.00 | 766.45 | 0.00 | 532,486.23 |
| **Totals** | 531,719.78 | 0.00 | 766.45 | 0.00 | 532,486.23 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

| Telephone: 212.815.4090 | Facsimile: 212.644.6669 | Email: AISOnline_NY@bankofny.com | Web: www.fundadmin.com |

11



BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

**A/C Number:** 4807
**Period Beginning:** 01-Feb-2008
**Period Ending:** 29-Feb-2008
**Fax Number:**
**E-Mail:** JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.53% | 1.36% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 534,542.77 | 0.00 | (2,822.99) | 0.00 | 531,719.78 |
| **Totals** | 534,542.77 | 0.00 | (2,822.99) | 0.00 | 531,719.78 |

### DISCLOSURE NOTES

• % Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

**Telephone:** 212.815.4090    **Facsimile:** 212.644.6669    **Email:** AISOnline_NY@bankofny.com    **Web:** www.fundadmin.com

12



**R Y E**
Investment Management
A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

| | |
|---|---|
| A/C Number: | 1807 |
| Period Beginning: | 01-Jan-2008 |
| Period Ending: | 31-Jan-2008 |
| Fax Number: | |
| E-Mail: | JonSobin@hotmail.com |

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1.89% | 1.89% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market XL Fund, L.P. - Class A | 524,607.14 | 0.00 | 9,935.63 | 0.00 | 534,542.77 |
| Totals | 524,607.14 | 0.00 | 9,935.63 | 0.00 | 534,542.77 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

| Telephone: 212.815.4090 | Facsimile: 212.644.6669 | Email: AISOnline_NY@bankofny.com | Web: www.fundadmin.com |
|---|---|---|---|

13



**R Y E**
Investment Management

A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number: 4807
Period Beginning: 01-Dec-2007
Period Ending: 31-Dec-2007
Fax Number:
E-Mail: JonSobin@hotmail.com

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | -0.33% | 4.92% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 526,344.92 | 0.00 | (1,737.78) | 0.00 | 524,607.14 |
| **Totals** | 526,344.92 | 0.00 | (1,737.78) | 0.00 | 524,607.14 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

| Telephone: 212.815.4090 | Facsimile: 212.644.6669 | Email: AISOnline_NY@bankofny.com | Web: www.fundadmin.com |

14



A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Jonathan Sobin & Syliva Michelle Sobin JT
56 River Birch Circle
Manchester, NH 03102
USA

## CLIENT STATEMENT

A/C Number: 4807
Period Beginning: 01-Sep-2007
Period Ending: 30-Sep-2007
Fax Number:
E-Mail: JonSobin@hotmail.com

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market XL Fund, L.P. - Class A | 1.91% | 2.11% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market XL Fund, L.P. - Class A | 500,948.98 | 0.00 | 9,582.12 | 0.00 | 510,531.10 |
| Totals | 500,948.98 | 0.00 | 9,582.12 | 0.00 | 510,531.10 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com

15



News / Statements / Funds / Performance / Documents / Contacts / Password / Logoff

Print Page

### Account Statement

| | |
|---|---|
| **Current User** | Jonathan Sobin, Investor |
| | JonSobin@hotmail.com |
| **Investor Selection** | Jonathan & Sylvia Michelle Sobin |
| **Statement Dates** | 07/31/2007 |

#### Jonathan & Sylvia Michelle Sobin
56 River Birch Circle
Manchester, NH 03102

### Account Summary (year-to-date)
*Statement Date: July 31, 2007*

| Rye Select Funds | Jan 01, 2007 | | | | Jul 31, 2007 | |
|---|---|---|---|---|---|---|
| | Value | Net Contr./With. | Net Return | | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $0 | $500,000 | ($404) | | $499,596 | -0.08% |
| *Relationship Total* | $0 | $500,000 | ($404) | | $499,596 | |

### Current Activity

| Rye Select Funds | Jul 01, 2007 | | | Jul 31, 2007 | |
|---|---|---|---|---|---|
| | Value | Contr. | With. | Value | ROR(%) |
| Rye Select Broad Market XL Fund LP | $0 | $500,000 | $0 | $499,596 | -0.08% |
| *Relationship Total* | $0 | $500,000 | $0 | $499,596 | |

'Footnote: Due to the extraordinary events which impact the Rye Select Broad Market Series of funds, the account valuations for the periods shown here are subject to change.

Legal Notice / Disclaimer / Privacy Policy / Terms of Use

Copyright © 2008 Tremont Group Holdings, Inc. All Rights Reserved.

16

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street, 20th Floor West
New York, New York 10286
USA

04-Jun-2007

**Jonathan Sobin & Syliva Michelle Sobin JT**
**56 River Birch Circle**
**Manchester, NH 03102**
**USA**

## CONFIRMATION OF INTENT

Dear Investor,

We are pleased to confirm the receipt of your notice of intent to invest into Rye Select Broad Market XL Fund, LP.  The details below confirm the specifics of the transaction.  Your transaction will not be executed until all requisite documentation has been received in good order, adequate funds have been received and your eligibility as an investor in Rye Select Broad Market XL Fund, LP has been confirmed.  If you have not already done so, please send original documentation via courier.

Please take a moment to review this confirmation to ensure that all details pertaining to this transaction and your account are correct.  If any discrepancies are identified please contact our Investor Services Group as described below.

## ACTIVITY CONFIRMED

**Details**

| | |
|---|---|
| Action Confirmed: | Notice Received |
| Action Pending: | Buy |
| Amount: | 500,000.00          USD |
| Dealing Date: | 1-Jun-2007 |
| Security: | Rye Select Broad Market XL Fund, L.P. - Class A |

| ACCOUNT INFORMATION | | INVESTOR INQUIRIES | |
|---|---|---|---|
| **Acct. Name** | Jonathan Sobin & Syliva Michelle Sobin JT | **Telephone** | 212.815.4090 |
| **Acct. Number** [        ]4807 | | **Facsimile** | 212.644.6669 |
| **Telephone** | 603-622-2714 | **Email** | AISOnline_NY@bankofny.com |
| **Facsimile** | -- | **Web** | www.fundadmin.com |
| **Email** | JonSobin@hotmail.com | | |