# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: __Michiel Van't Laar & Judith Lennaerts__
Mailing Address: __Via Candia 4__
City: __Lido de Venezia (VE)__  State: __ITALY__  Zip: __30126__
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of    $____0____

    b. I owe the Broker a Debit (Dr.) Balance of    $____0____

    c. If you wish to repay the Debit Balance,
    please insert the amount you wish to repay and
    attach a check payable to "Irving H. Picard, Esq.,
    Trustee for Bernard L. Madoff Investment Securities LLC."
    If you wish to make a payment, **it must be enclosed**
    with this claim form.    $_____

    d. If balance is zero, insert "None."    ____None____

502180406    1

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see Exhibits A and B. The entity described in Exhibit A is fully invested in Fairfield Sentry Ltd., a fund that is believed to be a customer of BMIS. The parties filing this claim thus have an interest in the assets of such entity. | | | |
| Claim amount: 2,056.82 units of Auriga International (EURO) Limited = 220,000 EUR | | | |
| TOTAL | unknown units of Auriga International (EURO) Limited = 120,000 EUR | | |
| | | 340,000 EUR ($452,200) | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                                  2

*Auriga International (EURO) Limited invested virtually all of its assets with Fairfield Sentry Ltd. Fairfield Sentry Ltd., invested 99% of its assets with BMIS. The above claim amount reflects the claimants' proportionate share of this investment, as demonstrated in Exhibit A.

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
| --- | --- | --- | --- |
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain. |     | X |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |     | X |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | X |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |     | X |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |     | X |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |     | X |
| 9.  | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |     | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: __Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004__.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _April 25 2009_    Signature _____

Date _April 25 2009_    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



# AURIGA

**An Important Message from the Board of Directors of Auriga International (EURO) Limited**

January 29, 2009

Re: Auriga International (EURO) Ltd. ("the Fund")

Dear Investor,

Following our communication dated December 17, 2008, we hereby inform you that the Fund's Board of Directors (the "Board") recently held a meeting to discuss the events surrounding the Bernard L. Madoff Investment Securities LLC ("Madoff") alleged Ponzi scheme.

As you are aware, the Fund is a so-called feeder fund and invests its assets in Auriga International Ltd. ("AIL USD") which in accordance with the Private Placement Memorandum invested substantially all of its assets in underlying investment vehicles (the "Vehicles") that had indirect exposure to Madoff and invested on a levered basis in these Vehicles through the use of credit facilities.

The Board of AIL USD has tendered redemption requests to sell all investments in the Vehicles; however, in view of the circumstances described herein and information available to the public, the Board believes that AIL USD and therefore the Fund is unlikely to receive any proceeds from the sale of the investments.

Investors should be aware that the leverage providers of AIL USD will have a first right on any proceeds received from the sale of the investments in the Vehicles due to the pledges associated with the credit facilities provided by the leverage providers to AIL USD.

Finally, the Board would like to reiterate that the calculation of the Fund's Net Asset Value, subscriptions and redemptions continue suspended as stated in the communication dated December 17, 2008.

We will keep all investors updated as new material information becomes available.

Sincerely,

AURIGA INTERNATIONAL (EURO) LTD.

# R|&BANQUIERS

Rahn & Bodmer Zürich

Seeger Weiss LLP
Attn. Parvin K. Aminolroaya
One William Street
New York 10004-2502
USA

Zurich, February 3rd, 2009
gd/kf

**Auriga International (EURO) Limited**

Dear Mrs Aminolroaya

We have been asked by our clients Mr Michiel van't Laar, born 06.10.1960, Dutch citizen and Mrs Judith Lennaerts, born 27.09.1958, Dutch Citizen to confirm as custodian their holdings in the Auriga International (EURO) Limited. This information is supposed to support a possible claim of the clients against the legal representatives of said fund.

The clients currently hold the following positions with Rahn & Bodmer:

| Subscription day | Value day | Amount subscribed | # of Shares allocated | Allocation day |
|---|---|---|---|---|
| 24.07.2008 | 25.07.2008 | 70'000.- EUR | 659.26 | 02.08.2008 |
| 22.08.2008 | 25.08.2008 | 150'000.- EUR | 1397.56 | 17.09.2008 |
| 21.11.2008 | 24.11.2008 | 120'000.- EUR | unknown | process halted |

As per February 3rd, 2009 the clients hold 2'056.82 allocated shares of Auriga International (EURO) Limited.

The payment for the last subscription has been executed with value November 24th, 2008. Due to the arrest of Mr Bernhard Madoff on December 11th, 2008 and his alleged connection to the Auriga International (EURO) Limited Fund, the fund never confirmed an allocation of shares nor did it return the subscription amount.

The above information is strictly confidential. It is given for the purpose of information only and without any responsibility of the part of our bank and/or its officers.

Yours sincerely
Rahn & Bodmer

Dominik Gasche        Theo Hauenstein

Talstrasse 15, Postfach
CH-8022 Zürich
Telefon 044 639 11 11
Telefax 044 639 11 22

## **EXHIBIT B**

1. The Claimant is not a direct customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), but instead is an investor in Auriga International (EURO) Limited, which is believed to be a BMIS customer with claims to securities and other assets of BMIS. The Claimant believes it has or may have in the future a claim in this liquidation proceeding and/or rights to all or a portion of the claims of Auriga International (EURO) Limited.

2. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

3. The information provided in the Claim Form is based on information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

4. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

5. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

6. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

7. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, BMIS and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

Michiel Van't Laar & Judith Lennaerts

8. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against BMIS, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

9. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

10. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

11. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

12. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary.

Michiel Van't Laar & Judith Lennaerts