# EXHIBIT B

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: Vestimonde Inc.
Mailing Address: 4210 Grand Boulevard
City: Montreal      State: CANADA      Zip: QC H3B 2X6
Account No.: _____
Taxpayer I.D. Number (Social Security No.): _____

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.     Claim for money balances as of **December 11, 2008**:

     a.     The Broker owes me a Credit (Cr.) Balance of     $_____0_____

     b.     I owe the Broker a Debit (Dr.) Balance of     $__0_____

     c.     If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.     $_____

     d.     If balance is zero, insert "None."     NONE

2.       Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |

Please see Exhibits A and B. The entity described in Exhibit A is believed to be a customer of BMIS and the party filing this claim thus has an interest in the assets of such entity.

Claim Amount: 1,715.5155 units of Chester Global x 69.050788 per unit = $118,457.70 EUR

118,457.70 x 1.2% invested in BMIS = $1,421.49 EUR ($1,888.51 USD)

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406
* Chester Global Strategy Fund Ltd Class Euro A1 invested 1.2% of its assets with BMIS. The above claim amount reflects the claimant's proportionate share of this investment, as demonstrated in Exhibit A.

2

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  2009-06-20                     Signature  *John Wallen, President Vestimonde Inc.*
                                     Joshua Wallace, President of Vestimonde, Inc.

Date _____        Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**CUSTOMER CLAIM**

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

December 11, 2008

**Account Ownership Information for
Vestimonde Inc.**

**Chester Global Strategy Fund
Customer Name:**                    Vestimonde Inc.

**President
of Vestimonde Inc.**                Joshua Wallace

**Address:**                        4210 Grand Boulevard, Montreal, QC HYB 2X6, Canada

Pursuant to the Certificate of Incorporation enclosed herewith, I am the President and sole
shareholder of Vestimonde Inc., and as such, I am authorized to file a SIPC Claim on behalf
of Vestimonde Inc.

2009-06-20

Date

Joshua Wallace,
President of Vestimonde Inc.

# *EXHIBIT A*

# CITCO

*Citco Fund Services
(Europe) B.V.*

| | |
|---|---|
| VESTIMONDE INC | **Date:** Nov-27-2008 |
| C/O JOSHUA WALLACE | **Valuation date:** Oct-31-2008 |
| 4210 GRAND BOULEVARD | **Fund ID:** 288102 |
| MONTREAL | **Holder ID:** 4802 |
| QC HYB 2X6 | **Account ID:** )003 |
| CANADA | **Fax Number:** 001 514 313 5753 |
| | **Email:** YOTEISAN@YAHOO.COM |
| C/O JOSHUA WALLACE | **Currency:** EURO |
| Account: VESTIMONDE INC | |

## CHESTER GLOBAL STRATEGY FUND LTD CLASS EURO A1

| OPENING balance at 09-30-2008 | Units | NAV at 09-30-2008 | Market Value |
|---|---|---|---|
| Value of shares | 1,715.5155 | 81.571009 | 139,936.33 |

| Value of Account at 09-30-2008 | | | 139,936.33 |
|---|---|---|---|

| CLOSING balance at 10-31-2008 | Units | NAV at 10-31-2008 | Market Value |
|---|---|---|---|
| Value of shares | 1,715.5155 | 69.050788 | 118,457.70 |

| Value of Account at 10-31-2008 | | | 118,457.70 |
|---|---|---|---|

| OPEN POSITIONS AT ENDING NAV AS OF 10-31-2008 | | | | | | | 69.050788 |
|---|---|---|---|---|---|---|---|
| Date | Transaction Id    Type | Number of Units | Equalization factor (book) | Equalization factor (mkt) | Contingent red'n (bk) | Contingent red'n (mkt) | Market Value |
| 04-02-2008 | 66313702 Subscription | 1,173.1750 | 0.00 | 0.00 | -80.03 | 0.00 | 81,008.66 |
| 09-01-2008 | 68879402 Subscription | 542.3405 | 0.00 | 0.00 | -423.40 | 0.00 | 37,449.04 |
| **Totals:** | 2 | 1,715.5155 | 0.00 | 0.00 | -503.44 | 0.00 | 118,457.70 |

Note: All trade orders must be submitted in writing.  In the event of non-receipt of confirmation within 5 days, please contact Citco immediately.

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

| | | |
|---|---|---|
| *Citco Building*<br>*Telestone - Teleport*<br>*Naritaweg 165*<br>*1043 BW Amsterdam*<br>*The Netherlands* | *www.citco.com* | *Phone: (31-20) 5722100*<br>*Fax:   (31-20) 5722610*<br>*Chamber of Commerce 33205112* |

# *EXHIBIT B*

## **EXHIBIT B**

1.  The Claimant is not a direct customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), but instead is an investor in Chester Global Strategy Fund Ltd Class Euro A1 which is believed to be a BMIS customer with claims to securities and other assets of BMIS. The Claimant believes it has or may have in the future a claim in this liquidation proceeding and/or rights to all or a portion of the claims of Chester Global Strategy Fund Ltd Class Euro A1.

2.  This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

3.  The information provided in the Claim Form is based on information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

4.  The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

5.  The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

6.  This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

7.  The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, BMIS and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

8.  The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against BMIS, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

9.  The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

10. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

11. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

12. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith.

**Vestimonde Inc.**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 10/24/2008 | Citco Fund Services (Europe) B.V. | Vestimonde Inc. | Chester Global Strategy Fund Ltd Class EURO A1 September 30, 2008 Account Valuation Statement. |
| 2 | 8/3/2007 | | Vestimonde Inc. | Certificate of Incorporation for Vestimonde Inc. |

1

**C I T C O**
*Citco Fund Services
(Europe) B.V.*

VESTIMONDE INC
C/O JOSHUA WALLACE
4210 GRAND BOULEVARD
MONTREAL
QC HYB 2X6
CANADA

C/O JOSHUA WALLACE
Account: VESTIMONDE INC

| | |
|---|---|
| **Date:** | Oct-24-2008 |
| **Valuation date:** | Sep-30-2008 |
| **Fund ID:** | 288102 |
| **Holder ID:** | 4802 |
| **Account ID:** | 0003 |
| **Fax Number:** | 001 514 313 5753 |
| **Email:** | YOTEISAN@YAHOO.COM |
| **Currency:** | EURO |

## CHESTER GLOBAL STRATEGY FUND LTD CLASS EURO A1

| **OPENING balance at 08-31-2008** | Units | NAV at 08-29-2008 | Market Value |
|---|---|---|---|
| **Value of shares** | 1,173.1750 | 92.193007 | 108,158.53 |

| | | | |
|---|---|---|---|
| Value of Account at 08-31-2008 | | | 108,158.53 |

| **CLOSING balance at 09-30-2008** | Units | NAV at 09-30-2008 | Market Value |
|---|---|---|---|
| **Value of shares** | 1,715.5155 | 81.571009 | 139,936.33 |

| | | | |
|---|---|---|---|
| Value of Account at 09-30-2008 | | | 139,936.33 |

**TRANSACTIONS IN DATE SEQUENCE**

| Date | Description | Gross Consideration | EQ Factor EF/DD refund | Net Consideration | Net Asset Value Per Unit | No. of Units Subscribed / Redeemed | Balance of Units |
|---|---|---|---|---|---|---|---|
| 09-01-2008 | Subscription | 50,000.00 | 0.00 | 50,000.00 | 92.193007 | 542.3405 | 1,715.5155 |
| 09-30-2008 | **Closing Balance** | | | | | | **1,715.5155** |
| **Total Additions** | 1 | 50,000.00 | 0.00 | 50,000.00 | | 542.3405 | |
| **Total Subtractions** | 0 | 0.00 | 0.00 | 0.00 | | -0.0000 | |

| **OPEN POSITIONS AT ENDING NAV AS OF 09-30-2008** | | | | | | | 81.571009 |
|---|---|---|---|---|---|---|---|
| Date | Transaction Id / Type | Number of Units | Equalization factor (book) | Equalization factor (mkt) | Contingent red'n (bk) | Contingent red'n (mkt) | Market Value |
| 04-02-2008 | 66313702 Subscription | 1,173.1750 | 0.00 | 0.00 | -80.03 | 0.00 | 95,697.07 |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

**C I T C O**

*Citco Fund Services
(Europe) B.V.*

VESTIMONDE INC
C/O JOSHUA WALLACE
4210 GRAND BOULEVARD
MONTREAL
QC HYB 2X6
CANADA

C/O JOSHUA WALLACE
Account: VESTIMONDE INC

**Date:** Oct-24-2008
**Valuation date:** Sep-30-2008
**Fund ID:** 288102
**Holder ID:** 4802
**Account ID:** 0003
**Fax Number:** 001 514 313 5753
**Email:** YOTEISAN@YAHOO.COM
**Currency:** EURO

### CHESTER GLOBAL STRATEGY FUND LTD CLASS EURO A1

| OPEN POSITIONS AT ENDING NAV AS OF 09-30-2008 | | | | | | | 81.571009 |
|---|---|---|---|---|---|---|---|
| Date | Transaction Id / Type | Number of Units | Equalization factor (book) | Equalization factor (mkt) | Contingent red'n (bk) | Contingent red'n (mkt) | Market Value |
| 09-01-2008 | 68879402 Subscription | 542.3405 | 0.00 | 0.00 | -423.40 | 0.00 | 44,239.26 |
| Totals: | 2 | 1,715.5155 | 0.00 | 0.00 | -503.44 | 0.00 | 139,936.33 |

For more information or any inquiries, please contact Citco Investor Relations Group
Tel: (31-20) 572 2850 Fax: (31-20) 572 2610  E-mail: amsterdamweb@citco.com

*Citco Building
Telestone - Teleport
Naritaweg 165
1043 BW Amsterdam
The Netherlands*

*www.citco.com*

*Phone: (31-20) 5722100
Fax:   (31-20) 5722610
Chamber of Commerce 33205112*

2



## *CERTIFICAT DE CONSTITUTION*

### *Loi sur les compagnies, Partie* IA
**(L.R.Q., chap. C-38)**

J'atteste par les présentes que la compagnie

VESTIMONDE INC.

a été constituée le **3 AOÛT 2007**, en vertu de la partie IA de la Loi sur les compagnies, comme indiqué dans les statuts de constitution ci-joints.

*Déposé au registre le 13 août 2007*
*sous le numéro d'entreprise du Québec 1164609431*

*Registraire des entreprises*
*Québec*

Registraire des entreprises

T310Z11I34V91AA

LEX-302 (2007-04)



.traire
entreprises
Québec 🔲🔲

**Statuts de constitution**
**Statuts de continuation**

*Loi sur les compagnies (L.R.Q., c. C-38, partie IA)*

Marquer la case appropriée d'un X.

Statuts de constitution ☒    Statuts de continuation ☐

Pour des statuts de continuation seulement.

Numéro d'entreprise du Québec

NEQ | 1   1

1. **Nom** - Constitution : inscrire le nom de la compagnie et sa version dans une autre langue s'il y a lieu. Ne rien inscrire si vous demandez un numéro matricule au lieu d'un nom.
Continuation : inscrire le nom actuel si vous le conservez et sa version s'il y a lieu et S. O. à la section 8 ou inscrire le nouveau nom et sa version dans une autre langue s'il y a lieu.

   Vestimonde Inc.

   Si vous demandez un numéro matricule au lieu d'un nom (compagnie à numéro), marquer la case d'un X. ☐

2. **District judiciaire du Québec où la compagnie établit son siège** - Inscrire le district judiciaire tel qu'établi dans la *Loi sur la division territoriale* (L.R.Q., c. D-11).
   Montréal
   Vous pouvez vous renseigner au palais de justice, auprès de Services Québec ou à l'adresse suivante : www.justice.gouv.qc.ca/francais/recherche/district.asp.

3. **Nombre précis ou nombres minimal et maximal d'administrateurs**    1 À / 0

4. **Date d'entrée en vigueur**
   Inscrire la date d'entrée en vigueur si elle est postérieure à celle du dépôt des statuts.

   | Année | Mois | Jour |
   | --- | --- | --- |

5. **Décrire le capital-actions autorisé et les limites imposées** - Sauf indication contraire dans les statuts, la compagnie a un capital-actions illimité et ses actions sont sans valeur nominale. (Voir la section « Description du capital-actions » dans l'information générale.)

6. **Restrictions sur le transfert des actions et autres dispositions**, le cas échéant

7. **Limites imposées aux activités**, le cas échéant

8. **Nom antérieur à la continuation** (si différent de celui mentionné à la section 1)

9. **Fondateurs** (pour statuts de constitution seulement) - Inscrire le nom, le prénom et l'adresse du (des) fondateur(s) ou le nom et l'adresse du siège de la personne morale agissant à ce titre.

   Nom et prénom ou nom de la personne morale agissant à titre de fondateur
   Joshua Wallace
   N°, nom de la rue, appartement, ville/province, code postal et pays
   4210 Grand Boulevard, Montréal, Québec H4B 2X6 Canada
   Loi constitutive de la personne morale agissant à titre de fondateur

   *Signature du fondateur ou
   de la personne autorisée par la personne morale*

   Nom et prénom ou nom de la personne morale agissant à titre de fondateur

   N°, nom de la rue, appartement, ville/province, code postal et pays

   Loi constitutive de la personne morale agissant à titre de fondateur

   *Signature du fondateur ou
   de la personne autorisée par la personne morale*

Réservé à l'administration

Québec 🔲🔲
Déposé le

0 3 AOUT 2007

Le registraire
des entreprises

Pour statuts de continuation seulement :

*Signature de l'administrateur autorisé*

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires, identifier la section correspondante et numéroter les pages s'il y a lieu.

**SIGNER ET RETOURNER LES DEUX EXEMPLAIRES DE CE FORMULAIRE,
ACCOMPAGNÉS DES DOCUMENTS EXIGÉS ET DU PAIEMENT REQUIS.**
**NE PAS TÉLÉCOPIER.**

Ministère du Revenu

LE-50.0.11.02 (2007-04)



**Avis établissant l'adresse du siège
Liste des administrateurs**

*Loi sur les compagnies (L.R.Q., c. C-38, partie IA)*

**1. Identification** - Inscrire le nom de la compagnie. Ne rien inscrire si vous demandez un numéro matricule au lieu d'un nom (compagnie à numéro).

Vestimonde Inc.

**Remplir les sections appropriées**

**2. Adresse du siège** - Avis est donné que l'adresse du siège de la compagnie, dans les limites du district judiciaire indiqué dans les statuts, est la suivante:

| Nº | Nom de la rue | | App./bureau |
|---|---|---|---|
| 4210 | Grand Boulevard | | |
| Municipalité/ville | Province | | Code postal |
| Montréal | Québec | | H4B2X6 |

**3. Liste des administrateurs** - Inscrire le nom et l'adresse complète de tous les administrateurs.

| 1. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Joshua Wallace | 4210 | Grand Boulevard | | |
| Municipalité/ville | Province/État | Code postal | Pays | |
| Montréal | Québec | H4B2X6 | Canada | |

| 2. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Municipalité/ville | Province/État | Code postal | Pays | |

| 3. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Municipalité/ville | Province/État | Code postal | Pays | |

| 4. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Municipalité/ville | Province/État | Code postal | Pays | |

| 5. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Municipalité/ville | Province/État | Code postal | Pays | |

| 6. Nom et prénom | Nº | Nom de la rue | | Appartement |
|---|---|---|---|---|
| Municipalité/ville | Province/État | Code postal | Pays | |

Réservé à l'administration

Déposé le

0 3 AOUT 2007

Le registraire
des entreprises

**Signature de la personne autorisée**

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires,
identifier la section correspondante et numéroter les pages s'il y a lieu.

**SIGNER ET RETOURNER LES DEUX EXEMPLAIRES DE CE FORMULAIRE AVEC VOS STATUTS.**

**NE PAS TÉLÉCOPIER.**

Ministère du Revenu

LE-50.0.11.03 (2007-04)

```
2008-10-10                    LE REGISTRAIRE DES ENTREPRISES
H:21:06:33                          SYSTÈME CIDREQ

R-PU-U03-1      ÉTAT DES INFORMATIONS SUR UNE PERSONNE MORALE
                          INFORMATIONS GÉNÉRALES
                          =======================

MATRICULE: 1164609431             NOM: VESTIMONDE INC.


IMMATRICULATION : 2007-08-13
FORMATION       : 2007-08-03 CONSTITUTION
LOCALITÉ        : QUÉBEC

DERN DÉCL ANNL  :                      DEMANDE DISS/LIQ EN COURS: NON
MAJ ÉTAT INFO   : 2008-02-04           TRANCHE EMPLOYÉS: AUCUN
CESSATION PRÉVUE:             CONTINUAT:              TRANSFORM:
STATUT IMMATR   : IM IMMATRICULÉ                  2007-08-13
RÉSULTANTE      :
FORME JURDQ     : CIE COMPAGNIE

ADRESSE DOMICILE: 4210, GRAND BOULEVARD        CODE POSTAL: H4B 2X6
                  MONTRÉAL (QUÉBEC)


RÉG. CONSTITUTIF: 024 LOI SUR LES COMPAGNIES PARTIE 1A
RÉG. COURANT    : 024 LOI SUR LES COMPAGNIES PARTIE 1A

                        ACTIVITÉS ÉCONOMIQUES
                        =====================

7299 INVESTISSEMENT
7798 DÉVELOPPEMENT D'AFFAIRES

                          ADRESSE POSTALE
                          ===============

DESTINATAIRE    :

ADRESSE         :                          CODE POSTAL:



                          PERSONNES LIÉES
                          ===============

PERSONNES MANQUANTES: NON
            NOM ET ADRESSE           CODE POSTAL      DÉTAIL PERSONNE
=============================================  ===========  =================
WALLACE, JOSHUA                                            ADMINISTRATEUR
                                                           PRÉS.SECR.TRÉSORIER
                                                           ACTIONNAIRE MAJORITA

4210, GRAND BOULEVARD                          H4B 2X6
MONTRÉAL (QUÉBEC)

-----------------------------------------------------------------------

                        NOMS DE L'ASSUJETTI
                        ===================

DATE MAJ INDEX DES NOMS: 2007-08-13


            NOM DE L'ASSUJETTI           DATE DÉBUT   DATE FIN    STATUT
=======================================  ==========  ==========  =========
```

https://ssl.req.gouv.qc.ca/igif-bin/fsl0811/cidreq/

VESTIMONDE INC.                    2007-08-03              EN VIGUEUR


DOCUMENTS MICROFILMÉS
======================

| | TYPE DOCUMENTS | DATE | CAST | IMAGE |
|---|---|---|---|---|
| 40 | DÉCLARATION INITIALE | 2008-02-04 | 7413 | 42 020 |
| 30 | CONSTITUTION | 2007-08-13 | 7155 | 5 096 |
| 17 | DOCUMENTS ADMINISTRATIFS | 2007-08-13 | 7482 | 8 008 |

**Registraire
des entreprises
Québec** ✚✚
✚✚

**Déclaration d'immatriculation
Déclaration initiale**
Personne morale

*Loi sur la publicité légale des entreprises individuelles,
des sociétés et des personnes morales (L.R.Q., c. P-45)*

**Remplir les deux exemplaires du formulaire.
Consulter au besoin vos documents constitutifs.**

Marquer la case appropriée d'un X :    Immatriculation  ☐    Initiale  ☒

**1 - Identification -** Inscrire le nom et le domicile de la personne morale.

Pour la personne morale non constituée au Québec dont le nom est dans une autre langue que le français, déclarer la version française
de ce nom s'il en existe une, sinon voir la section 4E. Tous les établissements doivent être déclarés à la section 4D.

| A) Nom et domicile de la personne morale | Numéro d'entreprise du Québec (NEQ) | | | |
|---|---|---|---|---|
| Nom<br>Vestimonde Inc. | Si l'immatriculation est radiée sur<br>demande, inscrire le NEQ déjà attribué. | 1 1 | 64609431 | |
| | *Date d'immatriculation* | Année<br>20070813 | Mois | Jour |
| Version dans une autre langue, s'il y a lieu | Inscrire l'adresse à laquelle vous désirez recevoir votre correspondance. | | | |

| | | | B) Domicile élu (adresse de correspondance) |
|---|---|---|---|
| N°<br>4210 | Nom de la rue, app./bureau<br>Grand Boulevard | | Nom du destinataire<br>4210, Grand Boulevard<br>Montréal, Québec<br>H4B 2X6 |
| Municipalité/ville<br>Montréal | | Province/État<br>Québec | |
| Code postal<br>H4B2X6 | Pays<br>Canada | | A/S de M. Joshua Wallace |

Pour la personne morale produisant une déclaration initiale, apporter, s'il y a lieu,
les corrections à l'adresse dans les cases ci-dessous.

| N° | Nom de la rue, app./bureau | | N° | Nom de la rue, app./bureau | |
|---|---|---|---|---|---|
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |

**2 - Forme juridique -** Inscrire le code correspondant à la forme juridique, la loi constitutive, le lieu ainsi que la date de constitution.

| Codes : | CIE Compagnie<br>COP Coopérative | MUT Mutuelle d'assurance<br>APE Association personnifiée | SYC Syndicat de copropriété<br>AU Autre | Si autre, le détailler obligatoirement : | |
|---|---|---|---|---|---|
| Code<br>CIE | Loi constitutive | | | Lieu de constitution (province/État/pays)<br>Québec/Canada | Date de constitution (année/mois/jour)<br>20070803 |

**3 - Dispositions particulières,** s'il y a lieu

**A) Continuation ou transformation -** Marquer la case appropriée d'un X et inscrire l'information requise.

| | | Nouvelle loi applicable | Lieu (province/État/pays) | Année | Mois | Jour |
|---|---|---|---|---|---|---|
| Continuation ☐ | Transformation ☐ | | | | | |

**B) Fusion ou scission -** Marquer d'un X si la personne morale est issue d'une fusion ou d'une scission et inscrire l'information requise.

| | | | Lieu (province/État/pays) | Année | Mois | Jour |
|---|---|---|---|---|---|---|
| Fusion ordinaire ☐ | Fusion simplifiée ☐ | Scission ☐ | | | | |

Inscrire le nom, le domicile et le numéro d'entreprise du Québec (NEQ), s'il y a lieu, de toutes les personnes morales partie à cette fusion (les composantes) ou à cette scission.

| Numéro d'entreprise du Québec (NEQ) | 1 1 | Numéro d'entreprise du Québec (NEQ) | 1 1 |
|---|---|---|---|
| Nom | | Nom | |
| N° | Nom de la rue | App./bureau | N° | Nom de la rue | App./bureau |
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |

**Ministère du Revenu**    Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.    LE-50.1.11.01 (2007-04)

**Registraire
des entreprises
Québec** ❖❖

**Déclaration d'immatriculation
Déclaration initiale**

Personne morale

*Loi sur la publicité légale des entreprises individuelles,
des sociétés et des personnes morales (L.R.Q., c. P-45)*

Remplir les deux exemplaires du formulaire.
Consulter au besoin vos documents constitutifs.

**1 - Identification** - Inscrire le nom et le domicile de la personne morale.

Marquer la case appropriée d'un X :   Immatriculation ☐   Initiale ☒

Pour la personne morale non constituée au Québec dont le nom est dans une autre langue que le français, déclarer la version française
de ce nom s'il en existe une, sinon voir la section 4E. Tous les établissements doivent être déclarés à la section 4D.

| A) Nom et domicile de la personne morale | Numéro d'entreprise du Québec (NEQ) | | | | |
|---|---|---|---|---|---|
| Nom<br>Vestimonde Inc. | Si l'immatriculation est radiée sur<br>demande, inscrire le NEQ déjà attribué. | **1 1** | 64609431 | | |
| | *Date d'immatriculation* | | Année<br>20070813 | Mois | Jour |
| Version dans une autre langue, s'il y a lieu | Inscrire l'adresse à laquelle vous désirez recevoir votre correspondance. | | | | |
| | **B) Domicile élu (adresse de correspondance)** | | | | |
| Nº<br>4210 | Nom de la rue, app./bureau<br>Grand Boulevard | Nom du destinataire<br>4210, Grand Boulevard | | | |
| Municipalité/ville<br>Montréal | Province/État<br>Québec | Montréal, Québec<br>H4B 2X6 | | | |
| Code postal<br>H4B2X6 | Pays<br>Canada | A/S de M. Joshua Wallace | | | |

Pour la personne morale produisant une déclaration initiale, apporter, s'il y a lieu,
les corrections à l'adresse dans les cases ci-dessous.

| Nº | Nom de la rue, app./bureau | | Nº | Nom de la rue, app./bureau | |
|---|---|---|---|---|---|
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |

**2 - Forme juridique** - Inscrire le code correspondant à la forme juridique, la loi constitutive, le lieu ainsi que la date de constitution.

| Codes : | CIE Compagnie | MUT Mutuelle d'assurance | SYC Syndicat de copropriété | Si autre, le détailler obligatoirement. | |
|---|---|---|---|---|---|
| | COP Coopérative | APE Association personnifiée | AU Autre | | |
| Code<br>CIE | Loi constitutive | | | Lieu de constitution (province/État/pays)<br>Québec/Canada | Date de constitution (année/mois/jour)<br>20070803 |

**3 - Dispositions particulières,** s'il y a lieu

| A) Continuation ou transformation - Marquer la case appropriée d'un X et inscrire l'information requise. | | | | | |
|---|---|---|---|---|---|
| | | Nouvelle loi applicable | Lieu (province/État/pays) | Année | Mois | Jour |
| Continuation ☐ | Transformation ☐ | | | | |
| **B) Fusion ou scission** - Marquer d'un X si la personne morale est issue d'une fusion ou d'une scission et inscrire l'information requise. | | | | | |
| | | | Lieu (province/État/pays) | Année | Mois | Jour |
| Fusion ordinaire ☐ | Fusion simplifiée ☐ | Scission ☐ | | | |

Inscrire le nom, le domicile et le numéro d'entreprise du Québec (NEQ), s'il y a lieu, de toutes les personnes morales partie à cette fusion (les composantes) ou à cette scission.

| Numéro d'entreprise du Québec (NEQ) | **1 1** | | Numéro d'entreprise du Québec (NEQ) | **1 1** | |
|---|---|---|---|---|---|
| Nom | | | Nom | | |
| Nº | Nom de la rue | App./bureau | Nº | Nom de la rue | App./bureau |
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |

**Ministère du Revenu**    Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.    LE-50.1.11.01 (2007-04)

1 de 4

| Numéro d'entreprise du Québec (NEQ) | | |
|---|---|---|
| **NEQ** | **1  1** | **64609431** |

## 4 - Informations générales

| **A)**  Nature des deux principaux domaines d'activité de la personne morale | *Réservé à l'administration* |
|---|---|
| 1er domaine d'activité<br>Investissement | *Code d'activité* |
| 2e domaine d'activité (s'il y a lieu)<br>Développement d'affaires | *Code d'activité* |

**B)**  Nombre de salariés au Québec - Marquer la case appropriée d'un X.

| O Aucun [X] | A De 1 à 5 ☐ | C De 11 à 25 ☐ | E De 50 à 99 ☐ | G De 250 à 499 ☐ | I De 750 à 999 ☐ | K De 2 500 à 4 999 ☐ |
|---|---|---|---|---|---|---|
| | B De 6 à 10 ☐ | D De 26 à 49 ☐ | F De 100 à 249 ☐ | H De 500 à 749 ☐ | J De 1 000 à 2 499 ☐ | L 5 000 et plus ☐ |

**C)**  Période d'existence

| Si l'existence légale de la personne morale est limitée dans le temps, inscrire la date de cessation prévue. | *Année* | *Mois* | *Jour* |
|---|---|---|---|

**D)**  Identification des établissements au Québec

- L'établissement principal doit être déclaré dans la section prévue à cette fin.
- Inscrire l'adresse des établissements en précisant le nom qui les désigne et les deux principaux domaines d'activité qui y sont exercés.

**Établissement principal au Québec**

| Nom de l'établissement | N° | Nom de la rue, app./bureau | |
|---|---|---|---|
| | Municipalité/ville | | |
| | Province | | Code postal |

| Principaux domaines d'activité de cet établissement | *Réservé à l'administration* |
|---|---|
| 1er domaine d'activité<br>Investissement | *Code d'activité* |
| 2e domaine d'activité (s'il y a lieu)<br>Développement d'affaires | *Code d'activité* |

➜ *Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).* ☐

**Autres établissements**

| Nom de l'établissement | N° | Nom de la rue, app./bureau | |
|---|---|---|---|
| | Municipalité/ville | | |
| | Province | | Code postal |

| Principaux domaines d'activité de cet établissement | *Réservé à l'administration* |
|---|---|
| 1er domaine d'activité | *Code d'activité* |
| 2e domaine d'activité (s'il y a lieu) | *Code d'activité* |

➜ *Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).* ☐

**E) Autres noms utilisés au Québec**

Inscrire tout autre nom utilisé dans l'exercice de vos activités, dans l'exploitation de votre entreprise ou aux fins de la possession d'un droit réel immobilier autre qu'une priorité ou une hypothèque. Cela comprend notamment les noms d'emprunt utilisés, les noms de marchandises ou de services (marques de commerce) dont la personne morale est propriétaire ou usagère au Québec. S'il s'agit d'une marque de commerce, le préciser.  Une version française est obligatoire pour chacun des noms déclarés dans une autre langue.

| Nom |
|---|
| Nom |
| Nom |

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.

2 de 4

| Numéro d'entreprise du Québec (NEQ) | |
|---|---|
| **NEQ** | **1  1  64609431** |

## 4 - Informations générales

| **A) Nature des deux principaux domaines d'activité de la personne morale** | *Réservé à l'administration* |
|---|---|
| 1ᵉʳ domaine d'activité<br>**Investissement** | *Code d'activité* |
| 2ᵉ domaine d'activité (s'il y a lieu)<br>**Développement d'affaires** | *Code d'activité* |

**B) Nombre de salariés au Québec** - Marquer la case appropriée d'un X.

O Aucun [X]     A De 1 à 5 ☐     C De 11 à 25 ☐     E De 50 à 99 ☐     G De 250 à 499 ☐     I De 750 à 999 ☐     K De 2 500 à 4 999 ☐

B De 6 à 10 ☐     D De 26 à 49 ☐     F De 100 à 249 ☐     H De 500 à 749 ☐     J De 1 000 à 2 499 ☐     L 5 000 et plus ☐

**C) Période d'existence**

Si l'existence légale de la personne morale est limitée dans le temps, inscrire la date de cessation prévue.    Année    Mois    Jour

**D) Identification des établissements au Québec**

- L'établissement principal doit être déclaré dans la section prévue à cette fin.
- Inscrire l'adresse des établissements en précisant le nom qui les désigne et les deux principaux domaines d'activité qui y sont exercés.

**Établissement principal au Québec**

| Nom de l'établissement | Nº | Nom de la rue, app./bureau |
|---|---|---|
| | Municipalité/ville | |
| | Province | Code postal |

| Principaux domaines d'activité de cet établissement | *Réservé à l'administration* |
|---|---|
| 1ᵉʳ domaine d'activité<br>**Investissement** | *Code d'activité* |
| 2ᵉ domaine d'activité (s'il y a lieu)<br>**Développement d'affaires** | *Code d'activité* |

➜ *Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).* ☐

**Autres établissements**

| Nom de l'établissement | Nº | Nom de la rue, app./bureau |
|---|---|---|
| | Municipalité/ville | |
| | Province | Code postal |

| Principaux domaines d'activité de cet établissement | *Réservé à l'administration* |
|---|---|
| 1ᵉʳ domaine d'activité | *Code d'activité* |
| 2ᵉ domaine d'activité (s'il y a lieu) | *Code d'activité* |

➜ *Activité à déclaration obligatoire : Marquer d'un X si vous exploitez un point de vente de tabac au détail (001).* ☐

**E) Autres noms utilisés au Québec**

Inscrire tout autre nom utilisé dans l'exercice de vos activités, dans l'exploitation de votre entreprise ou aux fins de la possession d'un droit réel immobilier autre qu'une priorité ou une hypothèque. Cela comprend notamment les noms d'emprunt utilisés, les noms de marchandises ou de services (marques de commerce) dont la personne morale est propriétaire ou usagère au Québec. S'il s'agit d'une marque de commerce, le préciser. Une version française est obligatoire pour chacun des noms déclarés dans une autre langue.

Nom

Nom

Nom

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.

2 de 4

| Numéro d'entreprise du Québec (NEQ) | | |
|---|---|---|
| NEQ | 1  1 | 64609431 |

## 5 - Identification des actionnaires - Inscrire, par ordre d'importance, le nom et le domicile des trois actionnaires qui détiennent le plus grand nombre de voix.

| Est-ce que le premier actionnaire détient plus de 50 % des voix? | | Marquer la case appropriée d'un X. | Oui [X]    Non [ ] | | |
|---|---|---|---|---|---|
| Nom du premier actionnaire Joshua Wallace | | Nº 4210 | Nom de la rue, app./bureau Grand Boulevard | | |
| Municipalité/ville Montréal | Province/État Québec | | Code postal H4B2X6 | Pays Canada | |
| Nom du deuxième actionnaire | | Nº | Nom de la rue, app./bureau | | |
| Municipalité/ville | Province/État | | Code postal | Pays | |
| Nom du troisième actionnaire | | Nº | Nom de la rue, app./bureau | | |
| Municipalité/ville | Province/État | | Code postal | Pays | |

## 6 - Identification des administrateurs (qui sont membres du conseil d'administration)

Inscrire le code de fonction approprié, le nom et le domicile de tous les administrateurs. Plus d'un code peut être attribué à une même personne.

| Codes de fonction des administrateurs : | PR Président VP Vice-président | SE Secrétaire TR Trésorier | ST Secrétaire-trésorier AD Administrateur | Au Autre | |
|---|---|---|---|---|---|
| Code(s) PR  SE  TR  AD | Si code AU, le détailler obligatoirement. | | Code(s) | Si code AU, le détailler obligatoirement. | |
| Nom et prénom Joshua Wallace | | | Nom et prénom | | |
| Nº 4210 | Nom de la rue, appartement Grand Boulevard | | Nº | Nom de la rue, appartement | |
| Municipalité/ville Montréal | | Province/État Québec | Municipalité/ville | | Province/État |
| Code postal H4B2X6 | Pays Canada | | Code postal | Pays | |
| Code(s) | Si code AU, le détailler obligatoirement. | | Code(s) | Si code AU, le détailler obligatoirement. | |
| Nom et prénom | | | Nom et prénom | | |
| Nº | Nom de la rue, appartement | | Nº | Nom de la rue, appartement | |
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |
| Code(s) | Si code AU, le détailler obligatoirement. | | Code(s) | Si code AU, le détailler obligatoirement. | |
| Nom et prénom | | | Nom et prénom | | |
| Nº | Nom de la rue, appartement | | Nº | Nom de la rue, appartement | |
| Municipalité/ville | | Province/État | Municipalité/ville | | Province/État |
| Code postal | Pays | | Code postal | Pays | |

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.

3 de 4

| Numéro d'entreprise du Québec (NEQ) | | |
|---|---|---|
| NEQ | 1  1 | 64609431 |

## 5 - Identification des actionnaires - Inscrire, par ordre d'importance, le nom et le domicile des trois actionnaires qui détiennent le plus grand nombre de voix.

| Est-ce que le premier actionnaire détient plus de 50 % des voix? | | Marquer la case appropriée d'un X. | Oui [X] | Non [ ] |
|---|---|---|---|---|

| Nom du premier actionnaire | | N° | Nom de la rue, app./bureau | |
|---|---|---|---|---|
| Joshua Wallace | | 4210 | Grand Boulevard | |
| **Municipalité/ville** | **Province/État** | | **Code postal** | **Pays** |
| Montréal | Québec | | H4B2X6 | Canada |

| Nom du deuxième actionnaire | | N° | Nom de la rue, app./bureau | |
|---|---|---|---|---|
| | | | | |
| **Municipalité/ville** | **Province/État** | | **Code postal** | **Pays** |
| | | | | |

| Nom du troisième actionnaire | | N° | Nom de la rue, app./bureau | |
|---|---|---|---|---|
| | | | | |
| **Municipalité/ville** | **Province/État** | | **Code postal** | **Pays** |
| | | | | |

## 6 - Identification des administrateurs (qui sont membres du conseil d'administration)

Inscrire le code de fonction approprié, le nom et le domicile de tous les administrateurs. Plus d'un code peut être attribué à une même personne.

| Codes de fonction des administrateurs : | PR Président | SE Secrétaire | ST Secrétaire-trésorier | Au Autre |
|---|---|---|---|---|
| | VP Vice-président | TR Trésorier | AD Administrateur | |

| Code(s) | Si code AU, le détailler obligatoirement. | Code(s) | Si code AU, le détailler obligatoirement. |
|---|---|---|---|
| PR   SE   TR   AD | | | |
| **Nom et prénom** | | **Nom et prénom** | |
| Joshua Wallace | | | |
| **N°** | **Nom de la rue, appartement** | **N°** | **Nom de la rue, appartement** |
| 4210 | Grand Boulevard | | |
| **Municipalité/ville** | **Province/État** | **Municipalité/ville** | **Province/État** |
| Montréal | Québec | | |
| **Code postal** | **Pays** | **Code postal** | **Pays** |
| H4B2X6 | Canada | | |

| Code(s) | Si code AU, le détailler obligatoirement. | Code(s) | Si code AU, le détailler obligatoirement. |
|---|---|---|---|
| | | | |
| **Nom et prénom** | | **Nom et prénom** | |
| | | | |
| **N°** | **Nom de la rue, appartement** | **N°** | **Nom de la rue, appartement** |
| | | | |
| **Municipalité/ville** | **Province/État** | **Municipalité/ville** | **Province/État** |
| | | | |
| **Code postal** | **Pays** | **Code postal** | **Pays** |
| | | | |

| Code(s) | Si code AU, le détailler obligatoirement. | Code(s) | Si code AU, le détailler obligatoirement. |
|---|---|---|---|
| | | | |
| **Nom et prénom** | | **Nom et prénom** | |
| | | | |
| **N°** | **Nom de la rue, appartement** | **N°** | **Nom de la rue, appartement** |
| | | | |
| **Municipalité/ville** | **Province/État** | **Municipalité/ville** | **Province/État** |
| | | | |
| **Code postal** | **Pays** | **Code postal** | **Pays** |
| | | | |

Si l'espace prévu est insuffisant, joindre une annexe remplie en deux exemplaires en y indiquant la section correspondante.

3 de 4