NTC & Co. FBO Stanley H Sussman Pension Plan
c/o Stanley H. Sussman
20320 Fairway Oak Drive, Boca Raton FL 33434

Jan 5 2010

Bernard L. Madoff Investment Securities LLC in Liquidation
Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

Re Bankruptcy Case No. 08-1789 (BRL)
NTC & Co FBO Stanley H Sussman, Pension Plan SIPC Claim

Dear Mr Picard,

In response to the Notice of Trustee's Determination of Claim dated December 8, 2009. I hereby submit my opposition to the denial of the above referenced claim. My opposition is based on applicable law and is submitted to preserve any claim that might be recognized for indirect investments in Bernard L. Madoff Investment Securities LLC. I hereby reserve all rights in this matter including the right to supplement and amend this opposition.

Sincerely,

Stanley H Sussman