**BROWN RUDNICK LLP**
David J. Molton
Martin S. Siegel
Seven Times Square
New York, New York 10036
Telephone: (212)-209-4800
Facsimile: (212)-209-4801

Attorneys for Christopher D. Stride
as Liquidator of and for Fairfield Lambda Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
           ) ss.:
COUNTY OF NEW YORK  )

  Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the

within action, am over 18 years of age and reside in Brooklyn, New York.

  On the 7th day of January, 2010, I caused to be served a true copy of the following document:

Fairfield Lambda Limited's Objection To The Trustee's Determinations of Claims on the parties listed

8236007

2

on the attached <u>Exhibit A</u> by first class mail.

                                                <u>/s/ Christopher Michael Lau Kamg</u>
                                                Christopher Michael Lau Kamg

Sworn to before me this
7th day of January, 2010.

<u>/s/ Vicki A. Goldstein</u>
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Attn: Chester B. Salomon, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota, Esq.

Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth, Esq.

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attn: Mark S. Mulholland

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, NY 10017
Attn: Stuart I. Rich, Esq.
      James M. Ringer, Esq.

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Lauren J. Resnick
      Marc D. Powers
      David Sheehan

Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
Attn: William B. Wachtel, Esq.
      Howard Kleinhendler, Esq.
      David Yeger, Esq.

Crowell & Morning LLP
153 East 53Rd Street
New York, NY 10022-2524
Attn: William M. O'Connor
      Mark S. Lichtenstein

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: John Moscow
      Alissa M. Nann
      Seanna Brown
      Thomas M. Wearsch
      Ona T. Wang

Seeger Weiss LLP
One William Street
New York, NY 10004
Attn: Stephen A. Weiss

Milberg LLP
One Pennsylvannia Plaza, 49th Floor
New York, NY  10119
Attn:  Brad N. Friedman
      Sandford P. Dumain
      Jonathan M. Landers
      Matthew Gluck

Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007
Attn:  Sean H. Lane
      Robert William Yalen

Shutts & Bowen LLP
200 E. Broward Blvd., Suite 2100
Ft. Lauderdale, FL  33301
Attn:  Peter E. Shapiro

Securities Investor Protection Corporation
805 Fiftheenth Street N.W., Suite 800
Washington, D.C.  20005-2207
Attn:  Senior Associate General Counsel
      For Dispute Resolution

Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036-5304
Attn:  Jonathan R. Barr
      Brian K. Esser

Barlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Attn:  Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY  10018
Attn:  Barry R. Lax
      Brian J. Neville
      Brian Maddox

Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Attn:  Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, NY  10016-0301
Attn:  Dennis C. Quinn

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY  10019
Attn:  Alan Nisselson
      Howard L. Simon
      Regina Griffin

Baach Robinson & Lewis PLLC
1201 F Street, N.W., Suite 500
Washington, D.C. 20004
Attn: Eric L. Lewis

Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154
Attn: Joseph E. Shickich, Jr.
Erin Joyce Letey

Calabrese and Torn
280 Madison Avenue, 5th Floor
New York, NY 10016
Attn: Marsha Torn, Esq.

Johnson, Pope, Bokor, Ruppel & Burns, P.A.
P.O. Box 1368
Clearwater, Florida 33757
Attn: Angelina E. Lim, Esq.

Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
Attn: Judith L. Spanier, Esq.

Brunelle & Hadjikow, P.C.
One Whitehall Street, Suite 1825
New York, NY 10004
Attn: George Brunelle
Timothy P. Kebbe

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Jonathan D. Martin
Denis J. McInerney
Dana M. Seshens
Karen E. Wagner

Todtman, Nachamie, Spizz & Johns, P.C.
425 Park Avenue
New York, New York 10022
Attn: Barton Nachamie, Esq.
Janice B. Grubin, Esq.
Jill L. Makower, Esq.

Mark W. Smith, Esq.
Timothy A. Valliere, Esq.
Smith Valliere PLLC
509 Madison Avenue, 15th Floor
New York, NY 10022

Russell M. Yankwitt
Yankwitt & Associates LLC
One Barker Avenue, Suite 260
White Plains, New York  10601

Goodwin Procter LLP
Larkin M. Morton
The New York Times Building
620 Eighth Avenue
New York, New York  10018

Goodwin Procter LLP
Daniel M. Glosband
53 State Street
Boston, Massachusetts  02109

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York  10019-6092

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
Attn:   Stephen Fishbein
        James L. Garrity Jr.
        Richard F. Schwed

Joel L. Herz
Law Office of Joel L. Herz
La Paloma Corporate Center
3573 E. Sunrise Dr., Suite 215
Tucson, Arizona  85718-3206

Bernfeld, Dematteo & Bernfeld, LLP
600 Third Avenue, 15th Floor
New York, New York  10016
Attn:   David B. Bernfeld
        Jeffrey L. Bernfeld

Porzio Bromberg & Newman P.C.
Attn:  Brett S. Moore
100 Southgate Parkway
Morristown, NJ  07962

Stephen Fishbein
James L. Garrity Jr.
Richard F. Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069

Fred W. Reinke
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C.  20006-1101

Jeffrey G. Tougas  
Mayer Brown LLP  
1675 Broadway  
New York, NY 10019

Seth C. Farber  
James P. Smith  
Kelly A. Librera  
Dewey & LeBoeuf LLp  
1301 Avenue of the Americas  
New York, NY 10019-6092

Bernard V. Kleinman, Esq.  
Alan Berlin, Esq.  
Aitken Berlin LLP  
Two Gannett Drive  
Suite 418  
White Plains, NY 10604