# **E**XHIBIT **A**

| Claimant | Claim Number | Claim Amount |
|---|---|---|
| Archand S.a.r.l. | 013126 | €450,213 |
| Beheermaatschappij Dondervogels B.V. | 013127 | €99,068 |
| Dahlia Ltd. | 013128 | €1,610,875 |
| Eschadan B.V. | 013122 | €105,353 |
| F.A. Vaessen Beheer B.V. | 013109 | €1,476,294 |
| J.E.D. Odekerken Holding B.V. | 013121 | €112,150 |
| Mevrouw M.N. Mignot | 013120 | €903,898 |
| Mr. B.C.M. Douqué | 013130 | €1,219,022 |
| Mr. C. Dijkgraaf &/or Mrs. G.M. Goudriaan-Dijkgraaf &/or Mrs. J.C. van Velzen-Dijkgraaf e/o C. Dijkgraaf, Jr. | 013129 | €248,403 |
| Mr. E. Bongers | 013131 | €206,366 |
| Mr. L.J.H. Otte and/or Mrs. C.H. Otte - Nijland | 013123 | €260,551 |
| Mr. M. Rutgers van der Loeff | 013124 | €245,912 |
| Mr. T.J.G. Collot d'Escury | 013125 | €89,795 |
| Mrs. A.A. Mertens zur Borg | 013115 | €28,242 |
| Mrs. A.H. Schutte - Lems | 013114 | €190,808 |
| Mrs. C.E. van de Pas – Rutgers van der Loeff | 013119 | €448,558 |
| Mrs. C.F.J. de Ruiter – de Groot | 013113 | €568,856 |
| Mrs. R. Wouters – Rutgers van der Loeff | 013118 | €293,140 |
| Nieuw Nijhof Beheer B.V. | 013117 | €377,232 |
| Parentes N.V. | 013112 | €209,574 |
| Stichting Doets Beheer | 013116 | €69,103 |
| Stichting Michelle | 013111 | €186,302 |
| Stichting Sluyterman van Loo | 013110 | €1,056,414 |
| Van Hof Holding Apeldoorn | 013108 | €91,760 |
| Variemon II B.V. | 013107 | €451,998 |