# **<u>EXHIBIT D</u>**

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:**  Dahlia Ltd.

**Mailing Address:**  c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place

**City:** Boston                **State:** MA                **Zip:** 02110

**Account No.:**  see Attachment and Appendices

**Taxpayer I.D. Number (Social Security No.):** _____

---

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

      a.    The Broker owes me a Credit (Cr.) Balance of          $  € 1,610,875

      b.    I owe the Broker a Debit (Dr.) Balance of          $  0

      c.    If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.          $  0

      d.    If balance is zero, insert "None."          _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| _____ | see Attachment and Appendices | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Andrew G. Devore, Ropes & Gray LLP, One International Place, Boston, Massachusetts 02110-2624 .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _15 June 2009_    Signature _____

Authorised Signatory
For COSIGN SERVICES LIMITED
Director

Date _15 June 2009_    Signature _____

Authorised Signatory
For SPREAD SERVICES LIMITED
Director

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

| Name of Customer: | **Dahlia Limited** |
| Mailing Address: | **c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place, Boston MA 02110** |

Dahlia Limited (the "Customer") deposited cash in the total amount of € 1,485,776 with Thybo International Fund Ltd. ("TIF") to be invested in Thybo Stable Fund Ltd. ("TSF"). The Customer's € 1,485,776 cash was then deposited by TSF with Bernard L. Madoff Investment Securities LLC ("BLMIS"). The Customer did not redeem or otherwise withdraw any amount of its cash deposited with BLMIS. The foregoing structure of Customer's investment in BLMIS is diagramed as follows:



The prospectuses of TIF and TSF are attached hereto as Appendices 1 and 2.

Attached hereto as Appendix 3 and 4 are the Customer's subscription confirmations setting forth the amounts of € 1,035,776 and € 450,000 deposited with TIF for investment in BLMIS. As set forth in Appendix 3 and 4, the subscriptions were executed through bank accounts of the Customer with Pictet & Cie Banquiers in Switzerland (the "Custodian Bank").

Attached hereto as Appendix 5 and 6 are the portfolio statements from the Custodian Bank setting forth the value of the Customer's investments in BLMIS (through TIF) as € 1,150,756 respectively € 459,355 as of October 31, 2008. The stated valuations of € 1,150,756 and € 459,355 are, however, based on an out dated Net Asset Value ("NAV") of € 1,138.17 per class G share in TIF. As set forth in Appendix 7, the correct NAV as of October 31, 2008 was € 1,138.71, resulting in a total value of the investments in BLMIS (through TIF) of € 1,610,875.

The Customer acknowledges that the Trustee has reported to have found no securities purchased on behalf of customers for at least the past thirteen years and does not expect to discover any such securities. Accordingly, the Trustee has reported that he does not foresee any valid claims for securities. To the extent that any valid securities claims exist due to any future recovery of

securities by the Trustee, or otherwise, the Customer expressly claims any and all such securities purchased for its benefit.

**Appendices to Attachment Customer Claim**

1. Prospectus of Thybo Stable Fund Ltd.
2. Prospectus of Thybo International Fund Ltd.
3. Subscription confirmation
4. Subscription confirmation
5. Portfolio statement as of October 31, 2008
6. Portfolio statement as of October 31, 2008
7. TIF Fact Sheet, October 2008
8. Appendix to the Attachment Customer Claim Form – Dahlia Limited
   Short description of the corporation and signing authority
9. The minutes of the first meeting of the directors of Dahlia Limited
   Signatory lists of Spread Services Limited and Cosign Services Limited

## Appendix 1

**Appendix 2**

**Appendix 3**

DAHLIA LIMITED
PROVIDENCE CAPITAL N.V.

PICTET ET CIE (EUROPE) S.A.
COMPTE IN EX DEPOT
LUXEMBOURG
BROKER

## DEPOSIT AGAINST PAYMENT

ON 23.04.2007

| 1'011,058 | THYBO INTERNATIONAL FUND G |
|---|---|

SECURITY NR    **IRe**7894
ISIN NR    VG G8877P159 5

1'011,058 AT EUR 1'023,68

| | | EUR | |
|---|---|---|---|
| GROSS AMOUNT | | EUR | 1'034'999,85 |
| THIRD-PARTY COMMISSION | | EUR | 776,39 |

| TO YOUR DEBIT | VALUE DATE 23.04.2007 | EUR | 1'035'776,24 |
|---|---|---|---|

ACCOUNT [Redacted] 2.00.1C EURO
OP: BS-07020907300002

E. & O.E.

FAC: BP-594715650
DEPOSIT:    BHE UBS FUND SERV. "LUXEMBOURG" SA
            LUXEMBOURG
IN OUR NAME BUT AT YOUR RISK

YOURS FAITHFULLY

ADVICE WITHOUT SIGNATURE

**Appendix 4**

DAHLIA LIMITED
PROVIDENCE CAPITAL N.V.

 **PICTET**
1805

Account [Redact]0.002

Trade date 01.08.2008

# Final execution

**Out**

| **EUR 450'000** | **THYBO INTERNATIONAL FUND G-T.REC-** | **Telekurs ID** | **ZZZP06635** |
|---|---|---|---|
| | | **ISIN** | **ZZ 00P06635  0** |

**In**

| **403.591** | **THYBO INTERNATIONAL FUND G** | **Telekurs ID** | **2757894** |
|---|---|---|---|
| | | **ISIN** | **VG G8877P159 5** |

| Net asset value (NAV) | EUR  1'114.99 |
|---|---|
| Ex date | 01.08.2008 |

**Value date 01.08.2008**

S.E. & O.

| Deposit | CCC UBS FUND SERVICES (LUXEMBOURG) SA
LUXEMBOURG | Yours faithfully |
|---|---|---|

Pictet & Cie

Advice without signature

Transaction ref. 42506907

## Appendix 5



PICTET
1805

# FINANCIAL STATEMENT IN EUR (Euro)
# AS AT 31 OCTOBER 2008

**DAHLIA LIMITED**
**PROVIDENCE CAPITAL N.V.**



0.001 [Redacted]

PICTET
1805

# Table of contents

| | |
|---|---|
| Portfolio valuation | 1 |
| Currency breakdown and portfolio structure in % | 4 |
| Sector and geographical breakdown of equities in % | 5 |
| Evolution of exchange rates | 6 |
| Analysis of fixed income holdings (maturities of over one year) | 7 |
| Quarterly and annual performance | 8 |
| Performance details | 9 |
| Monthly and annual performance (in %) | 10 |
| Securities transactions and short term deposits | 11 |
| Summary of securities transactions and short term deposits | 13 |
| Summary of realised profits/losses on securities transactions and short term deposits | 14 |
| Reversed securities transactions and short term deposits | 15 |
| Forward currency transactions | 16 |
| Other cash transactions | 17 |
| Summary of deposits/withdrawals of cash | 18 |
| Income received on securities and short term deposits | 19 |
| Other income received | 20 |

# Table of contents

Summary of income                           21

Transaction code descriptions              22

# Portfolio valuation as at 31 October 2008 in EUR

**[Redacted].001**

PICTET
1805

| | Quantity | Description | Market price (Gross unit cost) | | Total net cost EUR (Orig.) | Valuation EUR (Orig.) | % of total | Unrealised in % (Orig.) EUR |
|---|---|---|---|---|---|---|---|---|
| **PORTFOLIO TOTAL** | | | | | | 9'531'496 | 100.00 | |
| Of which accrued income EUR 268 | | | | | | | | |
| **Current accounts** | | | | | | 8'207 | 0.09 | 0.15 |
| EUR | 7445 | Euro | | | | 7712 | 0.08 | 4.54 |
| USD | 603 | Dollar USA | | | | 476 | 0.00 | -1.34 |
| GBP | 15 | Pound United Kingdom | | | | 19 | 0.00 | -0.51 |
| **Short term** | | | | | 2'270'000 | 2'270'000 | 23.82 | 0 |
| EUR | 890'000 | Fiduciary Call EUR,15.10.08, BNP PARIBAS LX (162) | | | 890'000 (890'000) | 890'000 (890'000) | 9.34 | 0 |
| EUR | 1'380'000 | Fiduciary Call EUR,16.01.07, RABOBK UTRECHT (1332) | | | 1'380'000 (1'380'000) | 1'380'000 (1'380'000) | 14.48 | 0 |
| **Bonds** | | | | | 2'458'924 | 2'471'086 | 25.93 | |
| | 3'631 | VANGUARD IS-EUR GOVERN.BD INSTIT. | EUR EUR | 148.73 (141.49) | 514'589 (514'589) | 540'021 (540'021) | 5.67 | 4.94 |
| | 7'530 | VANGUARD IS-EUR INV.GR.BD INVEST. | EUR EUR | 129.18 (130.49) | 985'929 (985'929) | 972'726 (972'726) | 10.21 | -1.34 |
| | 11790 | VANGUARD IS-EUR.INFL.-LKD BD INV. | EUR EUR | 81.28 (81.24) | 958'405 (958'405) | 958'338 (958'338) | 10.05 | -0.51 |

0A01
5 NOVEMBER 2008

# Portfolio valuation as at 31 October 2008 in EUR



[Redacted] R 0.001

**PICTET** 1805

2/22

| Quantity | Description | | Market price (Gross unit cost) | Total net cost EUR (Orig.) | Valuation EUR (Orig.) | % of total | Unrealised in % (ESP) (Orig.) |
|---|---|---|---|---|---|---|---|
| **Equities - Japan** | | | | **173'844** | **108'221** | **1.14** | **-37.75** |
| 18'250 | IKANO FUNDS-JAPANESE EQUITY M | EUR EUR | 5.93 ^ (9.47) | 173844 (173844) | 108221 (108221) | 1.14 | -37,5 |
| **Equities - Others** | | | | **206230** | **207'611** | **2.18** | **0.67** |
| 25'570 | VANGUARD IS-GL.STOCK IND.INSTIT.EUR | EUR EUR | 8.12 (8.05) | 206230 (206230) | 207611 (207611) | 2.18 | 0.67 |
| **Real estate ex Switzerland** | | | | **215'266** | **128826** | **1.35** | **-40.8** |
| 1'186 | EII PROPERTY WORLD INVEST (EX US) | EUR EUR | 108.62 (180.97) | 215'266 (215'266) | 128826 (128826) | 1.35 | -40,8 |
| **Hedge funds** | | | | **4'588'221** | **4'337'546** | **45.51** | |
| 9778.445 | FRM DIVERSIF.III-ACCESS CELL EUR | EUR EUR | 99.33 (101.96) | 998243 (998243) | 971283 (971283) | 10.19 | |
| 10.020 | GAM COMPOSITE ABSOLUTE RETURN EUR | EUR EUR | 130.31 ^ (152.41) | 1528596 (1528596) | 1305706 (1305706) | 13.70 | -14.0 |
| 376.379 | PERMAL MM LUX-GLOBAL LONG/SHORT A | EUR EUR | 1219.89 (1348.38) | 508744 (508744) | 459141 (459141) | 4.82 | -9, |
| 370 | PERMAL MULTI MANAG.MACRO PFD A EUR | EUR EUR | 1218.00 (1395.24) | 516'862 (516'862) | 450'660 (450'660) | 4.73 | -12,1 |
| 1011.058 | THYBO INTERNATIONAL FUND G | EUR | 1138.17 ^ (1138...) | 1035776 | 1150756 | 12.07 | 11. |

0A01

5 NOVEMBER 2008

PICTET
1805

## Portfolio valuation as at 31 October 2008 in EUR

[Redacted].001

| Quantity | Description | | Market price (Gross unit cost) | Total net cost EUR (Orig.) | Valuation EUR (Orig.) | % of total | Unrealised in EUR (Orig.) |
|---|---|---|---|---|---|---|---|
| | | EUR | (1'023.68) | (1'035'776) | (1'150'756) | | |

^ Price provided by the issuer or the fund administrator

Valuation based on the latest available prices, without guarantee of accuracy

**Appendix 6**



# FINANCIAL STATEMENT IN EUR (Euro)
## AS AT 31 OCTOBER 2008

**DAHLIA LIMITED**
**PROVIDENCE CAPITAL N.V.**



# PICTET
1805

# Table of contents

| | |
|---|---|
| Portfolio valuation | 1 |
| Currency breakdown and portfolio structure in % | 3 |
| Sector and geographical breakdown of equities in % | 4 |
| Evolution of exchange rates | 5 |
| Quarterly and annual performance | 6 |
| Performance details | 7 |
| Monthly and annual performance (in %) | 8 |
| Securities transactions and short term deposits | 9 |
| Summary of securities transactions and short term deposits | 11 |
| Summary of realised profits/losses on securities transactions and short term deposits | 12 |
| Reversed securities transactions and short term deposits | 13 |
| Forward currency transactions | 14 |
| Other cash transactions | 15 |
| Summary of deposits/withdrawals of cash | 16 |
| Income received on securities and short term deposits | 17 |
| Other income received | 18 |
| Summary of income | 19 |

5 NOVEMBER 2008

PICTET
1805

20

# Table of contents

Transaction code descriptions



**PICTET**
1805

# Portfolio valuation as at 31 October 2008 in EUR

[Redacted] 0.002

| Quantity | Description | Market price (Gross unit cost) | | Total net cost EUR (Orig.) | Valuation EUR (Orig.) | % of total | Unrealised in EUR (Orig.) |
|---|---|---|---|---|---|---|---|
| **PORTFOLIO TOTAL** | | | | | **4698534** | **100.00** | |
| Of which accrued income | EUR  -92 | | | | | | |
| **Current accounts** | | | | | **13474** (11971) | **0.29** | **0.66** |
| EUR 12'064 | Euro | | | | 11971 | 0.25 | |
| USD 1'905 | Dollar USA | | | | 1502 | 0.03 | |
| **Short term** | | | | **1940000** (1940000) | **1940000** | **41.29** | |
| EUR 1'940'000 | Fiduciary Call EUR,04.07.08, LLOYDS A'DAM (5775) | | | 1940000 (1940000) | 1940000 (1940000) | 41.29 | |
| **Equities - Other Europe** | | | | **432963** (432963) | **385860** (385860) | **8.21** | **-10.88** |
| 16'350 | ISHARES DJ STOXX 50 | EUR EUR | 23.60 (26.45) | 432'963 (432'963) | 385'860 (385'860) | 8.21 | |
| **Equities - USA** | | | | **84117** (108095) | **87437** (110875) | **1.86** | **3.35** |
| 1'250 | VANGUARD INSTITUTIONAL INDEX-SBI- | USD USD | 88.70 ^ (86.08) | 84117 (108095) | 87437 (110875) | 1.86 | |
| **Equities - Japan** | | | | **119245** (119245) | **102830** (102830) | **2.19** | **-13.17** |
| 17'341 | IKANO FUNDS-JAPANESE EQUITY M | EUR EUR | 5.93 ^ (6.84) | 119'245 (119'245) | 102'830 (102'830) | 2.19 | (2.57) |
| **Equities - Others** | | | | **500617** | **341082** | **7.26** | **-31.67** |

0A01
5 NOVEMBER 2008

# Portfolio valuation as at 31 October 2008 in EUR

**PICTET** 1805

[Redacted]

0.002

| Quantity | Description | | Market price (Gross unit cost) | Total net cost EUR (Orig.) | Valuation EUR (Orig.) | % of total | Unrealised in EUR (Orig.) |
|---|---|---|---|---|---|---|---|
| 503.874 | EIM CLEAR FUND D EUR | EUR EUR | 676.92 ^ (992.31) | 500'617 (500'617) | 341'082 (341'082) | 7.26 | -31.9 |
| **Real estate ex Switzerland** | | | | **180'203** | **152'071** | **3.24** | **-15.5** |
| 1400 | EII PROPERTY WORLD INVEST (EX US) | EUR EUR | 108.62 (128.07) | 180'203 (180'203) | 152'071 (152'071) | 3.24 | -15.5 |
| **Hedge funds** | | | | **1'767'753** | **1'675'779** | **35.67** | **-5.2** |
| 10 | CAAM IN.-VAR20 EUR CLASSIQUE-ACC- | EUR EUR | 10'241.21 (11'781.16) | 118'428 (118'428) | 102'412 (102'412) | 2.18 | -13. |
| 250 | CITADEL FUSION SELECT FUND EUR | EUR EUR | 1'000.00 ^ (1'000.00) | 250'619 (250'619) | 250'000 (250'000) | 5.32 | |
| 2'000 | GAM COMPOSITE ABSOLUTE RETURN EUR | EUR EUR | 130.31 ^ (142.63) | 285'842 (285'842) | 260'620 (260'620) | 5.55 | |
| 255 | PERMAL MM LUX-GLOBAL LONG/SHORT A | EUR EUR | 1'219.89 (1'370.87) | 350'817 (350'817) | 311'072 (311'072) | 6.62 | -11.8 |
| 240 | PERMAL MULTI MANAG.MACRO PFD A EUR | EUR EUR | 1'218.00 (1'292.32) | 311'430 (311'430) | 292'320 (292'320) | 6.22 | -6. |
| 403.591 | THYBO INTERNATIONAL FUND G | EUR EUR | 1'138.17 ^ (1'114.99) | 450'617 (450'617) | 459'355 (459'355) | 9.78 | 1.0 |

^ Price provided by the issuer or the fund administrator

Valuation based on the latest available prices, without guarantee of accuracy

0A01
5 NOVEMBER 2008

**Appendix 7**

# Thybo International Fund
## October 2008

| | | | |
|---|---|---|---|
| Feeder fund: | Thybo International Fund class G Euro | Advisor: | Thybo Advisory Limited |
| Master fund: | Thybo Stable Fund | Contact: | Anthony Clifford +44 20 3008 5671 |
| Inception date: | 01 January 2007 | Administrator: | UBS Fund Services (Luxembourg) SA |
| Fund AUM: | $226 million (underlying fund) | Auditor: | Ernst & Young, Luxembourg |
| Domicile: | British Virgin Islands | Subscription: | Monthly (min $1 million) |
| Fees: | 1.75% Management | Redemption: | Monthly, 30 days notice, no lock-up |

### COMMENTARY

TIF class G Euro produced 0.05% for the month of October, bringing the year-to-date return to 6.8%. October saw further deterioration in the equity markets with the developed indices off -17% in the US (-34% YTD), -13% in Europe (-39% YTD) with worse declines in Japan -24% (YTD -44%) and Hong Kong -23% (YTD -50%). Coordinated rate cuts by the FED, ECB and BOE combined with equity injections into the banking system appear to be working as the bank CDS spreads halved during the month. Such sentiment was not shared by the consumer with US and EU surveys dropping to levels last seen in the late '70s and early '90s respectively. Commodity markets dropped -22% for October (-25% YTD), with gold also loosing its allure falling -18% on the month.

### Monthly Performance *

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 0.82% | -0.07% | 0.34% | 1.17% | 0.89% | 0.31% | 1.03% | 1.03% | 1.04% | 0.05% | | | 6.80% |
| 2007 | 0.17% | -0.50% | 1.82% | 0.87% | 0.61% | 0.48% | 0.13% | 0.20% | 0.97% | 0.32% | 1.22% | 0.17% | 6.62% |
| 2006 | 0.62% | -0.17% | 1.51% | 0.92% | 0.54% | 0.56% | 1.17% | 0.68% | 0.67% | 0.31% | 0.56% | 0.88% | 8.56% |
| 2005 | 0.51% | 0.22% | 1.05% | 0.09% | 0.60% | 0.37% | 0.02% | 0.04% | 0.89% | 1.89% | 0.52% | 0.51% | 6.91% |
| 2004 | 1.10% | 0.56% | 0.11% | 0.48% | 0.80% | 1.67% | 0.07% | 1.65% | 0.57% | 0.04% | 0.85% | 0.35% | 8.55% |
| 2003 | -0.39% | 0.01% | 2.53% | -0.07% | 0.76% | 2.08% | 2.18% | 0.02% | 1.18% | 1.54% | 0.00% | 0.43% | 10.70% |
| 2002 | | | | | | | | | | | | 0.15% | 0.15% |

| Monthly return distribution | Fund statistics * | Monthly and 12-month rolling returns |
|---|---|---|



| | |
|---|---|
| NAV | EUR 1,138.71 |
| October '08 return | 0.05% |
| YTD return | 6.8% |
| Trailing 12-months return | 8.3% |
| Annualised compound return | 8.1% |
| Annualised volatility ** | 2.1% |
| Sharpe ratio (3m Euribor) | 2.29 |
| Percent profitable months | 92% |
| Average monthly return | 0.7% |
| Maximum drawdown | -0.5% |
| Months under water | 1 |
| Correlation DJ Stoxx 600*** | 0.14 |

### INVESTMENT STRATEGY

The Company intends to invest in several investment themes managed by reputable investment managers, specialised in those investment schemes. Investments will be made in separate accounts and/or in offshore investment vehicles. These investment managers / portfolio managers will collectively invest the Company's assets and have been selected on the basis of their proven risk adjusted rate of returns and their demonstrated expertise in the selected investment schemes. Initially the investments will be entirely allocated to an option trading strategy described as "split strike conversion".

### STRUCTURE & INVESTMENT OBJECTIVES

Thybo International Fund class G Euro is a feeder fund that invests exclusively in the Thybo Stable Fund (TSF). Both funds are advised by Thybo Advisory Limited.

*The performance record from 1st Dec '02 to 31st Dec '06 (in italics) is based on the weighted average return on in-house managed accounts running the "split stike conversion" strategy adjusted for the all-in TIF G fees of 1.75% p.a. Results from 1st Jan '07 are actuals. **Standard deviation of monthly returns since inception (annualised). ***DJ Stoxx 600 - index of the largest 600 European companies.

## Appendix 8

**Appendix to the Attachment Customer Claim Form – Dahlia Ltd.**
**Short description of the corporation and signing authority**

Dahlia Ltd. is a limited liability company incorporated under Guernsey law with its statutory seat in Guernsey.

Dahlia Ltd. is represented by two authorized signatures of Spread Services Limited and Cosign Services Limited as their capacity as Directors. The minutes of the first meeting of the directors of Dahlia Limited and the attached signatory lists of Spread Services Limited and Cosign Services Limited are included as an appendix.

**Appendix 9**

MINUTES OF THE FIRST MEETING OF THE DIRECTORS OF
DAHLIA LIMITED HELD AT MARTELLO COURT, ADMIRAL PARK, ST
PETER PORT, GUERNSEY ON THE 29th DAY OF NOVEMBER 2006

| | |
|---|---|
| **PRESENT:** | I G Clarke representing Cosign Services Limited<br>P F Griffin representing Spread Services Limited |
| **CHAIRMAN:** | Mr I G Clarke was elected to the Chair. |
| **DIRECTORS:** | The Chairman produced the instrument dated the 14th November 2006 appointing the following as the First Directors of the Company:- |

Cosign Services Limited
Spread Services Limited

Both of the above of Martello Court, Admiral Park, St Peter Port, Guernsey.

| | |
|---|---|
| **INCORPOR-ATION:** | IT WAS NOTED that the Company had been incorporated in Guernsey on 29th November 2006 and the Certificate of Registration and a copy of the Memorandum and Articles of Association were noted. |
| **REGISTERED OFFICE:** | IT WAS RESOLVED that the registered office of the Company be situated at Martello Court, Admiral Park, St Peter Port, Guernsey in accordance with the notice already filed with H M Greffier. |
| **SECRETARY:** | IT WAS RESOLVED that Cosign Limited be and is hereby appointed Secretary of the Company. |
| **COMPANY SEAL:** | The company seal was noted, an impression of which is made hereon, and IT WAS RESOLVED that such seal be, and is hereby adopted as the Common Seal of the Company. |
| **ALLOTMENT OF SHARES:** | IT WAS RESOLVED that the signatories to the memorandum be registered as members in respect of the shares for which they subscribed as follows:- |

Cosign Nominees Limited        1 share
Spread Nominees Limited        1 share

Both the above of Martello Court, Admiral Park, St Peter Port, Guernsey.

IT WAS RESOLVED that the Secretary of the Company be authorised and instructed to prepare and issue the appropriate share certificates in respect of such shares and that the Common Seal of the Company be affixed thereto.

DAHLIA LIMITED
29th November 2006

| | |
|---|---|
| ANNUAL RETURN: | IT WAS RESOLVED in connection with the Company's Annual Return of Share Capital, Shares and Directors, to be made to H M Greffier as at 01 January each year, that any Director or the Secretary be authorised to sign the Annual Return without a further resolution of the board of directors. |
| SIGNING INSTRUCTIONS: | IT WAS RESOLVED that in accordance with clause 9. (1) of the memorandum of association of the Company, the signature of the Company shall be:- |
| | "DAHLIA LIMITED" with the addition of the signature(s) of one or more officer(s) of the Company. |
| FIRST GENERAL MEETING: | IT WAS RESOLVED that in accordance with Article 68. (1) (a) of The Companies (Guernsey) Laws, 1994 to 1996, as amended, the first general meeting of the Company be held within the statutory time limit and that the Secretary be authorised to convene the meeting in due course. |
| COMPANY ADMINIS- AGREEMENT: | IT WAS RESOLVED to enter into a Company Administration Agreement with Fortis Reads International Management Limited and Mr I G Clarke, Authorised Signatory for Cosign Services Limited and Mr P F Griffin, Authorised Signatory for Spread Services Limited, Corporate Directors, were authorised to sign the Agreement for and on behalf of the company and that the Company Seal be affixed thereto, (a copy of which is attached hereto and forms part of these resolutions. |
| UNAUDITED STATUS: | It was noted that the Company is an asset holding company in accordance with the provisions of The Companies (Guernsey) Laws, 1994 to 1996, as amended, Sch 2 Unaudited Companies. |
| | IT WAS RESOLVED to recommend to the members that the Company become an unaudited company. |
| ANY OTHER BUSINESS: | There being no further business the Chairman declared the meeting closed. |

.............................................
Chairman

I hereby certify that I have seen the original and complete document of which this is a true copy.

Date: 16 JUNE 2009

Philip Richard Hunt FCCA
Martello Court, Admiral Park, St Peter Port, Guernsey GY1 3HB
Philip.hunt@gg.fortis.com

# PERSONS AUTHORISED TO SIGN FOR
## SPREAD SERVICES LIMITED
### IN THE CAPACITY OF DIRECTOR

| | |
|---|---|
| Christopher Michael Ayre | |
| Christopher Roger Sharman | |
| David John Warr | |
| Ian Geoffrey Clarke | |
| James Grant Howitt | |
| Jane Anne Le Maitre | |
| Martin Shires | |
| Michael Thomas Cahill | |
| Paul Matthew Schreibke | |
| Peter Francis Griffin | |
| Roy Frank Le Hegarat | |
| Simon Graham | |
| Tony Rigden | |
| Neil Dorey | |
| Francis Paul Snoding | |

Effective **1 February 2008**

# PERSONS AUTHORISED TO SIGN FOR
## COSIGN SERVICES LIMITED
### IN THE CAPACITY OF DIRECTOR

| | |
|---|---|
| Christopher Michael Ayre | |
| Christopher Roger Sharman | |
| David John Warr | |
| Ian Geoffrey Clarke | |
| James Grant Howitt | |
| Jane Anne Le Maitre | |
| Martin Shires | |
| Michael Thomas Cahill | |
| Paul Matthew Schreibke | |
| Peter Francis Griffin | |
| Roy Frank Le Hegarat | |
| Simon Graham | |
| Tony Rigden | |
| Neil Dorey | |
| Francis Paul Snoding | |

Effective **1 February 2008**