# EXHIBIT H

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Mevrouw M.N. Mignot
**Mailing Address:** c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place
**City:** Boston          **State:** MA          **Zip:** 02110
**Account No.:** see Attachment and Appendices
**Taxpayer I.D. Number (Social Security No.):** _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of          $ € 903,898

   b.    I owe the Broker a Debit (Dr.) Balance of          $ 0

   c.    If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.          $ 0

   d.    If balance is zero, insert "None."          _____

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | ✓ | |
| b.    I owe the Broker securities | | ✓ |

c.        If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | see Attachment and Appendices | | |
| | | | |
| | | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Andrew G. Devore, Ropes & Gray LLP,
One International Place, Boston, Massachusetts 02110-2624 .

502180406                                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _June 17, 2009_          Signature _____

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Name of Customer:**    **Mrs. M.N. Mignot**
**Mailing Address:**    **c/o Ropes & Gray LLP, Attention: Andrew G. Devore,**
    **One International Place, Boston MA 02110**

Mrs. M.N. Mignot (the "Customer") deposited cash in the total amount of € 900,000 with Thybo International Fund Ltd. ("TIF") to be invested in Thybo Stable Fund Ltd. ("TSF"). The Customer's € 900,000 cash was then deposited by TSF with Bernard L. Madoff Investment Securities LLC ("BLMIS"). The Customer did not redeem or otherwise withdraw any amount of its cash deposited with BLMIS. The foregoing structure of Customer's investment in BLMIS is diagramed as follows:



Customer

Thybo International Fund Ltd. Share class G

Thybo Stable Fund Ltd.

Bernard L. Madoff Investment Securities LLC

The prospectuses of TIF and TSF are attached hereto as Appendices 1 and 2.

Attached hereto as Appendix 3 and 4 are the Customer's subscription confirmations setting forth the amounts of € 360,000 and € 540,000 deposited with TIF for investment in BLMIS. As set forth in Appendix 3 and 4, the subscriptions were executed through bank accounts of the Customer with Theodoor Gilissen Bankiers in The Netherlands (the "Custodian Bank").

Attached hereto as Appendix 5 is the portfolio statement from the Custodian Bank setting forth the value of the Customer's investment in BLMIS (through TIF) as € 903,898 as of October 31, 2008.

The Customer acknowledges that the Trustee has reported to have found no securities purchased on behalf of customers for at least the past thirteen years and does not expect to discover any such securities. Accordingly, the Trustee has reported that he does not foresee any valid claims for securities. To the extent that any valid securities claims exist due to any future recovery of securities by the Trustee, or otherwise, the Customer expressly claims any and all such securities purchased for its benefit.

**Appendices to Attachment Customer Claim**

1. Prospectus of Thybo Stable Fund Ltd.
2. Prospectus of Thybo International Fund Ltd.
3. Subscription confirmation
4. Subscription confirmation
5. Portfolio statement as of October 31, 2008
6. Copy of passport

## Appendix 1

**Appendix 2**

**Appendix 3**

# GILISSEN

PROVIDENCE CAPITAL N.V.
T.A.V. CLIENT SERVICES OFFICER
POSTBUS 286
1400 AG  BUSSUM

THEODOOR GILISSEN BANKIERS N.V.
Keizersgracht 617
1017 DS Amsterdam

T +31 (0)20 527 60 00
F +31 (0)20 527 66 30

www.tgservices.nl

Bankrekeningnr 21 19 99 555
IBAN NL44 GILL 0211 9999 55

DUPLICAAT VAN: [Reda .804  MEVROUW M.N. MIGNOT

| Rekeningnr/Account no | Ref nr/no | Volgnr/no | Amsterdam, |
|---|---|---|---|
| A000567 | 96680 / 2757894 | | 02-10-2008 |

**HIERBIJ DELEN WIJ U MEDE VOOR U TE HEBBEN GEKOCHT**

| AANTAL | FONDS | KOERS | | BEDRAG |
|---|---|---|---|---|
| 319.5710 | THYBO INT FD -G- EUR | 1126.510227 | EUR | 360,000.00 |
| | TOTAAL | | EUR | 360,000.00  DT |

OVERIGE TRANSACTIEGEGEVENS
--------------------------
TRANSACTIEDATUM   :   29-09-08 17:00
VALUTADATUM       :   20-08-08
BEURS             :

Appendix 4

# Duplicaat



**THEODOOR GILISSEN SERVICES**

MEVROUW M.N. MIGNOT
GROOT PARADIJS 35
5611 KA  EINDHOVEN

**THEODOOR GILISSEN BANKIERS N.V.**
Keizersgracht 617
1017 DS Amsterdam

T +31 (0)20 527 60 00
F +31 (0)20 527 66 30

www.tgservices.nl

Bankrekeningnr: 21.19.99.555
IBAN NL44 GILL 0211 9995 55

| Rekeningnr./Account no. | Ref. nr./no | Volgnr./no. | Amsterdam, |
|---|---|---|---|
| [Reda]5.804 | 48048 / 2757894 | | 20-11-2008 |

**HIERBIJ DELEN WIJ U MEDE VOOR U TE HEBBEN GEKOCHT**

| AANTAL | FONDS | KOERS | | BEDRAG |
|---|---|---|---|---|
| 474.2200 | THYBO INT FD -G- EUR | 1138.712 | EUR | 540,000.00 |
| | TOTAAL | | EUR | 540,000.00 DT |

OVERIGE TRANSACTIEGEGEVENS
--------------------------
TRANSACTIEDATUM      :    31-10-08 17:00
VALUTADATUM          :    23-10-08
BEURS                :

**Appendix 5**

**Vermogensrapportage**

Voor de periode:                    31 oktober 2008

Voor rekening(en):                  [Redacte] 5.804

**PERSOONLIJK EN VERTROUWELIJK**

Mevrouw M.N. Mignot
Groot Paradijs 35
5611 KA EINDHOVEN

Datum:                              11 juni 2009

Vermogensbeheerder/-adviseur:       Providence Capital N.V.

Telefoon:                           +31 (0)35 6926750

E-mail:                             secretariaat@providencecapital.eu

# Disclaimer en juridische kennisgeving

Deze rapportage betreffende uw beleggingsportefeuille is strikt persoonlijk en vertrouwelijk. De rapportage is met de nodige zorg samengesteld en beoogt een feitelijke weergave te geven van uw beleggingsportefeuille. Bij constatering van een onjuistheid of onvolledigheid in deze rapportage, verzoeken wij u vriendelijk uw contactpersoon bij uw vermogensbeheerder/adviseur zo spoedig mogelijk in kennis te stellen. De posities van de portefeuille worden gewaardeerd tegen bij Theodoor Gilissen Bankiers laatst bekende koersen op de datum van opmaak van de rapportage. Met name van niet-beursgenoteerde effecten is daarom niet altijd de actualiteit te garanderen. Beleggingen zijn omgeven met risico. In het verleden behaalde rendementen vormen derhalve geen garantie voor toekomstige resultaten. U kunt geen rechten ontlenen aan de inhoud van deze rapportage.

Theodoor Gilissen Bankiers N.V. is geregistreerd als financiële onderneming bij de Autoriteit Financiële Markten te Amsterdam en tevens als kredietinstelling bij De Nederlandsche Bank te Amsterdam. Bovendien is Theodoor Gilissen Bankiers N.V aangesloten bij Euronext N.V. Theodoor Gilissen Bankiers N.V. is statutair gevestigd te Amsterdam en daar bij de Kamer van Koophandel ingeschreven onder handelsregister nummer 33004157.

De in deze publicatie weergegeven informatie is beschermd door middel van rechten van intellectuele eigendom, waaronder mede doch niet uitsluitend begrepen Auteursrechten, Merkrechten en Databankrechten. Al deze rechten worden voorbehouden door Theodoor Gilissen Bankiers N.V. Niets uit deze publicatie mag worden verveelvoudigd, opgeslagen in een geautomatiseerd gegevensbestand, openbaar gemaakt, of voor al dan niet commerciële doeleinden worden gebruikt, in enigerlei vorm of op enigerlei wijze, hetzij elektronisch, mechanisch, door fotokopieën, opnamen, of op enige andere manier, zonder voorafgaande schriftelijke toestemming van Theodoor Gilissen Bankiers N.V.

# Overzicht van de portefeuille



**Indeling naar vermogenscategorie per 30/09/08**

Zakelijke waarden 10,69%

Liquiditeiten 89,31%

| Totaal 30/09/08 | 8.025.121,50 | 100% |
|---|---|---|
| Zakelijke waarden | 857.734,33 | 10,69% |
| Liquiditeiten | 7.167.387,17 | 89,31% |

**Indeling naar vermogenscategorie per 31/10/08**

Vastrentende waarden 36,26%

Liquiditeiten 11,43%

Zakelijke waarden 52,32%

| Totaal 31/10/08 | 5.786.077,95 | 100% |
|---|---|---|
| Zakelijke waarden | 3.027.006,39 | 52,32% |
| Vastrentende waarden | 2.097.787,98 | 36,26% |
| Liquiditeiten | 661.283,58 | 11,43% |

**Indeling naar valuta per 31/10/08**

Overig 2,91%

EUR 97,09%

| Totaal 31/10/08 | | 5.786.077,95 | 100% |
|---|---|---|---|
| EUR | | 5.617.858,40 | 97,09% |
| USD | FX | 168.219,55 | 2,91% |
| | 1,2757 | | |

Vermogensrapportage voor portefeuille 21.15.25.804 in valuta EUR
31 oktober 2008 t/m 31 oktober 2008

© Theodoor Gilissen Bankiers N.V. 2008, opmaak 11/06/09, 09:20

3

# Zakelijke waarden

**Indeling naar vermogenssubcategorie per 31/10/08**



Aandelen en
aandelenbeleggingsfondsen
100,00%

**Indeling naar regio per 31/10/08**

Europa 14,33%
Niet-westerse markten 3,51%
Wereld 82,16%

| Naam | Aantal | In lokale valuta | | | | In valuta EUR | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Valuta | Kostprijs | Koers | Koersdatum | Waarde | Ongerealiseerd resultaat | W/V | Weging |
| **AANDELEN EN AANDELENBELEGGINGSFONDSEN** | | | | | | | | | |
| **Europa** | | | | | | | | | |
| iShares DJ Stoxx 50 | 18.670 | EUR | 27,22 | 23,24 | 31/10/08 | 433.891 | -74.393 | -14,64% | 7,50% |
| **Totaal Aandelen en aandelenbeleggingsfondsen - Europa** | | | | | | 433.891 | -74.393 | | 7,50% |
| **Niet-westerse markten** | | | | | | | | | |
| Ikano Funds Japanese Equity -M- | 18.599,6933 | EUR | 5,49 | 5,71 | 31/10/08 | 106.210 | 4.210 | 4,13% | 1,84% |
| **Totaal Aandelen en aandelenbeleggingsfondsen - Niet-westerse markten** | | | | | | 106.210 | 4.210 | | 1,84% |
| **Wereld** | | | | | | | | | |
| EII Property World Invest ex US Fund | 1.250 | EUR | 111,51 | 110,96 | 31/10/08 | 138.694 | -695 | -0,50% | 2,40% |
| EIM Clear Fund EUR -D- | 1.126,61 | EUR | 710,09 | 695,98 | 31/10/08 | 784.098 | -15.902 | -1,99% | 13,55% |

Vermogensrapportage voor portefeuille 21.15.25.804 in valuta EUR
31 oktober 2008 t/m 31 oktober 2008

4

© Theodoor Gilissen Bankiers N.V. 2009, opmaak 11/06/09, 09:20

## Zakelijke waarden

| Naam | Aantal | In lokale valuta | | | | In valuta EUR | | | |
| | | Valuta | Kostprijs | Koers | Koersdatum | Waarde | Ongerealiseerd resultaat | W/V | Weging |
|---|---|---|---|---|---|---|---|---|---|
| GAM Composite Absolute Ret -EUR Open Class- | 3.799,76 | EUR | 134,12 | 132,58 | 31/10/08 | 503.772 | -5.853 | -1,15% | 8,71% |
| Thybo International Fund -G- Eur | 793,791 | EUR | 1.133,80 | 1.138,71 | 31/10/08 | 903.898 | 3.898 | 0,43% | 15,62% |
| Vanguard Institutional Index Fund | 2.250 | USD | 77,77 | 88,70 | 31/10/08 | 156.444 | 19.075 | 13,89% | 2,70% |
| **Totaal  Aandelen en aandelenbeleggingsfondsen - Wereld** | | | | | | **2.486.905** | **523** | | **42,98%** |
| Totaal  Zakelijke waarden | | | | | | 3.027.006 | -69.660 | | 52,32% |

Vermogensrapportage voor portefeuille 21.15.25.804 in valuta EUR
31 oktober 2008 t/m 31 oktober 2008

© Theodoor Gilissen Bankiers N.V. 2009, opmaak 11/06/09, 09:20

5

# Vastrentende waarden

**Indeling naar vermogenssubcategorie per 31/10/08**

**Indeling naar rating per 31/10/08**



Obligaties
100,00%

AAA
100,00%

| Naam | Coupon-datum | Aantal | In lokale valuta | | | Koers-datum | S&P.-rating | Loop-tijd | Yield | Duration | In valuta EUR | | Ongerealiseerd resultaat | W/V | Weging |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Valuta | Kostprijs | Koers | | | | | | Waarde | Opgelopen rente | | | |
| **OBLIGATIES** | | | | | | | | | | | | | | | |
| 4,00 % Nederland 08/11 | 15/01 | 2.000.000 | EUR | 101,79 | 101,72 | 31/10/08 | AAA | 2,21 | 3,18 | 2,10 | 2.097.788 | 63.388 | -1.440 | -0,07% | 36,26% |
| **Totaal Vastrentende waarden** | | | | | | | | | | 3,18 | 2,10 | 2.097.788 | 63.388 | -1.440 | 36,26% |

Vermogensrapportage voor portefeuille 21.15.25.804 in valuta EUR
31 oktober 2008 t/m 31 oktober 2008

© Theodoor Gilissen Bankiers N.V. 2009, opmaak 11/06/09, 09:20

## Liquiditeiten

| Naam | Aantal/saldo | In lokale valuta Valuta | Kostprijs | Koers | Koersdatum | In valuta EUR Waarde | Opgelopen rente | Ongerealiseerd resultaat | W/V | Weging |
|---|---|---|---|---|---|---|---|---|---|---|
| **REKENING-COURANT** | | | | | | | | | | |
| 525804EUR | 649.507,56 | EUR | 1,00 | 1,00 | 31/10/08 | 649.508 | 0 | 0 | 0,00% | 11,23% |
| 525804USD | 15.022,67 | USD | 1,24 | 1,28 | 31/10/08 | 11.776 | 0 | -305 | -2,52% | 0,20% |
| | | | | | | | | | | 11,43% |
| **Totaal   Liquiditeiten** | | | | | | 661.284 | 0 | -305 | | |

© Theodoor Gilissen Bankiers N.V. 2009, opmaak 11/06/09, 09:20

7

**Appendix 6**



IDENTITEITSKAART    KONINKRIJK DER NEDERLANDEN
KINGDOM OF THE NETHERLANDS / ROYAUME DES PAYS-BAS

Nederlandse    [Red 3057
Mignot
Melanie Nathalie
05 FEB/FEB    1959
Eindhoven
1,76 m    V/F    [Red 115
Burgemeester Eindhoven    NL
28 FEB/FEB 2005    28 FEB/FEB 2010

Dit document is eigendom van de Staat der Nederlanden. De houder is verplicht het document zorgvuldig te bewaren. Het eigenmachtig aanbrengen van wijzigingen en / of aanduidingen maakt het document ongeldig en is strafbaar. Een nieuw document wordt in beginsel pas uitgereikt na inlevering van het eerder verstrekte document.

Geldig voor reizen naar landen die behoren tot de Europese Unie, alsmede voor Andorra, Liechtenstein, Monaco, Noorwegen, San Marino, Turkije, IJsland en Zwitserland.

VERVOLG NAAM / CONTINU SURNAME

® STAAT DER NEDERLANDEN, 2000    PROD. N. 2004- VERSIENR. 002  MODELNR. 008

[Redacted]