# **<u>EXHIBIT K</u>**

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:**  Mr. E. Bongers
**Mailing Address:**  c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place
**City:** Boston _____ **State:** MA _____ **Zip:** 02110
**Account No.:**  see Attachment and Appendices
**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************

1.  Claim for money balances as of **December 11, 2008**:

    a.  The Broker owes me a Credit (Cr.) Balance of   $  € 206,366

    b.  I owe the Broker a Debit (Dr.) Balance of   $ 0

    c.  If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.   $ 0

    d.  If balance is zero, insert "None."   _____



2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✔ |  |
| b. | I owe the Broker securities |  | ✔ |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | see Attachment and Appendices | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✔ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✔ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✔ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✔ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✔ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✔ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✔ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Andrew G. Devore, Ropes & Gray LLP, One International Place, Boston, Massachusetts 02110-2624

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _15 June 2009_          Signature_____

Date _____          Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Name of Customer:**    **Mr. E. Bongers**
**Mailing Address:**    **c/o Ropes & Gray LLP, Attention: Andrew G. Devore,**
                        **One International Place, Boston MA 02110**

Mr. E. Bongers (the "Customer") deposited cash in the amount of € 200,000, with Thybo International Fund Ltd. ("TIF") to be invested in Thybo Stable Fund Ltd. ("TSF"). The Customer's € 200,000 cash was then deposited by TSF with Bernard L. Madoff Investment Securities LLC ("BLMIS"). The Customer did not redeem or otherwise withdraw any amount of its cash deposited with BLMIS. The foregoing structure of Customer's investment in BLMIS is diagramed as follows:



The prospectuses of TIF and TSF are attached hereto as Appendices 1 and 2.

Attached hereto as Appendix 3 is the Customer's subscription confirmation setting forth the amount of € 200,000 deposited with TIF for investment in BLMIS. As set forth in Appendix 3, the subscription was executed through a bank account of the Customer with ABN AMRO Bank in The Netherlands (the "Custodian Bank").

Attached hereto as Appendix 4 is the portfolio statement from the Custodian Bank setting forth the value of the Customer's investment in BLMIS (through TIF) as € 204,153 as of December 31, 2008. The stated valuation of € 204,153 is, however, based on an out dated Net Asset Value ("NAV") of € 1,126.51 per class G share in TIF. As set forth in Appendix 5, the correct NAV as of October 31, 2008 was € 1,138.71, resulting in a total value of the investment in BLMIS (through TIF) of € 206,366.

The Customer acknowledges that the Trustee has reported to have found no securities purchased on behalf of customers for at least the past thirteen years and does not expect to discover any such securities. Accordingly, the Trustee has reported that he does not foresee any valid claims for securities. To the extent that any valid securities claims exist due to any future recovery of

securities by the Trustee, or otherwise, the Customer expressly claims any and all such securities purchased for its benefit.

**Appendices to Attachment Customer Claim**

1. Prospectus of Thybo Stable Fund Ltd.
2. Prospectus of Thybo International Fund Ltd.
3. Subscription confirmation
4. Portfolio statement as of December 31, 2008
5. TIF Fact Sheet, October 2008
6. Copy of passport

**Appendix 1**

**Appendix 2**

**Appendix 3**



Effecten

De heer Imp. E. Bongers
Postbus 286
1400 AG Bussum

PROVIDENCE CAPITAL NV

Opdrachtnummer
850370

Depotnummer
48.05.56.431

Fondscode: 234806

Koop

Opdracht gegeven via kantoor dd 19-05-2008

Soort effectencontract
INZAKE UW EFFEKTENDEPOT

Wij hebben voor u gekocht op 19-05-2008
AARD TRYBO INTERNATIONAL FUND 6.917000

Prijs
1'013,58

Vordernummer    Datum renbestel    Blad
00000021        22-07-2008         1/1

Beurs  EURO CLEAR FND SETTLE

Afrekenbedrag(EUR)
160 292,60 p
675,00 p
463,00 p

201 072,60 p

Valutadatum 24-06-2008



Uitgevoerd
2278

Provisie
Kosten beleggingsadvies

Betaal (afboek) van 48.05.56.431

Fortis Banking t.b.v.
Postbus 283
MAN AM ...RAM
NL ...3R3

**Appendix 4**

# Vermogensrapportage

DE HEER ING. E. BONGERS
SLUITAPPEL 34
5491 TS  SINT OEDENRODE

rapportagedatum: 31 december 2008



Meer mogelijk maken    ABN·AMRO

BUSSUM, 2 januari 2009

POSTBUS 343

1400AH BUSSUM

Geachte heer BONGERS,

Bijgaand ontvangt u uw Vermogensrapportage. In deze rapportage vindt u een totaaloverzicht van de
verdeling, analyses en resultaten van uw vermogen dat u bij ABN AMRO Private Banking in depot hebt.
Het gaat om de volgende rekeningen:

| | |
|---|---|
| - Inzake uw Effecten depot | 48.05.56.431 |
| - Private banking spaarrekening | 41.10.10.298 |
| - Bankrekening | 48.05.56.431 |
| - Bankrekening | 48.23.15.571 |
| - Particuliere rekening courant | 48.26.82.086 |
| - Particuliere rekening courant | 48.27.06.767 |
| - Particuliere rekening courant | 50.81.09.469 |
| - Particuliere rekening courant | 54.09.65.049 |
| - Private banking spaarrekening | 61.14.90.781 |

Uw Vermogensrapportage toont het resultaat van uw effectenportefeuille, die samen met uw spaar- en
betaalrekening uw totale vermogen vormt. Dit effectenresultaat geeft niet alleen de gerealiseerde resultaten weer
(winst of verlies van daadwerkelijke transacties) maar ook de ongerealiseerde resultaten (winst of verlies in
geval van verkoop op rapportagedatum). Verder bevat uw Vermogensrapportage een uitgesplitst overzicht van
de verschillende vermogenscategorieën waarin u belegt.

Als u naar aanleiding van deze brief vragen hebt of als u advies wilt bij het eventueel aanpassen van uw
portefeuille neem dan contact met ons op. Wij zijn u graag van dienst.

Met vriendelijke groet,

ABN AMRO Bank N.V.

Johannes Zandvoort

Private Banker

Tel. 035-6977960

johannes.zandvoort@nl.abnamro.com

Onder voorbehoud van fouten en omissies

Door gebrek aan beurshandel kan bij bepaalde fondsen de laatst tot stand gekomen (beurs)koers ernstig verouderd zijn. Voor deze fondsen wordt
zo mogelijk de waardering in de markt getoond op basis van actuele bied-en laatprijzen. Dit komt met name voor bij Equity Discount
Certificates (EDC's) en perpetuele obligatieleningen, maar ook bij andere fondsen kan dit verschijnsel optreden.

ABN AMRO Bank N.V.; gevestigd te Amsterdam, handelsregister K.v.K. Amsterdam, nr 33002587, BTW nr NL 00 30 27 144 B01

# Beleggingsresultaat

Onderstaand overzicht laat het resultaat zien over uw effecten uitgesplitst per vermogenscategorie en periode. Het rendement is een tijdgewogen gemiddelde, weergegeven per periode en cumulatief sinds het begin van dit jaar.

## Beleggingsresultaat per vermogenscategorie
1-jan-2008 - 31-dec-08

| vermogenscategorie | beleggings-resultaat |
|---|---|
| • aandelen | -396.436 |
| • obligaties | 6.373 |
| • onroerend goed | -71.087 |
| • liquiditeiten | 951 |
| • overige waarden | -103.034 |
| totaal | -563.234 |

## Rendement

| periode | vermogen ultimo | stortingen onttrekkinge | beleggings-inkomsten | beleggings-resultaat | in % |
|---|---|---|---|---|---|
| • jan 2008 | 2.387.260 | 0 | 3.280 | -65.116 | -2,66% |
| • feb 2008 | 2.364.578 | -1.527 | 0 | -21.154 | -0,89% |
| • mrt 2008 | 2.301.408 | 0 | 714 | -63.170 | -2,67% |
| • apr 2008 | 2.348.443 | 0 | 2.705 | 47.035 | 2,04% |
| • mei 2008 | 2.362.095 | -1.999 | 0 | 15.651 | 0,67% |
| • jun 2008 | 2.058.613 | 0 | 1.513 | -303.482 | -12,85% |
| • jul 2008 | 2.277.004 | 0 | 2.495 | 218.391 | 10,61% |
| • aug 2008 | 2.386.168 | -2.072 | 0 | 111.236 | 4,89% |
| • sep 2008 | 2.047.091 | -180.000 | 3.039 | -159.077 | -6,68% |
| • okt 2008 | 1.680.583 | 0 | 2.137 | -366.508 | -17,90% |
| • nov 2008 | 1.627.366 | -1.193 | 830 | -52.025 | -3,10% |
| • dec 2008 | 1.700.380 | 0 | 0 | 73.014 | 4,49% |
| **TOTAAL** | **1.700.380** | **-186.791** | **16.712** | **-565.205** | **-24,35%** |

## Rendement





[1] Betreft de som van het gerealiseerde en ongerealiseerde beleggingsresultaat vanaf 1 januari dit jaar tot en met de rapportagedatum.

# Depotoverzicht

Dit overzicht geeft informatie over uw beleggingen in uw depot en saldi op uw geldrekening(en). De waarde van de liquiditeiten wordt weergegeven inclusief de opgelopen rente.

## Aandelen

| naam | aantal | valuta | koers op 31-dec-08 | waarde op 31-dec-08 |
|---|---|---|---|---|
| aand caam invest var 20 eur    cap | 8 | EUR | 8.983,22 | 71.866 |
| aand citadel fusion select eur red ptg | 110 | EUR | 864,69 | 95.116 |
| aand eim clear fd d eur red ptg 1/1000 | 335.601 | EUR | 0,65 | 217.201 |
| aand gam composite absolute return eur | 760 | EUR | 129,59 | 98.488 |
| aand ikano funds/japanese eq    sicav | 10.040 | EUR | 5,36 | 53.854 |
| aand ishares dj stoxx 50 | 5.750 | EUR | 21,05 | 121.038 |
| aand thybo international fund c 1/1000 | 115.000 | EUR | 0,97 | 111.159 |
| aand thybo international fund g 1/1000 | 181.228 | EUR | 1,13 | 204.153 |
| aand vanguard institutional index  sbi | 983 | USD | 82,54 | 58.131 |
| subtotaal | | | | 1.031.006 |

## Onroerend Goed

| naam | aantal | valuta | koers op 31-dec-08 | waarde op 31-dec-08 |
|---|---|---|---|---|
| units global property fund | 975 | EUR | 106,42 | 103.761 |
| subtotaal | | | | 103.761 |

## Liquiditeiten

| naam | aantal | valuta | koers op 31-dec-08 | waarde op 31-dec-08 |
|---|---|---|---|---|
| **GELDREKENINGEN** | | | | |
| 048.05.56.431 bankrekening | 220.893,40 | EUR | 1,00 | 221.457 |
| 048.26.82.086 particuliere rekening courant | 673,66 | USD | 0,72 | 486 |
| 050.81.09.469 particuliere rekening courant | 21,56 | GBP | 1,05 | 23 |
| 054.09.65.049 particuliere rekening courant | 0,00 | EUR | 1,00 | 0 |
| 061.14.90.781 private banking spaarrekening | 0,00 | EUR | 1,00 | 836 |
| subtotaal | | | | 222.802 |

# Depotoverzicht

## Diversen

| naam | aantal | valuta | koers op 31-dec-08 | waarde op 31-dec-08 |
|---|---|---|---|---|
| **GEMENGDE FONDSEN** | | | | |
| permal macro eur a | 102 | EUR | 1.233,22 | 125.788 |
| tremont opp  1/10000 | 970.000 | EUR | 0,11 | 101.850 |
| tremont opp m1/10000 | 925.820 | EUR | 0,12 | 115.172 |
| subtotaal | | | | 342.810 |
| **TOTAAL** | | | | **1.700.380** |

# Overzicht inkomsten

In dit overzicht worden de uitgekeerde inkomsten van uw portefeuille per inkomstensoort weergegeven inclusief eventuele ingehouden belastingen.

## Inkomsten

| naam | valutadatum | belasting-bedrag (EUR) | netto (EUR) |
|---|---|---|---|
| **DIVIDEND AANDELEN** | | | |
| aand ishares dow jones us healthcare | 04-jan-08 | 40 | 227 |
| aand ishares dj stoxx 50 | 12-mrt-08 | 0 | 563 |
| aand ishares dow jones us healthcare | 01-apr-08 | 44 | 249 |
| aand vanguard institutional index sbi | 01-apr-08 | 57 | 322 |
| aand ishares dj stoxx 50 | 30-mei-08 | 0 | 1.513 |
| aand ishares dow jones us healthcare | 01-jul-08 | 51 | 484 |
| aand vanguard institutional index sbi | 01-jul-08 | 55 | 521 |
| aand ishares dj stoxx 50 | 29-aug-08 | 0 | 3.039 |
| aand vanguard institutional index sbi | 03-okt-08 | 70 | 383 |
| aand ishares dj stoxx 50 | 27-nov-08 | 0 | 830 |
| subtotaal | | 318 | 8.130 |
| **RENTE LIQUIDITEITEN** | | | |
| 048.05.56.431 bankrekening | 31-dec-07 | 0 | 1.595 |
| 048.26.82.086 particuliere rekening courant | 31-dec-07 | 0 | 1.442 |
| 050.81.09.469 particuliere rekening courant | 31-dec-07 | 0 | 16 |
| 048.05.56.431 bankrekening | 31-mrt-08 | 0 | 1.219 |
| 048.26.82.086 particuliere rekening courant | 31-mrt-08 | 0 | 915 |
| 048.05.56.431 bankrekening | 30-jun-08 | 0 | 882 |
| 048.26.82.086 particuliere rekening courant | 30-jun-08 | 0 | 608 |
| 048.05.56.431 bankrekening | 30-sep-08 | 0 | 1.727 |
| 048.26.82.086 particuliere rekening courant | 30-sep-08 | 0 | 28 |
| subtotaal | | 0 | 8.431 |
| **OVERIGE INKOMSTEN** | | | |
| aand amadeus cap vis /asian real est | 04-mrt-08 | 0 | 151 |
| subtotaal | | 0 | 151 |
| **TOTAAL** | | **318** | **16.712** |

# Appendix 5


# Thybo International Fund
## October 2008

| | | | |
|---|---|---|---|
| Feeder fund: | Thybo International Fund class G Euro | Advisor: | Thybo Advisory Limited |
| Master fund: | Thybo Stable Fund | Contact: | Anthony Clifford +44 20 3008 5671 |
| Inception date: | 01 January 2007 | Administrator: | UBS Fund Services (Luxembourg) SA |
| Fund AUM: | $226 million (underlying fund) | Auditor: | Ernst & Young, Luxembourg |
| Domicile: | British Virgin Islands | Subscription: | Monthly (min $1 million) |
| Fees: | 1.75% Management | Redemption: | Monthly, 30 days notice, no lock-up |

### COMMENTARY

TIF class G Euro produced 0.05% for the month of October, bringing the year-to-date return to 6.8%. October saw further deterioration in the equity markets with the developed indices off -17% in the US (-34% YTD), -13% in Europe (-39% YTD) with worse declines in Japan -24% (YTD -44%) and Hong Kong -23% (YTD -50%). Coordinated rate cuts by the FED, ECB and BOE combined with equity injections into the banking system appear to be working as the bank CDS spreads halved during the month. Such sentiment was not shared by the consumer with US and EU surveys dropping to levels last seen in the late '70s and early '90s respectively. Commodity markets dropped -22% for October (-25% YTD), with gold also loosing its allure falling -18% on the month.

### Monthly Performance *

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 0.82% | -0.07% | 0.34% | 1.17% | 0.89% | 0.31% | 1.03% | 1.03% | 1.04% | 0.05% | | | 6.80% |
| 2007 | 0.17% | -0.50% | 1.82% | 0.87% | 0.61% | 0.48% | 0.13% | 0.20% | 0.97% | 0.32% | 1.22% | 0.17% | 6.62% |
| 2006 | 0.62% | -0.17% | 1.51% | 0.92% | 0.54% | 0.56% | 1.17% | 0.68% | 0.67% | 0.31% | 0.56% | 0.88% | 8.56% |
| 2005 | 0.51% | 0.22% | 1.05% | 0.09% | 0.60% | 0.37% | 0.02% | 0.04% | 0.89% | 1.89% | 0.52% | 0.51% | 6.91% |
| 2004 | 1.10% | 0.56% | 0.11% | 0.48% | 0.80% | 1.67% | 0.07% | 1.65% | 0.57% | 0.04% | 0.85% | 0.35% | 8.55% |
| 2003 | -0.39% | 0.01% | 2.53% | -0.07% | 0.76% | 2.08% | 2.18% | 0.02% | 1.18% | 1.54% | 0.00% | 0.43% | 10.70% |
| 2002 | | | | | | | | | | | | 0.15% | 0.15% |

### Monthly return distribution



### Fund statistics *

| NAV | EUR 1,138.71 |
|---|---|
| October '08 return | 0.05% |
| YTD return | 6.8% |
| Trailing 12-months return | 8.3% |
| Annualised compound return | 8.1% |
| Annualised volatility ** | 2.1% |
| Sharpe ratio (3m Euribor) | 2.29 |
| Percent profitable months | 92% |
| Average monthly return | 0.7% |
| Maximum drawdown | -0.5% |
| Months under water | 1 |
| Correlation DJ Stoxx 600*** | 0.14 |

### Monthly and 12-month rolling returns



### INVESTMENT STRATEGY

The Company intends to invest in several investment themes managed by reputable investment managers, specialised in those investment schemes. Investments will be made in separate accounts and/or in offshore investment vehicles. These investment managers / portfolio managers will collectively invest the Company's assets and have been selected on the basis of their proven risk adjusted rate of returns and their demonstrated expertise in the selected investment schemes. Initially the investments will be entirely allocated to an option trading strategy described as "split strike conversion".

### STRUCTURE & INVESTMENT OBJECTIVES

Thybo International Fund class G Euro is a feeder fund that invests exclusively in the Thybo Stable Fund (TSF). Both funds are advised by Thybo Advisory Limited.

*The performance record from 1st Dec '02 to 31st Dec '06 (in italics) is based on the weighted average return on in-house managed accounts running the "split stike conversion" strategy adjusted for the all-in TIF G fees of 1.75% p.a. Results from 1st Jan '07 are actuals. **Standard deviation of monthly returns since inception (annualised). ***DJ Stoxx 600 - index of the largest 600 European companies.

**Account Holders ThyBo International Fund Class G**

Archand S.à.r.l.

De heer E. Bongers

Nieuw Nijhof Beheer BV

De hoogwelgeboren heer T.J.G. Baron Collot d'Escury

Dahlia Ltd.

De heer Ch. Dijkgraaf

Parentes N.V.

Stichting Doets Beheer

De heer Ir B.C.M. Douqué

Van Hof Holding Apeldoorn B.V.

Mevrouw M.N. Mignot

J.E.D. Odekerken Holding B.V.

De heer L.J.H. Otte en/of mevrouw C.H. Otte-Nijland

Mevrouw C.F.J. de Ruiter - de Groot

Beheermaatschappij Dondervogels B.V.

Mevrouw R. Wouters - Rutgers van der Loeff

Mevrouw A.A. Mertens zur Borg

De heer Ir M. Rutgers van der Loeff

Mevrouw Mr C.E. van de Pas - Rutgers van der Loeff

Eschadan B.V.

Mevrouw A.H. Schutte-Lems

Stichting Michelle

Stichting Sluyterman van Loo

Vaessen Beheer B.V.

Variemon II B.V.

# Appendix 6

