# **EXHIBIT R**

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Mrs. C.F.J. de Ruiter - de Groot
**Mailing Address:** c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place
**City:** Boston       **State:** MA       **Zip:** 02110
**Account No.:** see Attachment and Appendices
**Taxpayer I.D. Number (Social Security No.):** _____

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of          $ € 568,856
   b. I owe the Broker a Debit (Dr.) Balance of             $ 0
   c. If you wish to repay the Debit Balance,
      please insert the amount you wish to repay and
      attach a check payable to "Irving H. Picard, Esq.,
      Trustee for Bernard L. Madoff Investment Securities LLC."
      If you wish to make a payment, **it must be enclosed**
      with this claim form.                                 $ 0
   d. If balance is zero, insert "None."                    _____

502180406                            1

2.  Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | see Attachment and Appendices | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |     | YES | NO |
| --- | --- | --- | --- |
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Andrew G. Devore, Ropes & Gray LLP, One International Place, Boston, Massachusetts 02110-2624

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  06/19/2009    Signature _[signed]_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

**Name of Customer:** Mrs. C.F.J. de Ruiter - de Groot
**Mailing Address:** c/o Ropes & Gray LLP, Attention: Andrew G. Devore,
One International Place, Boston MA 02110

Mrs. C.F.J. de Ruiter - de Groot (the "Customer") deposited cash in the amount of € 537,000 with Thybo International Fund Ltd. ("TIF") to be invested in Thybo Stable Fund Ltd. ("TSF"). The Customer's € 537,000 cash was then deposited by TSF with Bernard L. Madoff Investment Securities LLC ("BLMIS"). The Customer did not redeem or otherwise withdraw any amount of its cash deposited with BLMIS. The foregoing structure of Customer's investment in BLMIS is diagramed as follows:



The prospectuses of TIF and TSF are attached hereto as Appendices 1 and 2.

Attached hereto as Appendix 3 is the Customer's subscription confirmation setting forth the amount of € 537,000 deposited with TIF for investment in BLMIS. As set forth in Appendix 3, the subscription was executed through a bank account of the Customer with Pictet & Cie Banquiers in Switzerland (the "Custodian Bank").

Attached hereto as Appendix 4 is the portfolio statement from the Custodian Bank setting forth the value of the Customer's investment in BLMIS (through TIF) as € 568,856 as of October 31, 2008.

The Customer acknowledges that the Trustee has reported to have found no securities purchased on behalf of customers for at least the past thirteen years and does not expect to discover any such securities. Accordingly, the Trustee has reported that he does not foresee any valid claims for securities. To the extent that any valid securities claims exist due to any future recovery of securities by the Trustee, or otherwise, the Customer expressly claims any and all such securities purchased for its benefit.

1

**Appendices to Attachment Customer Claim**

1. Prospectus of Thybo Stable Fund Ltd.
2. Prospectus of Thybo International Fund Ltd.
3. Subscription confirmation
4. Portfolio statement as of October 31, 2008
5. Copy of passport

2

**Appendix 1**

**Appendix 2**

**Appendix 3**

T-1014502.002 
PROVIDENCE CAPITAL NV, BUSSUM

Account [Redacted]2.002

Trade date 31.01.2008

# Final execution

**Out**

| EUR 537'000 | THYBO INTERNATIONAL FUND G-T.REC- | Telekurs ID | ZZZP06635 |
| | | ISIN | ZZ 00P06635 0 |

**In**

| 499.562 | THYBO INTERNATIONAL FUND G | Telekurs ID | 2757894 |
| | | ISIN | VG G8877P159 5 |

Value date 31.01.2008

E. & O.E.

Deposit    CCC UBS FUND SERVICES (LUXEMBOURG) SA
           LUXEMBOURG

Yours faithfully

Pictet & Cie

Advice without signature

Transaction ref. 22460124

**Appendix 4**



FINANCIAL STATEMENT IN EUR (Euro)
AS AT 31 OCTOBER 2008

**MEVROUW C.F.J. DE RUITER - DE GROOT**
**PROVIDENCE CAPITAL NV, BUSSUM**

2.002
[Redacted]

PICTET
1805

# Table of contents

| | |
|---|---|
| Portfolio valuation | 1 |
| Currency breakdown and portfolio structure in % | 4 |
| Quarterly and annual performance | 5 |
| Current account statement in EUR | 6 |
| Current account statement in USD | 10 |
| Current account statement in JPY | 11 |
| Current account statement in GBP | 12 |

17 JUNE 2009

**PICTET** 1805

## Portfolio valuation as at 31 October 2008 in EUR

[2.002]
[Redacted]

| Quantity | Description | Market price (Gross unit cost) | Total net cost EUR | Valuation EUR | % of total | Unrealised in % (Orig.) EUR |
|---|---|---|---|---|---|---|
| | **PORTFOLIO TOTAL** | | | 4'865'690 | 100.00 | 0.10 0.00 |
| | TOTAL CAPITAL | | | 4'862'525 | 99.93 | |
| | TOTAL ACCRUED INCOME | | | 3'165 | 0.07 | |
| | **Current accounts** | | | 11'578 | 0.24 | |
| | Capital | | | 11'606 | 0.24 | |
| | Accrued income | | | -29 | -0.00 | |
| EUR 11'606 | Euro | | | 11'606 | 0.24 | |
| | | | | -29 | -0.00 | |
| USD - | Dollar USA | | | - | | |
| JPY - | Yen Japan | | | - | | |
| GBP - | Pound United Kingdom | | | - | | |
| | **Short term** | | 1'990'000 | 1'993'193 | 40.96 | |
| | Capital | | 1'990'000 | 1'990'000 | 40.90 | |
| | Accrued income | | | 3'193 | 0.07 | |
| EUR 680'000 | Fiduciary Call EUR;14.03.08, LLOYDS A'DAM (5585) | | 680'000 | 680'000 | 13.98 | |

17 JUNE 2009

1/12

# PICTET
1805

## Portfolio valuation as at 31 October 2008 in EUR

[Redacted] 2.002

| | Quantity | Description | | Market price (Gross unit cost) | Total net cost EUR | Valuation EUR | % of total | Unrealised in % (Orig.) | EUR |
|---|---|---|---|---|---|---|---|---|---|
| EUR | 310'000 | Fiduciary Call EUR,15.10.08, SOCGEN PARIS (502887) | | | 310'000 | 310'000 | 6.37 | 0.00 | 0 |
| EUR | 500'000 | Fiduciary Time EUR,4.75%,07.10.08-07.11.08, BNP PARIBAS LX (187114) | | | 500'000 | 500'000 1'583 | 10.28 0.03 | 0.00 | 0 |
| EUR | 500'000 | Fiduciary Time EUR,4.83%,07.10.08-07.11.08, D.B. AG LUX (187119) | | | 500'000 | 500'000 1'610 | 10.28 0.03 | 0.00 | 0 |
| **Bonds** | | | | | **937'495** | **918'958** | **18.89** | **-1.98** | |
| | 1'841 | VANGUARD IS-EUR GOVERN.BD INSTIT. | EUR EUR | 147.23 (141.49) | 260'772 | 271'054 | 5.57 | 3.94 | |
| | 3'760 | VANGUARD IS-EUR INV.GR.BD INVEST. | EUR EUR | 128.61 (133.18) | 502'307 | 483'571 | 9.94 | -3.43 | |
| | 2'040 | VANGUARD IS-EUR.INFL.-LKD BD INV. | EUR EUR | 80.56 (85.28) | 174'416 | 164'333 | 3.38 | -5.58 | |
| **Equities - Others** | | | | | **383'280** | **266'101** | **5.47** | **-30.57** | |
| | 239.718 | EIM CLEAR FUND D EUR | EUR EUR | 695.98 (1'084.61) | 260'000 | 166'839 | 3.43 | -35.83 | |
| | 12'000 | VANGUARD IS-GL.STOCK IND.INSTIT.EUR | EUR EUR | 8.27 (10.25) | 123'280 | 99'262 | 2.04 | -19.48 | |

17 JUNE 2009



## Portfolio valuation as at 31 October 2008 in EUR

[Redacted] 2.002

| Quantity | Description | | Market price (Gross unit cost) | Total net cost EUR | Valuation EUR | % of total | Unrealised in % (Orig.) | EUR |
|---|---|---|---|---|---|---|---|---|
| **Real estate ex Switzerland** | | | | **110'121** | **65'716** | **1.35** | | **-40'02** |
| 605 | EII PROPERTY WORLD INVEST (EX US) | EUR EUR | 108.62 (180.97) | 110'121 | 65'716 | 1.35 | | -40'122 |
| **Hedge funds** | | | | **1'770'747** | **1'610'144** | **33.09** | | **-9'107** |
| 1'772.798 | FRM DIVERSIF.III-ACCESS CELL EUR | EUR EUR | 91.31 (112.82) | 200'616 | 161'871 | 3.33 | -19.31 | |
| 3'165 | GAM COMPOSITE ABSOLUTE RETURN EUR | EUR EUR | 132.58 ^ (156.53) | 495'962 | 419'616 | 8.62 | -15.39 | |
| 191.44 | PERMAL MM LUX-GLOBAL LONG/SHORT A | EUR EUR | 1'217.25 (1'436.48) | 275'636 | 233'030 | 4.79 | -15.16 | |
| 187 | PERMAL MULTI MANAG.MACRO PFD A EUR | EUR EUR | 1'212.68 (1'395.24) | 261'533 | 226'771 | 4.66 | -13.09 | |
| 499.562 | THYBO INTERNATIONAL FUND G | EUR EUR | 1'138.71 ^ (1'074.94) | 537'000 | 568'856 | 11.69 | 5.93 | |

^ Price provided by the issuer or the fund administrator

Valuation based on the latest available prices, without guarantee of accuracy

17 JUNE 2009

**Appendix 5**


