# EXHIBIT T

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

**Name of Customer:** ___Nieuw Nijhof Beheer B.V._____

**Mailing Address:** ___c/o Ropes & Gray LLP, Attention: Andrew G. Devore, One International Place___

**City:** Boston_____ **State:** MA_____ **Zip:** 02110_____

**Account No.:** ___see Attachment and Appendices_____

**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of     $ € 377,232_____

    b.   I owe the Broker a Debit (Dr.) Balance of     $ 0_____

    c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.     $ 0_____

    d.   If balance is zero, insert "None."     _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | Number of Shares or Face Amount of Bonds | | |
| _____ | see Attachment and Appendices | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

**NOTE:**  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.   IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Andrew G. Devore, Ropes & Gray LLP,_ _____

One International Place, Boston, Massachusetts 02110-2624 _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _15 - 06 - 2009_    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**Name of Customer:**     **Nieuw Nijhof Beheer BV**
**Mailing Address:**     **c/o Ropes & Gray LLP, Attention: Andrew G. Devore,**
     **One International Place, Boston MA 02110**

Nieuw Nijhof Beheer BV (the "Customer") deposited cash in the amount of € 339,125, with Thybo International Fund Ltd. ("TIF") to be invested in Thybo Stable Fund Ltd. ("TSF"). The Customer's € 339,125 cash was then deposited by TSF with Bernard L. Madoff Investment Securities LLC ("BLMIS"). The Customer did not redeem or otherwise withdraw any amount of its cash deposited with BLMIS. The foregoing structure of Customer's investment in BLMIS is diagramed as follows:



The prospectuses of TIF and TSF are attached hereto as Appendices 1 and 2.

Attached hereto as Appendix 3 is the Customer's subscription confirmation setting forth the amount of € 339,125 deposited with TIF for investment in BLMIS. As set forth in Appendix 3, the subscription was executed through a bank account of the Customer with ABN AMRO Bank in The Netherlands (the "Custodian Bank").

Attached hereto as Appendix 4 is the portfolio statement from the Custodian Bank setting forth the value of the Customer's investment in BLMIS (through TIF) as € 373,187 as of December 31, 2008. The stated valuation of € 373,187 is, however, based on an out dated Net Asset Value ("NAV") of € 1,126.51 per class G share in TIF. As set forth in Appendix 5, the correct NAV as of October 31, 2008 was € 1,138.71, resulting in a total value of the investment in BLMIS (through TIF) of € 377,232.

The Customer acknowledges that the Trustee has reported to have found no securities purchased on behalf of customers for at least the past thirteen years and does not expect to discover any such securities. Accordingly, the Trustee has reported that he does not foresee any valid claims for securities. To the extent that any valid securities claims exist due to any future recovery of

**Attachment to Customer Claim Form, Bernard L. Madoff Investment Securities LLC**
08-01789-cgm   Doc 1487-20   Filed 01/07/10   Entered 01/07/10 15:18:23   Exhibit T
Pg 7 of 24

securities by the Trustee, or otherwise, the Customer expressly claims any and all such securities purchased for its benefit.


**Appendices to Attachment Customer Claim**

1. Prospectus of Thybo Stable Fund Ltd.
2. Prospectus of Thybo International Fund Ltd.
3. Subscription confirmation
4. Portfolio statement as of December 31, 2008
5. TIF Fact Sheet, October 2008
6. Abstract Chamber of Commerce
7. Appendix to the Attachment Customer Claim Form – Nieuw Nijhof Beheer B.V. Short description of the corporation and signing authority
8. Copy of passport

**Appendix 1**

**Appendix 2**

## Appendix 3

Private Banking Twente
Stationsplein 8
7511 JD ENSCHEDE
TEL 0800-0240733

Nieuw Nijhof Beheer B.V.
Postbus 286
1400 AG  BUSSUM

Nota koop                                        PROVIDENCE

Opdracht gegeven via kantoor dd 19-04-2007

| Soort effectencontract | Depotnummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | [Redact].353 | [Red]0511 | 00000015 | 06-06-2007 | 1/1 |

Wij hebben voor u gekocht op 19-04-2007
AAND THYBO INTERNATIONAL FUND G 1/1000    Fondscode: 234806        Beurs: EUROCLEAR FND SETTLE

| Uitgevoerd | Prijs | Afrekenbedrag(EUR) |
|---|---|---|
| ST 331.280 | 1.023,68 | 339.124,71 D |
| Provisie | | 627,22 D |
| Kosten correspondent | | 678,25 D |

| Totaal geboekt van [Red]acte .353 | Valutadatum 19-04-2007 | 340.430,18 D |

**Appendix 4**

# Vermogensrapportage

**Persoonlijk & vertrouwelijk**

NIEUW NIJHOF BEHEER B.V.
WOOLDERBROEKWEG 30
7555 PV HENGELO OV

rapportagedatum:      31 december 2008
rapportageperiode:    1 januari 2008 - 31 december 2008



**ABN·AMRO** Private Banking



ENSCHEDE, 2 januari 2009

STATIONSPLEIN 8
7511JD ENSCHEDE

Geachte relatie,

Bijgaand ontvangt u uw Vermogensrapportage. In deze rapportage vindt u een totaaloverzicht van de verdeling, analyses en resultaten van uw vermogen dat u bij ABN AMRO Private Banking in depot hebt. Het gaat om volgende rekeningen:

- Inzake uw Effecten depot          52.16.59.353
- Private banking spaarrekening     41.80.05.087
- Internet spaarrekening            47.26.62.600
- Internetkwartaal spaarrekening    47.39.13.186
- Bankrekening                      52.16.59.353
- Private banking spaarrekening     56.05.06.694

Op basis van het beleggingsdoel, beleggingshorizon, gewenst risico en ervaring is een beleggingsprofiel gekozen. Er zijn zes beleggingsprofielen variërend van zeer defensief tot zeer offensief. Bij elk profiel hoort een specifiek portefeuillemodel dat aangeeft hoe men het vermogen het beste kunt spreiden over de verschillende vermogenscategorieën (aandelen, obligaties, onroerend goed en liquiditeiten). Er is gekozen voor het beleggingsprofiel dat gebaseerd is op onderstaand portefeuillemodel:

Portefeuillemodel en vermogensverdeling

| Portefeuillemodel | Matig offensief IV |
|---|---|
| Aandelen | 45% |
| Obligaties | 35% |
| Onroerend Goed | 5% |
| Liquiditeiten | 15% |

De vermogensanalyse in uw Vermogensrapportage toont de verschillen tussen het door u gekozen model en de status van uw huidige portefeuille. Bij grote verschillen kan het raadzaam zijn om uw portefeuille of beleggingsprofiel aan te passen. Uw portefeuille dient immers zo goed mogelijk te zijn afgestemd op uw persoonlijke wensen en doelstellingen.

Als gevolg van de gebruikte valutakoers kan er voor dividenden en rente-inkomsten in vreemde valuta een klein verschil bestaan tussen het bedrag dat is opgenomen in het "Overzicht Inkomsten", de feitelijke gegevens op uw dagafschriften en het Coupon- en dividendoverzicht behorende bij uw Financieel Jaaroverzicht. Dit overzicht, dat u eind februari zult ontvangen, is leidend voor het invullen van uw belastingaangifte.

Als u naar aanleiding van deze brief vragen hebt of als u advies wilt bij het eventueel aanpassen van uw portefeuille neem dan contact met ons op. Wij zijn u graag van dienst.

Met vriendelijke groet,

ABN AMRO Bank N.V.

Theo de Boer
Private Banker
Tel. 053-4834415
theo.de.boer@nl.abnamro.com

Ralph Hendriks
Beleggingsadviseur
Tel. 053-4834502
ralph.hendriks@nl.abnamro.com

Onder voorbehoud van fouten en omissies.

Door gebrek aan beurshandel kan bij bepaalde fondsen de laatst tot stand gekomen (beurs)koers ernstig verouderd zijn. Voor deze fondsen wordt zo mogelijk de waardering in de markt getoond op basis van actuele bied- en laatprijzen. Dit komt met name voor bij Equity Discount Certificates (EDC's) en perpetuele obligatieleningen, maar ook bij andere fondsen kan dit verschijnsel optreden.

ABN AMRO Bank N.V., gevestigd te Amsterdam, handelsregister K.v.K. Amsterdam, nr 33002587, BTW nr NL 00 30 27 144 B01.



# Overzicht aandelen per sector

Dit overzicht geeft informatie over uw beleggingen in aandelen, verdeeld over de sectoren. De weging laat in het overzicht zien welk percentage de verschillende aandelen vertegenwoordigen in uw portefeuille. De Duurzaamheidsindicator geeft aan hoe een onderneming ten opzichte van sectorgenoten in staat is om de relevante aspecten op milieu-, sociaal en corporate governancegebied te beheersen. De indicator loopt van "- -" tot "+++" en wordt samengesteld op basis van informatie van onafhankelijk gespecialiseerde leveranciers.

## Aandelen

| naam | duurzaamheid | aantal | valuta | gem. aankoop-koers | koers op 31-dec-08 | aanschaf-waarde | waarde op 31-dec-08 | op 31-dec-08 | percentueel resultaat waarde (EUR) | in % |
|---|---|---|---|---|---|---|---|---|---|---|
| **NIET INGEDEELDE WAARDEN** | | | | | | | | | | |
| aand frm access fd pcc diviii 1/1000 | | 1.343.705 | EUR | 0,11 | 0,09 | 153.451 | 122.680 | 9,1% | -30.771 | -20,1% |
| aand frm access fund pcc ltd-diviii | | 1.865 | EUR | 113,16 | 91,31 | 211.049 | 170.289 | 12,6% | -40.760 | -19,3% |
| aand gam composite absolute return eur | | 3.320 | EUR | 161,27 | 129,59 | 535.416 | 430.239 | 31,9% | -105.178 | -19,6% |
| aand ikano funds/japanese eq   sicav | | 6.050 | EUR | 8,60 | 5,36 | 52.030 | 32.452 | 2,4% | -19.578 | -37,6% |
| aand thybo international fund g 1/1000 | | 331.280 | EUR | 1,06 | 1,13 | 351.720 | 373.187 | 27,6% | 21.467 | 6,1% |
| aand vanguard inv euro govern bond ind | | 1.107 | EUR | 141,49 | 154,44 | 157.009 | 170.964 | 12,7% | 13.955 | 8,9% |
| aand vanguard inv ser glob stock ind f | | 7.000 | EUR | 9,03 | 7,13 | 63.442 | 49.895 | 3,7% | -13.547 | -21,4% |
| subtotaal | | | | | | 1.524.117 | 1.349.706 | 100,0% | -174.412 | -11,4% |
| **TOTAAL** | | | | | | **1.524.117** | **1.349.706** | **100,0%** | **-174.412** | **-11,4%** |

¹ Bij posities die in voorafgaande jaren zijn opgebouwd zijn de gemiddelde aankoopkoers en aanschafwaarde gebaseerd op de koers van ultimo december jl. De aanschafwaarde is inclusief transactiekosten.

114.92.39.912
31/12/2008

7

**Appendix 5**

# Thybo International Fund
## October 2008

| | | | |
|---|---|---|---|
| Feeder fund: | Thybo International Fund class G Euro | Advisor: | Thybo Advisory Limited |
| Master fund: | Thybo Stable Fund | Contact: | Anthony Clifford +44 20 3008 5671 |
| Inception date: | 01 January 2007 | Administrator: | UBS Fund Services (Luxembourg) SA |
| Fund AUM: | $226 million (underlying fund) | Auditor: | Ernst & Young, Luxembourg |
| Domicile: | British Virgin Islands | Subscription: | Monthly (min $1 million) |
| Fees: | 1.75% Management | Redemption: | Monthly, 30 days notice, no lock-up |

## COMMENTARY

TIF class G Euro produced 0.05% for the month of October, bringing the year-to-date return to 6.8%. October saw further deterioration in the equity markets with the developed indices off -17% in the US (-34% YTD), -13% in Europe (-39% YTD) with worse declines in Japan -24% (YTD -44%) and Hong Kong -23% (YTD -50%). Coordinated rate cuts by the FED, ECB and BOE combined with equity injections into the banking system appear to be working as the bank CDS spreads halved during the month. Such sentiment was not shared by the consumer with US and EU surveys dropping to levels last seen in the late '70s and early '90s respectively. Commodity markets dropped -22% for October (-25% YTD), with gold also loosing its allure falling -18% on the month.

### Monthly Performance *

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | 0.82% | -0.07% | 0.34% | 1.17% | 0.89% | 0.31% | 1.03% | 1.03% | 1.04% | 0.05% | | | 6.80% |
| 2007 | 0.17% | -0.50% | 1.82% | 0.87% | 0.61% | 0.48% | 0.13% | 0.20% | 0.97% | 0.32% | 1.22% | 0.17% | 6.62% |
| 2006 | 0.62% | -0.17% | 1.51% | 0.92% | 0.54% | 0.56% | 1.17% | 0.68% | 0.67% | 0.31% | 0.56% | 0.88% | 8.56% |
| 2005 | 0.51% | 0.22% | 1.05% | 0.09% | 0.60% | 0.37% | 0.02% | 0.04% | 0.89% | 1.89% | 0.52% | 0.51% | 6.91% |
| 2004 | 1.10% | 0.56% | 0.11% | 0.48% | 0.80% | 1.67% | 0.07% | 1.65% | 0.57% | 0.04% | 0.85% | 0.35% | 8.55% |
| 2003 | -0.39% | 0.01% | 2.53% | -0.07% | 0.76% | 2.08% | 2.18% | 0.02% | 1.18% | 1.54% | 0.00% | 0.43% | 10.70% |
| 2002 | | | | | | | | | | | | 0.15% | 0.15% |

| Monthly return distribution | Fund statistics * | Monthly and 12-month rolling returns |
|---|---|---|



| | |
|---|---|
| NAV | EUR 1,138.71 |
| October '08 return | 0.05% |
| YTD return | 6.8% |
| Trailing 12-months return | 8.3% |
| Annualised compound return | 8.1% |
| Annualised volatility ** | 2.1% |
| Sharpe ratio (3m Euribor) | 2.29 |
| Percent profitable months | 92% |
| Average monthly return | 0.7% |
| Maximum drawdown | -0.5% |
| Months under water | 1 |
| Correlation DJ Stoxx 600*** | 0.14 |



## INVESTMENT STRATEGY

The Company intends to invest in several investment themes managed by reputable investment managers, specialised in those investment schemes. Investments will be made in separate accounts and/or in offshore investment vehicles. These investment managers / portfolio managers will collectively invest the Company's assets and have been selected on the basis of their proven risk adjusted rate of returns and their demonstrated expertise in the selected investment schemes. Initially the investments will be entirely allocated to an option trading strategy described as "split strike conversion".

## STRUCTURE & INVESTMENT OBJECTIVES

Thybo International Fund class G Euro is a feeder fund that invests exclusively in the Thybo Stable Fund (TSF). Both funds are advised by Thybo Advisory Limited.

*The performance record from 1st Dec '02 to 31st Dec '06 (in italics) is based on the weighted average return on in-house managed accounts running the "split stike conversion" strategy adjusted for the all-in TIF G fees of 1.75% p.a. Results from 1st Jan '07 are actuals.  **Standard deviation of monthly returns since inception (annualised). ***DJ Stoxx 600 - index of the largest 600 European companies.

**Appendix 6**

Dossiernummer: 06065984        Blad 00001

Uittreksel uit het handelsregister van de Kamers van Koophandel
Deze inschrijving valt onder het beheer van de Kamer van Koophandel voor
Oost Nederland

---

Rechtspersoon:
Rechtsvorm                      :Besloten vennootschap
Naam                            :Nieuw Nijhof Beheer B.V.
Statutaire zetel                :Hengelo Ov
Eerste inschrijving in het
 handelsregister                :12-12-1991
Akte van oprichting             :05-12-1991
Akte laatste statuten-
 wijziging                      :03-01-2000
Maatschappelijk kapitaal        :EUR 113.445,05
Geplaatst kapitaal              :EUR 45.378,02
Gestort kapitaal                :EUR 45.378,02

---

Onderneming:
Handelsna(a)m(en)               :Nieuw Nijhof Beheer B.V.
Adres                           :Woolderbroekweg 30, 7555PV Hengelo Ov
Telefoonnummer                  :074-2426586
Faxnummer                       :074-2432370
E-mailadres                     :hbrugman@tiscali.nl
Datum vestiging                 :05-12-1991
Bedrijfsomschrijving            :Het beleggen van haar vermogen in goederen,
                                 omvattende derhalve roerende en onroerende
                                 zaken alsmede alle mogelijke vermogensrechten
Werkzame personen               :0

---

Enig aandeelhouder:

Naam                            :Stichting Administratiekantoor Nieuw Nijhof
                                 Beheer
Adres                           :Beatrixstraat 130, 7573AD Oldenzaal
Inschrijving handelsregister
 onder dossiernummer            :08160832
Enig aandeelhouder sedert       :31-05-2007

---

Bestuurder(s):

Naam                            :Brugman, Hans
Geboortedatum en -plaats        :10-01-1945, Glasgow, Verenigd Koninkrijk
Infunctietreding                :05-12-1991

15-06-2009                       Blad 00002 volgt.
Dossiernummer: 06065984          Blad 00002

---

Titel                           :Directeur
Bevoegdheid                     :Alleen/zelfstandig bevoegd

---

Alleen geldig indien door de kamer voorzien van een ondertekening.

                                Woerden, 15-06-2009
                                Uittreksel is vervaardigd om 17.18 uur

                                Voor uittreksel

**Bron: Uittreksel-informatie Internet. Geldt niet als uittreksel in de zin van artikel 22 lid 1 van de Handelsregisterwet 2007.**

**Appendix 7**

**Appendix to the Attachment Customer Claim Form – Nieuw Nijhof Beheer B.V.**
**Short description of the corporation and signing authority**


Nieuw Nijhof Beheer B.V. is a limited liability company incorporated under Dutch law with its statutory seat in Arnhem, The Netherlands.

Nieuw Nijhof Beheer B.V. is represented by its Managing Director,  Mr. H. Brugman. An abstract of The Netherlands Chamber of Commerce is included in the appendices.

**Appendix 8**



PASPOORT KONINKRIJK DER NEDERLANDEN
KINGDOM OF THE NETHERLANDS / ROYAUME DES PAYS-BAS

P NLD Nederlandse                    K<2LJ8

Brugman

Hans                                 R3578 [Redacted]

10 JAN/JAN    1945    M    1,73 m

Glasgow

20 JUN/JUN 2007    20 JUN/JUN 2012 (Ø)

Burgemeester Hengelo (Ø)

GELDIG VOOR ALLE LANDEN
Valid for all countries / Valable pour tous les pays

OPMERKINGEN VAN BEVOEGDE INSTANTIES
Page reserved for issuing authorities / Page réservée aux autorités
compétentes pour délivrer le passeport (14)

[Redacted]

[Redacted]