*JAN -7 2010*

### JOHN W. PALMER ~ KAREN ANDERSON PALMER
### PALMER FAMILY TRUST
### 44 BRIMSTONE LANE ~ SUDBURY, MA 01776
### 978-443-7648

January 5, 2010

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

**RE: Liquidation of Bernard L. Madoff Investment Securities LLC, Bankruptcy Case No. 08-1789 (BRL).**

Dear Clerk of the United States Bankruptcy Court for the Southern District of New York:

Our names are John W. Palmer and Karen Anderson Palmer, and we are Trustees of the Palmer Family Nominee Trust. The Palmer Family Nominee Trust was an investor in the *Rye Select Broad Market Prime Fund LP(Tremont Partners)*, which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

We filed a Notice of Claim with the SIPC Trustee relating to our investment in the *Rye Select Broad Market Prime Fund LP (Tremont Partners)*. In December 2009, we received a Notice from the Trustee notifying us that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied our claim.

We disagree with the determination of the SIPC Trustee that we were not a customer of BLMIS.

Sincerely,

*For the Palmer Family Nominee Trust*

_____     _____
John W. Palmer, Trustee                              Karen Anderson Palmer, Trustee