# EXHIBIT A

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: ___Nicholas Palevsky___
Mailing Address: ___Cohen, Hacker, Rothstein & Pearl LLC   2 University Plaza, Suite 501___
City: ___Hackensack___          State: ___NJ___          Zip: ___07601___
Account No.: ___Ascot Partners, L.P. (Limited Partner Account of Nicholas Palevsky)___
Taxpayer I.D. Number (Social Security No.): ___████-4015___

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $___0___

    b.    I owe the Broker a Debit (Dr.) Balance of        $___0___

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, it **must be enclosed**

        with this claim form.        $___0___

    d.    If balance is zero, insert "None."        ___None___

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | Yes | |
| b. | I owe the Broker securities | | No |

c.        If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See attached statement | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | Yes |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | No |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Richard A. Kirby, K&L Gates LLP, 1601 K Street, NW  Washington, DC 20006

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date June 27, 2009 _____ Signature _____

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Mr. Nicholas Palevsky
Cohen, Havker, Rothstein & Pearl LLC
2 University Plaza
Suite 501
Hackensack, NJ 07601

## Statement Concerning Customer Claim Form

### Item 2 – Claim for securities as of December 11, 2008

Ascot Partners, L.P. ("Ascot") was a limited partnership that served as an investment conduit providing its limited partners with access to Bernard L. Madoff Investment Securities LLC ("BLMIS"). Nicholas Palevsky ("claimant") made a capital contribution and became a limited partner in Ascot on January 1, 2005.

On information and belief Ascot invested exclusively in and by BLMIS. The value of Ascot was written down to zero as a result of the fraud perpetrated by BLMIS.

Ascot's limited partners were not provided records sufficient to respond to item 8 in a manner that would itemize each underlying security held on behalf of the limited partner as of December 11, 2008. Accordingly this claim provides the best detail available to the claimant, namely the capital contributions, withdrawals, and final investment value of Nicholas Palevsky's investment in Ascot as of November 30, 2008.

| | |
|---|---|
| Capital contribution to Ascot, Jan. 1, 2005 | $    400,000.00[1] |
| Withdrawals Jan. 1, 2005 – Dec. 11, 2009 | $            0.00 |
| Value as of Nov. 30, 2008 statement | $    570,925.66[2] |
| Total value of securities lost as of Nov 30, 2008 | $    570,925.66 |

### Item 8 – Discretionary authority

As general partner of Ascot, J. Ezra Merkin had discretionary authority to trade with BLMIS on behalf of Ascot's limited partners.

---

[1] See Appendix A

[2] See Appendix B

DC-1341272 v1

# APPENDIX A

# ASCOT PARTNERS, L.P.

450 Park Avenue
New York, NY 10022
Telephone 212 838-7200
Facsimile 212 838-9603

January 18, 2005

Mr. Nicholas Palevsky
Cohen, Hacker, Rothstein & Pearl LLC
2 University Plaza
Suite 501
Hackensack, NJ   07601

Dear Mr. Palevsky,

    This letter should serve as formal confirmation of your investment in Ascot Partners, L.P., of $400,000.00 on January 1, 2005.

    Please do not hesitate to call me if any questions arise or if I may be otherwise helpful.

Sincerely yours,

J. Ezra Merkin
General Partner

## ASCOT PARTNERS, L.P.

### SIGNATURE PAGE

**ALL INVESTORS MUST COMPLETE THIS SECTION.**

The undersigned hereby represents that:

(a)     the undersigned has carefully read and is familiar with this Subscription Agreement, the Memorandum and the Partnership Agreement;

(b)     the information contained herein is complete and accurate and may be relied upon; and

(c)     the undersigned agrees that the execution of this signature page constitutes the execution and receipt of this Subscription Agreement and the execution and receipt of the Partnership Agreement.

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 22nd day of DECEMBER ,2004

INDIVIDUALS                                          ENTITIES

_____          _____
Signature                                            Print Name of Entity

NICHOLAS PALEVSKY
_____          By: _____
Print Name                                              Authorized Signature

_____          _____
Additional Investor Signature                    Print Name and Title

_____
Print Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### FOR INTERNAL USE ONLY
#### To be completed by J. Ezra Merkin

_____
SUBSCRIPTION ACCEPTED
AS TO $ 400,000
ASCOT PARTNERS, L.P.
By: J. Ezra Merkin
By:_____
Date: 1/1/05                    , ____

21

# APPENDIX B

**APPENDIX 2**

### CERTIFICATE OF ASCOT PARTNERS, L.P. NAV
### AS AT NOVEMBER 30, 2008

Mr. Nicholas Palevsky
Cohen, Hacker, Rothstein & Pearl LLC
2 University Plaza
Suite 501
Hackensack, NJ   07601

As of November 30, 2008, the Net Asset Value of your investment in Ascot Partners, L.P.
was $570,925.66.

Very truly yours,

J. Ezra Merkin
General Partner