**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## CERTIFICATE OF SERVICE

I, Frank LaSalle hereby certify that on January 7, 2010, I caused a true copy of a *Letter Brief in Response to the Trustee's Motion for Entry of Protective Order* to be electronically filed and served via electronic mail upon counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L Madoff Investment Securities LLC and Bernard L. Madoff.

Dated: January 7, 2010
New York, New York

                 Respectfully submitted,
                 /s/ Frank LaSalle
                 Schulte Roth & Zabel LLP
                 919 Third Avenue
                 New York, New York  10022
                 (212) 756-2000
                 frank.lasalle@srz.com