**Adam C. & Tonya K. Langley**
**1488 SW 28th Terrace**
**Deerfield Beach, FL 33442**
**Phone: (954) 428-4299**

Claim #004560

January 5, 2010

We are in disagreement with the denial of our claim as a customer of BLMIS under SIPA. Attached is a copy of the **Notice of Trustee's Determination of Claim** dated December 8, 2009.

We desire a hearing before Bankruptcy Judge Burton R. Lifland, Bankruptcy Case No. 08-1789 (BRL). We disagree with your decision that we did not have an account with BLMIS and are not a customer as defined at 15 U.S.C. 78/// (2).

We invested monies in Bernard L. Madoff Investments Securities LLC (BLMIS) by way of investment club/feeder fund, P&S Associates General Partnership. The investment club/feeder fund maintained accounts with BLMIS and received statements from BLMIS, which they, in turn, sent to us. We contend that we are "customers" of BLMIS as defined by 15 U.S.C 78///(2) and did have an account with BLMIS. Consequently, the Trustee should not have rejected our claim.

Respectfully submitted

_/s/ Adam C. Langley_
Adam C. Langley

_/s/ Tonya K. Langley_
Tonya K. Langley

RECEIVED JAN -6 2010 U.S. BANKRUPTCY COURT SDNY

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

ADAM C. & TONYA K. LANGLEY
1488 SW 28TH TERR
DEERFIELD BEACH, FL 33442

Dear ADAM C. & TONYA K. LANGLEY:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 004560:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

>Clerk of the United States Bankruptcy Court for
>the Southern District of New York
>One Bowling Green
>New York, New York 10004

>and

>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: Claims Department
>45 Rockefeller Plaza
>New York, New York 10111

*/s/ Irving H. Picard*

---

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC