ROPES & GRAY LLP
Shuba Satyaprasad (SS-5875)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for the Trustees of Tufts College,*
*Arthur I. Segel, Stichting Shell Pensioenfonds,*
*Hans L. Cartensen III, Nader F. Dareshori,*
*Peter P. Jenkins, the Darren R. Scandone Trust,*
*And Various Objecting Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION :
CORPORATION, :
                                 :
          *Plaintiff,* :
                                   :       Adv. Pro. No. 08-01789-BRL
v. :
                                   :       SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
                                   :
          *Defendant.* :

----------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Christopher G. Green, a member in good standing of the bar of the Commonwealth of

Massachusetts and the U.S. District Court for the District of Massachusetts, request admission,

*pro hac vice*, before the Honorable Burton R. Lifland, to represent the Trustees of Tufts College,

Arthur I. Segel, Stichting Shell Pensioenfonds Hans L. Cartensen III, Nader F. Dareshori, Peter

P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, creditors and

interested parties in the above-referenced cases.

24170020_1.DOC

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New

York, NY 10036.  My address is:

> Christopher G. Green
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> Telephone:  (617)951-7000
> Facsimile:  (617)951-7050
> christopher.green@ropesgray.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January 7, 2010
       Boston, MA                              Respectfully submitted,

                                               Christopher G. Green
                                               ROPES & GRAY LLP
                                               One International Place
                                               Boston, MA 02110-2624
                                               Telephone:  (617)951-7000
                                               Facsimile:  (617)951-7050

                                               *Attorneys for the Trustees of Tufts College,*
                                               *Arthur I. Segel, Stichting Shell Pensioenfonds,*
                                               *Hans L. Cartensen III, Nader F. Dareshori,*
                                               *Peter P. Jenkins, the Darren R. Scandone Trust,*
                                               *And Various Objecting Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        *Plaintiff,*

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        *Defendant.*

---------------------------------------------------------------- x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Christopher G. Green, a member in good standing of the bar of the Commonwealth of

Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having

requested admission, *pro hac vice*, to represent the Trustees of Tufts College, Arthur I. Segel,

Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the

Darren R. Scandone Trust, and Various Objecting Claimants, creditors and interested parties in

the above-referenced case.

**ORDERED**,

that Christopher G. Green, Esq., is admitted to practice, *pro hac vice,* in the above-referenced

case, in the United States Bankruptcy Court for the Southern District of New York.

Dated:       January _____, 2010
             New York, New York

                                  _____
                                  United States Bankruptcy Judge