ROPES & GRAY LLP
Shuba Satyaprasad (SS-5875)
Christopher G. Green (*pro hac vice pending*)
Andrew G. Devore (*pro hac vice pending*)
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorneys for the Trustees of Tufts College,*
*Arthur I. Segel, Stichting Shell Pensioenfonds,*
*Hans L. Cartensen III, Nader F. Dareshori,*
*Peter P. Jenkins, the Darren R. Scandone Trust,*
*And Various Objecting Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

SECURITIES INVESTOR PROTECTION
CORPORATION,

    *Plaintiff,*

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    *Defendant.*

---------------------------------------------------------------- x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew G. Devore, a member in good standing of the bar of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Trustees of Tufts College, Arthur I. Segel, Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, creditors and interested parties in the above-referenced case.

24170013_1.DOC

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New York, NY 10036. My address is:

>Andrew G. Devore
>ROPES & GRAY LLP
>One International Place
>Boston, MA 02110-2624
>Telephone: (617)951-7000
>Facsimile: (617)951-7050
>andrew.devore@ropesgray.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: January 10, 2010
Boston, MA

Respectfully submitted,

_____
Andrew G. Devore
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617)951-7000
Facsimile: (617)951-7050

*Attorneys for the Trustees of Tufts College,
Arthur I. Segel, Stichting Shell Pensioenfonds,
Hans L. Cartensen III, Nader F. Dareshori,
Peter P. Jenkins, the Darren R. Scandone Trust,
And Various Objecting Claimants*

24170013_1.DOC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
:
*Plaintiff*, :
: Adv. Pro. No. 08-01789-BRL
v. :
: SIPA Liquidation
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
*Defendant*. :
------------------------------------------------------------- x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Andrew G. Devore, a member in good standing of the bar of the Commonwealth of Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent the Trustees of Tufts College, Arthur I. Segel, Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, creditors and interested parties in the above-referenced cases.

**ORDERED**,

that Andrew G. Devore, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court for the Southern District of New York.

Dated:        January _____, 2010
              New York, New York

_____
United States Bankruptcy Judge

24170013_1.DOC