# EXHIBIT B

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

(Please print or type)

**Name of Customer:** Daniel Relles O/B/O Daniel Relles IRA – Morgan Stanley as Custodian
**Mailing Address:** 20 Ocean Park Blvd. #26                          Acct # 618-081687
**City:** Santa Monica                **State:** CA          **Zip:** 90405
**Account No.:** _____
**Taxpayer I.D. Number (Social Security No.):** _____

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $ 0.00 _____

    b.    I owe the Broker a Debit (Dr.) Balance of        $ 0.00 _____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $ 0.00 _____

    d.    If balance is zero, insert "None."        None

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| Please see Exhibits A and B. The entity described in Exhibit A is | | | |
| believed to be a customer of BMIS and the party filing this claim | | | |
| thus has an interest in the assets of such an entity and/or a claim | | | |
| in this liquidation process. | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

**NOTE:**  **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Leigh Smith, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY 10119 .

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ___04/16/09___    Signature___David A. Pelle___

Date _____    Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# *DOTTIE'S GROUP*

Statement date:11/01/08

REPORT FOR THE 9 MONTHS ENDING:            09/30/08

### *Daniel Relles IRA-Morgan Stanley as Custodian Acct # 618-081687*

| | | |
|---|---|---|
| Opening capital @ | 01/01/08 | $103,002.50 |
| Prior Activity | | |
| | -None- | |
| | | |
| Current activity | | |
| | -None- | |
| | | |
| Profit to date | | 16,264.78 |
| Closing capital @ | 09/30/08 | $119,267.28 • |

\*Before General Partner share of profit

Prepared by                              Received:
Frank Mantovani, CPA
16255 Ventura Blvd., Suite 840
Encino, CA 91436                         Investment Date:

## EXHIBIT B

1. The Claimant is not a direct customer of Bernard L. Madoff Investment Securities LLC ("BMIS"), but instead is an investor in Dottie's Group, which is believed to be a limited partner of The Popham Company, which is believed to be a customer of BMIS with claims to securities and other assets of BMIS. The Claimant believes he has or may have a claim in this liquidation proceeding and/or rights to all or a portion of the claims of Dottie's Group and/or The Popham Company.

2. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

3. The information provided in the Claim Form is based on information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

4. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

5. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

6. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

7. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, BMIS and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

Daniel Relles IRA                                                                                           1

8. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against BMIS, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

9. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

10. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

11. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

12. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

13. The Claimant submits herewith documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Below is a list of the documents submitted herewith:

**1994:**
- QPI Statement of Account for 7/1/94 - 9/30/94 showing purchase of Dottie's Group on 9/13/94

**1995:**
- QPI Statement of Account for 4/1/95 - 6/30/95 showing investment in Dottie's Group

**2003:**
- Dottie's Group Account Statement for Daniel Relles IRA - Dean Witter as Custodian as of 9/30/03

**2008:**
- IRA Contribution Information from Morgan Stanley, dated 4/25/08, showing fair market value of $103,662.83
- Morgan Stanley IRA Account Statement for the months ended 9/30/08 and 12/31/08

**2009:**
- Letter from Morgan Stanley to Dan Relles, dated 1/30/09



**QPI** QUALIFIED PENSIONS, INC.
*Self-Directed Retirement Plans*

*Statement of Account*

JULY 1, 1994 THRU SEPTEMBER 30, 1994

DANIEL A. RELLES
20355 SEABOURD ROAD
MALIBU, CA  90265

ACCOUNT # R0001-00407-00A
SSN:
ROLLOVER INDIVIDUAL RET. ACCT.

### CASH TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/13/94 | ESTABLISHMENT FEE | -35.00 |
| 09/13/94 | ANNUAL ADMINISTRATION FEE | -35.00 |
| 09/13/94 | PURCHASE OF DOTTIE'S GROUP | -3,102.80 |
| 09/13/94 | ACTIVITY FEE | -15.00 |
| 09/13/94 | TRANSFER FROM A/C#001-07163-00 | 3,187.80 |
| | ENDING CASH BALANCE | .00 |

### ASSETS

| DESCRIPTION | FACE VALUE UNITS/SHARES | COST VALUE BEGINNING | CHANGE | ENDING |
|-------------|-------------------------|----------------------|--------|--------|
| DOTTIES GROUP LP | .000 | .00 | 3,102.80 | 3,102.80 |
| DOTTIES GROUP LP | .900 | .00 | 11,305.28 | 11,305.28 |
| CASH IN MONEY MARKET | .00 | .00 | .00 | .00 |
| TOTAL ASSET COST VALUE | | .00 | 14,408.08 | 14,408.08 |

*IRA* (handwritten)

TRANSACTION RECORD AND VALUES SHOWN REFLECT ONLY ENTRIES RECEIVED DURING THIS STATEMENT PERIOD.

300 W. Glenoaks Blvd., #302  •  Glendale, California 91202-2941  •  (818) 241-1100  •  (800) 366-9514  •  FAX (818) 543-1615



QUALIFIED PENSIONS, INC.

*Self-Directed Retirement Plans*

## *Statement of Account*

APRIL 1, 1995 THRU JUNE 30, 1995

DANIEL A. RELLES
20355 SEABOUND ROAD
MALIBU, CA  90265

ACCOUNT # R0001-P0407-00A
SSN #
ROLLOVER INDIVIDUAL RET. ACCT

### CASH TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01/95 | BEGINNING BALANCE | .00 |
| | ENDING CASH BALANCE | .00 |

### ASSETS

| DESCRIPTION | FACE VALUE UNITS/SHARES | COST VALUE BEGINNING | CHANGE | ENDING |
|-------------|--------------------------|----------------------|--------|--------|
| DOTTIES GROUP LP | .000 | .43 | .00 | .43 |
| DOTTIES GROUP LP | .000 | 15,389.00 | .00 | 15,389.00 |
| CASH IN MONEY MARKET | | .00 | .00 | .00 |
| TOTAL ASSET COST VALUE | | 15,389.43 | .00 | 15,389.43 |

TRANSACTION RECORD AND VALUES SHOWN REFLECT ONLY ENTRIES RECEIVED DURING THIS STATEMENT PERIOD.

# *DOTTIE'S GROUP*

Statement date:11/01/03

REPORT FOR THE 9 MONTHS ENDING:          09/30/03

### *Daniel Relles IRA-Dean Witter as Custodian*

Opening capital @                    01/01/03                    $51,367.11

Prior Activity

              -None-

Current activity

              -None-

Profit to date                                                   8,629.27
Closing capital @                    09/30/03                    $59,996.37 *

*Before General Partner share of profit

Prepared by
Frank Mantovani, CPA                          Received:
16530 Ventura Blvd, Suite 511
Encino, CA 91436                              Investment Date:

# Morgan Stanley

#BWNJGWM
AV 01 059925 00114B181 C**5DGT

DANIEL A RELLES
20 OCEAN PARK BLVD #26
SANTA MONICA CA 90405-3590

**Your Financial Advisor**
NADINE RAAB
1200 E RIDGEWOOD AVE 3RD FLOOR
RIDGEWOOD, NJ 07450

Customer Service: 866-324-6088

Date Issued: April 25, 2008

## DO NOT FILE THIS FORM WITH YOUR TAX RETURN. IT IS PROVIDED TO YOU FOR INFORMATIONAL PURPOSES ONLY.

As the custodian of your IRA account, Morgan Stanley is required to provide you with a copy of the information that we submit to the Internal Revenue Service on Form 5498 about your account such as contributions, including any catch-up contributions and the fair market value of the account as of 12/31/07.

For your information, Box 8 shows SEP IRA contributions made during 2007 (including contributions for tax year 2006 that were made in 2007) but not contributions made in 2006 for 2007. Box 9 shows SIMPLE IRA contributions that were made during 2007. If the contribution was made by your employer, do not deduct it on your income tax. If you made the contributions as a self-employed individual (or partner), they may be deductible. Please consult your tax advisor. See Publication 560.

If you have any questions regarding the information on this form, please call 866-324-6088.

## Instructions to Participant

Note. If you postponed making a contribution to your IRA or certain retirement plans or repaid a qualified reservist distribution, the box to the left of box 10 should show a reason code, the amount of the contribution or repayment, and the year to which the payment was credited, if applicable. Also, certain catch-up contributions under a section 401(k) plan will be shown in the blank box. See Form 8606 and its instructions for more information.

The information on Form 5498 is submitted to the Internal Revenue Service by the trustee or issuer of your individual retirement arrangement (IRA) to report contributions, including any catch-up contributions, and the fair market value of the account. For information about IRAs, see Pub. 590, Individual Retirement Arrangements (IRAs), and Pub. 560, Retirement Plans for Small Business (SEP, SIMPLE, and Qualified Plans).

Account number. May show an account or other unique number the trustee assigned to distinguish your account.

Box 1. Shows traditional IRA contributions for 2007 you made in 2007 and through April 15, 2008. These contributions may be deductible on your Form 1040 or 1040A. However, if you or your spouse was an active participant in an employer's pension plan, these contributions may not be deductible. This box does not include amounts in boxes 2-4 and 8-10.

Box 2. Shows any rollover, including a direct rollover to a traditional IRA or Roth IRA, you made in 2007. It does not show any amounts you converted from your traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA. They are shown in box 3. See the Form 1040 or 1040A instructions for information on how to report rollovers. If you have ever made any nondeductible contributions to your traditional IRA or SEP IRA and you did not roll over the total distribution, use Form 8606. Nondeductible IRAs, to figure the taxable amount. If property was rolled over, see Pub. 590.

Box 3. Shows the amount converted from a traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA in 2007. Use Form 8606 to figure the taxable amount.

Box 4. Shows amounts recharacterized from transferring any part of the contribution (plus earnings) from one type of IRA to another. See Pub. 590.

Box 5. Shows the fair market value of all investments in your account at year end. However, if a decedent's name is shown, the amount reported may be the FMV on the date of death. If the FMV shown is zero for a decedent, the executor or administrator of the estate may request a date-of-death value from the financial institution.

Box 6. For endowment contracts only, shows the amount allocable to the cost of life insurance. Subtract this amount from your allowable IRA contribution included in box 1 to compute your IRA deduction.

Box 7. May show the kind of IRA reported on this Form 5498.

Box 8. Shows SEP contributions made in 2007, including contributions made in 2007 for 2006, but not including contributions made in 2006 for 2007. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

Box 9. Shows SIMPLE contributions made in 2007. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

Box 10. Shows Roth IRA contributions you made in 2007 and through April 15, 2008. Do not deduct on your income tax return.

Box 11. If the box is checked, you must take a required minimum distribution (RMD) for 2008. An RMD may be required even if the box is not checked. The amount, or offer to compute the amount, and date of the RMD will be furnished to you by January 31 either on Form 5498 (in the blank box to the left of box 10) or in a separate statement. If you do not take the RMD for 2008, you are subject to a 50% excise tax on the amount not distributed. See Pub. 590 for details.

☐ CORRECTED (if checked)

| TRUSTEE's or ISSUER's name, street address, city, state, and ZIP code | 1 IRA contributions (other than amounts in boxes 2-4 and 8-10) | OMB No. 1545-0747 | |
|---|---|---|---|
| MORGAN STANLEY & CO. INC. HARBORSIDE FINANCIAL CENTER 401 PLAZA 3, 4TH FLOOR JERSEY CITY, NJ 07311 | $ 0.00 | **2007** | IRA Contribution Information |
| | 2 Rollover contributions $ 0.00 | Form 5498 | |
| TRUSTEE's or ISSUER's federal identification no. 13-2655998 | PARTICIPANT'S social security number | 3 Roth IRA conversion amount $ 0.00 | 4 Recharacterized contributions $ 0.00 | Copy B |
| PARTICIPANT'S name, street address (including apt. no.), city, state, and ZIP code | 5 Fair market value of account $ 103,662.83 | 6 Life insurance cost included in box 1 $ 0.00 | For Participant |
| DANIEL A RELLES 20 OCEAN PARK BLVD #26 SANTA MONICA CA 90405-3590 | 7 IRA [X]  SEP  SIMPLE  Roth IRA | | This information is being furnished to the Internal Revenue Service. |
| | 8 SEP contributions $ 0.00 | 9 SIMPLE contributions $ 0.00 | |
| Account number (see instructions) 618 081587 227 | 10 Roth IRA contributions $ 0.00 | 11 If checked, required minimum contribution for 2008 ☐ | |

Form 5498

(keep for your records)                    Department of the Treasury - Internal Revenue Service

# Morgan Stanley

Your Financial Advisor
NADINE RAAB
MORGAN STANLEY
1200 E RIDGEWOOD AVE 3RD FLOOR
RIDGEWOOD, NJ    07450
(201) 444-1200

**RETIREMENT ACCOUNT**
FOR MONTH ENDING SEPTEMBER 30, 2008

PAGE 1 OF 4

Account Number
618 081087 227

IRA Rollover
Dated 03/03/06
Householding Anniv. Date:
10/25/2002

Access Your Account at:
www.morganstanley.com/online

$BWHJJWH

AT 01 033803 204120119 A**3DOT
lllulllllllllullllllullllullllllllllullllllllllll.llll
DANIEL A TELLES
20 OCEAN PARK BLVD #20
SANTA MONICA CA 90405-3590

## Asset Summary

| | Value | % of Asset |
|---|---|---|
| MMF and Bank Deposits* | $0.00 | 0.0% |
| Stocks | 0.00 | 0.0 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 0.00 | 0.0 |
| Government Securities | 0.00 | 0.0 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 113,569.51 | 100.0 |
| **Asset Value** | **113,569.51** | **100.0%** |
| Cash | 0.00 | |
| **Total Asset Value** | **$113,569.51** | |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| MMF and Bank Deposits* | $0.00 | $0.00 |
| Stocks | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

*Eligible for FDIC insurance; FDIC rules apply. Not SIPC insured.

## Activity Summary

| | |
|---|---|
| Total Asset Value June 30 2008 | $107,863.74 |

### Cash/Money Market Funds/Bank Deposits* Activity

| | |
|---|---|
| Closing Balance 9/30 | $0.00 |
| **Credits To Your Account** | |
| Dividends and Interest | 0.00 |
| Deposits | 0.00 |
| Sales Proceeds/Redemptions | 0.00 |
| Other Credits | 0.00 |
| **Total Credits** | 0.00 |
| **Debits To Your Account** | |
| Withdrawals | 0.00 |
| Funds to Purchase Securities | 0.00 |
| Other Debits | 0.00 |
| **Total Debits** | 0.00 |
| Closing Balance 9/30 | 0.00 |
| Net Change Cash/Money Market Funds/Bank Deposits* Activity | 0.00 |

### Changes In Asset Value

| | |
|---|---|
| Value of Priced Assets 6/30 | $107,863.74 |
| Securities Bought | 0.00 |
| Securities Received | 0.00 |
| Securities Sold/Redeemed | 0.00 |
| Securities Delivered | 0.00 |
| Transactions at Fund Company | 0.00 |
| Change in Value of Priced Assets | 5,705.77 |
| Value of Priced Assets 9/30 | 113,569.51 |
| **Net Change in Asset Value** | **5,705.77** |
| **Total Asset Value as of September 30 2008** | **$113,569.51** |

Please see page 2 for your Account's Retirement Recap.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SECURITY MARKINGS AT LEFT

111195 1/2

# Morgan Stanley

DANIEL A RELLES
20 OCEAN PARK BLVD #20

**RETIREMENT ACCOUNT**
FOR MONTH ENDING SEPTEMBER 30, 2008

## ASSET DETAILS

### Cash/Money Market Funds/Bank Deposits

| | Amount | Pct of Assets | Est Yrly Income | APY | 7-Day Current Yield |
|---|---|---|---|---|---|
| CASH | .00 | --- | --- | --- | --- |

**Total Cash/MMF/Bank Deposits** .00

Net Change Since Last Statement: 0.00

### Other

| | Unit Value | Valuation | Pct of Assets | Est Yrly Income | Valuation Date | Additional Information |
|---|---|---|---|---|---|---|
| **Direct Investments** | | | | | | |
| 113,569 DOTTIES GROUP LP | 1.00 | 113,569.51 | 100.0% | 0 | 09/31/08 | |

See reverse side for explanation of Valuation

**Total Other** $113,569.51 100.0% 0

Net Change Since Last Statement: -85,705.777

### Asset Summary

| | Value |
|---|---|
| | Est Yrly Income |
| **Total/Asset Value** | $113,569.51 | 0 |

Total Net Change in Priced Assets Since Last Statement: -85,705.77

*If you hold Auction Rate Securities, please see the Message Center for important information regarding the pricing of these securities.*

### Retirement Recap

| | 2008 | 2007 |
|---|---|---|
| Account Valuation | 113,569.51 | 103,662.03 |

# Morgan Stanley

DANIEL A RELLES
20 OCEAN PARK BLVD #20

**RETIREMENT ACCOUNT**
FOR MONTH ENDING SEPTEMBER 30, 2008

## Messages

*******************************************
**Important Notice**
**Please Read**
*******************************************

The following message has been added to all client account statements but applies only to holders of Auction Rate Securities.
Depending on your current holdings, this message may/may not be applicable to you.

Morgan Stanley recently mailed to eligible clients an offer to purchase certain Auction Rate Securities. If you did not receive
the materials but believe you may be eligible to participate, or, if you received the materials and have questions, please contact
the Morgan Stanley Auction Rate Securities Call Center (800) 566-2273 or visit our website for more information about eligible
securities. http://www.morganstanleyindividual.com/MarketsandCenter/AuctionRateSecurities/

Please note due to recent market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore,
the price(s) for any auction rate securities shown on this statement may not reflect the price(s) you would receive upon a sale
at auction or in a secondary market transaction. There can be no assurance that a successful auction will occur or that a
secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement
are derived from various sources, and may differ from prices provided to Morgan Stanley by outside pricing services and/or from
Morgan Stanley's own internal bookkeeping valuations. Please contact your Financial Advisor with any questions. To learn more
about Auction Rate Securities, including information about the partial redemption allocations process, log on to ClientServ for
more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

*******************************************

IMPORTANT: Morgan Stanley does not have a beneficiary designation on file for this account.  Please contact your Financial Advisor,
Wealth Advisor or local branch office as soon as possible to execute a new IRA Adoption Agreement and/or IRA Designation of
Beneficiary form.  Thank you.

Questions regarding your account may be directed to either your Financial Advisor or the Branch Manager for the branch office
where you maintain your account. If you require further assistance, your inquiries may also be directed to: Client Service at
(800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 or Morgan Stanley & Co. Incorporated,
Legal and Compliance Division, 2000 Westchester Avenue, Purchase, New York 10577 with any account-related concerns.

Reminder to Traditional IRA owners: This statement contains your 2008 Required Minimum Distribution (RMD) information on the following
page. Clients over age 70 1/2 must withdraw by 12/31/08. Clients attaining age 70 1/2 in 2008 must withdraw by 4/1/09. If you need
additional information, contact your Financial Advisor or phone our Customer Interaction Center toll-free at 1-800-844-6119.

For certain brokerage AAA, BSA, IRA and ERISA accounts that started sweeping cash to the Bank Deposit Program on or about
May 19, 2008; Effective on or after December 2, 2008 the Bank Deposit Program interest rates for those brokerage accounts will
be altered based on eligible household assets. Please contact your Financial Advisor to learn more about households. For
current Bank Deposit Program Rates, go to: http://www.morganstanleyindividual.com/accountoptionstcl/vassets/investmentfeatures/

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

111105 2/3

RETAINED MARKS AT LEFT

# Morgan Stanley

## RETIREMENT ACCOUNT
### FOR MONTH ENDING SEPTEMBER 30, 2008

PAGE 4 OF 4

DANIEL A. RELLES
20 OCEAN PARK BLVD #29

Account Number
618 081687 227

## Messages

### Protecting Your Assets is Our Priority

At Morgan Stanley, we believe it is our responsibility not only to help you achieve your investment goals, but also to protect your assets. In markets like these, we understand that the safety of your assets is your primary concern and you should know that they are protected in many ways. To learn more about regulatory protections for client accounts, as well as insurance safeguards afforded through SIPC, CAPCO and the FDIC, log on to ClientServ to view the brochure "Protection For Your Assets." To enroll in ClientServ go to: www.morganstanleyclientserv.com/welcome.

# Morgan Stanley

| | |
|---|---|
| **Account Valuation** | This figure represents the approximate value of your account on a settlement date basis and is computed by aggregating (i) the market value of all priced positions and (ii) money market fund balances, credit balances in your account. Please note, this valuation may be adjusted for the net change in priced asset values of securities held or for the net change in money market fund balances or debit balance that represents the cash, money market funds and/or bank deposit balance represents the cash, money market funds and/or bank deposit balance. The Bank Deposit Annual Percentage Yield ("APY") represents the applicable rate in effect for your deposits at the statement ending date. The APY may be different than the APY that you will earn during the statement period. |
| **Availability of Free Credit Balances and Financial Statements** | Under the customer protection rules of the SEC [17 CFR §240.15c3-3.-2], Morgan Stanley & Co. Incorporated may use free credit balances in your account which are payable to you on demand. A financial statement of this firm is available for your personal inspection at its offices, or a copy will be mailed to you upon request. |
| **Certain Assets Not Held At Morgan Stanley & Co. Incorporated** | You may purchase certain assets through Morgan Stanley & Co. Incorporated that may be held at or through a third-party institution rather than Morgan Stanley & Co. Incorporated ("Assets not held at Morgan Stanley & Co. Incorporated may not be covered by SIPC protection. |
| **Client's Investment Objectives and Financial Situation** | It is essential to advise your Financial Advisor immediately if there is a material change in your investment objectives or financial situation. |
| **Dividend/Interest (Month/YTD)** | These figures represent dividends and/or interest received on securities during the statement period. |
| **Errors and Inquiries** | If you do not understand any entry on your statement or suspect an error was made, it is important to notify the branch manager of the office servicing your account. |
| **Estimated Annual Income and Yield** | Estimated Annual Income and Yield are calculated by annualizing the most recent distribution and do not reflect historic experience or projected future results. |
| **Listed Options** | Information with respect to commissions and other charges related to the execution of listed options transactions has been included in confirmations. |

SECURITY MARKS AT LEFT

| | |
|---|---|
| **Margin Interest Charges** | Morgan Stanley calculates interest charges on margin loans as follows: |
| **Margin Privileges** | If you have margin privileges, you may borrow money from Morgan Stanley in exchange for pledging assets in your account as collateral for any outstanding margin loans. |
| **Pricing of Securities** | The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive. |
| **Security Measures** | Your Morgan Stanley statement features several embedded security features to safeguard its authenticity. |
| **SIPC Protection** | Securities and cash held in Morgan Stanley & Co. Incorporated accounts are protected up to their full net equity value by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC). |
| **Taxes** | Morgan Stanley & Co. Incorporated provides tax information. |
| **Transaction Dates and Conditions** | For your protection, Morgan Stanley. |



# Morgan Stanley

Your Financial Advisor
NADINE RAAB
MORGAN STANLEY
1200 E RIDGEWOOD AVE 3RD FLOOR
RIDGEWOOD, NJ    07450
(201) 444-1200

#3NHJGMH

AV 02 035658 054049244 A**5GGT
IIhulll.ulllll.I..llu.Illl.l.llll.lll...ll.llll.lll.lll
DANIEL A RELLES
29 OCEAN PARK BLVD #26
SANTA MONICA CA 90405-3590

**RETIREMENT ACCOUNT**
FOR MONTH ENDING DECEMBER 31, 2008

PAGE 1 OF 4

Account Number
016 081407 227

IRA Rollover
Dated 03/08/96
Householding Anniv. Date:
10/25/2002

Access Your Account at:
www.morganstanley.com/online

## Asset Summary

| | Value | % of Asset |
|---|---|---|
| Bank Deposits and MMF | $0.00 | 0.0% |
| Stocks | 0.00 | 0.0 |
| Municipal Bonds | 0.00 | 0.0 |
| Corporate Fixed Income | 0.00 | 0.0 |
| Government Securities | 0.00 | 0.0 |
| Mutual Funds | 0.00 | 0.0 |
| Unit Investment Trusts | 0.00 | 0.0 |
| Certificates of Deposit | 0.00 | 0.0 |
| Annuities/Insurance | 0.00 | 0.0 |
| Other | 119,267.26 | 100.0 |
| **Asset Value** | **$119,267.26** | **100.0%** |
| Cash | 0.00 | |
| **Total Asset Value** | **$119,267.26** | |

## Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| Bank Deposits and MMF | $0.00 | $0.00 |
| Stocks | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| Government Securities | 0.00 | 0.00 |
| Mutual Funds | 0.00 | 0.00 |
| Unit Investment Trusts | 0.00 | 0.00 |
| Certificates of Deposit | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |
| **Total Income** | **$0.00** | **$0.00** |

Eligible for FDIC Insurance/FDIC rules apply. Not SIPC insured.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

## Activity Summary

| | | |
|---|---|---|
| Total Asset Value September 30 2008 | | $113,569.51 |
| **Bank Deposits/Cash/Money Market Funds Activity** | | |
| Closing Balance 9/30 | | $0.00 |
| Credits To Your Account | | |
| Dividends and Interest | 0.00 | |
| Deposits | 0.00 | |
| Sales Proceeds/Redemptions | 0.00 | |
| Other Credits | 0.00 | |
| Total Credits | 0.00 | |
| Debits To Your Account | | |
| Withdrawals | 0.00 | |
| Funds to Purchase Securities | 0.00 | |
| Other Debits | 0.00 | |
| Total Debits | 0.00 | |
| Closing Balance 12/31 | | 0.00 |
| **Net Change Bank Deposits/Cash/Money Market Funds Activity** | | 0.00 |
| Changes in Asset Value | | |
| Value of Priced Assets 9/30 | | $113,569.51 |
| Securities Bought | | 0.00 |
| Securities Received | | 0.00 |
| Securities Sold/Redeemed | | 0.00 |
| Securities Delivered | | 0.00 |
| Transactions at Fund Company | | 0.00 |
| Change in Value of Priced Assets | | 5,697.77 |
| Value of Priced Assets 12/31 | | 119,267.28 |
| **Net Change in Asset Value** | | 5,697.77 |
| **Total Asset Value as of December 31 2008** | | $119,267.28 |

Please see page 2 for your Account's Retirement Recap.

09944 1/3

# Morgan Stanley

RETIREMENT ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2008

DANIEL A. RELLES
20 OCEAN PARK BLVD #26

Account Number
618 001687 227

## ASSET DETAILS

### Cash/Money Market Funds/Bank Deposits

| | Amount | Pct of Assets | Est Yrly Income | APY | 7-Day Current Yield |
|---|---|---|---|---|---|
| CASH | .00 | ... | ... | ... | ... |

| Total Cash/MMF/Bank Deposits | $.00 | | 0 | | |
| Net Change Since Last Statement | $.00 | | | | |

### Other

| | Unit Value | Valuation | Pct of Assets | Est Yrly Income | Valuation Date | Additional Information |
|---|---|---|---|---|---|---|
| Direct Investments | | | | | | |
| 119,267  DOTTIES GROUP LP | 1.00 | 119,267.28 | 100.0% | 0 | 09/30/08 | |

See reverse side for explanation of Valuation

| Total Other | | $119,267.28 | 100.0% | 0 | | |
| Net Change Since Last Statement | | 05/697.72 | | | | |

### Asset Summary

| | Value |
|---|---|
| | Est Yrly Income |
| Total Asset Value | $119,267.28 |
| Total Net Change in Priced Assets Since Last Statement | 05/697.77 |

*If you hold Auction Rate Securities, please see the Message Center for important information regarding the pricing of these securities.*

### Retirement Recap

| | 2008 | 2007 |
|---|---|---|
| Account Valuation | 119,267.28 | 103,662.63 |

# Morgan Stanley

**RETIREMENT ACCOUNT**

FOR MONTH ENDING DECEMBER 31, 2008

Account Number
618 081687 227

DANIEL A RELLES
20 OCEAN PARK BLVD #20

## Messages

The following message has been added to all client account statements but applies only to holders of Auction Rate Securities. Depending on your current holdings, this message may/may not be applicable to you.

Morgan Stanley recently mailed to eligible clients an offer to purchase certain Auction Rate Securities. If you did not receive the materials but believe you may be eligible to participate; or, if you received the materials and have questions, please contact the Morgan Stanley Auction Rate Securities Call Center (800) 566-2273 or visit our website for more information about eligible securities: http://www.morganstanleyindividual.com/markets/bondcenter/AuctionRateSecurities/

Please note due to recent market conditions, certain Auction Rate Securities are experiencing no or limited liquidity. Therefore, the prices for any Auction Rate Securities shown on this statement may not reflect the prices you would receive upon a sale at auction or in a secondary market transaction. There can be no assurance that a successful auction will occur or that a secondary market exists or will develop for a particular security. The prices of any Auction Rate Securities on your statement are derived from various sources, and may differ from prices provided to Morgan Stanley by outside pricing services and/or from Morgan Stanley's own internal bookkeeping valuations. Please contact your Financial Advisor with any questions. To learn more about Auction Rate Securities, including information about the partial redemption/allocations process, log on to ClientServ for more details. To enroll in ClientServ, go to www.morganstanleyclientserv.com/welcome.

IMPORTANT - Morgan Stanley does not have a beneficiary designation on file for this account. Please contact your Financial Advisor, Wealth Advisor, or local branch office as soon as possible to execute a new IRA Adoption Agreement and/or IRA Designation of Beneficiary form. Thank you.

Questions regarding your account may be directed to either your Financial Adviser or the Branch Manager for the branch office where you maintain your account. If you require further assistance, inquiries may be directed to Client Service at (800) 869-3326 or you may contact the Legal and Compliance Division at (914) 225-5870 or Morgan Stanley & Co. Incorporated, Legal and Compliance Division, 2000 Westchester Avenue, Purchase, New York 10577 with any account-related concerns.

Consolidated Statement of Financial Condition (in thousands of dollars):

At November 30, 2008, Morgan Stanley & Co. Incorporated had net capital of $8,286,089 which exceeded the Securities and Exchange Commission's minimum requirement by $7,881,404 and included excess net capital of $419,709 of MS Securities Services Inc., a broker-dealer and a guaranteed subsidiary of Morgan Stanley & Co. Incorporated. A copy of the Morgan Stanley & Co. Incorporated Consolidated Statement of Financial Condition at November 30, 2008 can be viewed online at: www.morganstanleyindividual.com/aboutus/morganstanley_co_inc.pdf or may be mailed to you at no cost by calling (866) 826-1675, after February 14, 2009.

Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.

SECURITY MARKS AT LEFT

# Morgan Stanley

DANIEL A RELLES
20 OCEAN PARK BLVD #20

**RETIREMENT ACCOUNT**
FOR MONTH ENDING DECEMBER 31, 2008

## Messages

**Save up to 30% on TurboTax This Tax Season**

This year, we are pleased to offer you a simple way to do taxes through our relationship with TurboTax. And as a Morgan Stanley client, you can take advantage of 30% off the listed price of online federal versions or 20% off the downloadable versions of TurboTax. Whether you need basic tax guidance or have a more complicated tax situation, TurboTax has the product to meet your individual needs. For more information, visit ClientServ.

TurboTax is not an agent of, nor affiliated with, Morgan Stanley. TurboTax and TurboTax Online are registered trademarks and/or service marks of Intuit Inc. in the United States and other countries. Morgan Stanley does not render advice on tax and tax accounting matters.

Morgan Stanley classifies the assets on your statement based on certain general characteristics, such as: income generation, underlying capital structure, or exposure to certain market sectors. Asset classification decisions are often influenced by marketplace conventions and are designed to be informative and provide clients with a particular, nonexclusive, view of their portfolio. As many assets contain characteristics of more than one asset class, the asset classification reflected on this statement may differ from others you may receive. These classifications are not intended to serve as a suitability analysis. Please contact your Financial Advisor for more information.

We understand that a primary concern of yours is the safety of your assets. Our goal at Morgan Stanley is not only to help you achieve your financial objectives but also to make every effort to ensure that your assets are protected. Please review the brochure Protection for Your Assets, which is available via the link below. It provides an overview of the regulatory protections you enjoy as a client of Morgan Stanley, including safekeeping and segregation of client assets, as well as the protections afforded through the Securities Investor Protection Corporation (SIPC) and for Bank Deposits held through the Bank Deposit Program, protection provided by the Federal Deposit Insurance Corporation (FDIC). Morgan Stanley & Co Incorporated currently also maintains "excess SIPC" insurance coverage. The current coverage provided by the Customer Asset Protection Company (CAPCO) will remain in effect until February 16, 2009, but we have recently added "excess SIPC" coverage provided by Lloyd's of London that is effective immediately.

For more information, please visit:
http://www.morganstanleyindividual.com/customerservice/ProtectionForYourAssets.pdf

# Morgan Stanley

| | |
|---|---|
| **Account Valuation** | This figure represents the approximate value of your account on a settlement date basis and is computed by adding (1) the market value of all priced positions and (2) market values provided by pricing services and correspondent custodians for other positions, and by adding any advances for outstanding checks and (3) cash balances, money market fund and/or bank deposit balance. Please note, this valuation may be adjusted for the net change in priced asset values for securities held or for the net change in money market balances during the statement period. Your closing cash, money market fund and/or bank deposit balance represents the current month, money market funds and/or bank deposits and reflects the net month-end available balance. The Bank Deposit Annual Percentage Yield ("APY") represents the applicable rate in effect at your statement cycle date. This APY may be different than the APY that was in effect during the statement period. For current Bank Deposit or Money Market Fund yields, go to http://www.morganstanleyindividual.com/Account/Options/ActiveAssetsAccount/Investment/InvestmentFeatures/ |
| **Margin Interest Charges** | Morgan Stanley calculates interest charges on margin loans as follows: (1) Multiply the applicable margin interest rate by the daily close of business net settled debit balance. (2) Divide by 360 (days). Margin interest accrues daily throughout the month and is added to your debit balance at month-end. The month-end interest charge is the sum of the daily accrued interest calculations for the month. Morgan Stanley adds the accrued interest to your debit balance and starts a new calculation each time the applicable interest rate changes and at the close of every statement month. For current margin loan interest rates, please go to http://www.morganstanleyindividual.com/customerservice/disclosures/ |
| **Availability of Free Credit Balances and Financial Statements** | Under the customer protection rules of the SEC [17 CFR §240.15c3-2 & -3], Morgan Stanley & Co. Incorporated may use any free credit balances in your account in the ordinary course of its business. We send summary Morgan Stanley & Co. Incorporated financial statement to you semiannually; copies are also available to you upon request, by mail. | **Margin Privileges** | If you have margin privileges, you may borrow money from Morgan Stanley in exchange for pledging assets in your account as collateral for any outstanding margin loan. The amount of the loan is determined by the value and type of eligible securities in your margin account, which are identified by an asterisk(*) on your statement. |
| **Certain Assets Not Held at Morgan Stanley & Co. Incorporated** | You may purchase certain assets through Morgan Stanley & Co. Incorporated that may be held at a financial institution while they may not be covered by SIPC protection. Assets not held at Morgan Stanley & Co. Incorporated may not be covered by SIPC protection. We may indicate information about these assets on your Morgan Stanley & Co. Incorporated statement, solely as a service to you and are not responsible for information provided to you by another financial institution. Generally, any such assets held at a third financial institution that holds securities is responsible for providing taxable year-end reporting (1099s) and separate periodic statements, which may vary from our information. | **Pricing of Securities** | The prices of securities displayed on your statement are derived from various sources and may not reflect the price at which the securities could be sold. When the price cannot be obtained, the market value shown on this statement may not equal the amounts you would receive if you sold your investment. |
| **Client's Investment Objective(s) and Financial Situation** | It is essential to advise your Financial Advisor immediately if there is a material change in your investment objectives or financial situation. | **Security Measures** | Your Morgan Stanley statement features several embedded security elements to safeguard its authenticity. |
| **Dividend/Interest (Month/YTD)** | These figures represent dividends and/or interest on securities received by Morgan Stanley & Co. Incorporated during the calendar year. In the case of Real Estate Investment Trusts, some sponsors may reclassify the distribution to a different tax type for year-end reporting (1099). | **SIPC Protection** | Securities and cash held in Morgan Stanley & Co. Incorporated accounts are protected up to their full net equity value by a combination of coverage provided by the Securities Investor Protection Corporation (SIPC). |
| **Errors and Inquiries** | If you do not understand an entry on your statement or suspect an error was made, it is essential that you immediately contact the manager of the office servicing your account. Oral communication regarding any inaccuracy or discrepancy in this statement should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). We will consider your statement to be correct unless we receive a written inquiry from you about the suspected error within 10 calendar days of the mailing or delivery date of this statement. It is your responsibility to review your statement promptly and to seek immediate clarification about entries that you do not understand. | **Taxes** | All statement dividends and interest are reported on Form 1099-DIV. |
| **Estimated Annual Income and Yields** | Estimated annual income and yields are estimates used by annualizing the most recent distribution and do not reflect historic experience or projected future results. Since the rates are subject to change at any time, they should not be relied upon for making an estimate of projected income. You should consult with your Financial Advisor to obtain accurate, current information so you can make an informed decision. | **Transaction Dates and Conditions** | |
| **Listed Options** | Information with respect to commissions and other charges related to the execution of options transactions has been included in confirmations of such transactions previously furnished to you and such information will be made available to you promptly at your request. | | |



Investments and services are offered through Morgan Stanley & Co. Incorporated, member SIPC.   Revised 11/2007   97994  3/3



SECURITY MARKS AT LEFT

Melissa M. Muehlfeld, Esq.    101 California Street, 2nd Floor
Legal & Compliance Division    San Francisco, CA 94111

tel 415 693-6205
fax 415 693-6250

# Morgan Stanley

January 30, 2009

*Via UPS Next Day Air*

Dan Relles
20 Ocean Park Boulevard # 26
Santa Monica, California 90405-3590

        Re:   Your Inquiry

Dear Mr. Relles:

      Your inquiry to Nadine Raab concerning your holdings in the Dotties Group Limited Partnership has been forwarded to my attention.

      I am informed that this investment was recommended to you by your accountant and that you previously held the investment in an account at Salomon Smith Barney. Our records indicate that you transferred the investment to your Morgan Stanley IRA in 2004.

      As Ms. Raab has explained, Dotties Group L.P. is not an investment product that Morgan Stanley offers to customers and, thus, we do not have specific information about the product. We suggest you contact Smith Barney, the individual who recommended the investment to you, and/or Dotties Group L.P., to acquire current information about the holding.

      Your business and loyalty are deeply appreciated. If I can be of further assistance, please feel free to call me at (415) 693-6205.

                          Very truly yours,

                          Melissa M. Muehlfeld
                          Vice President