Max Folkenflik, Esq.
FOLKENFLIK & McGERITY
1500 Broadway
21st Floor
New York, New York 10036
(212) 757-0400
mfolkenflik@fmlaw.net
*Attorneys for Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> Vs. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> **OBJECTION OF INVESTORS LISTED ON SCHEDULE ATTACHED HERETO TO TRUSTEE'S DETERMINATION OF CLAIM AND REQUEST FOR A HEARING** |

The Investors listed on the Schedule of Claimants attached hereto (collectively "Claimants"), by their attorneys Folkenflik & McGerity, hereby object to the Notice of Trustee's Determination of Claim dated on or after December 8, 2009, sent by Irving H. Picard and state as follows:

**BACKGROUND FACTS**

1.    Commencing on various dates , and continuing through December 11, 2008, the date of the filing of this proceeding, Claimants maintained accounts with Bernard L. Madoff Investment Securities, LLC ("BLMIS"), through one or more of the investment vehicles ("Feeder Funds") as shown for each of the Claimants on the Schedule of Claimants.

2.    Because the Claimants were invested in BLMIS, rather than as direct investors with individual accounts with BLMIS, the Trustee's determination letter to each of the

{10449050:2}

Claimants stated:

> The Trustee has made the following determination regarding your claim…

> Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78*lll* (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

### THE TRUSTEE'S DETERMINATION THAT THE CLAIMANTS ARE NOT CUSTOMERS IS IN ERROR

3.      15 U.S.C. § 78*lll* (2) provides:

> (2) Customer. The term "customer" of a debtor means any person (including any person with whom the debtor deals as principal or agent) who has a claim on account of securities received, acquired, or held by the debtor in the ordinary course of its business as a broker or dealer from or for the securities accounts of such person for safekeeping, with a view to sale, to cover consummated sales, pursuant to purchases, as collateral security, or for purposes of effecting transfer. The term "customer" includes any person who has a claim against the debtor arising out of sales or conversions of such securities, and any person who has deposited cash with the debtor for the purpose of purchasing securities, but does not                                                                          include--
> (A) any person to the extent that the claim of such person arises out of transactions with a foreign subsidiary of a member of SIPC; or
> (B) any person to the extent that such person has a claim for cash or securities which by contract, agreement, or understanding, or by operation of law, is part of the capital of the debtor, or is subordinated to the claims of any or all creditors of the debtor, notwithstanding that some ground exists for declaring such contract, agreement, or understanding void or voidable in a suit between the claimant and the debtor.

4.      Contrary to the position taken by the Trustee in the determination letters, the Securities Investor Protection Act does not limit customers to persons who "had accounts with" the debtor, BLMIS, but also, by the express terms of the statute, included persons "who ha[ve] a claim against the debtor arising out of sales or conversions of such securities." 15 U.S.C. § 78*lll*(2). The statute also confers "customer" status on "any person who has deposited cash with the debtor for the purpose of purchasing securities" *Id.*

5.      Each of the Claimants has a claim against the debtor "arising out of sales or conversions of" the investments at BLMIS made on behalf of the Claimants by the Feeder Funds.

6.      The investments in BLMIS are treated as "securities" as a matter of law.  Binding Second

Circuit authority provides that "the Claimants in this case should be treated as having claims

for securities because the confirmations and account statements that they received from the

Debtors stated that the Claimants held securities in their accounts." *In re New Times Sec.*

*Servs.*, 371 F.3d 68, 87 (2d Cir. N.Y. 2004), *citing* Amicus Curiae Brief filed by the

Securities and Exchange Commission at 8.  Each of the Feeder Funds received from BLMIS

confirmations and account statements from BLMIS reflecting the purported fact that

BLMIS had securities in their accounts.  The "securities" in the BLMIS accounts were

entrusted to BLMIS on behalf of the Claimants and others who invested in BLMIS through

the Feeder Funds.

7.      Through the Feeder Funds acting as their agents, each of the Claimants is a person who

deposited cash with the debtor for the purpose of purchasing securities.

8.      As a result of the foregoing, each of the Claimants is a "customer" of BLMIS as defined

in 15 U.S.C. § 78*lll*(2).  The Trustee's determination should be overturned.

9.      Claimants respectfully request a hearing with respect to this Objection.

Dated:  New York, New York
        January 7, 2010

Respectfully submitted,

FOLKENFLIK & McGERITY,

By:_____
        Max Folkenflik
1500 Broadway, 21st Floor
New York, New York  10036
(212) 757-0400
*Attorneys for Claimants*

## SCHEDULE OF CLAIMANTS

| Account Name | Address | Fund |
|---|---|---|
| Barry & Jane Golub | 7 Beach Drive Lloyd Harbor, NY  11743 | Andover Associates (QP) LLC |
| Iles Cooper | 900 Grove Street Orwigsburg, PA  17961 | Andover Associates (QP) LLC |
| John Feldman IRA Rollover | 1 Normandy Court Ho-Ho-Kus, NJ  07423 | Andover Associates (QP) LLC |
| Louis Levin SEP IRA | 400 West End Avenue, PH B New York, NY 10024 | Andover Associates (QP) LLC |
| Nathaniel Fastenberg IRA Rollover | 4436 E. Maderos Del Cuenta Drive Paradise Valley, AZ  85253-4027 | Andover Associates (QP) LLC |
| Ricelle Grossinger IRA | 215 East 68th Street, #22D New York, NY 10065-5728 | Andover Associates (QP) LLC |
| Stephen Solomon IRA Rollover | 125 East 84th Street, #3A New York, NY 10028 | Andover Associates (QP) LLC |
|  |  |  |
|  |  |  |
| Barry Peters IRA | 680 Harbor Street, Unit 6 Venice, CA  90291 | Andover Associates LLC I |
| Barry Peters Roth IRA | 680 Harbor Street, Unit 6 Venice, CA  90291 | Andover Associates LLC I |
| Brian Miller IRA Rollover | 685 Deer Path Lane Yardley, PA  19067 | Andover Associates LLC I |
| Charles J Hecht | 275 Madison Avenue, 28th Floor New York, NY 10016 | Andover Associates LLC I |
| Edward Marshak IRA | 2 Continental  Court Chestnut Ridge, NY 10977 | Andover Associates LLC I |
| Eric Shakin | 600 Northern Boulevard, Suite 216 Great Neck, NY  11021 | Andover Associates LLC I |
| Estelle Rubenstein IRA | 29 Ridge Drive West Roslyn, NY  11576 | Andover Associates LLC I |
| FM Low Volatility Fund, LP | 485 Madison Avenue, 19th Floor New York, NY 10022 | Andover Associates LLC I |
| IRA FBO Jerome Leslie Deceased FBO Carole Beth Feinsod | 4F Nassau Drive Great Neck, NY  11021 | Andover Associates LLC I |
| Jodi Fleisig | 590 Telford Place Atlanta, GA 30342 | Andover Associates LLC I |
| Joseph Nawy IRA | 150 Nassau Street, Apt. 13C New York, NY 10038 | Andover Associates LLC I |
| Trust UWO Henry Bass - Lawrence Bass, Trustee | 11 East 86th Street, Apt. 11A New York, NY 10028-0501 | Andover Associates LLC I |
| Michael Russell IRA Rollover | 1829 Queen Anne Avenue N, Unit B Seattle, Washington  98109 | Andover Associates LLC I |
| Norma Drew IRA | 15 Rocaton Road Darien, CT  06820 | Andover Associates LLC I |
| Patricia G Hambrecht IRA Rollover | 60 East End Avenue, Apt. 31A New York, NY 10028-7946 | Andover Associates LLC I |
| Paul K Roonery IRA Rollover | 153 East 53rd Street, 54th Floor New York, NY 10022 | Andover Associates LLC I |
| Peter & Jacqueline Levy JT | 2298 Northwest 62nd Drive Boca Raton, FL 33496 | Andover Associates LLC I |
| Phyllis Sherman SEP IRA | 1623 Third Avenue, Apartment 4K New York, NY  10128 | Andover Associates LLC I |
| Renee Roseman | 1601 Fairfield Beach Road Fairfield, CT 06824 | Andover Associates LLC I |
| Robin Mathes Revocable Trust - Robin Mathes, Trustee | 12313 13th Helena Drive Los Angeles, CA 90049 | Andover Associates LLC I |
| Sherry Cohen IRA | 111 East 85th Street, Apt 14A New York, NY 10028 | Andover Associates LLC I |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Silver Vista LLC - Andrea Tessler, Manager | 2500 North Moose-Wilson Road Wilson, WY 83014 | Andover Associates LLC I |
| Susan K Finesman | 159A East 94th Street New York, NY 10128 | Andover Associates LLC I |
| Valerie Salembier IRA Rollover | 215 East 68th Street, Apt. 33C New York, NY 10065 | Andover Associates LLC I |
| William Shakin Trust - Dorothy, Jeffrey, and Eric Shakin, Trustees | 26910 Grand Central Parkway, Apt 9k Floral Park, NY 11005-1009 | Andover Associates LLC I |
| | | |
| 05/15/54 Trust FBO Laura Scheuer - Peter Joseph & Elizabeth Scheuer, Trustees | 1270 Avenue of the Americas, Suite 2200 New York, NY 10020 | Beacon Associates LLC I |
| Aaron Ziegelman | 290 West End Avenue, Apt 16C New York, NY 10023 | Beacon Associates LLC I |
| Adler Family Partnership - Nancy Manket, Managing Director | 50 Sequoia Drive Watchung, NJ 07069 | Beacon Associates LLC I |
| AGV Partners - Gianluigi Vittadini, Adrienne Vittadini, Seymour Zises, Trustees | 1115 Fifth Avenue, #9A New York, NY 10128 | Beacon Associates LLC I |
| Alex Kwader IRA Rollover | 49 Overlook Drive Chesterfield, NH 03443 | Beacon Associates LLC I |
| Alexander E. Fisher | 880 Third Avenue, 14th Floor New York, NY 10022 | Beacon Associates LLC I |
| Alfred Kaltman IRA Rollover | 132 East 76th Street New York, NY 10021 | Beacon Associates LLC I |
| Alisa Fastenberg | 140 East 92nd Street, 3N New York, NY 10128 | Beacon Associates LLC I |
| Allan Arker | 804 Porter Place Woodmere, NY 11598 | Beacon Associates LLC I |
| APJM Partners LLC - Ari Kiev & Phyllis Kiev, Managers | 301 Chelsea Manor Park Ridge, NJ 07656 | Beacon Associates LLC I |
| Arthur & Barbara Harris JT | 5866 Indian Crest Circle Westlake Village, CA 91362 | Beacon Associates LLC I |
| Barbara Grill | 156 East 79th Street New York, NY 10021 | Beacon Associates LLC I |
| Benjamin Jagendorf IRA Rollover | 100 Buckingham Road Brooklyn, NY 11226 | Beacon Associates LLC I |
| Bert Moredia & Ann Moreida JTWROS | 330 Dolphin Drive Hewlett Neck, NY 11598 | Beacon Associates LLC I |
| Beverly Feinberg-Moss IRA Rollover | 10 Sea Rule Lane Gloucester, MA 01930 | Beacon Associates LLC I |
| Bradley Tolkin IRA Rollover | 30 Old Wheatley Road Brookville, NY 11545 | Beacon Associates LLC I |
| Bruce A. Ray & April Rubin JT | 636 A Street NE Washington, DC 20002 | Beacon Associates LLC I |
| Bruce Slovin | 111 East 61st Street New York, NY 10021 | Beacon Associates LLC I |
| Carol Levitt | 80 White Oak Tree Road Syosset, NY 11791 | Beacon Associates LLC I |
| Cathy Feldman | 1 Normandy Court Ho-Ho-Kus, NJ 07423 | Beacon Associates LLC I |
| Charles King Porter Trust - Charles King Porter, Trustee | 3390 Mary Street, Office 300 Miami, Florida 33133 | Beacon Associates LLC I |
| Charles Weiss Revocable Trust - Charles Weiss, Trustee | 101 Vintage Isle Lane Palm Beach Gardens, FL 33418 | Beacon Associates LLC I |
| Checker Acquisition Corporation - Attention Mark Walburn | 2016 North Pitcher Street Kalamazoo MI 49007 | Beacon Associates LLC I |
| Christopher Lee Tessler & Patricia Kelly Tessler JTWROS | 131 Mountain Creek Road Poughquag, NY 12570-4812 | Beacon Associates LLC I |
| CISAM LLC - Attn: Cindy & Sarah Sternklar | 156 William Street  New York, New York 10038 | Beacon Associates LLC I |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Craig Harwood | 525 West 22nd Street, #3D New York, NY 10011 | Beacon Associates LLC I |
| David & Leslie Fastenberg TIC | 92 Wheatley Road Old Westbury, NY  11568 | Beacon Associates LLC I |
| David & Linda Walke JT | 1 Old Lyme Road Scarsdale, NY  10583 | Beacon Associates LLC I |
| David Robert | 8 Hook Road Rye, NY 10580 | Beacon Associates LLC I |
| Donald & Cathy Allman | 55 Arrowhead WayDarien, CT  06820 | Beacon Associates LLC I |
| Donald Kreindler IRA Rollover | Olympic Tower 641 Fifth Avenue New York, NY  10022 | Beacon Associates LLC I |
| Eduardo Abush | 155 West 68th St. Apt. 29F New York, NY 10023 | Beacon Associates LLC I |
| Eileen Shepard IRA | 1755 York Avenue, #15G New York, NY 10128 | Beacon Associates LLC I |
| Elizabeth Reighley Trust - William Sullivan & John Burk, Trustees | PO Box 8070 Jackson, WY  83001 | Beacon Associates LLC I |
| Ellen Merlo | 150 East 69th Street New York, NY  10021 | Beacon Associates LLC I |
| Erv Magram | 56 Huyler Landing Cresskill, NJ  07626 | Beacon Associates LLC I |
| Erv Magram IRA | 56 Huyler Landing Cresskill, NJ  07626 | Beacon Associates LLC I |
| FM Multi Strategy Investment Fund, LP | 485 Madison Avenue, 19th Floor New York, NY 10022 | Beacon Associates LLC I |
| Francine Levine | 165 East 72nd Street, Apt. 19E New York, NY 10021 | Beacon Associates LLC I |
| Gary & Suzanne Zenkel JT | 30 Rockefeller Plaza New York, NY  10112 | Beacon Associates LLC I |
| Gavin Cutler | 907 Broadway, 5th Floor New York, NY  10010 | Beacon Associates LLC I |
| George Hoenig | 28 Wilton Hunt Road Wilton, CT  06897 | Beacon Associates LLC I |
| George Hoenig SEP IRA | 28 Wilton Hunt Road Wilton, CT  06897 | Beacon Associates LLC I |
| H Richard Isaacson IRA Rollover | 45 Joralemon Street Brooklyn, NY  11201-4003 | Beacon Associates LLC I |
| Harbor Acquisition II Corporation - David Fromer | 169 East 69th Street, #17B New York, NY 10021 | Beacon Associates LLC I |
| Harvey A Heffner IRA Rollover | 885 Park Avenue, #15B New York, NY  10021 | Beacon Associates LLC I |
| Howard Charles Karawan Revocable Trust - Howard Charles Karawan, Trustee | 24 Seneca Road Sea Ranch Lakes, FL 33308-2303 | Beacon Associates LLC I |
| Howard Liebman IRA Rollover | 1302 Azure Place Hewlett, NY 11557 | Beacon Associates LLC I |
| Ian Moss & Beverly Feinberg Moss | 10 Sea Rule Lane Gloucester, MA  01930 | Beacon Associates LLC I |
| Ian Moss SEP IRA | 10 Sea Rule Lane Gloucester, MA  01930 | Beacon Associates LLC I |
| Iles Cooper & Beverly Ginsburg Cooper | 900 Grove Street Orwigsburg, PA  17961 | Beacon Associates LLC I |
| Irwin Levine | 165 East 72nd Street, Apt. 19E New York, NY 10021 | Beacon Associates LLC I |
| Isidore Mayrock IRA Rollover | 100 Quentin Roosevelt Boulevard, Suite 303 Garden City, NY  11530 | Beacon Associates LLC I |
| Jacqueline Adler Walker | PO Box 1109 Scarsdale, NY  10583 | Beacon Associates LLC I |
| James & Shirley Feigenbaum | 12 Dressage Ct. Cherry Hill, NJ  08003 | Beacon Associates LLC I |
| Jason Rabin | 31 West 34th Street, 11th Floor New York, NY 10001 | Beacon Associates LLC I |
| Jeffrey Shakin | 600 Northern Boulevard, Suite 216 Great Neck, NY  11021 | Beacon Associates LLC I |
| Jeffrey Tolkin IRA Rollover | 33 Evans Drive Brookville, NY  11545-3148 | Beacon Associates LLC I |
| Joan Ratner | 438 Links Drive North Hills, NY  11576 | Beacon Associates LLC I |
| Joel Kalish IRA | 10 West 15th Street, Suite #1221 New York, NY  10011 | Beacon Associates LLC I |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| John A Savino | Department of Surgery Munger Pavilion Valhalla, NY  10595 | Beacon Associates LLC I |
| John Claster | 6000 Hollins Avenue Baltimore, MD  21210 | Beacon Associates LLC I |
| John Ferrini SEP IRA - JF Direct | 73 Croton Avenue, Suite 106 Ossining, New York  10562 | Beacon Associates LLC I |
| John Ferrini SEP IRA - Sources Unlimited | 73 Croton Avenue, Suite 106 Ossining, New York  10562 | Beacon Associates LLC I |
| Jordan Group, LLC - Attn: Bernard Eizen | c/o Eizen, Fineburg, McCarty Two Commerce Square Suite 3410, 2001 Market Street Philadelphia, PA  19103 | Beacon Associates LLC I |
| Jordan Group, LLC - Attn: John Jordan | 8111 Bay Colony Drive, Unit 1004 Naples, FL 34108 | |
| Judy Bernstein Bunzl | 5261 Independence Avenue Riverdale, NY 10471 | Beacon Associates LLC I |
| KH Holdings LLC - Michael Rea, Manager | 6276 South Rainbow Boulevard, Suite 120 Las Vegas, NV  89118 | Beacon Associates LLC I |
| Karin B. Stoller | 150 East 69th Street, apt. 4M New York, NY 10021 | Beacon Associates LLC I |
| Laurance Garber | 922 Mayfield Road Woodmere, NY  11598 | Beacon Associates LLC I |
| Leonard & Wendy Goldberg 1983 Trust - Leonard & Wendy Goldberg, Trustees | 235 Ladera Drive Beverly Hills, CA  90210 | Beacon Associates LLC I |
| LJMMJ Investors LLC - Laurie Tolkin, | 33 Evans Drive Brookville, NY  11545-3148 | Beacon Associates LLC I |
| Long Island Vitreo-Retinal Consultants 401K FBO David Fastenberg | 92 Wheatley Road Old Westbury, NY  11568 | Beacon Associates LLC I |
| Long Island Vitreo-Retinal Consultants 401K FBO Jeffrey Shakin | 600 Northern Boulevard, Suite 216 Great Neck, NY  11021 | Beacon Associates LLC I |
| Loretta A. Campbell | 20 East 9th Street, 12P New York, NY  10003-5944 | Beacon Associates LLC I |
| Lori Rubin Suser DDS PC Retirement Trust - Lori Suser, Trustee | 231 Everit Avenue Hewlett Harbor, NY  11557 | Beacon Associates LLC I |
| Louis Levin | 400 West End Avenue, PH B New York, NY 10024 | Beacon Associates LLC I |
| Luana Alesio IRA Rollover | 87 Westminster Road Chatham, NJ  07928 | Beacon Associates LLC I |
| Lynn Ann Weinstein | 2606 Bridgewood Circle Boca Raton FL 33434 | Beacon Associates LLC I |
| Madelyn Schloss IRA | 869 President St. Brooklyn, NY  11215 | Beacon Associates LLC I |
| Maria C Janis | 521 Park Avenue, Apt. 12B New York, NY 10021 | Beacon Associates LLC I |
| Marjorie Ziegelman | 290 West End Avenue, Apt 16C New York, NY 10023 | Beacon Associates LLC I |
| Marjorie Ziegelman 1997 Trust - Leonard Goldner, Trustee | 121 Indian Trail Road New Milford, CT 06776 | Beacon Associates LLC I |
| Mark Pollack | 239 Barton Avenue Melville, NY  11747 | Beacon Associates LLC I |
| Martin Schloss IRA Rollover | 869 President St. Brooklyn, NY  11215 | Beacon Associates LLC I |
| Martin Tandler | 1172 Park Ave, # 9C New York, NY  10128 | Beacon Associates LLC I |
| Martin Tandler Roth IRA | 1172 Park Ave, # 9C New York, NY  10128 | Beacon Associates LLC I |
| Marvin Poster IRA | 25-43 Glenn Drive Bellmore, NY  11710 | Beacon Associates LLC I |
| Maude Davis | 40 Fifth Avenue, 11B New York, NY  10011 | Beacon Associates LLC I |
| Melinda Bush IRA Rollover | 860 United Nations Plaza-16th Floor New York, NY  10017 | Beacon Associates LLC I |
| Melissa Murray | 12 Farm Road Briarcliff Manor, NY  10510 | Beacon Associates LLC I |
| Michael A Cardozo IRA Rollover | 54 Brewster Road Scarsdale, NY  10583 | Beacon Associates LLC I |
| Michael Morini | 25 Hockanum Glen Drive Beacon Falls, CT 06403 | Beacon Associates LLC I |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Michael Thea | 200 East 78th Street New York, NY  10021 | Beacon Associates LLC I |
| Mildred Sperling c/o Robert Sperling | 60 East End Avenue, #41B New York, NY 10028 | Beacon Associates LLC I |
| Mindy Gorman | 45 Sutton Place South, #15b New York, NY 10022 | Beacon Associates LLC I |
| Nancy Dunst | 166 Stone Hill Road, P.O. Box 765 Bedford, NY  10506 | Beacon Associates LLC I |
| Trust of W. Adler FBO Nancy Manket - Nancy & Steven Manket, Trustees | 50 Sequoia Drive Watchung, NJ  07069 | Beacon Associates LLC I |
| Trust of W. Adler FBO Cathy Feldman - Nancy Manket, Trustee | 50 Sequoia Drive Watchung, NJ  07069 | Beacon Associates LLC I |
| Nathaniel & Francine Fastenberg | 4436 E. Maderos Del Cuenta Drive Paradise Valley, AZ  85253-4027 | Beacon Associates LLC I |
| Nicky's and Judy's Children's Trust - Peter Joseph & Barry Willner, Trustees | 1270 Avenue of the Americas, Suite 2200 New York, NY  10020 | Beacon Associates LLC I |
| Paulette Z Meiselas IRA | 60 East End Avenue, Apt. 31A New York, NY 10028-7946 | Beacon Associates LLC I |
| Peters Family Trust - Barry Peters & Sandra Peters, Trustees | 680 Harbor Street, Unit 6 Venice, CA  90291 | Beacon Associates LLC I |
| Rachel Mayrock Sands IRA Rolllover | 7 Bostwick Lane Old Westbury, NY  11568 | Beacon Associates LLC I |
| Ralph & Lynne Whipple JT | 24 Middle Drive Plandome, NY  11030 | Beacon Associates LLC I |
| Ramat Family Trust - Charles & Ora Ramat Trustees | 111 Jim Stephenson Road Swan Lake, NY 12783 | Beacon Associates LLC I |
| Rayni Borinsky | 24 Crestview Avenue Madison, NJ  07940 | Beacon Associates LLC I |
| REI LLC - Attn: Isidore Mayrock | 100 Quentin Roosevelt Boulevard, Suite 303 Garden City, NY  11530 | Beacon Associates LLC I |
| Richard Horowitz | 90 Wheatley Road Old Westbury, NY  11568 | Beacon Associates LLC I |
| Robert & Enid Winikoff JT | 19600 Planters Point Drive Boca Raton, FL 33434 | Beacon Associates LLC I |
| Robert J Rosenberg | 125 East 61st Street New York, NY  10021 | Beacon Associates LLC I |
| Robert M Hallman IRA Rollover | 227 East 57 Street, Apt. 15 A-G New York, NY 10022 | Beacon Associates LLC I |
| Robert Murray | 12 Farm Road Briarcliff Manor, NY  10510 | Beacon Associates LLC I |
| Robert Sperling IRA Rollover | 60 East End Avenue, #41B New York, NY 10028 | Beacon Associates LLC I |
| Robertus Houtenbos | 27 Great Jones Street, Apt. #2E New York, NY 10012 | Beacon Associates LLC I |
| Rolf Ostern Revocable Trust - Ursula Pinkwater, Trustee | c/o IQ Management 737 Park Avenue, #7-8B New York, NY  10021 | Beacon Associates LLC I |
| Ronald & Amy Goldberger JT | 525 East 86th Street, PH A New York, NY 10028 | Beacon Associates LLC I |
| Ronald Goldberger IRA | 525 East 86th Street, PH A New York, NY 10028 | Beacon Associates LLC I |
| Samuel Ginsburg | 70 Law Road Briarcliff Manor, NY  10510 United States of America | Beacon Associates LLC I |
| Seymour W Zises | c/o Family Management Corporation 485 Madison Ave, 19th Floor New York, NY 10022 | Beacon Associates LLC I |
| Sofmic Partners LP - Attn: Michael Lam | 449 Kenwood Road Huntingdon Valley, PA 19006 | Beacon Associates LLC I |
| Stephen Solomon | 125 East 84th Street, #3A New York, NY 10028 | Beacon Associates LLC I |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Steve Raymond | P.O. Box 1118 New Canaan, CT  06840 | Beacon Associates LLC I |
| Steven Berns & Elizabeth Berns TIC | 37 Thackeray Drive Short Hills, NJ  07078 | Beacon Associates LLC I |
| Steven Mait IRA Rollover | 1890 Merion Lane Coral Springs, FL 33071 | Beacon Associates LLC I |
| Steven Mait Revocable Trust - Steven Mait Trustee | 1890 Merion Lane Coral Springs, FL 33071 | Beacon Associates LLC I |
| Steven & Karin Stoller JT | 150 East 69th Street, apt. 4M New York, NY 10021 | Beacon Associates LLC I |
| Susan L Mait Revocable Trust - Susan L Mait, Trustee | 1890 Merion Lane Coral Springs, FL 33071 | Beacon Associates LLC I |
| Susan Laxton QPRT Trust - Martin Tandler, Trustee | 1172 Park Ave, # 9C New York, NY  10128 | Beacon Associates LLC I |
| Susan Zises | 14 East 75th Street, #5E New York, NY  10021 | Beacon Associates LLC I |
| The Andrew Masi Seperate Property Trust - Andrew Masi, Trustee | 6276 S. Rainbow Boulevard, Suite 120 Las Vegas, NV  89118 | Beacon Associates LLC I |
| The Parent Company PSP - Gail Parent, Trustee | 1051 Angelo Drive Beverly Hills, CA  90210-2747 | Beacon Associates LLC I |
| The Toffel Family Trust of 2007 - Neile McQueen Toffel, Trustee | 2323 Bowmont Drive Beverly Hills, CA  90210 | Beacon Associates LLC I |
| Thomas J Archer IRA | 576 Broad Hollow Road Melville, NY  11747 United States of America | Beacon Associates LLC I |
| Tienshan Inc Supplementary Retirement 401K FBO John Braunschweig | 2 Althea Lane Darien, CT  06820 | Beacon Associates LLC I |
| Tri-Lev LLC - Jonathan Levinson, Manager | 75 Dorchester Road Scarsdale, NY 10583 | Beacon Associates LLC I |
| Trust of W. Adler FBO Elizabeth Berns - Elizabeth & Steven Berns, Trustees | 37 Thackeray Drive Short Hills, NJ  07078 | Beacon Associates LLC I |
| Trust U/W Stuart Gorman FBO Mindy Gorman - Mindy Gorman, Dani Gorman, Ricki Penn, Trustees | 45 Sutton Place South, #15b New York, NY 10022 | Beacon Associates LLC I |
| Wendy J Schriber | 150 East 69th Street, #8N New York, NY 10021 | Beacon Associates LLC I |
| Willis Ryckman | 4475 North Ocean Boulevard, #109 Delray Beach, FL  33483-7503 | Beacon Associates LLC I |
| Wolff Living Trust - Laurie Latt Wolff, | 294 Trenor Drive  New Rochelle, NY 10804 | Beacon Associates LLC I |
| | | |
| | | |
| 6 in 6 Investments LLC - Eric Tolkin & Julie Tolkin, Members | 14 Lakeside Drive Weston, CT 06883 | Beacon Associates LLC II |
| Abraham Kupersmith | 3935 Blackstone Avenue Bronx, NY  10471 | Beacon Associates LLC II |
| Abraham Kupersmith IRA Rollover | 3935 Blackstone Avenue Bronx, NY  10471 | Beacon Associates LLC II |
| Al Rothstein | 333 Sunset Drive, #902 Fort Lauderdale, FL 33301 | Beacon Associates LLC II |
| Albert Ouaknine IRA Rollover | 45 Sutton Place South, Apt. #140 New York, NY  10022 | Beacon Associates LLC II |
| Andree Horn IRA | 20100 Boca West Drive, Unit 184 Boca Raton, FL  33434 | Beacon Associates LLC II |
| Ann Langley SEP | 728 Battery Place Alexandria, VA  22314 | Beacon Associates LLC II |
| Anne Rumore | 159 Cedar Street Fort Lee, NJ  07024 | Beacon Associates LLC II |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Arthur Beecher IRA Rollover | 3 Brook Bridge Road Great Neck, NY 11021 | Beacon Associates LLC II |
| Bonni Benrubi & Dennis Powers | 302 Monterey Ave Pelham, NY 10803 | Beacon Associates LLC II |
| Brian & Cathy Miller JT | 685 Deer Path Lane Yardley, PA 19067 | Beacon Associates LLC II |
| Cathy Newman IRA Rollover | 7 Dune Road Hewlett Harbor, NY 11557 | Beacon Associates LLC II |
| Cherrywood Cove LLC - Attention: Steven Stoller | 150 East 69th Street, apt. 4M New York, NY 10021 | Beacon Associates LLC II |
| Claude E Erbsen IRA Rollover | 27 Stratton Road Scarsdale, NY 10583 | Beacon Associates LLC II |
| David Abramson IRA Rollover | 16 Seymour Place White Plains, NY 10605 | Beacon Associates LLC II |
| Dorothy Shakin Trust - Dorothy, Jeffrey, and Eric Shakin, Trustees | 26910 Grand Central Parkway, Apt 9k Floral Park, NY 11005-1009 | Beacon Associates LLC II |
| Douglas G. Albert | 5542 Fallon Court Charlotte, NC 28226 | Beacon Associates LLC II |
| Elayne Siegman | 400 E. 56th Street #23B New York, NY 10022 | Beacon Associates LLC II |
| Ellen L Flynn IRA Rollover | 301 East 48th Street, #6J New York, NY 10017 | Beacon Associates LLC II |
| FM Low Volatility Fund, LP | 485 Madison Avenue, 19th Floor New York, NY 10022 | Beacon Associates LLC II |
| Herb & Vicki London | 10 West Street, Apt. 20E New York, NY 10004 | Beacon Associates LLC II |
| Holly Weisman | 148 Foxwood Drive Jericho, NY 11753 | Beacon Associates LLC II |
| Jack Z Brown Family Trust - Jack & Muriel Brown Trustees | 400 Morehouse Rd. Easton, CT 06612 | Beacon Associates LLC II |
| Joel Sacher IRA | 33 Fernhill Road Springfield, NJ 07081-3708 | Beacon Associates LLC II |
| Laurie Manchester | 1908 East Bendix Drive Tempe, AZ 85283 | Beacon Associates LLC II |
| Leonard & Manda Kristal | 20 Oak Drive Roslyn, NY 11576 | Beacon Associates LLC II |
| Long Island Vitreo-Retinal Consultants 401K FBO Barry Golub | 7 Beach Drive Lloyd Harbor, NY 11743 | Beacon Associates LLC II |
| Long Island Vitreo-Retinal Consultants 401K FBO Eric Shakin | 600 Northern Boulevard, Suite 216 Great Neck, NY 11021 | Beacon Associates LLC II |
| Morris Motzkin Revocable Trust | 10175 Sunset Bend Drive Boca Raton, Florida 33428 | Beacon Associates LLC II |
| Mustang Sportswear Inc - Marvin Poster, President | 25-43 Glenn Drive Bellmore, NY 11710 | Beacon Associates LLC II |
| Trust UWO David Nathanson FBO Sue Nathanson - Sue, Lisa, Mitchell Nathanson Trustees | One Kensington Gate, Penthouse 24 Great Neck, NY 11021 | Beacon Associates LLC II |
| Patricia A Snyder | 613 Arctic Avenue Virginia Beach, VA 23451 | Beacon Associates LLC II |
| Priscilla Albrecht | 31 Stratton Road Scarsdale, NY 10583 | Beacon Associates LLC II |
| Ricelle Grossinger | 215 East 68th Street, #22D New York, NY 10065-5728 | Beacon Associates LLC II |
| Richard Turyn | 729 Seventh Avenue, 17th Floor New York, NY 10019 | Beacon Associates LLC II |
| Robert W Klein IRA | 345 East 69th Street, Apt. 6F New York, NY 10021 | Beacon Associates LLC II |
| Ronald Roose & Anne Page | 100 Hayfield Road Yarmouth, ME 04096 | Beacon Associates LLC II |
| Sanford & Ellen Ward JTWROS | 1430 Broadway, Suite 902 New York, NY 10018 | Beacon Associates LLC II |
| Scott Familant IRA Rollover | 127 West 79th Street, Apt. 9C New York, NY 10024 | Beacon Associates LLC II |
| Scott & Susan Klau | 13B Dogwood Lane Westport, CT 06880 | Beacon Associates LLC II |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| Stacey Rosenthal | 166 Bank Street, Apt. 2A New York, NY 10014 | Beacon Associates LLC II |
| Stephen & Inger Sucic JT | 1076 Westover Road Stamford, CT 06902 | Beacon Associates LLC II |
| Susan Sacher | 33 Fernhill Road Springfield, NJ 07081-3708 | Beacon Associates LLC II |
| Wendy King Lautman IRA Rollover | 201 West 70th Street, Apt. 39F New York, NY 10023 | Beacon Associates LLC II |
| | | |
| | | |
| Gutmacher Enterprises | The New York Palace, 455 Madison Avenue The Towers Room 4909 New York, NY 10022 | Bernard L. Madoff |
| Herbert Poster IRA Rollover | 1500 Palisade Avenue Fort Lee, NJ 07024 | Bernard L. Madoff |
| Laura L. Scheuer Charitable Remainder Unitrust - Laura Scheuer & Peter Joseph, | 610 West End Avenue, #10A New York, NY 10024-1605 | Bernard L. Madoff |
| Liliane Winn Shalom | Olympic Tower, 641 Fifth Avenue New York, NY 10022 | Bernard L. Madoff |
| Orna Shulman | 80 Central Park West, #22AB New York, NY 10023 | Bernard L. Madoff |
| Pleasant Dale LLC - Wanda Lockwood, Member | Two Tall Tree Lane Pleasantville, NY 10570 | Bernard L. Madoff |
| Pompart LLC - Attention: John Pomerantz | Hidden Spring Farm 19 Winfield Avenue Harrison, NY 10528 | Bernard L. Madoff |
| Robert Auerbach Revocable Trust & Joyce Auerbach Revocable Trust | 1095 Park Avenue, #4B New York, NY 10128 | Bernard L. Madoff |
| Steven E Leber CRUT - Steven & Marion Leber, Trustees | 1020 Seawane DriveHewlett Harbor, NY 11557 | Bernard L. Madoff |
| The S. James Coppersmith Charitable Trust - Seymour Zises, Trustee | c/o Family Management Corporation 485 Madison Ave, 19th Floor New York, NY 10022 | Bernard L. Madoff |
| | | |
| | | |
| Alan S. Samuels IRA | 43 Duchess Blvd Atlantic Beach, NY 11509 | Maxam Absolute Return Fund, LP |
| Ari Kiev MD PC Defined Benefit Pension Plan - Ari Kiev & Phyllis Kiev, Trustees | 301 Chelsea Manor Park Ridge, NJ 07656 | Maxam Absolute Return Fund, LP |
| Debra Kremsky-Schwartz IRA Rollover | 68 Bradhurst Avenue, Apt 8L New York, NY 10039 | Maxam Absolute Return Fund, LP |
| Edith Frank IRA | 3935 Blackstone Avenue Bronx, NY 10471 | Maxam Absolute Return Fund, LP |
| Etess Family Investment Partnership - Lauren Etess, Richard Herman, Bernard Eizen, Trustees | 936 Fifth Avenue, #5A New York, NY 10021 | Maxam Absolute Return Fund, LP |
| FM Low Volatility Fund, LP | 485 Madison Avenue, 19th Floor New York, NY 10022 | Maxam Absolute Return Fund, LP |
| John Savino MD PC Employee Pension Plan FBO John Savino | Department of Surgery Munger Pavilion Valhalla, NY 10595 | Maxam Absolute Return Fund, LP |
| John Ferrini | 73 Croton Avenue, Suite 106 Ossining, New York 10562 | Maxam Absolute Return Fund, LP |
| Laura L. Scheuer | 610 West End Avenue, #10A New York, NY 10024-1605 | Maxam Absolute Return Fund, LP |
| Mustang Sportswear Inc - Marvin Poster, President | 25-43 Glenn Drive Bellmore, NY 11710 | Maxam Absolute Return Fund, LP |
| Rachel Mayrock Sands | 7 Bostwick Lane Old Westbury, NY 11568 | Maxam Absolute Return Fund, LP |

## SCHEDULE OF CLAIMANTS

| | | |
|---|---|---|
| REI LLC - Attn: Isidore Mayrock | 100 Quentin Roosevelt Boulevard, Suite 303 Garden City, NY  11530 | Maxam Absolute Return Fund, LP |
| Seymour W Zises | c/o Family Management Corporation 485 Madison Ave, 19th Floor New York, NY 10022 | Maxam Absolute Return Fund, LP |
| Seymour W Zises 1989 Trust | c/o Family Management Corporation 485 Madison Ave, 19th Floor New York, NY 10022 | Maxam Absolute Return Fund, LP |
| Steven Robert Charno & Lilia Marie Charno JTWROS | 68 Orchard Farm Road Port Washington, NY 11050 | Maxam Absolute Return Fund, LP |
| Tessler Family Foundation, Inc - Allan R Tessler, CEO | 1100 Pine Siskin, Box 9205 Jackson, WY 83001 | Maxam Absolute Return Fund, LP |
| The Eliot Mayrock Revocable Trust - Elliot Mayrock, Trustee | 519 Centre Island Road Oyster Bay, NY 11771-5015 | Maxam Absolute Return Fund, LP |
| The Kiev Foundation, Inc - Attn: Ari Kiev & Marshall Kiev | 81 Easton Road  Westport, CT 06880 | Maxam Absolute Return Fund, LP |
| The Mountaintop Foundation - Attn: Andrew Zalasin | 351 Whipporwill Road Chappaqua, NY  10514 | Maxam Absolute Return Fund, LP |
| | | |