WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Demet Basar
Eric B. Levine
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Nephrology Associates P.C. Pension Plan*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE that Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") appears in the above-captioned case on behalf of Nephrology Associates P.C. Pension Plan (the "Pension Plan"). Pursuant to Title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §101 *et seq.*, and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") Wolf Haldenstein requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

Demet Basar
Eric B. Levine
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

270 Madison Avenue
New York, New York 10016
(212) 545-4600

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this appearance and demand for notice and service of papers, nor any subsequent appearance, pleading, claim or suit, shall constitute a consent to jurisdiction of the Bankruptcy Court for any purpose other than the determination of the Pension Plan's claim in this SIPC proceeding. Further, neither this appearance and demand for notice and service of papers, nor any subsequent appearance, pleading, claim or suit, shall constitute a waiver of the substantive or procedural rights of the Pension Plan, including without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any proceeding so triable herein and any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Pension Plan is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 7, 2010                                **WOLF HALDENSTEIN ADLER**
                                                                                         **FREEMAN & HERZ LLP**

                                                                             /s/  Eric B. Levine
                                                                             Demet Basar
                                                                             Eric B. Levine
                                                                             270 Madison Avenue

New York, New York 10016
Tel:  (212) 545-4600
Fax:  (212) 545-4677
email:  basar@whafh.com