WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Eric B. Levine
Demet Basar
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Attorneys for Nephrology Associates P.C. Pension Plan*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>                        Defendants. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE

I, Eric B. Levine, one of the Nephrology Associates P.C. Pension Plan's counsel, hereby certify that on Thursday, January 7, 2010, I caused copies of the foregoing ***Notice of Appearance and Request for Service of Notices*** to be filed with the Clerk of the Court using the ECF system and served upon all counsel by ECF, and upon the following party by hand delivery:

Irving H. Picard, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

                                                    /s/  Eric B. Levine

523583