# Exhibit C



AlixPartners
Achieve.

Irving H. Picard, Esq.
Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

If you have any questions or the information is not available, please contact me at 214-534-4240 to discuss.

Very Truly Yours,

888 727 8695

Richard Holmes

www.madofftrustee.com

AlixPartners LLP
Achieve.

Chicago  Dallas  Detroit  Düsseldorf  London  Los Angeles
Milan  Munich  New York  Paris  San Francisco  Shanghai  Tokyo

*IRS ?*
*Members ?*

August 28, 2009

Nephrology Associates PC Pension Plan
85 Verdun Avenue
New Rochelle, NY 10804

Bernard L. Madoff Investment Securities LLC
Bankr.S.D.N.Y., No. 08-1789 (BRL)

Re: Account# 1CM135

Dear Sirs & Madams:

Irving H. Picard, Esq., Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), has retained AlixPartners LLP, with the court's approval, as claims agent in connection with this matter. Additional information regarding your BLMIS account is needed in order to properly process your customer claim. We request that you supplement your filed claim (which has been assigned Claim No.004037 & 005988) with the following information:

- **A copy of the pension plan documents for "Nephrology Associates PC Pension Plan" and a list identifying all members/partners.**

- **For any members/partners that are not individuals, please submit complete documentation for that entity.**

Please include either your Account Number or Claim Number when responding to this inquiry. Please mail the requested information by **September 18, 2009** along with the enclosed copy of this letter. Correspondence should be addressed to:

2100 McKinney | Suite 800 | Dallas, TX | 75201 | 214.647.7500 | 214.647.7501 fax | www.alixpartners.com