# Exhibit D

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE   NY   10804

| PERIOD ENDING |
|---|
| 12/31/97 |

| PAGE |
|---|
| 1 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 196,802.71 |
| 12/12 | | | | MCDONALDS CORP DIV 12/01/97 12/12/97 | DIV | | 70.13 |
| 12/15 | | | | COCA COLA CO DIV 12/01/97 12/15/97 | DIV | | 428.40 |
| 12/16 | | 1,632 | 3389 | JOHNSON & JOHNSON | 65 3/8 | | 106,692.00 |
| 12/16 | | 3,060 | 6873 | COCA COLA CO | 63 7/8 | | 195,457.50 |
| 12/16 | | 850 | 10357 | MCDONALDS CORP | 46 3/8 | | 39,418.75 |
| 12/16 | | 408 | 13840 | MERRILL LYNCH & CO INC | 73 5/8 | | 30,039.00 |
| 12/16 | | 510 | 17321 | MINNESOTA MNG & MFG CO | 92 7/8 | | 47,366.25 |
| 12/16 | | 952 | 20805 | MOBIL CORP | 73 3/8 | | 69,853.00 |
| 12/16 | | 1,496 | 24289 | MERCK & CO | 105 1/8 | | 157,267.00 |
| 12/16 | | 1,462 | 27773 | MICROSOFT CORP | 139 1/8 | | 203,400.75 |
| 12/16 | | 884 | 31257 | NATIONS BANK CORP | 62 3/8 | | 55,139.50 |
| 12/16 | | 850 | 36129 | AMERICAN INTL GROUP INC | 102 1/4 | | 86,912.50 |
| 12/16 | | 680 | 39613 | AMERITECH CORP | 77 5/8 | | 52,785.00 |
| 12/16 | | 612 | 43097 | AMOCO CORP | 87 1/4 | | 53,397.00 |
| 12/16 | | 1,904 | 43551 | PEPSICO INC | 35 3/8 | | 67,354.00 |
| 12/16 | | 612 | 47035 | SCHLUMBERGER LTD | 81 1/8 | | 49,648.50 |
| 12/16 | | 578 | 47653 | AMERICAN EXPRESS COMPANY | 86 | | 49,708.00 |
| 12/16 | | 1,972 | 50518 | AT & T CORP | 57 7/16 | | 113,266.75 |
| 12/16 | | 1,224 | 51137 | BOEING CO | 48 13/16 | | 59,746.50 |
| 12/16 | | 2,822 | 54002 | WAL-MART STORES INC | 39 3/4 | | 112,174.50 |
| 12/16 | | 884 | 54621 | BANKAMERICA CORP | 74 13/16 | | 66,134.25 |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

**PERIOD ENDING** 12/31/97

**PAGE** 2

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 3,026 | 57486 | EXXON CORP | 62 3/8 | | 188,746.75 |
| 12/16 | | 952 | 58105 | BELL ATLANTIC CORP | 89 1/4 | | 84,966.00 |
| 12/16 | | 1,224 | 61589 | BRISTOL MYERS SQUIBB COMPANY | 96  5/16 | | 117,886.50 |
| 12/16 | | 816 | 65072 | CHRYSLER CORP | 35 1/8 | | 28,662.00 |
| 12/16 | | 578 | 68550 | CITICORP | 128 1/2 | | 74,273.00 |
| 12/16 | | 816 | 72034 | CISCO SYSTEMS INC | 82 3/4 | | 67,524.00 |
| 12/16 | | 1,394 | 75518 | DU PONT E I DE NEMOURS & CO | 62  9/16 | | 87,212.13 |
| 12/16 | | 816 | 79002 | THE WALT DISNEY CO | 92 7/8 | | 75,786.00 |
| 12/16 | | 1,462 | 82486 | FORD MOTOR COMPANY | 46 1/2 | | 67,983.00 |
| 12/16 | | 4,046 | 85970 | GENERAL ELECTRIC CO | 72 1/2 | | 293,335.00 |
| 12/16 | | 884 | 89454 | GENERAL MOTORS CORP | 63 3/8 | | 56,023.50 |
| 12/16 | | 1,292 | 92938 | HEWLETT PACKARD CO | 62 | | 80,104.00 |
| 12/16 | | 1,224 | 96422 | INTERNATIONAL BUSINESS MACHS | 102 3/4 | | 125,766.00 |
| 12/16 | | 2,006 | 99906 | INTEL CORP | 72 1/4 | | 144,933.50 |
| 12/16 | | 70,338 | 61134 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 70,338.00 |
| 12/17 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/97 | DIV | | 172.68 |
| 12/17 | 3,250,000 | | 64989 | U S TREASURY BILL DUE 03/12/1998       3/12/1998 | 98.790 | 3,210,675.00 | |
| 12/19 | | | | AMERICAN INTL GROUP INC DIV 12/05/97 12/19/97 | DIV | | 63.75 |
| 12/24 | | | | NATIONS BANK CORP DIV 12/05/97 12/24/97 | DIV | | 335.92 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/97 | 3 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | 3,250,000 | 69951 | U S TREASURY BILL DUE 03/12/1998 3/12/1998 | 98.990 | | 3,217,175.00 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 160,813.25 | |
| 12/31 | 3,270,000 | | 74204 | U S TREASURY BILL DUE 4/23/1998 4/23/1998 | 98.380 | 3,217,026.00 | |
| 12/31 | 5,834 | | 77776 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,834.00 | |
| | | | | NEW BALANCE | | | .47 |
| | 5,834 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 3,270,000 | | | U S TREASURY BILL DUE 4/23/1998 4/23/1998 | 98.380 | | |

MARKET VALUE OF SECURITIES
        LONG                    SHORT
3,222,860.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

**PERIOD ENDING** 12/31/97

**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 26,363.53 |
| | | | | GROSS PROCEEDS FROM SALES | | | 37,980,813.46 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

# BERNARD L. MADOFF
## Investment Securities
### New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London England EC2M 5TB
071-374 0891

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING |
| --- |
| 12/31/97 |

| PAGE |
| --- |
| 1 |

| YOUR ACCOUNT NUMBER |
| --- |
| 1-CM135-4-0 |

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | BALANCE FORWARD | | 196,802.25 | |
| 12/12 | 68 | | 35809 | S & P 100 INDEX DECEMBER 470 CALL | 1 13/16 | 12,393.00 | |
| 12/12 | | 68 | 40214 | S & P 100 INDEX DECEMBER 460 PUT | 7 1/8 | | 48,382.00 |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 160,813.25 |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/96 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM135-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 150,210.59 |
| 12/02 | | | | FORD MOTOR COMPANY DIV 11/01/96 12/02/96 | DIV | | 831.60 |
| 12/02 | | | | INTEL CORP DIV 11/01/96 12/01/96 | DIV | | 81.00 |
| 12/06 | | | | BOEING CO DIV 11/15/96 12/06/96 | DIV | | 176.40 |
| 12/10 | | | | AMOCO CORP DIV 11/06/96 12/10/96 | DIV | | 585.00 |
| 12/10 | | | | EXXON CORP DIV 11/12/96 12/10/96 | DIV | | 1,777.50 |
| 12/10 | | | | GENERAL MOTORS CORP DIV 11/14/96 12/10/96 | DIV | | 558.00 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/08/96 12/10/96 | DIV | | 330.75 |
| 12/10 | | | | JOHNSON & JOHNSON DIV 11/19/96 12/10/96 | DIV | | 453.15 |
| 12/10 | | | | MOBIL CORP DIV 11/05/96 12/10/96 | DIV | | 720.00 |
| 12/12 | | | | BANKAMERICA CORP DIV 11/20/96 12/12/96 | DIV | | 364.50 |
| 12/12 | | | | MINNESOTA MNG & MFG CO DIV 11/22/96 12/12/96 | DIV | | 374.85 |
| 12/12 | | | | MONSANTO CO DIV 11/15/96 12/12/96 | DIV | | 168.75 |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10304

PERIOD ENDING 12/31/96

PAGE 2

YOUR ACCOUNT NUMBER 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/13 | | | | MCDONALDS CORP | DIV | | 97.88 |
| | | | | DIV 12/02/96 12/13/96 | | | |
| 12/16 | | 1,890 | 1757 | HEWLETT PACKARD CO | 54 | | 102,060.00 |
| 12/16 | | 945 | 4313 | INTERNATIONAL BUSINESS MACHS | 156 | | 147,420.00 |
| 12/16 | | 1,620 | 6869 | INTEL CORP | 136 1/2 | | 221,130.00 |
| 12/16 | | 2,385 | 9423 | JOHNSON & JOHNSON | 51 3/4 | | 123,423.75 |
| 12/16 | | 4,410 | 11979 | COCA COLA CO | 49 1/8 | | 216,641.25 |
| 12/16 | | 1,305 | 14534 | MCDONALDS CORP | 46 5/8 | | 60,845.63 |
| 12/16 | | 765 | 17082 | MINNESOTA MNG & MFG CO | 83 1/8 | | 63,590.63 |
| 12/16 | | 720 | 19638 | MOBIL CORP | 119 5/8 | | 86,130.00 |
| 12/16 | | 2,205 | 22193 | MERCK & CO | 79 1/8 | | 174,470.63 |
| 12/16 | | 1,215 | 29861 | ORACLE CORPORATION | 48 1/4 | | 58,623.75 |
| 12/16 | | 2,835 | 32417 | PEPSICO INC | 29 1/2 | | 83,632.50 |
| 12/16 | | 2,925 | 35192 | AT & T CORP | 38 3/8 | | 112,246.88 |
| 12/16 | | 4,140 | 37748 | WAL-MART STORES INC | 24 3/8 | | 100,912.50 |
| 12/16 | | 2,250 | 40304 | EXXON CORP | 94 1/2 | | 212,625.00 |
| 12/16 | | 855 | 60919 | AMERICAN INTL GROUP INC | 109 1/2 | | 93,622.50 |
| 12/16 | | 945 | 63475 | AMERITECH CORP | 55 3/4 | | 52,683.75 |
| 12/16 | | 900 | 66030 | AMOCO CORP | 76 1/2 | | 68,850.00 |
| 12/16 | | 630 | 68586 | BOEING CO | 95 1/4 | | 60,007.50 |
| 12/16 | | 675 | 71142 | BANKAMERICA CORP | 97 1/2 | | 65,812.50 |
| 12/16 | | 765 | 73695 | BELL ATLANTIC CORP | 59 3/4 | | 45,708.75 |
| 12/16 | | 945 | 76236 | BRISTOL MYERS SQUIBB COMPANY | 110 3/4 | | 104,658.75 |
| 12/16 | | 1,395 | 78770 | CHRYSLER CORP | 35 | | 48,825.00 |
| 12/16 | | 855 | 81112 | CITICORP | 101 1/4 | | 86,568.75 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

NEPHROLOGY ASSOC PC PEN PLAN

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/96 | 3 |

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 1,170 | 83886 | CISCO SYSTEMS INC | 68 | | 79,560.00 |
| 12/16 | | 1,035 | 86442 | DU PONT E I DE NEMOURS & CO | 93 | | 96,255.00 |
| 12/16 | | 1,215 | 88998 | THE WALT DISNEY CO | 72 | | 87,480.00 |
| 12/16 | | 630 | 91552 | EASTMAN KODAK CO | 80 3/8 | | 50,636.25 |
| 12/16 | | 2,160 | 94088 | FORD MOTOR COMPANY | 33 | | 71,280.00 |
| 12/16 | | 3,015 | 96644 | GENERAL ELECTRIC CO | 97 | | 292,455.00 |
| 12/16 | | 1,395 | 99200 | GENERAL MOTORS CORP | 58 | | 80,910.00 |
| 12/16 | | | | COCA COLA CO DIV 12/01/96 12/15/96 | DIV | | 551.25 |
| 12/16 | | | | DU PONT E I DE NEMOURS & CO DIV 11/15/96 12/14/96 | DIV | | 589.95 |
| 12/17 | | 8,381 | 43628 | FIDELITY CASH RESERVES SBI | 1 | | 8,381.00 |
| 12/18 | | | | FIDELITY CASH RESERVES SBI DIV 12/17/96 | DIV | | 20.59 |
| 12/18 | 3,150,000 | | 46448 | U S TREASURY BILL DUE 12/26/1996 | 99.900 | 3,146,850.00 | |
| 12/20 | | | | AMERICAN INTL GROUP INC DIV 12/06/96 12/20/96 | DIV | | 85.50 |
| 12/24 | | | | CHECK | CW | 500,000.00 | |
| 12/24 | | 3,150,000 | 49511 | U S TREASURY BILL DUE 12/26/1996 | 99.980 | | 3,149,370.00 |
| 12/24 | 2,660,000 | | 52858 | U S TREASURY BILL DUE 2/13/1997 | 99.310 | 2,641,646.00 | |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 159,300.50 | |
| 12/31 | | 2,660,000 | 57633 | U S TREASURY BILL DUE 2/13/1997 | 99.390 | | 2,643,774.00 |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY 10804

**PERIOD ENDING**
12/31/96

**PAGE**
4

**YOUR ACCOUNT NUMBER**
1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/31 | 2,680,000 | | 60742 | U S TREASURY BILL DUE 3/13/1997 | 99.010 | 2,653,468.00 | |
| 12/31 | 7,304 | | 63483 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,304.00 | |
| | | | | NEW BALANCE | | | .03 |
| | 7,304 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 2,680,000 | | | U S TREASURY BILL DUE 3/13/1997 | 99.010 | | |
| | | | | MARKET VALUE OF SECURITIES   LONG       SHORT 2,660,772.00 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/96 | 5 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 48,249.40 |
| | | | | GROSS PROCEEDS FROM SALES | | | 26,627,762.34 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

| MADF | **BERNARD L. MADOFF**<br>**Investment Securities**<br>**New York □ London** | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2400<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with:<br>Madoff Securities International Ltd.<br>12 Berkeley Street<br>Mayfair, London W1X 5AD<br>0171-493 6222 |

NEPHROLOGY ASSOC PC PEN PLAN

**PERIOD ENDING** 12/31/98     **PAGE** 1

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

**YOUR ACCOUNT NUMBER** 1-CM135-3-0     **YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 326,538.25 |
| 12/11 | | | | MCDONALDS CORP<br>DIV 11/30/98 12/11/98 | DIV | | 54.00 |
| 12/15 | | | | COCA COLA CO<br>DIV 12/01/98 12/15/98 | DIV | | 322.50 |
| 12/18 | | | | AMERICAN INTL GROUP INC<br>DIV 12/04/98 12/18/98 | DIV | | 50.40 |
| 12/22 | | 2,800 | 2939 | GENERAL ELECTRIC CO | 93 1/8 | | 260,750.00 |
| 12/22 | | 550 | 6378 | GENERAL MOTORS CORP | 71 1/2 | | 39,325.00 |
| 12/22 | | 900 | 9818 | HEWLETT PACKARD CO | 65 | | 58,500.00 |
| 12/22 | | 800 | 13258 | INTERNATIONAL BUSINESS MACHS | 166 | | 132,800.00 |
| 12/22 | | 1,450 | 16698 | INTEL CORP | 116 | | 168,200.00 |
| 12/22 | | 1,150 | 20136 | JOHNSON & JOHNSON | 80 1/8 | | 92,143.75 |
| 12/22 | | 2,150 | 23576 | COCA COLA CO | 64 3/4 | | 139,212.50 |
| 12/22 | | 600 | 27015 | MCDONALDS CORP | 71 1/4 | | 42,750.00 |
| 12/22 | | 700 | 30454 | MOBIL CORP | 88 7/8 | | 62,212.50 |
| 12/22 | | 1,000 | 33894 | MERCK & CO | 147 1/2 | | 147,500.00 |
| 12/22 | | 2,150 | 37334 | MICROSOFT CORP | 133 3/4 | | 287,562.50 |
| 12/22 | | 1,000 | 44358 | BANC ONE CORP | 53 | | 53,000.00 |
| 12/22 | | 850 | 47798 | ORACLE CORPORATION | 39 | | 33,150.00 |
| 12/22 | | 1,250 | 51237 | PEPSICO INC | 38 1/8 | | 47,656.25 |
| 12/22 | | 1,150 | 54677 | PROCTER & GAMBLE CO | 87 1/8 | | 100,193.75 |
| 12/22 | | 900 | 57953 | AMERICAN INTL GROUP INC | 96 1/4 | | 86,625.00 |
| 12/22 | | 1,550 | 58117 | AT & T CORP | 71 1/8 | | 110,243.75 |
| | | | | CONTINUED ON PAGE    2 | | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE          NY   10804

PERIOD ENDING **12/31/98**

PAGE **2**

YOUR ACCOUNT NUMBER **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/22 | | 950 | 61393 | AMERITECH CORP | 57 5/8 | | 54,743.75 |
| 12/22 | | 1,900 | 61557 | WAL-MART STORES INC | 75 5/8 | | 143,687.50 |
| 12/22 | | 400 | 64832 | AMERICAN EXPRESS COMPANY | 97 3/4 | | 39,100.00 |
| 12/22 | | 2,100 | 64997 | EXXON CORP | 74 1/4 | | 155,925.00 |
| 12/22 | | 850 | 68266 | BOEING CO | 31 15/16 | | 27,146.88 |
| 12/22 | | 1,500 | 71705 | BANKAMERICA CORP  NEW | 59 3/4 | | 89,625.00 |
| 12/22 | | 1,350 | 75145 | BELL ATLANTIC CORP | 55 3/8 | | 74,756.25 |
| 12/22 | | 850 | 78585 | BRISTOL MYERS SQUIBB COMPANY | 123 1/4 | | 104,762.50 |
| 12/22 | | 2,000 | 82025 | CITI GROUP INC | 49 5/8 | | 99,250.00 |
| 12/22 | | 1,350 | 85465 | CISCO SYSTEMS INC | 84 1/4 | | 113,737.50 |
| 12/22 | | 1,000 | 88905 | DU PONT E I DE NEMOURS & CO | 54 | | 54,000.00 |
| 12/22 | | 1,750 | 92345 | THE WALT DISNEY CO | 31 | | 54,250.00 |
| 12/22 | | 1,050 | 95785 | FORD MOTOR COMPANY | 56 11/16 | | 59,521.88 |
| 12/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/22/98 | DIV | | 120.66 |
| 12/22 | 2,920,000 | | 69417 | U S TREASURY BILL DUE 2/11/1999        2/11/1999 | 99.380 | 2,901,896.00 | |
| 12/22 | | 46,098 | 99240 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 46,098.00 |
| 12/23 | | | | BANKAMERICA CORP  NEW DIV 12/04/98 12/23/98 | DIV | | 675.00 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 394,087.50 | |
| 12/31 | 2,920,000 | | 73692 | U S TREASURY BILL DUE 2/11/1999        2/11/1999 | 99.500 | | 2,905,400.00 |
| | | | | CONTINUED ON PAGE      3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | MADF | **BERNARD L. MADOFF**<br>**Investment Securities**<br>**New York □ London** |
|---|---|---|

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE       NY   10804

**PERIOD ENDING**
12/31/98

**PAGE**
3

**YOUR ACCOUNT NUMBER**
1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 2,950,000 | | 80606 | U S TREASURY BILL<br>DUE 4/29/1999<br>4/29/1999 | 98.560 | 2,907,520.00 | |
| 12/31 | 8,086 | | 84306 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 8,086.00 | |
| | | | | NEW BALANCE | | | .57 |
| | 8,086 | | | SECURITY POSITIONS<br>FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | MKT PRICE<br>1 | | |
| | 2,950,000 | | | U S TREASURY BILL<br>DUE 4/29/1999<br>4/29/1999 | 98.560 | | |
| | | | | MARKET VALUE OF SECURITIES<br>        LONG            SHORT<br>2,915,606.00 | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/98 | 4 |

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM135-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 21,695.01 |
| | | | | GROSS PROCEEDS FROM SALES | | | 45,024,089.09 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

**PERIOD ENDING**
12/31/98

**PAGE**
1

**YOUR ACCOUNT NUMBER**
1-CM135-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 326,537.50 | |
| 12/18 | 50 | | 40774 | S & P 100 INDEX DECEMBER 570 CALL | 13 1/2 | 67,550.00 | |
| 12/21 | | 50 | | S & P 100 INDEX DECEMBER 560 PUT EXPIRED WORTHLESS | DELV | | |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 394,087.50 |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**



**BERNARD L. M.**
**Investment Secu**
New York □ Lonc

NEPHROLOGY ASSOC

85 VERDUN AVENUE
NEW ROCHELLE

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

NEPHROLOGY ASSOC PC PEN PLAN        1-CM135-3

85 VERDUN AVENUE
NEW ROCHELLE        NY 10804

| STARTING EQUITY FOR CURRENT YEAR | 2,915,606.57CR |
| CAPITAL ADDITIONS | 282,000.00CR |
| CAPITAL WITHDRAWALS | 1,000,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 466,778.90CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .47CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,664,385.00    NET LONG |
| TOTAL EQUITY | 2,664,385.47CR |

ANNUALIZED RETURN FOR CURRENT YEAR   20.99 %

| DATE | BOUGHT RECEIVED OR LONG | DELIV |
|---|---|---|
| 12/13 | | |
| 12/31 | | |
| 12/31 | | |
| 12/31 | | |
| 12/31 | | |
| 12/31 | 1,360,000 | |
| 12/31 | 1,360,000 | |
| 12/31 | 11,433 | |
| 12/31 | | |
| | 11,433 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

PERIOD ENDING
12/31/99

PAGE
2

YOUR ACCOUNT NUMBER
1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,360,000 | | | U S TREASURY BILL DUE 06/08/2000  Y.T.M. 5.67%          6/08/2000 | 97.580 | | |
| | 1,360,000 | | | U S TREASURY BILL DUE 06/15/2000  Y.T.M. 5.64%          6/15/2000 | 97.490 | | |
| | | | | MARKET VALUE OF SECURITIES          LONG                    SHORT 2,664,385.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/99 | 3 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: -

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 13,193.72 |
| | | | | GROSS PROCEEDS FROM SALES | | | 36,098,497.81 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/00 | 1 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 603,793.77 | |
| 12/01 | | | | BOEING CO DIV 11/10/00 12/01/00 | DIV | | 117.60 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/00 12/11/00 | DIV | | 1,478.40 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/00 12/09/00 | DIV | | 218.40 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/21/00 12/12/00 | DIV | | 425.60 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/00 12/14/00 | DIV | | 89.60 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/00 12/15/00 | DIV | | 82.88 |
| 12/15 | | | | COCA COLA CO DIV 12/01/00 12/15/00 | DIV | | 404.60 |
| 12/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/18/00 | DIV | | 48.87 |
| 12/18 | | 16,648 | 22905 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,648.00 |
| 12/19 | | 1,610 | 484 | TYCO INTERNATIONAL LTD | 56 1/4 | | 90,562.50 |
| 12/19 | | 1,610 | 3363 | BANK OF AMERICA | 42 | | 67,620.00 |
| 12/19 | | 1,470 | 4220 | VIACOM INC CLASS B NON VOTING SHS | 53 3/4 | | 79,012.50 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY  10804

PERIOD ENDING 12/31/00     PAGE 2

YOUR ACCOUNT NUMBER 1-CM135-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/19 | | 1,890 | 7099 | BRISTOL MYERS SQUIBB COMPANY | 69 1/4 | | 130,882.50 |
| 12/19 | | 2,520 | 7956 | VERIZON COMMUNICATIONS | 57 | | 143,640.00 |
| 12/19 | | 4,340 | 10835 | CITI GROUP INC | 51 | | 221,340.00 |
| 12/19 | | 1,540 | 11692 | WELLS FARGO & CO NEW | 49 15/16 | | 76,903.75 |
| 12/19 | | 6,580 | 14571 | CISCO SYSTEMS INC | 52 1/16 | | 342,571.25 |
| 12/19 | | 4,340 | 15428 | WAL-MART STORES INC | 51 | | 221,340.00 |
| 12/19 | | 1,960 | 18305 | THE WALT DISNEY CO | 29 | | 56,840.00 |
| 12/19 | | 3,360 | 19164 | EXXON MOBIL CORP | 85 3/4 | | 288,120.00 |
| 12/19 | | 2,100 | 22032 | EMC CORPORATION MASS | 76 1/2 | | 160,650.00 |
| 12/19 | | 9,450 | 25768 | GENERAL ELECTRIC CO | 51 15/16 | | 490,809.38 |
| 12/19 | | 2,240 | 29504 | HOME DEPOT INC | 44 1/4 | | 99,120.00 |
| 12/19 | | 1,890 | 33240 | HEWLETT PACKARD CO | 34 | | 64,260.00 |
| 12/19 | | 1,680 | 36976 | INTERNATIONAL BUSINESS MACHS | 92 1/4 | | 154,980.00 |
| 12/19 | | 6,440 | 40712 | INTEL CORP | 35 1/2 | | 228,620.00 |
| 12/19 | | 1,330 | 44445 | JOHNSON & JOHNSON | 99 | | 131,670.00 |
| 12/19 | | 2,380 | 48181 | COCA COLA CO | 57 3/16 | | 136,106.25 |
| 12/19 | | 3,290 | 51917 | LUCENT TECHNOLOGIES INC | 18 7/8 | | 62,098.75 |
| 12/19 | | 2,240 | 55653 | MERCK & CO | 91 3/8 | | 204,680.00 |
| 12/19 | | 5,110 | 59389 | MICROSOFT CORP | 56 1/2 | | 288,715.00 |
| 12/19 | | 1,050 | 63125 | MORGAN STANLEY DEAN WITTER CO | 68 1/4 | | 71,662.50 |
| 12/19 | | 2,800 | 66861 | NORTEL NETWORKS CORP HLDS CO | 38 1/4 | | 107,100.00 |
| 12/19 | | 5,040 | 78069 | ORACLE CORPORATION | 29 | | 146,160.00 |
| 12/19 | | 1,400 | 81804 | PEPSICO INC | 49 5/8 | | 69,475.00 |
| 12/19 | | 2,240 | 84702 | AMERICAN INTL GROUP INC | 96 5/8 | | 216,440.00 |
| 12/19 | | 1,260 | 85539 | PROCTER & GAMBLE CO | 74 1/4 | | 93,555.00 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING  12/31/00
PAGE  3

YOUR ACCOUNT NUMBER  1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 12/19 | | 980 | 88437 | AMGEN INC | 64 | | 62,720.00 |
| 12/19 | | 1,260 | 89275 | PHARMACIA CORP | 59 1/4 | | 74,655.00 |
| 12/19 | | 2,240 | 92166 | AMERICA ONLINE CORP | 49.940 | | 111,865.60 |
| 12/19 | | 3,640 | 93011 | AT & T CORP | 22 1/4 | | 80,990.00 |
| 12/19 | | 1,260 | 95902 | AMERICAN EXPRESS COMPANY | 55 3/8 | | 69,772.50 |
| 12/19 | | 1,680 | 96747 | TEXAS INSTRUMENTS INC | 50 1/8 | | 84,210.00 |
| 12/19 | | 840 | 99636 | BOEING CO | 67 | | 56,280.00 |
| 12/19 | | 125,000 | 26847 | U S TREASURY BILL DUE 01/18/2001                   1/18/2001 | 99.540 | | 124,425.00 |
| 12/19 | | 275,000 | 29681 | U S TREASURY BILL DUE 03/01/2001                   3/01/2001 | 98.850 | | 271,837.50 |
| 12/19 | | 275,000 | 30263 | U S TREASURY BILL DUE 03/08/2001                   3/08/2001 | 98.740 | | 271,535.00 |
| 12/19 | | 175,000 | 31050 | U S TREASURY BILL DUE 01/11/2001                   1/11/2001 | 99.650 | | 174,387.50 |
| 12/19 | 1,000,000 | | 34314 | U S TREASURY BILL DUE 02/01/2001                   2/01/2001 | 99.320 | 993,200.00 | |
| 12/19 | 1,000,000 | | 34740 | U S TREASURY BILL DUE 02/08/2001                   2/08/2001 | 99.200 | 992,000.00 | |
| | | | | CONTINUED ON PAGE     4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES