**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

**PERIOD ENDING** 12/31/00

**PAGE** 5

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/29 | | 1,000,000 | 45364 | U S TREASURY BILL DUE 02/08/2001 2/08/2001 | 99.360 | | 993,600.00 |
| 12/29 | | 1,000,000 | 45789 | U S TREASURY BILL DUE 02/15/2001 2/15/2001 | 99.250 | | 992,500.00 |
| 12/29 | | 1,000,000 | 46214 | U S TREASURY BILL DUE 02/22/2001 2/22/2001 | 99.130 | | 991,300.00 |
| 12/29 | | 1,000,000 | 46638 | U S TREASURY BILL DUE 03/01/2001 3/01/2001 | 99.020 | | 990,200.00 |
| 12/29 | | 450,000 | 47288 | U S TREASURY BILL DUE 03/08/2001 3/08/2001 | 98.910 | | 445,095.00 |
| 12/29 | | 450,000 | 51172 | U S TREASURY BILL DUE 3/15/2001 3/15/2001 | 98.810 | | 444,645.00 |
| 12/29 | 3,000,000 | | 56426 | U S TREASURY BILL DUE 5/17/2001 5/17/2001 | 97.850 | 2,935,500.00 | |
| 12/29 | 3,000,000 | | 60319 | U S TREASURY BILL DUE 5/24/2001 5/24/2001 | 97.750 | 2,932,500.00 | |
| 12/29 | 35,422 | | 64227 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,422.00 | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY    10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/00 | 6 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | .36 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 35,422 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 3,000,000 | | | U S TREASURY BILL | 97.850 | | |
| | | | | DUE 5/17/2001 | | | |
| | | | | 5/17/2001 | | | |
| | 3,000,000 | | | U S TREASURY BILL | 97.750 | | |
| | | | | DUE 5/24/2001 | | | |
| | | | | 5/24/2001 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 5,903,422.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**Investment Securities**
New York ▢ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/00 | 7 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 12,381.26 |
| | | | | GROSS PROCEEDS FROM SALES | | | 47,943,504.94 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 0171-493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

**PERIOD ENDING** 12/31/00

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-CM135-4-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 603,794.00 |
| 12/15 | 70 | | 70573 | S & P 100 INDEX DECEMBER 725 CALL | 1.600 | 11,200.00 | |
| 12/15 | | 70 | 74309 | S & P 100 INDEX DECEMBER 720 PUT | 8.100 | | 56,700.00 |
| 12/29 | | | | TRANS TO 30 ACCT | JRNL | 649,294.00 | |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

PERIOD ENDING: **12/31/01**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 191,385.97 |
| 12/03 | | | | INTEL CORP DIV 11/07/01 12/01/01 | DIV | | 92.56 |
| 12/03 | | | | MCDONALDS CORP DIV 11/15/01 12/03/01 | DIV | | 165.60 |
| 12/03 | | | | WELLS FARGO & CO NEW DIV 11/09/01 12/01/01 | DIV | | 283.92 |
| 12/06 | | | | PFIZER INC DIV 11/16/01 12/06/01 | DIV | | 440.44 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/09/01 12/10/01 | DIV | | 1,040.52 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/09/01 12/10/01 | DIV | | 160.16 |
| 12/13 | | | | CHECK | CA | | 15,000.00 |
| 12/13 | 15,000 | | 74768 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,000.00 | |
| 12/14 | | | | DU PONT E I DE NEMOURS & CO DIV 11/15/01 12/14/01 | DIV | | 209.30 |
| 12/28 | | | | CHECK WIRE | CW | 2,800,000.00 | |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/01 | DIV | | 86.19 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 191,385.00 | |
| 12/31 | 2,225,000 | | 5766 | U S TREASURY BILL DUE 5/23/2002          5/23/2002 | 99.320 | 2,209,870.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
**Investment Securities LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

**PERIOD ENDING** 12/31/01

**PAGE** 2

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 2,225,000 | | 9753 | U S TREASURY BILL DUE 5/30/2002 5/30/2002 | 99.280 | 2,208,980.00 | |
| 12/31 | 18,978 | | 13749 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,978.00 | |
| 12/31 | | 57,153 | 86643 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 57,153.00 |
| 12/31 | | 4,245,000 | 91078 | U S TREASURY BILL DUE 2/7/2002 2/07/2002 | 99.830 | | 4,237,783.50 |
| 12/31 | | 1,475,000 | 95234 | U S TREASURY BILL DUE 3/7/2002 3/07/2002 | 99.690 | | 1,470,427.50 |
| 12/31 | | 1,475,000 | 99013 | U S TREASURY BILL DUE 3/14/2002 3/14/2002 | 99.660 | | 1,469,985.00 |
| | | | | NEW BALANCE | | | .66 |
| | 18,978 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 2,225,000 | | | U S TREASURY BILL DUE 5/23/2002 5/23/2002 | 99.320 | | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

# BERNARD L. MADOFF
**Investment Securities LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

**PERIOD ENDING** 12/31/01

**PAGE** 3

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 2,225,000 | | | U S TREASURY BILL DUE 5/30/2002                      5/30/2002 | 99.280 | | |
| | | | | MARKET VALUE OF SECURITIES           LONG                    SHORT 4,437,828.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

PERIOD ENDING
**12/31/01**

PAGE
**4**

YOUR ACCOUNT NUMBER
**1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 16,653.98 |
| | | | | INTEREST | | | 115.65 |
| | | | | GROSS PROCEEDS FROM SALES | | | 45,119,991.93 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

PERIOD ENDING
12/31/01

PAGE
1

YOUR ACCOUNT NUMBER
1-CM135-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 191,385.00 | |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 191,385.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

**PERIOD ENDING** 12/31/02

**PAGE** 1

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 891,830.25 |
| 12/02 | | | | INTEL CORP DIV 11/07/02 12/01/02 | DIV | | 220.80 |
| 12/02 | | | | WELLS FARGO & CO NEW DIV 11/08/02 12/01/02 | DIV | | 772.80 |
| 12/05 | | | | PFIZER INC DIV 11/15/02 12/05/02 | DIV | | 1,309.62 |
| 12/09 | | | | ANHEUSER BUSCH COS INC DIV 11/11/02 12/09/02 | DIV | | 269.10 |
| 12/09 | | 175,000 | 91993 | U S TREASURY BILL DUE 12/19/2002 12/19/2002 | 99.966 | | 174,940.50 |
| 12/09 | 175,000 | | 95065 | U S TREASURY BILL DUE 3/20/2003 3/20/2003 | 99.666 | 174,415.50 | |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/02 12/10/02 | DIV | | 2,443.98 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/08/02 12/10/02 | DIV | | 434.70 |
| 12/10 | | | | JOHNSON & JOHNSON DIV 11/19/02 12/10/02 | DIV | | 961.86 |
| 12/11 | | | | CHECK | CA | | 10,000.00 |
| 12/16 | | | | DU PONT E I DE NEMOURS & CO DIV 11/15/02 12/14/02 | DIV | | 579.60 |
| | | | | CONTINUED ON PAGE    2 | | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

**PERIOD ENDING** 12/31/02
**PAGE** 3

**YOUR ACCOUNT NUMBER** 1-CM135-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 2,875,000 | | | U S TREASURY BILL DUE 5/1/2003 5/01/2003 | 99.603 | | |
| | 2,875,000 | | | U S TREASURY BILL DUE 5/8/2003 5/08/2003 | 99.580 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 5,730,763.25 | | | |

'E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/02 | 1 |

YOUR ACCOUNT NUMBER: 1-CM135-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 891,830.00 | |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 891,830.00 |
| | | | | NEW BALANCE | | | |

RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY    10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/03 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM135-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 562,306.39 |
| 12/01 | | | | CHECK WIRE | CA | | 45,000.00 |
| 12/01 | | | | CHECK WIRE | CW | 500,000.00 | |
| 12/01 | | | | INTEL CORP DIV 11/07/03 12/01/03 | DIV | | 202.24 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/07/03 12/01/03 | DIV | | 1,152.00 |
| 12/04 | | | | PFIZER INC DIV 11/14/03 12/04/03 | DIV | | 1,824.00 |
| 12/09 | | | | JOHNSON & JOHNSON DIV 11/18/03 12/09/03 | DIV | | 1,105.92 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/03 12/10/03 | DIV | | 2,592.00 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/03 12/10/03 | DIV | | 430.08 |
| 12/12 | | | | 3M COMPANY DIV 11/21/03 12/12/03 | DIV | | 422.40 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/03 | DIV | | 14.40 |
| 12/16 | | 43,544 | 74114 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 43,544.00 |
| 12/16 | | 2,600,000 | 74535 | U S TREASURY BILL DUE 04/08/2004      4/08/2004 | 99.712 | | 2,592,512.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

'E RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/03 | 2 |

**YOUR ACCOUNT NUMBER:** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | 2,175,000 | | 74943 | U S TREASURY BILL DUE 2/5/2004 2/05/2004 | 99.881 | 2,172,411.75 | |
| 12/16 | 8,659 | | 75361 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,659.00 | |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/03 | DIV | | 2.21 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 562,306.00 | |
| 12/31 | | 2,175,000 | 894 | U S TREASURY BILL DUE 2/5/2004 2/05/2004 | 99.919 | | 2,173,238.25 |
| 12/31 | | 50,000 | 1927 | U S TREASURY BILL DUE 2/26/2004 2/26/2004 | 99.872 | | 49,936.00 |
| 12/31 | | 50,000 | 2385 | U S TREASURY BILL DUE 3/4/2004 3/04/2004 | 99.852 | | 49,926.00 |
| 12/31 | | 2,000,000 | 2995 | U S TREASURY BILL DUE 03/25/2004 3/25/2004 | 99.792 | | 1,995,840.00 |
| 12/31 | | 2,000,000 | 3520 | U S TREASURY BILL DUE 04/01/2004 4/01/2004 | 99.767 | | 1,995,340.00 |
| 12/31 | 3,125,000 | | 9485 | U S TREASURY BILL DUE 4/22/2004 4/22/2004 | 99.718 | 3,116,187.50 | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/03 | 3 |

**YOUR ACCOUNT NUMBER**  1-CM135-3-0   **YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 3,125,000 | | 13822 | U S TREASURY BILL DUE 4/29/2004   4/29/2004 | 99.700 | 3,115,625.00 | |
| 12/31 | 48,857 | | 18165 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 48,857.00 | |
| 12/31 | | 8,659 | 96710 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 8,659.00 |
| | | | | NEW BALANCE | | | .64 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 48,857 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 3,125,000 | | | U S TREASURY BILL DUE 4/22/2004   4/22/2004 | 99.718 | | |
| | 3,125,000 | | | U S TREASURY BILL DUE 4/29/2004   4/29/2004 | 99.700 | | |
| | | | | MARKET VALUE OF SECURITIES       LONG                SHORT 6,280,669.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING
12/31/03

PAGE
4

YOUR ACCOUNT NUMBER
1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 69,807.77 |
| | | | | GROSS PROCEEDS FROM SALES | | | 106,094,101.49 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE        NY    10804

**PERIOD ENDING** 12/31/03     **PAGE** 1

**YOUR ACCOUNT NUMBER** 1-CM135-4-0      **YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/31 | | | | BALANCE FORWARD | | 562,306.00 | |
| | | | | TRANS FROM 30 ACCT | JRNL | | 562,306.00 |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING: 12/31/04

PAGE: 1

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 68,384.66 |
| 12/02 | | | | MICROSOFT CORP DIV 11/17/04 12/02/04 | DIV | | 1,152.80 |
| 12/02 | | | | MICROSOFT CORP DIV 11/17/04 12/02/04 | DIV | | 43,230.00 |
| 12/03 | | | | PFIZER INC DIV 11/12/04 12/03/04 | DIV | | 1,701.70 |
| 12/07 | | | | CHECK | CA | | 30,000.00 |
| 12/07 | | | | JOHNSON & JOHNSON DIV 11/16/04 12/07/04 | DIV | | 1,128.60 |
| 12/07 | 30,000 | | 80373 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 30,000.00 | |
| 12/08 | 16,830 | | 35528 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,830.00 | |
| 12/10 | | 6,050 | 1497 | TIME WARNER INC | 18.280 | | 110,594.00 |
| 12/10 | | 8,910 | 2041 | CISCO SYSTEMS INC | 20.070 | | 178,823.70 |
| 12/10 | | 2,640 | 5771 | TYCO INTERNATIONAL LTD | 33.840 | | 89,337.60 |
| 12/10 | | 2,750 | 7944 | THE WALT DISNEY CO | 27.200 | | 74,800.00 |
| 12/10 | | 2,530 | 10029 | U S BANCORP | 29.430 | | 74,457.90 |
| 12/10 | | 14,080 | 12022 | GENERAL ELECTRIC CO | 35.360 | | 497,868.80 |
| 12/10 | | 2,310 | 14130 | VIACOM INC CLASS B NON VOTING SHS | 36.100 | | 83,391.00 |
| 12/10 | | 2,970 | 16296 | HOME DEPOT INC | 41.950 | | 124,591.50 |
| 12/10 | | 3,630 | 18404 | VERIZON COMMUNICATIONS | 41.560 | | 150,862.80 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING 12/31/04

PAGE 2

YOUR ACCOUNT NUMBER 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | | 3,960 | 20558 | HEWLETT PACKARD CO | 21.310 | | 84,387.60 |
| 12/10 | | 2,200 | 22678 | WELLS FARGO & CO NEW | 62.100 | | 136,620.00 |
| 12/10 | | 2,200 | 24702 | INTERNATIONAL BUSINESS MACHS | 97.320 | | 214,104.00 |
| 12/10 | | 5,610 | 26952 | WAL-MART STORES INC | 52.770 | | 296,039.70 |
| 12/10 | | 8,580 | 28976 | INTEL CORP | 23.760 | | 203,860.80 |
| 12/10 | | 8,690 | 31226 | EXXON MOBIL CORP | 49.660 | | 431,545.40 |
| 12/10 | | 3,960 | 33250 | JOHNSON & JOHNSON | 61.150 | | 242,154.00 |
| 12/10 | | 4,730 | 37524 | J.P. MORGAN CHASE & CO | 38.050 | | 179,976.50 |
| 12/10 | | 3,190 | 41798 | COCA COLA CO | 40.250 | | 128,397.50 |
| 12/10 | | 1,650 | 46072 | MEDTRONIC INC | 48.900 | | 80,685.00 |
| 12/10 | | 990 | 50346 | 3M COMPANY | 79.300 | | 78,507.00 |
| 12/10 | | 2,750 | 54620 | ALTRIA GROUP INC | 57.960 | | 159,390.00 |
| 12/10 | | 2,970 | 58894 | MERCK & CO | 28.210 | | 83,783.70 |
| 12/10 | | 14,410 | 63168 | MICROSOFT CORP | 27.260 | | 392,816.60 |
| 12/10 | | 1,430 | 67431 | MORGAN STANLEY | 53.570 | | 76,605.10 |
| 12/10 | | 6,820 | 80130 | ORACLE CORPORATION | 13.290 | | 90,637.80 |
| 12/10 | | 3,410 | 80672 | AMERICAN INTL GROUP INC | 64.610 | | 220,320.10 |
| 12/10 | | 2,200 | 84404 | PEPSICO INC | 50.610 | | 111,342.00 |
| 12/10 | | 1,760 | 84946 | AMGEN INC | 62.620 | | 110,211.20 |
| 12/10 | | 10,010 | 88678 | PFIZER INC | 27.460 | | 274,874.60 |
| 12/10 | | 1,650 | 89220 | AMERICAN EXPRESS COMPANY | 55.680 | | 91,872.00 |
| 12/10 | | 3,410 | 92952 | PROCTER & GAMBLE CO | 54.330 | | 185,265.30 |
| 12/10 | | 5,390 | 93492 | BANK OF AMERICA | 46.200 | | 249,018.00 |
| 12/10 | | 4,400 | 97226 | SBC COMMUNICATIONS INC | 25.570 | | 112,508.00 |
| 12/10 | | 6,820 | 97766 | CITI GROUP INC | 46.280 | | 315,629.60 |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

**PERIOD ENDING** 12/31/04

**PAGE** 3

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/10 | | | | CHECK RETURNED | CW | | 30,000.00 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/04 12/10/04 | DIV | | 2,346.30 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/04 12/10/04 | DIV | | 396.00 |
| 12/10 | 2,975,000 | | 39685 | U S TREASURY BILL DUE 02/03/2005 2/03/2005 | 99.684 | 2,965,599.00 | |
| 12/10 | 2,975,000 | | 43963 | U S TREASURY BILL DUE 2/10/2005 2/10/2005 | 99.640 | 2,964,290.00 | |
| 12/10 | 35,390 | | 48241 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 35,390.00 | |
| 12/13 | | | | 3M COMPANY DIV 11/19/04 12/12/04 | DIV | | 356.40 |
| 12/15 | | | | CANCEL C & S 12/10 | CW | 30,000.00 | |
| 12/15 | | | | CHECK RETURNED | CA | 30,000.00 | |
| 12/15 | | | | COCA COLA CO DIV 12/01/04 12/15/04 | DIV | | 797.50 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/04 | DIV | | 48.46 |
| 12/16 | | | | HOME DEPOT INC DIV 12/02/04 12/16/04 | DIV | | 252.45 |
| 12/16 | | 106,100 | 59909 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 106,100.00 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

NEPHROLOGY ASSOC PC PEN PLAN

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/04 | 4 |

85 VERDUN AVENUE
NEW ROCHELLE    NY 10804

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 2,975,000 | 60475 | U S TREASURY BILL DUE 02/03/2005 2/03/2005 | 99.733 | | 2,967,056.75 |
| 12/16 | 3,025,000 | | 60785 | U S TREASURY BILL DUE 3/10/2005 3/10/2005 | 99.500 | 3,009,875.00 | |
| 12/16 | 3,330 | | 61059 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,330.00 | |
| 12/17 | | | | AMERICAN INTL GROUP INC DIV 12/03/04 12/17/04 | DIV | | 255.75 |
| 12/22 | | | | CHECK | CA | | 30,000.00 |
| 12/22 | | | | BANK OF AMERICA DIV 12/03/04 12/22/04 | DIV | | 2,425.50 |
| 12/22 | 25,000 | | 69561 | U S TREASURY BILL DUE 2/10/2005 2/10/2005 | 99.733 | 24,933.25 | |
| 12/23 | 5,067 | | 69577 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,067.00 | |
| 12/31 | | 3,000,000 | 80432 | U S TREASURY BILL DUE 2/10/2005 2/10/2005 | 99.801 | | 2,994,030.00 |
| 12/31 | | 3,025,000 | 84837 | U S TREASURY BILL DUE 3/10/2005 3/10/2005 | 99.619 | | 3,013,474.75 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/04 | DIV | | 4.06 |
| | | | | CONTINUED ON PAGE    5 | | | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY  10804

PERIOD ENDING 12/31/04

PAGE 5

YOUR ACCOUNT NUMBER 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | | | CHECK WIRE | CW | 1,000,000.00 | |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 51,554.00 | |
| 12/31 | | 8,397 | 71049 | FIDELITY SPARTAN | 1 | | 8,397.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 2,550,000 | | 87734 | U S TREASURY BILL | 99.396 | 2,534,598.00 | |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| 12/31 | 2,550,000 | | 92165 | U S TREASURY BILL | 99.336 | 2,533,068.00 | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| 12/31 | 2,283 | | 96602 | FIDELITY SPARTAN | 1 | 2,283.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | | | | |
| | | | | NEW BALANCE | | | .23 |
| | | | | | | | |
| | 2,283 | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 2,550,000 | | | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| | 2,550,000 | | | U S TREASURY BILL | 99.336 | | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 5,069,949.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES