**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York** □ **London**

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/04 | 6 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 100,720.30 |
| | | | | GROSS PROCEEDS FROM SALES | | | 81,874,408.57 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

PERIOD ENDING 12/31/04       PAGE 1

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

YOUR ACCOUNT NUMBER 1-CM135-4-0      YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 68,384.00 | |
| 12/08 | 110 | | 71582 | S & P 100 INDEX DECEMBER 570 CALL | 1.850 | 20,460.00 | |
| 12/08 | | 110 | 75856 | S & P 100 INDEX DECEMBER 560 PUT | 3.400 | | 37,290.00 |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 51,554.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING: **12/31/05**

PAGE: **1**

YOUR ACCOUNT NUMBER: **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 61,021.65 |
| 12/01 | | | | INTEL CORP DIV 11/07/05 12/01/05 | DIV | | 702.24 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/04/05 12/01/05 | DIV | | 1,244.88 |
| 12/06 | | | | PFIZER INC DIV 11/11/05 12/06/05 | DIV | | 2,036.04 |
| 12/08 | | | | MICROSOFT CORP DIV 11/17/05 12/08/05 | DIV | | 1,057.92 |
| 12/09 | | | | EXXON MOBIL CORP DIV 11/10/05 12/09/05 | DIV | | 2,677.86 |
| 12/12 | | | | CHEVRON CORP DIV 11/18/05 12/12/05 | DIV | | 1,487.70 |
| 12/12 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/05 12/10/05 | DIV | | 456.00 |
| 12/13 | | | | JOHNSON & JOHNSON DIV 11/22/05 12/13/05 | DIV | | 1,429.56 |
| 12/13 | | 5,016 | 33860 | J.P. MORGAN CHASE & CO | 39.500 | | 198,132.00 |
| 12/13 | 5,016 | | 33860 | J.P. MORGAN CHASE & CO | 39.500 | 198,132.00 | |
| 12/15 | | | | COCA COLA CO DIV 12/01/05 12/15/05 | DIV | | 829.92 |
| 12/15 | | | | HOME DEPOT INC DIV 12/01/05 12/15/05 | DIV | | 307.80 |
| 12/15 | | | | TIME WARNER INC DIV 11/30/05 12/15/05 | DIV | | 336.30 |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

**PERIOD ENDING** 12/31/05

**PAGE** 2

**YOUR ACCOUNT NUMBER** 1-CM135-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 12/16 | | 2,394 | 3908 | WELLS FARGO & CO NEW | 63.400 | | 151,779.60 |
| 12/16 | | 3,420 | 4059 | DELL INC | 33.070 | | 113,099.40 |
| 12/16 | | 3,648 | 8165 | WAL-MART STORES INC | 49.470 | | 180,466.56 |
| 12/16 | | 15,162 | 8317 | GENERAL ELECTRIC CO | 35.450 | | 537,492.90 |
| 12/16 | | 9,234 | 12422 | EXXON MOBIL CORP | 59.600 | | 550,346.40 |
| 12/16 | | 3,078 | 12575 | HOME DEPOT INC | 42.160 | | 129,768.48 |
| 12/16 | | 4,104 | 16832 | HEWLETT PACKARD CO | 29.320 | | 120,329.28 |
| 12/16 | | 2,280 | 21089 | INTERNATIONAL BUSINESS MACHS | 84.470 | | 192,591.60 |
| 12/16 | | 8,778 | 25346 | INTEL CORP | 26.740 | | 234,723.72 |
| 12/16 | | 4,332 | 29603 | JOHNSON & JOHNSON | 60.330 | | 261,349.56 |
| 12/16 | | 5,016 | 33860 | J.P. MORGAN CHASE & CO | 39.500 | | 198,132.00 |
| 12/16 | | 2,964 | 38117 | COCA COLA CO | 41.080 | | 121,761.12 |
| 12/16 | | 1,710 | 42374 | MEDTRONIC INC | 56.380 | | 96,409.80 |
| 12/16 | | 2,964 | 48982 | ALTRIA GROUP INC | 74.090 | | 219,602.76 |
| 12/16 | | 3,192 | 53239 | MERCK & CO | 29.030 | | 92,663.76 |
| 12/16 | | 13,224 | 57425 | MICROSOFT CORP | 27.310 | | 361,147.44 |
| 12/16 | | 1,596 | 61657 | MORGAN STANLEY | 57.440 | | 91,674.24 |
| 12/16 | | 2,280 | 65783 | ABBOTT LABORATORIES | 39.520 | | 90,105.60 |
| 12/16 | | 3,762 | 70040 | AMERICAN INTL GROUP INC | 66.170 | | 248,931.54 |
| 12/16 | | 2,394 | 74106 | PEPSICO INC | 59.110 | | 141,509.34 |
| 12/16 | | 1,824 | 74297 | AMGEN INC | 77.530 | | 141,414.72 |
| 12/16 | | 10,716 | 78363 | PFIZER INC | 22.140 | | 237,252.24 |
| 12/16 | | 1,824 | 78554 | AMERICAN EXPRESS COMPANY | 51 | | 93,024.00 |
| 12/16 | | 5,016 | 82620 | PROCTER & GAMBLE CO | 58.530 | | 293,586.48 |
| 12/16 | | 5,814 | 82807 | BANK OF AMERICA | 46.580 | | 270,816.12 |

CONTINUED ON PAGE   3

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

**PERIOD ENDING** 12/31/05
**PAGE** 3

**YOUR ACCOUNT NUMBER** 1-CM135-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 4,218 | 86877 | SPRINT NEXTEL CORP | 25.170 | | 106,167.06 |
| 12/16 | | 7,410 | 87064 | CITI GROUP INC | 49.590 | | 367,461.90 |
| 12/16 | | 4,788 | 91134 | ATET INC | 24.990 | | 119,652.12 |
| 12/16 | | 3,192 | 91321 | COMCAST CORP CL A | 26.660 | | 85,098.72 |
| 12/16 | | 6,726 | 95388 | TIME WARNER INC | 17.850 | | 120,059.10 |
| 12/16 | | 9,234 | 95544 | CISCO SYSTEMS INC | 17.510 | | 161,687.34 |
| 12/16 | | 3,990 | 99650 | VERIZON COMMUNICATIONS | 30.800 | | 122,892.00 |
| 12/16 | | 3,306 | 99801 | CHEVRON CORP | 59.840 | | 197,831.04 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/05 | DIV | | 36.72 |
| 12/16 | | | | AMERICAN INTL GROUP INC DIV 12/02/05 12/16/05 | DIV | | 564.30 |
| 12/16 | | 24,042 | 45674 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 24,042.00 |
| 12/16 | 3,225,000 | | 50252 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98.794 | 3,186,106.50 | |
| 12/16 | 3,225,000 | | 54509 | U S TREASURY BILL DUE 4/13/2006 4/13/2006 | 98.705 | 3,183,236.25 | |
| 12/16 | 15,276 | | 59276 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,276.00 | |
| 12/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/22/05 | DIV | | 8.81 |

CONTINUED ON PAGE    4

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY    10804

PERIOD ENDING **12/31/05**

PAGE **4**

YOUR ACCOUNT NUMBER **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/22 | | 15,276 | 65661 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,276.00 |
| 12/22 | 15,285 | | 70443 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,285.00 | |
| 12/23 | | | | BANK OF AMERICA DIV 12/02/05 12/23/05 | DIV | | 2,907.00 |
| 12/29 | | | | CHECK WIRE | CA | | 920,000.00 |
| 12/29 | 925,000 | | 74977 | U S TREASURY BILL DUE 4/13/2006          4/13/2006 | 98.825 | 914,131.25 | |
| 12/29 | 5,868 | | 74978 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,868.00 | |
| 12/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/30/05 | DIV | | 12.32 |
| 12/30 | | | | SPRINT NEXTEL CORP DIV 12/09/05 12/30/05 | DIV | | 105.45 |
| 12/30 | | | | TRANS TO 40 ACCT | JRNL | 151,309.00 | |
| 12/30 | 43,242 | | 3182 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 43,242.00 | |
| 12/30 | | 21,153 | 75358 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,153.00 |
| 12/30 | | 3,225,000 | 82908 | U S TREASURY BILL DUE 4/06/2006          4/06/2006 | 98.909 | | 3,189,815.25 |
| | | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

PERIOD ENDING **12/31/05**

PAGE **5**

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

YOUR ACCOUNT NUMBER **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/30 | | 4,150,000 | 87363 | U S TREASURY BILL DUE 4/13/2006 4/13/2006 | 98.824 | | 4,101,196.00 |
| 12/30 | 3,700,000 | | 93930 | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | 3,644,093.00 | |
| 12/30 | 3,700,000 | | 98366 | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | 3,640,985.00 | |
| | | | | NEW BALANCE | | | .66 |
| | 43,242 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 3,700,000 | | | U S TREASURY BILL DUE 5/11/2006 5/11/2006 | 98.489 | | |
| | 3,700,000 | | | U S TREASURY BILL DUE 5/18/2006 5/18/2006 | 98.405 | | |
| | | | | MARKET VALUE OF SECURITIES      LONG          SHORT 7,328,320.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | MADF | **BERNARD L. MADOFF** |
|---|---|---|

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 6 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 63,952.74 |
| | | | | GROSS PROCEEDS FROM SALES | | | 57,813,898.88 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York ☐ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE     NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/05 | 1 |

YOUR ACCOUNT NUMBER: 1-CM135-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 61,021.00 | |
| 12/14 | 114 | | 65592 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 93,594.00 | |
| 12/14 | | 114 | 69849 | S & P 100 INDEX DECEMBER 565 PUT | .300 | | 3,306.00 |
| 12/30 | | | | TRANS FROM 30 ACCT | JRNL | | 151,309.00 |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

[MADF]

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE   NY  10804

| PERIOD ENDING |
| 12/31/06 |

| PAGE |
| 1 |

YOUR ACCOUNT NUMBER
1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 334,761.13 | |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 1,313.50 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 2,123.80 |
| 12/05 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 3,996.00 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 2,597.40 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 4,321.60 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 1,054.50 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 588.30 |
| 12/12 | | | | CHECK | CA | | 10,000.00 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 2,497.50 |
| 12/12 | 10,000 | | 60949 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,000.00 | |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 1,040.63 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 1,961.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| MADF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | **New York** ☐ **London** |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**NEPHROLOGY ASSOC PC PEN PLAN**

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

PERIOD ENDING
**12/31/06**

PAGE
**2**

YOUR ACCOUNT NUMBER
**1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 976.80 |
| 12/15 | | | | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 1,433.75 |
| 12/15 | | | | TIME WARNER INC DIV 11/30/06 12/15/06 | DIV | | 508.75 |
| 12/15 | | | | WACHOVIA CORP  NEW DIV 11/30/06 12/15/06 | DIV | | 2,486.40 |
| 12/18 | | | | CHECK WIRE | CA | | 100,000.00 |
| 12/18 | 75,000 | | 40356 | U S TREASURY BILL DUE 3/01/2007        3/01/2007 | 99.027 | 74,270.25 | |
| 12/18 | 10,190 | | 40357 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,190.00 | |
| 12/21 | | 11,285 | 403 | CITI GROUP INC | 54.580 | | 615,484.30 |
| 12/21 | | 2,590 | 2403 | SCHLUMBERGER LTD | 67 | | 173,427.00 |
| 12/21 | | 4,625 | 4653 | COMCAST CORP CL A | 43.140 | | 199,337.50 |
| 12/21 | | 8,880 | 6653 | AT&T INC | 35.810 | | 317,637.80 |
| 12/21 | | 14,060 | 8903 | CISCO SYSTEMS INC | 27.730 | | 389,321.80 |
| 12/21 | | 9,250 | 10903 | TIME WARNER INC | 21.710 | | 200,447.50 |
| 12/21 | | 4,995 | 13153 | CHEVRON CORP | 75.110 | | 374,975.45 |
| 12/21 | | 2,405 | 15153 | UNITED PARCEL SVC INC CLASS B | 76.630 | | 184,199.15 |
| 12/21 | | 23,495 | 17403 | GENERAL ELECTRIC CO | 37.630 | | 883,177.85 |

CONTINUED ON PAGE     3

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE        NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 3 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 2,220 | 19401 | UNITED TECHNOLOGIES CORP | 62.410 | | 138,462.20 |
| 12/21 | | 925 | 21653 | GOLDMAN SACHS GROUP INC | 201.700 | | 186,535.50 |
| 12/21 | | 4,440 | 23585 | WACHOVIA CORP   NEW | 57.430 | | 254,812.20 |
| 12/21 | | 4,625 | 25903 | HOME DEPOT INC | 40.080 | | 185,185.00 |
| 12/21 | | 7,585 | 27835 | WELLS FARGO & CO NEW | 35.750 | | 270,860.75 |
| 12/21 | | 6,290 | 30153 | HEWLETT PACKARD CO | 40.020 | | 251,474.80 |
| 12/21 | | 5,550 | 32085 | WAL-MART STORES INC | 46.640 | | 258,630.00 |
| 12/21 | | 3,515 | 34403 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 336,597.00 |
| 12/21 | | 13,505 | 36335 | EXXON MOBIL CORP | 76.800 | | 1,036,644.00 |
| 12/21 | | 13,135 | 38653 | INTEL CORP | 21.100 | | 276,623.50 |
| 12/21 | | 6,660 | 42903 | JOHNSON & JOHNSON | 66.780 | | 444,488.80 |
| 12/21 | | 7,770 | 47153 | J.P. MORGAN CHASE & CO | 48.410 | | 375,835.70 |
| 12/21 | | 4,625 | 51402 | COCA COLA CO | 48.990 | | 226,393.75 |
| 12/21 | | 2,035 | 55652 | MERRILL LYNCH & CO INC | 91.960 | | 187,057.60 |
| 12/21 | | 4,810 | 59902 | ALTRIA GROUP INC | 85.910 | | 413,035.10 |
| 12/21 | | 4,995 | 64152 | MERCK & CO | 44 | | 219,581.00 |
| 12/21 | | 2,405 | 68402 | MORGAN STANLEY | 80.620 | | 193,795.10 |
| 12/21 | | 19,610 | 72652 | MICROSOFT CORP | 30.110 | | 589,673.10 |
| 12/21 | | 3,515 | 79213 | ABBOTT LABORATORIES | 48.170 | | 169,177.55 |
| 12/21 | | 5,920 | 83443 | AMERICAN INTL GROUP INC | 72.790 | | 430,680.80 |
| 12/21 | | 9,250 | 85402 | ORACLE CORPORATION | 18.050 | | 166,592.50 |
| 12/21 | | 2,590 | 87692 | AMGEN INC | 70.630 | | 182,828.70 |
| 12/21 | | 3,700 | 89652 | PEPSICO INC | 63.210 | | 233,729.00 |
| 12/21 | | 2,775 | 91941 | AMERICAN EXPRESS COMPANY | 62.270 | | 172,688.25 |
| 12/21 | | 16,650 | 93902 | PFIZER INC | 25.870 | | 430,069.50 |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 4 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 10,360 | 96152 | BANK OF AMERICA | 53.690 | | 555,814.40 |
| 12/21 | | 7,215 | 98152 | PROCTER & GAMBLE CO | 64.120 | | 462,337.80 |
| 12/21 | 11,950,000 | | 40728 | U S TREASURY BILL DUE 3/01/2007 3/01/2007 | 99.063 | 11,838,028.50 | |
| 12/21 | 6,764 | | 44969 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,764.00 | |
| 12/22 | | | | BANK OF AMERICA DIV 12/01/06 12/22/06 | DIV | | 5,801.60 |
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 155.92 |
| 12/29 | | | | TRANS FROM 40 ACCT | JRNL | | 176,402.00 |
| 12/29 | 6,200,000 | | 753 | U S TREASURY BILL DUE 4/5/2007 4/05/2007 | 98.682 | 6,118,284.00 | |
| 12/29 | 20,297 | | 5260 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,297.00 | |
| 12/29 | | 57,457 | 82024 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 57,457.00 |
| 12/29 | | 12,275,000 | 87362 | U S TREASURY BILL DUE 3/01/2007 3/01/2007 | 99.166 | | 12,172,626.50 |
| 12/29 | 6,200,000 | | 96281 | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 98.780 | 6,124,360.00 | |

CONTINUED ON PAGE    5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 5 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | | .02 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,297 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 6,200,000 | | | U S TREASURY BILL | 98.780 | | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | 6,200,000 | | | U S TREASURY BILL | 98.682 | | |
| | | | | DUE 4/5/2007 | | | |
| | | | | 4/05/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |
| | | | | 12,262,941.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE          NY    10804

PERIOD ENDING **12/31/06**

PAGE **6**

YOUR ACCOUNT NUMBER **1-CM135-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 192,711.87 |
| | | | | GROSS PROCEEDS FROM SALES | | | 106,070,523.58 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 1 |

YOUR ACCOUNT NUMBER: 1-CM135-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 334,762.00 |
| 12/18 | | 185 | 61303 | S & P 100 INDEX JANUARY 660 CALL | 6.600 | | 121,915.00 |
| 12/18 | 185 | | 65741 | S & P 100 INDEX DECEMBER 655 CALL | 2.700 | 50,135.00 | |
| 12/18 | 185 | | 70179 | S & P 100 INDEX JANUARY 650 PUT | 5 | 92,685.00 | |
| 12/18 | | 185 | 74617 | S & P 100 INDEX DECEMBER 645 PUT | .300 | | 5,365.00 |
| 12/21 | 185 | | 76902 | S & P 100 INDEX JANUARY 660 CALL | 10.500 | 194,435.00 | |
| 12/21 | | 185 | 81152 | S & P 100 INDEX JANUARY 650 PUT | 2.800 | | 51,615.00 |
| 12/29 | | | | TRANS TO 30 ACCT | JRNL | 176,402.00 | |
| | | | | NEW BALANCE | | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

PERIOD ENDING
12/31/07

PAGE
1

YOUR ACCOUNT NUMBER
1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 170,388.24 |
| 12/10 | | | | CHEVRON CORP | DIV | | 2,809.52 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/10 | | | | UNITED TECHNOLOGIES CORP | DIV | | 719.68 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/11 | | | | JOHNSON & JOHNSON | DIV | | 2,656.42 |
| | | | | DIV 11/27/07 12/11/07 | | | |
| 12/13 | | | | MICROSOFT CORP | DIV | | 1,979.12 |
| | | | | DIV 11/15/07 12/13/07 | | | |
| 12/17 | | | | COCA COLA CO | DIV | | 1,470.50 |
| | | | | DIV 12/01/07 12/15/07 | | | |
| 12/17 | | | | WACHOVIA CORP   NEW | DIV | | 2,657.28 |
| | | | | DIV 11/30/07 12/17/07 | | | |
| 12/21 | | 5,709 | 870 | AMERICAN INTL GROUP INC | 55.900 | | 318,905.10 |
| 12/21 | | 6,920 | 3818 | PROCTER & GAMBLE CO | 73.300 | | 506,960.00 |
| 12/21 | | 1,730 | 5160 | BOEING CO | 87.310 | | 150,977.30 |
| 12/21 | | 2,768 | 8111 | SCHLUMBERGER LTD | 91.270 | | 252,525.36 |
| 12/21 | | 9,861 | 9395 | BANK OF AMERICA | 42 | | 413,768.00 |
| 12/21 | | 13,494 | 12404 | AT&T INC | 40.920 | | 551,635.48 |
| 12/21 | | 10,726 | 13688 | CITI GROUP INC | 31.250 | | 334,758.50 |
| 12/21 | | 2,249 | 16697 | UNITED PARCEL SVC INC CLASS B | 72.250 | | 162,401.25 |
| 12/21 | | 3,633 | 17981 | CONOCOPHILIPS | 83.280 | | 302,411.24 |
| 12/21 | | 2,249 | 20951 | UNITED TECHNOLOGIES CORP | 75.830 | | 170,452.67 |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE   NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 2 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 13,321 | 22274 | CISCO SYSTEMS INC | 27.800 | | 369,791.80 |
| 12/21 | | 6,401 | 25153 | VERIZON COMMUNICATIONS | 43.450 | | 277,867.45 |
| 12/21 | | 4,844 | 26567 | CHEVRON CORP | 90.600 | | 438,673.40 |
| 12/21 | | 4,152 | 29446 | WACHOVIA CORP  NEW | 39.740 | | 164,834.48 |
| 12/21 | | 22,663 | 30860 | GENERAL ELECTRIC CO | 36.490 | | 826,066.87 |
| 12/21 | | 7,266 | 33728 | WELLS FARGO & CO NEW | 30.060 | | 218,125.96 |
| 12/21 | | 519 | 35153 | GOOGLE | 670.400 | | 347,917.60 |
| 12/21 | | 5,363 | 38021 | WAL-MART STORES INC | 48.220 | | 258,389.86 |
| 12/21 | | 865 | 39446 | GOLDMAN SACHS GROUP INC | 209.200 | | 180,924.00 |
| 12/21 | | 12,283 | 42314 | EXXON MOBIL CORP | 89.900 | | 1,103,750.70 |
| 12/21 | | 5,709 | 43739 | HEWLETT PACKARD CO | 51.250 | | 292,358.25 |
| 12/21 | | 2,941 | 48032 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 307,335.14 |
| 12/21 | | 12,802 | 52325 | INTEL CORP | 25.900 | | 331,059.80 |
| 12/21 | | 6,401 | 56618 | JOHNSON & JOHNSON | 67.600 | | 432,451.60 |
| 12/21 | | 7,439 | 60911 | J.P. MORGAN CHASE & CO | 44.570 | | 331,259.23 |
| 12/21 | | 4,325 | 65203 | COCA COLA CO | 62.580 | | 270,485.50 |
| 12/21 | | 4,671 | 69496 | ALTRIA GROUP INC | 76.070 | | 355,136.97 |
| 12/21 | | 4,844 | 73789 | MERCK & CO | 59.930 | | 290,107.92 |
| 12/21 | | 17,992 | 78082 | MICROSOFT CORP | 34.460 | | 619,285.32 |
| 12/21 | | 8,650 | 90961 | ORACLE CORPORATION | 21.040 | | 181,650.00 |
| 12/21 | | 1,903 | 92283 | APPLE INC | 186 | | 353,882.00 |
| 12/21 | | 3,633 | 95231 | PEPSICO INC | 77.530 | | 281,521.49 |
| 12/21 | | 3,460 | 96576 | ABBOTT LABORATORIES | 57.100 | | 197,428.00 |
| 12/21 | | 15,224 | 99524 | PFIZER INC | 23.040 | | 350,152.96 |
| 12/21 | 12,000,000 | | 47721 | U S TREASURY BILL | 99.124 | 11,894,880.00 | |
| | | | | DUE 4/10/2008 | | | |
| | | | | 4/10/2008 | | | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MADF**
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 3 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | | | AMERICAN INTL GROUP INC DIV 12/07/07 12/21/07 | DIV | | 1,141.80 |
| 12/21 | 18,885 | | 52004 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,885.00 | |
| 12/28 | | | | BANK OF AMERICA DIV 12/07/07 12/28/07 | DIV | | 6,311.04 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 308.86 |
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | 201,874.00 | |
| 12/31 | | 91,999 | 57091 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 91,999.00 |
| 12/31 | | 12,000,000 | 63983 | U S TREASURY BILL DUE 4/10/2008              4/10/2008 | 99.133 | | 11,895,960.00 |
| 12/31 | 12,100,000 | | 71324 | U S TREASURY BILL DUE 04/03/2008              4/03/2008 | 99.149 | 11,997,029.00 | |
| 12/31 | 10,984 | | 75867 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,984.00 | |
| | | | | NEW BALANCE | | | .66 |
| | 10,984 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | | | | CONTINUED ON PAGE      4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE      NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 4 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-CM135-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 12,100,000 | | | U S TREASURY BILL DUE 04/03/2008           4/03/2008 | 99.149 | | |
| | | | | MARKET VALUE OF SECURITIES           LONG                      SHORT 12,008,013.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 5 |

YOUR ACCOUNT NUMBER: 1-CM135-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 132,076.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 126,438,943.98 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NEPHROLOGY ASSOC PC PEN PLAN

85 VERDUN AVENUE
NEW ROCHELLE    NY   10804

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/07 | 1 |

YOUR ACCOUNT NUMBER: 1-CM135-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 170,388.00 | |
| 12/21 | 173 | | 82375 | S & P 100 INDEX DECEMBER 685 CALL | 5.900 | 102,243.00 | |
| 12/21 | | 173 | 86668 | S & P 100 INDEX DECEMBER 675 PUT | 4.100 | | 70,757.00 |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 201,874.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES