# Exhibit E

# JPMorganChase

```
WIRE PAYMENT              ATTN: CHAIM CHARYTAN MD
We Debited Your Account Per Book transfer

 Amount:         $ 430,000.00
 Account:        00000731124046
 Account Name:   NEPHROLOGY ASSOCIATES P C
 Date:           11/13/2008    Time:  07:45 EASTERN TIME
 Bank Seq #:                   0133100318ES
 SWIFT/Fed/CHIP Ref #:

Foreign Exchange & Charges Information
 Foreign Exchange Amount:
 Foreign Currency:
 Currency Exchange Rate:


Address Information
 NEPHROLOGY ASSOCIATES P C
 PENSION PLAN
 85 VERDUN AVE
 NEW ROCHELLE NY 1080
 4-2216

Other Transfer Information
 Sender Bank and ID#:      JPMORGAN CHASE BANK, NA 021000021
 Related Ref#:             BPL OF 08/11/13
 Account with Bank and ID#:




 Intermediary Bank and ID#:




 Beneficiary Account:      140081703
 Beneficiary Name:         BERNARD L MADOFF
 Beneficiary Address:      885 THIRD AVENUE 18TH FLOOR
                           ATTN TONY TILETNICK
                           NEW YORK NY 10022-4834
 Other Payment Info:       FBO NEPHROLOGY ASSOCIATES PC
                           PENSION PLAN 1-CM135-3-0


                           /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                           PENSION PLAN 1-CM135-3-0




 Order Bank:
```

# JPMorganChase

**WIRE PAYMENT**             **ATTN: CHAIM CHARYTAN MD**

We Debited Your Account Per Book transfer

```
Amount:              $ 500,000.00
Account:             00000731124046
Account Name:        NEPHROLOGY ASSOCIATES P C
Date:                11/12/2008    Time:   07:33 EASTERN TIME
Bank Seq #:                0119400317ES
SWIFT/Fed/CHIP Ref #:
```

**Foreign Exchange & Charges Information**
```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

**Address Information**
```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

**Other Transfer Information**
```
Sender Bank and ID#:      JPMORGAN CHASE BANK, NA 021000021
Related Ref#:             BPL OF 08/11/12
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:      140081703
Beneficiary Name:         BERNARD L MADOFF
Beneficiary Address:      885 THIRD AVENUE 18TH FLOOR
                          ATTN TONY TILETNICK
                          NEW YORK NY 10022-4834
Other Payment Info:       FBO NEPHROLOGY ASSOCIATES PC
                          PENSION PLAN 1-CM135-3-0

                          /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                          PENSION PLAN 1-CM135-3-0



Order Bank:
```

# JPMorganChase

```
WIRE PAYMENT            ATTN: CHAIM CHARYTAN MD
We Debited Your Account Per Book transfer

Amount:          $ 190,000.00
Account:         00000731124046
Account Name:    NEPHROLOGY ASSOCIATES P C
Date:            08/12/2008    Time:   07:05 EASTERN TIME
Bank Seq #:                    0045400225ES
SWIFT/Fed/CHIP Ref #:
```

**Foreign Exchange & Charges Information**
```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

**Address Information**
```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

**Other Transfer Information**
```
Sender Bank and ID#:         JPMORGAN CHASE BANK, NA 021000021
Related Ref#:                BPL OF 08/08/12
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:         140081703
Beneficiary Name:            BERNARD L MADOFF
Beneficiary Address:         885 THIRD AVENUE 18TH FLOOR
                             ATTN TONY TILETNICK
                             NEW YORK NY 10022-4834
Other Payment Info:          FBO NEPHROLOGY ASSOCIATES PC
                             PENSION PLAN 1-CM135-3-0

                             /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                             PENSION PLAN 1-CM135-3-0



Order Bank:
```

# JPMorganChase

**WIRE PAYMENT**          ATTN: CHAIM CHARYTAN MD
We Debited Your Account Per Book transfer

```
Amount:          $ 130,000.00
Account:         00000731124046
Account Name:    NEPHROLOGY ASSOCIATES P C
Date:            08/14/2008   Time:  14:58 EASTERN TIME
Bank Seq #:              0566600227ES
SWIFT/Fed/CHIP Ref #:
```

Foreign Exchange & Charges Information
```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

Address Information
```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

Other Transfer Information
```
Sender Bank and ID#:      JPMORGAN CHASE BANK, NA 021000021
Related Ref#:             BPL OF 08/08/14
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:      140081703
Beneficiary Name:         BERNARD L MADOFF
Beneficiary Address:      885 THIRD AVENUE 18TH FLOOR
                          ATTN TONY TILETNICK
                          NEW YORK NY 10022-4834
Other Payment Info:       FBO NEPHROLOGY ASSOCIATES PC
                          PENSION PLAN 1-CM135-3-0

                          /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                          PENSION PLAN 1-CM135-3-0




Order Bank:
```

# JPMorganChase

**WIRE PAYMENT**          ATTN: CHAIM CHARYTAN MD

We Debited Your Account Per Book transfer

```
Amount:          $ 500,000.00
Account:         00000731124046
Account Name:    NEPHROLOGY ASSOCIATES P C
Date:            08/11/2008    Time:  07:45 EASTERN TIME
Bank Seq #:              0174900224ES
SWIFT/Fed/CHIP Ref #:
```

Foreign Exchange & Charges Information

```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

Address Information

```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

Other Transfer Information

```
Sender Bank and ID#:      JPMORGAN CHASE BANK, NA 021000021
Related Ref#:             BPL OF 08/08/11
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:      140081703
Beneficiary Name:         BERNARD L MADOFF
Beneficiary Address:      885 THIRD AVENUE 18TH FLOOR
                          ATTN TONY TILETNICK
                          NEW YORK NY 10022-4834
Other Payment Info:       FBO NEPHROLOGY ASSOCIATES PC
                          PENSION PLAN 1-CM135-3-0

                          /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                          PENSION PLAN 1-CM135-3-0



Order Bank:
```

# JPMorganChase

**WIRE PAYMENT**          ATTN: CHAIM CHARYTAN MD

We Debited Your Account Per Book transfer

```
Amount:         $ 500,000.00
Account:        00000731124046
Account Name:   NEPHROLOGY ASSOCIATES P C
Date:           08/07/2008    Time:   07:28 EASTERN TIME
Bank Seq #:                   0093000220ES
SWIFT/Fed/CHIP Ref #:
```

### Foreign Exchange & Charges Information

```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

### Address Information

```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

### Other Transfer Information

```
Sender Bank and ID#:         JPMORGAN CHASE BANK, NA 021000021
Related Ref#:                BPL OF 08/08/07
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:         140081703
Beneficiary Name:            BERNARD L MADOFF
Beneficiary Address:         885 THIRD AVENUE 18TH FLOOR
                             ATTN TONY TILETNICK
                             NEW YORK NY 10022-4834
Other Payment Info:          FBO NEPHROLOGY ASSOCIATES PC
                             PENSION PLAN 1-CM135-3-0

                             /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                             PENSION PLAN 1-CM135-3-0




Order Bank:
```

# JPMorganChase 🟊

**WIRE PAYMENT**        ATTN: CHAIM CHARYTAN MD

We Debited Your Account Per Book transfer

| | |
|---|---|
| Amount: | $ 500,000.00 |
| Account: | 00000731124046 |
| Account Name: | NEPHROLOGY ASSOCIATES P C |
| Date: | 08/06/2008    Time: 07:41 EASTERN TIME |
| Bank Seq #: | 0112900219E5 |
| SWIFT/Fed/CHIP Ref #: | |

**Foreign Exchange & Charges Information**

Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:

**Address Information**

NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216

**Other Transfer Information**

| | |
|---|---|
| Sender Bank and ID#: | JPMORGAN CHASE BANK, NA 021000021 |
| Related Ref#: | BPL OF 08/08/06 |
| Account with Bank and ID#: | |
| Intermediary Bank and ID#: | |
| Beneficiary Account: | 140081703 |
| Beneficiary Name: | BERNARD L MADOFF |
| Beneficiary Address: | 885 THIRD AVENUE 18TH FLOOR |
| | ATTN TONY TILETNICK |
| | NEW YORK NY 10022-4834 |
| Other Payment Info: | FBO NEPHROLOGY ASSOCIATES PC |
| | PENSION PLAN 1-CM135-3-0 |
| | |
| | /BNF/FBO NEPHROLOGY ASSOCIATES, PC |
| | PENSION PLAN 1-CM135-3-0 |

Order Bank:

# JPMorganChase

**WIRE PAYMENT**          ATTN: CHAIM CHARYTAN MD
We Debited Your Account Per Book transfer

```
Amount:              $ 410,000.00
Account:             00000731124046
Account Name:        NEPHROLOGY ASSOCIATES P C
Date:                06/30/2008    Time:  08:17 EASTERN TIME
Bank Seq #:                        0322000182ES
SWIFT/Fed/CHIP Ref #:
```

**Foreign Exchange & Charges Information**
```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

**Address Information**
```
NEPHROLOGY ASSOCIATES P C
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

**Other Transfer Information**
```
Sender Bank and ID#:      JPMORGAN CHASE BANK, NA 021000021
Related Ref#:             BPL OF 08/06/30
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:      140081703
Beneficiary Name:         BERNARD L MADOFF
Beneficiary Address:      885 THIRD AVENUE 18TH FLOOR
                          ATTN TONY TILETNICK
                          NEW YORK NY 10022-4834
Other Payment Info:       FBO NEPHROLOGY ASSOCIATES PC
                          PENSION PLAN 1-CM135-3-0

                          /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                          PENSION PLAN 1-CM135-3-0




Order Bank:
```

# JPMorganChase

**WIRE PAYMENT**     **ATTN: CHAIM CHARYTAN MD**

We Debited Your Account Per Book transfer

```
Amount:          $ 100,000.00
Account:         00000745733147
Account Name:    NEPHROLOGY ASSOCIATES PC
Date:            02/21/2008    Time:  11:08 EASTERN TIME
Bank Seq #:      0292100052ES
SWIFT/Fed/CHIP Ref #:
```

**Foreign Exchange & Charges Information**

```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

**Address Information**

```
NEPHROLOGY ASSOCIATES PC
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

**Other Transfer Information**

```
Sender Bank and ID#:         JPMORGAN CHASE BANK, NA 021000021
Related Ref#:                BPL OF 08/02/21
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:         140081703
Beneficiary Name:            BERNARD L MADOFF
Beneficiary Address:         885 THIRD AVENUE 18TH FLOOR
                             ATTN TONY TILETNICK
                             NEW YORK NY 10022-4834
Other Payment Info:          FBO NEPHROLOGY ASSOCIATES PC
                             PENSION PLAN 1-CM135-3-0

                             /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                             PENSION PLAN 1-CM135-3-0



Order Bank:
```

# JPMorganChase 🔘

**WIRE PAYMENT**        ATTN: CHAIM CHARYTAN MD

We Debited Your Account Per Book transfer

```
Amount:           $ 100,000.00
Account:          00000745733147
Account Name:     NEPHROLOGY ASSOCIATES PC
Date:             02/21/2008    Time:  09:01 EASTERN TIME
Bank Seq #:              0168900052ES
SWIFT/Fed/CHIP Ref #:
```

**Foreign Exchange & Charges Information**

```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

**Address Information**

```
NEPHROLOGY ASSOCIATES PC
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

**Other Transfer Information**

```
Sender Bank and ID#:        JPMORGAN CHASE BANK, NA 021000021
Related Ref#:               BPL OF 08/02/21
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:        140081703
Beneficiary Name:           BERNARD L MADOFF
Beneficiary Address:        885 THIRD AVENUE 18TH FLOOR
                            ATTN TONY TILETNICK
                            NEW YORK NY 10022-4834
Other Payment Info:         FBO NEPHROLOGY ASSOCIATES PC
                            PENSION PLAN 1-CM135-3-0

                            /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                            PENSION PLAN 1-CM135-3-0



Order Bank:
```

# JPMorganChase 🏛

**WIRE PAYMENT**          ATTN: CHAIM CHARYTAN MD
We Debited Your Account Per Book transfer

```
Amount:           $ 30,000.00
Account:          00000745733147
Account Name:     NEPHROLOGY ASSOCIATES PC
Date:             02/22/2008    Time:  11:20 EASTERN TIME
Bank Seq #:                     0256000053ES
SWIFT/Fed/CHIP Ref #:
```

Foreign Exchange & Charges Information
```
Foreign Exchange Amount:
Foreign Currency:
Currency Exchange Rate:
```

Address Information
```
NEPHROLOGY ASSOCIATES PC
PENSION PLAN
85 VERDUN AVE
NEW ROCHELLE NY 1080
4-2216
```

Other Transfer Information
```
Sender Bank and ID#:       JPMORGAN CHASE BANK, NA 021000021
Related Ref#:              BPL OF 08/02/22
Account with Bank and ID#:




Intermediary Bank and ID#:




Beneficiary Account:       140081703
Beneficiary Name:          BERNARD L MADOFF
Beneficiary Address:       885 THIRD AVENUE 18TH FLOOR
                           ATTN TONY TILETNICK
                           NEW YORK NY 10022-4834
Other Payment Info:        FBO NEPHROLOGY ASSOCIATES PC
                           PENSION PLAN 1-CM135-3-0

                           /BNF/FBO NEPHROLOGY ASSOCIATES, PC
                           PENSION PLAN 1-CM135-3-0



Order Bank:
```