# Exhibit F

PORTFOLIO MANAGEMENT REPORT AS OF  9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

NEPHROLOGY ASSOC PC PEN PLAN         1-CM135-3

85 VERDUN AVENUE
NEW ROCHELLE          NY 10804

```
STARTING EQUITY FOR CURRENT YEAR                  12,008,013.66CR
CAPITAL ADDITIONS                                  2,620,000.00CR
CAPITAL WITHDRAWALS                                  180,000.00-
REALIZED P/L FOR CURRENT YEAR                        994,848.60CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS             16,297.00CR
CURRENT CASH BALANCE                                        .26CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS     15,459,159.00    NET LONG
TOTAL EQUITY                                      15,459,159.26CR

ANNUALIZED RETURN FOR CURRENT YEAR     10.69 %
```

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

11/13/08

CHECK WIRE                                 430,000.00

CLIENT'S ACCOUNT NUMBER

NEPHROLOGY ASSOC PC PEN PLAN              1-CM135-3
85 VERDUN AVENUE
NEW ROCHELLE      NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

11/12/08                500,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/12/08                 190,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

10/27/08                20,000.00

CHECK

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/15/08

130,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE     NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/11/08

500,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE     NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

8/06/08

500,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE     NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

7/30/08

**CHECK**                                    70,000.00

CLIENT'S ACCOUNT NUMBER                      1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

6/30/08

**CHECK WIRE**                              410,000.00

CLIENT'S ACCOUNT NUMBER                      1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

5/14/08

**CHECK**                                    30,000.00

CLIENT'S ACCOUNT NUMBER                      1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE         NY 10804

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

4/07/08

**CHECK**

30,000.00

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE    NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

2/28/08

**CHECK**

30,000.00

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE    NY 10804

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

2/22/08

**CHECK WIRE**

30,000.00

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE    NY 10804

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

2/21/08

100,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE     NY 10804

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

2/21/08

100,000.00

CHECK WIRE

CLIENT'S ACCOUNT NUMBER

1-CM135-3

NEPHROLOGY ASSOC PC PEN PLAN
85 VERDUN AVENUE
NEW ROCHELLE     NY 10804