Linda H. Martin, Esq.
Joshua A. Levine, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: lmartin@stblaw.com
jlevine@stblaw.com
Attorneys for Spring Mountain Capital, LP

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :  Adv. Pro. No. 08-01789 (BRL)
                                        :
              Plaintiff,                :  SIPA Liquidation
                                        :
        v.                              :
                                        :
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
              Defendant.                :
----------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY SIMPSON THACHER & BARTLETT LLP ON BEHALF OF SPRING MOUNTAIN CAPITAL, LP[1]

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Spring Mountain Capital, LP ("Spring Mountain") in the above-captioned matter on behalf of the following Spring Mountain Funds: (1) Centigrade Fund Limited; (2) Centigrade Fund Unit Trust; (3) SMC Alternative Strategies Fund, LLC; (4) SMC Alternative Strategies Fund, Ltd.; (5) SMC Leveraged Fund, LLC; (6) SMC Leveraged Fund, Ltd.; (7) SMC Reserve Fund II, LP; (8) SMC Reserve Fund II Offshore, LP; (9) SMC Select Co-Investment Feeder

---

[1] A filing under Federal Rule of Bankruptcy Procedure 2019 will be made promptly, to the extent required.

Fund I, LLC; (10) Spring Mountain Partners Overseas I, Ltd.; and (11) Spring Mountain Partners QP I, LP. Spring Mountain requests that copies of all pleadings and papers herein be served on the undersigned.

Dated: New York, New York
      January 7, 2010

      SIMPSON THACHER & BARTLETT LLP

      By  /s/ Linda H. Martin

      Linda H. Martin, Esq.
      Joshua A. Levine, Esq.
      425 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 455-2000
      Facsimile: (212) 455-2502

      Attorneys for Spring Mountain Capital, LP