UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
-----------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM**

JAN - 7 2010

Claimants, Robert and Suzanne Plati (Claim Number: 003962) hereby object to the Notice of Trustee's Determination of Claim dated December 8, 2009 (the "Determination Letter") and state as follows:

1. We placed funds in the P&S Associates General Partnership (the "Investment Group") to be invested with Bernard L. Madoff Investment Securities LLC ("Madoff") and are customers of Madoff under the SIPA and entitled to receive up to $500,000 in SIPC insurance. 15 U.S.C. Sec. 78111 (2).

2. All conditions precedent to the filing of the claim were met.

3. We have received the Trustee's Determination Letter stating that our claim was denied.

4. We hereby incorporate by reference and thus join in the "Objection to Trustee's Determination of Claim" filed on behalf of P&S Associates General Partnership (The Investment Group) and each of its members on January 5, 2010.

5. Attached hereto for the Court's convenience in support of our claim is a copy of our Customer Claim Form which was served on the Trustee February 24, 2009.

1

Wherefore and in consideration of the foregoing, we hereby file this written Objection to the Trustee's Determination Letter and request full redress as provided by law.

We hereby certify that a copy of the foregoing was served on the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 and upon Irving H. Picard, Trustee, c/o Baker and Hostetler LLP, Attn: Claims Dept., 45 Rockefeller Plaza, New York, New York, 10111 this 6 day of January, 2010.

_____

Robert Plati (Claim # 003962)

6283 Bay Club Dr. #4

Fort Lauderdale, FL 33308

_____

Suzanne Plati (Claim # 003962)

6283 Bay Club Dr. #4

Fort Lauderdale, FL 33308