Nikolas Krankl
17001 Ventura Blvd.
Encino, CA 91316
Tel: (818) 528-3990
Fax: (818) 528-3994
Email: agmoffices@yahoo.com

JAN - 7 2010

Claimant
*IN PRO PER*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

    Defendant.

In re:

BERNARD L. MADOFF,

    Debtor.

Case No. 08-1789 (BRL)

SIPA Liquidation

Case No. 08-1789 (BRL)

SIPA Liquidation

Notice of Opposition by Appearing Party to:

THE NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM Mailed December 8, 2009

RE: Claim Number  012727

RE: Claim Number  012726

## NOTICE IS HEREBY GIVEN TO THE COURT AND TO IRVING H. PICARD, TRUSTEE AS FOLLOWS:

    I am an indirect investor and oppose the Trustee's determination that because I did not have a direct account with BLMIS: (1) I am therefore not a "customer" and (2) therefore not entitled to any participation in any credit balance.

    I have heretofore sent the Trustee a detailed description of our monies I invested that ultimately found their way into BLMIS, said monies being in the amount of $10,000 and $138,786.

In the spring of 2009 I detailed to the Trustee the route of my funds; first to CMG, Ltd. a conduit (not a customer of BLMIS); then from CMG, Ltd. to The Brighton Company, Stanley Chais, General Partner; then from Chais/Brighton (a customer of BLMIS) to BLMIS, as a customer of BLMIS.

I incorporate by reference all the documentation currently in the Trustee's hands establishing the above connection of my investment which ended up in BLMIS.

The only "customer" in this chain is The Brighton Company (Stanley Chais sole, General Partner). This entity has publicly announced its inability to file a claim, or its unwillingness to do so, or both.

Thus, the Trustee's position leaves us as victims with no right to share, pro-rata, in any recoveries the Trustee shall make for purposes of distribution.

Please keep me fully advised of any proceedings in connection with the disposition of the Trustee's Determination of Claims, opposed by me.

Respectfully submitted by,

By: *Nikolas Krankl* (signature)

Nikolas Krankl
Claimant in Pro Per
Mailed or dispatched on January 6, 2010