**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue – Suite 300**
**P.O. Box 9194**
**Garden City, New York  11530-9194**
**Phone:  (516) 741-6565**
**Fax:  (516) 741-6706**

*and*

**EDWARD W. COCHRAN, Esq.**
**20030 Marchmont Road**
**Shaker Heights, Ohio   44122**
**Phone:  (216) 751-5546**
**Fax:  (216) 751-6630**

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding No. 08-01789-BRL |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------------------------X

In re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------X

**AMENDED OBJECTION OF WILLIAM B. KORB IRA, ROGER A. ENRICO IRA, CHARLES & MIRIAM WOOD CHARITABLE REMAINDER TRUST U/A 12803, JOHN E. GUINNESS REVOCABLE TRUST DTD. 6/11/92, RAYMOND M. MURPHY, AND PETER A. CARFEGNA CHARITABLE REMAINDER TRUST <u>TO TRUSTEE'S DETERMINATION OF CLAIM</u>**

William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy, and Peter A. Carfegna Charitable Remainder Trust (hereinafter "Objectors"), by and through undersigned counsel, as and for their Objection to the Trustee's Determination of Claim regarding the SIPC Benefit Claims filed by Objectors, respectfully represent as follows:

1. Objectors timely filed the following claims (the "Claims") against this estate:

| Investor | Claim No. |
|---|---|
| William B. Korb IRA | 015257 |
| Roger A. Enrico IRA | 014860 |
| Charles & Miriam Wood Charitable Remainder Trust U/A 12803 | 015270 |
| John E. Guinness Revocable Trust Dtd. 6/11/92 | 014405 |
| Raymond M. Murphy | 014863 |
| Peter A. Carfegna Charitable Remainder Trust | To Be Provided |

2. The Trustee issued a "Notice of Trustee's Determination of Claim," denying the "customer claim" of each Objector. Each Notice of Trustee's Determination of Claim states: "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is

2

defined at 15 U.S.C. § 78lll." The Trustee's determination is incorrect and unjustified by the law and the facts.

3. Objectors are all entities that invested in Bernard L. Madoff Investment Securities, LLC ("BLMIS") through two "feeder funds" of BLMIS: Fairfield Sentry Fund and Greenwich Sentry Fund. Those firms acted as agents of BLMIS by recruiting investors, such as Objectors, to invest in BLMIS and by acting as the agent to receive the investments and direct them to BLMIS. Objectors were informed that the only way they could invest in BLMIS were through the agency of these two funds; without utilizing the services of those two funds, they would be unable to invest in BLMIS. Objectors relied on the representations that Greenwich Sentry and Fairfield Sentry were agents of BLMIS to accept funds on behalf of BLMIS. Accordingly, each of the Objectors is a "customer" of BLMIS as defined in 15 U.S.C. § 78111 as follows:

> Any person (**including any person with whom the debtor deals as principal or agent**) who has a claim on account of securities received, acquired, or held by the debtor in the ordinary course of its business as a broker or dealer from or for the securities accounts of such person for safekeeping, with a view to sale, to cover consummated sales, pursuant to purchases, as collateral security, or for purposes of effecting transfer. The term "customer" includes any person who has a claim against the debtor arising out of sales or conversions of such securities, and any person who has deposited cash with the debtor for the purpose of purchasing securities … (emphasis added)

15 U.S.C. § 78111.

4. The statute defining "customer" includes "any person with whom the Debtor deals as principal or agent." In this case, Greenwich Sentry and Fairfield Sentry were indeed agents of BLMIS, and the purpose of the agency was to solicit funds from an investor such as Objectors. It is solely through that agency and that purpose that Objectors invested their money with said agents to be invested with BLMIS.

3

5.  Whether a claimant is a "customer" does not depend upon whom he handed his cash or made his check payable, or even where the funds were initially deposited. *In re Old Naples Securities, Inc.*, 223 F.3d 1296, 1302-1303 (11th Cir. 2000). Instead, the issue depends upon whether there was "actual receipt, acquisition or possession of the property of a claimant by the brokerage firm under liquidation." *Id*. Here, the Objectors can show that there was "actual receipt, acquisition or possession" of their property by the Debtor, through its agents, Fairfield Sentry and Greenwich Sentry.

6.  For the reasons stated, the Court should find that Objectors are Customers within the definition of 15 U.S.C. Section 78111(2).

[REMAINDER OF PAGE INTENTIONALLY BLANK]

7. These Objectors join in the objections of all other claimants in the same position and reserve their right to respond to the Trustee and to the extent they deem necessary, to file a supplemental memorandum of law.

Dated: Garden City, New York
January 8, 2010

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**

By: ___/s/ Jil Mazer-Marino___
    Jil Mazer-Marino, Esq.

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, N.Y. 11530-9194
Phone: 516-741-6565
Fax:    516-741-6706
E-mail: jmazermarino@msek.com

and

**EDWARD W. COCHRAN, ESQ.**
20030 Marchmont Road
Shaker Heights, Ohio   44122
Phone: 216.751.5546 Voice
Fax: 216.751.6630 Fax
E-mail: edwardcochran@wowway.com

*Co-Counsel For William B. Korb IRA, Roger A. Enrico IRA, Charles & Miriam Wood Charitable Remainder Trust U/A 12803, John E. Guinness Revocable Trust Dtd. 6/11/92, Raymond M. Murphy and the Peter A Carfegna Charitable Remainder Trust*

749471