## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |



RECEIVED JAN -7 2010 U.S. BANKRUPTCY COURT, SDNY

### MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF SUSAN CAPOTE

Pursuant to Rule 2090-1(b), Local Rules of the United States District Court for the Southern District of New York, governing the admission and practice of attorneys in this Court, undersigned, Susan Capote, Esq., respectfully moves this Court for the entry of an order permitting her to appear and participate *pro hac vice* in this action, and any related adversary matter, on behalf of Ermitage Finance Corporation, a claimant of Bernard L. Madoff Investment Securities, LLC. In support hereof, undersigned states as follows:

1. Susan Capote is an associate at the law firm of Lewis Tein, P.L. The firm's office is located at 3059 Grand Avenue, Suite 340, Coconut Grove, Florida 33133. Susan Capote's telephone phone number is (305) 442-1101. Her email address is scapote@lewistein.com.

2. Susan Capote is a member in good standing of the Florida State and the United States District Court for the Southern District of Florida Bars.

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

3. There are no disciplinary complaints pending against Susan Capote for violations of the rules of any of the above-referenced courts, nor has she been suspended or disbarred for disciplinary reasons from practice in any court.

4. Submitted with the filing of this motion is a check for the $25.00 fee required by this Court for the appearance of Susan Capote.

6. Susan Capote will be applying for a CM/ECF password and requests that she electronically receive Notices of Electronic Filing.

WHEREFORE, the undersigned respectfully requests that this Court enter the attached proposed order granting permission to Susan Capote to practice *pro hac vice* before this Court in this case on behalf of Ermitage Finance Corporation.

Dated: January 6, 2010

                                                              Respectfully submitted,

By: /s/ Susan Capote
Susan Capote
LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone Number: (305) 442-1101
Facsimile Number: (305) 442-6744
Email: scapote@lewistein.com

*Counsel for Ermitage Finance Corporation*