

Jose Haidenblit
118 Westhampton Drive
Thornhill, ON
L4J 7J6
Canada

January 1st. 2010

Clerk of the United States Bankruptcy Court
for the southern district of New York
One Bowling Green
New York, New York
10004

Re: Bankruptcy Case No. 08-1789 (BRL) - Claim No. 009320 - Disagreement

To whom it may concern,

I am addressing this letter to you in hope that you will re-look at the file regarding my claim.

Please understand that a major portion of my late Father's life savings was a part of this account and was supposed to be left for my Mother upon her retirement. He dedicated his entire life to taking care of his family, and made a concerted effort to make sure we were financially sound at all times.

This unfortunate event comes as a large setback to our entire family.

I realize that there are many others like me in a similar situation, and with direct accounts with BLMIS; however, I am trying to find a solution to aid my family during trying times. If you can recommend another avenue, I am more than willing to follow your suggestions.

Please contact me at:

Cel: (416) 662 4875
Home: (905) 597 7479 .
e-mail: chore55@yahoo.com

Or to the address shown above; please note that my home address has changed since the original application was sent.

Thank you again for your time and consideration.

Sincerely,

Jose Haidenblit