# BERNARD L. MADOFF INVESTMENT SECURITIES, LLC

In Liquidation
## DECEMBER 11, 2008

## WRITTEN OPPOSITION TO DENIAL OF CLAIM BY TRUSTEE

Comes now **MANUEL SALVADOR FRANCO**, by and through his attorney, Daniel G. Gass, Esquire and file this Written Opposition to Denial of Claim By Trustee and in furtherance thereof states as follows:

1. The denial is inappropriate since Franco is an investor in Fairfield Sentry Limited, which was an investment solicitation arm of **BLMIS** and therefore an investment in Fairfield Sentry Limited was *ipso facto* an investment in **BLMIS**.

2. In the alternative, **FRANCO** being an investor of Fairfield Sentry Limited, which is in liquidation in the British Virgin Islands, should be entitled to share, in his pro-rata percentage, any claim that Fairfield Sentry Limited has to **BLMIS** whether they filed it or not.

**WHEREFORE**, claimant respectfully requests that the Trustee reconsider the claim and in the alternative requests a hearing before Judge Burton R. Lifland on this matter.

Respectfully submitted this 6th day of January, 2010.

**WE HEREBY CERTIFY** that a copy of the foregoing was provided via FEDERAL EXPRESS delivery to: Irving H. Picard, Trustee, C/O Baker & Hostetler, LLP, Attn: Claims Department, 45 Rockefeller Plaza, New York, NY 10111 this 6th day of January, 2010.

Daniel G. Gass, Esquire
FBN: 19569
Daniel G. Gass, P.A.
10001 NW 50th Street,
Suite 204
Sunrise, FL 33351
Tel: (954) 741-8228
Fax: (954) 746-7690