Hospital Learning Centers Inc., Employee Retirement Trust
12650 Riverside Drive #100
Valley Village, CA 9167
Telephone: (818) 752-9396
Email: hlclci@aol.com

*IN PRO PER*

| SECURITIES INVESTOR PROTECTION CORPORATION, | Case No. 08-1789 |
|---|---|
| Plaintiff-Applicant | SIPA Liquidation |
| v. | Notice of Opposition by Appearing Party to: |
| BERNARD L. MADOFF INVETMENT SECRUITIES LLC, | **THE NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM MAILED DECEMBER 8, 2009** |
| Defendant | |
| In re: | RE: Claim Number 006194 |
| BERNARD L. MADOFF | |
| Debtor | |

**NOTICE IS HEREBY GIVEN TO THE COURT AND TO IRVING H. PICARD, TRUSTEE AS FOLLOWS:**

The undersigned, an indirect investor, opposes the Trustee's determination that because we did not have a direct account with BLMIS: (1) we are therefore not a "customer" and (2) therefore not entitled to any participation in any credit balance.

We have heretofore sent the Trustee a detailed description of our monies we invested that ultimately found their way into BLMIS, said monies being in the amount of $400,000.00.

In the spring of 2009 we detailed to the Trustee the route of our funds; first to Caroline Investment Company, LP, our conduit (not a customer of BLMIS); then from Caroline to The

- 1 -

Lambeth Company, Stanley Chais, General Partner; then from Chais/Lambeth (a customer of BLMIS) to BLMIS, as a customer of BLMIS.

We incorporate by reference all the documentation currently in the Trustee's hands establishing the above connection of our investment which ended up in BLMIS.

The only "customer" in this chain is The Lambeth Company (Stanley Chais sole, General Partner). This entity has publicly announced its inability to file a claim, or its unwillingness to do so, or both.

Thus, the Trustee's position leaves us as victims with no right to share, pro-rata, in any recoveries the Trustee shall make for purposes of distribution.

Please keep us fully advised of any proceedings in connection with the disposition of the Trustee's Determination of Claims, opposed by us.

Respectfully submitted by,

By: _____

Martin Lasker, Trustee
Hospital Learning Centers, Inc. Employee Retirement Trust
Claimant in Pro Per
Dispatched via Federal Express on January 6, 2010