UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :
                                          :
      *Plaintiff,*                        :
                                          :   Adv. Pro. No. 08-01789-BRL
v.                                        :
                                          :   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :
      *Defendant.*                        :
-------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     :ss.:
COUNTY OF NEW YORK  )

      SARAH B. ROBERTS, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

2. On Thursday, January 7, 2009, on behalf of each of the Trustees of Tufts College, Arthur I. Segel, Stichting Shell Pensioenfonds, Hans L. Cartensen III, Nader F. Dareshori, Peter P. Jenkins, the Darren R. Scandone Trust, and Various Objecting Claimants, I caused true and correct copies of "Objections To Trustee's Determination Of Claim" to be served by Federal Express upon Irving H. Picard, Trustee, Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, NY 10111.

*/s/ Sarah B. Roberts*
Sarah B. Roberts

Sworn to before me this 8th day of January, 2010

*/s/ Michelle Fallon*
Notary Public   MICHELLE FALLON
Notary Public, State of New York
No. 01FA5034522
Qualified in Bronx County
Commission Expires October 11, 2010

24172332_1.D