LEONARD B. BOEHNER
MACDONALD BUDD
PETER FRELINGHUYSEN
RICHARD J. MILLER, JR.+
JUDITH D. SEGRETI

LYNN M. COLES
NANCY H. REISMAN
MARGARET C. SYLVESTER△

COUNSEL
KAREN B. LUKAS
MARTIN J. OPPENHEIMER*
GUY G. RUTHERFURD
WILLIAM B. WARREN

+ ALSO A MEMBER OF THE COLORADO, CONNECTICUT
  DISTRICT OF COLUMBIA AND FLORIDA BARS

△ ALSO A MEMBER OF THE DISTRICT OF COLUMBIA BAR

* ALSO A MEMBER OF THE MARYLAND AND DISTRICT
  OF COLUMBIA BARS

## MORRIS & McVEIGH LLP

767 THIRD AVENUE

NEW YORK, NEW YORK 10017-2023

ALBANY OFFICE
19 DOVE STREET
ALBANY, NEW YORK 12210-1389
(518) 426-8111
FAX (518) 426-5111

TELEPHONE (212) 418-0500
FAX (212) 755-4476
FAX (212) 421-0922
WRITER'S DIRECT DIAL NUMBER

January 6, 2010

RECEIVED
JAN -7 2010
U.S. BANKRUPTCY COURT SDNY

CERTIFIED MAIL, RETURN
RECEIPT REQUESTED

PRIVILEGED AND CONFIDENTIAL

Clerk of the United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, NY 10111

Re:   Liquidation of Bernard L. Madoff Investment Securities LLC
      Bankruptcy Case No. 08-1789 (BRL)

Dear Court Clerk and Mr. Picard:

I am the Trustee of the Chester J. Opalka Jr. Trust dtd 11/18/97 under Article III, F/B/O Courtney Opalka. As Trustee of said Trust, I invested in Rye Select Broad Market Prime Fund, L.P., as evidenced by the enclosed copy of the acknowledgment letter from Tremont Partners, Inc., the General Partner of said fund. This fund invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), which is the defendant in this case.

As Trustee, I filed a Notice of Claim with the SIPC Trustee relating to my investment in Rye Select Broad Market Prime Fund, L.P. I received a Notice from the Trustee dated December 8, 2009 notifying me that "Based on a review of available books and records of

Clerk of the United States Bankruptcy Court for the Southern District of New York
Irving H. Picard, Trustee
January 6, 2010
Page 2

BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS. Under 15 U.S.C. §78III(2), the term "customer" includes "...any person who has deposited cash with the debtor for the purpose of purchasing securities." While there are exclusions, none of them are applicable in this case.

The Rye Select Broad Market Prime Fund, L.P. was an investment of Madoff, which constitutes a debtor under 15 U.S.C §78III(5). Therefore, as a customer of BLMIS, my claim should be allowed in full to the maximum amount covered under SIPC.

Very truly yours,

Richard J. Miller, Jr.

cc: Courtney Opalka (w/o encls)



February 6, 2007

Morris and McVeigh, LLP
19 Dove Street
Albany, NY 12210
Attn: Mr. Richard J. Miller, Jr. - Trustee

re:   Rye Select Broad Market Prime Fund, L.P.
      Chester J. Opalka Jr. Trust u/a dtd 11/18/97 article III FBO Courtney Opalka

Dear Mr. Miller:

This letter will acknowledge receipt of your $450,000 initial investment in Rye Select Broad Market Prime Fund, L.P. effective February 1, 2007. Enclosed for your records is an executed copy of the Rye Select Broad Market Prime Fund, L.P. subscription document.

We thank you for your support.

Please do not hesitate to call if you have any questions.

Sincerely,

Harry A. Hodges
Tremont Partners, Inc.
General Partner, Rye Select Broad Market Prime Fund, L.P.