**American Life Insurance Consultants Inc. Retirement Plan**
**910 Fifth Avenue, Apt. 4A**
**New York, NY  10021**

JAN - 7 2010

January 4, 2010

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling  Green
New York, NY  10004

**Re:  Liquidation of Bernard L. Madoff Investment Securities LLC.**
**Bankruptcy Case No. 08-1789 (BRL)**

**American Life Insurance Consultants Inc. Retirement Plan**
**Rye Select Broad Market Fund, L.P.**

To Whom It May Concern:

      I am writing at Trustee/Investor in the above fund, which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

      I filed a Notice of Claim with the SIPC Trustee relating to my investment in the above fund.   I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS.  Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined."  The Trustee thus denied my claim.

      I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS.

Sincerely,

Jesse R. Gottlieb
Trustee