The Gottlieb GST Trust I
910 Fifth Avenue, Apt. 4A
New York, NY 10021

JAN -7 2010

January 4, 2010

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Liquidation of Bernard L. Madoff Investment Securities LLC.**
**Bankruptcy Case No. 08-1789 (BRL)**

**Rye Select Broad Market Fund, L.P.**
**Rye Select Broad Market XL Fund, L.P.**
**Rye Select Broad Market Prime Fund, L.P.**

To Whom It May Concern:

I am writing at Trustee/Investor in the above fund(s), which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

I filed a Notice of Claim with the SIPC Trustee relating to my investment in the above fund(s). I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS.

Sincerely,

*Carol Etkin*
Carol Etkin
Trustee