**Gil Boosidan**

3333 Henry Hudson Pkwy,

Bronx, New York 10463

Telephone: (201) 446-3859

Fax: (973) 438-1515

January 5, 2010

<u>Via First Class Mail</u>

Clerk of United States Bankruptcy Court for

The Southern district of New York

One Bowling Green

New York, NY 10004

RECEIVED
JAN - 7 2010
U.S. BANKRUPTCY COURT, SDNY

Re: <u>Motion to dismiss the determination in case number 00507</u>

I am writing this letter in response to your letter, dated December 8, 2009, and in connection with your determination in the case number 00507.

I hereby submit a motion to dismiss the determination of the Trustee for the liquidation of Bernard L. Madoff Investments Securities LLC ('the Trustee") with connection to case number 00507 and with regards to my claim for a reimbursement under the Securities Investor Protection Act of 1970 ("SIPA").

As I stated in my original application, dated January 10, 2009, I made a capital contribution of $ 100,000 into the Greenwich Sentry LP. The contribution was made through Fairfield Greenwich (Bermuda) Ltd. Greenwich Sentry LP acted as a feeder fund to the funds of Mr. Bernie Madoff and they actually invested all of their managed assets in Mr. Bernie Madoff's funds through Bernard L. Madoff Investments Securities LLC ("BLMIS").

It should be noted that Greenwich Sentry LP has marketed itself as a feeder fund to Bernie Madoff's funds and that their managed assets were actually controlled and managed solely by Bernie Madoff. I and other Investors were lead to believe that our

capital was invested in securities (i.e. stocks and options), which were bought and sold, by Mr. Madoff itself. This presentation had been proven to be a fraud, since none of these securities were actually bought or sold.

I believe that I am entitled to be protected by under "Securities Investor Protection Act of 1970 ("SIPA") law because the Trustee for the liquidation of BLMIS should have not considered Greenwich Sentry LP as a victim of Mr. Madoff's fraud. Instead he should have considered Greenwich Sentry LP as entities that were used by Mr. Madoff to commit his fraud and its whole existence was to act as an aggregator for BLMIS and to feed Mr. Madoff with additional capital.

WHEREFORE, I request the court to accept my motion to dismiss the Trustee's determination in case number 00507.

I would appreciate your prompt attention to this request.

Very truly yours,

Gil Boosidan

cc: Mr. Pickard Irving H. Picard as Trustee for the liquidation of Bernard L. Madoff Investments Securities LLC ("BLMIS")