CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Fax: (212) 504-6666

*Counsel for Milton Fine Revocable Trust, Milton Fine 1997 Charitable Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff-Applicant,        Adv. Pro. No. 08-01789-BRL

     v.

                                                 SIPA Liquidation

BERNARD L. MADOFF INVESTMENT       (Substantively Consolidated)
SECURITIES LLC,

                Defendant.

---------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

                Debtor.

---------------------------------------------------------------X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Cadwalader, Wickersham & Taft LLP ("CWT") hereby appears as attorneys for Milton Fine Revocable Trust, Milton Fine 1997 Charitable

-2-

Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan in the above-captioned SIPC proceeding. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), CWT requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be given and served at the office, address and telephone number set forth below:

Martin L. Seidel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone Number: (212) 504-6000
Telecopy Number: (212) 504-6666
Email: martin.seidel@cwt.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, or any other paper filed in this proceeding, whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise, which affects the above-captioned Defendant, property of such Defendant, or Milton Fine Revocable Trust, Milton Fine 1997 Charitable Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP or The Apmont Group Inc. Pension Plan.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defense, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   January 8, 2010
         New York, New York

                            CADWALADER, WICKERSHAM & TAFT LLP

                            By:   /s/ Martin L. Seidel
                                    Martin L. Seidel

One World Financial Center
New York, NY 102881
Telephone: (212) 504-6000
Fax: (212) 504-6666

Counsel for Milton Fine Revocable Trust, Milton Fine 1997 Charitable Remainder Unitrust, US Trust Co UD Peter M. Lehrer, Peter M. Lehrer and Eileen Lehrer, JSBR Associates LP and The Apmont Group Inc. Pension Plan