Russell Ormsby Morris
10 Fairfield Rd
Observatory
7925 Cape Town
South Africa
russ@yebo.co.za

Dear Sir/ Madam,

Your letter " NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM" I have read carefully. Am I correct in the understanding that Fairfield Sentry is the claimant to "BLMIS" and that I must claim from Fairfield Sentry directly.

Please reply by email or post.

Yours faithfully

RO Morris

RECEIVED
JAN -7 2010
U.S. BANKRUPTCY COURT, SDNY

FAIRFIELD SENTRY LIMITED
Romasco Place, Wickhams Cay 1
Road Town, Tortola
British Virgin Islands, VG 1110

June 22, 2009

Dear Shareholder,

As you are aware from our previous correspondence, on March 4, 2009, the Company made a filing on its own behalf with the Securities Investor Protection Corporation (the "SIPC Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BMIS"). This filing consisted of customer claim forms for accounts 1-FN012 and 1-FN045 maintained by the Company with BMIS, and an addendum referring to the Company's option accounts, 1-FN-069 and 1-FN-070. We determined in consultation with our United States counsel, Seward & Kissel, to make the filing in this manner because the 1-FN012 and 1-FN045 accounts reflected positive balances in their November 2008 BMIS account statements, but the 1-FN-069 and 1-FN-070 accounts reflected negative balances in their November 2008 BMIS account statements.

We understand that a number of shareholders have filed their own claim with the SIPC Trustee, and that the SIPC Trustee is advising that their claims cannot be processed until the Company files customer claim forms for accounts 1-FN-069 and 1-FN-070. We have reviewed the matter with Seward & Kissel. They have re-confirmed their advice that no additional filings are required or necessary.

However, for the avoidance of doubt, the Company will file customer claim forms for accounts 1-FN-069 and 1-FN-070. While we do not believe that such additional filings are required or necessary, we wish to ensure there is no uncertainty or ambiguity in this regard.

Yours faithfully,

The Board of Directors