**Michael J. DiLorenzo**
**30 Everett Avenue**
**Winchester, MA 01890**
**(781) 729-3653**

RECEIVED
JAN - 7 2010
U.S. [stamp]

Jan. 4, 2009

Clerk of the United States Bankruptcy Court for
  the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Bankruptcy Case No. 08-1789 (BRL)
Claim #'s 005635, 005634, and 005636

Dear Clerk of the Court,

I received notice that my claims for coverage under SIPA have been denied.

I am writing to formally disagree and oppose this determination. I base my opposition to the denial of coverage under SIPA on the extraordinary circumstances that are involved in the Madoff fraud case, primarily the failure of the SEC and other government agencies to do their job to protect investors from such frauds, even though the SEC was alerted a number of times and conducted investigations that completely missed the obvious details that would have indicated that a Ponzi scheme was being conducted right before their eyes. This devastated countless people and philanthropic organizations that had put their faith in what appeared to be safe and reliable investments. I lost approximately $5,000,000, and my wife lost $315,000. This represented all our retirement savings, and most of our other assets. I am 68 years old, and my wife is 61. We have little time to replace these retirement savings.

Had the SEC heeded the many warnings by people such as Markopolus, who notified the SEC numerous times, with extensive documentation that the purported earnings that Madoff Investments were claiming were impossible and not credible, this fraud would have been exposed many years ago, long before my wife and I had the ill fortune of putting our money into investments that turned out to be Madoff "feeder funds."

Although I understand the current guidelines of SIPA do not cover indirect investors, I strongly urge the court to find some means of either extending and changing the SIPA guidelines, or offering another remedy so that investors such as my wife and I can recover some of our life savings and full retirement funds through some legal means.

Sincerely,

*Michael J. DiLorenzo*

Michael J. DiLorenzo