**SILLS CUMMIS & GROSS P.C.**
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Philip R. White
Email: pwhite@sillscummis.com
Andrew H. Sherman
Email: asherman@sillscummis.com

*Attorneys for Defendants*
*Emily Chasalow, Mark Chais, Wrenn Chais,*
*William Chais, Miri Chais and the Entities*
*Identified on Exhibit 1 hereto*

Hearing Date: **January 14, 2010**
Hearing Time: **10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789(BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>STANLEY CHAIS, *et al.*,<br><br>      Defendants. | Adv. Pro. No. 09-1172 (BRL) |

**CERTIFICATE OF SERVICE**

     I, Andrew H. Sherman hereby certify that on January 8, 2010, I caused a true copy of

Defendants' *Limited Objections to the Trustee's Proposed Protective Order* to be electronically

filed and served via electronic mail upon counsel to Irving H. Picard, Trustee for the

2

Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities and

Bernard L. Madoff.

Dated:  January 8, 2010
New York, New York

                                      Respectfully submitted,

                                      s/ Andrew H. Sherman
Sills Cummis & Gross P.C.
One Rockefeller Plaza
New York, NY 10020
(212) 643-7000
asherman@sillscummis.com

s\ Andrew H. Sherman
Andrew H. Sherman
Philip R. White
One Rockefeller Plaza
New York, NY 10020
Tel:  212-643-7000
pwhite@sillscummis.com
asherman@sillscummis.com

*Attorneys for Defendants
Emily Chasalow, Mark Chais, Wrenn Chais,
William Chais, Miri Chais and the Entities
identified On Exhibit 1 hereto*

2

# EXHIBIT 1

Unicycle Trading Company  
Unicycle Corporation  
Emily Chais Trust No. 2  
Emily Chais Trust No. 3  
Emily Chais 1983 Trust  
Emily Chais Issue Trust No. 1  
Emily Chais Issue Trust No. II  
Benjamin Paul Chasalow Transferee Trust No.1  
Benjamin Paul Chasalow 1999 Trust  
Rachel Allison Chasalow Transferee Trust No. 1  
Rachel Allison Chasalow 1999 Trust  
Justin Robert Chasalow Transferee Trust No. 1  
Justin Robert Chasalow 1999 Trust  
Onondaga, Inc. Pension Plan  
William Frederick Chais Trust No. 2  
William Frederick Chais Trust No. 3  
William Frederick Chais 1983 Trust  
William Frederick Chais Issue Trust No. I  
William Frederick Chais Issue Trust No. II  
Madeline Chais Transferee Trust No.I  
Madeline Celia Chais 1992 Trust  
Chloe Frances Chais Transferee Trust No. I  
Chloe Frances Chais 1994 Trust  
Jonathan Chais Transferee Trust No. I  
Jonathan Wolf Chais 1996 Trust  
Mark Hugh Chais Trust No. 2  
Mark Hugh Chais Trust No. 3  
Mark Hugh Chais 1983 Trust  
Mark Hugh Chais Issue Trust No. I  
Mark Hugh Chais Issue Trust No. II  
Tali Chais Transferee Trust No. I  
Tali Chais 1997 Trust  
Ari Chais Transferee Trust No. I  
Ari Chais 1999 Trust  
1994 Trust for the Children of Stanley and Pamela Chais  
1996 Trust for the Children of Stanley and Pamela Chais  
William & Wrenn Chais 1994 Family Trust  
1999 Trust for the Grandchildren of Stanley and Pamela Chais  
Chais Investments, Ltd.  
Onondaga, Inc.  
Chais Management, Ltd.,  
Chais Management, Inc.  
Chais Venture Holdings