BERNARD L. MADOFF INVESTMENT SECURITIES, LLC
IN LIQUIDATION
DECEMBER 11, 2005

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM
BANKRUPCY CASE NUMBER 08-1789 (BRL)

RE: EDWARD H. KOHLSCHREIBER SR. REV MGT TRUST 25%
MARY A. KOHLSCHREIBER REV. MGT. TRUST 75% T I C
354 S. OCEAN BLVD., APT. 715
SOUTH PALM BEACH, FL 33480

WE OBJECT TO TRUSTEE'S DEFINITION OF "NET EQUITY" AS PER OUR CLAIM ON BLMIS ACCOUNT NO. 1K0103 DESIGNATED AS CLAIM NUMBER 5434.

I BELIEVE "NET EQUITY" IS DETERMINED BY THE VALUE OF THE ACCOUNT AS OF MADOFF'S FINAL STATEMENT OF NOVEMBER 30, 2008.

Edward H. Kohlschreiber
Mary A. Kohlschreiber

JAN - 8 2010