BERNARD L. MADOFF INVESTMENT SECURITIES, LLC

IN LIQUIDATION

DECEMBER 11, 2008

NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

BANKRUPCY CASE NUMBER 08-1789(BRL)

RE: EDWARD H. KOHLSCHREIBER (IRA)
3545 S. OCEAN BLVD, APT. 715
SOUTH PALM BEACH, FL 33480

I OBJECT TO TRUSTEE'S DEFINITION OF "NET EQUITY" AS PER MY CLAIM ON BLM IS ACCOUNT NO. 1K0113 DESIGNATED AS CLAIM NUMBER 003263.

I BELIEVE "NETEQUITY" IS DETERMINED BY THE VALUE OF THE ACCOUNT AS OF MADOFF'S FINAL STATEMENT AS OF NOVEMBER 30, 2008.

RECEIVED
JAN - 8 2010
U.S. BANKRUPTCY COURT, SDNY