Fabrice EVANGELISTA
5, Villa Houssay
92200 Neuilly Sur Seine
France
Tel : +33 6 47 44 44 44
Fabrice.evangelista@gmail.com



Bankruptcy case N 08-1789 (BRL)

           Clerk of the United States Bankrupcy Court for the
           Southern District of New York
           One Bowling Green
           New York, New York 10004

December 28th, 2009

Madam, Sir,

I opened an account at Banque Syz in Switzerland in January 2007.
This bank offered to me the opportunity to invest in several Hedge Funds and advised me a couple of them.
**Kingate** was one of them and I invested 100 000 Euros in **Kingate Euro fund** in February 2007 (pls find enclosed document 1).
Banque Syz offered to me the opportunity to borrow up to 500 000 USD in order to increase my position in the Kingate fund. In September 2008, I invested 200 000 USD (of borrowed money) in **Kingate Global Fund Ltd.** (pls find enclosed document 2).
On November 30th, my account at Banque Syz had 274 205 Euros of Kingate investments (pls find enclosed Document 3).
I have never withdrawn money in Kingate fund.

I sent a reclamation letter to Banque Syz but they basically told me that they had absolutely no responsibility with regards to my loss (pls find enclose Document 4, in French).

I don't know how to handle this issue as I feel that investing as an individual in a fraud 3 month before it became known is completely unfair.

Therefore, I disagree with the decision of denying my demand and desire a hearing.

If you need additional information regarding my claim, I am available at any time given the importance of this issue for me.

I thank you for your help and I am looking to hearing from you.

Regards

Fabrice Evangelista