Untitled

January 5, 2010

RECEIVED JAN -8 2010 U.S. BANKRUPTCY COURT, SDNY

Clerk of the U.S. Bankruptcy Court for
Southern District of New York
One Bowling Green
New York, NY 10004

SUBJECT: Claim No. 005505 — *Bankruptcy Case 08-1789 (BRL)*

Please find enclosed paperwork showing my investment and reported earnings to my account through Strattham Partners, BMIS Account 1-ZB-2623.

I invested $100,000.00 and as a widow with no pension, I was counting on this as income when I retire. I am asking for reimbursement of my principal.

I ask you to carefully examine the enclosed and reconsider your denial.

Very truly yours,

*Arlene C. Mortimer*

Arlene C. Mortimer
22 Marlow Drive
Jackson, NJ 08527

*Enclosures — 14*