ليـلـى يوسـف المؤيـد

### LAYLA Y. ALMOAYED

December 30, 2009



**Clerk of the United States**
**Bankruptcy Court for**
**The southern District of New York**
**One bowling green**
**New York, New York 10004**

Dear Sir:

### Sub:  SHS FAIRFIELD SENTRY LTD 172.79

I have received your letter dated 8th Dec 2009 wherein you have informed us that my claim of my investment has been denied for which I am surprised since I have submitted all the relevant documents on 5th March 2009 (as per the address provided by you and it has been addressed to you only) and I have received acknowledgement confirmation from your office, copy of the same attached for your ready reference.

However, I am attaching once again herewith the Original Customer claim form duly filled and signed by me towards Liquidation of BERNARD, MADOFF INVESTMENT SECURITIES LLC. I have invested through Credit Suisse and my statement of account is enclosed for your ready reference.

Kindly acknowledge the receipt of the same and please do the needful towards my claim.

Thanks & Regards,

y  **LAYLA Y ALMOAYYED**