1/6/2010

TO:    US BANKRUPTCY COURT
         THE SOUTHERN DISTRICT OF NY
         ONE BOWLING GREEN
         NEW YOURK, NEW YORK 10004
               AND
         IRVING H. PICARD, TRUSTEE
         %BAKER & HOSTETLER LLP
         ATT:   CLAIMS DEPT
         45 ROCKEFELLER PLAZA
         NEW YORK, NY 10111

CLAIM NUMBER 08-1789 (BRL)

I disagree with denial of the claim of IVS Investments in the hope that the regulation re "feeder" funds will be changed in the future.

*[signature]*
RUSSERLL G. SHERMAN
GENERAL PARTNER (IVS)

CLAIM # 012918