## REMY INVESTMENTS CORP
Correspondence address;
36 Wilton Crescent
London SW1X 8RX
Tel: 0207235 5771 Fax: 020 7235 5772

January 5,2010

**Clerk of the United States Bankruptcy Court for**
The Southern District of New York
One Bowling Green
New York,New York 10004

Without Prejudice

JAN - 8 2010

Dear Sir/Madam

**Notice of Trustee's Determination of Claim**
**Bankruptcy Case No: 08 – 1789 (BRL)**

Further to the notice dated December 8,2009 received after the festive holidays on January 4,2010.

We had submitted ALL relevant supporting documentation with our initial claim designated as,Claim No: 009170.

Remy Investments Corp had vested share stock with the Bernard L Madoff investments; Kingate Global Fund and the Fairfield Sentry Fund. totalling in excess of USD15.6 million. As such Remy Investments Corp is rather surprised and shocked to learn from the Notice that the said funds are not directly linked to the "BLMIS" when the said funds were also mentioned in the media covering the Madoff "scam".

Remy Investment Corp would very much appreciate if you could advise us exactly how the said funds are not related to "BLMIS" and Remy Investment Corp reserves the right to pursue this matter legally with all relevant authorities pertaining to this matter.

Thank you

for Remy Investments Corp

Ann Kallgren