**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
              Plaintiff, :
: Adversary Proceeding
        — *versus* — :
: No. 08-01789 (BRL)
BERNARD L. MADOFF INVESTMENT :
SECURITIES, LLC, : SIPA Liquidation
:
             Defendant :
---------------------------------------------------------------- x
In re BERNARD L. MADOFF, :
:
             Debtor :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

State of New York    )
                             )    ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.     I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY 10104.

        2.     On January 7, 2010, I caused to be served true and correct copies of the following documents upon the parties listed on <u>Exhibit A</u> attached hereto by hand delivery or overnight delivery, as indicated:

- Objection to Determination of Claim of Oversea Chinese Bank Nominees PTE Ltd. [Docket No. 1439];

- Objection to Determination of Claim of Riva y Garcia Selección Alternativa IICIICL [Docket No. 1440];

ny-906771

- Objection to Determination of Claim of Booming Inversiones S.I.C.A.V., S.A. [Docket No. 1441];

- Objection to Determination of Claim of Gassolans Inversiones S.I.C.A.V., S.A. [Docket No. 1443];

- Objection to Determination of Claim of Hathor Invest S.I.C.A.V., S.A. [Docket No. 1445];

- Objection to Determination of Claim of Inversiones Lutimo S.I.C.A.V., S.A. [Docket No. 1447];

- Objection to Determination of Claim of Privat Fondos Global F.I. [Docket No. 1448];

- Objection to Determination of Claim of Shilling Inversiones S.I.C.A.V., S.A. [Docket No. 1449]; and

- Objection to Determination of Claim of Strip Inversiones S.I.C.A.V., S.A. [Docket No. 1450].

/s/ Laura Guido
Laura Guido

Sworn to before me on this
11th day of January 2010

/s/ Jeanette C. Harris
Notary Public

JEANETTE C. HARRIS
Notary Public, State of New York
No. 01HA4947008
Qualified in Orange County
Certificate Filed in New York County
Commission Expires March 27, 2011

ny-906771

## Exhibit A

**By Hand Delivery**
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Chambers of the Honorable Burton R. Lifland

**By UPS Overnight Delivery**
Irving Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

ny-906771