# EXHIBIT A

**Guardian Angel**

| Person/Address | Totals |
|---|---|
| Adele Rynkiewicz, I/T/F Ryanne Rynkiewicz<br>4221 NE 26th Avenue<br>Ft. Lauderdale, FL   33308 | $   116,681.96 |
| Andrea King<br>12015 Matera Lane, Unit 104<br>Bonita Springs, FL   34135 | $   259,536.22 |
| E. Anne Sanders<br>6507 First Avenue NW<br>Seattle, WA   98117 | $   341,447.37 |
| Brenda J. Chapman<br>2216 North Cypress Bend Drive, Apt. 410<br>Pompano Beach, FL   33069 | $   349,674.34 |
| Charles M. Rowan Jr., IRA Account<br>4720 NE 26th Avenue<br>Ft. Lauderdale, FL   33308 | $   72,992.95 |
| Christina P. Strobel Trust<br>11 Fort Royal Isle<br>Ft. Lauderdale, FL   33308 | $   108,645.36 |
| Corinne G. Playso<br>1972 SE 16th Court<br>Pompano Beach, FL   33062 | $   73,992.91 |
| Craig Snyder Trust<br>1972 SE 16th Court<br>Pompano Beach, FL   33062 | $   24,861.40 |
| Craig Snyder<br>1972 SE 16th Court<br>Pompano Beach, FL   33062 | $   105,324.39 |
| David W. Stepelton Family Trust<br>Steven Jacob & Frank Walker, Co-Trustees<br>1755 NE 52 Street | $   182,888.53 |

| | | |
|---|---|---|
| Ft. Lauderdale, FL  33334 | | |
| Deborah McMurtrey, IRA<br>5241 NE 19th Avenue<br>Ft. Lauderdale, FL  33308 | $ | 20,978.39 |
| Donald A. & M. Carolyn Dunkle<br>2768 Carambola Circle S.  #105<br>Coconut Creek, FL  33066 | $ | 163,242.54 |
| Douglas Stepelton Trust<br>Frank Walker & Steven Jacob, Trustees<br>2395 SE 8th Street<br>Pompano Beach, FL  33062 | $ | 146,752.69 |
| Douglas A. & Virlee Stepelton<br>2395 SE 8th Street<br>Pompano Beach, FL  33062 | $ | 50,636.11 |
| Edward J. Strobel Trust<br>11 Fort Royal Isle<br>Ft. Lauderdale, FL  33308 | $ | 108,645.36 |
| Edith Pillsbury<br>P.O. Box 1022<br>Forest Grove, OR  97116 | $ | 270,600.02 |
| Ellen W. Sanders<br>500 Elmington Ave. #310<br>Nashville, TN  37205 | $ | 285,156.33 |
| Fred McMurtrey, IRA<br>5241 NE 19th Avenue<br>Ft. Lauderdale, FL  33308 | $ | 20,978.39 |
| Fred McMurtrey<br>5241 NE 19th Avenue<br>Ft. Lauderdale, FL  33308 | $ | 109,629.36 |
| Brenda J. Buckley, IRA<br>8930 State Road 84, #218<br>Davie, FL  33324 | $ | 93,439.19 |

| Name / Address | Amount |
|---|---|
| Jane Gray Solomon Trust<br>1755 NE 52 Street<br>Ft, Lauderdale, FL 33334 | $ 251,532.20 |
| Donna Jean Rowan, IRA Account<br>4720 NE 26th Avenue<br>Ft. Lauderdale, FL 33308 | $ 72,564.17 |
| Jenny Jacob, UGMA<br>1755 NE 52 Street<br>Ft. Lauderdale, FL 33334 | $ 41,532.82 |
| Karen S. Audet IRA<br>4231 NE 16th Avenue<br>Ft. Lauderdale, FL 33334 | $ 229,159.23 |
| Lila R. Goodman<br>4750 NW 22nd Court<br>Lauderhill, FL 33313 | $ 37,410.34 |
| Martha S. Gennett, IRA<br>4501 NE 21st Avenue, Apt. #406<br>Ft. Lauderdale, FL 33308 | $ 40,207.88 |
| Martha S. Gennett, Roth IRA<br>4501 NE 21st Avenue, Apt. #406<br>Ft. Lauderdale, FL 33308 | $ 21,833.55 |
| Martha S. Gennett<br>4501 NE 21st Avenue, Apt. #406<br>Ft. Lauderdale, FL 33308 | $ 375,911.16 |
| Martha Mohr-Franta<br>350 SE 16th Avenue<br>Pompano Beach, FL 33060 | $ 238,339.35 |
| Matthew F. V. Jacob<br>1755 NE 52 Street<br>Ft. Lauderdale, FL 33334 | $ 14,745.15 |
| Melissa Donelson<br>5708 Twain Drive<br>Flower Mound, TX 75028 | $ 19,100.92 |

| | |
|---|---:|
| Michael F. Jacob<br>7117 Benhart Drive<br>Raleigh, NC 27613 | $ 69,226.47 |
| Natale Barbara Trust F/B/O Mary Barbara<br>2520 NW 52 Avenue<br>Lauderhill, FL 33313 | $ 74,591.22 |
| Patrick & Patricia Cooney<br>108 River Ridge Lane<br>Roswell, GA 30075 | $ 112,298.99 |
| Regina Carle<br>270 B Lynnwood Avenue<br>Tyrone, Ga 30290 | $ 54,788.88 |
| Riley Goff<br>2028 Eagle Valley Drive<br>Birmingham, AL 35242 | $ 24,402.25 |
| Robert S. Jacob<br>4145 W. 131 Terrace<br>Leawood, KS 66209 | $ 213,785.47 |
| Scott S. Patience<br>2212 Cypress Bend Drive South, Apt. 804<br>Pompano Beach, FL 33069 | $ 101,145.85 |
| Sean Stepelton<br>5110 N. Federal Hwy. Suite 100<br>Ft. Lauderdale, FL 33308 | $ 673,318.40 |
| Sharon Falls<br>4929 SW 32nd Terrace<br>Ft. Lauderdale, FL 33312 | $ 43,835.03 |
| Stepelton Advisors, Inc.<br>5110 N. Federal Hwy.<br>Suite 100<br>Ft. Lauderdale, FL 33308 | $ 53,045.35 |
| Susan Kovach ITF Joan Kovack Martin | $ 255,069.72 |

| | |
|---|---|
| 1672 SE 21st Avenue<br>Pompano Beach, FL   33062 | |
| Trisha Nichols<br>2061 NW 47th Terrace #314<br>Ft. Lauderdale, FL   33313 | $   38,194.62 |
| Walter M. & Brenda J. Buckley<br>8930 State Road 84, #218<br>Davie, FL   33324 | $   265,539.86 |
| Walter M. Buckley, IRA<br>8930 State Road 84, #218<br>Davie, FL   33324 | $   214,708.59 |