# EXHIBIT A

**P&S TRACKING**

| Person | Address | Total |
|---|---|---|
| Pamela S. & John F. Bogaert #1 | 1501 SE 8th Drive<br>Okeechobee, FL 34974 | $ 182,393.27 |
| Pamela S. & John F. Bogaert #2 | 1501 SE 8th Drive<br>Okeechobee, FL 34974 | $ 101,103.83 |
| Pamela S. & John F. Bogaert #3 | 1501 SE 8th Drive<br>Okeechobee, FL 34974 | $ 43,719.59 |
| Dorothy K. Bulger | P.O. Box 963<br>Okeechobee, FL 34973-0963 | $ 248,881.84 |
| Carone Family Trust | Matthew D. Carone, Trustee<br>c/o Ray Ballotta<br>7901 SW 6th Ct., Ste 140<br>Plantation, FL 33324 | $ 352,908.17 |
| Carone Gallery Inc. Pension Trust | 904 Rio Vista Blvd.,Ft. Lauderdale,33301<br>43 Brunell Ave., Lenox, MA 01240 (June-Sept) | $ 657,920.58 |
| Carone Martial Trust #1 | Matthew D. Carone TTEE/ C/O Ray Ballotta<br>7901 SW 6th Ct., Ste. 140<br>Plantation, FL 33324 | $ 592,677.12 |
| Carone Martial Trust #2 | Matthew D. Carone TTEE/ c/o Ray Ballotta<br>7901 SW 6th Ct., Ste 140<br>Plantation, FL 33324 | $ 684,400.72 |
| Matthew D. Carone Revocable Trust | 904 Rio Vista Blvd.<br>Ft. Lauderdale, FL 33301 | $ 155,574.12 |
| Centro de Capacitacao da Juventude | c/o Father George Boran, cssp<br>Rua Bispo Eugenio Demazenod 463-A<br>Vila Alpina<br>03206-040 Sao Paulo, SP, Brazil | $ 8,166.05 |
| Robin L. Costa | 3750 Galt Ocean Drive, #1409<br>Ft. Lauderdale, FL 33308 | $ 458,904.78 |
| Lauren Disbury | 1430 SE 13th Ave.<br>Deerfield Beach, FL 33442 | $ 9,369.09 |
| Sandra W. Dydo | c/o Michael & Diane Bienes<br>141 Bay Colony Dr.<br>Ft. Lauderdale, FL 33308 | $ 210,803.56 |
| Joyce Forte or, Bruce Cummings or Lynn Cummings | 1960 NE 55th St.<br>Ft. Lauderdale, FL 33308 | $ 272,658.41 |
| Myra Friedman Revocable Trust | Myra Friedman,Trustee<br>Winthrop House, #303<br>100 Worth Ave.<br>Palm Beach, FL 33480 | $ 786,697.65 |
| Paul J. Frank | Paul J. Frank Revocable Living Trust<br>3233 NE 34th Street, #622<br>Ft. Lauderdale, FL 33308 | $ 268,125.10 |
| Group Benefit Consultants, Inc. | Defined Benefit Plan & Trust<br>Gary & Judith Chapman, Trustees<br>33 SE 7th Street<br>Boca Raton, FL 33432 | $ 391,071.53 |
| Marvin & Calla Gutter | 3176 N. 34th St.<br>Hollywood, FL 33021 | $ 203,514.41 |
| HG-Compassion Fund | Fr. Noel P. O'Meara, CSSp. | |

| Name | Address | Amount |
|---|---|---|
| | Holy Ghost Fathers of Ireland, St. Michael's Colleg<br>Ailesbury Road<br>Dublin 4. Ireland | $ 704,132.48 |
| Holy Ghost Fathers of Ireland, Inc. | C/O Fr. Maurice Shortall, C.S.Sp<br>263 SW 6th place<br>Pompano Beach, FL  33060 | $ 52,562.59 |
| Holy Ghost Fathers of Ireland, Inc. | C/O Fr. D. Casey, C.S.Sp<br>160 N. Rengstorff Ave.<br>Mountain View, CA 94043 | $ 480,058.98 |
| HG-Ireland | Fr. Patrick Doody & Fr. Richard Olin<br>48-49  37th Street<br>Long Island City, NY  11101 | $ 598,853.03 |
| HG-Mombasa | Reverend James Delaney, CSSp.<br>Saint Aloysius Church<br>619 West Side Ave.<br>Jersey City, NJ  07304 | $ 85,363.37 |
| Holy Ghost Fathers Pastoral Juvenil | c/o Father George Boran, Cssp<br>Rua Bispo Eugenio Demazenod 463-A<br>Vila Alpina<br>03206-040 Sao Paulo, SP, Brazil | $ 71,734.90 |
| HG-SW Brazil | ATTN: Frs. Hugh de Blacam & John Horan<br>Av. Alvaro Ramos, 251<br>Caixa Postal 10055<br>03098-970 - Belem - Sao Paulo, Brazil | $ 929,549.22 |
| Joan Hughes | 2245 River Ridge Dr.<br>Deland, FL 32720 | $ 188,839.73 |
| Charles L. Jordan | 12401 Lakewood Dr.<br>Laurinburg, NC 28352 | $ 51,903.64 |
| James A. Jordan Living Trust | 288 Codrington Drive<br>Lauderdale By The Sea, FL  33308 | $ 631,789.37 |
| Reverend Monsignor Vincent T. Kelly | 4595 Bayview Drive<br>Ft. Lauderdale, FL  33308 | $ 57,383.69 |
| Kelly Trust | Reverend Monsignor Vincent T. Kelly<br>Irrevocable Trust<br>4595 Bayview Drive<br>Ft. Lauderdale, FL  33308 | $ 172,195.96 |
| Henry C. & Irmgard M. Koehler, Trustees | Henry C. & Irmgard M. Koehler, Revocable Trust<br>Frobellaan 22<br>3706 TG, Zeist<br>The Netherlands<br>**NO MAIL - Please Fax to 01131302961558 (Netherlands)** | $ 517,499.62 |
| Adam C. & Tonya K.  Langley | 1488 SW 28 Terr.<br>Deerfield Beach, FL  33442 | $ 84,283.67 |
| Gerald Login | 355 South End Ave., Apt. 22A<br>New York, NY 10280 | $ 743,013.47 |
| Janet E. Molchan | 5100 N. Ocean Blvd.<br>Apt. 302<br>Ft. Lauderdale, FL  33308 | $ 442,209.87 |
| Burt Moss & Associates, Inc. 401K Plan | Burt Moss & Susan Moss, Trustee<br>1191 E. Newport Center Dr., Ste 104<br>Deerfield Beach, FL  33442 | $ 511,605.29 |
| Burt & Susan Moss, TEN ENT | 2860 NE 19th St.<br>Pompano Beach, FL 33062 | $ 1,411,500.74 |

| Name | Address | | Amount |
|---|---|---|---:|
| Abraham & Rita Newman | 10304 Lollipop Lane<br>Orlando, FL 32821 | $ | 64,910.90 |
| Mary Ellen Nickens | 6520 NE 21 Drive<br>Ft. Lauderdale, FL 33308-1004 | $ | 151,978.68 |
| Paroquia de Santa Luzia | c/o Father John Fitzpatrick & Kevin Corrigan<br>Saint Athanasius Church<br>160 North Rengstorff Avenue<br>Mountain View, CA 94043 | $ | 217,067.24 |
| Frank & Patricia Perkins, Jr. | 1600 NE 59th Pl.<br>Ft. Lauderdale, FL 33334 | $ | 779,777.59 |
| Robert & Suzanne Plati | 6283 Bay Club Drive, #4<br>Ft. Lauderdale, FL 33308 | $ | 200,338.61 |
| Suzanne King Plati Revocable Trust | Suzanne K. Plati, Trustee<br>6283 Bay Club Dr., Apt 4<br>Ft. Lauderdale, FL 33308 | $ | 506,877.62 |
| Sam & Edith Rosen | 7692 New Ellenton Dr.<br>Boynton Beach, FL 33437 | $ | 405,932.14 |
| Abraham & Shirley Saland | 10329 Silverlake Drive<br>Boca Raton, FL 33428 | $ | 178,435.41 |
| Alex & Angela Shanks | 2105 NE 63rd St.<br>Ft. Lauderdale, FL 33308 | $ | 31,620.53 |
| Catherine C. Walden, Trustee | Catherine G. Walden Revocable Trust dtd 2/12/98<br>123 Spring Glen Dr.<br>DeBary, FL 32713-2514 | $ | 639,887.94 |
| Walsh Family Trust #1 | James R. Walsh Trustee<br>706 Lakeside Circle<br>Pompano Beach, FL 33060 | $ | 3,747.75 |
| Walsh Family Trust #2 | James R. Walsh Trustee<br>706 Lakeside Circle<br>Pompano Beach, FL 33060 | $ | 17,922.88 |
| Walsh Family Trust #3 | James R. Walsh Trustee<br>706 Lakeside Circle<br>Pompano Beach, FL 33060 | $ | 34,438.32 |
| Robert G. Walsh Family Trust #3 | James R. Walsh Trustee<br>706 Lakeside Circle<br>Pompano Beach, FL 33060 | $ | 23,371.62 |
| Robert G. Walsh Family Trust #4 | James R. Walsh, Trustee<br>37 Hawkins Ave.<br>Hamberg, NY 14075 | $ | 39,903.53 |
| W. Waite & Susan M. Willis Jr. | 4416 Hallam Hill Ln.<br>Lakeland, FL 33813 | $ | 7,306.25 |
| Rebekah Wills & Richard J. Wills, Jr. | 5801 Mantanzas Dr.<br>Sebring, FL 33872 | $ | 26,224.92 |
| Elaine Ziffer | 3100 NE 47th Ct.<br>Apt. 301<br>Ft. Lauderdale, FL 33308-5363 | $ | 924,416.15 |
| **Susan M. & Victor G. Shaheen** | 2541 NW 107 Avenue<br>Coral Springs, FL 33065 | | $131,969.39 |
| **Ande Anderten** | 12 Beechcroft Rd.<br>Newton, MA 02458 | | $103,769.37 |