# EXHIBIT A

S&P list 1

| Name/Address | Amount |
|---|---|
| Katherine F. Astley<br>197 Cameron Drive<br>Weston, FL 33326-3514 | 35,674.24 |
| Martin L. & Gloria Braun<br>823 Promenade Way, Apt. #104<br>Jupiter, FL 33458 | $16,101.73 |
| James Caplinger<br>309 Blackbird Way<br>Lewisburg, WV 24901 | $57,698.38 |
| Denise A. Cram<br>91 Princeton Avenue<br>Waltham, MA 02154 | $35,924.19 |
| Diane M. DenBleyker<br>14 River Point Dr.<br>Palm Coast, FL 32137 | $17,347.48 |
| Leo L. & Mary V. Dunham, co-trustees<br>Leo L. & Mary V. Dunham revocable trust, dtd 10/11/90 amended 2/20/96, amended 1/28/00<br>10002 Gramerly Lane<br>Orlando, FL 32821 | $18,909.28 |
| Deborah Fellman Revocable Trust<br>Deborah Fellman, Trustee<br>4016 Cornwell A<br>Boca Raton, FL 33434-2948 | $55,108.53 |
| Morton Fellman, Trustee<br>Revocable Trust dated 5/20/97<br>10650 Crystal Lake Drive<br>Boca Raton, FL 33428 | $93,929.02 |
| Jesse A. & Lois A. Goss, Trustees U/A dated 11/1/1990<br>10004 Gannon Lane<br>Orlando, FL 32821 | $4,516.87 |
| Mary S. Haslam<br>213 Cameron Drive<br>Weston, FL 33326 | 63,200.27 |
| Robert H. & Dorothy D. Henley<br>4508 NE 21st Lane<br>Ft. Lauderdale, FL 33308-4713 | $12,430.15 |

| | |
|---|---|
| Antonio Hidalgo. c/o Eduardo Hidalgo<br>525 N. Ocean Blvd., #1014<br>Pompano Beach, FL 33062 | $127,993.41 |
| Gayl Hinerman<br>831 Lyons Rd., #23101<br>Coconut Creek, FL 33434 | $10,334.06 |
| Phillip A. & Jolene O. Hocott<br>344 Fairway Drive<br>Waynesville, NC 28786 | $1,419.26 |
| Alicia N. Holloway Revocable Trust<br>6550 N. Federal Hwy., Suite 200<br>Ft. Lauderdale, FL 33308 | 26,765.92 |
| Kristina Anne Holloway<br>6550 N. Federal Hwy., Ste. 200<br>Ft. Lauderdale, FL 33308 | $9,236.26 |
| Helen F. Holt, trustee<br>Helen F. Holt Revocable Trust dtd 8/8/86<br>St. Andrews Estates North<br>6152 North Verde Trail, Apt. C211<br>Boca Raton, Fl 33433 | $153,551.24 |
| Edward M. Jacobs<br>5321 Seaton Hall Lane<br>Orlando, FL 32821 | $39,227.23 |
| Kim D. Janicek, custodian<br>Cody F. Janicek, UGMA<br>15 Alan Court<br>Farmingdale, NY 11735 | $14,205.05 |
| Rosemary Leo-Sullivan<br>4142 NW 6th Street<br>Deerfield Beach, FL 33442 | $65,134.60 |
| Stanley & Emilie Leonardi<br>141 A Eastbourne Court<br>Ridge, NY 11961 | $69,521.16 |
| Dorothea V. Marema<br>2880 NE 14th St. Cswy.<br>Apt. 107<br>Pompano Beach, FL 33062 | $65,156.33 |
| Catharine B. McGarey | $13,214.02 |

c/o Ames C. & Robert B. McGarey
5930 E. Orange Blossom Lane
Phoenix, AZ  85018

Louise McIlvaine, trustee
Louise McIlvaine Living Trust dtd 10/18/95                    $77,311.00
2121 Fox Lake Rd.
Wooster, OH  44691

Susan Michaelson Trust dated 2/8/05                           $76,670.12
Susan Michealson, Trustee
101 Bay Colony Drive
Ft. Lauderdale, FL  33308

                                                              $105,182.65
Paul & Tina Paolozzi
33 Prentiss Drive
Hopewell Junction, NY  12533

Beverly J. Payne                                              $31,356.29
1660 NW 42 Street
Oakland Park, FL  33309


2009 FINAL
                                                              $16,647.33
Jeffrey W. Posser
2555 NE 11th Street, #603
Ft. Lauderdale, FL  33304-3215

Irwin B. & Mary N. Reed, Trustees
Irwin B. Reed Trust dtd 6/7/00                                $146,631.84
9892 SE 177 Lane
Summerfield, FL  34491

Lynn Rosen
626 Woodgate Circle                                           $584.63
Sunrise, FL  33326

Saul Rosen
2420-9 Hunter Avenue                                          $91,580.04
Apt. 9F
Bronx, NY  10475-5634

Lucille Rowlette
10027 Gannon Lane                                             $84,467.18
Orlando, FL  32821

Angela M. Silecchia
8971 SW 6th Ct.                                               $9,958.12

Planation, FL 33324

Kathryn and/or Angela Silecchia
8971 SW 6th Ct.                                                                  $8,563.80
Plantation, FL 33324

Kathryn and/or Debra Silecchia
13121 SW 33rd Ct.                                                                $22,505.67
Davie, FL 33330

Jess L. and /or Alice B. Taylor                                                  $124,199.53
2614 Golfside Ct.
Naples, FL  34110

Richard F. & Bette West
2800 SW 41st. St.                                                                $1,905.33
Bldg. 200, Apt. 1005
Ocala, FL 34474

0812 S&P Tracking

| | |
|---|---|
| Barbara Aymes<br>10368 Sunset Bend Drive<br>Boca Raton, FL  33428 | $248,856.88 |
| Kathryn L. Babcock<br>3208 Colony Club Rd., Apt. 6<br>Pompano Beach, FL  33062-4730 | $21,361.58 |
| Roger G. & Terry A. Bond<br>3111 NE 57th St.<br>Ft. Lauderdale, Fl  33308 | 2,454,397.31 |
| Laurel & William Bonhage<br>5519 Reid Lane<br>Allentown, PA  18104-9001 | $19,145.06 |
| Ruth J. Brown Revoc. Trust<br>1741 NE 58th Street<br>Ft. Lauderdale, FL  33334 | $54,503.14 |
| Gary R. Chapman<br>5926 Bartram Street<br>Boca Raton, FL  33432 | $7,821.79 |
| Johanna Wills Clark<br>2544 Saint Heather way<br>Orlando, FL 32806 | $26,592.53 |
| John & Lois Combs<br>5145 SE Matousek St.<br>Stuart, FL 34997 | $313,106.36 |
| Eldridge Family Limited Partnership<br>607 3rd Key Dr.<br>Ft. Lauderdale, FL  33304 | $673,644.06 |
| Festus & Helen Stacy Foundation, Inc.<br>c/o Douglas A. Stepelton<br>5110 N. Federal Hwy., Suite 100<br>Ft. Lauderdale, FL  33308 | 12,645,053.59 |
| Fox Family Partnership<br>2760 NE 52nd St.<br>Ft. Lauderdale, FL  33308 | $148,158.79 |

Barbara B. Fox, Trustee
451 Heritage Dr.
Apt. 703
Pompano Beach, FL 33060

$287,387.48

Ralph C. Fox, Trustee
451 Heritage Dr.
Apt. 703
Pompano Beach, FL 33060

$997,084.58

Ersica P. Gianna Trustee
Ersica P. Gianna Living Trust dtd 9/25/01
3101 NE 47 Court, #102
Ft. Lauderdale, FL 33308-5348

$161,720.88

Wallace M. Goodman
4751 NW 21 St.
Bldg. 12, Apt. 210
Lauderhill, FL 33313

$271,081.08

Guardian Angel Trust, L.L.C.
PO Box 11941
Ft. Lauderdale, FL 33339

$6,186,696.90

Margaret B. Gwinn, Trustee
Margaret B. Gwinn Trust
211 Lakeside Circle
Pompano Beach, FL 33060-7707

$135,672.30

Adam S. Holloway
121 Theory
Irvine, CA 92617

$185,709.41

Scott W. Holloway
6550 N. Federal Hwy., Suite 200
Ft. Lauderdale, FL 33308

$173,974.43

Howard H. & Joyce C. Horwitz, Trustees
Living Trust dtd 1/27/97
7675 Trapani Lane
Boynton Beach, FL 33437

$112,195.42

Alice B. Iuen
Revocable Living Trust dated 3/21/1994
2142 NE 15 Terrace
Ft. Lauderdale, FL 33305

$348,191.27

Marvin F. Iuen, Trustee

$146,274.56

2142 NE 15 Terrace  
Ft. Lauderdale, FL  33305

James Judd & Valerie Bruce Judd　　　　　　　　　　　　$48,897.06  
2421 Barcelona Drive  
Ft. Lauderdale, FL  33301

Beverly B. Lewis  
5555 N. Ocean Blvd., #33　　　　　　　　　　　　　　　$174,939.51  
Ft. Lauderdale, FL  33308

Margaret Lipworth & Donna Moss  
3100 NE 47th Court　　　　　　　　　　　　　　　　　　$197,964.75  
Townhouse #3  
Ft. Lauderdale, FL  33308

Richard P. & Dora F. Long  
259 Sago Palm St.　　　　　　　　　　　　　　　　　　　$239,232.18  
Largo, FL  33778-1306

Marguerite Marinaro　　　　　　　　　　　　　　　　　　180,537.40  
34 Dixie Lane  
East Islip, NY  11730

Paul H. Mueller  
4061 NE 26th Avenue　　　　　　　　　　　　　　　　　　$490,291.17  
Ft. Lauderdale, FL  33308

Karen Newman  
7 Tee Lane　　　　　　　　　　　　　　　　　　　　　　$30,071.96  
Port Jefferson Station, NY  11776

Louis S., Jr. or Darlene A. O'Neal　　　　　　　　　　　　$131,617.45  
1939 Anniston Road  
Jacksonville, FL  32246

Michael J. Podwill  
1-2 Bridle Path　　　　　　　　　　　　　　　　　　　　111,136.79  
Ossining, NY 10562

Robert R. & Gail Podwill  
10996 Boca Woods Lane　　　　　　　　　　　　　　　　148,592.99  
Boca Raton, FL  33428

Bette Anne Powell  
Arbor lakes  
4650 N. Lake Vista Trail　　　　　　　　　　　　　　　　$237,943.51  
Hernando, FL  34442

| | |
|---|---|
| Glen O. & Barbara J. Powell<br>19 Princess Rose Dr.<br>Palm Coast, FL 32164-7120 | 31,887.31 |
| Phil & Mica Roughton<br>4503 NE 22nd Rd.<br>Ft. Lauderdale, FL 33308 | $60,501.88 |
| Joseph A. Speizio<br>39 Woodlot Road<br>Ridge, NY 11961-1908 | $403,889.10 |
| SPJ Investments, Ltd.<br>6550 N. Federal Hwy., #210<br>Ft. Lauderdale, FL 33308-1404 | $10,791,309.58 |
| Ann or Michael Sullivan<br>4105 NE 21st Avenue, Apt. 2<br>Ft. Lauderdale, FL 33308 | $308,256.13 |
| Ann M. Sullivan<br>4105 NE 21st Avenue, #2<br>Ft. Lauderdale, FL 33308 | $397,488.41 |
| Michael D. & L. Gail Sullivan<br>2590 NE 41 St.<br>Ft. Lauderdale, FL 33308 | $31,153.62 |
| Wallick Family Edcational Trust<br>C/O Gregg and Cindy Wallick<br>459 NE 15th Ave.<br>Ft. Lauderdale, FL 33301 | $85,859.17 |
| Cindy Wallick<br>459 NE 15th Ave.<br>Ft. Lauderdale, FL 33301 | $1,540,545.26 |
| Gregg Wallick<br>11901 SW 3rd Street<br>Plantation, FL 33325 | $28,460.45 |
| The Robert G. Walsh Family Trust #2<br>James R. Walsh, Trustee<br>37 Hawkins Ave.<br>Hamberg, NY 14075 | 1,190.05 |
| James R. & Kathleen Walsh<br>706 Lakeside Circle<br>Pompano Beach, FL 33060 | 256,207.51 |

| | |
|---|---|
| Kathy G. Walsh-POD David Walsh<br>5280 NE 28th Avenue<br>Ft. Lauderdale, FL 33308 | 561,361.45 |
| Evelyn L. Willis<br>515 East Beacon Rd.<br>Lakeland, FL 33803-3019 | $47,548.02 |
| Eileen W. & Richard J. Wills, Jr.<br>60 Revere Park<br>Nashville, TN 37205 | $1,441.55 |
| George & Sybil Wirick<br>440 E. Dogwood st.<br>Monticello, FL 32344 | $67,303.33 |
| Jack B. & Barbara B. Wirick<br>3348 Washington St.<br>Monticello, FL 32344 | $70,144.22 |
| James E. Yonge, Trustee<br>James E. Yonge Trust, u/a dtd 1/2/95<br>3948 3rd St. South<br>Jacksonville Beach, Fl 32250-5847 | 224,844.99 |