# EXHIBIT A

SP&J LTD Tracking

| | |
|---|---|
| Kathryn Babcock<br>401 Briny Ave., Apt. 407<br>Pompano Beach, FL 33062 | $244,455.49 |
| Gary Bizzell<br>4929 SW 32 Terrace<br>Ft. Lauderdale, FL 33312 | $23,960.73 |
| James Caplinger<br>202 Adams St.<br>Nelsonville, OH 45764 | $51,198.38 |
| **Michelle A. Carter**<br>3829 NW 36 Street<br>Gainesville, FL 32605 | $17,643.66 |
| **Melanie D. Cooksey**<br>15005 Brahma Road<br>Polk City, FL 33868 | $7,164.82 |
| **Fernando M. Esteban**<br>123 Main St.<br>Nantucket, MA 02554 | $25,438.16 |
| **Margaret E. K. Esteban**<br>123 Main St.<br>Nantucket, MA 02554 | $766,244.52 |
| **Sharon Falls**<br>4929 SW 32 Terrace<br>Ft. Lauderdale, FL 33312 | $31,139.61 |
| Lila R. Goodman<br>4750 NW 22 Ct., Bldg 11 Apt 512<br>Lauderhill, FL 33313 | $217,688.16 |
| Wallace M. Goodman<br>4751 NW 21 St.<br>Apt 210<br>Ft. Lauderdale, FL 33313 | $126,209.17 |
| Phillip A. Hocott Living Trust<br>Phillip and Jolene Hocott, Trustees<br>344 Fairway Drive<br>Waynesville, NC 28786 | $703,169.21 |

| | |
|---|---|
| Don G. Holloway<br>2733 Via Cipriani<br>Bldg 834-A<br>Clearwater, FL 33764 | **$251,902.13** |
| **Scott W. Holloway**<br>6550 N. Federal Hwy., Suite 200<br>Ft. Lauderdale, FL  33308 | **$801,373.38** |
| Joan L. Hughes<br>2245 River Ridge Rd.<br>Deland, FL  32720 | **$207,378.01** |
| Lawrence Hughes<br>2245 River Ridge Rd.<br>Deland, FL  32720 | **$231,296.29** |
| **James Allen Jordan**<br>288 Codrington Dr.<br>Lauderdale By The Sea, FL 33308 | **$4,059,665.37** |
| **Chris P. Lambert III**<br>9171 quail Trail<br>Jupiter, FL  33478 | **$200,636.38** |
| **Beverly B. Lewis**<br>5555 N. Ocean Blvd., #33<br>Ft. Lauderdale, FL  33308 | **$45,832.79** |
| **Richard P. Long**<br>259 Sago Palm St.<br>Largo, FL  33778-1306 | **$184,878.19** |
| **Dorothea V. Marema**<br>2880 NE 14 St., Apt 107<br>Pompano Beach, Fl 33062 | **$97,813.02** |
| **Marilyn Kay Mick**<br>5145 SE Matousek St.<br>Stuart, FL  34997 | **$22,185.11** |
| **Robert G. Mick**<br>5145 SE Matousek St.<br>Stuart, FL  34997 | **$237,696.34** |
| Burton H. Moss<br>2860 NE 19th St.<br>Pompano Beach, FL  33062 | **$678,524.22** |

| Name / Address | Amount |
|---|---|
| **Louis S. O'Neal, Jr.**<br>1939 Anniston Road<br>Jacksonville, FL 32246 | $250,177.81 |
| **Bette Anne Powell**<br>Arbor Lakes<br>4650 N. Lake Vista Trail<br>Hernando, FL 34442 | $56,335.23 |
| **Harvey L. Powell**<br>9130 Honeybee Ln.<br>Jacksonville, FL 32256 | $139,768.36 |
| **Frances W. Ragsdale**<br>222 Orlando Blvd.<br>Indialantic, FL 32903 | $44,541.79 |
| **Vernice Denny Ragsdale**<br>222 Orlando Blvd.<br>Indialantic, FL 32903 | $282,082.28 |
| **Densel L. Raines**<br>3640 NW 24th Way<br>Boca Raton, FL 33431 | $181,014.38 |
| **Marvin Seperson**<br>2140 NW 140 Ave.<br>Pembroke Pines, FL 33028 | $308,704.35 |
| **Brett Stepelton**<br>3031 NE 44th St.<br>Ft. Lauderdale, FL 33308 | $56,528.70 |
| **Jennifer Stepelton**<br>3031 NE 44th St.<br>Ft. Lauderdale, FL 33308 | $5,905.21 |
| **Sean D. Stepelton**<br>5110 N. Federal Hwy.<br>Ft. Lauderdale, FL 33308 | $83,411.46 |
| **Sharon Lee Tiner**<br>9531 SW 7th Ct.<br>Pembroke Pines, FL 33025 | $17,581.66 |
| **Cindy Wallick**<br>459 NE 15th Ave.<br>Ft. Lauderdale, FL 33301 | $136,832.83 |

| | |
|---|---|
| Anne W. Wensel<br>C/O Mabel Wimer<br>250 NE 20th St., #132<br>Boca Raton, FL 33431 | **$186,205.29** |
| Mark D. Wirick<br>715 Tam Trail<br>Monticello, FL  32344 | **$76,784.13** |