Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for SPJ Investments, Limited Partnership
and all of its partners as listed on Exhibit A to the
Objection

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 09-01789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

I, Lourdes Blanco, hereby certify that on January 11, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of SPJ Investments, Limited Partnership and all of its partners as listed on Exhibit A to the Objection to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

January 11, 2010

                                                           */s/ Lourdes Blanco*

1102281.1