No. 1 Industrial Area 30 Road
Taichung Si Tun 407
Taiwan

Reference: Bankruptcy Case No. 08-1789 (BRL)
Subject: Claim No. 009089

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 1004

To Whom It May Concern:

I received a letter stating that my claim, Claim No. 00989 in Bankruptcy Case No. 08-1789 (BRL), was denied because I do not have an account with Bernard L. Madoff Investment Securities, LLC. (BLMIS). I disagree with the results of my claim. I have evidence that connects my funds with Bernard Madoff.

I have investments through the Standard Chartered Private Bank in Fairfield Greenwich Group's (FGG) Sentry Limited fund, a fund Mr. Madoff was involved in. A press release by FGG on April 29, 2009 further implicates Mr. Madoff's responsibilities with the Sentry fund; stating that "the Sentry Offering Memoranda made clear that Madoff held substantially all of the funds' assets." In an account statement from the Standard Chartered Private Bank from September 30, 2008 shows an account balance of 188.69 shares at 1324.930 USD per share totaling in 253,582.51 USD in FGG's Sentry Limited fund. The following account statement from April 30, 2009 shows the Sentry Limited fund account with the same number shares at the same purchase price but at a total value of 0.00 USD. I have enclosed the press release as well as account statements proving the existence of my account and the funds I invested in it.

I realize that my letter will reach you after the 30-day deadline, but I received this letter in Taiwan less than a week ago. I apologize for the letter's tardiness and hope you can understand my situation. Please let me know if you need any more information for your investigation.

Sincerely,

Chen Ming Min

Enclosures (3)

RECEIVED JAN 11 2010 U.S. BANKRUPTCY COURT, SDNY

From: Ming-Min Chen
2304 Lassen Place
Davis, CA 95616

To:

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED
JAN 11 2010
U.S. BANKRUPTCY COURT SDNY