**TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.**
425 Park Avenue
New York, New York 10022
(212) 754-9400
Barton Nachamie
Janice B. Grubin
Jill Makower

    and

**MANSFIELD TANICK & COHEN P.A.**
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55403-1409
(612) 339-4295
Earl Cohen

    and

**PARKER & WENNER, P.A.**
220 South 6th Street
1700 US Bank Plaza
Minneapolis, MN 55402
(612) 355-2201
Boris Parker

**Counsel for ABG Partners** and
**The Graybow Group, Inc. f/k/a Graybow Communications Group, Inc., Claimants**

UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
SECURITIES INVESTOR PROTECTION         :       Adv. Pro. No.: 08-01789 (BRL)
CORPORATION,
                        Plaintiff,       :       SIPA Liquidation

   -against-                                                     :       (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT            :
SECURITIES, LLC.,
                                           :
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                                         :

BERNARD L. MADOFF,                                      :

                        Debtor.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

252575 v1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss:
COUNTY OF NEW YORK )

SHEREE NOBLES, being duly sworn, deposes and states: I am not a party to this proceeding, am over 18 years of age and reside in Bronx County, New York.

On January 11, 2010, I caused to be served a true copy of **Notice of ABG Partners' And The Graybow Group, Inc.'s Motion For Entry of Order For Authority To Amend Claim (Claim No. 6258) To Identify Multiple Customers And Their Deposits or, Alternatively, To Permit Filing of Late Claim** via first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee as indicated below and by automatic ECF notice to those parties receiving ECF in the above captioned case:

Iriving H. Picard, Esq.
David J. Sheehan, Esq.
Marc Hirschfield, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10011

s/ Sheree Nobles
Sheree Nobles

Sworn to before me this 12th
day of January, 2010

s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 4716132
Qualified in Richmond County
Commission Expires January 31, 2011

252575 v1

2