## KURT NIEDERHAUS

### GENERAL CONTRACTOR

CSL# 589171
12698 Slate Creek Rd.
Nevada City, CA 95959
530 477 8809
kurtniederhaus@sbcglobal.net

1-5-2010

Clerk of the United States Bankruptcy Court for the Southern District
of New York
One Bowling Green
New York, NY 10004

Re: Liquidation of Bernard L. Madoff Investment Securities LLC,
     Bankruptcy Case No. 08-1789 (BRL).

Dear Sirs,
My name is Kurt Niederhaus. I was an investor in Phoenix Lake
Partners,LP], which invested with Bernard L. Madoff Investment
Securities LLC ("BLMIS"), the defendant in this case.

I filed a Notice of Claim with the SIPC Trustee relating to my
investment in. On [date], I received a Notice from the Trustee
notifying me that "Based on a review of available books and records
of BLMIS by the Trustee's staff, you did not have an account with
BLMIS. Because you did not have an account, you are not a
customer of BLMIS under SIPA, as that term is defined." The Trustee
thus denied my claim.

I disagree with the determination of the SIPC Trustee that I was not a
customer of BLMIS.

Sincerely,

Kurt

RECEIVED JAN 11 2010 U.S. BANKRUPTCY COURT, SDNY