Mr. Ed Trimas
33 S. Foxcroft Dr.
Marlboro, NJ 07746

1/5/10

To: Clerk of the United States Bankruptcy Court
for Southern District of New York

Ref: Liquidation of Bernard L. Madoff Investment Securities LLC, Bankruptcy Case No. 08-1789 (BRL)

Dear Sir,

My name is Edward Trimas. I was an investor in Tremont Rye Select Broad Market Fund which invested (as feeder) with Madoff Investment Securities LLC ("BLMIS), the Defendant in this case.

I filed a notice of claim with the SIPC Trustee relating to my investment in Tremont Rye Select Broad Fund. I received notification that my claim denied since I was not direct investor with 'BLMIS." under SIPA.

I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS

RECEIVED
JAN 11 2010
US BANKRUPTCY COURT, SDNY

Sincerely,

Ed Trimas