JEAN-MARIE JACQUES
MARAZUL DEL SUR
BUNG A 112
38670 ADEJE TENERIFE/ESPAGNE

to  Clerk of the United Status
Bankruptcy Court of New York
For the Southern District of New York

Dear Sirs,

Following Mr Pidard's letter dated December 8 , I am therefore filing my written opposition referinf Bankrupcy case N° 08-1789 (BRL)

I am also enclosing copies of documents already sent to Irving Picard on 06/10/09.

I acquired from Julius Bär bank in Genève, 42.7972 Optimal Strategic end 24.551 Farifield Sentry, which were entirely reinvested in BMLIS, so I therefore consider myself a BMLIS client(victim)

I would be grateful if you could inform me if I need to be legally represented and if so in what manner.

Thank you for your attention and looking forward to receiving a favorable reply as soon as possible

Yours sincerely

Jean-marie Jacques
Adeje 12/31/09

JAN 1 1 2010

**JACQUES JEAN-MARIE**
MARAZUL DEL SUR
BUNGALOW A 112
38670 ADEJE
TENERIFE/SPAIN

Detailed explanation concerning points 3 and 8 of our claim "Bernard L. Madoff"

3/ the two funds are not valued anymore on our bank report

8/ These funds were proposed to us by our bank "Julius Bär"
   rue Pierre Fatio,7 P.O box 3142 ch-1211 Geneva 3
   w bought them via this bank

Please note that our bank informed us that claims could be send to SIPC before july 2 2009
We learned from your documentation received after march 2009 that our claim is subject to being satisfied on terms less favourable.
This last information has unfortunately not been mentioned by our bank.
Hoping this won't effect our claim too much