

**ADVANCED DERMATOLOGY ASSOCIATES, LTD.**

ARTHUR C. SOSIS, M.D.
STEPHEN M. PURCELL, D.O.
ROBERT J. THOMPSON, M.D.
J. GREG BRADY, D.O.
MARC W. LEVIN, M.D.
STEVEN A. OBERLENDER, M.D., Ph.D.
HOWARD B. ALTMAN, M.D.
TANYA ERMOLOVICH, D.O.
JOSHUA M. LEVIN, M.D.
ANTHONY J. GUST, M.D.
MICHAEL A. JACOBSON, M.D.
MICHAEL J. WASSEL, JR., M.S., PA-C
HEATHER A. DAVIS, M.S., PA-C
KRYSTLE KANE, M.S., PA-C
BETH BOLLINGER, M.S., PA-C
JANE DREAS MASON, MSN, CRNP, BC

**Main Office**

1259 S. Cedar Crest Blvd.
Suite 100
Allentown, PA 18103-6206
Phone (610) 437-4134
Fax (610) 437-2118
Email: advderm@yahoo.com
Website: www.adaltd.com

**Branch Office**

700 Schuylkill Manor Rd.
Suite 5
Pottsville, PA 17901-3861
Phone (570) 622-6804
Fax (570) 621-4304

**Satellite Offices**

333 Normal Ave.
Kutztown, PA 19530-1640
Phone (610) 683-6808
Fax (610) 683-5177

2101 Emrick Blvd.
Specialty Suites - 2nd Floor
Bethlehem, PA 18020
Phone (610) 437-4134
Fax (610) 437-2118

January 6, 2010

Bernard L. Madoff Investment Securities LLC in Liquidation
Clerk of the United States Bankruptcy Court for the Southern District of NY
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**RE: BANKRUPTCY CASE NO. 08-1789 (BRL)**
**ADVANCED DERMATOLOGY ASSOCIATES LTD 401(k) PLAN**

Dear Mr. Picard:

In response to the Notice of Trustee's Determination of Claim dated December 8, 2009, we hereby submit our opposition to the denial of the above referenced claim. Our opposition is based on applicable law and is submitted to preserve any claim that might be recognized for indirect investments in Bernard L. Madoff Investment Securities LLC. We hereby reserve all rights in this matter including the right to supplement and amend this opposition.

Sincerely,

By: _____
Arthur C. Sosis, MD
Advanced Dermatology Associates, LTD

/cd

ADVANCED DERMATOLOGY ASSOCIATES, LTD.
1259 S. CEDAR CREST BLVD., SUITE 100
ALLENTOWN, PA 18103-6206

neopost
01/07/2010
US POSTAGE
$05.54
ZIP 18103
041L11210140

JAN 11 2010

WELCOME

CERTIFIED MAIL

7009 2250 0004 2352 7037

Bernard L. Madoff Investment Securities LLC in Liquidation
Clerk of the United States Bankruptcy Court for the Southern District of NY
One Bowling Green
New York, NY 10004