# Hirsch Investment Co., L.L.C.
*4455 East Camelback Road, Suite 215-A*
*Phoenix, AZ 85018*
*Phone: 602-840-4800    Fax: 602-840-1543*

January 4, 2010

Bernard L. Madoff Investment Securities LLC In Liquidation
Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York  10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn:  Claims Department
45 Rockefeller Plaza
New York, New York  10111

Re:    Bankruptcy Case No. 08-1789 (BRL)
       Hirsch Investment Co., L.L.C. Claim No. 009773

Dear Mr. Picard,

In response to the Notice of Trustee's Determination of Claim dated December 8, 2009
(copy attached) we hereby submit our opposition to the denial of the above referenced
claim.  Our opposition is based on applicable law and is submitted to preserve any claim
that might be recognized for indirect investments in Bernard L. Madoff Investment
Securities LLC.  We hereby reserve all rights in this matter including the right to
supplement and amend this opposition.

Sincerely,

Hirsch Investment Co., L.L.C.,
an Arizona limited liability company

By
    I. Jerome Hirsch, President

RECEIVED
JAN 1 1 2010
U.S. BANKRUPTCY COURT, SDNY

Enclosure: Notice of Trustee's Determination of Claim dated December 8, 2009

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008[1]**


**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

HIRSCH INVESTMENT CO., LLC
4455 EAST CAMELBACK ROAD, SUITE A-215
PHOENIX, AZ 85018


Dear HIRSCH INVESTMENT CO., LLC:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 009773:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

------------------------------

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

_____
**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC