G. Michael Bellinger (GB-3814)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile:  (212) 953-7201
bellinger.michael@dorsey.com

*Attorneys for Gustavo Egea*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

I, Elizabeth Rozon, an attorney associated with the law firm Dorsey & Whitney LLP, hereby certify that, on January 12, 2010, I caused a true and correct copy of the Amended Opposition to Trustee's Determination of Claim on behalf of Gustavo Egea to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> Attn: Claims Department
> 45 Rockefeller Plaza
> New York, New York 10111

Dated: New York, New York
       January 12, 2010

                                              /s/ *Elizabeth Rozon*