The Repashee Trust
Alastair Brown
13767 N. Bloomfield Rd.
Nevada City, CA 95959

January 5, 2010

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

My name is Alastair Brown and I am a trustee for The Repashee Trust, which was an investor in Wailea LP, Tremont Rye Select Broad market XL Fund, Starlight LP, Alpha Prime Fund, which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

    I filed a Notice of Claim with the SIPC Trustee relating to my investment in Wailea LP, Tremont Rye Select Broad market XL Fund, Starlight LP, Alpha Prime Fund, on June 23, 2009, I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

    I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS.

Sincerely,

Alastair Brown

RECEIVED
JAN 11 2010
U.S. BANKRUPTCY COURT, SDNY