Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Grenn
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**Ref: BANKRUPT CASE N°08-1789 (BRL)**

30-12-2009

Dear Sirs,

In regard of the reference case, we would like to point out that we are considering a legal dispute with BARCLAYS Bank PLC. They were the holders of the certificate we invested in. At the same time a part of this certificate was Fairfield Sigma. Therefore the final holder of the account with BLMIS is BARCLAYS Bank PLC but with our money.

Unfortunately BARCLAYS Bank PLC, the final and direct investor, is putting some resistance and they will not file a complaint, therefore we are seriously considering legal action against them.

In view of this complicated and unfortunate situation, we feel helpless and therefore we would very much appreciate if you could forward any possible solution or sugestions to what could we do, in order to grant our rights as the holder of this certificate.

Finally, we would like to announce you that we are not giving up our rights and our investments with BLMIS in any way, and we will keep on fighting against the entities who acted and keep on acting in dishonor with their customers.

Please send any suggestions to:

*Fulgencio Pelegrín Llamas and Enriqueta Maestre Frases*
*C/Tirant Lo Blanc 2*
*Rocafort 46111 (Valencia)*
*Spain.*