# KENNETH J. CONWAY

15 Eagles Nest Road
Scituate, Ma.
02066

RECEIVED
JAN 11 2010
U.S. BANKRUPTCY COURT, SDNY

January 7, 2010

Clerk of the United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Subject: Liquidation of Bernard L. Madoff Investment Securities LLC, Bankruptcy Case No. 08-1789 (BRL)

Dear Sirs,

    My name is Kenneth James Conway. I was an investor in Rye Broad Market Prime Fund(RYE), which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

    I filed a Notice of Claim with the SIPC Trustee relating to my investment in "RYE". Several weeks ago, I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

    I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS. Among other facts, the SIPC was established with the intent to protect investors from unscrupulous acts as compared to bad investment decisions. The Madoff case clearly falls squarely inside this intent.

Sincerely,

*[signature]*

Kenneth J. Conway