UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA Liquidation |
| Plaintiff, | |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | No. 08-01789-BRL |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF | Substantively Consolidated |
| Debtor | |



## CLAIMANT'S OBJECTION TO DENIED CLAIM NUMBERS 014606 AND 014764

If it pleases the court this enclosed supplemental disclosure is provided herein which was mistakenly left out of the pleading which was mailed on January 4, 2009 tracking number 0309 1830 0001 7248 9991.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _6th_ day of _Janaury, 2010_, a true and correct copy of the within and foregoing instrument was mailed by first class mail to the following persons:

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004
        And

Irving R. Picard Trustee
c/o Baker & Hostetler LLP
Attn Claims Department
45 Rockefeller Plaza
New York, New York 10011

Diane Meyer
10116 Harwood Lane
Charlotte, NC 28214
704-905-3383

1