Michele Sorkin
6 Skyview Drive
Armonk, NY 10504

December 28, 2009

Bernard L. Madoff Investment Securities LLC in Liquidation
Clerk of United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York,  NY 10111

Re:    Bankruptcy Case No. 08-1789 (BRL)
        Special Liquidating Trust SIPC Claim Number: __014886__

Dear Mr. Picard,

In response to the Notice of Trustee's Determination of Claim dated December 8, 2009
(copy attached) we hereby submit our opposition to the denial of the above referenced
claim. Our opposition is based on applicable law and is submitted to preserve any claim
that might be recognized for indirect investments in Bernard L. Madoff Securities LLC.
We hereby reserve all rights in this matter including the right to supplement and amend
this opposition.

Sincerely,

Enclosure: Notice of Trustee's Determination of Claim dated December 8th, 2009