**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| MF GLOBAL HOLDINGS LTD., et al., | ) | Case No. 11-15059 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

_____ )

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Heather L. Montgomery, being duly sworn, depose and state:

1.     I am a Senior Project Manager with GCG, Inc., the claims and noticing agent for MF Global Holdings Ltd., the Plan Administrator under the *Second Amended and Restated Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code for MF Global Holdings Ltd., MF Global Finance USA Inc., MF Global Capital LLC, MF Global FX Clear LLC, MF Global Market Services LLC, and MF Global Holdings USA Inc.*[1] [Docket No. 1382] in the above-captioned proceeding.  Our business address is 190 South LaSalle Street, Suite 1925, Chicago, Illinois 60603.

2.     On November 12, 2013, at the direction of Morrison & Foerster LLP ("Morrison Foerster"), Counsel for the Plan Administrator, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Second Amended and Restated Plan.

the parties identified on Exhibit B annexed hereto (Master Service List and Notice of

Appearance Parties without e-mail addresses):

- **Notice of Withdrawal without Prejudice of Objection to the Claim of Richard Warren Moore (Claim No. 727) as Objected to as Part of the Eleventh Omnibus Objection of Plan Proponents Seeking to Disallow Certain Non-Debtor Employee Claims ("Notice of Withdrawal of Objection re Claim No. 727")** [Docket No. 1720];

- **Thirty-Seventh Omnibus Objection of Plan Administrator Seeking to Disallow Certain No Liability Claims ("Thirty-Seventh Omnibus Objection")** [Docket No. 1721];

- **Thirty-Eighth Omnibus Objection of Plan Administrator Seeking to Disallow Certain Claims with Insufficient Documentation ("Thirty-Eighth Omnibus Objection")** [Docket No. 1722]; and

- **Notice of Hearing [set for December 12, 2013 at 10:00 a.m. (Prevailing Eastern Time)] ("Notice of Hearing")** [Docket No. 1723].

3.      On November 12, 2013, also at the direction of Morrison Foerster, I caused a true and

correct copy of the **Notice of Withdrawal of Objection re Claim No. 727** to be served by e-

mail on the party identified on Exhibit C annexed hereto (the Affected Party with an e-mail

address), and by first class mail on the party identified on Exhibit D annexed hereto (the

Affected Party).

4.      On November 12, 2013, also at the direction of Morrison Foerster, I caused true and

correct copies of the **Thirty-Seventh Omnibus Objection** and the **Notice of Hearing** to be

served by e-mail on the parties identified on Exhibit E annexed hereto (Affected Parties with e-

mail addresses), and by first class mail on the parties identified on Exhibit F annexed hereto

(Affected Parties).

5.     On November 12, 2013, also at the direction of Morrison Foerster, I caused true and correct copies of the **Thirty-Eighth Omnibus Objection** and the **Notice of Hearing** to be served by e-mail on the party identified on Exhibit G annexed hereto (an Affected Party with an e-mail address), and by first class mail on the parties identified on Exhibit H annexed hereto (Affected Parties).


_____
Heather L. Montgomery


Sworn to before me this 13th day of
November, 2013

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 10074942
Qualified in Will County
Commission Expires:  December 1, 2014


JEFFREY C DEMMA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 01, 2014

# EXHIBIT A

A.W. RUSH & CO.
ATTN JILLIAN WINOKER
230 PARK AVE RM 1000
NEW YORK, NY 10169-1099
email: jwinoker@awrush.com

AKERMAN SENTERFITT LLP
ATTN KATHLYN SCHWARTZ, ESQ.
335 MADISON AVE, STE 2600
NEW YORK, NY 10017
email: kathlyn.schwartz@akerman.com

AKERMAN SENTERFITT LLP
ATTN SUSAN F. BALASCHAK, ESQ.
335 MADISON AVE, STE 2600
NEW YORK, NY 10017
email: susan.balaschak@akerman.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ASHLEY R BEANE, ESQ.
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564
email: abeane@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN MICHAEL S. STAMER, ESQ.
ONE BRYANT PK
NEW YORK, NY 10036
email: mstamer@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN ROBERT H. HOTZ, JR., ESQ.
ONE BRYANT PK
NEW YORK, NY 10036
email: rhotz@akingump.com

ALLEN MATKINS LECK GAMBLE MALLORY
& NATSIS LLP
ATTN MICHAEL S. GREGER, ESQ.
1900 MAIN ST, FL 5
IRVINE, CA 92614-7321
email: mgreger@allenmatkins.com

ALLEN MATKINS LECK GAMBLE MALLORY
& NATSIS LLP
ATTN RICHARD M. DINETS, ESQ.
1900 MAIN ST, FL 5
IRVINE, CA 92614-7321
email: rdinets@allenmatkins.com

ATTORNEY GENERAL OF STATE OF NEW YORK
ATTN ENID N. STUART , ASST AG
120 BROADWAY, FL 24
NEW YORK, NY 10271
email: Enid.Stuart@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTN GERALDINE E. PONTO, ESQ.
45 ROCKEFELLER PLZ
NEW YORK, NY 10111
email: gponto@bakerlaw.com

BALLARD SPAHR LLP
ATTN TOBEY M DALUZ, ESQ.
919 N MARKET ST, FL 11
WILMINGTON, DE 19801
email: daluzt@ballardspahr.com

BARNES & THORNBURG LLP
ATTN DAVID M. POWLEN, ESQ.
1000 N WEST ST STE 1200
WILMINGTON, DE 19801-1058
email: dpowlen@btlaw.com

BARNES & THORNBURG LLP
ATTN DEBORAH L. THORNE, ESQ.
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2841
email: dthorne@btlaw.com

BARNES & THORNBURG LLP
ATTN KATHLEEN L. MATSOUKAS, ESQ.
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2841
email: kathleen.matsoukas@btlaw.com; kmatsoukas@btlaw.com

BARNES & THORNBURG LLP
ATTN VINCENT P. SCHMELTZ III, ESQ.
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2841
email: tschmeltz@btlaw.com

BARNES & THORNBURG LLP
ATTNL KATHLEEN LEICHT MATSOUKAS
ONE NORTH WACKER DRIVE
CHICAGO, IL 60606
email: kmatsoukas@btlaw.com

BARRACK RODOS & BACINE
ATTN A. ARNOLD GERSHON, ESQ.
425 PARK AVE FL 31
NEW YORK, NY 10022-3513
email: agershon@barrack.com

BARRACK RODOS & BACINE
ATTN LEONARD BARRACK, ESQ.
3300 TWO COMMERCE SQ
2001 MARKET ST
PHILADELPHIA, PA 19103
email: lbarrack@barrack.com

BARRACK RODOS & BACINE
ATTN MARK R. ROSEN, ESQ.
3300 TWO COMMERCE SQ
2001 MARKET ST
PHILADELPHIA, PA 19103
email: mrosen@barrack.com

BARRACK RODOS & BACINE
ATTN WILLIAM J. BAN, ESQ.
425 PARK AVE FL 31
NEW YORK, NY 10022-3513
email: wban@barrack.com

BARTLETT HACKETT FEINBERG P.C.
ATTN FRANK F. MCGINN, ESQ.
155 FEDERAL ST FL 9
BOSTON, MA 02110-1610
email: ffm@bostonbusinesslaw.com

BEAUTYMAN ALVSTAD LLP
ATTN MICHAEL J. BEAUTYMAN, ESQ.
1201 BETHLEHEM PIKE
FLOURTOWN, PA 19031-1902
email: mbeauty@beautyman.com

BEAUTYMAN ALVSTAD LLP
ATTN STEPHEN L. ALVSTAD, ESQ.
1201 BETHLEHEM PIKE
FLOURTOWN, PA 19031-1902
email: salvstad@beautyman.com

BERGER & MONTAGUE, P.C.
ATTN DANIEL WALKER, ESQ.
1622 LOCUST ST
PHILADELPHIA, PA 19103-6305
email: dwalker@bm.net

BERGER & MONTAGUE, P.C.
ATTN MERRILL G DAVIDOFF, ESQ.
1622 LOCUST ST
PHILADELPHIA, PA 19103-6305
email: mdavidoff@bm.net

BERGER & MONTAGUE, P.C.
ATTN: MICHAEL C. DELL'ANGELO, ESQ.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6305
email: mdellangelo@bm.net

BINDER & SCHWARTZ LLP
ATTN NEIL S. BINDER, ESQ.
28 W 44TH ST, FL 6
NEW YORK, NY 10036
email: nbinder@binderschwartz.com

BLAU & MALMFELDT
ATTN LESLIE A. BLAU, ESQ.
203 N LA SALLE ST STE 1620
CHICAGO, IL 60601-1218
email: blaumalmfeldtNYBK@gmail.com

BUCHALTER NEMER PC
ATTN SHAWN M CHRISTIANSON, ESQ
55 SECOND ST, 17TH FL
SAN FRANCISCO, CA 94105-3493
email: schristianson@buchalter.com

CALFEE, HALTER & GRISWOLD LLP
ATTN GUS KALLERGIS, ESQ.
1405 E 6TH ST STE 1
CLEVELAND, OH 44114-1601
email: gkallergis@calfee.com

CHAPMAN AND CUTLER LLP
ATTN ANN E ACKER ESQ.
111 W MONROE ST
CHICAGO, IL 60603
email: acker@chapman.com

CHAPMAN AND CUTLER LLP
ATTN CRAIG PRICE, ESQ.
330 MADISON AVE FL 34
NEW YORK, NY 10017-5010
email: cprice@chapman.com

CHAPMAN AND CUTLER LLP
ATTN JAMES E. SPIOTTO, ESQ.
111 W MONROE ST
CHICAGO, IL 60603
email: spiotto@chapman.com

CHAPMAN AND CUTLER LLP
ATTN LAURA APPLEBY, ESQ.
330 MADISON AVE FL 34
NEW YORK, NY 10017-5010
email: appleby@chapman.com

CHICAGO BOARD OPTIONS EXCHANGE, INC.
DIRECTOR LEGAL DIV & CHIEF ENFORCEMENT
ATTN ANDREW SPIWAK
400 S LA SALLE ST
CHICAGO, IL 60605-7001
email: spiwak@cboe.com

CHICAGO MERCANTILE EXCHANGE
ATTN KATHLEEN M CRONIN
131 S DEARBORN ST
CHICAGO, IL 60603-5517
email: kathleen.cronin@cmegroup.com

COLLINS & COLLINS
ATTN MICHAEL R. COLLINS, ESQ.
8 S MICHIGAN AVE STE 1414
CHICAGO, IL 60603-3372
email: michael.collins@collinsandcollins.com

COMMODITY FUTURES TRADING COMMISSION
ATTN DAN BERKOVITZ
THREE LAFAYETTE CENTRE
1155 21ST ST NW
WASHINGTON, DC 20581-0001
email: RWASSERMAN@CFTC.GOV

COMMODITY FUTURES TRADING COMMISSION
ATTN JONATHAN L. MARCUS, DEPUTY GC
1155 21ST ST NW
WASHINGTON, DC 20581-0001
email: jmarcus@cftc.gov

COMMODITY FUTURES TRADING COMMISSION
ATTN ROBERT A. SCHWARTZ, ASST GC
1155 21ST ST NW
WASHINGTON, DC 20581-0001
email: rschwartz@cftc.gov

COMMODITY FUTURES TRADING COMMISSION
DIVISION OF CLEARING & RISK
ATTN ROBERT B. WASSERMAN, CHIEF COUNSEL
1155 21ST ST NW
WASHINGTON, DC 20581-0001
email: rwasserman@cftc.gov

COMMODITY FUTURES TRADING COMMISSION
OFFICE OF THE GENERAL COUNSEL
ATTN MARTIN B. WHITE, ESQ.
1155 21ST ST NW
WASHINGTON, DC 20581-0001
email: mwhite@cftc.gov

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN MICHAEL A. COHEN, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: macohen@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN STEVEN J. REISMAN, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: sreisman@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTN TURNER P. SMITH, ESQ.
101 PARK AVE
NEW YORK, NY 10178-0061
email: tsmith@curtis.com

DE FEIS O'CONNELL AND ROSE
ATTN PHILIP C. PATTERSON, ESQ.
500 FIFTH AVE
NEW YORK, NY 10110
email: pcp@dorlaw.com

DEBEVOISE & PLIMPTON LLP
ATTN MEGAN K. BANNINGAN, ESQ.
919 THIRD AVE
NEW YORK, NY 10022
email: mkbannigan@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTN MICHAEL E. WILES, ESQ.
919 THIRD AVE
NEW YORK, NY 10022
email: mewiles@debevoise.com

DECHERT LLP
ATTN ANDREW J. LEVANDER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: andrew.levander@dechert.com

DECHERT LLP
ATTN BENJAMIN E. ROSENBERG, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: benjamin.rosenberg@dechert.com

DECHERT LLP
ATTN MATTHEW L. MAZUR, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: matthew.mazur@dechert.com

DECHERT LLP
ATTN REBECCA S. KAHAN, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: rebecca.kahan@dechert.com

DECHERT LLP
ATTN YELENA SHREYBERG, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: yelena.shreyberg@dechert.com

DEPOSITORY TRUST COMPANY
55 WATER ST
NEW YORK, NY 10041-0099
email: info@dtcc.com

DLA PIPER LLP
ATTN CHRIS L. DICKERSON, ESQ.
203 N LASALLE ST, STE 1900
CHICAGO, IL 60601
email: chris.dickerson@dlapiper.com

DUANE MORRIS LLP
ATTN PATRICIA H. HEER, ESQ.
1540 BROADWAY
NEW YORK, NY 10036-4086
email: phheer@duanemorris.com

ENTWISTLE & CAPPUCCI LLP
ATTN ANDREW J. ENTWISTLE, ESQ.
280 PARK AVE, FL W 26
NEW YORK, NY 10017
email: aentwistle@entwistle-law.com

ENTWISTLE & CAPPUCCI LLP
ATTN JORDAN A. CORTEZ, ESQ.
280 PARK AVE, FL W 26
NEW YORK, NY 10017
email: jcortez@entwistle-law.com

ENTWISTLE & CAPPUCCI LLP
ATTN JOSHUA K. PORTER, ESQ.
280 PARK AVE, FL W 26
NEW YORK, NY 10017
email: jporter@entwistle-law.com

FEDERAL RESERVE BANK OF NEW YORK
ATTN MEGHAN MCCURDY, ESQ.
33 LIBERTY ST
NEW YORK, NY 10045-0001
email: meghan.mccurdy@ny.frb.org

FEDERAL RESERVE BANK OF NEW YORK
ATTN SHARI D. LEVENTHAL, ESQ.
33 LIBERTY ST
NEW YORK, NY 10045-0001
email: shari.leventhal@ny.frb.org

FINANCIAL INDUSTRY REGULATORY AUTHORITY
ATTN RICHARD G. KETCHUM CEO
1735 K ST NW
WASHINGTON, DC 20006-1506
email: otccorpactions@finra.org

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
ATTN JOHN J. WITMEYER III, ESQ.
WALL STREET PLZ
NEW YORK, NY 10005
email: jjwitmeyer@fmew.com

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
ATTN JON R. GRABOWSKI, ESQ.
WALL STREET PLZ
NEW YORK, NY 10005
email: jrgrabowski@fmew.com

GARDEN CITY GROUP
ATTN BRIAN KARPUK
190 S LA SALLE ST STE 1520
CHICAGO, IL 60603-3489
email: brian.karpuk@gcginc.com

GEIER HOMAR & ROY, LLP
ATTN DAVID A. GEIER, ESQ.
LORRAINE BUSINESS CTR
119 W WASHINGTON AVE
MADISON, WI 53703
email: dageier@wislaw.net

GOLUB & GOLUB, LLP
ATTN STEVEN M. GOLUB, ESQ.
225 BROADWAY, FL 15
NEW YORK, NY 10007
email: sgolub@golublaw.com

GRANT & EISENHOFER P.A.
ATTN DANIEL L. BERGER, ESQ.
485 LEXINGTON AVE
NEW YORK, NY 10017
email: dberger@gelaw.com

GRANT & EISENHOFER P.A.
ATTN JAY W. EISENHOFER, ESQ.
485 LEXINGTON AVE
NEW YORK, NY 10017
email: jeisenhofer@gelaw.com

GRANT & EISENHOFER P.A.
ATTN LINDA P. NUSSBAUM, ESQ.
485 LEXINGTON AVE
NEW YORK, NY 10017
email: lnussbaum@gelaw.com

GRANT & EISENHOFER P.A.
ATTN MATTHEW P. MORRIS, ESQ.
485 LEXINGTON AVE
NEW YORK, NY 10017
email: mpmorris@gelaw.com

HAHN & HESSEN LLP
ATTN JONATHAN M. PROMAN, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: jproman@hahnhessen.com

HAHN & HESSEN LLP
ATTN STEVEN J. MANDELSBERG, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: smandelsberg@hahnhessen.com

HERRICK, FEINSTEIN LLP
ATTN LISAMARIE F. COLLINS, ESQ.
2 PARK AVE
NEW YORK, NY 10016
email: lcollins@herrick.com

HERRICK, FEINSTEIN LLP
ATTN STEPHEN B. SELBST, ESQ.
2 PARK AVE
NEW YORK, NY 10016
email: sselbst@herrick.com

HERRICK, FEINSTEIN LLP
ATTN THERESE M. DOHERTY, ESQ.
2 PARK AVE
NEW YORK, NY 10016
email: tdoherty@herrick.com

HINCKLEY, ALLEN & SNYDER LLP
ATTN JENNIFER V. DORAN, ESQ.
28 STATE ST
BOSTON, MA 02109
email: jdoran@haslaw.com

HOWARD, STALLINGS, FROM & HUTSON, P.A.
ATTN JOSEPH H. STALLINGS, ESQ.
5410 TRINITY RD STE 210
P.O. BOX 12347
RALEIGH, NC 27607-6003
email: jstallings@hsfh.com

HUGHES HUBBARD & REED LLP
ATTN CHRISTOPHER K. KIPLOK, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: kiplok@hugheshubbard.com

HUGHES HUBBARD & REED LLP
ATTN JAMES B. KOBAK JR., ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: kobak@hugheshubbard.com

HUGHES HUBBARD & REED LLP
ATTN JEFFERY S. MARGOLIN, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: margolin@hugheshubbard.com

IBM CORPORATION
ATTN MARIE-JOSEE DUBE
13800 DIPLOMAT DR
DALLAS, TX 75234-8812
email: mjdube@ca.ibm.com

IBM CORPORATION/IBM CREDIT LLC
ATTN MARIE-JOSEE DUBE
1360 RENE-LEVESQUE W., STE 400
MONTREAL H3G 2W6 QC CANADA
email: mjdube@ca.ibm.com

JAMES L. KOUTOULAS, ESQ
190 S LA SALLE ST STE 3000
CHICAGO, IL 60603-3446
email: jk@typhoncap.com

JONES DAY
ATTN BENNETT L. SPIEGEL
555 SOUTH FLOWER STREET
LOS ANGELES, CA 90071
email: blspiegel@jonesday.com

JONES DAY
ATTN LORI SINANYAN, ESQ.
555 S FLOWER ST, FL 50
LOS ANGELES, CA 90071
email: lsinanyan@jonesday.com

JP MORGAN SECURITIES LLC
ATTN KARIN E ROSS
383 MADISON AVE FL 28
NEW YORK, NY 10179-0001
email: karin.e.ross@jpmchase.com

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN DAVID J MARK ESQ
1633 BROADWAY
NEW YORK, NY 10019
email: dmark@kasowitz.com

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN DAVID S ROSNER ESQ
1633 BROADWAY
NEW YORK, NY 10019
email: drosner@kasowitz.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN ARTHUR HAROLD AUFSES, III, ESQ.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: Aaufses@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN PAUL H SCHOEMAN, ESQ.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: PSchoeman@kramerlevin.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN THOMAS MOERS MAYER, ESQ.
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: tmayer@kramerlevin.com

LABATON SUCHAROW LLP
ATTN ANGELINA NGUYEN, ESQ.
140 BROADWAY
NEW YORK, NY 10005
email: anguyen@labaton.com

LABATON SUCHAROW LLP
ATTN CHRISTOPHER J. KELLER, ESQ.
140 BROADWAY
NEW YORK, NY 10005
email: ckeller@labaton.com

LABATON SUCHAROW LLP
ATTN JONATHAN GARDNER, ESQ.
140 BROADWAY
NEW YORK, NY 10005
email: jgardner@labaton.com

LANE SASH & LARRABEE LLP
ATTN SHARON M. SASH, ESQ.
106 CORPORATE PARK DR STE 207
WEST HARRISON, NY 10604-3820
email: ssash@lanesash.com

LANKLER SIFFERT & WOHL LLP
ATTN DANIEL E. REYNOLDS, ESQ.
500 FIFTH AVE
NEW YORK, NY 10110
email: dreynolds@lswlaw.com

LAW OFFICE OF MARK SCHLACHET
ATTN MARK SCHLACHET, ESQ.
3637 GREEN RD STE 2
CLEVELAND, OH 44122-5717
email: mschlachet@gmail.com

LAW OFFICE OF THOMAS V. PURPI, P.C.
ATTN THOMAS V. PURPI, ESQ.
419 LAFAYETTE ST, FL 4
NEW YORK, NY 10003
email: attorney@purpilaw.com

LEVINE LEE LLP
ATTN KENNETH E LEE
570 LEXINGTON AVE 7TH FL
NEW YORK, NY 10022
email: klee@levinelee.com

LEVINE LEE LLP
ATTN MIRIAM L ALINIKOFF
570 LEXINGTON AVE 7TH FL
NEW YORK, NY 10022
email: malinikoff@levinelee.com

LOUIS F. BURKE P.C.
ATTN LOUIS F. BURKE, ESQ.
460 PARK AVE, FL 21
NEW YORK, NY 10022
email: lburke@lfblaw.com

LOWENSTEIN SANDLER LLP
ATTN JEFFREY A. KRAMER, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: jkramer@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN BRUCE S. NATHAN, ESQ.
1251 AVENUE OF THE AMERICAS, FL 18
NEW YORK, NY 10020
email: bnathan@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN IRA M. LEVEE, ESQ.
1251 AVE OF THE AMERICAS, FL 18
NEW YORK, NY 10020
email: ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN IRA M. LEVEE, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN SCOTT CARGILL, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: scargill@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN SHARON L. LEVINE, ESQ.
65 LIVINGSTON AVE
ROSELAND, NJ 07068
email: slevine@lowenstein.com

MAGNOZZI & KYE, LLP
ATTN AMISH R. DOSHI, ESQ.
23 GREEN ST STE 302
HUNTINGTON, NY 11743-3336
email: adoshi@magnozzikye.com

MAYER BROWN LLP
ATTN BRIAN TRUST, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: btrust@mayerbrown.com

MAYER BROWN LLP
ATTN CHRISTINE A. WALSH, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: cwalsh@mayerbrown.com

MAYER BROWN LLP
ATTN HOWARD S. BELTZER, ESQ.
1675 BROADWAY
NEW YORK, NY 10019
email: hbeltzer@mayerbrown.com

MCCARTER & ENGLISH, LLP
ATTN DAVID J. ADLER, ESQ.
245 PARK AVE FL 27
NEW YORK, NY 10167-2801
email: dadler@mccarter.com

MCGUIREWOODS LLP
ATTN DION W. HAYES, ESQ.
1345 AVENUE OF THE AMERICAS FL 7
NEW YORK, NY 10105-0005
email: dhayes@mcguirewoods.com

MCGUIREWOODS LLP
ATTN SHAWN R. FOX, ESQ.
1345 AVENUE OF THE AMERICAS FL 7
NEW YORK, NY 10105-0005
email: sfox@mcguirewoods.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN ALAN E. MARDER, ESQ.
990 STEWART AVE STE 300
GARDEN CITY, NY 11530-9882
email: amarder@msek.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN STEVEN A. GINTHER, ESQ.
PO BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MORRISON & FOERSTER LLP
ATTN BRETT H. MILLER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: BMiller@mofo.com

MORRISON & FOERSTER LLP
ATTN LORENZO MARINUZZI, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: LMarinuzzi@mofo.com

MORRISON & FOERSTER LLP
ATTN MELISSA A. HAGER, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
email: MHager@mofo.com

MORRISON COHEN LLP
ATTN ROBERT K. DAKIS, ESQ.
909 THIRD AVE
NEW YORK, NY 10022
email: rdakis@morrisoncohen.com

MURPHY DESMOND S.C.
ATTN BRITTANY S. OGDEN, ESQ.
33 E MAIN ST STE 500
P.O. BOX 2038
MADISON, WI 53703-2287
email: bogden@murphydesmond.com

NYC DEPT OF FINANCE
ATTN LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST FL 3
BROOKLYN, NY 11201
email: maura_archambeault@tax.state.ny.us

NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY, NY 12201-0551
email: info.nysdol@labor.ny.gov

ODIN FELDMAN & PITTLEMAN PC
ATTN DONALD F. KING, ESQ.
1775 WIEHLE AVE STE 400
RESTON, VA 20190-5159
email: donking@ofplaw.com

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN BRIAN MASUMOTO
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
email: Brian.Masumoto@usdoj.gov

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN ELISABETTA G GASPARINI
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014
email: Elisabetta.g.gasparini@usdoj.gov

OLSHAN GRUNDMAN FROME ROSENZWEIG WOLOSKY
ATTN MICHAEL S. FOX, ESQ.
PARK AVE TOWER
65 E. 55TH ST
NEW YORK, NY 10022
email: mfox@olshanlaw.com

OUTTEN & GOLDEN LLP
ATTN JACK A. RAISNER, ESQ.
3 PARK AVE FL 29
NEW YORK, NY 10016-5902
email: jar@outtengolden.com

OUTTEN & GOLDEN LLP
ATTN RENE ROUPINIAN, ESQ.
3 PARK AVE FL 29
NEW YORK, NY 10016-5902
email: rsr@outtengolden.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
ATTN CLAUDIA L. HAMMERMAN, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6028
email: chammerman@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
ATTN STEPHEN J. SHIMSHAK, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6028
email: sshimshak@paulweiss.com

PEITZMAN, WEG & KEMPINSKY LLP
ATTN DAVID B. SHEMANO, ESQ.
2029 CENTURY PARK E STE 3100
LOS ANGELES, CA 90067-3044
email: dshemano@pwkllp.com

PEITZMAN, WEG & KEMPINSKY LLP
ATTN HOWARD J. WEG, ESQ.
2029 CENTURY PARK E STE 3100
LOS ANGELES, CA 90067-3044
email: hweg@pwkllp.com

PEPPER HAMILTON LLP
ATTN DAVID B. STRATTON, ESQ.
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON, DE 19899-1709
email: strattond@pepperlaw.com

PEPPER HAMILTON LLP
ATTN DAVID M. FOURNIER, ESQ.
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON, DE 19899-1709
email: fournierd@pepperlaw.com

PEPPER HAMILTON LLP
ATTN EVELYN J. MELTZER, ESQ.
HERCULES PLAZA, STE 5100
1313 MARKET ST, PO BOX 1709
WILMINGTON, DE 19899-1709
email: meltzere@pepperlaw.com

PEPPER HAMILTON LLP
ATTN ROBERT S. HERTZBERG, ESQ.
THE NY TIMES BLDG, FL 37
620 EIGHTH AVE
NEW YORK, NY 10018-1405
email: hertzbergr@pepperlaw.com

PERKINS COIE LLP
ATTN ALAN D. SMITH, ESQ.
1201 3RD AVE STE 4800
SEATTLE, WA 98101-3266
email: ADSmith@perkinscoie.com

PERKINS COIE LLP
ATTN SCHUYLER G. CARROLL, ESQ.
30 ROCKEFELLER PLZ
NEW YORK, NY 10112
email: SCarroll@perkinscoie.com

PROSKAUER
ATTN IRENA M. GOLDSTEIN, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
email: igoldstein@proskauer.com

PROSKAUER
ATTN MARTIN J. BIENENSTOCK, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
email: mbienenstock@proskauer.com

PROSKAUER
ATTN MICHAEL P. KESSLER, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299
email: mkessler@proskauer.com

ROBINSON MCDONALD & CANNA LLP
ATTN BRETT G. CANNA, ESQ.
61 BROADWAY, STE 1415
NEW YORK, NY 10006
email: bcanna@rmc-llp.com

ROBINSON MCDONALD & CANNA LLP
ATTN JAYNE S. ROBINSON, ESQ.
61 BROADWAY, STE 1415
NEW YORK, NY 10006
email: jrobinson@rmc-llp.com

RONALD ROWLAND ESQ, AGENT FOR EMC CORP
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIR STE 270
HUNT VALLEY, MD 21030-1322
email: ronald.rowland@rmsna.com

ROSENTHAL COLLINS GROUP, L.L.C.
ATTN MICHAEL J. CONTI, ESQ.
216 W JACKSON BLVD STE 400
CHICAGO, IL 60606-6987
email: mconti@rcgdirect.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN ABIGAIL SNOW, ESQ.
230 PARK AVE
NEW YORK, NY 10169
email: asnow@ssbb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN CHRISTOPHER R. BELMONTE, ESQ.
230 PARK AVE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com

SCHIFF HARDIN LLP
ATTN ALYSON M. FIEDLER, ESQ.
666 FIFTH AVE
NEW YORK, NY 10103
email: afiedler@schiffhardin.com

SCHIFF HARDIN LLP
ATTN LOUIS T. DELUCIA, ESQ.
666 FIFTH AVE
NEW YORK, NY 10103
email: ldelucia@schiffhardin.com

SCHIFF HARDIN LLP
ATTN STACIE R. HARTMAN, ESQ.
233 S WACKER DR STE 6600
CHICAGO, IL 60606-6360
email: shartman@schiffhardin.com

SCHUYLER, ROCHE & CRISHAM, P.C.
ATTN NEAL STEVENS, ESQ.
ONE PRUDENTIAL PLZ, STE 3800
130 EAST RANDOLPH ST
CHICAGO, IL 60601
email: nstevens@srcattorneys.com

SECURITIES AND EXCHANGE COMMISSION
DIVISION OF MARKET REGULATION
ATTN MARK SCHONFELD, REGIONAL DIRECTOR
450 5TH ST NW
WASHINGTON, DC 20549-0006
email: Nyrobankruptcy@SEC.GOV

SECURITIES AND EXCHANGE COMMISSION
DIVISION OF MARKET REGULATION
ATTN NEAL JACOBSON
450 5TH ST NW
WASHINGTON, DC 20534-0001
email: JACOBSONN@SEC.GOV

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHAIRMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549-2000
email: chairmanoffice@sec.gov

SECURITIES EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN MERRI JO GILLETTE
175 W JACKSON BLVD STE 900
CHICAGO, IL 60604-2815
email: chicago@sec.gov

SECURITIES INVESTOR PROTECTION CORP
ATTN STEPHEN P HARBECK
805 15TH ST NW STE 800
WASHINGTON, DC 20005-2207
email: SHARBECK@SIPC.ORG

SEWARD & KISSEL LLP
ATTN ARLENE R. ALVES, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: alves@sewkis.com

SEWARD & KISSEL LLP
ATTN JOHN R. ASHMEAD, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: ashmead@sewkis.com

SEWARD & KISSEL LLP
ATTN KALYAN DAS, ESQ.
ONE BATTERY PARK PLZ
NEW YORK, NY 10004
email: das@sewkis.com

SILVERBERG LAW CORP
ATTN PETER M. CHO, ESQ
8778 W SUNSET BLVD
WEST HOLLYWOOD, CA 90069-2206
email: silverberglaw@msn.com

SIMPSON THACHER & BARTLETT LLP
ATTN JASON S. FRIEDMAN, ESQ.
425 LEXINGTON AVE
NEW YORK, NY 10017
email: jfriedman@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN MORRIS J. MASSEL, ESQ.
425 LEXINGTON AVE
NEW YORK, NY 10017
email: mmassel@stblaw.com

SIMPSON THACHER & BARTLETT LLP
ATTN PETER V PANTALEO, ESQ.
425 LEXINGTON AVE
NEW YORK, NY 10017
email: ppantaleo@stblaw.com

SKADDEN ARPS
ATTN J G MILMOE, K ZIMAN, J E IVESTER
FOUR TIMES SQ
NEW YORK, NY 10036
email: eric.ivester@skadden.com; gregory.milmoe@skadden.com; ken.ziman@skadden.com

SKADDEN ARPS
ATTT GEORGE PANAGAKIS
155 N WACKER DR STE 2700
CHICAGO, IL 60606-1720
email: george.panagakis@skadden.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
ATTN ANDREW M. SIMON, ESQ.
221 E 4TH ST STE 2900
CINCINNATI, OH 45202-4095
email: andrew.simon@ssd.com

SQUIRE, SANDERS & DEMPSEY (US) LLP
ATTN STEPHEN D. LERNER, ESQ.
30 ROCKEFELLER PLZ FL 22
NEW YORK, NY 10112-2299
email: stephen.lerner@ssd.com

STEPTOE & JOHNSON LLP
ATTN DARREN KINKEAD, ESQ.
115 S LASALLE ST, STE 3100
CHICAGO, IL 60603-3903
email: dkinkead@steptoe.com

STUTMAN, TREISTER & GLATT, P.C.
ATTN ERIC D. GOLDBERG, ESQ.
1901 AVENUE OF THE STARS, FL 12
LOS ANGELES, CA 90067
email: egoldberg@stutman.com

STUTMAN, TREISTER & GLATT, PC
ATTN KIZZY L. JARASHOW, ESQ.
675 THIRD AVE, STE 2216
NEW YORK, NY 10017
email: kjarashow@stutman.com

STUTMAN, TREISTER & GLATT, PC
ATTN WILLIAM P. WEINTRAUB, ESQ.
675 THIRD AVE, STE 2216
NEW YORK, NY 10017
email: wweintraub@stutman.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTN ROBERT T BROUSSEAU ESQ.
2323 BRYAN ST STE 2200
DALLAS, TX 75201-2655
email: brousseau@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC
ATTN DAVID A. KLINGLER, ESQ.
2323 BRYAN ST STE 2200
DALLAS, TX 75201-2655
email: klingler@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC
ATTN PETER C. D'APICE, ESQ.
2323 BRYAN ST STE 2200
DALLAS, TX 75201-2655
email: d'apice@sbep-law.com

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA PC
ATTN SANDER L. ESSERMAN, ESQ.
2323 BRYAN ST STE 2200
DALLAS, TX 75201-2655
email: esserman@sbep-law.com

SULLIVAN & WORCESTER LLP
ATTN LAURA STEINBERG, ESQ.
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: lsteinberg@sandw.com

SUSAN LEVY, ATTORNEY-AT-LAW
ATTN SUSAN LEVY, ESQ.
165 W 66TH ST APT 7B
NEW YORK, NY 10023-6506
email: susan@levypruett.com

SUTHERLAND ASBILL & BRENNAN LLP
ATTN ALISON GRAAB, ESQ.
700 SIXTH STREET
NW, SUITE 700
WASHINGTON, DC 20001
email: alison.graab@sutherland.com

SUTHERLAND ASBILL & BRENNAN LLP
ATTN MARK SHERRILL, ESQ.
700 SIXTH STREET, NW
SUITE 700
WASHINGTON, DC 20001-3980
email: mark.sherrill@sutherland.com

TANNENBAUM HELPERN SYRACUSE HIRSCHTRITT
ATTN SARAH E MENDOLA ESQ.
900 THIRD AVE
NEW YORK, NY 10022
email: mendola@thsh.com

TANNENBAUM HELPERN SYRACUSE HIRSCHTRITT
ATTN WAYNE H DAVIS ESQ.
900 THIRD AVE
NEW YORK, NY 10022
email: davis@thsh.com

TENNESSEE DEPARTMENT OF TREASURY
C/O TN ATTORNEY GENERAL'S OFFICE
ATTN MARVIN E. CLEMENTS, JR., ESQ.
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-4015
email: AGBankNewYork@ag.tn.gov

TENNESSEE DEPARTMENT OF TREASURY
C/O TN ATTORNEY GENERAL'S OFFICE
ATTN ROBERT E. COOPER, JR., ESQ.
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: AGBankNewYork@ag.tn.gov

THEODORA ORINGHER PC
ATTN HELEN B. KIM, ESQ.
10880 WILSHIRE BLVD, STE 1700
LOS ANGELES, CA 90024
email: hkim@tocounsel.com

THOMPSON HINE LLP
ATTN ANDREW D. TURSCAK, JR., ESQ.
3900 KEY CENTER
127 PUBLIC SQ
CLEVELAND, OH 44114-1291
email: Andrew.Turscak@ThompsonHine.com

THOMPSON HINE LLP
ATTN WILLIAM H. SCHRAG, ESQ.
335 MADISON AVE FL 12
NEW YORK, NY 10017-4666
email: William.Schrag@ThompsonHine.com

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
ATTN STEPHEN D. OESTREICH, ESQ.
425 PARK AVE, FL 5
NEW YORK, NY 10022
email: soestreich@tnsj-law.com

TROUTMAN SANDERS LLP
ATTN BRETT D. GOODMAN, ESQ.
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-0001
email: brett.goodman@troutmansanders.com

TROUTMAN SANDERS LLP
ATTN LESLIE S. AHARI, ESQ.
1850 TOWERS CRESCENT PLZ STE 500
VIENNA, VA 22182-6228
email: leslie.ahari@troutmansanders.com

TROY BOUCHER
3149 CONESTOGA WAY
BILLINGS, MT 59105-4664
email: troyboucher@gmail.com

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN JOSEPH CORDARO
86 CHAMBERS ST FL 3
NEW YORK, NY 10007-2632
email: joseph.cordaro@usdoj.gov

WEIL, GOTSHAL & MANGES LLP
ATTN DEBRA A. DANDENEAU, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153-0119
email: debra.dandeneau@weil.com

WEIL, GOTSHAL & MANGES LLP
ATTN MARCIA L. GOLDSTEIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153-0119
email: marcia.goldstein@weil.com

WILLKIE FARR & GALLAGHER LLP
ATTN ANA M. ALFONSO, ESQ.
787 SEVENTH AVE
NEW YORK, NY 10019-6099
email: aalfonso@willkie.com

WILLKIE FARR & GALLAGHER LLP
ATTN MARGOT B SCHONHOLTZ ESQ.
787 SEVENTH AVE
NEW YORK, NY 10019-6099
email: mschonholtz@willkie.com

WINSTON & STRAWN LLP
ATTN DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK, NY 10166-4193
email: dneier@winston.com

WOLLMUTH MAHER & DEUTSCH LLP
ATTN PAUL R. DEFILIPPO, ESQ.
500 5TH AVE FL 12
NEW YORK, NY 10110-1299
email: pdefilippo@wmd-law.com

WRIGHT, LINDSEY & JENNINGS LLP
ATTN JUDY S. HENRY, ESQ.
200 W CAPITOL AVE STE 2300
LITTLE ROCK, AR 72201-3699
email: jhenry@wlj.com

YESKOO HOGAN & TAMLYN, LLP
ATTN RICHARD C. YESKOO, ESQ.
139 SOUTH ST
NEW PROVIDENCE, NJ 07974
email: Yeskoo@yeskoolaw.com

# EXHIBIT B

ATTORNEY GENERAL OF STATE OF NEW YORK
ATTN ERIC T. SCHNEIDERMAN
120 BROADWAY, FL 24
NEW YORK, NY 10271

CALFEE, HALTER & GRISWOLD LLP
ATTN SCOTT C. MATASAR, ESQ.
1405 E 6TH ST STE 1
CLEVELAND, OH 44114-1601

CHICAGO BOARD OPTIONS EXCHANGE
OFFICE OF GENERAL COUNSEL
ATTN JOANNE MOFFIC-SILVER
400 S LA SALLE ST
CHICAGO, IL 60605-7001

COMMODITY FUTURES TRADING COMMISSION
140 BROADWAY
NEW YORK, NY 10005

COMMODITY FUTURES TRADING COMMISSION
ATTN DAN BERKOVITZ
THREE LAFAYETTE CENTRE
1155 21ST ST NW
WASHINGTON, DC 20581-0001

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
625 CHERRY ST RM 203
READING, PA 19602-1152

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
15TH & PENNSYLVANIA AVE NW
WASHINGTON, DC 20005

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE (IRS)
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DEPOSITORY TRUST & CLEARING CORP
ATTN LARRY E THOMPSON, MANAGING DIR & GC
55 WATER ST FL 22
NEW YORK, NY 10041-0024

DLA PIPER LLP
ATTN JONATHAN G. PFLEEGER, ESQ.
203 N LASALLE ST, STE 1900
CHICAGO, IL 60601

FEDERAL RESERVE BANK OF CHICAGO
ATTN ELIZABETH KNOSPE
230 S LASALLE ST
CHICAGO, IL 60604

FINANCIAL SERVICES AUTHORITY
ATTN ANDREW WHITTAKER
25 THE NORTH COLONNADE CANARY WHARF
LONDON E14 5HS UNITED KINGDOM

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
ATTN STEPHEN R. CHUK, ESQ.
WALL STREET PLZ
NEW YORK, NY 10005

ILLINOIS ATTORNEY GENERAL
ATTN LISA MADIGAN
100 W RANDOLPH ST
CHICAGO, IL 60601

JONES DAY
ATTN SCOTT J. GREENBERG
222 EAST 41ST STREET
NEW YORK, NY 10017-6702

JP MORGAN CHASE BANK
ATTN AGENT OR INDENTURE TRUSTEE
4 NEW YORK PLZ FL 18
NEW YORK, NY 10004-2413

LOWENSTEIN SANDLER PC
ATTN SHARON L. LEVINE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MF GLOBAL HOLDINGS LTD
ATTN LAURIE FERBER, ESQ
142 W 57TH ST FL 4
NEW YORK, NY 10019-3300

NATIONAL FUTURES ASSOCIATION
300 S RIVERSIDE PLZ STE 1800
CHICAGO, IL 60606-6615

NEW YORK ATTORNEY GENERAL
ATTN ERIC SCHNEIDERMAN
THE CAPITOL FL 2
ALBANY, NY 12224-0341

NYS DEPT OF TAXATION AND FINANCE
ATTN BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205-0300

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN BRIAN MASUMOTO
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN ELISABETTA G GASPARINI
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN LINDA RIFFKIN
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE US ATTORNEY
ATTN PATRICK FITZGERALD USA
219 S DEARBORN ST FL 5
CHICAGO, IL 60604-2029

PROSKAUER
ATTN IRENA M. GOLDSTEIN, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299

PROSKAUER
ATTN MARTIN J. BIENENSTOCK, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299

PROSKAUER
ATTN MICHAEL P. KESSLER, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-8299

SCOTT H. MARCUS & ASSOCIATES
ATTN CARRIE J. BOYLE
121 JOHNSON RD
TURNERSVILLE, NJ 08012

SECURITIES AND EXCHANGE COMMISSION
DIVISION OF MARKET REGULATION
ATTN MARK SCHONFELD, REGIONAL DIRECTOR
450 5TH ST NW
WASHINGTON, DC 20549-0006

SECURITIES AND EXCHANGE COMMISSION
DIVISION OF MARKET REGULATION
ATTN NEAL JACOBSON
450 5TH ST NW
WASHINGTON, DC 20534-0001

SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN REGIONAL DIRECTOR
3 WORLD FINANCIAL CTR STE 400
NEW YORK, NY 10281-1022

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
ATTN CHAIRMAN OR GENERAL COUNSEL
100 F ST NE
WASHINGTON, DC 20549-2000

SECURITIES EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
ATTN MERRI JO GILLETTE
175 W JACKSON BLVD STE 900
CHICAGO, IL 60604-2815

THE SIEGFRIED GROUP, LLP
1201 MARKET ST, STE 700
WILMINGTON, DE 19801

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN JOSEPH CORDARO
86 CHAMBERS ST FL 3
NEW YORK, NY 10007-2632

WILMINGTON TRUST NA
CORPORATE CLIENT SERVICES
ATTN JULIE J BECKER, VICE PRESIDENT
50 S 6TH ST STE 1290
DROP CODE 7100/MINNESOTA
MINNEAPOLIS, MN 55402-1544

# EXHIBIT C

RICHARD WARREN MOORE
C/O FULCRUM CREDIT PARTNERS LLC
ATTN GENERAL COUNSEL
111 CONGRESS AVENUE, SUITE 2550
AUSTIN, TX 78701
email: mhamilton@fulcruminv.com

# EXHIBIT D

RICHARD WARREN MOORE
C/O FULCRUM CREDIT PARTNERS LLC
ATTN GENERAL COUNSEL
111 CONGRESS AVENUE, SUITE 2550
AUSTIN, TX 78701

# EXHIBIT E

HALL, ESTILL, HARDWICK
ATTN STEVEN W SOULE
320 S BOSTON AVENUE STE 200
TULSA, OK 74103-3705
email: SSOULE@HALLESTILL.COM

HURON CONSULTING GROUP
599 LEXINGTON AVE FL 25
NEW YORK, NY 10022-7656
email: BOLIVERA@HURONCONSULTINGGROUP.COM

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530
email: rebecca_daum@tax.state.oh.us

WINKLER PARTNERS
12F 86 CHONGQING S RD
SECTION 1
TAIPEI TAIWAN
email: BILLING@WINKLERPARTNERS.COM, PDERNBACH@WINKLERPARTNERS.COM

# EXHIBIT F

COGENT COMMUNICATIONS CANADA
1015 31ST ST NW
WASHINGTON, DC 20007

COGENT COMMUNICATIONS INC
1015 31ST ST NW
WASHINGTON, DC 20007

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DEPT OF THE TREASURY/INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007

EQUINIX, INC.
4252 SOLUTIONS CTR
CHICAGO, IL 60677-4002

EQUINIX, INC.
ONE LAGOON DR 4TH FL
REDWOOD CITY, CA 94065

HALL, ESTILL, HARDWICK
ATTN STEVEN W SOULE
320 S BOSTON AVENUE STE 200
TULSA, OK 74103-3705

HURON CONSULTING GROUP
599 LEXINGTON AVE FL 25
NEW YORK, NY 10022-7656

IMARKET COMMUNICATIONS, INC
PO BOX 433
MATAWAN, NJ 07747-0433

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTORNEY-BANKRUPTCY DIVISION
ATTN REBECCA L DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
C/O ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
C/O ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
C/O ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
C/O ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
C/O ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215


WINKLER PARTNERS
12F 86 CHONGQING S RD
SECTION 1
TAIPEI TAIWAN

OHIO DEPARTMENT OF TAXATION
C/O THE ATTORNEY GENERAL OF THE STATE OF OHIO
COLLECTION ENFORCEMENT
150 E GAY ST 21ST FL
COLUMBUS, OH 43215

# EXHIBIT G

FEDEX TECHCONNECT INC
ASSIGNEE OF FEDERAL EXPRESS CORP/FEDEX
GROUND PACKAGE SYSTEMS INC ET AL
ATTN REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD MODULE G 3RD FL
MEMPHIS, TN 38116
email: BANKRUPTCY@FEDEX.COM

# EXHIBIT H

FEDEX TECHCONNECT INC
ASSIGNEE OF FEDERAL EXPRESS CORP/FEDEX
GROUND PACKAGE SYSTEMS INC ET AL
ATTN REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD MODULE G 3RD FL
MEMPHIS, TN 38116

MCGLADREY LLP
ATTN JAN RIEND
ONE S WACKER DR STE 800
CHICAGO, IL 60606

QUENCH USA
PO BOX 644006
CINCINNATI, OH 45264-0309

STANDARD REGISTER COMPANY
ATTN LILLIAN FLATT
600 ALBANY ST
DAYTON, OH 45417-3405