

Naomi Z. Newman, trustee
80 Rowan Way
Mill Valley, CA 94941

Clerk of the United States Bankruptcy Court for
The Southern District of New YORK
One Bowling Green
New York, New York 10004

Jan 7, 2010

Honorable Clerk of the United States Bankruptcy Court

I am in receipt of the Trustee's determination letter denying my claim #014152.

In that letter the Trustee denies my claim solely on that I was not a customer of BLMIS under SIPC.

I respectfully disagree with the Trustee and believe that I am, and should be afforded SIPA treatment as, a customer of BLMIS.

Accordingly I object to the trustee's denial of my claim and respectfully request a hearing on that denial.

Respectfully,

*Naomi Newman*

Naomi Z Newman

Naomi Z. Newman, trustee
80 Rowan Way
Mill Valley, CA 94941

Clerk of the United States Bankruptcy Court for
The Southern District of New YORK
One Bowling Green
New York, New York 10004

Jan 7, 2010

Honorable Clerk of the United States Bankruptcy Court

Due to the impoverishment I am experiencing because of the loss of all my money to the Madoff ponzi scheme, I did not have the money to pay a lawyer to advise me regarding the denial to my claim. Only today, Thurs. Jan. 7, did I get some long sought after advice that explained to me that if I didn't file it would be considered that I have no objection to the denial, which indeed I have.

I tried to fax my objection letter only to find out that the court did not accept this kind of document through faxing.

Please understand that I am 79 years old and not skilled in understanding and handling legal documents.

I hope you make allowances for an elder who has suffered the loss of her security and is struggling to regain some compensation, dignity and peace of mind, and accept my written request for a court hearing.

Sincerely,

Naomi Newman