**STANLEY R. BRAZAITIS**
3525 Jean Street
Fairfax, VA 22030
(703) 591-6233

January 5, 2009

I am writing this on behalf of my 85 year-old mother who invested $125,000 with Bernard Madoff and my wife and I who invested $350,000. She (and we) were part of a group of investors through AHT Associates. Please be mindful that she invested her $125,000 in September of 2008. She did not make any interest at all – not a dime - and on December 11, 2008, she learned that she lost her entire investment. We invested $350,000 (over a period of time) beginning with a $25,000 investment at the very beginning.

Now, she (and we) are being told that because she (and we) were not an individual investor, she (and we) are not eligible to recoup anything. The SEC was totally responsible for allowing Madoff to continue with his unbelievable scam when they neglected to investigate thoroughly the information that they were being told about Madoff. They were handed information on a silver platter almost verbatim on what he was doing, and because the SEC did not investigate as they should, and because my mother (and we) invested with others not individually, she (and we) are not eligible to get anything.

We are being told that we must request a hearing by a certain date, and if we cannot be there at that meeting, we hire a lawyer to represent us (and her). Do you realize that she already lost $125,000 – her income is very limited – and now you are telling us that we must request a hearing, go to New York, or if we cannot go to New York, we must hire a lawyer to represent us. Do you realize the financial impact that you are imposing on her and us?

My mother invested in September of 2008 – on December 11, 2008 we found out her investment was gone. In a matter of 3 months, she lost her entire investment – and once again because the SEC failed to do its job. Instead of the SEC being held responsible, we are now being held responsible.

We respectfully request that something be done. You cannot do nothing for her, for us and others just like her and us.

Marion Lois Brazaitis

Stanley R. Brazaitis

Carol A. Brazaitis

RECEIVED
JAN 1 2 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

Marion L. Brazaitis (Stanley J. (deceased))
C/o Stanley R. Brazaitis, Power of Attorney
3525 Jean St.
Fairfax, VA  22030

Dear Marion L. Brazaitis (Stanley J. (deceased)):

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC
("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities
Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order
entered on December 15, 2008 by the United States District Court for the Southern
District of New York.

The Trustee has made the following determination regarding your claim designated as
Claim No. 003352:

Based on a review of available books and records of BLMIS by the Trustee's staff, you
did not have an account with BLMIS. Because you did not have an account, you are
not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78*lll* (2).
Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing
before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition,
setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-
1789 (BRL) and attaching copies of any documents in support of your position, with
the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after
December 8, 2009, the date on which the Trustee mailed this notice.

------------------------------

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree
is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States
court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was
commenced before the date on which such application was filed, the term 'filing date' means the date on which
such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree
was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004


and


Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC
