# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _212-230-8229_

HOME:_____

1L0124
NOEL LEVINE
C/O TROON MANAGEMENT
885 THIRD AVENUE
NEW YORK, NY 10022

Taxpayer I.D. Number (Social Security No.)
_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_

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************

1.    Claim for money balances as of December 11, 2008 :
      a.    The Broker owes me a Credit (Cr.) Balance of           $_____
      b.    I owe the Broker a Debit (Dr.) Balance of             $_____

502180406

c.  If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.

d.  If balance is zero, insert "None."                    $_____

2.  Claim for securities as of **December 11, 2008**:    _____

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.  If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _See Attached Statement_ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406

2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

502180406

3

9. Have you or any member of your family
ever filed a claim under the Securities
Investor Protection Act of 1970? if
so, give name of that broker.

_____    ✓

Please list the full name and address of anyone assisting you in the
preparation of this claim form: *Micheal Stallone c/o Eisner + Lubin LLP*
*444 Madison Avenue, NY NY 10022*

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _2/19/09_    Signature _____

Date _____    Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK      NY  10022

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 11/30/08
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
YOUR ACCOUNT NUMBER: 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,269,872.39 | |
| 11/06 | 1,584 | | 11042 | APPLE INC | 105.380 | 166,984.92 | |
| 11/06 | 2,816 | | 11277 | ABBOTT LABORATORIES | 55.090 | 155,245.44 | |
| 11/06 | 1,936 | | 11512 | AMGEN INC | 60.350 | 116,914.60 | |
| 11/06 | 1,408 | | 11747 | BOEING CO | 51.120 | 72,032.96 | |
| 11/06 | 9,152 | | 11982 | BANK OF AMERICA | 23.860 | 218,549.68 | |
| 11/06 | 1,056 | | 12217 | BAXTER INTERNATIONAL INC | 60.600 | 64,035.60 | |
| 11/06 | 2,112 | | 12452 | BANK OF NEW YORK MELLON CORP | 32.290 | 68,280.48 | |
| 11/06 | 3,520 | | 12687 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 72,687.20 | |
| 11/06 | 1,232 | | 12922 | ANHEUSER BUSCH COS INC | 62.430 | 76,962.76 | |
| 11/06 | 9,856 | | 13157 | CITI GROUP INC | 13.530 | 133,745.68 | |
| 11/06 | 5,280 | | 13392 | COMCAST CORP CL A | 15.790 | 83,582.20 | |
| 11/06 | 2,816 | | 13627 | CONOCOPHILIPS | 51.120 | 144,065.92 | |
| 11/06 | 10,736 | | 13862 | CISCO SYSTEMS INC | 17.520 | 188,523.72 | |
| 11/06 | 2,640 | | 14097 | CVS CAREMARK CORP | 30.510 | 80,651.40 | |
| 11/06 | 3,696 | | 14332 | CHEVRON CORP | 73.740 | 272,690.04 | |
| 11/06 | 3,520 | | 14567 | THE WALT DISNEY CO | 24.760 | 87,295.20 | |
| 11/06 | 18,832 | | 14802 | GENERAL ELECTRIC CO | 19.600 | 369,860.20 | |
| 11/06 | 352 | | 15037 | GOOGLE | 356.520 | 125,509.04 | |
| 11/06 | 704 | | 15272 | GOLDMAN SACHS GROUP INC | 91.870 | 64,704.48 | |
| 11/06 | 3,168 | | 15507 | HOME DEPOT INC | 23.300 | 73,940.40 | |
| 11/06 | 4,400 | | 15742 | HEWLETT PACKARD CO | 38.310 | 168,740.00 | |
| 11/06 | 2,464 | | 15977 | INTERNATIONAL BUSINESS MACHS | 92.800 | 228,757.20 | |

CONTINUED ON PAGE 2

**MADF BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK        NY   10022

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222
Affiliated with

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-L0124-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 10,032 | | 16212 | INTEL CORP | 16.070 | 161,615.24 | |
| 11/06 | 5,104 | | 16447 | JOHNSON & JOHNSON | 61.310 | 313,130.24 | |
| 11/06 | 6,688 | | 16682 | J.P. MORGAN CHASE & CO | 40.910 | 273,873.08 | |
| 11/06 | 2,816 | | 16917 | KRAFT FOOD INC | 29.110 | 82,085.76 | |
| 11/06 | 3,520 | | 17152 | COCA COLA CO | 44.490 | 156,744.80 | |
| 11/06 | 2,112 | | 17387 | MCDONALDS CORP | 57.900 | 122,368.80 | |
| 11/06 | 2,112 | | 17622 | MEDTRONIC INC | 40.310 | 85,218.72 | |
| 11/06 | 1,232 | | 17857 | 3M COMPANY | 63.590 | 78,391.88 | |
| 11/06 | 3,696 | | 18092 | ALTRIA GROUP INC | 19.160 | 70,962.36 | |
| 11/06 | 3,872 | | 18327 | MERCK & CO | 30.780 | 119,334.16 | |
| 11/06 | 14,256 | | 18562 | MICROSOFT CORP | 22.310 | 318,621.36 | |
| 11/06 | 7,216 | | 18797 | ORACLE CORPORATION | 18.110 | 130,969.76 | |
| 11/06 | 1,584 | | 19502 | OCCIDENTAL PETROLEUM CORP | 54.290 | 86,058.36 | |
| 11/06 | | | 19737 | PEPSICO INC | 57 | 160,624.00 | |
| 11/06 | 12,816 | | 19972 | PFIZER INC | 17.690 | 215,312.36 | |
| 11/06 | 5,456 | | 20207 | PROCTER & GAMBLE CO | 64.570 | 352,511.92 | |
| 11/06 | 3,872 | | 20442 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 165,604.56 | |
| 11/06 | 2,992 | | 20677 | QUALCOMM INC | 37.810 | 113,246.52 | |
| 11/06 | 2,112 | | 20912 | SCHLUMBERGER LTD | 51.760 | 285,330.80 | |
| 11/06 | 10,560 | | 21147 | AT&T INC | 26.980 | 65,770.72 | |
| 11/06 | 6,512 | | 21382 | TIME WARNER INC | 10.060 | 92,980.40 | |
| 11/06 | 1,760 | | 21617 | UNITED PARCEL SVC INC CLASS B | 52.790 | | |
| 11/06 | 3,168 | | 21852 | U S BANCORP | 29.550 | 93,740.40 | |
| 11/06 | 1,760 | | 22087 | UNITED TECHNOLOGIES CORP | 54.920 | 96,729.20 | |

CONTINUED ON PAGE 3

H

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

Affiliated with

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TRODN MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY  10022

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

YOUR ACCOUNT NUMBER: 1-L0124-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

H

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 5,104 | | 22322 | VERIZON COMMUNICATIONS | 29.980 | 153,221.92 | |
| 11/06 | 5,984 | | 22557 | WELLS FARGO & CO NEW | 33.660 | 201,660.44 | |
| 11/06 | 4,048 | | 22792 | WAL-MART STORES INC | 56.560 | 229,115.88 | |
| 11/06 | 9,504 | | 23027 | EXXON MOBIL CORP | 73.680 | 700,634.72 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | 63.77 |
| | | | | DIV 11/06/08 | | | |
| 11/06 | 4,463 | | 10807 | FIDELITY SPARTAN | 1 | 4,463.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 92,019 | 48324 | FIDELITY SPARTAN | 1 | | 92,019.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | | 150,000 | 48751 | U S TREASURY BILL | 99.932 | | 149,898.00 |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| 11/06 | | 20,500,000 | 49817 | U S TREASURY BILL | 99.902 | | 20,479,910.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/06 | 4,225,000 | | 50052 | U S TREASURY BILL | 99.802 | 4,216,634.50 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/06 | 4,225,000 | | 50281 | U S TREASURY BILL | 99.751 | 4,214,479.75 | |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| 11/06 | 4,225,000 | | 50510 | U S TREASURY BILL | 99.726 | 4,213,423.50 | |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |

CONTINUED ON PAGE 4



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK        NY 10022

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-L0124-3-0 | ******6253 | 4    H |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 1,089 | | 23563 | APPLE INC | 108.800 | 118,526.20 | |
| 11/07 | 1,936 | | 23798 | ABBOTT LABORATORIES | 56.590 | 109,635.24 | |
| 11/07 | 1,331 | | 24033 | AMGEN INC | 62.070 | 82,668.17 | |
| 11/07 | 968 | | 24268 | BOEING CO | 53.640 | 51,951.52 | |
| 11/07 | 6,171 | | 24503 | BANK OF AMERICA | 23.720 | 146,692.12 | |
| 11/07 | 726 | | 24738 | BAXTER INTERNATIONAL INC | 61.740 | 44,852.24 | |
| 11/07 | 1,331 | | 24973 | BANK OF NEW YORK MELLON CORP | 34.210 | 45,586.51 | |
| 11/07 | 2,620 | | 25208 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 50,966.40 | |
| 11/07 | 847 | | 25443 | ANHEUSER BUSCH COS INC | 64.190 | 54,401.93 | |
| 11/07 | 6,534 | | 25678 | CITI GROUP INC | 14.410 | 94,415.94 | |
| 11/07 | 3,509 | | 25913 | COMCAST CORP CL A | 17.390 | 61,161.51 | |
| 11/07 | 1,815 | | 26148 | CONOCOPHILIPS | 53.060 | 96,375.90 | |
| 11/07 | 7,139 | | 26383 | CISCO SYSTEMS INC | 17.580 | 125,788.62 | |
| 11/07 | 1,694 | | 26618 | CVS CAREMARK CORP | 31.720 | 53,800.68 | |
| 11/07 | 2,541 | | 26853 | CHEVRON CORP | 75.450 | 191,819.45 | |
| 11/07 | 2,299 | | 27088 | THE WALT DISNEY CO | 25.620 | 58,991.38 | |
| 11/07 | 12,705 | | 27323 | GENERAL ELECTRIC CO | 19.810 | 252,194.05 | |
| 11/07 | 242 | | 27558 | GOOGLE | 349.160 | 84,505.72 | |
| 11/07 | 484 | | 27793 | GOLDMAN SACHS GROUP INC | 89.070 | 43,128.88 | |
| 11/07 | 2,057 | | 28028 | HOME DEPOT INC | 22.480 | 46,323.36 | |
| 11/07 | 3,025 | | 28263 | HEWLETT PACKARD CO | 38.820 | 117,551.50 | |
| 11/07 | 1,694 | | 28498 | INTERNATIONAL BUSINESS MACHS | 92.430 | 156,643.42 | |
| 11/07 | 6,776 | | 28733 | INTEL CORP | 16 | 108,687.00 | |
| 11/07 | 3,388 | | 28968 | JOHNSON & JOHNSON | 61.820 | 209,581.16 | |

CONTINUED ON PAGE 5



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK            NY  10022

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
PAGE: 5
YOUR ACCOUNT NUMBER: 1-01124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/07 | 4,598 | | 29203 | J.P. MORGAN CHASE & CO | 40.960 | 188,517.08 | |
| 11/07 | 1,815 | | 29438 | KRAFT FOOD INC | 29.710 | 53,995.65 | |
| 11/07 | 2,420 | | 29673 | COCA COLA CO | 46.580 | 112,819.60 | |
| 11/07 | 1,331 | | 29908 | MCDONALDS CORP | 57.510 | 76,598.81 | |
| 11/07 | 1,331 | | 30143 | MEDTRONIC INC | 41.140 | 54,810.34 | |
| 11/07 | 847 | | 30378 | 3M COMPANY | 64.880 | 54,986.36 | |
| 11/07 | 2,541 | | 30613 | ALTRIA GROUP INC | 19.370 | 49,320.17 | |
| 11/07 | 2,662 | | 30848 | MERCK & CO | 30.480 | 81,243.76 | |
| 11/07 | 9,800 | | 31083 | MICROSOFT CORP | 22.940 | 222,446.20 | |
| 11/07 | 4,840 | | 31318 | ORACLE CORPORATION | 18.470 | 89,587.80 | |
| 11/07 | 968 | | 32023 | OCCIDENTAL PETROLEUM CORP | 54.380 | 52,677.84 | |
| 11/07 | 1,936 | | 32258 | PEPSICO INC | 58.630 | 113,584.68 | |
| 11/07 | 8,228 | | 32493 | PFIZER INC | 18 | 148,433.00 | |
| 11/07 | 3,751 | | 32728 | PROCTER & GAMBLE CO | 65.180 | 244,640.18 | |
| 11/07 | 2,541 | | 32963 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 110,990.24 | |
| 11/07 | 2,057 | | 33198 | QUALCOMM INC | 37.690 | 77,610.33 | |
| 11/07 | 1,452 | | 33433 | SCHLUMBERGER LTD | 51.770 | 75,228.04 | |
| 11/07 | 7,018 | | 33668 | AT&T INC | 28.910 | 203,170.38 | |
| 11/07 | 4,356 | | 33903 | TIME WARNER INC | 10.110 | 44,213.16 | |
| 11/07 | 1,210 | | 34138 | UNITED PARCEL SVC INC CLASS B | 53.680 | 65,000.80 | |
| 11/07 | 2,178 | | 34373 | U S BANCORP | 30.790 | 67,147.62 | |
| 11/07 | 1,210 | | 34608 | UNITED TECHNOLOGIES CORP | 56 | 67,808.00 | |
| 11/07 | 3,388 | | 34843 | VERIZON COMMUNICATIONS | 31.810 | 107,907.28 | |
| 11/07 | 4,114 | | 35078 | WELLS FARGO & CO NEW | 34.080 | 140,369.12 | |
| | | | | CONTINUED ON PAGE 6 | | | |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK        NY   10022

H

PAGE 6

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******6253

YOUR ACCOUNT NUMBER 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 2,783 | | 35313 | WAL-MART STORES INC | 56.730 | 157,990.59 | |
| 11/07 | 6,413 | | 35548 | EXXON MOBIL CORP | 75.280 | 483,026.64 | |
| 11/07 | | | | FIDELITY SPARTAN | DIV | | .08 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/07/08 | | | |
| 11/07 | | 4,463 | 11053 | FIDELITY SPARTAN | 1 | | 4,463.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/07 | | 4,225,000 | 12099 | U S TREASURY BILL | 99.811 | | 4,217,016.75 |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/07 | | 4,225,000 | 12126 | U S TREASURY BILL | 99.740 | | 4,214,015.00 |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| 11/07 | 1,475,000 | | 12290 | U S TREASURY BILL | 99.720 | 1,470,870.00 | |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |
| 11/07 | 1,475,000 | | 12510 | U S TREASURY BILL | 99.671 | 1,470,147.25 | |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 11/07 | 43,143 | | 12740 | FIDELITY SPARTAN | 1 | 43,143.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | 1,350 | | 36023 | APPLE INC | 108.720 | 146,826.00 | |
| 11/10 | 2,400 | | 36258 | ABBOTT LABORATORIES | 55.910 | 134,280.00 | |
| 11/10 | 1,650 | | 36493 | AMGEN INC | 59.620 | 98,439.00 | |
| 11/10 | 1,200 | | 36728 | BOEING CO | 52.190 | 62,676.00 | |
| | | | | CONTINUED ON PAGE   7 | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK            NY 10022

PAGE: 7

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|
| 11/30/08 | ******6253 | 1-L0124-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 7,800 | | 36963 | BANK OF AMERICA | 24.050 | 187,902.00 | |
| 11/10 | 1,050 | | 37198 | BAXTER INTERNATIONAL INC | 60.770 | 63,850.50 | |
| 11/10 | 1,800 | | 37433 | BANK OF NEW YORK MELLON CORP | 33.480 | 60,336.00 | |
| 11/10 | 3,150 | | 37668 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 67,252.50 | |
| 11/10 | 1,050 | | 37903 | ANHEUSER BUSCH COS INC | 64.090 | 67,336.50 | |
| 11/10 | 8,550 | | 38138 | CITI GROUP INC | 14.270 | 122,350.50 | |
| 11/10 | 4,500 | | 38373 | COMCAST CORP | 17.410 | 78,525.00 | |
| | | | | CL A | | | |
| 11/10 | 2,400 | | 38608 | CONOCOPHILIPS | 54.130 | 130,008.00 | |
| 11/10 | 9,150 | | 38843 | CISCO SYSTEMS INC | 18.080 | 165,798.00 | |
| 11/10 | 2,250 | | 39078 | CVS CAREMARK CORP | 31.300 | 70,515.00 | |
| 11/10 | 3,300 | | 39313 | CHEVRON CORP | 76.410 | 252,285.00 | |
| 11/10 | 2,850 | | 39548 | THE WALT DISNEY CO | 25.660 | 73,245.00 | |
| 11/10 | 16,350 | | 39783 | GENERAL ELECTRIC CO | 20.530 | 335,319.50 | |
| 11/10 | 300 | | 40018 | GOOGLE | 363.580 | 109,086.00 | |
| 11/10 | 750 | | 40253 | GOLDMAN SACHS GROUP INC | 92.680 | 69,540.00 | |
| 11/10 | 2,700 | | 40488 | HOME DEPOT INC | 23.030 | 62,289.00 | |
| 11/10 | 3,900 | | 40723 | HEWLETT PACKARD CO | 37.290 | 145,587.00 | |
| 11/10 | 2,100 | | 40958 | INTERNATIONAL BUSINESS MACHS | 92.660 | 194,670.00 | |
| 11/10 | 8,850 | | 41193 | INTEL CORP | 15.880 | 140,892.00 | |
| 11/10 | 4,350 | | 41428 | JOHNSON & JOHNSON | 61.320 | 266,916.00 | |
| 11/10 | 5,700 | | 41663 | J.P. MORGAN CHASE & CO | 41.730 | 238,089.00 | |
| 11/10 | 2,400 | | 41898 | KRAFT FOOD INC | 30.100 | 72,336.00 | |
| 11/10 | 3,150 | | 42133 | COCA COLA CO | 45.500 | 143,451.00 | |
| 11/10 | 1,800 | | 42368 | MCDONALDS CORP | 57.230 | 103,086.00 | |
| | | | | CONTINUED ON PAGE   8 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT
885 THIRD AVENUE
NEW YORK NY 10022

PERIOD ENDING 11/30/08
PAGE 8
YOUR ACCOUNT NUMBER 1-L0124-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER *****6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 1,800 | | 42603 | MEDTRONIC INC | 40.300 | 72,612.00 | |
| 11/10 | 1,050 | | 42838 | 3M COMPANY | 64.690 | 67,966.50 | |
| 11/10 | 3,150 | | 43073 | ALTRIA GROUP INC | 18.890 | 59,629.50 | |
| 11/10 | 3,300 | | 43308 | MERCK & CO | 30.510 | 100,815.00 | |
| 11/10 | 12,150 | | 43543 | MICROSOFT CORP | 23.200 | 282,366.00 | |
| 11/10 | 6,150 | | 43778 | ORACLE CORPORATION | 18.600 | 114,636.00 | |
| 11/10 | 1,350 | | 44483 | OCCIDENTAL PETROLEUM CORP | 56.010 | 75,667.50 | |
| 11/10 | 2,400 | | 44718 | PEPSICO INC | 57.550 | 138,216.00 | |
| 11/10 | 10,650 | | 44953 | PFIZER INC | 17.960 | 191,700.00 | |
| 11/10 | 4,650 | | 45188 | PROCTER & GAMBLE CO | 65.230 | 303,505.50 | |
| 11/10 | 3,150 | | 45423 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 138,820.50 | |
| 11/10 | 2,550 | | 45658 | QUALCOMM INC | 37.310 | 95,242.50 | |
| 11/10 | 1,950 | | 45893 | SCHLUMBERGER LTD | 50.500 | 98,553.00 | |
| 11/10 | 9,300 | | 46128 | ATET INC | 28.580 | 266,166.00 | |
| 11/10 | 5,400 | | 46363 | TIME WARNER INC | 11.010 | 59,670.00 | |
| 11/10 | 1,500 | | 46598 | UNITED PARCEL SVC INC CLASS B | 54.420 | 81,690.00 | |
| 11/10 | 2,700 | | 46833 | U S BANCORP | 31.510 | 85,185.00 | |
| 11/10 | 1,500 | | 47068 | UNITED TECHNOLOGIES CORP | 56.430 | 84,705.00 | |
| 11/10 | 4,500 | | 47303 | VERIZON COMMUNICATIONS | 32 | 144,180.00 | |
| 11/10 | 5,100 | | 47538 | WELLS FARGO & CO NEW | 34.600 | 176,664.00 | |
| 11/10 | 3,450 | | 47773 | MAL-MART STORES INC | 55.710 | 192,337.50 | |
| 11/10 | 8,100 | | 48008 | EXXON MOBIL CORP | 75.680 | 614,306.00 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | DIV | | |
| | | | | DIV 11/10/08 | | | |

CONTINUED ON PAGE 9

2-34

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK        NY 10022

PAGE 9
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  ******6253
YOUR ACCOUNT NUMBER  1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 43,143 | 12976 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 43,143.00 |
| 11/10 | | 5,700,000 | 13986 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 5,685,294.00 |
| 11/10 | | 1,475,000 | 14210 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | | 1,470,368.50 |
| 11/10 | 23,989 | | 14664 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,989.00 | |
| 11/18 | | 3,129 | 49412 | ANHEUSER BUSCH COS INC | 70 | | 219,030.00 |
| 11/18 | 200,000 | | 49647 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 199,660.00 | |
| 11/18 | 19,370 | | 49885 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,370.00 | |
| 11/19 | | | 52325 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.13 |
| 11/19 | | 43,359 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 43,359.00 |
| 11/19 | 2,025,000 | | 56883 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 2,023,501.50 | |
| 11/19 | 2,724 | | 61363 | FIDELITY SPARTAN 3/26/2009 U S TREASURY MONEY MARKET | 1 | 2,724.00 | |

CONTINUED ON PAGE 10

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY  10022

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 10 H |

YOUR ACCOUNT NUMBER: 1-L0124-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/20 | | 2,025,000 | 63861 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | | 2,024,230.50 |
| 11/20 | 2,025,000 | | 64099 | U S TREASURY BILL 3/26/2009 DUE 4/16/2009 | 99.947 | 2,023,926.75 | |
| 11/20 | 304 | | 64338 | FIDELITY SPARTAN 4/16/2009 U S TREASURY MONEY MARKET | 1 | 304.00 | |
| 11/25 | 531 | | 64579 | APPLE INC | 85.070 | 45,193.17 | |
| 11/25 | 944 | | 64817 | ABBOTT LABORATORIES | 54.140 | 51,145.16 | |
| 11/25 | 649 | | 65055 | AMGEN INC | 53.630 | 34,830.87 | |
| 11/25 | 3,009 | | 65293 | BANK OF AMERICA | 12.980 | 39,176.82 | |
| 11/25 | 354 | | 65531 | BAXTER INTERNATIONAL INC | 52.570 | 18,623.78 | |
| 11/25 | 708 | | 65769 | BANK OF NEW YORK MELLON CORP | 24.690 | 17,508.52 | |
| 11/25 | 1,180 | | 66007 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 23,812.20 | |
| 11/25 | 3,422 | | 66245 | CITI GROUP INC | 6.100 | 21,010.20 | |
| 11/25 | 295 | | 66483 | COLGATE PALMOLIVE CO | 62.660 | 18,495.70 | |
| 11/25 | 1,711 | | 66721 | COMCAST CORP CL A | 13.970 | 23,970.67 | |
| 11/25 | 944 | | 66959 | CONOCOPHILIPS | 45.100 | 42,611.40 | |
| 11/25 | 3,540 | | 67197 | CISCO SYSTEMS INC | 14.970 | 53,134.80 | |
| 11/25 | 885 | | 67435 | CVS CAREMARK CORP | 27.040 | 23,965.40 | |
| 11/25 | 1,239 | | 67673 | CHEVRON CORP | 68.710 | 85,180.69 | |
| 11/25 | 1,121 | | 67911 | THE WALT DISNEY CO | 19.760 | 22,194.96 | |
| 11/25 | 413 | | 68149 | EXELON CORP | 48.740 | 20,145.62 | |

CONTINUED ON PAGE  11



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY 10022

PERIOD ENDING: 11/30/08
PAGE: 11
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253
YOUR ACCOUNT NUMBER: 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/25 | 6,490 | | 68387 | GENERAL ELECTRIC CO | 14.010 | 91,183.90 | |
| 11/25 | 118 | | 68625 | GOOGLE | 275 | 32,454.00 | |
| 11/25 | 1,003 | | 68863 | HOME DEPOT INC | 19.530 | 19,628.59 | |
| 11/25 | 1,475 | | 69101 | HEWLETT PACKARD CO | 32.990 | 48,719.25 | |
| 11/25 | 826 | | 69339 | INTERNATIONAL BUSINESS MACHS | 75.080 | 62,049.08 | |
| 11/25 | 3,422 | | 69577 | INTEL CORP | 12.270 | 42,123.94 | |
| 11/25 | 1,711 | | 69815 | JOHNSON & JOHNSON | 57.650 | 98,707.15 | |
| 11/25 | 2,242 | | 70053 | J.P. MORGAN CHASE & CO | 27.760 | 62,326.92 | |
| 11/25 | 885 | | 70291 | KRAFT FOOD INC | 25.900 | 22,956.50 | |
| 11/25 | 1,180 | | 70529 | COCA COLA CO | 42.040 | 49,654.20 | |
| 11/25 | 649 | | 70767 | MCDONALDS CORP | 55 | 35,720.00 | |
| 11/25 | 708 | | 71005 | MEDTRONIC INC | 30.800 | 21,834.40 | |
| 11/25 | 413 | | 71243 | 3M COMPANY | 58.280 | 24,085.64 | |
| 11/25 | 1,239 | | 71481 | ALTRIA GROUP INC | 16.250 | 20,182.75 | |
| 11/25 | 1,298 | | 71719 | MERCK & CO | 25 | 32,501.00 | |
| 11/25 | 4,720 | | 71957 | MICROSOFT CORP | 18.100 | 85,620.00 | |
| 11/25 | 2,360 | | 72671 | ORACLE CORPORATION | 16.050 | 37,972.00 | |
| 11/25 | 531 | | 72671 | OCCIDENTAL PETROLEUM CORP | 44.570 | 23,687.67 | |
| 11/25 | 944 | | 73147 | PEPSICO INC | 51.800 | 48,936.20 | |
| 11/25 | 4,071 | | 73385 | PFIZER INC | 15.320 | 62,529.72 | |
| 11/25 | 1,770 | | 73623 | PROCTER & GAMBLE CO | 61.940 | 109,703.80 | |
| 11/25 | 1,239 | | 73861 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 45,123.82 | |
| 11/25 | 1,003 | | 74099 | QUALCOMM INC | 29.850 | 29,979.55 | |
| 11/25 | 708 | | 74337 | SCHLUMBERGER LTD | 46.270 | 32,787.16 | |
| 11/25 | 3,540 | | 74575 | AT&T INC | 25 | 88,641.00 | |
| | | | | CONTINUED ON PAGE  12 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 12

H

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******6253

**YOUR ACCOUNT NUMBER** 1-L0124-3-0

**\*\*DUPLICATE\*\*  FOR ACCOUNT  NTC & CO.**
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY    10022

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/25 | 2,183 | | 74813 | TIME WARNER INC | 8.010 | 17,572.83 | |
| 11/25 | 590 | | 75051 | UNITED PARCEL SVC INC | 50.760 | 29,971.40 | |
| | | | | CLASS B | | | |
| 11/25 | 1,062 | | 75289 | U S BANCORP | 23.400 | 24,892.80 | |
| 11/25 | 590 | | 75527 | UNITED TECHNOLOGIES CORP | 44.890 | 26,508.10 | |
| 11/25 | 1,711 | | 75765 | VERIZON COMMUNICATIONS | 26.570 | 45,529.27 | |
| 11/25 | 2,301 | | 76003 | WELLS FARGO & CO NEW | 23.820 | 54,901.82 | |
| 11/25 | 1,357 | | 76241 | WAL-MART STORES INC | 51.450 | 69,871.65 | |
| 11/25 | 826 | | 76479 | WYETH | 33 | 27,291.00 | |
| 11/25 | 3,186 | | 76717 | EXXON MOBIL CORP | 72 | 229,519.00 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | DIV | | .30 |
| | | | | DIV 11/25/08 | | | |
| 11/25 | | 3,028 | 77295 | FIDELITY SPARTAN | 1 | | 3,028.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/25 | | 2,225,000 | 77548 | U S TREASURY BILL | 99.878 | | 2,222,285.50 |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| 11/25 | 5,729 | | 77835 | FIDELITY SPARTAN | 1 | 5,729.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 3,358,122.01 | |
| | 30,418 | | | SECURITY POSITIONS | | | |
| | | | | AT&T INC | MKT PRICE 28.560 | | |
| | | | | CONTINUED ON PAGE  13 | | | |

CONTINUED ON PAGE  13



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
Affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY   10022

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | ******6253 | 13 |

YOUR ACCOUNT NUMBER: 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,096 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 10,626 | | | ALTRIA GROUP INC | 16.080 | | |
| | 5,566 | | | AMGEN INC | 55.540 | | |
| | 4,554 | | | APPLE INC | 92.670 | | |
| | 26,132 | | | BANK OF AMERICA | 16.250 | | |
| | 5,951 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 3,186 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 10,270 | | | BOEING CO | 42.630 | | |
| | 7,469 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 10,776 | | | CVS CAREMARK CORP | 28.930 | | |
| | 30,565 | | | CHEVRON CORP | 79.010 | | |
| | 28,362 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 10,270 | | | CITI GROUP INC | 8.290 | | |
| | 295 | | | COCA COLA CO | 46.870 | | |
| | 15,000 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 7,975 | | | CONOCOPHILIPS | 52.520 | | |
| | 9,790 | | | THE WALT DISNEY CO | 22.520 | | |
| | 413 | | | EXELON CORP | 56.210 | | |
| | 27,203 | | | EXXON MOBIL CORP | 80.150 | | |
| | 54,377 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 1,938 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 1,012 | | | GOOGLE | 292.960 | | |
| | 12,800 | | | HEWLETT PACKARD CO | 35.280 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   14 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY 10022

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 14 |

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

YOUR ACCOUNT NUMBER: 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,928 | | | HOME DEPOT INC | 23.110 | | |
| | 29,080 | | | INTEL CORP | 13.800 | | |
| | 7,084 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 19,228 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 14,553 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 7,916 | | | KRAFT FOOD INC | 27.210 | | |
| | 5,892 | | | MCDONALDS CORP | 58.750 | | |
| | 5,951 | | | MEDTRONIC INC | 30.520 | | |
| | 11,132 | | | MERCK & CO | 26.720 | | |
| | 40,806 | | | MICROSOFT CORP | 20.220 | | |
| | 4,433 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 20,566 | | | ORACLE CORPORATION | 16.090 | | |
| | 8,096 | | | PEPSICO INC | 56.700 | | |
| | 35,093 | | | PFIZER INC | 16.430 | | |
| | 10,802 | | | PHILIP MORRIS INTERNATIONAL | 42.160 | | |
| | 15,627 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 8,602 | | | QUALCOMM INC | 33.570 | | |
| | 6,222 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 5,729 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 3,542 | | | 3M COMPANY | 66.930 | | |
| | 18,451 | | | TIME WARNER INC | 9.050 | | |
| | 9,108 | | | U S BANCORP | 26.980 | | |
| | 5,060 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | | | | CONTINUED ON PAGE  15 | | | |



| MADOFF | **BERNARD L. MADOFF** |
| --- | --- |
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE** 15    **H**

**PERIOD ENDING** 11/30/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** ******6253

**YOUR ACCOUNT NUMBER** 1-L0124-3-0

**DUPLICATE** FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK        NY   10022

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 5,060 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 14,703 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 11,638 | | | WAL-MART STORES INC | 55.880 | | |
| | 17,499 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 826 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 21,622,254.07 | | | |
| | | Nt # 1-L0244-4-0 | | (633,920.00)  See Attached Statement | | | |
| | | | | 20,988,944.09 | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY 10022

PERIOD ENDING 11/30/08
PAGE 16
YOUR TAX PAYER IDENTIFICATION NUMBER ******6253
YOUR ACCOUNT NUMBER 1-L0124-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 141,912.04 |
| | | | | GROSS PROCEEDS FROM SALES | | | 139,435,078.74 |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT  NTC & CO.
NOEL LEVINE
C/O TROON MANAGEMENT

885 THIRD AVENUE
NEW YORK          NY  10022

PAGE: H  1

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *****6253

YOUR ACCOUNT NUMBER: 1-L0124-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| /06 | | 176 | 19032 | S & P 100 INDEX | 20.300 | | 1,269,873.00 |
| /06 | 176 | | 19267 | NOVEMBER 470 CALL | | | 357,104.00 |
| /07 | | 121 | 31553 | S & P 100 INDEX | 20.500 | | |
| /07 | 121 | | 31788 | NOVEMBER 460 PUT | | 360,976.00 | |
| /07 | | | | S & P 100 INDEX | 22 | | 266,079.00 |
| /10 | | 150 | 44013 | NOVEMBER 470 CALL | 13.800 | | |
| /10 | 150 | | 44248 | NOVEMBER 460 PUT | | 167,101.00 | |
| /10 | | | | S & P 100 INDEX | 12.400 | | 185,850.00 |
| 19 | | 447 | 30227 | NOVEMBER 485 CALL | 16.800 | | |
| 19 | | | | S & P 100 INDEX | | 252,150.00 | |
| 19 | | | 30465 | NOVEMBER 475 PUT | 26 | | 1,161,753.00 |
| 19 | 447 | | | S & P 100 INDEX | | | |
| 19 | | | 30703 | DECEMBER 430 CALL | 30 | 1,341,447.00 | |
| 19 | | | 30941 | S & P 100 INDEX | 1.500 | | |
| 19 | | | | DECEMBER 420 PUT | | 44,847.00 | |
| .9 | | 297 | 31179 | S & P 100 INDEX | .900 | 13,650.00 | |
| .9 | 297 | | | NOVEMBER 470 CALL | | | |
| .9 | | | 31417 | NOVEMBER 485 CALL | 45 | | 1,336,203.00 |
| .9 | 150 | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 460 PUT | 59 | | 884,850.00 |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 475 PUT | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

