**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, )<br>)<br>Defendant. ) | Adversary Proceeding<br>No. 08-01789-BRL |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice,*
**FOR UNITED STATES GOVERNMENT ATTORNEY**
**KATHARINE B. GRESHAM**

I, Katharine B. Gresham, a member in good standing of the bar of the District of Columbia and the United States Court of Appeals for the Second Circuit, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the Securities and Exchange Commission in this case. The Commission has filed a notice of appearance and is participating as a party in this case pursuant to Section 5(c) of the Securities Investor Protection Act, 15 U.S.C. 78eee(c).

Under the Local Rules of the Bankruptcy Court for the Southern District of New York, "Upon motion to the Court, a member in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." LBR 2090-1(b).

My mailing address is: Securities & Exchange Commission, Office of General Counsel, 100 F Street, NE, Washington D.C. 20548.

My e-mail address is: greshamk@sec.gov.  My telephone number is (202) 551-5148.

As a U.S. Government agency, the Securities and Exchange Commission is exempt from filing fees.

Dated: December 9, 2009            Respectfully submitted,
      Washington, D.C.

                                              /s/Katharine B. Gresham_____
                                              Katharine B. Gresham
                                              Assistant General Counsel
                                              Securities and Exchange Commission
                                              100 F Street, NE
                                              Washington, D.C.   20549
                                              Telephone: (202) 551-5148
                                              Fax: (202) 772-9371
                                              e-mail: greshamk@sec.gov

## ORDER

**ORDERED**,

that Katharine B. Gresham, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York.  Ms. Gresham represents the Securities and Exchange Commission, a U.S. Government agency, which is exempt from filing fees.

Dated:  January 13, 2010            /s/Burton R. Lifland_____
       New York, New York            UNITED STATES BANKRUPTCY JUDGE