**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant.<br><br>In re<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## AFFIDAVIT OF SERVICE

SHELLEY SAPOSNIK, being duly sworn, deposes and states:

  I am associated with the law firm of Schulte Roth & Zabel LLP.

  On January 13, 2010, I caused to be served a true copy of the ***OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM*** by First Class Mail upon the parties on the annexed Service List.

                /s/ Shelley Saposnik
                SHELLEY SAPOSNIK

Sworn to before me this
13th day of January 13, 2010
 /s/ Kevin Bell_____
KEVIN BELL
NOTARY PUBLIC, State of New York
No. 01BE6193334
Qualified in New York County
Commission Expires Sept. 16, 2012

DOC ID-11052141.1

## SERVICE LIST

Irving H. Picard, Trustee
c/o Baker & Hostetler
45 Rockefeller Plaza
New York, NY 1011

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004

DOC ID-11052141.1