Ernest Edward Badway
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
(212) 692-0940 (fax)

*Attorneys for Iris Schaum*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | No. 08-1789 (BRL)<br><br>SIPA Liquidation<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ernest Edward Badway, Esq., of the law firm of Fox Rothschild LLP, hereby enters his appearance as counsel for Iris Schaum, to represent her in connection with the above-captioned proceeding. Mr. Badway's address and telephone number are:

> FOX ROTHSCHILD LLP
> 100 Park Avenue, Suite 1500
> New York, New York 10017
> (212) 878-7900
> (212) 692-0940 (fax)
> E-Mail: ebadway@foxrothschild.com

RL1 799386v1 01/14/10

Dated:     New York, New York
           January 14, 2010

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By: _____

Ernest Edward Badway
*Attorneys for Iris Schaum*

RL1 799386v1 01/14/10