Ernest Edward Badway
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
(212) 692-0940 (fax)

*Attorneys for Iris Schaum*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | No. 08-1789 (BRL) <br><br> SIPA Liquidation |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss.
COUNTY OF ESSEX       )

I, the undersigned, being duly sworn, say:

1. I am not a party to this action, am over 18 years of age, and my business address is 75 Eisenhower Parkway, Roseland, New Jersey, 07068.

2. On January 14, 2010, Iris Schaum's **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, via the CM/ECF system, and served upon the following parties and participants:

RL1 799585v1 01/14/10

Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Via ECF and pre-paid overnight delivery, Federal Express

*/s/ Annette Jimmerson*
ANNETTE JIMMERSON

Subscribed and sworn to before me
this 14th day of January 2010
by the affiant, who is personally known to me

*/s/ Linda C. Nieswand*
NOTARY PUBLIC

LINDA C. NIESWAND
Notary Public of New Jersey
Commission Expires 10/18/2012

RL1 799585v1 01/14/10