# EXHIBIT 2

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_516-228-8766_____

HOME:__516-228-8766_____

Taxpayer I.D. Number (Social Security No.)
_____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_____

Account Number:   1S0320
IRIS SCHAUM
389 ALTESSA BLVD
MELVILLE, NY 11747

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*****************************************************************************

1.      Claim for money balances as of **December 11, 2008** :
    a.      The Broker owes me a Credit (Cr.) Balance of        $ 841,187.18___
    b.      I owe the Broker a Debit (Dr.) Balance of           $_____ ___

502180406                      1

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                $_____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| PLEASE SEE STATEMENT FOR PERIOD ENDING | | | |
| 11/30/08 ATTACHED AS EXHIBIT A. | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                 2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | X | |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X | |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970?  if
      so, give name of that broker.                                    _____    X____

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:_____
      _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date __January 23, 2009__        Signature_____

Date _____        Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# BERNARD L. MADOFF

MADF | INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

IRIS SCHAUM

389 ALTESSA BLVD
MELVILLE          NY    11747

YOUR ACCOUNT NUMBER: 1-S0320-3-9

PERIOD ENDING 11/30/08    PAGE 1

YOUR TAX PAYER IDENTIFICATION NUMBER: ********0153

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | |
| 11/05 | | | | CHECK | CW | 30,000.00 | |
| 11/05 | | | | FIDELITY SPARTAN | DIV | | 50,525.60 |
| 11/12 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/05/08 | | | |
| 11/05 | | 20,070 | 35722 | FIDELITY SPARTAN | 1 | | 20,070.00 |
| 11/05 | | | | U S TREASURY MONEY MARKET | | | |
| | 15,061 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | 21,070.00 | |
| 11/05 | | 25,000 | 35741 | U S TREASURY BILL | 99.879 | | 24,969.75 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/05 | 15,061 | | 35772 | FIDELITY SPARTAN | 1 | 15,061.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/12 | 716 | | 423 | WELLS FARGO & CO NEW | 29.800 | 21,305.20 | |
| 11/12 | 510 | | 925 | HEWLETT PACKARD CO | 34.900 | 17,815.00 | |
| 11/12 | 442 | | 4749 | WAL-MART STORES INC | 55.830 | 24,693.86 | |
| 11/12 | 289 | | 5251 | EXXON MOBIL CORP | 87.270 | 25,233.03 | |
| 11/12 | 1,071 | | 9075 | INTERNATIONAL BUSINESS MACHS | 72.880 | 78,096.48 | |
| 11/12 | 1,173 | | 9577 | INTEL CORP | 14.510 | 17,056.23 | |
| 11/12 | 561 | | 13903 | JOHNSON & JOHNSON | 52.580 | 29,505.45 | |
| 11/12 | 765 | | 18228 | J.P. MORGAN CHASE & CO | 38.530 | 29,505.45 | |
| 11/12 | 408 | | 22554 | COCA COLA CO | 44.660 | 18,233.28 | |
| 11/12 | 238 | | 26080 | MCDONALDS CORP | 55.370 | 13,187.06 | |
| 11/12 | 442 | | 31206 | MERCK & CO | 28.550 | 12,619.10 | |
| 11/12 | 1,615 | | 35532 | MICROSOFT CORP | 21.810 | 35,287.15 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT A

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
389 ALTESSA BLVD
MELVILLE        NY   11747

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 11/30/08
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0163



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 816 | | 39858 | ORACLE CORPORATION | 17.300 | 14,148.80 | |
| 11/12 | 323 | | 52836 | PEPSICO INC | 56.610 | 18,232.63 | |
| 11/12 | 187 | | 53338 | APPLE INC | 100.780 | 18,852.86 | |
| 11/12 | 1,377 | | 57162 | PFIZER INC | 16.940 | 23,381.38 | |
| 11/12 | 323 | | 57664 | ABBOTT LABORATORIES | 54.610 | 17,651.03 | |
| 11/12 | 612 | | 51688 | PROCTER & GAMBLE CO | 64.080 | 39,260.96 | |
| 11/12 | 221 | | 51990 | AMGEN INC | 59.160 | 13,083.36 | |
| 11/12 | 425 | | 65814 | PHILIP MORRIS INTERNATIONAL | 43.600 | 18,547.00 | |
| 11/12 | 1,020 | | 66316 | BANK OF AMERICA | 21.590 | 22,061.80 | |
| 11/12 | 340 | | 70160 | QUALCOMM INC | 33.770 | 11,494.80 | |
| 11/12 | 1,105 | | 70942 | CITIGROUP INC | 12.510 | 13,827.55 | |
| 11/12 | 255 | | 74455 | SCHLUMBERGER LTD | 49.480 | 12,627.40 | |
| 11/12 | 612 | | 74968 | COMCAST CORP CL A | 16.510 | 10,128.12 | |
| 11/12 | 1,207 | | 78722 | AT&T INC | 27. | 32,637.00 | |
| 11/12 | 306 | | 79294 | CONOCOPHILLIPS | 51.510 | 15,080.06 | |
| 11/12 | 204 | | 83118 | UNITED PARCEL SVC INC CLASS B | 52.040 | 10,624.16 | |
| 11/12 | 1,241 | | 83620 | CISCO SYSTEMS INC | 16.730 | 20,810.93 | |
| 11/12 | 357 | | 87946 | U S BANCORP | 29.530 | 10,556.21 | |
| 11/12 | 425 | | 87444 | CHEVRON CORP | 73.430 | 31,224.75 | |
| 11/12 | 204 | | 91770 | UNITED TECHNOLOGIES CORP | 53.150 | 10,852.54 | |
| 11/12 | 2,159 | | 92272 | GENERAL ELECTRIC CO | | 42,467.17 | |
| 11/12 | 578 | | 92096 | VERIZON COMMUNICATIONS | 30.610 | 17,599.08 | |
| 11/12 | 51 | | 96598 | GOOGLE | 337.400 | 17,209.40 | |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061



IRIS SCHAUM
389 ALTESSA BLVD
MELVILLE       NY    11747

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 11/30/08
TAXPAYER ID NUMBER: **********0163
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | | 800,000 | 23032 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 799,488.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 1.50 |
| 11/12 | | | 18133 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 11/12 | 41,226 | 15,061 | 27501 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 41,226.00 | 15,061.00 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 5.06 |
| 11/19 | | 41,226 | 52982 | DIV 11/19/08 FIDELITY SPARTAN | 1 | | 41,226.00 |
| 11/19 | 75,000 | | 57514 | U S TREASURY BILL DUE 03/26/2009 | 99.925 | 74,944.50 | |
| 11/19 | 17,218 | | 62020 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,218.00 | |
| | | | | NEW BALANCE SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | 98,023.33 |
| | 1,207 | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES






## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
389 ALIESSA BLVD
MELVILLE          NY   11747

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********0163
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 323 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 221 | | | AMGEN INC | 55.540 | | |
| | 187 | | | APPLE INC | 92.670 | | |
| | 1,020 | | | BANK OF AMERICA | 16.250 | | |
| | 425 | | | CHEVRON CORP | 79.010 | | |
| | 1,241 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,105 | | | CITI GROUP INC | 8.290 | | |
| | 408 | | | COCA COLA CO | 46.870 | | |
| | 612 | | | COMCAST CORP CL A | 17.340 | | |
| | 306 | | | CONOCOPHILLIPS | 52.520 | | |
| | 1,071 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,159 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 51 | | | GOOGLE | 292.960 | | |
| | 510 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,173 | | | INTEL CORP | 13.800 | | |
| | 289 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 765 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 561 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 238 | | | MCDONALDS CORP | 58.750 | | |
| | 442 | | | MERCK & CO | 26.720 | | |
| | 1,615 | | | MICROSOFT CORP | 20.220 | | |
| | 816 | | | ORACLE CORPORATION | 16.090 | | |
| | 323 | | | PEPSICO INC | 56.700 | | |
| | 1,377 | | | PFIZER INC | 16.430 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
389 ALTESSA BLVD
MELVILLE          NY    11747

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******0163
PAGE: 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 425 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 612 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 340 | | | QUALCOMM INC | 33.570 | | |
| | 255 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 17,218 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 357 | | | U S BANCORP | 26.980 | | |
| | 204 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 03/26/2009 | 99.971 | | |
| | | | | 3/26/2009 | | | |
| | 204 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 578 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 442 | | | WAL-MART STORES INC | 55.080 | | |
| | 714 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 841,187.18 | | | |
| | | | | SHORT | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

IRIS SCHAUM
389 ALTESSA BLVD
MELVILLE    NY    11747

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 5,756.28 |
| | | | | GROSS PROCEEDS FROM SALES | | | 4,781,374.43 |

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: **********0163
PAGE: 6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

CHECK

IRIS SCHAUM
4 THE TULIPS
ROSLYN ESTATES                NY 11576

CLIENT'S ACCOUNT NUMBER

1-S0320-3

10/20/03

280,000•00

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY **CREDITED YOUR**
ACCOUNT WITH THE FOLLOWING:

CHECK

IRIS SCHAUM
4 THE TULIPS
ROSLYN ESTATES                NY 11576

CLIENT'S ACCOUNT NUMBER

1-S0320-3

10/20/03

560,000•00

BERNARD L MADOFF INVESTMENT SECURITIES

885 THIRD AVENUE

NYC 10022

ATTN: FRANK DI PASQUALE

RE: 1-S 0320-3-0

DEAR FRANK:

PLEASE DEPOSIT THE ENCLOSED

CHECK IN THE AMOUNT OF $135,000 TO MY

ACCOUNT # 1-S 0320-3-0.

THANKS FOR YOUR HELP

SINCERELY,

Iris Schaum

---

**MARTIN SCHAUM**
**IRIS SCHAUM**
4 THE TULIPS
ROSLYN ESTATES, NY 11576

3033

50-791/214
3026002307

DATE 10/22/03

PAY TO THE ORDER OF   Bernard Madoff Investment Securities   $ 135,000

One Hundred Thirty Five Thousand _____ DOLLARS

NFB
NORTH FORK BANK
MINEOLA, NY 11501

MEMO _____   Iris Schaum   MP

⑉021407912⑉ ⑈3026⑈00230 7⑈ 3033



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
& THE TULIPS
ROSLYN ESTATES      NY   11576

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-S0320-3-0 | 10/31/03 | 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 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 41,956.89 |
| 10/01 | | | | COCA COLA CO | DIV | | |
| | | | | DIV 9/15/03 10/01/03 | | | 54.56 |
| 10/01 | | | | MERCK & CO | DIV | | |
| | | | | DIV 9/05/03 10/01/03 | | | 82.88 |
| 10/01 | | | | VIACOM INC | DIV | | |
| | | | | CLASS B NON VOTING SHS | | | 10.80 |
| | | | | DIV 8/15/03 10/01/03 | | | |
| 10/08 | | | | HEWLETT PACKARD CO | DIV | | |
| | | | | DIV 9/17/03 10/08/03 | | | 26.37 |
| 10/09 | | | | ALTRIA GROUP INC | DIV | | |
| | | | | DIV 9/15/03 10/09/03 | | | 135.00 |
| 10/14 | 184 | | 331 | U S BANCORP | 25.010 | 4,601.84 | |
| 10/14 | 696 | | 397 | CISCO SYSTEMS INC | 20.750 | 14,442.00 | |
| 10/14 | 176 | | 4495 | VIACOM INC | 40.010 | 7,041.76 | |
| | | | | CLASS B NON VOTING SHS | | | |
| 10/14 | 968 | | 4561 | GENERAL ELECTRIC CO | 30.190 | 29,223.92 | |
| 10/14 | 264 | | 8559 | VERIZON COMMUNICATIONS | 32.590 | 8,603.76 | |
| 10/14 | 224 | | 8725 | HOME DEPOT INC | 34.300 | 7,683.20 | |
| 10/14 | 160 | | 12823 | WELLS FARGO CO NEW | 54.010 | 8,643.60 | |
| 10/14 | 312 | | 12889 | HEWLETT PACKARD CO NEW | 20.210 | 6,305.52 | |
| 10/14 | 424 | | 16987 | WAL-MART STORES INC | 58.390 | 24,757.36 | |
| 10/14 | 168 | | 17053 | INTERNATIONAL BUSINESS MACHS | 92.790 | 15,589.72 | |
| 10/14 | 648 | | 21151 | EXXON MOBIL CORP | 38.010 | 24,630.48 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

EXHIBIT B



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
4 THE TULIPS
ROSLYN ESTATES          NY 11576

YOUR ACCOUNT NUMBER 1-S0320-3-0
PERIOD 10/31/03
YOUR TAX PAYER IDENTIFICATION NUMBER 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
PAGE 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10/14 | 532 | | 21217 | INTEL CORP | 29.580 | 18,694.56 | |
| 10/14 | 288 | | 25388 | JOHNSON & JOHNSON | 49.710 | 14,316.48 | |
| 10/14 | 200 | | 29545 | JP MORGAN CHASE & CO | 35.610 | 7,122.00 | |
| 10/14 | 240 | | 33209 | COCA COLA CO | 44.120 | 10,588.80 | |
| 10/14 | 120 | | 37873 | MEDTRONIC INC | 45.450 | 5,454.00 | |
| 10/14 | 88 | | 42037 | MERRILL LYNCH & CO INC | 56.810 | 4,999.28 | |
| 10/14 | 200 | | 46201 | 3M COMPANY | 72.600 | | |
| 10/14 | 200 | | 50565 | ALTRIA GROUP INC | 45.900 | 9,180.00 | |
| 10/14 | 216 | | 54529 | MERCK & CO | 49.910 | 10,780.56 | |
| 10/14 | 1,056 | | 58593 | MICROSOFT CORP | 28.750 | 30,369.90 | |
| 10/14 | 104 | | 52857 | MORGAN STANLEY | 53.070 | 5,519.28 | |
| 10/14 | 112 | | 71928 | AMERICAN INTL GROUP INC | 60.700 | | |
| 10/14 | 256 | | 75349 | CAPITAL ONE CORP | 40.400 | | |
| 10/14 | 520 | | 79513 | AMGEN INC | 58.070 | | |
| 10/14 | 128 | | 75412 | ORACLE CORPORATION | 12.510 | | |
| 10/14 | 448 | | 79516 | AOL TIME WARNER INC | 15.160 | | |
| 10/14 | 168 | | 83677 | PEPSICO INC | 47.670 | 8,008.56 | |
| 10/14 | 128 | | 83760 | AMERICAN EXPRESS COMPANY | 45.410 | 5,940.48 | |
| 10/14 | 760 | | 87841 | PFIZER INC | 30.590 | 23,248.30 | |
| 10/14 | 144 | | 87906 | BANK OF AMERICA | 80.090 | 11,532.96 | |
| 10/14 | 128 | | 92005 | PROCTER & GAMBLE CO | 94.820 | 12,133.96 | |
| 10/14 | 184 | | 92068 | BRISTOL MYERS SQUIBB COMPANY | 25.690 | 4,725.96 | |
| 10/14 | 320 | | 96106 | SBC COMMUNICATIONS INC | 22.110 | 7,075.20 | |
| 10/14 | 504 | | 96632 | CITIGROUP INC | 99.863 | 23,260.00 | |
| 10/14 | | 200,000 | 52928 | U S TREASURY BILL DUE 12/11/2003   12/11/2003 | | | 199,726.00 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**IRIS SCHAUM**
**4 THE TULIPS**
**ROSLYN ESTATES    NY    11576**

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 10/31/03
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 10/14 | | 200,000 | 57085 | U S TREASURY BILL DUE 12/18/2003 | 99.848 | | 199,696.00 |
| 10/14 | | | | 12/18/2003 | DIV | | 35.83 |
| 10/14 | 50,324 | | 25479 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 50,324.00 | |
| 10/15 | | | | DIV 10/14/03 | | | |
| 10/15 | | 63,564 | 58746 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 63,564.00 |
| 10/16 | 448 | | 448 | ADL TIME WARNER INC U S TREASURY MONEY MARKET | DELV | | |
| 10/17 | 848 | | 47550 | TIME WARNER INC ADL TIME WARNER/TIME WARNER | RECD | 6,791.68 | 6,791.68 |
| 10/20 | | 47550 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 848.00 | |
| 10/20 | | | | CHECK | CA | | 280,000.00 |
| 10/20 | | | | CHECK | CA | | 560,000.00 |
| 10/20 | 825,000 | | 49219 | U S TREASURY BILL DUE 2/05/2004 | 99.724 | 822,723.00 | |
| 10/23 | 17,277 | | 49380 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 17,277.00 | 17,277.00 |
| 10/24 | | | | 2/05/2004 | | | |
| 10/24 | | | | CHECK | CA | | 135,000.00 |
| 10/24 | 125,000 | | 49463 | U S TREASURY BILL DUE 2/05/2004 | 99.731 | 124,663.75 | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
[MADF]
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
affiliated with
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM
4 THE TULIPS
ROSLYN ESTATES    NY  11576

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 10/31/03
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 10/24 | 10,336 | | 49746- | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,336.00 | |
| 10/31 | 309 | | 54579 | U S TREASURY SPARTAN FIDELITY SPARTAN MONEY MARKET | 1 | 309.00 | |
| | | | | NEW BALANCE | | | 61,374.10 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 200 | | | ALTRIA GROUP INC | 46.500 | | |
| | 128 | | | AMERICAN EXPRESS COMPANY | 46.930- | | |
| | 256 | | | AMERICAN INTL GROUP INC | 60.830 | | |
| | 128 | | | AMGEN INC | 61.760 | | |
| | 144 | | | BANK OF AMERICA | 75.730 | | |
| | 112 | | | BANK ONE CORP | 42.450 | | |
| | 184 | | | BRISTOL MYERS SQUIBB COMPANY | 25.370 | | |
| | 696 | | | CISCO SYSTEMS INC | 20.900 | | |
| | 504 | | | CITI GROUP INC | 47.400 | | |
| | 240 | | | COCA COLA CO | 46.400 | | |
| | 648 | | | EXXON MOBIL CORP | 36.580 | | |
| | 968 | | | GENERAL ELECTRIC CO | 29.010 | | |
| | 312 | | | HEWLETT PACKARD CO | 22.310 | | |
| | 224 | | | HOME DEPOT INC | 37.070 | | |
| | 532 | | | INTEL CORP | 33.050 | | |
| | 168 | | | INTERNATIONAL BUSINESS MACHS | 89.480 | | |
| | 200 | | | JP MORGAN CHASE & CO | 35.900 | | |
| | | | | CONTINUED ON PAGE 5 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

IRIS SCHAUM

4 THE TULIPS
ROSLYN ESTATES          NY   11576

YOUR ACCOUNT NUMBER: 1-S0320-3-0
PERIOD ENDING: 10/31/03
TAX ID NUMBER: 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
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 288 | | | JOHNSON & JOHNSON | 50.330 | | |
| | 120 | | | MEDTRONIC INC | 45.570 | | |
| | 216 | | | MERCK & CO | 44.250 | | |
| | 88 | | | MERRILL LYNCH & CO INC | 59.205 | | |
| | 1,056 | | | MICROSOFT CORP | 26.150 | | |
| | 104 | | | MORGAN STANLEY | 54.870 | | |
| | 520 | | | ORACLE CORPORATION | 11.960 | | |
| | 168 | | | PEPSICO INC | 47.820 | | |
| | 760 | | | PFIZER INC | 31.600 | | |
| | 128 | | | PROCTER & GAMBLE CO | 98.290 | | |
| | 320 | | | SBC COMMUNICATIONS INC | 22.980 | | |
| | 79,094 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 80 | | | 3M COMPANY | 78.870 | | |
| | 448 | | | TIME WARNER INC | 15.290 | | |
| | 184 | | | U S BANCORP | 27.220 | | |
| | 950,000 | | | U S TREASURY BILL | 99.747 | | |
| | | | | DUE 2/05/2004 | | | |
| | 264 | | 2/05/2004 | VERIZON COMMUNICATIONS | 33.600 | | |
| | 176 | | | VIACOM INC | 39.870 | | |
| | | | | CLASS B NON VOTING SHS | | | |
| | 424 | | | WAL-MART STORES INC | 51.950 | | |
| | 160 | | | WELLS FARGO & CO NEW | 56.320 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | 1,460,217.86 | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# EXHIBIT C

In response to number six, Charles Wiener was an employee of

Bernard L. Madoff Investment Securities, LLC and is my son-in-law.

# EXHIBIT C

# EXHIBIT D

In 2004 I withdrew $110,000 and I am continuing to look for documentation concerning deposits or withdrawals.

# EXHIBIT D

# EXHIBIT E

1S0320 was formerly 1S0032.

# EXHIBIT E

# EXHIBIT F

In response to question number eight the party was, Bernard L.

Madoff Investment Securities, LLC, 885 Third Avenue, New York, New

York, (212) 230-2424.

# EXHIBIT F