Ernest Edward Badway
Fred Stevens
FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
(212) 692-0940 (fax)

*Attorneys for Iris Schaum*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

        Defendant.

No. 08-1789 (BRL)

SIPA Liquidation

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY   )
                  ) ss.
COUNTY OF ESSEX      )

I, the undersigned, being duly sworn, say:

1.    I am not a party to this action, am over 18 years of age, and my business address is 75 Eisenhower Parkway, Roseland, New Jersey, 07068.

2.    On January 14, 2010, Iris Schaum's **OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM** was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, via the CM/ECF system, and served upon the following parties and participants:

RL1 799563v1 01/14/10

Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111

Via ECF and pre-paid overnight
delivery, Federal Express

_____
ANNETTE JIMMERSON

Subscribed and sworn to before me
this 14th day of January 2010
by the affiant, who is personally known to me

_____
NOTARY PUBLIC

**LINDA C. NIESWAND**
**Notary Public of New Jersey**
**Commission Expires 10/18/2012**

RL1 799563v1 01/14/10