**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 08-1789 (BR**L**) |
| | ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) | (Substantively Consolidated) |
| | ) | |
| Defendant. | ) | **CERTIFICATE OF SERVICE** |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| BERNARD L. MADOFF, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

I, Patricia Schrage, hereby certify that on January 15, 2010, I electronically filed the

Supplemental Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination that Net Equity Should Not Be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should Be Based on Amounts Deposited Less Amounts Withdrawn

with the Clerk of Court using the CM/ECF system, which will send notification of such filing electronically to registered counsel.

/s/ Patricia Schrage
Patricia Schrage, Esq.
Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY   10281-1022
Telephone: (212) 336-0163
Facsimile: (212) 336-1319
E-mail: schragep@sec.gov