To :       Irving H. Picard, Trustee for the Liquidation of the Business of Bernard L. Madoff Investment Securities LLC

Re :       Bankruptcy Case No. 08-1789 (BRL)

Referred to the Notice of Trustee's Determination of Claim dated 8 December 2009, I strongly disagree with the Trustee's determination that my claim for securities and/or a credit balance is denied. Though I don't have a direct account with BLMIS and not a direct customer of BLMIS under SIPA, but please refer to the attached bank statement that I'm the ultimate investor (victim) who suffered from this investment. As I received this notice very late, so I don't have enough time to prepare the document and please accept my opposition if it is not within 30 days after 8 Dec 2009.

I would like to file this claim again and your reconsideration of my case is highly appreciated.

Date :      January 8th 2010



RECEIVED
JAN 15 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Keiichi Ikegami

1-10-25, 510 Minami Karasuyama, Setagaya-ku, Tokyo, Japan 157-0062


Cc :       Tsuyoshi Taniguchi

           1-16-11, Mizuho-dai, Oami, Chiba, Japan 299-3234

4 January 2010

Portfolio   368891-1

KEIICHI IKEGAMI

KEIICHI IKEGAMI
510, 1-10-25 MINAMI KARASUYAMA
SETAGAYA-KU, TOKYO,
JAPAN 157-0062

REF. : 968 KYO / 7000 PLL
AU1.SG1.HNK00
VALUATION AS AT 31 December 2009

| Portfolio | Name | Ccy | Mandate |
|---|---|---|---|
| 368891-1 | KEIICHI IKEGAMI | USD | NON DISCRETIONARY |





EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

# EFG Bank

EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

**KEIICHI IKEGAMI**

REF.: 958 KYO / 7000 PLL

PAGE 1
4 January 2010

**VALUATION AS AT 31 December 2009**

Portfolio 368891-1  Valued in US DOLLARS

## CASH ACCOUNTS

| Ccy | Account Number | Description | Balance | Valuation Amount USD | % |
|---|---|---|---|---|---|
| USD | 368891.121.0 | CURRENT ACCOUNT | 439.55 | 439.55 | 100.00 |
|  |  |  |  | **439.55** | **100.00** |

## INVESTMENT FUNDS – HEDGE FUNDS

| Ccy | Quantity | Description | Purchase Price | Valuation Price | Unrealised Gain or Loss | Purchase Cost USD | Valuation Amount USD | % |
|---|---|---|---|---|---|---|---|---|
| USD | 222.7384 | FAIRFIELD SENTRY LTD TRUE VALUE CURRENTLY NOT MEANINGFUL GIVEN FRAUD ALLEGATION IN LIQUIDATION VGG3299L1004 994280–000 | 1,123.74 | Not Available | Not Available | 250,299.39 | Not Available | 0.00 |
|  |  |  |  |  |  |  | **0.00** | **0.00** |

**GRAND TOTAL    439.55 USD**

COPY

is document is for your records, kindly contact our Compliance Office. Not valid for tax purposes.
unless we are notified in writing of any objection within a period of … days

A member of the EFG Group    E. & O. E.

**EFG Bank**

EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

**KEIICHI IKEGAMI**

PAGE 2
4 January 2010

Portfolio 368891-1 Valued in US DOLLARS

**VALUATION AS AT 31 December 2009**

REF.: 968 KYO / 7000 PLL

| Total USD | Asset Classes | Total in | USD |
|---|---|---|---|
| | **PORTFOLIO BREAKDOWN BY CURRENCY AND BY ASSETS** | | |
| 439.55 | CASH ACCOUNTS | 100.00% | 100.00% |
| 0.00 | INVESTMENT FUNDS – HEDGE FUNDS | 0.00% | 0.00% |
| 439.55 | TOTAL | 100.00% | 100.00% |

COPY

The prices mentioned in the present document are provided only as an indication of the portfolio value and the Bank takes no responsibility therefor.

A member of the EFG Group    E. & O. E.