**VIA EXPRESS MAIL NEXT DAY DELIVERY**

January 11, 2010

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker Hosterler LLP
45 Rockefeller Plaza
New York, NY 10111

Re: **BENARD L. MADOFF INVESTMENT SECURITIES LLC In Liquidation**
**Bankruptcy Case No. 08-1789 (BRL)**
**RESPONSE TO NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

This is a response to the NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM (the "Notice") dated December 17, 2009 for account No. 1S4040 claim number 4543.

I am addressing my opposition to the position of the Trustee as provided in the Notice.

**I. Claim for Securities**

I oppose the position taken by the Trustee with respect to the return of securities and the calculation of the value of my account. As the attached statement shows, the account contained securities. I relied upon these statements as being accurate and truthful. I was in no position to know otherwise. The Trustee's position is contrary to SIPA, contradicts 39 years of PIPC's prior positions, and is unsupported by any legal precedent. The Senate and House reports anticipated the current situation where I should be able to rely on my broker statement to be accurate.

"Under present law, because securities belonging to customers may have been lost, improperly hypothecated, misappropriated, never purchased or even stolen, it is not always possible to provide to customers that which they expect to receive, that is, securities which they maintained in their brokerage account. ... By seeking to make customer accounts whole and returning them to customers in the form they existed on the filing date, the amendments ... would satisfy the customers' legitimate expectations..." S. Rep. No. 95-763, at 2 (1978).

"A customer generally expects to receive what he believes is in his account at the time the stockbroker ceases business. But because securities may have been lost, improperly hypothecated, misappropriated,

never purchased, or even stolen, this is not always possible. Accordingly, [when this is not possible, customers] will receive cash based on the market value as of the filing date." H.R. Rep. No. 95-746, at 21.

Thus, based on these obligations and the fact that my account listed securities, I believe I should be returned those securities to me to the value of $500,000.

## II. Calculation of Money In/Money Out

Even if I were to agree to the Trustees position on securities, I oppose the calculation of the money in/money out position of the Trustee. I recreated the table below with the final column indicating what I received as from the account. You will note that the entries for dates 2/9/2006, 5/5/2006, 6/20/2006, and 12/6/2007 totaling $354,708.76 do not represent any funds received by me. As I never received these funds, they should not be deducted from any calculation of recovery.

Thus, based on the fact that I did not receive these funds and therefore removal of these entries, I should receive $258,573.09.

| DATE | Transaction Description | Amount | Adjusted Amount | Oppose this Entry | Actual Payments |
|---|---|---|---|---|---|
| 2/3/2000 | Trans From 50 Acct | $1,607,388.26 | $408,897.38 | | $408,897.38 |
| Total Deposits | | $1,607,388.26 | $408,897.38 | | $408,897.38 |
| | | | | | |
| **DATE** | **Transaction Description** | **Amount** | **Adjusted Amount** | **Oppose this Entry** | **Actual** |
| 2/9/2006 | Trans to 1EM21330 | ($105,000.00) | ($105,000.00) | Yes | $0.00 |
| 5/5/2006 | Trans to 1EM21330 | ($65,000.00) | ($65,000.00) | Yes | $0.00 |
| 6/20/2006 | Trans to 1EM21330 | ($50,000.00) | ($50,000.00) | Yes | $0.00 |
| 12/6/2007 | Trans to 1EM21330 | ($134,708.76) | ($134,708.76) | Yes | $0.00 |
| 4/17/2008 | Check | ($75,000.00) | ($75,000.00) | No | ($75,000.00) |
| 6/18/2008 | Check | ($75,324.29) | ($75,324.29) | No | ($75,324.29) |
| **Total Withdrawals** | | ($505,033.05) | ($505,033.05) | | ($150,324.29) |
| | | | | | |
| **Total deposits less withdrawals** | | $1,102,355.21 | ($96,135.67) | | **$258,573.09** |

## III. Extension of Deadline for Review

Finally, I oppose the deadline imposed by the Trustee for responding to the Notice. I have at least one additional account that is involved in the calculation of the amounts that are being deducted. As noted in the table, there appears to be transfers to another Madoff Investment Securities account. If those transfers are ultimately deducted here, then they should be credited in the other account as money in. As I have not received the determination on any other account, my ability to fully respond here is limited and impaired. I should be allowed to review the Trustees determination on all my accounts at the same time.

At a minimum, for fairness I request that the Trustee extend the period for my response until such time as I have receive a Notice of Trustee's Determination of Claim to all other accounts.

Thank you for attention on this matter.

**Sincerely Submitted,**

**Renee Robinow Soskin**

**Renee Robinow Soskin (IRA)**
**151 Crandon Blvd Apt. 505**
**Key Biscayne, FL 33149**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN
151 CRANDON BLVD APT 505
KEY BISCAYNE FL 33149

Your Account Number: 1-S0404-3-0
Period Ending: 11/30/08
Your Tax ID Number: *****6253
Page: 1

Madoff Securities International Ltd
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT Received | SOLD Delivered | SYMBOL | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 229,293.00 |
| 11/12 | | | | | | | |
| 11/12 | | | | WELLS FARGO & CO NEW | | | |
| 11/12 | | 4798 | | HEWLETT-PACKARD CO | | 140,215.60 | |
| 11/12 | 2,106 | | | HAL-MART STORES INC | 55.830 | 117,661.98 | |
| 11/12 | 1,377 | 5300 | | INTERNATIONAL BUSINESS MACHS | 87.270 | 120,225.79 | |
| 11/12 | | 9124 | | EXXON MOBIL CORP | | | |
| 11/12 | | | | | | | |
| 11/12 | 2,673 | 13952 | | JOHNSON & JOHNSON | 59.580 | 159,363.34 | |
| 11/12 | 3,645 | 18277 | | J.P. MORGAN CHASE & CO | 38.530 | 140,586.85 | |
| 11/12 | | 22601 | | COCA COLA CO | | | |
| 11/12 | | | | | | | |
| 11/12 | 2,106 | 31255 | | MERCK & CO | 28.550 | 60,210.30 | |
| 11/12 | | 35501 | | MICROSOFT CORP | 21.810 | 168,134.95 | |
| 11/12 | | | | ORACLE CORPORATION | | | |
| 11/12 | | | | PEPSICO INC | | | |
| 11/12 | 891 | 53387 | | APPLE INC | 100.780 | 89,829.98 | |
| 11/12 | 6,561 | 57211 | | PFIZER INC | 16.940 | 111,405.34 | |
| 11/12 | 1,539 | 57731 | | ABBOTT LABORATORIES | 54.610 | 84,105.79 | |
| 11/12 | 2,916 | 61637 | | PROCTER & GAMBLE CO | 64.080 | 186,973.28 | |
| 11/12 | 1,053 | 62039 | | AMGEN INC | 59.160 | 62,337.48 | |
| 11/12 | 2,025 | 65863 | | PHILLIP MORRIS INTERNATIONAL | 43.600 | 98,371.00 | |
| 11/12 | 4,860 | 66365 | | BANK OF AMERICA | 21.590 | 105,121.40 | |
| 11/12 | 3,620 | 70180 | | QUALCOMM INC | 33.770 | 54,771.40 | |
| 11/12 | 5,265 | 70691 | | CITI GROUP INC | 12.510 | 66,075.15 | |
| | | | | CONTINUED ON PAGE 2 | | | |

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN
151 CRANDON BLVD APT 505
KEY BISCAYNE FL 33149

YOUR ACCOUNT NUMBER: 1-50404-4-0
TAX PAYER IDENTIFICATION NUMBER: ******6253
PERIOD ENDING: 11/30/08
PAGE 1

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TYPE | DESCRIPTION | PRICE OR SYMBOL | MKT PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| 11/12 | | 81 | | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | | | 144,261.00 |
| 11/12 | | | | S & P 100 INDEX NOVEMBER 480 CALL | | | 129,919.00 | |
| 11/19 | 81 | | | S & P 100 INDEX DECEMBER 430 CALL | 30 | | 243,081.00 | |
| 11/19 | | | | S & P 100 INDEX DECEMBER 460 PUT | | | | |
| 11/19 | | 81 | | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | | 299,619.00 |
| 11/19 | 81 | | | S & P 100 INDEX NOVEMBER 480 CALL | | | 243,301.00 | |
| | | | | NEW BALANCE | | | 455,607.00 | |
| | | | | SECURITY POSITIONS | | | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 460 PUT | | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 133,650.00 SHORT 188,730.00- | | | | |

Mar. 27 2005 03:43PM P1
11/2010 17:19 FAX 952 546 8882 LEHRMAN, FLOM & CO, PLLP ☒0024/0026

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN
151 CRANDON BLVD    APT 505
KEY BISCAYNE    FL 33149

Your Account Number: 1-S0404-3-0
Period Ending: 11/30/08
Tax Payer Identification Number: ******6253
Page: 2

| DATE | BOUGHT OR RECEIVED | SOLD DELIVERED | SYM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,215 | | 74515 | SCHLUMBERGER LTD | 49.480 | 60,166.20 | |
| 11/12 | 2,916 | | 75017 | CDMCAST CORP | 16.510 | 48,259.16 | |
| 11/12 | | | 78041 | GLAXOSMITHKLINE ADR | | | |
| 11/12 | 5,751 | | 78041 | | | 155,507.00 | |
| 11/12 | 1,458 | | 79343 | CONOCOPHILLIPS | 52.510 | 76,617.58 | |
| 11/12 | 922 | | 83167 | UNITED PARCEL SVC INC CLASS B | 52.040 | 50,620.08 | |
| 11/12 | 5,913 | | 83669 | CISCO SYSTEMS INC | | 96,930. | |
| 11/12 | 1,701 | | 87493 | U S BANCORP | 29.530 | 50,298.53 | |
| 11/12 | 2,025 | | 87995 | CHEVRON CORP | 73.420 | 148,776.75 | |
| 11/12 | 872 | | 91818 | UNITED TECHNOLOGIES CORP | 59.160 | 51,709.92 | |
| 11/12 | 10,284 | | 92321 | GENERAL ELECTRIC CO | | 202,344.81 | |
| 11/12 | 2,754 | | 96145 | VERIZON COMMUNICATIONS | 30.410 | 83,859.14 | |
| 11/12 | 243 | | 96647 | GOOGLE | 337.600 | 81,997.20 | |
| 11/12 | | 296,000 | 98081 | U S TREASURY BILL DUE 2/12/2009 | 99.948 | | 295,847.40 |
| 11/12 | | 35,831 | | U S TREASURY BILL DIV 11/12/08 | DIV | | 35,831.00 |
| 11/12 | | 72,812 | 27550 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 72,812.00 |
| 11/12 | | 18,182 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 82.52 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 4.40 |

CONTINUED ON PAGE 3

2010 17:13 FAX 952 546 8882 LEHRMAN, FLOM & CO, PLLP 0020/0026
FAX NO. : Mar. 27 2005 03:47PM P3

MADF
BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN

151 CRANDON BLVD APT 505
KEY BISCAYNE FL 33149

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-S0404-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 35,831 | 53037 | FIDELITY SPARTAN | 1 | | 35,831.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/19 | 275,000 | | 57563 | U S TREASURY BILL | 99.926 | 274,796.50 | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/19 | 3,715 | | 62075 | FIDELITY SPARTAN | 1 | 3,715.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 455,606.51 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 5,751 | | | AT&T INC | 28.560 | | |
| | 1,539 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 1,053 | | | AMGEN INC | 55.540 | | |
| | 891 | | | APPLE INC | 92.670 | | |
| | 4,060 | | | BANK OF AMERICA | 16.250 | | |
| | 2,025 | | | CHEVRON CORP | 79.010 | | |
| | 5,913 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 5,265 | | | CITI GROUP INC | 8.290 | | |
| | 1,944 | | | COCA COLA CO | 46.870 | | |
| | 2,916 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 1,458 | | | CONOCOPHILIPS | 52.520 | | |
| | 5,103 | | | EXXON MOBIL CORP | 80.150 | | |
| | 10,287 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4



1/2010 17:14 FAX 952 546 8882 LEHRMAN, FLOM & CO, PLLP 0021/0026

FAX NO. : Mar. 27 2005 03:48PM P4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN

151 CRANDON BLVD APT 505
KEY BISCAYNE FL 33149

PERIOD ENDING: 11/30/08
PAGE: 4
YOUR ACCOUNT NUMBER: 1-50404-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6253

| BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 243 | | | GOOGLE | 292.960 | | |
| 2,430 | | | HEWLETT PACKARD CO | 35.280 | | |
| 5,589 | | | INTEL CORP | 13.800 | | |
| 1,377 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 3,645 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 2,673 | | | JOHNSON & JOHNSON | 58.580 | | |
| 1,134 | | | MCDONALDS CORP | 58.750 | | |
| 2,106 | | | MERCK & CO | 26.720 | | |
| 7,695 | | | MICROSOFT CORP | 20.220 | | |
| 3,888 | | | ORACLE CORPORATION | 16.090 | | |
| 1,539 | | | PEPSICO INC | 56.700 | | |
| 6,561 | | | PFIZER INC | 16.430 | | |
| 2,025 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 2,916 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 1,620 | | | QUALCOMM INC | 35.570 | | |
| 1,215 | | | SCHLUMBERGER LTD | 50.740 | | |
| 3,715 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 1,701 | | | U S BANCORP | 26.900 | | |
| 972 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | CLASS B | | | |
| 275,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 972 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE 5 | | | |

11/2010 17:18 FAX 952 546 8882 LEHRMAN, FLOM & CO, PLLP 0023/0026
FROM : FAX NO. : Mar. 27 2005 03:51PM P6

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
RENEE ROBINOW SOSKIN

151 CRANDON BLVD APT 505
KEY BISCAYNE FL 33149

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-S0404-3-0 | ******6253 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 264,200.55 |
| | | | | GROSS PROCEEDS FROM SALES | | | 21,857,846.94 |

