Bankruptcy Case No. 08-1789 (BRL)

Clerk of the United States Bankruptcy Court ;

Referred to the Notice of Trustee's Determination of Claim dated 8 December 2009, I strongly disagree with the Trustee's determination that my claim for securities and/or a credit balance is denied.   Though I don't have a direct account with BLMIS and not a direct customer of BLMIS under SIPA, but please refer to the attached bank statement that I'm the ultimate investor (victim) who suffered from this investment.
I would like to file this claim again and your reconsideration of my case is highly appreciated.

RECEIVED
JAN 19 2010
U.S. BANKRUPTCY COURT, SDNY

Very truly Yours ,

Chang-His Yang

Chang-Hsi Yang

Jan 7, 2010

