Bogenreigen Stiftung
Pflugstrasse 7
Hoop & Hoop
FL 9490 Vaduz
Liechtenstein



Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York
NY 10004-1408

Vaduz, the 8th January 2010

Bancruptcy case No: 08-01789 (BRL)

Dear Sir or Madam,

Regarding the determination of the above mentioned claim by Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff, we believe that although not being
mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as
direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while
  formerly most investments were conducted via direct management of
  accounts, "state of the art" nowadays are investments via investment funds.
  So the purpose of the Securities and Investor Protection Act should be
  reviewed as a whole.

Because of this reason, I ask you to review my claim and grant it.

I wanted to send this message per fax to you, because I was absent before, but that
was not allowed told me the secretary. So I have sent that paper by air mail to you
a.s.a.p.

Thank you in advance  - yours faithfully

Bernd Greisinger
Stiftungsrat