Melanie Greisinger
Verduonig 2a
CH 7307 Jenins
Switzerland



Clerk of the United States Bancruptcy Court for
the Southern District of New York
One Bowling Green
New York
NY 10004-1408

Jenins, the 8th January 2010

Bancruptcy case No: 08-01789 (BRL)

Dear Sir or Madam,

Regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.

Because of this reason, I ask you to review my claim and grant it.

I wanted to send this message per fax to you, because I was absent before, but that was not allowed told me the secretary. So I have sent that paper by air mail to you a.s.a.p.

Thank you in advance  - yours faithfully

*[signature]*

Melanie Greisinger