Rose Seligson
9214 Flynn Circle #1
Boca Raton, FL 33496

RECEIVED
JAN 20
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

JUDGE BURTON R. LIFLAND
REFERENCE BANKRUPTCY CASE No. 08-1789-(BRL)
NTC & Co. FBO ROSE SELIGSON (2N349 (IRA) I Z ROSE-30
9214 FLYNN CIRCLE #1
BOCA RATON, FL. 33496

DEAR JUDGE LIFLAND:

    I AM WRITING IN REFERENCE TO MR. IRVING H. PICARD'S NOTICE OF
TRUSTEES DETERMINATION OF CLAIM DATED OCTOBER 19, 2009 (COPIES ATTACHED
FOR YOUR RECORDS).

    I OBJECT TO HIS DENIAL OF MY CLAIM.

    I AM 87 YEARS OLD AND INVESTED WITH MR. MADOFF IN GOOD FAITH
BECAUSE I FELT SECURE THAT THE (MR. MADOFF) WAS INSURED WITH
THE "SIPC".

    I INVESTED FROM MY ROLL OVER IRA IN 1992 AND AGAIN IN 1994 AND
RECEIVED REQUIRED MINIMUM ANNUAL WITHDRAWALS AS REQUIRED
BY LAW ON WHICH I PAID FEDERAL INCOME TAX EACH YEAR AND THEY
WERE CONSISTENT WITH THE STATEMENTS THAT HE SENT TO ME.

    MY HUSBAND, THEODORE S. SELIGSON, ALSO HAD ACCOUNTS WITH
MR. MADOFF AND CHECKED THE STATEMENTS WE RECEIVED PERIODICALLY AND
WAS SATISFIED WITH THE RETURNS WE WERE RECEIVING.

    THIS IS ALMOST ALL OF MY MONEY AND I NEED IT TO LIVE ON.

    I WOULD GREATLY APPRECIATE YOUR COOPERATION IN
RELEASING THIS MONEY TO US AS WE NEED IT DESPERATELY.

                    SINCERELY YOURS,
                    Rose Seligson