Jill Marks
14 Links Drive
Great Neck, New York 11020



Dear Mr Picard,

    My name is Jill Marks, I am a recent victim of Bernard Madoff. I am writing you to let you know that I disagree with your determination of my Net Equity. I am respectfully reserving all my rights.

    I had no knowledge that Mr. Madoff was a fraud .

Sincerely

*Jill Marks*

Jill Marks

mail envelope image



TRIBORO NY 112
BKLYN-QNS-STATEN ISL
23 NOV 2009 PM 4 L

Mr. Irving Picard
c/o Baker Hoestler
45 Rockefeller Plaza
New York NY 10111

10111+0230

