185 Maple Street,
Stow, MA 01752
November 6, 2009



Irving H. Picard, Trustee
c/o Baker & Hosteller
45 Rockefeller Plaza
New York, NY   10004

**Re: Bernard L. Madoff: Bankruptcy case 08-1789 (BRL) determination by Irving H. Picard on BLMIS Account No. 1ZB342 - Denial**

Dear Sir:

Enclose you will find copies of our written opposition sent to Judge Barton R. Liftland concerning your denial of payment in the case of the above account.

Respectfully,

Dr. Fernando C. Colon Osorio, and

Ms. Laurie A, Margolies

1

Cohen
85 Maple Street
Stow, MA 01775

Mr. Irving H. Picard, Trustee
c/o Baker & Hostetler
45 Rockefeller Plaza
New York, NY 10004

7009 1410 0001 7273 2685