re Ira M. Hariton IRA, Schwab as custodian

Claim # 010606

I disagree with determination of Irving Picard.

I am just as much a customer of BLMIS as the fund that invested my money with him.

I request a hearing.

Ira M. Hariton
5257 Fountains Dr So
apt 304
Lake Worth Florida
33467

RECEIVED JAN 19 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

HARITON
5257 Fountains Dr So
Apt 304
LAKE WORTH Fla 33467

WEST PALM BCH FL 334
14 JAN 2010 PM 1 T

USMS
SDNY

Clerk United State Bankruptcy Court
for the Southern Dist
One Bowling Green
New York, N.Y. 100