UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION　　　　　　Adv. Pro. No. 08-01789 (BRL)
CORPORATION,

　　　　　　　　　　　　　　　　　　　　　　　SIPA Liquidation
　　　　　　　　　　　Plaintiff-Applicant,　　　(Substantively Consolidated)

　　　　v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

IN RE:
BERNARD L. MADOFF,

　　　　　　　　　　　Debtor.
-----------------------------------------------------------------X

STATE OF NEW YORK　　　)
　　　　　　　　　　　　　) ss:
COUNTY OF NASSAU　　　　)

　　　**SHERRY L. MIONIS**, being duly sworn, deposes and says:

　　　Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

　　　On January 21, 2010, deponent served the **NOTICE OF APPEARANCE** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed, post-paid wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:　　JOSEPHINE WANG, ESQ.
　　　　KEVIN H. BELL, ESQ.
　　　　Securities Investor Protection Corp.
　　　　805 15th Street, N.W.
　　　　Suite 800
　　　　Washington, D.C. 20005-2207
　　　　(202) 371-8300

MARK WARREN SMITH, ESQ.
Smith Valliere PLLC
*Attorneys for Bernard L. Madoff Investment Securities LLC*
509 Madison Avenue
Suite 1510
New York, New York 1002-5537
(212) 755-5200

DAVID J. SHEEHAN, ESQ.
MARC HIRSCHFIELD, ESQ.
Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee*
45 Rockefeller Plaza
New York, New York 10111

s/Sherry L. Mionis
**SHERRY L. MIONIS**

Sworn before me this
21st day of January, 2010.

s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010