Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq. (SS 4225)
Hale Yazicioglu, Esq. (HY 6677)

*Attorneys for Samuels Family Ltd. Partnership*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

         Plaintiff-Applicant,         Adv. Pro. No. 08-01789 (BRL)

   v.         SIPA Liquidation

BERNARD L. MADOFF INVESTMENT         (Substantively Consolidated)
SECURITIES LLC,

         Defendant.
------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

         Debtor.
------------------------------------------------------------X

## NOTICE OF APPEARANCE and
## REQUEST FOR SERVICE OF PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE**, that the SAMUELS FAMILY LTD. PARTNERSHIP appears herein through its counsel, Jaspan Schlesinger LLP, and demands, pursuant to Rules 2002, 4006, 9007, 9010, 9013 and 9022 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, and any other rules or sections of the Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleading served or required to be served in this case be given to and

HY/D686777v1/M053602/C0143600         1

served upon the following:

> Steven R. Schlesinger, Esq.
> Hale Yazicioglu, Esq.
> Jaspan Schlesinger LLP
> 300 Garden City Plaza
> Garden City, NY 11530
> Telephone:   (516) 746-8000
> Facsimile:   (516) 393-8282
> E-Mail:      sschlesinger@jaspanllp.com
>              hyazicioglu@jaspanllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above captioned Debtor's property in its possession, custody or control or the administration of the Debtor's bankruptcy case.

Dated: Garden City, New York
       January 21, 2010

> JASPAN SCHLESINGER LLP
> *Attorneys for the Samuels Family Ltd. Partnership*
>
> By:   s/Steven R. Schlesinger
>       STEVEN R. SCHLESINGER (SS 4225)
>       300 Garden City Plaza
>       Garden City, New York  11530
>       (516) 746-8000

To:    JOSEPHINE WANG, ESQ.
KEVIN H. BELL, ESQ.
Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, D.C. 20005-2207
(202) 371-8300


MARK WARREN SMITH, ESQ.
Smith Valliere PLLC
*Attorneys for Bernard L. Madoff Investment Securities LLC*
509 Madison Avenue
Suite 1510
New York, New York 1002-5537
(212) 755-5200


DAVID J. SHEEHAN, ESQ.
MARC HIRSCHFIELD, ESQ.
Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee*
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200