UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION       Adv. Pro. No. 08-01789 (BRL)
CORPORATION,

                         SIPA Liquidation
            Plaintiff-Applicant,      (Substantively Consolidated)

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------------X

IN RE:
BERNARD L. MADOFF,

                Debtor.
------------------------------------------------------------------X

STATE OF NEW YORK     )
                              ) ss:
COUNTY OF NASSAU     )

       **SHERRY L. MIONIS**, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

       On January 21, 2010, deponent served the **NOTICE OF APPEARANCE** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed, post-paid wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:     JOSEPHINE WANG, ESQ.
         KEVIN H. BELL, ESQ.
         Securities Investor Protection Corp.
         805 15th Street, N.W.
         Suite 800
         Washington, D.C. 20005-2207
         (202) 371-8300

MARK WARREN SMITH, ESQ.  
Smith Valliere PLLC  
*Attorneys for Bernard L. Madoff Investment Securities LLC*  
509 Madison Avenue  
Suite 1510  
New York, New York 1002-5537  
(212) 755-5200  

DAVID J. SHEEHAN, ESQ.  
MARC HIRSCHFIELD, ESQ.  
Baker & Hostetler LLP  
*Attorneys for Irving H. Picard, Trustee*  
45 Rockefeller Plaza  
New York, New York 10111  

                                                   s/Sherry L. Mionis  
                                                   **SHERRY L. MIONIS**

Sworn before me this  
21st day of January, 2010.

s/Irene Weis  
Notary Public, State of New York  
No. 01WE5026874  
Qualified in Nassau County  
Commission Expires 4/25/2010