UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION                Adv. Pro. No. 08-01789 (BRL)
CORPORATION,
                                                                     SIPA Liquidation
                        Plaintiff-Applicant,    (Substantively Consolidated)

       v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                         Defendant.
-------------------------------------------------------------X

IN RE:
BERNARD L. MADOFF,

                         Debtor.
-------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU   )

       **SHERRY L. MIONIS**, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

       On January 21, 2010, deponent served the **VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019 OF JASPAN SCHLESINGER LLP** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed, post-paid wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    JOSEPHINE WANG, ESQ.
         KEVIN H. BELL, ESQ.
         Securities Investor Protection Corp.
         805 15th Street, N.W.
         Suite 800
         Washington, D.C. 20005-2207
         (202) 371-8300

MARK WARREN SMITH, ESQ.
Smith Valliere PLLC
*Attorneys for Bernard L. Madoff Investment Securities LLC*
509 Madison Avenue
Suite 1510
New York, New York 1002-5537
(212) 755-5200

DAVID J. SHEEHAN, ESQ.
MARC HIRSCHFIELD, ESQ.
Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee*
45 Rockefeller Plaza
New York, New York 10111

                                                s/Sherry L. Mionis
                                                **SHERRY L. MIONIS**

Sworn before me this
21st day of January, 2010.


s/Irene Weis
Notary Public, State of New York
No. 01WE5026874
Qualified in Nassau County
Commission Expires 4/25/2010