# Exhibit 3

## CUSTOMER CLAIM

Claim Number _____

Date Received _____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Aozora Bank Ltd., Attn: Jonathan Fiorello
**Mailing Address:** 3-1, Kudan-minami, 1-chome, Chiyoda-ku
**City:** Tokyo 102-8660    **State:** Japan    **Zip:** _____
**Account No.:** Silver Creek Low Volume Strategies, Ltd. and Silver Creek Low Volume Strategies, Ltd. II – See Attachment.
**Taxpayer I.D. Number (Social Security No.):**

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of    $ 963,349
   b. I owe the Broker a Debit (Dr.) Balance of    $ _____
   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $ _____
   d. If balance is zero, insert "None."    $ _____

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities |  | X |
| b. | I owe the Broker securities |  | X |
| c. | If yes to either, please list below: |  | X |

| | | Number of Shares or Face amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | x | |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | x |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form:

Karl Geercken
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/17/09                    Signature  _[signature]_
                                 Jonathan Fiorello
                                 Aozora Bank Ltd.
                                 Senior Managing Executive Officer
                                 Head of Investment Banking Group

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## Customer Claim Attachment

Aozora Bank, Ltd. ("Aozora") files this customer claim for $963,349 in cash that was invested with Bernard L. Madoff Investment Securities, LLC ("BLMIS") through Silver Creek Low Volume Strategies, Ltd. ("SC Low") and Silver Creek Low Volume Strategies, Ltd. II ("SC Low II," together with SC Low, the "SC Low Funds").

As of November 30, 2008, the value of Aozora's investment in the SC Low Funds was $80,279,087 (i.e., $30,038,328 in SC Low and $50,240,759 in SC Low II). See Account Statement for the Month & Year-To-Date November 30, 2008, attached hereto as Exhibit A. Approximately 1.2% of the SC Low Funds were exposed to BLMIS. See January 15, 2009 Letter from SC Low, attached hereto as Exhibit B and January 15, 2009 Letter from SC Low II, attached hereto as Exhibit C. Thus, 1.2% of Aozora's $80,279,087 investment was invested with BLMIS. As a result, Aozora invested approximately $963,349 in BLMIS through the SC Low Funds.

This claim is being filed by a bank for losses suffered solely by the bank, and Aozora is making no claims on behalf of any customer.

Please send a copy of all notices or correspondence with regards to this claim to counsel for Aozora at the following address:

> Alston & Bird LLP
> 90 Park Avenue
> New York, NY 10016
> Attn: Karl Geercken

LEGAL02/31175693v3

# EXHIBIT A



## Silver Creek Low Vol Strategies, Ltd.
Account Statement for the Month & Year-To-Date
November 30, 2008

(No Client Copy Mailed)

### Account Name: Aozora Bank, Ltd.

**CURRENT MONTH ACTIVITY FOR YOUR ACCOUNT**   Eligible for New Sub: Yes

| Shares Owned | Beginning NAV | Subscriptions | Redemptions | Net Income (Loss) | Ending NAV | Ending Shares | Ending NAV per Share | Net Return for Period |
|---|---|---|---|---|---|---|---|---|
| LVI Class B Series 1204   | $ 28,242,753 | $    -      | $ (240,787) | $ (1,802,406) | $ 26,199,560 | 184,848.70 | $ 141.74 | (6.44)% |
| LVI Class S Series B_0308 | 895,802      |             |             | (126,759)     | 769,043      | 13,841.16  | 55.56    | (14.15)% |
| LVI Class S Series B_0707A| 423,347      |             |             | (81,890)      | 341,457      | 4,653.72   | 73.37    | (19.34)% |
| LVI Class S Series B_0707B| 144,329      |             |             | (14,769)      | 129,560      | 2,986.80   | 43.38    | (10.23)% |
| LVI Class S Series B_0807A| 341,376      |             |             | -             | 341,376      | 11,441.16  | 29.84    | 0.00% |
| LVI Class S Series B_0807B| 715,503      | 2,660       |             | (94,815)      | 623,348      | 10,984.55  | 56.75    | (13.20)% |
| LVI Class S Series B_0908A| 793,891      |             |             | (70,250)      | 723,641      | 9,235.62   | 78.35    | (8.85)% |
| LVI Class S Series B_0908B| 63,947       |             |             | (7,915)       | 56,032       | 714.89     | 78.38    | (12.38)% |
| LVI Class S Series B_0908C| 705,532      | 234,727     |             | (85,950)      | 854,309      | 10,023.63  | 85.23    | (9.14)% |
| **Totals** | $ 32,326,432 | $ 237,387 | $ (240,787) | $ (2,284,754) | $ 30,038,326 | | | |

**CURRENT YEAR-TO-DATE ACTIVITY FOR YOUR ACCOUNT**

| Shares Owned | Beginning NAV | Subscriptions | Redemptions | Net Income (Loss) | Ending NAV | Ending Shares | Ending NAV per Share | Net Return for Period |
|---|---|---|---|---|---|---|---|---|
| LVI Class B Series 1204   | $ 36,665,714 | $    -       | $ (3,504,377) | $ (6,961,777) | $ 26,199,560 | 184,848.70 | $ 141.74 | (20.54)% |
| LVI Class S Series B_0308 | -            | 1,384,116    |               | (615,073)     | 769,043      | 13,841.16  | 55.56    | (44.44)% |
| LVI Class S Series B_0707A| 470,467      |              |               | (129,010)     | 341,457      | 4,553.72   | 73.37    | (27.42)% |
| LVI Class S Series B_0707B| 275,826      | 24,643       |               | (170,909)     | 129,560      | 2,986.80   | 43.38    | (56.89)% |
| LVI Class S Series B_0807A| 914,761      |              |               | (573,363)     | 341,376      | 11,441.16  | 29.84    | (62.68)% |
| LVI Class S Series B_0807B| 993,381      | 81,225       |               | (451,258)     | 623,348      | 10,984.55  | 56.75    | (43.08)% |
| LVI Class S Series B_0908A| -            | 923,562      |               | (199,921)     | 723,641      | 9,235.62   | 78.35    | (21.65)% |
| LVI Class S Series B_0908B| -            | 71,489       |               | (15,457)      | 56,032       | 714.89     | 78.38    | (21.62)% |
| LVI Class S Series B_0908C| -            | 986,859      |               | (132,550)     | 854,309      | 10,023.63  | 85.23    | (14.77)% |
| **Totals** | $ 39,320,149 | $ 3,471,894 | $ (3,504,377) | $ (9,249,338) | $ 30,038,326 | | | |

Net Income (Loss) and period end Net Asset Value figures are net of applicable operating expenses, management fees and estimated performance fees. The information presented is estimated and unaudited and is based on information from third-party sources that may be inaccurate, incomplete or subject to change due to restatements, audit adjustments or other factors. This document is for informational purposes only and does not constitute an offer or a solicitation of an offer to buy an interest in the fund. Past results of funds managed by Silver Creek are not necessarily indicative of future performance of the Silver Creek funds, and the funds' performance may be volatile.

The beginning of quarter Net Asset Value for Silver Creek Low Vol Strategies, Ltd. was $1,383,798,184. The current Net Asset Value for the Fund is $1,186,699,614.

This document and the information herein is confidential and may not be reproduced or distributed in any manner.

Silver Creek Capital Management LLC

Account Statement Prepared By:
SEI  New ways. New answers.®
Administrator to Silver Creek Low Vol Strategies, Ltd.



## Silver Creek Low Vol Strategies II, Ltd.
Account Statement for the Month & Year-To-Date
November 30, 2008

(No Client Copy Mailed)

*Account Name: Aozora Bank, Ltd.*

### CURRENT MONTH ACTIVITY FOR YOUR ACCOUNT

| Shares Owned | Beginning NAV | Subscriptions | Redemptions | Net Income (Loss) | Ending NAV | Ending Shares | Ending NAV per Share | Net Return for Period |
|---|---|---|---|---|---|---|---|---|
| LVI2 Class A1 Series 0704 | $ 47,211,996 | $ - | $ (421,854) | $ (3,007,594) | $ 43,782,548 | 390,608.99 | $ 112.09 | (6.43)% |
| LVI2 Class S Series A1_0306 | 1,492,710 | - | - | (211,224) | 1,281,486 | 23,064.95 | 55.56 | (14.15)% |
| LVI2 Class S Series A1_0707A | 660,761 | - | - | (127,872) | 532,889 | 7,263.95 | 73.36 | (19.36)% |
| LVI2 Class S Series A1_0707B | 117,001 | - | - | (11,997) | 105,004 | 2,423.84 | 43.32 | (10.25)% |
| LVI2 Class S Series A1_0807A | 516,721 | - | - | - | 516,721 | 17,331.86 | 29.81 | 0.00% |
| LVI2 Class S Series A1_0807B | 1,396,163 | 5,195 | - | (185,128) | 1,216,230 | 21,443.81 | 56.72 | (13.21)% |
| LVI2 Class S Series A1_0908A | 1,330,305 | - | - | (117,716) | 1,212,589 | 15,475.91 | 78.35 | (8.85)% |
| LVI2 Class S Series A1_0908B | 111,453 | - | - | (13,795) | 97,658 | 1,245.98 | 78.38 | (12.38)% |
| LVI2 Class S Series A1_0908C | 1,235,171 | 410,936 | - | (150,473) | 1,495,634 | 17,548.30 | 85.23 | (9.14)% |
| **Totals** | **$ 54,072,281** | **$ 416,131** | **$ (421,854)** | **$ (3,825,799)** | **$ 50,240,759** | | | |

### CURRENT YEAR-TO-DATE ACTIVITY FOR YOUR ACCOUNT

| Shares Owned | Beginning NAV | Subscriptions | Redemptions | Net Income (Loss) | Ending NAV | Ending Shares | Ending NAV per Share | Net Return for Period |
|---|---|---|---|---|---|---|---|---|
| LVI2 Class A1 Series 0704 | $ 61,317,775 | $ - | $ (5,938,305) | $ (11,596,922) | $ 43,782,548 | 390,608.99 | $ 112.09 | (20.48)% |
| LVI2 Class S Series A1_0306 | - | 2,306,495 | - | (1,025,008) | 1,281,486 | 23,064.95 | 55.56 | (44.44)% |
| LVI2 Class S Series A1_0707A | 734,347 | - | - | (201,458) | 532,889 | 7,263.95 | 73.36 | (27.43)% |
| LVI2 Class S Series A1_0707B | 225,816 | 20,020 | - | (138,832) | 105,004 | 2,423.84 | 43.32 | (56.94)% |
| LVI2 Class S Series A1_0807A | 1,385,727 | - | - | (869,006) | 516,721 | 17,331.56 | 29.81 | (62.71)% |
| LVI2 Class S Series A1_0807B | 1,938,709 | 158,626 | - | (881,105) | 1,216,230 | 21,443.81 | 56.72 | (43.10)% |
| LVI2 Class S Series A1_0908A | - | 1,547,591 | - | (335,002) | 1,212,589 | 15,475.91 | 78.35 | (21.65)% |
| LVI2 Class S Series A1_0908B | - | 124,598 | - | (26,940) | 97,658 | 1,245.98 | 78.38 | (21.62)% |
| LVI2 Class S Series A1_0908C | - | 1,727,686 | - | (232,055) | 1,495,634 | 17,548.30 | 85.23 | (14.77)% |
| **Totals** | **$ 65,600,374** | **$ 5,885,016** | **$ (5,938,305)** | **$ (15,306,328)** | **$ 50,240,759** | | | |

Net Income (Loss) and period end Net Asset Value figures are net of applicable operating expenses, management fees and estimated performance fees. The information presented is estimated and unaudited and is based on information from third-party sources that may be inaccurate, incomplete or subject to change due to restatements, audit adjustments or other factors. This document is for informational purposes only and does not constitute an offer or a solicitation of an offer to buy an interest in the fund. Past results of funds managed by Silver Creek are not necessarily indicative of future performance of the Silver Creek funds, and the funds' performance may be volatile.

The beginning of quarter Net Asset Value for Silver Creek Low Vol Strategies II, Ltd. was $2,316,369,851. The current Net Asset Value for the Fund is $1,986,789,555.

This document and the information herein is confidential and may not be reproduced or distributed in any manner.

Silver Creek Capital Management LLC

Account Statement Prepared By:
SEI  *New ways.*
     *New answers.*
Administrator to Silver Creek Low Vol Strategies II, Ltd.

# EXHIBIT B

# SILVERCREEK

January 15, 2009

Dear Investor,

We are writing to inform you of a recent development concerning Silver Creek Low Vol Strategies, Ltd. ("the Fund"). As you are likely aware, Bernard Madoff was arrested last month for running a giant ponzi scheme. While many details remain unclear and new revelations continue to emerge, this was a remarkably sophisticated fraud of historic proportions that will impact many firms, including numerous financial institutions and hedge funds.

No Silver Creek funds have any direct investment exposure to Madoff accounts or entities. However, shortly after Madoff's arrest, it was disclosed that certain funds managed by Ezra Merkin of Gabriel Capital, including the Gabriel Capital, L.P. and Ariel Fund Limited funds, do have exposure to Madoff. The Fund is invested in Ariel Fund Limited, and we have determined that an estimated 25% of Ariel's assets were invested with Madoff.

We have taken a full write down of the indirect Madoff exposure through Gabriel. This write down resulted in an estimated 1.2% loss to the Fund in December. We believe the Fund has no Madoff exposure other than through Gabriel.

Merkin and his organization concealed the Madoff exposure from us and other investors. It is now apparent that in the Gabriel fund the exposure represented as cash equivalents in annual audits, exposure reports and via direct questioning was in fact invested through Madoff. Over the last few weeks we have been actively investigating this situation and we expect to aggressively pursue legal remedies against Merkin and Gabriel Capital on the Fund's behalf.

We sincerely apologize if this is your first notification regarding the Fund's exposure to Madoff through Gabriel. When we first learned of this situation, our first steps were to collect as much information concerning the exposure as possible and to confirm whether any immediate steps were necessary to protect the Fund and your investment. Our next critical action was to attempt to call all investors and their representatives directly to discuss the situation. Unfortunately we have been unable to reach all investors timely and for this reason we determined that an immediate written notice to all investors was necessary. We will update you with any further developments in the Fund's fourth quarter newsletter, which we plan to deliver by month end. In the meantime please feel free to call us with any questions.

Sincerely,

Eric Dillon
Chief Investment Officer

Silver Creek Capital Management LLC

SILVER CREEK

Disclosures

Hedge fund investments may be speculative, highly leveraged, illiquid and subject to a substantial risk of loss, and as a result are not suitable for many investors. Silver Creek's funds are intended only for sophisticated investors who are able to assume the risks inherent in investment vehicles of this type and who meet the funds' eligibility requirements. No assurance can be given that the funds' investment objectives will be achieved. Past results of funds managed by Silver Creek are not necessarily indicative of future performance, and the funds' performance may be volatile.

Any statements herein that are not based on historical fact are forward-looking statements. The words "target", "project", "forecast", "anticipate", "estimate", "intend", "expect", "should", "believe" and similar expressions also identify forward-looking statements. Forward looking statements present Silver Creek's expectations, beliefs, plans and objectives regarding future financial performance, and assumptions or judgments concerning such performance. Although such statements are based on Silver Creek's current estimates and expectations, and known and/or currently available financial and economic data, forward looking statements are inherently uncertain. There are a variety of factors that could cause business conditions and performance to differ materially and adversely from what is contained in our forward-looking statements. Silver Creek disclaims any obligation to update forward-looking statements. For a description of some of the factors that could cause actual results to differ from our forward-looking statements please refer to the "Risk Factors" in the Fund's Confidential Information Memorandum.

Silver Creek does not necessarily have access to information from third-party managers to ensure the accuracy of the information presented, and any information received from third-party managers may be inaccurate or incomplete. Certain information presented is of a high-level, summary, condensed and aggregated nature, and is inherently limited, incomplete, and required the application of simplifications, generalizations and assumptions to produce. Silver Creek expressly disclaims any representation or warranty as to the accuracy, completeness, availability or timeliness of the information presented. The information provided does not necessarily reflect the most up to date or current information available. Silver Creek may change at any time the methodologies used to show portfolio allocation by strategy, geography, sector, concentration or other metrics based on its perception of which methodologies are currently the most appropriate or feasible to calculate. In the event that Silver Creek changes its methodologies, Silver Creek may not restate the information in prior reports.

This document and the information herein are confidential and may not be reproduced or distributed in any manner.

# EXHIBIT C

SILVERCREEK

January 15, 2009

Dear Investor,

We are writing to inform you of a recent development concerning Silver Creek Low Vol Strategies II, Ltd. ("the Fund"). As you are likely aware, Bernard Madoff was arrested last month for running a giant ponzi scheme. While many details remain unclear and new revelations continue to emerge, this was a remarkably sophisticated fraud of historic proportions that will impact many firms, including numerous financial institutions and hedge funds.

No Silver Creek funds have any direct investment exposure to Madoff accounts or entities. However, shortly after Madoff's arrest, it was disclosed that certain funds managed by Ezra Merkin of Gabriel Capital, including the Gabriel Capital, L.P. and Ariel Fund Limited funds, do have exposure to Madoff. The Fund is invested in Ariel Fund Limited, and we have determined that an estimated 25% of Ariel's assets were invested with Madoff.

We have taken a full write down of the indirect Madoff exposure through Gabriel. This write down resulted in an estimated 1.2% loss to the Fund in December. We believe the Fund has no Madoff exposure other than through Gabriel.

Merkin and his organization concealed the Madoff exposure from us and other investors. It is now apparent that in the Gabriel fund the exposure represented as cash equivalents in annual audits, exposure reports and via direct questioning was in fact invested through Madoff. Over the last few weeks we have been actively investigating this situation and we expect to aggressively pursue legal remedies against Merkin and Gabriel Capital on the Fund's behalf.

We sincerely apologize if this is your first notification regarding the Fund's exposure to Madoff through Gabriel. When we first learned of this situation, our first steps were to collect as much information concerning the exposure as possible and to confirm whether any immediate steps were necessary to protect the Fund and your investment. Our next critical action was to attempt to call all investors and their representatives directly to discuss the situation. Unfortunately we have been unable to reach all investors timely and for this reason we determined that an immediate written notice to all investors was necessary. We will update you with any further developments in the Fund's fourth quarter newsletter, which we plan to deliver by month end. In the meantime please feel free to call us with any questions.

Sincerely,

Eric Dillon
Chief Investment Officer

Silver Creek Capital Management LLC

# SILVERCREEK

### Disclosures

Hedge fund investments may be speculative, highly leveraged, illiquid and subject to a substantial risk of loss, and as a result are not suitable for many investors. Silver Creek's funds are intended only for sophisticated investors who are able to assume the risks inherent in investment vehicles of this type and who meet the funds' eligibility requirements. No assurance can be given that the funds' investment objectives will be achieved. Past results of funds managed by Silver Creek are not necessarily indicative of future performance, and the funds' performance may be volatile.

Any statements herein that are not based on historical fact are forward-looking statements. The words "target", "project", "forecast", "anticipate", "estimate", "intend", "expect", "should", "believe" and similar expressions also identify forward-looking statements. Forward looking statements present Silver Creek's expectations, beliefs, plans and objectives regarding future financial performance, and assumptions or judgments concerning such performance. Although such statements are based on Silver Creek's current estimates and expectations, and known and/or currently available financial and economic data, forward looking statements are inherently uncertain. There are a variety of factors that could cause business conditions and performance to differ materially and adversely from what is contained in our forward-looking statements. Silver Creek disclaims any obligation to update forward-looking statements. For a description of some of the factors that could cause actual results to differ from our forward-looking statements please refer to the "Risk Factors" in the Fund's Confidential Information Memorandum.

Silver Creek does not necessarily have access to information from third-party managers to ensure the accuracy of the information presented, and any information received from third-party managers may be inaccurate or incomplete. Certain information presented is of a high-level, summary, condensed and aggregated nature, and is inherently limited, incomplete, and required the application of simplifications, generalizations and assumptions to produce. Silver Creek expressly disclaims any representation or warranty as to the accuracy, completeness, availability or timeliness of the information presented. The information provided does not necessarily reflect the most up to date or current information available. Silver Creek may change at any time the methodologies used to show portfolio allocation by strategy, geography, sector, concentration or other metrics based on its perception of which methodologies are currently the most appropriate or feasible to calculate. In the event that Silver Creek changes its methodologies, Silver Creek may not restate the information in prior reports.

This document and the information herein are confidential and may not be reproduced or distributed in any manner.

Silver Creek Capital Management LLC