**MEMORANDUM ENDORSEMENT APPROVING PROPOSED NET EQUITY ARGUMENT OUTLINE SUBMITTED BY THE LAW FIRMS OF DAVIS POLK & WARDWELL, LLP, *et al.***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |

**NET EQUITY ARGUMENT OUTLINE SUBMITTED BY THE LAW FIRMS OF DAVIS POLK & WARDWELL, LLP, *et al.***

I. K. Wagner (20 minutes)

　　A. Statutory definition of "net equity" controls

　　B. *New Times* controls

　　C. Legislative history / purpose of the statute / statute contemplates customer protection even when the broker is fraudulent

　　D. SIPC's subrogation argument conflicts with the priority scheme set forth in the statute

　　E. "Cash-in/cash-out" requires the exercise of avoidance powers that the Trustee does not have

II. D. Glosband (15 minutes)

　　A. Section 8(b) "books and records" argument is wrong

　　B. Ponzi scheme cases relied on by the Trustee and SIPC are inapplicable

      C.      Trustee's fictitious market/false profits argument is wrong

      D.      Impact on Trustee's avoidance power cannot affect interpretation of "net equity"

      E.      Trustee's imputation and illegal contract arguments are wrong

III.    H. Chaitman (10 minutes)

      A.      "Net losers" are also injured by the Trustee's definition of net equity

      B.      SIPC is the principal beneficiary of the Trustee's approach

IV.    B. Neville (10 minutes)

      A.      SIPC's prior positions / investor reliance and expectations

V.    M. Gluck (10 minutes)

      A.      Trustee's "cash-in/cash-out" approach is unworkable and not what it has been represented to be

VI.    S. Fishbein (10 minutes)

      A.      Non split strike customers

VII.    C. Neville (5 minutes)

      A.      Scope of relief requested

**Memorandum Endorsement Approving Proposed Net Equity Argument Outline Submitted by the Law Firms of Davis Polk & Wardwell, LLP, *et al.*, January 25, 2010**

The proposed net equity argument outline submitted by the law firms of Davis Polk & Wardwell, LLP, *et al.*, is approved. *See also Memorandum Endorsement Approving Submission of Trustee, SIPC, and SEC Regarding Net Equity Hearing*.

Dated: New York, New York
         January 25, 2010

                                               /s/ Burton R. Lifland
                                               Hon. Burton R. Lifland
                                               United States Bankruptcy Judge