WITHERS BERGMAN, LLP
Jeremy A. Mellitz
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212 848 9800
Facsimile: 212 848 9888
E-mail: Jeremy.Mellitz@withers.us.com

*Attorney for: Von Rautenkranz Nachfolger
Special Investments LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

V.

BERNARD L. MADOFF INVESTMENT
SECRUTIES, LLC,

                Defendant.

-----------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF
DOCUMENTS**

      **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for *Von Rautenkranz Nachfolger Special Investments LLC*, pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address:

WITHERS BERGMAN, LLP
Jeremy A. Mellitz
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212 848 9800
Facsimile: 212 848 9888
E-mail: Jeremy.Mellitz@withers.us.com

NH07745.0041/826179.1.                                              1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure and of the Bankruptcy Code specified above, but also includes, without limitation, notices of any applications, motions, orders, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affects or seeks to affect in any way the Plaintiff or their respective property and/or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit *Von Rautenkranz Nachfolger Special Investments LLC* to the jurisdiction of the Court and it is without prejudice to its rights, remedies, and claims against other entities or individuals. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actins, setoffs or recoupments to which *Von Rautenkranz Nachfolger Special Investments LLC* is or may be entitled to are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

WITHERS BERGMAN LLP

By: _____
Jeremy A. Mellitz
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212 848 9800
Facsimile: 212 848 9888
E-mail: Jeremy.Mellitz@withers.us.com
Attorney for *Von Rautenkranz Nachfolger Special Investments LLC*

DATED:     January 25, 2010

WITHERS BERGMAN, LLP
Jeremy A. Mellitz
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212 848 9800
Facsimile: 212 848 9888
E-mail: Jeremy.Mellitz@withers.us.com

*Attorney for:* Von Rautenkranz Nachfolger
Special Investments LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
SECURITIES INVESTOR PROTECTION   :
CORPORATION,                     :
   :
               Plaintiff,      :    Adv. Pro. No. 08-01789 (BRL)

                                 :    SIPA Liquidation

V.                               :
                                 :    **CERTIFICATE OF SERVICE BY**
BERNARD L. MADOFF INVESTMENT     :    **ELECTRONIC AND OTHER MEANS**
SECRUTIES, LLC,                  :
                                 :
               Defendant.        :
-----------------------------------------------------X

25

The undersigned hereby certifies that on January 25, 2010, service of the foregoing Notice of Appearance and Demand for Service of Documents was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the parties listed below and service via First Class Mail.

          **Clerk of the United States Bankruptcy Court**
          **Southern District of New York**
          **One Bowling Green**
          **New York, NY   10004**

          **Irving H. Picard, Trustee**
          **c/o Baker & Hostetler LLP**
          **Attn:  Claims Department**
          **45 Rockefeller Plaza**
          **New York, NY   10111**

WITHERS BERGMAN LLP

By: _____
Jeremy A. Mellitz
430 Park Avenue, 10th Floor
New York, NY 10022
Telephone: 212 848 9800
Facsimile: 212 848 9888
E-mail: Jeremy.Mellitz@withers.us.com
Attorney for *Von Rautenkranz Nachfolger Special Investments LLC*

DATED:    January 25, 2010