# EXHIBIT A

# VON RAUTENKRANTZ NACHFOLGER SPECIAL INVESTMENTS LLC

## TABLE OF CONTENTS

A.        Cover Letter

B.        Customer Claim Form

C.        Proof of Claim

D.        Proof of Authority

E.        2008 Account Statements

F.        2007 Account Statements

G.        2006 Account Statements

H.        2005 Account Statements

I.        2004 Account Statements

J.        2003 Account Statements

K.        2002 Account Statements

L.        2001 Account Statements

# withers Bergman LLP

157 Church Street, P.O. Box 426, New Haven, Connecticut 06502-0426
Telephone: +1 203 789 1320   Fax: +1 203 785 6127

June 24, 2009

Irving H. Picard, Esq.

Trustee for Bernard L. Madoff Investment Securities LLC

Claims Processing Center

2100 McKinney Avenue, Suite 800

Dallas, TX 75201

Re:    **Bernard L. Madoff Investment Securities LLC SIPC Claim**
       **Von Rautenkrantz Nachfolger Special Investments LLC**

Dear Attorney Picard:

Please be advised that this office represents von Rautenkrantz Nachfolger Special Investments LLC ("Special Investments"). Enclosed please find the Customer Claim Form and the Proof of Claim hereby filed by Special Investments, with supporting documentation.

Special Investments was an indirect investor in Bernard L. Madoff Investment Securities LLC ("BLMIS") through the Rye Select Broad Market Fund, LP ("Rye Select"), formerly known as the American Masters Broad Market Fund ("American Masters"). Special Investments made a one-time investment in American Masters in the amount of $5,000,000.00 in January 2001. Of this amount, 100 percent is believed to have been invested by American Masters or Rye Select in BLMIS. Special Investments has made no withdrawals on its investment with American Masters or Rye Select. The total amount of loss of Special Investments, including cumulative net income as reflected on its client statements as of September 30, 2008, is $10,380,675.02.

We thank you in advance for your consideration of Special Investments' claim. If there is any other information or supporting documentation we can provide, please do not hesitate to contact us.

Very truly yours,

**THIS LETTER SHOULD BE CONSIDERED A "SUMMARY" AS REFERENCED ON THE PROOF OF CLAIM (OFFICIAL FORM 10) AND SHOULD BE INCORPORATED BY REFERENCE ON SAID PROOF OF CLAIM.**

Rachel M. Segger

direct line: +1 203 974 0426

e-mail: rachel.segger@withers.us.com

admitted in Connecticut, District of Columbia and New York

document: 775277.1.

Withers Bergman LLP
New York: +1 212 848 9800
Greenwich: +1 203 302 4100

Withers LLP
London: +44 (0)20 7597 6000
Geneva: +41 (0)22 593 7777
Milan: +39 02 2906601

Withers 衛達仕
Hong Kong: +852 3711 1600
www.withersworldwide.com

# CUSTOMER CLAIM

Claim Number

Date Received

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

Name of Customer:    Von Rautenkranz Nachfolger Special Investments LLC

Mailing Address:    An der Favorite 12

City:    Mainz    State:    Germany    Zip:    D-55131

Account No.:    Rye Select Broad Market Fund Account No. 00-1200-700007840

Taxpayer I.D. Number (Social Security No.):    51-0397807

---

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.    A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.    CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM
BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**********************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $    10,380,675.02

    b.    I owe the Broker a Debit (Dr.) Balance of    $    0

    c.    If you wish to repay the Debit Balance,

    please insert the amount you wish to repay and

    attach a check payable to "Irving H. Picard, Esq.,

    Trustee for Bernard L. Madoff Investment Securities LLC."

    If you wish to make a payment, **it must be enclosed**

    with this claim form    $    N/A

    d.    If balance is zero, insert "None."

1

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | | X |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

2

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers |  | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:

Withers Bergman, LLP, 157 Church Street, New Haven, CT  06510

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date ✗ 6/23/2009    Signature ✗ _Cuazzarelli_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Bernard L. Madoff Investment Securities LLC | Case Number:<br>09-01265-brl |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Von Rautenkranz Nachfolger Special Investments LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>Rachel M. Segger<br>Withers Bergman LLP, 157 Church Street, New Haven, CT 06510<br><br>Telephone number:<br>203 789 1320 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>JP Morgan Private Bank New York, 270 Park Avenue, New York, NY 10017-2070<br>ABA #021000021<br>A/C #739362194<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:            $        10,380,675.02<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim. |
| 2. Basis for Claim:   Debtor fraud<br>    (See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| Last four digits of any number by which creditor identified debtor:    N/A | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3a. Debtor may have scheduled account as:_____<br>    (See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>Describe:<br><br>Value of Property:$_____  Annual Interest Rate_____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____  Basis for perfection:_____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attached redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>×  6/23/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>×  *[signature]* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

776967.1.

DELEGATION OF AUTHORITY

VON RAUTENKRANZ NACHFOLGER SPECIAL INVESTMENTS LLC

The undersigned, being all of the Members of von Rautenkranz Nachfolger Special Investments LLC, a Delaware limited liability company (the "Company"), and therefore being all the Managers of said Company's Board of Managers, hereby adopt the following resolutions:

**RESOLVED:**   That the Board of Managers, acting pursuant to Section 8.02 (b) of the Operating Agreement of the Company ("the Operating Agreement") and the terms of that certain revocable Delegation of Authority dated July 18, 2006 ("the July 2006 Delegation"), hereby revokes the July 2006 Delegation.

**RESOLVED:**   That the Board of Managers, acting pursuant to Section 8.02 (b) of the Operating Agreement, and reserving the rights of the Board of Managers concurrently to exercise the powers of the Board of Managers under Section 8.02 (a) of the Operating Agreement, hereby delegates the concurrent authority to exercise said powers to Dr. Dieter Feddersen and Dr. Michaela Busch, without limiting the rights of the Board of Managers so also to exercise them.

**RESOLVED:**   That the Board of Managers, acting pursuant to its powers reserved under the preceding paragraph, hereby authorizes Ester Mazzarelli, née Goelkel, to take any and all actions as to her shall seem appropriate, and, in connection therewith, to sign any and all documents as to her shall seem appropriate, in the name and on behalf of the Company in any way relating or pertaining to any and all claims of the Company before the Securities Investor Protection Corporation ("SIPC"), in connection with the SIPC liquidation of Bernard L. Madoff Investment Securities LLC.

Dated as of the ___23___ day of June, 2009.


_____
ESTER MAZZARELLI


CAROLA LLC


By: _____
Ester Mazzarelli


770569.1.



**RYE**
Investment Management
A Division of Tremont Group Holdings, Inc.

EINGEGANGEN
FEDDERSEN
HEUER & PARTNER
2 4. Okt. 2008
Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840

Period Beginning: 01-Sep-2008

Period Ending: 30-Sep-2008

Fax Number:

E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.80% | 6.49% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, LP | 10,298,063.63 | 0.00 | 82,611.39 | 0.00 | 10,380,675.02 |
| Totals | 10,298,063.63 | 0.00 | 82,611.39 | 0.00 | 10,380,675.02 |

### DISCLOSURE NOTES

• % Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
• Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



*Z.A.*

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

EINGEGANGEN
FEDDERSEN
HEUER & PARTNER
2 3. Sep. 2008
Rechtsanwälte
Frankfurt / Main

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Aug-2008
Period Ending: 31-Aug-2008
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.97% | 5.64% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 10,199,297.76 | 0.00 | 98,765.87 | 0.00 | 10,298,063.63 |
| Totals | 10,199,297.76 | 0.00 | 98,765.87 | 0.00 | 10,298,063.63 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



| EINGEGANGEN |
| FEDDERSEN |
| HEUER & PARTNER |
| 24. Juli 2008 |
| Rechtsanwälte |
| Frankfurt / Main |

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Jun-2008
Period Ending: 30-Jun-2008
Fax Number:
E-Mail:

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.07% | 3.56% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 10,087,882.70 | 0.00 | 7,171.39 | 0.00 | 10,095,054.09 |
| Totals | 10,087,882.70 | 0.00 | 7,171.39 | 0.00 | 10,095,054.09 |

## DISCLOSURE NOTES

• % Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including
independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with
respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be
custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
• Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

Telephone: 212.815.4090      Facsimile: 212.644.6669      Email: AISOnline_NY@bankofny.com      Web: www.fundadmin.com



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 4. Juni 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-May-2008
Period Ending: 31-May-2008
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.89% | 3.48% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 9,998,706.25 | 0.00 | 89,176.45 | 0.00 | 10,087,882.70 |
| Totals | 9,998,706.25 | 0.00 | 89,176.45 | 0.00 | 10,087,882.70 |

### DISCLOSURE NOTES

· % Change results are Net of all fees.
· Year To Date change is based on Calendar Year which ends on December 31st.
· All values are in USD.
· This information is not intended to be used for tax reporting or planning.
· This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
· The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
· Past performance as described herein is not necessarily indicative of future results.
· The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
· Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090        Facsimile: 212.644.6669        Email: AISOnline_NY@bankofny.com        Web: www.fundadmin.com



**RYE**
Investment Management
*A Division of Tremont Group Holdings, Inc.*

EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 3. Mai 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Apr-2008
Period Ending: 30-Apr-2008
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 1.17% | 2.57% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, LP | 9,883,401.77 | 0.00 | 115,304.48 | 0.00 | 9,998,706.25 |
| Totals | 9,883,401.77 | 0.00 | 115,304.48 | 0.00 | 9,998,706.25 |

### DISCLOSURE NOTES

• % Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
• Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 2. April 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

z. A. *Sdu* 117103

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Mar-2008
Period Ending: 31-Mar-2008
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.33% | 1.39% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, LP | 9,851,094.53 | 0.00 | 32,307.24 | 0.00 | 9,883,401.77 |
| Totals | 9,851,094.53 | 0.00 | 32,307.24 | 0.00 | 9,883,401.77 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



E I N G E G A N G E N
FEDDERSEN
HEUER & PARTNER

1 8. März 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Z.A,
117/03
guu

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Feb-2008
Period Ending: 29-Feb-2008
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.06% | 1.05% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 9,845,419.20 | 0.00 | 5,675.33 | 0.00 | 9,851,094.53 |
| Totals | 9,845,419.20 | 0.00 | 5,675.33 | 0.00 | 9,851,094.53 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 7. Feb. 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA



Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

### CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Jan-2008
Period Ending: 31-Jan-2008
Fax Number:
E-Mail:

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 1.00% | 1.00% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 9,748,266.86 | 0.00 | 97,152.34 | 0.00 | 9,845,419.20 |
| Totals | 9,748,266.86 | 0.00 | 97,152.34 | 0.00 | 9,845,419.20 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

Telephone: 212.815.4090      Facsimile: 212.644.6669      Email: AISOnline_NY@bankofny.com      Web: www.fundadmin.com



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 3. Jan. 2008

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Dec-2007
Period Ending: 31-Dec-2007
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.25% | 9.09% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, LP | 9,724,441.23 | 0.00 | 23,825.63 | 0.00 | 9,748,266.86 |
| Totals | 9,724,441.23 | 0.00 | 23,825.63 | 0.00 | 9,748,266.86 |

### DISCLOSURE NOTES

· % Change results are Net of all fees.
· Year To Date change is based on Calendar Year which ends on December 31st.
· All values are in USD.
· This information is not intended to be used for tax reporting or planning.
· This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
· The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
· Past performance as described herein is not necessarily indicative of future results.
· The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
· Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



E I N G E G A N G E N
FEDDERSEN
HEUER & PARTNER

2 1. Dez. 2007

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany



**CLIENT STATEMENT**

A/C Number: 00-1200-700007840
Period Beginning: 01-Nov-2007
Period Ending: 30-Nov-2007
Fax Number:
E-Mail:

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 1.39% | 8.82% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 9,590,696.95 | 0.00 | 133,744.28 | 0.00 | 9,724,441.23 |
| Totals | 9,590,696.95 | 0.00 | 133,744.28 | 0.00 | 9,724,441.23 |

## DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com



*R Y E*
Investment Management
A Division of Tremont Group Holdings, Inc.

E I N G E G A N G E N
FEDDERSEN
HEUER & PARTNER

2 0. Nov. 2007

Rechtsanwälte
Frankfurt / Main

*Z. A. guru*
*117/03*

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

## CLIENT STATEMENT
A/C Number: 00-1200-700007840
Period Beginning: 01-Oct-2007
Period Ending: 31-Oct-2007
Fax Number:
E-Mail:

### PERFORMANCE SUMMARY

| Security | % Change | |
|---|---|---|
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.41% | 7.33% |

### PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
|---|---|---|---|---|---|
| Rye Select Broad Market Fund, LP | 9,551,334.31 | 0.00 | 39,362.64 | 0.00 | 9,590,696.95 |
| Totals | 9,551,334.31 | 0.00 | 39,362.64 | 0.00 | 9,590,696.95 |

### DISCLOSURE NOTES

- % Change results are Net of all fees.
- Year To Date change is based on Calendar Year which ends on December 31st.
- All values are in USD.
- This information is not intended to be used for tax reporting or planning.
- This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
- The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
- Past performance as described herein is not necessarily indicative of future results.
- The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
- Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090     Facsimile: 212.644.6669     Email: AISOnline_NY@bankofny.com     Web: www.fundadmin.com



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

2 3. Okt. 2007

Rechtsanwälte
Frankfurt / Main

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

Z. A. Wille

## CLIENT STATEMENT

A/C Number:  00-1200-700007840
Period Beginning:  01-Sep-2007
Period Ending:  30-Sep-2007
Fax Number:
E-Mail:

| PERFORMANCE SUMMARY | | |
|---|---|---|
| | % Change | |
| Security | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 1.06% | 6.89% |

| PERIOD ACTIVITY | | | | | |
|---|---|---|---|---|---|
| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| Rye Select Broad Market Fund, LP | 9,451,406.69 | 0.00 | 99,927.62 | 0.00 | 9,551,334.31 |
| Totals | 9,451,406.69 | 0.00 | 99,927.62 | 0.00 | 9,551,334.31 |

### DISCLOSURE NOTES

• Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
• Additional information is available at www.ryeselectfunds.com.

### INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email:  AISOnline_NY@bankofny.com    Web:  www.fundadmin.com

*E. A. grüu 117/03*



RYE
/estment Management
A Division of Tremont Group Holdings, Inc.

BNY ALTERNATIVE INVESTMENT
SERVICES, INC.
101 Barclay Street
20th Floor West
New York, New York 10286
USA

E I N G E G A N G E N
FEDDERSEN
HEUER & PARTNER

2 2. Aug. 2007

Rechtsanwälte
Frankfurt / Main

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
Germany

### CLIENT STATEMENT

A/C Number: 00-1200-700007840
Period Beginning: 01-Jul-2007
Period Ending: 31-Jul-2007
Fax Number:
E-Mail:

## PERFORMANCE SUMMARY

| Security | % Change | |
| --- | --- | --- |
| | Period to Date | Year to Date |
| Rye Select Broad Market Fund, LP | 0.35% | 5.26% |

## PERIOD ACTIVITY

| Security | Net Opening Capital | Contribution | Net Income / (Loss) | Withdrawals / Trans / ReReg | Net Closing Capital |
| --- | --- | --- | --- | --- | --- |
| Rye Select Broad Market Fund, LP | 9,373,672.69 | 0.00 | 32,571.21 | 0.00 | 9,406,243.90 |
| Totals | 9,373,672.69 | 0.00 | 32,571.21 | 0.00 | 9,406,243.90 |

## DISCLOSURE NOTES

• Change results are Net of all fees.
• Year To Date change is based on Calendar Year which ends on December 31st.
• All values are in USD.
• This information is not intended to be used for tax reporting or planning.
• This information is unaudited. Audited statements are issued upon conclusion of the fiscal year end audit.
• The Fund's net asset value has been calculated on the basis of market value information with respect to the Fund's portfolio obtained from third parties, including independent pricing vendors, the Fund's manager and administrators of funds in which the Fund may have invested. BNY-AIS does not give any assurances with respect to the accuracy of such market value information.
• Past performance as described herein is not necessarily indicative of future results.
• The Bank of New York acts as custodian with respect to cash. With respect to the portfolio's investments, such investments have been and will continue to be custodied for the benefit of the portfolio at Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY, 10022.
• Additional information is available at www.ryeselectfunds.com.

## INVESTOR INQUIRIES

Telephone: 212.815.4090    Facsimile: 212.644.6669    Email: AISOnline_NY@bankofny.com    Web: www.fundadmin.com

# THE TREMONT SERIES OF FUNDS

*Account Statement - January 2006 - March 2006*

> EINGEGANGEN
> FEDDERSEN
> HEUER & PARTNER
>
> 0 2. Mai 2006
>
> Rechtsanwälte
> Frankfurt / Main

Prof. Dr. Dieter Feddersen
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Ger

*Reports*
*4 Funds*
*— gur4*
*11/7/03*

| Account Name: | Von Rautenkranz Nachfolger |
| --- | --- |
| Account Type: | Partnership |

| Year-To-Date Summary | Value at Jan 1, 2006 | Net Contributions/ (Withdrawals)[1] | Net Return | Value at Mar 31, 2006[2] | Rate of Return |
| --- | --- | --- | --- | --- | --- |
| American Masters Broad Market Fund, LP | $  8,014,878 | $          0 | $   221,424 | $  8,236,302 | 2.76% |
| Relationship Total | $  8,014,878 | $          0 | $   221,424 | $  8,236,302 | |

| Current Activity | Value at Jan 1, 2006 | Contributions | Withdrawals | Value at Mar 31, 2006[3] |
| --- | --- | --- | --- | --- |
| American Masters Broad Market Fund, LP | $  8,014,878 | $          0 | | $  8,236,302 |
| Relationship Total | $  8,014,878 | $          0 | $          0 | $  8,236,302 |

Important Note: All results shown on this statement are not considered final and are subject to adjustment pending the outcome of each fund's annual audit. Past Performance as described herein is not necessarily indicative of future results.

1.  The amount shown reflects the net amount contributed and/or withdrawn, as the case may be, taking into account all contributions and/or withdrawals made during the period.

2.  The above estimated value is net of all fees, expenses, and the performance incentive allocation year-to-date, if applicable.

3.  Value shown takes into account all contributions and withdrawals and the calculated return on the net invested amount for the period, less all fees, expenses and the performance incentive allocation year-to-date, if applicable.

Cash contained in the American Masters Broad Market Fund, L.P. ("AMBMF") has been, and will continue to be, held at Bank of America, 1 Landmark Square, Stamford, CT 06901, in an account in the name of the AMBMF and over which Tremont Partners, Inc., the partnership's General Partner exercises authority and control.

With respect to the AMBMF investments, such investments have been, and will continue to be custodied for the benefit of the partnership by Bernard L. Madoff Securities LLC, 885 Third Avenue new York, New York 10022.

TREMONT CAPITAL MANAGEMENT, INC.
555 THEODORE FREMD AVENUE
RYE, NY 10580

T: 914 925 1140
F: 914 921 1245
www.tremont.com


TREMONT
An Oppenheimer Company

H

# HE TREMONT SERIES OF FUNDS

*Account Statement - January 2005 - December 2005*



EINGEGANGEN
FEDDERSEN
HEUER & PARTNER

06. Feb. 2006

Rechtsanwälte
Frankfurt / Main

Prof. Dr. Dieter Feddersen
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Ger

**Account Name:**   **Von Rautenkranz Nachfolger**

Account Type:       Partnership

## Year-To-Date Summary

| | Value at Jan 1, 2005 | Net Contributions/ (Withdrawals) [1] | Net Return | Value at Dec 31, 2005 [2] | Rate of Return |
|---|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,354,455 | $ 0 | $ 660,423 | $ 8,014,878 | 8.98% |
| Relationship Total | $ 7,354,455 | $ 0 | $ 660,423 | $ 8,014,878 | |

## Current Activity

| | Value at Oct 1, 2005 | Contributions | Withdrawals | Value at Dec 31, 2005 [3] |
|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,735,316 | $ 0 | $ 0 | $ 8,014,878 |
| Relationship Total | $ 7,735,316 | $ 0 | $ 0 | $ 8,014,878 |

Important Note: All results shown on this statement are not considered final and are subject to adjustment pending the outcome of each fund's annual audit.

1.   The amount shown reflects the net amount contributed and/or withdrawn, as the case may be, taking into account all contributions and/or withdrawals made during the period.

2.   The above estimated value is net of all fees, expenses, and the performance incentive allocation year-to-date, if applicable.

3.   Value shown takes into account all contributions and withdrawals and the calculated return on the net invested amount for the period, less all fees, expenses and the performance incentive allocation year-to-date, if applicable.

Cash contained in each of the partnerships in the Tremont Series of Funds (each, "a Partnership") has been, and will continue to be, held at Bank of America 1 Landmark Square, Stamford, CT 06901 in an account in the name of the Partnership and over which Tremont Partners, Inc., the Partnership's General Partner, exercises authority and control.

With respect to the underlying hedge fund interests comprising the securities holdings of the Partnership, such hedge fund interest holdings have been, and will continue to be, maintained in safekeeping by Bank of America 50 Kennedy Plaza, Providence, RI 02903.

The month-end balance on this statement is an estimate. On or before the 20th business day of the current month, an updated balance will be posted to your account.

---

TREMONT CAPITAL MANAGEMENT, INC.       T: 914 925 1140
555 THEODORE FREMD AVENUE              F: 914 921 1245
RYE, NY 10580                          www.tremont.com



# THE TREMONT SERIES OF FUNDS

*Account Statement - January 2005 - September 2005*

Prof. Dr. Dieter Feddersen
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Ger

E I N G E G A N G E N
FEDDERSEN
HEUER & PARTNER

0 7. Nov. 2005

Rechtsanwälte
Frankfurt / Main



**Account Name:**  **Von Rautenkranz Nachfolger**

**Account Type:**  Partnership

## Year-To-Date Summary

| | Value at Jan 1, 2005 | Net Contributions/ (Withdrawals) [1] | Net Return | Value at Sep 30, 2005 [2] | Rate of Return |
|---|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,354,455 | $ 0 | $ 380,861 | $ 7,735,316 | 5.18% |
| Relationship Total | $ 7,354,455 | $ 0 | $ 380,861 | $ 7,735,316 | |

## Current Activity

| | Value at Jul 1, 2005 | Contributions | Withdrawals | Value at Sep 30, 2005 [3] |
|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,626,458 | $ 0 | $ 0 | $ 7,735,316 |
| Relationship Total | $ 7,626,458 | $ 0 | $ 0 | $ 7,735,316 |

Important Note: All results shown on this statement are not considered final and are subject to adjustment pending the outcome of each fund's annual audit.

1.  The amount shown reflects the net amount contributed and/or withdrawn, as the case may be, taking into account all contributions and/or withdrawals made during the period.

2.  The above estimated value is net of all fees, expenses, and the performance incentive allocation year-to-date, if applicable.

3.  Value shown takes into account all contributions and withdrawals and the calculated return on the net invested amount for the period, less all fees, expenses and the performance incentive allocation year-to-date, if applicable.

Cash contained in each of the partnerships in the Tremont Series of Funds (each, "a Partnership") has been, and will continue to be, held at Bank of America 1 Landmark Square, Stamford, CT 06901 in an account in the name of the Partnership and over which Tremont Partners, Inc., the Partnership's General Partner, exercises authority and control.

With respect to the underlying hedge fund interests comprising the securities holdings of the Partnership, such hedge fund interest holdings have been, and will continue to be, maintained in safekeeping by Bank of America 50 Kennedy Plaza, Providence, RI 02903.

TREMONT CAPITAL MANAGEMENT, INC.     T: 914 925 1140
555 THEODORE FREMD AVENUE     F: 914 921 1245



TREMONT
An OppenheimerFunds Company

# THE TREMONT SERIES OF FUNDS

*IV  A 3 4      F 4*

*Account Statement - January 2005 - June 2005*

Prof. Dr. Dieter Feddersen
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Ger

```
EINGEGANGEN
FEDDERSEN
HEUER & PARTNER
0 1. Aug. 2005
Rechtsanwälte
Frankfurt / Main
```



**Account Name:**    **Von Rautenkranz Nachfolger**

**Account Type:**    Partnership

## Year-To-Date Summary

| | Value at<br>Jan 1, 2005 | Net Contributions/<br>(Withdrawals)[1] | Net<br>Return | Value at[2]<br>Jun 30, 2005 | Rate of<br>Return |
|---|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $    7,354,455 | $    0 | $    272,003 | $    7,626,458 | 3.70% |
| Relationship Total | $    7,354,455 | $    0 | $    272,003 | $    7,626,458 | |

## Current Activity

| | Value at<br>Apr 1, 2005 | Contributions | Withdrawals | Value at[3]<br>Jun 30, 2005 |
|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $    7,512,781 | $    0 | $    0 | $    7,626,458 |
| Relationship Total | $    7,512,781 | $    0 | $    0 | $    7,626,458 |



Important Note:  All results shown on this statement are not considered final and are subject to adjustment pending the outcome of each fund's annual audit.

1.    The amount shown reflects the net amount contributed and/or withdrawn, as the case may be, taking into account all contributions and/or withdrawals made during the period.

2.    The above estimated value is net of all fees, expenses, and the performance incentive allocation year-to-date, if applicable.

3.    Value shown takes into account all contributions and withdrawals and the calculated return on the net invested amount for the period, less all fees, expenses and the performance incentive allocation year-to-date, if applicable.

Cash contained in each of the partnerships in the Tremont Series of Funds (each, "a Partnership") has been, and will continue to be, held at Bank of America 1 Landmark Square, Stamford, CT 06901 in an account in the name of the Partnership and over which Tremont Partners, Inc., the Partnership's General Partner, exercises authority and control.

With respect to the underlying hedge fund interests comprising the securities holdings of the Partnership, such hedge fund interest holdings have been, and will continue to be, maintained in safekeeping by Bank of America 50 Kennedy Plaza, Providence, RI 02903.



# THE TREMONT SERIES OF FUNDS

*Account Statement - January 2005 - March 2005*

> von Rautenkranz Nachfolger GbR
> | Ort | AZ | Faxil |
> | Ordner | Nr. | Fach |

Prof. Dr. Dieter Feddersen
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Ger

> EINGEGANGEN
> FEDDERSEN
> HEUER & PARTNER
> 2 5. April 2005
> Rechtsanwälte
> Frankfurt / Main

| **Account Name:** | **Von Rautenkranz Nachfolger** |
| Account Type: | Partnership |

## Year-To-Date Summary

| | Value at Jan 1, 2005 | Net Contributions/ (Withdrawals)[1] | Net Return | Value at Mar 31, 2005[2] | Rate of Return |
|---|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,354,455 | $ 0 | $ 158,326 | $ 7,512,781 | 2.15% |
| Relationship Total | $ 7,354,455 | $ 0 | $ 158,326 | $ 7,512,781 | |

## Current Activity

| | Value at Jan 1, 2005 | Contributions | Withdrawals | Value at Mar 31, 2005[3] |
|---|---|---|---|---|
| American Masters Broad Market Fund, LP | $ 7,354,455 | $ 0 | $ 0 | $ 7,512,781 |
| Relationship Total | $ 7,354,455 | $ 0 | $ 0 | $ 7,512,781 |

**Important Note:** All results shown on this statement are not considered final and are subject to adjustment pending the outcome of each fund's annual audit.

1. The amount shown reflects the net amount contributed and/or withdrawn, as the case may be, taking into account all contributions and/or withdrawals made during the period.
2. The above estimated value is net of all fees, expenses, and the performance incentive allocation year-to-date, if applicable.
3. Value shown takes into account all contributions and withdrawals and the calculated return on the net invested amount for the period, less all fees, expenses and the performance incentive allocation year-to-date, if applicable.
4. The month-end balance on this statement is an estimate. On or before the 20th business day of the current month, an updated balance will be posted to your account.

TREMONT CAPITAL MANAGEMENT, INC.
555 THEODORE FREMD AVENUE

T: 914 925 1140
F: 914 921 1245


TREMONT
An OppenheimerFunds Company

*a IV A3.4.4*

EINGEGANGEN
FEDDERSEN
HEUER & PARTNER
3 1. Jan. 2005
Rechtsanwälte
Frankfurt / Main

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – December, 2004

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,993 |
| April | $6,894,993 | $0 | $0 | 0.49% | 2.20% | $6,928,820 |
| May | $6,928,820 | $0 | $0 | 0.80% | 3.02% | $6,983,937 |
| June | $6,983,937 | $0 | $0 | 1.64% | 4.71% | $7,098,274 |
| July | $7,098,274 | $0 | $0 | 0.01% | 4.72% | $7,099,285 |
| August | $7,099,285 | $0 | $0 | 1.65% | 6.45% | $7,216,513 |
| September | $7,216,513 | $0 | $0 | 0.62% | 7.11% | $7,261,261 |
| October | $7,261,261 | $0 | $0 | 0.01% | 7.12% | $7,262,149 |
| November | $7,262,149 | $0 | $0 | 1.01% | 8.20% | $7,335,263 |
| December | $7,335,263 | $0 | $0 | 0.26% | 8.48% | $7,354,648 |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

*EINGEGANGEN*
*27. Sep. 2004*

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – August, 2004

Von Rautenkranz Nachfolger                cc:   Rainer Egidi
Special Investments LLC                         P. Lederer/Dr. M.
Beethovenstrasse 29                             Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|-------------------|---------------|-------------|----------------------------------------|--------------------------------------|------------------------------------------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,990 |
| April | $6,894,990 | $0 | $0 | 0.49% | 2.20% | $6,928,814 |
| May | $6,928,814 | $0 | $0 | 0.80% | 3.02% | $6,983,928 |
| June | $6,983,928 | $0 | $0 | 1.64% | 4.71% | $7,098,258 |
| July | $7,098,258 | $0 | $0 | 0.01% | 4.72% | $7,099,268 |
| August | $7,099,268 | $0 | $0 | 1.65% | 6.45% | $7,216,488 |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com



*EINGEGANGEN
2 6. Aug. 2004*

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – July, 2004

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,990 |
| April | $6,894,990 | $0 | $0 | 0.49% | 2.20% | $6,928,814 |
| May | $6,928,814 | $0 | $0 | 0.80% | 3.02% | $6,983,928 |
| June | $6,983,928 | $0 | $0 | 1.64% | 4.71% | $7,098,258 |
| July | $7,098,258 | $0 | $0 | 0.01% | 4.72% | $7,099,268 |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremont.com

*EINGEGANGEN*
*2 0. Juli 2004*

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – June, 2004

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
       P. Lederer/Dr. M.
       Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|-------------------|---------------|-------------|----------------------------------------|--------------------------------------|------------------------------------------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,990 |
| April | $6,894,990 | $0 | $0 | 0.49% | 2.20% | $6,928,814 |
| May | $6,928,814 | $0 | $0 | 0.80% | 3.02% | $6,983,928 |
| June | $6,983,928 | $0 | $0 | 1.64% | 4.71% | $7,098,258 |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

Büro Prof. Dr. Dieter Feddersen

EINGEGANGEN
21. Juni 2004

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – May, 2004

Von Rautenkranz Nachfolger                        cc:     Rainer Egidi
Special Investments LLC                                   P. Lederer/Dr. M.
Beethovenstrasse 29                                      Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,990 |
| April | $6,894,990 | $0 | $0 | 0.49% | 2.20% | $6,928,814 |
| May | $6,928,814 | $0 | $0 | 0.80% | 3.02% | $6,983,928 |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

Büro Prof. Dr. Dieter Feddersen

*(handwritten: (ü) īw. A. 3   4(5)     cc: TS)*

*(handwritten stamp: EINGEGANGEN 24. Mai 2004   1824)*

# A M E R I C A N   M A S T E R S

## ACCOUNT STATEMENT – April, 2004

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:     Rainer Egidi
        P. Lederer/Dr. M.
        Busch

AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | $6,896,621 | $0 | $0 | -0.02% | 1.71% | $6,894,990 |
| April | $6,894,990 | $0 | $0 | 0.49% | 2.20% | $6,928,814 |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

# A M E R I C A N   M A S T E R S

EINGEGANGEN
HEUER & PARTNER
1 9. März 2004
Rechtsanwälte
Frankfurt / Main

ACCOUNT STATEMENT – February, 2004

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | $6,854,582 | $0 | $0 | 0.61% | 1.73% | $6,896,621 |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY   10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – January, 2004

Von Rautenkranz Nachfolger          cc:      Rainer Egidi
Special Investments LLC                        P. Lederer/Dr. M.
Beethovenstrasse 29                             Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2004 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $6,779,554 | $0 | $0 | 1.11% | 1.11% | $6,854,582 |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

*(handwritten)* (Ṽ W. A3 4 (5)

EINGEGANGEN
HEUER & PARTNER

2 9. Jan. 2004

Rechtsanwälte
Frankfurt / Main

# A M E R I C A N    M A S T E R S

## ACCOUNT STATEMENT – December, 2003

Von Rautenkranz Nachfolger
Special Investments LLC
Beethovenstrasse 29
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:   Rainer Egidi
      P. Lederer/Dr. M.
      Busch

### AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | $6,326,018 | $0 | $0 | 1.03% | 3.01% | $6,391,002 |
| June | $6,391,002 | $0 | $0 | 1.17% | 4.22% | $6,465,660 |
| July | $6,465,660 | $0 | $0 | 1.73% | 6.02% | $6,577,709 |
| August | $6,577,709 | $0 | $0 | 0.19% | 6.22% | $6,590,296 |
| September | $6,590,296 | $0 | $0 | 1.12% | 7.41% | $6,664,385 |
| October | $6,664,385 | $0 | $0 | 1.58% | 9.11% | $6,769,599 |
| November | $6,769,599 | $0 | $0 | -0.17% | 8.92% | $6,758,269 |
| December | $6,758,269 | $0 | $0 | 0.31% | 9.26% | $6,779,554 |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremont.com

A M E R I C A N   M A S T E R S

EINGEGANGEN
HEUER & PARTNER
2 2. Dez. 2003
Rechtsanwälte
Frankfurt / Main

ACCOUNT STATEMENT – November, 2003

Von Rautenkranz Nachfolger                          cc:    Rainer Egidi
Special Investments LLC                                    P. Lederer/Dr. M.
Beethovenstrasse 29                                        Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | $6,326,018 | $0 | $0 | 1.03% | 3.01% | $6,391,002 |
| June | $6,391,002 | $0 | $0 | 1.17% | 4.22% | $6,465,660 |
| July | $6,465,660 | $0 | $0 | 1.73% | 6.02% | $6,577,709 |
| August | $6,577,709 | $0 | $0 | 0.19% | 6.22% | $6,590,296 |
| September | $6,590,296 | $0 | $0 | 1.12% | 7.41% | $6,664,385 |
| October | $6,664,385 | $0 | $0 | 1.58% | 9.11% | $6,769,599 |
| November | $6,769,599 | $0 | $0 | -0.17% | 8.92% | $6,758,269 |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

Fax 06172 916 1300
H. Wenzel,
das Statement für Dez. 2003
liegt noch nicht vor, müßte
aber die nächsten Tage an-
eingehen

cc: ........    - H. Wenzel

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – October, 2003

Von Rautenkranz Nachfolger                         cc:    Rainer Egidi
Special Investments LLC                                    P. Lederer/Dr. M.
Beethovenstrasse 29                                       Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | $6,326,018 | $0 | $0 | 1.03% | 3.01% | $6,391,002 |
| June | $6,391,002 | $0 | $0 | 1.17% | 4.22% | $6,465,660 |
| July | $6,465,660 | $0 | $0 | 1.73% | 6.02% | $6,577,709 |
| August | $6,577,709 | $0 | $0 | 0.19% | 6.22% | $6,590,296 |
| September | $6,590,296 | $0 | $0 | 1.12% | 7.41% | $6,664,385 |
| October | $6,664,385 | $0 | $0 | 1.58% | 9.11% | $6,769,599 |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

```
EINGEGANGEN
HEUER & PARTNER

2 4. Nov. 2003

Rechtsanwälte
Frankfurt / Main
```

*grün    6    Fach 5*

# A M E R I C A N    M A S T E R S

EINGEGANGEN
20. Okt. 2003

ACCOUNT STATEMENT – September, 2003

MB

Von Rautenkranz Nachfolger                              cc:    Rainer Egidi
Special Investments LLC                                        P. Lederer/Dr. M.
Beethovenstrasse 29                                            Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

---

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------------------|---------------|-------------|---------------------------------------|-------------------------------------|----------------------------------------|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | $6,326,018 | $0 | $0 | 1.03% | 3.01% | $6,391,002 |
| June | $6,391,002 | $0 | $0 | 1.17% | 4.22% | $6,465,660 |
| July | $6,465,660 | $0 | $0 | 1.73% | 6.02% | $6,577,709 |
| August | $6,577,709 | $0 | $0 | 0.19% | 6.22% | $6,590,296 |
| September | $6,590,296 | $0 | $0 | 1.12% | 7.41% | $6,664,385 |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

# A M E R I C A N   M A S T E R S

EINGEGANGEN
1 6. Sep. 2003

ACCOUNT STATEMENT – August, 2003

Von Rautenkranz Nachfolger                    cc:    Rainer Egidi
Special Investments LLC                              P. Lederer/Dr. M.
Beethovenstrasse 29                                  Busch
D-60325 Frankfurt am Main
, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------------------|---------------|-------------|---------------------------------------|-------------------------------------|------------------------------------------|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | $6,326,018 | $0 | $0 | 1.03% | 3.01% | $6,391,002 |
| June | $6,391,002 | $0 | $0 | 1.17% | 4.22% | $6,465,660 |
| July | $6,465,660 | $0 | $0 | 1.73% | 6.02% | $6,577,709 |
| August | $6,577,709 | $0 | $0 | 0.19% | 6.22% | $6,590,296 |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremont.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – April, 2003

Von Rautenkranz Nachfolger
Special Investments LLC
FERI Family Offoce AG
LouisenstraBe 120
61348 Bad Homburg, Germany
Attn: Prof. Dr. Dieter Feddersen

EINGEGANGEN
WHITE & CASE, FEDDERSEN

26. Mai 2003

Rechtsanwälte
Frankfurt / Main

Rainer Egidi
P. Lederer/Dr. M.
Busch



## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|-------------------|---------------|-------------|----------------------------------------|--------------------------------------|------------------------------------------|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | $6,329,704 | $0 | $0 | -0.06% | 1.96% | $6,326,018 |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE PREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

OUNT STATEMENT – March, 2003

Von Rautenkranz Nachfolger                    cc:        Rainer Egidi
Special Investments LLC                                  P. Lederer/Dr. M.
FERI Family Offoce AG                                    Busch /
LouisenstraBe 120
61348 Bad Homburg, Germany
Attn: Prof. Dr. Dieter Feddersen

## A M E R I C A N   M A S T E R S   B R O A D   M A R K E T   F U N D, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | $6,178,072 | $0 | $0 | 2.45% | 2.02% | $6,329,704 |
| April | | | | | | |
| May | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

* Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
ohizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

;COUNT STATEMENT -- February, 2003

Von Rautenkranz Nachfolger
Special Investments LLC
FERI Family Offoce AG
LouisenstraBe 120
61348 Bad Homburg, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $6,204,078 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | $6,179,850 | $0 | $0 | -0.03% | -0.42% | $6,178,072 |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – January, 2003

Von Rautenkranz Nachfolger
Special Investments LLC
FERI Family Offoce AG
LouisenstraBe 120
61348 Bad Homburg, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND. L.P.

| 2003 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------------------|---------------|-------------|---------------------------------------|-------------------------------------|------------------------------------------|
| January | $6,204,101 | $0 | $0 | -0.39% | -0.39% | $6,179,850 |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

* Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

EINGEGANGEN
WHITE & CASE, FEDDERSEN

2 6. Nov. 2002

Rechtsanwälte
Frankfurt / Main

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – October, 2002

Von Rautenkranz Nachfolger
Special Investments LLC
FERI Family Offoce AG
LouisenstraBe 120
61348 Bad Homburg, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
       P. Lederer/Dr. M.
       Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| June | $5,892,429 | $0 | $0 | 0.13% | 5.53% | $5,900,034 |
| July | $5,900,034 | $0 | $0 | 3.49% | 9.21% | $6,106,101 |
| August | $6,106,101 | $0 | $0 | 0.53% | 9.79% | $6,138,563 |
| September | $6,138,563 | $0 | $0 | 0.09% | 9.89% | $6,144,043 |
| October | $6,144,043 | $0 | $0 | 0.81% | 10.78% | $6,193,899 |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE. NY 10580
T: 914 925 1140
F: 914 925 9357
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – September, 2002

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

Von Rautenkranz Nachf. GbR

2 1. OKT. 2002

| Gesetkon | Wieder<br>tak-og am | Ablage | Wiede<br>Vearbaung | Kopie<br>für Fim. |
|---|---|---|---|---|

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning<br>Balance | Contributions | Withdrawals | Estimated<br>Monthly Rate<br>of Return Net* | Estimated Y-T-D<br>Rate of Return<br>Net* | Estimated Net<br>Market Value at<br>Month End |
|---|---|---|---|---|---|---|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| June | $5,892,429 | $0 | $0 | 0.13% | 5.53% | $5,900,034 |
| July | $5,900,034 | $0 | $0 | 3.49% | 9.21% | $6,106,101 |
| August | $6,106,101 | $0 | $0 | 0.53% | 9.79% | $6,138,563 |
| September | $6,138,563 | $0 | $0 | 0.09% | 9.89% | $6,144,043 |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY  10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

.COUNT STATEMENT – August. 2002

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi
P. Lederer/Dr. M.
Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| | $5,892,429 | $0 | $0 | 0.13% | 5.53% | $5,900,034 |
| July | $5,900,034 | $0 | $0 | 3.49% | 9.21% | $6,106,101 |
| August | $6,106,101 | $0 | $0 | 0.53% | 9.79% | $6,138,563 |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – July, 2002

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

Von Rautenkranz Nachf. GbR
cc:
2 2. AUG. 2002
Gesehen | Wers fertilig Ar | Vilage | wdate Varcledo-7g | Kopie für Ffm.

cc:   Rainer Egidi
      P. Lederer/Dr. M.
      Busch

---

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| June | $5,892,429 | $0 | $0 | 0.13% | 5.53% | $5,900,034 |
| July | $5,900,034 | $0 | $0 | 3.49% | 9.21% | $6,106,101 |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – June, 2002



Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:  Rainer Egidi
     P. Lederer/Dr. M.
     Busch

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| June | $5,892,429 | $0 | $0 | 0.12% | 5.52% | $5,899,653 |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

* Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – May, 2002

Von Rautenkranz Nachfolger                 cc:     Rainer Egidf
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

---

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.22% | 2.60% | $5,736,158 |
| May | $5,736,158 | $0 | $0 | 2.72% | 5.39% | $5,892,429 |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – April, 2002

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:   Rainer Egidi

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | $5,667,186 | $0 | $0 | 1.40% | 2.78% | $5,746,653 |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – March, 2002

Von Rautenkranz Nachfolger                    cc:    Rainer Egidi
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

---

AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $5,590,530 | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | $5,627,016 | $0 | $0 | 0.71% | 1.36% | $5,667,186 |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – February, 2002

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $5,590,530 | $0 | $0 | -0.04% | -0.04% | $5,588,505 |
| February | $5,588,505 | $0 | $0 | 0.69% | 0.65% | $5,627,016 |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – January, 2002

Von Rautenkranz Nachfolger
Special Investments LLC        cc:    Rainer Egidi
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

---

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2002 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|-------------------|---------------|-------------|----------------------------------------|--------------------------------------|------------------------------------------|
| January | $5,590,530 | $0 | $0 | -0.09% | -0.09% | $5,585,499 |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*  mated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
   of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

..CCOUNT STATEMENT – December, 2001

Von Rautenkranz Nachfolger
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

cc:    Rainer Egidi

---

AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|---|---|---|---|---|---|
| January | $0 | $5,000,000 | $0 | 2.36% | 2.36% | $5,117,757 |
| February | $5,117,757 | $0 | $0 | 0.00% | 2.36% | $5,117,806 |
| March | $5,117,806 | $0 | $0 | 1.26% | 3.65% | $5,182,198 |
| April | $5,182,198 | $0 | $0 | 1.54% | 5.25% | $5,261,757 |
| ..y | $5,261,757 | $0 | $0 | 0.34% | 5.60% | $5,279,636 |
| ..e | $5,279,636 | $0 | $0 | 0.23% | 5.85% | $5,291,579 |
| July | $5,291,579 | $0 | $0 | 0.48% | 6.35% | $5,316,836 |
| August | $5,316,836 | $0 | $0 | 0.94% | 7.35% | $5,366,563 |
| September | $5,366,563 | $0 | $0 | 1.10% | 8.54% | $5,425,480 |
| October | $5,425,480 | $0 | $0 | 1.54% | 10.21% | $5,508,936 |
| November | $5,508,936 | $0 | $0 | 1.31% | 11.65% | $5,581,156 |
| December | $5,581,156 | $0 | $0 | 0.17% | 11.84% | $5,590,530 |

*..timated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
o. organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

---

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – November, 2001

Von Rautenkranz Nachfolger                    cc:    Rainer Egidi
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $0 | $5,000,000 | $0 | 2.36% | 2.36% | $5,117,757 |
| February | $5,117,757 | $0 | $0 | 0.00% | 2.36% | $5,117,806 |
| March | $5,117,806 | $0 | $0 | 1.26% | 3.65% | $5,182,198 |
| April | $5,182,198 | $0 | $0 | 1.54% | 5.25% | $5,261,757 |
| May | $5,261,757 | $0 | $0 | 0.34% | 5.60% | $5,279,636 |
| June | $5,279,636 | $0 | $0 | 0.23% | 5.85% | $5,291,579 |
| July | $5,291,579 | $0 | $0 | 0.48% | 6.35% | $5,316,836 |
| August | $5,316,836 | $0 | $0 | 0.94% | 7.35% | $5,366,563 |
| September | $5,366,563 | $0 | $0 | 1.10% | 8.54% | $5,425,480 |
| October | $5,425,480 | $0 | $0 | 1.54% | 10.21% | $5,508,936 |
| November | $5,508,936 | $0 | $0 | 1.31% | 11.65% | $5,581,156 |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
 of organizational costs and applicable management fees.
Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremontadvisers.com

# A M E R I C A N    M A S T E R S

ACCOUNT STATEMENT – October, 2001

Von Rautenkranz Nachfolger      cc:    Rainer Egidi
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------|------|------|------|------|------|
| January | $0 | $5,000,000 | $0 | 2.36% | 2.36% | $5,117,757 |
| February | $5,117,757 | $0 | $0 | 0.00% | 2.36% | $5,117,806 |
| March | $5,117,806 | $0 | $0 | 1.26% | 3.65% | $5,182,198 |
| April | $5,182,198 | $0 | $0 | 1.54% | 5.25% | $5,261,757 |
| May | $5,261,757 | $0 | $0 | 0.34% | 5.60% | $5,279,636 |
| June | $5,279,636 | $0 | $0 | 0.23% | 5.85% | $5,291,579 |
| July | $5,291,579 | $0 | $0 | 0.48% | 6.35% | $5,316,836 |
| August | $5,316,836 | $0 | $0 | 0.94% | 7.35% | $5,366,563 |
| September | $5,366,563 | $0 | $0 | 1.10% | 8.54% | $5,425,480 |
| October | $5,425,480 | $0 | $0 | 1.54% | 10.21% | $5,508,936 |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT – September, 2001

Von Rautenkranz Nachfolger                    cc:    Rainer Egidi
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

## AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|------|------------------|---------------|-------------|--------------------------------------|-------------------------------------|----------------------------------------|
| January | $0 | $5,000,000 | $0 | 2.36% | 2.36% | $5,117,757 |
| February | $5,117,757 | $0 | $0 | 0.00% | 2.36% | $5,117,806 |
| March | $5,117,806 | $0 | $0 | 1.26% | 3.65% | $5,182,198 |
| April | $5,182,198 | $0 | $0 | 1.54% | 5.25% | $5,261,757 |
| May | $5,261,757 | $0 | $0 | 0.34% | 5.60% | $5,279,636 |
| June | $5,279,636 | $0 | $0 | 0.23% | 5.85% | $5,291,579 |
| July | $5,291,579 | $0 | $0 | 0.48% | 6.35% | $5,316,836 |
| August | $5,316,836 | $0 | $0 | 0.93% | 7.34% | $5,366,544 |
| September | $5,366,544 | $0 | $0 | 1.10% | 8.52% | $5,425,439 |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization
of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE

555 THEODORE FREMD AVENUE

RYE, NY  10580

T: 914 925 1140

F: 914 925 9337

http://www.tremontadvisers.com

# A M E R I C A N   M A S T E R S

ACCOUNT STATEMENT -- August, 2001

Von Rautenkranz Nachfolger                    cc:    Rainer Egidi
Special Investments LLC
An der Favorite 12
D-55131
Mainz, Germany
Attn: Prof. Dr. Dieter Feddersen

AMERICAN MASTERS BROAD MARKET FUND, L.P.

| 2001 | Beginning Balance | Contributions | Withdrawals | Estimated Monthly Rate of Return Net* | Estimated Y-T-D Rate of Return Net* | Estimated Net Market Value at Month End |
|---|---|---|---|---|---|---|
| January | $0 | $5,000,000 | $0 | 2.36% | 2.36% | $5,117,757 |
| February | $5,117,757 | $0 | $0 | 0.00% | 2.36% | $5,117,806 |
| March | $5,117,806 | $0 | $0 | 1.26% | 3.65% | $5,182,198 |
| April | $5,182,198 | $0 | $0 | 1.54% | 5.25% | $5,261,757 |
| May | $5,261,757 | $0 | $0 | 0.34% | 5.60% | $5,279,636 |
| June | $5,279,636 | $0 | $0 | 0.23% | 5.85% | $5,291,579 |
| July | $5,291,579 | $0 | $0 | 0.48% | 6.35% | $5,316,836 |
| August | $5,316,836 | $0 | $0 | 0.93% | 7.34% | $5,366,544 |
| September | | | | | | |
| October | | | | | | |
| November | | | | | | |
| December | | | | | | |

*Estimated Net rate of return represents the rate of return after operating accruals, which include audit fees, legal fees, consulting fees, amortization of organizational costs and applicable management fees.

Note: Monthly results are subject to revision pending the outcome of the annual audit.

CORPORATE CENTER AT RYE
555 THEODORE FREMD AVENUE
RYE, NY 10580
T: 914 925 1140
F: 914 925 9337
http://www.tremontadvisers.com