UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

v.

Bernard L. Madoff Investment Securities, LLC,

        Defendant.

Adv. Pro. No. 08-01789(BRL)

SIPA Liquidation

(Substantively Consolidated)

-----------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NEW YORK  )

    Kim Fitzgerald, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

    2.    On the 22nd of January 2010, I caused a true and correct copy of the following document served upon the parties as indicated on the attached service list:

    (i)    Objection to Trustee's Determination of Claim

                                                        */s/ Kim Fitzgerald*
                                                           Kim Fitzgerald

Sworn to before me this
25th day of January, 2010

*/s/ Pamela L. Lewis*
Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires March 30, ~~ April 30, 2011

LEGAL02/31726715v1

08-01789-cgm    Doc 1827    Filed 01/25/10    Entered 01/25/10 17:45:56    Main Document
Pg 2 of 2

- 2 -

## SERVICE LIST

**VIA FIRST CLASS MAIL**

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

LEGAL02/31726715v1