SIDLEY AUSTIN LLP
Alex R. Rovira
Sophia P. Mullen
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Altai Capital Growth Fund PCC Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : : : | |
| Plaintiff, | : : | Adv. Pro. No. 08-01789 (BRL) |
| v. | : : | SIPA Liquidation |
| | : : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : : : | |
| Defendant. | : | |

--------------------------------------------------------- X

In re:

BERNARD L. MADOFF,

       Debtor.

---------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                 ) s.s.:
COUNTY OF NEW YORK   )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

NY1 7214068v.1

2. On January 21, 2010 I caused to be served true and correct copy of OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM by email and by first class mail, postage prepaid upon: David Sheehan, Esq. (dsheehan@bakerlaw.com), Marc E. Hirschfield, Esq. (mhirschfield@bakerlaw.com), Seanna R. Brown (sbrown@bakerlaw.com), & Irving H. Picard, Esq. (ipicard@bakerlaw.com) at Baker Hostetler, 45 Rockefeller Plaza, New York, New York 10111.

      /s/ Eileen A. McDonnell  
      EILEEN A. MCDONNELL

Sworn to before me this  
26th day of January 2010

/s/Liisi Vanaselja  
Notary Public, State of New York  
No. 01VA6060880  
Qualified in Queens County  
Commission Expires 06/25/2011

2

NY1 7214068v.1