SIDLEY AUSTIN LLP
Alex R. Rovira
Sophia P. Mullen
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Winchester Global Trust Compan Limited for, and on behalf of, the Master Trust Account and/or the underlying Fund Accounts and/or the underlying Investor Accounts*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------X

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) s.s.:
COUNTY OF NEW YORK  )

NY1 7214129v.1

1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

2. On January 21, 2010 I caused to be served true and correct copy of RESERVATION OF RIGHTS WITH RESPECT TO THE TRUSTEE'S DETERMINATION OF CLAIM by email and by first class mail, postage prepaid upon: David Sheehan, Esq. (dsheehan@bakerlaw.com), Marc E. Hirschfield, Esq. (mhirschfield@bakerlaw.com), Seanna R. Brown (sbrown@bakerlaw.com), & Irving H. Picard, Esq. (ipicard@bakerlaw.com) at Baker Hostetler, 45 Rockefeller Plaza, New York, New York 10111.

    /s/ Eileen A. McDonnell_____
    EILEEN A. MCDONNELL

Sworn to before me this
26th day of January 2010

/s/Liisi Vanaselja_____
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011

2

NY1 7214129v.1