January 15, 2010

To whom it may Concern -

Please refer to my information that I have submitted to Atty. Picard in July of 09.

Mr. George Tredule stated that he had invested my money to Mr. Madoff. Please see that I can get my money back.

Thanks!   Nerlande Sanon
2-D Briddle Path Cr.
Randolph, MA. 02368
781-963-6538



RECEIVED
JAN 26 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

Nerlande Sanon
2-D Bridle Path Cr.
Randolph, MA 02368

Dear Nerlande Sanon:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 014608:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78*lll* (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.



POWERED BY: ICM 2.5



LEADING DIVERSITY INVESTMENT CLUB

 HOME     ABOUT US     CONTACTS     SUPPORT

Member Area:    [Logout]    [Refresh]

ClubNews    Welcome To Our Site

📄 **Website Info**
Club Website now up and running!
*more*

📄 **Problems Logging in?**
Call your Club President for your new Member Login!
*more*

📄 **Other Website issues?**
Please click on Support for help!
*more*

Transaction Information for 

| "Account Number" | "Transaction Type" | "Amount" | "Days to Withdrawal" | "Transaction Date" |
|---|---|---|---|---|
| 33205133 | D | 3000 | 0 | 2008-04-12 04:23:52 |
| 33205133 | G | 3000 | 0 | 2008-07-11 20:51:24 |
| 33205133 | D | 25000 | 0 | 2008-08-08 14:47:56 |
| 33205133 | G | 3000 | 0 | 2008-10-13 00:48:39 |

Page 1/1  ◀  ▶  [1]  [Go to Page]    Total Rows: 4

**Transaction Key: - W = Withdrawal - D = Deposit - G = Capital Credit -**

## Current Totals

| | |
|---|---|
| Deposits | $28,000.00 |
| Withdrawals | $0.00 |
| Capital Gains | $6,000.00 |
| Balance | $34,000.00 |

[Account Profile]    [Request Form]

*The balance is the amount that was owed to me on the last statement and Mr. Theodule took off —*

home )    about us )    support )    contacts )

ICM 2.5 Smart Investment Management Services    Copyright @ 2008 All rights reserved.

http://www.imnldic.com/slgrid/transaction_info_view.php    10/14/2008

| Bank of America | **Cashier's Check** | No. **1328156** |
|---|---|---|
| Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days. | Date  AUGUST 15, 2008 | 30-1/1140  NTX |

Banking Center    HYDE PARK

0081050  00003   001328156         NERLANDE N SANON

Remitter (Purchased By)

21-14-3774B 06-2005

Pay   **TWENTY FIVE THOUSAND DOLLARS AND 33 CENTS**        $  **25000.33**

To The Order Of   **LEADING DIVERSITY INVESTMENTS**
****

Non-Negotiable
Authorized Signature

Bank of America, N.A.
San Antonio, Texas    **VOID AFTER 90 DAYS**         **Customer Copy**    001641005339
**Retain For Your Records**