PEPPER HAMILTON LLP
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
Telephone:  313.259.7110
Facsimile:  313.731.1572
E-mail: kovskyd@pepperlaw.com

-and-

Jeremy D. Frey
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone:  215.981.4445
Facsimile:  866.422.3552
Email:  freyj@pepperlaw.com

*Counsel for Veritable LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                    :
In re:                                              :    SIPA LIQUIDATION
                                                    :
BERNARD L. MADOFF INVESTMENT       :    No. 08-01789 (BRL)
SECURITIES LLC,                                  :
                                                    :
                    Debtor                        :
----------------------------------------------------------------x

**NOTICE OF VERITABLE LP**
**THAT IT WAS NOT A MADOFF CUSTOMER**

Veritable LP ("Veritable"), through its undersigned counsel, hereby states as follows:

1.  Veritable is an investment consulting firm with offices located at 6022 West Chester Pike, Newtown Square, PA 19073.

2.  On February 4, 2009, AlixPartners, as claims agent for the Trustee, filed in this matter an Affidavit of Publication (the "Affidavit") relating to claims procedures. The

#12014105 v1

Affidavit included as Exhibit A a purported list of customers ("the Customer List") of Bernard L. Madoff Investment Securities LLC ("BLMIS").

   3.  The Customer List contains four entries indicating that Veritable, by certain of its partners, specifically David Belej, Brett Rubinson and Richard Tregerman, were customers of BLMIS.

   4.  Veritable gives notice that these four entries on the Customer List are erroneous and that neither Veritable nor any of its partners was at any time a customer or client of BLMIS.

Dated: January 28, 2010      Respectfully submitted,

              **PEPPER HAMILTON LLP**

              /s/ Deborah Kovsky-Apap
              Deborah Kovsky-Apap (DK 6147)
              Suite 3600
              100 Renaissance Center
              Detroit, MI 48243-1157
              Telephone:  313.259.7110
              Facsimile:  313.731.1572
              E-mail: kovskyd@pepperlaw.com

              -and-

              Jeremy D. Frey
              3000 Two Logan Square
              Eighteenth and Arch Streets
              Philadelphia, PA  19103-2799
              Telephone:  215.981.4445
              Facsimile:  866.422.3552
              Email:  freyj@pepperlaw.com

              *Counsel for Veritable LP*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2010, I electronically filed the following:

| Notice Of Veritable LP That It Was Not A Madoff Customer |

with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record registered to receive notice.

Dated: January 28, 2010

                                         /s/ Deborah Kovsky-Apap
                                         Deborah Kovsky-Apap (DK 6147)

#12014105 v1