Sao Paulo, January 11, 2010.

REFERENCE – Claim n. 005041

Bankruptcy Case n. 08-1789 (BRL)

**To**
Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York – 10004

**COPY TO**

Irving H. Picard, Trustee
c/o Baker & Hostler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111

SUNYEI LTD., represented through undersigned Director Jaques Lamac, not conforming with the decision of the Trustee that DENIED the claim for securities and/or a credit balance pointing out that there is not an account at BLMIS on its name and that's why it should not be considered as a customer under SIPA, as that term is defined at 15 U.S.C, paragraph 78 III, requests the judicial review of that understanding, according to the following:

1) First, deadline must begin to flow from receipt of the letter, which occurred on 08 January 2010 at the address in Brazil. The stamps used at the cover were for an ordinary delivery which takes 30 days to reach the destination, the country Brazil in case, where I live. That's why deadline cannot be counted from the date of delivery and I ask that my vindication is accepted because it is being sent just two business days after receiving the Trustee's letter.

2) I am a stockholder of the Fairfield and Kingate Global Funds as shown on bank statements of CREDIT SUISSE BANK. The Bank certified that this is a fact, according to the attached statements.

3) The mentioned Funds, Fairfield and Kingate Global, were liquidated because they were in the BLMIS scheme.

4) Therefore, I am, even indirectly, a BLMIS customer, although not maintaining a direct account.

5) Customer is not only who has a direct account but who is involved directly and gets the results of the activity, positive or negative, even if bureaucratic schemes hide the reality by other names. Such other names should be disregard if justice is to be made.

6) If Fairfield and Kingate Global wouldn't be part of the BLMIS scheme, they would not be immediately blocked and cleared.

7) Since the law makes no distinction, there cannot be a different treatment between direct and indirect customers since both suffered the same consequences (lose all what they have).

8) If, according to the records, my investments are still in the name of CREDIT SUISSE BANK, I ask you to cite or convoke the Bank to assure that the assets property is SUNYEIS because the Bank didn't consider my request to do so (CREDIT SUISSE Private Banking Latin America - Talstrasse 27, CH-8070 Zurich – Zurique – Switzerland - Tel. +41 44 333 20 84 Fax + 41 44 333 68 15   mailto: rene.kobel@credit-suisse.com www.credit-suisse.com)

9) Please, find enclosed my letter to SIPC, claim and statements.

10) I remain at your disposal to better prove the facts and/or for any other explanation.

Kind Regards.

Sunyet Ltd.

Jaques Lamac

Address:

Alameda Ribeirao Preto, 506 – ap. 13

Sao Paulo – SP  01331 - 000

BRAZIL

Phone – 55 11 – 7672-8081

5511 – 9711-8522

e-mail – jaqueslamac@superig.com.br    or

jlamac@sp.gov.br

São Paulo, June 16, 2009.

To:
SIPC – Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215

Copy

Dear Sir:

I am the owner of the company named SUNYEI Ltd, and on its name I bought 137 shares of Fairfield Centry Ltd. and 569 shares of Kingate Global Fund, both part of Madoff's investment funds. I'm Brazilian, having no USA citizenship, and these investments were brokered by my agent, Credit Suisse Bank. The enclosed documents confirm these transactions.

I have made a claim to the Trustee concerning these investments, and they were filed accordingly (copy enclosed). However, the chances to receive my money back are very limited since the amount recovered so far is much less than what all Madoff's investors lost and are also claiming.

I'm writing to you considering regulatory and legal rules, and my specific points to you are:

1.- I understand that having bought shares of Madoff's administrated Funds, I trusted him as a customer.

2.- In fact, "customer" means client, the one who buys products from the seller. Dictionaries confirm that customers need no specific bonds, and are so considered by buying one or two times.

3.- As per above explanation, I did the purchase on my company name through a bank, which is the normal way to do it. In fact, there was no other way to participate in Madoff's administrated resources out from Brazil, where I live. I bought the shares and kept them for many years because I trusted Madoff's administration, which is under US Government control.

Copy

4.- Therefore, it is clear to me that I should be considered as a Madoff's customer because, as in the dictionary definition, I bought his products in my company name through a regular market agent and this is the normal way to do such operations.

5.- The SIPC Trustee sent me a letter (see enclosure) warning that Kingate Global Fund didn't present its claim as a customer and therefore I would not be able to make any claim about my assets. In my understanding, this situation entitles me to file a claim and get the legal support from SIPC, that means receive from you my money back, according to the limits legally established. In fact, if the Fund, which had the direct relationship with Madoff's administration, didn't act on behalf of its assets in what regards SIPC, then the shareholder needs to do it and, that's why, my claim has to be accepted. If this is not the case, what effect should the SIPC letter bring me? Of course, that warning has to have the effect of binding me straight to SIPC in face of Kingate's omission. <u>The fund's absence of action should allow me to act as a customer since I cannot be harmed because of its fault.</u>

6.- SIPC is an U.S. organization established to protect customers like me, who invested their resources on Madoff's Funds, and now that they went broke, are entitled to present claims in the position of customers as indicated above.

7.- I expect you'll accept SIPC's responsibility in this case and ensure that the payback under concern is processed accordingly.

Yours Sincerely,

Sunvei Ltd.
Jaques Lamac

Address:
Rua Pamplona, 265 – ap. 22 B
Sao Paulo – SP  01405 – 000
BRAZIL
Phone – 55 11 – 7672-8081
e-mail – jaqueslamac@superig.com.br    or
jlamac@sp.gov.br