ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.

*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP B, Guritzky Family Partnership LP S, Guritzky Family Partnership LP JT, Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA Liquidation |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Arent Fox LLP ("Arent Fox") appears as attorneys in the above-captioned case on behalf of Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP, and Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz (collectively the "Guritzky Parties"). Pursuant to Title 11 of the United States Bankruptcy Code (the "Bankruptcy

Code"), 11 U.S.C. § 1109(b), and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Arent Fox requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

Hunter T. Carter, Esq.
Shawanna L. Johnson, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: carter.hunter@arentfox.com
         johnson.shawanna@arentfox.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, email or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and demand for notice and service of papers, and any subsequent appearance, pleading, proof of claim, claim or suit, shall not constitute a consent to jurisdiction of the Bankruptcy Court for any purpose other than the determination of the Guritzky Parties' claims in this SIPA liquidation. Further, this Notice of Appearance and demand for notice and service of papers, and any subsequent appearance, pleading, claim or suit, shall not constitute a waiver of any of the substantive and procedural rights of the Guritzky Parties, including without limitation: (1) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceeding so triable herein and any case, controversy or proceeding related hereto; (iii) the right to

have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Guritzky Parties are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: February 1, 2010

ARENT FOX LLP

/s/ Hunter T. Carter_____
Hunter T. Carter
Shawanna L. Johnson
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for Sanford Guritzky, Brenda Guritzky, Dana Guritzky Mandelbaum, Ronald P. Guritzky, Guritzky Family Partnership LP B, Guritzky Family Partnership LP S, Guritzky Family Partnership LP JT, Brenda H. Guritzky as Trustee of Trust B U/W George H. Hurwitz*