BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 4, 2010 AT 10:00 A.M.

### CONTESTED MATTERS

**SIPC v. BLMIS; Adv. Pro. No. 08-1789**

1.     Motion for Protective Order filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  12/18/2009) [Docket No. 1093]

        Objection Deadline:                    January 7, 2010

300070390

Objections Filed:

2. Defendants' Limited Objections to the Trustee's Proposed Protective Order (related document 1093 ) filed by Andrew Howard Sherman on behalf of William Chais, Wrenn Chais, Mark Chais, Emily Chais, Chais Venture Holdings, Chais Management, Inc., Chais Management, Ltd., Onondaga, Inc., Chais Investments, Ltd., 1999 Trust for the Grandchildren of Stanley and Pamela Chais, William & Wrenn Chais 1994 Family Trust, 1996 Trust for the Children of Stanley and Pamela Chais, 1994 Trust for the Children of Stanley and Pamela Chais, Ari Chais 1999 Trust, Ari Chais Transferee Trust No. 1, Tali Chais 1997 Trust, Tali Chais Transferee Trust No. 1, Mark Hugh Chais Issue Trust No. II, Mark Hugh Chais Issue Trust No. I, Mark Hugh Chais 1983 Trust, Mark Hugh Chais Trust No. 3, Mark Hugh Chais Trust No. 2, Jonathan Wolf Chais 1996 Trust, Jonathan Chais Transferee Trust No. 1, Chloe Frances Chais 1994 Trust, Chloe Frances Chais Transferee Trust No. 1, Madeline Celia Chais 1992 Trust, William Frederick Chais Issue Trust No. II, William Frederick Chais Issue Trust No. I, William Frederick Chais 1983 Trust, William Frederick Chais Trust No. 3, William Frederick Chais Trust No. 2, Onondaga, Inc. Pension Plan, Justin Robert Chasalow 1999 Trust, Justin Robert Chasalow Transferee Trust No. 1, Rachel Allison Chasalow 1999 Trust, Rachel Allison Chasalow Transferee Trust No. 1, Benjamin Paul Chasalow 1999 Trust, Benjamin Paul Chasalow Transferee Trust No. 1, Emily Chais Issue Trust No. II, Emily Chais Issue Trust No. 1, Emily Chais 1983 Trust, Emily Chais Trust No. 3, Emily Chais Trust No. 2, Unicycle Corporation, Unicycle Trading Company  (Filed:  1/8/2010) [Docket No. 1631]

3. Letter Brief in Response to Motion (related document 1093 ) filed by Marcy R. Harris on behalf of SRZ Claimants  (Filed:  1/7/2010) [Docket No. 1489]

Related Documents:

4. Notice of Adjournment of Hearing on the Motion For Protective Order (related document 1093 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  1/13/2010) [Docket No. 1754]

5. Notice of Adjournment of Hearing on Trustee's Motion for Protective Order (related document 1093 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 1/27/2010  (Filed:  1/20/2010) [Docket No. 1800]

6. Notice of Adjournment of Hearing on Trustee's Motion for Protective Order (related document 1093 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 2/4/2010  (Filed:  1/26/2010) [Docket No. 1829]

7. Notice of Withdrawal of Defendants' Limited Objections to the Trustee's Motion for Entry of a Protective Order (related document 1631 ) filed by Andrew Howard Sherman on behalf of 1994 Trust for the Children of Stanley and Pamela Chais, 1996 Trust for the Children of Stanley and Pamela Chais, 1999 Trust for the Grandchildren of Stanley and Pamela Chais, Ari Chais 1999 Trust, Ari Chais Transferee Trust No. 1, Benjamin Paul Chasalow 1999 Trust, Benjamin Paul Chasalow Transferee Trust No. 1, Emily Chais, Mark Chais, William Chais, Wrenn Chais, Chais Investments, Ltd., Chais Management,

Inc., Chais Management, Ltd., Chais Venture Holdings, Chloe Frances Chais 1994 Trust, Chloe Frances Chais Transferee Trust No. 1, Emily Chais 1983 Trust, Emily Chais Issue Trust No. 1, Emily Chais Issue Trust No. II, Emily Chais Trust No. 2, Emily Chais Trust No. 3, Jonathan Chais Transferee Trust No. 1, Jonathan Wolf Chais 1996 Trust, Justin Robert Chasalow 1999 Trust, Justin Robert Chasalow Transferee Trust No. 1, Madeline Celia Chais 1992 Trust, Mark Hugh Chais 1983 Trust, Mark Hugh Chais Issue Trust No. I, Mark Hugh Chais Issue Trust No. II, Mark Hugh Chais Trust No. 2, Mark Hugh Chais Trust No. 3, Onondaga, Inc., Onondaga, Inc. Pension Plan, Rachel Allison Chasalow 1999 Trust, Rachel Allison Chasalow Transferee Trust No. 1, Tali Chais 1997 Trust, Tali Chais Transferee Trust No. 1, Unicycle Corporation, Unicycle Trading Company, William & Wrenn Chais 1994 Family Trust, William Frederick Chais 1983 Trust, William Frederick Chais Issue Trust No. I, William Frederick Chais Issue Trust No. II, William Frederick Chais Trust No. 2, William Frederick Chais Trust No. 3   (Filed: 2/2/2010) [Docket No. 1847]

8. Notice of Filing of Amended Proposed Protective Order (related document 1093 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 2/4/2010 (Filed: 2/3/2010) [Docket No. 1848]

<u>Status</u>:     This matter is going forward.

Dated: New York, New York
February 3, 2010

Respectfully submitted,

*s/Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*