BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

In re:

BERNARD L. MADOFF,

      Debtor.

## CERTIFICATE OF SERVICE

      I, NIKKI M. LANDRIO, hereby certify that on February 3, 2010, I served true copies of the **Notice of Agenda For Matters Scheduled For Hearing on February 4, 2010 at 10:00 a.m.** upon counsel to all defendants in related adversary proceedings and upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties

300070396

as set forth on the attached Schedule A.

Dated: New York, New York
      February 3, 2010                                            s/Nikki M. Landrio
                                                                       NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel To All Defendants In Related Adversary Proceedings**
Steven Fishbein – sfishbein@shearman.com
David E. Brodsky – dbrodsky@cgsh.com

Andrew Sherman – asherman@sillscummis.com
Eugene Licker – elicker@loeb.com
Tracy Klestadt – tklestadt@klestadt.com
Sanford Rosen – srosen@rosenpc.om
Evan Stewart –evan.stewart@gs.com; estewart@zuckerman.com
Stanley Arkin -  sarkin@arkin-law.com
Howard J. Kaplan - hkaplan@arkin-law.com
Peter B. Pope - PPope@arkin-law.com
Bruce Langer - blanger@mclaughlinstern.com
David Sass - dsass@mclaughlinstern.com
Steven R. Schlesinger - sschlesinger@jaspanllp.com
Hale Yazicioglu - hyazicioglu@jaspanllp.com
Clifford Thau - cthau@velaw.com
Joseph Kroetsch - jkroetsch@velaw.com
Steven Paradise - sparadise@velaw.com
Dawn Arnold - darnold@rattetlaw.com
James Glucksman - jglucksman@rattetlaw.com
Eric Fisher - fishere@butzel.com
Ernest Badway - ebadway@foxrothschild.com
Fred Stevens - fsteens@foxrothschild.com
Fran Hoffinger - fhoffinger@hsrlaw.com
Jack Hoffinger - jhoffinger@hsrlaw.com
Jeffrey Miller - jmiller@westermanllp.com
Joseph Keenan - jkeenan@mccanlis.com
Kenneth Lipman - klipman@sldsmlaw.com
Mark Blount - mblount@clbllaw.com
Philip Kaufman - pkaufman@kramerlevin.com
Stuart Wachs - stuart@wachsassociates.com
Vivian Drohan - vdrohan@dlkny.com
Jack Yoskowitz – yoskowitz@sewkis.com
Sara Ricciardi – sricciardi@stblaw.com
Thomas J. Moloney – tjmoloney@cgsh.com
David E. Brodsky – debrodsky@cgsh.com
Marla Decker – mdecker@cgsh.com
James Corsiglia – jcorsiglia@cgsh.com
James Clark – jclark@cgsh.com
Laura B. Kadetsky – lkadetsky@kirkland.com
Jay P. Lefkowitz – jlefkowitz@kirkland.com
Joseph Serino, Jr. – jserino@kirkland.com
Maura Klugman – mklugman@kirkland.com
David E. Brodsky – dbrodsky@cgsh.com
Robert S. Loigman – robertloigman@quinnemanuel.com
Mark Smith – msmith@svlaw.com
Timothy Valliere – tvalliere@svlaw.com
Marty Flumenbaum – mflumenbaum@paulweiss.com
Stephen Shimshak – sshimshak@paulweiss.com
Charles Spada – cspada@lswlaw.com

Neil A. Steiner - neil.steiner@dechert.com
Andrew J. Levander - Andrew.levander@dechert.com
Jonathan D. Perry - jonathan.perry@dechert.com
Gary J. Mennit - gary.mennitt@dechert.com
Steven A. Engel - steven.engel@dechert.com
Howard Schiffman - howard.schiffman@srz.com
Eric Bensky - eric.bensky@srz.com
Lance Gotthoffer - lgotthoffer@reedsmith.com
James C. McCarrroll - mccarroll@reedsmith.com
Matthew T. Tulchin - mtulchin@goodwinprocter.com
David Pitofsky - dpitofsky@goodwinprocter.com
David Markowitz – david.markowitz@oag.state.ny.us
Neil Steiner – neil.steiner@oag.state.ny.us
Gary Mennitt – gary.mennitt@oag.state.ny.us
Daniel Sangeap – daniel.sangeap@oag.state.ny.us
Marcy R. Harris – marcy.harris@srz.com
David E. Brodsky – dbrodsky@cgsh.com
Peter A. Chavkin – pchavkin@mintz.com
Bridget Rohde - brohde@mintz.com
Carmine P. Boccuzzi, Jr. - cboccuzzi@cgsh.com
Anthony Paccione – Anthony.paccione@kattenlaw.com
Jeffrey Scott – scottj@sullcrom.com
Robinson Lacy – lacyr@sullcrom.com

Primeo Fund
c/o Registered Agent
Bank of Bermuda (Cayman) Ltd.
PO Box 513, HSBC House
68 West Bay Road
George Town, Grand Cayman
KY1-1106 Cayman Islands

Primeo Fund
c/o Zolfo Cooper
PO Box 1102, Building 3
Cayman Financial Centre
Dr Roy's Drive
George Town, Grand Cayman
KY1-1106 Cayman Islands

Harley International (Cayman) Limited
c/o Kinetic Partners (Cayman) Ltd.
PO Box 897
Georgetown, Grand Cayman
KY1-1103 Cayman Islands

Alpha Prime Fund Limited

c/o The Bank of Bermuda Ltd.
The HSBC Group at Compass Point
Bermudiana Road
Hamilton, Bermuda

Alpha Prime Fund Limited
c/o The Bank of Bermuda Building
No. 6 Front Street
Hamilton, Bermuda