

LAX & NEVILLE, LLP
ATTORNEYS AT LAW

**BARRY R. LAX**
B**RIAN J. NEVILLE**
_____
**BRIAN MADDOX**
**SANDRA P. ESPINOSA**
**RAQUEL TERRIGNO**

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

Of Counsel:
DAVID S. RICH

<u>**By Hand Delivery/Filed on CM/ECF**</u>

February 3, 2010

Hon. Burton R. Lifland
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408

      Re: Bernard L. Madoff Investment Securities, LLC (08-1789-BRL)

Dear Judge Lifland:

      We write on behalf of a significant portion of our clients who invested in Bernard L. Madoff Investment Securities, LLC ("Madoff") and in reference to the February 3, 2010 letter filed by Phillips Nizer, LLP. We join and support the compromise position offered by Ms. Chaitman and agree that many of our clients would forego any distribution from the fund of customer property if they were promptly given their SIPC advance up to $500,000.

      Yours respectfully,

      */s/ Brian J. Neville*
      Brian J. Neville
      Barry R. Lax

cc:    David J. Sheehan, Esq. (via e-mail)
          Josephine Wang, Esq. (via e-mail)
          Katharine B. Gresham, Esq. (via e-mail)
          All counsel by CM/ECF notice