## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 4th day of February, 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (The Harnick Brothers Partnership - 1H0161) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>    Irving H. Picard, Trustee
>    c/o Baker Hostetler LLP
>    45 Rockefeller Plaza
>    New York, New York 10011

                                    s/ Jonathan M. Landers

DOCS\501972v1