Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that upon the consent of United States Fire Insurance

Company (the "Movant"), Movant's Motion For Relief From The Automatic Stay To Serve

Judicial Subpoena Duces Tecum has been further adjourned from February 18, 2010 to **March**

**31, 2010 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

Dated: New York, New York
      February 4, 2010

By:      *s/Marc Hirschfield*
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, New York 10111
      Tel: (212) 589-4200
      Fax: (212) 589-4201
      David J. Sheehan
      Email: dsheehan@bakerlaw.com
      Marc Hirschfield
      Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

300070551