UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION CORPORATION,

                              Plaintiff,

              -against-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

                              Defendants.
-------------------------------------------------------------------X
In re BERNARD L. MADOFF,

                              Debtor

-------------------------------------------------------------------X

**Adversary Proceeding**

**No. 08-01789 (BRL)**

**SIPA Liquidation**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) ss.
COUNTY OF NEW YORK         )

KATHLEEN DREW, a paralegal in the law offices of Withers Bergman LLP, the attorneys for the Claimants Collace Services Limited and Felkirk Limited, in the above entitled proceeding being duly sworn, deposes and says:

   I am over eighteen years of age and am not a party to the above entitled proceeding.

   On the 4th day of February 2010, I served true and correct copies of:

   1. Collace Services Limited's Objection to Trustee's Determination of Claim; and

   2. Felkirk Limited's Objection to Trustee's Determination of Claim

via hand delivery, mail, and ECF  to: Irving Picard, Trustee, Baker & Hostetler, Claims Department, 45 Rockefeller Plaza, New York, New York 10111.

                                        _____
                                        Kathleen Drew

Sworn to before me this
4th day of February 2010.

_____
Notary Public

BRIAN DUNEFSKY
Notary Public, State of New York
No. 02DU5055125
Qualified in New York County
Commission Expires June 19, 20__