January 29th, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111



Re. Limited Objection to the December 8, 2009 Notice of Trustee's Determination of Claim applicable to Bernard L. Madoff Investment Securities, LLC ("BLMIS")

Reference: Bankruptcy Case No. 08-1789 (BRL)
Claim No. 009586 (assigned by Trustee Irving H. Picard)
Account Number(s): 05062713 Fairfield Sentry Limited & 32589 – A32589 Optimal SUS Equity A
Account Name(s): Vicente Antonio Agresti a/o Ana Josefina Castagno de Agresti a/o Maria Ines Agresti

Clerk of the Court and Trustee Picard:

This letter is being sent to you in response to the Notice of Trustee's Determination of Claim, dated December 8, 2009. The Trustee's office specifically approved my request to file an objection on or before February 8, 2010.

We, the listed claimants, believe that we are covered by the Securities Investor Protection Act ("SIPA") definition of "customer," and that we should be included for full SIPC relief accorded to all investors.

Accordingly, we request that the Court either deem us as Customers or preserve our rights pending a subsequent change in the underlying SIPA statute.

Sincerely,

Maria Ines Agresti          Vicente Antonio Agresti          Ana Josefina Castagno de Agresti

Address: 3640 Yacht Club Dr. #1703, Aventura FL 33180
Phone: 786-390-7873
e-mail: vagresti@arnet.com.ar ; agrestif@bellsouth.net

Attachments: Account documents presented in the original claim, Claim denial letter & Extension approval.

## Agresti, Fernando

| | |
|---|---|
| **From:** | Vicente Agresti [vagresti@arnet.com.ar] |
| **Sent:** | Wednesday, January 06, 2010 12:40 PM |
| **To:** | Agresti, Fernando |
| **Subject:** | FW: Extension--Claim 009586 |
| **Attachments:** | att144e4.gif |

**From:** Kolm, Julie A. [mailto:jkolm@bakerlaw.com]
**Sent:** miércoles, 06 de enero de 2010 12:29 p.m.
**To:** vagresti@arnet.com.ar; agrestif@mattel.com
**Subject:** Extension--Claim 009586

Mr Agresti:

Your request for an extension to February 8, 2010 to respond to the Trustee Determination Letter dated December 8, 2009 for the subject claim has been granted and confirmed.

Regards,
Julie



T 212.589.4648
F 212.589.4201
www.bakerlaw.com

Julie A. Kolm
jkolm@bakerlaw.com

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Baker Hostetler

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.