Martha D. Strizich
12351 N. Bloomfield Rd.
Nevada City, CA 95959



January 29, 2010

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Bankruptcy Case No. 08-1789 (BRL)
BLMIS Claim Number 013031

Clerk of the Court:

In response to the Notice of Trustee's Determination of Claim dated December 8, 2009, I hereby submit my opposition to that determination and the denial of the above referenced claim. *Please note that by email from Irving Picard dated December 30, 2009 (copy attached), I was granted a 30-day extension to file this opposition.*

Based on applicable law and legislative intent, I respectfully believe that the Trustee erred in that determination. This opposition is submitted to preserve any claim that might be recognized for indirect investment in Bernard L. Madoff Investment Securities LLC. I hereby reserve all rights in this matter, including the right to supplement and amend this opposition.

Very truly yours,

Martha D. Strizich

cc:   Irving H. Picard, Trustee
      c/o Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, New York 10111

Ms. Strizich:

Yes, you can have the extension to object to the determination until February 6th.

Irving H. Picard, Trustee

---

**From:** Martha Strizich [mailto:mstrizich@sbcglobal.net]
**Sent:** Wednesday, December 30, 2009 2:40 AM
**To:** Picard, Irving H.
**Subject:** BLMIS Claim #013031

Re: BLMIS Claim 013031
Dear Mr. Picard,
I received your letter dated December 8, 2009 stating that you had denied my claim "for securities and/or a credit balance" in the Bernard L. Madoff Investment Securities LLC liquidation.
I am in the process of engaging an attorney and responding to this denial, but – given the time of year and the short timeframe – find myself unable to do so within your 30-day deadline.
I am writing now to respectfully request an extra 30 days – until February 6th, 2010 – to file my written opposition to this determination.
I look forward to hearing from you.
Regards,
Martha D. Strizich

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

**BERNARD L MADOFF INVESTMENT SECURITIES LLC**
**In Liquidation**
**DECEMBER 11, 2008[1]**

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

MARTHA D. STRIZICH
12351 N. BLOOMFIELD ROAD
NEVADA CITY, CA 95959

Dear MARTHA D. STRIZICH:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 013031:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

>Clerk of the United States Bankruptcy Court for
>the Southern District of New York
>One Bowling Green
>New York, New York 10004

>and

>Irving H. Picard, Trustee
>c/o Baker & Hostetler LLP
>Attn: Claims Department
>45 Rockefeller Plaza
>New York, New York 10111

*/s/ Irving H. Picard*

_____
**Irving H. Picard**

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC