Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for Ronald J. Haber

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 09-01789 (BRL) <br><br> SIPA Liquidation <br><br> **CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on February 6, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Ronald J. Haber to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and on February 8, 2010 served by hand upon:

>David J. Sheehan, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111

February 8, 2010

                                                          */s/ Lourdes Blanco*

1105048.1