Helen Davis Chaitman (4266)
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084
(212) 841-1320
hchaitman@phillipsnizer.com
Attorneys for the Wilansky Family Fund,
Steven Wilansky, David Wilansky, and Barry Wilansky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br><br>**CERTIFICATE OF SERVICE** |

     I, Lourdes Blanco, hereby certify that on February 8, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Wilansky Family Fund, Steven Wilansky, David Wilansky, and Barry Wilansky to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by hand upon:

        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111

February 8, 2010

                                                       */s/ Lourdes Blanco*

1105044.1