2/1/10

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 1004

IRVING H. PICARD, TRUSTEE
C/O BAKER & HOSTETLER LLP
ATTN. CLAIMS DEPARTMENT
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111

RE: LIMITED OBJECTION TO THE DECEMBER 8, 2009 NOTICE OF THE TRUSTEE'S DETERMINATION OF CLAIM APPLICABLE TO BERNARD L. MADOFF INVESTMENT SECURITIES, LLC("BLMIS").

ACCOUNT NUMBER: 08-1789 BRL
ACCOUNT NAME: ROSALIND SABELLA CLARK, MOT FAMILY TRUST

THIS LETTER IS BEING SENT TO YOU IN RESPONSE TO THE NOTICE OF DETERMINATION OF CLAIM DATED DECEMBER 8, 2009. THE TRUSTEE'S OFFICE SPECIFICALLY APPROVED MY REQUEST TO FILE AN OBJECTION ON OR BEFORE FEBRUARY 8, 2010.

I, THE LISTED CLAIMANT BELIEVE THAT I AM COVERED BY THE SECURITIES INVESTOR PROTECTION ACT (SIPA) DEFINITION OF CUSTOMER AND THAT I SHOULD BE INCLUDED FOR FULL SIPC RELIEF ACCORDED TO ALL INVESTORS.

ACCORDINGLY, WE REQUEST THAT THE COURT EITHER DEEM US AS CUSTOMERS OR PRESERVE OUR RIGHTS PENDING A SUBSEQUENT CHANGE IN THE UNDERLYING SIPA STATUTE.

SINCERELY,

ROSALIND SABELLA CLARK    SABELLASKAUAI@MAC.COM
215 SCENIC AVE., SAN ANSELMO, CA 94960