**AGILE GROUP, LLC
AND
AGILE FUNDS INVESTOR COMMITTEE**



February 3, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111

Re. Limited Objection to the December 8, 2009 Notice of Trustee's Determination of Claim applicable to Bernard L. Madoff Investment Securities, LLC ("BLMIS")

Clerk of the Court and Trustee Picard:

This letter, the claimants and claim numbers reflected on the three attached listings are submitted pursuant to the attached December 23, 2009 filing extension, from Mr. Thomas Wearsch, Baker & Hostetler.

- List I reflects those claims submitted by Agile Group, LLC, Boulder, Colorado ("Agile") investors and the claim numbers provided to these investors by "Notice of Trustee's Determination of Claim" dated December 8, 2009, (the "Claim Letter").
- List II reflects those claims for Agile directed variable annuity accounts held by AGL Life Assurance Company ("AGL") and claim numbers provided to these investors by the Claim Letter sent to AGL by the Trustee. Claim Letters were sent to AGL and forwarded from AGL to the investors. Although the claim numbers are different, some of these claims might be duplicative of those shown on List I.
- List III reflects the names of Agile investors who believe they submitted claims on or before July 2, 2009 but which claims have not been located and, accordingly, such investors did not receive Claim Letters.

All claim numbers for each investor whose name appears on a Claim Letter are shown together in declining order. Where a claim number is listed but there is no investor listed in the investor column, the investor is the one listed on the immediately preceding line. If you wish the investors' names and claim numbers to be listed differently than provided in this submission, please let us know and we will comply with whatever you request.

We, the listed claimants, believe that we are covered by the Securities Investor Protection Act of 1970 ("SIPA") definition of "customer".

Accordingly, we request that the Court either deem us as Customers or preserve our rights pending a subsequent change in the SIPA statute.

Yours very truly,

John Neal
Co-Manager
Agile Group, LLC
970-587-4509
johnneal@agilegroup.com
PO Box 1809
Longmont, CO 80502

Peter J. Leveton
Co-Chairman
Agile Funds Investor Committee
303-981-8763
pete3489@aol.com
5853 W. Iliff Drive
Lakewood, CO 80227