## AGILE GROUP, LLC
### AND
### AGILE FUNDS INVESTOR COMMITTEE

February 3, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York New York 10004

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111

Re: Limited Objection to the December 8, 2009 Notice of Trustee's Determination of Claim applicable to Bernard
L. Madoff Investment Securities, LLC ("BLMIS")

Clerk of the Court and Trustee Picard:

This letter, the claimants and claim numbers reflected on the three attached listings are submitted pursuant to the
attached December 23, 2009 filing extension, from Mr. Thomas Wearsch, Baker & Hostetler.

- List I reflects those claims submitted by Agile Group, LLC, Boulder, Colorado ("Agile") investors and the claim
  numbers provided to these investors by "Notice of Trustee's Determination of Claim" dated December 8, 2009,
  (the "Claim Letter").
- List II reflects those claims for Agile directed variable annuity accounts held by AGL Life Assurance Company
  ("AGL") and claim numbers provided to these investors by the Claim Letter sent to AGL by the Trustee. Claim
  Letters were sent to AGL and forwarded from AGL to the investors. Although the claim numbers are different,
  some of these claims might be duplicative of those shown on List I.
- List III reflects the names of Agile investors who believe they submitted claims on or before July 2, 2009 but
  which claims have not been located and, accordingly, such investors did not receive Claim Letters.

All claim numbers for each investor whose name appears on a Claim Letter are shown together in declining order. Where
a claim number is listed but there is no investor listed in the investor column, the investor is the one listed on the
immediately preceding line. If you wish the investors' names and claim numbers to be listed differently than provided in
this submission, please let us know and we will comply with whatever you request.

We, the listed claimants, believe that we are covered by the Securities Investor Protection Act of 1970 ("SIPA") definition
of "customer".

Accordingly, we request that the Court either deem us as Customers or preserve our rights pending a subsequent change
in the SIPA statute.

Yours very truly,

John Neal
Co-Manager
Agile Group, LLC
970-587-4509
johnneal@agilegroup.com
PO Box 1809
Longmont, CO 80502

Peter J. Leveton
Co-Chairman
Agile Funds Investor Committee
303-981-8783
pete3489@aol.com
5653 W. Iliff Drive
Lakewood, CO 80227

Pete,

To confirm our discussion, we can extend the time to respond for the Agile investors for 30-days, but we do need you to provide all the applicable claim numbers as soon as possible so we can track the extension. Also, we have no problem with you submitting one objection on behalf of all the Agile investors.  Just make sure that the objection lists all the claim numbers which it covers.

Thanks,

Tom

> **From:** pete3489@aol.com [mailto:pete3489@aol.com]
> **Sent:** Wednesday, December 23, 2009 10:26 AM
> **To:** Wearsch, Thomas
> **Cc:** rholmes@alixpartners.com
> **Subject:** Fwd: Request For Extension, Madoff Determination of Claim--Pete Leveton
>
> Tom,
>
> Per yesterday's telephone conversation, as quickly as possible please email me confirmation of (1) the 30 day filing extension and (2) assurance that Agile Group, LLC investors can submit one Preservation of Rights letter.
>
> As you might imagine, our investors are nervous and we want to pass this information along immediately after receiving your written confirmation.
>
> Thanks,
>
> Pete
> 303-981-8783

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| Darcy Ramirez | 10617 |
| | 10618 |
| Mike Rosen | 11362 |
| | 11363 |
| Charles Townsend | 13797 |
| | 11786 |
| Jean Townsend | 11787 |
| | 11788 |
| Jerry Urban | 10599 |
| | 10600 |
| Henry J. Yeager | 11266 |
| | 11265 |
| John F Leonard Living Trust | 14937 |
| | 14938 |
| Glenn and Marian Head | 11605 |
| | 11606 |
| Dennis A. Graham | 11364 |
| | 15595 |
| Lawrence B. Anderson | 13228 |
| | 13229 |
| Tulku Sherdor | 11297 |
| | 11296 |
| Richard B. Bassett | 11280 |
| | 11281 |
| Sharon L. Bassett | 11279 |
| | 11324 |
| Tim Barnett | 13984 |
| Mark Neal Harrison | 13992 |
| | 13993 |
| Charles Edward Raines | 10902 |
| | 10903 |
| Charlie Pellerin | 14004 |
| | 14005 |
| | 15596 |
| | 15597 |
| Gary Powell | 14969 |
| | 15579 |
| Ted Rehage | 11332 |
| | 11333 |
| RICHARD C JOHNSON | 10858 |
| | 10857 |
| Marie E. Bamberg | 13973 |
| | 13974 |
| Jack A. Bamberg | 13975 |
| | 13976 |
| Jack and Marie Bamberg | 13977 |
| Wayne Smith | 11267 |
| | 11268 |
| Thomas E. Christen | 11252 |
| | 15509 |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| Fred Niccore | 15498 |
| | 10717 |
| candace newlove | 13014 |
| | 15638 |
| WADE CAROL CURRAN | 11309 |
| | 11308 |
| Irving Ringdahl | 11745 |
| Almina Ringdahl | 11742 |
| Marcia Weitala | 12903 |
| | 12904 |
| Kristofer Sieger Trust | 13415 |
| | 15574 |
| Marie Gambon Living Trust Dated 12/13/2001 | 11777 |
| NTC & CO FBO Marie Gambon IRA | 11778 |
| Marie A. Gambon | 11779 |
| NTC & CO FBO Marie A. Gambon IRA | 11780 |
| NTC & CO FBO  Kenneth T. Gambon IRA | 11781 |
| Tony Mazzella | 11397 |
| | 11396 |
| Glenna Eddy | 10896 |
| | 10898 |
| Allen Eddy | 10897 |
| RUTH L. GABEL | 13557 |
| | 15469 |
| Robert Hicks | 15633 |
| | 13995 |
| Suzanne Hicks | 13994 |
| Justin Dituri | 11612 |
| | 11611 |
| Justin & Judith Dituri TIC | 11610 |
| Judith Dituri | 11613 |
| | 13585 |
| Robert Warfield | 13015 |
| Dolores Carmichael-Watson | 15314 |
| | 15315 |
| Wallis L. Watson | 12713 |
| | 15316 |
| Charlotte W. Gates | 15634 |
| Gary L. Gates | 13990 |
| | 13991 |
| Henrietta Gilbert | 11049 |
| Suzanne Donalson IRA | 11782 |
| | 11783 |
| Brinton C Donalson Trust DTD 11/17/1992 | 11784 |
| | 11785 |
| Suzanne Webel, Raymond P. Bovet | 451 |
| | 4628 |
| | 12734 |
| Raymond Bovet | 12732 |
| | 12733 |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| Tim Daley | 103987 |
|  | 13986 |
| Kenneth Shapiro IRA | 12393 |
|  | 12394 |
| Roger and Dixie Olson Charitable Remainder Trust DTD 9-26-1999 | 10900 |
|  | 10901 |
| Barry E. Kellogg | 11772 |
|  | 11774 |
| Anne Quinn | 10938 |
|  | 10939 |
| Jeff and Beth Tatelman | 11750 |
|  | 11751 |
|  | 11752 |
| Linda Buttacavoli | 13562 |
|  | 13559 |
| Russell Buttacavoli | 13561 |
|  | 13560 |
| Shirley D. Johnson | 10988 |
| F. William Kroeck | 11273 |
| Elizabeth C. Kroeck | 11271 |
| Robert J Fogoros | 13575 |
|  | 13574 |
| Peter J. Leveton | 12679 |
|  | 15664 |
| Peter J. and Mary Ann Leveton | 15796 |
| Mary Ann Leveton | 15662 |
|  | 15795 |
| Kimberley Wyman | 15500 |
|  | 10848 |
| Lewis H. Wyman III | 15501 |
|  | 10849 |
| Pham, Thi | 13524 |
| Herman Schranz | 11401 |
|  | 11402 |
| Sherri Schranz | 11400 |
| Beverly Neal | 11343 |
| John Neal | 11312 |
|  | 11313 |
| Jack D. Cutter | 11272 |
|  | 911259 |
| Melba Cutter | 11270 |
| Robert and Deborah Gahan | 11756 |
|  | 11757 |
| Robert Gahan | 11758 |
| Phillis Moore | 10906 |
|  | 10907 |
| Richard Moore | 10904 |
|  | 10905 |
| Christopher Moore | 13563 |
|  | 13564 |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| Walter W. Kingsbery | 11322 |
| | 11323 |
| Ken Forsberg | 11103 |
| | 15508 |
| Marlene F. Maurer | 13391 |
| | 13392 |
| Kay Holmstead | 11382 |
| | 11383 |
| | 11384 |
| | 11385 |
| | 11386 |
| Gelmar Andringa | 14459 |
| | 14460 |
| | 14461 |
| Joyce Elaine Sutton | 11283 |
| | 11282 |
| Robert A. Stark | 14629 |
| | 14685 |
| Leanne T. Stark | 14630 |
| | 14686 |
| David H. Wartburg | 14006 |
| | 14007 |
| Jimmy D. Pettigrew | 10914 |
| James A Britton | 15395 |
| | 13457 |
| Agile Safety Fund International | 12905 |
| | 12906 |
| Agile Safety Fund L.P. | 12907 |
| | 12908 |
| Agile Safety Fund International- Euro | 12909 |
| | 12910 |
| Agile Composite Fund L.P. | 12911 |
| | 12912 |
| Agile Safety Variable Fund LP | 12922 |
| Dave Roalstad | 11746 |
| | 11747 |
| Gary J. Matthews | 10661 |
| | 10662 |
| Irene S. Matthews | 10663 |
| Don Coen | 13230 |
| | 13231 |
| Yvonne E. S. Barnett | 13978 |
| | 13979 |
| Colin T. Barnett | 13980 |
| | 13981 |
| Colin T. Barnett & Yvonne E. S. Barnett | 13982 |
| | 13983 |
| Pat Arnold | 15230 |
| | 15231 |
| Ken Gambon IRA | 15667 |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| William A. Trine | 12427 |
| | 12426 |
| Charles F. Buczek | 13018 |
| | 15514 |
| | 8085 |
| *Joe & Linda Stewart* | 1160 |
| L.E. and M.L. Skaer Charitable Remainder Trust | 13700 |
| Laura Skaer, Trustee, Laura Skaer CRUT | 13698 |
| Laura Skaer Charitable Remainder Unitrust | 13699 |
| Kenneth J. Clark | 10979 |
| | 15571 |
| Kimberly K. Weibert | 14199 |
| John L. Weibert | 14197 |
| | 14198 |
| Leon Bialecki | 10537 |
| | 15510 |
| Estate of Thomas N. Jones | 14916 |
| | 14917 |
| ELIZABETH P. UPTON IRREVOCABLE TRUST II, DTD 6/26/98 | 13565 |
| UPTON FAMILY TRUST, DTD 6/1/93 | 13566 |
| Keith A. Maurer | 13390 |
| | 13393 |
| Dorothy J. Jackson | 15503 |
| Ross Peter Jackson | 10863 |
| Don Feucht | 11733 |
| Dorothy J. Jackson | 10864 |
| Ross Peter Jackson | 15502 |
| Daniel E. and Joanne B. Barnard | 12994 |
| | 12995 |
| Peter B. Blackford | 15521 |
| | 13359 |
| Cynthia Holt | 13996 |
| | 15518 |
| The Holt Family Trust | 13997 |
| | 15632 |
| John Holt | 13998 |
| | 15519 |
| Cassandra Kimble | 11291 |
| Loraine Vosper Trust | 14171 |
| | 14172 |
| Peter J. and Mary Ann Leveton | 15663 |
| Tim Barnett | 13985 |
| Jacquelynne Eccles | 13988 |
| | 13989 |
| Karen Lovejoy IRA | 15506 |
| | 15594 |
| Karen D. Lovejoy Revocable Trust | 15507 |
| | 15593 |
| Robert M. Lovejoy Family Trust | 11298 |
| | 11299 |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| John P. and Dulcie B. Harris Living Trust | 15499 |
| Terence Isakov | 12711 |
| | 12712 |
| Wayne Schell | 12041 |
| | 12042 |
| Randy Pelton | 13234 |
| | 13235 |
| Paul Masterson | 14003 |
| Donna J. Meyer's IRA | 13304 |
| | 15520 |
| Don Nicolay | 12025 |
| | 12026 |
| Daniel V. Ault | 14032 |
| Elizabeth Ault | 14067 |
| R. JENK LIMITED PARTNERSHIP | 13999 |
| | 14000 |
| BOB JENK CHARITABLE REMAINDER TRUST, DTD 7-23-96 | 14001 |
| BOB  JENK | 14002 |
| Natural Wealth Properties LLC | 12023 |
| | 12024 |
| Karen Zorn | 14605 |
| Raymond Bovet | 10318 |
| Mitch Galnick | 11329 |
| Marta Galnick | 11330 |
| | 11331 |
| Lucille & Ronald Nieweg | 13076 |
| | 13075 |
| | 13074 |
| | 13073 |
| Ellie Bussi-Sottile | 10319 |
| | 11292 |
| | 11293 |
| Bob Goldfarb | 10398 |
| BEVERLY B. DUBOFF | 12803 |
| EUGENE  A. DUBOFF | 12804 |
| | 12805 |
| | 13504 |
| Mike Brady | 11140 |
| | 11141 |
| | 11142 |
| | 11143 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Agile Group, LLC Investors | LIST I |
|---|---|
| Investor | Claim Number |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Agile Group, LLC | |
|---|---|
| AGL Life Assurance Company | LIST II |
| Investor | Claim Number |
| Suzanne Webel | 10317 |
| Kristofer Sieger Trust | 10385 |
| | 10387 |
| Sue Rehage | 10323 |
| Allen C Eddy | 10397 |
| John H. Beynon | 10347 |
| Valerie M. Beynon | 10348 |
| Sharon L. Bassett | 10365 |
| Jack & Marie Bamberg | 10354 |
| Jeannette & William Trine | 10312 |
| Michael Rosen | 10313 |
| Mitch Galnick | 10351 |
| | 10377 |
| Robert M Gahan | 10388 |
| Laura Skaer | 10384 |
| Herman Schranz | 10364 |
| Sher Schranz | 10355 |
| John Neal | 10378 |
| Beverly Neal | 10343 |
| Karen Zorn | 10381 |
| Cassandra Kimble | 10391 |
| Mary Lou Schlapia | 11274 |
| | 11275 |
| Elizabeth C. Kroeck | 10371 |
| Thi Pham | 13542 |
| | 10394 |
| ANNE A. QUINN | 10330 |
| Shirley D. Johnson | 10340 |
| Robert Hicks | 10316 |
| Suzanne Hicks | 10315 |
| Irene S. Matthews | 10393 |
| Beth Tatelman | 10367 |
| Jeff Tatelman | 10363 |
| Dorothy J. Jackson | 10379 |
| Irving C. Ringdahl | 10335 |
| Almina Ringdahl | 10334 |
| ELIZABETH P. UPTON IRREVOCABLE TRUST II, DTD 6/26/98 | 10321 |
| UPTON FAMILY TRUST, DTD 6/1/93 | 10322 |
| John Weibert | 10332 |
| | 10333 |
| | 10358 |
| Kim Weibert | 10327 |
| | 10328 |
| | 10329 |
| Mary Ann Leveton | 10373 |
| | 10399 |
| Wade Curran | 10362 |
| Carol Curran | 10386 |
| Robert J Fogoros | 10359 |

| Agile Group, LLC | |
|---|---|
| AGL Life Assurance Company | LIST II |
| Investor | Claim Number |
| Gelmar Andringa | 10404 |
| Phillis Moore | 1591 |
| Frank Diehl | 13578 |
| | 13577 |
| | 13576 |
| | 13579 |
| Bob Jenk | 10341 |
| | 10342 |
| Justin Dituri | 10357 |
| | 10356 |
| Judith Timchula | 15468 |
| | 15643 |
| | 13558 |
| John Harris | 10400 |
| Torkin Wakefield | 11576 |
| Richard F.M. Thornley | 10338 |
| Hazel A. Thornley | 10339 |

| LIST III | | | | | |
|---|---|---|---|---|---|
| Agile Group, LLC investors who either were unable to locate their claim numbers or did not respond. | | | | | |
| Barbara Greweling | | | | | |
| Bettsee Robertson | | | | | |
| Christine Ringdahl | | | | | |
| Conard Metcalf | | | | | |
| Damian Maldonado | | | | | |
| Dennis Graham | | | | | |
| Don Collins | | | | | |
| Edward Dean | | | | | |
| Gary & Gayle Ray | | | | | |
| Gary Autrey | | | | | |
| John Brownlie | | | | | |
| Leon Bialecki | | | | | |
| Loraine Vosper | | | | | |
| Loren Snyder | | | | | |
| Marc Nicolay | | | | | |
| Michael Roche | | | | | |
| Mike and Lynn Walker | | | | | |
| Neal Greenberg | | | | | |
| Patricia Wilcox | | | | | |
| Peggy Hitchcock & Family | | | | | |
| Peggy Reed | | | | | |
| Rafal Sicinski | | | | | |
| Richard Roen | | | | | |
| Richard Smith | | | | | |
| Sara Silverstein | | | | | |
| Sharon Wherry | | | | | |
| Sherab Posel | | | | | |
| Steve Skaer | | | | | |
| Stuart Kingsberry | | | | | |
| Terrance Whitsel | | | | | |
| Thomas Jones | | | | | |
| Thomas Tancredo | | | | | |
| William Grimditch | | | | | |
| Wilma Long | | | | | |