# HERBERT MARKER
Mag.rer.soc.oec.

1100 Wien Neusetzgasse 3
Tel.+431 604-23-73  FAX +431 604-12-67

Clerc of the United States Bancruptcy Court
for the Southern District of New York

One Bowling Green
New York, New York 10004

United States of America
Registered

27. Januar 2010

To whom it may concern,

Enclosed you will find

a) A written opposition against the determination to deny my claim No. 014884 in the liquidation of the business of Bernard L.Madoff Investment Securities LLC.

b) The explaination why it was unable for me to answer your letter of December 8,2009 earlier than today. As You can see on the enclosed copy you have misadressed the letter.

Instead of the correct name NEUSETZGASSE you used WEUSETZGASSE and that caused an untimely delivery of the letter.

The letter was handed over to me on January 21,2010

As you can see in a copy of a former letter you have had and used the correct adress and I hope you can agree that you have caused the confusion.

If it is necessary to take further actions to repair the problem you also can reach me by mail: herbert.marker@expo-floor.com or by phone (+43) 664 266 32 48

Truly Yours

Mag. Herbert Marker

encl.: -opposition claim no.014884
       -copies of letters with correct and incorrect adresses

[RECEIVED FEB 4 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK]



Clerk of the United States Bancruptcy Court for

the Southern District of New York

One Bowling Green

New York

Vienna, the 24 January 2010

**Bancruptcy case No:**   08-1789 (BRL)
Bernard L. Madoff Investment Securities LLC

**Claim No:** *014884*
**Aggrieved party:** *Herbert Marker*
**Address:** *Neusetzgasse 3*
*1100 Wien Austria*

# OPPOSITION

Dear Sir or Madam,

Regarding the determination of the above mentioned claim by Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, we believe that although not being mentioned in the books of Bernard L. Madoff Securities Investments LLC (BLMIS) as direct customer we should be viewed and treated as customers.

- The investment world since the inception of SIPA changed significantly; while formerly most investments were conducted via direct management of accounts, "state of the art" nowadays are investments via investment funds. So the purpose of the Securities and Investor Protection Act should be reviewed as a whole.

- It is worldwide accepted that the indirectly aggrieved party is treated as a "beneficial owner". The "beneficial owner" is for all relevant financial and legal purposes equated with the direct holder.
- As already outlined I invested in a feeder fund. The feeder fund is a by the legal and financial system accepted and acknowledged form of participation to simplify the administration. There is no reason why this system, that only simplifies matter for all participants should be treated differently.

Because of the above outlined reasons a indirectly aggrieved party has to be treated equally to a direct holder. I therefore ask to review my claim and grant it.

**Baker Hostetler**
*Counsel to Market Leaders*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

$01.24
DEC 08 2009
MAILED FROM ZIP CODE 75270

December 8, 2009

HERBERT MARKER
WEUSETZGASSE 3
WIEN 1100
AUSTRIA

Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

PAR AVION

3642/R884/BM2INT
HERBERT MARKER
NEUSETZGASSE 3
WIEN 1100
AUSTRIA