UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION CORPORATION,

                      Plaintiff,

            -against-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

                     Defendants.
-------------------------------------------------------------X
In re BERNARD L. MADOFF,

                     Debtor

-------------------------------------------------------------X

**Adversary Proceeding**

**No. 08-01789 (BRL)**

**SIPA Liquidation**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                   ) ss.
COUNTY OF NEW YORK   )

KATHLEEN DREW, a paralegal in the law offices of Withers Bergman LLP, the attorneys for the Claimant Felkirk Limited, in the above entitled proceeding being duly sworn, deposes and says:

    I am over eighteen years of age and am not a party to the above entitled proceeding.

    On the 8th day of February 2010, I caused to be served true and correct copies of:

    1. Felkirk Limited's Amended Objection to Trustee's Determination of Claim

via hand delivery, mail, and ECF to: Irving Picard, Trustee, Baker & Hostetler, Claims Department, 45 Rockefeller Plaza, New York, New York 10111.

                                               _____
                                               Kathleen Drew

Sworn to before me this
8th day of February 2010.

_____
Notary Public

BRIAN DUNEFSKY
Notary Public, State of New York
No. 02DU5055125
Qualified in New York County
Commission Expires June 19, 20_12_

835352.1.