Salvatore Rosamilia
24 Cannon Street
West Orange, New Jersey 07052



Clerk of the United States Bankruptcy Court        February 6, 2010
For the Southern District of New York
One Bowling Green
New York, New York 10004


Re: Bankruptcy Case No. 08-1789(BRL)
    Claim No. 015087


Dear Sir/Madam:

My wife Karyn Rosamilia and I hereby object to the Notice of Trustee's Determination of Claim dated December 8, 2009. The Trustee, Irving H. Picard, denied our SIPC Claim based on his determination that we are not "customers" of BLMIS under SIPA as that term is defined at 15 U.S.C., Sec. 78lll (2). To the contrary, we believe the statute and case law includes us as "customers" of BLMIS.

Please accept this letter as our written notice of opposition to the Trustee's denial of our SIPC Claim. A copy of the Trustee's denial notice is enclosed.

Please allow us to reserve the right to submit additional information and documentation in support of our opposition at a later date.

Thank you for your attention and consideration in our behalf.


Very truly yours,

Salvatore Rosamilia


Cc. Irving H. Picard, Trustee, c/o Baker & Hostetler LLP

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

December 8, 2009

SALVATORE & KARYN ROSAMILIA
24 CANNON STREET
WEST ORANGE, NJ  07052

Dear SALVATORE & KARYN ROSAMILIA:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 015087:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.