THOMAS, ALEXANDER & FORRESTER LLP
Emily Alexander, Esq.
14 27th Avenue
Venice, California 90291
Telephone:  (310) 961-2536
Facsimile:  (310) 526-6852
Email: emilyalexander@tafattorneys.com
*Counsel for FutureSelect Prime Advisor II, LLC,
Merriwell Fund, L.P., Telesis II, LLC, RCW Group, Inc.,
Ronald Ward and Dianne Ward*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**AMENDED CERTIFICATE OF SERVICE**

I, Emily Alexander, hereby certify that on the 7th day of February, 2010, I caused to be served a true and correct copy of the foregoing document entitled OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIMS NOS. 015114-015130 OF FUTURESELECT PRIME ADVISOR II, LLC, MERRIWELL FUND, L.P., TELESIS II, LLC, RCW GROUP, INC., RONALD WARD AND DIANNE WARD, via overnight

courier, on Irving H. Picard, c/o Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York, 10011.

I further certify that on February 11, 2010, I caused copies of the Objection and Notice of Appearance to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing System.

DATED: February 11, 2010
Los Angeles, California

THOMAS, ALEXANDER & FORRESTER LLP

_____
Emily Alexander
14 27th Avenue
Venice, California 90291
Telephone: (310) 961-2536
Facsimile: (310) 526-6852
Email: emilyalexander@tafattorneys.com

Counsel *for FuturePrime Select Advisor II LLC, Merriwell Fund L.P., Telesis II, LLC, RCW Group, Inc., Ronald Ward and Dianne Ward*