# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME:_ 970-923-4222 _____

Account Number:  1S0403
NTC & CO.
FBO JOSEPH SLOVES (111268)
P O BOX 173859
DENVER, CO 80217
Mailing Address for All
Correspondence and Distributions:
Joseph Sloves, 0800 Cluny Road
Aspen, CO 81611

(If incorrect, please change)

Taxpayer I.D. Number (Social Security No.)
__ Redacted _____
The undersigned claimant reserves
the right to supplement or amend
this claim and/or the information
provided with this claim.

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

Please see the attached Bernard L. Madoff Investment Securities LLC statement for
the period ending 11/30/2008

1. Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of          $_____

    b.    I owe the Broker a Debit (Dr.) Balance of             $_____

502180406

    c.    If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          **with this claim form.**        $_____

    d.    If balance is zero, insert "None."    _____

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see the attached Bernard L. Madoff Investment Securities LLC statement for the period ending 11/30/2008 | | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

502180406

3

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                    _____    __X____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:  Peter D. Morgenstern, Esq.
     Morgenstern & Blue, LLC, 885 Third Avenue, New York, NY 10022

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**


Date _____   Signature_____

Date _____   Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**NTC & CO. FBO JOSEPH SLOVES**
**Account Number: 1S0403**

Deposits

1990 - $210,000

1991 - $100,000

1995 - $121,870.36
         $2,000
         $22,000
         $513.33

1996 - $110,784.52

2005 - $58,540.77

2008 - $597,271.62
         $34,212.78

Total Deposits: $1,257,193.30

Withdrawals

2000 - $200,000

2003 - $100,000

2005 - $500,000

Total Withdrawals: $800,000

Net Loss: $457,193.30

BERNARD L. MADOFF
Investment Securities
New York & London

885 Third Ave nue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING

7/19/90

CHECK                                          210,000.00

                                 CLIENT'S ACCOUNT NUMBER

STATE STREET BANK & TRUST CO
CUSTODIAN OF THE IRA OF              1-10702-1
JOSEPH SLOVES
P O BOX 789
BOSTON              MA 02103      **DUPLICATE**    ACCT OF
                                  STATE STREET BANK & TRUST CO

**SHEARSON
LEHMAN
BROTHERS**

AMERICAN
EXPRESS ®

SHEARSON LEHMAN BROTHERS
3 N CORPORATE PK DR
WHITE PLAINS, NY
10604

*** MR. JOSEPH SLOVES                                    11/22/91
SHEARSON AS IRA CUSTODIAN
P.O. BOX 8270
ASPEN CO 81612-8270

DEAR CLIENT:

AS YOU HAVE INSTRUCTED, WE HAVE COMPLETED A FEDERAL FUND MONEY TRANSFER IN THE AMOUNT
OF $ 100,000.00

        FROM: YOUR SHEARSON LEHMAN BROTHERS ACCOUNT   Redacted

        TO: MANUFACTURERS HANOVER TRUST CO.

        FOR THE BENEFIT OF:  Redacted     BERNARD L MADOFF INVESTMENT

        FOR THE FURTHER BENEFIT OF: 0              JOSEPH SLOVES

        THE TRANSFER AGENT HAS CONFIRMED THAT THIS TRANSFER WAS EXECUTED AS A FEDERAL FUNDS
        TRANSACTION WITH PAID REF NUMBER 1122B1Q8393C002368.

        AS CUSTODIANS OF YOUR IRA/KEOGH ACCOUNT WE WILL REPORT THIS DISTRIBUTION
        AS: "TRANSFER OUT OF SHEARSON."

YOUR SHEARSON LEHMAN BROTHERS ACCOUNT HAS BEEN CHARGED $25.00 FOR THE ABOVE TRANSACTION.

IF ANY OF THE ABOVE INFORMATION IS NOT IN ACCORDANCE WITH YOUR INSTRUCTIONS, PLEASE CONTACT
THE MANAGER OF YOUR SHEARSON BRANCH IMMEDIATELY.

**BERNARD L. MADOFF**
**Investment Securities**
**New York □ London**

885 Third Ave
New York, NY 10
(212) 230-2
(800) 221-2
TELEX 235
FAX (212) 486-8

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

4/04/95

CHECK                                                    121,870.36

CLIENT'S ACCOUNT NUMBER

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
BOX 8270
ASPEN                    CO 81612

1-S0109-5

15010950

JOSEPH SLOVES
P. O. BOX 8270
ASPEN, CO  81612

1703

82-326/1021

4/3  95
19

PAY TO THE
ORDER OF  Bernard L. Madoff & Co         | $ 121,820.24

one hundred twenty one thousand Eight hundred twenty +20/100    DOLLARS

PITKIN COUNTY
BANK & TRUST CO.
534 E. HYMAN · (303) 925 6700
ASPEN, COLORADO  81611

FOR  IRA - Rollover

Redacted

CHAIRLAND 1992

4/10/95
9537164-1
0555



*IRA roll over*

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Aven
New York, NY 100
(212) 230-24
(800) 221-22
TELEX 235 1
FAX (212) 486-81

WE HAVE THIS DAY    CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: 1995 CONTRIBUTION

4/26/95

2,000.00

CLIENT'S ACCOUNT NUMBER

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
BOX 8270
ASPEN                    CO 81612

1-S0109-5

---

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY    CREDITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK

4/26/95

22,000.00

CLIENT'S ACCOUNT NUMBER

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
BOX 8270
ASPEN                    CO 81612

1-S0109-5                    M

iNARD L. MADOFF
stment Securities
York □ London

869 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

UST & CO
SEPH SLOVES
CT #954764 IRA
70

CO    81612

**PERIOD ENDING** 4/30/95

**YOUR ACCOUNT NUMBER** 1-S0109-5-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted

**PAGE** 1   M

| ING | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 550,967.37 |
| | | | FIDELITY CASH RESERVES SBI | DIV | | 8.84 |
| | 1,662 | 59067 | DIV 4/03/95 | | | |
| | | | FIDELITY CASH RESERVES SBI | 1 | | 1,662.00 |
| | | | CHECK | CA | | 121,870.36 |
| | | | CHECK | CA | | 513.33 |
| | 170,000 | 39330 | STAPLES INC | 130 | | 224,990.27 |
| | | | SUB DEB CONV | | | |
| | | | 5.000 11/01/1999 | | | |
| ,500 | | 39331 | STAPLES INC | 25 1/2 | 216,750.00 | |
| ,000 | | 42809 | U S TREASURY BILL | 99.140 | 213,151.00 | |
| | | | DUE 06/15/1995 | | | |
| | 250,000 | 39326 | BOSTON CHICKEN INC | 80 | | 202,593.73 |
| | | | SUB DEB CONV | | | |
| | | | 4.500 2/01/2004 | | | |
| ,938 | | 39327 | BOSTON CHICKEN INC | 18 | 160,884.00 | |
| ,000 | | 42810 | U S TREASURY BILL | 99.170 | 213,215.50 | |
| | | | DUE 06/15/1995 | | | |
| | 110,000 | 39328 | LAM RESEARCH CORP | 188 | | 209,989.99 |
| | | | SUB DEB CONV | | | |
| | | | 6.000 5/01/2003 | | | |
| ,932 | | 39329 | LAM RESEARCH CORP | 46 | 180,872.00 | |
| ,000 | | 31346 | U S TREASURY BILL | 99.210 | 327,393.00 | |
| | | | DUE 06/15/1995 | | | |
| | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY CREDITED YOUR
ACCOUNT WITH THE FOLLOWING:

3/12/96

CHECK

110,784.52

CLIENT'S ACCOUNT NUMBER

1-S0109-5          M

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
BOX 8270
ASPEN                    CO 81612

# Charles Schwab & Co., Inc.   SIPC

HEADQUARTERS:
THE SCHWAB BUILDING
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

## TRADE CONFIRMATION

CUSTOMER COPY
Please retain for your records.

Upon the terms and conditions printed on the back hereof and none
other. Please see reverse side for a listing of capacity codes.

| Confirm That You | Quantity | Item Description | Symbol | At The Unit Price Of | Executed On This Date | For Settlement On This Date |
|---|---|---|---|---|---|---|
| OUGHT | 200,000 | SCHWAB MONEY MARKET FUND SWMXX | 1 | | 3/14/00 | 3/14/00 |

| For Your | Account Number | Security Number / CUSIP | Capacity | |
|---|---|---|---|---|
| Cash | Redacted | 808515-10-0 | A | DNYY |

L MMR <6 000002798 000000002805 0001 20000315

JOSEPH SLOVES
CHARLES SCHWAB & CO INC.CUST
IRA CONTRIBUTORY
800 CLUNY RD
ASPEN CO  81611

002798

*090002Z798010L*

Principal Amount                              $200,000.00



**BERNARD L. MADOFF**
Investment Securities
New York □ London

WE HAVE THIS DAY          DEBITED YOUR
ACCOUNT WITH THE FOLLOWING: CHECK WIRE

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2486
800 334-1343
Telex 235130
Fax 212 838-4061

3/13/00

200,000.00

CLIENT'S ACCOUNT NUMBER

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN                           CO 81611

1-S0403-3              M

MMR YY 1

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                    1-S0403-3
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN            CO 81611
```

```
STARTING EQUITY        2/03/00                    1,878,848.01CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  200,000.00-
REALIZED P/L FOR CURRENT YEAR                        196,969.40CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .41CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      1,875,817.00   NET LONG
TOTAL EQUITY                                       1,875,817.41CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.68 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/01

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

```
1ST TRUST & CO                    1-S0403-3
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN            CO 81611
```

```
STARTING EQUITY FOR CURRENT YEAR                   1,875,817.41CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                        276,732.46CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                        .87CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS      2,152,549.00   NET LONG
TOTAL EQUITY                                       2,152,549.87CR

ANNUALIZED RETURN FOR CURRENT YEAR     14.75 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/02


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


```
1ST TRUST & CO                        1-S0403-3
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN                CO 81611
```


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,152,549.87CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 303,703.78CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .90CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,456,252.75    NET LON( |
| TOTAL EQUITY | 2,456,253.65CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.10 %




PORTFOLIO MANAGEMENT REPORT AS OF 12/31/03


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


```
1ST TRUST & CO                        1-S0403-3
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN                CO 81611
```


| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,456,253.65CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 100,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 257,684.57CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .22CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,613,938.00    NET LON |
| TOTAL EQUITY | 2,613,938.22CR |

ANNUALIZED RETURN FOR CURRENT YEAR    10.49 %



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

212 230-2424
800 334-1343
Fax 212 838-4061

WE HAVE THIS DAY DEBITED YOUR
ACCOUNT WITH THE FOLLOWING:

12/26/03

DT   CHECK

100,000.00

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #954764 IRA
0800 CLUNY ROAD
ASPEN              CO 81611

CLIENT'S ACCOUNT NUMBER

1-S0403-3

MEMO

PORTFOLIO MANAGEMENT REPORT AS _/ 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


```
1ST TRUST & CO                    1-S0403-3                              M
FBO JOSEPH SLOVES
FTC ACCT #029547640001
0800 CLUNY ROAD
ASPEN              CO 81611
```

IRA

```
STARTING EQUITY FOR CURRENT YEAR              2,613,938.22CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                   277,931.42CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                 .64CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS  2,891,869.00   NET LONG
TOTAL EQUITY                                   2,891,869.64CR

ANNUALIZED RETURN FOR CURRENT YEAR    10.60 %
```

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**

New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| YOUR ACCOUNT NUMBER | PERIOD ENDING |
|---|---|
| 1-S0403-3-0 | 10/31/05 |

| YOUR TAX PAYER IDENTIFICATIO |
|---|
| Redacted |

1ST TRUST & CO
FBO JOSEPH SLOVES
FTC ACCT #029547640001
0800 CLUNY ROAD
ASPEN                    CO    81611

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 3,911.03 |
| 10/03 | | | | COCA COLA CO | DIV | |
| 10/05 | | | | DIV 9/15/05 10/01/05 | DIV | |
| | | | | HEWLETT PACKARD CO | DIV | |
| 10/05 | | | | DIV 9/14/05 10/05/05 | DIV | |
| | | | | CHECK WIRE | CW | 5,000,000.00 |
| | | | | ALTRIA GROUP INC | DIV | |
| 10/11 | | | | DIV 9/15/05 10/11/05 | | |
| 10/11 | | | | FIDELITY SPARTAN | DIV | |
| | | | | U S TREASURY MONEY MARKET | | |
| 10/12 | | | | DIV 10/12/05 | | |
| 10/12 | | | | FIDELITY SPARTAN | 1 | |
| 10/12 | 82,021 | | 77159 | U S TREASURY MONEY MARKET | | |
| 10/12 | | 700,000 | 78259 | U S TREASURY BILL | 98.922 | |
| 10/12 | | 700,000 | 78447 | DUE 1/26/2006 | 98.832 | |
| 10/12 | | 700,000 | | U S TREASURY BILL | | |
| | | | | DUE 1/26/2006 | | |
| | | | | U S TREASURY BILL | | |
| | | | | DUE 1/26/2006 | | |
| 10/12 | | 850,000 | 78636 | U S TREASURY BILL | 98.760 | |
| | | | | DUE 2/9/2006 | | |
| 10/12 | | 850,000 | 78807 | DUE 2/09/2006 | 98.670 | |
| | | | | U S TREASURY BILL | | |
| | | | | DUE 2/16/2006 | | |
| | | | | CONTINUED ON PAGE 2 | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Mayfai

FIRST TRUST CORPORATION
DBA OF FISERV TRUST COMPANY
717 17TH STREET  SUITE 2600
DENVER, CO 80202

Payer Code:            PRIVATE LABEL
02/05/2009

If you have questions contact:
(800) 331-8120

JOSEPH SLOVES
0800 CLUNY ROAD
ASPEN, CO 81611-0000

## Instructions to Participant

The information on Form 5498 is submitted to the Internal Revenue Service by the trustee or issuer of your individual retirement arrangement (IRA) to report contributions, including any catch-up contributions, and the fair market value of the account. For information about IRAs, see Pub. 590, Individual Retirement arrangements (IRAs), and Pub. 560, Retirement Plans for Small Business (SEP, SIMPLE, and Qualified Plans).

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows traditional IRA contributions for 2005 you made in 2005 and through April 17, 2006. These contributions may be deductible on your Form 1040 or 1040A. However, if you or your spouse was an active participant in an employer's pension plan, these contributions may not be deductible. This box does not include amounts in boxes 2-4 and 8-10.

**Box 2.** Shows any rollover, including a direct rollover to a traditional IRA, you made in 2005. It does not show any amounts you converted from your traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA. They are shown in box 3. See the Form 1040 or 1040A instructions for information on how to report rollovers. If you have ever made any nondeductible contributions to your traditional IRA or SEP IRA and you did not roll over the total distribution, use Form 8606, Nondeductible IRAs, to figure the taxable amount. If property was rolled over, see Pub. 590.

**Box 3.** Shows the amount converted from a traditional IRA, SEP IRA, or SIMPLE IRA to a Roth IRA in 2005. Use Form 8606 to figure the taxable amount.

**Box 4.** Shows amounts recharacterized from transferring any part of the contribution (plus earnings) from one type of IRA to another. See Pub. 590.

**Box 5.** Shows the fair market value of your account at year end. However, if a decedent's name is shown, the amount reported may be

the FMV on the date of death. If the FMV shown is zero for a decedent, the executor or administrator of the estate may request a date-of-death value from the financial institution.

**Box 6.** For endowment contracts only, shows the amount allocable to the cost of life insurance. Subtract this amount from your allowable IRA contribution included in box 1 to compute your IRA deduction.

**Box 7.** May show the kind of IRA reported on this Form 5498.

**Box 8.** Shows SEP contributions made in 2005, including contributions made in 2005 for 2004, but not including contributions made in 2005 for 2006. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

**Box 9.** Shows SIMPLE contributions made in 2005. If made by your employer, do not deduct on your income tax return. If you made the contributions as a self-employed person (or partner), they may be deductible. See Pub. 560.

**Box 10.** Shows Roth IRA contributions you made in 2005 and through April 17, 2006. Do not deduct on your income tax return.

**Box 11.** If this box is checked, you must take a required minimum distribution (RMD) for 2006. An RMD may be required even if this box is not checked. The amount, or offer to compute the amount, and date of the RMD will be furnished to you by January 31 either on Form 5498 (in the blank box to the left of box 10) or in a separate statement. If you do not take the RMD in 2006, you are subject to a 50% excise tax on the amount not distributed. See Pub. 590 for details.

| Taxable State: CO | | | CORRECTED (if checked) | | | |
|---|---|---|---|---|---|---|
| TRUSTEE's or ISSUER's name, street address, city, state, and ZIP code | | 1 IRA contributions (other than amounts in boxes 2-4, and 8-10) $ | | OMB No. 1545-0747 **2005** Form **5498** | | **IRA Contribution Information** |
| FIRST TRUST CORPORATION DBA OF FISERV TRUST COMPANY 717 17TH STREET  SUITE 2600 DENVER, CO 80202 | | 2 Rollover contributions $58,540.77 | | | | |
| TRUSTEE's or ISSUER's Federal identification no. Redacted | PARTICIPANT's social security number Redacted | 3 Roth IRA conversion amount $ | 4 Recharacterized contributions $ | | | Copy B For Participant |
| PARTICIPANT's name, Street address (including apt. no.), city, state, and ZIP code JOSEPH SLOVES 0800 CLUNY ROAD ASPEN, CO 81611-0000 | | 5 Fair market value of account $2,729,803.73 | 6 Life insurance cost included in box 1 $ | | | This information is being furnished to the Internal Revenue Service. |
| | | 7 IRA [X]  SEP [ ]   SIMPLE [ ]   Roth IRA [ ] | | | | |
| | | 8 SEP contributions $ | 9 SIMPLE contributions $ | | | |
| Account number (see instructions) Redacted | | 10 Roth IRA contributions $ | 11 If checked, required minimum distribution for 2006 [ ] | | | |

Form 5498                    (Keep for your records.)                    Department of the Treasury - Internal Revenue Service

5H8022 5.000

TRANSACTION DETAIL
05/31/91 TO 01/19/09

JOSEPH SLOVES

PAGE 2
ACCOUNT NO. Redacted

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | BOOK VALUE |
|------|-------------|-------------|----------------|------------|
| 05/08/06 | CONTRIBUTION 2005 ROLLOVER | | 58,540.77 | |
| 07/30/07 | SHARE ADJUSTMENT 2,729,803.73 UNITS BROKERAGE 2005 YEAR END VALUE TO   JOSEPH SLOVES | | | 2,729,803.73- |
| 08/07/07 | SHARE ADJUSTMENT 3,099,619.91 UNITS BROKERAGE 2006 YEAR END VALUE | | | 3,099,619.91 |
| 09/07/07 | SHARE ADJUSTMENT 3,099,619.91 UNITS BROKERAGE 2006 YEAR END VALUE TO   JOSEPH SLOVES DISTRIBUTION VALUE:            3,099,619.91 | | | 3,099,619.91- |
| 01/19/09 | ENDING BALANCES | 0.00 | 0.00 | 0.00 |

\*    MEMO POSTED ITEMS NOT INCLUDED IN TOTALS.

· PORTFOLIO MANAGEMENT REPORT AS OF 12/31/07                **

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


JOSEPH SLOVES                        1-S0403-3

0800 CLUNY ROAD
ASPEN                    CO 81611


STARTING EQUITY FOR CURRENT YEAR                 3,099,619.91CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      359,482.21CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                    .37CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    3,459,101.75   NET LONG
TOTAL EQUITY                                     3,459,102.12CR

ANNUALIZED RETURN FOR CURRENT YEAR      11.59 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/06


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


1ST TRUST & CO                        1-S0403-3                        M
FBO JOSEPH SLOVES
FTC ACCT #029547640001
0800 CLUNY ROAD
ASPEN                    CO 81611


STARTING EQUITY FOR CURRENT YEAR                 2,729,803.73CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS
REALIZED P/L FOR CURRENT YEAR                      369,816.19CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                    .91CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS    3,099,619.00   NET LONG
TOTAL EQUITY                                     3,099,619.91CR

ANNUALIZED RETURN FOR CURRENT YEAR      13.54 %

**ARD L. MADOFF**
MENT SECURITIES LLC.
ork ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

.ICATE** FOR ACCOUNT NTC & CO.
I SLOVES

.LUNY ROAD
CO 81611

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 2/29/08 | *****6253 | 1 |

| SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | .89 |
| 5,000 | 9114 | CHECK WIRE | CA | | 597,271.62 |
| | | U S TREASURY BILL | 99.761 | | |
| | | DUE 04/03/2008 | | | |
| 3,646 | 9131 | FIDELITY SPARTAN 4/03/2008 | 1 | 23,646.00 | |
| | | U S TREASURY MONEY MARKET | | | |
| | | NEW BALANCE | | 573,625.75 | .76 |
| | | SECURITY POSITIONS | MKT PRICE | | |
| 9,095 | | FIDELITY SPARTAN | 1 | | |
| | | U S TREASURY MONEY MARKET | | | |
| 0,000 | | U S TREASURY BILL | 99.813 | | |
| | | DUE 04/03/2008 4/03/2008 | | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG        SHORT | | | |
| | | 4,081,521.50 | | | |

YOUR ACCOUNT NUMBER
1-50403-3-0

02/26/2009 14:05 FAX 9709236292          JOSEPH SLOVES                                    ☒002
Feb 26 2009 1:51PM    Fiserv IMS                        3038897565                         p.2

**View Your Account Online!**
www.fiserviss-iaservices.com

**Traditional IRA**                                              Page 1 of 4
**April 1, 2008 - June 30, 2008**

>00811 5403586 001 008145
JOSEPH SLOVES
0800 CLUNY ROAD
ASPEN CO 81611-0000

**Account Name:** JOSEPH SLOVES                    **Contact:** CLIENT CONNECTION
**Account Number:** Redacted

### ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**                 **CONTRIBUTION AND DISTRIBUTION SUMMARY**

Current Period                             Rollovers
  Brokerage Accounts       $4,350,897.54     Current Tax Year                      $0.00
  *Cash                           50.60    Contributions
**Total Account Value**      $4,350,898.14     Current Tax Year (2008)               $0.00
                                             Prior Tax Year (2007)                 $0.00
Prior Period
Total Account Value          $4,120,337.90   Employer Contributions
                                             Current Tax Year (2008)               $0.00
                                             Prior Tax Year (2007)                 $0.00

                                           Distributions
                                             Current Tax Year (2008)               $0.00
                                             Current Tax Year Withholding (2008)   $0.00
                                             Prior Tax Year (2007)                 $0.00
                                             Prior Tax Year Withholding (2007)     $0.00

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.
No other investments are FDIC insured through this institution.

### IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records.
Report any discrepancies to us immediately.

Make sure you are receiving all of your important correspondence about your retirement account. Notify Fiserv ISS when
your mailing address and contact information changes.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC.

00011 5403588 002452 003452 00001/00003

02/26/2009 14:05 FAX 9709236292        JOSEPH SLOVES                        ☒003
Feb 26 2009 1:51PM    Fiserv IMS                3038897565                    p.3

Redacted

Page 2 of 4

## ACCOUNT INVESTMENTS

**Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value**

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE S0403 | 4,086,125.12 | 4,350,897.54 |

Total Value of Brokerage Accounts  $4,350,897.54

### CASH

| Description | Annual Percentage Yield Earned | Previous Reported Value | Current Reported Value |
|---|---|---|---|
| SAVINGS ACCOUNT | 0.32% | 34,212.78 | 0.60 |

Total Value of Cash  $0.60

TOTAL ACCOUNT VALUE  $4,350,898.14

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash | Broker Cash |
|---|---|---|---|---|---|
| Beginning Cash Balance (as of 04/01/2008) | | | | $34,212.78 | $0.00 |
| 04/02/2008 | ISSUE FUNDS TO BROKERAGE FIRM | | | -34,212.78 | |
| 04/02/2008 | SHARE ADJUSTMENT INCREASE | BERNARD L MADOFF BRKG ACCT VALUE | 34,212.7800 | | |
| 04/30/2008 | INTEREST | | | 0.60 | |
| 04/30/2008 | FEE COLLECTION | | | -0.60 | |
| 05/05/2008 | FEE PAYMENT - LOCKBOX | 23.75 | | | |

02/26/2009 14:05 FAX 9709236292          JOSEPH SLOVES                    ☑004
Feb 26 2009 1:51PM    Fiserv IMS              3038897565                  p.4

Redacted

Page 3 of 4

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash | Broker Cash |
|---|---|---|---|---|---|
| 05/06/2008 | FEE REIMBURSEMENT | | | 0.60 | |
| 06/30/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 230,559.6400 | | |
| Ending Cash Balance  (as of 06/30/2008) | | | | $0.60 | $0.00 |

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 60217-3859   800-962-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC.

00811 5403588 002403 003454 00002/00003

02/28/2009 14:06 FAX 9709236292          JOSEPH SLOVES                              ☐005
Feb 28 2009 1:51PM   Fiserv IMS                          3038897565                       P.5

Redacted

## A Guide to Understanding Your Statement of Account

### STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in this statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners or limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED Trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s) by determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.



**FISERV** | Investment
Support
Services

www.fiserviss-iaservices.com

## Traditional IRA
### October 1, 2008 - December 31, 2008

Page 1 of 3



>05694 5664765 002 008145
JOSEPH SLOVES
0800 CLUNY ROAD
ASPEN CO 81611-0000

**Account Name:** JOSEPH SLOVES          **Contact:** CLIENT CONNECTION
**Account Number:** Redacted

## ACCOUNT SUMMARY

**REPORTED ACCOUNT VALUE**

Current Period
  Brokerage Accounts          $4,416,342.65
  *Cash                               $0.00
**Total Account Value          $4,416,342.65**

Prior Period
Total Account Value            $4,416,343.25

**CONTRIBUTION AND DISTRIBUTION SUMMARY**

Rollovers
  Current Tax Year                      $0.00

Contributions
  Current Tax Year (2008)               $0.00
  Prior Tax Year (2007)                 $0.00

Employer Contributions
  Current Tax Year (2008)               $0.00
  Prior Tax Year (2007)                 $0.00

Distributions
  Current Tax Year (2008)               $0.00
  Current Tax Year Withholding (2008)   $0.00
  Prior Tax Year (2007)                 $0.00
  Prior Tax Year Withholding (2007)     $0.00

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

As required by law, the fair market value reported on this statement will be furnished to the Internal Revenue Service on IRS Form 5498, if the account is an IRA, SEP, Simple, or Roth account.

717 17th Street, Ste. 1700, Denver, CO 80202-3331 » PO Box 173859, Denver, CO 80217-3859 » 800-962-4238

*Trust and custodial services provided by Trust Industrial Bank, member FDIC.*

CLINS (01-09), RMD (01-09)          05694 5664765 018063 027460 00001/00002          ROLLSTF RDNH01200

Redacted

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

### BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE S0403 | 4,416,342.65 | 4,416,342.65 |
| **Total Value of Brokerage Accounts** | | **$4,416,342.65** |
| **TOTAL ACCOUNT VALUE** | | **$4,416,342.65** |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash | Broker Cash |
|---|---|---|---|---|---|
| **Beginning Cash Balance** (as of 10/01/2008) | | | | $0.60 | $0.00 |
| 10/09/2008 | FEE COLLECTION | | | -0.60 | |
| **Ending Cash Balance** (as of 12/31/2008) | | | | $0.00 | $0.00 |

## EXHIBIT A TO CLAIM FORM OF
## NTC & CO. FBO JOSEPH SLOVES, ACCT. NO. 1SO403

1. The Claim Form and supporting documentation (collectively "Claim Form") was submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. The Claim Form was required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does the Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

*Claim of NTC & Co. FBO Joseph Sloves, Acct. No. 1SO403*

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documentation contain confidential information. The Claimant has submitted this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Claim Form was submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, the Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submitted documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement the submission, including the submission of additional documents, if deemed necessary.


Please send all correspondence to:

Matthew A. Kupillas
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 613-5697
Fax: (212) 273-4331

Attorney for Joseph Sloves


2

*Claim of NTC & Co. FBO Joseph Sloves, Acct. No. 1SO403*