Marc G. Rosenberg
McLAUGHLIN & STERN, LLP
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 448-1100
mrosenberg@mclaughlinstern.com
Attorneys for Howard Kaye, Howard Kaye IRA,
Kaye Associates L.P., G. Rendolok LLC,
S. Rendolok LLC and W. Rendolok LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- 
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
--------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**CERTIFICATE OF SERVICE**

    I, Tom Braegelmann, hereby certify that on February 17, 2010 I caused true and correct copies of the respective **Objections to Trustee's Determination of Claim** on behalf of Howard Kaye, Howard Kaye IRA, Kaye Associates L.P., G. Rendolok LLC, S. Rendolok LLC and W. Rendolok LLC to be filed electronically with the Court, and served previously on February 12 via Fedex upon the Court and upon:

    Irving H. Picard, Esq.
    Trustee for Bernhard L. Madoff Investment Securities, LLC
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111

February 17, 2010                                                                 */s/ Tom Braegelmann*