**AGILE GROUP, LLC
AND
AGILE FUNDS INVESTOR COMMITTEE**

February 11, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111


RECEIVED FEB 17 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Re. Limited Objection to the December 8, 2009 Notice of Trustee's Determination of Claim applicable to Bernard L. Madoff Investment Securities, LLC ("BLMIS"). Amendment to "preservation of rights" letter of February 3, 2010, copy attached.

Clerk of the Court and Trustee Picard:

In reviewing the claim numbers sent with the February 3 letter we noted that some investors were inadvertently omitted from Lists I or II and that a few of the submitted claim numbers were incorrect. Those omissions and errors are corrected below.

Please file this letter with the February 3 material, to be dealt with if, as and when the existing SIPA statute is amended by Congress to include "indirect" investors as "customers" or other action is taken to provide relief for "indirect" investors.

**Additions to List I**
Barbara Greweling, claim number 14462
Gary Ray, claim number 12888
Loren Snyder, claim number 70123
Sharon S. Wherry, claim number 12973

**Addition to List II**
Sharon S, Wherry, claim number 10405

**Corrections to List I**
Tom Daley, page 3, third investor; claim number 103987 is incorrect and should be 13987.

Jack Cutter, page 3, next to last investor; the second claim number 911259 is incorrect and should be 11269

Joie and Linda Stewart, page 5, tenth investor; claim number 1160 is incorrect and should be 10314.

**Correction to list II**
Phillis Moore, page 2, fifth investor; claim number 1594 is incorrect and should be 10361.

Yours very truly,

*John F. Neal*

John Neal
Co-Manager
Agile Group, LLC
970-587-4509
johnneal@agilegroup.com
PO Box 1809
Longmont, CO 80502

*Peter J. Leveton*

Peter J. Leveton
Co-Chairman
Agile Funds Investor Committee
303-981-8783
pete3489@aol.com
5653 W. Iliff Drive
Lakewood, CO 8022

# AGILE GROUP, LLC
# AND
# AGILE FUNDS INVESTOR COMMITTEE

February 3, 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York New York 10004

Irving H. Picard, Trustee
C/o Baker & Hostetler LLP
Attn.: Claims Department
45 Rockefeller Plaza
New York, New York 10111

Re. **Limited Objection to the December 8, 2009 Notice of Trustee's Determination of Claim applicable to Bernard L. Madoff Investment Securities, LLC ("BLMIS")**

Clerk of the Court and Trustee Picard:

This letter, the claimants and claim numbers reflected on the three attached listings are submitted pursuant to the attached December 23, 2009 filing extension, from Mr. Thomas Wearsch, Baker & Hostetler.

- List I reflects those claims submitted by Agile Group, LLC, Boulder, Colorado ("Agile") investors and the claim numbers provided to these investors by "Notice of Trustee's Determination of Claim" dated December 8, 2009, (the "Claim Letter").
- List II reflects those claims for Agile directed variable annuity accounts held by AGL Life Assurance Company ("AGL") and claim numbers provided to these investors by the Claim Letter sent to AGL by the Trustee. Claim Letters were sent to AGL and forwarded from AGL to the investors. Although the claim numbers are different, some of these claims might be duplicative of those shown on List I.
- List III reflects the names of Agile investors who believe they submitted claims on or before July 2, 2009 but which claims have not been located and, accordingly, such investors did not receive Claim Letters.

All claim numbers for each investor whose name appears on a Claim Letter are shown together in declining order. Where a claim number is listed but there is no investor listed in the investor column, the investor is the one listed on the immediately preceding line. If you wish the investors' names and claim numbers to be listed differently than provided in this submission, please let us know and we will comply with whatever you request..

We, the listed claimants, believe that we are covered by the Securities Investor Protection Act of 1970 ("SIPA") definition of "customer".

Accordingly, we request that the Court either deem us as Customers or preserve our rights pending a subsequent change in the SIPA statute.

Yours very truly,

*/s/ John Neal*

John Neal
Co-Manager
Agile Group, LLC
970-587-4509
johnneal@agilegroup.com
PO Box 1809
Longmont, CO 80502

*/s/ Peter J. Leveton*

Peter J. Leveton
Co-Chairman
Agile Funds Investor Committee
303-981-8783
pete3489@aol.com
5653 W. Iliff Drive
Lakewood, CO 80227





U.S. POSTAGE PAID
DENVER, CO
80227
FEB 12, 10
AMOUNT
$5.54
00030034-06

7008 2810 0001 0981 4373

Clerk of the United States Bankruptcy
Court for the Southern District of New York
One Bowling Green
New York, New York 10004

10004+1400

Peter J. Leveton
5653 W. Iliff Drive
Lakewood, CO 80227

RETURN RECEIPT
REQUESTED