UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

     Plaintiff,

-against-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

     Defendants.
----------------------------------------------------------------X
In re BERNARD L. MADOFF,

     Debtor
----------------------------------------------------------------X

**Adversary Proceeding**

**No. 08-01789 (BRL)**

**SIPA Liquidation**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          ) ss.
COUNTY OF NEW YORK  )

KATHLEEN DREW, with regard to the above entitled proceeding being duly sworn, deposes and says:

I am over eighteen years of age and am not a party to the above entitled proceeding.

On the 4th day of February 2010, I served true and correct copies of:

1. *Pro Se* Claimant Au Yeut Chan's Objection to Trustee Irving Picard's Determination of Claim;

2. *Pro Se* Claimant Aw Sue Ling's Objection to Trustee Irving Picard's Determination of Claim;

3. *Pro Se* Claimant Timothy Robert Balbirnie's Objection to Trustee Irving Picard's Determination of Claim;

4. *Pro Se* Claimants Timothy Harry Casewell and Usha Bardolia Casewell's Objection to Trustee Irving Picard's Determination of Claim;

5. *Pro Se* Claimant Cheung Lo Lai Wah Nelly's Objection to Trustee Irving Picard's Determination of Claim

6. *Pro Se* Claimant Julian Bruce Childs' Objection to Trustee Irving Picard's Determination of Claim;

7. *Pro Se* Claimants Charles Nicholas Doyle and Linda Doyle's Objection to Trustee Irving Picard's Determination of Claim;

8. *Pro Se* Claimant Maureen Edwards' Objection to Trustee Irving Picard's Determination of Claim;

9. *Pro Se* Claimants Linden Coppell and Paul Maddocks' Objection to Trustee Irving Picard's Determination of Claim;

10. *Pro Se* Claimant David Alec Andrew Fleming Objection to Trustee Irving Picard's Determination of Claim;

11. *Pro Se* Claimant John Stirling Gale's Objection to Trustee Irving Picard's Determination of Claim;

12. *Pro Se* Claimant Richard Jeffrey Clive Hartley's Objection to Trustee Irving Picard's Determination of Claim;

13. *Pro Se* Claimants Christopher Iain Carlyle Jackson and Margaret Eleanor Jackson's Objection to Trustee Irving Picard's Determination of Claim;

14. *Pro Se* Claimant Lai Ming Wai's Objection to Trustee Irving Picard's Determination of Claim;

15. *Pro Se* Claimants Richard Armstrong Lant and Trudy Caroline Lant's Objection to Trustee Irving Picard's Determination of Claim;

16. *Pro Se* Claimant Li Fung Ming Krizia Objection to Trustee Irving Picard's Determination of Claim;

17. *Pro Se* Claimant Richard Ian Livingston's Objection to Trustee Irving Picard's Determination of Claim;

18. *Pro Se* Claimant Lo Kin Ming's Objection to Trustee Irving Picard's Determination of Claim;

19. *Pro Se* Claimants Matthew McCallum and Iris Hoi's Objection to Trustee Irving Picard's Determination of Claim;

20. *Pro Se* Claimants Kamal Kishore Muchhal and Aruna Muchhal's Objection to Trustee Irving Picard's Determination of Claim;

835327.1.

21. *Pro Se* Claimants Ng Shok Mui Susanna and Ng Shok Len's Objection to Trustee Irving Picard's Determination of Claim;

22. *Pro Se* Claimant Richard Rawlinson's Objection to Trustee Irving Picard's Determination of Claim;

23. *Pro Se* Claimants Samuel Frederick Rohdie and Lam Shuk Foon Margaret's Objection to Trustee Irving Picard's Determination of Claim;

24. *Pro Se* Claimant Susan Miranda Selwyn's Objection to Trustee Irving Picard's Determination of Claim;

25. *Pro Se* Claimant Judith Elizabeth Sihombing's Objection to Trustee Irving Picard's Determination of Claim;

26. *Pro Se* Claimant Sala Sihombing's Objection to Trustee Irving Picard's Determination of Claim;

27. *Pro Se* Claimants Robert Douglas Steer and Jeanette Margaret Scott Steer's Objection to Trustee Irving Picard's Determination of Claim;

28. *Pro Se* Claimant To Wing Sik Benjamin's Objection to Trustee Irving Picard's Determination of Claim;

29. *Pro Se* Claimant Paul Allen Wheatley's Objection to Trustee Irving Picard's Determination of Claim;

30. *Pro Se* Claimant Frederick Roy White's Objection to Trustee Irving Picard's Determination of Claim;

31. *Pro Se* Claimants Yeung Kai Tai and Leung Chun Man Connie's Objection to Trustee Irving Picard's Determination of Claim;

32. *Pro Se* Claimants Stephen Bernard Roder and Richa Roder's Objection to Trustee Irving Picard's Determination of Claim;

33. *Pro Se* Claimant James Robert Fink's Objection to Trustee Irving Picard's Determination of Claim;

34. *Pro Se* Claimant Rachel Anne Rogers' Objection to Trustee Irving Picard's Determination of Claim;

35. *Pro Se* Claimant Lam Pok Lai Anthony's Objection to Trustee Irving Picard's Determination of Claim;

36. *Pro Se* Claimants Yeung Chee Shing Anthony an Lee Lai Chun Anges' Objection to Trustee Irving Picard's Determination of Claim;

835327.1.

37. *Pro Se* Claimant Ying Yu Hing's Objection to Trustee Irving Picard's Determination of Claim;

38. *Pro Se* Claimant Chung Thi Minh-thu's Objection to Trustee Irving Picard's Determination of Claim;

39. *Pro Se* Claimants Law Kin Kwok and Yung Chi Shan Christine's Objection to Trustee Irving Picard's Determination of Claim;

40. *Pro Se* Claimants Lai Kau and Lau Siu Ying's Objection to Trustee Irving Picard's Determination of Claim;

41. *Pro Se* Claimants Lim Gee Chung Godfrey and Ho Yuk Fung Jackie's Objection to Trustee Irving Picard's Determination of Claim;

42. *Pro Se* Claimants Paula Patricia Marriott and Timothy Clive Marriott's Objection to Trustee Irving Picard's Determination of Claim;

via hand delivery and mail to: Irving Picard, Trustee, Baker & Hostetler, Claims Department, 45 Rockefeller Plaza, New York, New York 10111.

_____
Kathleen Drew

Sworn to before me this
4th day of February 2010.

_____
Notary Public

BRIAN DUNEFSKY
Notary Public, State of New York
No. 02DU5055125
Qualified in New York County
Commission Expires June 19, 2012

4

835327.1.