WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Email: hsimon@windelsmarx.com
Regina Griffin
Email: rgriffin@windelsmarx.com

*Special Counsel to Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2010, I served true copies of the **Notice of Adjournment of Hearing to Consider the Motion of Talon Air, Inc. for an Order (a) Compelling BLMIS Trustee to Pay Amounts Owed Under Aircraft Management Agreement, (b) Fixing Time for BLMIS Trustee to Assume or Reject Aircraft Management Agreement and (c) Modifying Stays to Permit Termination of Aircraft**

{10550816:1}

**Lease Agreement** upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
       February 19, 2010

                                                                */s/ Kim Longo*
                                                                KIM LONGO

# SCHEDULE A

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Attorneys for Defendants Merkin, *et al.***
Neil A. Steiner – neil.steiner@dechert.com
Andrew Levander – Andrew.levander@dehcert.com
Howard Schiffman – howard.schiffman@srz.com
Eric Bensky – eric.bensky@srz.com
Lance Gotthoffer – lgotthoffer@reedsmith.com

{10550816:1}

Matthew T. Tulchin – mtulchin@goodwinprocter.com

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Diana G. Adams

BDG Aircharter, Inc.
c/o Blumenfeld Development Group, Ltd.
300 Robins Lane
Syosset, NY 11791
Attn: David Kaplan

{10550816:1}