UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
================================ :
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
  :
 Plaintiff,: Adversary Proceeding
— versus — :
: No. 08-01789 (BRL)
  :
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, : SIPA Liquidation
  :
 Defendant. :
================================ :
  : OBJECTION TO
In re BERNARD L. MADOFF, : TRUSTEE'S DETERMINATION
  : OF CLAIMS
 Debtor. :

My name is Donna Weiss. I was an investor in Tremont ], which invested with Bernard L. Madoff Investment Securities LLC ("BLMIS"), the defendant in this case.

    I filed a Notice of Claim with the SIPC Trustee relating to my investment in [name of fund]. On [date], I received a Notice from the Trustee notifying me that "Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA, as that term is defined." The Trustee thus denied my claim.

    I disagree with the determination of the SIPC Trustee that I was not a customer of BLMIS.

Sincerely,

Donna Weiss

16440 Maddalena Place

Delray Beach Fl 33446

Dr. & Mrs. Jerry Weiss
16440 Maddalena Place
Delray Beach, Florida 33446



WEST PALM BCH FL
02 JAN 2010 PM

Irving H. Picard
Trustee
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

10111+0230