Erich Grohe, 1220 Wien, Aribogasse 22/19, Österreich
Email: erich.grohe@chello.at

----------------------------------------------------------------------

--
An
Baker Hostler LLP
45 Rockefeller Plaza
New York, NY 10111

Fax  001 212 589 4201                              Vienna, 21.Dez.2009

Dear Irving H.Picard

**With thanks I received your letter from 8th December 2009.**
**However, I do not understand why my claims against BLMIS are not acknowledged**
**accepted and not covered by SIPA.**
**On 24th January 2004, I invested in shares Stk.-4,671,80 (Euro 113.000.—)**
**of  Primeo Select Euro Fund.**

Mein Konto ist bei der HSBC
Holder ID:    00792001
Account ID:   1000031
Account Balances: 28.Nov 2008  Total Value Euro 185.563,90

**This fund invested in Herald Fund, managed by Madoff. Therefore I raise an**
**objection//make an appeal and again file my claims at SIPA. All receipts, bank**
**statements and relevant documents were sent to Irving H Picard on 19th February 2009.**
**He received them on 29th February 2009/see copy (SIPC claim form BLMIS in**
**liquidation)**

Erich Grohe
erich.grohe@chello.at

# Kroll (Cayman) Limited

P.O. Box 1102
Bermuda House, 4th Floor
Cayman Financial Centre
Grand Cayman, KY1-1102
CAYMAN ISLANDS
(Tel) 345 946 0081 (Fax) 345 946 0082
www.kroll.com

2 March 2009

Erich Grohe
B043715(LUX)
Aribogasse 22/19
Wien 1220
AUSTRIA

Fax: 0114317119157773

Dear Sirs,

**Primeo Fund – In Voluntary Liquidation (the Fund)**

**Primeo Select Fund**
**Holder ID: 00792001**
**Account ID: 1000031**

On 23 January 2009, the holder of the founder shares of the Fund passed a special resolution to place the Fund in voluntary liquidation and appoint G. James Cleaver and me of Kroll (Cayman) Limited as joint voluntary liquidato (the Liquidators).  A copy of this resolution is enclosed for your records.

1.  Confirmation of investor status

According to the Fund's books and records presently available to the Liquidators, you are listed as an investor.  Plea notify the Liquidators if you are not an investor.

2.  The Fund's investment(s) in Herald Fund SPC/Alpha Prime Equity Hedged Fund Limited

I refer to a letter dated 23 January 2009, circulated by the Fund's directors, to all investors.  You will have noted fro this correspondence that the Fund invested in Herald Fund SPC (Herald) and Alpha Prime Equity Hedged Fu Limited (Alpha) and both Herald and Alpha invested in Bernard L. Madoff Investment Securities LLC (BLMIS).  It also likely that you will be aware that on 15 December 2008, following an application by The Securities Invest Protection Corporation (SIPC), pursuant to The Securities Investor Protection Act (SIPA), the United States Distri Court for the Southern District of New York appointed Irving H. Picard as trustee (the Trustee) for the liquidation BLMIS.

At this stage, due to insufficient information, it has not been possible for the Liquidators to calculate the Fund's clai against either Herald or Alpha.  It should be noted, however, that the Liquidators have formally notified both Hera and Alpha of their appointment and have reserved their rights with regard to any possible future claims the Fund m have against either of them.

**Bericht:Fax senden**

| Datum/Zeit | : 06–MAR–2009 16:09 FRE |
| Faxnummer | : +43 50505 57761 |
| Fax–Name | : RDIC 8286 |
| Modell–Name | : SCX–6x45 Series |

| Nr. | Name/Nummer | | Startzeit | Zeit | Modus | Seite | Ergebn. |
|-----|-------------|---|-----------|------|-------|-------|---------|
| 139 | 00013459460082 | | 06–03 16:07 | 01'21 | ECM | 005/005 | OK |

Primeo Fund Cayman Limited    To ALL KNOWN POTENTIAL CLAIMANTS OF PRIMEO FUND (IN LIQUIDATION)    Page: 8/15    Date: 3/3/20
PRIMEO FUND – IN LIQUIDATION
IN THE MATTER OF THE COMPANIES LAW (2007 REVISION)

PROOF OF DEBT

| Name of investor of record | ERICH GROHE |
|---|---|
| Address of investor of record | ARIBOGASSE 22/19 |
| | 1220 WIEN |
| | AUSTRIA |
| Phone Number | 0043 1 974 68 05  PRIVAT |
| Fax Number | 0043 50505 57761 |
| Email | erich.grohe@chello.at |
| Type: | [X] Individual [ ] Corporation [ ] General Partnership [ ] Limited Partnership [ ] Other |
| Number of shares held (including details of each subscription (date, cost, class) and each redemption (date, receipt and class)) | 4 674,20  PRIMEO FUND SELECT EURO COMPLETION DATE  14.FEB 2006 TRADE DATE  24 JAN 2006 VALUATION DATE  24 JAN 2006  EURO 152.000,- Net Investment  EURO 111.032,- |
| Details of all subscription monies advanced for which shares have not been issued. | |
| Details of all unpaid redemption requests. | |
| Any other details of claim. | |
| Total amount of claim at 23 January 2009 in the currency of shares held. If this includes interest please state the amount of interest included. | Net Investment  EURO 111.000,- Interest  EURO 74 563,90  TOTAL HONOUR EURO 185.563,90 |
| List of all documents attached that support the claim. | Completion Notice  (1) Costumer Copy 14 Feb 2006  (2) Account Balances 28. Dez 2008  (3) Zeichnungsauftrag 14.1.06 |

DEALER COPY

FUND:          PRIMED FUND - SELECT EURO

MANAGER:       BANK AUSTRIA WORLDWIDE FUND MANAGEMENT LIMITED

DEALER:        PRIMED FUND - SELECT EURO

WE CONFIRM THAT WE HAVE COMPLETED YOUR SUBSCRIPTION AS REQUESTED.

COMPLETION DATE:          14-FEB-2002
TRADE DATE:               24-JAN-2002
VALUATION DATE:           31-JAN-2002
PRICE:                    EUR 23.76

GROSS INVESTMENT:         113,000.00

NET INVESTMENT:           111,002.00

TRADE SHARES:             4,671.80

NEW SHARE BALANCE:        4,671.80

TRANSACTION NUMBER:       03089-0003W
REFERENCE NUMBER:         GROHE

CHARGES:                  1,998.00
PAYMENT:                  113,000.00
RETAINED:                 0.00
AMOUNT OVERPAID:          0.00
DEALER NUMBER:            B037035
DEALER COMMISSION:        0.00
COMMENT:

CUSTOMER NUMBER:          B043715
ACCOUNT NUMBER:           1000031
ACCOUNT NAME:             ERICH GROHE


PRIMED FUND - SELECT EURO
C/O BANK OF BERMUDA (CAYMAN) LTD
BRITISH AMERICAN TOWER, 3RD FLOOR
DR. ROY'S DRIVE, GEORGE TOWN
B.W.I.  CAYMAN ISLANDS

**PRIORITY**
**PRIORITAIRE**



BAR FREIGEMACHT
POSTAGE PAID
ÖSTERREICH
AUSTRIA

000205

**PRIORITY**

An
Baker Hostler LLP

45 Rockefeller Plaza

New York

NY 10111

i0111$0230