Paulo Nigro

São Paulo, January 8th, 2010

Irving H. Picard, Trustee
c/o Banker & Hostetler LLP
Attn: Claims Department
45 Rockefeller Plaza
New York, New York 10111

Ref. claim number 009809

To the attention of Mr. Irving H. Piccard, liquidator of the business of Bernard L. Madoff Investment Securities LLC

Dear Sir,

I am willing to file hereby my written opposition to your determination on claim number 009809.

In your determination, you did not consider favourably our claim above based on the fact that we did not have an account directly in the books and records of BLMIS. Therefore, it is your understand that we were not customers of BLMIS under SIPA as that term is defined at 15 U.S.C 78/// , 2.

This letter comes to request you to review your position in this matter. This comprehension *stricto sensu* of who is client of BLMIS and who is not is contrary to the spirit of the investment made with BLMIS, through feeder funds. Although we chose to invest at BLMIS through a feeder fund, it was always clear that the funds invested were ultimately being given to BLMIS for investment decisions and being invested based on decisions by its principal.

Therefore we urge to reconsider your decision on this claim, and to accept ourselves as direct clients of BLMIS, therefore eligible for protection under SIPA.

By so doing, you would prevent us from being two times victims in this matter. At first, we were victims of the wrongdoings perpetrated at BLMIS and now, with this decision, we would be victim of SIPA which would exclude us from any protection under SIPC.

We therefore thank you in advance for considering this claim.

Yours faithfully,

**Attachments:**
Copy of the Notice of Trustee's Determination of Claim;
Copy of Notice of Hearing on Second Applications for Interim Compensation for Services
Copy of Bank Statement – 30Nov/2008 and 07/Jan/2010

Office: Av. das Nações Unidas 4777 – 10andar - CEP 05477-000  São Paulo - SP Telefone: (5511) 5501-3208
Private: Rua Campevas, 370 – apto 214- 05016-010 São Paulo - SP Telefone: (5511) 8639-3209

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008[1]**

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

December 8, 2009

TRAVIATA CONSULTANTS LTD.
C/O MR. NIGRO
VIA COLA DI RIENZO 45
MILANO   20144
ITALY

Dear TRAVIATA CONSULTANTS LTD.:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim No. 009809:

Based on a review of available books and records of BLMIS by the Trustee's staff, you did not have an account with BLMIS. Because you did not have an account, you are not a customer of BLMIS under SIPA as that term is defined at 15 U.S.C. § 78lll (2). Accordingly, your Claim for securities and/or a credit balance is **DENIED**.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after December 8, 2009, the date on which the Trustee mailed this notice.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.



## I. FEES REQUESTED

**Applicants**[1]

| | | |
|---|---|---|
| Baker & Hostetler LLP | Fees: | $21,279,101.85 |
| Counsel to the Trustee | 80%: | $17,023,281.48 |
| (Period: May 1, 2009 through September 30, 2009) | Expenses: | $280,681.62 |
| | | |
| Irving H. Picard, Esq. | Fees: | $835,605.00 |
| SIPA Trustee | 80%: | $668,484.00 |
| (Period: May 1, 2009 through September 30, 2009) | Expenses | $921.25 |
| | | |
| Lee S. Richards, Receiver & | Fees: | $300,000.00 |
| Richards Kibbe & Orbe LLP, Counsel to Receiver[2] | 100%: | $300,000.00 |
| (Period: December 11, 2009 through February 28, 2009) | Expenses: | $6,449.08 |
| | | |
| AlixPartners LLP[3] | Fees: | $316,000.00 |
| Consultant to Receiver | 100%: | $316,000.00 |
| (Period: December 11, 2009 through February 28, 2009) | Expenses: | $15,000.00 |
| | | |
| Windels Marx Lane & Mittendorf | Fees: | $712,614.00 |
| Special Counsel | 80%: | $570,091.20 |
| (Period: June 9, 2009 through October 31, 2009) | Expenses: | $15,072.92 |
| | | |
| Attias & Levy | Fees: | $216,793.92 |
| Special Counsel | 80%: | $173,435.14 |
| (Period: May 1, 2009 through October 31, 2009) | Expenses: | $14,506.80 |
| | | |
| Eugene F. Collins | Fees: | $21,445.82 |
| Special Counsel to the Trustee | 80%: | $17,156.66 |
| (Period: May 1, 2009 through September 30, 2009) | Expenses: | $193.63 |
| | | |
| Lovells LLP | Fees: | $580,942.62 |
| Special Counsel to the Trustee | 80%: | $464,754.10 |
| (Period: May 1, 2009 through September 30, 2009) | Expenses: | $16,613.42 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates, except for Attias & Levy, which has agreed to a 20% public interest discount. All Applicants have also agreed to a holdback of 20% of fees, which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

[2] Applicants are not subject to any holdback of fees as this is Applicant's final fee application.

[3] Applicant is not subject to any holdback of fees as this is Applicant's final fee application.

300044687     2

| Applicants[1] | | |
|---|---|---|
| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(Period: May 1, 2009 through October 31, 2009) | Fees:<br>80%:<br>Expenses: | $262,717.50<br>$210,174.00<br>$30,963.00 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(Period: May 1, 2009 through September 30, 2009) | Fees:<br>80%:<br>Expenses: | $85,137.75<br>$68,110.20<br>$5,533.96 |
| Higgs Johnson Truman Bodden & Co.<br>Special Counsel to the Trustee<br>(Period: May 1, 2009 through September 30, 2009) | Fees:<br>80%:<br>Expenses: | $37,829.25<br>$30,263.40<br>$1,049.11 |
| SCA Creque<br>Special Counsel to the Trustee<br>(Period: May 1, 2009 through October 31, 2009) | Fees:<br>80%:<br>Expenses: | $106,677.50<br>$85,342.00<br>N/A |
| Schifferli Vafadar Sivilotti<br>Special Counsel to the Trustee<br>(Period: May 1, 2009 through September 30, 2009 | Fees:<br>80%:<br>Expenses: | $17,410.00<br>$13,928.00<br>N/A |

## II. REDUCTION IN HOLDBACK[4]

| Applicants | | |
|---|---|---|
| Baker & Hostetler LLP<br>Counsel to the Trustee | Holdback Reduction: | $1,797,074.52 |
| Irving H. Picard, Esq.<br>SIPA Trustee | Holdback Reduction: | $79,741.69 |

## III. AMOUNTS OWED FROM PRIOR COMPENSATION PERIOD[5]

---

[4] Baker & Hostetler LLP ("B&H") and the Trustee are requesting a reduction in the amount of holdback applied to their fees from 20% to 15%, *nunc pro tunc* to December 15, 2008. Should the Court approve the reduction in holdback, the holdback reduction payment will be 5% of the total fees requested by Baker & Hostetler LLP and the Trustee to date, including (i) the fees requested by B&H and the Trustee in Section I of this Notice and (ii) amounts awarded for the period December 15, 2008 through April 30, 2009, which were approved by the Order entered by this Court on August 6, 2009 [Dkt. No. 363]. The Trustee and B&H will be entitled to eighty-five percent (85%) of their incurred fees going forward.

3

300044687

PLEASE TAKE FURTHER NOTICE, that the hearing to consider the Applications may be adjourned without further notice other than by announcement of such adjournment in open Court.

PLEASE TAKE FURTHER NOTICE, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
November 20, 2009

Respectfully submitted,

s/David J. Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

300044687

Asset Statement as of 30.11.2008 in USD

Asset Statement as of 30.11.2008 in USD

Account number 815649

| Currency | Quantity | Description | Yield Duration | Trade date Exchange rate on purchase | Current Market price Exchange rate | Market value in USD Accrued interest | % of assets |
|---|---|---|---|---|---|---|---|
| | | Total alternative investments | | | | | |
| | | Securities without regular market | | | | | |
| USD | 177.57 | Fairfield Sentry Fd Ltd (994280 / VGG3299L1004) | | 16.11.2007 * 1'148.880 | 28.11.2008 1'349.480 | 239'627.16 | 36.94% |
| | | Total securities without regular market | | | | 239'627.16 | 36.94% |

\* Date of the last transaction

Page

Asset Statement as of 07.01.2010 in USD

Asset Statement as of 07.01.2010 in USD

Account number 8156469

| Currency | Quantity | Description | Yield / Duration | Trade date / Exchange rate on purchase | Current / Market price / Exchange rate | Market value in USD / Accrued interest | % of assets |
|---|---|---|---|---|---|---|---|

Securities without regular market

| USD | 177.57 | Fairfield Sentry Fd Ltd (994280 / VGG3299L1004) | | 16.11.2007 * 1'148.880 | 16.12.2008 0.000 | 0.00 | 0.00% |

Total securities without regular market  0.00  0.00%

Guarantees

0.00
0.00

Total guarantees  0.00  0.00%

Total market value
Total accrued interest
Total net assets portfolio Ordinario   100.00%

* Date of the last transaction

Page

