To :  Irving H. Picard, Trustee for the Liquidation of the Business of Bernard L. Madoff Investment Securities LLC

Re :  Bankruptcy Case No. 08-1789 (BRL)

Referred to the Notice of Trustee's Determination of Claim dated 8 December 2009, I strongly disagree with the Trustee's determination that my claim for securities and/or a credit balance is denied. Though I don't have a direct account with BLMIS and not a direct customer of BLMIS under SIPA, but please refer to the attached bank statement that I'm the ultimate investor (victim) who suffered from this investment. As I received this notice very late, so I don't have enough time to prepare the document and please accept my opposition if it is not within 30 days after 8 Dec 2009.

I would like to file this claim again and your reconsideration of my case is highly appreciated.

Date :  January 8th 2010

_____

Tatsuo Inagawa

No.101, 29-36, Ichigaya Sanai-cho, Shinjuku-ku, Tokyo, Japan 162-0846

Cc :  Tsuyoshi Taniguchi

1-16-11, Mizuho-dai, Oami, Chiba, Japan 299-3234

4 January 2010

Portfolio   368220-1

INAGAWA TATSUO

TATSUO INAGAWA
NO.101, 29-36 ICHIGAYA SANAI-CHO
SHINJUKU-KU, TOKYO
JAPAN 162-0846

REF. : 968 KYO / 7000 PLL
AU1.SG1.HNK00
VALUATION AS AT 31 December 2009

| Portfolio | Name | Ccy | Mandate |
|---|---|---|---|
| 368220-1 | INAGAWA TATSUO | USD | NON DISCRETIONARY |



EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

A member of the EFG Group

(If you believe there is any discrepancy between this report and your records, kindly contact our Compliance Officer at telephone no. 65954888)

Incorporated with limited liability in Switzerland.

# EFG Bank

**EFG Bank AG**
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

**INAGAWA TATSUO**

Portfolio 368220-1   Valued in US DOLLARS

4 January 2010
PAGE 1

REF.: 968.KYO17003.PLL

## VALUATION AS AT 31 December 2009

| Ccy | Account Number | Description | Balance | Valuation Amount USD | % |
|---|---|---|---|---|---|
| | | **CASH ACCOUNTS** | | | |
| AUD | 368220.171.8 | CURRENT ACCOUNT | 91.35 | 81.80 | 0.00 |
| NZD | 368220.172.6 | CURRENT ACCOUNT | 1,999,779.08 | 1,451,029.62 | 42.49 |
| USD | 368220.120.3 | CURRENT ACCOUNT | 25,045.15 | 25,045.15 | 0.73 |
| | | | | 1,476,156.57 | 43.23 |

| Ccy | Amount | Description | Interest Rate | Start Date | Maturity Date | Valuation Amount USD | % |
|---|---|---|---|---|---|---|---|
| | | **LOANS** | | | | | |
| USD | -2,709,557.93 | FIXED TERM LOAN | 1.0000 % | 13-10-09 | 12-01-10 | -2,709,557.93 | -79.35 |
| | | Accrued Interest | | | | -6,021.60 | -0.18 |
| | | | | | | -2,715,579.53 | -79.53 |

Exchange rates against USD : AUD 1.1167345  NZD 1.3781794

This document is considered approved unless we are notified in writing of any objection within one month.   Not valid for tax purposes.
(If you believe there is any discrepancy between this report and your records, kindly contact our Compliance Officer at telephone no. 65954888)
Incorporated with limited liability in Switzerland

E. & O. E.

A member of the EFG Group

(COPY watermark across page)

# EFG Bank

EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371j

INAGAWA TATSUO

Portfolio 368220-1  Valued in US DOLLARS

4 January 2010
PAGE 2

REF. : 968 KCO / 7939 PL

## VALUATION AS AT 31 December 2009

| Ccy | Quantity | Description | Purchase Price | Valuation Price | Unrealised Gain or Loss | Purchase Cost USD | Valuation Amount USD | % |
|---|---|---|---|---|---|---|---|---|
| | | **INSURANCE POLICIES** | | | | | | |
| USD | 1 | JOHN HANCOCK VARIABLE LIFE INSURANCE CO, BOSTON POLICY NO. UL00259517 FACE AMT USD10'000'000 995050-591 | 1,554,567.00 | 1,837,261.56 | 282,694.56 | 1,554,567.00 | 1,837,261.56 | 53.81 |
| | | | | | | | 1,837,261.56 | 53.81 |

| Ccy | Quantity | Description | Purchase Price | Valuation Price | Unrealised Gain or Loss | Purchase Cost USD | Valuation Amount USD | % |
|---|---|---|---|---|---|---|---|---|
| | | **INVESTMENT FUNDS – HEDGE FUNDS** | | | | | | |
| USD | 237.93 | FAIRFIELD SENTRY LTD TRUE VALUE CURRENTLY NOT MEANINGFUL GIVEN FRAUD ALLEGATION IN LIQUIDATION VGG3299L1004 994280-000 | 853.20 | Not Available | Not Available | 203,001.57 | Not Available | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Exchange rates against USD : AUD 1.1167345  NZD 1.3781794

This document is considered approved unless we are notified in writing of any objection within one month.   Not valid for tax purposes.   E. & O. E.
(If you believe there is any discrepancy between this report and your records, kindly contact our Compliance Officer at telephone no. 65954888)
incorporated with limited liability in Switzerland

A member of the EFG Group

COPY

# EFG Bank

EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

INAGAWA TATSUO

Portfolio  368220-1  Valued in  US DOLLARS
4 January 2010
PAGE 3

REF: 998 KYO / 7896 PVL

**VALUATION AS AT 31 December 2009**

| Ccy | Quantity | Description | Purchase Price | Valuation Price | Unrealised Gain or Loss | Purchase Cost USD | Valuation Amount USD | % |
|---|---|---|---|---|---|---|---|---|
| | | **EFG INVESTMENT FUNDS – HEDGE FUNDS** | | | | | | |
| USD | 19.7964 | EFG FOCUS HIGH PERFORMANCE FUND LTD -A- USD SUSPENDED. NAV BASED ON THE LAST KNOWN VALUATION VGG294791055 254858-300 | 8,837.74 | 5,112.61 | -73,744.10 | 174,955.37 | 101,211.27 | 2.96 |
| | | | | | | | 101,211.27 | 2.96 |
| | | | | | **GRAND TOTAL :** Accrued interest included : | | 699,049.87 USD -6,021.60 | |

COPY

Exchange rates against USD :  AUD 1.1167345  NZD 1.3781794

This document is considered approved unless we are notified in writing of any objection within one month.  Not valid for tax purposes.
(If you believe there is any discrepancy between this report and your records, kindly contact our Compliance Officer at telephone no. 65954888)
Incorporated with limited liability in Switzerland

E. & O. E.
A member of the EFG Group

# EFG Bank

EFG Bank AG
25 North Bridge Road, #07-00 EFG Bank Building, Singapore 179104
Telephone +65 6595 4888, Facsimile +65 6595 4922
Company/GST Reg. No. T03FC6371J

INAGAWA TATSUO

Portfolio  368220-1  Valued in  US DOLLARS

4 January 2010
PAGE 4

REF.: 988 KYO / TOSO PLL

## VALUATION AS AT 31 December 2009

| Total USD | Asset Classes | Total In | USD | NZD | AUD |
|---|---|---|---|---|---|
| | **PORTFOLIO BREAKDOWN BY CURRENCY AND BY ASSETS** | | | | |
| 1,476,156.57 | CASH ACCOUNTS | 43.23% | 0.73% | 42.49% | 0.00% |
| 1,837,261.56 | INSURANCE POLICIES | 53.81% | 53.81% | | |
| 0.00 | INVESTMENT FUNDS – HEDGE FUNDS | 0.00% | 0.00% | | |
| 101,211.27 | EFG INVESTMENT FUNDS – HEDGE FUNDS | 2.96% | 2.96% | | |
| 3,414,629.40 | TOTAL | 100.00% | 57.50% | 42.49% | 0.00% |
| -2,715,579.53 | LOANS | -79.53% | -79.53% | | |

COPY

The prices mentioned in the present document are provided only as an indication of the portfolio value and the Bank takes no responsibility therefor.

Not valid for tax purposes.

This document is considered approved unless we are notified in writing of any objection within one month.
(If you believe there is any discrepancy between this report and your records, kindly contact our Compliance Officer at telephone no. 65954888)
Incorporated with limited liability in Switzerland

E. & O. E.

A member of the EFG Group

