# EXHIBIT B

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York

**CUSTOMER CLAIM**   Claim Number: 001387

Date Received_____

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**

RECEIVED
FEB 02 2009

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 646 354-3234
HOME:

Taxpayer I.D. Number (Social Security No.)
# 10228 8431

1ZR086
DORI KAMP
35 EAST 85TH STREET
NEW YORK, NY 10028  0968

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:   $833,729.12
   a. The Broker owes me a Credit (Cr.) Balance of   $ ~~—0—~~
   b. I owe the Broker a Debit (Dr.) Balance of   $ ~~—0—~~

502180406          1

    c.    If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, **it must be enclosed**
with this claim form.    $ _____

    d.    If balance is zero, insert "None."     _[signature]_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | [scribbled out] | ✗ No |
| b. | I owe the Broker securities |   | ✓ No |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|   |   | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| ___ | [scribble] | ___ | ___ |
| ___ | [scribble] | ___ | ___ |
| ___ |   | ___ | ___ |
| ___ |   | ___ | ___ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |   | ✓ |

502180406                                   3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. _____ no

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____1/12/09_____   Signature _/s/ Teri Kang_

Date _____  Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

PAGE 1
ACCOUNT NO. 01997300C001

ASSET STATEMENT
AS OF 11/28/98

DORA AMBF

| PAR VALUE/SHARES | DESCRIPTION | MARKET VALUE | UNIT PRICE | DATE PRICED |
|---|---|---|---|---|
| BROKER VALUE | | | | |
| 833,275.12 | BERNARD L MADOFF BRKG ACCT VALUE | 833,275.12 | 1.00 | 02/02/1999 |
| TOTAL INVESTMENTS | | 833,275.12 | | |
| CASH BALANCE | | 454.00 | | |
| PENDING TRADES | | 0.00 | | |
| GRAND TOTAL | | 833,729.12 | | |

*from tSERV Custodial Service*

12/15/2008  09:39    3032932223    FISERV    PAGE  03/09

View Your Account Online!
www.fiserviss-taservices.com

## Traditional IRA
### July 1, 2008 - September 30, 2008

Page 1 of 3

>02757 5514109 002 008145
DORI KAMP
35 EAST 85TH STREET
NEW YORK NY 10028-0954

Account Name: DORI KAMP
Account Number: 019973600001

Contact: CLIENT CONNECTION

### ACCOUNT SUMMARY

| REPORTED ACCOUNT VALUE | | CONTRIBUTION AND DISTRIBUTION SUMMARY | |
|---|---|---|---|
| **Current Period** | | **Rollovers** | |
| Brokerage Accounts | $844,775.12 | Current Tax Year | $0.00 |
| *Cash | $0.00 | | |
| Total Account Value | $844,775.12 | **Contributions** | |
| | | Current Tax Year (2008) | $0.00 |
| **Prior Period** | | Prior Tax Year (2007) | $0.00 |
| Total Account Value | $874,221.84 | | |
| | | **Employer Contributions** | |
| | | Current Tax Year (2008) | $0.00 |
| | | Prior Tax Year (2007) | $0.00 |
| | | **Distributions** | |
| | | **Current Tax Year (2008) | $107,000.00 |
| | | Current Tax Year Withholding (2008) | $0.00 |
| | | **Prior Tax Year (2007) | $80,000.00 |
| | | Prior Tax Year Withholding (2007) | $0.00 |

* FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian. No other investments are FDIC insured through this institution.

** May include distributions that do not apply toward your required minimum distribution.

### IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately

Federal wire instructions for Book-entry Government Securities (including GNMA pool deliveries) have changed for Fiserv ISS, effective September 15, 2008. For information about the new settlement instructions, contact your Customer Service Team at 800 952-4238.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-952-4238

Trust and custodial services provided by Trust Industrial Bank, member FDIC.

02757 9514109 008200 002350 00001/00003

DKK
019973600001

Page 2 of 3

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

BROKERAGE ACCOUNTS

| Description/Account Number | Previous Reported Value | Current Reported Value |
|---|---|---|
| BERNARD L MADOFF BRKG ACCT VALUE ZR086 DKK | 874,052.51 | 844,775.12 |
| Total Value of Brokerage Accounts | | $844,775.12 |
| TOTAL ACCOUNT VALUE | | $844,775.12 |

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash |
|---|---|---|---|---|
| Beginning Cash Balance (as of 07/01/2008) | | | | $169.33 |
| 07/14/2008 | FEE COLLECTION | | | -36.00 |
| 07/17/2008 | ISSUE FUNDS TO BROKERAGE FIRM | | | -133.33 |
| 07/17/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 133.3300 | |
| 09/02/2008 | SHARES SOLD | BERNARD L MADOFF BRKG ACCT VALUE | 42,000.0000 | |
| 09/02/2008 | SALE SETTLEMENT | BERNARD L MADOFF BRKG ACCT VALUE | | 42,000.00 |
| 09/02/2008 | IRA DISTRIBUTION | For Tax Year 2008 | | -42,000.00 |
| 09/30/2008 | VALUATION ADJUSTMENT | BERNARD L MADOFF BRKG ACCT VALUE | 12,589.2800 | |
| Ending Cash Balance (as of 09/30/2008) | | | | $0.00 |

Sirs:
I shredded Madoff Nov '08 statement and have enclosed my papers that I have from Fiserv Custodial Services.

Thank you —

Dori Kamp

Dori
HOWARD L. KAMP

