**UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES

V

BERNARD MADOFF &
BERNARD MADOFF INVESTMENT SECURITIES LLC         Civil No. 08-10791


BE I Angela Dozier-Carter claim the $10.1 billion of unclaimed money as abandoned property of the victims of the Bernard Madoff Ponzi scheme, so be it this 19th day of February 19, 2010. Thank you.


Respectfully,

Angela Dozier-Carter
P.O. Box 581
Franklinton, NC 27525
919-494-2773 (Home)
919-702-5309 (Cell)
ngdozier88@yahoo.com