**CERTIFICATE OF SERVICE**

I, Jonathan M. Landers, certify that on the 26th day of February 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Linda Berger & Howard Berger J/T WROS Acct. No. 1ZB547) to be filed and served on the parties to this action via electronic filing.  In addition, service was effectuated to the following address via Federal Express:

Irving H. Picard, Trustee
c/o Baker Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

  s/  Jonathan M. Landers