# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 2, 2010

Irving H. Picard
direct dial: 212.589.4688
ipicard@bakerlaw.com

Mr. Richard L. Cohen
772 Oakleigh Road
North Woodmere, NY 11581

Re:   Bernard L. Madoff Investment Securities LLC ("BLMIS")
      Bankr. S.D.N.Y., No. 08-1789 (BRL)
      Account No. 1C1346 – Claim No. 001813

Dear Mr. Cohen:

We are in receipt of your letter dated as of February 1, 2010 (Doc. # 1845), in opposition to the Notice of Trustee's Determination dated August 19, 2009.

We understand that your son spoke with Baker Hostetler attorney, James May on February 24, 2010, regarding your allowed claim of $320,902.55. A letter and assignment and release was subsequently mailed to you. As soon as you receive it, please execute, notarize and return it and we will satisfy the undisputed portion of your allowed claim in the amount of $320,902.55.

Regarding your objection, it in part involves the net equity issue. In response to this and your request for a hearing before the Honorable Burton R. Lifland, to date, no hearings have been scheduled on specific objections to the Trustee's claims determination other than a hearing to determine the meaning of "net equity" under the Securities Investor Protection Act ("SIPA") that was held on February 2, 2010. After the Court's decision of March 1, 2010, in which it upheld the Trustee's methodology for determining net equity, and taking into account any appeals of that decision, we will consider how to proceed with the many objections that we have received.

Sincerely,

*Irving Picard*

Irving H. Picard
Trustee

Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC