Objection Deadline: **March 10, 2010**
Hearing Date:        **TBD**

Susan Power Johnston
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone:  (212) 841-1000
Fax:     (212) 841-1010

*Counsel to Pasifin Co. Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

      Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

      Defendant.

-------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

      Debtor.

-------------------------------------------------------------x

Adversary Proceeding
No. 08-01789-BRL

SIPA Liquidation
(Substantively Consolidated)

## CERTIFICATE OF SERVICE

      Craig Stalzer certifies that:

I am not a party to the action, I am over 18 years of age, I am employed by Covington & Burling

LLP, and I reside in New York, New York. On the 5th day of March, 2010, I caused a true and

NY: 650282-1

- 2 -

correct copy of the Objection to Trustee's Determination of Customer Claim of Pasifin Co. Inc.

(Claim No. 003585) to be served on the parties below by the means indicated:


**BY HAND DELIVERY AND FIRST CLASS MAIL, POSTAGE PREPAID:**
    Irving Picard, Trustee
    c/o Baker & Hostetler LLP
    Attn:   Claims Department
    45 Rockefeller Center
    New York, New York 10111

**BY HAND DELIVERY:**
    Clerk of the United States Bankruptcy Court for the Southern District of New York
    One Bowling Green
    New York, New York  10004


Dated: New York, New York
       March 5, 2010

                              /s/ Craig Stalzer
                              Craig Stalzer