**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------
In re:

BERNARD L. MADOFF,

                Debtor
------------------------------------------------------------

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| | SIPA Liquidation |
| Plaintiff, | (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------

## OBJECTION TO THE NOTICE OF TRUSTEE'S DETERMINATION CLAIM

    For his Objection to the Notice of Trustee's Determination of Claim, Gregg Felsen, in his capacity as Trustee of the FBO Trust U/A Arthur L. Felsen, states that the Trustee's definition of "net equity," which the Court accepted in its Order dated March 2, 2010, is inconsistent with the definition of that term set forth in the Securities Investor Protection Act of 1970, 15 U.S.C. § 78 lll(11). In support of this objection, Mr. Felsen relies upon and incorporates by reference the objections and any appeals filed by other BLMIS investors, including but not limited to Lawrence R. Velvel (ECF Document No 456); Sienna Partnership, L.P. (ECF Document No. 1073); Premero Investment LTD (ECF Document No. 986), and S. James Coppersmith (ECF Document No. 981). When properly viewed, the FBO Trust U/A Arthur L. Felsen's net equity

1

for purposes of calculating its claim under the Securities Investor Protection Act of 1970 is well in excess of $500,000.

Dated:  March 9, 2010

/s/ Lawrence M. Shapiro
Lawrence M. Shapiro, P.A.
Mark L. Johnson
Greene Espel P.L.L.P.
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
LShapiro@GreeneEspel.com
MJohnson@GreeneEspel.com
(612) 373-0830