# CERTIFICATE OF SERVICE

I, David S. Stone, hereby certify that on the 9th day of March, 2010, I electronically transmitted a true and correct copy of the foregoing document entitled OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM, to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to all attorneys of record who are ECF registrants. I also certify that on the 3rd day of March, I caused to be served a true and correct copy of the aforementioned document, via Federal Express, on Irving H. Picard, Trustee, c/o Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, New York 10111. Confidential Exhibits to the document have not been filed with the Court at this time, but were served on the Trustee on the 3rd day of March, via Federal Express, pursuant to the Court's Protective Order.

By:_____s/_____
David S. Stone