UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) |
| Plaintiff-Applicant | ) ) ) |
| v. | ) ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) |
| Defendant | ) ) ) |

Adv. Pro. No. 08-01789-BRL

SIPA Application

### Certificate of Service

I, Patricia H. Heer, certify that I am not less than 18 years of age, and that on February 23, 2010, I caused a true and correct copy of the *Opposition of Claimant the Kessler Nominee Partnership to Trustee's Determination of Claim* to be hand delivered to:

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

**and**

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York, New York
March 11, 2010

DUANE MORRIS LLP

By: */s/ Patricia H. Heer*
Patricia H. Heer
1540 Broadway
New York, NY 10036-4086
Telephone: 212-471-1803
Facsimile:  212-214-0808