## AMENDED CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

| | |
|---|---|
| **Name of Customer:** | Aspen Fine Arts Co. Defined Contribution Plan |
| **Mailing Address:** | P.O. Box 3068 |

| **City:** Aspen | **State:** CO | **Zip:** 81628 |
|---|---|---|

**Account No:**    1EM320

**Taxpayer I.D. Number (Social Security No.):**    _ Redacted

**NOTE:**    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008:**

    a.    The Broker owes me a Credit (Cr.) Balance of    $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of    $_____0_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.    $_____0_____

    d.    If balance is zero, insert "None."    _____None_____

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|

See Nov. 30, 2008 1EM320 statements, attached hereto as Exhibit A.

$ 668,719.56 (market value of securities long, per 1EM320-3 statement)

$ 23,100.00 (market value of securities long, per 1EM320-4 statement)

($ 32,620.00) (market value of securities short, per 1EM320-4 statement)

TOTAL:    $ 659,199.56

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|     |                                                                                                                                                                                       | YES | NO |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | --- |
| 3.  | Has there been any change in your account since December 11, 2008? If so, please explain.                                                                                             |     | ✓ |
| 4.  | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker?                                                                        |     | ✓ |
| 5.  | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |     | ✓ |
| 6.  | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). |     | ✓ |
| 7.  | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming.         |     | ✓ |
| 8.  | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers.   |     | ✓ |
| 9.  | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker.                                        |     | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY 10119

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  6/16/09          Signature  _Melvin W. Knyper_  TRUSTEE

As Trustee of AFA/per Melvin Knyper *

Date  _____          Signature  _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.,* corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

* Melvin Knyper is signing this claim form as Trustee of the Aspen Fine Arts Co. Defined Contribution Plan. Proof of Mr. Knyper's authority on behalf of the Aspen Fine Arts Co. Defined Contribution Plan is submitted herewith as Exhibit C.

4

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN   CO   81612

YOUR ACCOUNT NUMBER: 1-EM320-3-0
PERIOD ENDING: 11/30/00
YOUR TAX PAYER IDENTIFICATION NUMBER: *****2098
PAGE: 1

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,494.30 |
| 11/1/12 | 364 | | 3195 | WAL-MART STORES INC | 55.830 | 20,336.12 | |
| 11/1/12 | 238 | | 3697 | INTERNATIONAL BUSINESS MACHS | 87.270 | 20,779.26 | |
| 11/1/12 | 882 | | 7521 | EXXON MOBIL CORP | 72.880 | 64,315.16 | |
| 11/1/12 | 966 | | 8023 | INTEL CORP | 14.510 | 14,054.66 | |
| 11/1/12 | 462 | | 12349 | JOHNSON & JOHNSON | 59.580 | 27,543.96 | |
| 11/1/12 | 630 | | 16675 | J&P. MORGAN CHASE & CO | 38.530 | 24,298.90 | |
| 11/1/12 | 336 | | 21000 | COCA COLA CO | 44.660 | 15,018.76 | |
| 11/1/12 | 196 | | 25326 | MCDONALDS CORP | 55.370 | 10,859.52 | |
| 11/1/12 | 364 | | 29652 | MERCK & CO | 28.550 | 10,406.20 | |
| 11/1/12 | 1,330 | | 33978 | MICROSOFT CORP | 21.810 | 29,060.30 | |
| 11/1/12 | 672 | | 38304 | ORACLE CORPORATION | 17.300 | 11,651.60 | |
| 11/1/12 | 266 | | 51282 | PEPSICO INC | 56.410 | 15,015.06 | |
| 11/1/12 | 154 | | 51784 | APPLE INC | 100.780 | 15,526.12 | |
| 11/1/12 | 1,134 | | 55608 | PFIZER INC | 16.940 | 19,254.96 | |
| 11/1/12 | 266 | | 56110 | ABBOTT LABORATORIES | 54.610 | 14,536.26 | |
| 11/1/12 | 504 | | 60438 | PROCTER & GAMBLE CO | 64.080 | 32,316.32 | |
| 11/1/12 | 182 | | 60436 | AMGEN INC | 59.160 | 10,774.12 | |
| 11/1/12 | 350 | | 64260 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 15,274.00 | |
| 11/1/12 | 840 | | 64762 | BANK OF AMERICA | 21.590 | 18,168.60 | |
| 11/1/12 | 280 | | 68586 | QUALCOMM INC | 33.770 | 9,466.60 | |
| 11/1/12 | 210 | | 69088 | CITI GROUP INC | 124.510 | 11,420.10 | |
| 11/1/12 | 210 | | 72912 | SCHLUMBERGER LTD | 49.480 | 10,398.80 | |
| 11/1/12 | 504 | | 73414 | COMCAST CORP | 16.510 | 8,341.04 | |
| | | | | CLA | | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO   81612

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR TAXPAYER IDENTIFICATION NUMBER: ******2098
YOUR ACCOUNT NUMBER: 1-EM320-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/12 | 994 | | 77238 | AT&T INC | 27 | 26,877.00 | |
| 11/12 | 252 | | 77740 | CONOCOPHILLIPS | 52.510 | 13,242.52 | |
| 11/12 | 168 | | 81564 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,748.72 | |
| 11/12 | 1,022 | | 82066 | CISCO SYSTEMS INC | 16.730 | 17,138.06 | |
| 11/12 | 294 | | 85890 | U S BANCORP | 29.530 | 8,692.82 | |
| 11/12 | 350 | | 86392 | CHEVRON CORP | 73.430 | 25,714.50 | |
| 11/12 | 168 | | 90216 | UNITED TECHNOLOGIES CORP | 53.160 | 8,936.88 | |
| 11/12 | 1,778 | | 90718 | GENERAL ELECTRIC CO | 19.630 | 34,973.14 | |
| 11/12 | 476 | | 94542 | VERIZON COMMUNICATIONS | 30.410 | 14,494.16 | |
| 11/12 | 42 | | 95044 | GOOGLE | 337.400 | 14,171.80 | |
| 11/12 | 588 | | 98868 | WELLS FARGO & CO NEW | 29.000 | 17,545.40 | |
| 11/12 | 420 | | 99370 | HEWLETT PACKARD CO | 34.900 | 14,674.00 | |
| 11/12 | | 575,000 | 21480 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 574,632.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 88.68 |
| 11/12 | | 72,068 | 16579 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 72,068.00 |
| 11/12 | 9,935 | | 25948 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,935.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.22 |
| | | | | CONTINUED ON PAGE  3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-EM320-3-0
YOUR TAX & STATE IDENTIFICATION NUMBER: ******2098

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 9,935 | 51247 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 9,935.00 |
| 11/19 | 50,000 | | 55860 | U.S. TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 1,918 | | 60286 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 1,918.00 | |
| | | | | NEW BALANCE | | 75,610.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 994 | | | AT&T INC | 28.560 | | |
| | 266 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 182 | | | AMGEN INC | 55.540 | | |
| | 154 | | | APPLE INC | 92.670 | | |
| | 840 | | | BANK OF AMERICA | 16.250 | | |
| | 350 | | | CHEVRON CORP | 79.010 | | |
| | 1,022 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 910 | | | CITI GROUP INC | 8.290 | | |
| | 336 | | | COCA COLA CO | 46.670 | | |
| | 504 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 252 | | | CONOCOPHILLIPS | 52.520 | | |
| | 882 | | | EXXON MOBIL CORP | 801.150 | | |
| | 1,778 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******2098
YOUR ACCOUNT NUMBER 1-EM320-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 42 | | | GOOGLE | 292.960 | | |
| | 420 | | | HEWLETT PACKARD CO | 33.280 | | |
| | 966 | | | INTEL CORP | 13.800 | | |
| | 238 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 630 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 462 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 196 | | | MCDONALDS CORP | 58.750 | | |
| | 364 | | | MERCK & CO | 26.720 | | |
| | 1,330 | | | MICROSOFT CORP | 20.220 | | |
| | 672 | | | ORACLE CORPORATION | 16.090 | | |
| | 266 | | | PEPSICO INC | 55.700 | | |
| | 1,134 | | | PFIZER INC | 16.430 | | |
| | 350 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 504 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 280 | | | QUALCOMM INC | 33.570 | | |
| | 210 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,918 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 294 | | | U S BANCORP | 26.980 | | |
| | 168 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 50,000 | | | U.S. TREASURY BILL DUE 03/26/2009 | 99.971 | | |
| | 168 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London.

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO   81612

PERIOD ENDING: 11/30/08
PAGE: 5
YOUR ACCOUNT NUMBER: 1-EM320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2098

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 476 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 364 | | | WAL-MART STORES INC. | 55.880 | | |
| | 588 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG              SHORT | | | |
| | | | | 668,719.56 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

YOUR ACCOUNT NUMBER    1-EM320-3-0

PERIOD ENDING    11/30/08

PAGE    6

YOUR TAX PAYER IDENTIFICATION NUMBER    ******2098

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----|-----|-----|-----|-----|-----|-----|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 818.32 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,613,628.63 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
### New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                     CO   81612

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ******2098
YOUR ACCOUNT NUMBER 1-EM320-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,495.00 |
| 11/12 | | 14 | 42630 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 22,106.00 |
| 11/12 | 14 | | 46956 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 24,934.00 | |
| 11/19 | | 14 | 33060 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 36,386.00 |
| 11/19 | 14 | | 37385 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 42,014.00 | |
| 11/19 | | 14 | 43710 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 4,214.00 | |
| 11/19 | | 14 | 46035 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 51,786.00 |
| | | | | NEW BALANCE | | | 75,611.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 14 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 23,100.00   SHORT 32,620.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# EXHIBIT B

## EXHIBIT B

1. This Amended Claim Form, exhibits, and supporting documentation (collectively "Amended Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008. This Amended Claim Form supercedes the Claim Form that was filed by the Claimant on or around May 20, 2009. The Claim Form that was filed by the Claimant on May 20, 2009 asserted claims relating to two BMIS customer accounts (account numbers 1EM320 and 1EM414). This Amended Claim Form asserts a claim relating to BMIS customer account number 1EM320. A separate amended claim form is being filed by the Claimant relating to BMIS customer account number 1EM414.

2. The information provided in the Amended Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Amended Claim Form. The Claimant reserves the right to amend and/or supplement this Amended Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Amended Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Amended Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Amended Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

Claimant: *Aspen Fine Arts Co. Defined Contribution Plan (Account no. 1EM320)*

9.  To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Amended Claim Form is submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, this Amended Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Below is a list of the documents submitted herewith:

### 2008

- BMIS account statements for Account No. 1EM320 for time period ending 09/30/08.
- BMIS account statements for Account No. 1EM320 for time period ending 10/31/08.
- BMIS account statements for Account No. 1EM320 for time period ending 11/30/08.

Claimant: *Aspen Fine Arts Co. Defined Contribution Plan (Account no. 1EM320)*                    2

# EXHIBIT C

ASPEN FINE ARTS CO.

DEFINED CONTRIBUTION PLAN

Company:      Aspen Fine Arts Co.
              P.O. Box 3068
              Aspen, CO 81612

Effective Date:  January 1, 2000

WHEREAS, Aspen Fine Arts Co. a Colorado Corporation, P.O. Box 3068, Aspen, Colorado 81612, (hereinafter the "Company") desires to adopt a retirement plan in order to provide retirement benefits for its employees, and

WHEREAS, such Plan shall become effective as of January 1, 2000.

NOW THEREFORE, the Company, and Melvin W. Knyper, (hereinafter the "Trustee") hereby agree as follows:

ARTICLE XI

TRUSTEES

## 11.01 - Trust Fund

The Trustees shall receive contributions paid to them in cash, or other property, by the Employer.  All contributions so received, together with the income therefrom shall constitute the Trust Fund and shall be held, managed, and administered in trust pursuant to the terms of this Agreement.  The Trustees hereby accept the Trust created hereunder and agree to perform the duties of Trustees under this Agreement.

## 11.02 - Joint Management

If at any time there is more than one individual Trustee, all Trustees shall jointly manage and control the Trust Fund unless the responsibilities set forth under this Article XI are allocated among them in accordance with Section 11.08.  If such allocation is made, any Trustee to whom such allocation has not been made shall not be liable, either individually or as Trustee, by reason of any duty jointly to manage and control the Trust Fund, for any loss resulting to the Plan which may arise from the acts or omissions of a Trustee to whom such responsibilities have been allocated.

## 11.03 - Investment of Trust Fund

The assets of the Trust Fund shall be invested and reinvested by the Trustees.  Investments and reinvestments may be made in such property as the Trustees, in their discretion, deem advisable.  Such property may include stocks, bonds, secured notes, and real or personal property even though such investments may not be of the character permitted for investment by Trustees under the applicable laws in force now or at any time during the continuance of the Trust.  The Trustees shall not invest assets of the Trust Fund in any Employer securities or Employer real property in violation of Section 407(a) of ERISA.

## 11.04 - Trustee Powers

The Trustees shall have the following powers, subject to the restrictions of Section 11.03, regarding property which may at any time be part of the Trust Fund:

(a)  to invest in any property, whether real or personal, including units of any common trust fund;

(b)  to apply for, purchase, own, maintain, transfer, or surrender any individual or group life insurance policies or contracts, retirement income contracts or endowment or annuity contracts issued by a legal reserve life insurance company;

In no event will the amount applied for life insurance for any participant exceed 49% of such participant's contribution.

XI-1

(c)     to sell at public or private sale, exchange, convey, transfer or otherwise dispose of, any property, whether real or personal. No person dealing with the Trustees shall be bound to see to the application or the purchase money or to inquire into the validity or propriety of any such sale or other disposition;

(d)     to retain, manage, operate, repair and improve; and to mortgage or lease for any period, any real property;

(e)     to compromise, enforce or settle any debt or obligation due from or to third persons;

(f)     to vote, in person or by proxy, any stocks, bonds or o t h e r securities, exercise any options appurtenant to any stocks, bonds or other securities, or exercise any rights to subscribe for additional stocks, bonds or other securities, and make any and all necessary payments therefor; to join in or oppose the reorganization, recapitalization, consolidation, sale or merger of any corporation or other properties, upon such terms and conditions as they may deem advisable; and to accept any securities which may be issued upon any such reorganization, recapitalization, consolidation, sale or merger and thereafter hold the same as a part of the Trust Fund;

(g)     to execute and deliver any deeds, leases, assignments, documents of transfer or other instruments which may be necessary to carry out the powers herein granted;

(h)     to borrow money for the purposes of the Trust Fund, in such amount and upon such terms and conditions as the Trustees deem advisable, and, for any sum so borrowed, to issue promissory notes and to secure the repayment thereof by pledging all or any part of the assets of the Trust Fund.  No person lending money to the Trustees shall be bound to see to the application of any money so lent nor to inquire into the validity or propriety of any such loan.  The Trustees shall not execute loans in violation of Section 406(a) of ERISA if such loan would constitute a prohibited transaction under such Section;

(i)     to cause any investment of the Trust Fund to be registered in, or transferred into, the name of the Trustees, or the name of the nominee, or to retain any investment in unregistered form. The books and records of the Trustees shall at all times show that all such investments are part of the Trust Fund;

(j)     to allow cash in the Trustees' hands to remain uninvested and on deposit in any bank or trust company supervised by the United States or a State at any time and in a reasonable amount;

(k)  to combine part or all of the Trust Fund for investment purposes with funds held under other qualified pension or profit sharing plans managed by a bank or insurance company supervised by the United States or a State; and

(l)  to contest the validity or amount of any tax levied or assessed upon the Trust Fund, if they are indemnified by the Employer against any loss or liability which may result therefrom.

(m)  to lend money to any participant under the Plan the amount of such loan when added to another loan outstanding shall not exceed the lessor of 1/2 of the VESTED ACCRUED BENEFIT or $50,000, reduced by the excess (if any) of the highest outstanding balance of loans during the one year period ending on the day before the loan is made, over the outstanding balance of loans from the plan on the date the loan is made. The loan must be repaid by the fifth anniversary of the date of the loan and bear a reasonable rate of interest. If the loan is for a principal residence or for a residence which will be a principal residence the period of the loan is not limited to 5 years. This paragraph shall be subject to the provisions of Article VII, Section 7.01, and the participant must obtain spousal consent within the 90 day period ending on the date on which the loan is to be secured.

(n)  the Trustee is specifically authorized to buy, sell and trade in securities of any nature, including option contracts and short sales, for cash or on margin and for such purpose may maintain and operate margin accounts with brokers and may pledge any securities held or purchased by him with such brokers as securities for loans and advances made to the Trustee.

## 11.05 - Payments to Participants and Beneficiaries

The Trustees shall make payments from the Trust Fund at the discretion of the Administrator to Participants and Beneficiaries and for the purpose of paying the expenses of the Trust. The Trustees shall incur no liability regarding any such payment made at the direction of the Administrator.

## 11.06 - Payment of Expenses

The Trust Fund shall be charged with, and the Trustees shall pay therefrom, (1) such reasonable compensation to the Trustees if not full time employed as may be agreed upon from time to time between the Employer and the Trustee, and (2) all other proper charges and payments including all expenses of the Administrator, all real and personal property taxes, transfer taxes and other taxes that may be levied or assessed upon the Trust Fund, unless paid directly by the Employer.

## 11.07 - Investment Manager

The Trustees or the Employer may appoint an investment manager to manage all or any part of the Trust Fund. In such case the Trustees shall have no fiduciary liability for the acts or omissions of such investment manager and shall be under no obligation to invest or otherwise manage the portion of the Target Fund which is subject to the management of such investment manager.

An investment manager is any fiduciary, other than a named fiduciary under ERISA, who: (1) has the power to manage, acquire, or dispose of any part of the Trust Fund, (2) is registered as an investment advisor under the Investment Advisors Act of 1940 or is a bank as defined in that Act or an insurance company qualified to perform the services described in subsection (1), and (3) has acknowledged in writing that he is a fiduciary with respect to the Plan.

XI-3

If an investment manager is appointed by the employer, written notice thereof shall be given to the Trustees, or to the Employer if the investment manager is appointed by the Trustees. A written acceptance of such appointment executed by the investment manager, including his acknowledgement of his status as a fiduciary of the Plan under Section 3(38) of ERISA, shall be attached to this Agreement.

## 11.08 - Allocation of Responsibilities

The Employer may allocate the responsibility to control and manage the assets of the Trust Fund among the Trustees. Any such allocation shall be executed in writing, signed by the Employer and the Trustees, and shall be attached to this Agreement.

The Trustees may delegate responsibilities other than to control and manage the assets of the Trust Fund to persons who are not designated as Trustees and are not named fiduciaries within the meaning of Section 402 of ERISA. The Trustees shall not be liable for the acts or omissions of such persons provided that the Trustees have not violated the provisions of Section 11.10 in making any such delegation.

## 11.09 - Trustees' Accounts

The Trustees shall keep accurate and detailed accounts of all investments, receipts and disbursements and other transactions hereunder. All accounts, books and records relating thereto shall be open to inspection by any person or persons at all reasonable times.

Within 60 days following the close of each Plan year, or such other accounting period as may be prescribed by the Administrator, and within 60 days after the removal or resignation of a Trustee, the Trustees shall file with the Employer and the Administrator a written account settling forth all investments, receipts and disbursements and other transactions effected by the Trustees during such Plan Year or other accounting period, or during the period ending with the date of such removal or resignation.

## 11.10 - Fiduciary Standards

The Trustees shall discharge their duties with respect to the Plan solely in the interest of the Participants and Beneficiaries:

(a)    for the exclusive purposes of (i) providing benefits to Participants and their Beneficiaries, and (ii) defraying reasonable expenses of administering the Plan;

(b)    with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims;

(c)    by diversifying the investments of the Plan so as to minimize the risk of large losses, unless under the circumstances it is clearly prudent not to do so; and

(d)    in accordance with the Plan insofar as the Plan is consistent with the provisions of ERISA.

## 11.11 - Successor Trustees

Unless otherwise directed by the Employer, the number of Trustees shall be the number of Trustees who have executed this Agreement. Each Trustee shall serve at the pleasure of the Board of Directors, and shall hold office until his death, resignation or removal by the Board of Directors. Any Trustee may resign by giving 30 days written notice to the Employer. In the event of the death, resignation or removal of a Trustee, a successor Trustee shall be appointed by the Employer as promptly as possible, which appointment shall become effective upon the acceptance in writing of such appointment by the successor Trustee. Pending the appointment of, and the acceptance by, any successor Trustee of such appointment, any then acting or remaining Trustees shall continue to have full power to act on behalf of the Trust Fund.

A successor Trustee appointed to and accepting the office of Trustee shall have all of the rights, powers and duties of the original Trustees, but no successor Trustee shall in any way be liable or responsible for any act done or omitted in the administration of the Trust prior to the date of his becoming a successor Trustee.

## 11.12 - Removal and Resignation

Upon approval of his accounts by the Employer, the resigning or removed Trustee shall transfer and deliver, upon the Employer's request, the assets held under this Agreement to the successor or remaining Trustees, after paying or reserving such reasonable amounts as such Trustees may deem necessary to provide for the expenses of settlement of such Trustee's accounts and to provide for any sum chargeable against the Trust Fund for which such Trustee may be liable.

## 11.13 - Prohibited Transactions

The Trustees shall not cause the Plan or Trust to engage in any transaction if they knew, or should know, that such transaction is a prohibited transaction described in Section 406(a) of ERISA, nor shall the Trustees deal or act in a manner prohibited by Section 406(b) of ERISA. No person may serve as a Trustee, fiduciary, custodian, counsel, agent, employee, or consultant of the Plan, if such service would violate the provisions of Section 411 of ERISA.

IN WITNESS WHEREOF, the Company has authorized its proper officer to sign
this Agreement and the Trustee has signed this Agreement this 24ᵗʰ day of
May , 2000.

Aspen Fine Arts Co.

By: _____
Melvin W. Knyper, President

Attest:

_____

Trustee

_____
Melvin W. Knyper

# DOCUMENTS SUBMITTED WITH THE AMENDED CLAIM OF ASPEN FINE ARTS CO. DEFINED CONTRIBUTION PLAN

# (Account No. 1EM320)

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO   81612

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-EM320-3-0 | 9/30/08 | ******2098 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 13,384.57 | |
| 9/02 | | | | WAL-MART STORES INC DIV 8/15/08 9/02/08 | DIV | | 68.88 |
| 9/09 | | | | JOHNSON & JOHNSON DIV 8/26/08 9/09/08 | DIV | | 161.00 |
| 9/09 | | | | UNITED PARCEL SVC INC CLASS B DIV 8/25/08 9/09/08 | DIV | | 58.50 |
| 9/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/09/08 | DIV | | .34 |
| 9/10 | | | | CHEVRON CORP DIV 8/19/08 9/10/08 | DIV | | 162.50 |
| 9/10 | | | | UNITED TECHNOLOGIES CORP DIV 8/25/08 9/10/08 | DIV | | 38.40 |
| 9/10 | | 322 | 82382 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 322.00 |
| 9/10 | 50,000 | | 65597 | U S TREASURY BILL DUE 10/16/2008 | 99.848 | | 49,924.00 |
| 9/10 | 49,186 | | 87670 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,186.00 | |
| 9/11 | | | | MICROSOFT CORP DIV 8/21/08 9/11/08 | DIV | | 108.90 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO. 81612

PAGE 2
PERIOD ENDING 9/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER ******2098
YOUR ACCOUNT NUMBER 1-EM320-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/11 | 5,090 | | 92459 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 5,090.00 | |
| 9/16 | | | | MCDONALDS CORP DIV 9/02/08 9/16/08 | DIV | | 52.50 |
| 9/17 | | 490 | 8557 | ORACLE CORPORATION | 19.310 | | 9,442.90 |
| 9/17 | | 110 | 9762 | APPLE INC | 150.770 | | 16,580.70 |
| 9/17 | | 200 | 12005 | PEPSICO INC | 72.440 | | 14,484.00 |
| 9/17 | | 590 | 14050 | ABBOTT LABORATORIES | 58.960 | | 11,195.40 |
| 9/17 | | 840 | 17153 | PFIZER INC | 18.360 | | 15,389.40 |
| 9/17 | | 330 | 18313 | AMERICAN INTL GROUP INC | 15.290 | | 5,032.70 |
| 9/17 | | 380 | 21451 | PROCTER & GAMBLE CO | 72.780 | | 27,641.40 |
| 9/17 | | 340 | 22608 | AMGEN INC | 65.520 | | 8,859.80 |
| 9/17 | | 260 | 25749 | PHILLIP MORRIS INTERNATIONAL | 54.170 | | 14,074.20 |
| 9/17 | | 580 | 26895 | BANK OF AMERICA | 33.040 | | 19,470.60 |
| 9/17 | | 200 | 30047 | QUALCOMM INC | 48.390 | | 9,670.00 |
| 9/17 | | 650 | 31393 | CITY GROUP INC | 18.220 | | 12,544.80 |
| 9/17 | | 150 | 34345 | SCHLUMBERGER LTD | 87.210 | | 13,075.50 |
| 9/17 | | 190 | 35451 | CONOCOPHILLIPS | 72.510 | | 13,769.90 |
| 9/17 | | 760 | 38663 | AT&T INC | 31.350 | | 23,811.20 |
| 9/17 | | 740 | 39789 | CISCO SYSTEMS INC | 23.050 | | 17,028.00 |
| 9/17 | | 130 | 42938 | UNITED PARCEL SVC INC CLASS B | 67.860 | | 8,816.00 |
| 9/17 | | 250 | 44077 | CHEVRON CORP | 83.210 | | 20,792.50 |
| 9/17 | | 120 | 47201 | UNITED TECHNOLOGIES CORP | 65.720 | | 11,642.40 |
| 9/17 | | 1,250 | 48385 | GENERAL ELECTRIC CO | 27.460 | | 34,250.00 |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO 81612

PERIOD ENDING: 9/30/08
YOUR ACCOUNT NUMBER: 1-EM320-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2098
PAGE: 3

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-------|-------------|-----------------|-------------------------------|--------------------------------|
| 9/17 | | 360 | 51460 | VERIZON COMMUNICATIONS | 34.570 | | 12,431.20 |
| 9/17 | | 430 | 52683 | GOOGLE | 432.200 | | 12,965.00 |
| 9/17 | | 450 | 53755 | WELLS FARGO & CO NEW | 33.390 | | 14,340.70 |
| 9/17 | | 290 | 56981 | GOLDMAN SACHS GROUP INC | 154.770 | | 7,733.50 |
| 9/17 | | 310 | 60056 | WAL-MART STORES INC | 62.470 | | 18,105.30 |
| 9/17 | | 650 | 61279 | HEWLETT-PACKARD CO | 46.880 | | 14,520.80 |
| 9/17 | | 650 | 64354 | EXXON MOBIL CORP | 76.000 | | 49,626.00 |
| 9/17 | | 170 | 65577 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 20,190.00 |
| 9/17 | | 720 | 69875 | INTEL CORP | 19.970 | | 14,350.40 |
| 9/17 | | 350 | 74113 | JOHNSON & JOHNSON | 71.150 | | 24,888.50 |
| 9/17 | | 240 | 78470 | JP MORGAN CHASE & CO | 40.930 | | 17,992.20 |
| 9/17 | | 250 | 82788 | COCA COLA CO | 53.790 | | 13,437.50 |
| 9/17 | | 140 | 87066 | MCDONALDS CORP | 64.430 | | 9,015.20 |
| 9/17 | | 270 | 93364 | MERCK & CO | 34.160 | | 9,213.20 |
| 9/17 | | 920 | 95662 | MICROSOFT CORP | 27.520 | | 27,106.80 |
| 9/17 | 575,000 | | 88892 | U S TREASURY BILL DUE 2/12/2009 | 99.511 | 572,186.25 | |
| 9/17 | 16,180 | | 87170 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,180.00 | |
| 9/19 | | | | AMERICAN INTL GROUP INC DIV 9/05/08 9/19/08 | DIV | | 72.60 |
| 9/26 | | | | BANK OF AMERICA DIV 9/05/08 9/26/08 | DIV | | 377.60 |
| 9/26 | | | | QUALCOMM INC DIV 8/29/08 9/26/08 | DIV | | 32.00 |
| | | | | CONTINUED ON PAGE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO. 81612

| PAGE |
|---|
| 4 |

| PERIOD ENDING |
|---|
| 9/30/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|
| ******2098 |

| YOUR ACCOUNT NUMBER |
|---|
| 1-EM320-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | TYPE OF SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/30 | | | | PEPSICO INC DIV 9/05/08 9/30/08 | DIV | | 85.00 |
| 9/30 | 1,218 | | 95073 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,218.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | 36,494.60 |
| | 71,674 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 575,000 | | | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.630 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT 644,431.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO   81612

TAX PAYER IDENT. NUMBER: 1-EM320-3-0

PERIOD ENDING: 10/31/08

YOUR ACCOUNT NUMBER: ******2098

PAGE: 1

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 36,494.60 | |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 95.00 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/09 10/01/08 | DIV | | 24.80 |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 102.60 |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 31.50 |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/25/08 10/10/08 | DIV | | 140.40 |
| 10/31 | 394 | | 7585 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 394.00 | |
| | | | | NEW BALANCE | | 36,494.30 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 72,068 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 575,000 | | | U S TREASURY BILL DUE 2/12/2009 | 99.879 | | |

MARKET VALUE OF SECURITIES-
LONG                        SHORT
611,342.25

*(handwritten notes):*
846,372
16,165.
16,601,378
26,122,025
19,304,299

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



### BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

| PAGE |
|------|
| 2 |

| PERIOD ENDING |
|---------------|
| 10/31/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|-----|
| ******2098 |

| YOUR ACCOUNT NUMBER |
|-----|
| 1-EM320-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 47,728.42 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,038,996.61 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO   81612

| PAGE |
|------|
| 1 |

| PERIOD ENDING |
|---------------|
| 10/31/08 |

| YOUR ACCOUNT NUMBER |
|---------------------|
| 1-EM320-4-0 |

| YOUR TAX PAYER IDENTIFICATION NUMBER |
|--------------------------------------|
| *****2098 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,495.00 |
| | | | | NEW BALANCE | | | 36,495.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO    81612
3068

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-EM320-3-0 | 11/30/08 | *****2098 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,494.30 |
| 11/12 | 364 | | 3195 | WAL-MART STORES INC | 55.830 | 20,336.12 | |
| 11/12 | 238 | | 3697 | INTERNATIONAL BUSINESS MACHS | 87.270 | 20,779.26 | |
| 11/12 | 882 | | 7521 | EXXON MOBIL CORP | 72.680 | 64,315.16 | |
| 11/12 | 966 | | 8023 | INTEL CORP | 14.510 | 14,054.66 | |
| 11/12 | 462 | | 12349 | JOHNSON & JOHNSON | 59.580 | 27,543.96 | |
| 11/12 | 630 | | 16675 | J&P MORGAN CHASE & CO | 38.530 | 24,298.90 | |
| 11/12 | 336 | | 21000 | COCA COLA CO | 44.660 | 15,018.76 | |
| 11/12 | 196 | | 25326 | MCDONALDS CORP | 55.370 | 10,859.52 | |
| 11/12 | 364 | | 29652 | MERCK & CO | 28.550 | 10,406.20 | |
| 11/12 | 1,330 | | 33978 | MICROSOFT CORP | 21.810 | 29,060.30 | |
| 11/12 | 672 | | 38304 | ORACLE CORPORATION | 17.300 | 11,651.60 | |
| 11/12 | 266 | | 51282 | PEPSICO INC | 56.410 | 15,015.06 | |
| 11/12 | 154 | | 51784 | APPLE INC | 100.780 | 15,526.12 | |
| 11/12 | 1,134 | | 55608 | PFIZER INC | 16.940 | 19,254.96 | |
| 11/12 | 266 | | 55610 | ABBOTT LABORATORIES | 54.610 | 14,536.26 | |
| 11/12 | 504 | | 59934 | PROCTER & GAMBLE CO | 64.080 | 32,316.32 | |
| 11/12 | 182 | | 60436 | AMGEN INC | 59.160 | 10,774.12 | |
| 11/12 | 350 | | 64260 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 15,274.00 | |
| 11/12 | 840 | | 64002 | BANK OF AMERICA | 21.590 | 18,168.60 | |
| 11/12 | 280 | | 68562 | QUALCOMM INC | 33.770 | 9,466.60 | |
| 11/12 | 910 | | 69088 | CITI GROUP INC | 12.510 | 11,420.10 | |
| 11/12 | 210 | | 72912 | SCHLUMBERGER LTD | 49.480 | 10,398.80 | |
| 11/12 | 504 | | 73414 | COMCAST CORP | 16.510 | 8,341.04 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACT 2
P O BOX 3068
ASPEN                    CO   81612

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-EM320-3-0 | 11/30/08 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER: *****2098

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 994 | | 77238 | ATT INC | 27 | 26,877.00 | |
| 11/12 | 252 | | 77740 | CONOCOPHILLIPS | 52.510 | 13,242.52 | |
| 11/12 | 168 | | 81564 | UNITED PARCEL SVC INC CLASS B | 52.040 | 8,748.72 | |
| 11/12 | 1,022 | | 82066 | CISCO SYSTEMS INC | 16.730 | 17,138.06 | |
| 11/12 | 294 | | 85890 | U S BANCORP | 29.530 | 8,692.82 | |
| 11/12 | 350 | | 86392 | CHEVRON CORP | 73.430 | 25,714.50 | |
| 11/12 | 168 | | 90216 | UNITED TECHNOLOGIES CORP | 53.160 | 8,936.88 | |
| 11/12 | 1,778 | | 90718 | GENERAL ELECTRIC CO | 19.630 | 34,973.14 | |
| 11/12 | 476 | | 94542 | VERIZON COMMUNICATIONS | 30.410 | 14,494.16 | |
| 11/12 | 42 | | 95044 | GOOGLE | 337.400 | 14,171.80 | |
| 11/12 | 588 | | 98668 | WELLS FARGO & CO NEW | 29.800 | 17,545.40 | |
| 11/12 | 420 | | 99370 | HEWLETT PACKARD CO | 34.900 | 14,674.00 | |
| 11/12 | | 575,000 | 21480 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 999.936 | | 574,632.00 |
| 11/12 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | DIV | | 88.68 |
| 11/12 | 72,068 | | 16579 | DIV 11/12/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 72,068.00 |
| 11/12 | 9,935 | | 25948 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,935.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.22 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-EM320-3-0 | *****2098 | 3 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 9,935 | 51247 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,935.00 |
| 11/19 | 50,000 | | 55860 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 | |
| 11/19 | 1,918 | | 60286 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 1,918.00 | |
| | | | | NEW BALANCE | | 75,610.82 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 994 | | | AT&T INC | 28.560 | | |
| | 266 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 182 | | | AMGEN INC | 55.540 | | |
| | 154 | | | APPLE INC | 92.670 | | |
| | 840 | | | BANK OF AMERICA | 16.250 | | |
| | 350 | | | CHEVRON CORP | 79.010 | | |
| | 1,022 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 910 | | | CITI GROUP INC | 8.290 | | |
| | 336 | | | COCA COLA CO | 46.070 | | |
| | 504 | | | COMCAST CORP CL A | 17.340 | | |
| | 252 | | | CONOCOPHILLIPS | 52.520 | | |
| | 882 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,778 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACT Z
P O BOX 3068
ASPEN        CO    81612

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-EM320-3-0 | 11/30/08 | ******2098 | 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 42 | | | GOOGLE | 292.960 | | |
| | 420 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 966 | | | INTEL CORP | 13.800 | | |
| | 238 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 630 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 462 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 196 | | | MCDONALDS CORP | 58.950 | | |
| | 364 | | | MERCK & CO | 26.720 | | |
| | 1,330 | | | MICROSOFT CORP | 20.220 | | |
| | 672 | | | ORACLE CORPORATION | 16.090 | | |
| | 266 | | | PEPSICO INC | 56.700 | | |
| | 1,134 | | | PFIZER INC | 16.430 | | |
| | 350 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 504 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 280 | | | QUALCOMM INC | 33.570 | | |
| | 210 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 1,918 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 294 | | | U.S. BANCORP | 26.980 | | |
| | 168 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 50,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 168 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

PAGE  5
PERIOD ENDING  11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  ******2098
YOUR ACCOUNT NUMBER  1-EM320-3-0

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 476 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 364 | | | WAL-MART STORES INC | 55.880 | | |
| | 588 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG   668,719.56 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                CO    81612

YOUR ACCOUNT NUMBER: 1-EM320-3-0
PERIOD ENDING: 11/30/08
PAGE: 6
YOUR TAX PAYER IDENTIFICATION NUMBER: ******2098

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 4,818.32 |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,613,628.61 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MadF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

ASPEN FINE ARTS CO
DEFINED CONTRIBUTION PLAN
ACCT 2
P O BOX 3068
ASPEN                    CO    81612

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-EM320-4-0 | ******2098 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 36,495.00 |
| 11/12 | | 14 | 42630 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 22,106.00 |
| 11/12 | 14 | | 46956 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 24,934.00 | |
| 11/19 | | 14 | 33060 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 36,386.00 |
| 11/19 | 14 | | 37385 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 42,014.00 | |
| 11/19 | 14 | | 41710 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 4,214.00 | |
| 11/19 | | 14 | 46035 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 51,786.00 |
| | | | | NEW BALANCE | | | 75,611.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 14 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 23,100.00    32,620.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES