BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### CERTIFICATE OF SERVICE

I, NIKKI M. LANDRIO, hereby certify that on March 16, 2010, I served a true copy of the

**Court's Certification Of Net Equity Order Of March 8, 2010 For Immediate Appeal To The**

**United States Court Of Appeals Pursuant To 28 U.S.C. §158(d)(2)** upon the interested parties

who receive electronic service through ECF, by emailing the interested parties true and correct

copies via electronic transmission to the email addresses designated for delivery and/or by placing

300078157

true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

Dated: New York, New York
      March 16, 2010

                                  *s/Nikki M. Landrio*
                                  NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Claimants**[1]

Helen Davis Chaitman, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103-0084

Jonathan M. Landers, Esq.
Milberg LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119

Matthew Gluck, Esq.
Milberg LLP
One Pennsylvania Plaza
48th Floor
New York, NY 10119

Stephen A. Weiss, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Christopher M. Van Dekieft, Esq.
Seeger Weiss LLP
One William Street
New York, NY 10004

Richard L. Braunstein, Esq.
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802

David L. Barrack, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103

Meredith A. Sharoky, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103

---

[1] Attached as Exhibit 1 is a list of all claimants and their respective counsel.

Brian J. Neville, Esq.
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018

Barry R. Lax, Esq.
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018

Brian Maddox, Esq.
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018

Carole Neville, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

Jeffrey A. Mitchell, Esq.
Gibbons P.C.
One Pennsylvania Plaza
New York, New York 10119

Jeffrey S. Berkowitz, Esq.
Gibbons P.C.
One Pennsylvania Plaza
New York, New York 10119

Mac Folkenflik, Esq.
Folkenflik & McGerity
1500 Broadway, 21st Floor
New York, New York 10036

John Oleske, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016

David Bernfeld, Esq.
Bernfeld, Dematteo & Bernfeld, LLP
600 Third Avenue
New York, New York 10016

George Brunelle, Esq.
Brunelle & Hadjikow, P.C.

One Whitehall Street, 18th Floor
New York, New York 10004

Timothy Kebbe, Esq.
Brunelle & Hadjikow, P.C.
One Whitehall Street, 18th Floor
New York, New York 10004

Sanford P. Rosen, Esq.
Rosen & Associates, P.C.
747 Third Avenue
New York, New York 10017-2803

Marcy Ressler Harris, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Sahar H. Shirazi, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Brian S. Cohen, Esq.
Cohen Law Group, P.C.
301 East 78th Street, Suite 16A
New York, New York 10075

Cole Schotz Meisel Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, New York 10022

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016

James J. Moylan, Esq.
James J. Moylan and Associates, P.C.
PO Box 775965
Tree Haus
31685 Inca Way
Steamboat Springs, CO 80477-5965

Philip Gutsin, Esq.
Engel & Gutsin, LLP
170 Old Country Road, Suite 136

Mineola, NY 11501

Karen E. Wagner, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Denis J. McInerney, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Jonathan D. Martin, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

David Lustig
PO Box 532
Pescadero, CA 94060

Joel I. Gordon Revocable Trust
5723 Waterford
Boca Raton, FL 33496

Burton & Elaine Traub
ITF Paul, Garry & Kenneth Traub
271 Grand Central Pkwy, Apt. 5L
Floral Park, NY 11005

Burton & Elaine Traub
10765 White Aspen Lane
Boca Raton, FL 33428

Lawrence Kaufman and Janet Ellen Kaufman
1068 Cornelius Avenue
Schenectady, NY 12309

Marlene M. Knopf
North 81W 13541 Gulfway Drive
Menomonee Falls, WI 53051

Maurice Levinsky
2210 Cherokee Trail
Valrico, FL 33594

Jonathan D. Fink

NTC. & Co. FBO Jonathan D. Fink
PO Box 173859
Denver, CO 80217

Jonathan D. Fink
4316 Marina City Drive #427
Marina Del Rey, CA 90292

Solomon Turiel
NTC. & Co. FBO Solomon Turiel
PO Box 173859
Denver, CO 80217

Solomon Turiel
11 Soundview Farm Rd.
Weston, CT 06883

Brian S. Appel & Doreen G. Appel
233 Locust Street
West Hempstead, NJ 11552

Gertrude I. Gordon
Revocable Living Trust
5551 Dunrobin Drive, #4203
Sarasota, FL 34238

Joel Ross Tennis Enterprises Inc.
Pension Plan Trust & Joel & Ellen
Ross TIC
24 Plymouth Drive
Scarsdale, NY 10583

Charles Gervitz
18550 Jamestown Circle
Northville, MI 48168

Judith and Daniel Kalman
78 Forest Park Terrace
Monroe Township, NJ 08831

Johnson, Pope, Bokor, Ruppel & Burns, LLP
911 Chestnut Street
Clearwater, FL 33757-1368
Angelina E. Lim, Esq.
Michael C. Cronin, Esq.

Morrison Cohen LLP

300078157                                          8

909 Third Avenue
New York, NY 10022
Fred H. Perkins, Esq.
Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
David Molton, Esq.
Martin S. Siegal, Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Stephen Fishbein, Esq.
James Garrity, Esq.

Dewey & LeBouef LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Seth C. Farber, Esq.
James P. Smith III, Esq.
Kelly A. Librera, Esq.

McCarter & English
245 Park Avenue, 27th Floor
New York, NY 10167
Joseph Lubertazzi, Esq.

Bruce S. Schaeffer, Esq.
404 Park Avenue South
New York, NY 10016

Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18th Fl.
New York, NY 10176
David Parker, Esq.
Matthew J. Gold, Esq.
Jason Otto, Esq.

Goodwin Proctor LLP
53 State Street
Boston, MA 02109
Daniel M. Glosband, Esq.
David J. Apfel, Esq.

Stanley Dale Cohen, Esq.
41 Park Avenue Suite 17-F
New York, NY 10016

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Richard Levin, Esq.

**Pro Se Claimants**

Alan J. Winters
804 Mulberry Lane
Bellaire, TX 77401

Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060  Sao Paulo - SP
Brazil

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Ethel L. Chambers & S. James Chambers
4244 SE Centerboard Ln
Stuart, FL 34997

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Stacey Mathias, Michael Mathias
1722 Coconut Drive
Ft. Pierce, FL 4949

Jason Mathias
5965 Madrano Drive
Sarasota, FL 34232

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Gunther Unflat
Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428-9805

Lillian Gilden
145 E. 74th Street
New York, NY 10021

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Joseph M. Hughart CPA
208 Main Street Suite 105
Milford, MA 01757

Herbert Gamberg
Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6

Canada

Arlene B. Perlis
542 Green Valley Road
Paramus, NJ  07652

Marvin Katkin Revocable Trust
Marvin Katkin Trustee
2808 Willard Avenue
Oceanside, NY 11572

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Simon Jacobs
1 West 81st Street
New York, NY 10024

Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20548

# EXHIBIT 1

**Claimant Represented by Abbey Spanier Rodd & Abrams, LLP**
ELEM/Youth in Distress in Israel Inc.

**Claimant Represented by Bernfeld, DeMatteo & Bernfeld LLP**
Michael Schur
Edith A. Schur

**Claimant Represented by Brunelle & Hadjikow**
James H. Cohen Special Trust
Morrie Abramson et al.

**Claimant Represented by Cohen Law Group, P.C.**
Richard L. Cohen

**Claimant Represented by Cole Schotz, Meisel & Leonard**
Norman Plotnick

**Claimants Represented by Dow Lohnes PLLC**
Michael S. Leeds and Andrea R. Leeds

**Claimant Represented by Engel and Gutsin, LLP**
John J. Ksiez

**Claimant Represented by Folkenflik & McGerity**
Gutmacher Enterprises, L.P.

**Claimants Represented by Fulbright & Jaworski LLP**
Myra Perlen
Stuart Perlen

**Claimant Represented by Gibbons PC**
Donald G. Rynne

**Claimants Represented by Herrick, Feinstein LLP**
A&G Goldman Partnership
Pompart LLC
Magnify, Inc.

**Claimant Represented by James J. Moylan & Associates PC**
Richard Most

**Claimants Represented by Lax & Neville, LLP**
Mary Albanese
Mary Albanese, as trustee for the Dominick Albanese Trust Acct B
William Jay Cohen, as Trustee for the William Jay Cohen Trustee Dated 11/14/89
Eleanor P. Cohen, as Trustee for the Eleanor P. Cohen Trustee dated 11/14/89

Jacob Davis
Fammad, LLC
Myron Feuer
Jerome Fox
Selma Fox
Allen Robert Greene
Julia Greene with Allen Robert Greene as Custodian
Bruce P. Hector MD
Howard Kamp
Bonnie Kansler
Matthew S. Kanlser
Marjorie Kleinman
Dale Kleinman
Elliot S. Kaye
Robert Kehlmann, as trustee for the Trust UW William Kehlmann U/A DTD 1/23/65
Robert Kehlmann, as trustee for the Robert Kehlmann & Diana Tosto Kehlmann Living Trust U/A DTD 3/19/90
Robert Kehlmann, as trustee for the Trust FBO Ephraim Kehlmann U/A DTD 12/30/72
Donald Kent MD
Robert Korn, as Trustee for the Robert Korn Revocable Trust
Rose Less
Ruth Mechaneck
Harriet Meiss, as Trustee of the Harriet K. Meiss Trust
The Morse Family Foundation
Lanny Rose, as Trustee for the Lanny Rose Revocable Trust
Robert L. Schwartz, as trustee of the Robert L. Schwartz 2004 Revocable Trust
Elaine Schlessberg
Angelo Viola
Angelo Viola IRA
Allan Goldstein
Roger & Miriam Williams

**Claimants Represented by Milberg LLP and Seeger & Weiss**
Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE
Ann Denver
Norton Eisenberg
Export Technicians, Inc.
Stephen R. Goldenberg
Judith Rock Goldman
Jerry Guberman
Anita Karimian
Orthopaedic Specialty Group PC
Martin Rappaport
Paul J Robinson
Bernard Seldon
Harold A. Thau
The Aspen Company

**Claimants Represented by Phillips Nizer LLP**
Diane and Roger Peskin
Maureen Ebel
Alan and Rita English
Michael and Joan Epstein
Donald A. Benjamin
David Wingate
Sandra Busel Revocable Trust

300078157                                    14

Joel Busel Revocable Trust
Martin Lifton
Robert F. Ferber
Armand Lindenbaum
Linda Waldman
Mike Stein
Sondra and Norman Feinberg
Chaitman/Schwebel LLC
Ronald Gene Wohl Credit Shelter Trust
Theresa Rose Ryan
Thomas A. Sherman
Barbara and Robert J. Vogel
Howard Israel
Nancy Feldman
David and Susan Glodstein
Brad E. Avergon and Cynthia B. Avergon
Ronnie Sue Ambrosino
Gross Associates
Sanford Harwood
Stephen and Leslie Ehrlich
Dara Norman Simons
Hannah P. Norman Revocable Trust
Paul Allen
Allen Family Trust
Cynthia & Ted Arenson
Jacqueline and Robert Avergon
William I. Bader
Berkowitz-Blau Foundation, Inc.
Morrey Berkwitz
Roz & Henry Bessel
Michael Brillante
Anna Cohn
Russell Dusek
Sabra and Marvin Englebardt Retirement Plan
Alan & Ritz English
Mark Feldman
Leonard Forrest Revocable Trust
Barbara & Richard Gaba
Sol Ganes
Kuntzman Family LLC
Carla Ginsburg
Sidney and Elaine Glodstein
Leslie Goldsmith
Susan Greer
WDG Associates Inc. Retirement Trust
Robert Halio
Estelle Harwood Family LP
Sanford Harwood Family LP
Toby Harwood
Annette Jungreis Trust
Irving Jungreis Trust
Saulius Kajota
Carol Kamenstein
Sloan Kamenstein
Tracy Kamenstein
Ken & Myrna Kohl

Miller Partnership
Miller Trust Partnership
Mishkin Family Trust
Grace Mishkin
William Mishkin
Carol & Stanley Nelson
Martin R. Harnick
Steven Norton
Preffer Family Trust
Realty Negotiators Inc. Defined Benefit Plan
Marvin and Roberta Plateis
Alan & Linda Rosenthal
Helene Saren-Lawrence
Elaine Schaffer Revocable Trust
Elaine Ruth Schaffer
Alice Schindler
Jeffrey Shankman
Herbert Silvera
Shirley Stone
Gunther Unflat
Carla Szymanski Revocable Trust
Whitman Partnership
Wohl George Partners LP
Robert Yaffe
Triangle Properties # 39
R. R. Rosenthal Associates.

**Claimants Represented by Rosen & Associates, P.C.**
David Alan Schustack
Robert Jason Schustack

**Claimant Represented by Schulte Roth & Zabel LLP**
The Picower Foundation
Capital Growth Company
JF Partnership
JEMW Partnership
JLN Partnership
JAB Partnership
Jeffry M. Picower Special Company
JA Special Limited Partnership
Barbara Picower
Jeffry M. Picower
ACF Services Corporation Money Purchase Pension Plans
Trust U/W Abraham Ilershson H. Levine, D. Gerber, N. Levine as Co-Trustees
Noel Levine #2
Noel Levine
Harriette Levine
Noel Levine and Harriette Levine Foundation Inc.
Denise Saul
Dale Ellen Leff

**Claimants Represented by Sonnenshein Nath & Rosenthal LLP**

Alexander A. Stein Trust
Alvin Gindel Revocable Trust Agreement

Alvin R. Rush
BAM LP
Barbara Berdon
Barry Weisfeld
David R. Markin 2003 Trust
Davina Greenspan and Lori Friedman J/T WROS
Elaine Roberts
Elaine Stein Roberts IRA
Elizabeth D. French
Elliott J. Goldstein MD PC
Eric P. Stein
Eric P. Stein IRA
Estate of Helen Shurman
George and Sarah Berman
Greg Goldberg IRA
Harold Hein (IRA)
Jennifer Kelman Revocable Trust, Dated 12/22/04
Joel Goldberg-Pension Profit Sharing Plan
Joel Goldberg-Pension Profit Sharing Plan (not First Trust)
Kerri Goldberg IRA
Kings Park Inc.
L Rags Inc.
Lapin Children LLC
Lauren Goldberg IRA
Lena M. Stein Trust
Lesley Koeppel
LI RAM L.P.
Loren W. Stein
LS Zahn
MAR Partners
Margot Stein
Marilyn and Edward Kaplan
Marsha Peshkin
Marsha Peshkin IRA Marvin E. Bruce (IRA)
Maurice S. Sage Foundation Inc.
Melvin H. Gale and Leona Gale Trust Dated 01/04/94
Michael Mann and Meryl Mann
Millicent Rudnick
MMRNAssociates
Mona and Alan Fisher
Neil Reger Profit Sharing Keogh
Norma Shapiro IRA
Norma Shapiro Trustee
Richard E. Winer Revocable Trust
Robert C. Lapin IRA
Robert T. Schoen MD and Cynthia B. French J/T WROS
Robert W. Renfield Living Trust
Sage Associates
Sage Associates II
Sage Realty
Sharon Stein
Sidney Horowitz (IRA)
SRF Partners
Stanley Elias
Stanley T. Miller IRA
Toby T. Hobish

Trust of Bernice L. Rudnick, Cecil N. Rudnick, et al TSTEES
Trust U/W/O Philip Shapiro

**Claimants Represented by Johnson, Pope, Bokor, Ruppel & Burns, LLP**
Anchor Holdings, LLC

**Claimants Represented by David Polk & Wardwell LLP**
Sterling Equities Associates
Arthur Friedman
David Katz
Gregory Katz
Michael Katz
Saul Katz
L. Thomas Osterman
Martin Tepper
Fred Wilpon
Jeff Wilpon
Richard Wilpon
Mets Limited Partnership

**Claimants Represented by Morrison Cohen LLP**
David Silver

**Claimants Represented by Brown Rudnick LLP**
Kenneth M. Krys and Christopher D. Stride, Liquidators of And For Fairfield Sentry Limited

**Claimants Represented by Shearman & Sterling LLP**
Carl J. Shapiro
Andrew Jaffe Trust U/D/T DTD 5/12/75 As Amended
Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As Amended
Carl Shapiro Trust U/D/T 4/9/03
Carl Shapiro and Ruth Shapiro Family Foundation
Ellen Jaffe Trust U/D/T DTD 5/8/03 As Amended
Jaffe Family 2004 Irrevocable Trust
Jaffe GC-1 LLC
Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Amended
Jennifer Segal Herman 1985 Trust Dated 4/16/84
Jonathan M. Segal Trust U/D/T DTD 12/1/70
Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended
Jonathan M. Segal 2007 Trust
Kimberly Strauss 1988 Trust
Kimberly Strauss 2006 Irrevocable Trust
L. Shapiro Family Trust
Linda Shapiro Family Trust Dated 12/08/76
Linda Shapiro Waintrup 1992 Trust
LSW 2006 Irrevocable Trust
Michael S. Jaffe Trust U/D/T 9/25/71 As Amended

Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Michael S. Jaffe 2007 Trust
Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As Amended
RSZ-JSH Partnership
Ruth Shapiro Trust U/D/T 4/9/03
Samantha Strauss 1985 Trust
Samantha L. Strauss 2003 Irrevocable Trust
Shapiro Family CLAT Joint Venture
Shapiro Family Ltd. Partnership
Shapiro GGC-1 LLC
Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended
Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended
Steven C. Jaffe 2007 Trust

**Claimants Represented by Dewey & LeBouef LLP**
Ellen G. Victor

**Claimants Represented by McCarter & English**
Wachovia Bank, National Association

**Claimants Represented by Bruce S. Schaeffer**
Irving J. Pinto Grantor Retained Annuity Trust of 1994
Irving J. Pinto Grantor Retained Annuity Trust of 1996
Amy Lome Pinto Revocable Trust

**Claimants Represented by Kleinberg, Kaplan, Wolff & Cohen, P.C.**
Lawrence Elins
Malibu Trading and Investing, L.P.

**Claimants Represented by Goodwin Proctor LLP**
Jeffrey A. Berman
Russell DeLucia
Ellenjoy Fields
Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust
Michael C. Lesser
Norman I. Lesser Rev. 11/97 Rev. Trust
Paula E. Lesser 11/97 Rev. Trust

**Claimants Represented by Stanley Dale Cohen, Esq.**
Lee Mellis
Jean Pomerantz T.O.D. Bonita Savitt

**Claimants Represented by Cravath, Swaine & Moore LLP**
Optimal Strategic U.S. Limited
Optimal Arbitrage Limited