# EXHIBIT B

**To:** "Daniel Davis" <davisdan@msn.com>
**Cc:** <donna.m.arce@wachovia.com>
**Sent:** Tuesday, December 30, 2008 12:22 PM
**Attach:** Dan Davis - Apr -08 Stmt.pdf
**Subject:** Re: Transfers effecting Elissa Weiner Credit Line Mortgage- Madoff

Hi Dan -

Attached is a copy of Elissa's PEL statement for April 2008 showing the various transactions.

The Fed Ref # for the outgoing wire of $761,017 to Madoff on 4/3/08 was #0403E3B75DAC003584. It was sent to Bernard Madoff, Act #     1703 at Chase Bank ABA #021000021 for further credit to Karen Davis Act #  0075.

The Fed Ref # for the incoming wire from Chase/Bernard Madoff of $761,017 on 4/8/08 was #0408BIQGC05C002289.

Let me know if you need anything else.

Cornelia

Cornelia S. Conklin, VP
Relationship Manager
Wachovia Wealth Management
WACHOVIA BANK, N.A.
50 Main Street, 5th Floor
White Plains, NY  10606
Office 914.286.5057, Fax 914.286.5002
cornelia.conklin@wachovia.com

The sender of this e-mail is an employee of Wachovia Wealth Management, yet maintains securities licensing through Wachovia Securities. Wachovia Securities LLC, Member NYSE/SIPC is a separate, registered broker-dealer and non-bank affiliate of Wachovia Corporation providing certain retail securities brokerage services. If this communication includes securities business related content, keep in mind that investments in securities and insurance products are: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE.

ATTENTION:  Please do not include private or confidential information such as passwords, account numbers, social security numbers, etc., in emails to us. Additionally, brokerage instructions having financial consequences such as trade orders, funds transfer, etc., should not be included in your email communications to us as we cannot act on such instructions received by email.

For additional information regarding our electronic communication policies please go to
http://www.wachoviasec.com/gotoEmailDisclosure

"Daniel Davis" <davisdan@msn.com>    To "cornelia.conklin" <cornelia.conklin@wachovia.com>

2/1/2009

