# EXHIBIT D



[Domestic Return Receipt - PS Form 3811, February 2004]

Article Addressed to: Internal Revenue Service, Andover, MA 05501

Article Number: 7004 0750 0000 4300 1869



Name of person for whom you are acting (as shown on the tax return)
**Karen Davis**

Address of person for whom you are acting (number, street, and room or suite no.)
**22 Hickory Kingdom Road**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Bedford, New York 10506**

Fiduciary's name

Address of fiduciary (number, street, and room or suite no.)

City or town, state, and ZIP code

Telephone number (optional)

COPY

### Part II  Authority

1  Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary .................... (2) Date of death _____
  b(1) ☐ Court order appointing fiduciary ............................... (2) Date (see instructions) _____
  c    ☐ Valid trust instrument and amendments
  d    ☒ Other. Describe ▶ Acting as nominee - see agreement attached

### Part III  Tax Notices

Send to the fiduciary listed in Part I all notices and other written communications involving the following tax matters:
2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ _____
3  Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ 1040
4  Year(s) or period(s) (if estate tax, date of death) ▶

### Part IV  Revocation or Termination of Notice

#### Section A — Total Revocation or Termination

5  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship .. ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity
  c ☐ Other. Describe ▶

#### Section B — Partial Revocation

6a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ................ ▶ ☐
 b  Specify to whom granted, date, and address, including ZIP code.
   ▶

#### Section C — Substitute Fiduciary

7  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary(ies) and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) .................... ▶ ☐

### Part V  Court and Administrative Proceedings

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)    Date proceeding initiated

Address of court    Docket number of proceeding

City or town, state, and ZIP code    Date    Time    a.m. / p.m.    Place of other proceedings

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ Fiduciary's signature    Title, if applicable    Date

▶ Fiduciary's signature    Title, if applicable    Date

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Form **56** (Rev. 4-2002)
ISA
STF FED1014F