# EXHIBIT E

4.

**KAREN DAVIS, NOMINEE**
**BERNARD L. MADOFF INVESTMENT SECURITIES, LLC**
**A/C #s  0075-3-0 AND  0075-4-0**
**YEAR ENDED DECEMBER 31, 2005**

|  | TOTAL |
|---|---:|
| **DIVIDEND INCOME - NON QUALIFIED** | |
| RECEIVED AS NOMINEE - SEE ATTACHED | 31,206.00 |
| ALLOCATION: | |
| - KAREN DAVIS | 9,176.80 |
| - THE 2004 ELISSA WEINER TRUST | 5,750.13 |
| - RICHARD TUCHMAN | 10,528.92 |
| - ARTHUR ASCH | 2,875.07 |
| - THEODORE WM. TASHLIK | 2,875.07 |
|  | 31,205.99 |
| **DIVIDEND INCOME - UST MONEY MARKET** | |
| RECEIVED AS NOMINEE - SEE ATTACHED | 635.71 |
| ALLOCATION: | |
| - KAREN DAVIS | 198.76 |
| - THE 2004 ELISSA WEINER TRUST | 110.89 |
| - RICHARD TUCHMAN | 215.16 |
| - ARTHUR ASCH | 55.44 |
| - THEODORE WM. TASHLIK | 55.44 |
|  | 635.69 |
| **INTEREST INCOME - UST** | |
| RECEIVED AS NOMINEE - SEE ATTACHED | 47,826.00 |
| ALLOCATION: | |
| - KAREN DAVIS | 14,338.32 |
| - THE 2004 ELISSA WEINER TRUST | 8,687.82 |
| - RICHARD TUCHMAN | 16,152.02 |
| - ARTHUR ASCH | 4,333.91 |
| - THEODORE WM. TASHLIK | 4,333.91 |
|  | 47,825.98 |
| **SHORT TERM CAPITAL GAIN** | |
| RECEIVED AS NOMINEE - SEE ATTACHED | 263,878.30 |
| ALLOCATION: | |
| - KAREN DAVIS | 78,098.39 |
| - THE 2004 ELISSA WEINER TRUST | 48,360.57 |
| - RICHARD TUCHMAN | 89,060.76 |
| - ARTHUR ASCH | 24,180.28 |
| - THEODORE WM. TASHLIK | 24,180.28 |
|  | 263,878.28 |
| **LONG TERM CAPITAL GAIN** | |
| RECEIVED AS NOMINEE - SEE ATTACHED | (45,137.40) |
| ALLOCATION: | |
| - KAREN DAVIS | (12,774.34) |
| - THE 2004 ELISSA WEINER TRUST | (8,580.97) |
| - RICHARD TUCHMAN | (15,201.11) |
| - ARTHUR ASCH | (4,290.49) |
| - THEODORE WM. TASHLIK | (4,290.49) |
|  | (45,137.40) |

**KAREN DAVIS, NOMINEE**
**BERNARD L. MADOFF INVESTMENT SECURITIES, LLC**
**A/C #:  )0075-3-0 AND  3075-4-0**
**YEAR ENDED DECEMBER 31, 2005**

|  | 01/01/2005 TO 03/31/2005 | | 04/01/2005 TO 12/31/2005 | | TOTAL |
|---|---:|---:|---:|---:|---:|
| **DIVIDEND INCOME - NON QUALIFIED** | | | | | |
| RECEIVED AS NOMINEE - SEE ATTACHED | | 6,919.88 | | 24,286.12 | 31,206.00 |
| ALLOCATION: | | | | | |
| - KAREN DAVIS | 22.222223% | 1,537.74 | 31.454471% | 7,639.06 | 9,176.80 |
| - THE 2004 ELISSA WEINER TRUST | 22.222222% | 1,537.75 | 17.344808% | 4,212.38 | 5,750.13 |
| - RICHARD TUCHMAN | 33.333333% | 2,306.63 | 33.855913% | 8,222.29 | 10,528.92 |
| - ARTHUR ASCH | 11.111111% | 768.88 | 8.672404% | 2,106.19 | 2,875.07 |
| - THEODORE WM. TASHLIK | 11.111111% | 768.88 | 8.672404% | 2,106.19 | 2,875.07 |
| | 100.000000% | 6,919.88 | 100.000000% | 24,286.11 | 31,205.99 |
| **DIVIDEND INCOME - UST MONEY MARKET** | | | | | |
| RECEIVED AS NOMINEE - SEE ATTACHED | | 12.89 | | 622.82 | 635.71 |
| ALLOCATION: | | | | | |
| - KAREN DAVIS | 22.222223% | 2.86 | 31.454471% | 195.90 | 198.76 |
| - THE 2004 ELISSA WEINER TRUST | 22.222222% | 2.86 | 17.344808% | 108.03 | 110.89 |
| - RICHARD TUCHMAN | 33.333333% | 4.30 | 33.855913% | 210.86 | 215.16 |
| - ARTHUR ASCH | 11.111111% | 1.43 | 8.672404% | 54.01 | 55.44 |
| - THEODORE WM. TASHLIK | 11.111111% | 1.43 | 8.672404% | 54.01 | 55.44 |
| | 100.000000% | 12.88 | 100.000000% | 622.81 | 635.69 |
| **INTEREST INCOME - UST** | | | | | |
| RECEIVED AS NOMINEE - SEE ATTACHED | | 7,637.09 | | 40,188.91 | 47,826.00 |
| ALLOCATION: | | | | | |
| - KAREN DAVIS | 22.222223% | 1,697.12 | 31.454471% | 12,641.20 | 14,338.32 |
| - THE 2004 ELISSA WEINER TRUST | 22.222222% | 1,697.13 | 17.344803% | 6,970.69 | 8,667.82 |
| - RICHARD TUCHMAN | 33.333333% | 2,545.70 | 33.855913% | 13,606.32 | 16,152.02 |
| - ARTHUR ASCH | 11.111111% | 848.57 | 8.672404% | 3,485.34 | 4,333.91 |
| - THEODORE WM. TASHLIK | 11.111111% | 848.57 | 8.672404% | 3,485.34 | 4,333.91 |
| | 100.000000% | 7,637.09 | 100.000000% | 40,188.89 | 47,825.98 |
| **SHORT TERM CAPITAL GAIN** | | | | | |
| RECEIVED AS NOMINEE - SEE ATTACHED | | 53,130.24 | | 210,748.06 | 263,878.30 |
| ALLOCATION: | | | | | |
| - KAREN DAVIS | 22.222223% | 11,806.71 | 31.454471% | 66,289.68 | 78,096.39 |
| - THE 2004 ELISSA WEINER TRUST | 22.222222% | 11,806.72 | 17.344808% | 36,553.85 | 48,360.57 |
| - RICHARD TUCHMAN | 33.333333% | 17,710.08 | 33.855913% | 71,350.68 | 89,060.76 |
| - ARTHUR ASCH | 11.111111% | 5,903.36 | 8.672404% | 18,276.92 | 24,180.28 |
| - THEODORE WM. TASHLIK | 11.111111% | 5,903.36 | 8.672404% | 18,276.92 | 24,180.28 |
| | 100.000000% | 53,130.23 | 100.000000% | 210,748.05 | 263,878.28 |
| **LONG TERM CAPITAL GAIN** | | | | | |
| RECEIVED AS NOMINEE - SEE ATTACHED | | (15,417.60) | | (29,719.80) | (45,137.40) |
| ALLOCATION: | | | | | |
| - KAREN DAVIS | 22.222223% | (3,426.13) | 31.454471% | (9,348.21) | (12,774.34) |
| - THE 2004 ELISSA WEINER TRUST | 22.222222% | (3,426.13) | 17.344808% | (5,154.84) | (8,580.97) |
| - RICHARD TUCHMAN | 33.333333% | (5,139.20) | 33.855913% | (10,061.91) | (15,201.11) |
| - ARTHUR ASCH | 11.111111% | (1,713.07) | 8.672404% | (2,577.42) | (4,290.49) |
| - THEODORE WM. TASHLIK | 11.111111% | (1,713.07) | 8.672404% | (2,577.42) | (4,290.49) |
| | 100.000000% | (15,417.60) | 100.000000% | (29,719.80) | (45,137.40) |
| **TOTAL ALLOCATION:** | | | | | |
| - KAREN DAVIS | | | | 11,618.30 | 77,417.63 | 89,035.93 |
| - THE 2004 ELISSA WEINER TRUST | | | | 11,618.33 | 42,690.11 | 54,308.44 |
| - RICHARD TUCHMAN | | | | 17,427.51 | 83,328.24 | 100,755.75 |
| - ARTHUR ASCH | | | | 5,809.17 | 21,345.04 | 27,154.21 |
| - THEODORE WM. TASHLIK | | | | 5,809.17 | 21,345.04 | 27,154.21 |
| | | | | 52,282.48 | 246,126.06 | 298,408.54 |