# EXHIBIT F

copy

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 914-261-0927

HOME: 914 234-6635

Taxpayer I.D. Number (Social Security No.)

Account Number: 1D0083
KAREN DAVIS #2
22 HICKORY KINGDOM ROAD
BEDFORD, NY 10506

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

1. Claim for money balances as of December 11, 2008: SEE ATTACHED STATEMENT + EXHIL
   a. The Broker owes me a Credit (Cr.) Balance of     $_____
   b. I owe the Broker a Debit (Dr.) Balance of        $_____

502180406

  c. If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.  $_____

  d. If balance is zero, insert "None."  _____

2. Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  |  |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _see attached statement_ | _____ | _____ |
| _____ | _& exhibits_ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406   2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:   IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                   3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. ✓ _____ _____

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____
_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  2/14/09          Signature  Karen Davis

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

## Statement
## Account    0083

    This account was opened on 9/26/06 when $1,600,000 was transferred from account ˙ )075 where Karen Davis served as a nominee for four others; the purpose was to segregate her funds from those of her nominees (Exhibits B & C). On 9/26/06 $400,000 of new money was wired into this account (Exhibit C) and on 1/18/07 $16,207 was moved from )075 to 0083 to close out Karen Davis' remaining interest in the nominee account (Exhibit D).

    Karen Davis had originally opened account    0075 with $500,000 of her own funds (Exhibits E & F). In March 2005 she deposited $450,000 (Exhibit G) and in December 2005 she deposited an additional $600,000 (Exhibit H).

    There were never any withdrawals from this account    )083.

# Account    0083
## List of Exhibits

A. Copy of Madoff statement for period ending 11/30/08

B. Page 4 of September 2006 statement for account    )075 showing transfer of $1,600,000 to open new account – 1D0083

C. September 2006 statement of    0083 showing receipt of $1,600,000 from 0075 and wire for $400,000

D. Copy of page 1 of 1/31/07 Madoff statement showing transfer of $16,207 from 0075 to    0083

E. Copy of page 8 of Karen Davis' Wachovia cap account for 3/04 showing outgoing transfer to JP Morgan Chase of $2,250,000 which amount included $500,000 from funds of Karen Davis

F. Copy of e-mail from Helen Yee of Wachovia confirming outgoing wire to JP Morgan Chase was for credit to Madoff

G. Copy of page 4 of 3/31/05 Madoff statement    0075 showing receipt of wire for $450,000 from Karen Davis (other $250,000 was wired from Richard Tuchman for whom she served as nominee)

H. Copy of page 4 of 12/31/05 statement showing $600,000 wire from Karen Davis (other $300,000 came from Richard Tuchman).