# EXHIBIT G

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: *914 261-0167*

HOME: *914-234-6635*

Taxpayer I.D. Number (Social Security No.)
_____

*(Elissa Weiner)*

Account Number: 1D0075
KAREN DAVIS
22 HICKORY KINGDOM ROAD
BEDFORD, NY 10506
*as nominee for 2004 Elissa Weiner TRUST, DANIEL N DAVIS, TTEE
22 Hickory Kingdom RD
Bedford, N.Y. 10506*

(If incorrect, please change)

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*See attached statement + Exh.*

1. Claim for money balances as of December 11, 2008:
   a. The Broker owes me a Credit (Cr.) Balance of    $_____
   b. I owe the Broker a Debit (Dr.) Balance of        $_____

S02180406

c. If you wish to repay the Debit Balance,
please insert the amount you wish to repay and
attach a check payable to "Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC."
If you wish to make a payment, it must be enclosed
with this claim form.                                $_____

d. If balance is zero, insert "None."        _____

2. Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ✓ | |
| b. I owe the Broker securities | | |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | See attached statement + EXHIBITS | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or

502180406                                2

Information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |   | ✓ |

502180406                                3

9. Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date 2/14/09        Signature _David V Davis TTEE 2004 Elissa Werner Trust *_

Date 2/14/09        Signature _Karen Davis Nominee_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

\# 22 Hickory Kingdom Rd
Bedford NY. 10506

S02180406

## Statement
### Account    J075

This account is a nominee account. As of 12/11/08 Karen Davis held securities on behalf of:

2004 Elissa Weiner Trust
Richard Tuchman
Arthur Asch
Theodore Tashlik

Karen Davis had no interest in the account as of 12/11/08. This filing is on behalf of 2004 Elissa Weiner Trust. The other three individuals are filing their own SIPIC claims. Attached is a copy of Nominee Agreement dated as of March 3, 2004 (Exhibit C) and a copy of the Form 56 filed with the IRS along with copy of acknowledged proof of receipt by the IRS (Exhibit D).

On 3/11/04 a wire in the amount of $2,250,000 was sent to open account in name of Karen Davis to Bernard L. Madoff Investment Securities LLC ("BLM") (Exhibits E – E3).

On 4/4/08 a wire was received in the amount of $761,017 into account on behalf of the 2004 Elissa Weiner Trust and on 4/8/08 $761,017 was wired back out. This in and out was used to facilitate the temporary payoff of a loan on which Elissa Weiner was the obligor. There was no net withdrawal or addition resulting from these transactions (See Exhibit G). There were no other additions or withdrawals from this account on behalf of 2004 Elissa Weiner Trust.

On 12/11/08 the 2004 Elissa Weiner Trust had a 22.44465% interest in the subject account.

## Account    J075
## List of Exhibits

A. Copy of Madoff statement for period ending 11/30/08

B. (Deliberately omitted)

C. Nominee agreement

D. Copy of Form 56 filed with IRS along with return receipt requested stamped by IRS

E. Copy of Madoff statement for March 2004

E2. Copy of Karen Davis' Wachovia cap account for 3/04 showing receipt of funds from all nominees (page 7 of 10) including $500,000 from Citibank on behalf of 2004 Elissa Weiner Trust. Page 8 of 10 shows wire transfer sent 3/11/04 to JP Morgan Chase to open account at Madoff

E3. E-mail dated 1/29/09 from Helen Yee of Wachovia showing wire transfer to Madoff for $2,250,000

F. E-mail dated 1/29/09 from Helen Yee of Wachovia confirming incoming wire from Citibank being from Elissa Weiner Trust.

G. E-mail dated 12/30/08 from Cornelia Conklin of Wachovia confirming wires of $761,017 going in and out in April 2008.

H. Madoff statement for period ending 4/30/08 (pages 2 and 3)

I. Elissa Weiner 2004 Trust