BERGER LEGAL LLC    521 Fifth Avenue   Suite 3300   New York, New York 10175-3399
266 Harristown Road   Suite 207   Glen Rock, New Jersey 07452
616.435.4855 T   616.924.0599 F   www.bergerlegal.com

March 10, 2010

Mr. Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

    Re: <u>February 12, 2010 Notice of Trustee's Determination of Claim No. 002614 in SIPC v. Bernard L. Madoff Investment Securities LLC</u>

Dear Mr. Picard,

    In connection with the limited objection to the above-referenced Determination of Claim No. 002614, enclosed please find (1) a copy of a letter brief in support of the limited objection, with supporting exhibits; (2) the Affidavit of Daniel N. Davis, dated March 10, 2010; and (3) an executed copy of a Partial Assignment and Release.

                                        Very Truly Yours,

                                        BERGER LEGAL LLC

                                        Scott D. Laton

                                        Attorneys for Karen Davis

cc:    Clerk of the United States Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, NY 10004