Helen Davis Chaitman (4266)
BECKER & POLIAKOFF LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
*Attorneys for Diane Peskin, Roger Peskin,
Maureen Ebel, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br>(Substantively Consolidated)<br>Adv. Pro. No. 08-01789 (BRL)<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

  I, Lourdes Blanco, hereby certify that on March 19, 2010, I caused a true copy of Notice of Appeal and Protective Motion for Leave to Appeal to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as follows:

| by hand upon: | by Federal Express upon: |
| --- | --- |
| David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 | Josephine Wang, Esq.<br>Securities Investor Protection Corporation<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005 |

New York, New York
Dated: March 19, 2010

                                        s/s *Lourdes Blanco*