**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
                               :
SECURITIES INVESTOR            :
PROTECTION CORPORATION,        :  SIPA LIQUIDATION
                               :  (Substantively Consolidated)
         Plaintiff,            :  Adv. Pro. No. 08-01789 (BRL)
                               :
     v.                        :
                               :  **NOTICE OF APPEAL AND**
BERNARD L. MADOFF INVESTMENT   :  **PROTECTIVE MOTION FOR**
SECURITIES LLC,                :  **LEAVE TO APPEAL**
                               :
         Defendant.            :
                               :
------------------------------ x
                               :
In re:                         :
                               :
BERNARD L. MADOFF,             :
                               :
         Debtor.               :
                               :
------------------------------ x

PLEASE TAKE NOTICE that Marsha Peshkin and the group of investors represented by Sonnenschein Nath & Rosenthal LLP (the "Sonnenschein Investors" or "Appellants") hereby appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit from the Order entered by the Bankruptcy Court for the Southern District of New York in the above-referenced proceeding on March 8, 2010 (the "Order"), pursuant to the Certification of Net Equity Order issued by the Bankruptcy Court on March 8, 2010 (the "Certification"). Copies of the Order and Certification are annexed hereto.

PLEASE TAKE FURTHER NOTICE that in the event that the United States Court of Appeals for the Second Circuit does not authorize the appeal, Appellants in the

alternative hereby appeal the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York.

In the event that it is necessary, this Notice should be deemed a motion for leave to appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit or under 28 U.S.C. § 158(a)(3) to the United States District Court for the Southern District of New York for the reasons set forth in the Certification, the Order, and the Memorandum Decision dated March 1, 2010 granting the Trustee's motion for the Order.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
By:    David Sheehan
       Marc E. Hirschfield
       Oren J. Warshavsky
       Seanna R. Brown

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR
PROTECTION CORPORATION
805 Fifteenth Street, N.W. Suite 800
Washington, DC 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
By:    Josephine Wang
       Kevin H. Bell

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE
COMMISSION
100 F. Street, N.E.
Washington, DC 20548
Telephone: (202) 551-5148
By:    Katharine B. Gresham
       Alistaire Bambach

*Attorneys for the Securities and Exchange Commission*

BECKER & POLIAKOFF, LLP
45 Broadway
11th Floor
New York, NY 10006
By:    Helen Davis Chaitman

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

| | |
|---|---|
| BERNFELD, DEMATTEO<br>& BERNFELD LLP<br>600 Third Avenue<br>New York, NY 10016<br>Telephone: (212) 661-1661<br>Facsimile: (212) 557-9610<br>By:    David B. Bernfeld<br>        Jeffrey Bernfeld<br><br>*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur* | BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>By:    David J. Molton<br>        Martin S. Siegel<br><br>*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited* |
| STANLEY DALE COHEN<br>41 Park Avenue, Suite 17-F<br>New York, NY 10016<br>Telephone: (212) 686-8200<br>By:    Stanley Dale Cohen<br><br>*Attorneys for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt* | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>By:    Richard Levin<br><br>*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited* |
| DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>By:    Karen Wagner<br>        Brian S. Weinstein<br>        Jonathan D. Martin<br><br>*Attorneys for Sterling Equities Associates and Certain Affiliates* | DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-6333<br>By:    Seth C. Farber<br>        James P. Smith III<br>        Kelly A. Librera<br><br>*Attorneys for Ellen G. Victor* |

GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2009
Facsimile: (212) 554-9696
By:     Jeffrey A. Mitchell
        Don Abraham

*Attorneys for Donald G. Rynne*

GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
By:     Daniel M. Glosband
        David J. Apfel
        Brenda R. Sharton
        Larkin M. Morton

*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
By:     William R. Fried

*Attorneys for Magnify, Inc.*

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33757
Telephone: (727) 461-1818
Facsimile: (727) 443-6548
By:     Angelina E. Lim
        Michael C. Cronin

*Attorneys for Anchor Holdings, LLC*

KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866
By:     David Parker
        Matthew J. Gold
        Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

LAX & NEVILLE, LLP
1412 Broadway, Suite 1407
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
By:     Brian J. Neville
        Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

4

MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
By:   Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
By:   Jonathan M. Landers
      Matthew Gluck
      Lois F. Dix
      Joshua E. Keller
      Sanford P. Dumain
      Jennifer L. Young

      - and -

SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
By:   Stephen A. Weiss
      Christopher M. Van de Kieft
      Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
By:   Michael R. Dal Lago

*Attorneys for David Silver*

PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 841-1320
Facsimile: (212) 262-5152
By:   Chryssa V. Valletta

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

5

BRUCE S. SCHAEFFER
404 Park Avenue South
New York, NY 10016
Telephone: (212) 689-0400
By:     Bruce S. Schaefer

*Attorneys for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
By:     William D. Zabel
          Michael L. Cook
          Marcy Ressler Harris
          Frank J. LaSalle

*Attorneys for SRZ Claimants*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
By:     Stephen Fishbein
          James Garrity
          Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800
By:     Carole Neville

*Attorneys for Marsha Peshkin and the Group of Sonnenschein Investors*

**APPEARING PRO SE:**

Hugh M. de Blacam CSSp.
Holy Ghost Fathers South West Brazil
Superior do Distrito
Av. Alvaro Ramos 251
Belenzinho
03058-060 Sao Paulo, SP
Brazil
Tel.: 55/ 11/ 66930497
Fax: 55/ 11/ 66930497
E-mail: hdeblacam@uol.com.br

S. James & Ethel L. Chambers
4244 S E Centerboard Ln.
Stuart, Florida 34997
Tel.: 772-219-1006
nuseashanty@comcast.net

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

Herbert and Ruth Gamberg
1600 Cambridge St.
Halifax, N.S.
B3H 4A6
Canada

6

Cynthia Pattison Survivor Trust
Cynthia Pattison Germaine Trustee
104 Rhododendron Lane
Brinnon, WA 98320

Lillian Gilden
145 East 74th Street
New York, NY 10021
Email: ldgilden@gmail.com

Phyllis Glick
7276 Via Palomar
Boca Raton, Florida 33433
407-394-9055

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411
561-656-1673

Joseph M. Hughart CPA
208 Main Street Suite 105
Milford, MA 01757
Tel: 508-473-9190
Fax: 508-473-9160
Email: jhughart@hughart.com

Simon Jacobs
1 West 81st Street
New York, NY 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572-1217

Marshall W. Krause
P.O. Box 70
San Geronimo, CA 94963
Tel: 415-488-1223
Fax: 415-488-1945
Email: mrkruze@comcast.net

Jason Mathias
5965 Madrano Dr
Sarasota, FL 34232

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, Florida 34949

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky, Ph.D.
Clinical Psychologist
3885 Bedford Avenue
Brooklyn, New York 11229
Tel./Fax: 718-998-2418

Josef Mittlemann
107 Prospect Street
Providence, RI 02906
Tel: 401-751-8923

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect Street
Providence, RI 02906
Tel: 401-751-8923

Ms. Arlene B. Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428-9805

Lawrence R. Velvel  
Massachusetts School of Law  
500 Federal Street  
Andover, MA 01810  
Tel: (978) 681-0800  
Fax: (978) 681-6330  
Email: velvel@mslaw.edu

Alan J. Winters  
*(address not found)*

Dated: New York, New York  
  March 19, 2010

                SONNENSCHEIN NATH & ROSENTHAL LLP

                By:  */s/ Carole Neville*  
                       Carole Neville

                1221 Avenue of the Americas  
                New York, New York 10020  
                212 768-6700  
                cneville@sonnenschein.com

                *Attorneys for Marsha Peshkin and the*  
                *Group of Sonnenschein Investors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | |

**ORDER (1) UPHOLDING TRUSTEE'S DETERMINATION DENYING CUSTOMER CLAIMS FOR AMOUNTS LISTED ON LAST CUSTOMER STATEMENT; (2) AFFIRMING TRUSTEE'S DETERMINATION OF NET EQUITY; AND (3) EXPUNGING THOSE OBJECTIONS WITH RESPECT TO THE DETERMINATIONS RELATING TO NET EQUITY**

This matter came before the Court on February 2, 2010 on the motion (the "Motion") of Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and as trustee for the estate of Bernard L. Madoff ("Madoff"), for entry of an order (1) upholding the Trustee's determinations denying the claims in question for the securities and credit balances listed on the claimants' last BLMIS customer statement; (2) affirming the Trustee's "cash in/cash out" determinations of net equity with respect to each customer claim; and (3) expunging the objections to the Trustee's determinations to the customer claims in question insofar as they relate to net equity; and the Court having considered:

1

1. That the Trustee's Motion concerns the proper interpretation and application of net equity ("Net Equity"), as that term is defined in section 16(11) of SIPA, 15 U.S.C. § 78*lll*(11); and

2. That as delineated in the Motion papers, it is the Trustee's position that for purposes of determining customer claims, each BLMIS customer's Net Equity should be determined by crediting the amount of cash deposited by the customer into his BLMIS account, less any amounts already withdrawn by him from his BLMIS customer account (the "Net Investment Method"); and

3. That certain customer claimants ("Objecting Claimants") asserted that Net Equity should be determined on the basis of each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS ("Final Customer Statements"); and

4. The responses and oppositions filed in this Court to the Motion, as listed in Appendix 1 to the Memorandum Decision Granting Trustee's Motion For An Order (1) Upholding Trustee's Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustee's Determination Of Net Equity; and (3) Expunging Objections to Determinations Relating To Net Equity ("Net Equity Decision"), dated March 1, 2010.

Due notice of the Motion has been given, and it does not appear that other or further notice need be given, and after a hearing and the proceedings before the Court, and after due

deliberation, having determined the Motion is in the best interests of BLMIS, its creditors and the estate, it is hereby:

**ORDERED**, that the relief requested in the Motion is granted as set forth in the Net Equity Decision, fully incorporated herein; and it is further

**ORDERED**, that the Trustee's determination of Net Equity using the Net Investment Method is upheld; and it is further

**ORDERED**, that each customer's Net Equity with respect to their customer claims in this SIPA liquidation proceeding shall be calculated using the Net Investment Method rather than the balances listed on the Final Customer Statements; and it is further

**ORDERED**, that the oppositions submitted by the Objecting Claimants, as listed in Appendix 1 of the Net Equity Decision, are overruled; and it is further

**ORDERED**, that the objections to the determinations of customer claims, as listed on Exhibit A to the Trustee's Motion [Dkt. No. 530], are expunged insofar as those objections are based upon using the Final Customer Statements rather than the Net Investment Method to determine Net Equity; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to the remainder of the claimants' objections in accordance with the order entered by this Court on December 23, 2008 (the "Claims Procedures Order"); and it is further

**ORDERED**, that the Trustee shall in due course schedule a hearing or hearings regarding the remainder of the claimants' objections in accordance with the Claims Procedures Order; and it is further

**ORDERED**, that with regard to the Net Equity Dispute, this Order is a final order as that term is defined in 28 U.S.C. § 158(a)(1), and there is no just reason for delay; and it is further

**ORDERED**, that in view of the factors contained in 28 U.S.C § 158(d)(2)(A)(i) - (iii), this Court will upon appropriate request or motion consider favorably a request to certify a direct appeal to the United States Court of Appeals for the Second Circuit; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      March 8, 2010　　　　　　　　　/s/Burton R. Lifland
　　　　　　　　　　　　　　　　　　　HONORABLE BURTON R. LIFLAND
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### COURT'S CERTIFICATION OF NET EQUITY ORDER OF MARCH 8, 2010 FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS PURSUANT TO 28 U.S.C. § 158(d)(2)

The Court having issued its Memorandum Decision Granting Trustee's Motion for an Order (1) Upholding Trustee's Determination Denying Customer Claims for Amounts Listed on Last Customer Statement; (2) Affirming Trustee's Determination of Net Equity; and (3) Expunging Objections to Determinations Relating to Net Equity (the "Net Equity Decision") on March 1, 2010; and having entered an order on March 8, 2010 implementing the Decision (the "Net Equity Order"); and because the Net Equity Decision and Order impact with finality on the interests of the parties to the above-captioned proceeding, the Court, on its own motion, joined by the annexed request of the law firms of Becker & Poliakoff, LLP, Davis Polk & Wardwell LLP, Lax & Neville, LLP, Milberg LLP, and Shearman & Sterling LLP, on behalf of the BLMIS claimants represented by the same, setting forth the bases for certification pursuant to 28 U.S.C. § 158(d)(2), which request the Court treats as a motion for certification; and the United

1

States Securities & Exchange Commission and the Securities Investor Protection Corporation having indicated that they have no objection to this request; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iii) the legal and factual issues presented establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The relief sought in the request is GRANTED.

2. The Court certifies that an immediate appeal of the Net Equity Order is appropriate because this proceeding involves a matter of public importance, and an immediate appeal may materially advance the progress of this proceeding.

3. The Court therefore certifies the Net Equity Order for immediate appeal to the United States Court of Appeals pursuant to 28 U.S.C. § 158(d)(2).

Dated: New York, New York
       March 8, 2010

/s/ Burton R. Lifland
United States Bankruptcy Judge