MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br> v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br>BERNARD L. MADOFF,<br>    Debtor. | |

**NOTICE OF APPEAL &
PROTECTIVE MOTION FOR LEAVE TO APPEAL**

The Aspen Company, Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein U/W FBO Ruth E. Goldstein, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, and Harold A. Thau ("Appellants") hereby appeal under 28 U.S.C. § 158(d) to the United States Court of Appeals for the Second Circuit from the Court's Order (1) Upholding Trustee's Determination Denying Customer Claims for Amounts Listed on Last Customer Statement; (2) Affirming Trustee's Determination of Net Equity; and (3) Expunging Those Objections With Respect to the Determinations Relating to Net Equity [Dkt. No. 2020] (Exhibit 1) ("Net Equity Order") entered in the above-captioned action on March 8, 2010. The Net Equity Order incorporates the Court's March 1, 2010 memorandum decision. *See* Memorandum Decision Granting Trustee's Motion For An Order (1) Upholding Trustee's Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustee's Determination of Net Equity; and (3) Expunging Objections to Determinations Relating to Net Equity, *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re Bernard L. Madoff Inv. Sec. LLC)*, No. 08-1789, (Bankr. S.D.N.Y. Mar. 1, 2010) [Dkt. 1999] (Exhibit 2). On March 8, 2010, the Court certified the Net Equity Order for direct appeal to the Second Circuit pursuant to 28 U.S.C. § 158(d)(2). *See* Certification of Net Equity Order (Exhibit 3) [Dkt. No. 2022].

In the alternative, and in the event the United States Court of Appeals for the Second Circuit does not authorize a direct appeal of the Net Equity Order, Appellants appeal the Net Equity Order to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1).

Although the Net Equity Order provides that it "is a final order as that term is defined in 28 U.S.C. § 158(a)(1)," Net Equity Order at 4, such that Appellants need not seek leave to

2

appeal, Bankr. R. P. 8001(a), in the event the Net Equity Order should nonetheless be deemed interlocutory, Appellants appeal the Net Equity Order to the Second Circuit pursuant to 28 U.S.C. § 158(d) and to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(3) and request that this Notice be deemed a motion for leave to appeal for the reasons set forth in the Certification (Exhibit 3), or that Appellants be permitted to file a motion for leave to appeal. *See* Bankr. R. P. 8003(c).

The names of all parties to the Net Equity Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth in the attached Appendix A.

Dated: March 19, 2010

s/ Jonathan M. Landers

MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

*Attorneys for The Aspen Company, Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein U/W FBO Ruth E. Goldstein, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, and Harold A. Thau*

3

# APPENDIX A

<u>PARTIES SUPPORTING THE NET INVESTMENT METHOD</u>

1. BAKER & HOSTETLER LLP
   45 Rockefeller Plaza
   New York, NY 10111
   Telephone:   (212) 589-4200
   Facsimile:   (212) 589-4201
   By:    David Sheehan
          Marc E. Hirschfield
          Oren J. Warshavsky
          Seanna R. Brown

   *Attorneys for Irving H. Picard,*
   *Trustee for the Substantively Consolidated SIPA Liquidation of*
   *Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2. SECURITIES INVESTOR PROTECTION CORPORATION
   805 Fifteenth Street, N.W. Suite 800
   Washington, DC 20005
   Telephone:   (202) 371-8300
   Facsimile:   (202) 371-6728
   By:    Josephine Wang
          Kevin H. Bell

   *Attorneys for the Securities Investor Protection Corporation*

3. SECURITIES AND EXCHANGE COMMISSION
   100 F. Street, N.E.
   Washington, DC 20548
   Telephone:   (202) 551-5148
   By:    Katharine B. Gresham
          Alistaire Bambach

   *Attorneys for the Securities and Exchange Commission*

4. CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, NY 10019
   Telephone:   (212) 474-1000
   Facsimile:   (212) 474-3700
   By: Richard Levin

   *Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage*
   *Limited*

5. Simon Jacobs (Pro Se)
   1 West 81st Street
   New York, NY 10024
   212-255-2400 ext. 2017

## OBJECTING CLAIMANTS

Represented by Counsel

1. BECKER & POLIAKOFF, LLP
   45 Broadway
   11th Floor
   New York, NY 10006
   By: Helen Davis Chaitman

   *Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

2. BERNFELD, DEMATTEO & BERNFELD LLP
   600 Third Avenue
   New York, NY 10016
   Telephone:    (212) 661-1661
   Facsimile:    (212) 557-9610
   By:    David B. Bernfeld
          Jeffrey Bernfeld

   *Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

3. BROWN RUDNICK LLP
   Seven Times Square
   New York, NY 10036
   Telephone:    (212) 209-4800
   Facsimile:    (212) 209-4801
   By:    David J. Molton
          Martin S. Siegel

   *Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

4. STANLEY DALE COHEN
   41 Park Avenue, Suite 17-F
   New York, NY 10016
   Telephone:    (212) 686-8200
   By:    Stanley Dale Cohen

   *Attorney for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt*

5

5. DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
   New York, NY 10017
   Telephone:  (212) 450-4000
   Facsimile:  (212) 701-5800
   By:   Karen Wagner
         Jonathan D. Martin

   *Attorneys for Sterling Equities Associates*

6. DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
   New York, NY 10019
   Telephone:  (212) 259-8000
   Facsimile:  (212) 259-6333
   By:   Seth C. Farber
         James P. Smith III
         Kelly A. Librera

   *Attorneys for Ellen G. Victor*

7. GIBBONS, P.C.
   One Pennsylvania Plaza, 37th Floor
   New York, NY 10119
   Telephone:  (212) 613-2009
   Facsimile:  (212) 554-9696
   By:   Jeffrey A. Mitchell
         Don Abraham

   *Attorneys for Donald G. Rynne*

8. GOODWIN PROCTER LLP
   53 State Street
   Boston, MA 02109
   Telephone:  (617) 570-1000
   Facsimile:  (617) 523-1231
   By:   Daniel M. Glosband
         David J. Apfel
         Brenda R. Sharton
         Larkin M. Morton

   *Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

9. HERRICK, FEINSTEIN LLP
   2 Park Avenue
   New York, NY 10016
   Telephone:  (212) 592-1400

6

    Facsimile:   (212) 592-1500
    By:   William R. Fried

*Attorneys for Magnify, Inc.*

10. KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
    551 Fifth Avenue, 18th Floor
    New York, NY 10176
    Telephone:   (212) 986-6000
    Facsimile:   (212) 986-8866
    By:   David Parker
           Matthew J. Gold
           Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

11. LAX & NEVILLE, LLP
    1412 Broadway, Suite 1407
    New York, NY 10018
    Telephone:   (212) 696-1999
    Facsimile:   (212) 566-4531
    By:   Brian J. Neville
           Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

12. MCCARTER & ENGLISH, LLP
    245 Park Avenue, 27th Floor
    New York, NY 10167
    Telephone:   (212) 609-6800
    Facsimile:   (212) 609-6921
    By:   Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

13. MILBERG LLP
    One Pennsylvania Plaza
    New York, NY 10119
    Telephone:   (212) 594-5300
    Facsimile:   (212) 868-1229
    By:   Jonathan M. Landers
           Matthew Gluck
           Brad N. Friedman
           Sanford P. Dumain
           Jennifer L. Young

    SEEGER WEISS LLP
    One William Street
    New York, NY 10004
    Telephone:   (212) 584-0700
    Facsimile:   (212) 584-0799
    By:   Stephen A. Weiss
         Christopher M. Van de Kieft
         Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, AnnDenver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

14.  PHILLIPS NIZER LLP
    666 Fifth Avenue
    New York, NY 10103
    Telephone:   (212) 841-1320
    Facsimile:   (212) 262-5152
    By:   Helen Davis Chaitman

*Attorneys for Herbert Barbanel, AliceBarbanel, and Lauri Ann Schwartz-Barbanel*

15.  BRUCE S. SCHAEFFER
    404 Park Avenue South
    New York, NY 10016
    Telephone:   (212) 689-0400
    By:   Bruce S. Schaefer

*Attorney for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

16.  SCHULTE ROTH & ZABEL LLP
    919 Third Avenue
    New York, NY 10022
    Telephone:   (212) 756-2000
    Facsimile:   (212) 593-5955
    By:   William D. Zabel
         Michael L. Cook
         Marcy Ressler Harris
         Frank J. LaSalle

*Attorneys for the SRZ Claimants*

17. SHEARMAN & STERLING LLP
    599 Lexington Avenue
    New York, NY 10022
    Telephone:   (212) 848-4000
    Facsimile:   (212) 848-7179
    By:   Stephen Fishbein
          James Garrity
          Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

18. SONNENSCHEIN NATH & ROSENTHAL LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone:   (212) 768-6889
    Facsimile:   (212) 768-6800
    By:   Carole Neville

*Attorneys for Alexander A. Stein Trust, Alvin Gindel Revocable Trust Agreement, Alvin R. Rush, BAM LP, Barbara Berdon, Barry Weisfeld, David R. Markin 2003 Trust, Davina Greenspan and Lori Friedman J/T WROS, Elaine Roberts, Elaine Stein Roberts IRA, Elizabeth D. French, Elliott J. Goldstein MD PC, Eric P. Stein, Eric P. Stein IRA, Estate of Helen Shurman, George and Sarah Berman, Greg Goldberg IRA, Harold Hein (IRA), Jennifer Kelman Revocable Trust, Dated 12/22/04, Joel Goldberg-Pension Profit Sharing Plan, Joel Goldberg-Pension Profit Sharing Plan, Kerri Goldberg IRA, Kings Park Inc., L Rags Inc., Lapin Children LLC, Lauren Goldberg IRA, Lena M. Stein Trust, Lesley Koeppel, LI RAM L.P., Loren W. Stein, LS Zahn, MAR Partners, Margot Stein, Marilyn and Edward Kaplan, Marsha Peshkin, Marsha Peshkin IRA, Marvin E. Bruce (IRA), Maurice S. Sage Foundation Inc., Melvin H. Gale and Leona Gale Trust Dated 01/04/94, Michael Mann and Meryl Mann, Millicent Rudnick, MMRN Associates, Mona and Alan Fisher, Neil Reger Profit Sharing Keogh, Norma Shapiro IRA, Norma Shapiro Trustee, Richard E. Winer Revocable Trust, Robert C. Lapin IRA, Robert T. Schoen MD and Cynthia B. French J/T WROS, Robert W. Renfield Living Trust, Sage Associates, Sage Associates II, Sage Realty, Sharon Stein, Sidney Horowitz (IRA), SRF Partners, Stanley Elias, Stanley T. Miller IRA, Toby T. Hobish, Trust of Bernice L. Rudnick, Cecil N. Rudnick, et al TSTEES, Trust U/W/O Philip Shapiro*

Pro Se

1. Hugh de Blacam
   Holy Ghost Fathers South West Brazil
   Avenida Alvaro Ramos 251
   03058 060 Sao Paulo SP
   Brazil

2. Ethel and James Chambers
   4244 SE Centerboard Ln.
   Stuart, FL 34997

3. Anthony Fusco
   71 Brandy Lane
   Lake Grove, NY 11755

4. Herbert and Ruth Gamberg
   1600 Cambridge St.
   Halifax, N.S.
   B3H 4A6
   Canada

5. Cynthia Pattison Germaine
   104 Rhododendron Lane
   Brinnon, WA 98320

6. Lillian Gilden
   145 E. 74th Street
   New York, NY 10021

7. Phyllis Glick
   7276 Via Palomar
   Boca Raton, FL 33433

8. Yolanda Greer
   9486 Lantern Bay Circle
   West Palm Beach, FL 33411

9. Joseph M. Hughart
   208 Main Street, Suite 105
   Milford, MA 01757

10. Marvin Katkin
    2808 Willard Avenue
    Oceanside, NY 11572

11. Marshall W. Krause
    PO Box 70
    San Geronimo, CA 94963

12. Jason Mathias
    5965 Madrano Dr.
    Sarasota, FL 34232

13. Shawn Mathias
    135 Pointer Ridge Trail
    Fayetteville, GA 30214

14. Herbert A. Medetsky, Ph.D
    3885 Bedford Avenue
    Brooklyn, NY 11229

15. Josef Mittleman
    107 Prospect Street
    Providence, RI 02906

16. Josef Mittleman, on behalf of Just Empire, LLC
    107 Prospect Street
    Providence, RI 02906

17. Arlene B. Perlis
    542 Green Valley Road
    Paramus, NJ 07652

18. Gunther and Margaret Unflat
    157 Whelan Willie Way
    Hawley, PA 18428

19. Lawrence R. Velvel
    Massachusetts School of Law
    500 Federal Street
    Andover, MA 01810

20. Alan J. Winters (address not found)