Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone:    (212) 450-4000
Facsimile:    (212) 701-5800

*Attorneys for Sterling Equities Associates,*
*Arthur Friedman, David Katz,*
*Gregory Katz, Michael Katz, Saul Katz,*
*L. Thomas Osterman, Marvin Tepper,*
*Fred Wilpon, Jeff Wilpon, Richard Wilpon,*
*and Mets Limited Partnership*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES INVESTOR
PROTECTION CORPORATION,

                    Plaintiff,

      v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

BERNARD L. MADOFF,

                    Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

**CERTIFICATE OF SERVICE**

       I, Jonathan D. Martin, hereby certify that on March 19, 2010 I caused a true and

correct copy of the Notice of Appeal to be filed electronically with the Court and served

upon the parties in this action who receive electronic service through CM/ECF, and

served upon the parties listed below, as follows:

By Hand Delivery
David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111


By U.S. Mail
Alan J. Winters
804 Mulberry Lane
Bellaire, TX 77401

Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo - SP
Brazil

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Ethel L. Chambers & S. James Chambers
4244 SE Centerboard Ln
Stuart, FL 34997

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Stacey Mathias & Michael Mathias
1722 Coconut Drive
Ft. Pierce, FL 4949

Jason Mathias
5965 Madrano Drive
Sarasota, FL 34232

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Gunther Unflat & Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428-9805

Lillian Gilden
145 E. 74th Street
New York, NY 10021

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Joseph M. Hughart CPA
208 Main Street Suite 105
Milford, MA 01757

Herbert Gamberg & Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6
300078157 12
Canada

Arlene B. Perlis
542 Green Valley Road
Paramus, NJ 07652

Marvin Katkin Revocable Trust
Marvin Katkin Trustee
2808 Willard Avenue
Oceanside, NY 11572

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Simon Jacobs
1 West 81st Street
New York, NY 10024

March 19, 2010

/s/ Jonathan D. Martin
Jonathan D. Martin