**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
:
SECURITIES INVESTOR :
PROTECTION CORPORATION, :
: SIPA LIQUIDATION
          Plaintiff, : (Substantively Consolidated)
: Adv. Pro. No. 08-01789 (BRL)
          v. :
:
BERNARD L. MADOFF INVESTMENT : **NOTICE OF APPEAL**
SECURITIES LLC, : **AND PROTECTIVE MOTION**
: **FOR LEAVE TO APPEAL**
          Defendant. :
:
------------------------------ x
:
In re: :
:
BERNARD L. MADOFF, :
:
          Debtor. :
:
------------------------------ x

      PLEASE TAKE NOTICE that Carl J. Shapiro, together with certain family members and the Carl and Ruth Shapiro Family Foundation ("Appellants"),[1] hereby appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit from the Order entered by the United States Bankruptcy Court for the Southern District of New York in the above-

---

[1] This notice is submitted on behalf of the following customers that filed SIPA claims in this proceeding: Andrew Jaffe Trust U/D/T DTD 5/12/75 As Amended; Andrew N. Jaffe 1993 Irrev. Trust U/D/T DTD 6/11/93 As Amended; Carl Shapiro Trust U/D/T 4/9/03; Carl Shapiro and Ruth Shapiro Family Foundation; Ellen Jaffe Trust U/D/T DTD 5/8/03 As Amended; Jaffe Family 2004 Irrevocable Trust; Jaffe GC-1 LLC; Jennifer Segal Herman Trust U/D/T DTD 5/1/67 As Amended; Jennifer Segal Herman 1985 Trust Dated 4/16/84; Jonathan M. Segal Trust U/D/T DTD 12/1/70; Jonathan M. Segal 1989 Trust U/D/T DTD 3/8/89 As Amended; Jonathan M. Segal 2007 Trust; Kimberly Strauss 1988 Trust; Kimberly Strauss 2006 Irrevocable Trust; L. Shapiro Family Trust; Linda Shapiro Family Trust Dated 12/03/76; Linda Shapiro Waintrup 1992 Trust; LSW 2006 Irrevocable Trust; Michael S. Jaffe Trust U/D/T 9/25/71 As Amended; Michael Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended; Michael S. Jaffe 2007 Trust; Rhonda Shapiro Zinner 1993 Trust U/D/T DTD 7/7/93 As Amended; RSZ-JSH Partnership; Ruth Shapiro Trust U/D/T 4/9/03; Samantha Strauss 1985 Trust; Samantha L. Strauss 2003 Irrevocable Trust; Shapiro Family CLAT Joint Venture; Shapiro Family Ltd. Partnership; Shapiro GGC-1 LLC; Steven C. Jaffe Trust U/D/T DTD 9/25/71 As Amended; Steven Jaffe 1989 Trust U/D/T DTD 8/24/89 As Amended; and Steven C. Jaffe 2007 Trust.

referenced proceeding on March 8, 2010 (the "Order," attached hereto as Exhibit A), pursuant to the Certification of Net Equity Order issued by the Bankruptcy Court on March 8, 2010 (the "Certification," attached hereto as Exhibit B).

PLEASE TAKE FURTHER NOTICE that in the event that the United States Court of Appeals for the Second Circuit does not authorize the appeal, Appellants in the alternative hereby appeal the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York.

In the event that it is necessary, this Notice should be deemed a motion for leave to appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit or under 28 U.S.C. § 158(a)(3) to the United States District Court for the Southern District of New York for the reasons set forth in the Certification, the Order, and the Memorandum Decision dated March 1, 2010 granting the Trustee's motion for the Order (the latter attached hereto as Exhibit C).

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>By:   David Sheehan<br>       Marc E. Hirschfield<br>       Oren J. Warshavsky<br>       Seanna R. Brown<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | SECURITIES INVESTOR PROTECTION CORPORATION<br>805 Fifteenth Street, N.W. Suite 800<br>Washington, DC 20005<br>Telephone: (202) 371-8300<br>Facsimile: (202) 371-6728<br>By:   Josephine Wang<br>       Kevin H. Bell<br><br>*Attorneys for the Securities Investor Protection Corporation* |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>100 F. Street, N.E.<br>Washington, DC 20548<br>Telephone: (202) 551-5148<br>By:  Katharine B. Gresham<br>      Alistaire Bambach<br><br>*Attorneys for the Securities and Exchange Commission* | BECKER & POLIAKOFF, LLP<br>45 Broadway<br>11th Floor<br>New York, NY 10006<br>By:  Helen Davis Chaitman<br><br><br>*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers* |
| BERNFELD, DEMATTEO & BERNFELD LLP<br>600 Third Avenue<br>New York, NY 10016<br>Telephone: (212) 661-1661<br>Facsimile: (212) 557-9610<br>By:  David B. Bernfeld<br>      Jeffrey Bernfeld<br><br>*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur* | BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>By:  David J. Molton<br>      Martin S. Siegel<br><br>*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited* |
| STANLEY DALE COHEN<br>41 Park Avenue, Suite 17-F<br>New York, NY 10016<br>Telephone: (212) 686-8200<br>By:  Stanley Dale Cohen<br><br><br><br>*Attorneys for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt* | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>By:  Richard Levin<br><br><br>*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited* |
| DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>By:  Karen Wagner<br>      Brian S. Weinstein<br>      Jonathan D. Martin<br><br>*Attorneys for Sterling Equities Associates and Certain Affiliates* | DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-6333<br>By:  Seth C. Farber<br>      James P. Smith III<br>      Kelly A. Librera<br><br>*Attorneys for Ellen G. Victor* |

3

| | |
|---|---|
| GIBBONS, P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>Telephone: (212) 613-2009<br>Facsimile: (212) 554-9696<br>By:    Jeffrey A. Mitchell<br>         Don Abraham<br><br>*Attorneys for Donald G. Rynne* | GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br>Facsimile: (617) 523-1231<br>By:    Daniel M. Glosband<br>         David J. Apfel<br>         Brenda R. Sharton<br>         Larkin M. Morton<br><br>*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust* |
| HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 592-1400<br>Facsimile: (212) 592-1500<br>By:    William R. Fried<br><br>*Attorneys for Magnify, Inc.* | JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP<br>911 Chestnut Street<br>Clearwater, FL 33757<br>Telephone: (727) 461-1818<br>Facsimile: (727) 443-6548<br>By:    Angelina E. Lim<br>         Michael C. Cronin<br><br>*Attorneys for Anchor Holdings, LLC* |
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176<br>Telephone: (212) 986-6000<br>Facsimile: (212) 986-8866<br>By:    David Parker<br>         Matthew J. Gold<br>         Jason Otto<br><br>*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.* | LAX & NEVILLE, LLP<br>1412 Broadway, Suite 1407<br>New York, NY 10018<br>Telephone: (212) 696-1999<br>Facsimile: (212) 566-4531<br>By:    Brian J. Neville<br>         Barry R. Lax<br><br>*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett* |

<div style="display: flex;">
<div>

MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
By:    Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

</div>
<div>

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
By:    Jonathan M. Landers
       Matthew Gluck
       Lois F. Dix
       Joshua E. Keller
       Sanford P. Dumain
       Jennifer L. Young

</div>
</div>

SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
By:    Stephen A. Weiss
       Christopher M. Van de Kieft
       Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
By:    Michael R. Dal Lago

*Attorneys for David Silver*

PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 841-1320
Facsimile: (212) 262-5152
By:    Chryssa V. Valletta

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

BRUCE S. SCHAEFFER
404 Park Avenue South
New York, NY 10016
Telephone: (212) 689-0400
By:    Bruce S. Schaefer

*Attorneys for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>By:   William D. Zabel<br>       Michael L. Cook<br>       Marcy Ressler Harris<br>       Frank J. LaSalle<br><br>*Attorneys for SRZ Claimants* | SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6889<br>Facsimile: (212) 768-6800<br>By:   Carole Neville<br><br>*Attorneys for Certain Investors* |

**APPEARING PRO SE**

Hugh de Blacam
Ethel and James Chambers
Anthony Fusco
Herbert and Ruth Gamberg
Cynthia Pattison Germaine
Lillian Gilden
Phyllis Glick
Yolanda Greer
Joseph M. Hughart
Simon Jacobs
Marvin Katkin
Marshall W. Krause
Jason Mathias
Michael and Stacey Mathias
Shawn Mathias
Herbert A. Medetsky
Josef Mittleman
Josef Mittleman, on behalf of Just Empire, LLC
Arlene Perlis
Gunther and Margaret Unflat
Lawrence R. Velvel
Alan J. Winters

Dated: March 19, 2010
       New York, New York

                          Respectfully submitted,

                          SHEARMAN & STERLING LLP

                          By:   */s/Stephen Fishbein*
                                 Stephen Fishbein
                                 James Garrity
                                 Richard Schwed

                        599 Lexington Avenue
                        New York, NY 10022-6069
                        Telephone: (212) 848-4000
                        Facsimile: (212) 848-7179
                        sfishbein@shearman.com

                        *Attorneys for Carl J. Shapiro and Associated Entities (complete list set forth in footnote 1 herein)*