Monday, March 15, 2010

CLERK OF THE UNITED STATES BRANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETLER LLP\
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111



MILLENNIUM TRUST COMPANY LLC
FBO DAVID GROSS ( IRA )
820 JORIE BLVD  SUITE 420
OAK BROOK IL. 60523

REFERENCED TO LETTER OF MARCH 11, 2010 AND ALL
CONCERNED PARTIES

UNFORTUNATELY , I AM IN NO POSITION TO CHALLENGE THE RECORDS YOU
ENCLOSED AS TO THE ACCURACY OF MONIES CONTRIBUTED, AS MUCH
AS THE ACCURACY OF THE STATEMENTS I RECIEVED FROM BLMIS
AS TO THE ACTUAL HOLDINGS REPRESENTING MY EQUITY IN MY
IRA ACCOUNT 1-CM302-3-0 IDENTIFIATION NUMBER TAX PAYER ******4088.
AS INDICATED ON THE STATEMENTS PROVIDED.

ESPECIALLY ON THE BERNARD L. MADOFF INVESTMENT SECURITIES LLC
ON ALL TRADES INDICATING
   MEMBER    FINRA NSX SIPC NSCC DTC

**BEING ASSURED AND ADVISED THAT WHO BETTER CAN
LOOK OUT FOR THE INVESTERS INTERES**

IF I HAD JUST PUT THIS MONIES IN GOVERMENT BONDS FOR THE
PERIOD FROM 1994 AS INDICATED IN YOUR SUPPOSINGLY
RECORDS, I THINK MY MONIES MAY HAVE DOUBLED FROM THE
ACCUMILATED INTEREST.

AT THE PRESENT TIME , THE PURCHASING POWER , OR THE
VALUATION OF THE DOLLAR WAS WORTH MORE AT THE TIME
OF CONTRIBUTION THAN PRESENT . INFLATION HAS A LOT TO
DUE WITH WETHER I TOOK OUT THE SAME VALUE AS I PUT IN.

**FOR THE ABOVE REASONS DAVID GROSS IS PUTTING
IN AN OPPOSITION TO THE TRUSTEE REFERENCING**

 David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

**BANKRUPTCY CASE NO. 08-1789 (BRL)**

I AM NOT FAMILIAR WITH THE REFERENCE OF 1CM05130 ACCOUNTABLE FOR CONTRIBUTIONS. I BELIEVE THAT MAYBE DISCREPANCIES AS TO MY CONTRIBUTIONS AND ESPECIALLY OF THE AMOUNTS WITHDRAWN.

SINCERELY, 

DAVID GROSS --- 561 483 4543 ==== CELL 516 263 3642
7248 BALLANTRAE CT.
BOCA RATON, FL. 33496

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496