Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker and Hostetler LLP
45 Rockefeller Plaza
New York, New York



5/16/2010

Gentlemen:

My attorney filed a response to the Trustee's Determination of Claim.

You have made a grievous error evaluating my account with the Madoff firm. Your denial of the claim was based on the withdrawal from account # 1-ZA294-3-0 of $1,273,310.91 as indicated in detail on the enclosed table. The account was in my father's name, Samuel Simonoff, who died on December 15th, 2007.

ALL OF THE MONEY WITHDRAWN FROM THE ACCOUNT WAS DONE BY MY DECEASED FATHER. I inherited the account in March, 2008. From that period of time when the account was transferred into my name, I withdrew no money. But because the account was insured by SIPC and backed by the SEC, I invested $98,000 of my own personal savings accumulated through 25 years working as a teacher. This was done on 10/30/08.

My fundamental issue is clear. Since having a Madoff account since March, 2008, no money has been withdrawn and $98,000 has been deposited. I am entitled to that money back under any circumstances.

Copies of this letter are being sent to my Congressmen.

I would appreciate it if you would respond to my letter as soon as possible. My contact information is:

Address:     205 Ryder Cup Circle
             Palm Beach Gardens, Fl. 33418
Cell phone:  561 909-7350
Email:       Alice086@bellsouth.net

*Alice Schindler*

Alice Schindler

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
|  |  | $475,000.00 |
| 12/8/1992 | CHECK | $98,000.00 |
| 10/30/2008 | CHECK WIRE | $573,000.00 |
| Total Deposits: |  |  |

| DATE | TRANSACTION DESCRIPTION | AMOUNT |
|---|---|---|
| 4/7/1993 | CHECK | ($30,000.00) |
| 7/1/1993 | CHECK | ($30,000.00) |
| 10/1/1993 | CHECK | ($30,000.00) |
| 1/3/1994 | CHECK | ($15,000.00) |
| 4/4/1994 | CHECK | ($15,000.00) |
| 7/1/1994 | CHECK | ($15,000.00) |
| 10/3/1994 | CHECK | ($15,000.00) |
| 1/3/1995 | CHECK | ($15,000.00) |
| 4/3/1995 | CHECK | ($15,000.00) |
| 7/3/1995 | CHECK | ($15,000.00) |
| 10/2/1995 | CHECK | ($15,000.00) |
| 1/2/1996 | CHECK | ($15,000.00) |
| 4/1/1996 | CHECK | ($20,000.00) |
| 7/1/1996 | CHECK | ($20,000.00) |
| 10/1/1996 | CHECK | ($20,000.00) |
| 3/27/1997 | CHECK | ($30,000.00) |
| 6/26/1997 | CHECK | ($30,000.00) |
| 9/23/1997 | CHECK | ($15,000.00) |
| 12/16/1997 | CHECK | ($20,000.00) |
| 4/8/1998 | CHECK | ($23,721.03) |
| 7/9/1998 | CHECK | ($24,686.92) |
| 10/9/1998 | CHECK | ($13,025.76) |
| 1/13/1999 | CHECK | ($24,472.89) |
| 4/13/1999 | CHECK | ($23,157.03) |
| 7/8/1999 | CHECK | ($33,647.72) |
| 7/22/1999 | CHECK | ($30,000.00) |
| 10/8/1999 | CHECK | ($14,658.98) |
| 1/6/2000 | CHECK | ($17,495.88) |
| 1/24/2000 | STOP PAYMENT | $17,495.88 |
| 1/25/2000 | CHECK | ($17,495.88) |
| 4/7/2000 | CHECK | ($23,444.70) |
| 1/4/2002 | CHECK | ($30,000.00) |

| | | | |
|---:|:---:|---:|---:|
| 6/11/2002 | CHECK | | ($30,000.00) |
| 8/15/2002 | CHECK | | ($30,000.00) |
| 4/7/2004 | CHECK | | ($100,000.00) |
| 1/12/2005 | CHECK | | ($50,000.00) |
| 7/1/2005 | CHECK | | ($50,000.00) |
| 11/1/2005 | CHECK | | ($60,000.00) |
| 5/30/2006 | CHECK | | ($60,000.00) |
| 10/11/2006 | CHECK | | ($75,000.00) |
| 12/29/2006 | CHECK | | ($180,000.00) |
| **Total Withdrawals:** | | | ($1,273,310.91) |
| | | | |
| **Total deposits less withdrawals:** | | | ($700,310.91) |

095879, 000001, 300032702.1

My father died 2007 (December)
I started my account (different
name + Social Security #) in
March 2008

ALICE BBA

24-Hour Assistance:
Access Code:

October 01, 2008

Account Number: 5AV-15210

## YOUR BEYOND BANKING TRANSACTIONS BY CATEGORY

**SECURITIES YOU TRANSFERRED IN/OUT** (continued)

| Date | Description | Transaction Type | Quantity | Value of Securities |
|---|---|---|---|---|
| 10/24 | PERTO BRAS VTG SPD ADR TR TO 5AV15323 N/O ALICE SCHINDLER | Journal Entry | -43 | (905.15) |
| 10/24 | WEATHERFORD INTL LTD BERMUDA TR TO 5AV15323 N/O ALICE SCHINDLER | Journal Entry | -74 | (960.52) |
| | **NET TOTAL** | | | **(9,621.38)** |

**CASH/OTHER TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Debit |
|---|---|---|---|---|
| 10/29 | Wire Transfer | | WIRE TRF OUTP308303 10341 | 98,000.00 |
| | Subtotal (Electronic Transfers) | | | 98,000.00 |
| 10/29 | Journal Entry | | TR FROM 5AV15323 | |
| | Subtotal (Other Debits/Credits) | | | |
| | NET TOTAL | | | |

## YOUR BEYOND BANKING DAILY ACTIVITY

| Date | Transaction Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 09/30 | **Opening Balance** | | | | |
| 10/06 | * Rpt Fgn Div | | CHINA MOBILE LTD SPN ADR HOLDING 39.0000 PAY DATE 10/06/2008 | | 33.56 |
| 10/24 | Journal Entry | -114 | ACTIVISION BLIZZARD INC TR TO 5AV15323 N/O ALICE SCHINDLER | | (1,332.66) |