## CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

| | |
|---|---|
| **Name of Customer:** | Joseph Sloves as Tstee Under Rev Tst Agreement Dtd 9/19/00 for the Benefit of J Sloves |
| **Mailing Address:** | 0800 Cluny Road |
| **City:** Aspen | **State:** CO      **Zip:** 81611 |
| **Account No:** 1SO108 | |
| **Taxpayer I.D. Number (Social Security No.):** | _ Redacted |

**NOTE:** **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.      Claim for money balances as of **December 11, 2008:**

      a.      The Broker owes me a Credit (Cr.) Balance of      $_____0_____

      b.      I owe the Broker a Debit (Dr.) Balance of      $_____0_____

      c.      If you wish to repay the Debit Balance,

            please insert the amount you wish to repay and

            attach a check payable to "Irving H. Picard, Esq.,

            Trustee for Bernard L. Madoff Investment Securities LLC."

            If you wish to make a payment, **it must be enclosed**

            with this claim form.      $_____N/A_____

      d.      If balance is zero, insert "None."      _____None_____

2.    Claim for securities as of **December 11, 2008:**

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds |
|---|---|---|
| | | The Broker Owes Me (Long) / I Owe the Broker (Short) |

See Nov. 30, 2008 1SO108 statements, attached hereto as Exhibit A.

$ 2,944,017.98 (market value of securities long, per 1SO108-3 statement)

$ 102,300.00 (market value of securities long, per 1SO108-4 statement)

($ 144,460.00) (market value of securities short, per 1SO108-4 statement)

TOTAL: $ 2,901,857.98

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s). | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Matthew A. Kupillas, Esq., Milberg LLP, One Pennsylvania Plaza, New York, NY 10119

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  _May 20, 2009_        Signature  _Joseph Sloves_

Date  _____        Signature  _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***  FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                     CO  81611

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | *****-***-6486 | 1 |

YOUR ACCOUNT NUMBER  1-S0108-3-0

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 171,242.26 | |
| 11/12 | 2,604 | | 314 | WELLS FARGO & CO NEW | 29.800 | 77,703.20 | |
| 11/12 | 1,860 | | 816 | HEWLETT-PACKARD CO | 34.900 | 64,988.00 | |
| 11/12 | 1,612 | | 4640 | WAL-MART STORES INC | 55.830 | 90,061.96 | |
| 11/12 | 3,054 | | 5142 | INTERNATIONAL BUSINESS MACHS | 87.270 | 92,024.58 | |
| 11/12 | 3,906 | | 8966 | EXXON MOBIL CORP | 72.880 | 284,825.28 | |
| 11/12 | 42708 | | 9468 | INTEL CORP | 14.510 | 62,244.78 | |
| 11/12 | 2,046 | | 13794 | JOHNSON & JOHNSON | 59.580 | 121,981.68 | |
| 11/12 | 2,790 | | 18119 | J.P. MORGAN CHASE & CO | 38.530 | 107,609.70 | |
| 11/12 | 1,468 | | 22445 | COCA-COLA CO | 44.560 | 66,513.08 | |
| 11/12 | 868 | | 26771 | MCDONALDS CORP | 55.370 | 48,095.16 | |
| 11/12 | 1,612 | | 31097 | MERCK & CO | 28.550 | 46,086.60 | |
| 11/12 | 2,976 | | 35423 | MICROSOFT CORP | 21.310 | 128,595.90 | |
| 11/12 | 1,178 | | 39749 | ORACLE CORPORATION | 56.710 | 66,497.98 | |
| 11/12 | 682 | | 52727 | PEPSICO INC | 100.780 | 68,758.96 | |
| 11/12 | 5,022 | | 53229 | APPLE INC | 16.940 | 85,172.68 | |
| 11/12 | 3,178 | | 57053 | PFIZER INC | 54.810 | 54,377.58 | |
| 11/12 | 2,232 | | 57555 | ABBOTT LABORATORIES | 64.080 | 143,315.56 | |
| 11/12 | 806 | | 61881 | PROCTER & GAMBLE CO | 59.160 | 47,721.96 | |
| 11/12 | 1,550 | | 65705 | AMGEN INC | 43.600 | 67,464.00 | |
| 11/12 | 3,720 | | 66207 | PHILLIP MORRIS INTERNATIONAL | 21.590 | 80,452.80 | |
| 11/12 | 1,240 | | 70031 | BANK OF AMERICA | 33.770 | 41,922.80 | |
| 11/12 | 4,030 | | 70533 | QUALCOMM INC | 12.510 | 50,376.30 | |
| | | | | CITI GROUP INC | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE*** FOR ACCOUNT    JOSEPH SLOVES AS TRSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN    CO 81611

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *******6486

YOUR ACCOUNT NUMBER 1-S0108-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 930 | | 74357 | SCHLUMBERGER LTD | 49.480 | 46,053.40 | |
| 11/12 | 2,232 | | 74859 | COMCAST CORP CL A | 16.510 | 36,939.32 | |
| 11/12 | 4,402 | | 78683 | AT&T INC | .27 | 119,030.00 | |
| 11/12 | 1,116 | | 79185 | CONOCOPHILIPS | 52.510 | 58,645.16 | |
| 11/12 | 744 | | 83009 | UNITED PARCEL SVC INC CLASS B | 52.040 | 38,746.76 | |
| 11/12 | 4,526 | | 83511 | CISCO SYSTEMS INC | 16.730 | 75,900.98 | |
| 11/12 | 1,302 | | 87335 | U S BANCORP | 29.530 | 38,500.06 | |
| 11/12 | 1,550 | | 87837 | CHEVRON CORP | 73.430 | 113,878.50 | |
| 11/12 | 744 | | 91661 | UNITED TECHNOLOGIES CORP | 53.160 | 39,580.04 | |
| 11/12 | 7,874 | | 92163 | GENERAL ELECTRIC CO | 19.630 | 154,880.62 | |
| 11/12 | 2,108 | | 95987 | VERIZON COMMUNICATIONS | 30.410 | 64,188.28 | |
| 11/12 | 186 | | 96489 | GOOGLE | 337.400 | 62,763.40 | |
| 11/12 | | 2,775,000 | 22923 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 2,773,222.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 80 |
| 11/12 | | 73,652 | 18024 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 73,652.00 |
| 11/12 | 26,558 | | 27393 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,558.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                          CO  B1611

PAGE: 3
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0108-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******5486

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| 11/19 | | 26,558 | 52867 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,558.00 |
| 11/19 | 200,000 | | 57405 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 199,852.00 | |
| 11/19 | 12,462 | | 61905 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 12,462.00 | |
| | | | | NEW BALANCE | | 344,470.95 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,402 | | | AT&T INC | 28.560 | | |
| | 1,178 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 806 | | | AMGEN INC | 55.540 | | |
| | 682 | | | APPLE INC | 92.670 | | |
| | 3,720 | | | BANK OF AMERICA | 16.250 | | |
| | 1,550 | | | CHEVRON CORP | 79.010 | | |
| | 4,526 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,030 | | | CITI GROUP INC | 8.290 | | |
| | 1,488 | | | COCA-COLA CO | 46.870 | | |
| | 2,232 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 1,116 | | | CONOCOPHILIPS | 52.520 | | |
| | 3,906 | | | EXXON MOBIL CORP | 80.150 | | |
| | 7,874 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

685 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******6486

YOUR ACCOUNT NUMBER 1-S0108-3-0

**DUPLICATE** FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 186 | | | GOOGLE | 292.960 | | |
| | 1,860 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,278 | | | INTEL CORP | 13.800 | | |
| | 1,054 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,790 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,046 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 868 | | | MCDONALDS CORP | 58.750 | | |
| | 1,612 | | | MERCK & CO | 26.320 | | |
| | 5,890 | | | MICROSOFT CORP | 20.220 | | |
| | 2,976 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,178 | | | PEPSICO INC | 54.700 | | |
| | 5,022 | | | PFIZER INC | 16.430 | | |
| | 1,550 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,232 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 1,240 | | | QUALCOMM INC | 33.570 | | |
| | 930 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 12,452 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,302 | | | U S BANCORP | 25.980 | | |
| | 744 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 200,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 744 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 5 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fox (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********64-86

YOUR ACCOUNT NUMBER 1-S0108-3-0

**DUPLICATE** FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                 CO   81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 2,108 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 1,612 |  |  | WAL-MART STORES INC | 55.800 |  |  |
|  | 2,504 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG      2,944,017.98 |  |  |  |
|  |  |  |  | SHORT |  |  |  |

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

815 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT    JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                CO   81611

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 6 | 11/30/08 | ***-**-*6486 | 1-S0108-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 18,993.77 |
| | | | | GROSS PROCEEDS FROM SALES | | | 18,714,375.78 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    JOSEPH SLOVES AS TRUSTEE

PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO  81611

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-S0108-4-0 | 11/30/08 | ******6486 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 171,243.00 |
| 11/12 | | 62 | 44075 | S & P 100 INDEX | 15.800 | | 97,898.00 |
| 11/12 | 62 | | 48401 | NOVEMBER 460 CALL | 17.800 | 110,422.00 | |
| 11/19 | | 62 | 34505 | S & P 100 INDEX | 26 | | 161,138.00 |
| 11/19 | 62 | | 38830 | DECEMBER 430 CALL | 30 | 186,062.00 | |
| 11/19 | | 62 | 43155 | DECEMBER 420 PUT | 3 | 18,562.00 | |
| 11/19 | | 62 | 47480 | S & P 100 INDEX | 37 | | 229,338.00 |
| | | | | NEW BALANCE | | | 344,471.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 62 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG        102,300.00 | | | |
| | | | | SHORT       144,460.00- | | | |

# EXHIBIT B

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on the information provided in the Claimant's latest Madoff account statement and any additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law and equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by the applicable law, the Claimant does not consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

Claimant: *Joseph Sloves as Tstee Under Rev Tst Agreement Dtd 9/19/00 for the Benefit of J Sloves*

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information.  The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. During the lifetime of the account, the Claimant may have contributed and/or withdrawn sums of money.  The Claimant's final account balance set forth in Exhibit A takes into account any such contributions and/or withdrawals.  Claimant continues to search for additional documents relating to such contributions or withdrawals and reserves the right to supplement this submission if additional documents are found.

13. The Claimant submits herewith documents in support of the Claimant's claim.  The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry.  The Claimant further reserves the right to supplement this submission, including the submission of additional documents if deemed necessary.  Below is a list of the documents submitted herewith:

### 2008

- BMIS account statements for time period ending 09/30/08.
- BMIS account statements for time period ending 10/31/08.
- BMIS account statements for time period ending 11/30/08.

# DOCUMENTS SUBMITTED
# WITH THE CLAIM OF

# JOSEPH SLOVES AS
# TSTEE UNDER REV TST
# AGREEMENT DTD 9/19/00
# FOR THE BENEFIT OF
# J SLOVES

# (Account No. 1SO108)

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**   FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN          CO  81611

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 9/30/08 | 1-S0108-3-0 | ******6486 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 62,625.28 | |
| 9/09 | | | | WAL-MART STORES INC | DIV | | 323.00 |
| | | | | DIV 8/15/08 9/02/08 | | | |
| | | | | JOHNSON & JOHNSON | DIV | | 756.00 |
| 9/09 | | | | DIV 8/26/08 9/09/08 | | | |
| | | | | UNITED PARCEL SVC INC | DIV | | 274.00 |
| | | | | CLASS B | | | |
| 9/10 | | | | DIV 8/25/08 9/09/08 | DIV | | 45.00 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 09/10/08 | | | |
| 9/10 | | | | CHEVRON CORP | DIV | | 763.00 |
| | | | | DIV 8/19/08 9/10/08 | | | |
| 9/10 | | | | UNITED TECHNOLOGIES CORP | DIV | | 180.00 |
| | | | | DIV 8/15/08 9/10/08 | | | |
| 9/10 | 43,234 | | 83758 | FIDELITY SPARTAN | 1 | | 43,234.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/ | 38,298 | | 88927 | FIDELITY SPARTAN | 1 | 38,298.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/11 | | | | MICROSOFT CORP | DIV | | 511.00 |
| | | | | DIV 8/21/08 9/11/08 | | | |
| 9/11 | 23,923 | | 93988 | FIDELITY SPARTAN | 1 | 23,923.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/16 | | | | MCDONALDS CORP | DIV | | 246.00 |
| | | | | DIV 9/02/08 9/16/08 | | | |
| | | | | CONTINUED ON PAGE 2 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
MADF
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT  *JOSEPH* SLOVES AS F/B/O FP 01461
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO  81611

PERIOD ENDING: **9/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER: ******6486

PAGE: **2**

YOUR ACCOUNT NUMBER: **1-S0108-3-0**

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| 9/17 | | 2,303 | 9984 | ORACLE CORPORATION | 19.310 | | 44,378.93 |
| 9/17 | | 517 | 11179 | APPLE INC | 150.770 | | 77,928.09 |
| 9/17 | | 940 | 14282 | PEPSICO INC | 72.460 | | 68,075.20 |
| 9/17 | | 893 | 15477 | ABBOTT LABORATORIES | 58.950 | | 52,815.72 |
| 9/17 | | 3,948 | 18580 | PFIZER INC | 18.350 | | 72,928.20 |
| 9/17 | | 1,551 | 19751 | AMERICAN INTL GROUP INC. | 15.290 | | 23,652.79 |
| 9/17 | | 1,786 | 22878 | PROCTER & GAMBLE CO | 72.780 | | 129,914.16 |
| 9/17 | | 658 | 24028 | AMGEN INC | 63.320 | | 41,638.56 |
| 9/17 | | 1,222 | 27176 | PHILLIP MORRIS INTERNATIONAL | 54.170 | | 66,147.74 |
| 9/17 | | 2,773 | 28322 | BANK OF AMERICA | 33.040 | | 91,509.32 |
| 9/17 | | 3,263 | 31474 | QUALCOMM INC | 48.390 | | 45,449.30 |
| 9/17 | | 940 | 32020 | CITI GROUP INC | 18.220 | | 58,958.46 |
| 9/17 | | 705 | 33772 | SCHLUMBERGER LTD | 87.210 | | 61,455.05 |
| 9/17 | | 893 | 36918 | CONOCOPHILLIPS | 72.510 | | 64,716.43 |
| 9/17 | | 3,572 | 40070 | AT&T INC | 31.370 | | 111,911.64 |
| 9/17 | | 3,478 | 41216 | CISCO SYSTEMS INC | 23.000 | | 80,028.90 |
| 9/17 | | 611 | 44358 | UNITED PARCEL SVC INC CLASS B | 67.860 | | 41,438.65 |
| 9/17 | | 1,175 | 45514 | CHEVRON CORP | 83.210 | | 97,724.75 |
| 9/17 | | 564 | 48608 | UNITED TECHNOLOGIES CORP | 63.720 | | 35,916.08 |
| 9/17 | | 5,875 | 49812 | GENERAL ELECTRIC CO | 27.400 | | 160,975.00 |
| 9/17 | | 1,692 | 52887 | VERIZON COMMUNICATIONS | 34.570 | | 58,485.44 |
| 9/17 | | 141 | 54110 | GOOGLE | 432.200 | | 60,935.20 |
| 9/17 | | 2,921 | 57185 | WELLS FARGO & CO NEW | 33.390 | | 67,401.19 |
| 9/17 | | 235 | 58408 | GOLDMAN SACHS GROUP INC | 154.700 | | 36,345.50 |

CONTINUED ON PAGE    3

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX
106 S MILL STREET SUITE 202
ASPEN                    CO  81611

PAGE  3
PERIOD ENDING  9/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  ***-**-6485
YOUR ACCOUNT NUMBER  1-S0108-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/17 | | 1,363 | 61483 | WAL-MART STORES INC | 62.470 | | 85,092.61 |
| 9/17 | | 1,457 | 62706 | HEWLETT PACKARD CO | 46.880 | | 68,246.16 |
| 9/17 | | 3,055 | 65781 | EXXON MOBIL CORP | 76.080 | | 232,302.20 |
| 9/17 | | 799 | 67004 | INTERNATIONAL BUSINESS MACHS | 118.800 | | 94,890.20 |
| 9/17 | | 3,384 | 71302 | INTEL CORP | 19.970 | | 67,443.45 |
| 9/17 | | 1,645 | 75600 | JOHNSON & JOHNSON | 71.150 | | 116,976.75 |
| 9/17 | | 2,058 | 79897 | J.P. MORGAN CHASE & CO | 40.930 | | 84,561.24 |
| 9/17 | | 1,175 | 84195 | COCA COLA CO. | 53.790 | | 63,156.05 |
| 9/17 | | 658 | 88493 | MCDONALDS CORP | 64.430 | | 42,368.94 |
| 9/17 | | 1,269 | 92791 | MERCK & CO | 34.160 | | 43,299.84 |
| 9/17 | | 4,653 | 97089 | MICROSOFT CORP | 27.420 | | 127,399.26 |
| 9/17 | 2,775,000 | | 84299 | U S TREASURY BILL DUE 2/12/2009 | 99.511 | 2,761,430.25 | |
| 9/17 | 3,854 | | 88597 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 9/19 | | 3,854 | | AMERICAN INTL GROUP INC | 1 | 3,854.00 | |
| 9/19 | | | | DIV 9/05/08 9/19/08 BANK OF AMERICA | DIV | | 341.23 |
| 9/26 | | | | DIV 9/05/08 9/26/08 QUALCOMM INC | DIV | | 1,774.72 |
| 9/26 | | | | DIV 8/29/08 9/26/08 PEPSICO INC | DIV | | 150.40 |
| 9/30 | | | | DIV 9/05/08 9/30/08 FIDELITY SPARTAN | DIV | | 399.50 |
| 9/30 | 5,724 | | 96691 | U S TREASURY MONEY MARKET | 1 | 5,724.00 | |

CONTINUED ON PAGE   4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**: FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

PAGE 4

PERIOD ENDING 9/30/08

YOUR ACCOUNT NUMBER 1-S0108-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ********6485

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NEW BALANCE | | 171,242.47 | |
| | 71,799 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 2,775,000 | | | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 99.610 | | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 2,835,976.50 | | | |

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE
5

PERIOD ENDING
9/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
*******6486

YOUR ACCOUNT NUMBER
1-S0108-3-0

**DUPLICATE**   FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN          CO   81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 17,043.99 |
| | | | | GROSS PROCEEDS FROM SALES | | | 15,941,151.69 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax 212 838-4061

PERIOD ENDING 9/30/08

PAGE 1

YOUR TAX PAYER IDENTIFICATION NUMBER **********5486

YOUR ACCOUNT NUMBER 1-S0108-4-0

**DUPLICATE**   FOR ACCOUNT   JOSEPH SLOVES AS TS/TEE UAD
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN          CO  81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 9 | 47 | | | BALANCE FORWARD | | | 62,626.00 |
| 9/11 | | 47 | 73829 | S & P 100 INDEX | 1.050 | | |
| | | | 78354 | SEPTEMBER 600 CALL | | 4,982.00 | 23,925.00 |
| 9/17 | | | 1388 | S & P 100 INDEX | 5.100 | | |
| | | | | SEPTEMBER 600 CALL | | | 93,953.00 |
| 9/17 | 47 | | 5686 | S & P 100 INDEX | 20 | | |
| | | | | SEPTEMBER 590 PUT | | | |
| | | | | S & P 100 INDEX | .900 | | |
| | | | | SEPTEMBER 600 CALL | | 4,277.00 | |
| | | | | NEW BALANCE | | | 171,243.00 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 1

**PERIOD ENDING** 10/31/08

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******6486

**YOUR ACCOUNT NUMBER** 1-S0108-3-0

**DUPLICATE** FOR ACCOUNT JOSEPH S LOVES AS TSTEE UAD 4/16/91
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN          CO     81611

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 171,242.47 | |
| 10 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 446.10 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | | 116.06 |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 482.72 |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 148.05 |
| 10/10 | | | | PHILIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | | 659.34 |
| 10/31 | 1,853 | | | FIDELITY SPARTAN U.S.TREASURY MONEY MARKET | 1 | 1,853.00 | |
| | | | | NEW BALANCE | | 171,242.26 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 73,652 | | | FIDELITY SPARTAN U.S.TREASURY MONEY MARKET | 1 | | |
| | 2,775,000 | | | U S TREASURY BILL DUE 2/12/2009    2/12/2009 | 99.879 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      SHORT | | 2,845,294.25 | |

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\***   FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

PAGE    2

PERIOD ENDING    10/31/08

YOUR ACCOUNT NUMBER    1-S0108-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER    \*\*\*\*\*\*\*\*6486

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
|      |                 |                |     | YEAR-TO-DATE SUMMARY | | | |
|      |                 |                |     | DIVIDENDS | | | 18,901.60 |
|      |                 |                |     | GROSS PROCEEDS FROM SALES | | | 15,941,151.48 |

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    JOSEPH SLOVES AS TSTEE UNDER

PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN            CO    81611

PERIOD ENDING: 10/31/08

YOUR TAX PAYER IDENTIFICATION NUMBER: *******6486

YOUR ACCOUNT NUMBER: 1-S0108-4-0

PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| | | | | BALANCE FORWARD | | | 171,243.00 |
| | | | | NEW BALANCE | | | 171,243.00 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***  FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

| | | | | PAGE |
|---|---|---|---|---|
| | | | | 1 |

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 11/30/08 | *****-**-6486 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 171,242.26 | |
| 11/12 | 2,604 | | 314 | WELLS FARGO & CO NEW | 29.800 | 77,703.20 | |
| 11/12 | 1,860 | | 816 | HEWLETT-PACKARD CO | 34.900 | 64,998.00 | |
| 11/12 | 1,612 | | 4640 | WAL-MART STORES INC | 55.830 | 90,061.96 | |
| 11/12 | 1,054 | | 5142 | INTERNATIONAL BUSINESS MACHS | 87.270 | 92,024.58 | |
| 11/12 | 3,906 | | 8966 | EXXON MOBIL CORP | 72.880 | 284,825.28 | |
| 11/12 | 4,278 | | 9468 | INTEL CORP | 14.510 | 62,244.78 | |
| 11/12 | 2,045 | | 13794 | JOHNSON & JOHNSON | 59.580 | 121,981.68 | |
| 11/12 | 2,790 | | 18119 | J.P. MORGAN CHASE & CO | 38.530 | 107,609.70 | |
| 11/12 | 1,468 | | 22945 | COCA-COLA CO | 44.560 | 65,413.08 | |
| 11/12 | 868 | | 26771 | MCDONALDS CORP | 53.570 | 48,095.16 | |
| 11/12 | 1,612 | | 31097 | MERCK & CO | 28.550 | 46,086.60 | |
| 11/12 | 5,890 | | 35423 | MICROSOFT CORP | 21.850 | 128,695.90 | |
| 11/12 | 2,976 | | 39749 | ORACLE CORPORATION | 17.310 | 51,503.80 | |
| 11/12 | 1,178 | | 52727 | PEPSICO INC | 56.450 | 66,497.98 | |
| 11/12 | 682 | | 53229 | APPLE INC | 100.780 | 68,758.96 | |
| 11/12 | 5,022 | | 57053 | PFIZER INC | 16.940 | 85,072.58 | |
| 11/12 | 1,178 | | 57555 | ABBOTT LABORATORIES | 54.610 | 64,377.58 | |
| 11/12 | 2,232 | | 61379 | PROCTER & GAMBLE CO | 64.080 | 143,715.56 | |
| 11/12 | 806 | | 61881 | AMGEN INC | 59.160 | 47,702.96 | |
| 11/12 | 1,550 | | 65705 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 67,642.00 | |
| 11/12 | 3,720 | | 66207 | BANK OF AMERICA | 21.590 | 80,462.00 | |
| 11/12 | 1,240 | | 70031 | QUALCOMM INC | 33.770 | 41,922.80 | |
| 11/12 | 4,030 | | 70533 | CITI GROUP INC | 12.510 | 50,376.30 | |
| | | | | CONTINUED ON PAGE 2 | | | |

| YOUR ACCOUNT NUMBER |
|---|
| 1-S0108-3-0 |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***  FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FOX
GEIB & FOX
106 S MILL STREET SUITE 202
ASPEN                    CO  81611

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-S0108-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******6486
PAGE: 2

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 930 | | 74357 | SCHLUMBERGER LTD | 49.480 | 46,053.40 | |
| 11/12 | 2,232 | | 74859 | COMCAST CORP CL A | 16.510 | 36,939.32 | |
| 11/12 | 4,402 | | 78683 | AT&T INC | 27 | 119,030.00 | |
| 11/12 | 1,116 | | 79185 | CONOCOPHILLIPS | 52.510 | 58,645.16 | |
| 11/12 | 744 | | 83009 | UNITED PARCEL SVC INC CLASS B | 52.040 | 38,746.76 | |
| 11/12 | 4,526 | | 83511 | CISCO SYSTEMS INC | 16.730 | 75,900.98 | |
| 11/12 | 1,302 | | 87535 | U S BANCORP | 29.530 | 38,500.06 | |
| 11/12 | 1,550 | | 87837 | CHEVRON CORP | 73.430 | 113,878.50 | |
| 11/12 | 744 | | 91661 | UNITED TECHNOLOGIES CORP | 53.160 | 39,580.04 | |
| 11/12 | 7,874 | | 92163 | GENERAL ELECTRIC CO | 19.630 | 154,880.62 | |
| 11/12 | 2,108 | | 95987 | VERIZON COMMUNICATIONS | 30.410 | 64,188.28 | |
| 11/12 | 186 | | 96489 | GOOGLE | 337.400 | 62,763.40 | |
| 11/12 | | 2,775,000 | 22923 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 2,773,222.80 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | |
| 11/12 | | 73,652 | 18024 | U S TREASURY SPARTAN FIDELITY SPARTAN | 1 | | 73,652.00 |
| 11/12 | 26,558 | | 27393 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | 26,558.00 | |
| 11/19 | | | | U S TREASURY MONEY MARKET FIDELITY SPARTAN DIV 11/19/08 | DIV | | |

CONTINUED ON PAGE 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   JOSEPH SLOVES AS TSTEE UNDER
PRESTON FDX
GEIB & FDX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

| PERIOD ENDING | PAGE |
| --- | --- |
| 11/30/08 | 3 |

YOUR TAX PAYER IDENTIFICATION NUMBER
*******6486

YOUR ACCOUNT NUMBER
1-S0108-3-0

| DATE | BOUGHT RECEIVED | SOLD (DELIVERED) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/19 | | 26,558 | 52867 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 26,558.00 |
| 11/19 | 200,000 | | 57405 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 199,852.00 | |
| 11/19 | 12,462 | | 61905 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DUE 03/26/2009 | 1 | 12,462.00 | |
| | | | | NEW BALANCE | | | 344,470.95 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 4,402 | | | AT&T INC | 28.560 | | |
| | 1,178 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 806 | | | AMGEN INC | 55.540 | | |
| | 682 | | | APPLE INC | 92.670 | | |
| | 3,720 | | | BANK OF AMERICA | 16.250 | | |
| | 1,550 | | | CHEVRON CORP | 79.010 | | |
| | 4,526 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 4,030 | | | CITI GROUP INC | 8.290 | | |
| | 1,488 | | | COCA COLA CO | 46.870 | | |
| | 2,232 | | | COMCAST CORP CL A | 17.340 | | |
| | 1,116 | | | CONOCOPHILIPS | 52.520 | | |
| | 3,906 | | | EXXON MOBIL CORP | 80.150 | | |
| | 7,874 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE | 4 | | |

| MadF | **BERNARD L. MADOFF** |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York □ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    JOSEPH SLOVES AS TRUSTEE ORDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO    81611

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-50108-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: *******6486

PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 186 | | | GOOGLE | 292.960 | | |
| | 1,860 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 4,278 | | | INTEL CORP | 13.800 | | |
| | 1,954 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,790 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 2,046 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 868 | | | MCDONALDS CORP | 58.750 | | |
| | 1,512 | | | MERCK & CO | 26.720 | | |
| | 5,890 | | | MICROSOFT CORP | 20.220 | | |
| | 2,976 | | | ORACLE CORPORATION | 16.090 | | |
| | 1,178 | | | PEPSICO INC | 56.700 | | |
| | 5,022 | | | PFIZER INC | 16.430 | | |
| | 1,550 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 2,232 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 3,240 | | | QUALCOMM INC | 33.570 | | |
| | 930 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 12,462 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,302 | | | U S BANCORP | 26.980 | | |
| | 744 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 200,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 744 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT    JOSEPH SLOVES AS TSTEE UNDER

PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN              CO    81611

| PAGE | 5 |

| PERIOD ENDING | 11/30/08 |

| YOUR TAX PAYER IDENTIFICATION NUMBER | **********6486 |

| YOUR ACCOUNT NUMBER | 1-S0108-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| | 2,108 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,612 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,604 | | | WELLS FARGO & CO NEW | 26.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 2,944,017.98 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 486-8061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                    CO   81611

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | *******6486 | 1-S0108-3-0 | 6 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 18,993.77 |
| | | | | GROSS PROCEEDS FROM SALES | | | 18,714,375.78 |

**MADF**

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7495 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT   JOSEPH SLOVES AS TRUSTEE UNDER
PRESTON FOX
GEIB & FOX

106 S MILL STREET SUITE 202
ASPEN                CO   81611

PAGE 1
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER  *****6486
YOUR ACCOUNT NUMBER  1-S0108-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 171,243.00 |
| 11/12 | | 62 | 44075 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 97,898.00 |
| 11/12 | 62 | | 48401 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 110,422.00 | |
| 11/19 | | 62 | 34505 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 161,138.00 |
| 11/19 | 62 | | 38830 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 186,062.00 | |
| 11/19 | | 62 | 43155 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 19,662.00 | |
| 11/19 | | 62 | 47480 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 229,338.00 |
| | | | | NEW BALANCE | | | 344,471.00 |
| | | | | | MKT PRICE | | |
| | | | | SECURITY POSITIONS | | | |
| | 62 | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |

MARKET VALUE OF SECURITIES
LONG        102,300.00
SHORT       144,460.00-