## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 19th day of March, 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Joseph Sloves as Tstee Under Rev Tst Agreement Dtd 9/19/00 for the Benefit of Joseph Sloves - 1SO108) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

>Irving H. Picard, Trustee
>c/o Baker Hostetler LLP
>45 Rockefeller Plaza
>New York, New York 10011

      s/ Jonathan M. Landers

DOCS\509183v1