DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Telephone: (212) 259-8000
Facsimile:  (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : |
| | : |
| Plaintiff-Appellant, | : SIPA Liquidation |
| v. | (Substantively Consolidated) |
| | : Adv. Pro. No. 08-01789 |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
| | **NOTICE OF APPEAL** |
| Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Ellen G. Victor ("Appellant") hereby appeals under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit from the Order entered by the Bankruptcy Court for the Southern District of New York in the above-referenced

proceeding on March 8, 2010 (the "Order"), pursuant to the Certification of Net Equity Order issued by the Bankruptcy Court on March 8, 2010 (the "Certification").

PLEASE TAKE FURTHER NOTICE that in the event that the United States Court of Appeals for the Second Circuit does not authorize the appeal, Appellant in the alternative hereby appeals the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York.

In the event that it is necessary, Appellant requests that this Notice be deemed a motion for leave to appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit or under 28 U.S.C. § 158(a)(3) to the United States District Court for the South District of New York for the reasons set forth in the Certification, the Order, and the Memorandum Decision dated March 1, 2010 granting the Trustee's motion for the Order, or that Appellant be allowed to file a motion for leave to appeal.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201
    By:    David Sheehan
            Marc E. Hirschfield
            Oren J. Warshavsky
            Seanna R. Brown

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

    SECURITIES INVESTOR PROTECTION CORPORATION
    805 Fifteenth Street, N.W. Suite 800
    Washington, DC 20005
    Telephone: (202) 371-8300
    Facsimile: (202) 371-6728
    By:    Josephine Wang

    Kevin H. Bell

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, DC 20548
Telephone: (202) 551-5148
By:    Katharine B. Gresham
        Alistaire Bambach

*Attorneys for the Securities and Exchange Commission*

BECKER & POLIAKOFF, LLP
45 Broadway
11th Floor
New York, NY 10006
By:    Helen Davis Chaitman

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

BERNFELD, DEMATTEO & BERNFELD LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
By:    David B. Bernfeld
        Jeffrey Bernfeld

*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
By:    David J. Molton
        Martin S. Siegel

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

STANLEY DALE COHEN
41 Park Avenue, Suite 17-F
New York, NY 10016
Telephone: (212) 686-8200
By:    Stanley Dale Cohen

*Attorneys for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt*

3

CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
By:    Richard Levin

*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
By:    Karen Wagner
        Brian S. Weinstein
        Jonathan D. Martin

*Attorneys for Sterling Equities Associates, Arthur Friedman, David Katz, Gregory Katz, Michael Katz, Saul Katz, L. Thomas Osterman, Marvin Tepper, Fred Wilpon, Jeff Wilpon, Richard Wilpon, and Mets Limited Partnership*

GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2009
Facsimile: (212) 554-9696
By:    Jeffrey A. Mitchell
        Don Abraham

*Attorneys for Donald G. Rynne*

GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
By:    Daniel M. Glosband
        David J. Apfel
        Brenda R. Sharton
        Larkin M. Morton

*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

HERRICK, FEINSTEIN LLP
2 Park Avenue

New York, NY 10016  
Telephone: (212) 592-1400  
Facsimile: (212) 592-1500  
By:    William R. Fried

*Attorneys for Magnify, Inc.*

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP  
911 Chestnut Street  
Clearwater, FL 33757  
Telephone: (727) 461-1818  
Facsimile: (727) 443-6548  
By:    Angelina E. Lim  
       Michael C. Cronin

*Attorneys for Anchor Holdings, LLC*

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.  
551 Fifth Avenue, 18th Floor  
New York, NY 10176  
Telephone: (212) 986-6000  
Facsimile: (212) 986-8866  
By:    David Parker  
       Matthew J. Gold  
       Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

LAX & NEVILLE, LLP  
1412 Broadway, Suite 1407  
New York, NY 10018  
Telephone: (212) 696-1999  
Facsimile: (212) 566-4531  
By:    Brian J. Neville  
       Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

MCCARTER & ENGLISH, LLP  
245 Park Avenue, 27th Floor  
New York, NY 10167  
Telephone: (212) 609-6800  
Facsimile: (212) 609-6921  
By:    Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

MILBERG LLP

One Pennsylvania Plaza  
New York, NY 10119  
Telephone: (212) 594-5300  
Facsimile: (212) 868-1229  
By:    Jonathan M. Landers  
        Matthew Gluck  
        Lois F. Dix  
        Joshua E. Keller  
        Sanford P. Dumain  
        Jennifer L. Young  

SEEGER WEISS LLP  
One William Street  
New York, NY 10004  
Telephone: (212) 584-0700  
Facsimile: (212) 584-0799  
By:    Stephen A. Weiss  
        Christopher M. Van de Kieft  
        Parvin K. Aminolroaya  

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

MORRISON COHEN LLP  
909 Third Avenue  
New York, NY 10022  
Telephone: (212) 735-8600  
Facsimile: (212) 735-8708  
By:    Michael R. Dal Lago  

*Attorneys for David Silver*

PHILLIPS NIZER LLP  
666 Fifth Avenue  
New York, NY 10103  
Telephone: (212) 841-1320  
Facsimile: (212) 262-5152  
By:    Chryssa V. Valletta  

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

BRUCE S. SCHAEFFER  
404 Park Avenue South  
New York, NY 10016  
Telephone: (212) 689-0400  
By:    Bruce S. Schaefer

*Attorneys for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
By:    William D. Zabel
        Michael L. Cook
        Marcy Ressler Harris
        Frank J. LaSalle

*Attorneys for SRZ Claimants*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
By:    Stephen Fishbein
        James Garrity
        Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800
By:    Carole Neville

*Attorneys for Marsha Peskin and a Group of Investors*

APPEARING PRO SE:

Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo – SP
Brazil

Ethel and James Chambers
4244 SE Centerboard Ln.
Stuart, FL 34997

Anthony Fusco

7

71 Brandy Lane
Lake Grove, NY 11755

Herbert and Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Lillian Gilden
145 E. 74th Street
New York, NY 10021

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Joseph M. Hughart
208 Main Street Suite 105
Milford, MA 01757

Simon Jacobs
1 West 81st Street
New York, NY 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Jason Mathias
5965 Madrano Drive
Sarasota, FL 34232

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, FL 4949

Shawn Mathias

135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Josef Mittleman
107 Prospect St.
Providence, RI 02906

Josef Mittleman, on behalf of Just Empire, LLC
107 Prospect St.
Providence, RI 02906

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428-9805

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

Alan J. Winters
804 Mulberry Lane
Bellaire, TX 77401

| | |
|---|---|
| Dated: March 19, 2009<br>New York, New York | Respectfully submitted,<br><br>DEWEY & LeBOEUF LLP<br><br>By: /s/ Kelly A. Librera<br>    Seth C. Farber<br>    Kelly A. Librera<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-6333<br><br>*Attorneys for Ellen G. Victor, in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1ZA128-3 and 1ZA128-4* |

9