KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 968-6000
David Parker
Matthew J. Gold
Jason A. Otto

Counsel for Lawrence Elins and Malibu Trading and Investing, L.P.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                           :     Adv. Pro. No. 08-01789 (BRL)
                                       :
             Plaintiff,                :     SIPA Liquidation
                                       :
       v.                              :     (Substantively Consolidated)
                                       :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES LLC,                        :
                                       :
             Defendant.                :
-------------------------------------------:
                                       :
In re:                                 :
                                       :
BERNARD L. MADOFF,                     :
                                       :
             Debtor.                   :
------------------------------------------------------x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 8001(f)(1) of the Federal Rules of Bankruptcy Procedure and the Court's Certification Of Net Equity Order Of March 8, 2010 For Immediate Appeal To The United States Court Of Appeals Pursuant To 28 U.S.C. § 158(d)(2) of the Hon. Burton R. Lifland (U.S.B.J.) entered on the 8th day of March, 2010 (the "Certification"), Lawrence Elins and Malibu Trading and Investing, L.P. (the "Elins Objectors") appeal to the United States Court of Appeals for the Second Circuit from the Order (1) Upholding Trustee's

Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustee's Determination Of Net Equity; And (3) Expunging Those Objections With Respect To The Determinations Relating To Net Equity of the Hon. Burton R. Lifland (U.S.B.J.), entered in the above adversary proceeding on 8th day of March, 2010 (the "Order").

**PLEASE TAKE FURTHER NOTICE** that in the event that the United States Court of Appeals for the Second Circuit does not authorize the appeal, the Elins Objectors in the alternative hereby appeal the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York. In the event that it is necessary, this Notice of Appeal should be deemed a motion for leave to appeal under 28 U.S.C. § 158(a)(3) to the United States District Court for the Southern District of New York for the reasons set forth in the Certification.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows: **See Attached Service List.**

Dated: March 22, 2010

**KLEINBERG, KAPLAN, WOLF & COHEN, P.C.**

By: /s/ David Parker
    David Parker
    Matthew J. Gold
    Jason A. Otto
    551 Fifth Avenue
    New York, New York 10176
    Tel. No.: (212) 986-6000
    Fax No.: (212) 986-8866

    Counsel for Lawrence Elins and Malibu Trading and Investing, L.P.

## SERVICE LIST

David Sheehan
Marc E. Hirschfield
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Katharine B. Gresham
Alistaire Bambach
SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, DC 20548
Telephone:    (202) 551-5148

*Attorneys for the Securities and Exchange Commission*

Josephine Wang
Kevin H. Bell
SECURITIES INVESTOR PROTECTION CORP.
805 Fifteenth Street, N.W. Suite 800
Washington, DC 20005
Telephone:    (202) 371-8300
Facsimile:    (202) 371-6728

*Attorneys for the Securities Investor Protection Corp.*

David J. Molton
Martin S. Siegel
BROWN RUDNICK LLP
Seven Times Square
New York, New York  10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

STANLEY DALE COHEN
41 Park Avenue, Suite 17-F
New York, New York  10016
Telephone:    (212) 686-8200
Facsimile:

*Attorney for Lee Mellis, Lee Mellis (IRA); Jean Pomerantz T.O.D. and Bonita Savitt*

Karen Wagner
Jonathan D. Martin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:    (212) 450-4000
Facsimile:    (212) 701-5800

*Attorneys for Sterling Equities Associates*

Seth C. Farber
James P. Smith III
Kelly A. Librera
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:    (212) 259-8000
Facsimile:    (212) 259-6333

*Attorneys for Ellen G. Victor*

Daniel M. Glosband
David J. Apfel
Brenda R. sharton
Larkin M. Morton
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone:    (617) 570-1000
Facsimile:    (617) 523-1231

*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

Brian J. Neville
Barry R. Lax
LAX & NEVILLE, LLP
1412 Broadway, Suite 1407
New York, New York 10018
Telephone:    (212) 696-1999
Facsimile:    (212) 566-4531

*Attorneys for Mary Albanese, the Brown Family Partnership, Allen Goldstein, Laurence kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

Jeffrey A. Mitchell
Don Abraham
GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Telephone:    (212) 613-2009
Facsimile:    (212) 554-9696

*Attorneys for Donald G. Rynne*

William R. Fried
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
Telephone:    (212) 592-1400
Facsimile:    (212) 592-1500

*Attorneys for Magnify, Inc.*

Joseph Lubertazzi, Jr.
MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, New York 10167
Telephone:    (212) 609-6800
Facsimile:    (212) 609-6921

*Attorneys for Wachovia Bank, National Association*

4

Jonathan M. Landers
Matthew Gluck
Lois F. Dix
Joshua E. Keller
Sanford P. Duman
Jennifer L. Young
MILBERG LLP
One Pennsylvania Plaza
New York, New York  10119
Telephone:     (212) 594-5300
Facsimile:      (212) 868-1229

*Attorneys for Albert J. Goldstein u/w FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

Stephen A. Weiss
Christopher M. Van de Kieft
Parvin K. Aminolroaya
SEEGER WEISS LLP
One William Street
New York, New York  10004
Telephone:     (212) 584-0700
Facsimile:      (212) 584-0799

*Attorneys for Albert J. Goldstein u/w FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

Chryssa V. Valletta
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York  10103
Telephone:     (212) 841-1320
Facsimile:      (212) 262-5152

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

BRUCE S. SCHAEFER
404 Park Avenue South
New York, New York  10016
Telephone:     (212) 689-0400
Facsimile:

*Attorney for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revcoable Trust*

William D. Zabel
Michael L. Cook
Marcy Ressler Harris
Frank J. LaSalle
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, New York  10022
Telephone:     (212) 756-2000
Facsimile:      (212) 593-5955

*Attorneys for the SRZ Claimants*

Stephen Fishbein
James Garrity
Richard Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:     (212) 848-4000
Facsimile:      (212) 848-7179

*Attorneys for Carl Shapiro and associated entities*

5

Carole Neville
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800

*Attorneys for Marsha Peshkin and a group of investors*

Helen Davis Chaitman
BECKER & POLIAKOFF, LLP
45 Broadway
11th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

Angelina E. Lim
Michael C. Cronin
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, Florida 33757
Telephone: (727) 461-1818
Facsimile: (727) 443-6548

*Attorneys for Anchor Holdings, LLC*

David B. Bernfeld
Jeffrey Bernfeld
BERNFELD, DEMATTEO & BERNFELD LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610

*Attorneys for Dr. Michael Shaw and Mrs. Edith A. Schur*

Richard Levin
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited*

Michael R. Dal Lago
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

*Attorneys for David Silver*

## PRO SE

Hugh de Blacam
Av. Alvaro Ramos, 251
Sao Paolo 03058-060
BRAZIL

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

S.James & Ethel L. Chambers
4244 SE Centerboard Ln.
Stuart, FL 34997
Telephone: (772) 219-1006

Herbert & Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6
CANADA

6

Cynthia Pattison Survivor Trust
Cynthia Pattison Germaine Trustee
104 Rhododendron Lane
Brennon, WA 98320

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433
Telephone:   (407) 394-9055

Joseph M. Hughart, CPA
208 Main Street
Suite 105
Milford, MA 01757
Telephone:   (508) 473-9190
Facsimile:   (508) 473-9160

Marshall W. Krause
P.O. BOX 70
San Geronimo, CA 94963
Telephone:   (415) 488-1223
Facsimile:   (415) 488-1945

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, FL 34949
Telephone:   (772) 285-3984

Herbert A. Medetsky, Ph.D.
3885 Bedford Avenue
Brooklyn, NY 11229
Telephone:   (718) 998-2418
Facsimile:   (718) 998-2418

Arlene B. Perlis
542 Green Valley Road
Paramus, NJ 07652

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810
Telephone:   (978) 681-0800
Facsimile:   (978) 681-6330

Lillian Gilden
145 E. 74th Street
New York, NY 10021

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411
Telephone:   (561) 656-1673

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Jason Michael Mathias
5965 Madrano Dr
Sarasota, FL 34232
Telephone:   (772) 285-1821

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214
Telephone:   (772) 321-1821

Josef Mittlemann
Managing Member of Just Empire, LLC
107 Prospect Street
Providence, RI 02906
Telephone:   (401) 751-8923

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428