PHILLIPS NIZER LLP
Chryssa V. Valletta (8507)
666 Fifth Avenue
New York, NY 10103
Tel:  (212) 977-9700
Fax:  (212) 262-5152
cvalletta@phillipsnizer.com
*Counsel for Herbert Barbanel, Alice Barbanel*
*and Lauri Ann Schwartz-Barbanel*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                  Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

BERNARD L. MADOFF,

             Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

**<u>NOTICE OF APPEAL AND</u>**
**<u>PROTECTIVE MOTION FOR</u>**
**<u>LEAVE TO APPEAL</u>**

      PLEASE TAKE NOTICE that Herbert Barbanel, Alice Barbanel and Lauri Ann

Schwartz-Barbanel ("Appellants") hereby appeal under 28 U.S.C. § 158(d)(2) to the

United States Court of Appeals for the Second Circuit from the Order entered by the

Bankruptcy Court for the Southern District of New York in the above-referenced

proceeding on March 8, 2010 (the "Order"), pursuant to the Certification of Net Equity

1108758.1

Order issued by the Bankruptcy Court on March 8, 2010 (the "Certification"). Copies of

the Order and Certification are annexed hereto.

PLEASE TAKE FURTHER NOTICE that in the event that the United States

Court of Appeals for the Second Circuit does not authorize the appeal, Appellants, in the

alternative, hereby appeal the Order under 28 U.S.C. § 158(a)(1) to the United States

District Court for the Southern District of New York. In the event that it is necessary,

this Notice should be deemed a motion for leave to appeal under 28 U.S.C. § (d)(2) to the

United States Court of Appeals for the Second Circuit or under 28 U.S.C. § 158(a)(3) to

the United States District Court for the Southern District of New York for the reasons set

forth in the Certification, the Order and the Memorandum Decision dated March 1, 2010

granting the Trustee's motion for the Order.

The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective counsel are as follows:

> BAKER & HOSTETLER LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: (212) 589-4200
> Facsimile: (212) 589-4201
> By:     David Sheehan
>         Marc E. Hirschfield
>         Oren J. Warshavsky
>         Seanna R. Brown
>
> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA*
> *Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*
>
> SECURITIES INVESTOR PROTECTION CORPORATION
> 805 Fifteenth Street, N.W. Suite 800
> Washington, DC 20005
> Telephone: (202) 371-8300
> Facsimile: (202) 371-6728
> By:     Josephine Wang

2

Kevin H. Bell

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, DC 20549
Telephone: (202) 551-5148
By:    Katharine B. Gresham
       Alistaire Bambach

*Attorneys for the Securities and Exchange Commission*

BECKER & POLIAKOFF, LLP
45 Broadway
11th Floor
New York, NY 10006
By:    Helen Davis Chaitman

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

BERNFELD, DEMATTEO & BERNFELD LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
By:    David B. Bernfeld
       Jeffrey Bernfeld

*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
By:    David J. Molton
       Martin S. Siegel

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

STANLEY DALE COHEN

1108758.1

41 Park Avenue, Suite 17-F
New York, NY 10016
Telephone: (212) 686-8200
By:     Stanley Dale Cohen

*Attorneys for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt*


CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
By:     Richard Levin

*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited*


DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
By:     Karen Wagner
        Brian S. Weinstein
        Jonathan D. Martin

*Attorneys for Sterling Equities Associates and Certain Affiliates*


DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
By:     Seth C. Farber
        James P. Smith III
        Kelly A. Librera

*Attorneys for Ellen G. Victor*


GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2009
Facsimile: (212) 554-9696
By:     Jeffrey A. Mitchell

4

1108758.1

Don Abraham

*Attorneys for Donald G. Rynne*


GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
By:    Daniel M. Glosband
       David J. Apfel
       Brenda R. Sharton
       Larkin M. Morton

*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*


HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
By:    William R. Fried

*Attorneys for Magnify, Inc.*


JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33757
Telephone: (727) 461-1818
Facsimile: (727) 443-6548
By:    Angelina E. Lim
       Michael C. Cronin

*Attorneys for Anchor Holdings, LLC*


KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866
By:    David Parker
       Matthew J. Gold

5

1108758.1

Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

LAX & NEVILLE, LLP
1412 Broadway, Suite 1407
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
By:    Brian J. Neville
       Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
By:    Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

6

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
By:     Jonathan M. Landers
        Matthew Gluck
        Lois F. Dix
        Joshua E. Keller
        Sanford P. Dumain
        Jennifer L. Young


SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
By:     Stephen A. Weiss
        Christopher M. Van de Kieft
        Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, Ann Denver,
Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock
Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin
Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*


MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
By:     Michael R. Dal Lago

*Attorneys for David Silver*


PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 841-1320
Facsimile: (212) 262-5152
By:     Chryssa V. Valletta

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

7

BRUCE S. SCHAEFFER
404 Park Avenue South
New York, NY 10016
Telephone: (212) 689-0400
By:    Bruce S. Schaefer

*Attorneys for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
By:    William D. Zabel
       Michael L. Cook
       Marcy Ressler Harris
       Frank J. LaSalle

*Attorneys for SRZ Claimants*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
By:    Stephen Fishbein
       James Garrity
       Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800
By:    Carole Neville

*Attorneys for Marsha Peshkin and a Group of Investors*

8

1108758.1

APPEARING PRO SE
Hugh de Blacam
Ethel and James Chambers
Anthony Fusco
Herbert and Ruth Gamberg
Cynthia Pattison Germaine
Lillian Gilden
Phyllis Glick
Yolanda Greer
Joseph M. Hughart
Simon Jacobs
Marvin Katkin
Marshall W. Krause
Jason Mathias
Michael and Stacey Mathias
Shawn Mathias
Herbert A. Medetsky
Josef Mittleman
Josef Mittleman, on behalf of Just Empire, LLC
Arlene Perlis
Gunther and Margaret Unflat
Lawrence R. Velvel
Alan J. Winters

9

Dated:  New York, New York
        March 22, 2010

PHILLIPS NIZER LLP

By:      _/s/ Chryssa V. Valletta_
         Chryssa V. Valletta (8507)

666 Fifth Avenue
New York, New York 10103
(212) 977-9700
cvalletta@phillipsnizer.com

*Attorneys for Herbert Barbanel, Alice
Barbanel and Lauri Ann Schwartz-Barbanel*

1108758.1

United States Bankruptcy Court                          Chryssa V. Valletta (8507)
Southern District of New York                                Phillips Nizer LLP
Adv. Pro. No. 08-01789 (BRL)

## SERVICE LIST

David Sheehan                           Kevin H. Bell
Baker & Hostetler LLP                   Securities Investor Protection Corporation
45 Rockefeller Plaza                    805 Fifteenth Street, N.W., Suite 800
New York, NY 10111                      Washington D.C. 20005

Katherine B. Gresham                    Helen Davis Chaitman
United States Securities and Exchange   Becker & Poliakoff, LLP
Commission                              45 Broadway
100 F Street, NE                        11th Floor
Washington, D.C. 20549                  New York, NY 10006

David B. Bernfeld                       David J. Molton
Bernfeld, Dematteo & Bernfeld LLP       Brown Rudnick LLP
600 Third Avenue                        Seven Times Square
New York, NY 10016                      New York, NY 10036

Stanley Dale Cohen                      Richard Levin
41 Park Avenue, Suite 17-F              Cravath, Swaine & Moore LLP
New York, NY 10016                      825 Eighth Avenue
                                        New York, NY 10019

Karen Wagner                            Seth C. Farber
Davis Polk & Wardwell LLP               Dewey & LeBoeuf LLP
450 Lexington Avenue                    1301 Avenue of the Americas
New York, NY 10017                      New York, NY 10019

Jeffrey A. Mitchell                     Daniel M. Glosband
Gibbons, P.C.                           Goodwin Procter LLP
One Pennsylvania Plaza, 37th Floor      53 State Street
New York, NY 10119                      Boston, MA 02109

William R. Fried                        Angelina E. Lim
Herrick, Feinstein LLP                  Johnson, Pope, Bokor, Ruppel & Burns, LLP
2 Park Avenue                           911 Chestnut Street
New York, NY 10016                      Clearwater, FL 33757

1108758.1

David Parker
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176

Joseph Lubertazzi, Jr.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Stephen A. Weiss
Seeger Weiss LLP
One William Street
New York, NY 10004

Bruce S. Schaeffer
404 Park Avenue South
New York, NY 10016

Stephen Fishbein
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo SP
Brazil

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Brian J. Neville
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, NY 10018

Jonathan M. Landers
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

William D. Zabel
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Carole Neville
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Ethel and James Chambers
4244 SE Centerboard Ln
Stuart, Florida 34997

Herbert and Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6
Canada

Lillian Gilden
145 East 74th Street
New York, NY 10021

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

12

Joseph M. Hughart
208 Main Street, Suite 105
Milford, MA 01757

Simon Jacobs
1 West 81st St
New York 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Jason Mathias
5965 Madrano Dr.
Sarasota, FL 34232

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Josef Mittleman
107 Prospect Street
Providence, RI 02906

Josef Mittleman, on behalf of Just Empire
LLC
107 Prospect Street
Providence, RI 02906

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

Alan J. Winters
804 Mulberry Lane
Bellaire, Texas 77401

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, Florida 34949

1108758.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

**ORDER (1) UPHOLDING TRUSTEE'S DETERMINATION DENYING CUSTOMER
CLAIMS FOR AMOUNTS LISTED ON LAST CUSTOMER STATEMENT; (2)
AFFIRMING TRUSTEE'S DETERMINATION OF NET EQUITY; AND (3)
EXPUNGING THOSE OBJECTIONS WITH RESPECT TO THE DETERMINATIONS
RELATING TO NET EQUITY**

This matter came before the Court on February 2, 2010 on the motion (the "Motion") of

Irving H. Picard, Esq. (the "Trustee"), as trustee for the liquidation of the business of Bernard L.

Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15

U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and as trustee for the estate of Bernard L. Madoff ("Madoff"),

for entry of an order (1) upholding the Trustee's determinations denying the claims in question

for the securities and credit balances listed on the claimants' last BLMIS customer statement; (2)

affirming the Trustee's "cash in/cash out" determinations of net equity with respect to each

customer claim; and (3) expunging the objections to the Trustee's determinations to the customer

claims in question insofar as they relate to net equity; and the Court having considered:

1

1.    That the Trustee's Motion concerns the proper interpretation and application of net equity ("Net Equity"), as that term is defined in section 16(11) of SIPA, 15 U.S.C. § 78*lll*(11); and

2.    That as delineated in the Motion papers, it is the Trustee's position that for purposes of determining customer claims, each BLMIS customer's Net Equity should be determined by crediting the amount of cash deposited by the customer into his BLMIS account, less any amounts already withdrawn by him from his BLMIS customer account (the "Net Investment Method"); and

3.    That certain customer claimants ("Objecting Claimants") asserted that Net Equity should be determined on the basis of each claimant's balance as shown on their November 30, 2008 account statement provided by BLMIS ("Final Customer Statements"); and

4.    The responses and oppositions filed in this Court to the Motion, as listed in Appendix 1 to the Memorandum Decision Granting Trustee's Motion For An Order (1) Upholding Trustee's Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustee's Determination Of Net Equity; and (3) Expunging Objections to Determinations Relating To Net Equity ("Net Equity Decision"), dated March 1, 2010.

Due notice of the Motion has been given, and it does not appear that other or further notice need be given, and after a hearing and the proceedings before the Court, and after due

2

deliberation, having determined the Motion is in the best interests of BLMIS, its creditors and the estate, it is hereby:

ORDERED, that the relief requested in the Motion is granted as set forth in the Net Equity Decision, fully incorporated herein; and it is further

ORDERED, that the Trustee's determination of Net Equity using the Net Investment Method is upheld; and it is further

ORDERED, that each customer's Net Equity with respect to their customer claims in this SIPA liquidation proceeding shall be calculated using the Net Investment Method rather than the balances listed on the Final Customer Statements; and it is further

ORDERED, that the oppositions submitted by the Objecting Claimants, as listed in Appendix 1 of the Net Equity Decision, are overruled; and it is further

ORDERED, that the objections to the determinations of customer claims, as listed on Exhibit A to the Trustee's Motion [Dkt. No. 530], are expunged insofar as those objections are based upon using the Final Customer Statements rather than the Net Investment Method to determine Net Equity; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to the remainder of the claimants' objections in accordance with the order entered by this Court on December 23, 2008 (the "Claims Procedures Order"); and it is further

ORDERED, that the Trustee shall in due course schedule a hearing or hearings regarding the remainder of the claimants' objections in accordance with the Claims Procedures Order; and it is further

**ORDERED**, that with regard to the Net Equity Dispute, this Order is a final order as that term is defined in 28 U.S.C. § 158(a)(1), and there is no just reason for delay; and it is further

**ORDERED**, that in view of the factors contained in 28 U.S.C § 158(d)(2)(A)(i) - (iii), this Court will upon appropriate request or motion consider favorably a request to certify a direct appeal to the United States Court of Appeals for the Second Circuit; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
      March 8, 2010
                              /s/Burton R. Lifland
                              HONORABLE BURTON R. LIFLAND
                              UNITED STATES BANKRUPTCY JUDGE

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

In re:

BERNARD L. MADOFF,

Debtor.

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## COURT'S CERTIFICATION OF NET EQUITY ORDER OF MARCH 8, 2010 FOR IMMEDIATE APPEAL TO THE UNITED STATES COURT OF APPEALS PURSUANT TO 28 U.S.C. § 158(d)(2)

The Court having issued its Memorandum Decision Granting Trustee's Motion

for an Order (1) Upholding Trustee's Determination Denying Customer Claims for

Amounts Listed on Last Customer Statement; (2) Affirming Trustee's Determination of

Net Equity; and (3) Expunging Objections to Determinations Relating to Net Equity (the

"Net Equity Decision") on March 1, 2010; and having entered an order on March 8, 2010

implementing the Decision (the "Net Equity Order"); and because the Net Equity

Decision and Order impact with finality on the interests of the parties to the above-

captioned proceeding, the Court, on its own motion, joined by the annexed request of the

law firms of Becker & Poliakoff, LLP, Davis Polk & Wardwell LLP, Lax & Neville,

LLP, Milberg LLP, and Shearman & Sterling LLP, on behalf of the BLMIS claimants

represented by the same, setting forth the bases for certification pursuant to 28 U.S.C. §

158(d)(2), which request the Court treats as a motion for certification; and the United

1

States Securities & Exchange Commission and the Securities Investor Protection

Corporation having indicated that they have no objection to this request; and the Court

having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

1334 and 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (iii) the

legal and factual issues presented establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.  The relief sought in the request is GRANTED.

2.  The Court certifies that an immediate appeal of the Net Equity Order is appropriate because this proceeding involves a matter of public importance, and an immediate appeal may materially advance the progress of this proceeding.

3.  The Court therefore certifies the Net Equity Order for immediate appeal to the United States Court of Appeals pursuant to 28 U.S.C. § 158(d)(2).


Dated: New York, New York
       March 8, 2010

                                        /s/ Burton R. Lifland_____
                                        United States Bankruptcy Judge

2