March 17, 2010



Clerk of the United States Bankruptcy Court
For The Southern District of New York
One Bowling Green
New York, New York 10004

To Whom It May Concern:

We are requesting a 30 day delay to protest the Notice of the Trustee's Determination of Claim for protection under the Securities Investor Protection Act 15USC relating to Claim #013341.

We are requesting this delay because we are still searching for our records relating to deposits to my retirement account prior to August 1991. When we filed this claim it also included $500,000 deposited prior to August 1991. When the names of the victims of Mr. Madoff came out there were four accounts reflected pertaining to my family. We believe that there were two IRA accounts that may have balances and it is our understanding the Mr. Madoff comingled accounts prior to 1991.

We request this 30 day delay of our protest to do further investigation as to the accurate balance invested vs. withdrawals from the IRA account.

We appreciate your consideration in this matter.

Max Rutman
6533 McCauley Trail West
Edina, MN 55439