PHILLIPS NIZER LLP
Chryssa V. Valletta (8507)
666 Fifth Avenue
New York, NY 10103
Tel: (212) 977-9700
Fax: (212) 262-5152
cvalletta@phillipsnizer.com
*Counsel for Herbert Barbanel, Alice Barbanel
and Lauri Ann Schwartz-Barbanel*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

SECURITIES INVESTOR PROTECTION
CORPORATION,

             Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

             Defendant.

------------------------------------ x

In re:

BERNARD L. MADOFF,

             Debtor.

------------------------------------ x

SIPA LIQUIDATION
(Substantively Consolidated)
Adv. Pro. No. 08-01789 (BRL)

**CERTIFICATE OF SERVICE**

    I, Chryssa V. Valletta, hereby certify that on March 22, 2010 I caused a true and correct copy of the Notice of Appeal and Protective Motion for Leave to Appeal to be filed electronically with the Court and served upon the parties in the action who receive service through CM/ECF and served upon the parties listed below, as follows:

1108871.1

<u>By Hand Delivery</u>:

David Sheehan
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

<u>By U.S. Mail</u>:

Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo SP
Brazil

Ethel and James Chambers
4244 SE Centerboard Ln
Stuart, Florida 34997

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

Herbert and Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6
Canada

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Lillian Gilden
145 East 74th Street
New York, NY 10021

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Joseph M. Hughart
208 Main Street, Suite 105
Milford, MA 01757

Simon Jacobs
1 West 81st St
New York 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

2

1108871.1

Jason Mathias
5965 Madrano Dr.
Sarasota, FL 34232

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Josef Mittleman
107 Prospect Street
Providence, RI 02906

Josef Mittleman, on behalf of Just Empire LLC
107 Prospect Street
Providence, RI 02906

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

Alan J. Winters
804 Mulberry Lane
Bellaire, Texas 77401

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, Florida 34949

March 22, 2010

By: /s/ Chryssa V. Valletta
Chryssa V. Valletta