MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re<br><br>BERNARD L. MADOFF,<br><br>       Debtor. |  |

## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, hereby certify that I caused a true and correct copy of the Notice of Appeal & Protective Motion for Leave to Appeal to be filed electronically with the Court [Dkt. No. 2053] and served upon the parties to this action who receive electronic service through ECF on March 19, 2010.  In addition, on March 19, 2010 I caused 50 copies of the Notice of Appeal & Protective Motion for Leave to Appeal [Dkt. No. 2053], along with corresponding mailing labels, to be sent via Federal Express to the Clerk of the United States Bankruptcy Court for the Southern District of New York, in accordance with Bankr. R. P. 8004 and Local Rule 8004-1, and I caused courtesy copies of the Notice of Appeal & Protective Motion for Leave to Appeal [Dkt. No. 2053] to be sent via Federal Express to the addresses set forth on the attached Appendix A on March 22, 2010:

s/ Jonathan M. Landers

MILBERG LLP
Jonathan M. Landers
Matthew Gluck
Brad N. Friedman
Sanford P. Dumain
Jennifer L. Young
One Pennsylvania Plaza, 48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

*Attorneys for The Aspen Company, Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein U/W FBO Ruth E. Goldstein, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, and Harold A. Thau*

# APPENDIX A

## PARTIES SUPPORTING THE NET INVESTMENT METHOD

1.  BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone:    (212) 589-4200
    Facsimile:    (212) 589-4201
    By:    David Sheehan
           Marc E. Hirschfield
           Oren J. Warshavsky
           Seanna R. Brown

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2.  SECURITIES INVESTOR PROTECTION CORPORATION
    805 Fifteenth Street, N.W. Suite 800
    Washington, DC 20005
    Telephone:    (202) 371-8300
    Facsimile:    (202) 371-6728
    By:    Josephine Wang
           Kevin H. Bell

*Attorneys for the Securities Investor Protection Corporation*

3.  SECURITIES AND EXCHANGE COMMISSION
    100 F. Street, N.E.
    Washington, DC 20548
    Telephone:    (202) 551-5148
    By:    Katharine B. Gresham
           Alistaire Bambach

*Attorneys for the Securities and Exchange Commission*

4.  CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, NY 10019
    Telephone:    (212) 474-1000
    Facsimile:    (212) 474-3700
    By: Richard Levin

*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage*
*Limited*

5.    Simon Jacobs (Pro Se)
      1 West 81st Street
      New York, NY 10024
      212-255-2400 ext. 2017

## OBJECTING CLAIMANTS

### Represented by Counsel

1.    BECKER & POLIAKOFF, LLP
      45 Broadway
      11th Floor
      New York, NY 10006
      By: Helen Davis Chaitman

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

2.    BERNFELD, DEMATTEO & BERNFELD LLP
      600 Third Avenue
      New York, NY 10016
      Telephone:    (212) 661-1661
      Facsimile:    (212) 557-9610
      By:    David B. Bernfeld
             Jeffrey Bernfeld

*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

3.    BROWN RUDNICK LLP
      Seven Times Square
      New York, NY 10036
      Telephone:    (212) 209-4800
      Facsimile:    (212) 209-4801
      By:    David J. Molton
             Martin S. Siegel

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

4.    STANLEY DALE COHEN
      41 Park Avenue, Suite 17-F
      New York, NY 10016
      Telephone:    (212) 686-8200
      By:    Stanley Dale Cohen

*Attorney for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt*

5.   DAVIS POLK & WARDWELL LLP
     450 Lexington Avenue
     New York, NY 10017
     Telephone:    (212) 450-4000
     Facsimile:    (212) 701-5800
     By:    Karen Wagner
            Jonathan D. Martin

     *Attorneys for Sterling Equities Associates*


6.   DEWEY & LEBOEUF LLP
     1301 Avenue of the Americas
     New York, NY 10019
     Telephone:    (212) 259-8000
     Facsimile:    (212) 259-6333
     By:    Seth C. Farber
            James P. Smith III
            Kelly A. Librera

*Attorneys for Ellen G. Victor*


7.   GIBBONS, P.C.
     One Pennsylvania Plaza, 37th Floor
     New York, NY 10119
     Telephone:    (212) 613-2009
     Facsimile:    (212) 554-9696
     By:    Jeffrey A. Mitchell
            Don Abraham

*Attorneys for Donald G. Rynne*


8.   GOODWIN PROCTER LLP
     53 State Street
     Boston, MA 02109
     Telephone:    (617) 570-1000
     Facsimile:    (617) 523-1231
     By:    Daniel M. Glosband
            David J. Apfel
            Brenda R. Sharton
            Larkin M. Morton

*Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C.
Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and
Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

9.   HERRICK, FEINSTEIN LLP
     2 Park Avenue
     New York, NY 10016
     Telephone:    (212) 592-1400
     Facsimile:    (212) 592-1500
     By:    William R. Fried

*Attorneys for Magnify, Inc.*

10.  KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
     551 Fifth Avenue, 18th Floor
     New York, NY 10176
     Telephone:    (212) 986-6000
     Facsimile:    (212) 986-8866
     By:    David Parker
            Matthew J. Gold
            Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

11.  LAX & NEVILLE, LLP
     1412 Broadway, Suite 1407
     New York, NY 10018
     Telephone:    (212) 696-1999
     Facsimile:    (212) 566-4531
     By:    Brian J. Neville
            Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein,*
*Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

12.  MCCARTER & ENGLISH, LLP
     245 Park Avenue, 27th Floor
     New York, NY 10167
     Telephone:    (212) 609-6800
     Facsimile:    (212) 609-6921
     By:    Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

13. MILBERG LLP
    One Pennsylvania Plaza
    New York, NY 10119
    Telephone:    (212) 594-5300
    Facsimile:    (212) 868-1229
    By:    Jonathan M. Landers
           Matthew Gluck
           Brad N. Friedman
           Sanford P. Dumain
           Jennifer L. Young

    SEEGER WEISS LLP
    One William Street
    New York, NY 10004
    Telephone:    (212) 584-0700
    Facsimile:    (212) 584-0799
    By:    Stephen A. Weiss
           Christopher M. Van de Kieft
           Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, AnnDenver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

14. PHILLIPS NIZER LLP
    666 Fifth Avenue
    New York, NY 10103
    Telephone:    (212) 841-1320
    Facsimile:    (212) 262-5152
    By:    Helen Davis Chaitman

*Attorneys for Herbert Barbanel, AliceBarbanel, and Lauri Ann Schwartz-Barbanel*

15. BRUCE S. SCHAEFFER
    404 Park Avenue South
    New York, NY 10016
    Telephone:    (212) 689-0400
    By:    Bruce S. Schaefer

*Attorney for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

16. SCHULTE ROTH & ZABEL LLP
    919 Third Avenue
    New York, NY 10022
    Telephone:    (212) 756-2000
    Facsimile:    (212) 593-5955
    By:    William D. Zabel
           Michael L. Cook
           Marcy Ressler Harris
           Frank J. LaSalle

*Attorneys for the SRZ Claimants*

17. SHEARMAN & STERLING LLP
    599 Lexington Avenue
    New York, NY 10022
    Telephone:    (212) 848-4000
    Facsimile:    (212) 848-7179
    By:    Stephen Fishbein
           James Garrity
           Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

18. SONNENSCHEIN NATH & ROSENTHAL LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone:    (212) 768-6889
    Facsimile:    (212) 768-6800
    By:    Carole Neville

*Attorneys for Alexander A. Stein Trust, Alvin Gindel Revocable Trust Agreement, Alvin R. Rush, BAM LP, Barbara Berdon, Barry Weisfeld, David R. Markin 2003 Trust, Davina Greenspan and Lori Friedman J/T WROS, Elaine Roberts, Elaine Stein Roberts IRA, Elizabeth D. French, Elliott J. Goldstein MD PC, Eric P. Stein, Eric P. Stein IRA, Estate of Helen Shurman, George and Sarah Berman, Greg Goldberg IRA, Harold Hein (IRA), Jennifer Kelman Revocable Trust, Dated 12/22/04, Joel Goldberg-Pension Profit Sharing Plan, Joel Goldberg-Pension Profit Sharing Plan, Kerri Goldberg IRA, Kings Park Inc., L Rags Inc., Lapin Children LLC, Lauren Goldberg IRA, Lena M. Stein Trust, Lesley Koeppel, LI RAM L.P., Loren W. Stein, LS Zahn, MAR Partners, Margot Stein, Marilyn and Edward Kaplan, Marsha Peshkin, Marsha Peshkin IRA, Marvin E. Bruce (IRA), Maurice S. Sage Foundation Inc., Melvin H. Gale and Leona Gale Trust Dated 01/04/94, Michael Mann and Meryl Mann, Millicent Rudnick, MMRN Associates, Mona and Alan Fisher, Neil Reger Profit Sharing Keogh, Norma Shapiro IRA, Norma Shapiro Trustee, Richard E. Winer Revocable Trust, Robert C. Lapin IRA, Robert T. Schoen MD and Cynthia B. French J/T WROS, Robert W. Renfield Living Trust, Sage Associates, Sage Associates II, Sage Realty, Sharon Stein, Sidney Horowitz (IRA), SRF Partners, Stanley Elias, Stanley T. Miller IRA, Toby*

*T. Hobish, Trust of Bernice L. Rudnick, Cecil N. Rudnick, et al TSTEES, Trust U/W/O Philip Shapiro*

<u>Pro Se</u>

1.  Hugh de Blacam
    Holy Ghost Fathers South West Brazil
    Avenida Alvaro Ramos 251
    03058 060 Sao Paulo SP
    Brazil

2.  Ethel and James Chambers
    4244 SE Centerboard Ln.
    Stuart, FL 34997

3.  Anthony Fusco
    71 Brandy Lane
    Lake Grove, NY 11755

4.  Herbert and Ruth Gamberg
    1600 Cambridge St.
    Halifax, N.S.
    B3H 4A6
    Canada

5.  Cynthia Pattison Germaine
    104 Rhododendron Lane
    Brinnon, WA 98320

6.  Lillian Gilden
    145 E. 74th Street
    New York, NY 10021

7.  Phyllis Glick
    7276 Via Palomar
    Boca Raton, FL 33433

8.  Yolanda Greer
    9486 Lantern Bay Circle
    West Palm Beach, FL 33411

9.  Joseph M. Hughart
    208 Main Street, Suite 105
    Milford, MA 01757

10. Marvin Katkin
    2808 Willard Avenue
    Oceanside, NY 11572

11. Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

12. Jason Mathias
5965 Madrano Dr.
Sarasota, FL 34232

13. Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

14. Herbert A. Medetsky, Ph.D
3885 Bedford Avenue
Brooklyn, NY 11229

15. Josef Mittleman
107 Prospect Street
Providence, RI 02906

16. Josef Mittleman, on behalf of Just Empire, LLC
107 Prospect Street
Providence, RI 02906

17. Arlene B. Perlis
542 Green Valley Road
Paramus, NJ 07652

18. Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428

19. Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810