# EXHIBIT B

# RABB PARTNERS

**Partners Interest as of 11/30/08:**

|  | Amount | Percentage |
|---|---:|---:|
| Rabb Charitable Remainder Uni-Trust | $182,857.59 | 3.21% |
| Sylvia Rabb Trust | $858,084.80 | 15.06% |
| Leslie Rabb IRA | $286,018.35 | 5.02% |
| Leslie Rabb | $484,854.04 | 8.51% |
| Kenneth Rabb | $1,025,256.57 | 18.00% |
| Yuka Rabb | $123,231.29 | 2.16% |
| John Rabb | $193,474.57 | 3.40% |
| Sumire Rabb | $211,328.64 | 3.71% |
| Henry Millison | $236,574.23 | 4.15% |
| Julia Millison | $236,574.23 | 4.15% |
| Susan Rabb | $61,335.57 | 1.08% |
| Susan Rabb IRA | $386,252.28 | 6.78% |
| David Millison IRA | $92,558.13 | 1.62% |
| Millison Investment Mgmt. Pension Plan | $733,345.33 | 12.87% |
| Sheila Herman IRA | $87,898.03 | 1.54% |
| Jay Herman IRA | $385,003.71 | 6.76% |
| Jay Herman | $67,922.99 | 1.19% |
| Sheila Herman | $44,353.30 | 0.78% |
|  | $5,696,923.65 | 99.99% |