Lax & Neville, LLP
Brian J. Neville
Barry R. Lax
Brian Maddox
1412 Broadway, Suite 1407
New York, NY 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
SECURITIES INVESTOR PROTECTION                                 :
CORPORATION,                                                   :    SIPA Liquidation
                                                               :
                       Plaintiffs,                             :
                                                               :    No. 08-01789 (BRL)
         vs.                                                   :
                                                               :
BERNARD L. MADOFF INVESTMENT                                   :
SECURITIES LLC,                                                :
                                                               :
                       Defendant.                              :
                                                               :
-------------------------------------------------------------- :    Adv. Pro. No. 09-01265 (BRL)
                                                               :
In re:                                                         :
                                                               :
BERNARD L. MADOFF                                              :
                                                               :
                       Debtor.                                 :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Brian Maddox, hereby certify that I caused a true and correct copy of the Notice of Appeal to be filed electronically with the Court [Dkt. No. 2053] and served upon the parties to this action who receive electronic service through ECF on March 19, 2010. In addition, on March 23, 2010 I caused 45 copies of the Notice of Appeal [Dkt. No. 2053], along with corresponding mailing labels, to be sent via First Class Mail to the Clerk of the United States Bankruptcy Court for the

Southern District of New York, in accordance with Bankr. R. P. 8004 and Local Rule 8004-1, and I caused courtesy copies of the Notice of Appeal [Dkt. No. 2053] to be sent via First Class Mail to BAKER & HOSTETLER LLP and SECURITIES INVESTOR PROTECTION CORPORATION on March 23, 2010:

Dated: New York, New York
       March 23, 2010

/s/ Brian Maddox
Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile:  (212) 566 – 4531

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

**APPENDIX A**

**PARTIES SUPPORTING THE NET INVESTMENT METHOD**

1. **BAKER & HOSTETLER LLP**

    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4200
    Facsimile: (212) 589-4201

    By:    David Sheehan
           Marc E. Hirschfield
           Oren J. Warshaysky
           Seanna R. Brown
    *Attorneys for Irving H Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2. **SECURITIES INVESTOR PROTECTION CORPORATION**

    805 Fifteenth Street, N.W. Suite 800
    Washington, DC 20005
    Telephone: (202) 371-8300
    Facsimile: (202) 371-6728

    By:    Josephine Wang
           Kevin H. Bell
    *Attorneys for the Securities Investor Protection Corporation*

3. **SECURITIES AND EXCHANGE COMMISSION**

    100 F. Street, N.E.
    Washington, DC 20548
    Telephone: (202) 551-5148

    By:    Katharine B. Gresham
           Alistaire Bambach
    *Attorneys for the Securities and Exchange Commission*

4. **CRAVATH, SWAINE & MOORE LLP**

   825 Eighth Avenue
   New York, NY 10019
   Telephone: (212) 474-1000
   Facsimile: (212) 474-3700

   By:   Richard Levin
   *Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited*

5. **Simon Jacobs (Pro Se)**

   West 81st Street
   New York, NY 10024
   Telephone: 212-255-2400 ext. 2017

**OBJECTING CLAIMANTS (Represented by Counsel)**

6. **BECKER & POLIAKOFF, LLP**

   45 Broadway, 11th Floor
   New York, NY 10006

   By:   Helen Davis Chaitman
   *Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

7. **BERNFELD, DEMATTEO & BERNFELD LLP**

   600 Third Avenue
   New York, NY 10016
   Telephone: (212) 661-1661
   Facsimile: (212) 557-9610

   By:   David B. Bernfeld
         Jeffrey Bernfeld
   *Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

8. **BROWN RUDNICK LLP**

   Seven Times Square
   New York, NY 10036
   Telephone: (212) 209-4800
   Facsimile: (212) 209-4801

   By:   David J. Molton
         Martin S. Siegel
   *Attorneys for Kenneth M Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

9. **STANLEY DALE COHEN**

   41 Park Avenue, Suite 17-F
   New York, NY 10016
   Telephone: (212) 686-8200

   By:   Stanley Dale Cohen
   *Attorney for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz TO.D., and Bonita Savitt*

10. **DAVIS POLK & WARDWELL LLP**

    450 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 450-4000
    Facsimile:  (212) 701-5800

    By:   Karen Wagner
          Jonathan D. Martin
    *Attorneys for Sterling Equities Associates*

11. **DEWEY & LEBOEUF LLP**

    1301 Avenue of the Americas
    New York, NY 10019
    Telephone: (212) 259-8000
    Facsimile:  (212) 259-6333

    By:   Seth C. Farber
          James P. Smith III
          Kelly A. Librera
    *Attorneys for Ellen G. Victor*

12. **GIBBONS, P.C.**

   One Pennsylvania Plaza, 37th Floor
   New York, NY 10119
   Telephone: (212) 613-2009
   Facsimile: (212) 554-9696

   By:   Jeffrey A. Mitchell
         Don Abraham
   *Attorneys for Donald G. Rynne*

13. **GOODWIN PROCTER LLP**

   53 State Street
   Boston, MA 02109
   Telephone: (617) 570-1000
   Facsimile: (617) 523-1231

   By:   Daniel M. Glosband
         David J. Apfel
         Brenda R. Sharton
         Larkin M. Morton
   *Attorneys for Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Michael C. Lesser, Norman E. Lesser 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust, and Jane L. O'Connor, as Trustee of the Jane O'Connor Living Trust*

14. **HERRICK, FEINSTEIN LLP**

   2 Park Avenue
   New York, NY 10016
   Telephone: (212) 592-1400
   Facsimile: (212) 592-1500

   By:   William R. Fried
   *Attorneys for Magnib, Inc.*

15. **JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**

   911 Chestnut Street
   Clearwater, FL 33757
   Telephone:  (727) 461 – 1818
   Facsimile:  (727) 443 – 6548

By:   Angelina E. Lim
      Michael C. Cronin
*Attorneys for Anchor Holdings, LLC*

16. **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866

By:   David Parker
      Matthew J. Gold
      Jason Otto
*Attorneys for Lawrence ElMs and Malibu Trading and Investing, L.P.*

17. **MCCARTER & ENGLISH, LLP**

245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile:  (212) 609-6921

By:   Joseph Lubertazzi, Jr.
*Attorneys for Wachovia Bank, National Association*

18. **MILBERG LLP**

One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

By:   Jonathan M. Landers
      Matthew Gluck
      Brad N. Friedman
      Sanford P. Dumain
      Jennifer L. Young

19. **SEEGER WEISS LLP**

   One William Street
   New York, NY 10004
   Telephone: (212) 584 – 0700
   Facsimile:  (212) 584 – 0799

   By:    Stephen A. Weiss
          Christopher M. Van de Kieft
          Parvin K. Aminolroaya
   *Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, AnnDenver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*


20. **MORRISON COHEN LLP**

   909 Third Avenue
   New York, New York 10022
   Telephone:  (212) 735-8600
   Facsimile: (212) 735-8708

   By:    Michael R. Dal Lago
   *Attorneys for David Silver*

21. **PHILLIPS NIZER LLP**

   666 Fifth Avenue
   New York, NY 10103
   Telephone: (212) 841-1320
   Facsimile: (212) 262-5152

   By:    Helen Davis Chaitman
   *Attorneys for Herbert Barbanel, AliceBarbanel, and Lauri Ann Schwartz-Barbanel*

22. **BRUCE S. SCHAEFFER**

   404 Park Avenue South
   New York, NY 10016
   Telephone: (212) 689-0400

   By:   Bruce S. Schaefer
   *Attorney for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

23. **SCHULTE ROTH & ZABEL LLP**

   919 Third Avenue
   New York, NY 10022
   Telephone: (212) 756-2000
   Facsimile:  (212) 593-5955

   By:   William D. Zabel
         Michael L. Cook
         Marcy Ressler Harris
         Frank J. LaSalle
   *Attorneys for the SRZ Claimants*

24. **SHEARMAN & STERLING LLP**

   599 Lexington Avenue
   New York, NY 10022
   Telephone: (212) 848-4000
   Facsimile:  (212) 848-7179

   By:   Stephen Fishbein
         James Garrity
         Richard Schwed
   *Attorneys for Carl Shapiro and associated entities*

25. **SONNENSCHEIN NATH & ROSENTHAL LLP**

    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 768-6889
    Facsimile:    (212) 768-6800

    By:    Carole Neville
*Attorneys for Alexander A. Stein Trust, Alvin Gindel Revocable Trust Agreement, Alvin R. Rush, BAM LP, Barbara Berdon, Barry Weisfeld, David R. Markin 2003 Trust, Davina Greenspan and Lori Friedman J/T WROS, Elaine Roberts, Elaine Stein Roberts IRA, Elizabeth D. French, Elliott J Goldstein MD PC, Eric P. Stein, Eric P. Stein IRA, Estate of Helen Shurman, George and Sarah Berman, Greg Goldberg IRA, Harold Hein (IRA), Jennifer Kelman Revocable Trust, Dated 12/22/04, Joel Goldberg-Pension Profit Sharing Plan, Joel Goldberg-Pension Profit Sharing Plan, Kerri Goldberg IRA, Kings Park Inc., L Rags Inc., Lapin Children LLC, Lauren Goldberg IRA, Lena M Stein Trust, Lesley Koeppel, LI RAM L.P., Loren W. Stein, LS Zahn, MAR Partners, Margot Stein, Marilyn and Edward Kaplan, Marsha Peshkin, Marsha Peshkin IRA, Marvin E. Bruce (IRA), Maurice S. Sage Foundation Inc., Melvin H. Gale and Leona Gale Trust Dated 01/04/94, Michael Mann and Meryl Mann, Millicent Rudnick, MMRN Associates, Mona and Alan Fisher, Neil Reger Profit Sharing Keogh, Norma Shapiro IRA, Norma Shapiro Trustee, Richard E. Winer Revocable Trust, Robert C. Lapin IRA, Robert T Schoen MD and Cynthia B. French J/T WROS, Robert W. Renfield Living Trust, Sage Associates, Sage Associates II, Sage Realty, Sharon Stein, Sidney Horowitz" (IRA), SRF Partners, Stanley Elias, Stanley T Miller IRA, Toby T Hobish, Trust of Bernice L. Rudnick, Cecil N. Rudnick, et al TSTEES, Trust U/W/O Philip Shapiro*

## APPEARING PRO SE

1. **Hugh de Blacam**

   Holy Ghost Fathers South
   West Brazil Avenida Alvaro Ramos 251
   03058 060 Sao Paulo SP
   Brazil

2. **Ethel and James Chambers**

   4244 SE Centerboard Ln.
   Stuart, FL 34997

3. **Anthony Fusco**

   71 Brandy Lane
   Lake Grove, NY 11755

4. **Herbert and Ruth Gamberg**

   1600 Cambridge St.
   Halifax, N.S.
   B3H 4A6
   Canada

5. **Cynthia Pattison Germaine**

   104 Rhododendron Lane
   Brinnon, WA 98320

6. **Lillian Gilden**

   145 E. 74th Street
   New York, NY 10021

7. **Phyllis Glick**

   7276 Via Palomar
   Boca Raton, FL 33433

8. **Yolanda Greer**

   9486 Lantern Bay Circle
   West Palm Beach, FL 33411

9. **Joseph M. Hughart**

   208 Main Street, Suite 105
   Milford, MA 01757

10. **Marvin Katkin**

    2808 Willard Avenue
    Oceanside, NY 11572

11. **Marshall W. Krause**

    PO Box 70
    San Geronimo, CA 94963

12. **Jason Mathias**

    5965 Madrano Dr.
    Sarasota, FL 34232

13. **Shawn Mathias**

    135 Pointer Ridge Trail
    Fayetteville, GA 30214

14. **Herbert A. Medetsky, Ph.D**

    3885 Bedford Avenue
    Brooklyn, NY 11229

15. **Josef Mittleman**

    107 Prospect Street
    Providence, RI 02906

16. **Josef Mittleman, on behalf of Just Empire, LLC**

    107 Prospect Street
    Providence, RI 02906

17. **Arlene B. Perlis**

    542 Green Valley Road
    Paramus, NJ 07652

18. **Gunther and Margaret Unflat**

    57 Whelan Willie Way
    Hawley, PA 18428

19. **Lawrence R. Velvel**

    Massachusetts School of Law
    500 Federal Street
    Andover, MA 01810

20. **Alan J. Winters**

    804 Mulberry Lane
    Bellaire, TX 77401