BRUCE LEVENTHAL
BRUCE LEVENTHAL 2001 IRREVOCABLE TRUST
160 East 38th Street
New York NY 10016
212-856-0252 FAX 212-856-0252 EMAIL: BRUCEL59@YAHOO.COM

March 12 2010

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York NY 1004

RE: Bankruptcy Case No. 08-1789 (BRL) and my Claim 002415 Bernard Madoff Investment Securities ('BLMIS') for Account No. 1CM941

Dear Judge Lifland,

I am opposed to the determination by the Trustee, Irving Picard, regarding my claim on BLMIS.

I would like to request a hearing on this matter.


1    I do not have access to the BLMIS records upon which the Trustee, Irving Picard, based his determination to deny my claim.

I was not shown the BLMIS records upon which the Trustee, Irving Picard, based his analysis and yet he purports his analysis assumption are based on these records.

I should be shown all the records used for the determination being made about my account in this or any other proceeding.


2    The Trustee did not indicate the basis for the transferor accounts.

The Trustee did not indicate the basis for the adjustment for my account.

I should be shown all the records used for the determination being made about the transferor accounts in this or any other proceeding.


3   The Trustee's decision is based on and relies on the word and records of Bernard Madoff. He is in jail because his word is no good. A convicted liar and thief with phony, inaccurate, and false records.

It has been demonstrated in court that Bernard Madoff's records and reports are not credible and therefore suspect as evidence. How can the same Madoff records be proven to be deceptive and unreliable and then be used in my case as being accurate and reliable?


Sincerely,

Bruce Leventhal



**USPS Express Mail Flat Rate Mailing Envelope**

ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code: 10016
- Date Accepted: 3/13/10
- Time Accepted: PM
- Flat Rate ☒
- Weight: 1 lb 4 oz
- Day of Delivery: Next
- Scheduled Date of Delivery: 3/15
- Scheduled Time of Delivery: 3 PM
- Postage: $18.30
- Total Postage & Fees: $18.30

FROM:
BRUCE LEVENTHAL
160 E 38 34 E
NEW YORK NY 10016
PHONE: (212) 856-0252

TO:
IRVING PICARD TRUSTEE
c/o BAKER HOSTETLER
45 ROCKEFELLER PL
NEW YORK NY
ZIP+4: 10111

Label: EG 249 769 456 US

Date Received: 03/15/2010 12:50 PM
Picard, Irving H
Stop 2 - 904
Routing #: IOFF11718