**BECKER, GLYNN, MELAMED & MUFFLY LLP**
*Attorneys for Weithorn/Casper Associates*
*For Selected Holdings LLC*
299 Park Avenue, 16th Floor
New York, New York 10171
Telephone: 212-888-3033
Facsimile: 212-888-0255
Chester B. Salomon (CS-2319)
csalomon@beckerglynn.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION :
CORPORATION,
                                                    :
            Plaintiff,                              :    Adv. Pro. No. 08-01789 (BRL)
                                                    :
      v.                                            :
                                                    :
BERNARD L. MADOFF INVESTMENT  :    SIPA Liquidation
SECURITIES LLC,
            Defendant.                              :
                                                    :
                                                    :
-------------------------------------------------------X

PLEASE TAKE NOTICE that Weithorn/Casper Associates for Selected Holdings LLC ("Weithorn") enters its appearance as a creditor and party in interest by and through its counsel, Becker, Glynn, Melamed & Muffly LLP ("Becker Glynn") under 11 U.S.C. § 1109(b) of the United States Bankruptcy Code and Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Becker Glynn requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith be given to and served upon,

and that Becker Glynn be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

> Chester B Salomon
> Becker, Glynn, Melamed & Muffly LLP
> 299 Park Avenue
> New York, New York 10171
> Tel: (212) 888-3033
> Fax: (212) 888-0255
> Email: csalomon@beckerglynn.com

**PLEASE TAKE FURTHER NOTICE** that under 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit will waive any of Weithorn's substantive or procedural rights, including any right: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Weithorn is or may be entitled under

agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupments Weithorn expressly reserves.

Dated: New York, New York
      March 26, 2010

    BECKER, GLYNN, MELAMED &
    MUFFLY LLP
    *Attorneys for Weithorn/Casper Associates*
    *For Selected Holdings LLC*

By: /s/ Chester B Salomon

  Chester B Salomon (CS-2319)
  299 Park Avenue
  New York, New York 10171
  Tel: (212) 888-3033
  Fax: (212) 888-0255
  Email: csalomon@beckerglynn.com