<u>Certificate of Service</u>

I hereby certify that on March 26, 2010, I filed, and thereby caused,

Weithorn/Casper Associates for Selected Holdings LLC Notice of Appearance and

Request of Service for Notices and Documents, dated March 26, 2010 to be served via

electronic mail upon all parties who receive electronic notice in this case pursuant to the

Court's ECF filing system, and further, on March 26, 2010, to the parties so indicated on

the attached service list via first-class, postage prepaid U.S. Mail.

BECKER, GLYNN, MELAMED & MUFFLY LLP

By:  ___/s/Chester B. Salomon_____
        Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
csalomon@beckerglynn.com

<u>Service List</u>

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111