# EXHIBIT C

March 11, 2010

    In 1990 I commenced sending $100,000 annually to Madoff Investment Securities. That continued at the same rate ($100,000) during 1991, 1992, 1993, and 1994, for a total of $500,000. In 1995, I acquired $5,000,000 by the sale of the stock of Winstar. I paid $1,000,000 for taxation and kept the remaining $4,000,000 for the future.

    In 1998 I created an organization that became known as Weithorn/Casper Associates for Selected Holdings, LLC. The initial capital accounts went to Madoff Investment Securities. The participants were:

| | |
|---|---|
| Stanley S. Weithorn, Trustee of Article Sixth Trust | $ 379,243 |
| Muriel Casper Weithorn | $ 436,490 |
| Corey Casper | $ 349,191 |
| | $ 1,164,924 |

    After that, still in 1998, a series of other amounts were transferred to Madoff Investment Securities with the participants as follows:

| | |
|---|---|
| MLM Charitable Remainder Unitrust, Stanley S. Weithorn, Trustee | $ 855,729 |
| Weithorn Family Charitable Remainder Unitrust, Stanley S. Weithorn, Trustee | $ 855,729 |
| Stanley/Lois Charitable Remainder Unitrust, Stanley S. Weithorn, Trustee | $ 250,000 |
| Weithorn & Ehrmann Families Foundation, Stanley S. Weithorn, Trustee | $ 750,000 |

    This consumed almost $3,000,000 ($ 2,711,458 to be exact) from my funds from my Winstar stock sales.

Subsequently, other members of my family who wanted to be included in the Madoff matter the funds were as follows:

| | |
|---|---|
| Howard B. Weithorn | $ 200,000 |
| Monroe Klein | $ 200,000 |
| Lara L. Weithorn Trust, Stanley S. Weithorn, Trustee | $ 100,000 |
| | $ 500,000 |

The overall totals are as follows:

$ 500,000
$ 1,164,924
$ 2,711,458
$ 500,000
$ 4,876,382

This is clearly more than the distributions that have been showed by your records. We have had two Madoff accounts for many years but they are interrelated so there is no financial distinction between them. They are known as Madoff account numbers 1-CM310-3-0; 1-CM310-4-0; 1-CM396-3-0; 1-CM396-4-0.


Stanley Weithorn