Certificate of Service

I hereby certify that on March 26, 2010, I filed, and thereby caused, the Verified Statement of Becker, Glynn, Melamed & Muffly LLP Pursuant to Bankruptcy Rule 2019, dated March 26, 2010 to be served via electronic mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and further, on March 26, 2010, to the parties so indicated on the attached service list via first-class, postage prepaid U.S. Mail.

BECKER, GLYNN, MELAMED & MUFFLY LLP

By: ___/s/Chester B. Salomon_____
    Chester B. Salomon
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
csalomon@beckerglynn.com

Service List

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

*140668v1*