Olshan Grundman Frome Rosenzweig
& Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022
Andrea Fischer, Esq.
Telephone::  212-451-2300
Facsimile:  212-451-2222

Michael Keeley
State Bar No. 11157800
Robert P. Franke
State Bar No. 07371200
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX  75202-3794
Telephone:  214-651-4300
Facsimile:  214-651-4330

*Attorneys for United States Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff - Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant.<br>-------------------------------------------------------------<br>In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br><br><br><br>Chapter 7<br><br>No. 09-11893 (BRL) |

936442-1

# NOTICE OF WITHDRAWAL OF UNITED STATES FIRE INSURANCE COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO SERVE JUDICIAL SUBPOENA DUCES TECUM

**PLEASE TAKE NOTICE** that United States Fire Insurance Company, by and through Olshan Grundman Frome Rosenzweig & Wolosky LLP and Strasburger & Price LLP, hereby withdraws, without prejudice to refiling, its Motion for Relief from the Automatic Stay to Serve Judicial Subpoena Duces Tecum, filed on dated December 10, 2009 (**Docket # 1048**).

Dated: New York, New York
March 29, 2010

    Olshan Grundman Frome Rosenzweig
    & Wolosky LLP

    By: /s/ Andrea Fischer
    Andrea Fischer
    Park Avenue Tower
    65 East 55th Street
    New York, NY 10022
    Telephone: 212-451-2300
    Facsimile: 212-451-2222

    Michael Keeley
    State Bar No. 11157800
    Robert P. Franke
    State Bar No. 07371200
    Strasburger & Price, LLP
    901 Main Street, Suite 4400
    Dallas, Texas 75202-3794
    Telephone: 214-651-4300
    Facsimile: 214-651-4330

    *Attorneys for United States Fire Insurance Company*

936442-1