Olshan Grundman Frome Rosenzweig
& Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
Andrea Fischer, Esq.
Telephone:: 212-451-2300
Facsimile: 212-451-2222

Michael Keeley
State Bar No. 11157800
Robert P. Franke
State Bar No. 07371200
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

*Attorneys for United States Fire Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff - Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>------------------------------------------------------------<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789-BRL<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br><br><br><br><br>Chapter 7<br><br>No. 09-11893 (BRL) |

**CERTIFICATE OF SERVICE**

936464-1

I, Suhailah S. Sallie, am not party to this action and am over the age of 18, and certify under penalty of perjury that on March 29, 2010, caused true copy of the **MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO SERVE JUDICIAL SUBPOENA DUCES TECUM,** to be served by First Class Mail service upon the below listed parties.

                                                      */s/ Suhailah S. Sallie*
                                                     Suhailah S. Sallie

936464-1

## SERVICE LIST

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Diana G. Adams

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: David Sheehan

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attn: Irving H. Picard, Trustee

Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Attn: Alan Nisselson, Trustee

BDG Aircharter, Inc.
c/o Blumenfeld Development Group, Ltd.
300 Robbins Lane
Syosset, NY 11791
Attention: David Kaplan

BLM Air Charter LLC
c/o Bernard L. Madoff Investment Securities
885 3rd Avenue, 18th Floor
New York, NY 10022-4877
Attn: Mark Madoff

Securities Investor Protection Corp.
805 15th Street, N.W., Suite 800
Washington, DC 20005-2207
Attention: Josephine Wang, Esq.

Smith Valliere PLLC
509 Madison Avenue, Suite 1510
New York, NY 10022-5537
Attention: Mark Warren Smith, Esq

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attention: Alissa M. Nann, Esq.

U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
Attention: Robert William Yalen, Esq.

Brunelle & Hadjikow, PC
1 Whitehall Street, Suite 1825
New York, New York 10004
Attention: Timothy P. Kebbe, Esq.

Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Attention: Brian Edward Goldberg, Esq.

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114

Securities Exchange Commission
Northeast Regional
The Woolworth Building
233 Broadway-John Murray
New York, New York 10279

936464-1

**Notices of Appearance**

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North
25 Main Street, P.O. Box 800
Hackensack, NJ 07602-0800
Attn: Michael D. Sirota

Cole, Schotz, Meisel, Forman & Leonard, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022-4728
Attn: Kevin R.J. Schroth

Becker, Glynn, Melamed & Mussly
299 Park Avenue, 16th Floor
New York, New York 10171
Attn: Chester B. Salomon

Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Attn: Mark S. Mulholland

Jaspan Schesinger LLP
300 Garden City Plaza
Garden City, new York 11530
Attn: Steven R. Schlesinger
Attn: Hale Yazicioglu

Lev L. Dassin
Attorney for the United States of America
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: Sean H. Lane

Lev L. Dassin
Attorney for the United States of America
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn: Robert William Yalen

Shutts & Bowen LLP
Attorneys for Franklin Sands
200 E. Broward Blvd., Suite 2100
Fort Lauderdale, FL 33301

Securities Investor Protection Corporation
805 Fifteenth Street N.W.
Suite 800
Washington, D.C. 20005-2207
Attn: Kevin H. Bell

Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn: Frank F. McGinn

Lax & Neville, LLP
1412 Broadway, Suite 1407
New York, New York 10018
Attn: Barry R. Lax

Crowell & Moring LLP
153 East 53rd Street
New York, New York 10022
Attn: William M. O'Connor

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, New York 10017
Attn: Stuart I. Rich

Meister, Seelig & Fein LLP
140 East 45th Street, 19th Floor
New York, New York 10017
Attn: James M. Ringer

Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Attn: Sanford P. Dumain

Milberg LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Attn: Matthew Gluck

936464-1

Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022
Attn: William B. Wachtel

Wachtel & Masyr, LLP
110 East 59th Street
New York, New York 10022
Attn: David Yeger

Baach Robinson & Lewis PLLC
1201 F Street N.W., Suite 500
Washington, D.C. 20004
Attn: Eric L. Lewis

Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Attn: Shawn M. Christianson

Barger & Wolen, LLP
10 East 40th Street, 40th Floor
New York, New York 10016-0301
Attn: Dennis C. Quinn

936464-1