*Phillip B. Robinson*

*Centre de ski Mont Blanc*
*1006, route 117, Saint-Faustin-Lac-Carré*
*(Québec) Canada* J0T 1J3

**REGISTERED MAIL**

March 19, 2010

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Dear Madoff Trustee,

I am writing this as sole shareholder and President of PB Robco Inc. I received your notice of denial of my claim under SPIC and please consider this notice my objection to your "denial".

Not only do I object to your theory of "cash in / cash out" on the basis that the SPIC fund is insurance and that I had no knowledge that "Madoff" was fraudulent.

This was a fund that I relied upon for my retirement and was stunned and dismayed that it disappeared. At 84, I was dependant on my withdrawals, which over many years became a business practice.

I also object to your accounting. You are charging me with costs allegedly incurred by Madoff, which were fictitious. The only amount I received from Madoff over the last 6 years was $200,000.00 a year in regular installments of $50,000.00 per quarter. This I acknowledge, but object and demand proof of the other alleged withdrawals.

Please reconsider your position in regard to my claim.

Waiting to hear from you.

Respectfully,

Phillip B. Robinson

(819) 688-6784 • 1 800 567-6715 • Fax: (819) 688-6112