MARSHALL W. KRAUSE
P.O. BOX 70
SAN GERONIMO, CA 94963
415 488 1223
FAX 414 488 1945
EMAIL MRKRUZE@COMCAST.NET

IN PRO PER



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>Plaintiff, | Adv. Pro. 08-01789(BRL)<br>SIPA LIQUIDATION |
| VS. | |
| BERNARD MADOFF INVESTMENT SECURITIES,<br>Defendant, | |
| IN RE BERNARD L. MADOFF,<br>Debtor. | |

### JOINDER IN NOTICE OF APPEAL AND RELATED MOTIONS

PLEASE TAKE NOTICE that Marshall W. Krause hereby joins in the Notices of Appeal previously filed appealing to the Court of Appeals for the Second Circuit the Bankruptcy Court's Net Equity Order and Memorandum of Decision entered March 8, 2010. This Joinder incorporates all Exhibits annexed to said Notices.

Dated March 22, 2010

CERTIFICATE OF SERVICE

I CERTIFY that I am a member of the bar of this court and that I served by United States
First Class mail on the date stated below a copy of this notice as follows:

BAKER & HOFSTETLER
45 Rockefeller Plaza
New York, New York 10111

SIPC
805 Fifteenth Street #800 N.W.
Washington DC  20005

SEC
100 F Street N.E.
Washington DC 20548

PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103

Sonnenschein Nath and Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

Dated March 24, 2010

In Pro-Per