UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
:
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                        :          Adv. Pro. 08-01789-BRL
                                    :
     Plaintiff-Applicant            :          SIPA Liquidation
                                    :
     v.                             :          OBJECTION TO
                                    :          DETERMINATION OF
BERNARD L. MADOFF INVESTMENT        :          TRUSTEE
SECURITIES, LLC,                    :
                                    :
     Defendant                      :
                                    :
--------------------------------------------------------x

   The undersigned ("Claimant"), having filed a claim for the balance of her account ("Account") in Bernard L. Madoff Investment Securities LLC ("BLMIS"), hereby alleges the following as the basis for her Objection to the Trustee's Determination of Claim dated January 29, 2010.

   1.    According to Claimant's records, copies of which are submitted herewith, Claimant or her predecessor made the following cash investments in BLMIS:

|       Date       |    Amount    |
|------------------|--------------|
| 01/08/03         | $800,000     |
| 01/20/04         | 250.000      |
| 02/09/04         | 75,000       |
| 01/12/05         | 1,000,000    |
|                  |              |
| Subtotal         | 2,125,000    |

   2.    The Trustee has advised the undersigned that the Claimant's predecessor made an initial deposit into the account of $100,000 in January 1991.

   3.    Accordingly, the total cash invested in the Account by Claimant and her predecessor was:

                                               $ 2,225,000.



{27880/005/01214466:1-RDH}

4. According to Claimant's records, copies of which are submitted herewith, Claimant or her predecessor withdrew the following amounts from the Account.

| Date | Amount |
|---|---|
| 01/26/05 | $100,000 |
| 03/23/05 | 150,000 |
| 05/17/05 | 250,000 |
| 09/02/05 | 250,000 |
| Subtotal | 750,000 |

5. Claimant accepts the Trustee's determination that the following additional amounts were withdrawn from the Account:

| Date | Amount |
|---|---|
| 12/19/05 | $300,000 |
| 04/04/06 | 1,000,000 |
| Total withdrawals | 1,300,000 |

6. The total withdrawals from the Account were therefore $2,050,000 ($750,000 + 1,300,000).

7. Therefore the balance in the Account as of the date of determination was as follows:

| | |
|---|---|
| Total cash invested | $2,225,000 |
| Total withdrawals | 2,050,000 |
| Net Investment | $ 175,000 |

8. Claimant hereby submits her claim for $175,000.

9. Nothing herein shall be deemed to be a waiver of Claimant's rights to claim additional amounts in the event of a final and unappealable court order that the Trustee is incorrect in his determination of "net equity".

10. Claimant is simultaneously submitting her request for the records utilized by the Trustee in making his determination of the balance in the Account.

Dated: March 26, 2010

Nancy Warshow

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ALAN W WARSHOW

SHEFT-KAHN & CO
RICHARD SHEFT
125 JERICHO TURNPIKE
JERICHO    NY    11753

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 1/31/03
PAGE: 1
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .61 |
| 1/08 | 800,000 | | | CHECK WIRE | | 800,000.00 | |
| 1/08 | | 75147 | U S TREASURY BILL DUE 5/1/2003 | 99.626 CA | 797,008.00 | |
| 1/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/10/03 | DIV | | 8.00 |
| 1/10 | | 28,140 | 92602 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,140.00 | |
| 1/10 | | 425,000 | 404 | U S TREASURY BILL DUE 5/8/2003 | 99.620 | 423,385.00 | |
| 1/13 | 1,225,000 | | 96533 | U S TREASURY BILL DUE 5/1/2003 5/08/2003 | 99.643 | | 1,220,626.75 |
| 1/14 | 504 | | 1282 | BANC ONE CORP | 37.660 | 18,980.64 | |
| 1/14 | 1,116 | | 4259 | AMERICAN INTL GROUP INC | 60.550 | 67,573.80 | |
| 1/14 | 2,340 | | 5163 | ORACLE CORPORATION | 12.460 | 29,156.40 | |
| 1/14 | 540 | | 8140 | AMGEN INC | 49.200 | 26,568.00 | |
| 1/14 | 1,908 | | 12021 | AOL TIME WARNER INC | 13.650 | 26,044.20 | |
| 1/14 | 576 | | 15902 | AMERICAN EXPRESS COMPANY | 37.510 | 21,605.76 | |
| 1/14 | 720 | | 16806 | PEPSICO INC | 42.720 | 30,758.40 | |
| 1/14 | 612 | | 19783 | BANK OF AMERICA | 71.450 | 43,727.40 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE*** FOR ACCOUNT ALAN W WARSHOW
SHEFT-KAHN & CO
RICHARD SHEFT
125 JERICHO TURNPIKE
JERICHO          NY  11753

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 2/29/04
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 15,675.76 |
| 2/02 | | | | SBC COMMUNICATIONS INC DIV 1/10/04 2/02/04 | DIV | | 412.50 |
| 2/02 | | | | VERIZON COMMUNICATIONS DIV 1/09/04 2/02/04 | DIV | | 431.97 |
| 2/09 | | | | CHECK | | | 75,000.00 |
| 2/09 | 75,000 | | 555653 | U S TREASURY BILL DUE 6/3/2004 6/03/2004 | 99.716 | 74,787.00 | |
| 2/09 | 213 | | 555677 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 213.00 | |
| 2/17 | | | | PROCTER & GAMBLE CO DIV 1/23/04 2/17/04 | DIV | | 240.24 |
| 2/23 | 792 | | 344414 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 792.00 | |
| 2/24 | | 2,079 | 3731 | CITI GROUP INC | 49.810 | | 103,554.99 |
| 2/24 | | 2,607 | 28871 | INTEL CORP | 31 | | 80,817.00 |
| 2/24 | | 4,356 | 66483 | MICROSOFT CORP | 26.900 | | 117,176.40 |
| 2/24 | | 1,056 | 82788 | AMERICAN INTL GROUP INC | 74.620 | | 78,798.72 |
| 2/24 | | 3,069 | 87433 | PFIZER INC | 37.630 | | 115,486.47 |
| 2/24 | | | 38638 | U S TREASURY BILL DUE 7/15/2004 7/15/2004 | 99.629 | | 224,165.25 |
| 2/24 | 225,000 | | 424458 | U S TREASURY BILL DUE 7/22/2004 7/22/2004 | 99.599 | 224,097.75 | |
| 2/24 | 225,000 | | | U S TREASURY BILL 7/22/2004 | | | 224,097.75 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

85 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

[MADF]

**DUPLICATE** FOR ACCOUNT ALAN W WARSHOW
SHEFT-KAHN & CO
RICHARD SHEFT
125 JERICHO TURNPIKE
JERICHO         NY  11753

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 1/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .31 |
| 1/03 | | | | MERCK & CO DIV 12/03/04  1/03/05 | DIV | | 441.18 |
| 1/03 | | | | VIACOM INC CLASS B NON VOTING SHS DIV 11/30/04 1/01/05 | DIV | | 63.21 |
| 1/12 | 1,000,000 | | 4594 | U S TREASURY BILL DUE 04/07/2005 | 99.474 | 994,740.00 | |
| 1/12 | | | | CHECK | | 1,000,000.00 | |
| 1/13 | 5,260 | | 4622 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/07/2005 | 1 | 5,260.00 | |
| 1/26 | | 1,175,000 | 29080 | U S TREASURY BILL DUE 4/14/2005 | 99.510 | | 1,169,242.50 |
| 1/27 | | | | CHECK | | 1,000,000.00 | |
| 1/27 | 1,075,000 | | 29310 | U S TREASURY BILL DUE 6/30/2005 | 98.918 | 1,063,368.50 | |
| 1/28 | 1,218 | | 511 | WELLS FARGO & CO NEW | 60.250 | 73,384.50 | |
| 1/28 | 4,408 | | 1981 | INTEL CORP | 22.210 | 97,901.68 | |
| 1/28 | 2,958 | | 4795 | WAL-MART STORES INC | 53.180 | 157,306.44 | |
| 1/28 | 2,088 | | 6265 | JOHNSON & JOHNSON | 61.950 | 129,351.60 | |
| 1/28 | 4,524 | | 9079 | EXXON MOBIL CORP | 51.320 | 232,171.68 | |
| | | | | CONTINUED ON PAGE 2 | | | |

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York ☐ London

85 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\*** FOR ACCOUNT  ALAN W WARSHOW
SHEFT-KAHN & CO
RICHARD SHEFT
125 JERICHO TURNPIKE
JERICHO  NY  11753

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 3/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/18 | 20,630 | | 87311 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 20,630.00 | |
| 3/23 | | | | CHECK | CM | 150,000.00 | |
| 3/24 | | | | FIDELITY SPARTAN DIV 03/24/05 | DIV | | 20.78 |
| 3/24 | | | | HOME DEPOT INC DIV 3/10/05  3/24/05 | DIV | | 156.60 |
| 3/24 | | 35,652 | 91496 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 35,652.00 |
| 3/24 | | 50,000 | 91625 | U S TREASURY BILL DUE 4/21/2005 | 99.793 | | 49,896.50 |
| 3/24 | | 1,625,000 | 91696 | U S TREASURY BILL DUE 06/02/2005 | 99.475 | | 1,616,468.75 |
| 3/24 | 1,550,000 | | 91768 | U S TREASURY BILL DUE 06/09/2005 | 99.416 | 1,540,948.00 | |
| 3/24 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 3/04/05  3/25/05 | DIV | | |
| 3/28 | 11,090 | | 91863 | BANK OF AMERICA | 1 | 11,090.00 | |
| 3/24 | | | | PEPSICO INC DIV 3/11/05  3/31/05 | DIV | | 1,278.90 |
| 3/31 | | | | | | | 266.80 |

CONTINUED ON PAGE 5

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   ALAN W WARSHOW
SHEET-KAHN & CO
RICHARD SHEFT

125 JERICHO TURNPIKE
JERICHO   NY   11753

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 5/31/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/17 | | | | BALANCE FORWARD | | | 33,872.77 |
| 5/17 | | 275,000 | 22599 | CHECK U S TREASURY BILL DUE 06/09/2005 | 99.848 | | 274,582.00 |
| 5/17 | 24,582 | | 22637 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 6/09/2005 | 1 | 24,582.00 | |
| 5/19 | 4,056 | | 1833 | EXXON MOBIL CORP | 53.490 | 216,955.44 | |
| 5/19 | 2,288 | | 3074 | J.P. MORGAN CHASE & CO | 35.530 | 81,292.64 | |
| 5/19 | 1,456 | | 7368 | COCA COLA CO | 44.470 | 64,748.32 | |
| 5/19 | 780 | | 11662 | MEDTRONIC INC | 52.230 | 40,739.40 | |
| 5/19 | 780 | | 15956 | 3M COMPANY | 52.230 | 40,739.40 | |
| 5/19 | 520 | | 15956 | 3M COMPANY | 77.060 | 40,071.20 | |
| 5/19 | 1,352 | | 20250 | ALTRIA GROUP INC | 66.270 | 89,597.04 | |
| 5/19 | 1,404 | | 24544 | MERCK & CO | 32.930 | 46,233.72 | |
| 5/19 | 6,500 | | 28838 | MICROSOFT CORP | 25.490 | 165,685.00 | |
| 5/19 | 728 | | 33132 | MORGAN STANLEY | 48.600 | 35,380.80 | |
| 5/19 | 1,664 | | 38663 | AMERICAN INTL GROUP INC | 53.220 | 88,558.08 | |
| 5/19 | 780 | | 42957 | AMGEN INC | 62.330 | 48,617.40 | |
| 5/19 | 2,912 | | 46014 | ORACLE CORPORATION | 12.200 | 35,526.40 | |
| 5/19 | 780 | | 47251 | AMERICAN EXPRESS COMPANY | 52.880 | 41,246.40 | |
| 5/19 | 1,092 | | 50308 | PEPSICO INC | 56.380 | 61,566.96 | |
| 5/19 | 2,600 | | 51545 | BANK OF AMERICA | 46.270 | 120,302.00 | |
| 5/19 | 4,784 | | 54602 | PFIZER INC | 28.210 | 134,956.64 | |
| 5/19 | 3,380 | | 55839 | CITI GROUP INC | 47.370 | 160,110.60 | |
| | | | | CONTINUED ON PAGE 2 | | | |

# BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**

New York ☐ London

3 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\* FOR ACCOUNT   ALAN W WARSHOW**

SHEFT-KAHN & CO
RICHARD SHEFT
435 MAPLE AVENUE
WESTBURY        NY    11590

YOUR ACCOUNT NUMBER: 1-CM181-3-0
PERIOD ENDING: 9/30/05
YOUR TAX PAYER IDENTIFICATION NUMBER: 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
PAGE: 1

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 41,412.99 |
| 9/02/05 | | | | CHECK | | 250,000.00 | |
| 9/06/05 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/06/05 | DIV | | 356.05 |
| 9/06/05 | 68,677 | | 13030 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 68,677.00 |
| 9/08/05 | | 1,475,000 | 13251 | U S TREASURY BILL DUE 9/22/2005 | 99.852 | | 1,472,817.00 |
| 9/08/05 | | 1,475,000 | 13359 | U S TREASURY BILL DUE 9/29/2005 | 99.788 | | 1,471,873.00 |
| 9/06/05 | 2,750,000 | | 13477 | U S TREASURY BILL DUE 10/6/2005 | 99.728 | 2,742,520.00 | |
| 9/07/05 | 21,204 | | 13635 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,204.00 | |
| 9/08/05 | 5,782 | | 68296 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,782.00 | |
| 9/02/09 | 686 | | 3841 | MORGAN STANLEY | 51.110 | 35,061.46 | |
| 9/02/09 | 980 | | 14065 | ABBOTT LABORATORIES | 44.930 | 44,031.40 | |
| 9/02/09 | 2,744 | | 16666 | ORACLE CORPORATION | 13.430 | 36,851.92 | |
| 9/02/09 | 1,617 | | 18340 | AMERICAN INTL GROUP INC | 59.600 | 96,373.20 | |

CONTINUED ON PAGE 2