UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
:
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          :    Adv. Pro. 08-01789-BRL
                                      :
    Plaintiff-Applicant               :    SIPA Liquidation
                                      :
    v.                                :    REQUEST FOR
                                      :    RECORDS
                                      :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES, LLC,                      :
                                      :
    Defendant                         :
                                      :
———————————————————————x

    The undersigned ("Claimant"), having filed a claim for the balance of her account ("Account") in Bernard L. Madoff Investment Securities LLC ("BLMIS"), has simultaneously filed her Objection to the Trustee's Determination of Claim dated January 29, 2010.

    Claimant has been advised that in making his determination of the balance in the Account, the Trustee relied on certain information contained in records in the possession of the Federal Bureau of Investigation (the "FBI Records"):

    Claimant hereby submits her request for a copy of the FBI records in order to assist her in reviewing said determination by the Trustee.

Dated: March 26, 2010

_____
Nancy Warshow

RECEIVED
MAR 29 2010
U.S. BANKRUPTCY COURT, SDNY

{27880/005/01214493:1-RDH}