# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: Lax e Neville, LLP
(212) 696-1999
HOME:_____

Taxpayer I.D. Number (Social Security No.)
05 2-38-9610

Account Number:   1M0167
LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON, CA  94708

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*********************************************************************************

1.   Claim for money balances as of **December 11, 2008**:
   a.   The Broker owes me a Credit (Cr.) Balance of      $   N|A  0
   b.   I owe the Broker a Debit (Dr.) Balance of      $      0

502180406                                1

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

# LAX NEVILLE

**LAX & NEVILLE, LLP**
ATTORNEYS AT LAW

1412 Broadway, Suite 1407
New York, NY 10018
Tel (212) 696-1999
Fax (212) 566-4531
www.laxneville.com

**BARRY R. LAX**
**BRIAN J. NEVILLE**

**BRIAN MADDOX**
**SANDRA P. ESPINOSA**
**RAQUEL TERRIGNO**

OF COUNSEL:
DAVID S. RICH

June 4, 2009

**VIA CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
Irving H. Picard
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

> RE:    Linda Morse Revocable Trust DTD 6/18/93/Bernard L. Madoff Investment
> Securities LLC

Dear Mr. Picard:

This firm represents the Linda Morse Revocable Trust DTD 6/18/93 ("Linda Morse Revocable Trust") and has assisted it in preparation of its Bernard L. Madoff Investment Securities LLC ("Madoff Securities") SIPC Customer Claim Form. Enclosed herein you will find a completed Customer Claim Form for the Linda Morse Revocable Trust account. Additionally, below is a description of the relationship between the Linda Morse Revocable Trust account and Madoff Securities. The statements made in this letter are true and accurate to the best of our knowledge and belief, and are being provided to support the Linda Morse Revocable Trust's SIPC claims.

In or about 2001, Linda Morse, who is 61 years old, opened an account with Madoff Securities in the name of the Linda Morse Revocable Trust. Contributions were made to the account in the amount of $1,476,083 in 2001 and 2002, and withdrawals were made in the

# LAX NEVILLE

Irving H. Picard
June 4, 2009
Page 2 of 3

amount of $1,160,000 during the time period 2002 through 2008 to pay taxes and for living expenses. The balance in the Linda Morse Revocable Trust account as of November 30, 2008 is $1,638,538.61. Attached hereto as Exhibit A is the Linda Morse Revocable Trust DTD 6/18/93 account statement dated November 30, 2008. Also attached hereto as Exhibit B are Madoff Securities November 2008 confirmations, which list SIPC membership, for the Linda Morse Revocable Trust account. Linda Morse paid to the IRS all appropriate capital gains taxes that resulted from the Madoff Securities account. Linda Morse at all times intended to use her Madoff Securities account to provide a significant amount of her retirement funding. Now due to the Madoff fraud, Linda Morse has limited means to pay for living expenses.

The Linda Morse Revocable Trust received account statements and confirmations from Madoff Securities reflecting the securities purchased and showing it held securities in the account. Based upon the account statements and confirmations, the Linda Morse Revocable Trust, at all times, expected to have those securities in its account. Linda Morse always believed SIPC coverage would cover the securities listed as being in their accounts should Madoff Securities ever fail. The balance in the Linda Morse Revocable Trust account as of the filing date is $1,638,538.61.

## CONCLUSION

The Linda Morse Revocable Trust DTD 6/18/93 is seeking the full protection of SIPA for its account as follows:

-      Account No: 1-M0167-3-0        The Linda Morse Revocable Trust DTD 6/18/93

Total = **$1,638,538.61**



Irving H. Picard
June 4, 2009
Page 3 of 3

       If there are any questions regarding this matter or if you require additional documents and

information, please do not hesitate to contact me.  Thank you.

                    Very truly yours,
                    Lax & Neville, LLP

By:                  
                    Brian J. Neville

ENC.

# EXHIBIT A

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA MORSE REVOCABLE TRUST
DATED 5/19/93
190 STANFORD AVENUE
KENSINGTON   CA   94708

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/03 | 1-M0157-3-0 | ********9610 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 98,252.62 |
| 1/12 | 1,020 | | 478 | HEWLETT PACKARD CO | 34.900 | 35,638.00 | |
| 1/12 | 884 | | 4302 | WAL-MART STORES INC | 55.830 | 49,388.72 | |
| 1/12 | 578 | | 4804 | INTERNATIONAL BUSINESS MACHS | 87.270 | 50,465.06 | |
| 1/12 | 2,346 | | 8628 | EXXON MOBIL CORP | 72.830 | 155,193.96 | |
| 1/12 | 1,422 | | 9130 | INTEL CORP | 14.810 | 34,133.46 | |
| 1/12 | 1,122 | | 13456 | JOHNSON E JOHNSON | 59.580 | 66,892.76 | |
| 1/12 | 1,530 | | 17781 | J.P. MORGAN CHASE & CO | 38.530 | 59,011.90 | |
| 1/12 | 816 | | 22107 | COCA COLA CO | 44.650 | 36,474.56 | |
| 1/12 | 476 | | 26433 | MCDONALDS CORP | 55.370 | 26,375.12 | |
| 1/12 | 884 | | 30759 | MERCK & CO | 28.550 | 25,273.20 | |
| 1/12 | 3,230 | | 35085 | MICROSOFT CORP | 21.810 | 70,575.30 | |
| 1/12 | 1,632 | | 39411 | ORACLE CORPORATION | 17.300 | 28,299.60 | |
| 1/12 | 646 | | 52389 | PEPSICO INC | 56.410 | 36,465.86 | |
| 1/12 | 374 | | 52897 | APPLE INC | 100.780 | 37,705.72 | |
| 1/12 | 2,754 | | 56715 | PFIZER INC | 16.960 | 46,752.76 | |
| 1/12 | 645 | | 57217 | ABBOTT LABORATORIES | 54.610 | 35,203.06 | |
| 1/12 | 1,224 | | 61041 | PROCTER E GAMBLE CO | 64.080 | 78,481.92 | |
| 1/12 | 442 | | 61543 | AMGEN INC | 59.160 | 26,155.72 | |
| 1/12 | 850 | | 55357 | PHILLIP MORRIS INTERNATIONAL | 43.690 | 37,194.00 | |
| 1/12 | 2,940 | | 69693 | BANK OF AMERICA | 21.590 | 44,124.60 | |
| 1/12 | 680 | | 70195 | QUALCOMM INC | 33.770 | 22,990.60 | |
| 1/12 | 2,210 | | 74019 | CITI GROUP INC | 12.510 | 27,435.10 | |
| 1/12 | 510 | | | SCHLUMBERGER LTD | 49.490 | 25,254.90 | |
| | | | | CONTINUED ON PAGE 2 | | | |

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93

190 STANFORD AVENUE
KENSINGTON          CA      94708

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 1-M0167-3-0 | 11/30/08 | *******9610 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 1,224 | | 74521 | COMCAST CORP CL A | 16.510 | 20,256.24 | |
| 1/12 | 2,414 | | 78345 | AT&T INC | 27. | 65,274.00 | |
| 1/12 | 612 | | 78847 | CONOCOPHILIPS | 52.510 | 32,150.12 | |
| 1/12 | 408 | | 82671 | UNITED PARCEL SVC INC CLASS B | 57.040 | 21,248.32 | |
| 1/12 | 2,482 | | 83173 | CISCO SYSTEMS INC | 16.730 | 41,522.85 | |
| 1/12 | 714 | | 86997 | U S BANCORP | 29.530 | 21,112.42 | |
| 1/12 | 850 | | 87499 | CHEVRON CORP | 73.430 | 62,442.50 | |
| 1/12 | 408 | | 91323 | UNITED TECHNOLOGIES CORP | 53.160 | 21,705.28 | |
| 1/12 | 4,318 | | 91825 | GENERAL ELECTRIC CO | 19.630 | 84,934.34 | |
| 1/12 | 1,155 | | 95649 | VERIZON COMMUNICATIONS | 30.410 | 35,199.96 | |
| 1/12 | 102 | | 95151 | GOOGLE | 337.400 | 34,418.80 | |
| 1/12 | 1,428 | | 99975 | WELLS FARGO & CO NEW | 29.800 | 42,611.40 | |
| 1/12 | | 1,575,000 | 22586 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 1,573,992.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 7.27 |
| 1/12 | | 11,299 | 17686 | FIDELITY SPARTAN | 1 | | 11,299.00 |
| 1/12 | 38,632 | | 27055 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 38,632.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 6.74 |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair. London W1J 8DT
Tel 020 7493 8222

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA    94708

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-M0167-3-0 | 11/30/09 | 3 |

YOUR TAXPAYER IDENTIFICATION NUMBER ******9615

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 38,632 | 52499 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 38,632.00 |
| 11/19 | 125,000 | | 57050 | U S TREASURY BILL DUE 03/26/2009 | 99.925 | 124,907.50 | |
| 11/19 | 15,593 | | 51537 | FIDELITY SPARTAN 3/26/2009 U S TREASURY MONEY MARKET | 1 | 15,593.00 | |
| | | | | NEW BALANCE | | 193,248.23 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 2,414 | | | AT&T INC | 28.560 | | |
| | 646 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 442 | | | AMGEN INC | 55.540 | | |
| | 374 | | | APPLE INC | 92.670 | | |
| | 2,040 | | | BANK OF AMERICA | 16.250 | | |
| | 850 | | | CHEVRON CORP | 79.010 | | |
| | 2,482 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,210 | | | CITI GROUP INC | 8.290 | | |
| | 816 | | | COCA COLA CO | 46.870 | | |
| | 1,224 | | | COMCAST CORP CL A | 17.340 | | |
| | 612 | | | CONOCOPHILLIPS | 52.520 | | |
| | 2,142 | | | EXXON MOBIL CORP | 80.150 | | |
| | 4,318 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

**MadF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93

190 STANFORD AVENUE
KENSINGTON       CA   94708

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-M0157-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9610

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 102 | | | GOOGLE | 292.960 | | |
| | 1,020 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 2,346 | | | INTEL CORP | 13.800 | | |
| | 578 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | | |
| | 1,530 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,122 | | | JOHNSON E JOHNSON | 58.580 | | |
| | 476 | | | MCDONALDS CORP | 58.150 | | |
| | 884 | | | MERCK E CO | 25.720 | | |
| | 3,230 | | | MICROSOFT CORP | 20.220 | | |
| | 1,632 | | | ORACLE CORPORATION | 16.090 | | |
| | 646 | | | PEPSICO INC | 56.700 | | |
| | 2,754 | | | PFIZER INC | 16.430 | | |
| | 850 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,224 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 680 | | | QUALCOMM INC | 33.570 | | |
| | 510 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,593 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | T14 | | | U.S BANCORP | 26.980 | | |
| | 408 | | | UNITED PARCEL SVC INC | 57.500 | | |
| | | | | CLASS B | | | |
| | 125,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009    3/26/2009 | | | |
| | 408 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING  11/30/03

PAGE  5

YOUR TAX PAYER IDENTIFICATION NUMBER  *******9610

YOUR ACCOUNT NUMBER  1-M0157-3-0

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93

190 STANFORD AVENUE
KENSINGTON     CA   94708

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,155 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 884 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,628 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 1,638,538.61 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93

190 STANFORD AVENUE
KENSINGTON        CA   94708

YOUR ACCOUNT NUMBER 1-M0157-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******97610

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 11,017.14 |
| | | | | GROSS PROCEEDS FROM SALES | | | 9,256,337.56 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MLDF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

LINDA MORSE REVOCABLE TRUST
DATED 6/16/93

190 STANFORD AVENUE
KENSINGTON     CA   94708

YOUR ACCOUNT NUMBER 1-M0167-4-0

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED ON SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 98,923.00 |
| 11/12 | | 34 | 43737 | S & P 100 INDEX | 15.800 | | 53,686.00 |
| 11/12 | | | 48053 | NOVEMBER 450 CALL | 17.800 | 50,554.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/19 | | 34 | 34167 | NOVEMBER 450 PUT | 26 | | 88,366.00 |
| | | | | S & P 100 INDEX | | | |
| 11/19 | | | 39492 | DECEMBER 430 CALL | 30 | 102,034.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/19 | | 34 | 42817 | DECEMBER 420 PUT | 3 | | 10,234.00 |
| | | | | S & P 100 INDEX | | | |
| 11/19 | | | 47142 | NOVEMBER 450 CALL | 37 | | 125,766.00 |
| | | | | S & P 100 INDEX | | | |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 193,249.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | 34 | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 56,100.00   79,220.00- | | | |

# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 09130 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON            CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,346 | 458140100 | INTEL CORP | 34133.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 34040.46 | 93.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 04804 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON            CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 578 | 459200101 | INTERNATIONAL BUSINESS MACHS | 50465.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 50442.06 | 23.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 96151 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 102 | 38259P508 | GOOGLE | 34418.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 34414.80 | . 4.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 00478 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,020 | 428236103 | HEWLETT PACKARD CO | 35638.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 35598.00 | 40.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## Transaction 1

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 08628 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,142 | 30231G102 | EXXON MOBIL CORP | 156193.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 156108.96 | 85.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## Transaction 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 91825 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,318 | 369604103 | GENERAL ELECTRIC CO | 84934.34 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 84762.34 | 172.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 74521 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 1,224 | 20030N101 | COMCAST CORP CL A | 20256.24 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 16.510 | 20208.24 | 48.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 78847 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 612 | 20825C104 | CONOCOPHILIPS | 32160.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 52.510 | 32136.12 | 24.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 70195 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 2,210 | 172967101 | CITI GROUP INC | 27735.10 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 12.510 | 27647.10 | 88.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 22107 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| --- | --- | --- | --- |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 816 | 191216100 | COCA COLA CO | 36474.56 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 44.660 | 36442.56 | 32.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 87499 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 850 | 166764100 | CHEVRON CORP | 62449•50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73•430 | 62415•50 | 34•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 83173 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,482 | 17275R102 | CISCO SYSTEMS INC | 41622•86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16•730 | 41523•86 | 99•00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 52891 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 374 | 037833100 | APPLE INC | 37705.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 37691.72 | 14.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 65869 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,040 | 060505104 | BANK OF AMERICA | 44124.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 44043.60 | 81.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 57217 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 646 | 002824100 | ABBOTT LABORATORIES | 35303.06 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 35278.06 | 25.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 61543 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 442 | 031162100 | AMGEN INC | 26165.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 26148.72 | 17.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-4 | D | 48063 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 34 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 60554.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 17.800 | 60520.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 78345 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 2,414 | 00206R102 | AT&T INC | 65274.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 27.000 | 65178.00 | 96.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 99975 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,428 | 949746101 | WELLS FARGO & CO NEW | 42611.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 42554.40 | 57.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-4 | R | 43737 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 53686.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 53720.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 95649 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 1,156 | 92343V104 | VERIZON COMMUNICATIONS | 35199.96 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 30.410 | 35153.96 | 46.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 04302 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 884 | 931142103 | WAL-MART STORES INC | 49388.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 55.830 | 49353.72 | 35.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 82671 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 408 | 911312106 | UNITED PARCEL SVC INC CLASS B | 21248.32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 21232.32 | 16.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 91323 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 408 | 913017109 | UNITED TECHNOLOGIES CORP | 21705.28 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 21689.28 | 16.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

885 Third Avenue
New York, NY 10022

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 74019 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 510 | 806857108 | SCHLUMBERGER LTD | 25254.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 49.480 | 25234.80 | 20.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 86997 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 714 | 902973304 | U S BANCORP | 21112.42 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 21084.42 | 28.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 61041 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,224 | 742718109 | PROCTER & GAMBLE CO | 78481.92 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 78433.92 | 48.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 69693 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON        CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 680 | 747525103 | QUALCOMM INC | 22990.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 22963.60 | 27.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | **BERNARD L. MADOFF** | | 885 Third Avenue |
| MADF | INVESTMENT SECURITIES LLC | | New York, NY 10022 |
| | New York □ London | | 212 230-2424 |
| | | | 800 334-1343 |
| | | | Fax 212 838-4061 |

| | | | | | CODES | | | | |
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| 0646 | | 1-M0167-3 | D | 56715 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON           CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 2,754 | 717081103 | PFIZER INC | 46762.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 16.940 | 46652.76 | .110.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| | **BERNARD L. MADOFF** | | 885 Third Avenue |
| MADF | INVESTMENT SECURITIES LLC | MEMBER: | New York, NY 10022 |
| | New York □ London | FINRA NSX SIPC NSCC DTC | 212 230-2424 |
| | | | 800 334-1343 |
| | | | Fax 212 838-4061 |

| | | | | | CODES | | | | |
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
| 0646 | | 1-M0167-3 | D | 65367 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |
| IDENTIFICATION NO. | | CONTRA PARTY | | | C.H. NUMBER | | | SPECIAL DELIVERY INSTRUCTIONS | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON           CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 850 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 37094.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 43.600 | 37060.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 39411 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 1,632 | 68389X105 | ORACLE CORPORATION | 28298.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 17.300 | 28233.60 | 65.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-3 | D | 52389 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| --- | --- | --- | --- | --- |
| SLD | 646 | 713448108 | PEPSICO INC | 36465.86 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| --- | --- | --- | --- | --- | --- | --- |
| 56.410 | 36440.86 | 25.00 | | | | |

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 30759 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 884 | 589331107 | MERCK & CO | 25273.20 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 25238.20 | 35.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA NSX SIPC NSCC DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 35085 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,230 | 594918104 | MICROSOFT CORP | 70575.30 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 70446.30 | 129.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 13456 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,122 | 478160104 | JOHNSON & JOHNSON | 66892.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 66848.76 | 44.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-3 | D | 26433 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 476 | 580135101 | MCDONALDS CORP | 26375.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 26356.12 | 19.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York ☐ London | | | | MEMBER: FINRA NSX SIPC NSCC DTC | | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |

| | | | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| 0646 | | 1-M0167-3 | R | 22586 | 5 | 1 | | 11/10/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 1,575,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009          2/12/2009 | 1573992.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 1573992.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

| MADF | **BERNARD L. MADOFF** INVESTMENT SECURITIES LLC New York ☐ London | | | | MEMBER: FINRA NSX SIPC NSCC DTC | | | 885 Third Avenue New York, NY 10022 212 230-2424 800 334-1343 Fax 212 838-4061 |

| | | | | | CODES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
| 0646 | | 1-M0167-3 | D | 17781 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,530 | 46625H100 | J.P. MORGAN CHASE & CO | 59011.90 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 58950.90 | 61.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-4 | D | 42817 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 34 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 10234.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 10200.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-4 | D | 38492 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 34 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 102034.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.000 | 102000.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-4 | R | 34167 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 88366.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 88400.00 | 34.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-M0167-4 | R | 47142 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 125766.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 125800.00 | 34.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-4 | R | 47142 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 125766.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 125800.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-M0167-4 | R | 34167 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LINDA MORSE REVOCABLE TRUST
DATED 6/18/93
190 STANFORD AVENUE
KENSINGTON          CA 94708

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 34 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 88366.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 88400.00 | 34.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange