Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Margaret and Gunther Unflat

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 09-01789 (BRL) <br><br> SIPA Liquidation <br><br><br> **CERTIFICATE OF SERVICE** |

    I, Lourdes Blanco, hereby certify that on March 30, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf Margaret and Gunther Unflat to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY 10111
        dsheehan@bakerlaw.com

Dated: March 30, 2010

                                            */s/ Lourdes Blanco*