https://uwc.webmail.optimum.net:443/print.html

| | |
|---|---|
| Subject | Madoff Response |
| From | contactus@madofftrustee.com |
| Date | Wednesday, February 24, 2010 10:56 am |
| To | pschupak@optonline.net |

Thank you for your correspondence.  An extension for both accounts you
have listed, 1ZR333 and 1ZA675, has been granted.  The new deadline to
respond to the Trustee's Determination of Claim for these two accounts
is March 30, 2010.

Thank you.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
SECURITIES INVESTOR PROTECTION
CORPORATION,



CASE No. 08-01789 (BRL)

                    Plaintiff                    SIPA Liquidation

            vs

                                        **OBJECTION TO TRUSTEE'S**
                                        **DETERMINATION OF CLAIM**

BERNARD L. MADOFF INVESTMENT            Claim # 6979
SECURITIES LLC.                         Madoff Acct.# 1-ZA675-3-0

                    Defendant
----------------------------------------------------------

    Paul Schupak  hereby objects to the Notice of Trustee's Determination of
Claim, dated January 29, 2010 sent and signed by Irving H. Picard, Trustee,
declares and states, as follows:

Background Facts

1.    This Objection to Trustee's Determination, dated January 29, 2010 [copy is
attached as Exhibit "A"] is filed to contest the rejection of a claim in the amount of
$421,452.82.
2.    On or about December 18, 1992 an account was opened with Bernard L.
Madoff Investment Securities LLC [hereinafter "BLMIS] by Paul Schupak
[hereinafter referred to as "claimant"]. See Table 1 of the Notice of Trustee's
Determination of Claim showing an initial deposit of $60,000.00.
3.    Additional deposits were made on October 27, 2004 and January 1, 2005
totaling $12,500.00. See Table 1.
4.    A withdrawal of $10,000.00 was made on January 9, 2001 leaving a
balance of $62,500.00. See Table 1.
5.    At all times this account was treated as and understood to be a lawful
account and at all times the official statements from BLMIS were relied upon as
accurate.
6.    All federal, state and local taxes were paid on any gains made in the
account.
7.    The November 2008 BLMIS statement sets forth the various securities in
the account with a market value of $421,452.82. Attached is the BLMIS
statement as Exhibit "B".
8.    On or about December 15, 2008 the instant liquidation proceeding was
commenced.

9.    A SIPC claim was timely filed on behalf of Claimant asserting a claim for securities in the amount of $421,452.82,. based upon the November 30, 2008 BLMIS statement.

10.    On or about January 29, 2010, the Trustee issued his Determination Letter [See Exhibit A] rejecting the claim for securities and awarding only $62,500.00. T

A.    The Trustee has failed to comply with the Court's December 23, 2008 Order

11.    The Determination Letter fails to comply with the Court Order, dated December 23, 2008 which directs the Trustee to satisfy claims and deliver securities in accordance with "the Debtor's books and records." December 23, 2008 Order at 5 (Docket #12). The November 30, 2008 statement is reflective of "the Debtor's books and records" upon which the Trustee is bound. There is no proof proffered or even suggested by the Trustee to indicate that the claimant did not have a "legitimate expectation" that the account statements were true and accurate as stated.

12.    To the contrary, the Claimant relied upon BLMIS statements as accurate.

13.    The Trustee has failed to state a basis for the position set forth in his Determination Letter or any detail with respect to that portion of the claim that has been disallowed.

B.    Trustee has violated the requirement that he honor a customer's "legitimate expectations"

14.    SIPC's Series 500 Rules, 17 C.F.R. 300.55, enacted pursuant to Securities    Investor Protection Act ("SIPA"), provide for the classification of claims in accordance with the "legitimate expectations" of a customer based upon the written transaction confirmations sent by a broker-dealer to a customer.

15.    Such written transaction confirmations were set forth in the monthly BLMIS statements, a sample of which is attached as exhibit B.

16.    Claimant relied upon and received individual confirmations which were duly set forth in each monthly statement received from BLMIS and correspondingly reflected in the quarterly statements received from Fiserv.

17.    The Court is respectfully bound by the holding in the In re New Times Securities Services, Inc., 371 F.3rd 68 (2006) case decided by the Second Circuit, 2006 which affirmed SIPC's obligation to make payment upon the last brokerage statement at the time of liquidation.

18.    In which case, Claimant should be reimbursed $421,452.82, which sum is reflected in the document attached as Exhibit B.

C.    Claimant is entitled to prejudgment interest on investment and profits

19.    Under New York law funds deposited with BLMIS is entitled to interest.
See,e.g. N.Y.C.P.L.R. Section 5004; N.Y. Gen. Oblig., Section 5-501 et seq.
20.    In a Ponzi scheme, out of pocket damages are an improper and
inadequate remedy.  Where, as here, a Ponzi scheme is operated by an SEC
regulated broker/dealer, investors are not limited to "out-of-pocket damages."
See Visconte v Lehman Bros, Inc. No. 06-3304, 2007 WL 2258827 (6th Circuit,
August 8, 2007).


D.    Trustee has no power to claw-back or consider sums beyond the statute of
limitations

21.    It is unfair and the Trustee is without power to compute or consider sums
of money beyond the applicable statute of limitations.
22.    There is no indication that the Claimant knew or should have known that
his investment was other than legitimate.




Wherefore, Claimant is seeking the following relief:
a.    Trustee to pay or replace the full amount of securities held in Claimant's
Account on November 30, 2008.
b.    Trustee to recognize said claim in the amount of $421,452.82 under SIPC.
c.    Trustee to pay interest as determined by the Court
d.    For such other and further relief as the Court deems justified.

                                        Respectfully submitted,

                                        Paul Schupak
                                        145 Woodbrook Road
                                        White Plains, New York 10605
                                         (H) 914-328-2906

*Exhibit "B"*

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

January 29, 2010

Paul Schupak
145 Woodbrook Road
White Plains, New York  10605

Dear Paul Schupak:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1ZA675 designated as Claim Number 6979:

Your claim for securities is **DENIED**.  No securities were ever purchased for your account.

Your claim is **ALLOWED** for $62,500.00, which was the balance in your BLMIS Account on the Filing Date based on the amount of money you deposited with BLMIS for the purchase of securities, less subsequent withdrawals, as outlined in Table 1.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B).  Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

| Table 1 | | |
| --- | --- | --- |
| **DEPOSITS** | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** |
| 12/18/1992 | CHECK | $60,000.00 |
| 10/27/2004 | CHECK | $7,500.00 |
| 1/10/2005 | CHECK | $5,000.00 |
| **Total Deposits:** | | $72,500.00 |
| | | |
| **WITHDRAWALS** | | |
| **DATE** | **TRANSACTION DESCRIPTION** | **AMOUNT** |
| 1/9/2001 | CHECK | ($10,000.00) |
| **Total Withdrawals:** | | ($10,000.00) |
| | | |
| **Total deposits less withdrawals:** | | $62,500.00 |

Your **ALLOWED CLAIM** of $62,500.00 will be satisfied in the following manner:

The enclosed **ASSIGNMENT AND RELEASE** must be executed, notarized and returned in the envelope provided herewith. Upon receipt of the executed and notarized **ASSIGNMENT AND RELEASE**, the Trustee will fully satisfy your **ALLOWED CLAIM** by sending you a check in the amount of $62,500.00, with the funds being advanced by Securities Investor Protection Corporation pursuant to section 78fff-3(a)(1) of SIPA.

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after January 29, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004
>
> and
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

                                              Irving H. Picard

> Trustee for the Liquidation of the Business of
> Bernard L. Madoff Investment Securities LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## ASSIGNMENT AND RELEASE

**KNOW ALL MEN BY THESE PRESENTS,** that Paul Schupak, located at 145
Woodbrook Road, White Plains, New York 10605 (hereinafter referred to as the "Assignor") in
consideration of the payment of $62,500.00 to satisfy his claim for customer protection (the
"Customer Claim", having been designated Claim #6979) filed in the liquidation proceeding of
Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor
Protection Act, 15 U.S.C. §78aaa et seq. ("SIPA") (see §§78fff-2(b), 78fff-2(d), and §78fff-
3(a)(1) of SIPA), does for himself hereby assign, transfer and set over to Irving H. Picard as
SIPA Trustee (the "SIPA Trustee") for the liquidation of BLMIS (see §78fff-2(b) of SIPA), and
the Securities Investor Protection Corporation ("SIPC"), as subrogee to the extent of its cash
advances to the SIPA Trustee for the satisfaction of the aforementioned Customer Claim (see
§78fff-3(a)(1) of SIPA), any and all rights, including causes of action or claims, that Assignor
now may have against BLMIS and/or any third party arising out of or relating to any fraudulent
or illegal activity with respect to Assignor's BLMIS account (Account No. 1ZA675, the "BLMIS
Account"), which gave rise to the allowed Customer Claim for securities filed by Assignor

against BLMIS. Such assignment is only to the extent that Assignor has received satisfaction of the Customer Claim as set forth above.

Further, Assignor has not previously compromised or assigned any claim, cause of action or other right against BLMIS, its principals or agents or any third party arising out of or related to any fraudulent or illegal activity giving rise to the Customer Claim.

Upon reasonable request of the SIPA Trustee or SIPC, Assignor agrees to cooperate with the SIPA Trustee or SIPC in connection with any efforts of either to recover from the principals or agents of BLMIS or anyone else for amounts advanced by SIPC or paid by the SIPA Trustee to satisfy Assignor's Customer Claim in this SIPA liquidation proceeding. Such efforts to recover by the SIPA Trustee or SIPC, either to demand or pursue or to prosecute or settle any collection effort, action or proceeding therefore, shall be at the sole cost of the SIPA Trustee or SIPC.

Effective immediately and without further action, contingent only upon Assignor's receipt from the SIPA Trustee or his agent of a check in the amount of $62,500.00 as set forth in the SIPA Trustee's Notice of Determination of the Customer Claim dated January 29, 2010, (the "Trustee's Determination"), and upon receipt by the SIPA Trustee of this executed and notarized Assignment and Release, the Assignor does for himself, and for his executors, administrators, heirs and assigns hereby remise, release and forever discharge the SIPA Trustee and SIPC, as subrogee to the extent of its cash advances for the satisfaction of the Customer Claim, and, as the case may be, their officers, directors, professionals, employees, agents, successors and assigns, of and from any and all claims arising out of or relating to the Assignor's BLMIS Account, the Customer Claim filed with the SIPA Trustee as protected by the provisions of SIPA, and any and all circumstances giving rise to said Customer Claim which the Assignor now has, or hereafter

may have, for or by any reason, cause, matter or thing whatsoever from the beginning of the world to the date of the execution of this Assignment and Release, only to the extent that the SIPA Trustee and/or SIPC has paid monies to the Assignor to satisfy Assignor's Customer Claim.

Should a final and unappealable Court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Assignment and Release shall be construed as a waiver of any rights or claims held by Assignor in having his customer claim re-determined in accordance with any such Court order. The payment of the undisputed amount of the Assignor's Customer Claim (up to the limits of SIPA protection) will be without prejudice to the Trustee's and the Assignor's rights, claims, and defenses with respect to the disputed portion(s) of the Assignor's Customer Claim.

Assignor acknowledges the sufficiency of the consideration to be received in accordance with the SIPA Trustee's Determination and under this Assignment and Release.

**IN WITNESS WHEREOF,** the undersigned has on this day set forth below duly executed this Assignment of Assignor's Customer Claim and Release, intending to be legally bound hereby.

By: _____

PAUL SCHUPAK

Sworn and subscribed before me this
24 day of _MArch_____, 2010.

_____
Notary Public

BRENDAN LYNCH
Notary Public, State of New York
No. 01LY6027967
Qualified in Westchester County
Commission Expires 7/9/13

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

Exhibit "B"

PAUL SCHUPAK
45 WOODBROOK ROAD
WHITE PLAINS   NY   10605

| PAGE | 1 |
| --- | --- |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******0642 |
| YOUR ACCOUNT NUMBER | 1-ZA675-3-0 |

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | 22,463.44 |
| 336 | | 1125 | WELLS FARGO & CO NEW | 29.800 | 10,025.80 | |
| 240 | | 1627 | HEWLETT PACKARD CO | 34.900 | 8,385.00 | |
| 208 | | 5451 | WAL-MART STORES INC | 55.830 | 11,620.64 | |
| 136 | | 5953 | INTERNATIONAL BUSINESS MACHS | 87.270 | 11,877.72 | |
| 504 | | 9777 | EXXON MOBIL CORP | 72.880 | 36,751.52 | |
| 552 | | 10279 | INTEL CORP | 14.510 | 8,031.52 | |
| 264 | | 14605 | JOHNSON & JOHNSON | 59.580 | 15,739.12 | |
| 360 | | 18930 | J.P. MORGAN CHASE & CO | 38.530 | 13,884.80 | |
| 192 | | 23256 | COCA COLA CO | 44.660 | 8,581.72 | |
| 112 | | 27582 | MCDONALDS CORP | 55.370 | 6,205.44 | |
| 208 | | 31908 | MERCK & CO | 28.550 | 5,946.40 | |
| 760 | | 36234 | MICROSOFT CORP | 21.810 | 16,605.60 | |
| 384 | | 40560 | ORACLE CORPORATION | 17.300 | 6,658.20 | |
| 152 | | 53538 | PEPSICO INC | 56.410 | 8,580.32 | |
| 88 | | 54040 | APPLE INC | 100.780 | 8,871.64 | |
| 648 | | 57864 | PFIZER INC | 16.940 | 11,002.12 | |
| 152 | | 58366 | ABBOTT LABORATORIES | 54.610 | 8,306.72 | |
| 288 | | 62190 | PROCTER & GAMBLE CO | 64.080 | 18,466.04 | |
| 104 | | 62692 | AMGEN INC | 59.160 | 6,156.64 | |
| 200 | | 66516 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 8,728.00 | |
| 480 | | 67018 | BANK OF AMERICA | 21.590 | 10,382.20 | |
| 160 | | 70842 | QUALCOMM INC | 33.770 | 5,409.20 | |
| 520 | | 71344 | CITI GROUP INC | 12.510 | 6,525.20 | |
| | | | CONTINUED ON PAGE 2 | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York  ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAUL SCHUPAK

145 WOODBROOK ROAD      NY    10605
WHITE PLAINS

PAGE 2

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******0642

YOUR ACCOUNT NUMBER 1-ZA675-3-0

| BOUGHT CEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 120 | | 75168 | SCHLUMBERGER LTD | 49.480 | 5,941.60 | |
| 288 | | 75670 | COMCAST CORP | 16.510 | 4,765.88 | |
| | | | CL A | | | |
| 568 | | 79494 | AT&T INC | 27 | 15,358.00 | |
| 144 | | 79996 | CONOCOPHILIPS | 52.510 | 7,566.44 | |
| 96 | | 83820 | UNITED PARCEL SVC INC | 52.040 | 4,998.84 | |
| | | | CLASS B | | | |
| 584 | | 84322 | CISCO SYSTEMS INC | 16.730 | 9,793.32 | |
| 168 | | 88146 | U S BANCORP | 29.530 | 4,967.04 | |
| 200 | | 88648 | CHEVRON CORP | 73.430 | 14,694.00 | |
| 96 | | 92472 | UNITED TECHNOLOGIES CORP | 53.160 | 5,106.36 | |
| 1,016 | | 92974 | GENERAL ELECTRIC CO | 19.630 | 19,984.08 | |
| 272 | | 96798 | VERIZON COMMUNICATIONS | 30.410 | 8,281.52 | |
| 24 | | 97300 | GOOGLE | 337.400 | 8,097.60 | |
| | 400,000 | 23731 | U S TREASURY BILL | 99.936 | | 399,744.00 |
| | | | DUE 2/12/2009     2/12/2009 | | | |
| | | | FIDELITY SPARTAN | DIV | | 9,106 |
| | | 18835 | U S TREASURY MONEY MARKET | | | |
| 9,145 | | | DIV 11/12/08 | | | |
| | | | FIDELITY SPARTAN | 1 | | 9,145.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 44,991 | | 28203 | FIDELITY SPARTAN | 1 | 44,991.00 | |
| | | | U S TREASURY MONEY MARKET | DIV | | |
| | | | FIDELITY SPARTAN | | | |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 11/19/08 | | | |
| | | | CONTINUED ON PAGE    3 | | | |

**THIS STATEMENT FOR INCOME TAX PURPOSES**

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 3

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: **********0642

YOUR ACCOUNT NUMBER: 1-ZA675-3-0

PAUL SCHUPAK

145 WOODBROOK ROAD
WHITE PLAINS     NY    10605

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 44,991 | 53725 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 44,991.0 |
| 50,000 | | 58194 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 49,963.00 | |
| 19,001 | | 62761 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,001.00 | |
| | | | NEW BALANCE | | 44,815.30 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 568 | | | AT&T INC | 28.560 | | |
| 152 | | | ABBOTT LABORATORIES | 52.390 | | |
| 104 | | | AMGEN INC | 55.540 | | |
| 88 | | | APPLE INC | 92.670 | | |
| 480 | | | BANK OF AMERICA | 16.250 | | |
| 200 | | | CHEVRON CORP | 79.010 | | |
| 584 | | | CISCO SYSTEMS INC | 16.540 | | |
| 520 | | | CITI GROUP INC | 8.290 | | |
| 192 | | | COCA COLA CO | 46.870 | | |
| 288 | | | COMCAST CORP CL A | 17.340 | | |
| 144 | | | CONOCOPHILIPS | 52.520 | | |
| 504 | | | EXXON MOBIL CORP | 80.150 | | |
| 1,016 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | CONTINUED ON PAGE 4 | | | |

N THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAUL SCHUPAK

145 WOODBROOK ROAD
WHITE PLAINS      NY    10605

PAGE 4
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER ********0642
YOUR ACCOUNT NUMBER 1-ZA675-3-0

| BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 24 | | | GOOGLE | 292.960 | | |
| 240 | | | HEWLETT PACKARD CO | 35.280 | | |
| 552 | | | INTEL CORP | 13.800 | | |
| 136 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 360 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 264 | | | JOHNSON & JOHNSON | 58.580 | | |
| 112 | | | MCDONALDS CORP | 58.750 | | |
| 208 | | | MERCK & CO | 26.720 | | |
| 760 | | | MICROSOFT CORP | 20.220 | | |
| 384 | | | ORACLE CORPORATION | 16.090 | | |
| 152 | | | PEPSICO INC | 56.700 | | |
| 648 | | | PFIZER INC | 16.430 | | |
| 200 | | | PHILLIP MORRIS INTERNATIONAL | 42.350 | | |
| 288 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 160 | | | QUALCOMM INC | 33.570 | | |
| 120 | | | SCHLUMBERGER LTD | 50.740 | | |
| 19,001 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 168 | | | U S BANCORP | 26.980 | | |
| 96 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 50,000 | | | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.971 | | |
| 96 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE 5 | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 5

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ********0642

YOUR ACCOUNT NUMBER: 1-ZA675-3-0

PAUL SCHUPAK

145 WOODBROOK ROAD
WHITE PLAINS    NY    10605

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 272 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 208 | | | WAL-MART STORES INC | 55.880 | | |
| 336 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG | | | |
| | | | 421,452.82 | | | |
| | | | SHORT | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| | | | | | |
|---|---|---|---|---|---|
| **PAGE** 6 | | | | | |
| **PERIOD ENDING** 11/30/08 | **YOUR TAX PAYER IDENTIFICATION NUMBER** *******0642 | | | | |
| **YOUR ACCOUNT NUMBER** 1-ZA675-3-0 | | | | | |

PAUL SCHUPAK

45 WOODBROOK ROAD      NY    10605
WHITE PLAINS

| BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 2,681.17 |
| | | | GROSS PROCEEDS FROM SALES | | | 2,321,409.04 |

THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *******0642

YOUR ACCOUNT NUMBER 1-ZA675-4-0

PAUL SCHUPAK
45 WOODBROOK ROAD
WHITE PLAINS   NY   10605

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 22,464.10 |
| | 8 | 44886 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 12,632.90 |
| | 8 | 49212 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 14,248.00 | |
| 8 | | 35316 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 20,792.00 |
| 8 | | 39641 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 24,008.00 | |
| 8 | | 43966 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 29,408.00 | |
| | 8 | 48291 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 29,592.00 |
| | | | NEW BALANCE | | | 44,816.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | LONG | | | |
| | | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | | SHORT | | | |
| | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | MARKET VALUE OF SECURITIES | | | |
| | | | LONG          SHORT | | | |
| | | | 13,200.00      18,640.00- | | | |

THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit "B"

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF

PAUL SCHUPAK
145 WOODBROOK ROAD
WHITE PLAINS          NY    10605

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZA615-3-0 | 11/30/03 | **********0642 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT TO |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 22,463.44 | |
| 11/12 | 336 | | 1125 | WELLS FARGO & CO NEW | 29.800 | 10,025.80 | |
| 11/12 | 240 | | 1627 | HEWLETT PACKARD CO | 34.900 | 8,385.00 | |
| 11/12 | 208 | | 5451 | WAL-MART STORES INC | 55.830 | 11,620.64 | |
| 11/12 | 136 | | 5953 | INTERNATIONAL BUSINESS MACHS | 87.270 | 11,873.72 | |
| 11/12 | 504 | | 9777 | EXXON MOBIL CORP | 72.880 | 36,751.52 | |
| 11/12 | 552 | | 10279 | INTEL CORP | 14.510 | 8,031.52 | |
| 11/12 | 264 | | 14605 | JOHNSON & JOHNSON | 59.580 | 15,739.12 | |
| 11/12 | 360 | | 18930 | J.P. MORGAN CHASE & CO | 38.530 | 13,864.80 | |
| 11/12 | 192 | | 23256 | COCA COLA CO | 44.660 | 8,581.72 | |
| 11/12 | 112 | | 27582 | MCDONALDS CORP | 55.370 | 6,205.44 | |
| 11/12 | 208 | | 31908 | MERCK & CO | 28.550 | 5,946.40 | |
| 11/12 | 760 | | 36234 | MICROSOFT CORP | 21.810 | 16,505.60 | |
| 11/12 | 384 | | 40560 | ORACLE CORPORATION | 17.300 | 6,658.20 | |
| 11/12 | 152 | | 53538 | PEPSICO INC | 56.410 | 8,580.32 | |
| 11/12 | 88 | | 54040 | APPLE INC | 100.780 | 8,871.64 | |
| 11/12 | 648 | | 57864 | PFIZER INC | 16.940 | 11,002.12 | |
| 11/12 | 152 | | 58366 | ABBOTT LABORATORIES | 54.610 | 8,306.72 | |
| 11/12 | 288 | | 62190 | PROCTER & GAMBLE CO | 64.080 | 18,466.04 | |
| 11/12 | 104 | | 62692 | AMGEN INC | 59.160 | 6,155.64 | |
| 11/12 | 200 | | 66516 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 8,720.00 | |
| 11/12 | 480 | | 67018 | BANK OF AMERICA | 21.590 | 10,362.20 | |
| 11/12 | 160 | | 70842 | QUALCOMM INC | 33.770 | 5,403.20 | |
| 11/12 | 520 | | 71344 | CITI GROUP INC | 12.510 | 6,525.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affil
Madoff Securities International
12 Berke
Mayfair, London
Tel 020

PAUL SCHUPAK
145 WHITE BROOK ROAD   NY 10605

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-ZA675-3-0 | 11/30/08 | 2 |

YOUR TAX PAYER IDENTIFICATION NUMBER **********0642

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT TO YO... |
|---|---|---|---|---|---|---|
| 120 | | 75168 | SCHLUMBERGER LTD | 49.480 | 5,941.60 | |
| 288 | | 75670 | COMCAST CORP CL A | 16.510 | 4,765.88 | |
| 568 | | 79994 | AT&T INC | 27 | 15,358.00 | |
| 144 | | 79996 | CONOCOPHILLIPS | 52.510 | 7,566.44 | |
| 96 | | 83820 | UNITED PARCEL SVC INC CLASS B | 52.040 | 4,998.84 | |
| 584 | | 84322 | CISCO SYSTEMS INC | 16.730 | 9,793.32 | |
| 168 | | 88146 | U S BANCORP | 29.530 | 4,967.04 | |
| 200 | | 88648 | CHEVRON CORP | 73.430 | 14,694.00 | |
| 96 | | 92472 | UNITED TECHNOLOGIES CORP | 53.160 | 5,106.36 | |
| 1,016 | | 92974 | GENERAL ELECTRIC CO | 19.630 | 19,984.08 | |
| 272 | | 96798 | VERIZON COMMUNICATIONS | 30.410 | 8,281.52 | |
| 24 | | 97300 | GOOGLE | 337.400 | 8,097.60 | |
| | 400,000 | 23731 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET 2/12/2009 | DIV | | |
| | | | DIV 11/12/08 | | | |
| | 9,145 | 18835 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | DIV 11/12/08 | | | |
| 44,991 | | 28203 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 44,991.00 | |
| | | | DIV 11/19/08 | | | |
| | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAUL SCHUPAK
145 WOODBROOK ROAD
WHITE PLAINS    NY    10605

YOUR ACCOUNT NUMBER: 1-ZA675-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *********0642
PAGE: 3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | | 44,991 | 53725 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 50,000 | | 58194 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 49,963.00 |
| | 19,001 | | 62761 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,001.00 |
| | | | | 3/26/2009 | | |
| | | | | NEW BALANCE | | 44,815.30 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 568 | | | AT&T INC | 28.560 | |
| | 152 | | | ABBOTT LABORATORIES | 52.390 | |
| | 104 | | | AMGEN INC | 55.540 | |
| | 88 | | | APPLE INC | 92.670 | |
| | 480 | | | BANK OF AMERICA | 16.250 | |
| | 200 | | | CHEVRON CORP | 79.010 | |
| | 584 | | | CISCO SYSTEMS INC | 16.540 | |
| | 520 | | | CITI GROUP INC | 8.290 | |
| | 192 | | | COCA COLA CO | 46.870 | |
| | 288 | | | COMCAST CORP CL A | 17.340 | |
| | 144 | | | CONOCOPHILIPS | 52.520 | |
| | 504 | | | EXXON MOBIL CORP | 80.150 | |
| | 1,016 | | | GENERAL ELECTRIC CO | 17.170 | |
| | | | | CONTINUED ON PAGE 4 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAUL SCHUPAK
145 WOODBROOK ROAD
WHITE PLAINS   NY  10605

YOUR ACCOUNT NUMBER
1-ZA575-3-0

PERIOD ENDING
11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER
******0642

PAGE
4

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMO TO |
|---|---|---|---|---|---|---|
| 24 | | | GOOGLE | 292.960 | | |
| 240 | | | HEWLETT PACKARD CO | 35.280 | | |
| 552 | | | INTEL CORP | 13.800 | | |
| 136 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 360 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 264 | | | JOHNSON & JOHNSON | 58.580 | | |
| 112 | | | MCDONALDS CORP | 58.750 | | |
| 208 | | | MERCK & CO | 26.720 | | |
| 760 | | | MICROSOFT CORP | 20.220 | | |
| 384 | | | ORACLE CORPORATION | 16.090 | | |
| 152 | | | PEPSICO INC | 56.700 | | |
| 648 | | | PFIZER INC | 16.430 | | |
| 200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 288 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 160 | | | QUALCOMM INC | 33.570 | | |
| 120 | | | SCHLUMBERGER LTD | 50.740 | | |
| 19,001 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| 168 | | | U S BANCORP | 26.980 | | |
| 96 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| 50,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | | | |
| 96 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
MADFF INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International
12 Ber
Mayfair, London
Tel 02

PAUL SCHUPAK
145 WOELBROOK ROAD
WHITE PLAINS                    NY    10605

YOUR ACCOUNT NUMBER
1-ZA675-3-0

PERIOD ENDING
11/30/08

PAGE
6

YOUR TAX PAYER IDENTIFICATION NUMBER
*******0642

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMO TO YO |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | |
| | | | | DIVIDENDS | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MADF
New York ☐ London

PAUL SCHUPAK

145 WOODBROOK ROAD
WHITE PLAINS    NY    10605

YOUR ACCOUNT NUMBER: 1-ZA675-4-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******0642
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| | 8 | | 44886 | S & P 100 INDEX | 15.800 | |
| | | | | NOVEMBER 460 CALL | | |
| 11/12 | | 8 | 49212 | S & P 100 INDEX | 17.800 | |
| | | | | NOVEMBER 450 PUT | | |
| 11/12 | | 8 | 35316 | S & P 100 INDEX | 26 | 14,248.00 |
| | | | | DECEMBER 430 CALL | | |
| 11/19 | | 8 | 39641 | S & P 100 INDEX | 30 | 24,008.00 |
| | | | | DECEMBER 420 PUT | | |
| 11/25 | | 8 | 43966 | S & P 100 INDEX | 3 | 2,408.00 |
| | | | | NOVEMBER 460 CALL | | |
| 11/25 | | 8 | 48291 | S & P 100 INDEX | 37 | |
| | | | | NOVEMBER 450 PUT | | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | | | | S & P 100 INDEX | 23.300 | |
| | | | | DECEMBER 430 CALL | | |
| | | | | S & P 100 INDEX | 16.500 | |
| | | | | DECEMBER 420 PUT | | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG | SHORT | |
| | | | | 13,200.00 | 18,640.00- | |

Madoff Securities Internati...
12 Be...
Mayfair, Lond...
Tel 0...