# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 31, 2010

Bik Cheema
direct dial: 212.589.4613
bcheema@bakerlaw.com

Mr. Max Rutman
6533 McCauley Trail West
Edina, MN 55439

Re:    Extension Request

**Bernard L. Madoff Investment Securities LLC
Bankr. S.D.N.Y., No. 08-1789 (BRL)
Claim No. 013341**

Dear Mr. Rutman:

    This is in response to your letter dated March 17, 2010, which you filed with the Court and has just come to our attention. You ask for an extension of the time for you to object to the Trustee's Notice of Determination dated February 19, 2010.

    Accordingly, we have no objection to you responding to the Trustee's determination, up to April 22, 2010. If you need a further extension, please contact me directly at the phone number contained herein to discuss.

Sincerely,

Bik Cheema