Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Lissa Canavan as a
Member of Lapin Children LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br>**CERTIFICATE OF SERVICE** |

    I, Lourdes Blanco, hereby certify that on March 31, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf Lissa Canavan as a Member of Lapin Children LLC to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>    David J. Sheehan, Esq.
>    Baker & Hostetler LLP
>    45 Rockefeller Plaza
>    New York, NY 10111
>    dsheehan@bakerlaw.com

Dated: March 31, 2010

                                                                         */s/ Lourdes Blanco*