JOHN MALKOVICH
PENSION PLAN AND TRUST
C/O HAROLD A THAU
25 SYLVAN RD SO BLDG B
WESTPORT                CT    06880

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-ZB131-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 131,003.48 | |
| 11/12 | 2,016 | | 1378 | WELLS FARGO & CO NEW | 29.800 | 60,156.80 | |
| 11/12 | 1,440 | | 1880 | HEWLETT PACKARD CO | 34.900 | 50,313.00 | |
| 11/12 | 1,248 | | 5704 | WAL-MART STORES INC | 55.830 | 69,724.84 | |
| 11/12 | 816 | | 6206 | INTERNATIONAL BUSINESS MACHS | 87.270 | 71,244.32 | |
| 11/12 | 3,024 | | 10030 | EXXON MOBIL CORP | 72.880 | 220,509.12 | |
| 11/12 | 3,312 | | 10532 | INTEL CORP | 14.510 | 48,189.12 | |
| 11/12 | 1,584 | | 14858 | JOHNSON & JOHNSON | 59.580 | 94,437.72 | |
| 11/12 | 2,160 | | 19183 | J.P. MORGAN CHASE & CO | 38.530 | 83,310.80 | |
| 11/12 | 1,152 | | 23509 | COCA COLA CO | 44.660 | 51,494.32 | |
| 11/12 | 672 | | 27835 | MCDONALDS CORP | 55.370 | 37,234.64 | |
| 11/12 | 1,248 | | 32161 | MERCK & CO | 28.550 | 35,679.40 | |
| 11/12 | 4,560 | | 36487 | MICROSOFT CORP | 21.810 | 99,635.60 | |
| 11/12 | 2,304 | | 40813 | ORACLE CORPORATION | 17.300 | 39,951.20 | |
| 11/12 | 912 | | 53791 | PEPSICO INC | 56.410 | 51,481.92 | |
| 11/12 | 528 | | 54293 | APPLE INC | 100.780 | 53,232.84 | |
| 11/12 | 3,888 | | 58117 | PFIZER INC | 16.940 | 66,017.72 | |
| 11/12 | 912 | | 58619 | ABBOTT LABORATORIES | 54.610 | 49,840.32 | |
| 11/12 | 1,728 | | 62443 | PROCTER & GAMBLE CO | 64.080 | 110,799.24 | |
| 11/12 | 624 | | 62945 | AMGEN INC | 59.160 | 36,939.84 | |
| 11/12 | 1,200 | | 66769 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 52,368.00 | |
| 11/12 | 2,880 | | 67271 | BANK OF AMERICA | 21.590 | 62,294.20 | |
| 11/12 | 960 | | 71095 | QUALCOMM INC | 33.770 | 32,457.20 | |
| 11/12 | 3,120 | | 71597 | CITI GROUP INC | 12.510 | 39,155.20 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

JOHN MALKOVICH
PENSION PLAN AND TRUST
C/O HAROLD A THAU
25 SYLVAN RD SO BLDG B
WESTPORT                  CT    06880

PERIOD ENDING: 11/30/08
PAGE: 2
YOUR ACCOUNT NUMBER: 1-ZB131-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: **Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 720 | | 75421 | SCHLUMBERGER LTD | 49.480 | 35,653.60 | |
| 11/12 | 1,728 | | 75923 | COMCAST CORP CL A | 16.510 | 28,598.28 | |
| 11/12 | 3,408 | | 79747 | AT&T INC | 27 | 92,152.00 | |
| 11/12 | 864 | | 80249 | CONOCOPHILIPS | 52.510 | 45,402.64 | |
| 11/12 | 576 | | 84073 | UNITED PARCEL SVC INC CLASS B | 52.040 | 29,998.04 | |
| 11/12 | 3,504 | | 84575 | CISCO SYSTEMS INC | 16.730 | 58,761.92 | |
| 11/12 | 1,008 | | 88399 | U S BANCORP | 29.530 | 29,806.24 | |
| 11/12 | 1,200 | | 88901 | CHEVRON CORP | 73.430 | 88,164.00 | |
| 11/12 | 576 | | 92725 | UNITED TECHNOLOGIES CORP | 53.160 | 30,643.16 | |
| 11/12 | 6,096 | | 93227 | GENERAL ELECTRIC CO | 19.630 | 119,907.48 | |
| 11/12 | 1,632 | | 97051 | VERIZON COMMUNICATIONS | 30.410 | 49,694.12 | |
| 11/12 | 144 | | 97553 | GOOGLE | 337.400 | 48,590.60 | |
| 11/12 | | 2,125,000 | 23984 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,123,640.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 81.15 |
| 11/12 | | 66,476 | 19088 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 66,476.00 |
| 11/12 | 6,662 | | 28456 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,662.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .82 |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

JOHN MALKOVICH
PENSION PLAN AND TRUST
C/O HAROLD A THAU
25 SYLVAN RD SO BLDG B
WESTPORT         CT    06880

PERIOD ENDING: 11/30/08
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZB131-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ****-Redacted-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 6,662 | 53986 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 6,662.00 |
| 11/19 | 150,000 | | 58423 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 149,889.00 | |
| 11/19 | 582 | | 63022 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 582.00 | |
| | | | | NEW BALANCE | | 265,115.95 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,408 | | | AT&T INC | 28.560 | | |
| | 912 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 624 | | | AMGEN INC | 55.540 | | |
| | 528 | | | APPLE INC | 92.670 | | |
| | 2,880 | | | BANK OF AMERICA | 16.250 | | |
| | 1,200 | | | CHEVRON CORP | 79.010 | | |
| | 3,504 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,120 | | | CITI GROUP INC | 8.290 | | |
| | 1,152 | | | COCA COLA CO | 46.870 | | |
| | 1,728 | | | COMCAST CORP CL A | 17.340 | | |
| | 864 | | | CONOCOPHILIPS | 52.520 | | |
| | 3,024 | | | EXXON MOBIL CORP | 80.150 | | |
| | 6,096 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

JOHN MALKOVICH
PENSION PLAN AND TRUST
C/O HAROLD A THAU
25 SYLVAN RD SO BLDG B
WESTPORT        CT        06880

**FUNDS DRAWN:** 11/30/08
**YOUR ACCOUNT NUMBER:** 1-ZB131-3-0
**YOUR TAX PAYER IDENTIFICATION NUMBER:** ***Redacted
**PAGE:** 4

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 144 | | | GOOGLE | 292.960 | | |
| | 1,440 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,312 | | | INTEL CORP | 13.800 | | |
| | 816 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,160 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,584 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 672 | | | MCDONALDS CORP | 58.750 | | |
| | 1,248 | | | MERCK & CO | 26.720 | | |
| | 4,560 | | | MICROSOFT CORP | 20.220 | | |
| | 2,304 | | | ORACLE CORPORATION | 16.090 | | |
| | 912 | | | PEPSICO INC | 56.700 | | |
| | 3,888 | | | PFIZER INC | 16.430 | | |
| | 1,200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,728 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 960 | | | QUALCOMM INC | 33.570 | | |
| | 720 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 582 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,008 | | | U S BANCORP | 26.980 | | |
| | 576 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 150,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 576 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOHN MALKOVICH
PENSION PLAN AND TRUST
C/O HAROLD A THAU
25 SYLVAN RD SO BLDG B
WESTPORT          CT    06880

PAGE: 5
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *** Redacted
YOUR ACCOUNT NUMBER: 1-ZB131-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  | 1,632 |  |  | VERIZON COMMUNICATIONS | 32.650 |  |  |
|  | 1,248 |  |  | WAL-MART STORES INC | 55.880 |  |  |
|  | 2,016 |  |  | WELLS FARGO & CO NEW | 28.890 |  |  |
|  |  |  |  | MARKET VALUE OF SECURITIES |  |  |  |
|  |  |  |  | LONG        SHORT |  |  |  |
|  |  |  |  | 2,265,336.42 |  |  |  |





| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 131,004.00 |
| 11/12 | | 48 | 45139 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 75,792.00 |
| 11/12 | 48 | | 49465 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 85,488.00 | |
| 11/19 | | 48 | 35569 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 124,752.00 |
| 11/19 | 48 | | 39894 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 144,048.00 | |
| 11/19 | 48 | | 44219 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 14,448.00 | |
| 11/19 | | 48 | 48544 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 177,552.00 |
| | | | | NEW BALANCE | | | 265,116.00 |

SECURITY POSITIONS
S & P 100 INDEX DECEMBER 430 CALL     MKT PRICE 23.300
S & P 100 INDEX DECEMBER 420 PUT     16.500

MARKET VALUE OF SECURITIES
LONG 79,200.00    SHORT 111,840.00-