3/24/10

Irving H. Picard, Trustee
c/o Baker & Hostetler
45 Rockefeller Plaza
New York, New York 10111



Dear Mr. Picard,

In reply to your letter dated 3/8/10 re: Bankruptcy Case #08-1789 Claim # 2618.

I do not agree with your determination of my claim or your calculation which is in error.

However at this time I do not desire a hearing before bankruptcy Judge Lifland.

Sincerely,
Joseph Rubino

Joseph Rubino
2 Wexford Court
Saint James, N.Y. 11780

cc: Clerk of the U.S. Bankruptcy Court
for the Southern District of N.Y.
One Bowling Green
New York, New York 10004