3/24/10

Irving Picard, Trustee
c/o Baker + Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

RECEIVED APR - 1 2010

Dear Mr. Picard,

In reply to your letter dated March 5, 2010 re: Case # 08-1789 (BRL) claim # 2613.

Although I do not agree with your determination of my claim I do not at this time desire a hearing before bankruptcy Judge Zifland.

Sincerely,
Joseph Rubino

Joseph Rubino
2 Wexford Court
Saint James, N.Y. 11780

cc: Clerk of the U.S. Bankruptcy Court
for the Southern District of N.Y.
One Bowling Green
New York, New York 10004