UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION
CORPORATION,

           Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

           Defendant.

IN RE:

BERNARD L. MADOFF,

           Debtor

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

## AFFIDAVIT OF ROBERT A. KOENIG

I, Robert A. Koenig, partner of Latham & Watkins LLP, am an adult over the age of 18 and am competent to testify in a court of law. I have personal knowledge of the facts recited below, and if called to testify, could and would testify truthfully as follows:

1. Sharon Bowen is a partner at the law firm of Latham & Watkins LLP ("Latham"). She is also Vice Chairman and member of the Board of Directors of the Securities Investor Protection Corporation ("SIPC").

2. Latham represents one or more clients who are, or could become, adverse to SIPC or the Trustee (as defined below) in the above captioned matter.

3. Accordingly, Latham has established ethical walls to ensure that Ms. Bowen will not be involved in our representation of any client whom we now or in the future represent in a matter related to the above captioned matter.

4. I have been advised by counsel for SIPC that SIPC has established similar ethical walls to ensure that Ms. Bowen will receive no confidential information relevant to matters related to the above captioned matter.

5. SIPC, by and through its President, Stephen P. Harbeck, has consented to this arrangement.

6. Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (the "Trustee"), has consented to this arrangement.

I hereby swear or affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge, information, and belief.

DATED:   March 17, 2010

Robert A. Koenig
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
(650) 463-4661

CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of ___San Mateo___



DEBORAH OVERBAY-PETERSON
Commission # 1853612
Notary Public - California
San Mateo County
My Comm. Expires Jun 11, 2013

Subscribed and sworn to (or affirmed) before me on this

__17__ day of __March__, __2010__, by
  Day             Month             Year

(1) ___Robert A. Koenig___
           Name of Signer

Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

Place Notary Seal Above

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

State of California

County of __San Mateo__ }

On __March 17, 2010__ before me, __Deborah Overbay-Peterson, Notary Public__,
      Date                                     Name of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __Robert A. Koenig__
                                      Name(s) of Signer(s)

[Notary Seal: DEBORAH OVERBAY-PETERSON, Commission # 1853612, Notary Public - California, San Mateo County, My Comm. Expires Jun 11, 2013]

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
                 Signature of Notary Public

Place Notary Seal Above

---------- OPTIONAL ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Robert A. Koenig for Madoff__

Document Date: __March 17, 2010__      Number of Pages: __Two__

Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer – Title(s): _____
- ☐ Partner – ☐ Limited ☐ General
- ☐ Attorney-in-Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer – Title(s): _____
- ☐ Partner – ☐ Limited ☐ General
- ☐ Attorney-in-Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]