**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x
:
SECURITIES INVESTOR : SIPA LIQUIDATION
PROTECTION CORPORATION, : (Substantively Consolidated)
: Adv. Pro. No. 08-01789 (BRL)
Plaintiff, :
:
v. :
: **JOINT DESIGNATION OF ITEMS**
: **TO BE INCLUDED IN THE RECORD**
BERNARD L. MADOFF INVESTMENT : **AND STATEMENT OF THE ISSUE**
SECURITIES LLC, : **TO BE PRESENTED ON APPEAL**
:
Defendant. :
:
– – – – – – – – – – – – – – – – – – – – – – – – – – – – x
:
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
:
– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

Pursuant to Federal Rule of Bankruptcy Procedure 8006, and in connection with

the Notices of Appeal filed by:

- Sterling Equities Associates, Arthur Friedman, David Katz, Gregory Katz, Michael Katz, Saul Katz, L. Thomas Osterman, Marvin Tepper, Fred Wilpon, Jeff Wilpon, Richard Wilpon, and Mets Limited Partnership (Docket # 2051);

- Diane and Roger Peskin, Maureen Ebel, and a large group of other customers (Docket # 2048);

- Lawrence Elins and Malibu Trading and Investing, L.P. (Docket # 2062);

- Mary Albanese, Myron Feuer, Allan Goldstein, Allen Robert Greene, Laurence Kaye, Robert Korn, Rose Less, Roger L. Schwarz, Miriam Williams, and Roger Williams (Docket # 2061);

- The Aspen Company, Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein

U/W FBO Ruth E. Goldstein, Jerry Guberman, Anita Karimian, Michael and Stacey Mathias, Martin Rappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau, and numerous other claimants (Docket # 2053);

- Herbert Barbanel, Alice Barbanel, and Lauri Ann Schwartz-Barbanel (Docket # 2063);

- Carl J. Shapiro and Associated Entities (Docket # 2056); and

- Marsha Peshkin and a Group of the Sonnenschein Investors (Docket # 2050)

(together, "Appellants"), Appellants hereby designate the items to be included in the record and state the issues to be presented on appeal to the United States Court of Appeals for the Second Circuit from the Order entered by the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-referenced proceeding on March 8, 2010.

## STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL

Whether the Bankruptcy Court erred when it ruled that a customer's "net equity" under Section 16(11) of the Securities Investor Protection Act ("SIPA") may be determined by calculating the amount of cash deposited by the customer minus the amount withdrawn, rather than by calculating the dollar value of the securities positions in real securities shown on the customer's last account statement prior to the filing date, where SIPA defines "net equity" as:

the dollar amount of the account or accounts of a customer, to be determined by –

(A) calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase on the filing date, all securities positions of such customer . . . ; minus

(B) any indebtedness of such customer to the debtor on the filing date . . . . (15 U.S.C. § 78*lll*(11).)

2

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

**Net Equity Motions, Declarations, Orders, and Notices**

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2009 | 519 | Memorandum of Law *of the Securities Investor Protection Corporation in Support of Trustee's Motion for an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity* filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 10/16/2009) |
| 10/16/2009 | 520 | Affidavit *Declaration of Hemant Sharma* (related document(s) 519 ) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 10/16/2009) |
| 10/16/2009 | 524 | Motion for Objection to Claim(s) */Trustee's Motion For an Order Upholding Trustee's Determination Denying Customer Claims' For Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect to The Determinations Relating To Net Equity* filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 2/2/2010 at 10:00 AM at Courtroom 623 (BRL) Responses due by 11/13/2009, (Attachments: # 1 Declaration of Joseph Looby in Support of Trustee's Motion# 2 Declaration of Bik Cheema in Support of Trustee's Motion# 3 Declaration of Seanna R. Brown in Support of Trustee's Motion# 4 Exhibit A to Brown Declaration# 5 Exhibit B to Brown Declaration# 6 Exhibit C to Brown Declaration) (Sheehan, David) (Entered: 10/16/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2009 | <u>525</u> | Memorandum of Law *in Support of Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed on Last Customer Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections With Respect To The Determinations Relating To Net Equity* (related document(s) <u>524</u> ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/16/2009) |
| 10/19/2009 | <u>530</u> | Motion for Objection to Claim(s) */Exhibit A to the Trustee's Motion for an Order Upholding Trustee's Determination Denying Customer Claims' For Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity and Expunging Those Objections With Respect to The Determinations Relating to Net Equity* (related document(s) <u>524</u> ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/19/2009) |
| 11/12/2009 | <u>716</u> | Memorandum of Law *of Sterling Equities Associates and Certain Affiliates Regarding Net Equity and Avoidance* filed by Karen E. Wagner on behalf of Sterling Equities Associates. (Wagner, Karen) (Entered: 11/12/2009) |
| 11/12/2009 | <u>720</u> | Declaration *of Arthur Friedman* filed by Karen E. Wagner on behalf of Sterling Equities Associates. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D) (Wagner, Karen) (Entered: 11/12/2009) |
| 11/13/2009 | <u>755</u> | Memorandum of Law *Customers' Memorandum of Law in Opposition to Trustee's Motion for an Order Approving the Trustee's Re-Definition of "Net Equity" Under the Securities Investor Protection Act* (related document(s) <u>524</u> ) filed by Helen Chaitman on behalf of Maureen Ebel, Diane Peskin, Roger Peskin. (Chaitman, Helen) (Entered: 11/13/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/13/2009 | <u>761</u> | Declaration *of Helen Davis Chaitman in Opposition to Trustee's Motion for an Order Approving the Trustee's Re-Definition of "Net Equity" Under the Securities Investor Protection Act* (related document(s) <u>755</u> ) filed by Helen Chaitman on behalf of Maureen Ebel, Diane Peskin, Roger Peskin. (Attachments: # <u>1</u>  Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C Part 1# <u>4</u> Exhibit C Part 2# <u>5</u> Exhibit D# <u>6</u> Exhibit E# <u>7</u> Exhibit F# <u>8</u> Exhibit G# <u>9</u> Exhibit H# <u>10</u> Exhibit I# <u>11</u> Exhibit J# <u>12</u> Exhibit K# <u>13</u> Exhibit L# <u>14</u> Exhibit M# <u>15</u> Exhibit N# <u>16</u> Exhibit O# <u>17</u> Exhibit P# <u>18</u> Exhibit Q# <u>19</u> Exhibit R# <u>20</u> Exhibit S# <u>21</u> Exhibit T Part 1# <u>22</u> Exhibit T Part 2# <u>23</u> Exhibit U# <u>24</u> Exhibit V# <u>25</u> Exhibit W# <u>26</u> Exhibit X# <u>27</u> Exhibit Y# <u>28</u> Exhibit Z Part 1# <u>29</u> Exhibit Z Part 2# <u>30</u> Exhibit AA# <u>31</u> Exhibit BB# <u>32</u> Exhibit CC# <u>33</u> Exhibit DD# <u>34</u> Exhibit EE# <u>35</u> Exhibit FF# <u>36</u> Exhibit GG# <u>37</u> Exhibit HH# <u>38</u> Exhibit II# <u>39</u> Exhibit JJ# <u>40</u> Exhibit KK# <u>41</u> Exhibit LL# <u>42</u> Exhibit MM# <u>43</u> Exhibit NN) (Chaitman, Helen) (Entered: 11/13/2009) |
| 11/13/2009 | <u>765</u> | Memorandum of Law *in Opposition to Trustee's Net Equity Motion* (related document(s) <u>524</u> ) filed by Richard Schwed on behalf of Carl J. Shapiro and Associated Entities. (Schwed, Richard) (Entered: 11/13/2009) |
| 11/13/2009 | <u>767</u> | Declaration *of Liane Willis in Support of Memorandum of Carl J. Shapiro and Associated Entities in Opposition to Trustee's Net Equity Motion* filed by Richard Schwed on behalf of Carl J. Shapiro and Associated Entities. (Schwed, Richard) (Entered: 11/13/2009) |
| 11/13/2009 | <u>771</u> | Memorandum of Law */ Memorandum of Law Submitted by the SRZ Claimants in Opposition to the Trustee's Interpretation of "Net Equity"* (related document(s) <u>755</u> ) filed by Marcy R. Harris on behalf of SRZ Claimants. (Harris, Marcy) (Entered: 11/13/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/13/2009 | <u>784</u> | Opposition */Sonnenschein Investors' Opposition to the Trustee's Motion for an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity and Expunging Those Objections With Respect to the Determinations Relating to Net Equity* filed by Carole Neville on behalf of Sonnenschein Investors. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Certificate of Service) (Neville, Carole) (Entered: 11/13/2009) |
| 11/13/2009 | <u>785</u> | Opposition Brief *MEMORANDUM OF LAW IN OPPOSITION TO TRUSTEES MOTION FOR AN ORDER UPHOLDING TRUSTEES DETERMINATION DENYING CUSTOMER CLAIMS FOR AMOUNTS LISTED ON LAST STATEMENT, AFFIRMING TRUSTEES DETERMINATION OF NET EQUITY, AND EXPUNGING THOSE OBJECTIONS WITH RESPECT TO THE DETERMINATIONS RELATING TO NET EQUITY* (related document(s) <u>524</u> , <u>530</u> ) filed by Jonathan M. Landers on behalf of Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J Robinson, Bernard Seldon, Harold A. Thau, The Aspen Company. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8# <u>9</u> Exhibit 9# <u>10</u> Exhibit 10# <u>11</u> Exhibit 11# <u>12</u> Exhibit 12# <u>13</u> Exhibit 13# <u>14</u> Exhibit 14# <u>15</u> Exhibit 15# <u>16</u> Exhibit 16# <u>17</u> Exhibit 17# <u>18</u> Certificate of Service) (Landers, Jonathan) (Entered: 11/13/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/13/2009 | 796 | Memorandum of Law *(Goodwin Claimants' Memorandum of Law in Opposition to Trustee's Motion Re: Determination of Net Equity),* (related document(s) 524 ) filed by Daniel M. Glosband on behalf of Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust. (Glosband, Daniel) (Entered: 11/13/2009) |
| 11/13/2009 | 803 | Memorandum of Law *in Opposition to Motion for an Order Upholding Trustee's Determination Denying Customer Claims For Amounts Listed on Last Statement Relating to Net Equity* (related document(s) 524 ) filed by Brian Neville on behalf of Rose Less. (Neville, Brian) (Entered: 11/13/2009) |
| 11/13/2009 | 804 | Declaration *of Brian Maddox in Support of Rose Less's Memorandum of Law In Opposition to Trustee's Motion for an Order Upholding Trustee's Determination Denying Customers Claims for Amounts Listed on Last Statement Regarding Net Equity* filed by Brian Neville on behalf of Rose Less. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Neville, Brian) (Entered: 11/13/2009) |
| 12/11/2009 | 1051 | Statement *of Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited In Support Of Trustee's Motion Relating To "Net Equity" Issue* (related document(s) 524 ) filed by Richard B. Levin on behalf of Optimal Arbitrage Limited, Optimal Strategic U.S. Equity Limited. (Levin, Richard) (Entered: 12/11/2009) |
| 12/11/2009 | 1052 | Memorandum of Law *of the Securities and Exchange Commission Supporting Trustee's Determination that Net Equity Should Not be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should be Based Upon Amounts Deposited Less Amounts Withdrawn* (related document(s) 524 ) filed by Patricia Schrage on behalf of Securities and Exchange Commission. (Schrage, Patricia) (Entered: 12/11/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/18/2009 | <u>1095</u> | Reply to Motion *REPLY BRIEF IN OPPOSITION TO ARGUMENTS OF THE SEC AND THE OPTIMAL ENTITIES SUPPORTING TRUSTEE'S MOTION RELATING TO "NET EQUITY" ISSUE* filed by Jonathan M. Landers on behalf of Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Ruth E. Goldstein, Jerry Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J Robinson, Bernard Seldon, Harold A. Thau, The Aspen Company. (Attachments: # <u>1</u> Certificate of Service) (Landers, Jonathan) (Entered: 12/18/2009) |
| 12/21/2009 | <u>1096</u> | Memorandum of Law *on "Net Equity" in Reply to Memoranda of The Securities and Exchange Commission and Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited* filed by Helen Chaitman on behalf of Maureen Ebel, Diane Peskin, Roger Peskin. (Chaitman, Helen) (Entered: 12/21/2009) |
| 12/21/2009 | <u>1098</u> | Reply Memorandum of Law *of Sterling Equities Associates and Certain Affiliates Regarding Net Equity and Avoidance* filed by Karen E. Wagner on behalf of Sterling Equities Associates. (Attachments: # <u>1</u> Exhibit Certificate of Service) (Wagner, Karen) (Entered: 12/21/2009) |
| 12/21/2009 | <u>1104</u> | Memorandum of Law */ Memorandum of Law Submitted by the SRZ Claimants in Response to the SEC's "Constant Dollar" Approach to "Net Equity"* (related document(s) <u>1052</u> ) filed by Marcy R. Harris on behalf of SRZ Claimants. (Harris, Marcy) (Entered: 12/21/2009) |
| 12/21/2009 | <u>1105</u> | Reply to Motion *in Opposition to Trustee's Motion for an Order Upholding Trustee's Determination Denying Customer Claims' Relating To Net Equity* (related document(s) <u>524</u> ) filed by Brian Neville on behalf of Rose Less. (Neville, Brian) (Entered: 12/21/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 12/21/2009 | 1106 | Declaration *of Brian Maddox in Support of Lax & Neville, LLP's Reply Memorandum in Opposition to Trustee's Motion for an Order Upholding Trustee's Determination Denying Customer Claims' Relating To Net Equity* (related document(s) 524 ) filed by Brian Neville on behalf of Rose Less. (Attachments: # 1 Exhibit A) (Neville, Brian) (Entered: 12/21/2009) |
| 01/15/2010 | 1765 | Reply to Motion *Reply Memorandum of Law of the Securities Investor Protection Corporation In Support of Trustee's Motion for an Order Upholding Trustee's Determination Denying "Customer" Claims for Amounts Listed on Last Statement, Affirming Trustee's Determination Of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity* (related document(s) 524 ) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 01/15/2010) |
| 01/15/2010 | 1767 | Letter *to Judge Lifland on Supplemental Memorandum of Law* (related document(s) 524 ) filed by Patricia Schrage on behalf of Securities and Exchange Commission. (Schrage, Patricia) (Entered: 01/15/2010) |
| 01/15/2010 | 1768 | Memorandum of Law *Supplemental Memorandum of Law of the Securities and Exchange Commission Supporting Trustee's Determination That Net Equity Should Not Be Based on Securities Positions Listed on Last Statements, and Supporting in Part Trustee's Determination that Net Equity Should Be Based Upon Amounts Deposited Less Amounts Withdrawn* (related document(s) 524 ) filed by Patricia Schrage on behalf of Securities and Exchange Commission. (Schrage, Patricia) (Entered: 01/15/2010) |

| Filing Date | # | Docket Text |
|---|---|---|
| 01/15/2010 | 1773 | Memorandum of Law *Reply Brief In Support of Trustee's Motion For An Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination Of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity* (related document(s) 12 , 524 , 437 , 525 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 01/15/2010) |
| 01/15/2010 | 1774 | Declaration *of Seanna R. Brown in Support of Trustee's Reply Brief in Support of The Trustee's Motion For an Order Upholding Trustee's Determination Denying "Customer" Claims For Amounts Listed On Last Customer Statement, Affirming Trustee's Determination of Net Equity, And Expunging Those Objections With Respect To The Determinations Relating To Net Equity* (related document(s) 1773 ) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A) (Brown, Seanna) (Entered: 01/15/2010) |
| 02/18/2010 | 1968 | Transcript regarding Hearing Held on February 2, 2010 RE: Trustee's Motion for an Order upholding Trustee's determination denying customer claims for amounts listed on last statement, affirming Trustee's determination of net equity, and expunging those objections with respect to the determinations relating to net equity. Remote electronic access to the transcript is restricted until 5/19/2010. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext, LLC.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/25/2010. Statement of Redaction Request Due By 3/11/2010. Redacted Transcript Submission Due By 3/22/2010. Transcript access will be restricted through 5/19/2010. (Richards, Beverly) (Entered: 02/22/2010) |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2010 | 1999 | Written Opinion/Memorandum Decision signed on 3/1/2010 Granting Trustees Motion For An Order (1) Upholding Trustees Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustees Determination Of Net Equity; And (3) Expunging Objections To Determinations Relating To Net Equity (related document(s) 437 , 524 ). (Saenz De Viteri, Monica) (Entered: 03/01/2010) |
| 03/08/2010 | 2020 | Order signed on 3/8/2010 (1) Upholding Trustees Determination Denying Customer Claims For Amounts Listed On Last Customer Statement; (2) Affirming Trustees Determination Of Net Equity; And (3) Expunging Those Objections With Respect To The Determinations Relating To Net Equity (Related Doc # 524 , 1999 ). (Saenz De Viteri, Monica) (Entered: 03/08/2010) |
| 03/08/2010 | 2021 | Letter *Request for Certification of Appeal* (related document(s) 1999 , 2020 ) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 03/08/2010) |
| 03/08/2010 | 2022 | Statement */Courts Certification of Net Equity Order of March 8, 2010 for Immediate Appeal to The United States Court of Appeals Pursuant to 28 U.S.C. Section 158(d)(2)* (related document(s) 1999 , 2021 , 524 , 2020 ) filed by Clerk's Office of the U.S. Bankruptcy Court. (Saenz De Viteri, Monica) (Entered: 03/08/2010) |
| 03/19/2010 | 2048 | Notice of Appeal *and Protective Motion for Leave to Appeal* (related document(s) 2020 ) filed by Helen Chaitman on behalf of Maureen Ebel, Diane Peskin, Roger Peskin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Chaitman, Helen) (Entered: 03/19/2010) |
| 03/19/2010 | 2050 | Notice of Appeal *and Protective Motion for Leave to Appeal* (related document(s) 2020 , 2022 ) filed by Carole Neville on behalf of Sonnenschein Investors. (Neville, Carole) (Entered: 03/19/2010) |

| Filing Date | # | Docket Text |
|---|---|---|
| 03/19/2010 | 2051 | Notice of Appeal filed by Karen E. Wagner on behalf of Sterling Equities Associates. (Wagner, Karen) (Entered: 03/19/2010) |
| 03/19/2010 | 2053 | Notice of Appeal *and Protective*, Motion for Leave to Appeal filed by Jonathan M. Landers on behalf of Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE, Ann Denver, Norton Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Rappaport, Paul J Robinson, Bernard Seldon, Harold A. Thau, The Aspen Company. (Attachments: # 1 Exhibit 1 - Net Equity Order# 2 Exhibit 2 - Net Equity Opinion# 3 Exhibit 3 - Certification of Net Equity Order)(Landers, Jonathan) (Entered: 03/19/2010) |
| 03/19/2010 | 2056 | Notice of Appeal *And Protective Motion For Leave To Appeal* (related document(s) 1999 , 2020 , 2022 ) filed by Stephen Fishbein on behalf of Carl J. Shapiro and Associated Entities. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Fishbein, Stephen) (Entered: 03/19/2010) |
| 03/19/2010 | 2061 | Notice of Appeal filed by Brian Maddox on behalf of Mary Albanese. (Maddox, Brian) (Entered: 03/19/2010) |
| 03/22/2010 | 2062 | Notice of Appeal (related document(s) 1999 , 2020 ) filed by Matthew J. Gold on behalf of Lawrence Elins, Malibu Trading and Investing, L.P.. (Gold, Matthew) (Entered: 03/22/2010) |
| 03/22/2010 | 2063 | Notice of Appeal *And Protective Motion for Leave to Appeal* (related document(s) 2020 , 2022 ) filed by Chryssa Vilma Beth Valletta on behalf of Lauri Ann Schwartz-Barbanel, Alice Barbanel, Herbert Barbanel. (Valletta, Chryssa) (Entered: 03/22/2010) |

**Objections**[1]

| Filing Date | # | Docket Text |
|---|---|---|
| 06/12/2009 | 259 | Objection Objection to Trustee's Determination of Claim filed by Jonathan M. Landers on behalf of Martin Rappaport. (Attachments: # 1 Exhibit Exhibit A - Determination Letter# 2 Exhibit Exhibit B - Rappaport SIPC Claim# 3 Exhibit Exhibit C - New Times Transcript# 4 Exhibit Certificate of Service) (Landers, Jonathan) (Entered: 06/12/2009) |
| 06/21/2009 | 283 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Stephen M. Schwebel, Helen Davis Chaitman. (Chaitman, Helen) (Entered: 06/21/2009) |
| 06/30/2009 | 295 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Donald A. Benjamin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Chaitman, Helen) (Entered: 06/30/2009) |
| 07/22/2009 | 336 | Response *of Burton and Elaine Traub ITF Paul, Gary and Kenneth Traub to Trustee's Determination of Claim* filed by Paul Traub on behalf of Burton and Elain Traub ITF Paul, Gary and Kenneth Traub. (Attachments: # 1 Affidavit of Service) (Traub, Paul) (Entered: 07/22/2009) |
| 07/28/2009 | 345 | Objection *to trustee's determination of claim* filed by Richard Most. (Chou, Rosalyn) (Entered: 07/28/2009) |
| 07/29/2009 | 346 | Objection */Objection to Trustee's Determination of Claim* filed by Marcy R. Harris on behalf of Denise Saul. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Harris, Marcy) (Entered: 07/29/2009) |

---

[1] The Objections to the Trustee's Determination of Claims designated below are only those listed by the Trustee in his Motion for Order Upholding Trustee's Determination Denying Customer Claims' for Amounts Listed on Last Statement, Affirming Trustee's Determination of Net Equity, and Expunging Those Objections with Respect to the Determinations Relating to Net Equity (Docket # 524). Since the date of the Motion, numerous substantially similar objections to the Trustee's determinations based upon the "net equity" issue addressed by this appeal have been filed.

| Filing Date | # | Docket Text |
|---|---|---|
| 08/03/2009 | <u>356</u> | Opposition *to trustee's determination of claim* filed by Janet Ellen Kaufmann, Lawrence Kaufmann. (Chou, Rosalyn) (Entered: 08/04/2009) |
| 08/13/2009 | <u>364</u> | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Elaine Glodstein. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C) (Chaitman, Helen) (Entered: 08/13/2009) |
| 08/18/2009 | <u>371</u> | Objection *(AMENDED) OBJECTION TO TRUSTEES DETERMINATION OF CLAIM* filed by Stephen A. Weiss on behalf of Paul J Robinson. (Attachments: # <u>1</u> Exhibit A. Determination# <u>2</u> Exhibit B. Robinson Customer Claim Form# <u>3</u> Exhibit C, New Times Transcript) (Weiss, Stephen) (Entered: 08/18/2009) |
| 08/19/2009 | <u>372</u> | Objection *to the notice of trustee's determination of claim* filed by Maurice Levinsky. (Chou, Rosalyn) (Entered: 08/19/2009) |
| 08/18/2009 | <u>373</u> | Objection *to trustee's determination of claim* filed by Marlene M. Knopf. (Attachments: # <u>1</u> continued pages of exhibits# <u>2</u> continued pages# <u>3</u> continued pages of exhibits) (Chou, Rosalyn) (Entered: 08/19/2009) |
| 08/20/2009 | <u>374</u> | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Laurence Kaye. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Maddox, Brian) (Entered: 08/20/2009) |
| 08/20/2009 | <u>375</u> | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Allen Robert Greene. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Maddox, Brian) (Entered: 08/20/2009) |
| 08/21/2009 | <u>376</u> | Objection *to trustee's determination of claim* filed by Jonathan D. Fink. (Chou, Rosalyn) (Entered: 08/21/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 08/26/2009 | 382 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Jerry Guberman. (Attachments: # 1 Exhibit A - Determination Letter# 2 Exhibit B - Guberman SIPC Claim# 3 Exhibit C - New Time Transcript# 4 Exhibit Certificate of Service) (Landers, Jonathan) (Entered: 08/26/2009) |
| 08/27/2009 | 384 | Objection of James H. Cohen Special Trust to the Trustee's Determination filed by Timothy P. Kebbe on behalf of James H. Cohen Special Trust (Related Document No. 385 , 386 , 388 , 389 , 390 , 391 , 392 , 393 , 394 ). (Kebbe, Timothy) Docket Text Modified on 9/1/2009 (Bush, Brent) (Entered: 08/27/2009) |
| 08/28/2009 | 396 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Judith Rock Goldman. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Certificate of Service) (Landers, Jonathan) (Entered: 08/28/2009) |
| 08/28/2009 | 397 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Anita Karimian. (Attachments: # 1 Exhibit A (Determination Letter)# 2 Exhibit B (Customer Claim Form)# 3 Exhibit C (New Times transcript)# 4 Certificate of Service) (Landers, Jonathan) (Entered: 08/28/2009) |
| 08/28/2009 | 398 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Albert J. Goldstein U/W FBO Ruth E. Goldstein TTEE. (Attachments: # 1 Exhibit A (Determination Letter)# 2 Exhibit B (Customer Claim)# 3 Exhibit C (New Times Transcipt)# 4 Certificate of Service) (Landers, Jonathan) (Entered: 08/28/2009) |
| 09/01/2009 | 399 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Donald A. Benjamin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Appendix Certificate of Service) (Chaitman, Helen) (Entered: 09/01/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/01/2009 | 400 | Objection *Amended Objection to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Donald A. Benjamin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Appendix Certificate of Service) (Chaitman, Helen) (Entered: 09/01/2009) |
| 09/02/2009 | 404 | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Allan Goldstein. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Maddox, Brian) (Entered: 09/02/2009) |
| 09/03/2009 | 409 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Ann Denver. (Attachments: # 1 Exhibit A (Determination Letter)# 2 Exhibit B (Customer Claim Form)# 3 Exhibit C (New Times Transcript)# 4 Certificate of Service) (Landers, Jonathan) (Entered: 09/03/2009) |
| 09/01/2009 | 410 | Response *to trustee's determination of claim* filed by Solomon Turiel. (Chou, Rosalyn) (Entered: 09/03/2009) |
| 09/10/2009 | 415 | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Roger Williams, Miriam Williams. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Maddox, Brian) (Entered: 09/10/2009) |
| 09/14/2009 | 424 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Barbara J. Vogel, Robert J. Vogel. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/14/2009 | 426 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of David Wingate. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/14/2009 | 426 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of David Wingate. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/14/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/14/2009 | 427 | Certificate of Service filed by Helen Chaitman on behalf of Barbara J. Vogel, Robert J. Vogel. (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/14/2009 | 428 | Certificate of Service filed by Helen Chaitman on behalf of David Wingate. (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/14/2009 | 429 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Theresa Rose Ryan. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/14/2009 | 430 | Certificate of Service filed by Helen Chaitman on behalf of Theresa Rose Ryan. (Chaitman, Helen) (Entered: 09/14/2009) |
| 09/15/2009 | 432 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Howard Israel. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/15/2009) |
| 09/15/2009 | 433 | Certificate of Service filed by Helen Chaitman on behalf of Howard Israel. (Chaitman, Helen) (Entered: 09/15/2009) |
| 09/16/2009 | 435 | Objection to Trustee's Determination of Claim filed by Jonathan M. Landers on behalf of Norton Eisenberg. (Attachments: # 1 Exhibit A (Determination Letter)# 2 Exhibit B (Customer Claim)# 3 Exhibit C (New Times Transcript)# 4 Exhibit (Certificate of Service)) (Landers, Jonathan) (Entered: 09/16/2009) |
| 09/16/2009 | 436 | Objection TO TRUSTEES DETERMINATION OF CLAIM filed by Stephen A. Weiss on behalf of Export Technicians, Inc.. (Attachments: # 1 Exhibit A. Determination# 2 Exhibit B. Customer Claim# 3 Index C. New Times Transcript) (Weiss, Stephen) (Entered: 09/16/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/17/2009 | <u>439</u> | Objection *to Trustee's Determination of Claim* filed by Carole Neville on behalf of Marsha Peshkin IRA. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E# <u>6</u> Exhibit F) (Neville, Carole) (Entered: 09/17/2009) |
| 09/21/2009 | <u>441</u> | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Myron Feuer. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Maddox, Brian) (Entered: 09/21/2009) |
| 09/16/2009 | <u>445</u> | Opposition *to trustee's determination of claim* filed by Richard L. Cohen. (Chou, Rosalyn) (Entered: 09/22/2009) |
| 09/23/2009 | <u>446</u> | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Joel Busel. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Chaitman, Helen) (Entered: 09/23/2009) |
| 09/23/2009 | <u>447</u> | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Sandra Busel. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Chaitman, Helen) (Entered: 09/23/2009) |
| 09/23/2009 | <u>448</u> | Certificate of Service filed by Helen Chaitman on behalf of Joel Busel. (Chaitman, Helen) (Entered: 09/23/2009) |
| 09/23/2009 | <u>449</u> | Certificate of Service filed by Helen Chaitman on behalf of Sandra Busel. (Chaitman, Helen) (Entered: 09/23/2009) |
| 09/24/2009 | <u>450</u> | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Harold A. Thau. (Attachments: # <u>1</u> Exhibit A - Determination Letter# <u>2</u> Exhibit B - Customer Claim# <u>3</u> Exhibit C - New Times Transcript# <u>4</u> Exhibit - Certificate of Service) (Landers, Jonathan) (Entered: 09/24/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/24/2009 | 452 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of The Aspen Company. (Attachments: # 1 Exhibit A - Determination Letter# 2 Exhibit B - Customer Claim# 3 Exhibit C - New Times Transcript# 4 Exhibit - Certificate of Service) (Landers, Jonathan) (Entered: 09/24/2009) |
| 09/24/2009 | 453 | Objection *TO TRUSTEES DETERMINATION OF CLAIM* filed by Stephen A. Weiss on behalf of Bernard Seldon. (Attachments: # 1 Exhibit A. Determination Letter# 2 Exhibit B. Customer Claim# 3 Exhibit C. New Times Transcript) (Weiss, Stephen) (Entered: 09/24/2009) |
| 09/23/2009 | 454 | Objection *to trustee's determination of claim Re: Claim Numbers: 3222, 100253 and 100355* filed by Just Empire, LLC. (Chou, Rosalyn) (Entered: 09/24/2009) |
| 09/23/2009 | 455 | Objection *to trustee's determination of claim Re: Claim Numbers 003240,100254,100356 and 100416* filed by Josef Mittlemann. (Chou, Rosalyn) (Entered: 09/24/2009) |
| 09/22/2009 | 456 | Objection *to trustee's determination of claim Re: amicus curiae* filed by Lawrence R. Velvel. (Chou, Rosalyn) (Entered: 09/24/2009) |
| 09/19/2009 | 457 | Response filed by John Ksiez. (Chou, Rosalyn) (Entered: 09/24/2009) |
| 09/24/2009 | 458 | Response *to trustee's determination of claim* filed by Doreen G. Appel, Brian S. Appel. (Chou, Rosalyn) (Entered: 09/24/2009) |
| 09/24/2009 | 459 | Objection *to Denial of Claims 690,908and 100072 by Trustee dated August 28, 2009* filed by Donald G. Rynne. (Chou, Rosalyn) (Entered: 09/24/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/24/2009 | 460 | Objection *to Trustee's Determination of Claim* filed by Jonathan M. Landers on behalf of Stephen R. Goldenberg. (Attachments: # 1 Exhibit A - Determination Letter# 2 Exhibit B - Customer Claim# 3 Exhibit C - New Times Transcript# 4 Exhibit - Certificate of Service) (Landers, Jonathan) (Entered: 09/24/2009) |
| 09/25/2009 | 461 | Objection *to Trustee's Determination of Claim* filed by Carole Neville on behalf of Meryl Mann, Michael Mann. (Neville, Carole) (Entered: 09/25/2009) |
| 09/25/2009 | 462 | Objection *to Trustee's Determination of Claim* filed by Carole Neville on behalf of Barry Weisfeld. (Neville, Carole) (Entered: 09/25/2009) |
| 09/25/2009 | 464 | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Robert L. Schwartz. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Maddox, Brian) (Entered: 09/25/2009) |
| 09/25/2009 | 465 | Objection *to Trustee's Determination of Claim* filed by Brian Maddox on behalf of Robert Korn. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Maddox, Brian) (Entered: 09/25/2009) |
| 09/25/2009 | 467 | Objection *to Trustee's Determination of Claim* filed by David L. Barrack on behalf of Stuart Perlen. (Barrack, David) (Entered: 09/25/2009) |
| 09/25/2009 | 468 | Objection *to Trustee's Determination of Claim* filed by David L. Barrack on behalf of Stuart Perlen. (Barrack, David) (Entered: 09/25/2009) |
| 09/25/2009 | 469 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Armand Lindenbaum. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/25/2009) |
| 09/26/2009 | 470 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Martin Lifton. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/26/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/27/2009 | 471 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Robert F. Ferber. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/27/2009) |
| 09/28/2009 | 473 | Certificate of Service filed by Helen Chaitman on behalf of Armand Lindenbaum. (Chaitman, Helen) (Entered: 09/28/2009) |
| 09/28/2009 | 474 | Certificate of Service filed by Helen Chaitman on behalf of Martin Lifton. (Chaitman, Helen) (Entered: 09/28/2009) |
| 09/28/2009 | 475 | Certificate of Service filed by Helen Chaitman on behalf of Robert F. Ferber. (Chaitman, Helen) (Entered: 09/28/2009) |
| 09/28/2009 | 476 | Motion for Objection to Claim(s) Number: 011111 *Objection to Trustees Determination* filed by Max Folkenflik on behalf of Gutmacher Enterprises, L.P..(Folkenflik, Max) (Entered: 09/28/2009) |
| 09/29/2009 | 478 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Norman Feinberg, Sondra Feinberg. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/29/2009) |
| 09/29/2009 | 479 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Mike Stein. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/29/2009) |
| 09/29/2009 | 480 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Linda Waldman. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 09/29/2009) |
| 09/29/2009 | 481 | Certificate of Service filed by Helen Chaitman on behalf of Norman Feinberg, Sondra Feinberg. (Chaitman, Helen) (Entered: 09/29/2009) |
| 09/29/2009 | 482 | Certificate of Service filed by Helen Chaitman on behalf of Mike Stein. (Chaitman, Helen) (Entered: 09/29/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/25/2009 | <u>488</u> | Objection *to trustee's determination of claim* filed by David I. Lustig. (Chou, Rosalyn) (Entered: 09/30/2009) |
| 09/24/2009 | <u>489</u> | Objection *to trustee's determination of claim* filed by Mets Limited Partnership. (Chou, Rosalyn) (Entered: 09/30/2009) |
| 09/28/2009 | <u>490</u> | Opposition *to trustee's determination of claim, Claim Number 001449* filed by Gertrude I. Gordon. (Chou, Rosalyn) (Entered: 09/30/2009) |
| 09/30/2009 | <u>491</u> | Objection *to trustee's determination of claim* filed by Pompart LLC. (Chou, Rosalyn) (Entered: 10/01/2009) |
| 09/30/2009 | <u>492</u> | Objection *to trustee's determination of claim* filed by A & G Goldman Partnership. (Chou, Rosalyn) (Entered: 10/01/2009) |
| 10/01/2009 | <u>493</u> | Certificate *of Service* filed by Helen Chaitman on behalf of Linda Waldman. (Chaitman, Helen) (Entered: 10/01/2009) |
| 10/05/2009 | <u>495</u> | Objection *To Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Nancy Feldman. (Chaitman, Helen) (Entered: 10/05/2009) |
| 10/05/2009 | <u>496</u> | Certificate of Service filed by Helen Chaitman on behalf of Nancy Feldman. (Chaitman, Helen) (Entered: 10/05/2009) |
| 10/12/2009 | <u>505</u> | Objection *of David Alan Schustack to Trustee's Determination of Claim* filed by Sanford Philip Rosen on behalf of David A. Schustack. (Attachments: # <u>1</u> Exhibit C) (Rosen, Sanford) (Entered: 10/12/2009) |
| 10/08/2009 | <u>506</u> | Objection *to trustee's determination of claim* filed by Daniel Kalman, Judith Kalman. (Chou, Rosalyn) (Entered: 10/13/2009) |
| 10/13/2009 | <u>508</u> | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of David N. Glodstein, Susan L. Glodstein. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B) (Chaitman, Helen) (Entered: 10/13/2009) |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/13/2009 | 509 | Certificate of Service *Certificate of Service* filed by Helen Chaitman on behalf of David N. Glodstein, Susan L. Glodstein. (Chaitman, Helen) (Entered: 10/13/2009) |
| 10/13/2009 | 510 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Cynthia B. Avergon, Brad E. Avergon. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 10/13/2009) |
| 10/13/2009 | 511 | Certificate of Service filed by Helen Chaitman on behalf of Brad E. Avergon, Cynthia B. Avergon. (Chaitman, Helen) (Entered: 10/13/2009) |
| 10/14/2009 | 513 | Objection *to Trustee's Determination of Claim* filed by Helen Chaitman on behalf of Ronnie Sue Ambrosino. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chaitman, Helen) (Entered: 10/14/2009) |
| 10/14/2009 | 514 | Certificate of Service filed by Helen Chaitman on behalf of Ronnie Sue Ambrosino. (Chaitman, Helen) (Entered: 10/14/2009) |
| 10/14/2009 | 515 | Objection *of Robert Jason Schustack to Trustee's Determination of Claim* filed by Nancy Lynne Kourland on behalf of Robert Jason Schustack. (Attachments: # 1 Exhibit C) (Kourland, Nancy) (Entered: 10/14/2009) |
| 11/13/2009 | 779 | Objection to Motion *Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustees Motion for an Order Regarding Definition of Net Equity under the Securities Investor Protection Act* (related document(s) 524 ) filed by Matthew J. Gold on behalf of Lawrence Elins, Malibu Trading and Investing, L.P.. with hearing to be held on 2/2/2010 at 10:00 AM at Courtroom 623 (BRL) (Attachments: # 1 Pleading Certificate of Service) (Gold, Matthew) (Entered: 11/13/2009) |
| 09/24/2009 | 2111 | Objection *To Trustee Determination Of Claim Re: Claim No. 009906* filed by David Cohen. (Ebanks, Liza) (Entered: 03/30/2010) |

Dated:   New York, New York
         April 1, 2010

DAVIS POLK & WARDWELL LLP

By:   */s/ Karen E. Wagner*
      Karen E. Wagner
      Brian S. Weinstein

450 Lexington Avenue
New York, New York  10017
(212) 450-4000
karen.wagner@davispolk.com
brian.weinstein@davispolk.com

*Attorneys for Sterling Equities Associates,*
*Arthur Friedman, David Katz,*
*Gregory Katz, Michael Katz, Saul Katz,*
*L. Thomas Osterman, Marvin Tepper,*
*Fred Wilpon, Jeff Wilpon, Richard*
*Wilpon, and Mets Limited Partnership*

BECKER & POLIAKOFF LLP

By:   */s/ Helen Davis Chaitman*
      Helen Davis Chaitman

45 Broadway
New York, NY 10006
(212) 599-3322
hchaitman@becker-poliakoff.com

*Counsel for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of*
*other customers*

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.


By:    */s/ David Parker*
   David Parker
   Matthew J. Gold
   Jason A. Otto

551 Fifth Avenue, 18th Floor
New York, New York 10176
Tel. No.: (212) 986-6000
Fax No.: (212) 986-8866


*Counsel for Lawrence Elins and*
 *Malibu Trading and Investing, L.P.*

LAX & NEVILLE, LLP


By:    */s/ Brian J. Neville*
   Brian J. Neville (BN 8251)
   Barry R. Lax (BL 1302)
   Brian D. Maddox (BM 6128)

1412 Broadway, Suite 1407
New York, NY 10018
Tel: (212) 696-1999
Fax: (212) 566-4531


*Counsel for Claimants Mary Albanese,*
 *Myron Feuer, Allan Goldstein, Allen*
 *Robert Greene, Laurence Kaye, Robert*
 *Korn, Rose Less, Roger L. Schwarz,*
 *Miriam Williams, and Roger Williams*

MILBERG LLP

By:    */s/ Jonathan M. Landers*
  Jonathan M. Landers
  Matthew Gluck
  Brad N. Friedman
  Sanford P. Dumain
  Jennifer L. Young

One Pennsylvania Plaza
48th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

SEEGER WEISS LLP
Stephen A. Weiss
Christopher M. Van de Kieft
Parvin Aminolroaya
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799

*Attorneys for The Aspen Company,*
 *Ann Denver, Norton Eisenberg,*
 *Export Technicians Inc., Stephen R.*
 *Goldenberg, Judith Rock Goldman,*
 *Albert J. Goldstein U/W FBO Ruth E.*
 *Goldstein, Jerry Guberman, Anita*
 *Karimian, Michael and Stacey Mathias,*
 *Martin Rappaport, Paul J. Robinson,*
 *Bernard Seldon, Harold A. Thau, and*
 *numerous other claimants*

PHILLIPS NIZER LLP


By:    */s/ Chryssa V. Valletta*
      Chryssa V. Valletta

666 Fifth Avenue
New York, NY 10103
Telephone: (212) 977-9700
Facsimile: (212) 262-5152
cvalletta@phillipsnizer.com


*Attorneys for Herbert Barbanel,*
 *Alice Barbanel and Lauri Ann*
 *Schwartz-Barbanel*

SHEARMAN & STERLING LLP


By:    */s/ Stephen Fishbein*
      Stephen Fishbein
      James Garrity
      Richard Schwed

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
sfishbein@shearman.com


*Attorneys for Carl J. Shapiro and*
 *Associated Entities*

SONNENSCHEIN NATH &
ROSENTHAL LLP


By:   */s/ Carole Neville*
      Carole Neville

1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
cneville@sonnenschein.com


*Attorneys for Marsha Peshkin and the
  Group of Sonnenschein Investors*