Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone:     (212) 450-4000
Facsimile:     (212) 701-5800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
                               :
SECURITIES INVESTOR            :
PROTECTION CORPORATION,        :
                               :
            Plaintiff,         :  SIPA LIQUIDATION
                               :  (Substantively Consolidated)
      v.                       :  Adv. Pro. No. 08-01789 (BRL)
                               :
BERNARD L. MADOFF INVESTMENT   :
SECURITIES LLC,                :  **CERTIFICATE OF SERVICE**
                               :
            Defendant.         :
                               :
------------------------------ x
                               :
In re:                         :
                               :
BERNARD L. MADOFF,             :
                               :
            Debtor.            :
                               :
------------------------------ x

    I, Jonathan D. Martin, hereby certify that on April 1, 2010 I caused a true and correct copy of the Joint Designation of Items to Be Included in the Record and Statement of the Issue to Be Presented on Appeal to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served upon the parties listed below, as follows:

        By Hand Delivery
        David J. Sheehan, Esq.
        Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, NY  10111

<u>By Overnight Delivery</u>
Katharine B. Gresham
Securities and Exchange Commission
100 F St., NE
Washington, DC 20549

Josephine Wang
Securities Investor Protection Corporation
805 Fifteenth St., NW
Suite 800
Washington, DC 20005


<u>By U.S. Mail</u>
Don Abraham
Gibbons, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Jeffrey Bernfeld
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Marshall W. Krause
P.O. Box 70
San Geronimo, CA 94963

Kelly A. Librera
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

<u>By Overnight Delivery</u>
Katharine B. Gresham
Securities and Exchange Commission
100 F St., NE
Washington, DC 20549

Josephine Wang
Securities Investor Protection Corporation
805 Fifteenth St., NW
Suite 800
Washington, DC 20005


<u>By U.S. Mail</u>
Don Abraham
Gibbons, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Jeffrey Bernfeld
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Marshall W. Krause
P.O. Box 70
San Geronimo, CA 94963

Kelly A. Librera
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

April 1, 2010

                                                      */s/ Jonathan D. Martin*
                                                      Jonathan D. Martin