Clerk of the United States Bankruptcy Court
3/27/2010

Gentlemen: I am an indirect investor in the Bernard L. Madoff Investment Securities LLC. (BLMIS) thru the Beacon LLC, Account # 000406.

I disagree with the determination of my claim by the Trustee Irving H. Picard for BLMIS for the following reasons:

> There was no difference between a direct investment and my indirect investment because the funds were never invested in any securities for the last 10 to 15 years; the perpetrator just fraudulently held them. My investments were made between 2003 and 2008.
>
> Beacon Associates gave an average of 70% of the funds to (Blmis) each year, not as a securities firm or in an advisory capacity but purely as a transfer agent. I had a contract with Beacon, and they had a contract with (BLMIS). For that reason my account should be treated by (SIPC) the same as any investment in (BLMIS).

For the reasons Stated Above I request a Hearing and hopefully a reversal of the previous determination of this matter by the Trustee.

Sincerely,

Robert E. Decker MD(Ret.)

RECEIVED
MAR 3 0 2010

**BEACON ANDOVER**
GROUP
ALTERNATIVE INVESTMENTS

# BEACON ASSOCIATES LLC I
## STATEMENT OF CAPITAL ACCOUNT
### (UNAUDITED)

2/3/2009

TO: Robert E. Decker, IRA, NTC & Co.

The following is a summary of your capital account in Beacon Associates for the period ended January 1, 2009

| | |
|---|---:|
| Value of Your Capital Account on October 1, 2008 | $2,397,954.08 |
| Capital Contributions (Withdrawals) During the three month period ended December 31, 2008 | $0.00 |
| Net Income (loss) for the three month period ended December 31, 2008 | ($1,759,497.05) = MADOFF |
| Value of your Capital Account as of December 31, 2008 | $638,457.03 * |
| Capital Contributions (Withdrawals) as of January 1, 2009 | $0.00 |
| Value of your Capital Account as of January 1, 2009 | $638,457.03 * |

* This capital account statement is an estimate based upon currently available information. For the purposes of this statement, the Fund's investment with Bernard L. Madoff Investment Securities LLC has been valued at zero. This capital account may be adjusted based on a number of variables including, but not limited to, the establishment of any appropriate reserves.

BEACON ASSOCIATES LLC I

The Fund's net asset value ("NAV") calculation is determined on the basis of market values of the Fund's investments in investment funds/accounts, based solely upon values as reported by (or on behalf of) such funds/accounts without further investigation. The assets of Bernard L. Madoff Investments or any affiliate (collectively, "Madoff") have been valued at zero (for the purpose of determining the Fund's NAV as of December 31, 2008) based solely on determinations made by Beacon Associates LLC I ("Beacon Associates I") in consultation with its auditors. The valuation of Madoff at zero may be materially incorrect and may be subject to change over time. Pursuant to an agreement between Ivy Asset Management LLC ("Ivy") and Beacon Associates I, Ivy is not responsible for, does not inquire into, and does not make any representations with respect to, the accuracy of any valuations received by Ivy, including Beacon Associates I's valuation of Madoff.

00433160.





Clerk of the United States
Bankruptcy Court
One Bowling Green
New York, NY 10004

Robert Decker
Self
127 Olivera Way
Palm Beach Gardens, FL 33418