DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Seth C. Farber (sfarber@deweyleboeuf.com)
Kelly A. Librera (klibrera@deweyleboeuf.com)

*Attorneys for Ellen G. Victor in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-----------------------------------------------------------------X

SIPA Liquidation
(Substantively Consolidated)

Adv. Pro. No. 08-01789 (BRL)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         SS.:
COUNTY OF NEW YORK  )

        DEBRA K. SENIOR, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

        On the 2nd day of April, 2010, I served a true copy of the DESIGNATION OF ITEMS FOR INCLUSION IN THE RECORD AND JOINDER IN THE STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL upon the parties in this action who receive electronic service through CM/ECF and served upon the

following by First Class Mail at the addresses listed below:

### SEE ATTACHED SERVICE LIST

*Debra K Senior*
DEBRA K. SENIOR
Lic. No. 1264305

Sworn to before me this
5th day of April, 2010

*Christina Belanger*
NOTARY PUBLIC

CHRISTINA I. BELANGER
NOTARY PUBLIC, State of New York
No. 01BE-4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 2013

## Service List for 08-01789 (BRL)

| | |
|---|---|
| BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>David Sheehan<br>Marc E. Hirschfield<br>Oren J. Warshavsky<br>Seanna R. Brown | SECURITIES INVESTOR PROTECTION CORPORATION<br>805 Fifteenth Street, N.W. Suite 800<br>Washington, DC 20005<br>Josephine Wang<br>Kevin H. Bell |
| BECKER & POLIAKOFF, LLP<br>45 Broadway<br>11th Floor<br>New York, NY 10006<br>By: Helen Davis Chaitman | SECURITIES AND EXCHANGE COMMISSION<br>100 F. Street, N.E.<br>Washington, DC 20548<br>Katharine B. Gresham<br>Alistaire Bambach |
| BERNFELD, DEMATTEO & BERNFELD LLP<br>600 Third Avenue<br>New York, NY 10016<br>David B. Bernfeld<br>Jeffrey Bernfeld | BROWN RUDNICK LLP<br>Seven Times Square<br>New York, NY 10036<br>David J. Molton<br>Martin S. Siegel |
| STANLEY DALE COHEN<br>41 Park Avenue, Suite 17-F<br>New York, NY 10016<br>Stanley Dale Cohen | CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Richard Levin |
| DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Karen Wagner<br>Brian S. Weinstein<br>Jonathan D. Martin | GIBBONS, P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br>Jeffrey A. Mitchell<br>Don Abraham |
| GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109<br>Daniel M. Glosband<br>David J. Apfel<br>Brenda R. Sharton<br>Larkin M. Morton | HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016<br>William R. Fried |

| | |
|---|---|
| 911 Chestnut Street<br>Clearwater, FL 33757<br>Angelina E. Lim<br>Michael C. Cronin | KLEINBERG, KAPLAN, WOLFF &<br>COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176<br>David Parker<br>Matthew J. Gold<br>Jason Otto |
| LAX & NEVILLE, LLP<br>1412 Broadway, Suite 1407<br>New York, NY 10018<br>Brian J. Neville<br>Barry R. Lax | MCCARTER & ENGLISH, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Joseph Lubertazzi, Jr. |
| MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Jonathan M. Landers<br>Matthew Gluck<br>Lois F. Dix<br>Joshua E. Keller<br>Sanford P. Dumain<br>Jennifer L. Young | SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>Stephen A. Weiss<br>Christopher M. Van de Kieft<br>Parvin K. Aminolroaya |
| MORRISON COHEN LLP<br>909 Third Avenue<br>New York, NY 10022<br>Michael R. Dal Lago | PHILLIPS NIZER LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Chryssa V. Valletta |
| BRUCE S. SCHAEFFER<br>404 Park Avenue South<br>New York, NY 10016<br>Bruce S. Schaefer | SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>William D. Zabel<br>Michael L. Cook<br>Marcy Ressler Harris<br>Frank J. LaSalle |
| SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Stephen Fishbein<br>James Garrity<br>Richard Schwed | SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Carole Neville |

| | |
|---|---|
| Hugh de Blacam<br>Holy Ghost Fathers South West Brazil<br>Avenida Alvaro Ramos 251<br>03058-060 Sao Paulo – SP<br>Brazil | Ethel and James Chambers<br>4244 SE Centerboard Ln.<br>Stuart, FL 34997 |
| Anthony Fusco<br>71 Brandy Lane<br>Lake Grove, NY 11755 | Herbert and Ruth Gamberg<br>1600 Cambridge Street<br>Halifax, N.S.<br>B3H 4A6 |
| Cynthia Pattison Germaine<br>104 Rhododendron Lane<br>Brinnon, WA 98320 | Lillian Gilden<br>145 E. 74th Street<br>New York, NY 10021 |
| Phyllis Glick<br>7276 Via Palomar<br>Boca Raton, FL 33433 | Yolanda Greer<br>9486 Lantern Bay Circle<br>West Palm Beach, FL 33411 |
| Joseph M. Hughart<br>208 Main Street Suite 105<br>Milford, MA 01757 | Simon Jacobs<br>1 West 81st Street<br>New York, NY 10024 |
| Marvin Katkin<br>2808 Willard Avenue<br>Oceanside, NY 11572 | Marshall W. Krause<br>PO Box 70<br>San Geronimo, CA 94963 |
| Jason Mathias<br>5965 Madrano Drive<br>Sarasota, FL 34232 | Michael and Stacey Mathias<br>1722 Coconut Drive<br>Ft. Pierce, FL 4949 |
| Shawn Mathias<br>135 Pointer Ridge Trail<br>Fayetteville, GA 30214 | Herbert A. Medetsky<br>3885 Bedford Avenue<br>Brooklyn, NY 11229 |
| Josef Mittleman<br>107 Prospect St.<br>Providence, RI 02906 | Josef Mittleman, on behalf of Just Empire, LLC<br>107 Prospect St.<br>Providence, RI 02906 |
| | |

| | |
|---|---|
| Arlene Perlis<br>542 Green Valley Road<br>Paramus, NJ 07652 | Gunther and Margaret Unflat<br>157 Whelan Willie Way<br>Hawley, PA 18428-9805 |
| Lawrence R. Velvel<br>8 Newfound Road<br>Windham, NH 03087 | Alan J. Winters<br>804 Mulberry Lane<br>Bellaire, TX 77401 |
| Office of The United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | |