GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
   Email: dglosband@goodwinprocter.com

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Larkin M. Morton
   Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell
deLucia, Norman I. Lesser Rev. 11/97 Rev.
Trust, and Paula E. Lesser 11/97 Rev. Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**NOTICE OF APPEAL** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

PLEASE TAKE NOTICE that Jeffrey A. Berman, Russell deLucia, Norman I. Lesser

Rev. 11/97 Rev. Trust, and Paula E. Lesser 11/97 Rev. Trust ("Appellants") hereby appeal under

28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the Second Circuit from the

Order entered by the Bankruptcy Court for the Southern District of New York in the above-

referenced proceeding on March 8, 2010 (the "Order"), pursuant to the Certification of Net

Equity Order issued by the Bankruptcy Court on March 8, 2010 (the "Certification").

     PLEASE TAKE FURTHER NOTICE that in the event that the United States Court of

Appeals for the Second Circuit does not authorize the appeal, Appellants in the alternative

hereby appeal the Order under 28 U.S.C. § 158(a)(1) to the United States District Court for the

Southern District of New York.

     In the event that it is necessary, Appellants request that this Notice be deemed a motion

for leave to appeal under 28 U.S.C. § 158(d)(2) to the United States Court of Appeals for the

Second Circuit or under 28 U.S.C. § 158(a)(3) to the United States District Court for the South

District of New York for the reasons set forth in the Certification, the Order, and the

Memorandum Decision dated March 1, 2010 granting the Trustee's motion for the Order, or that

Appellants be allowed to file a motion for leave to appeal.

     The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective counsel are as follows:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
By:    David Sheehan
        Marc E. Hirschfield
        Oren J. Warshavsky
        Seanna R. Brown

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, N.W. Suite 800
Washington, DC 20005
Telephone: (202) 371-8300

Facsimile: (202) 371-6728
By:    Josephine Wang
       Kevin H. Bell

*Attorneys for the Securities Investor Protection Corporation*

SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, DC 20548
Telephone: (202) 551-5148
By:    Katharine B. Gresham
       Alistaire Bambach

*Attorneys for the Securities and Exchange Commission*

BECKER & POLIAKOFF, LLP
45 Broadway
11th Floor
New York, NY 10006
By:    Helen Davis Chaitman

*Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers*

BERNFELD, DEMATTEO & BERNFELD LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1661
Facsimile: (212) 557-9610
By:    David B. Bernfeld
       Jeffrey Bernfeld

*Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur*

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
By:    David J. Molton
       Martin S. Siegel

*Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield Sentry Limited*

STANLEY DALE COHEN
41 Park Avenue, Suite 17-F

New York, NY 10016
Telephone: (212) 686-8200
By:    Stanley Dale Cohen

*Attorneys for Lee Mellis, Lee Mellis (IRA), Jean Pomerantz T.O.D., and Bonita Savitt*

CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
By:    Richard Levin

*Attorneys for Optimal Strategic U.S. Equity Limited and Optimal Arbitrage Limited*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
By:    Karen Wagner
       Brian S. Weinstein
       Jonathan D. Martin

*Attorneys for Sterling Equities Associates, Arthur Friedman, David Katz, Gregory Katz, Michael Katz, Saul Katz, L. Thomas Osterman, Marvin Tepper, Fred Wilpon, Jeff Wilpon, Richard Wilpon, and Mets Limited Partnership*

GIBBONS, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
Telephone: (212) 613-2009
Facsimile: (212) 554-9696
By:    Jeffrey A. Mitchell
       Don Abraham

*Attorneys for Donald G. Rynne*

HERRICK, FEINSTEIN LLP
2 Park Avenue
5
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
By:    William R. Fried

4

*Attorneys for Magnify, Inc.*

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, FL 33757
Telephone: (727) 461-1818
Facsimile: (727) 443-6548
By:   Angelina E. Lim
      Michael C. Cronin

*Attorneys for Anchor Holdings, LLC*

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone: (212) 986-6000
Facsimile: (212) 986-8866
By:   David Parker
      Matthew J. Gold
      Jason Otto

*Attorneys for Lawrence Elins and Malibu Trading and Investing, L.P.*

LAX & NEVILLE, LLP
1412 Broadway, Suite 1407
New York, NY 10018
Telephone: (212) 696-1999
Facsimile: (212) 566-4531
By:   Brian J. Neville
      Barry R. Lax

*Attorneys for Mary Albanese, the Brow Family Partnership, Allen Goldstein, Laurence Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett*

MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
By:   Joseph Lubertazzi, Jr.

*Attorneys for Wachovia Bank, National Association*

MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

Telephone: (212) 594-5300
Facsimile: (212) 868-1229
By:    Jonathan M. Landers
       Matthew Gluck
       Lois F. Dix
       Joshua E. Keller
       Sanford P. Dumain
       Jennifer L. Young

SEEGER WEISS LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
By:    Stephen A. Weiss
       Christopher M. Van de Kieft
       Parvin K. Aminolroaya

*Attorneys for Albert J. Goldstein U/W FBO, Ruth E. Goldstein TTEE, Ann Denver, Norton
Eisenberg, Export Technicians, Inc., Stephen R. Goldenberg, Judith Rock Goldman, Jerry
Guberman, Anita Karimian, Orthopaedic Specialty Group PC, Martin Rappaport, Paul J.
Robinson, Bernard Seldon, Harold A. Thau, and The Aspen Company*

MORRISON COHEN LLP
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
By: Michael R. Dal Lago

*Attorneys for David Silver*

PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 841-1320
Facsimile: (212) 262-5152
By:    Chryssa V. Valletta

*Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel*

BRUCE S. SCHAEFFER
404 Park Avenue South
New York, NY 10016
Telephone: (212) 689-0400
By:    Bruce S. Schaefer

*Attorneys for Irving J. Pinto Revocable Trust, Irving J. Pinto Grantor Retained Annuity Trust of 1994, Irving J. Pinto Grantor Retained Annuity Trust of 1996, and Amy Lome Pinto Revocable Trust*

SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
By:     William D. Zabel
        Michael L. Cook
        Marcy Ressler Harris
        Frank J. LaSalle

*Attorneys for SRZ Claimants*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
By:     Stephen Fishbein
        James Garrity
        Richard Schwed

*Attorneys for Carl Shapiro and associated entities*

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6889
Facsimile: (212) 768-6800
By:     Carole Neville

*Attorneys for Marsha Peskin and a Group of Investors*

APPEARING PRO SE:
Hugh de Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo – SP
Brazil

Ethel and James Chambers
4244 SE Centerboard Ln.

Stuart, FL 34997

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

Herbert and Ruth Gamberg
1600 Cambridge Street
Halifax, N.S.
B3H 4A6

Cynthia Pattison Germaine
104 Rhododendron Lane
Brinnon, WA 98320

Lillian Gilden
145 E. 74th Street
New York, NY 10021

Phyllis Glick
7276 Via Palomar
Boca Raton, FL 33433

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, FL 33411

Joseph M. Hughart
208 Main Street Suite 105
Milford, MA 01757

Simon Jacobs
1 West 81st Street
New York, NY 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Jason Mathias
5965 Madrano Drive
Sarasota, FL 34232

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, FL 34949

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Josef Mittleman
107 Prospect St.
Providence, RI 02906

Josef Mittleman, on behalf of Just Empire, LLC
107 Prospect St.
Providence, RI 02906

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428-9805

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087

Alan J. Winters
804 Mulberry Lane
Bellaire, TX 77401

Dated:    New York, New York
          April 1, 2010

**GOODWIN PROCTER LLP**

By: _Daniel M. Glosband / xmm_

    Daniel M. Glosband
    Email: dglosband@goodwinprocter.com

53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Larkin M. Morton
Email: lmorton@goodwinprocter.com
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Attorneys for Jeffrey A. Berman, Russell
deLucia, Norman I. Lesser Rev. 11/97 Rev.
Trust, and Paula E. Lesser 11/97 Rev. Trust*