Stanley Dale Cohen
41 Park Avenue
Suite 17-F
New York, NY 10016
Telephone: (212) 686-8200
Fax: (212) 686-4900
Cell: (516) 459-5559
Email S@StanCohen.com

Attorney for Lee Mellis and
Holders of accounts at Bernard L Madoff Investment Securities LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

SECURITY INVESTOR PROTECTION                    SIPA LIQUIDATION
CORPORATION                                     (substantially consolidated)

            Plaintiff                           Adv. Pro. No. 08-01789

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
            Defendant.
-------------------------------------------------------X      **NOTICE OF APPEAL**

In re:

        BERNARD L. MADOFF,
            Debtor.
-------------------------------------------------------X


        PLEASE TAKE NOTICE that Lee Mellis, Lee Mellis (IRA), Jean Pomerantz and

Bonita Savitt ("Appellants") hereby hereby appeal under 28 USC § 158(d)(2) to the

United State Court of Appeals for the Second Circuit from the Order entered by the

Bankruptcy Court for the Southern District of New York in the above-referenced

proceeding regarding the net equity position as being defined by cash in-cash out, on

March 1, 2010 and certified to immediate appeal on March 8, 2010 (the "Order" pursuant

to the Certification of Net Equity Order issued by the Bankruptcy Court on March 9, 2010 (the "Certification").

PLEASE TAKE FURTHER NOTICE that in the event the United States Court of Appeals for the Second Circuit does not authorize the appeal, Appellants in the alternative hereby appeals the Order under 28 USC § 158 (a)(1) to the United States District Court for the Southern District of New York.

In the event it is necessary, Appellants request that this Notice be deemed a motion for leave to appeal under 28 USC § 158(d) (2) to the United States Court of appeals for the Second Circuit or under 28 USC § 158 (a) (3) to the United States District Court for the Southern District of New York for the reasons set forth in the Certification, the Order, or that Appellants be allowed to file a motion for leave to appeal.

The issues before this court on appeal are numerous and the many parties may create their own related or unrelated questions but these appellants seek review of the Court's decision based upon the equities and seek redress for the following questions:

1.  The appellants were required because of their age and prescribed laws of retirement funds to withdraw funds from their accounts. There is no redress or equity in the Court's decision for such requirements versus others in the class who were not so required. Therefore there is an element of age discrimination in the determination made by the court below.

2. The appellants paid money into the fund as recently as one month prior to the collapse of the fund. Those funds were cash in and were not taken out. Therefore, according to the determination of the Court below such funds should be insured. However, because they were put into accounts opened and maintained for years, the Court's decision would have the Trustee take the position that there was negative equity and therefore even those last investments are lost. Therefore there is an inequity in the class of victims as someone who paid the same amount of money into a new account on the same day would have that fund repaid from SIPC insurance, but the appellants do not have those funds available.

3. There was no evidence taken or allowed.

4. These appellants were not allowed to address the Court orally despite the presence of their counsel at the hearing.

5. Legislative history of the SIPA laws and SIPC's reason for being are not in keeping with the holding of the court below.

6. Case law and precedent are not in keeping with the holding of the court below.

7. The statements maintained by a commercial enterprise (despite the fraudulent nature of those statements, unknown to the victims) must be dispositive of the amounts which were insured by SIPC, as the position of the Trustee, which was agreed upon by the Court below makes accounts stated no longer an applicable matter of commerce as there is no reliance on any document or documents written over time.

8. Other questions brought up to the Court in the original documents submitted

   in opposition to the Trustee's motion will also be addressed in an appeal.

9. Such other and further related issues will be addressed in an appeal.

Respectfully submitted,
Stan Cohen
Attorney for the appellants, Lee Mellis, Jean Pomerantz and Bonita Savitt
41 Park Avenue
New York, NY 10016
212-686-8200
S@StanCohen.com

Service of the above NOTICE OF APPEAL was effected by US Mail upon:

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone 212-589-4200
Fax 212-589-4201
By:  David Sheehan, Marc E. Hischfield, Oren J. Warshavsky and Seanna R. Brown
Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA
liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L Madoff

SECURITIES INVESTOR PROTECTION CORPORATION
805 Fifteenth Street, NW Suite 800
Washington, DC 20005
Telephone 202-371-8300
Fax 202-371-6728
By:  Josephine Wang and Kevin H. Bell
Attorneys for the SIPC

SECURITIES AND EXCHANGE COMMISSION
100 F. Street, NE
Washington, DC 20548
Telephone 202-551-5148
By:  Katharine B. Gresham and Alistaire Bambach
Attorneys for the SEC

BECKER AND POLIAKOFF, LLP
45 Broadway
11th Floor
New York, NY 10006
By:  Helen Davis Chaitman
Attorneys for Diane and Roger Peskin, Maureen Ebel, and a group of other customers

BERNFELD, DEMATTEO, & BERNFELD, LLP
600 Third Avenue
New York, NY 10016
Telephone 212-661-1661
Fax 212-557-9610
By:  David B. Bernfeld and Jeffrey Bernfeld
Attorneys for Dr. Michael Schur and Mrs. Edith A. Schur

Brown Rudnick LLP
Seven Times Square
NY, NY 10036
Tel 212-209-4800
Fax 212-209-4801
Attorneys for Kenneth M. Krys and Christopher D. Stride as Liquidators of Fairfield
Sentry Limited

Cravath, Swaine and Moore LLP
825 Eighth Avenue
NY, NY 10019
Tel 212-474-1000
Fax 212-474-3700
By: Richard Levin
Attorneys for Optimal Strategic US Equity Limited and Optimal Arbitrage Limited

DAVIS, POLK & WARDWELL LLP
450 Lexington Avenue
NY, NY 10017
Tel 212-450-4000
Fax 212-701-5800
By: Karen Wagner, Brian Weinstein and Jonathan D. Martin
Attorneys for Sterling Equities Associates, Arthur Friedman, David Katz, Gregory Katz,
Michael Katz, Saul Katz, L. Thomas Osterman, Marvin Tepper, Fred Wilpon, Jeff
Wilpon, Richard Wilpon and Mets Limited Partnership

GIBBONS PC
One Pennsylvania Plaza, 37th Fl
NY,NY 10119
Tel 212-613-2009
Fax 212-554-9696
By: Jeffrey A. Mitchell and Don Abraham
Attorney for Donald G. Rynne

GOODWIN PROCTOR LLP
53 State Street
Boston, Ma 02109
Tel 617-570-1000
Fax 617-523-1231
By: Daniel Glosband, David Apfel, Brenda Sharton and Larkin Morton
Attorneys for Jeffrey A. Berman, Russell Deluca, Ellenjoy Fields, Michael Lesser,
Norman Lesser, and Jane O'Connor as trustee

HERRICK FEINSTEIN LLP
2 Park Avenue
New York, NY 10016

Tel 212-592-1400
Fax 212-592-1500
Attorneys for Magnify, Inc.

JOHNSON, POPE, BOKOR, RUPPEL, & BURNS, LLP
911 Chestnut Street
Clearwater, Fl 33757
Tel 727-461-1818
Fax 727-443-6548
By:  Angelina Lim and Michael Cronin
Attorney for Anchor Holding LLC

KLEINBERG, KAPLAN, WOLFF & COHEN, PC
551 Fifth Avenue, 18th Fl
NY, NY 10176
By:  David Parker, Matthew Gold, and Jason Otto
Attorneys for Lawrence Ellis and Malibu Trading and Investing LLP

LAX & NEVILLE, LLP
1412 Broadway, Suite 1407
NY, NY 10018
Tel 212-696-1999
Fax 212-566-4531
By:  Brian Neville and Barry Lax
Attorney for Mary Albanese, The Brow Family Partnership, Allen Goldsteing, Laurence
Kaye, Suzanne Kaye, Rose Less, and Gordon Bennett

MCCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
Tel 212-609-6800
Fax 212-609-6921
By:  Joseph Lubertazzi, Jr.
Attorney for Wachovia Bank, NA

Milberg LLP
One Penn Plaza
NY, NY 10119
Tel 212-594-5300
Fax 212-868-1229
By:  Jonathan Landers, Matthew Gluck, Lois Dix, Joshua Keller, Sanford Dumain, and
Jennifer Young

SEEGER WEISS, LLP
One William Street
NY, NY 10004

Tel 212-584-0700
Fax 212-584-0799
By: Stephen A. Weiss, Christopher M. Van de Kieft, and Parvin Aminolroaya
Attorneys for: Albert J. Goldstein, Ann Denver, Norton Eisenberg, Export Technicians,
Inc. Stephen R. Goldernberg, Judith Rock Goldman, Jerry Guberman, Anita Karimian,
Orthodaedic Specialty Group, Martin Rappaport, Paul J. Robinson, Bernard Seldon,
Harold Thau, The Aspen Company.

MORRISON COHEN LLP
909 Third Avenue
NY, NY 10022
Tel 212-735-8600
Fax 212- 735-8708
By: Michael Dal Lago
Attorney for David Silver

PHILLIPS NIZER LLP
666 Fifth Avenue
NY, NY 10103
Tel: 212-841-1320
Fax 212-262-5152
By: Chryssa Valletta
Attorneys for Herbert Barbanel, Alice Barbanel and Lauri Ann Schwartz-Barbanel

BRUCE S. SCHAEFFER
404 Park Avenue South
New York, NY 10016
Tel 212-689-0400
Attorneys for Irving J. Pinto Trusts

SCHULTE ROTH & ZABEL, LLP
919 Third Ave
NY, NY 10022
Tel 212-756-000
Fax 212-593-5955
By: William Zabel, Michael Cook, Marcy Ressler Harris and Frank J. LaSalle
Attorneys for SRZ Claimants

SHEARMAN & STERLING LLP
599 Lexington Ave
NY, NY 10022
Tel 212-848-4000
Fax 212-848-7179
By: Stephen Fishbein, James Garrity, and Richard Schwed
Attorneys for Carl Shapiro and associated entities

SONNENSCHEIN NATH & ROSENTHAL, LLP
1221 Avenue of the Americas
NY, NY 10020
Tel:  212-768-6889
Fax  212-768-6800
By: Carole Neville
Attorneys for Marsha Peskin

APPEARING PRO SE:

Hugh De Blacam
Holy Ghost Fathers South West Brazil
Avenida Alvaro Ramos 251
03058-060 Sao Paulo-SP
Brazil

Ethel and James Chambers
4244 SE Centerborad Ln
Stuart, Fl 34997

Anthony Fusco
71 Brandy Lane
Lake Grove, NY 11755

Herbert and Ruth Gamberg
1600 Rhododendron Lane
Brinnon, Wa 98320

Lillian Gilden
145 E 74th Street
NY, NY 10021]

Phyllis Glick
7276 Via Palomar
Boca Raton, Flo 33433

Yolanda Greer
9486 Lantern Bay Circle
West Palm Beach, Fl 33411

Joseph M. Hughart
208 Main Street Suite 105
Milford, Ma 01757

Simon Jacobs
1 W 81st Street

NY, NY 10024

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO BOX 70
San Geronimo, Ca 94963

Jason Mathias
5965 Madrono Drive
Sarasota, Fl 34232

Michael and Stacey Mathis
1722 Coconut Drive
Ft. Pierce, Fl

Shawn Mathias
135 Point Ridge Trail
Fayettevile, Ga 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn NY 11229

Josef Mittlemen
107 Prospect Street
Providence RI 1090
For himself and Just Empire LLC

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan way
Hawley, Pa 18428

Lawrence R. Velvel
8 Newfound Road
Windham, NH 03087
Velvel@mslaw.edu

Alan J. Winters
804 Mulberry Lane

Bellaire, TX 77401

DATED March 31, 2010
New York, NY

Respectfully submitted,
Stan Cohen

41 Park Avenue Suite 17-F
New York, NY 10016
212-686-8200 fax 212-686-4900
Cell 516-459-5595
S@StanCohen.com
Attorney for Lee Mellis, Jean Pomerantz and
Bonita Savitt