UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | CLAIM NO. 001895, 001897, 001949, 001896, 002185, 002186, 001802, 003367 |
| Plaintiff, | OBJECTION TO MOTION OF TRUSTEE FOR AN ORDER TO SCHEDULE HEARING ON "CUSTOMER" ISSUE |
| V. | |
| BERNARD L. MADOFF INVESTMENTS SECURITIES LLC, | |
| Defendant | |
| In re: | |
| BERNARD L. MADOFF, | APR - 5 2010 |
| Debtor. | |

## OBJECTION

1. The Trustee has taken the position for purposes of determining claims that only those claimants who had an account at BLMIS constitute customers of BIMIS ( as defined in section 78///(2) of SIPA). Where it appears that a claimant did not have an account in his/her/its name at BLMIS ("Claimant Without An Account"), he/she/it is not a customer of BLMIS under SIPA and the Trustee has denied his/her/its claims for securities and/or a credit balance.

    A. It is agreed that if a claimant did not have an account directly with BLMIS that would be a ( "Claimant Without An Account").

    B. A claimant whose account is just not found in BLMIS records can not be labeled a ("Claimant Without An Account").

    1. Madoff claimed over the past twenty years to have bought and sold upwards of one hundred billion dollars worth of stock.

    2. It has been determined that Madoff never bought any stock or at the very least hardly any.

    C. What now makes the Trustee believe that Madoff would keep accurate records

regarding accounts.

We now come before this Court objecting only if the Trustee is to determine who is a ("Claimant Without An Account").

April 1, 2010

Steven Surabian
1230 Rt. 28
So. Yarmouth
Ma., 02664
508-688-4613

Richard Surabian
P.O. Box 397
454 Craigville Beach Rd.
W. Hyannisport, Ma. 02672
508-579-9834

Martin M. Surabian
P.O. Box 397
454 Craigville Beach Rd.
W. Hyannisport, Ma. 02672
508-771-5011

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Bankruptcy Case No. 08-1789 (BRL)

OPPOSITION TO NOTICE OF TRUSTEE'S DETERMINATION
OF CLAIMS

| Claim No. | | |
|---|---|---|
| Claim No. 001895 | Martin M. Surabian, Alice V. Surabian, Richard Surabian and Steven Surabian | |
| Claim No. 001897 | Alice V. Surabian, Martin M. Surabian, Richard Surabian and Steven Surabian | |
| Claim No. 001949 | Richard Surabian | |
| Claim No. 001896 | Steven Surabian | |
| Claim No. 002185 | Erik M. Surabian and Richard Surabian | |
| Claim No. 002186 | Kristen E. Surabian and Richard Surabian | |
| Claim No. 001802 | Stephanie LaFlash-Surabian and Steven Surabian | |
| Claim No. 003367 | Martin M. Surabian, Alice V. Surabian in Trust for Karan Talin Surabian, Gregory Surabian, Erik M. Surabian, Kristen E. Surabian and Stephanie LaFlash-Surabian | |

Based on a review of available books and records of BLMIS by the Trustee's staff, the staff Determined the above were not customers of BLMIS under SIPA as that term is defined at 15 U.S.C. &78111 (2). Accordingly, our Claims for securities and/or a credit balance was DENIED.

The above claim BLMIS did not keep good records and SIPA is well a were of this fact.

1. Madoff investments (BLMIS) are protected by (SIPA)
2. Early 1990's the above accounts were opened at (BLMIS)
3. (BLMIS) was authorized by the U.S.A. Government to trade for others stocks.
4. Martin M. Surabian and Alice V. Surabian deposited with (BLMIS) money during the early 1990's to buy stock for those accounts
5. During those transactions everything appeared normal and the money deposited reflected the Stock recorded in those statements
6. (BLMIS) claims to have bought and sold hundreds of billions of dollars worth of stocks
7. During the past few decades the U.S.A. Government overseers agreed with these transactions, including the above
8. Now after decades the same governmental overseers claim (BLMIS) never bought or sold stock
9. SIPA has paid claims to (BLMIS) customers
10. SIPA based these customers on (BLMIS) records considering (BLMIS) great record keeping

11. Just because FRIENDS of (BLMIS) were listed in (BLMIS) records, SIPA paid these FRIENDS
12. Did Irving H. Picard investigate to see if those customers did in fact give monies or even if money transacted, was it the same monies going round and round
13. Could some of that money been part of the above claims monies (BLMIS) didn't record
14. Were did the Fifty Billion Dollars come from or go to
15. Could it be that there was only a few billion that keep going round and round to look like fifty billion
16. SIPA is now basing it's pay outs on the records of (BLMIS) even though we know those records are not true. This is the true crime, not a Ponzi scheme
17. SIPA DENIED our accounts based on (BLMIS) records
18. Ninety-one year old Martin M. Surabian was the keeper of the family records for these accounts
19. In the early spring of 2006 Martin M. Surabian decided it was time to sell and informed Madoff of his intent
20. Madoff convinced Martin M. Surabian to wait
21. The quarterly statements stop sometime soon after as now told by Martin M. Surabian
22. Richard Surabian and Steven Surabian did not become a were of the stop in statements till Madoff was exposed in December of 2008
23. In the Spring/ Summer of 2006 our house was broken into at 618 So. Atlantic Dr. Lantana, Florida, were nothing a paired to be stolen except a humidor and ninety or so Cigars. But now we know these statements along with others were taken also, to prevent exposing Madoffs scheme to early.
24. The above claimants oppose the payment by SIPA or the Bankruptcy Court to any and all claimants if the above claims are not payed
25. Each of the above claims are worth in excess of $500,000.00 and were worth millions in 2006 when we wanted to sell according to (BLMIS)

December 28, 2009

| Steven Surabian | Richard Surabian | Martin M. Surabian |
| --- | --- | --- |
| 1230 Rt. 28 | P.O. Box 397 | P.O. Box 397 |
| South Yarmouth | 454 Craigville Beach Rd. | 454 Craigville Beach Rd. |
| Ma., 02664 | W. Hyannisport, Ma. 02672 | W. Hyannisport, Ma. 02672 |

*[signatures]*