
David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

Monday, March 15, 2010

CLERK OF THE UNITED STATES BRANKRUPTCY COURT FOR
 THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK  10004

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETLER LLP\
 45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111

MILLENNIUM TRUST COMPANY LLC
FBO DAVID GROSS ( IRA )
820 JORIE BLVD  SUITE 420
OAK BROOK IL. 60523

        REFERENCED TO LETTER OF MARCH 11, 2010 AND ALL
        CONCERNED PARTIES

UNFORTUNATELY , I AM IN NO POSITION TO CHALLENGE THE RECORDS YOU
ENCLOSED AS TO THE ACCURACY OF MONIES CONTRIBUTED, AS MUCH
AS THE ACCURACY OF THE STATEMENTS I RECIEVED FROM BLMIS
AS TO THE ACTUAL HOLDINGS REPRESENTING MY EQUITY IN MY
IRA ACCOUNT 1-CM302-3-0 IDENTIFIATION NUMBER TAX PAYER ******4088.
AS INDICATED ON THE STATEMENTS PROVIDED.

ESPECIALLY ON THE BERNARD L. MADOFF INVESTMENT SECURITIES LLC
ON  ALL TRADES  INDICATING
    MEMBER    FINRA  NSX SIPC NSCC DTC

### BEING ASSURED AND ADVISED THAT WHO BETTER CAN LOOK OUT FOR THE INVESTERS INTERES

IF I HAD JUST PUT THIS MONIES IN GOVERMENT BONDS FOR  THE
PERIOD  FROM  1994 AS INDICATED  IN YOUR SUPPOSINGLY
RECORDS, I THINK MY MONIES MAY HAVE DOUBLED FROM THE
ACCUMILATED  INTEREST.

AT THE PRESENT TIME , THE PURCHASING POWER , OR THE
VALUATION OF THE DOLLAR WAS WORTH MORE AT THE TIME
OF CONTRIBUTION THAN PRESENT . INFLATION HAS  A LOT TO
DUE WITH WETHER I TOOK OUT THE SAME VALUE AS I PUT IN.

### FOR THE ABOVE REASONS DAVID GROSS IS PUTTING IN AN OPPOSITION TO THE TRUSTEE REFERENCING

## BANKRUPTCY CASE NO. 08-1789 (BRL)

I AM NOT FAMILIAR WITH THE REFERENCE OF 1CMO5130 ACCOUNTABLE FOR CONTRIBUTIONS. I BELIEVE THAT MAYBE DISCREPANCIES AS TO MY CONTRIBUTIONS AND ESPECIALLY OF THE AMOUNTS WITHDRAWN.

SINCERELY,

DAVID GROSS  ---  561 483 4543  ====  CELL 516 263 3642
7248 BALLANTRAE CT.
BOCA RATON, FL. 33496



David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496