Naomi Z. Newman, Trustee
Naomi Newman Trust
80 Rowan Way,
Mill Valley, CA 94941
Claim # 014152

The Honorable Burton R. Lifland
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green,
New York, N.Y, 10004-1408

April 2, 2010



The Honorable Burton R. Lifland,

I am writing to object to the Trustee's determination that I am not a customer of BLMIS under SIPC.

My money was invested with Stanley Chase, one of Madoff's closest and biggest conduits into the Madoff accounts.

I am 79 years old and have lost my savings, my retirement money and the money from the interest that I lived on from month to month.

I write in the hope that the court will deny the Trustee's definition of "customer" and include me, and many others, that badly need and deserve help from the SIPC.

Respectfully,

Naomi Z. Newman