UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) | |
| Plaintiffs | ) ) | Adversary Proceeding No. 08-01789 (BRL) |
| v. | ) ) | |
| | ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | (Substantively Consolidated) |
| Defendant. | ) ) | |

-----------------------------------------------------------

In re:                                                        )
                                                              )
BERNARD L. MADOFF,                             )
                                                              )
                              Debtor.            )
-----------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Marc G. Rosenberg, Esq., of the law firm McLaughlin & Stern, LLP, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent the following claimants in the above-referenced case and in any related adversary proceedings:

Howard Kaye

Kaye Associates, L.P.

Howard Kaye IRA

G. Rendolok LLC

S. Rendolok LLC

W. Rendolok LLC

Matthew Liebman

Phyllis A. Poland

1

***I certify that I am a member in good standing*** of the bar in the State of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 1, 2010
New York, New York

_____
Marc G. Rosenberg
New York Bar No. 1948363
McLaughlin & Stern, LLP
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 488-1100
E-mail-address:
mrosenberg@mclaughlinstern.com