**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br>(Substantively Consolidated)<br>Adv. Pro. No. 08-01789 (BRL) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  }
            } ss:
COUNTY OF NEW YORK }

   Cindy Gugg being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Gibbons P.C.

   On the 6th day of April, 2010, I served a true copy of the *Supplemental Designation of Items to be Included in the Record and Statement of Issue to be Presented on Appeal* upon the parities in this action who receive electronic service through CM/ECF and by United States Mail in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York.

                  /s/ Cindy Gugg
                  Cindy Gugg

Sworn to before me this
6th day of April 2010.

/s/ Carol J. Pinto
CAROL J. PINTO
Notary Public-State of New York
No. Q1P14725252
Qualified in New York County
Commission Expires Sept. 30, 2010

#1505731 v1
109422-67219

## SERVICE LIST

Baker & Hostetler LLP
Attn: David Sheehan
Attn: Marc E. Hirschfield
45 Rockefeller Plaza
New York, NY 10111

Security Investment Protection Corporation
Attn: Kevin Bell
Attn: Josephine Wang
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005-2207

Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

United States Securities and Exchange Commission
Attn: Katherine B. Gresham
100 F Street, NE
Washington, DC. 20549

Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Becker & Poliakoff, LLP
Attn: Helen Davis Chaitman
45 Broadway, 11th Floor
New York, NY 10006

Bernfeld DeMatteo & Bernfeld, LLP
Attn: Jeffrey L. Bernfeld
600 Third Ave. 15th Floor
New York, NY 10016

Brown Rudnick LLP
Attn: David J. Molton
Seven Times Square
New York, NY 10036

Clayman & Rosenberg
Attn: Paul S. Hugel
305 Madison Ave., Suite 1301
New York, NY 10165

Stanley Dale Cohen
41 Park Avenue, Suite 17-F
New York, NY 10016

Cravath, Swaine & Moore LLP
Attn: Richard Levin
825 Eighth Avenue
New York, NY 10019

| | |
|---|---|
| Davis Polk & Wardwell LLP<br>Attn: Karen Wangner<br>450 Lexington Avenue<br>New York, NY 10017 | Dewey & LeBoeuf LLP<br>Attn: Kelly A. Librera<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| Phillips Nizer LLP<br>Attn: Chryssa V. Valletta<br>666 Fifth Avenue<br>New York, NY 10103 | Goodwin Procter LLP<br>Attn: Daniel M. Glosband<br>53 State Street<br>Boston, MA 02109 |
| Herrick, Feinstein LLP<br>Attn: William R. Fried<br>2 Park Avenue<br>New York, NY 10016 | Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>Attn: Angelina E. Lim<br>911 Chestnut Street<br>Clearwater, FL 33757 |
| Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>Attn: David Parker<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176 | Lax & Neville, LLP<br>Attn: Brian J. Neville<br>1412 Broadway, Suite 1407<br>New York, NY 10018 |
| McCarter & English, LLP<br>Attn: Joseph Lubertazzi, Jr.<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Milberg LLP<br>Attn: Jonathan M. Landers<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Seeger Weiss LLP<br>Attn: Stephen A. Weiss<br>One William Street<br>New York, NY 10004 | Morrison Cohen LLP<br>Attn: Michael R. Dal Lago<br>909 Third Avenue<br>New York, NY 10022 |
| Bruce S. Schaeffer<br>404 Park Avenue South<br>New York, NY 10016 | Schulte Roth & Zabel LLP<br>Attn: William D. Zabel<br>919 Third Avenue<br>New York, NY 10022 |

#1505731 v1

| | |
|---|---|
| Shearman & Sterling LLP<br>Attn: Stephen Fishbein<br>599 Lexington Avenue<br>New York, NY 10022 | Sills Cummis Epstein & Gross P.C.<br>Attn: Andrew Howard Sherman<br>30 Rockefeller Center<br>New York, NY 10112 |
| Sonnenschein Nath & Rosenthal LLP<br>Attn: Carole Neville<br>1221 Avenue of the Americas<br>New York, NY 10020 | |
| **Hugh de Blacam**<br>**Holy Ghost Fathers South West Brazil**<br>**Avenida Alvaro Ramos 251**<br>**03058-060 Sao Paulo SP**<br>**Brazil** | Ethel and James Chambers<br>4244 SE Centerboard Ln<br>Stuart, Florida 34997 |
| Anthony Fusco<br>71 Brandy Lane<br>Lake Grove, NY 11755 | Herbert and Ruth Camberg<br>1600 Cambridge Street<br>Halifax, N.S.<br>B3H 4A6<br>Canada |
| Cynthia Pattison Germaine<br>104 Rhododendron Lane<br>Brinnon, WA 98320 | Lillian Gilden<br>145 East 74 Street<br>New York, NY 10021 |
| Phyllis Glick<br>7276 Via Palomar<br>Boca Raton, FL 33433 | Yolanda Greer<br>9486 Lantern Bay Circle<br>West Palm Beach, FL 33411 |
| Joseph M. Hughart<br>208 Main Street, Suite 105<br>Milford, MA 01757 | Simon Jacobs<br>1 West 81st St.<br>New York 10024 |

#1505731 v1

4

Marvin Katkin
2808 Willard Avenue
Oceanside, NY 11572

Marshall W. Krause
PO Box 70
San Geronimo, CA 94963

Jason Mathias
5965 Madrano Dr.
Sarasota, FL 34232

Shawn Mathias
135 Pointer Ridge Trail
Fayetteville, GA 30214

Herbert A. Medetsky
3885 Bedford Avenue
Brooklyn, NY 11229

Josef Mittleman
107 Prospect Street
Providence, RI 02906

Josef Mittleman, on behalf of Just Empire LLC
107 Prospect Street
Providence, RI 02906

Arlene Perlis
542 Green Valley Road
Paramus, NJ 07652

Gunther and Margaret Unflat
157 Whelan Willie Way
Hawley, PA 18428

Lawrence R. Velvel
Massachusetts School of Law
500 Federal Street
Andover, MA 01810

Alan J. Winters
804 Mulberry Lane
Bellaire, Texas 77401

Michael and Stacey Mathias
1722 Coconut Drive
Ft. Pierce, Florida 34949

5

#1505731 v1