BERNFELD, DEMATTEO & BERNFELD, LLP
600 Third Avenue, 15th Floor
New York, New York 10016
Tel: (212) 661-1661
Fax: (212) 557-9610
David B. Bernfeld
Jeffrey L. Bernfeld

*Attorneys for Dr. Michael Schur and Mrs. Edith Schur*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | **SIPA LIQUIDATION** (Substantively Consolidated) |
| Plaintiff, | Adv. Pro. No. 08-01789 (BRL) |
| v. | |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | **NOTICE OF APPEAL** |
| Defendant. | |

-------------------------------------------------------x
**In re:**

**BERNARD L. MADOFF,**

        **Debtor.**

-------------------------------------------------------x

**DESIGNATION OF ITEMS FOR INCLUSION IN THE RECORD AND JOINDER IN THE STATEMENT OF THE ISSUE TO BE PRESENTED ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006 and in connection with the Notice of Appeal filed by Dr. Michael Schur and Mrs. Edith Schur ("Appellants"), Appellants hereby designates the following items, in addition to those items designated in the *Joint Designation Of Items To Be Included In The Record And Statement Of The Issue To Be Presented On Appeal* (filed Apr. 1, 2010), for inclusion in the record on appeal:

| Filing Date | Docket # | Docket Text |
|---|---|---|
| 6/22/09 | 289 | Objection *to trustee's determination of claim* filed by Michael Schur. |
| 11/18/09 | 933 | Objection *to Trustee's determination denying claim* filed by Jeffrey L. Bernfeld on behalf of Edith A. Schur. |
| 11/13/09 | 749 | Opposition Brief (related document(s) 524 ) filed by Jeffrey L. Bernfeld on behalf of Edith A. Schur, Michael Schur |
| 12/22/09 | 1110 | Amended Reply to Motion *in further opposition to Trustee's motion regarding determination of Net Equity and specifically addressing the arguments of the SEC and Optimal, amending docket entry 1109 to include cover page* filed by Jeffrey L. Bernfeld on behalf of Edith A. Schur, Michael Schur. (Bernfeld, Jeffrey) |

Furthermore, as set forth in *Joint Designation Of Items To Be Included In The Record And Statement Of The Issue To Be Presented On Appeal*, Appellants hereby join in the Statement of the Issue to Be Presented on Appeal, which states:

> Whether the Bankruptcy Court erred when it ruled that a customer's "net equity" under Section 16(11) of the Securities Investor Protection Act ("SIPA") may be determined by calculating

the amount of cash deposited by the customer minus the amount withdrawn, rather than by calculating the dollar value of the securities positions in real securities shown on the customer's last account statement prior to the filing date, where SIPA defines "net equity" as: the dollar amount of the account or accounts of a customer, to be determined by – (A) calculating the sum which would have been owed by the debtor to such customer if the debtor had liquidated, by sale or purchase on the filing date, all securities positions of such customer . . . ; minus (B) any indebtedness of such customer to the debtor on the filing date . . . . (15 U.S.C.§ 78lll(11).)

Dated: New York, New York
    April 5, 2010

    BERNFELD, DeMATTEO & BERNFELD, LLP

By:_____/s/_____
    JEFFREY L. BERNFELD (JLB-1615)
600 Third Avenue, 15th Floor
New York, New York 10016
(212) 661-1661
jbdobro@hotmail.com
*Attorneys for Dr. Michael Schur and Mrs. Edith Schur*