**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) | |
| Plaintiffs | ) ) | Adversary Proceeding No. 08-01789 (BRL) |
| v. | ) ) | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) ) ) | (Substantively Consolidated) |
| Defendant. | ) | |

---

| | |
|---|---|
| In re: | ) ) |
| BERNARD L. MADOFF, | ) ) |
| Debtor. | ) |

---

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Marc G. Rosenberg, Esq., to be admitted, *pro hac vice*, to represent Howard Kaye; Kaye Associates, L.P.; Howard Kaye IRA; G. Rendolok LLC; S. Rendolok LLC; W. Rendolok LLC; Matthew Liebman; and Phyllis A. Poland (collectively referred to as the "Clients"), who are claimants in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, it is hereby

1

2

**ORDERED**, that Marc G. Rosenberg, Esq., is admitted to practice, *pro hac vice*, in the above referenced case and adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: April 7, 2010
      New York, New York

                                   /s/Burton R. Lifland_____
                                   UNITED STATES BANKRUPTCY JUDGE