DUANE MORRIS LLP
COUNSEL TO PGC LIMITED PARTNERSHIP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
William C. Heuer, Esq.
Patricia H. Heer, Esq.

    - and -

470 Atlantic Avenue, Suite 500
Boston, MA 02210-2600
Telephone: 857.488.4200
Martin B. Shulkin, Esq.
Kara M. Zaleskas, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-1789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**Certificate of Service**

    I, Patricia H. Heer, certify that I am not less than 18 years of age, and that on April 7, 2010, I caused a true and correct copy of the *Joinder to Arguments to be Presented in Connection with Trustee's Other Objections to Customers' Claims and Objection to Notice of Trustee's Determination of Claim* to be

| sent via overnight mail to: | **and** | hand delivered to: |
|---|---|---|
| Clerk of the United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | | Irving H. Picard, Trustee<br>c/o Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York , New York
      April 8, 2010

DUANE MORRIS LLP

By: */s/ Patricia H. Heer*
    Patricia H. Heer
    1540 Broadway
    New York, NY 10036-4086
    Telephone: 212-471-1803
    Facsimile: 212-214-0808