DUANE MORRIS LLP
COUNSEL TO THE RYAN EYGES TRUST DATED DECEMBER 26, 1996
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
William C. Heuer, Esq.
Patricia H. Heer, Esq.

- and -

470 Atlantic Avenue, Suite 500
Boston, MA 02210-2600
Telephone: 857.488.4200
Martin B. Shulkin, Esq.
Kara M. Zaleskas, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-1789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## Certificate of Service

     I, Patricia H. Heer, certify that I am not less than 18 years of age, and that on April 7, 2010, I caused a true and correct copy of the *Joinder to Arguments to be Presented in Connection with Trustee's Other Objections to Customers' Claims and Objection to Notice of Trustee's Determination of Claim* to be

2

<u>sent via overnight mail to</u>:           **and**   <u>hand delivered to</u>:

Clerk of the United States Bankruptcy           Court Irving H. Picard, Trustee
for the Southern District of New York           c/o Baker & Hostetler LLP
One Bowling Green                               45 Rockefeller Plaza
New York, New York 10004                        New York, New York 10111


Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York , New York                      DUANE MORRIS LLP
      April 8, 2010

                                                By: */s/ Patricia H. Heer*
                                                  Patricia H. Heer
                                                  1540 Broadway
                                                  New York, NY 10036-4086
                                                  Telephone: 212-471-1803
                                                  Facsimile: 212-214-0808