DUANE MORRIS LLP
COUNSEL TO KERRY A. UNFLAT, AS ADMINSTRATRIX
OF THE ESTATE OF M. MICHAEL UNFLAT
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
Patricia H. Heer, Esq.

    - and -

470 Atlantic Avenue, Suite 500
Boston, MA 02210-2600
Telephone: 857.488.4200
Stephen M. Honig, Esq.
Kara M. Zaleskas, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-1789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**Certificate of Service**

    I, Patricia H. Heer, certify that I am not less than 18 years of age, and that on March 19, 2010, I caused a true and correct copy of the *Joinder to Arguments to be Presented in Connection with Trustee's Other Objections to Customers' Claims and Objection to Notice of Trustee's Determination of Claim* to be hand delivered to:

2

| | | |
|---|---|---|
| Clerk of the United States Bankruptcy Court for the Southern District of New York One Bowling Green New York, New York 10004 | **and** | Irving H. Picard, Trustee c/o Baker & Hostetler LLP 45 Rockefeller Plaza New York, New York 10111 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: New York , New York  
      April 8, 2010

DUANE MORRIS LLP

By: */s/ Patricia H. Heer*  
Patricia H. Heer  
1540 Broadway  
New York, NY 10036-4086  
Telephone: 212-471-1803  
Facsimile: 212-214-0808