Marc G. Rosenberg
McLAUGHLIN & STERN, LLP
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 448-1100
mrosenberg@mclaughlinstern.com
Attorneys for Phyllis A. Poland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM**

      Phyllis A. Poland ("Poland") hereby objects to the Notice of Trustee's Determination of Claim ("Claim Number 008560") dated February 19, 2010 and sent by Irving H. Picard (the "Trustee"), and states as follows:

## BACKGROUND FACTS

      1.    In or about 1992 Poland opened an account with Bernard L. Madoff Investment Securities LLC ("BLMIS"), account no. 1-P0038-3-0 (the "Account") and account no. 1-P0038-4-0 (the "other Account").

      2.    According to the Trustee, Poland deposited a total of $ 4,264,462.00 into the Account during the period from December 2, 1992 through July 2. 2007, and withdrew a total of $4,691,962.00 from the Account during the period from November 22, 1995 through November 24, 2008.

3.      Pursuant to the November 30, 2008 account statements sent by BLMIS to Poland (the "BLMIS Statements"), the market value of securities was long $3,381,786.88 for account no. 1-P0038-3-0.  The market value of securities in the other Account was long $118,800.00 and short $167,760.00,for account no 1-P0038-4-0, pursuant to the BLMIS statements.

4.      Throughout the period of the Account's existence, Poland paid taxes annually on the appreciation in the Accounts based upon the BLMIS Statements she received from BLMIS.

5.      On December 11, 2008, the above-captioned liquidation proceeding was commenced against BLMIS, pursuant to the Securities Investor Protection Act ("SIPA") and later transferred to the United States Bankruptcy Court for the Southern District of New York.  Irving Picard was appointed Trustee and charged with overseeing the liquidation of BLMIS and processing customer claims for money pursuant to SIPA.

6.      On December 23, 2008, the Court issued an Order directing the Trustee to disseminate notice and claim forms to BLMIS customers and setting forth claim-filing deadlines. The Order further provided that, to the extent the BLMIS Trustee disagrees with the amount set forth on a customer claim form, that the BLMIS Trustee "shall notify such claimant by mail of her determination that the claim is disallowed, in whole or in part, and the reason therefore . . . ."

7.      On April 17, 2009, Poland sent a SIPC Customer Claim (the "Customer Claim", annexed hereto as Exhibit "1") to the Trustee for the Accounts, asserting a claim for securities in the amount of long $3,381,786.88 for the account no. 1-P0038-3-0, and in the amount of long $118,800.00 and short $167,760.00 for account no. 1-P0038-4-0, as stated in the November 30, 2008 BLMIS Statements sent by BLMIS.

8.      On February 19, 2010, the Trustee sent Poland a Notice of Trustee's Determination of Claim (the "Determination Letter", annexed hereto as Exhibit "2") with respect to the Account.

The Trustee stated in the letter that he was determining the claim on "BLMIS Account No 1P0038", designated as "Claim Number 008560," without differentiating between the two underlying Accounts. The Trustee entirely denied the claim for securities that was based upon the November 30, 2008 BLMIS Statements. In doing so, the Trustee disallowed several transfers into the account from several other BLMIS accounts. Had the Trustee allowed these transfers, then, under the Trustee's "net-equity" approach, the amount of the claim would have been $1,277,000.00. Moreover, the Trustee ignored all appreciation in the Account from its inception over a period of 16 years.

9.     Requests for extensions to file an objection through April 16, 2010 were granted by the Trustee.

## GROUNDS FOR OBJECTION

10.     The Determination Letter is improper for - amongst others - the following reasons: The Trustee has failed to comply with the Court's December 23, 2008 Order in that he has not set forth the legal and factual basis for the position he has taken. The Trustee has also violated SIPA's mandate to honor the legitimate expectations of a customer. Moreover, the Trustee has invented his own definition of "net equity" solely in order to save SIPC money, at the expense of the customers. The Trustee has also ignored the customers' entitlement to (prejudgment) interest and a reasonable return on their investment. In addition, the Trustee's Determination Letter is improper for the following reasons stated below in detail:

**A.**          **The Trustee Failed To Give The Reasons For The Denial of Claim**

11.     The Trustee has set forth no legal basis for disallowing Poland's Customer Claim in full as filed. The only explanations set forth in the Determination Letter are that (1) "[n]o securities were ever purchased for your account," and (2) that "because you have withdrawn

more than was deposited into your account, you do not have a positive 'net equity' in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding." Neither of these purported grounds for denial have any statutory or other legal basis. Moreover, the Determination Letter (a) does not clearly provide "the reason" for the denial of Poland's claim, as required by the Court's December 23, 2008 Order, (b) is inadequate to rebut the prima facie validity of Poland's claim; and (c) violates general principles of applicable law requiring that an objection to a proof of claim set forth, at a minimum, all of the relevant and pertinent facts and legal theories upon which the denial of the claim is based.

**B.        The Trustee Is Ignoring the Debtor's books and records**

12.    The Determination Letter fails to comply with this Court's December 23, 2008 Order, which directs the Trustee to satisfy customer claims and deliver securities in accordance "with the Debtor's books and records." Included with Poland's Customer Claim were her final BLMIS Statements, showing a balance of securities in the amount of long $3,381,786.88 for account no 1-P0038-3-0, and showing a balance of securities in the amount of long $118,800.00 and short $167,760.00 for the account no. 1-P0038-4-0. The final BLMIS Statements are the best evidence of the amount owed based on the Debtor's books and records, and it is reflective of "the Debtor's books and records" by which the Trustee is bound, absent proof that Poland did not have a "legitimate expectation" that the balance on the Account statements represented her property. Accordingly, the claim should be allowed in the full amount.

**C.        The Trustee's method of calculating "net equity" is without merit**

13.    Poland respectfully submits her objection the Trustee's method of calculating "net-equity" in view of the Court's recent Order signed on March 8, 2010 "Affirming Trustees Determination Of Net Equity And Expunging Those Objections With Respect To The

4

Determinations Relating To Net Equity" because that order is not yet final and is due for an immediate appeal to the United States Court of Appeals for the Second Circuit.

14.    The Trustee miscalculated the value of the Claim because he erroneously applied a "cash in/cash out" approach to calculating Poland's "net equity" under SIPA.

15.    Poland deposited funds in her Account at BLMIS with the expectation that the amount of these funds would grow, her account statements showed such growth, and the balance on her final BLMIS Statements reflects the benefit of this bargain. Moreover, SIPC is bound to honor a customer's "legitimate expectations."

16.    In contrast, the Trustee's formula for calculating the "net equity" is an improper and wholly inadequate measure of loss. In derogation of his obligations to carry out the provisions of SIPA, the Trustee has created his own definition of "net equity." The Trustee has asserted that he has a right to recognize investors' claims only for the amount of their net investment, disregarding all income and/or appreciation in their accounts. Moreover, the Trustee maintains that transfers from other BLMIS accounts can be disregarded where those other BLMIS accounts did not contain enough "net equity" – as calculated pursuant to the Trustee's misguided approach – to substantiate such a transfer. The Trustee's position that Poland's claim should be denied because Poland does not have "net equity" in her Account is therefore nothing but baseless.

17.    Poland adopts and incorporates all of the objections previously filed by Investors similarly situated regarding the Trustee's position as to the method for calculation of "net equity", as if fully stated herein.

**D.**              **Poland Is Entitled To Interest**

18.    Poland is entitled to recover interest on such funds deposited with BLMIS. Such interest is required as a matter of State law. Moreover, since BLMIS converted Poland's funds,

Poland is also entitled to prejudgment interest. The Determination Letter, however, does not mention any entitlement to any interest at all.

### E.        Trustee Fails To Prove That All Gains Reported Are Fictitious

19.    The Trustee alleges in the Determination Letter that no securities were ever purchased by BLMIS. However, the Trustee's Determination Letter simply assumes that BLMIS never earned funds and that therefore all gains reported to customers were fictitious. But this assumption is contrary to fact.

20.    There is significant evidence that, at some time, BLMIS was at least in part a legitimate business and therefore all or a portion of the gains were not fictitious. Moreover, the Trustee bears the burden to show that BLMIS never earned any amounts to support customer gains and, if at some point it did earn funds, the dates when it ceased to do so. The Trustee is required to state and prove when the Ponzi scheme began.

21.    Hence, the Trustee cannot prove that BLMIS earned no money on Poland's investment. Moreover, to the extent the funds were deposited into a bank, they earned interest while on deposit. BLMIS disbursed customer funds to favored customers, to family members, and for other purposes. Those funds may have yielded substantial profits to which Poland and other customers are entitled once the ultimate recipients of BLMIS's thievery are known.

### F.        The Trustee Failed To Adjust Poland's Claim To The Taxes Poland Paid

22.    Poland's customer claim should be adjusted by adding all amounts she actually paid as income taxes on allegedly fictitious gains to equalize her treatment with that of other customers.

6

G.              **Trustee Has No Power To Claw Back**

23.   The Trustee has no power to claw back from investors who, like Poland, had a legitimate expectation that their statements were accurate and who, like Poland, paid taxes annually on the earnings reflected on their account statements. The funds she withdrew were in the Account that belonged to her.

H.   **The Trustee Failed To Furnish Records To Support His Calculations**

24.   The Determination Letter purports to calculate the "net equity" based on Poland's deposit transactions and withdrawal transactions, but does not furnish the actual records for those transactions. Many of the withdrawal transactions listed in the Determination Letter allegedly occurred several years ago.

25.   It is unreasonable to anticipate that customers like Poland would maintain records of accounts for long periods of time given (a) general limitations on record retention requirements under tax law and other applicable rules governing record retention; (b) the apparent safety and solvency of BLMIS; and (c) the fact that historical records such as those in question are usually available from financial institutions, including broker-dealers, upon request.

26.   Therefore, due process demands that the Trustee prove that the alleged withdrawal transactions occurred by furnishing the appropriate records to Poland and, absent such records, such withdrawal transactions should be deleted from the calculation of Poland's "net equity." Likewise, the Trustee should be required to prove that the deposit transactions are completely listed by furnishing the appropriate records to Poland.

I.              **Further Objections**

27.   Finally, Poland also adopts and incorporates herein, to the extent applicable, all of the objections filed by those others similarly situated regarding the Trustee's determination letters.

## CONCLUSIONS

28.    The Trustee's determination amounts to an improper denial of a claim that has prima facie validity. The Trustee has offered no sufficient factual or legal basis for his determination to deny Poland's claim.  The Trustee's Determination Letter, and the objections contained therein, should be stricken, or alternatively, the Trustee should describe his position in detail including all relevant facts, legal theories, and authorities.

29.    Poland received daily trade confirmations and monthly statements from BLMIS in the past several years.  Hence there is no basis to claim that Poland did not have a "legitimate expectation" that the assets reflected on the Account statements sent to her by BLMIS belonged to her.

30.    Thus, Poland is entitled to a claim for securities in the amount of long $3,381,786.88 for account no. 1-P0038-3-0, and in the amount of long $118,800.00 and short $167,760.00 for account no. 1-P0038-4-0, as reflected on the November 30, 2008 BLMIS Statements sent by BLMIS.

31.    Accordingly, for the foregoing reasons, Poland is a "customer" under SIPA, entitled to up to $500,000.00 in SIPC funds.

32.    Poland is entitled to an order compelling the Trustee and SIPC to immediately replace the securities in the Account to the extent of a valuation of $500,000.00 as of November 30, 2008.

33.    For the reasons set forth above and more fully in the objections filed in this proceeding by those similarly situated to Poland, Poland is entitled to (i) have her claim recognized in the amount of $3,332,826.88, consistent with the November 30, 2008 BLMIS Statements and (ii) such other and further relief as is just, equitable and proper.

## **RESERVATION OF RIGHTS**

34.    Poland hereby reserves all rights with respect to her Claims and further reserves all rights to revise, amend or supplement this Objection or file a reply to any response to this Objection that is filed. Moreover, any failure to object on a particular ground or grounds shall not be construed as a waiver of Poland's right to object on any additional grounds.

35.    The execution and filing of this objection is not and shall not be deemed a waiver or release of Poland's rights against any entity or person liable for all or any part of the claim asserted herein, or an election of remedies which waives or otherwise affects any other remedy.

36.    Poland also reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever.

37.    Poland incorporates by reference all reservations of rights set forth in Poland's Customer Claim and any supplements thereto.

April 8, 2010
New York, New York

Respectfully submitted,

McLAUGHLIN & STERN

By _____
        Marc G. Rosenberg
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 448-1100
Attorneys for Phyllis A. Poland

# EXHIBIT 1

# MCLAUGHLIN & STERN, LLP

**MARC G. ROSENBERG**
Partner
Direct Phone: (212) 448–6249
E-Mail: mrosenberg@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066

**MILLBROOK OFFICE**
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(914) 677–5700
Fax (914) 677–0097

April 17, 2009

**VIA FEDEX**

Irving Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities, LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Re: Phyllis Poland A/C 1-P0038-3-0

Dear Mr. Picard:

On behalf of our client, Phyllis Poland enclosed please find the Customer Claim in connection with Bernard L. Madoff Investment Securities, LLC together with the November 30, 2008 Account Statement, a spreadsheet listing Ms. Poland's contributions and withdrawals, a list of Ms. Poland's contribution and withdrawals together with the related Exhibits.

Please have the enclosed copy of this letter stamped received or otherwise acknowledged and returned to me in the enclosed stamped self-addressed envelope.

Please do not hesitate to contact me with any questions or comments.

Very truly yours,

Marc G. Rosenberg

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE:_____

HOME: ( 7 6 0 ) 2 0 0 - 4 3 9 6

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1P0038
PHYLLIS A POLAND
1 PINE RIDGE ROAD
LARCHMONT, NY  10538

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:     ( See attached
      a.    The Broker owes me a Credit (Cr.) Balance of     $  account statement)
      b.    I owe the Broker a Debit (Dr.) Balance of     $_____

502180406

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|    |    | YES | NO |
|----|----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

    c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.         $_____

    d.   If balance is zero, insert "None."   _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

| | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *See attached* | |
| b. | I owe the Broker securities | *account statement* | |

    c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | *See attached account statement* | | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |

**MADF** **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YOUR ACCOUNT NUMBER
1-P0038-3-0



PHYLLIS A POLAND

1 PINE RIDGE ROAD
LARCHMONT          NY    10538

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | |
| 11/12 | 3,024 | | 89 | WELLS FARGO & CO NEW | 29.800 |
| 11/12 | 2,160 | | 591 | HEWLETT PACKARD CO | 34.900 |
| 11/12 | 1,872 | | 4415 | WAL-MART STORES INC | 55.830 |
| 11/12 | 1,224 | | 4917 | INTERNATIONAL BUSINESS MACHS | 87.270 |
| 11/12 | 4,536 | | 8741 | EXXON MOBIL CORP | 72.880 |
| 11/12 | 4,968 | | 9243 | INTEL CORP | 14.510 |
| 11/12 | 2,376 | | 13569 | JOHNSON & JOHNSON | 59.580 |
| 11/12 | 3,240 | | 17894 | J.P. MORGAN CHASE & CO | 38.530 |
| 11/12 | 1,728 | | 22220 | COCA COLA CO | 44.660 |
| 11/12 | 1,008 | | 25546 | MCDONALDS CORP | 55.370 |
| 11/12 | 1,872 | | 30872 | MERCK & CO | 28.550 |
| 11/12 | 6,840 | | 35198 | MICROSOFT CORP | 21.810 |
| 11/12 | 3,456 | | 39524 | ORACLE CORPORATION | 17.300 |
| 11/12 | 1,368 | | 52502 | PEPSICO INC | 56.410 |
| 11/12 | 792 | | 53004 | APPLE INC | 100.780 |
| 11/12 | 5,832 | | 56828 | PFIZER INC | 16.940 |
| 11/12 | 1,368 | | 57330 | ABBOTT LABORATORIES | 54.510 |
| 11/12 | 2,592 | | 61154 | PROCTER & GAMBLE CO | 64.080 |
| 11/12 | 936 | | 61656 | AMGEN INC | 59.160 |
| 11/12 | 1,800 | | 65480 | PHILLIP MORRIS INTERNATIONAL | 43.600 |
| 11/12 | 4,320 | | 65982 | BANK OF AMERICA | 21.590 |
| 11/12 | 1,440 | | 69806 | QUALCOMM INC | 33.770 |
| 11/12 | 4,680 | | 70308 | CITI GROUP INC | 12.510 |
| | | | | CONTINUED ON PAGE 2 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**MADF**

# BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PHYLLIS A POLAND
1 PINE RIDGE ROAD
LARCHMONT    NY    10538

YOUR ACCOUNT NUMBER
1-P0038-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|---|
| 11/12 | 1,080 | | 74132 | SCHLUMBERGER LTD | 49.480 |
| 11/12 | 2,592 | | 74634 | COMCAST CORP CL A | 16.510 |
| 11/12 | 5,112 | | 78458 | AT&T INC | 27 |
| 11/12 | 1,296 | | 78960 | CONOCOPHILIPS | 52.510 |
| 11/12 | 864 | | 82784 | UNITED PARCEL SVC INC CLASS B | 52.040 |
| 11/12 | 5,256 | | 83286 | CISCO SYSTEMS INC | 16.730 |
| 11/12 | 1,512 | | 87110 | U S BANCORP | 29.530 |
| 11/12 | 1,800 | | 87512 | CHEVRON CORP | 73.430 |
| 11/12 | 864 | | 91436 | UNITED TECHNOLOGIES CORP | 53.160 |
| 11/12 | 9,144 | | 91938 | GENERAL ELECTRIC CO | 19.630 |
| 11/12 | 2,448 | | 95762 | VERIZON COMMUNICATIONS | 30.410 |
| 11/12 | 216 | | 96264 | GOOGLE | 337.400 |
| 11/12 | | 3,300,000 | 22699 | U S TREASURY BILL DUE 2/12/2009 | 99.936 |
| 11/12 | | | | U S TREASURY BILL DUE 2/12/2009 | DIV |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV |
| 11/12 | | 3,194 | 17799 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | 1 |
| 11/12 | 25,774 | | 27168 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES





MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YOUR ACCOUNT NUMBER
1-P0038-3-0



PHYLLIS A POLAND
1 PINE RIDGE ROAD
LARCHMONT        NY    10538

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT TO |
|------|------|------|------|------|------|------|
| 11/19 | | 25,774 | 52622 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/19 | 225,000 | | 57172 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | |
| 11/19 | 16,656 | | 61660 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/24 | | | | CHECK | CW | |
| 11/24 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/24/08 | DIV | |
| 11/24 | | 16,656 | 76964 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 11/24 | | 225,000 | 76965 | U S TREASURY BILL DUE 03/26/2009 | 99.963 | |
| 11/24 | 200,000 | | 76997 | 3/26/2009 U S TREASURY BILL DUE 03/26/2009 | 99.963 | |
| 11/24 | 9,648 | | 77018 | 3/26/2009 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 5,112 | | | AT&T INC | 28.560 | |
| | | | | CONTINUED ON PAGE   4 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PHYLLIS A POLAND

1 PINE RIDGE ROAD
LARCHMONT          NY    10538

YOUR ACCOUNT NUMBER
1-P0038-3-0



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AM |
|---|---|---|---|---|---|---|
| | 1,368 | | | ABBOTT LABORATORIES | 52.390 | |
| | 936 | | | AMGEN INC | 55.540 | |
| | 792 | | | APPLE INC | 92.670 | |
| | 4,320 | | | BANK OF AMERICA | 16.250 | |
| | 1,800 | | | CHEVRON CORP | 79.010 | |
| | 5,256 | | | CISCO SYSTEMS INC | 16.540 | |
| | 4,680 | | | CITI GROUP INC | 8.290 | |
| | 1,728 | | | COCA COLA CO | 46.870 | |
| | 2,592 | | | COMCAST CORP | 17.340 | |
| | | | | CL A | | |
| | 1,296 | | | CONOCOPHILIPS | 52.520 | |
| | 4,536 | | | EXXON MOBIL CORP | 80.150 | |
| | ‒ 9,144 | | | GENERAL ELECTRIC CO | 17.170 | |
| | 216 | | | GOOGLE | 292.950 | |
| | 2,160 | | | HENLETT PACKARD CO | 35.280 | |
| | 4,968 | | | INTEL CORP | 13.800 | |
| | 1,224 | | | INTERNATIONAL BUSINESS MACHS | 81.500 | |
| | 3,240 | | | J.P. MORGAN CHASE & CO | 31.650 | |
| | 1,908 | | | JOHNSON & JOHNSON | 58.580 | |
| | 2,376 | | | MCDONALDS CORP | 58.750 | |
| | 1,872 | | | MERCK & CO | 26.720 | |
| | 6,840 | | | MICROSOFT CORP | 20.220 | |
| | 3,456 | | | ORACLE CORPORATION | 16.090 | |
| | 1,368 | | | PEPSICO INC | 56.700 | |
| | 5,832 | | | PFIZER INC | 15.430 | |
| | | | | CONTINUED ON PAGE 5 | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

☐ MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PHYLLIS A POLAND

1 PINE RIDGE ROAD
LARCHMONT          NY     10538

YOUR ACCOUNT NUMBER
1-P0038-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT |
|---|---|---|---|---|---|---|
| | 1,800 | | | PHILLIP MORRIS INTERNATIONAL | 42.163 | |
| | 2,592 | | | PROCTER & GAMBLE CO | 54.350 | |
| | 1,440 | | | QUALCOMM INC | 33.570 | |
| | 1,080 | | | SCHLUMBERGER LTD | 50.740 | |
| | 9,648 | | | FIDELITY SPARTAN | | |
| | | | | U S TREASURY MONEY MARKET | 1 | |
| | 1,512 | | | U S BANCORP | 26.980 | |
| | 864 | | | UNITED PARCEL SVC INC | 57.600 | |
| | | | | CLASS B | | |
| | 200,000 | | | U S TREASURY BILL | 99.971 | |
| | | | | DUE 03/26/2009 | | |
| | | | | 3/26/2009 | | |
| | 864 | | | UNITED TECHNOLOGIES CORP | 48.530 | |
| | 2,448 | | | VERIZON COMMUNICATIONS | 32.650 | |
| | 1,872 | | | WAL-MART STORES INC | 55.880 | |
| | 3,024 | | | WELLS FARGO & CO NEW | 28.890 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG | | |
| | 3,381,786.88 | | | SHORT | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PHYLLIS A POLAND

1 PINE RIDGE ROAD
LARCHMONT    NY    10538

YOUR ACCOUNT NUMBER
1-P0038-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT |
|------|------|------|-----|-------------|-----------------|--------|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MADF ☐
**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PHYLLIS A POLAND
1 PINE RIDGE ROAD
LARCHMONT        NY    10538

YOUR ACCOUNT NUMBER
1-P0038-4-0



| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT |
|------|------|------|------|------|------|------|
| | | 72 | 43850 | BALANCE FORWARD<br>S & P 100 INDEX<br>NOVEMBER 460 CALL | 15.800 | |
| 11/12 | 72 | | 48176 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 17.800 | |
| 11/19 | | 72 | 34280 | S & P 100 INDEX<br>DECEMBER 430 CALL | 26 | |
| 11/19 | 72 | | 38605 | S & P 100 INDEX<br>DECEMBER 420 PUT | 30 | |
| 11/19 | 72 | | 42930 | S & P 100 INDEX<br>NOVEMBER 460 CALL | 3 | |
| 11/19 | | 72 | 47255 | S & P 100 INDEX<br>NOVEMBER 450 PUT | 37 | |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | | 72 | | S & P 100 INDEX<br>DECEMBER 430 CALL | 23.300 | |
| | 72 | | | S & P 100 INDEX<br>DECEMBER 420 PUT | 16.500 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG        118,800.00 | SHORT   167,760.00- | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# PHYLLIS POLAND

| Year | | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1992 | In | | | | | | | | | | | | 400000 | 400000 | |
| | Out | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | 400000 Year End |
| 1993 | In | | | | | | | | | | | | | | |
| | Out | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | Year End |
| 1995 | In | | | | | | | | | | | 50000 | | 50000 | |
| | Out | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | 450000 Year End |
| 1996 | In | | | | | | | | 175000 | | | | | 175000 | |
| | Out | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | 625000 Year End |
| 1998 | In | 230000 | | | 42000 | | | | | 187462 | 20000 | | | 479462 | |
| | Out | | | | | | | | | | | 30000 | | 30000 | |
| | TOTAL | | | | | | | | | | | | | | 1074462 Year End |
| 1999 | In | | 150000 | | | 131000 | | | | | | | | 281000 | |
| | Out | | | | | | | | 10000 | | | | 10000 | 20000 | |
| | TOTAL | | | | | | | | | | | | | | 1335462 Year End |
| 2000 | In | | | | | 34000 | | | | | | | | 34000 | |
| | Out | | | 10000 | 10000 | | 10000 | 10000 | | 60000 | 10000 | | 10000 | 120000 | |
| | TOTAL | | | | | | | | | | | | | | 1249462 Year End |
| 2001 | In | | | | | | | | | 587500 | 35000 | 80000 | | 702500 | |
| | Out | 7000 | | 20000 | 5900 | 10000 | 16000 | 5000 | 10000 | | | | | 73900 | |
| | TOTAL | | | | | | | | | | | | | | 1878062 Year End |

Continued next sheet

# PHYLLIS POLAND

continued    Page 2

| Year | | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTAL | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2002** | In | 420000 | 50000 | | | | | | | | | 100000 | 100000 | 670000 | 2135062 |
| | Out | | | | | 140000 | 105000 | 63000 | 50000 | 25000 | 25000 | | | 413000 | 2096062 |
| | TOTAL | | | | | | | | | | | | | Year End | |
| **2003** | In | | | | 35000 | | | | | | | | | 35000 | |
| | Out | | | | | | | | | | 25000 | 10000 | 10000 | 74000 | |
| | TOTAL | | | | | | | | | | | | | Year End | 2096062 |
| **2004** | In | | | | | 30000 | | 30000 | | 400000 | | | | 460000 | 2477062 |
| | Out | | | 10000 | | | | | | 5000 | 23000 | 16000 | 13000 | 79000 | |
| | TOTAL | | | | | | | | | | | | | Year End | |
| **2005** | In | | | | | | | | | | | | | 0 | |
| | Out | 22000 | 9000 | 9000 | 20000 | 14500 | 17000 | 18000 | 6000 | 13000 | 15000 | 21000 | 16000 | 180500 | 2296662 |
| | TOTAL | | | | | | | | | | | | | Year End | |
| **2006** | In | | | | | | | | | | | | | 0 | |
| | Out | 7000 | 25000 | 5000 | 14000 | 15000 | 17000 | 22000 | 13000 | 23000 | 20000 | 15000 | 15000 | 191000 | 2105562 |
| | TOTAL | | | | | | | | | | | | | Year End | |
| **2007** | In | | | | | | | 2112000 | | | | | | 2112000 | 4049762 |
| | Out | 15000 | 15000 | 13500 | 20000 | 10000 | 20000 | | 8300 | 23000 | 20000 | 15000 | 8000 | 167800 | |
| | TOTAL | | | | | | | | | | | | | Year End | |
| **2008** | In | | | | | | | | | | | | | 0 | |
| | Out | 5000 | 10000 | 25000 | 15000 | 9000 | 20000 | 13500 | 20000 | 30000 | 32000 | 20000 | 0 | 199500 | 3850262 |
| | TOTAL | | | | | | | | | | | | | Year End | |

Total In   5398962.00
Total Out  1518700.00
Total Net  3880262.00

## PHYLLIS POLAND

| Date of Transaction | Description | Amount | Exhibit # | Documentation |
|---|---|---|---|---|
| Dec-92 | Contribution | 400,000.00 | 1 | Securites Statement |
| Nov-95 | Withdrawal | 50,000.00 | | Not Available at this Time |
| Aug-96 | Contribution | 175,000.00 | 2 | Written Request-M.Poland |
| Jan-98 | Contribution | 230,000.00 | 3 | M.PolandSecuritiesStatement |
| Apr-98 | Contribution | 42,000.00 | 4 | M.PolandSecuritiesStatement |
| Oct-98 | Contribution | 75,000.00 | 5 & 6 | M.PolandSecuritiesStatement |
| Oct-98 | Contribution | 25,462.00 | 5 & 7 | M.PolandSecuritiesStatement |
| Oct-98 | Contribution | 87,000.00 | 5 & 8 | M.PolandSecuritiesStatement |
| Nov-98 | Contribution | 20,000.00 | 9 & 10 | M.PolandSecuritiesStatement |
| Feb-99 | Contribution | 50,000.00 | 11 | M.PolandSecuritiesStatement |
| Feb-99 | Contribution | 100,000.00 | 11 | M.PolandSecuritiesStatement |
| May-99 | Contribution | 131,000.00 | 12 & 13 | M.PolandSecuritiesStatement |
| Sep-99 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Dec-99 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Mar-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Apr-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| May-00 | Contribution | 34,000.00 | | Not Available at this Time |
| Nov-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Jul-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Sep-00 | Withdrawal | (60,000.00) | | Not Available at this Time |
| Oct-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Dec-00 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Jan-01 | Withdrawal | (7,000.00) | | Not Available at this Time |
| Mar-01 | Withdrawal | (20,000.00) | | Not Available at this Time |
| Apr-01 | Withdrawal | (5,900.00) | | Not Available at this Time |
| May-01 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Jun-01 | Withdrawal | (16,000.00) | | Not Available at this Time |
| Jul-01 | Withdrawal | (5,000.00) | | Not Available at this Time |
| Aug-01 | Withdrawal | (10,000.00) | | Not Available at this Time |
| Sep-01 | Contribution | 250,000.00 | 14 & 15 | Written Request-M.Poland |
| Sep-01 | Contribution | 337,500.00 | 16 & 17 | Written Request-M.Poland |
| Oct-01 | Contribution | 35,000.00 | 18 | Per Quicken Report |
| Nov-01 | Contribution | 80,000.00 | 19 & 20 | Confirmation & Written Request |
| Jan-02 | Contribution | 378,750.00 | 21 | Written Request-M.Poland |
| Jan-02 | Contribution | 41,250.00 | 22 & 23 | Written Request-M.Poland |
| Feb-02 | Contribution | 50,000.00 | 24 | Per Quicken Report |
| May-02 | Withdrawal | (140,000.00) | | Not Available at this Time |
| Jun-02 | Withdrawal | (105,000.00) | | Not Available at this Time |
| Jul-02 | Withdrawal | (63,000.00) | | Not Available at this Time |
| Aug-02 | Contribution | 50,000.00 | 24 | Per Quicken Report |
| Sep-02 | Contribution | 25,000.00 | 25 | Copy of Check |
| Oct-02 | Contribution | 25,000.00 | 26 | Copy of Check |
| Dec-02 | Contribution | 100,000.00 | 27 | Written Request-M.Poland |
| Dec-02 | Withdrawal | (105,000.00) | | Not Available at this Time |
| Apr-03 | Contribution | 35,000.00 | | Not Available at this Time |
| May-03 | Withdrawal | (35,000.00) | | Not Available at this Time |
| Sep-03 | Withdrawal | (9,000.00) | 28 | Per Quicken Report |
| Oct-03 | Withdrawal | (10,000.00) | 28 | Per Quicken Report |

**PHYLLIS POLAND**

| Date of Transaction | Description | Amount | Exhibit # | Documentation |
|---|---|---|---|---|
| Nov-03 | Withdrawal | (10,000.00) | 28 | Per Quicken Report |
| Dec-03 | Withdrawal | (10,000.00) | 28 | Per Quicken Report |
| Jan-04 | Withdrawal | (12,000.00) | 29 | Per Quicken Report |
| Mar-04 | Withdrawal | (10,000.00) | 29 | Per Quicken Report |
| May-04 | Contribution | 30,000.00 | 30 | Copy of Check |
| Jul-04 | Contribution | 30,000.00 | 31 | Copy of Check |
| Sep-04 | Contribution | 400,000.00 | 32 | Copy of Check |
| Sep-04 | Withdrawal | (5,000.00) | 33 | Per Quicken Report |
| Oct-04 | Withdrawal | (23,000.00) | 33 | Per Quicken Report |
| Nov-04 | Withdrawal | (16,000.00) | 33 & 34 | Written Request - P.Poland |
| Dec-04 | Withdrawal | (13,000.00) | 33 | Per Quicken Report |
| Jan-05 | Withdrawal | (22,000.00) | | Not Available at this Time |
| Feb-05 | Withdrawal | (9,000.00) | 35 | Written Request - P.Poland |
| Mar-05 | Withdrawal | (9,000.00) | 36 | Written Request - P.Poland |
| Apr-05 | Withdrawal | (20,000.00) | | Not Available at this Time |
| May-05 | Withdrawal | (14,500.00) | | Not Available at this Time |
| Jun-05 | Withdrawal | (17,000.00) | | Not Available at this Time |
| Jul-05 | Withdrawal | (18,000.00) | | Not Available at this Time |
| Aug-05 | Withdrawal | (6,000.00) | | Not Available at this Time |
| Sep-05 | Withdrawal | (13,000.00) | | Not Available at this Time |
| Oct-05 | Withdrawal | (15,000.00) | | Not Available at this Time |
| Nov-05 | Withdrawal | (21,000.00) | 37 | Written Request - P.Poland |
| Dec-05 | Withdrawal | (16,000.00) | 38 | Written Request - P.Poland |
| Jan-06 | Withdrawal | (7,000.00) | 39 | Written Request - P.Poland |
| Feb-06 | Withdrawal | (25,000.00) | 40 | Written Request - P.Poland |
| Mar-06 | Withdrawal | (5,000.00) | | Not Available at this Time |
| Apr-06 | Withdrawal | (14,000.00) | 41 | Written Request - P.Poland |
| May-06 | Withdrawal | (15,000.00) | 42 | Written Request - P.Poland |
| Jun-06 | Withdrawal | (17,000.00) | 43 | Written Request - P.Poland |
| Jul-06 | Withdrawal | (22,000.00) | 44 | Written Request - P.Poland |
| Aug-06 | Withdrawal | (13,000.00) | 45 | Written Request - P.Poland |
| Sep-06 | Withdrawal | (23,000.00) | 46 | Written Request - P.Poland |
| Oct-06 | Withdrawal | (20,000.00) | 47 | Written Request - P.Poland |
| Nov-06 | Withdrawal | (15,000.00) | 48 | Written Request - P.Poland |
| Dec-06 | Withdrawal | (15,000.00) | 49 | Written Request - P.Poland |
| Jan-07 | Withdrawal | (15,000.00) | 50 | Written Request - P.Poland |
| Feb-07 | Withdrawal | (15,000.00) | | Not Available at this Time |
| Mar-07 | Withdrawal | (13,500.00) | 51 | Written Request - P.Poland |
| Apr-07 | Withdrawal | (20,000.00) | 52 | Written Request - P.Poland |
| May-07 | Withdrawal | (20,000.00) | | Not Available at this Time |
| Jun-07 | Withdrawal | (20,000.00) | 53 | Written Request - P.Poland |
| Jul-07 | Contribution | 2,112,000.00 | 54 | Copy of Check |
| Jul-07 | Withdrawal | (8,300.00) | | Not Available at this Time |
| Oct-07 | Withdrawal | (25,000.00) | 55 | Written Request - P.Poland |
| Nov-07 | Withdrawal | (23,000.00) | 56 | Written Request - P.Poland |
| Dec-07 | Withdrawal | (8,000.00) | 57 | Written Request - P.Poland |
| Jan-08 | Withdrawal | (5,000.00) | 58 | Written Request - P.Poland |
| Feb-08 | Withdrawal | (10,000.00) | 59 | Written Request - P.Poland |

**PHYLLIS POLAND**

| Date of Transaction | Description | Amount | Exhibit # | Documentation |
|---|---|---|---|---|
| Mar-08 | Withdrawal | (25,000.00) | | Not Available at this Time |
| Apr-08 | Withdrawal | (15,000.00) | 60 | Written Request - P.Poland |
| May-08 | Withdrawal | (9,000.00) | 61 | Written Request - P.Poland |
| Jun-08 | Withdrawal | (20,000.00) | 62 | Written Request - P.Poland |
| Jul-08 | Withdrawal | (20,000.00) | 63 | Written Request - P.Poland |
| Aug-08 | Withdrawal | (13,500.00) | 64 | Written Request - P.Poland |
| Sep-08 | Withdrawal | (20,000.00) | 65 | Written Request - P.Poland |
| Oct-08 | Withdrawal | (30,000.00) | 66 | Written Request - P.Poland |
| Nov-08 | Withdrawal | (32,000.00) | 67 | Written Request - P.Poland |

| MADF | **RNARD L. MADOFF** Investment Securities New York □ London |
|---|---|

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

PHYLLIS A POLAND

225 EAST 57 STREET
NEW YORK            NY    10022

*Frankie Pasqualey*

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 12/31/92 | 1-P0038-3-0 | 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 | 1 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE or SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 2/02 | | | 336 | CHECK | JRNL | | 400,000.00 |
| 2/02 | 400,000 | | | U.S TREASURY BILL DUE 02/11/1993 2/11/1993 | 99.340 | 397,360.00 | |
| 2/17 | | 400,000 | 337 | U.S TREASURY BILL DUE 02/11/1993 2/11/1993 | 99.510 | | 398,040.00 |
| 2/24 | 400 | | 318 | AMERICAN EXPRESS COMPANY | 24 5/8 | 9,850.00 | |
| 2/24 | 300 | | 319 | AMERICAN INTL GROUP INC | 118 1/2 | 35,550.00 | |
| 2/24 | 500 | | 320 | BOEING CO | 35 1/8 | 17,562.50 | |
| 2/24 | 300 | | 321 | BRISTOL MYERS SQUIBB COMPANY | 70 | 21,000.00 | |
| 2/24 | 300 | | 322 | DU PONT E I DE NEMOURS & CO | 48 7/8 | 14,662.50 | |
| 2/24 | 500 | | 323 | EASTMAN KODAK CO | 40 1/4 | 20,125.00 | |
| 2/24 | 500 | | 324 | EXXON CORP | 61 1/2 | 30,750.00 | |
| 2/24 | 600 | | 325 | FORD MOTOR CO DEL | 40 | 24,000.00 | |
| 2/24 | 600 | | 326 | GENERAL ELECTRIC CO | 83 3/4 | 50,250.00 | |
| 2/24 | 400 | | 327 | JOHNSON & JOHNSON | 52 1/8 | 20,850.00 | |
| 2/24 | 300 | | 328 | MERCK & CO | 46 3/8 | 13,912.50 | |
| 2/24 | 500 | | 329 | WAL-MART STORES INC | 64 3/8 | 32,187.50 | |
| 2/24 | 400 | | 330 | DISNEY WALT PRODTNS | 41 | 16,400.00 | |
| 2/24 | 500 | | 331 | MOBIL CORP | 62 1/8 | 31,062.50 | |
| 2/24 | 700 | | 332 | AMERICAN TEL & TELEG CO | 48 5/8 | 34,037.50 | |
| 2/24 | 400 | | 333 | COCA COLA CO | 41 1/2 | 16,600.00 | |
| 2/31 | 11,360 | | 714 | FIDELITY CASH RESERVES SBI | 1 | 11,360.00 | |
| | | | | NEW BALANCE | | | 526.00 |
| | | | | SECURITY POSITIONS | | | |
| 2/31 | 400 | | | AMERICAN EXPRESS COMPANY | | | |

*Initial contributo →  400,000.00  398,040.00*

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

*FAX VIA 5 PM*

# MILDRED POLAND

*FRANK TO RUSH — BUT EARLIEST IS 8/6 CUT CHECK*

301 PURITAN ROAD
SWAMPSCOTT MA 01907-2719

Telephone 617-595-6860
Fax 617-598-2384

FAX

JULY 31, 1996

TO:     ERIN REARDON
          BERNARD L. MADOFF

FROM:   MILDRED S. POLAND

RE:      MY ACCOUNT #1-EM151-3

PLEASE WITHDRAW $175,000 (ONE HUNDRED AND SEVENTY-FIVE
THOUSAND DOLLARS) FROM MY ACCOUNT AND HAVE SENT AS QUICKLY
AS POSSIBLE BY FEDEX PRIORITY OVERNIGHT MAIL TO ME AT:

      MILDRED S. POLAND
      301 PURITAN ROAD
      SWAMPSCOTT  MA  01907

ERIN, THIS IS IN ADDITION TO THE $27,000 (TWENTY-SEVEN THOUSAND
DOLLARS) I REQUESTED THIS MORNING.

THANKS.

*Mildred S. Poland*

2



| MAdf |
| BERNARD L. MADOFF |
| Investment Securities |
| New York ▢ London |

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
43 London Wall
London, England EC2M 5TB
071-374 0891

MILDRED POLAND

301 PURITAN ROAD
SWAMPSCOTT          MA    01907

PERIOD ENDING: 1/31/98    PAGE: 1

YOUR ACCOUNT NUMBER: 1-EM151-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 65 |
| 1/02 | | | | MERCK & CO | DIV | | |
| 1/02 | | | | DIV 12/05/97  1/02/98 | | | 23 |
| | | | | PEPSICO INC | DIV | | |
| 1/15 | | | | DIV 12/12/97  1/01/98 | | | 31 |
| 1/15 | | | | TRANS TO IP003830 | CW | 230,000.00 | |
| | | | | CHRYSLER CORP | DIV | | |
| | | | | DIV 12/15/97  1/15/98 | | | 1 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 1/20/98 | DIV | | |
| 1/20 | | 6,152 | 82576 | FIDELITY SPARTAN | 1 | | 6,15 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/20 | | 3,200,000 | 86146 | U S TREASURY BILL | 98-710 | 3,158.72 | |
| | | | | DUE 4/23/1998 | | | |
| | | | | 4/23/1998 | | | |
| 1/22 | 520 | | 257 | AMERICAN EXPRESS COMPANY | 82 1/4 | 42,770.00 | |
| 1/22 | 585 | | 2280 | SCHLUMBERGER LTD | 77 15/16 | 45,593.44 | |
| 1/22 | 1,170 | | 3775 | BOEING CO | 43 7/16 | 50,821.88 | |
| 1/22 | 1,820 | | 5798 | AT & T CORP | 65 | 118,300.00 | |
| 1/22 | 780 | | 7293 | BANKAMERICA CORP | 68 1/2 | 53,430.00 | |
| 1/22 | 2,600 | | 9316 | WAL-MART STORES INC | 40 1/8 | 104,325.00 | |
| 1/22 | 910 | | 10811 | BELL ATLANTIC CORP | 89 3/8 | 81,331.25 | |
| 1/22 | 2,795 | | 12834 | EXXON CORP | 60 3/4 | 169,796.25 | |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York □ London

Affiliated with
Madoff Securities International Ltd
43 London Wall
London England EC2M 5TI
071-374 089?

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

MILDRED POLAND

301 PURITAN ROAD
SHAMPSCOTT          MA  01907

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 4/30/98 | 1-EM151-3-0 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER: 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

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CRED TO YOUR ACCC |
|---|---|---|---|---|---|---|---|
| 4/01 | | | | BALANCE FORWARD | | | 227,5 |
| 4/03 | | | | TRANS TO 1P003830 | CW | 42,000.00 | 1 |
| | | | | SCHLUMBERGER LTD | DIV | | 1 |
| 4/06 | | | | DIV 2/23/98 4/03/98 | DIV | | 1 |
| | | | | WAL-MART STORES INC | DIV | | 1 |
| | | | | DIV 3/20/98 4/06/98 | | | |
| 4/15 | | | | HEWLETT PACKARD CO | DIV | | |
| | | | | DIV 3/25/98 4/15/98 | | | |
| 4/22 | | 3,540 | 118 | GENERAL ELECTRIC CO | 87 1/4 | | 308,8 |
| 4/22 | | 767 | 3637 | GENERAL MOTORS CORP | 69 | | 52,9 |
| 4/22 | | 1,121 | 7156 | HEWLETT PACKARD CO | 63 1/2 | | 71,1 |
| 4/22 | | 1,062 | 10675 | INTERNATIONAL BUSINESS MACHS | 107 3/4 | | 114,4 |
| 4/22 | | 1,711 | 14194 | INTEL CORP | 75 3/16 | | 128,6 |
| 4/22 | | 1,416 | 17711 | JOHNSON & JOHNSON | 72 9/16 | | 102,7 |
| 4/22 | | 2,655 | 21230 | COCA-COLA CO | 76 7/8 | | 204,1 |
| 4/22 | | 708 | 24749 | MCDONALDS CORP | 61 3/4 | | 43,7 |
| 4/22 | | 354 | 28268 | MERRILL LYNCH & CO INC | 95 | | 33,6 |
| 4/22 | | 413 | 31778 | MINNESOTA MNG & MFG CO | 97 3/8 | | 40,2 |
| 4/22 | | 826 | 35297 | MOBIL CORP | 78 | | 64,4 |
| 4/22 | | 1,298 | 38816 | MERCK & CO | 120 1/2 | | 156,4 |
| 4/22 | | 2,537 | 42335 | MICROSOFT CORP | 92 1/8 | | 233,7 |
| 4/22 | | 1,003 | 45854 | NATIONS BANK CORP | 78 7/8 | | 79,1 |
| 4/22 | | 590 | 49373 | NORTHERN TELECOM LIMITED | 65 1/16 | | 38,3 |
| 4/22 | | 767 | 54392 | AMERICAN INTL GROUP INC | 139 5/16 | | 106,8 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Ltd
12 Berkeley Stree
Mayfair, London W1X 5AL
0171-493 622

MILDRED POLAND

301 PURITAN ROAD
SWAMPSCOTT          MA   01907

PERIOD ENDING  **10/31/98**

YOUR ACCOUNT NUMBER  **1-EM151-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER  **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**

PAGE  **1**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 81,3 |
| 10/01 | | | | TRANS TO 1P003330 | CH | 75,000.00 | |
| 10/02 | | | | TRANS TO 1P003830 | CH | 25,462.00 | |
| 10/07 | | | | TRANS TO 1P003830 | CH | 87,000.00 | |
| 10/15 | | 3,170,000 | 35714 | U S TREASURY BILL | 99.550 | | 3,155,7 |
| | | | | DUE 11/27/1998    11/27/1998 | | | |
| 10/15 | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/15 | | 704 | 39355 | DIV 10/15/98 | 1 | | 7 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 10/16 | 1,080 | | 949 | HEWLETT PACKARD CO | 51 9/16 | 55,687.50 | |
| 10/16 | 960 | | 4568 | INTERNATIONAL BUSINESS MACHS | 127 3/4 | 122,640.00 | |
| 10/16 | 1,680 | | 8187 | INTEL CORP | 82 7/8 | 139,230.00 | |
| 10/16 | 1,380 | | 11806 | JOHNSON & JOHNSON | 77 | 106,260.00 | |
| 10/16 | 2,520 | | 15425 | COCA COLA CO | 63 1/2 | 160,020.00 | |
| 10/16 | 720 | | 19044 | MCDONALDS CORP | 62 13/16 | 45,225.00 | |
| 10/16 | 780 | | 22663 | MOBIL CORP | 78 15/16 | 61,571.25 | |
| 10/16 | 1,200 | | 26282 | MERCK & CO | 131 1/4 | 157,500.00 | |
| 10/16 | 2,400 | | 29901 | MICROSOFT CORP | 96 5/8 | 231,900.00 | |
| 10/16 | 1,200 | | 40758 | BANC ONE CORP | 41 15/16 | 50,325.00 | |
| 10/16 | 1,080 | | 43044 | AMERICAN INTL GROUP INC | 73 3/4 | 79,650.00 | |
| 10/16 | 1,020 | | 44377 | ORACLE CORPORATION | 24 1/2 | 24,990.00 | |
| | | | | CONTINUED ON PAGE   2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MILDRED POLAND**

301 PURITAN ROAD
SWAMPSCOTT  MA  01907-2710

Telephone 781-595-6860
Fax 781-598-2384

*FAX*

OCTOBER 1, 1998

TO:        ERIN REARDON
           BERNARD L.MADOFF

FROM:      TED POLAND

RE:        *MY ACCOUNT #1-EM151-3*

PLEASE TRANSFER $75,000 (SEVENTY-FIVE THOUSAND DOLLARS)

FROM MY ACCOUNT AS QUICKLY AS POSSIBLE TO:

   *PHYLLIS POLAND'S ACCOUNT (#P0038-3)*.

SIGNED:

MILDRED POLAND

**MILDRED POLAND**

301 PURITAN ROAD
SWAMPSCOTT MA 01907-2710
—
Telephone 781-595-6860
Fax 781-598-2384

*FAXED*
9:45

TOLD ERIN
BY PHONE.

PER Phyllis - She is
CALLING ERIN.

FAX

OCTOBER 2, 1998

TO:        ERIN REARDON
           BERNARD L. MADOFF

FROM:      MILDRED POLAND

RE:        *MY ACCOUNT #1-EM151-3*

PLEASE TAKE $25,462.00 (TWENTY-FIVE THOUSAND FOUR HUNDRED AND
SIXTY-TWO DOLLARS) FROM MY ACCOUNT TODAY AND PUT IN
PHYLLIS POLAND'S ACCOUNT WITH YOU.  I WOULD APPRECIATE IT IF YOU
COULD DO THIS TODAY.  THANK YOU.

           PHYLLIS POLAND ACCOUNT #POO38-3

Per Erin →
check can't be
written
until
Monday
10/5

THANK YOU.

SIGNED:

*Mildred Poland*

7

*10/7 – ERIN RECD. + WORKING ON*

**MILDRED POLAND**

301 PURITAN ROAD
SWAMPSCOTT MA 01907-2710

Telephone 781-595-6860
Fax 781-598-2384

<u>FAX</u>

OCTOBER 6, 1998

TO:      ERIN REARDON
         BERNARD L. MADOFF

FROM:    MILDRED POLAND

RE:      <u>MY ACCOUNT #1-EM151-3</u>

PLEASE TAKE $87,000 (EIGHTY-SEVEN THOUSAND DOLLARS)

FROM MY ACCOUNT AND PUT IN PHYLLIS POLAND'S ACCOUNT

WITH YOU.  PLEASE DO THIS WEDNESDAY, OCTOBER 7, 1998.

THANK YOU.

<u>PHYLLIS POLAND'S ACCOUNT #P0038-3</u>

SIGNED:  *Mildred Poland*

MILDRED POLAND

*8*

# MILDRED POLAND

301 PURITAN ROAD
SWAMPSCOTT MA 01907-2719

Telephone 781-595-6860 or 561-689-3693
Fax 781-598-2384

**FAX**

**NOVEMBER 30, 1998**

*2 PM*
*MAIL TODAY*
*PER ERIN -*
*TOLD*
*Phyllis*

**TO:**     **ERIN REARDON**
          **BERNARD L. MADOFF**

**FROM:**   **MILDRED POLAND**

**RE:**     **MY ACCOUNT #1-EM151-3**

**PLEASE TAKE $20,000 (TWENTY THOUSAND DOLLARS) FROM MY
ACCOUNT AND PUT IN PHYLLIS POLAND'S ACCOUNT WITH YOU.
PLEASE DO THIS AS QUICKLY AS POSSIBLE.  THANK YOU.**

**_PHYLLIS POLAND'S ACCOUNT #P0038-3_**

SIGNED: *Mildred Poland*

MILDRED POLAND

9

| MADF | BERNARD L. MADOFF<br>Investment Securities<br>New York □ London |
|---|---|

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

MILDRED POLAND

301 PURITAN ROAD        MA  01907
SWAMPSCOTT

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/98 | 1-EM151-3-0 | 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 | 2 |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/24 | 1,458 | | 44312 | CISCO SYSTEMS INC | 73 | 106,434.00 | |
| 1/24 | 1,080 | | 47922 | DU PONT E.I.DE NEMOURS & CO | 60 1/4 | 65,070.00 | |
| 1/24 | 1,890 | | 51532 | THE WALT DISNEY CO | 28 3/8 | 53,628.75 | |
| 1/24 | 1,134 | | 55142 | FORD MOTOR COMPANY | 54 3/16 | 61,448.63 | |
| 1/24 | 3,024 | | 58752 | GENERAL ELECTRIC CO | 91 5/8 | 277,074.00 | |
| 1/24 | 594 | | 62362 | GENERAL MOTORS CORP | 72 3/16 | 42,879.38 | |
| 1/24 | 972 | | 65972 | HEWLETT PACKARD CO | 59 | 57,348.00 | |
| 1/24 | 864 | | 69582 | INTERNATIONAL BUSINESS MACHS | 158 5/8 | 137,052.00 | |
| 1/24 | 1,566 | | 73192 | INTEL CORP | 111 | 173,826.00 | |
| 1/24 | 1,242 | | 76802 | JOHNSON & JOHNSON | 86 7/8 | 107,898.75 | |
| 1/24 | 2,322 | | 80412 | COCA COLA CO | 71 1/4 | 165,442.50 | |
| 1/24 | 648 | | 84022 | MCDONALDS CORP | 70 1/2 | 45,684.00 | |
| 1/24 | 756 | | 87632 | MOBIL CORP | 73 | 55,188.00 | |
| 1/24 | 1,080 | | 91242 | MERK & CO | 149 3/8 | 161,325.00 | |
| 1/24 | 2,322 | | 94852 | MICROSOFT CORP | 110 1/2 | 256,581.00 | |
| 1/24 | | | | (TRANS TO 1P003830 | | 20,000.00 | |
| 1/30 | | | 36177 | FIDELITY SPARTAN | | 5,583.00 | |
| 1/30 | 5,583 | | | U.S.TREASURY MONEY MARKET | 1 CM | | |
| | | | | | | | |
| | | | | NEW BALANCE | | | 213,59 |
| | | | | | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,674 | | | AT & T CORP | 62 3/16 | | |
| | 432 | | | AMERICAN EXPRESS COMPANY | 100 1/16 | | |
| | 972 | | | AMERICAN INTL GROUP INC | 94 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF | **BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated with:
Madoff Securities International Ltd.
12 Berkeley Street
Mayfair, London W1X 5AD
0171-493 6222

MILDRED POLAND

301 PURITAN ROAD
SWAMPSCOTT          MA    01907

PAGE 1

PERIOD ENDING 2/28/99

YOUR TAX PAYER IDENTIFICATION NUMBER
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

YOUR ACCOUNT NUMBER
1-EM151-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDIT TO YOUR ACCOU |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 32,395.59 | |
| 2/04 | | | | TRANS TO 1P003830 | CH | 50,000.00 | |
| 2/16 | | | | TRANS TO 1P003830 | CH | 100,000.00 | |
| 2/16 | | | | TEXAS INSTRUMENTS INC | DIV | | 2 |
| | | | | DIV 2/01/99 2/16/99 | | | |
| 2/19 | 1,040 | | | CHECK | CH | 20,000.00 | |
| 2/22 | | | | MERCK & CO | RECD | | |
| | | | | DIV 2/19/99 2/22/99 | | | |
| 2/24 | | 1,300 | 1441 | CISCO SYSTEMS INC | 97 1/4 | | 126.42 |
| 2/24 | | 988 | 5078 | DU PONT E I DE NEMOURS & CO | 52 11/16 | | 52.05 |
| 2/24 | | 1,716 | 8715 | THE WALT DISNEY CO | 34 1/8 | | 58.55 |
| 2/24 | | 988 | 12352 | FORD MOTOR COMPANY | 59 1/2 | | 58.78 |
| 2/24 | | 2,808 | 15989 | GENERAL ELECTRIC CO | 101 1/8 | | 283.95 |
| 2/24 | | 572 | 19626 | GENERAL MOTORS CORP | 85 3/4 | | 49.04 |
| 2/24 | | 884 | 23263 | HEWLETT PACKARD CO | 69 | | 60.95 |
| 2/24 | | 780 | 26900 | INTERNATIONAL BUSINESS MACHS | 174 3/8 | | 136.01 |
| 2/24 | | 1,404 | 30537 | INTEL CORP | 130 1/4 | | 182.87 |
| 2/24 | | 1,144 | 34172 | JOHNSON & JOHNSON | 86 5/16 | | 98.74 |
| 2/24 | | 2,080 | 37809 | COCA COLA CO | 65 5/16 | | 135.85 |
| 2/24 | | 572 | 41446 | MCDONALDS CORP | 85 1/4 | | 48.76 |
| 2/24 | | 2,080 | 45083 | MERCK & CO | 79 1/8 | | 164.58 |
| 2/24 | | 988 | 48720 | MICROSOFT CORP | 148 3/4 | | 309.40 |
| 2/24 | | 832 | 56697 | BANC ONE CORP | 51 1/8 | | 51.19 |
| 2/24 | | | 60334 | ORACLE CORPORATION | 53 1/2 | | 44.51 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**MILDRED POLAND**

301 PURITAN ROAD
SWAMPSCOTT  MA 01907-2719

Telephone 781-595-6860
Fax 781-598-2384

**FAX**

*Phyllis will follow up.*

MAY 10, 1999

TO:        ERIN REARDON
           BERNARD L. MADOFF

FROM:      MILDRED POLAND

RE:        **MILDRED POLAND ACCOUNT #1-EM151-3**

**PLEASE TRANSFER $131,000 (ONE HUNDRED AND THIRTY-ONE THOUSAND DOLLARS) FROM MY ACCOUNT TO PHYLLIS POLAND'S ACCOUNT TODAY.**

SIGNED:

*Mildred Poland*

**MILDRED POLAND**

*Thank you!*

12

MADF

# BERNARD L. MADOFF
## Investment Securities
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
800 334-1343
Fax (212) 838-4061

Affiliated
Madoff Securities International Lim
12 Berkeley St
Mayfair, London W1X 5
Tel 0171-493 6

PAGE 2

PERIOD ENDING 5/31/99

YOUR TAX PAYER IDENTIFICATION NUMBER 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

YOUR ACCOUNT NUMBER 1-EM151-3-0

MILDRED POLAND

301 PURITAN ROAD
SWAMPSCOTT            MA   01907

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACC |
|---|---|---|---|---|---|---|---|
| 5/05 | 736 | | 52137 | HEWLETT PACKARD CO | 77 5/8 | 57,132.00 | |
| 5/05 | 690 | | 55623 | INTERNATIONAL BUSINESS MACHS | 205 1/4 | 141,622.50 | |
| 5/05 | 2,530 | | 59509 | INTEL CORP | 60 | 151,800.00 | |
| 5/05 | 966 | | 63195 | JOHNSON & JOHNSON | 97 | 93,702.00 | |
| 5/05 | 1,794 | | 66881 | COCA COLA CO | 67 1/2 | 121,095.00 | |
| 5/05 | 1,886 | | 70567 | LUCENT TECHNOLOGIES INC | 58 3/8 | 110,109.25 | |
| 5/05 | 966 | | 74253 | MCDONALDS CORP | 41 7/8 | 40,451.25 | |
| 5/05 | 598 | | 77939 | MOBIL CORP | 103 1/4 | 61,743.50 | |
| 5/05 | 1,748 | | 81625 | MERCK & CO | 69 3/4 | 121,923.00 | |
| 5/05 | 3,634 | | 85311 | MICROSOFT CORP | 80 7/16 | 292,309.88 | |
| 5/05 | 828 | | 96369 | BANC ONE CORP | 58 | 48,024.00 | |
| 5/05 | | | | CHECK | CW | 25,000.00 | |
| 5/05 | | | | FIDELITY SPARTAN | DIV | | |
| 5/05 | | 4,649 | 89292 | U S TREASURY MONEY MARKET DIV 05/05/99 | 1 | | 4, |
| 5/05 | | 1,575,000 | 93128 | FIDELITY SPARTAN U S TREASURY BILL DUE 9/16/1999 | 98.340 | | 1,548. |
| 5/05 | | 1,575,000 | 96808 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 9/9/1999 | 98.420 | | 1,550. |
| 5/14 | | | | TRANS TO 1P003830 9/09/1999 | CW | 131,000.00 | |
| 5/19 | | | | CHECK | CW | 105,000.00 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

*erin rec'd.
fax.*

# MILDRED POLAND
■■■■■■■■■■■■
301 PURITAN ROAD • SWAMPSCOTT MA 01907 • Telephone 781-598-5300 • Fax 781-598-2384

FAX

**AUGUST 30, 2001**

TO:     **ERIN REARDON**
        **BERNARD L. MADOFF**

FROM:   **MILDRED POLAND**

RE:     **MY ACCOUNT #1-EM151-3-0**

**PLEASE TRANSFER $250,000 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS) FROM MY ACCOUNT ASAP TO:**

**PHYLLIS POLAND 'S ACCOUNT**

**#POO38-3**

THANK YOU.

SIGNED:

*Mildred Poland*

**MILDRED POLAND**

14

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

*Trans*
*Phyllis'*
*acct.*

WE HAVE THIS DAY    **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:    **TRANS TO 1P003830**                    **9/05/01**

**250,000.00**

CLIENT'S ACCOUNT NUMBER

MILDRED POLAND                                    **1-EM151-3**
301 PURITAN ROAD
SWAMPSCOTT            MA 01907

15

*Faxed 2/24*
*TV MDE*

# TED POLAND

301 PURITAN ROAD · SWAMPSCOTT MA 01907 · Telephone 781-598-5300 · Fax 781-598-2384

**FAX**

**SEPTEMBER 24, 2001**

**TO:**        **ERIN REARDON**
              **BERNARD L. MADOFF**

**FROM:**    **TED POLAND**

**RE:**       **MY ACCOUNT #1-P0037-3-0**

**PLEASE MAKE THE TRANSFERS FROM MY ACCOUNT TO THE FOLLOWING ACCOUNTS:**

      1.      **TRANSFER $337,500 (THREE HUNDRED THIRTY-SEVEN THOUSAND FIVE HUNDRED DOLLARS) TO:**

            **PHYLLIS POLAND'S ACCOUNT #P0038-3**

      2.      **TRANSFER $337,500 (THREE HUNDRED THIRTY-SEVEN THOUSAND FIVE HUNDRED DOLLARS) TO:**

            **RICHARD POLAND'S ACCOUNT #1-EM152-3-0**

**THANK YOU.**

**SIGNED:** *PS4 Ted Poland*

*Mildred Poland*

**TED POLAND**

16

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

*TRANS TO PHYLLIS' ACCT. 9/25/01*

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
TRANS TO 1P003830

337,500.00

CLIENT'S ACCOUNT NUMBER

TED POLAND
301 PURITAN ROAD
SWAMPSCOTT        MA 01907

1-P0037-3

FROM:        TED POLAND

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

*TRANS. TO RSP ACCT 9/25/01*

WE HAVE THIS DAY
ACCOUNT WITH THE FOLLOWING:

DEBITED YOUR
TRANS TO 1EM15230

337,500.00

CLIENT'S ACCOUNT NUMBER

TED POLAND
301 PURITAN ROAD
SWAMPSCOTT        MA 01907

1-P0037-3

SIGNED:  *P&A   Ted Poland*
*Mildred Poland*
**TED POLAND**

17

## Category report madoff
### 4/30/1998 Through 3/23/2009

3/24/2009

Page 1

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|------|---------|-----|-------------|------|----------|-----|--------|
| 1/8/2001 | chase acct ... | DEP | MADOFF | | MADOFF | R | 7,000.00 |
| 3/28/2001 | chase acct ... | DEP | VARIOUS | | MADOFF | R | 20,000.00 |
| 4/27/2001 | chase acct ... | DEP | MADOFF | | MADOFF | R | 5,900.00 |
| 6/15/2001 | chase acct ... | DEP | P.POLAND | | MADOFF | R | 10,000.00 |
| 6/21/2001 | chase acct ... | DEP | MADOFF | | MADOFF | R | 16,000.00 |
| 7/3/2001 | chase acct ... | DEP | MADOFF | | MADOFF | R | 5,000.00 |
| 8/17/2001 | chase acct ... | DEP | MADOFF | | MADOFF | R | 10,000.00 |
| 9/19/2001 | chase acct ... | DEP | MADOFF | TED/MILDRED | MADOFF | R | 20,000.00 |
| 10/2/2001 | chase acct ... | 4845 | MADOFF | | MADOFF | R | -35,000.00 |

18

**MILDRED POLAND**
**2427 PRESIDENTIAL WAY, #100**
**WEST PALM BEACH  FL  33401**
**TEL. 561-689-3693**
**OFFICE TEL. 781-598-5300**


**NOVEMBER 14, 2001**


**TO:**      **ERIN REARDON**
         **BERNARD L. MADOFF**

**FM:**      **MILDRED POLAND**

**REF.:**    **MY ACCOUNT #1-EM151-3-0**

**PLEASE TRANSFER $80,000 (EIGHTY THOUSAND DOLLARS) FROM MY
ACCOUNT TO:**

                **PHYLLIS POLAND'S ACCOUNT**
                **#POO38-3**


**I WOULD APPRECIATE YOUR DOING THIS AS QUICKLY AS POSSIBLE.
THANK YOU.**

**SIGNED:**


_____
**MILDRED POLAND**

19



885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 832-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY    DEBITED YOUR
ACCOUNT WITH THE FOLLOWING TRANS TO 1P0023830

11/14/91

80,000.00

CLIENT'S ACCOUNT NUMBER

1-FM151-3

MILDRED POLAND
301 PURITAN ROAD
SWAMPSCOTT        MA 01907

MILDRED POLAND
2427 PRESIDENTIAL WAY, 100
WEST PALM BEACH FL 33401
TEL. 561-689-3693
FAX 561-689-7136
MASS. OFFICE PHONE:    781-598-5300
MASS. OFFICE FAX:    781-598-2384


FAX


JANUARY 10, 2002


TO:    ERIN REARDON
       BERNARD L. MADOFF

FROM:    MILDRED POLAND

RE:    MY ACCOUNT NUMBER 1-EM151-3-0


PLEASE MAKE THE FOLLOWING TRANSFERS FROM MY ACCOUNT:


    1.    TRANSFER $378,750 (THREE HUNDRED SEVENTY-EIGHT
THOUSAND SEVEN HUNDRED & FIFTY DOLLARS) TO:

    PHYLLIS POLAND'S ACCOUNT NUMBER 1P003830


    2.    TRANSFER $378,750 (THREE HUNDRED SEVENTY-EIGHT
THOUSAND SEVEN HUNDRED & FIFTY DOLLARS) TO:

    RICHARD POLAND'S ACCOUNT NUMBER 1EM15230

THANK YOU.

SIGNED:


MILDRED POLAND

21

*16th*

*done*

TED POLAND
301 PURITAN ROAD
SWAMPSCOTT MA 01907

OFFICE PHONE:    781-598-5300
OFFICE FAX:      781-598-2384

FAX

JANUARY 10, 2002

TO:      ERIN REARDON
         BERNARD L. MADOFF

FROM:    TED POLAND

RE:      MY ACCOUNT #1-P0037-3-0

PLEASE MAKE THE FOLLOWING TRANSFERS FROM MY ACCOUNT:

1.    TRANSFER $41,250 (FORTY-ONE THOUSAND TWO HUNDRED & FIFTY DOLLARS) TO:

      PHYLLIS POLAND'S ACCOUNT NUMBER 1P003830

2.    TRANSFER $41,250 (FORTY-ONE THOUSAND TWO HUNDRED & FIFTY DOLLARS) TO:

      RICHARD POLAND'S ACCOUNT NUMBER 1EM15230

THANK YOU.

SIGNED: *Ted Poland ;*
        *Mildred Poland POA*
TED POLAND

*22*

885 Third Avenue
New York, NY 10022
212 230-2424
P&S Dept. 212 230-2436
800 334-1343
Fax 212 838-4061

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY   **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **TRANS TO 1P003830**          1/14/02

                                    41,250.00

CLIENT'S ACCOUNT NUMBER

TED POLAND                                    1-P0037-3
301 PURITAN ROAD
SWAMPSCOTT          MA 01907

---

885 Third
New York, NY
212 23
P&S Dept. 212 23
800 33
Fax 212 83

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

WE HAVE THIS DAY   **DEBITED YOUR**
ACCOUNT WITH THE FOLLOWING:   **TRANS TO 1EM15230**          1/14/02

                                    41,250.00

CLIENT'S ACCOUNT NUMBER

TED POLAND                                    1-P0037-3
301 PURITAN ROAD
SWAMPSCOTT          MA 01907

23



# Madoff 2002

### 1/1/2002 Through 12/31/2002

2/18/2009

| Cat/Sub | Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| Child Support | | | | | | | |
| | 2/11/2002 | chase acct ... | DEP | | | R | |
| | 3/18/2002 | chase acct ... | DEP | | | R | |
| | 4/4/2002 | chase acct ... | DEP | | | R | |
| | 7/3/2002 | chase acct ... | DEP | | | R | |
| | 9/6/2002 | chase acct ... | DEP | | | R | |
| | 10/21/2... | chase acct ... | DEP | | | R | |
| | 12/3/2002 | chase acct ... | DEP | | | R | |
| TOTAL Child Support | | | | | | | |
| | | | | | | | |
| MADOFF | | | | | | | |
| | 2/10/2002 | chase acct ... | 4954 | MADOFF | | R | -50,000.00 |
| | 8/6/2002 | chase acct ... | 5152 | MADOFF | | R | -50,000.00 |
| | 9/12/2002 | chase acct ... | 5177 | MADOFF | | R | -25,000.00 |
| | 10/1/2002 | chase acct ... | 5104 | MADOFF | | R | -25,000.00 |
| TOTAL MADOFF | | | | | | | -150,000.00 |
| | | | | | | | |
| Other Inc | | | | | | | |
| | 1/16/2002 | chase acct ... | DEP | | | R | |
| | 2/11/2002 | chase acct ... | DEP | | | R | |
| | 4/4/2002 | chase acct ... | DEP | | | R | |
| | 4/19/2002 | chase acct ... | 422 | | | R | |
| | 4/25/2002 | chase acct ... | DEP | | | R | |
| | 5/2/2002 | chase acct ... | EFT | | | R | |
| | 6/10/2002 | chase acct ... | EFT | | | R | |
| | 6/18/2002 | chase acct ... | EFT | | | R | |
| TOTAL Other Inc | | | | | | | |
| | | | | | | | |
| Repayment of Loan | | | | | | | |
| Repayment of E... | | | | | | | |
| | 12/14/2... | chase acct ... | DEP | | | | |
| TOTAL Repayme... | | | | | | | |
| TOTAL Repayment ... | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL INCOME | | | | | | | |
| | | | | | | | |
| **EXPENSES** | | | | | | | |
| Allowance | | | | | | | |
| | 2/27/2002 | chase acct ... | ATM | | | R | |
| | 4/3/2002 | chase acct ... | ATM | | | R | |
| | 8/12/2002 | chase acct ... | 5102 | | | R | |
| | 12/17/2... | chase acct ... | 5311 | | | R | |
| TOTAL Allowance | | | | | | | |
| | | | | | | | |
| Bank Charge | | | | | | | |
| | 1/17/2002 | chase acct ... | EFT | | | R | |
| | 2/19/2002 | chase acct ... | EFT | | | R | |
| | 3/18/2002 | chase acct ... | EFT | | | R | |
| | 4/16/2002 | chase acct ... | EFT | | | R | |
| | 6/18/2002 | chase acct ... | EFT | | | R | |
| | 7/11/2002 | chase acct ... | EFT | | | R | |
| | 9/17/2002 | chase acct ... | EFT | | | R | |
| | 9/18/2002 | chase acct ... | EFT | | | R | |
| | 10/17/2... | chase acct ... | EFT | | | R | |
| | 11/19/2... | chase acct ... | EFT | | | R | |
| | 12/17/2... | chase acct ... | EFT | | | R | |
| TOTAL Bank Charge | | | | | | | |
| | | | | | | | |
| Charity | | | | | | | |
| | 3/15/2002 | chase acct ... | 5017 | | | R | |
| | 6/12/2002 | chase acct ... | 5077 | | | R | |
| | 12/27/2... | chase acct ... | 5321 | | | R | |

24

30-Mar-09                                                    30Mar09-509

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Mar09-509**
Sequence number 004000776534  Posting date 18-SEP-02



```
AcctNum: 000000920004088165 Amount: 000000002500000
Xerno: 0000005177 PostDate: 20020918 Sequence: 004000776534
BankNum: 0802 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK: 0002020918004000776534 BOFD:   CapSRC: N
TranCode: 0000   RouteTran: 02100002   DocType: 8
EntryNum:   ItemType:
```

25

30-Mar-09                                                          30Mar09-509

### THIS ITEM IS PART OF A PHOTOCOPY REQUEST
### GROUP ID G30Mar09-509
Sequence number 002800261708  Posting date 02-OCT-02



```
AcctNum: 000000920004088165 Amount: 000000002500000
Xerno: 0000005104 PostDate: 20021002 Sequence: 002800261708
BankNum: 0802 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK: 000202100200200261708 BOFD:  CapSRC: N
TranCode: 0000   RouteTran: 02100002   DocType: 8
EntryNum:  ItemType:
```

26

*Faxed*
*10:24*

**MILDRED POLAND**
**301 PURITAN ROAD**
**SWAMPSCOTT MA 01907-2709**
**TEL.  781-598-5300 (OFFICE)**
**FAX  781-598-2384 (OFFICE)**
**EMAIL:      bennettind@aol.com**

**FAX**

**DECEMBER 20, 2002**

**TO:       ERIN REARDON**
**          BERNARD L. MADOFF**

**FROM:   MILDRED POLAND**

**RE:       MY ACCOUNT NUMBER 1-EM151-3-0**

**PLEASE TRANSFER $100,000 (ONE HUNDRED THOUSAND DOLLARS)**
**FROM MY ACCOUNT TO PHYLLIS POLAND'S ACCOUNT-**
**NUMBER 1-P0038-3-0 ASAP.**

**PLEASE SEND ME A CHECK FROM ACCOUNT FOR $35,000**
**(THIRTY-FIVE THOUSAND DOLLARS) BY FEDEX PRIORITY OVERNIGHT**
**MAIL (OUR FEDEX ACCOUNT NUMBER IS 0021-4611-8) TO:**

**          MILDRED POLAND**
**          301 PURITAN ROAD**
**          SWAMPSCOTT MA 01907**
**          TEL. 781-598-5300**

**THANK YOU.**

**SIGNED:**

**MILDRED POLAND**

27

Madoff 2003
1/1/2003 Through 12/31/2003

2/18/2009                                                                                                    Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| Uncategorized | | | | | | | |
| | 7/23/2003 | chase acct ... | DEP | | | R | |
| | 7/30/2003 | chase acct ... | DEP | | | R | |
| | 8/5/2003 | chase acct ... | DEP | | | R | |
| | 8/12/2003 | chase acct ... | DEP | | | R | |
| | 9/16/2003 | chase acct ... | DEP | | | R | |
| | 9/29/2003 | chase acct ... | DEP | | | R | |
| | 10/8/2003 | chase acct ... | DEP | | | R | |
| | 10/28/2... | chase acct ... | DEP | | | R | |
| | 11/3/2003 | chase acct ... | DEP | | | R | |
| | 12/4/2003 | chase acct ... | DEP | | | R | |
| TOTAL Uncategoriz... | | | | | | | |
| Child Support | | | | | | | |
| | 1/14/2003 | chase acct ... | DEP | | | R | |
| | 2/7/2003 | chase acct ... | DEP | | | R | |
| | 3/6/2003 | chase acct ... | DEP | | | R | |
| | 5/21/2003 | chase acct ... | DEP | | | R | |
| | 6/9/2003 | chase acct ... | DEP | | | R | |
| | 7/8/2003 | chase acct ... | DEP | | | R | |
| | 8/12/2003 | chase acct ... | DEP | | | R | |
| | 9/5/2003 | chase acct ... | DEP | | | R | |
| | 10/9/2003 | chase acct ... | DEP | | | R | |
| | 11/3/2003 | chase acct ... | DEP | | | R | |
| | 12/14/2... | chase acct ... | DEP | | | R | |
| TOTAL Child Support | | | | | | | |
| Dunes Club | | | | | | | |
| | 7/1/2003 | chase acct ... | DEP | | | R | |
| TOTAL Dunes Club | | | | | | | |
| MADOFF | | | | | | | |
| | 9/2/2003 | chase acct ... | DEP | MADOFF | | R | 9,000.00 |
| | 10/1/2003 | chase acct ... | DEP | MADOFF | | R | 10,000.00 |
| | 11/3/2003 | chase acct ... | DEP | MADOFF | | R | 10,000.00 |
| | 12/14/2... | chase acct ... | DEP | MADOFF | | R | 10,000.00 |
| TOTAL MADOFF | | | | | | | 39,000.00 |
| MARITAL TRUST | | | | | | | |
| | 11/6/2003 | chase acct ... | DEP | | | R | |
| TOTAL MARITAL T... | | | | | | | |
| Paine Webber | | | | | | | |
| | 11/24/2... | chase acct ... | DEP | | | R | |
| | 12/2/2003 | chase acct ... | TXFR | | | R | |
| TOTAL Paine Web... | | | | | | | |
| PPSI Repayment O... | | | | | | | |
| | 11/24/2... | chase acct ... | DEP | | | R | |
| TOTAL PPSI Repa... | | | | | | | |
| Refinance Mortgage | | | | | | | |
| | 9/11/2003 | chase acct ... | DEP | | | R | |
| TOTAL Refinance ... | | | | | | | |
| Refunds | | | | | | | |
| Insurance Oxford | | | | | | | |
| | 4/16/2003 | chase acct ... | DEP | | | R | |
| | 5/1/2003 | chase acct ... | DEP | | | R | |
| | 5/20/2003 | chase acct ... | DEP | | | R | |
| | 7/8/2003 | chase acct ... | DEP | | | R | |
| | 7/30/2003 | chase acct ... | DEP | | | R R | |
| | 11/24/2... | chase acct ... | DEP | | | R | |



2/18/2009

Page 56 of 2004<br>
1/1/2004 Through 12/31/2004

| Cat/Sub | Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| | 1/29/2004 | chase acct ... | DEP | MADOFF | | R | 12,000.00 |
| | 3/2/2004 | chase acct ... | DEP | MADOFF | | R | 10,000.00 |
| | 9/20/2004 | chase acct ... | DEP | MADOFF FOR MATTH... | TRANFER To M... | c | 5,000.00 |
| | 10/20/2... | chase acct ... | DEP | MADOFF | | R | 23,000.00 |
| | 11/30/2... | chase acct ... | DEP | MADOFF | | R | 16,000.00 |
| | 12/29/2... | chase acct ... | DEP | MADOFF | | R | 13,000.00 |
| TOTAL MADOFF | | | | | | | 79,000.00 |
| | | | | | | | |
| MARITAL TRUST | | | | | | | |
| | 1/29/2004 | chase acct ... | DEP | | | R | |
| | 3/2/2004 | chase acct ... | DEP | | | R | |
| TOTAL MARITAL T... | | | | | | | |
| | | | | | | | |
| MSP School for matt | | | | | | | |
| | 6/22/2004 | chase acct ... | DEP | | | R | |
| TOTAL MSP Schoo... | | | | | | | |
| | | | | | | | |
| MUNY STOCK SALE | | | | | | | |
| | 4/6/2004 | chase acct ... | DEP | | | R | |
| | 4/8/2004 | chase acct ... | DEP | | | R | |
| | 4/21/2004 | chase acct ... | DEP | | | R | |
| | 6/16/2004 | chase acct ... | DEP | | | R | |
| | 6/22/2004 | chase acct ... | DEP | | | R | |
| TOTAL MUNY STO... | | | | | | | |
| | | | | | | | |
| PPSI Repayment O... | | | | | | | |
| | 1/14/2004 | chase acct ... | DEP | | | R | |
| | 7/21/2004 | chase acct ... | DEP | | | R | |
| | 8/11/2004 | chase acct ... | DEP | | | R | |
| TOTAL PPSI Repa... | | | | | | | |
| | | | | | | | |
| Refunds | | | | | | | |
| | 8/24/2004 | chase acct ... | DEP | | | R | |
| | 11/1/2004 | chase acct ... | DEP | | | R | |
| SUBTOTAL Refunds | | | | | | | |
| | | | | | | | |
| Insurance | | | | | | | |
| | 1/14/2004 | chase acct ... | DEP | | | R | |
| | | | | | | R | |
| | 6/24/2004 | chase acct ... | DEP | | | R | |
| TOTAL Insurance | | | | | | | |
| | | | | | | | |
| Insurance Oxford | | | | | | | |
| | 3/26/2004 | chase acct ... | DEP | | | R | |
| | 4/8/2004 | chase acct ... | DEP | | | R | |
| | 7/14/2004 | chase acct ... | DEP | | | R | |
| | 7/29/2004 | chase acct ... | DEP | | | R | |
| | 9/29/2004 | chase acct ... | DEP | | | R | |
| | 10/22/2... | chase acct ... | DEP | | | R | |
| TOTAL Insuranc... | | | | | | | |
| | | | | | | | |
| Jury Duty | | | | | | | |
| | 7/14/2004 | chase acct ... | DEP | | | R | |
| TOTAL Jury Duty | | | | | | | |
| | | | | | | | |
| Verizon | | | | | | | |
| | 7/31/2004 | chase acct ... | DEP | | | R | |
| TOTAL Verizon | | | | | | | |
| TOTAL Refunds | | | | | | | |
| | | | | | | | |
| Reimbursement | | | | | | | |
| | 10/12/2... | chase acct ... | DEP | | | R | |
| TOTAL Reimburse... | | | | | | | |

29

Posting Date:        2004-05-07
Sequence #:          3300287139
Account #:           920004088165
Routing Transit:     02100002
Amount #:            $30000.00
Check/Serial #:      000000005805
Bank #:              802
Tran Code:           0000
IRD:                 N/A
ItemType:            N/A
BOFD:                N/A
Cost Center:         N/A
Teller Number:       N/A
Teller Seq Number:   N/A
Processing Date:     N/A





Posting Date:         2004-07-12
Sequence #:           3300059405
Account #:            920004088165
Routing Transit:      02100002
Amount #:             $30000.00
Check/Serial #:       000000005871
Bank #:               802
Tran Code:            0000
IRD:                  N/A
ItemType:             N/A
BOFD:                 N/A
Cost Center:          N/A
Teller Number:        N/A
Teller Seq Number:    N/A
Processing Date:      N/A



31

**August 17 - September 16, 2004**

**Page   7 of 8**

920-00920-B011-00920-              -008-1-01

Primary   Account   Number:   920-0040881-65



CHECK   #   5938      $400,000.00      PAID   09/10

View,  save  and  print  images  of  your  cleared   checks  -- front  AND  back -- FREE at Chase  Online  SM
Access   your  check  images  on the  same  day  they  clear  and from  the  past  3 years.
Log   on  or  enroll   today   at   www.chase.com/online

32

madoff 2004

1/1/2004 Through 12/31/2004

2/18/2009                                                                                                              Page 2

| Cat/Sub | Date | Account | Num | Description | Memo | Clr | Amount |
|---------|------|---------|-----|-------------|------|-----|--------|
| | 1/29/2004 | chase acct ... | DEP | MADOFF | | R | 12,000.00 |
| | 3/2/2004 | chase acct ... | DEP | MADOFF | | R | 10,000.00 |
| | 9/20/2004 | chase acct ... | DEP | MADOFF FOR MATTH... | TRANFER To M... | c | 5,000.00 |
| | 10/20/2... | chase acct ... | DEP | MADOFF | | R | 23,000.00 |
| | 11/30/2... | chase acct ... | DEP | MADOFF | | R | 16,000.00 |
| | 12/29/2... | chase acct ... | DEP | MADOFF | | R | 13,000.00 |
| TOTAL MADOFF | | | | | | | 79,000.00 |
| | | | | | | | |
| MARITAL TRUST | | | | | | | |
| | 1/29/2004 | chase acct ... | DEP | | | R | |
| | 3/2/2004 | chase acct ... | DEP | | | R | |
| TOTAL MARITAL T... | | | | | | | |
| | | | | | | | |
| MSP School for matt | | | | | | | |
| | 6/22/2004 | chase acct ... | DEP | | | R | |
| TOTAL MSP Schoo... | | | | | | | |
| | | | | | | | |
| MUNY STOCK SALE | | | | | | | |
| | 4/6/2004 | chase acct ... | DEP | | | R | |
| | 4/8/2004 | chase acct ... | DEP | | | R | |
| | 4/21/2004 | chase acct ... | DEP | | | R | |
| | 6/16/2004 | chase acct ... | DEP | | | R | |
| | 6/22/2004 | chase acct ... | DEP | | | R | |
| TOTAL MUNY STO... | | | | | | | |
| | | | | | | | |
| PPSI Repayment O... | | | | | | | |
| | 1/14/2004 | chase acct ... | DEP | | | R | |
| | 7/21/2004 | chase acct ... | DEP | | | R | |
| | 8/11/2004 | chase acct ... | DEP | | | R | |
| TOTAL PPSI Repa... | | | | | | | |
| | | | | | | | |
| Refunds | | | | | | | |
| | 8/24/2004 | chase acct ... | DEP | | | R | |
| | 11/1/2004 | chase acct ... | DEP | | | R | |
| SUBTOTAL Refunds | | | | | | | |
| | | | | | | | |
| Insurance | | | | | | | |
| | 1/14/2004 | chase acct ... | DEP | | | R | |
| | | | | | | R | |
| | 6/24/2004 | chase acct ... | DEP | | | R | |
| TOTAL Insurance | | | | | | | |
| | | | | | | | |
| Insurance Oxford | | | | | | | |
| | 3/26/2004 | chase acct ... | DEP | | | R | |
| | 4/8/2004 | chase acct ... | DEP | | | R | |
| | 7/14/2004 | chase acct ... | DEP | | | R | |
| | 7/29/2004 | chase acct ... | DEP | | | R | |
| | 9/29/2004 | chase acct ... | DEP | | | R | |
| | 10/22/2... | chase acct ... | DEP | | | R | |
| TOTAL Insuranc... | | | | | | | |
| | | | | | | | |
| Jury Duty | | | | | | | |
| | 7/14/2004 | chase acct ... | DEP | | | R | |
| TOTAL Jury Duty | | | | | | | |
| | | | | | | | |
| Verizon | | | | | | | |
| | 7/31/2004 | chase acct ... | DEP | | | R | |
| TOTAL Verizon | | | | | | | |
| TOTAL Refunds | | | | | | | |
| | | | | | | | |
| Reimbursement | | | | | | | |
| | 10/12/2... | chase acct ... | DEP | | | R | |
| TOTAL Reimburse... | | | | | | | |

33

**PHYLLIS POLAND SHOES**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

November 22, 2004

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022

Dear Erin,

Re Account 1- P0038-3

Please withdraw $16,000 (sixteen thousand dollars) from the above referenced account and mail to me at the  following address:

535 East 86th Street
New York, NY 10028

Thank you,

Phyllis Poland

34

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

February 18, 2005

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022

Dear Erin,

Re Account 1- P0038-3

Please withdraw $9,000 (nine thousand dollars) from the above referenced
account and mail to me at the  following address:

        535 East 86th Street
        New York, NY 10028

Thank you,

Phyllis Poland

35

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**

March 18, 2005

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $9,000 (nine thousand dollars) from the above referenced account and mail to me at the  following address:

535 East 86th Street
New York, NY 10028

Thank you,

Phyllis Poland

36

**PHYLLIS POLAND**
**535 EAST 86ᵗʰ STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

November 17, 2005

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $21,000 (twenty one thousand dollars) from the above referenced account and mail to me at the  following address:

535 East 86ᵗʰ Street
New York, NY 10028

Thank you,

Phyllis Poland

37

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

December 15, 2005

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $16,000 (sixteen thousand dollars) from the above referenced
account and mail to me at the  following address:

535 East 86th Street
New York, NY 10028

Thank you,

Phyllis Poland


38

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

January 19, 2006

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $7,000 (seven thousand dollars) from the above referenced
account and mail to me at the  following address:

535 East 86th Street
New York, NY 10028

Thank you,

Phyllis Poland

39

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**FAX 212 861 8735**

February 16, 2006


Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $25,000 (twenty-five thousand dollars) from the above referenced account and mail to me at the  following address:

      535 East 86th Street
      New York, NY 10028


Thank you,


Phyllis Poland

40

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

April 20, 2006

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $14,000 (fourteen thousand dollars) from the above referenced
account and mail to me at the  following address:

535 East 86th Street
New York, NY 10028

Thank you,

Phyllis Poland

41

**PHYLLIS POLAND**
**535 EAST 86TH STREET**
**NEW YORK, NY 10028**
**TEL: 212 5351713**
**FAX:212 8618735**


May 19, 2006

To: Madoff Securities
Attn: Erin Reardon
From: Phyllis Poland


Re Account 1- P0038-3

This letter serves as authorization to withdraw from the above
Account $15,000.00 (fifteen thousand dollars). Please send the check
to me at that following address:

535 East 86th Street
New York, NY 10028


Sincerely,


Phyllis Poland

42

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

June 16, **2006**

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $17,000 (seventeen thousand dollars) from the above referenced account and mail to me at the following address:**

> **535 East 86th Street**
> **New York, NY 10028**

**Thank you,**

**Phyllis Poland**

43

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

July 21, 2006

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $22,000 (twenty two thousand dollars) from the above referenced account and mail to me at the following address:**

> **535 East 86th Street**
> **New York, NY 10028**

**Thank you,**

**Phyllis Poland**

44

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

August 18, 2006

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $13,000 (thirteen thousand dollars) from the above referenced account and mail to me at the following address:**

> **535 East 86th Street**
> **New York, NY 10028**

**Thank you,**

**Phyllis Poland**

45

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

September 14, **2006**

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $23,000 (twenty - three thousand dollars) from the above referenced account and mail to me at the following address:**

> **535 East 86th Street**
> **New York, NY 10028**

**Thank you,**

**Phyllis Poland**

46

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**

October 20, **2006**

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $20,000 (twenty - thousand dollars) from the above referenced account and mail to me at the following address:**

**535 East 86th Street**
**New York, NY 10028**

**Thank you,**

**Phyllis Poland**

47

**PHYLLIS POLAND**
**535 EAST 86TH STREET**
**NEW YORK, NY 10028**
**TEL: 212 5351713**
**FAX:212 8618735**

**November 16, 2006**

**To: Madoff Securities**
**Attn: Erin Reardon**
**From: Phyllis Poland**

**Re Account 1- P0038-3**

**This letter serves as authorization to withdraw from the above Account $15,000.00 (fifteen thousand dollars). Please send the check to me at that following address:**

**535 East 86th Street**
**New York, NY 10028**

**Sincerely,**

**Phyllis Poland**

48

**PHYLLIS POLAND**
**535 EAST 86TH STREET**
**NEW YORK, NY 10028**
**TEL: 212 5351713**
**FAX:212 8618735**

**December 14, 2006**

**To: Madoff Securities**
**Attn: Erin Reardon**
**From: Phyllis Poland**

**Re Account 1- P0038-3**

**This letter serves as authorization to withdraw from the above
Account $15,000.00 (fifteen thousand dollars). Please send the check
to my son Matthew Liebman at the following address:**

                    **245 East 44th Street**
                    **Apt 9A**
                    **New York, NY 10017**

**Sincerely,**

**Phyllis Poland**

49

**PHYLLIS POLAND**
**535 EAST 86TH STREET**
**NEW YORK, NY 10028**
**TEL: 212 5351713**
**FAX:212 8618735**

January 18, 2006 ←5|B 2007

To: Madoff Securities
Attn: Erin Reardon
From: Phyllis Poland

Re Account 1- P0038-3

This letter serves as authorization to withdraw from the above
account $15,000.00 (fifteen thousand dollars). My son
Matthew Liebman (account #   1- L0218 -3      )will pick up the check
at your offices.

Please advise when check will be ready.   Thank you.

Sincerely,

Phyllis Poland



**PHYLLIS POLAND**
**535 EAST 86TH STREET**
**NEW YORK, NY 10028**
**TEL: 212 535 1713**
**FAX:212 861 8735**

March 15, 2006    5|B
    2007

To: Madoff Securities
Attn: Erin Reardon
From: Phyllis Poland

Re Account 1- P0038-3

This letter serves as authorization to withdraw from the above
account $13,500.00 (thirteen thousand five hundred dollars). My son
Matthew Liebman (account #   1- L0218 -3 )will pick up the check at
your offices.

Please advise when check will be ready.   Thank you.

Sincerely,

Phyllis Poland

51

**PHYLLIS POLAND**
**535 EAST 86th STREET**
**NEW YORK, NY 10028**
**TEL 212 535 1713**
**Fax 212 861 8735**
**Email: mp535@aol.com**

April 19, 2007

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $20,000 (twenty-thousand dollars) from the above referenced account and mail to me at the following address:**

> **535 East 86th Street**
> **New York, NY 10028**

**Thank you,**

**Phyllis Poland**

52

**PHYLLIS POLAND**
**1 PINE RIDGE ROAD**
**LARCHMONT, NY 10538**
**TEL 914 834 8468**
**Email: mp535@aol.com**

June 19, 2007

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $20,000 (twenty-thousand dollars) from the above referenced
account and mail to me at the following **new address**:

        1 Pine Ridge Road
        Larchmont, NY 10538

Thank you,

Phyllis Poland

53

| | |
|---|---|
| Posting Date: | 2007-07-02 |
| Sequence #: | 8470012467 |
| Account #: | 920004088165 |
| Routing Transit: | 02100002 |
| Amount #: | $2112000.00 |
| Check/Serial #: | 000000006734 |
| Bank #: | 802 |
| Tran Code: | 000000 |
| IRD: | 0 |
| ItemType: | P |
| BOFD: | 021000021 |
| Cost Center: | N/A |
| Teller Number: | N/A |
| Teller Seq Number: | N/A |
| Processing Date: | N/A |

6734

**PHYLLIS A. POLAND**

JPMORGAN CHASE BANK, N.A.
NEW YORK, NEW YORK 10017
WWW.CHASE.COM

1-2-210

6/28/07

PAY TO THE ORDER OF _Bernard Madoff Securities_     $2,112,000.00

_Two million one hundred 4 twelve~~ thousand~~_     XX     DOLLARS

MEMO _1-P0038-3_     _Phyllis A Poland_

⑈006734⑈ ⑊021000021⑊ 920004088165⑈     ⑊0211200000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

JP MORGAN CHASE BANK, NA
4 CNC BKLYN,NY 07022007
021000214 050 2688 01

8470012467

54

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY 10538
TEL 914 834 8468
Email: mp535@aol.com

October 18, 2007

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $25,000 (twenty-five thousand dollars) from the above referenced account and mail to me at the following address:

1 Pine Ridge Road
Larchmont, NY 10538

Thank you,

Phyllis Poland

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY 10538
TEL 914 834 8468
Email: mp535@aol.com

November 15, 2007

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $23,000 (twenty-three thousand dollars) from the above referenced
Account. Please let me know when the check can be picked up. Please send the notification
to the following email address:

mp535@aol.com

Thank you,

Phyllis Poland

56

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY 10538

December 20, 2007

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $8,000 (eight thousand dollars) from the above referenced account. Please let me know when the check can be picked up. Please send the notification to the following email address: mp535@aol.com. My son Matthew Liebman will pick up the check.

Thank you,

Phyllis Poland

57

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY 10538

January 17, 2007

*↑ s/b 2008*

Erin Reardon
**Bernard L. Madoff Securities**
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $5,000 (five thousand dollars) from the above referenced
account. Please let me know when the check can be picked up. Please call me at the following
number to let me know when my son Matthew Liebman may pick up the check.

Tel: 917 969 7033

Thank you,

Phyllis Poland



**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY 10538

February 14, 2007

*S/B 2008*

Erin Reardon
**Bernard L. Madoff Securities**
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $10,000 (ten thousand dollars) from the above referenced
account. Please let me know when the check can be picked up. Please call me at the following
number to let me know when my son Matthew Liebman may pick up the check.

Tel: 917 969 7033

Thank you,

Phyllis Poland

59

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY

10538

Tel: 914 834 8468

April 17, 2008,

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $15,000 (fifthteen thousand dollars) from the above referenced account.  Please mail the check to my home address.

Thank you,

Phyllis Poland



**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY

10538

**Tel: 914 834 8468**

**May 15, 2008,**

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

**Dear Erin,**

**Re Account 1- P0038-3**

**Please withdraw $9,000 (nine thousand dollars) from the above referenced
account.  Please mail the check to my home address as above.**

**Thank you,**

**Phyllis Poland**



**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY

10538

Tel: 914 834 8468

June 19, 2008,

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $20,000 (twenty thousand dollars) from the above referenced
account.  Please mail the check to my home address as above.

Thank you,

Phyllis Poland

62

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY

10538

Tel: 914 834 8468

July 17, 2008,

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $20,000 (twenty thousand dollars) from the above referenced account.  Please mail the check to my home address as above.

Thank you,

Phyllis Poland

63

**PHYLLIS POLAND-FERRITER**
1 PINE RIDGE ROAD
LARCHMONT, NY

10538

Tel: 914 834 8468

August 14, 2008,

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $13,500 (thirteen thousand and five hundred dollars) from the above referenced account.  Please mail the check to my home address as above.

Thank you,

Phyllis Poland



**PHYLLIS POLAND-FERRITER**

1 PINE RIDGE ROAD
LARCHMONT, NY

10538

Tel: 914 834 8468

Sept 18, 2008,

**Erin Reardon**
**Bernard L. Madoff Securities**
**885 Third Avenue**
**New York, NY 10022**
**Fax: 212 838 4061**

Dear Erin,

Re Account 1- P0038-3

Please withdraw $20,000 (twenty thousand ) from the above referenced
account.  Please mail the check to my home address as above.

Thank you,

Phyllis Poland

65

**PHYLLIS POLAND-FERRITER**
**1 PINE RIDGE ROAD**
**LARCHMONT, NY**

10538

**Tel: 914 834 8468**

October 16, 2008,

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $30,000 (thirty thousand ) from the above referenced
account.  Please mail the check to my home address as above.

Thank you,

Phyllis Poland

66

**PHYLLIS POLAND-FERRITER**
**1 PINE RIDGE ROAD**
**LARCHMONT, NY**

10538

**Tel: 914 834 8468**

November 20, 2008

Erin Reardon
Bernard L. Madoff Securities
885 Third Avenue
New York, NY 10022
Fax: 212 838 4061

Dear Erin,

Re Account 1- P0038-3

Please withdraw $32,000 (thirty-two thousand) from the above referenced
account.  Also please advise me at the following number 917 969 7033 when my son
Matthew Liebman can pick up the check.

Thank you,

Phyllis Poland



# EXHIBIT 2

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**[1]

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

February 19, 2010

Phyllis A. Poland
1 Pine Ridge Road
Larchmont, NY 10538

Dear Phyllis A. Poland:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1P0038 designated as Claim Number 008560:

Your claim for a credit balance of and for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $4,691,962.00), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $4,264,462.00). As noted, no securities were ever purchased by BLMIS for your account. Any

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($427,500.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your claim is **DENIED** in its entirety.

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after February 19, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

cc: Marc G. Rosenberg
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10011

3

## - Table 1 -

### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 12/2/1992 | CHECK | $400,000.00 | $400,000.00 |
| 2/1/1994 | CHECK | $125,000.00 | $125,000.00 |
| 8/6/1996 | TRANS FROM 1EM15130 | $202,000.00 | $202,000.00 |
| 1/15/1998 | TRANS FROM 1EM15130 | $230,000.00 | $230,000.00 |
| 4/1/1998 | TRANS FROM 1EM15130 | $42,000.00 | $42,000.00 |
| 10/1/1998 | TRANS FROM 1EM15130 | $75,000.00 | $75,000.00 |
| 10/2/1998 | TRANS FROM 1EM15130 | $25,462.00 | $25,462.00 |
| 10/7/1998 | TRANS FROM 1EM15130 | $87,000.00 | $87,000.00 |
| 11/30/1998 | TRANS FROM 1EM15130 | $20,000.00 | $20,000.00 |
| 2/4/1999 | TRANS FROM 1EM15130 | $50,000.00 | $50,000.00 |
| 2/16/1999 | TRANS FROM 1EM15130 | $100,000.00 | $100,000.00 |
| 2/16/1999 | CANCEL C&S | ($100,000.00) | $0.00 |
| 2/16/1999 | TRANS FROM 1EM16130 | $100,000.00 | $0.00 |
| 5/14/1999 | TRANS FROM 1EM15130 | $131,000.00 | $131,000.00 |
| 1/5/2000 | TRANS FROM 1EM15130 | $40,000.00 | $0.00 |
| 2/23/2001 | TRANS FROM 1B008830 | $80,000.00 | $0.00 |
| 3/23/2001 | TRANS FROM 1B008830 | $100,000.00 | $0.00 |
| 5/30/2001 | TRANS FROM 1B008830 | $52,000.00 | $0.00 |
| 7/3/2001 | TRANS FROM 1B008830 | $150,000.00 | $0.00 |
| 8/6/2001 | TRANS FROM 1B008830 | $50,000.00 | $0.00 |
| 8/22/2001 | TRANS FROM 1B008830 | $50,000.00 | $0.00 |
| 9/5/2001 | TRANS FROM 1EM15130 | $250,000.00 | $0.00 |
| 9/25/2001 | TRANS FROM 1P003730 | $337,500.00 | $0.00 |
| 10/4/2001 | CHECK | $35,000.00 | $35,000.00 |
| 11/14/2001 | TRANS FROM 1EM15130 | $80,000.00 | $0.00 |
| 1/14/2002 | TRANS FROM 1P003730 | $41,250.00 | $0.00 |
| 1/14/2002 | TRANS FROM 1EM15130 | $378,750.00 | $0.00 |
| 2/13/2002 | CHECK | $50,000.00 | $50,000.00 |
| 8/12/2002 | CHECK | $50,000.00 | $50,000.00 |
| 9/18/2002 | CHECK | $25,000.00 | $25,000.00 |
| 10/2/2002 | CHECK | $25,000.00 | $25,000.00 |
| 12/23/2002 | TRANS FROM 1EM15130 | $100,000.00 | $0.00 |
| 5/1/2003 | CHECK | $20,000.00 | $20,000.00 |
| 5/7/2004 | CHECK | $30,000.00 | $30,000.00 |
| 7/12/2004 | CHECK | $30,000.00 | $30,000.00 |
| 9/10/2004 | CHECK | $400,000.00 | $400,000.00 |
| 7/2/2007 | CHECK | $2,112,000.00 | $2,112,000.00 |
| **Total Deposits:** | | $5,973,962.00 | $4,264,462.00 |

### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 11/22/1995 | TRANS TO 1EM15130 | ($50,000.00) | ($50,000.00) |

| | | | |
|---|---|---|---|
| 2/2/1996 | TRANS TO 1EM15130 | ($50,000.00) | ($50,000.00) |
| 6/27/1996 | CHECK | ($15,000.00) | ($15,000.00) |
| 7/29/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 8/7/1996 | CHECK | ($202,000.00) | ($202,000.00) |
| 8/29/1996 | CHECK | ($20,000.00) | ($20,000.00) |
| 10/24/1996 | CHECK | ($42,000.00) | ($42,000.00) |
| 3/4/1997 | CHECK | ($6,500.00) | ($6,500.00) |
| 6/2/1997 | CHECK | ($17,000.00) | ($17,000.00) |
| 9/9/1997 | CHECK | ($5,000.00) | ($5,000.00) |
| 10/20/1997 | CHECK | ($5,000.00) | ($5,000.00) |
| 11/12/1997 | CHECK | ($6,000.00) | ($6,000.00) |
| 12/12/1997 | CHECK | ($6,000.00) | ($6,000.00) |
| 1/20/1998 | CHECK | ($265,000.00) | ($265,000.00) |
| 3/23/1998 | CHECK | ($33,000.00) | ($33,000.00) |
| 4/3/1998 | CHECK | ($9,000.00) | ($9,000.00) |
| 4/3/1998 | CHECK | ($42,000.00) | ($42,000.00) |
| 5/4/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/8/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1998 | CHECK | ($18,000.00) | ($18,000.00) |
| 7/31/1998 | CHECK | ($11,000.00) | ($11,000.00) |
| 7/31/1998 | CHECK | ($14,000.00) | ($14,000.00) |
| 9/14/1998 | CHECK | ($6,000.00) | ($6,000.00) |
| 10/2/1998 | CHECK | ($145,000.00) | ($145,000.00) |
| 10/5/1998 | CHECK | ($25,462.00) | ($25,462.00) |
| 10/8/1998 | CHECK | ($100,500.00) | ($100,500.00) |
| 12/1/1998 | CHECK | ($20,000.00) | ($20,000.00) |
| 1/5/1999 | CHECK | ($32,000.00) | ($32,000.00) |
| 2/4/1999 | CHECK | ($50,000.00) | ($50,000.00) |
| 2/19/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 2/19/1999 | CHECK | ($150,000.00) | ($150,000.00) |
| 5/12/1999 | CHECK | ($7,000.00) | ($7,000.00) |
| 5/14/1999 | CHECK | ($131,000.00) | ($131,000.00) |
| 7/2/1999 | CHECK | ($7,000.00) | ($7,000.00) |
| 9/3/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/20/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/16/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/6/2000 | CHECK | ($40,000.00) | ($40,000.00) |
| 2/3/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/1/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/17/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/26/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/13/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/27/2000 | CHECK | ($20,000.00) | ($20,000.00) |
| 10/11/2000 | CHECK | ($60,000.00) | ($60,000.00) |
| 10/27/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/13/2000 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/8/2001 | CHECK | ($60,000.00) | ($60,000.00) |

5

| | | | |
|---|---|---|---|
| 1/12/2001 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/17/2001 | CHECK | ($120,000.00) | ($120,000.00) |
| 1/30/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 2/5/2001 | CHECK | ($40,000.00) | ($40,000.00) |
| 2/27/2001 | CHECK | ($80,000.00) | ($80,000.00) |
| 3/26/2001 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/31/2001 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/8/2001 | CHECK | ($30,000.00) | ($30,000.00) |
| 6/13/2001 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/3/2001 | CHECK | ($5,000.00) | ($5,000.00) |
| 7/3/2001 | CHECK | ($150,000.00) | ($150,000.00) |
| 8/3/2001 | CHECK | ($6,000.00) | ($6,000.00) |
| 8/6/2001 | CHECK | ($50,000.00) | ($50,000.00) |
| 8/17/2001 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/17/2001 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/5/2001 | CHECK | ($250,000.00) | ($250,000.00) |
| 11/15/2001 | CHECK | ($80,000.00) | ($80,000.00) |
| 1/25/2002 | CHECK | ($90,000.00) | ($90,000.00) |
| 5/3/2002 | CHECK | ($185,000.00) | ($185,000.00) |
| 5/22/2002 | CHECK | ($95,000.00) | ($95,000.00) |
| 6/5/2002 | CHECK | ($140,000.00) | ($140,000.00) |
| 7/17/2002 | CHECK | ($105,000.00) | ($105,000.00) |
| 10/23/2002 | CHECK | ($68,000.00) | ($68,000.00) |
| 11/20/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/16/2002 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/23/2002 | CHECK | ($75,000.00) | ($75,000.00) |
| 1/21/2003 | CHECK | ($30,000.00) | ($30,000.00) |
| 6/3/2003 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/25/2003 | CHECK | ($35,000.00) | ($35,000.00) |
| 7/21/2003 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/10/2003 | CHECK | ($5,000.00) | ($5,000.00) |
| 10/1/2003 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/3/2003 | CHECK | ($9,000.00) | ($9,000.00) |
| 12/4/2003 | CHECK | ($9,000.00) | ($9,000.00) |
| 1/26/2004 | CHECK | ($12,000.00) | ($12,000.00) |
| 3/1/2004 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/17/2004 | TRANS TO 1L021830 | ($5,000.00) | $0.00 |
| 10/19/2004 | CHECK | ($23,000.00) | ($23,000.00) |
| 11/29/2004 | CHECK | ($16,000.00) | ($16,000.00) |
| 12/20/2004 | CHECK | ($13,000.00) | ($13,000.00) |
| 1/25/2005 | CHECK | ($22,000.00) | ($22,000.00) |
| 2/23/2005 | CHECK | ($9,000.00) | ($9,000.00) |
| 3/22/2005 | CHECK | ($9,000.00) | ($9,000.00) |
| 4/8/2005 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/26/2005 | CHECK | ($14,500.00) | ($14,500.00) |
| 6/22/2005 | CHECK | ($17,000.00) | ($17,000.00) |
| 7/18/2005 | CHECK | ($18,000.00) | ($18,000.00) |

6

| | | | |
|---|---|---|---|
| 8/23/2005 | CHECK | ($6,000.00) | ($6,000.00) |
| 9/16/2005 | CHECK | ($13,000.00) | ($13,000.00) |
| 10/26/2005 | CHECK | ($15,000.00) | ($15,000.00) |
| 11/23/2005 | CHECK | ($21,000.00) | ($21,000.00) |
| 12/19/2005 | CHECK | ($16,000.00) | ($16,000.00) |
| 1/23/2006 | CHECK | ($7,000.00) | ($7,000.00) |
| 2/21/2006 | CHECK | ($25,000.00) | ($25,000.00) |
| 3/20/2006 | CHECK | ($5,000.00) | ($5,000.00) |
| 4/24/2006 | CHECK | ($14,000.00) | ($14,000.00) |
| 5/23/2006 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/20/2006 | CHECK | ($17,000.00) | ($17,000.00) |
| 7/26/2006 | CHECK | ($22,000.00) | ($22,000.00) |
| 8/23/2006 | CHECK | ($13,000.00) | ($13,000.00) |
| 9/15/2006 | CHECK | ($23,000.00) | ($23,000.00) |
| 10/24/2006 | CHECK | ($20,000.00) | ($20,000.00) |
| 11/22/2006 | CHECK | ($15,000.00) | ($15,000.00) |
| 12/20/2006 | CHECK | ($15,000.00) | ($15,000.00) |
| 1/22/2007 | CHECK | ($15,000.00) | ($15,000.00) |
| 2/20/2007 | CHECK | ($15,000.00) | ($15,000.00) |
| 3/19/2007 | CHECK | ($13,500.00) | ($13,500.00) |
| 4/25/2007 | CHECK | ($20,000.00) | ($20,000.00) |
| 5/22/2007 | CHECK | ($20,000.00) | ($20,000.00) |
| 6/20/2007 | CHECK | ($25,000.00) | ($25,000.00) |
| 10/22/2007 | CHECK | ($25,000.00) | ($25,000.00) |
| 11/19/2007 | CHECK | ($23,000.00) | ($23,000.00) |
| 12/21/2007 | CHECK | ($8,000.00) | ($8,000.00) |
| 1/22/2008 | CHECK | ($5,000.00) | ($5,000.00) |
| 2/15/2008 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/24/2008 | CHECK | ($25,000.00) | ($25,000.00) |
| 4/18/2008 | CHECK | ($15,000.00) | ($15,000.00) |
| 5/16/2008 | CHECK | ($9,000.00) | ($9,000.00) |
| 6/20/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 7/18/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 8/18/2008 | CHECK | ($13,500.00) | ($13,500.00) |
| 9/19/2008 | CHECK | ($20,000.00) | ($20,000.00) |
| 10/17/2008 | CHECK | ($30,000.00) | ($30,000.00) |
| 11/24/2008 | CHECK | ($32,000.00) | ($32,000.00) |
| **Total Withdrawals:** | | ($4,696,962.00) | ($4,691,962.00) |
| | | | |
| **Total deposits less withdrawals:** | | $1,277,000.00 | ($427,500.00) |

7