# EXHIBIT B

08-01789-cgm    Doc 2183-2    Filed 04/08/10    Entered 04/08/10 17:11:44    Exhibit B
Pg 1 of 19

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 212 878 0491

HOME: 212 988 8791

Taxpayer I.D. Number (Social Security No.)
138 36 8450

Account Number:    1CM334
LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK, NY 10065

(If incorrect, please change)

NOTE:   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.   Claim for money balances as of **December 11, 2008**:
    a.   The Broker owes me a Credit (Cr.) Balance of   $_____
    b.   I owe the Broker a Debit (Dr.) Balance of   $_____

502180406                                  1

    c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, it must be enclosed with this claim form.   $ _____

    d.    If balance is zero, insert "None."   _____

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a. The Broker owes me securities | ✓ |  |
| b. I owe the Broker securities |  | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| | SEE ATTACHED FINAL BERNARD L. MADOFF INVESTMENT SECURITIES L.L.C. of 11/30/08 FOR THE SECURITIES THE BROKER OWES ME. | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406      2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |

502180406                                                3

9.  Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. _____ ✓

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

_____

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  JANUARY 28, 2009    Signature  Laura Neell

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

4

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                              1-CM334-3

185 EAST 85TH STREET APT #8C
NEW YORK            NY 10028

| | |
|---|---|
| STARTING EQUITY         7/03/95 | 231,020.00CR |
| CAPITAL ADDITIONS | 358.29CR |
| CAPITAL WITHDRAWALS | 3,500.00- |
| REALIZED P/L FOR CURRENT YEAR | 16,631.60CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .89CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 244,509.00   NET LONG |
| TOTAL EQUITY | 244,509.89CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.53 %


PORTFOLIO MANAGEMENT REPORT AS OF  2/31/96

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                              1-CM334-3

185 EAST 85TH STREET APT #8C
NEW YORK            NY 10028

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 244,509.89CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 14,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 38,661.34CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .23CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 269,171.00   NET LONG |
| TOTAL EQUITY | 269,171.23CR |

ANNUALIZED RETURN FOR CURRENT YEAR    16.35 %

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/97

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                           1-CM334-3

185 EAST 85TH STREET APT #8C
NEW YORK                 NY 10028

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 269,171.23CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 14,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 49,922.09CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .32CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 305,093.00   NET LONG |
| TOTAL EQUITY | 305,093.32CR |

ANNUALIZED RETURN FOR CURRENT YEAR     19.17 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/98

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                           1-CM334-3

185 EAST 85TH STREET APT #8C
NEW YORK                 NY 10028

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 305,093.32CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 39,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 53,707.98CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .30CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 319,801.00   NET LONG |
| TOTAL EQUITY | 319,801.30CR |

ANNUALIZED RETURN FOR CURRENT YEAR     18.52 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURA J WEILL                           1-CM334-3


185 EAST 85TH STREET APT #8C
NEW YORK                NY 10028


STARTING EQUITY FOR CURRENT YEAR                         319,801.30CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                        7,000.00-
REALIZED P/L FOR CURRENT YEAR                             16,578.27CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS                 20,157.52CR
CURRENT CASH BALANCE                                            .54CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            349,536.55    NET LONG
TOTAL EQUITY                                             349,537.09CR

ANNUALIZED RETURN FOR CURRENT YEAR      23.54 %



PORTFOLIO MANAGEMENT REPORT AS OF 12/31/00


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.


LAURA J WEILL                           1-CM334-3


185 EAST 85TH STREET APT #8C
NEW YORK                NY 10028


STARTING EQUITY FOR CURRENT YEAR                         367,115.40CR
CAPITAL ADDITIONS                                        159,000.00CR
CAPITAL WITHDRAWALS                                       67,000.00-
REALIZED P/L FOR CURRENT YEAR                             60,804.33CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                            .73CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS            519,919.00    NET LONG
TOTAL EQUITY                                             519,919.73CR

ANNUALIZED RETURN FOR CURRENT YEAR      12.55 %

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                1-CM334-3                              JAN 17 2002

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 519,919.73CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 359,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 43,903.16CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .89CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 204,822.00 NET LONG |
| TOTAL EQUITY | 204,822.89CR |

ANNUALIZED RETURN FOR CURRENT YEAR    14.52 %


PORTFOI MANAGEMENT REPORT AS OF /31/02

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                1-CM334-3                              10 2003

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 204,822.89CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 35,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 24,400.96CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .60CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 194,223.25 NET LONG |
| TOTAL EQUITY | 194,223.85CR |

ANNUALIZED RETURN FOR CURRENT YEAR    12.88 %

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/03

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                          1-CM334-3

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021



| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 194,223.85CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| REALIZED P/L FOR CURRENT YEAR | 16,097.50CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 43.00CR |
| CURRENT CASH BALANCE | .35CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 210,364.00  NET LONG |
| TOTAL EQUITY | 210,364.35CR |

ANNUALIZED RETURN FOR CURRENT YEAR      11.11 %


PORTFOLIO MANAGEMENT REPORT AS OF 12/31/04

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                          1-CM334-3

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 213,400.44CR |
| CAPITAL ADDITIONS | 31,410.00CR |
| CAPITAL WITHDRAWALS | 31,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 20,584.64CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .08CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 234,395.00  NET LONG |
| TOTAL EQUITY | 234,395.08CR |

ANNUALIZED RETURN FOR CURRENT YEAR      9.29 %

PORTFOLIO MANAGEMENT REPORT AS OF 1/31/05

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                       1-CM334-3

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021



```
STARTING EQUITY FOR CURRENT YEAR                    234,395.08CR
CAPITAL ADDITIONS
CAPITAL WITHDRAWALS                                  40,000.00-
REALIZED P/L FOR CURRENT YEAR                        21,931.84CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                       .92CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       216,326.00    NET LONG
TOTAL EQUITY                                        216,326.92CR

ANNUALIZED RETURN FOR CURRENT YEAR      9.58 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 1/31/06

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                       1-CM334-3

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10021



```
STARTING EQUITY FOR CURRENT YEAR                    216,326.92CR
CAPITAL ADDITIONS                                    40,000.00CR
CAPITAL WITHDRAWALS                                  58,000.00-
REALIZED P/L FOR CURRENT YEAR                        29,763.81CR
UNREALIZED P/L ON OPEN SECURITY POSITIONS
CURRENT CASH BALANCE                                       .73CR
NET MARKET VALUE OF OPEN SECURITIES POSITIONS       228,090.00    NET LONG
TOTAL EQUITY                                        228,090.73CR

ANNUALIZED RETURN FOR CURRENT YEAR     12.33 %
```

08-01789-cgm    Doc 2183-2    Filed 04/08/10    Entered 04/08/10 17:11:44    Exhibit B
Pg 12 of 19

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

LAURA J WEILL                           1-CM334-3

167 EAST 67TH STREET APT #14A
NEW YORK              NY 10065


RECEIVED
JAN 1 1 2008

| | |
|---|---:|
| STARTING EQUITY FOR CURRENT YEAR | 228,090.73CR |
| CAPITAL ADDITIONS | 3,200.00CR |
| CAPITAL WITHDRAWALS | 18,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 24,287.42CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .90CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 237,577.25   NET LONG |
| TOTAL EQUITY | 237,578.15CR |

ANNUALIZED RETURN FOR CURRENT YEAR     10.63 %

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

DEC 04 2008

LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK    NY   10065

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7898 6222

YOUR ACCOUNT NUMBER: 1-CM334-3-0
PAGE: 1
AMOUNT CREDITED TO YOUR ACCOUNT: ####8450

| DATE | BOUGHT RECEIVED OR DELIVERED | SOLD DELIVERED OR REDEEMED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  | 14,030.93 |
| 11/12 | 130 |  | 2320 | WAL-MART STORES INC | 55-830 | 7,267.90 |
| 11/12 | 85 |  | 2872 | INTERNATIONAL BUSINESS MACHS | 87-270 | 7,420.95 |
| 11/12 | 315 |  | 6696 | EXXON MOBIL CORP | 72-880 | 22,969.20 |
| 11/12 | 345 |  | 7198 | INTEL CORP | 14-516 | 5,018.95 |
| 11/12 | 165 |  | 11524 | JOHNSON & JOHNSON | 59-580 | 9,836.70 |
| 11/12 | 225 |  | 17850 | JP MORGAN CHASE & CO | 38-530 | 8,678.25 |
| 11/12 | 120 |  | 20175 | COCA COLA CO | 44-660 | 5,363.20 |
| 11/12 | 70 |  | 24503 | MCDONALDS CORP | 55-310 | 3,877.90 |
| 11/12 | 130 |  | 28272 | MERCK & CO | 28-550 | 3,716.50 |
| 11/12 | 475 |  | 33153 | MICROSOFT CORP | 21-810 | 10,378.75 |
| 11/12 | 240 |  | 37479 | ORACLE CORPORATION | 17-300 | 4,161.00 |
| 11/12 | 95 |  | 50457 | PEPSICO INC | 56-410 | 5,361.95 |
| 11/12 | 55 |  | 50959 | APPLE INC | 100-780 | 5,544.90 |
| 11/12 | 405 |  | 54783 | PFIZER INC | 16-960 | 6,876.70 |
| 11/12 | 95 |  | 55285 | ABBOTT LABORATORIES | 54-610 | 5,190.95 |
| 11/12 | 180 |  | 59109 | PROCTER & GAMBLE CO | 64-080 | 11,541.40 |
| 11/12 | 65 |  | 59611 | AMGEN INC | 59-160 | 3,847.40 |
| 11/12 | 125 |  | 63435 | PHILIP MORRIS INTERNATIONAL | 43-600 | 5,455.00 |
| 11/12 | 300 |  | 63937 | BANK OF AMERICA | 21-590 | 6,489.00 |
| 11/12 | 100 |  | 67761 | QUALCOMM INC | 33-789 | 3,381.00 |
| 11/12 | 325 |  | 68263 | CITIGROUP INC | 12-510 | 4,078.75 |
| 11/12 | 75 |  | 72087 | SCHLUMBERGER LTD | 49-480 | 3,714.80 |
| 11/12 | 180 |  | 72589 | COMCAST CORP CL A | 16-510 | 2,978.80 |
|  |  |  | CONTINUED ON PAGE 2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK NY 10065

YOUR ACCOUNT NUMBER: 1-CM334-3-0
PERIOD ENDING: 11/30/08
ACCOUNT NUMBER: XXX-XX-8450
PAGE: 2

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | 355 | 76413 | AT&T INC | 27 | 9,599.00 | |
| 11/12 | 90 | 76915 | CONOCOPHILLIPS | 52.510 | 4,728.90 | |
| 11/12 | 60 | 80739 | UNITED PARCEL SVC INC CLASS B | 52.040 | 3,126.40 | |
| 11/12 | 365 | 80241 | CISCO SYSTEMS INC | 16.730 | 6,120.45 | |
| 11/12 | 105 | 85065 | U S BANCORP | 29.530 | 3,104.65 | |
| 11/12 | 125 | 85567 | CHEVRON CORP | 73.430 | 9,183.75 | |
| 11/12 | 60 | 89391 | UNITED TECHNOLOGIES CORP | 53.160 | 3,191.60 | |
| 11/12 | 635 | 89893 | GENERAL ELECTRIC CO | 19.630 | 12,490.05 | |
| 11/12 | 170 | 93717 | VERIZON COMMUNICATIONS | 30.410 | 5,175.70 | |
| 11/12 | 15 | 94219 | GOOGLE | 337.400 | 5,061.00 | |
| 11/12 | 210 | 98043 | WELLS FARGO & CO NEW | 29.800 | 6,266.00 | |
| 11/12 | 150 | 98545 | HEWLETT PACKARD CO | 34.900 | 5,241.00 | |
| 11/12 | 225,000 | 20656 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | 224,856.00 | |
| 11/12 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 35.27 |
| 11/12 | 29,700 | 15754 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,700.00 | |
| 11/12 | | 25123 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 29,700.00 |
| 11/12 | 27,150 | | FIDELITY SPARTAN MONEY MARKET DIV 11/19/08 | DIV | | 27,150.00 |
| 11/19 | | | FIDELITY SPARTAN MONEY MARKET | DIV | | 3.33 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK NY 10065

YOUR ACCOUNT NUMBER: 1-CM334-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ########8450
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT / RECEIVED / DELIVERED | SOLD / DELIVERED / OUT | DESCRIPTION | PRICE / SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | | 27,150 50381 | U S TREASURY MONEY MARKET | 1 | | 27,150.00 |
| 11/19 | 25,000 | 55016 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | 17,152 | 59421 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 17,152.00 | |
| | | | NEW BALANCE | | 28,000.48 | |
| | | | **SECURITY POSITIONS** | MKT PRICE | | |
| | 355 | | AT&T INC | 28.560 | | |
| | 95 | | ABBOTT LABORATORIES | 52.390 | | |
| | 65 | | AMGEN INC | 55.540 | | |
| | 55 | | APPLE INC | 92.670 | | |
| | 300 | | BANK OF AMERICA | 16.250 | | |
| | 125 | | CHEVRON CORP | 79.010 | | |
| | 365 | | CISCO SYSTEMS INC | 16.540 | | |
| | 325 | | CITI GROUP INC | 8.290 | | |
| | 120 | | COCA-COLA CO | 46.870 | | |
| | 180 | | COMCAST CORP | 17.340 | | |
| | 90 | | CL-A | | | |
| | 315 | | CONOCOPHILLIPS | 52.520 | | |
| | 635 | | EXXON MOBIL CORP | 80.150 | | |
| | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | CONTINUED ON PAGE 4 | | | |
PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LAURA J WEILL
167 EAST 67TH STREET APT #24A
NEW YORK NY 10065

Account No: 1-CM334-3-0
Period: 11/30/08
Page: 4

| QUANTITY | | | | DESCRIPTION | PRICE |
|---|---|---|---|---|---|
| 15 | | | | GOOGLE | 292.960 |
| 150 | | | | HEWLETT PACKARD CO | 35.280 |
| 345 | | | | INTEL CORP | 13.800 |
| 85 | | | | INTERNATIONAL BUSINESS MACHS | 81.600 |
| 225 | | | | J.P. MORGAN CHASE & CO | 31.660 |
| 165 | | | | JOHNSON & JOHNSON | 58.580 |
| 80 | | | | MCDONALDS CORP | 58.150 |
| 130 | | | | MERCK & CO | 26.720 |
| 475 | | | | MICROSOFT CORP | 20.220 |
| 240 | | | | ORACLE CORPORATION | 16.090 |
| 95 | | | | PEPSICO INC | 56.700 |
| 405 | | | | PFIZER INC | 16.430 |
| 125 | | | | PHILLIP MORRIS INTERNATIONAL | 42.160 |
| 180 | | | | PROCTER & GAMBLE CO | 64.350 |
| 100 | | | | QUALCOMM INC | 33.570 |
| 75 | | | | SCHLUMBERGER LTD | 50.740 |
| 17,152 | | | | FIDELITY SPARTAN | 1 |
| | | | | U.S. TREASURY MONEY MARKET | |
| 105 | | | | US BANCORP | 26.980 |
| 60 | | | | UNITED PARCEL SVC INC | 57.600 |
| | | | | CLASS B | |
| 25,000 | | | | U.S. TREASURY BILL | 99.921 |
| | | | | DUE 03/26/2009 3/26/2009 | |
| 60 | | | | UNITED TECHNOLOGIES CORP | 48.530 |
| | | | | CONTINUED ON PAGE 5 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LAURA J NEILL
167 EAST 67TH STREET APT #14A
NEW YORK          NY   10065

| DATE | BOUGHT OR RECEIVED LONG | SOLD OR DELIVERED SHORT | | DESCRIPTION | PRICE OR SYMBOL |
|---|---|---|---|---|---|
| | 170 | | | VERIZON COMMUNICATIONS | 32.650 |
| | 130 | | | WAL-MART STORES INC | 55.880 |
| | 210 | | | WELLS FARGO & CO NEW | 28.890 |
| | | | | MARKET VALUE OF SECURITIES LONG | 262,436.20 |
| | | | | SHORT | |

YOUR ACCOUNT NUMBER: 1-CM334-3-0
PERIOD ENDING: 11/30/08
PAGE: 5
AMOUNT DEBITED TO YOUR ACCOUNT: $$$$$$$8450

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK NY 10065

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

YOUR ACCOUNT NUMBER: 1-CM334-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ###-##-8450
PAGE: 6

1,645.70
1,391,956.07

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURA J WEILL
167 EAST 67TH STREET APT #14A
NEW YORK    NY 10065

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-CM334-4-0 | 11/30/08 | ***-**-8450 | 1 |

| DATE | BOUGHT LONG | SOLD SHORT | QTY | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 5 | 43905 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 14,031.00 |
| 11/12 | | 5 | 46131 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | | 7,895.00 |
| 11/19 | | 5 | 32236 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 12,995.00 |
| 11/19 | 5 | | 36561 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 15,005.00 | |
| 11/19 | 5 | | 40886 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 1,505.00 | |
| 11/19 | | 5 | 45211 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 18,495.00 |
| | | | | NEW BALANCE | | | 28,001.00 |
| | | | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL S & P 100 INDEX DECEMBER 420 PUT | MKT PRICE 23.300 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 8,250.00 | SHORT 11,650.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES