# EXHIBIT B

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

### In Liquidation

### DECEMBER 11, 2008

**(Please print or type)**

Name of Customer: ___Melvyn I. Weiss/Westben Corp.___
Mailing Address: ___c/o Jeffrey R. Schissel CPA, 450 Seventh Avenue, Ste. 2710___
City: ___New York___      State: ___NY___      Zip: ___10123___
Account No.: ___CM336___
Taxpayer I.D. Number (Social Security No.): ___      1381___

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

**************************************************************************

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of     $_____0_____

    b.   I owe the Broker a Debit (Dr.) Balance of     $_____0_____

    c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.     $_____

    d.   If balance is zero, insert "None."    _____None_____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.   The Broker owes me securities | X |  |
| b.   I owe the Broker securities |  | X |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
|  |  | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 | CM336 statements, attached hereto as Exhibit A. |  |  |
| $1,097,738.92 | (market value of securities long, per CM336-3 statement) |  |  |
| 37,950.00 | (market value of securities long, per CM336-4 statement) |  |  |
| (53,590.00) | (market value of securities short, per CM336-4 statement) |  |  |
| TOTAL: $1,082,098.92 |  |  |  |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:  Christopher Van De Kieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _April 16 2009_    Signature _Daniel Markowitz_

President, Weatherl

Date _MAY 15, 2009_    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

## CUSTOMER CLAIM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

### Account Ownership Information for
### Westben Corp.

**BMIS Customer Name:**          Westben Corp.

**President of**
**Westben Corp.:**          Daniel Markowitz

**Address:**          c/o of Jeffrey Schissel CPA, 450 Seventh Avenue, New York, NY
10123

Pursuant to the accounting document for Westben Corp. ("Corporation") enclosed
herewith, I am the President of the Corporation, and as such, am authorized to file a SIPC
Claim on behalf of the Corporation.

April 21. 2009
Date

Daniel Markowitz
President, Westben Corp.

# CUSTOMER CLAIM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

**Explanation of Authority: Attorney- in- Fact for Melvyn I. Weiss
Bernard L. Madoff Investment Securities Account No. CM336**

**Attorney in Fact for
Melvyn I. Weiss:**      David Sands

**Address:**

Buchbinder Tunick & Company LLP
One Pennsylvania Plaza, Suite 5335
New York, NY 10119

**Tel. No.:**      212-896-1919

Pursuant to the Power of Attorney submitted herewith in Exhibit B, I, David Sands, am authorized to file a Securities Investor Protection Corporation Customer Claim on behalf of Melvyn I. Weiss, for the Account of Melvyn I. Weiss/West Ben, No. CM336, with Bernard L. Madoff Securities, LLC.

_MAY 15, 2009_
Date

_David Sands, as attorney-in-fact for Melvyn I. Weiss_

# *EXHIBIT A*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT  MELVYN I WEISS/WESTBEN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE  STE 2710
NEW YORK  NY  10123

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-CM336-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER *****1381

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 66,446.65 |
| 11/12 | 598 | | 2371 | WAL-MART STORES INC | 55.830 | 33,409.34 | |
| 11/12 | 391 | | 2873 | INTERNATIONAL BUSINESS MACHS | 87.270 | 34,137.57 | |
| 11/12 | 1,449 | | 6697 | EXXON MOBIL CORP | 72.880 | 105,660.12 | |
| 11/12 | 1,587 | | 7199 | INTEL CORP | 14.510 | 23,090.37 | |
| 11/12 | 759 | | 11525 | JOHNSON & JOHNSON | 59.580 | 45,251.22 | |
| 11/12 | 1,035 | | 15851 | J.P. MORGAN CHASE & CO | 38.530 | 39,919.55 | |
| 11/12 | 552 | | 20176 | COCA COLA CO | 44.660 | 24,674.32 | |
| 11/12 | 322 | | 24502 | MCDONALDS CORP | 55.370 | 17,841.14 | |
| 11/12 | 598 | | 28828 | MERCK & CO | 28.550 | 17,095.90 | |
| 11/12 | 2,185 | | 33154 | MICROSOFT CORP | 21.810 | 47,741.85 | |
| 11/12 | 1,104 | | 37480 | ORACLE CORPORATION | 17.300 | 19,163.20 | |
| 11/12 | 437 | | 50458 | PEPSICO INC | 56.410 | 24,668.17 | |
| 11/12 | 253 | | 50960 | APPLE INC | 100.780 | 25,507.34 | |
| 11/12 | 1,863 | | 54784 | PFIZER INC | 16.940 | 31,633.22 | |
| 11/12 | 437 | | 55286 | ABBOTT LABORATORIES | 54.610 | 23,881.57 | |
| 11/12 | 828 | | 59110 | PROCTER & GAMBLE CO | 64.080 | 53,091.24 | |
| 11/12 | 299 | | 59612 | AMGEN INC | 59.160 | 17,699.84 | |
| 11/12 | 575 | | 63436 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 25,093.00 | |
| 11/12 | 1,300 | | 63938 | BANK OF AMERICA | 21.590 | 29,849.20 | |
| 11/12 | 460 | | 67762 | QUALCOMM INC | 33.770 | 15,552.20 | |
| 11/12 | 1,495 | | 68264 | CITI GROUP INC | 12.550 | 18,761.45 | |
| 11/12 | 345 | | 72088 | SCHLUMBERGER LTD | 49.480 | 17,083.60 | |
| 11/12 | 828 | | 72590 | COMCAST CORP CL A | 16.510 | 13,703.28 | |

CONTINUED ON PAGE  2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**Affiliated with**
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVYN I WEISS/WESTBEN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE   STE 2710
NEW YORK   NY   10123

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/08 | 1-CM336-3-0 | 2 | ******1381 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 1,633 | | 76414 | AT&T INC | 27 | 44,156.00 | |
| 11/12 | 414 | | 76916 | CONOCOPHILLIPS | 52.510 | 21,755.14 | |
| 11/12 | 276 | | 80740 | UNITED PARCEL SVC INC CLASS B | 52.040 | 14,374.04 | |
| 11/12 | 1,679 | | 81242 | CISCO SYSTEMS INC | 16.730 | 28,156.67 | |
| 11/12 | 483 | | 85066 | U S BANCORP | 29.530 | 14,281.99 | |
| 11/12 | 575 | | 85568 | CHEVRON CORP | 73.630 | 42,345.25 | |
| 11/12 | 276 | | 89392 | UNITED TECHNOLOGIES CORP | 53.160 | 14,683.16 | |
| 11/12 | 2,921 | | 89894 | GENERAL ELECTRIC CO | 19.630 | 57,455.23 | |
| 11/12 | 782 | | 93718 | VERIZON COMMUNICATIONS | 30.410 | 23,781.62 | |
| 11/12 | 69 | | 94220 | GOOGLE | 337.400 | 23,282.60 | |
| 11/12 | 966 | | 98044 | WELLS FARGO & CO NEW | 29.800 | 28,786.80 | |
| 11/12 | 690 | | 98565 | HEWLETT PACKARD CO | 34.900 | 24,108.00 | |
| 11/12 | | 1,050,000 | 20657 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 1,049,328.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 8.08 |
| 11/12 | | 12,388 | 15755 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,388.00 |
| 11/12 | 15,455 | | 25124 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,455.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.00 |

CONTINUED ON PAGE   3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVYN I WEISS/WESTREN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE  STE 2710
NEW YORK          NY  10123

| PAGE | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | YOUR ACCOUNT NUMBER |
|---|---|---|---|
| 3 | 11/30/08 | *****13.81 | 1-CM336-3-0 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 15,455 | 50383 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,455.00 |
| 11/19 | 75,000 | | 55018 | U S TREASURY BILL DUE 03/26/2009  3/26/2009 | 99.926 | 74,944.50 | |
| 11/19 | 9,420 | | 59423 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,420.00 | |
| | | | | NEW BALANCE | | | 130,708.36 |
| | | | | SECURITY POSITIONS | NKT PRICE | | |
| | 1,633 | | | AT&T INC | 28.560 | | |
| | 437 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 299 | | | AMGEN INC | 55.540 | | |
| | 253 | | | APPLE INC | 92.670 | | |
| | 1,380 | | | BANK OF AMERICA | 16.250 | | |
| | 575 | | | CHEVRON CORP | 79.010 | | |
| | 1,619 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,595 | | | CITI GROUP INC | 8.290 | | |
| | 552 | | | COCA COLA CO | 46.870 | | |
| | 828 | | | COMCAST CORP CL A | 17.340 | | |
| | 454 | | | CONOCOPHILIPS | 52.520 | | |
| | 1,449 | | | EXXON MOBIL CORP | 80.150 | | |
| | 2,921 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE 4 | | | |

| MADF | BERNARD L. MADOFF |
|---|---|
| | INVESTMENT SECURITIES LLC |
| | New York ◻ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    MELVYN I WEISS/WESTBEN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE    STE 2710
NEW YORK    NY 10123

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1381
YOUR ACCOUNT NUMBER: 1-CM336-3-0
PAGE: 4

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 69 | | | GOOGLE | 292.960 | | |
| | 690 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 1,567 | | | INTEL CORP | 13.800 | | |
| | 391 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 1,035 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 759 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 322 | | | MCDONALDS CORP | 58.750 | | |
| | 598 | | | MERCK & CO | 26.720 | | |
| | 2,185 | | | MICROSOFT CORP | 20.220 | | |
| | 1,104 | | | ORACLE CORPORATION | 16.090 | | |
| | 437 | | | PEPSICO INC | 56.700 | | |
| | 1,863 | | | PFIZER INC | 16.430 | | |
| | 575 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 628 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 690 | | | QUALCOMM INC | 33.570 | | |
| | 365 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 9,420 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | 403 | | | O S BANCORP | 26.980 | | |
| | 276 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 75,000 | | | U.S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| | 276 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT   MELVYN I WEISS/WESTBEN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE    STE 2710
NEW YORK        NY   10123

PAGE 5

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******1391

YOUR ACCOUNT NUMBER 1-CM336-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|--------------------------------|----------------------------------|
|      | 782 |     |     | VERIZON COMMUNICATIONS | 32.650 |     |     |
|      | 598 |     |     | WAL-MART STORES INC | 55.880 |     |     |
|      | 966 |     |     | WELLS FARGO & CO NEW | 28.890 |     |     |
|      |     |     |     | MARKET VALUE OF SECURITIES |     |     |     |
|      |     |     |     | LONG                SHORT |     |     |     |
|      |     |     |     | 1,097,738.92 |     |     |     |

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    MELVYN I WEISS/WESTBEN
JEFFREY R SCHISSEL CPA

450 SEVENTH AVENUE    STE 2710
NEW YORK        NY   10123

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 11/30/08 | 1-CM336-4-0 | *****1381 | 1 |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 11/12 | | 23 | 43806 | S & P 100 INDEX | 15.800 | | 66,447.00 |
| 11/12 | 23 | | 46132 | NOVEMBER 460 CALL | | | 36,317.00 |
| 11/19 | | 23 | 32237 | S & P 100 INDEX | 17.800 | 40,963.00 | |
| | | | | NOVEMBER 450 PUT | | | |
| 11/19 | 23 | | 36562 | S & P 100 INDEX | 26 | | 59,777.00 |
| | | | | DECEMBER 430 CALL | | | |
| 11/19 | 23 | | 40887 | S & P 100 INDEX | 30 | 69,023.00 | |
| | | | | DECEMBER 420 PUT | | | |
| 11/19 | | 23 | 45212 | S & P 100 INDEX | 3 | 6,923.00 | |
| | | | | NOVEMBER 460 CALL | | | |
| | | | | NOVEMBER 450 PUT | 37 | | 85,077.00- |
| | | | | NEW BALANCE | | | 130,709.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 23 | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | 37,950.00 | | |
| | | | | SHORT | 53,590.00- | | |

# *EXHIBIT B*

## EXHIBIT B

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8.  The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9.  To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith.

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 9/30/2008 | Schissel & Cohen | Westben Corp | Notes to Financial Statement for Westben for the nine months ended September 30, 2008. |
| 2 | 8/19/2008 | | | Durable General Power of Attorney appointing David Sands and Lois Silverman as Attorneys-in-Fact. |
| 3 | 10/22/2007 | Washington Mutual | Danny Markowitz | Confirmation of Domestic Wire Transfer Order transferring $780,000 from Danny Markowitz's Washington Mutual Account No. 048600004426048 to Bernard L. Madoff, JPMorgan Chase Bank Account No. 140081703. |
| 4 | 10/22/2007 | Washington Mutual | Edie Markowitz, Danny Markowitz | Outgoing Wire Transfer Notice verifing that funds in the amount of $780,000 were debited from Edie Markowitz and Danny Markowitz's Washington Mutual Bank Account No. 486-442604-8 in favor of Bernard L. Madoff. |
| 2008 Bernard L. Madoff Investment Securities LLC monthly account statements | 10/31/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities October 2008 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 9/30/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities September 2008 account statement. |
| | 8/31/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2008 account statement. |
| | 7/31/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2008 account statement. |
| | 6/30/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2008 account statement. |
| | 5/31/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities May 2008 account statement. |
| | 4/30/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities April 2008 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 3/3/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities March 2008 account statement. |
| | 2/29/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities February 2008 account statement. |
| | 1/31/2008 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities January 2008 account statement. |
| **2007 Bernard L. Madoff Investment Securities LLC monthly account statements** | | | | |
| | 12/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities December 2007 account statement. |
| | 11/30/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities November 2007 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 10/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities October 2007 account statement. |
| | 9/30/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities September 2007 account statement |
| | 8/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2007 account statement |
| | 7/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2007 account statement |
| | 6/30/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2007 account statement |
| | 5/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities May 2007 account statement |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 4/30/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities April 2007 account statement. |
| | 3/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities March 2007 account statement. |
| | 2/28/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities February 2007 account statement. |
| | 1/31/2007 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities January 2007 account statement. |
| 2006 Bernard L. Madoff Investment Securities LLC monthly account statements | 12/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities December 2006 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 11/30/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities November 2006 account statement. |
| | 8/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2006 account statement. |
| | 7/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2006 account statement. |
| | 6/30/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2006 account statement. |
| | 5/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities May 2006 account statement. |
| | 4/30/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities April 2006 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 3/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities March 2006 account statement. |
| | 2/28/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities February 2006 account statement. |
| | 1/31/2006 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities January 2006 account statement. |
| 2005 Bernard L. Madoff Investment Securities LLC monthly account statements | 12/31/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities December 2005 account statement. |
| | 11/30/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities November 2005 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 8/31/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2005 account statement. |
| | 7/31/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2005 account statement. |
| | 6/30/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2005 account statement. |
| | 5/31/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities May 2005 account statement. |
| | 3/31/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities March 2005 account statement. |
| | 2/28/2005 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities February 2005 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2004 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities December 2004 account statement. |
| | 11/30/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities November 2004 account statement. |
| | 10/31/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities October 2004 account statement. |
| | 9/30/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities September 2004 account statement. |
| | 8/31/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2004 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2002 Bernard L. Madoff Investment Securities LLC monthly account statements | 7/31/2004 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2004 account statement. |
| | 12/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities December 2002 account statement. |
| | 11/30/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities November 2002 account statement. |
| | 10/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities October 2002 account statement. |
| | 9/30/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities September 2002 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 8/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities August 2002 account statement. |
| | 7/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities July 2002 account statement. |
| | 6/30/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2002 account statement. |
| | 5/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities May 2002 account statement. |
| | 4/30/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities April 2002 account statement. |
| | 1/31/2002 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities January 2002 account statement. |

Melvyn I. Weiss/Westben
Bernard L. Madoff Investment Securities Account No. CM336

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2001 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 6/30/2001 | Bernard L. Madoff Investment Securities LLC | Jeffrey R. Schissel CPA | Bernard L. Madoff Investment Securities June 2001 account statement. |
| | | | | |

1

WESTBEN CORP AND ESW CORP
NOTES TO COMBINED FINANCIAL STATEMENTS
NINE MONTHS ENDED SEPTEMBER 30, 2008

**1. Organization, Nature of Business, Officers and Stockholders**

Westben Corp and ESW Corp, (the "Company"), were organized to operate retail stores for the sale of Benetton clothing. The locations and approximate square footage of selling space are as follows:

| NAME | ADDRESS | SQUARE FOOTAGE |
|------|---------|----------------|
| ESW Corp | Austin Street, Forest Hills, NY | 1,450 |
| Westben Corp | Roosevelt Field Mall, Garden City, NY | 1,750 |

Names of officers, title, percentage of ownership and dates of incorporation are as follows:

| NAME | TITLE | % OF OWNERSHIP | DATE OF INCORPORATION |
|------|-------|----------------|------------------------|
| **ESW Corp** | | | |
| Edith Markowitz | Vice Pres/Treasurer | 50 | Apr 12, 1984 |
| Suzanne Edelman | Secretary | 25 | |
| Dan Markowitz | President | 25 | |
| **Westben Corp** | | | |
| Edith Markowitz | Vice Pres/Treasurer | 50 | May 14, 1984 |
| Suzanne Edelman | Secretary | 25 | |
| Dan Markowitz | President | 25 | |

**2. Significant Accounting Policies**

**USE OF ESTIMATES**

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

**REVENUE RECOGNITION**

Revenue from the sale of products is recognized at the time title and risks and rewards of ownership pass. This is generally when the sales price is fixed and determinable and collection is reasonably assured.

-5-

SCHISSEL & COHEN
CERTIFIED PUBLIC ACCOUNTANTS

2

M 51—Statutory short form of General Power of Attorney
with affidavit of attorney, GOL § 3-1301: 12 pt. type, 6-02

Blumberg Excelsior, Inc., Publisher, NYC 10013
www.blumberg.com

# DURABLE GENERAL POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

### *THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE*
### *SHOULD YOU BECOME DISABLED OR INCOMPETENT*

**Caution: This is an important document. It gives the person whom you designate (your "Agent")
broad powers to handle your property during your lifetime, which may include powers to mortgage,
sell, or otherwise dispose of any real or personal property without advance notice to you or approval by
you. These powers will continue to exist even after you become disabled or incompetent. These powers
are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A
through 5-1503, which expressly permit the use of any other or different form of power of attorney.**

**This document does not authorize anyone to make medical or other health care decisions. You may
execute a health care proxy to do this.**

**If there is anything about this form that you do not understand, you should ask a lawyer to explain it
to you.**

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5,
Title 15 of the New York General Obligations Law:

I,     Melvyn I Weiss, 74 Cove Road, Oyster Bay, NY  11771

*(insert your name and address)*                                                do hereby appoint:

*(If 1 person is to be appointed agent, insert the name and address of your agent above)*

David Sands                              Lois Silverman
2817 Clubhouse Road                       83-33 Austin Street - Apt. No. 4L
Merrick, NY  11566                        Kew Gardens, NY  11415

*(If 2 or more persons are to be appointed agents by you insert their names and addresses above)*

my attorney(s)-in-fact TO ACT

*(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE
of the blank spaces to the left of your choice:)*

[   x   ]  Each agent may SEPARATELY act.
[       ]  All agents must act TOGETHER.

*(If neither blank space is initialed, the agents will be required to act TOGETHER)*

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present,
with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York
General Obligations Law to the extent that I am permitted by law to act through an agent:

**(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)**

| | |
|---|---|
| [        ] (A) real estate transactions; | [        ] (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000[1] to each of such persons in any year; |
| [ *Jmv* ] (B) chattel and goods transactions; | |
| [ *Jmv* ] (C) bond, share and commodity transactions; | |
| [ *Jmv* ] (D) banking transactions; | [ *Jmv* ] (N) tax matters; |
| [        ] (E) business operating transactions; | [        ] (O) all other matters |
| [ *Jmv* ] (F) insurance transactions; | [        ] (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select; |
| [        ] (G) estate transactions; | |
| [ *Jmv* ] (H) claims and litigation; | |
| [        ] (I) personal relationships and affairs; | |
| [        ] (J) benefits from military service; | [ *Jmv* ] (Q) each of the above matters identified by the following letters: *C, D, F* |
| [ *Jmv* ] (K) records, reports and statements; | *H, K, N* ............................ |
| [        ] (L) retirement benefit transactions; | |

*(Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of section 5-1503 of the New York General Obligations Law.)*

---

[1] As of January 1, 2002, the annual gift tax exclusion is $11,000. To authorize gifts up to $11,000, add language to that effect under "Special provisions..." above.

This Durable Power of Attorney shall not be affected by my subsequent disability or incompetence.

If every agent named above is unable or unwilling to serve, I appoint

*(insert name and address of successor)*

to be my agent for all purposes hereunder.

**To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.**

**This Durable General Power of Attorney may be revoked by me at any time.**

**In Witness Whereof,** I have hereunto signed my name this ___ day of ___

(YOU SIGN HERE:) ➤ _____
*(Signature of Principal)*

### NEW YORK UNIFORM ACKNOWLEDGEMENT

STATE OF  *New York*                    COUNTY OF  *New York*              ss.:

On *August 19, 2008* before me, the undersigned, a Notary Public in and for said State, personally appeared *Melvyn I. Weiss*

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

KAREN T. MILES
Notary Public, State of New York
No. 01MI4704613
Qualified in New York County
Commission Expires April 30, 20_11_

_____
*(signature and office of person taking acknowledgment)*

STATE OF                         COUNTY OF                    ss.:

On                        before me, the undersigned, a Notary Public in and for said State, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
*(signature and office of person taking acknowledgment)*

3

**Washington Mutual**

## Confirmation of Domestic Wire Transfer Order

| Customer Information: | | Date:  10/22/2007 |
|---|---|---|
| Name:   DANNY MARKOWITZ | | |
| Authorized Representative Name: | | |
| Address: | | |
| 124 EAGLES CRES | MANHASSET, NY  110304040 | |
| Fax Number: | Phone Number:   (566) 484-4830 | |

**WIRE APPROVAL/CONFIRMATION AND FC INFORMATION:**

| Name:  MANHASSET | Phone Number:   (516) 627-4348 |
|---|---|
| Address: | |
| 384 PLANDOME RD | MANHASSET, NY  110301941 |

Fax/Phone Wire Request Confirmed with (Customer/AR/AIF):

Time:          Date:               FC Representative Name:

---

Thank you for banking with Washington Mutual.

This serves as a confirmation for  a Domestic Wire
Your account will be debited on:          10/22/2007

**You must contact the Bank immediately at the center noted above if any information contained in this confirmation is inconsistent with your records.**

|  |  |
|---|---|
| Beneficiary Bank: | JPMORGAN CHASE BANK, NA |
| Beneficiary Name: | BERNARD L. MADOFF |
| Beneficiary Account Number: | 140081703 |
| Wire Amount: | $780,000.00 |
| | |
| By Order of: | DANNY MARKOWITZ |
| Amount Debited: | $780,000.00 |
| Fee: | $0.00 |
| Transaction Reference Number: | VB00073119767484 |

Account number:                    `6048

Agent Name: JOSEPH SCOTT

4

**Washington Mutual**

OUTGOING WIRE TRANSFER NOTICE

P.O. BOX 1097
NORTHRIDGE, CA 91328-1097

745

EDIE MARKOWITZ
DANNY MARKOWITZ
124 EAGLES CRES
MANHASSET NY 11030-4040

Dear Valued Customer:

We are writing today to let you know that the following transaction(s) have posted to your account.

| | |
|---|---|
| Transaction Date: | 10/22/2007 |
| Account Number: | 604-8 |
| Domestic Outgoing Wire: | $780,000.00 |
| | |
| Transaction Reference Number: | 071022015035 |
| Fed Reference: | 1022L1B7813R000648 |
| | |
| Beneficiary: | BERNARD L. MADOFF |
| Originator to Beneficiary Information: | FOR BENEFIT OF : MELVIN I. WEISSWES |
| | TBEN CORP. ACCOUNT : 1CM33630 |
| | |
| Sender or Receiver ABA: | 021000021 |
| Sender Reference: | 9767484158673 |
| | |
| By order of /Originating Party: | DANNY MARKOWITZ |

If you have questions, please call us at 1-800-788-7000.  We're here 24 hours a day, seven days a week, and our goal is to provide you with the best customer service possible.

Thanks for banking with Washington Mutual.

FDIC Insured

COLR0465 7782 0010 NNGR   07 071023 PAGE 00001 OF 00001 WIREXFR 00000745

CS50008A 00007067

X