EXHIBIT A

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY TRUSTEE FOR THIRD INTERIM
PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 31, 2010*

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 01 | Case Administration | 133.3 | 104,777.50 |
| 02 | Claims Review and Related Matters | 282.3 | 222,157.50 |
| 03 | Trustee Investigation | 93.7 | 74,152.50 |
| 04 | Banks and Feeder Funds | 12.4 | 9,700.00 |
| 05 | Trustee Report | 8.2 | 6,355.00 |
| 06 | Asset Search, Recovery and Sale | 42.0 | 33,345.00 |
| 07 | Avoidance Actions | 51.1 | 40,027.50 |
| 08 | Bankruptcy Court Litigation and Related Matters | 154.1 | 121,952.50 |
| 09 | Non-Bankruptcy Court Litigation | 22.1 | 17,507.50 |
| 10 | Court Appearance | 12.6 | 9,865.00 |
| 11 | Internal Office Meetings with Staff | 21.6 | 17,170.00 |
| 12 | Out of Office Meetings | 4.8 | 3,845.00 |
| 13 | USAO | 8.1 | 6,307.50 |
| 14 | SEC/FINRA | 11.7 | 9,067.50 |
| 16 | Fee Application and Related Matters | 30.5 | 23,807.50 |
| 17 | Press Inquiries and Responses | 59.2 | 46,175.00 |
| 10% Discount | | | (74,621.25) |
| Grand Total | | 947.7 | 671,591.25 |

* The Trustee's hourly rate for 2009 was $775.00. As of January 1, 2010, the Trustee's hourly rate is $825.00.