## EXHIBIT B

### EXPENSE SUMMARY BY TRUSTEE FOR THIRD INTERIM PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 31, 2010

| Code Description | Amount |
|---|---|
| Telephone (E105) | 41.66 |
| Local Travel (E109) | 36.00 |
| Grand Total | 77.66 |