EXHIBIT B

SUMMARY OF THIRD INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM OCTOBER 1, 2009 THROUGH JANUARY 31, 2010

| Summary Class | Name | YEAR ADMITTED | HOURLY RATE*** | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Sharp Jr, Joel H | 1964 | 385.00 | 0.5 | 192.50 |
| | Sheehan, David J. | 1968 | 787.61 | 1,025.0 | 807,305.00 |
| | Linscott, Jerry R | 1972 | 550.00 | 0.4 | 220.00 |
| | Colombo, Louis A | 1973 | 511.89 | 260.5 | 133,348.00 |
| | Cymrot, Mark A | 1973 | 702.09 | 22.2 | 15,586.50 |
| | Matthias, Michael R | 1973 | 588.11 | 54.3 | 31,934.50 |
| | Moscow, John W | 1973 | 715.66 | 318.2 | 227,722.00 |
| | Hutchinson, Jr, Joseph F | 1974 | 560.95 | 27.3 | 15,314.00 |
| | Bash, Brian A | 1975 | 610.31 | 430.0 | 262,432.00 |
| | Eyre, Paul P | 1975 | 682.06 | 153.7 | 104,832.00 |
| | Long, Thomas L | 1976 | 549.21 | 509.0 | 279,547.50 |
| | Markowitz, Laurence S | 1977 | 651.46 | 18.8 | 12,247.50 |
| | Conti, William J | 1978 | 650.00 | 0.5 | 325.00 |
| | Kuntz, William F | 1978 | 616.45 | 86.0 | 53,015.00 |
| | Gibson, Wendy J | 1979 | 436.65 | 298.8 | 130,470.00 |
| | Goldman, Matthew R | 1979 | 645.00 | 0.3 | 193.50 |
| | Johnson, Pamela Gale | 1980 | 546.76 | 85.8 | 46,912.00 |
| | Powers, Marc D | 1981 | 681.23 | 411.2 | 280,122.50 |
| | Bassin, Stuart | 1982 | 558.02 | 298.2 | 166,402.50 |
| | Bittence, Mary M | 1982 | 442.63 | 222.3 | 98,397.00 |
| | Chockley III, Frederick W | 1982 | 578.32 | 594.4 | 343,756.00 |
| | Drogen, Andrew M | 1983 | 560.00 | 0.2 | 112.00 |
| | Hannon, John P | 1983 | 640.00 | 365.6 | 233,984.00 |
| | Lucchesi, Thomas R | 1984 | 567.53 | 602.5 | 341,935.00 |
| | McGowan Jr, John J | 1984 | 497.31 | 92.4 | 45,951.00 |
| | Nieto, Pamela D. | 1984 | 380.00 | 11.7 | 4,446.00 |
| | Robertson, Kevin G | 1984 | 551.47 | 19.0 | 10,478.00 |
| | Boyd, John W. | 1985 | 340.00 | 15.7 | 5,338.00 |
| | Lazear, Sherri B | 1985 | 455.89 | 116.9 | 53,293.00 |
| | Quiat, Laurin D | 1985 | 500.15 | 6.7 | 3,351.00 |
| | Smith, Elizabeth A | 1985 | 717.15 | 574.4 | 411,931.50 |
| | Green, Elizabeth A. | 1986 | 425.00 | 2.3 | 977.50 |
| | McDonald, Heather J | 1986 | 475.24 | 386.8 | 183,821.00 |
| | Stamboulidis, George A | 1986 | 925.00 | 0.8 | 740.00 |
| | Bator, Chris | 1987 | 325.00 | 0.7 | 227.50 |
| | Reich, Andrew W | 1987 | 486.25 | 633.5 | 308,039.50 |
| | Siegal, John | 1987 | 658.14 | 102.6 | 67,525.00 |
| | Tobin, Donna A. | 1987 | 477.02 | 224.2 | 106,948.00 |
| | Burke, John J | 1988 | 541.42 | 718.2 | 388,844.50 |
| | Ferguson, Gerald J | 1988 | 650.73 | 70.9 | 46,137.00 |
| | Garske, Peder A | 1988 | 600.14 | 17.9 | 10,742.50 |
| | Carney, John J | 1990 | 805.70 | 262.2 | 211,255.00 |
| | Whitman, W Ray | 1990 | 535.00 | 1.0 | 535.00 |
| | Goldberg, Steven H | 1991 | 801.83 | 126.2 | 101,191.50 |
| | Hunt, Dean D | 1991 | 519.35 | 267.8 | 139,081.00 |
| | Paravano, Jeffrey H | 1991 | 715.00 | 16.0 | 11,440.00 |
| | Resnick, Lauren J | 1991 | 786.81 | 480.6 | 378,140.00 |
| | Hirschfield, Marc E. | 1992 | 756.24 | 784.1 | 592,965.00 |
| | Warren, Thomas D | 1992 | 537.76 | 165.0 | 88,731.00 |

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| Barr, Jonathan R. | 1993 | 658.28 | 70.6 | 46,474.50 |
| Eschedor, Jennifer L | 1993 | 330.00 | 4.3 | 1,419.00 |
| Kornfeld, Mark A. | 1993 | 750.00 | 661.6 | 496,200.00 |
| Lehrer, Richard M. | 1993 | 625.73 | 4.1 | 2,565.50 |
| Renner, Deborah H. | 1993 | 750.00 | 645.8 | 484,350.00 |
| Mulhollan, John S | 1994 | 300.00 | 0.5 | 150.00 |
| Bernard, Richard J | 1995 | 569.04 | 259.7 | 147,780.50 |
| Brennan, Terry M | 1995 | 399.03 | 349.3 | 139,381.50 |
| Culbertson, William J | 1995 | 357.98 | 159.5 | 57,098.50 |
| Scaletta, Anthony J | 1995 | 375.00 | 29.1 | 10,912.50 |
| Cole, Tracy L | 1996 | 585.77 | 390.5 | 228,742.50 |
| Mills, Jennifer A | 1996 | 375.00 | 1.3 | 487.50 |
| Enockson, Paul S | 1997 | 406.21 | 97.5 | 39,605.00 |
| Julian, Matthew Porter | 1997 | 364.62 | 33.8 | 12,324.00 |
| Murphy, Keith R. | 1997 | 709.57 | 742.1 | 526,572.50 |
| Scully, Elizabeth A | 1997 | 503.33 | 133.5 | 67,195.00 |
| Perdion, Jason P | 1998 | 344.72 | 141.6 | 48,813.00 |
| Rollinson, James H | 1998 | 347.05 | 211.6 | 73,436.50 |
| Wall, Brett A | 1998 | 366.05 | 214.3 | 78,444.00 |
| Wang, Ona T | 1998 | 583.87 | 361.4 | 211,010.00 |
| Warshavsky, Oren J. | 1998 | 571.31 | 848.7 | 484,874.50 |
| Mohan, Sameer V | 1999 | 421.74 | 43.1 | 18,177.00 |
| Pergament, Benjamin D | 1999 | 516.99 | 543.6 | 281,036.00 |
| Sharp, Jeremy J | 1999 | 333.23 | 174.0 | 57,982.00 |
| Bohorquez Jr, Fernando A | 2000 | 536.30 | 682.1 | 365,810.50 |
| Pector, Michelle D | 2000 | 425.00 | 21.4 | 9,095.00 |
| Schlegelmilch, Stephan J | 2000 | 326.33 | 93.2 | 30,414.00 |
| Ware, Nathan F | 2000 | 346.04 | 388.9 | 134,576.50 |
| Burgan, Kelly S | 2001 | 376.77 | 152.9 | 57,607.50 |
| Fokas, Jimmy | 2001 | 588.34 | 580.4 | 341,470.00 |
| Oppenheim, Adam B. | 2001 | 556.47 | 340.1 | 189,255.00 |
| Pfeifer, Timothy S. | 2001 | 600.00 | 498.9 | 299,340.00 |
| Wall, Andrea C | 2001 | 321.43 | 261.0 | 83,892.00 |
| Weiser, Scott R. | 2001 | 530.42 | 485.2 | 257,359.50 |
| Zeballos, Gonzalo S. | 2001 | 650.00 | 535.0 | 347,750.00 |
| Allan, Natanya H | 2002 | 450.00 | 0.5 | 225.00 |
| Fanter, G Karl | 2002 | 289.80 | 140.2 | 40,629.50 |
| Slater, James A | 2002 | 310.00 | 17.6 | 5,456.00 |
| Wearsch, Thomas M | 2002 | 403.80 | 755.9 | 305,232.50 |
| Jenson, Karin Scholz | 2003 | 334.09 | 38.9 | 12,996.00 |
| Partners and of Counsel Total | | | 21,997.0 | 12,754,576.00 |

\*\*\* In accordance with general business practices, billing rates for B&H attorneys and paraprofessionals went up in January 2010. The rates used on this Exhibit reflect the weighted average of 2009 and 2010 hourly rates.

| Summary Class | Name | YEAR ADMITTED | HOURLY RATE*** | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Meisels, Naomi P. | 1984 | 482.26 | 456.0 | 219,910.00 |
| | Wilcox, Diane D | 1988 | 290.40 | 19.8 | 5,750.00 |
| | Sarlson, Katherine G | 1994 | 191.53 | 343.6 | 65,808.00 |
| | Papp, Edward Daniel | 1997 | 282.70 | 206.9 | 58,490.00 |
| | Feigi, Diane L | 1998 | 230.29 | 78.8 | 18,147.00 |
| | Fish, Eric R. | 1998 | 512.25 | 507.2 | 259,812.00 |
| | Kates, Elyssa S. | 2000 | 477.85 | 57.9 | 27,667.50 |
| | Beckerlegge, Robertson D | 2001 | 451.52 | 363.3 | 164,035.50 |
| | Esser, Brian K | 2001 | 518.91 | 545.5 | 283,065.00 |
| | Pfeffer, James E | 2002 | 510.00 | 686.5 | 350,115.00 |
| | Cheema, Bik | 2003 | 403.81 | 599.2 | 241,964.00 |
| | Curtis, Cory M | 2003 | 308.22 | 14.3 | 4,407.50 |
| | DeMinico, Michael P | 2003 | 272.47 | 113.3 | 30,870.50 |
| | Doty, Rebecca Jackson | 2003 | 359.61 | 225.2 | 80,985.00 |
| | Hochmuth, Farrell A | 2003 | 358.69 | 225.0 | 80,705.00 |
| | Kepple, Brandon E | 2003 | 280.00 | 2.3 | 644.00 |
| | Malek, Sammi | 2003 | 470.05 | 249.3 | 117,184.00 |
| | Oliver, Jason S. | 2003 | 435.00 | 133.3 | 57,985.50 |
| | Wlodek, Heather | 2003 | 359.29 | 596.3 | 214,243.00 |
| | Campbell, Deanna M | 2004 | 250.82 | 266.1 | 66,744.00 |
| | Cohen, Dennis O | 2004 | 438.50 | 232.7 | 102,039.00 |
| | Gabriel, Jessie M | 2004 | 259.65 | 648.3 | 168,333.00 |
| | Gall, Michael K. | 2004 | 261.77 | 155.6 | 40,732.00 |
| | Glasser, Michael P. | 2004 | 400.16 | 477.0 | 190,877.00 |
| | Kitaev, Erica G. | 2004 | 295.46 | 130.3 | 38,498.00 |
| | Kitchen, David E | 2004 | 271.31 | 445.6 | 120,895.00 |
| | Kolm, Julie A. | 2004 | 400.16 | 318.3 | 127,372.50 |
| | Lewis, Patrick T | 2004 | 262.07 | 17.6 | 4,612.50 |
| | May, James W. | 2004 | 254.65 | 288.6 | 73,492.50 |
| | Powell, Michael L | 2004 | 373.23 | 209.8 | 78,304.00 |
| | Smith, Adam J | 2004 | 396.99 | 513.9 | 204,011.50 |
| | Smith, Rachel M | 2004 | 334.99 | 103.1 | 34,537.00 |
| | Benavides, Michelle | 2005 | 317.95 | 237.5 | 75,512.50 |
| | Bodenheimer, Henry C. | 2005 | 383.47 | 362.8 | 139,124.00 |
| | Carvalho, Melissa M. | 2005 | 406.09 | 89.1 | 36,182.50 |
| | Cavanagh, Matthew J | 2005 | 240.40 | 62.8 | 15,097.00 |
| | Chow, Teresa C. | 2005 | 346.62 | 277.3 | 96,117.00 |
| | Hartman, Ruth E | 2005 | 253.30 | 133.5 | 33,815.00 |
| | Leeper, Kurt A | 2005 | 245.40 | 213.8 | 52,467.00 |
| | Madbak, Hanna F. | 2005 | 453.18 | 243.6 | 110,394.00 |
| | Proano, David F | 2005 | 253.26 | 123.5 | 31,277.00 |
| | Raley, Matthew R | 2005 | 318.50 | 389.9 | 124,183.50 |
| | Rodriguez, Alberto | 2005 | 398.68 | 440.6 | 175,657.00 |
| | Stanganelli, Maryanne | 2005 | 407.33 | 566.8 | 230,874.00 |
| | Stump, Jacob R. | 2005 | 262.75 | 88.3 | 23,200.50 |
| | Thorpe, Courtni E | 2005 | 244.42 | 296.7 | 72,518.00 |
| | White, Nicholas L | 2005 | 243.02 | 260.5 | 63,308.00 |
| | Apte, Anagha S | 2006 | 385.76 | 322.2 | 124,291.50 |
| | Castillo, Jorge A | 2006 | 256.73 | 59.1 | 15,172.50 |
| | Conley, Sylvia J | 2006 | 472.58 | 126.9 | 59,970.00 |
| | DeGaetano, Melissa A | 2006 | 233.16 | 213.6 | 49,804.00 |
| | Kwok, Annette K | 2006 | 350.87 | 163.7 | 57,438.00 |
| | Lange, Gretchen L | 2006 | 232.93 | 215.2 | 50,126.00 |
| | McVoy, Katie M | 2006 | 237.90 | 66.8 | 15,892.00 |
| | Nevin, Douglas M | 2006 | 380.00 | 13.8 | 5,244.00 |
| | Petrelli III, John W | 2006 | 309.31 | 247.1 | 76,430.50 |

| Name | Year | Rate | Hours | Amount |
|---|---|---|---|---|
| Vanderwal, Amy E. | 2006 | 440.73 | 447.8 | 197,361.00 |
| Barker Brown, Erin R | 2007 | 223.28 | 136.4 | 30,455.00 |
| Biegelman, Daniel R. | 2007 | 400.00 | 516.6 | 206,640.00 |
| Brown, Seanna R. | 2007 | 410.10 | 775.7 | 318,116.50 |
| Figura, James D. | 2007 | 297.42 | 151.0 | 44,910.00 |
| Garvin, Naima J. | 2007 | 450.00 | 50.1 | 22,545.00 |
| Howard, Emily A. | 2007 | 400.00 | 456.4 | 182,560.00 |
| Jacobson, Michael B | 2007 | 340.46 | 320.0 | 108,947.50 |
| Karp, Brian S. | 2007 | 382.59 | 338.9 | 129,659.50 |
| Liburd, Essence | 2007 | 353.15 | 512.4 | 180,952.00 |
| Nann, Alissa M. | 2007 | 360.72 | 382.8 | 138,085.50 |
| Nelson, Maritza S | 2007 | 222.24 | 270.9 | 60,204.00 |
| Phillips, James E | 2007 | 287.07 | 396.5 | 113,825.00 |
| Starling, Jason E | 2007 | 225.00 | 0.8 | 180.00 |
| Walrath, Jennifer M | 2007 | 319.78 | 622.7 | 199,129.00 |
| Amin, Tina U | 2008 | 247.48 | 133.2 | 32,964.00 |
| Clarkson, Daniel E. | 2008 | 375.00 | 455.0 | 170,625.00 |
| Esmont, Joseph M. | 2008 | 212.22 | 323.9 | 68,739.00 |
| Goldstein, Robyn R. | 2008 | 266.14 | 558.9 | 148,747.00 |
| Hughes, Susan Whittaker | 2008 | 211.84 | 21.7 | 4,597.00 |
| Kaplan, Deborah A | 2008 | 338.42 | 288.0 | 97,465.50 |
| Khalil, Rebecca S | 2008 | 335.97 | 278.0 | 93,398.50 |
| Law, Adam R. | 2008 | 266.32 | 56.6 | 15,073.50 |
| Lindsay, Gillian G. | 2008 | 210.00 | 72.6 | 15,246.00 |
| Luke, Tarsha L | 2008 | 338.25 | 500.1 | 169,156.50 |
| McAllister, Magdeline K. | 2008 | 219.80 | 240.5 | 52,861.00 |
| Monier, Christy A. | 2008 | 320.47 | 421.4 | 135,048.00 |
| Murdock, Erin K. | 2008 | 211.87 | 352.6 | 74,704.00 |
| Osburn, Alexis C. | 2008 | 213.28 | 119.7 | 25,530.00 |
| Raven-Hansen, Erik J. | 2008 | 327.03 | 58.9 | 19,262.00 |
| Schill, Kathryn E | 2008 | 221.91 | 141.0 | 31,290.00 |
| Shrimanker, Amisha | 2008 | 375.00 | 606.2 | 227,325.00 |
| Sim, Chee Mei | 2008 | 215.00 | 30.5 | 6,557.50 |
| Sivick, Krista A. | 2008 | 233.21 | 101.0 | 23,554.00 |
| Smith, Andrene | 2008 | 316.45 | 6.2 | 1,962.00 |
| Stanek, Christopher J. | 2008 | 214.19 | 13.6 | 2,913.00 |
| Stanley, Trevor M. | 2008 | 315.04 | 397.8 | 125,324.00 |
| Thomas, Joshua C. | 2008 | 268.05 | 211.3 | 56,639.00 |
| Urda, Elizabeth G. | 2008 | 375.00 | 596.4 | 223,650.00 |
| Woltering, Catherine E. | 2008 | 219.73 | 504.3 | 110,809.50 |
| Zunno, Kathryn M. | 2008 | 450.00 | 103.0 | 46,350.00 |
| Campbell, Patrick T | 2009 | 336.99 | 301.0 | 101,435.00 |
| D'Andrea, Lindsey | 2009 | 219.36 | 48.8 | 10,705.00 |
| Fletcher, Adam L. | 2009 | 210.00 | 32.5 | 6,825.00 |
| Harker, Francesca M. | 2009 | 317.59 | 458.8 | 145,708.50 |
| Harris Weiss, Sarah C. | 2009 | 375.00 | 699.5 | 262,312.50 |
| Hilsheimer, Lauren M. | 2009 | 216.92 | 167.4 | 36,312.00 |
| Howe, Mary E. | 2009 | 318.81 | 575.9 | 183,604.50 |
| Law, Karen | 2009 | 275.00 | 153.9 | 42,322.50 |
| Makuch, Chad W. | 2009 | 210.00 | 39.7 | 8,337.00 |
| Marck, Michelle K | 2009 | 375.00 | 512.1 | 192,037.50 |
| Markel, Tatiana | 2009 | 318.18 | 677.4 | 215,535.00 |
| McCarthy, Conor T. | 2009 | 210.00 | 29.0 | 6,090.00 |
| McKnight, Katherine L. | 2009 | 309.99 | 583.6 | 180,908.00 |
| Murray, Kelli A. | 2009 | 230.00 | 111.1 | 25,553.00 |
| Ozturk, Ferve E. | 2009 | 375.00 | 458.9 | 172,087.50 |
| Petry, S. Colin G. | 2009 | 210.00 | 46.6 | 9,786.00 |
| Schweller, Jessie A. | 2009 | 375.00 | 584.7 | 219,262.50 |
| Sheroian, Ashley L. | 2009 | 217.04 | 270.8 | 58,775.50 |

| | | | | | |
|---|---|---|---|---|---|
| | Vessells, Jennifer A. | 2009 | 216.43 | 182.4 | 39,476.50 |
| | Winquist, Justin T. | 2009 | 240.00 | 75.7 | 18,168.00 |
| | Witt, Sara L. | 2009 | 210.00 | 13.6 | 2,856.00 |
| | Castillon, Jesus J. | 2010 | 265.00 | 419.4 | 111,141.00 |
| | Fein, Amanda E. | 2010 | 292.02 | 596.5 | 174,187.50 |
| | James, Christopher T. | 2010 | 265.00 | 285.3 | 75,604.50 |
| | Maynard, Kim M. | 2010 | 292.40 | 771.2 | 225,501.00 |
| | Scott, Justin T. | 2010 | 265.00 | 419.0 | 111,035.00 |
| | Vasel, Denise D. | 2010 | 292.89 | 384.5 | 112,615.50 |
| | Flynn, Alison | * | 375.00 | 654.2 | 245,325.00 |
| | Fox, Kimberly A. | * | 319.42 | 53.9 | 17,217.00 |
| | Koch, Jacqueline R. | * | 301.38 | 196.7 | 59,282.00 |
| | McNulty, Thomas P | * | 220.00 | 64.8 | 14,256.00 |
| | O'Brien, Aaron A. | * | 210.00 | 12.0 | 2,520.00 |
| | Portnoy, Lesley F. | * | 292.24 | 148.4 | 43,368.00 |
| Associates Total | | | | 36,446.4 | 12,309,843.00 |

*** In accordance with general business practices, billing rates for B&H attorneys and paraprofessionals went up in January 2010. The rates used on this Exhibit reflect the weighted average of 2009 and 2010 hourly rates.

| Summary Class | Name | YEAR ADMITTED | HOURLY RATE*** | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Abramovitz, Moritz | | 150.00 | 28.5 | 4,275.00 |
| | Adams, Michele G | | 150.00 | 1.3 | 195.00 |
| | Alfred, Tamara K. | | 160.00 | 153.7 | 24,592.00 |
| | Angers, Dennis B | | 220.00 | 0.3 | 66.00 |
| | Atkinson, Susan L | | 165.00 | 0.8 | 132.00 |
| | Berkowitz, Brooke N. | | 214.63 | 188.9 | 40,544.00 |
| | Blaber, Theresa A | | 240.59 | 105.2 | 25,310.00 |
| | Bliss, Stephanie L. | | 204.02 | 33.6 | 6,855.00 |
| | Bordner, Alexa T. | | 110.00 | 3.5 | 385.00 |
| | Brown, Matthew J. | | 124.25 | 92.4 | 11,481.00 |
| | Cabrera, Ramon C | | 190.00 | 10.7 | 2,033.00 |
| | Chamberlain, David R | | 175.00 | 37.8 | 6,615.00 |
| | Chiofalo, Frank A. | | 187.66 | 238.7 | 44,794.50 |
| | Creagan, Carol A | | 150.00 | 27.8 | 4,170.00 |
| | Crowley, Robert L. | | 150.00 | 17.8 | 2,670.00 |
| | Fetzer, Jeffrey L | | 195.00 | 1.5 | 292.50 |
| | Landrio, Nikki M. | | 222.43 | 777.0 | 172,829.00 |
| | Lipkis, Shelly S. | | 183.04 | 145.2 | 26,578.00 |
| | Lowe, Sonia K | | 165.00 | 0.5 | 82.50 |
| | Maxwell, Sarah A | | 156.15 | 582.4 | 90,942.50 |
| | McCann, Donald S | | 165.85 | 35.7 | 5,921.00 |
| | Montani, Christine A. | | 242.53 | 623.3 | 151,172.00 |
| | Ostrander, John C. | | 160.00 | 299.1 | 47,856.00 |
| | Palm, Cortney D. | | 120.00 | 0.5 | 60.00 |
| | Paremoud, Jana | | 192.20 | 233.1 | 44,802.00 |
| | Peterson, Peggy A. | | 255.00 | 5.0 | 1,275.00 |
| | Rawles, Michael M | | 195.00 | 6.9 | 1,345.50 |
| | Rivera, David | | 220.00 | 23.3 | 5,126.00 |
| | Samarasekera, Dilip | | 171.88 | 144.4 | 24,820.00 |
| | Sherman, Jordan S. | | 200.00 | 235.2 | 47,040.00 |
| | Smith, Damian | | 240.00 | 62.0 | 14,880.00 |
| | Smith, Greer D | | 235.00 | 1.2 | 282.00 |
| | Speros, William | | 388.08 | 1,021.7 | 396,497.50 |
| | Sulhan, Barbara J | | 162.02 | 38.6 | 6,254.00 |
| | Sweet, Karen R | | 198.64 | 126.5 | 25,127.50 |
| | Tolbert, Amelia M. | | 111.63 | 23.9 | 2,668.00 |
| | Van Dyke, Dawn M | | 190.00 | 3.1 | 589.00 |
| | von Collande, Constance M. | | 242.48 | 634.0 | 153,735.00 |
| | Wallace, Dawn L. | | 241.64 | 320.0 | 77,325.00 |
| | Wilkins, Kerrick T. | | 170.00 | 10.8 | 1,836.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | | | | 6,295.9 | 1,473,453.50 |

\* In accordance with general business practices, billing rates for B&H attorneys and paraprofessionals went up in January 2010. The rates used on this Exhibit reflect the weighted average of 2009 and 2010 hourly rates.

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 579.83 | 21,997.0 | 12,754,576.00 |
| Associates Total | 337.75 | 36,446.4 | 12,309,843.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 234.03 | 6,295.9 | 1,473,453.50 |
| Blended Attorney Rate | 428.87 | | |
| Total Fees Incurred | | 64,739.3 | 26,537,872.50 |

| | | |
|---|---|---|
| | **Less 10% Courtesy Discount** | 2,653,787.26 |
| | | 23,884,085.25 |