## EXHIBIT C

### EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRD INTERIM PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 30, 2010

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | 67,282.00 |
| E102 | Outside Printing (E102) | 5,615.06 |
| E104 | Facsimile (E104) | 30.89 |
| E105 | Telephone (E105) | 2,129.93 |
| E106 | Online Research (E106) | 129,999.70 |
| E107 | Delivery Services/ Messengers (E107) | 10,047.30 |
| E108 | Postage (E108) | 4,908.57 |
| E109 | Local Travel (E109) | 40,132.69 |
| E110 | Out-of-Town Travel (E110) | 54,832.66 |
| E111 | Business Meals, etc. (E111) | 18,822.09 |
| E112 | Court Fees (E112) | 7,867.00 |
| E113 | Subpoena Fees (E113) | 11,540.00 |
| E114 | Witness Fees (E114) | 14.50 |
| E115 | Deposition Transcripts (E115) | 860.50 |
| E116 | Trial Transcripts (E116) | 5,286.58 |
| E119 | Experts (E119) | 4,799.38 |
| E120 | Private Investigators (E120) | 50.00 |
| E123 | Other Professionals (E123) | 18,924.84 |
| E124 | Other (E124) | 190.34 |
| E125 | Translation Costs (E125) | 5,760.86 |
| E129 | USPTO Fees (E129) | 1,110.00 |
| Grand Total | | 390,204.89 |