EXHIBIT D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THIRD INTERIM PERIOD OF OCTOBER 1, 2009 THROUGH JANUARY 31, 2010

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 15,704.5 | 6,350,640.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 3,400.3 | 1,542,101.00 |
| 03 | Feeder Funds | 5,240.1 | 2,517,254.00 |
| 04 | Asset Search Recovery and Sale | 367.5 | 180,970.50 |
| 05 | Internal Office Meetings with Staff | 1,570.7 | 753,061.00 |
| 07 | Billing | 412.0 | 129,052.50 |
| 08 | Case Administration | 1,771.7 | 637,711.00 |
| 09 | Banks | 2,901.1 | 1,446,563.50 |
| 10 | Court Appearances | 9.1 | 6,155.00 |
| 11 | Press Inquires and Responses | 24.2 | 14,868.00 |
| 12 | Document Review | 5,150.4 | 1,699,817.50 |
| 13 | Discovery - Depositions and Document Productions | 381.5 | 197,288.00 |
| 14 | International | 1,838.8 | 929,101.00 |
| 15 | Charities | 313.8 | 132,189.50 |
| 000003 | Stanley Chais | 1,553.2 | 742,283.50 |
| 000004 | J. Ezra Merkin | 1,528.8 | 611,494.00 |
| 000005 | Customer Claims (2009 - 2011) | 12,412.4 | 4,322,698.00 |
| 000006 | Vizcaya | 410.5 | 181,027.00 |
| 000007 | Madoff Family | 1,447.4 | 691,525.50 |
| 000008 | Norman Levy | 157.9 | 98,081.00 |
| 000009 | Fairfield Greenwich | 2,627.1 | 845,845.50 |
| 000010 | Harley | 106.4 | 58,465.00 |
| 000011 | Cohmad Securities Corporation | 1,058.9 | 431,928.50 |
| 000012 | Picower | 458.7 | 255,310.50 |
| 000013 | Kingate | 650.9 | 303,442.00 |
| 000015 | Herald | 640.1 | 292,862.00 |
| 000016 | Alpha Prime | 179.4 | 74,338.50 |
| 000017 | Primeo Fund | 142.3 | 69,072.50 |
| 000018 | Thybo | 60.8 | 28,987.00 |
| 000019 | Ruth Madoff | 107.1 | 59,471.50 |
| 000020 | Carl Shapiro | 1,549.0 | 755,541.50 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 562.7 | 178,726.00 |
|  |  | 64,739.3 | 26,537,872.50 |