Exhibit B

Summary of Second Interim Fee Application
Of Windels Marx Lane & Mittendorf, LLP
For Services Rendered from
November 1, 2009 through January 2010

| Name<br><br>**Partners and Special Counsel** | Year Admitted | Hourly Rate 2009 | Total Hours Billed 2009 | Hourly Rate 2010 | Total Hours Billed 2010 | Total Compensation 2009/2010 |
|---|---|---|---|---|---|---|
| Alan Nisselson | 1977 | 510.00 | 29.20 | 555.00 | 7.30 | 18,943.50 |
| Howard L. Simon | 1977 | 445.00 | 97.10 | 495.00 | 31.30 | 58,703.00 |
| Charles A. Damato | 1979 | 445.00 | 1.40 | 470.00 | 0.00 | 623.00 |
| Regina Griffin | 1993 | 390.00 | 285.90 | 460.00 | 165.60 | 187,677.00 |
| Alan Landzberg | 1979 | 445.00 | 0.00 | 460.00 | 5.50 | 2,530.00 |
| Leslie S. Barr | 1985 | 390.00 | 4.90 | 430.00 | 0.20 | 1,997.00 |
| David Orlin | 1951 | 445.00 | 0.20 | 460.00 | 0.00 | 89.00 |
| Michael J. Clain | 1982 | 445.00 | 3.00 | 460.00 | 1.00 | 1,795.00 |
| Total Partners and Special Counsel | | | **421.70** | | **210.90** | **272,357.5** |
| Name<br><br>**Associates** | Year Admitted | Hourly Rate 2009 | Total Hours Billed 2009 | Hourly Rate 2010 | Total Hours Billed 2010 | Total Compensation 2009/2010 |
| Kim M. Longo | 2002 | 315.00 | 247.80 | 360.00 | 109.10 | 117,333.00 |
| Elizabeth Fiechter | 2006 | 245.00 | 323.90 | 295.00 | 196.50 | 137,323.00 |
| Stacey A. Bell | 2001 | 315.00 | 297.90 | 335.00 | 166.30 | 149,549.00 |
| Brian W. Kreutter | 2003 | 315.00 | 221.40 | 335.00 | 141.80 | 117,244.00 |
| Karen M. Cullen | 1981 | | 0.00 | 360.00 | 89.70 | 32,292.00 |
| Christopher A. Albanese | 2007 | 230.00 | 37.30 | 250.00 | 157.90 | 48,054.00 |
| Robin Mooers | 2005 | | 0.00 | 295.00 | 22.80 | 6,726.00 |
| Total Associates | | | **1,128.30** | | **884.10** | **608,521.00** |

{10556172:1}

| Name | | Hourly Rate 2009 | Total Hours Billed 2009 | Hourly Rate 2010 | Total Hours Billed 2010 | Total Compensation 2009/2010 |
|---|---|---|---|---|---|---|
| **Paraprofessionals** | | | | | | |
| Tracy Heston | | 210.00 | 26.00 | 220.00 | 0.00 | 5,460.00 |
| Anna Cote | | 210.00 | 94.90 | 220.00 | 47.30 | 30,335.00 |
| Candi McBride | | 190.00 | 1.30 | 190.00 | 0.00 | 247.00 |
| Joel L. Solomon | | 170.00 | 6.10 | 175.00 | 0.80 | 1,177.00 |
| Susan Wiener | | 170.00 | 122.20 | 175.00 | 23.50 | 24,886.50 |
| Michael Simon | | 140.00 | 233.81 | 145.00 | 104.80 | 47,928.00 |
| Paul Goldsmith | | 195.00 | 1.0 | 195.00 | 0 | 195.00 |
| Ursula Murawska | | 110.00 | 0.10 | 125.00 | 0.00 | 11.00 |
| Maritza Segarra | | 140.00 | 0.00 | 140.00 | 3.00 | 420.00 |
| Total Paraprofessionals | | | **485.40** | | **179.40** | **110,659.5** |

| | Blended Rate | Total Hours Billed 2009 and 2010 | Total Compensation |
|---|---|---|---|
| Partners and Special Counsel | 430.50 | 632.6 | 272,357.50 |
| Associates | 302.39 | 2012.4 | 608,521.00 |
| Total Paraprofessionals | 166.45 | 664.8 | 110,659.50 |
| Blended Attorney Rate | 299.58 | 3309.8 | |
| Total Fees Incurred | | | 991539.40 |

{10556172:1}