## EXHIBIT C

## EXPENSE SUMMARY BY WINDELS MARX LANE & MITTENDORF
## FOR SECOND INTERIM PERIOD OF NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

| Code Description | Amount |
|---|---|
| Copying | $7848.80 |
| Facsimile | $32.39 |
| Telephone | $100.75 |
| Online Research | $5,151.78 |
| Delivery Services/Messengers | $238.52 |
| Postage | $75.90 |
| Local Travel | $1,476.42 |
| Business Meals, etc. | $257.97 |
| Court Fees | $224.93 |
| Other | $1,507.50 |
| **Grand Total** | **$16,914.96** |

{10555906:1}