EXHIBIT D

COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
BY WINDELS MARX LANE & MITTENDORF FOR SECOND INTERIM
PERIOD OF NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010

| Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 59.0 | $20,294.00 |
| 005 | Claims Administration | .2 | $92.00 |
| 007 | Fee/Employment Applications | 85.5 | $25,093.50 |
| 010 | Litigation | 1746.40 | $567,234.00 |
| 020 | Internal Office Meetings | 23.4 | $7,868.50 |
| 039 | Trustee Investigation | 1395.31 | $370,957.40 |
| Total | | **3309.81** | **$991,539.40** |

{10555925:1}