Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Marc E. Hirschfield  
Email: mhirschfield@bakerlaw.com  

Hearing Date: May 5, 2010  
Time: 10:00 AM  

Objections Due: April 28, 2010  
Time: 4:00 p.m.  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
SECURITIES INVESTOR PROTECTION  
CORPORATION,  

       Plaintiff,  

       v.  

BERNARD L. MADOFF INVESTMENT  
SECURITIES LLC,  

       Defendant.  

In re:  

BERNARD L. MADOFF,  

       Debtor.  

Adv. Pro. No. 08-01789 (BRL)  

SIPA Liquidation  

(Substantively Consolidated)  

**NOTICE OF HEARING ON THIRD APPLICATIONS FOR INTERIM**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS**
<u>**FROM OCTOBER 1, 2009 THROUGH JANUARY 31, 2010**</u>

**PLEASE TAKE NOTICE**, that on **May 5, 2010 at 10:00 a.m.**, a hearing (the "Hearing") will be

held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at the United States Bankruptcy

Court, Southern District of New York, One Bowling Green, Courtroom 623, New York, New York 10004, on

the applications for interim compensation for services rendered and reimbursement of actual and necessary

expenses incurred by applicants from October 1, 2009 through January 31, 2010 (the "Applications") of the

following parties:

300079727

**I.     FEES REQUESTED**

**Applicants**[1]

| | | |
|---|---|---|
| Baker & Hostetler LLP | Fees: | $23,884,085.25 |
| Counsel to the Trustee | 85%: | $20,301,472.46 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses: | $390,204.89 |
| | | |
| Irving H. Picard, Esq. | Fees: | $671,591.25 |
| SIPA Trustee | 85%: | $570,852.56 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses | $77.66 |
| | | |
| Windels Marx Lane & Mittendorf | Fees: | $991,539.40 |
| Special Counsel | 80%: | $793,231.52 |
| (Period: November 1, 2009 through January 31, 2010) | Expenses: | $16,914.96 |
| | | |
| Attias & Levy | Fees: | $195,375.60 |
| Special Counsel | 80%: | $156,300.48 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses: | $7,218.52 |
| | | |
| Eugene F. Collins | Fees: | $10,208.16 |
| Special Counsel to the Trustee | 80%: | $8,166.53 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses: | N/A |
| | | |
| Lovells LLP | Fees: | $383,128.20 |
| Special Counsel to the Trustee | 80%: | $306,502.56 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses: | $43,672.39 |
| | | |
| Williams Barristers & Attorneys | Fees: | $80,500.00 |
| Special Counsel to the Trustee | 80%: | $64,400.00 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses: | $12,495.00 |
| | | |
| Schiltz & Schiltz | Fees: | $85,756.50 |
| Special Counsel to the Trustee | 80%: | $68,605.20 |
| (Period: May 1, 2009 through September 30, 2009) | Expenses: | $5,574.17 |
| | | |
| Higgs Johnson Truman Bodden & Co. | Fees: | $53,550.00 |
| Special Counsel to the Trustee | 80%: | $42,840.00 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates, except for Attias & Levy, which has agreed to a 20% public interest discount.  All Applicants have also agreed to a holdback (15% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

300079727                                2

| **Applicants**[1] | | |
|---|---|---|
| (Period: May 1, 2009 through September 30, 2009) | Expenses: | $7,680.91 |
| | | |
| Kugler Kandestin, L.L.P. | Fees: | $5,118.57 |
| Special Counsel to the Trustee | 80%: | $4,094.86 |
| (Period: October 1, 2009 through January 31, 2010) | Expenses | $193.08 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Burton R. Lifland, United States Bankruptcy Judge, and a copy served upon and received by (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on April 28, 2010**.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Applications may be adjourned without further notice other than by announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated: New York, New York
April 9, 2010

Respectfully submitted,

*s/David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*