Marc G. Rosenberg
McLAUGHLIN & STERN, LLP
260 Madison Avenue, 18th Fl.
New York, NY 10016
(212) 448-1100
mrosenberg@mclaughlinstern.com
Attorneys for Matthew Liebman and
Phyllis A. Poland.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiffs

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

**CERTIFICATE OF SERVICE**

  I, Tom Braegelmann, hereby certify that on April 8, 2010 I caused true and correct copies of the respective **Objections to Trustee's Determination of Claim** on behalf of Matthew Liebman and Phyllis A. Poland to be filed electronically with the Court, and filed by hand on the same day upon the Court, and served via messenger upon:

  Irving H. Picard, Esq.
  Trustee for Bernhard L. Madoff Investment Securities, LLC
  c/o Baker & Hostetler LLP
  45 Rockefeller Plaza
  New York, New York 10111

April 8, 2010
New York, New York

              _____
                 Tom Braegelmann