BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:      (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON APRIL 13, 2010 AT 10:00 A.M.

### UNCONTESTED MATTERS

### SIPC v. BLMIS; Adv. Pro. No. 08-1789

1.    Motion to Authorize Trustee's Entry Into Third Amended and Restated Asset Purchase Agreement With Surge Trading Inc. F/K/A Castor Pollux Securities, Inc. filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed:  3/30/2010) [Docket No. 2116]

300081813

Related Documents:

A.      Joint Statement of the Trustee and Surge Trading Inc. f/k/a Castor Pollux Securities, Inc. in Connection With Trustee's Motion To Authorize Trustee's Entry Into Third Amended & Restated Asset Purchase Agreement With Surge Trading Inc., f/k/a Castor Pollux Securities, Inc. (related document 2116 ) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  April 1, 2010) [Docket No. 2124]

B.      Certificate of Service AND Notice of Trustee's Filing of Third Amended and Restated Asset Purchase Agreement With Surge Trading Inc., f/k/a Castor Pollux Securities, Inc. (related documents 2116, 2124) filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed:  April 12, 2010) [Docket No. 2201

Objection Deadline:              April 6, 2010

Objections Filed:                None

Status:                          This matter is going forward.

## **CONTESTED MATTERS**

2.      Notice of Trustee's Motion For an Order To Schedule Hearing on "Customer" Issue filed by David J. Sheehan on behalf of Irving H. Picard  (Filed:  April 19, 2010) [Docket No. 2052]

Objection Deadline:              April 6, 2010

Objections Filed:

A.      Objection to motion of trustee for an order to schedule hearing on "Customer" issue (related document 1209) filed by Steven Surabian, Richard Surabian, Martin M. Surabian  (Filed:  April 5, 2010) [Docket No. 2133]

B.      Response (related documents 2025, 2057, 1621) filed by David and Irma Gross (Filed:  April 5, 2010) [Docket No. 2134]

C.      Objection to trustee's motion Re: "Customer" Issue (related document 2052) filed by Ira M. Hariton  (Filed:  April 5, 2010) [Docket No. 2136]

Status:                          This matter is going forward.

Dated:  New York, New York
          April 12, 2010

Respectfully submitted,


*s/Marc E. Hirschfield*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*