# EXHIBIT B

## Partners

Register Now
as of 11/30/2008

| Code | Partners | Units | Paid in USD | Value USD | % Fund |
|---|---|---|---|---|---|
| SAV005 | BJM Diverse Prosperiti Ltd | 52.88 | 529,120.16 | 538,943.13 | 5.45% |
| SAV012 | BJM Diverse Prosperiti Ltd - Sid Rebe | 49.93 | 499,989.14 | 510,880.17 | 5.17% |
| SAV008 | Equity 360 Ltd | 337.43 | 3,378,988.58 | 3,440,903.18 | 34.62% |
| SAV006 | Gardenview Nominees (Pty) Ltd | 117.71 | 1,177,056.68 | 1,199,715.43 | 12.14% |
| SAV007 | Grange Nominees Limited A/C RMB | 120.00 | 1,199,968.06 | 1,227,816.65 | 12.42% |
| SAV010 | Mimosa Finance Holdings Limited | 29.96 | 300,000.00 | 305,247.23 | 3.09% |
| SAV009 | Patrice Michael Moyal | 49.93 | 500,000.00 | 508,745.38 | 5.15% |
| SAV011 | Pershing Nominees Ltd A/C CCCLT | 151.78 | 1,519,956.34 | 1,546,525.90 | 15.65% |
| SAV013 | Trafalgar Securities Ltd | 59.92 | 593,958.61 | 604,353.58 | 6.12% |

Undistributed gain/loss: 0.00 USD
Total: 9,883,130.66 USD
Total number of units: 969.53596710
Unit value: 10,193.67 USD

Add new partner »

## Accounts

| Account | Value |
|---|---|
| Barclays $ | 58,281.49 |
| Barclays - Funds on deposit $ | 0.00 |
| Bernard Madoff - Cash $ | 20,974.14 |

Add new account »

## Portfolio

| Symbol | Position name | Shares | Cost USD | Price | Value USD | Unrealized Gain USD |
|---|---|---|---|---|---|---|
| ABT | Abbott Lab | 4,028.000000 | 220,130.08 | 52.39000000 | 211,026.92 | -9,103.16 |
| AMGN | Amgen Inc | 2,756.000000 | 163,154.96 | 55.54000000 | 153,068.24 | -10,086.72 |
| AAPL | Apple Inc | 2,332.000000 | 235,111.96 | 92.67000000 | 216,106.44 | -19,005.52 |
| T | AT&T | 15,052.000000 | 407,006.00 | 28.56000000 | 429,885.12 | 22,879.12 |
| BAC | Bank Of America | 12,720.000000 | 275,132.80 | 16.25000000 | 206,700.00 | -68,432.80 |
| CVX | Chevron | 5,300.000000 | 389,391.00 | 79.01000000 | 418,753.00 | 29,362.00 |
| CSCO | Cisco | 15,476.000000 | 259,532.48 | 16.54000000 | 255,973.04 | -3,559.44 |
| C | Citi Bank | 13,780.000000 | 172,938.80 | 8.29000000 | 114,236.20 | -58,702.60 |
| KO | Coca Cola | 5,088.000000 | 227,433.08 | 46.87000000 | 238,474.56 | 11,041.48 |
| CMCSA | Comcast Corp Cl A | 7,632.000000 | 126,309.32 | 17.34000000 | 132,338.88 | 6,029.56 |
| COP | ConocoPhilips | 3,816.000000 | 200,530.16 | 52.52000000 | 200,416.32 | -113.84 |
| XOM | Exxon Mobil Corp | 13,356.000000 | 973,919.28 | 80.15000000 | 1,070,483.40 | 96,564.12 |
| GE | General Electric | 26,924.000000 | 529,594.12 | 17.17000000 | 462,285.08 | -67,309.04 |
| GOOG | Google | 636.000000 | 214,611.40 | 292.96000000 | 186,322.56 | -28,288.84 |
| HPQ | Hewlett Packard | 6,360.000000 | 222,218.00 | 35.28000000 | 224,380.80 | 2,162.80 |
| INTC | Intel Corporation | 14,628.000000 | 212,837.28 | 13.80000000 | 201,866.40 | -10,970.88 |
| IBM | International Bussiness Machines | 3,604.000000 | 314,665.08 | 81.60000000 | 294,086.40 | -20,578.68 |
| JNJ | Johnson and Johnson | 6,996.000000 | 417,100.68 | 58.58000000 | 409,825.68 | -7,275.00 |
| JPM | JP Morgan | 9,540.000000 | 367,957.20 | 31.66000000 | 302,036.40 | -65,920.80 |
| MCD | McDonalds | 2,968.000000 | 164,456.16 | 58.75000000 | 174,370.00 | 9,913.84 |
| MRK | Merck & Co | 5,512.000000 | 157,587.60 | 26.72000000 | 147,280.64 | -10,306.96 |
| MSFT | Microsoft Corp | 20,140.000000 | 440,058.40 | 20.22000000 | 407,230.80 | -32,827.60 |
| ORCL | Oracle Corp | 10,176.000000 | 176,451.80 | 16.09000000 | 163,731.84 | -12,719.96 |
| PEP | Pepsi Co | 4,028.000000 | 227,380.48 | 56.70000000 | 228,387.60 | 1,007.12 |
| PFE | Pfizer | 17,172.000000 | 291,579.68 | 16.43000000 | 282,135.96 | -9,443.72 |
| PM | Phillip Morris | 5,300.000000 | 231,292.00 | 42.16000000 | 223,448.00 | -7,844.00 |
| PG | Procter and Gamble | 7,632.000000 | 489,363.56 | 64.35000000 | 491,119.20 | 1,755.64 |
| QCOM | Qualcomm Inc | 4,240.000000 | 143,353.80 | 33.57000000 | 142,336.80 | -1,017.00 |
| OXBXD | S&P 100 Index 420 Dec Put | 212 | 636,212.00 | 16.50000000 | 349,800.00 | -286,412.00 |
| OXBLF | S&P 100 Index Nov 430 Call | -212 | -550,988.00 | 23.30000000 | -493,960.00 | 57,028.00 |
| SLB | Schlumberger Ltd | 3,180.000000 | 157,473.40 | 50.74000000 | 161,353.20 | 3,879.80 |
| UPS | United Parcel SCV Inc Class B | 2,544.000000 | 132,490.76 | 57.60000000 | 146,534.40 | 14,043.64 |
| UTX | United Technologies | 2,544.000000 | 135,340.04 | 48.53000000 | 123,460.32 | -11,879.72 |
| USB | US Bancorp | 4,452.000000 | 131,645.56 | 26.98000000 | 120,114.96 | -11,530.60 |
| 912795K91 | US Treasury Bill 03/26/09 YTM... | 650,000.000000 | 649,519.00 | 0.99964861 | 649,771.60 | 252.60 |
| VZ | Verizon Wireless | 7,208.000000 | 219,483.28 | 32.65000000 | 235,341.20 | 15,857.92 |
| WMT | Walmart | 5,512.000000 | 307,954.96 | 55.88000000 | 308,010.56 | 55.60 |
| WFC | Wells Fargo & Co | 8,904.000000 | 265,695.20 | 28.89000000 | 257,236.56 | -8,458.64 |

Total: 10,335,923.36    9,845,969.08 USD    -489,954.28 USD

Open new position »