# EXHIBIT A

# SECURITIES INVESTOR PROTECTION CORPORATION
## Irving Picard, Trustee of Bernard L. Madoff Investment Securities, LLC

Period Ended February 28, 2010    Report No. 15

### CASH RECEIPTS:

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | Cumulative Detail General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $40,792,851.35 | 5,206.29 | 5,206.29 | | $ | | |
| Transfer from Debtor's Estate - Other * (See Note) | 0.00 | 336,660,934.06 | 336,660,934.06 | | | | 4010 |
| Transfers from Debtor's Estate - BNY account | 0.00 | 235,156,309.36 | 235,156,309.36 | | | | 4014 |
| Transfers from Debtor's Estate - Chase account | 2,037.78 | 954,719.24 | 956,757.02 | | | | 4016 |
| Interest and Dividends | 0.00 | 37,273,558.32 | 37,273,558.32 | | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 21,783,082.40 | 21,783,082.40 | | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 12,660,000.00 | 12,660,000.00 | | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 1,003,385.73 | 1,003,385.73 | | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 89,690.80 | 89,690.80 | | | | 4070 |
| - Sports Tickets | 0.00 | 1,583,599.32 | 1,583,599.32 | | | | 4071 |
| - Bank Debt Participations | 0.00 | 204,170.51 | 204,170.51 | | | | 4072 |
| - DTCC Shares | 0.00 | 752,963.00 | 752,963.00 | | | | 4073 |
| - BLM Air Charter | 0.00 | 9,841.45 | 9,841.45 | | | | 4074 |
| Refunds - Deposits | 147,750.00 | 21,275.68 | 169,025.68 | | | | 4091 |
| - Dues/Subscriptions | 0.00 | 157.00 | 157.00 | | | | 4092 |
| - Car Registrations | 0.00 | 43,029.76 | 43,029.76 | | | | 4093 |
| - Vendors | 0.00 | 793.61 | 793.61 | | | | 4094 |
| - Transit Cards | 0.00 | 402,859.56 | 402,859.56 | | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 144,500.00 | 144,500.00 | | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 50.84 | 50.84 | | | | 4097 |
| - Refunds Other | -234,381,048.00 | 234,381,048.00 | 0.00 | | | | 4099 |
| Recoveries - Litigation Related | 235,381,048.00 | 0.00 | 235,381,048.00 | | | | 4101 |
| - Pre-Litigation Settlements | 1,671,589.76 | 25,425,716.65 | 27,097,306.41 | | | | 4021 |
| - Customer Preferences | 0.00 | 10,674.74 | 10,674.74 | | | | 4020 |
| - Employees | 0.00 | 12,777.56 | 12,777.56 | | | | 4102 |
| - Taxing Authorities | 0.00 | 126,437.08 | 126,437.08 | | | | 4103 |
| - Class Actions | 0.00 | 308,948.49 | 308,948.49 | | | | 4104 |
| - NASDAQ | 0.00 | 183,683.79 | 183,683.79 | | | | 4105 |
| - NYSE | 0.00 | 96,816.23 | 96,816.23 | | | | 4106 |
| - Transaction Fees | 0.00 | 644.64 | 644.64 | | | | 4107 |
| - Other | 0.00 | 0.36 | 0.36 | | | | 4109 |
| Miscellaneous | 4,915.96 | 430,391.50 | 435,307.46 | | | | 4110 |
| Subtenant Rent | | | | | | | 4111 |
| Sub-total General Cash Receipts | $2,826,293.50 | $909,727,265.97 | $912,553,559.47 | $0.00 | $0.00 | $0.00 | |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 9,970,178.52 | 131,849,362.37 | 141,819,540.89 | | | | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | | 2921 |
| - Cash in Lieu | 35,856,542.90 | 566,584,302.55 | 602,440,845.45 | | | | 2922 |
| Sub-total SIPC Advances | $45,826,721.42 | $698,433,664.92 | $744,260,386.34 | | | | |
| Total Cash Receipts | $48,653,014.92 | $1,608,160,930.89 | $1,656,813,945.81 | $0.00 | $0.00 | $0.00 | |

* (Note) In addition, on January 30, 2009, Depository Trust & Clearing Corp. transferred to the Trustee's brokerage account 1601 securities positions. The total net equity value at February 28, 2010 is $305,310,757.
(See Page 5 for more details)

Period Ended **February 28, 2010**

Report No. 15

**CASH DISBURSEMENTS:**

*Administrative Disbursements*

| General Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| Computer - Rental | 0.00 | 11,121.59 | $11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | $55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | $204,159.01 | 5013 |
| Employee related - Salaries-Net | 0.00 | 4,361,844.80 | $4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | $318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 117.76 | 1,469.84 | $1,587.60 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | $29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | $830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,793.62 | $6,793.62 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | $1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | $9,006.83 | 5028 |
| - Other | 0.00 | 1,722.90 | $1,722.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 600.00 | $600.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 17,000.00 | $17,000.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | $12,578.00 | 5032 |
| - Other | 0.00 | 4,248.00 | $4,248.00 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | $8,195.96 | 5045 |
| - Other | 0.00 | 9,174.37 | $9,174.37 | 5049 |
| Rent - Office | 50,976.38 | 2,860,193.02 | $2,911,169.40 | 5050 |
| - Equipment | 0.00 | 1,695.89 | $1,695.89 | 5051 |
| - Warehouse | 0.00 | 149,861.58 | $149,861.58 | 5052 |
| - Bulova | 0.00 | 310,130.75 | $310,130.75 | 5053 |
| - Other | 936.00 | 17,321.27 | $18,257.27 | 5059 |
| Telephone and Telegraph | 0.00 | 360,456.68 | $360,456.68 | 5060 |
| Communication Fees | 0.00 | 626,227.89 | $626,227.89 | 5061 |
| Utilities - Electricity | 185.25 | 4,559.44 | $4,744.69 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 458.52 | 69,003.86 | $69,462.38 | 5080 |
| - Moving&Storage | 0.00 | 140,760.00 | $140,760.00 | 5081 |
| - Postage/Handling/Prep | 12,545.30 | 23,387.44 | $35,932.74 | 5082 |
| - Reproduction | 23,962.18 | 112,259.11 | $136,221.29 | 5083 |
| - Locksmith | 0.00 | 2,770.83 | $2,770.83 | 5084 |
| - Security | 0.00 | 249,897.70 | $249,897.70 | 5085 |
| - Supplies | 0.00 | 3,342.03 | $3,342.03 | 5086 |
| - Temporary Help | 182,869.96 | 3,290,688.32 | $3,473,558.28 | 5087 |
| - Other | 0.00 | 33,798.47 | $33,798.47 | 5089 |
| Taxes | 0.00 | 77,671.94 | $77,671.94 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 39,566.01 | $39,566.01 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | $23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | $163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | $16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | $2,207.42 | 5104 |
| Scanning - Investigation | 0.00 | 4,241,161.17 | $4,241,161.17 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | $38,975.00 | 5112 |
| Sub-total General Admin. Disbursements | $272,051.35 | $18,741,661.89 | $19,013,713.24 | |

| Professional Fees and Expenses | | | | |
|---|---:|---:|---:|---|
| Trustee Fees | 144,720.78 | 1,633,489.20 | $1,778,209.98 | 5200 |
| Trustee Expenses | 0.00 | 1,030.41 | $1,030.41 | 5201 |
| Trustee Counsel Fees (Baker) | 4,520,428.85 | 40,460,161.04 | $44,980,589.89 | 5210 |
| Trustee Counsel Expenses (Baker) | 143,142.04 | 732,753.28 | $875,895.32 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 769,591.20 | $769,591.20 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 17,843.38 | $17,843.38 | 5213 |
| Special Counsel Fees | 47,459.01 | 2,029,445.59 | $2,076,904.60 | 5220 |
| Special Counsel Expenses | 193.63 | 146,186.73 | $146,380.36 | 5221 |
| Consultant Fees | 69,282.50 | 65,776,151.87 | $65,845,434.37 | 5240 |
| Consultant Expenses | 7,156.49 | 2,169,497.94 | $2,176,654.43 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | $1,050,000.00 | 5242 |
| Sales Tax | 1,790.07 | 488,473.51 | $490,263.58 | 5243 |
| Hosting Expense | 0.00 | 1,363,430.02 | $1,363,430.02 | 5244 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | $300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | $6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | $316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | $15,000.00 | 5263 |
| Sub-total Professional Fees and Expenses | $4,934,173.37 | $117,275,503.25 | $122,209,676.62 | |
| **Total Administrative Disbursements** | $5,206,224.72 | $136,017,165.14 | $141,223,389.86 | |

Period Ended **February 28, 2010**

Report No. 15

## CASH DISBURSEMENTS:

| Claim Related Disbursements | Net Change for Period | Prior Period Cumulative | Total Paid | Customer Fund | Cumulative Totals General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu | $ 51,846,065.14 | $ 62,973,603.20 | $ 614,819,668.34 | | | | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6660 |
| Other - Contractual Commitments | | | | | | | 6000 |
| - Pd. Bank Loan | | | | | | | 6111 |
| - Indemnification | | | | | | | 6121 |
| Other - | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6160 |
| General Creditor | | | | | | | 6100 |
| | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | **$51,846,065.14** | **$562,973,603.20** | **$614,819,668.34** | **$0.00** | **$0.00** | **$0.00** | |
| **Other Disbursements (except investments)** | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Paid Bank Loan | | | | | | | 6311 |
| - Subrogation | | | | | | | 6321 |
| Other - | | | | | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | |
| Investments by Trustee - Purchases* | $0.00 | $868,377,311.20 | $868,377,311.20 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $5,206,124.72 | $136,017,165.14 | $141,223,389.86 | 0.00 | 0.00 | 0.00 | |
| **Total Disbursements** | **$57,052,289.86** | **$1,567,368,079.54** | **$1,624,420,369.40** | **$0.00** | **$0.00** | **$0.00** | |
| **Total Receipts less Disbursements** | **($8,399,274.94)** | **$40,792,851.35** | **$32,393,576.41** | **$0.00** | **$0.00** | **$0.00** | |
| **Ending Cash Balance** | **$32,393,576.41** | | | | | | |

* (Note) On August 27, 2009, a preferred custody account maintained by Citibank was established and $800,000,000 was transferred into the account.
On December 22, 2009, an additional amount of $8,377,311 was transferred.
As of February 28, 2010 the total net equity value of this account was $809,820,858.

*(See page 6 for more details)*

* (Note) On December 21, 2009, an insured money market account maintained by Citibank was established and $60,000,000 was transferred into the account.
As of February 28, 2010, the total net equity value of this account was $60,057,808.

Period Ended February 28, 2010                                                          Report No. 15

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---|---|---|
| Claims received | 16,314 | 50 | 90 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | - | - | - |
| b. On an account by account basis-Fully Satisfied (1) | 636 | - | - |
| c. On an account by account basis-Partially Satisfied (1) | 1,133 | - | - |
|  | 1,769 | - | - |
| Claims Determined but not yet satisfied (1) | 161 | - | - |
| Claims under review | 4,273 | 50 | 90 |
| Claims Denied: | | | |
| a. No Claims | 3 | - | - |
| c. Assets at Another Broker | - | - | - |
| c. Other Denials for which no objections were filed (1) | 7,865 | - | - |
| d. Denials for which objections were filed: | | | |
| - Hearing not yet set | 1,812 | - | - |
| - Set for Hearing | 431 | - | - |
| - Adjudicated | - | - | - |
|  | 14,545 | 50 | 90 |
| Accounts with cash and/or securities which were transferred in bulk | | | |
| Filing Date Value | | | |
| Customer name securities distributed | $ | | |
| Customer fund securities distributed | | | |
|  | $ | | |

(1) To the extent satisfied, customer claims have been paid with up to the maximum SIPC advance of $500,000.

_____          3/16/2010
(Trustee's Signature)                    (Date)

_____          3/15/10
(Accountant's Signature)                 (Date)

Page 4

08-01789-cgm    Doc 2207-1    Filed 04/14/10    Entered 04/14/10 13:55:33    Exhibit A
Pg 6 of 7

Period Ended February 28, 2010

Report No. 15

**IRVING H. PICARD, TRUSTEE FOR BLMIS LLC**
Morgan Joseph Account

| | Fixed Income | Equities | Accrued Interest | Sweep Account (Proceeds from sale of securities and other Investment transactions) | Account Balance |
|---|---|---|---|---|---|
| Balance on January 31, 2010 | 282,824,870 | 7,330,650 | 442,731 | 14,754,507 | 305,352,758 |
| Sale of Securities | | (3,979,005) | | 3,973,657 | (5,348) *Note 1 |
| Unrealized Gain or (Loss) | 132,183 | 51,295 | | | 183,478 |
| Interest and Dividends Earned | | | (220,887) | 757 | (220,130) |
| Other changes in Account Balance | | | | (1) | (1) |
| Balance on February 28, 2010 | 282,957,053 | 3,402,940 | 221,844 | 18,728,920 | 305,310,757 |

*Note 1: Actual gain on sales of Equity Securities

Page 5

Period Ended February 28, 2010

Report No. 15

IRVING H. PICARD, TRUSTEE FOR BLMIS LLC
Citibank Preferred Custody Account
A/C # 25D07057876B

| | Cash Assets/Mutual Funds | U.S. Treasury Bills | U.S. Treasury Notes | Accrued Interest | Account Balance |
|---|---|---|---|---|---|
| Balance January 31, 2010 | 10,060,179 | 699,363,953 | 100,027,000 | 129,962 | 809,581,094 |
| Unrealized Gain or (Loss) | | 63,995 | 118,000 | | 181,995 |
| Interest and Dividends Earned | 154 | | | 57,615 | 57,769 |
| Balance February 28, 2010 | 10,060,333 | 699,427,948 | 100,145,000 | 187,577 | 809,820,858 |

Page 6