BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED
### FOR HEARING ON APRIL 15, 2010 AT 10:00 A.M.

### CONTESTED MATTER

**Picard v. Merkin, et al.; Adv. Pro. No. 09-1182**

1. Motion to Dismiss Adversary Proceeding - Plaintiff's Second Amended Complaint filed by Jonathan D. Perry on behalf of Gabriel Capital Corporation, J. Ezra Merkin  (Filed: 1/25/2010) [Docket No. 53]

300082053

Related Documents:

A. Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint filed by Jonathan D. Perry on behalf of Gabriel Capital Corporation, J. Ezra Merkin  (Filed: 1/25/2010) [Docket No. 54]

B. Second Amended Complaint Against All Defendants Filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 12/23/2009) [Docket No. 49]

C. Certificate of Service of Exhibits A and B to the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 3/16/2010) [Docket No. 68]

D. Notice of Adjournment of Hearing on the Motions to Dismiss the Second Amended Complaint filed by Defendants Ariel Fund Limited and Gabriel Capital L.P., and Defendants J. Ezra Merkin and Gabriel Capital Corporation filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 1/11/2010) [Docket No. 52]

E. Notice of Adjournment of Hearing on Defendants Motions to Dismiss the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 4/7/2010) [Docket No. 73]

F. Certificate of Service of the Notice of Adjournment filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 4/8/2010) [Docket No. 74]

G. Notice of Rescheduled Hearings filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 4/15/2010  (Filed: 4/8/2010) [Docket No. 75]

Opposition Due:                February 24, 2010

Opposition Filed:

H. Memorandum of Law in Opposition to Motion By Defendants J. Ezra Merkin and Gabriel Capital Corporation To Dismiss The Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 2/24/2010) [Docket No. 62]

I. Declaration of Marc E. Hirschfield in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 2/24/2010) [Docket No. 64]

Reply Filed:

J. Reply Memorandum of Law in Further Support of Motion to Dismiss Plaintiff's Second Amended Complaint filed by Jonathan D. Perry on behalf of Gabriel Capital Corporation, J. Ezra Merkin  (Filed: 3/17/2010) [Docket No. 69]

2. Motion to Dismiss Adversary Proceeding - Notice of Motion by Defendants Ariel Fund Limited and Gabriel Capital L.P. to Dismiss the Second Amended Complaint filed by James C. McCarroll on behalf of Ariel Fund Ltd., Gabriel Capital, L.P.  (Filed: 1/25/2010) [Docket No. 55]

Related Documents:

A. Memorandum of Law in Support filed by James C. McCarroll on behalf of Ariel Fund Ltd., Gabriel Capital, L.P.  (Filed: 1/25/2010) [Docket No. 56]

B. Declaration in Support filed by James C. McCarroll on behalf of Ariel Fund Ltd., Gabriel Capital, L.P.  (Filed: 1/25/2010) [Docket No. 57)

C. Affidavit of Service filed by James C. McCarroll on behalf of Ariel Fund Ltd., Gabriel Capital, L.P.  (Filed: 1/25/2010) [Docket No. 58]

D. Corrected Memorandum of Law in Support filed by James C. McCarroll on behalf of Ariel Fund Ltd., Gabriel Capital, L.P.  (Filed: 1/25/2010) [Docket No. 59]

E. Second Amended Complaint Against All Defendants Filed by David J. Sheehan on behalf of Irving H. Picard  (Filed: 12/23/2009) [Docket No. 49]

F. Certificate of Service of Exhibits A and B to the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 3/16/2010) [Docket No. 68]

G. Notice of Adjournment of Hearing on the Motions to Dismiss the Second Amended Complaint filed by Defendants Ariel Fund Limited and Gabriel Capital L.P., and Defendants J. Ezra Merkin and Gabriel Capital Corporation filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 1/11/2010) [Docket No. 52]

H. Notice of Adjournment of Hearing on Defendants Motions to Dismiss the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 4/7/2010) [Docket No. 73]

I. Certificate of Service of the Notice of Adjournment filed by Marc E. Hirschfield on behalf of Irving H. Picard  (Filed: 4/8/2010) [Docket No. 74]

J.        Notice of Rescheduled Hearings filed by Marc E. Hirschfield on behalf of Irving H. Picard. with hearing to be held on 4/15/2010 (Filed: 4/8/2010) [Docket No. 75]

Opposition Due:        February 24, 2010

Opposition Filed:

K.        Memorandum of Law in Opposition to Motion By Defendants Ariel Fund Ltd. and Gabriel Capital L.P. To Dismiss The Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 2/24/2010) [Docket No. 63]

L.        Declaration of Marc E. Hirschfield in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint filed by Marc E. Hirschfield on behalf of Irving H. Picard (Filed: 2/24/2010) [Docket No. 64]

Reply Filed:

M.        Reply Memorandum of Law in Support of Motion by Defendants Ariel Fund Limited and Gabriel Capital, L.P. to Dismiss the Second Amended Complaint filed by John Scott on behalf of Ariel Fund Ltd., Gabriel Capital, L.P. (Filed: 3/17/2010) [Docket No. 70]

N.        Supplemental Declaration of Lance Gotthoffer in Further Support of Motion by Defendants Ariel Fund Limited and Gabriel Capital, L.P. to Dismiss the Second Amended Complaint filed by John Scott on behalf of Ariel Fund Ltd., Gabriel Capital, L.P. (Filed: 3/17/2010) [Docket No. 71]

O.        Affidavit of Service filed by John Scott on behalf of Ariel Fund Ltd., Gabriel Capital, L.P. (Filed: 3/22/2010) [Docket No. 72]

<u>Status</u>: These matters are going forward.

Dated: New York, New York
April 14, 2010

**BAKER & HOSTETLER LLP**

By: *s/Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff*