BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**CERTIFICATE OF SERVICE**

I, NIKKI M. LANDRIO, hereby certify that on April 14, 2010, I served true copies of the **Notice of Agenda For Matters Scheduled For Hearing on April 15, 2010 at 10:00 a.m.** upon counsel to all defendants in related adversary proceedings and upon the interested parties who receive electronic service through ECF, by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as

300082055

set forth on the attached Schedule A.

Dated: New York, New York  
   April 14, 2010             _s/Nikki M. Landrio_____  
                      NIKKI M. LANDRIO

## SCHEDULE A

Internal Revenue Service
District Director
290 Broadway
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA  19114

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**Chapter 7 Trustee**
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Robert Yalen – robert.yalen@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com

**Notices of Appearance**
Service via Electronic Notification through ECF Filing

**Counsel to Andrew M. Cuomo**
David Markowitz – david.markowitz@oag.state.ny.us
Neil Steiner – neil.steiner@oag.state.ny.us

300082055                                                3

Gary Mennitt – gary.mennitt@oag.state.ny.us
Daniel Sangeap – daniel.sangeap@oag.state.ny.us

**Counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation**
Neil A. Steiner, Esq.
Andrew J. Levander, Esq.
Jonathan D. Perry, Esq.
Gary J. Mennit, Esq.
Steven A. Engel, Esq.
Dechert LLP
Email:  neil.steiner@dechert.com
Email:  Andrew.levander@dechert.com
Email:  jonathan.perry@dechert.com
Email:  gary.mennitt@dechert.com
Email:  steven.engel@dechert.com


**Counsel to Gabriel Capital, L.P. and Ariel Fund Limited**
Howard Schiffman, Esq.
Eric Bensky, Esq.
Schulte Roth & Zabel LLP
Email:  howard.schiffman@srz.com
Email:  eric.bensky@srz.com

**Counsel to Bart M. Schwartz, Receiver of Gabriel Capital, L.P. and Ariel Fund Limited**
Lance Gotthoffer, Esq.
James C. McCarrroll, Esq.
Reed Smith LLP
Email:  lgotthoffer@reedsmith.com
Email:  mccarroll@reedsmith.com

**Counsel to Ascot Partners, L.P. and David B. Pitofsky, Receiver for Ascot Partners, L.P.**
Matthew T. Tulchin, Esq.
David Pitofsky, Esq.
Goodwin Procter
Email:  mtulchin@goodwinprocter.com
Email: dpitofsky@goodwinprocter.com