GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Daniel M. Glosband
   Email: dglosband@goodwinprocter.com

GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Larkin M. Morton
   Email: lmorton@goodwinprocter.com

*Attorneys for Jeffrey A. Berman, Russell deLucia, Norman I. Lesser Rev. 11/97 Rev. Trust, and Paula E. Lesser 11/97 Rev. Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                        Plaintiff,<br>       v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated)<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br>BERNARD L. MADOFF,<br>                        Debtor. | |

     I, Daniel M. Glosband, hereby certify that on April 15, 2010 I caused a true and correct copy of Joinder in the Designation of Items for Inclusion in the Record and Statement of the Issue to Be Presented on Appeal and exhibit thereto to be filed electronically with the Court

and served upon the parties in this action who receive electronic service through CM/ECF, and served by U.S. Mail upon the parties listed below, as follows:

Don Abraham
Gibbons, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119

Jeffrey Bernfeld
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue
New York, NY 10016

Just Empire, LLC
c/o Josef Mittlemann
107 Prospect St.
Providence, RI 02906

Marshall W. Krause
P.O. Box 70
San Geronimo, CA 94963

Stanley Dale Cohen
41 Park Avenue
Suite 17-F
New York, NY 10016

Dated:   New York, New York
         April 15, 2010

                                                    */s/ Daniel M. Glosband*
                                                    Daniel M. Glosband