Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**DESIGNATION OF ADDITIONAL ITEMS FOR INCLUSION IN RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellee Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Corporation Act,

15 U.S.C. § 78aaa *et seq*. ("SIPA"), and for Bernard L. Madoff ("Madoff"), hereby designates the following additional items to be included in the record on appeal from the order entered by the United States Bankruptcy Court for the Southern District of New York on March 8, 2010 in the above-referenced proceeding.

| Filing Date | Docket Number | Docket Text |
|---|---|---|
| 09/16/2009 | 437 | Order Scheduling Adjudication of "Net Equity" Issue. |
| 10/19/2009 | 531 | Response Re: the question of net equity filed by Hugh de Blacam. |
| 10/20/2009 | 535 | Objection Limited Objection Regarding Adjudication of "Net Equity" Issue filed by Angelina E. Lim on behalf of Anchor Holdings, LLC. |
| 10/20/2009 | 536 | Objection to trustee's determination of claim filed by Phyllis Glick. |
| 10/27/2009 | 546 | Response to the order of the United States Bankruptcy Court for the Southern District of New York to respond regarding adjudication of "Net Equity" by customer of Bernard L. Madoff Investment Securities LLC. |
| 11/5/2009 | Improperly filed in *Peskin v. Picard*, 09-1272 (BRL) (Bankr. S.D.N.Y.), Dkt. No. 50 | Motion to Authorize for leave to file an amicus curiae brief setting forth matters not previously put before the court and statement of the interest of amicus filed by Alan J. Winters. |
| 11/6/2009 | 624 | Opposition Brief Memorandum of Objector, Lawrence R. Velvel, In Opposition To The Position Of The Trustee And SIPC On Net Equity filed by Lawrence R. Velvel on behalf of Lawrence R. Velvel. |
| 11/10/2009 | 686 | Response to trustee's determination of claim filed by Ethel L. Chambers, S. James Chambers. |
| 11/12/2009 | 728 | Opposition Brief to trustee's motion Re: "Net Equity." |
| 11/12/2009 | 729 | Opposition Brief to trustee's motion Re: "Net Equity." |
| 11/12/2009 | 731 | Response to trustee's interpretation of "Net Equity" filed by Herbert A. Medetsky. |

| | | |
|---|---|---|
| 11/13/2009 | 742 | Statement of David Silver in Response to Trustee and SIPC's Motion for an Order Upholding Trustees Determination Relating to Net Equity Calculation filed by Michael R. Dal Lago on behalf of David Silver. |
| 11/12/2009 | 752 | Objection to trustee's determination of claim filed by Stacey Mathias, Michael Mathias. |
| 11/13/2009 | 753 | Objection to trustee's determination of claim filed by Jason Mathias. |
| 11/13/2009 | 754 | Objection to trustee's determination of claim filed by Shawn Mathias. |
| 11/13/2009 | 766 | Statement/Joinder In Opposition To The Motion of Irving H. Picard, Esq. ("Trustee") For The Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC And Bernard L. Madoff For An Order Approving The Trustee's Proposed Calculation of "Net Equity" Claims And Other Related Issues. |
| 11/13/2009 | 770 | Objection to Motion and Objection to Trustee's Determination of Claim filed by Joseph Lubertazzi Jr. on behalf of Wachovia Bank, National Association. |
| 11/13/2009 | 772 | Memorandum of Law in opposition to the trustee's motion to affirm customer claims determinations with regard to the trustee's net equity determinations filed by William R. Fried on behalf of Magnify, Inc. |
| 11/13/2009 | 774 | Memorandum of Law in Opposition to Trustee's Motion for an Order Defining Net Equity filed by Bruce S. Schaeffer on behalf of Irving J. Pinto. |
| 11/13/2009 | 779 | Objection of Lawrence Elins and Malibu Trading and Investing, L.P. to Trustees Motion for an Order Regarding Definition of Net Equity under the Securities Investor Protection Act. |
| 11/13/2009 | 790 | Statement (Verified Statement Pursuant to Bankruptcy Rule 2019 of Goodwin Procter LLP) filed by Daniel M. Glosband on behalf of Jeffrey A. Berman, Russell DeLucia, Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust. |

| 11/14/2009 | 805 | Declaration of Norman Plotnick and Yetta Goldman filed by Brian Neville on behalf of Rose Less. |
|---|---|---|
| 11/13/2009 | 817 | Objection and response to the motion filed by Stanley Dale Cohen. |
| 11/16/2009 | 820 | Response to trustee's motion Re: Net Equity filed by Margaret Unflat, Gunther K. Unflat. |
| 11/16/2009 | 822 | Objection to trustee's determination of claim filed by Lillian Gilden. |
| 11/13/2009 | 827 | Opposition Brief to trustee's determination of claim filed by Marshall W. Krause. |
| 11/17/2009 | 859 | Response of objector in opposition to the position of SIPC and the Trustee regarding "Net Equity" filed by Joseph M. Hughart. |
| 11/17/2009 | 921 | Opposition to trustee's detemination of "net equity" in the BLMIS case filed by Ruth Gamberg, Herbert Gamberg. |
| 11/17/2009 | 926 | Objection to trustee's position Re: Net Equity Issue filed by Arlene B. Perlis. |
| 11/18/2009 | 959 | Response to trustee's determination of claim filed by Marvin Katkin Revocable Trust. |
| 11/20/2009 | 973 | Response to trustee's determination of claim filed by Yolanda Greer. |
| 12/7/2009 | 1041 | Response of Brief in Favor of the Trustee's Motion on the Net Equity Issue filed by Simon Jacobs. |
| 12/21/2009 | 1100 | Response to trustee's interpretation of "net equity" filed by Anthony Fusco. |
| 3/8/2010 | 2025 | Statement with comment to Net Equity Hearing-February 2nd Transcript. |
| 3/16/2010 | 2031 | Certificate of Service of Court's Certification of Net Equity Order. |
| 3/18/2010 | 2042 | Protective Notice of Appeal filed by Lawrence R. Velvel on behalf of Lawrence R. Velvel. |

4

| 3/18/2010 | 2043 | Notice of Appeal filed by Lawrence R. Velvel on behalf of Lawrence R. Velvel. |
|---|---|---|
| 3/19/2010 | 2060 | Notice of Appeal filed by Kelly A. Librera on behalf of Ellen G. Victor in her capacity as holder of Bernard L. Madoff Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4. |
| 3/22/2010 | 2069 | Notice of Appeal from net equity order dated March 8, 2010 filed by Jeffrey L. Bernfeld on behalf of Edith A. Schur, Michael Schur. |
| 3/24/2010 | 2106 | Notice of Appeal filed by Just Empire, LLC, Josef Mittlemann. |
| 3/29/2010 | 2107 | Joinder in Notice of Appeal and Related Motions filed by Marshall W. Krause. |
| 4/1/2010 | 2131 | Notice of Appeal filed by Daniel M. Glosband on behalf of Jeffrey A. Berman, Russell DeLucia, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser 11/97 Rev. Trust. |
| 4/1/2010 | 2132 | Notice of Appeal filed by Stanley Dale Cohen on behalf of Bonita Savitt, Jean Pomerantz, Lee Mellis (IRA), Lee Mellis. |
| 7/17/2009 | 334 | Objection to Trustee's Determination of Claim filed by Norman Plotnick. |
| 9/11/2009 | 431 | Response re Notice of Trustee's Determination of Claim filed by Ellen Ross, Joel Ross. |
| 09/15/2009 | 434 | Letter regarding Aug. 28 's letter from trustee filed by Joel I. Gordon. |
| 9/17/2009 | 440 | Objection to Trustee's Revised Determination of Claim filed by Judith L. Spanier on behalf of ELEM/Youth In Distress In Israel, Inc. |
| 10/09/2009 | 502 | Objection To Trustees Determination Of Claim filed by Stephen A. Weiss on behalf of Orthopaedic Specialty Group PC. |
|  | To be Docketed by Court Clerk | Objection to Trustee's Determination of Claim prepared by Charles Gevirtz [See "**Exhibit A**" attached hereto]. |

5

| | |
|---|---|
| Dated: New York, New York<br>April 15, 2010 | Respectfully submitted, |
| Of Counsel:<br><br>Baker & Hostetler LLP<br>3200 National City Center<br>Cleveland, Ohio 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740<br>Thomas D. Warren<br>Email: twarren@bakerlaw.com<br>Wendy J. Gibson<br>Email: wgibson@bakerlaw.com | */s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc Hirschfield<br>Email: mhirschfield@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br><br>*Attorneys for Defendant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |