# EXHIBIT B

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM FREDERICK CHAIS TST 3

YOUR ACCOUNT NUMBER: 1-C1037-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8786
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | *2 |
| 11/03 | | | | A T T INC DIV 10/10/08 11/03/08 | DIV | | 33,610.00 |
| 11/03 | | | | CVS CAREMARK CORP DIV 10/21/08 11/03/08 | DIV | | 1,613.22 |
| 11/13 | | 1,350,000 | | U S TREASURY BILL DUE 11/13/2008 | DELY | | |
| 11/13 | | | | REDEEMED U S TREASURY BILL DUE 11/13/2008 11/13/2008 | JRNL | | 1,350,000.00 |
| 11/13 | 1,350,000 | | 29990 | U S TREASURY BILL DUE 5/14/2009 | 99.550 | 1,343,925.00 | |
| 11/17 | | 14,000 | 78180 | BIOGEN IDEC. INC 5/14/2009 | 46.500 | 651,000. | |
| 11/17 | 650,000 | | 78236 | U S TREASURY BILL DUE 5/14/2009 | 99.624 | 647,556.00 | |
| 11/18 | | 8,400 | | ANHEUSER BUSCH COS INC CASH MERGER | DELY | | |
| 11/18 | | | | CASH MERGER | JRNL | | |
| 11/20 | | 300,000 | | U S TREASURY BILL DUE 11/20/08 11/20/2008 | DELY | | 588,000.00 |
| 11/20 | | | | REDEEMED 11/20/2008 | | | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM FREDERICK CHAIS TST 3

YOUR ACCOUNT NUMBER: 1-C1037-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******8786
PAGE: 2 PM

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/20 | | | | U S TREASURY BILL DUE 11/20/08 | JRNL | | 300,000.00 |
| 11/20 | 300,000 | | 77073 | U S TREASURY BILL REDEEMED 11/20/2008 DUE 5/21/2009 | 99.747 | 299,241.00 | |
| 11/24 | 19,800 | | | GOLDMAN SACHS GROUP INC DIV 10/27/08 11/24/08 | DIV | | 3,850.00 |
| 11/25 | | 125,000 | 77962 | WYNN RESORTS LTD U S TREASURY BILL DUE 11/28/08 | 29.600 DELV | 586,080.00 | |
| 11/28 | | | | U S TREASURY BILL DUE 11/28/08 | JRNL | | |
| 11/28 | 125,000 | | 78395 | REDEEMED U S TREASURY BILL DUE 5/28/2009 | 99.779 | 124,723.75 | 125,000.00 |
| 11/28 | 51,547 | | 79203 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 51,547.00 | |
| 11/28 | | | | NEW BALANCE | | | 51,547.00 |
| 11/28 | 84,025 | | | SECURITY POSITIONS AT&T INC | MKT PRICE 28.560 | | .79 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

WILLIAM FREDERICK CHAIS 1ST 3

YOUR ACCOUNT NUMBER: 1-C1037-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *******8786
PERIOD ENDING: 11/30/08
PAGE: 3 PM

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 33,000 | | | ALTRIA GROUP INC | 16.080 | | |
| | 23,380 | | | CVS CAREMARK CORP | 28.930 | | |
| | 5,500 | | | GENZYME CORP | 64.020 | | |
| | 11,000 | | | GOLDMAN SACHS GROUP INC | 78.090 | | |
| | 20,000 | | | HALLIBURTON CO | 17.600 | | |
| | 7,000 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 22,836 | | | KRAFT FOODS INC | 27.210 | | |
| | 32,000 | | | MICROSOFT CORP | 20.220 | | |
| | 51,630 | | | FIDELITY SPARTAN | 1 | | |
| | 75,000 | | | U S TREASURY MONEY MARKET | | | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 02/05/09 | 99.996 | | |
| | 10,850,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 2/05/2009 | 99.970 | | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 03/05/09 | | | |
| | 13,150,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 3/05/2009 | 99.971 | | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 3/12/2009 | | | |
| | 6,575,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 03/26/2009 | 99.969 | | |
| | | | | U S TREASURY BILL | | | |
| | | | | DUE 3/26/2009 | | | |
| | 375,000 | | | U S TREASURY BILL | | | |
| | | | | DUE 4/02/2009 4/02/2009 | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM FREDERICK CHAIS TST 3

YOUR ACCOUNT NUMBER: 1-C1037-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ******8786
PAGE: 4 PM

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,875,000 | | | U S TREASURY BILL DUE 04/09/2009 | 99.945 | | |
| | 3,850,000 | | | U S TREASURY BILL DUE 4/09/2009 | 99.915 | | |
| | 100,000 | | | U S TREASURY BILL DUE 4/16/2009 | | | |
| | | | | 4/30/2009 | | | |
| | 2,000,000 | | | U S TREASURY BILL DUE 5/14/2009 | 99.848 | | |
| | 300,000 | | | U S TREASURY BILL DUE 5/21/2009 | 99.831 | | |
| | 125,000 | | | U S TREASURY BILL DUE 5/28/2009 | 99.828 | | |
| | | | | VIVA RESORTS LTD 5/28/2009 | 99.769 | | |
| | 19,800 | | | | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 53,951,719.96 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

WILLIAM FREDERICK CHAIS TST 3

YOUR ACCOUNT NUMBER: 1-C1037-3-0
PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: *******8786
PAGE: 5 PM

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | |
| | | | DIVIDENDS | | | 669,318.39 |
| | | | MARGIN INTEREST | | 26,924.51 | |
| | | | GROSS PROCEEDS FROM SALES | | | 53,641,376.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES