# EXHIBIT B

**CUSTOMER CLAIM**

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:**  Jack Kaufman & Phyllis Kaufman
**Mailing Address:**  11348 Ohanu Circle
**City:** Boynton Beach          **State:**  FL          **Zip:** 33437
**Account No.:**  1-KW142-3-0
**Taxpayer I.D. Number (Social Security No.):** _          9114

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of        $_____0_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.        $_____

    d.    If balance is zero, insert "None."        _____None_____

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | x | |
| b. | I owe the Broker securities | | x |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| See Nov. 30, 2008 KW142 statements, attached hereto as Exhibit A. | | | |
| $484,978.65 (market value of securities long, per KW142-3 statement) | | | |
| 16,500.00 (market value of securities long, per KW142-4 statement) | | | |
| (23,300.00) (market value of securities short, per KW142-4 statement) | | | |
| **TOTAL** $478,178.65 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:   Christopher Van DeKieft, Esq., Seeger Weiss LLP, One William Street, New York, NY 10004                    .

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  Feb. 24, 2009          Signature  _Jack Kaufman_

Date  Feb. 24, 2009          Signature  _Phyllis Kaufman_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# CUSTOMER CLAIM

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

December 11, 2008

### Shared Ownership Account Information for
### Bernard L. Madoff Investment Securities Account No. KW142

**Owner Name:**      Jack Kaufman

**Address:**      11348 Ohanu Circle, Boynton Beach, FL 33437

**Tel. No.:**      561-375-7896

**Extent of Ownership:**      Joint Tenancy with Rights of Survivorship (JTWROS)

**Owner Name:**      Phyllis Kaufman

**Address:**      11348 Ohanu Circle, Boynton Beach, FL 33437

**Tel. No.:**      561-375-7896

**Extent of Ownership:**      Joint Tenancy with Rights of Survivorship (JTWROS)

_Feb. 24, 2009_
Date

_Jack Kaufman_
Jack Kaufman

_Feb. 24, 2009_
Date

_Phyllis Kaufman_
Phyllis Kaufman

# EXHIBIT A



**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
1134B OHANU CIRCLE
BOYNTON BEACH    FL    33437

YOUR ACCOUNT NUMBER: 1-KW142-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9114
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 26,207.55 | |
| 11/12 | 300 | | 15 | HEWLETT PACKARD CO | 34.900 | 10,482.00 | |
| 11/12 | 260 | | 3839 | WAL-MART STORES INC | 55.830 | 14,525.80 | |
| 11/12 | 170 | | 4341 | INTERNATIONAL BUSINESS MACHS | 87.270 | 14,841.90 | |
| 11/12 | 630 | | 8165 | EXXON MOBIL CORP | 72.880 | 45,939.40 | |
| 11/12 | 690 | | 8667 | INTEL CORP | 14.510 | 10,038.90 | |
| 11/12 | 330 | | 12293 | JOHNSON & JOHNSON | 59.580 | 19,674.40 | |
| 11/12 | 450 | | 17718 | J.P. MORGAN CHASE & CO | 38.530 | 17,356.50 | |
| 11/12 | 240 | | 21644 | COCA COLA CO | 44.660 | 10,727.40 | |
| 11/12 | 140 | | 25970 | MCDONALDS CORP | 55.370 | 7,756.80 | |
| 11/12 | 260 | | 30296 | MERCK & CO | 29.320 | 7,633.00 | |
| 11/12 | 950 | | 34622 | MICROSOFT CORP | 21.490 | 20,457.50 | |
| 11/12 | 480 | | 38948 | ORACLE CORPORATION | 17.300 | 8,322.00 | |
| 11/12 | 190 | | 51926 | PEPSICO INC | 56.410 | 10,724.90 | |
| 11/12 | 110 | | 52428 | APPLE INC | 100.780 | 11,089.80 | |
| 11/12 | 810 | | 56252 | PFIZER INC | 16.600 | 13,475.40 | |
| 11/12 | 190 | | 56754 | ABBOTT LABORATORIES | 54.610 | 10,382.90 | |
| 11/12 | 360 | | 60578 | PROCTER & GAMBLE CO | 64.080 | 23,082.80 | |
| 11/12 | 130 | | 61080 | AMGEN INC | 59.190 | 7,699.80 | |
| 11/12 | 250 | | 64904 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 10,910.00 | |
| 11/12 | 600 | | 65406 | BANK OF AMERICA | 21.590 | 12,978.00 | |
| 11/12 | 200 | | 69230 | QUALCOMM INC | 33.770 | 6,762.00 | |
| 11/12 | 650 | | 69732 | CITI GROUP INC | 12.510 | 8,157.50 | |
| 11/12 | 150 | | 73556 | SCHLUMBERGER LTD | 49.480 | 7,428.00 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
11348 OHANU CIRCLE
BOYNTON BEACH    FL  33437

YOUR ACCOUNT NUMBER: 1-KW142-3-0
PERIOD ENDING: 11/30/08
PAGE: 2
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9114

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 360 | | 74058 | COMCAST CORP CL A | 16.510 | 5,957.60 | |
| 710 | | 77882 | AT&T INC | 27 | 19,198.00 | |
| 180 | | 78384 | CONOCOPHILLIPS | 52.510 | 9,458.80 | |
| 120 | | 82208 | UNITED PARCEL SVC INC CLASS B | 52.040 | 6,248.80 | |
| 730 | | 82710 | CISCO SYSTEMS INC | 16.730 | 12,241.90 | |
| 210 | | 86534 | U S BANCORP | 29.530 | 6,209.30 | |
| 250 | | 87036 | CHEVRON CORP | 73.430 | 18,367.50 | |
| 120 | | 90860 | UNITED TECHNOLOGIES CORP | 53.160 | 6,383.20 | |
| 1,270 | | 91362 | GENERAL ELECTRIC CO | 19.630 | 24,980.10 | |
| 340 | | 95186 | VERIZON COMMUNICATIONS | 30.410 | 10,352.40 | |
| 30 | | 95688 | GOOGLE | 337.400 | 10,123.00 | |
| 420 | | 99512 | WELLS FARGO & CO NEW | 29.800 | 12,532.00 | |
| | 450,000 | 22124 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 449,712.00 |
| | | | 2/12/2009 | | | |
| | 19,584 | 17223 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,584.00 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 20.95 |
| 14,423 | | 26592 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 14,423.00 | |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 1.77 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
1134B OHANU CIRCLE
BOYNTON BEACH      FL   33437

YOUR ACCOUNT NUMBER: 1-KW142-3-0
PERIOD ENDING: 11/30/08
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9114

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 14,423 | 51992 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 14,423.00 |
| 11/19 | 25,000 | | 56579 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 24,981.50 | |
| 11/19 | | | | 3/26/2009 | | | |
| 11/19 | 19,403 | | 61031 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,403.00 | |
| | | | | NEW BALANCE | | 54,147.63 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 710 | | | AT&T INC | 28.560 | | |
| | 190 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 130 | | | AMGEN INC | 55.540 | | |
| | 110 | | | APPLE INC | 92.670 | | |
| | 600 | | | BANK OF AMERICA | 16.250 | | |
| | 250 | | | CHEVRON CORP | 79.010 | | |
| | 730 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 650 | | | CITI GROUP INC | 8.290 | | |
| | 240 | | | COCA COLA CO | 46.870 | | |
| | 360 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 180 | | | CONOCOPHILLIPS | 52.520 | | |
| | 630 | | | EXXON MOBIL CORP | 80.150 | | |
| | 1,270 | | | GENERAL ELECTRIC CO | 17.170 | | |

CONTINUED ON PAGE 4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
11348 OHANU CIRCLE
BOYNTON BEACH          FL    33437

YOUR ACCOUNT NUMBER: 1-KW142-3-0
PERIOD ENDING: 11/30/08
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER: ***********9114

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 30 | | | GOOGLE | 292.960 | | |
| 300 | | | HEWLETT PACKARD CO | 35.280 | | |
| 690 | | | INTEL CORP | 13.800 | | |
| 170 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 450 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| 330 | | | JOHNSON & JOHNSON | 58.580 | | |
| 140 | | | MCDONALDS CORP | 58.750 | | |
| 260 | | | MERCK & CO | 26.720 | | |
| 950 | | | MICROSOFT CORP | 20.220 | | |
| 480 | | | ORACLE CORPORATION | 16.090 | | |
| 190 | | | PEPSICO INC | 56.700 | | |
| 810 | | | PFIZER INC | 16.630 | | |
| 250 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| 360 | | | PROCTER & GAMBLE CO | 64.350 | | |
| 200 | | | QUALCOMM INC | 33.570 | | |
| 150 | | | SCHLUMBERGER LTD | 50.740 | | |
| 19,403 | | | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 210 | | | U S BANCORP | 26.980 | | |
| 120 | | | UNITED PARCEL SVC INC | 57.600 | | |
| 25,000 | | | CLASS B | | | |
| | | | U S TREASURY BILL | 99.971 | | |
| | | | DUE 03/26/2009 | | | |
| | | | 3/26/2009 | | | |
| 120 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | CONTINUED ON PAGE    5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONTINUED ON PAGE    5

**BERNARD L. MADOFF**
[MADF]
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS

11348 OHANU CIRCLE
BOYNTON BEACH      FL   33437

YOUR ACCOUNT NUMBER: 1-KW142-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: *******9114
PAGE: 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 340 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 260 | | | WAL-MART STORES INC | 55.880 | | |
| | 420 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 484,978.65 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

YOUR ACCOUNT NUMBER
1-KW142-3-0

PERIOD ENDING
11/30/08

PAGE
6

YOUR TAX PAYER IDENTIFICATION NUMBER
**********9114

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
11348 OHANU CIRCLE
BOYNTON BEACH    FL    33437

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,181.02 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,641,749.63 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**MADF**  INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JACK KAUFMAN
& PHYLLIS KAUFMAN J/T WROS
11348 CHANU CIRCLE
BOYNTON BEACH    FL    33437

| YOUR ACCOUNT NUMBER | PERIOD ENDING | PAGE |
|---|---|---|
| 1-KW142-4-0 | 11/30/08 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*9114**

| DATE RECEIVED OR LONG | BOUGHT | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 26,208.00 |
| 11/12 | | 10 | 43274 | S & P 100 INDEX | 15.800 | | 15,790.00 |
| 11/12 | 10 | | 47600 | NOVEMBER 460 CALL | 17.800 | 17,810.00 | |
| | | | | S & P 100 INDEX | | | |
| 11/12 | | 10 | 33704 | NOVEMBER 450 PUT | 26 | | 25,990.00 |
| 11/19 | 10 | | 38029 | S & P 100 INDEX | 30 | 30,010.00 | |
| | | | | DECEMBER 420 PUT | | | |
| 11/19 | 10 | | 42354 | S & P 100 INDEX | | 3,010.00 | |
| | | | | NOVEMBER 460 CALL | | | |
| 11/19 | | 10 | 46679 | S & P 100 INDEX | 37 | | 36,990.00 |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 54,148.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 10 | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | 10 | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |

MARKET VALUE OF SECURITIES
LONG                           SHORT
16,500.00                  23,300.00—

— 6,800.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# *EXHIBIT B*

## **EXHIBIT B**

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Attached is a list of the documents submitted herewith:

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1 | 2/24/2009 | Jack and Phyllis Kaufman | | Jack and Phyllis Kaufman Statement in Support of Customer Claim |
| 2 | 7/18/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities opening account documents |
| 2008 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 10/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2008 account statement |
| | 9/30/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2008 account statement |
| | 8/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2008 account statement |
| | 7/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2008 account statement |
| | 6/30/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2008 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 5/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2008 account statement |
| | 4/30/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2008 account statement |
| | 3/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2008 account statement |
| | 2/29/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2008 account statement |
| | 1/31/2008 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2008 account statement |
| 2007 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2007 account statement |
| | 11/30/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2007 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 10/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2007 account statement |
| | 9/30/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2007 account statement |
| | 8/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2007 account statement |
| | 7/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2007 account statement |
| | 6/30/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2007 account statement |
| | 5/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2007 account statement |
| | 4/30/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2007 account statement |
| | 3/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2007 account statement |
| | 2/28/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2007 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2006 Bernard L. Madoff Investment Securities LLC monthly account statements | 1/31/2007 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2007 account statement |
| | 12/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2006 account statement |
| | 11/30/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2006 account statement |
| | 10/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2006 account statement |
| | 9/30/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2006 account statement |
| | 8/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2006 account statement |
| | 7/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2006 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 6/30/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2006 account statement |
| | 5/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2006 account statement |
| | 4/30/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2006 account statement |
| | 3/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2006 account statement |
| | 2/28/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2006 account statement |
| | 1/31/2006 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2006 account statement |
| 2005 Bernard L. Madoff Investment Securities LLC monthly account statements | 12/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2005 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 11/30/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2005 account statement |
| | 10/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2005 account statement |
| | 9/30/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2005 account statement |
| | 8/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2005 account statement |
| | 7/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2005 account statement |
| | 6/30/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2005 account statement |
| | 5/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2005 account statement |
| | 4/30/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2005 account statement |
| | 3/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2005 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 2/28/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2005 account statement |
| | 1/31/2005 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2005 account statement |
| 2004 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2004 account statement |
| | 11/30/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2004 account statement |
| | 10/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2004 account statement |
| | 9/30/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2004 account statement |
| | 8/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2004 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2004 account statement |
| | 6/30/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2004 account statement |
| | 5/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2004 account statement |
| | 4/30/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2004 account statement |
| | 3/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2004 account statement |
| | 2/29/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2004 account statement |
| | 1/31/2004 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2004 account statement |
| 2003 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 12/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2003 account statement |
| | 11/30/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2003 account statement |
| | 10/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2003 account statement |
| | 9/30/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2003 account statement |
| | 8/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2003 account statement |
| | 7/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2003 account statement |
| | 6/30/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2003 account statement |
| | 5/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2003 account statement |
| | 4/30/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2003 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 3/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2003 account statement |
| | 2/28/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2003 account statement |
| | 1/31/2003 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2003 account statement |
| 2002 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2002 account statement |
| | 11/30/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2002 account statement |
| | 10/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2002 account statement |
| | 9/30/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2002 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 8/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2002 account statement |
| | 7/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2002 account statement |
| | 6/30/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2002 account statement |
| | 5/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2002 account statement |
| | 4/30/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2002 account statement |
| | 3/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2002 account statement |
| | 2/28/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2002 account statement |
| | 1/31/2002 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2002 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 2001 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2001 account statement |
| | 11/30/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2001 account statement |
| | 10/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2001 account statement |
| | 9/30/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2001 account statement |
| | 8/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2001 account statement |
| | 7/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2001 account statement |
| | 6/30/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2001 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 5/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2001 account statement |
| | 4/30/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2001 account statement |
| | 3/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2001 account statement |
| | 2/28/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2001 account statement |
| | 1/31/2001 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2001 account statement |
| 2000 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 2000 account statement |
| | 11/30/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 2000 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 10/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 2000 account statement |
| | 9/30/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 2000 account statement |
| | 8/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 2000 account statement |
| | 7/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 2000 account statement |
| | 6/30/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 2000 account statement |
| | 5/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 2000 account statement |
| | 4/30/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 2000 account statement |
| | 3/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 2000 account statement |
| | 2/29/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 2000 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1999 Bernard L. Madoff Investment Securities LLC monthly account statements | 1/31/2000 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 2000 account statement |
| | 12/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1999 account statement |
| | 11/30/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 1999 account statement |
| | 10/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1999 account statement |
| | 9/30/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 1999 account statement |
| | 8/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 1999 account statement |
| | 7/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1999 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 6/30/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1999 account statement |
| | 5/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1999 account statement |
| | 4/30/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1999 account statement |
| | 3/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1999 account statement |
| | 2/28/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1999 account statement |
| | 1/31/1999 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 1999 account statement |
| 1998 Bernard L. Madoff Investment Securities LLC monthly account statements | 12/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1998 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 11/30/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 1998 account statement |
| | 10/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1998 account statement |
| | 9/30/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 1998 account statement |
| | 8/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 1998 account statement |
| | 7/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1998 account statement |
| | 6/30/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1998 account statement |
| | 5/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1998 account statement |
| | 4/30/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1998 account statement |
| | 3/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1998 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 2/28/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1998 account statement |
| | 1/31/1998 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 1998 account statement |
| 1997 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1997 account statement |
| | 11/30/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 1997 account statement |
| | 10/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1997 account statement |
| | 9/30/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 1997 account statement |
| | 8/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 1997 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 7/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1997 account statement |
| | 6/30/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1997 account statement |
| | 5/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1997 account statement |
| | 4/30/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1997 account statement |
| | 3/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1997 account statement |
| | 2/28/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1997 account statement |
| | 1/31/1997 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 1997 account statement |
| 1996 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 12/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1996 account statement |
| | 11/30/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 1996 account statement |
| | 10/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1996 account statement |
| | 9/30/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 1996 account statement |
| | 8/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 1996 account statement |
| | 7/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1996 account statement |
| | 6/30/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1996 account statement |
| | 5/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1996 account statement |
| | 4/30/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1996 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 3/31/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1996 account statement |
| | 2/29/1996 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1996 account statement |
| 1995 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1995 account statement |
| | 10/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1995 account statement |
| | 7/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1995 account statement |
| | 6/30/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1995 account statement |
| | 5/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1995 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 4/30/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1995 account statement |
| | 3/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1995 account statement |
| | 2/28/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1995 account statement |
| | 1/31/1995 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 1995 account statement |
| 1994 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1994 account statement |
| | 11/30/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities November 1994 account statement |
| | 10/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities October 1994 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 9/30/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities September 1994 account statement |
| | 8/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities August 1994 account statement |
| | 7/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities July 1994 account statement |
| | 6/30/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1994 account statement |
| | 5/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities May 1994 account statement |
| | 4/30/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities April 1994 account statement |
| | 3/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities March 1994 account statement |
| | 2/28/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities February 1994 account statement |
| | 1/31/1994 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities January 1994 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| 1993 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1993 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1993 account statement |
| 1992 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1992 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1992 account statement |
| 1991 Bernard L. Madoff Investment Securities LLC monthly account statements | | | | |
| | 12/31/1991 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities December 1991 account statement |

**Jack and Phyllis Kaufman**
**Bernard L. Madoff Investment Securities Account No. KW142**

| Document Number | Date of Document | Issuing Party | Prepared for | Description of Document |
|---|---|---|---|---|
| | 6/30/1991 | Bernard L. Madoff Investment Securities LLC | Jack and Phyllis Kaufman | Bernard L. Madoff Investment Securities June 1991 account statement |

1

Jack Kaufman and Phyllis Kaufman JT WROS
11348 Ohanu Circle
Boynton Beach, FL 33437
Phone (561) 375-7896

<u>Statement in Support of Customer Claim</u>

Re:          Bernard L. Madoff Investment Securities, L.L.C. ("Madoff")
Account No:  1KW142-3-0

We made an initial direct investment in Madoff by a check disbursement of $50,000.00
on March 31, 1991.  Because of the lapse in time since 1991, we no longer are in
possession of the cancelled check.

- Inasmuch as Madoff was not accepting investments of "small" amounts, our
  investment was made as part of a group of business associates whose aggregate
  investment was $250,000.  Accordingly, our investment was originally included
  in an account which was titled as "Harvey Rosenblatt, Harvey & Phyllis Granat,
  Jack & Phyllis Kaufman, and Gregory & Howard & Todd Katz.  Our account
  represented 20% of the total initial investment of $250,000 by those parties.  The
  Madoff statement as at December 31, 1991 showed a value of $287,561, of which
  our 20% proportionate share was $57,512.00.

- Sometime during 1993, the investments of Harvey Rosenblatt and Gregory,
  Howard and Todd Katz were transferred to their respective individual accounts.
  Our account title was changed to "For account Harvey Granat and Jack Kaufman.
  Mr. Granat was my then business partner and we each owned 50% of the account
  at that point, having both made an initial original investment of $50,000.

- Finally, in June 1995, after my business association with Mr. Harvey Granat was
  terminated, the value of our account was transferred to an account titled Jack &
  Phyllis Kaufman, JT WROS.

Each month subsequent to March 31, 1991, we made additional investments in Madoff
by reinvesting all dividends and net gains from the sale of securities for our account made
by Madoff.

<u>We have not made any withdrawals whatsoever from Madoff during the entire period of
our investment.</u>

We have paid approximately $100,000 of Federal and State income taxes on the income
reported to us by Madoff.

In July 1995, in connection with the renaming of our account to Jack Kaufman and Phyllis Kaufman JT WROS, we completed the required paperwork requested by Madoff. A copy of that paperwork is enclosed.

Over the course of the almost 18 years of our investment, we received thousands of trade slips from Madoff supporting the purchase and sale transactions of stocks and options made by Madoff for our account. Upon receipt, the data on these trade slips was entered on a computer accounting spreadsheet. Upon receipt of the monthly statement from Madoff, the data on the monthly statement was reconciled with the spreadsheet. After reconciliation, the trade slips were considered to be redundant, and were discarded. Consequently, we do not have any trade slips for any period, including the November 2008 trades. These trade slips were discarded after the November statement was reconciled, just a few days before the announcement of the arrest of Mr. Bernard L. Madoff. Included herewith are Madoff statements for the entire period of our investment, except as set forth in the Note below.

We have not received any data from Madoff for any period subsequent to November 30, 2008. We are unable to determine whether Madoff made trades for our account subsequent to November 30, 2008. For purposes of valuing our account, we are using the November 30, 2008 shares and share prices on the November 30, 2008 statement.

Dated: February 24, 2009

Jack Kaufman

Phyllis Kaufman

Note:
In the early years of our investment in Madoff, statements reflecting our account were sent by Madoff to an employee at Sterling Equities, Inc. That employee did not furnish us with interim monthly statements, but rather the year-end statements for the month of December. Consequently, we did not receive, and are not in possession of the following statements from Madoff:

> April and May 1991, July to November 1991, January to November 1992, and January to November 1993. We are also missing statements for August, September and November 1995, and January 1996.

> Please refer to the December 31 statements for those years for account balances.

2

July 10, 1995

Sterling Equities, Inc.

Mr. Jack Kaufman
6 Lisa Drive
Dix Hills, NY 11746

RE:    Bernard L. Madoff Securities

Dear Mr. Kaufman:

Enclosed you will find the appropriate paperwork for your new Madoff account.  Please sign all the necessary documents and return them to me in the self-addressed envelope.  Thanks for your attention to this matter.

Sincerely,

Corine M. Maucher
Assistant to Arthur Friedman

/cmm

Enclosure

jk71095

Fax (516) 773-3849

Executive Office:
111 Great Neck Road, Great Neck, N.Y. 11021
(516) 773-3800
(212) 986-3200

New York City Office:
575 Fifth Avenue, New York, N.Y. 10017
(212) 953-4000

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

MADF

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

TAX ID NO.

9114

ACCT# ASSIGNED

1KW142-3

Mr./Mrs./Ms. __J Kaufman and P Kaufman TIC__
NAME __6 Lisa Drive__
STREET __Dix Hills, NY  11746__
CITY                      STATE                ZIP
TEL. NUMBER          BUSINESS            RESIDENCE
REG. REP

WE DEEM THE QUESTIONS CONTAINED IN THIS SECTION TO BE REQUIRED BY THE "KNOW YOUR CUSTOMER" RULE OF THE NATIONAL ASSOCIATION OF SECURITY DEALERS, AND, THEREFORE, MUST BE ANSWERED IN FULL.

RESIDENCE __6 Lisa Drive, Dix Hills, NY  11746__

__THE HAIN FOOD GROUP, INC.__
NAME OF EMPLOYER (IF HOUSEWIFE, NAME THE HUSBAND'S EMPLOYER)

EMPLOYER'S ADDRESS __50 CHARLES LINDBERGH BLVD. UNIONDALE, N.Y. 115__

OCCUPATION __EXECUTIVE__

__CITIBANK - HUNTINGTON, NY__
BANK REFERENCE AND ADDRESS

OTHER BROKERAGE ACCOUNTS WITH __DREYFUS__

CLIENT INTRODUCED BY

### FOR OFFICE USE ONLY

R. R.'S ESTIMATE OF CLIENTS NET WORTH

IS CLIENT OVER 21 YEARS OF AGE          YES_____          NO_____

HOW LONG HAVE YOU KNOWN CLIENT

CLIENT IS CITIZEN OF

APPROVED BY

DATE SENT TO CLIENT                      DATE SENT TO CLIENT

MARGIN AGREEMENT          _____     MAIL WAIVER FORM          _____
JOINT AGREEMENT            _____     MULTIPLE A/C FORM         _____
CORPORATE ACCOUNT FORM     _____     CORPORATE RESOLUTION      _____
CO-PARTNERSHIP FORM        _____

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

| | | |
|---|---|---|
| MADF | **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue New York, NY 10022-4834 | 212 230-2424<br>800 334-1343<br>Telex 235130<br>Fax 212 486-8178 |

Congress has mandated that all interest and dividend payors including banks, corporations and funds must withhold 10% of all dividends or interest paid UNLESS you complete and return the form at the bottom of this page.

### Important New Tax Information

"Under the Federal income tax law, you are subject to certain penalties as well as with-holding of tax at a 20% rate if you have not provided us with your correct social security number or other taxpayer identification number. Please read this notice carefully.

You (as a payee) are required by law to provide us (as payor) with your correct taxpayer identification number. If you are an individual, your taxpayer identification is your social security number. If you have not provided us with your correct taxpayer identification number, you may be subject to a $50 penalty imposed by the Internal Revenue Service. In addition, divided payments that we make to you may be subject to backup withholding starting on January 1, 1984.

Backup withholding is different from the 10% withholding on interest and dividends that was repealed in 1983. If backup withholding applies, payor is required to withhold 20% of dividend payments made to you. Backup withholding is not an additional tax. Rather, the tax liability of persons subject to backup withholding will be reduced by the amount of tax withheld. If withholding results in an overpayment of taxes, a refund may be obtained".

Please sign the form and return it to us.

Even if you have already provided this information it is required by the IRS that all information requested below be provided again.

Thank you for your cooperation.

(Corporations are exempt from this requirement and should not return this form.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SUBSTITUTE INTERNAL REVENUE SERVICE FORM W-9

Account Number(s): _____1KW142-3_____          Taxpayer Identification Number:

_____          __    9114_____

Name: _____J Kaufman and P Kaufman TIC_____

Address: _____6 Lisa Drive, Dix Hills, NY  11746____

(Signature) _____

"Under penalties of perjury, I certify that the number shown
on this form is my correct Taxpayer Identification Number".

Please fill in your name, address, taxpayer identification number, and sign above.
Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

MADF

## TRADING AUTHORIZATION LIMITED TO
## PURCHASES AND SALES OF SECURITIES

Gentlemen:

The undersigned hereby authorizes Bernard L. Madoff (whose signature appears below) as his agent and attorney in fact to buy, sell and trade in stocks, bonds and any other securities in accordance with your terms and conditions for the undersigned's account and risk and in the undersigned's name, or number on your books. The undersigned hereby agrees to indemnify and hold you harmless from, and to pay you promptly on demand any and all losses arising therefrom or debit balance due thereon. However, in no event will the losses exceed my investment.

In all such purchases, sales or trades you are authorized to follow the instructions of Bernard L. Madoff in every respect concerning the undersigned's account with you; and he is authorized to act for the undersigned and in the undersigned's behalf in the same manner and with the same force and effect as the undersigned might or could do with respect to such purchases, sales or trades as well as with respect to all other things necessary or incidental to the furtherance or conduct of such purchases, sales or trades.

The undersigned hereby ratifies and confirms any and all transactions with you heretofore or hereafter made by the aforesaid agent or for the undersigned's account.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement or agreements between the undersigned and your firm.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your office at 885 Third Avenue but such revocation shall not affect any liability in any way resulting from transaction initiated prior to such revocation. This authorization and indemnity shall enure to the benefit of your present firm and any successor firm or firms irrespective of any change or changes at any time in the personnel thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Dated, _7/18/95_

_Dix Hills_                    _New York_
(City)                         (State)

Very truly yours, _____

(Client Signature)

Signature Of Authorized Agent: _____

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

MADF

## CUSTOMER AGREEMENT

In consideration for you (the "Broker") opening or maintaining one or more accounts (the "Customer"), the Customer agrees to the terms and conditions contained in this Agreement. The heading of each provision of the Agreement is for descriptive purposes only and shall not be deemed to modify or qualify any of the rights or obligations set forth in each such provision. For purposes of this Agreement, "securities and other property" means, but is not limited to money, securities, financial instruments and commodities of every kind and nature and related contracts and options, except that the provisions of paragraph 19 herein (the arbitration clause) shall not apply to commodities accounts. This definition includes securities or other property currently or hereafter held, carried or maintained by you or by any of your affiliates, in your possession or control, or in the possession or control of any such affiliate, for any purpose, in and for any of my accounts now or hereafter opened, including any account in which I may have an interest.

### 1. APPLICABLE RULES AND REGULATIONS

All transactions in the Customer's Account shall be subject to the constitution, rules, regulations, customs and usages of the exchange or market, and its clearing house, if any, where the transactions are executed by the Broker or its agents, including its subsidiaries and affiliates. Also, where applicable, the transactions shall be subject (a) to the provisions of (1) the Securities Exchange Act of 1934, as amended, and (2) the Commodities Exchange Act, as amended; and (b) to the rules and regulations of (1) the Securities and Exchange Commission, (2) the Board of Governors of the Federal Reserve System and (3) the Commodities Futures Trading Commission.

### 2. AGREEMENT CONTAINS ENTIRE UNDERSTANDING/ASSIGNMENT

This Agreement contains the entire understanding between the Customer and the Broker concerning the subject matter of this Agreement. Customer may not assign The rights and obligations hereunder without first obtaining the prior written consent of the Broker.

### 3. SEVERABILITY

If any provision of this Agreement is held to be invalid, void or unenforceable by reason of any law, rule, administrative order or judicial decision, that determination shall not effect the validity of the remaining provisions of this Agreement.

### 4. WAIVER

Except as specifically permitted in this Agreement, no provision of this Agreement can be, nor be deemed to be, waived, altered, modified or amended unless such is agreed to in a writing signed by the broker.

### 5. DELIVERY OF SECURITIES

Without abrogating any of the Broker's rights under any other portion of this Agreement and subject to any indebtedness of the Customer to the Broker, the Customer is entitled, upon appropriate demand, to receive physical delivery of fully paid securities in the Customer's Account.

### 6. LIENS

All securities and other property of the Customer in any account in which the Customer has an interest shall be subject to a lien for the discharge of any and all indebtedness or any other obligation of the Customer to the Broker. All securities and other property of the Customer shall be held by the Broker as Security for the payment of any such obligations or indebtedness to the Broker in any Account that the Customer may have an interest, and the Broker subject to applicable law may, at any time and without prior notice to the Customer, use and/or transfer any or all securities and other property interchangeably in any Account(s) in which the Customer has an interest (except regulated commodity Accounts).

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

7.  **INTEREST**

Debit balances of the Account(s) of the Customer shall be charged with interest in accordance with the Broker's established custom, as disclosed to the Customer pursuant to the provisions of Rule 10b-16 of the Securities Exchange Act of 1934.

8.  **DISCLOSURES REGARDING LIQUIDATIONS AND COVERING POSITIONS THE CUSTOMER SHOULD CLEARLY UNDERSTAND THAT, NOT WITHSTANDING A GENERAL POLICY OF GIVING CUSTOMERS NOTICE OF A MARGIN DEFICIENCY, THE BROKER IS NOT OBLIGATED TO REQUEST ADDITIONAL MARGIN FROM THE CUSTOMER IN THE EVENT THE CUSTOMER'S ACCOUNT FALLS BELOW MINIMUM MAINTENANCE REQUIREMENTS. MORE IMPORTANTLY, THERE MAY/WILL BE CIRCUMSTANCES WHERE THE BROKER WILL LIQUIDATE SECURITIES AND/OR OTHER PROPERTY IN THE ACCOUNT WITHOUT NOTICE TO THE CUSTOMER TO ENSURE THAT MINIMUM MAINTENANCE REQUIREMENTS ARE SATISFIED.**

9.  **LIQUIDATIONS AND COVERING POSITIONS THE BROKER SHALL HAVE THE RIGHT IN ACCORDANCE WITH ITS GENERAL POLICIES REGARDING MARGIN MAINTENANCE REQUIREMENTS TO REQUIRE ADDITIONAL COLLATERAL OR THE LIQUIDATION OF ANY SECURITIES AND OTHER PROPERTY WHENEVER IN BROKER'S DISCRETION IT CONSIDERS IT NECESSARY FOR ITS PROTECTION INCLUDING IN THE EVENT OF , BUT NOT LIMITED TO:  THE FAILURE OF THE CUSTOMER TO PROMPTLY MEET ANY CALL FOR ADDITIONAL COLLATERAL; THE FILING OF A PETITION IN BANKRUPTCY BY OR AGAINST THE CUSTOMER; THE APPOINTMENT OF A RECEIVER IS FILED BY OR AGAINST CUSTOMER; AN ATTACHMENT IS LEVIED AGAINST ANY ACCOUNT OF THE CUSTOMER OR IN WHICH THE CUSTOMER HAS AN INTEREST OR; THE CUSTOMER'S DEATH.  IN SUCH EVENT, THE BROKER IS AUTHORIZED TO SELL ANY AND ALL SECURITIES AND OTHER PROPERTY IN ANY ACCOUNT OF THE CUSTOMER WHETHER CARRIED INDIVIDUALLY OR JOINTLY WITH OTHERS, TO BUY ALL SECURITIES OR OTHER PROPERTY WHICH MAY BE SHORT IN SUCH ACCOUNT(S), TO CANCEL ANY OPEN ORDERS AND TO CLOSE ANY OR ALL OUTSTANDING CONTRACTS, ALL WITHOUT DEMAND FOR MARGIN OR ADDITIONAL MARGIN, OTHER NOTICE OF SALE OR PURCHASE, OR OTHER NOTICE OR ADVERTISEMENT EACH OF WHICH IS EXPRESSLY WAIVED BY THE CUSTOMER. ANY SUCH SALES OR PURCHASES MAY BE MADE AT BROKER'S DISCRETION ON ANY EXCHANGE OR OTHER MARKET WHERE SUCH BUSINESS IS USUALLY TRANSACTED OR AT PUBLIC AUCTION OR PRIVATE SALE, AND BROKER MAY BE THE PURCHASER FOR BROKER'S OWN ACCOUNT. IT IS UNDERSTOOD A PRIOR DEMAND, OR CALL, OR PRIOR NOTICE OF THE TIME AND PLACE OF SUCH SALE OR PURCHASE SHALL NOT BE CONSIDERED A WAIVER OF BROKER'S RIGHT TO SELL OR BUY WITHOUT DEMAND OR NOTICE AS HEREIN PROVIDED.**

10.  **SATISFACTION OF INDEBTEDNESS**

The Customer agrees to satisfy, upon demand, any indebtedness, and to pay any debit balance remaining when the Customer's Account is closed, either partially or totally. Customer Account(s) may not be closed without Broker first receiving all securities and other property for which the Account is short and all funds to pay in full for all securities and other property in which the Account(s) are long.

11.  **TRANSACTIONS AND SETTLEMENTS**

All orders for the purchase or sale of securities and other property will be authorized by the Customer and executed with the understanding that an actual purchase or sale is intended and that it is the Customer's intention and obligation in every case to deliver certificates or commodities to cover any and all sales or to pay for any purchase upon the Broker's demand.  If the Broker makes a short sale of any securities and other property at the Customer's direction or if the Customer fails to deliver to the Broker any securities and other property that the Broker has sold at the Customer's direction, the Broker is authorized to borrow the securities and other property necessary to enable the Broker to make delivery and the Customer agrees to be responsible for any cost or loss the Broker may incur, or the cost of obtaining the securities and other property if the Broker is unable to borrow it. The Broker is the Customer's agent to complete all such transactions and is authorized to make advances and expend monies as are required.



**12. SALES BY CUSTOMER**

The Customer understands and agrees any order to sell "short" will be designated as such by the Customer, and that the Broker will mark the order as "short". All other sell orders will be for securities owned ("long"), at that time, by the Customer by placing the order the Customer affirms that he will deliver the securities on or before the settlement date.

**13. BROKER AS AGENT**

The customer understands that the Broker is acting as the Customer's agent, unless the Broker notifies the Customer, in writing before the settlement date for the transaction, that the Broker is acting as dealer for its own account or as agent for some other person.

**14. CONFIRMATIONS AND STATEMENTS**

Confirmations of transactions and statements for the Customer's Account(s) shall be binding upon the Customer if the Customer does not object, in writing, within ten days after receipt by the Customer. Notice or other communications including margin and maintenance calls delivered or mailed to the address given below shall, until the Broker has received notice in writing of a different address, be deemed to have been personally delivered to the Customer whether actually received or not.

**15. SUCCESSORS**

Customer hereby agrees that this Agreement and all the terms thereof shall be binding upon Customer's heirs, executors, administrators, personal representatives and assigns. This Agreement shall enure to the benefit of the Broker's present organization, and any successor organization, irrespective of any change or changes at any time in the personnel thereof, for any cause whatsoever.

**16. CHOICE OF LAWS**

THIS AGREEMENT SHALL BE DEEMED TO HAVE BEEN MADE IN THE STATE OF _____ New York _____ AND SHALL BE CONSTRUED, AND THE RIGHTS AND LIABILITIES OF THE PARTIES DETERMINED, IN ACCORDANCE WITH THE LAWS OF THE STATE OF _____ New York _____.

**17. CAPACITY TO CONTRACT, CUSTOMER AFFILIATION**

By signing below, the Customer, represents that he/she is of legal age, and that he/she is not an employee of any exchange, or of any corporation of which any exchange owns a majority of the capital stock, or of a member of any exchange, or of a member firm or member corporation registered on any exchange, or of a bank, trust company, insurance company or of any corporation, firm or individual engaged in the business of dealing, either as broker or as principal, in securities, bills of exchange, acceptances or other forms of commercial paper, and that the Customer will promptly notify the Broker in writing if the Customer is now or becomes so employed. The Customer also represents that no one except the Customer has an interest in the account or accounts of the Customer with you.

**18. ARBITRATION DISCLOSURES**

* ARBITRATION IS FINAL AND BINDING ON THE PARTIES.

* THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.

* PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.

* THE ARBITRATORS AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.

* THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

**19. ARBITRATION**

THE CUSTOMER AGREES, AND BY CARRYING AN ACCOUNT FOR THE CUSTOMER THE BROKER AGREES THAT ALL CONTROVERSIES WHICH MAY ARISE BETWEEN US CONCERNING ANY TRANSACTION OR THE CONSTRUCTION, PERFORMANCE, OR BREACH OF THIS OR ANY OTHER AGREEMENT BETWEEN US PERTAINING TO SECURITIES AND OTHER PROPERTY, WHETHER ENTERED INTO PRIOR, ON OR SUBSEQUENT TO THE DATE HEREOF, SHALL BE DETERMINED BY ARBITRATION UNDER THIS AGREEMENT SHALL BE CONDUCTED PURSUANT TO THE FEDERAL ARBITRATION ACT AND THE LAWS OF THE STATE DESIGNATED IN PARAGRAPH 18, BEFORE THE AMERICAN ARBITRATION ASSOCIATION, OR BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR AN ARBITRATION FACILITY PROVIDED BY ANY OTHER EXCHANGE OF WHICH THE BROKER IS A MEMBER, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. OR THE MUNICIPAL SECURITIES RULE MAKING BOARD AND IN ACCORDANCE WITH THE RULES OBTAINING OF THE SELECTED ORGANIZATION.  THE CUSTOMER MAY ELECT IN THE FIRST INSTANCE WHETHER ARBITRATION SHALL BE BY THE AMERICAN ARBITRATION ASSOCIATION, OR BY AN EXCHANGE OR SELF-REGULATORY ORGANIZATION OF WHICH THE BROKER IS A MEMBER, BUT IF THE CUSTOMER FAILS TO MAKE SUCH ELECTION, BY REGISTERED LETTER OR TELEGRAM ADDRESSED TO THE BROKER AT THE BROKER'S MAIN OFFICE, BEFORE THE EXPIRATION OF TEN DAYS AFTER RECEIPT OF A WRITTEN REQUEST FROM THE BROKER TO MAKE SUCH ELECTION, THEN THE BROKER MAY MAKE SUCH ELECTION, THE AWARD OF THE ARBITRATORS, OR OF THE MAJORITY OF THEM SHALL BE FINAL, AND JUDGMENT UPON THE AWARD RENDERED MAY BE ENTERED IN ANY COURT, STATE OR FEDERAL, HAVING JURISDICTION.

**20. DISCLOSURES TO ISSUERS**

Under rule 14b-1(c) of the Securities Exchange Act of 1934, we are required to disclose to an issuer the name, address, and securities position of our customers who are beneficial owners of that issuer's securities unless the customer objects. Therefore, please check one of the boxes below:

___ Yes, I do object to the disclosure of information.

___ No, I do not object to the disclosure of such information.

THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE AT PARAGRAPH 19.

(X)_____          (X)_____
(Customer Signature/date)                         (Customer Signature/date)

6 Lisa Drive
_____                 _____
(Customer Address)                                (Account Number)

Dix Hills, NY  11746

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

MADF

## OPTION AGREEMENT

TO:  BERNARD L. MADOFF INVESTMENT SECURITIES

In order to induce you to carry accounts ("Option Accounts") for me (however designated) for transactions in option contracts (including, without limitations, purchase, sale, transfer, exercise and endorsement) ("Option Transaction"), I hereby warrant, represent and agree with you as set forth below on this Option Agreement.

1.      I understand, and am well aware, that option trading may be highly speculative in nature. I am also aware that on certain days, option trading may cease and this could result in a financial loss to me.  I agree to hold  BERNARD L. MADOFF, its other  Divisions,  and its officers, Directors and Agents  harmless for such loss.

2.      I understand that any option transaction  made for any account  of mine is  subject to the rules, regulations, customs and usages of The Options Clearing Corporation  and of the registered national  securities exchange,  national securities association,  clearing  organization or market where  such transaction  was executed. I agree to  abide by such  rules, regulations, custom and usages and I agree that,  acting individually or in concert with others, I will not exceed any applicable  position or  exercise  limits  imposed  by such  exchange,  association,  clearing organization or other market with respect  to option trading.

3.      If I do not satisfy, on a timely basis, your money or security calls,  you  are authorized in your sole discretion and without notification, to take  any and all steps you deem necessary to protect yourself (for any reason)  in connection with option transactions for my account including the right  to buy and/or sell (including short or short exempt) for my  account and risk any part or all of the shares represented by options  handled, purchased, sold and/or endorsed by you for my account or to buy  for my account and risk any option as you may deem necessary or appropriate.  Any and all expenses or losses incurred in this connection  will be reimbursed by me.

4.      In addition to the terms and conditions  hereof, my option account will be subject to all of the terms and conditions of all other agreements heretofore or hereafter at any time  entered into with you relating to the  purchase and sale of securities  and commodities except to the extent that such other agreements are contrary to  or inconsistent herewith.

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

5.  This agreement shall apply to all puts or call which you may have executed, purchased, sold or handled for any account of mine and also shall apply to all puts, or calls which you may hereafter purchase, sell, handle or execute for any account of mine.

6.  I have received from BERNARD L. MADOFF the most recent risk disclosure documents entitled "Understanding the Risks and Uses of Listed Options", "Listed Options on Stock Indices", "Listed Options on Foreign Currencies", and "Listed Options in Debt Instruments". I have read and understand the information contained in these documents.

7.  I understand that you assign exercise notices on a random basis except that with respect to options on the following debt instruments: Treasury Bonds, Treasury Notes, Treasury Bills and GNMAS, you may preferentially assign exercises of block-size (i.e. covering $1,000,000 or more of underlying securities) to block-size writing positions and you may preferentially assign smaller exercises to smaller writing positions. I understand that upon my request you will provide me with further information regarding the procedure used to assign exercise notices.

DATED _____   ACCOUNT NO. _1KW 142-3_____

## SIGNATURES

(If a Corporation)                    (If Individuals)

_____              _Jock Kaufman_____
(Name of Corporation)                 _Phyllis Kaufman_____
                                      (Second Party If Joint Account)
By_____

Title_____                    (If a Partnership)

                                      _____
                                      (Name of Partnership)

     SEAL                             By_____
                                           (A Partner)