UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                     Plaintiff-Applicant,        Adv. Pro. No. 08-01789-BRL

        - against -                       SIPA Liquidation

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                     Defendant.

------------------------------------------------------------------x

## OBJECTION TO SIPA TRUSTEE'S DETERMINATION
## OF CLAIM NUMBER 002518

      The Claimant, BEATRICE WEXELBAUM REV TRUST DTD 5/6/1981, BEATRICE

WEXELBAUM, TRUSTEE (hereinafter referred to as the "Claimant"), by its attorneys, Snow

Becker Krauss P.C., hereby objects to and opposes the Notice of Trustee's Determination of Claim

dated March 22, 2010 (hereinafter referred to as the "Determination") issued by Irving H. Picard,

Trustee under the Securities Investor Protection Act (hereinafter referred to as the "SIPA Trustee"),

upon the following grounds:

      1.      According to the records of the Claimant, copies of which are annexed hereto as

             Exhibit A, the Claimant's allowable claim on Bernard L. Madoff Investment

             Securities LLC Account No. 1ZB476 (which has been designated as Claim Number

             002518) computed on the "money in, money out" analysis being utilized by the

             SIPA Trustee (i.e., the SIPA Trustee's Net Investment Method) should be in the sum

S.D. OF N.Y.

2010 APR 21   P 2: 09

U.S. BANKRUPTCY COURT
FILED

of $115,000.00, rather than the sum of $100,000.00 allowed under the SIPA Trustee's Determination.[1]

2. Due to the fact that the Claimant's records for years prior to 1999 may be incomplete, efforts have been made to contact the SIPA Trustee's representatives in an effort to reconcile the $15,000.00 discrepancy between the Claimant's records and the records upon which the SIPA Trustee has apparently based the Determination.

3. The Claimant's efforts to communicate with the SIPA Trustee's representatives in an effort to resolve this matter without the necessity for proceedings before the Court have been to no avail, as there has been no response to multiple voicemail messages left for the SIPA Trustee's representatives, and a direct in-person conversation between the Claimant's attorneys and the attorneys for the SIPA Trustee has likewise failed to elicit any further response.

4. By reason of the deadline for filing written opposition to the SIPA Trustee's Determination set forth therein, the Claimant is required to file this Objection in

---

[1]  The allowable claim asserted by Claimant herein is based upon the SIPA Trustee's Net Investment Method (i.e., "money in, money out") for determining the net equity in the accounts of customers of Bernard L. Madoff Investment Securities LLC, and is subject to the Claimant's right to have its claim re-determined in accordance with any final and unappealable court order that reverses or modifies the Bankruptcy Court's Decision dated March 1, 2010.

2

order to preserve the Claimant's rights and remedies with respect to its claim.

Dated: New York, New York
      April 21, 2010

SNOW BECKER KRAUSS P.C.
*Attorneys for Claimant*

By: _____
      Michael Wexelbaum, Esq.
605 Third Avenue - 25th Floor
New York, New York 10158-0125
(212) 687-3860

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

- against -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

------------------------------------------------x

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

Tatyana Venezia, being duly sworn, deposes and says:

I am not a party to the action. I am over eighteen (18) years of age and reside in Monmouth
County, State of New Jersey.

On April 21, 2010, I served true copies of the annexed **OBJECTION TO SIPA
TRUSTEE'S DETERMINATION OF CLAIM NUMBER 002518** upon each of the following
by mailing same in sealed envelopes, with postage prepaid thereon, in a post office or official
depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Tatyana Venezia

Sworn to before me
this 21st day of April 2010

Notary Public

MICHAEL WEXELBAUM
Notary Public, State of New York
No. 30-4515301
Qualified in Nassau County
Commission Expires October 31, 2013

EXHIBIT A

**Beatrice Wexelbaum**
**Casa del Mar, 22603 Camino del Mar, Apt 1118**
**Boca Raton, 33433**
**(561) 392-4084**

**Capital Additions**
**and Withdrawals**

February 10, 2009

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Re:

Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee
Account No.: ZB476 (Listed on statements as 1-ZB476-3-0 and 1-ZB476-4-0)
and
Joseph Wexelbaum Trust B, Beatrice Wexelbaum, Trustee
Account No.: ZB477 (Listed on statements as ZB477-3-0 and ZB477-4-0)

Dear Mr. Picard:

The above listed accounts are two separate trust accounts created by my husband and me.
Until 2003, we had only one account (number W0086) and in 2003 the contents in this
account were divided into two Trusts as follows:

Beatrice Wexelbaum Rev Trust DTD 5/6/1981
Account No.: ZB476 (Listed on statements as 1-ZB476-3-0 and 1-ZB476-4-0)
and
Joseph Wexelbaum Rev Trust DTD 5/6/1981
Account No.: ZB477 (Listed on statements as ZB477-3-0 and ZB477-4-0)

In 2008, my husband, Joseph, died and his trust was renamed "Joseph Wexelbaum Trust
B, Beatrice Wexelbaum, Trustee" in accordance with the trust documents.

Accordingly, the capital additions and withdrawals made prior to 2003 were recorded in
only one trust, but may be pertinent to your analysis of both trusts. I have enclosed this
letter with the claim form submissions for both trusts.

Also, my deceased husband handled the record keeping for these accounts and we do not
have good records for years prior to 1999.

Thank you.

Very truly yours,

Beatrice Wexelbaum, Trustee

# Capital Additions and Withdrawals from Accounts at Bernard L. Madoff Investment Securities, LLC

Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee (Account ZB476)
Joseph Wexelbaum Trust B, Beatrice Wexelbaum, Trustee (Account ZB477)

## Capital Additions

| Year | Beatrice Wexelbaum | Joseph Wexelbaum | Total | Source of Information |
|------|------|------|------|------|
| 1991 | $100,000 | - | $100,000 | Handwritten in Merrill Lynch Check Registry – 2 check entries |
| 1992 | $100,000 | - | $100,000 | Handwritten in Merrill Lynch Check Registry – 2 check entries |
| 1993 | $50,000 | - | $50,000 | Handwritten in Merrill Lynch Check Registry – 1 check entry |
| 1994 | $100,000 | - | $100,000 | Hand written in Merrill Lynch Check Registry – 1 check entry |
| 2004 | $100,000 | $100,000 | $200,000 | 9/30/04 Statement – Proceeds from sale of home |
| 2008 | - | $60,000 | $60,000 | 6/30/08 Statement – Proceeds from life insurance policy |
| Total (A) | $450,000 | $160,000 | $610,000 | |

## Capital Withdrawals

| Year | Beatrice Wexelbaum | Joseph Wexelbaum | Total | Source of Information |
|------|------|------|------|------|
| 1999 | $50,000 | - | $50,000 | Summary Portfolio Management Report – for taxes |
| 2002 | $100,000 | - | $100,000 | 12/31/02 Statement – for taxes |
| 2006 | $35,000 | $35,000 | $70,000 | 3/31/06 Statement – for taxes |
| 2007 | $40,000 | $40,000 | $80,000 | 4/30/07 Statement - $50,000 for taxes 9/30/07 Statement - $30,000 for taxes |
| 2008 | $10,000 | $90,000 | $100,000 | 3/31/08 Statement - $90,000 for estate distribution 10/31/08 Statement- $10,000 for taxes |
| Total (A) | $235,000 | 165,000 | $400,000 | |

Note A: Account was handled by Joseph Wexelbaum, who is now deceased. Additional capital additions and withdrawals may have been made during the 1990s, which are not reflected above. Records are not available prior to 1999, except for check register.

Note B: Until 2003 there was only one account (Joseph Wexelbaum and Beatrice Wexelbaum Trustees UA 5/6/81 Beatrice Wexelbaum Trust (Account Numbers 1-W0086-3-0 and 1-W0086-4-0)). In 2003 the contents of this account were divided equally between the Joseph Wexelbaum Rev Trust DTD 5/6/1981 and the Beatrice Wexelbaum Rev Trust DTD 5/6/1981 with the account numbers presented in the title. Shortly after Joseph Wexelbaum's death in January 2008 the name of the "Joseph Wexelbaum Rev Trust DTD 5/6/1981" was changed to "Joseph Wexelbaum Trust B, Beatrice Wexelbaum, Trustee" in accordance with Joseph Wexelbaum's trust document with no change in account number.

1



19 BE SURE TO DEDUCT ANY PER ITEM CHARGES, SERVICE CHARGES, OR FEES THAT MAY APPLY IN 'OTHER' COLUMN

| DATE | CHECK NUMBER | TRANSACTION DESCRIPTION | ✓ T | (−) AMOUNT OF PAYMENT OR DEBIT | (+ OR −) OTHER | (+) AMOUNT OF CREDIT | BALANCE FORWARD |
|---|---|---|---|---|---|---|---|
| 3/1 91 | 101 | TO: Bernard Madoff FOR: | | [redacted] | 25000 | | 1991 |
| 2/20/92 | 103 | TO: Bernard Madoff FOR: | | [redacted] | 50,000 | | 1992 |
| | 04 | TO: Trans to 863927 FOR: acct Emergency | | 14,000 | | | |
| 92 | 105 | TO: Internal Rev. Serv. FOR: Bal 1991 Income tax | | 2225 | | | |
| 4/92 | 106 | TO: Internal Revenue Ser. FOR: 1st Estimated tax paymt | | 5430 | | | |
| | | TO: FOR: | | | | | |
| 4/2/92 | 107 | TO: Florida Dept Rev. FOR: Intangible Tax | | 1486.– | | | |
| 4/14/92 | 108 | TO: SunBank FOR: Transfer | | 2,000 | | | |
| 8/3/92 | 109 | TO: Bernard Madoff FOR: | | 50,000 | 50,000 | | 1992 |
| 2/24/92 | — | TO: ~~[illegible]~~ FOR: ~~[illegible]~~ | | ~~2000~~ | | | |
| 6/93 | 111 | TO: Children's Town Foundation FOR: Scholarship memorial | | $2000 | OK | | |
| | 112 | TO: Void. FOR: | | | | | |

APPLY IN 'OTHER' COLUMN

| DATE | CHECK NUMBER | TRANSACTION DESCRIPTION | T | AMOUNT OF PAYMENT OR DEBIT | (+ or -) OTHER | AMOUNT OF CREDIT (+) | BALANCE FORWARD |
|---|---|---|---|---|---|---|---|
| | | | | | | | 199 3 |
| 2/20/93 | 113 | TO: Sherman Hellman FOR: Atty + consumer | | 12,837.35 | | 50,000 | |
| 4/14/95 | 115 | TO: Sherman Johnson FOR: 750 stock stock pool house stock | | | | | |
| 4/4 | | TO: to Gem Bank FOR: | | 3029 | | | |
| 1/14/94 | 116 | TO: Florida self/insure Trust FOR: Settle pd to FL N935 | | 2944 | | | |
| 5/25/94 | 117 | TO: Insurance Self FOR: Bank Reg. payroll | | 3819 | | | |
| 5/25/94 | 118 | TO: Insurance Jebouton FOR: Contract fee | | 2000 | | | |
| 5/26/94 | 119 | TO: Carmelo Rebato FOR: Director Reborn | | 1800 | | | |
| 7/30/94 | 120 | TO: Insurance Clair FOR: Aug 15 Exp 93 | | 3873 14 | | | |
| 7/26/94 | 121 | TO: Enrico C.C. FOR: 1995 Disb request | | 1404 50 | | | |
| 11/24 | 122 | TO: 1 month to Enrico FOR: E.T.P. for Headmaster 10/00 | | 173 | | | |
| | | TO: FOR: | | | | | |

[redacted]

19 ___ BE SURE TO DEDUCT ANY PER ITEM CHARGES, SERVICE CHARGES, OR FEES THAT MAY APPLY IN 'OTHER' COLUMN

| DATE | CHECK NUMBER | TRANSACTION DESCRIPTION | √ | (−) AMOUNT OF PAYMENT OR DEBIT | (+ OR −) OTHER | (+) AMOUNT OF CREDIT | BALANCE FORWARD |
|---|---|---|---|---|---|---|---|
| | | TO: FOR: | | | | | |
| 1/17 | 134 | TO: Internal Rev Serv FOR: Estimated Tax ([illegible]) | | 3102 | | | |
| 5/18 | 97 | TO: James & Rachael FOR: marriage Wedding | | 1,000 | | | |
| 6/25 | 9/3 136 | TO: J W Gelbaum FOR: Trans to Sun | | 2,000 | | | |
| [illegible] | [illegible] | TO: [illegible] FOR: [illegible] | | [illegible] | | | |
| | | TO: FOR: | | | | | |
| 9/17 | 93 | TO: Internal Rev. Serv FOR: Estimated tax | | 9140 | | | |
| 11/24 | 93 140 | TO: JW Gelbaum FOR: Trans to Sun | | 5000 | | | |
| 4/10 | 94 141 | TO: Internal Revenue FOR: Paymt #1 Estimated [illegible] | | 6990 | | | |
| 4/10 | 94 142 | TO: Internal Revenue Serv FOR: Bal 1993 TAX | | 2325 | | | |
| 1/19 | 94 143 | TO: Madoff Securities FOR: Add'l Investment | | 100,000 | | 1994 | |
| 5/4 | 94 144 | TO: Children's Town FOR: Cindy's Room | | 3600 | | | |

**BERNARD L. MADOFF**
MADF | INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BEATRICE WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON        FL  33433

PERIOD ENDING
9/30/04

PAGE
1

YOUR ACCOUNT NUMBER
1-ZB476-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
59-6708723

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/01 | | | | BALANCE FORWARD | | 16,471.08 | |
| 9/01 | 100,000 | | 9700 | CHECK | CA | | 100,000.00 |
| | | | | U S TREASURY BILL | 99.538 | 99,538.00 | |
| | | | | DUE 12/16/2004 | | | |
| 9/02 | 360 | | | 12/16/2004 | | | |
| | | | | BANK OF AMERICA | RECD | | |
| 9/07 | | | | DIV 9/01/04  9/02/04 | | | |
| | | | | WAL-MART STORES INC | DIV | | 99.45 |
| 9/10 | | | | DIV 8/20/04  9/07/04 | | | |
| | | | | UNITED TECHNOLOGIES CORP | DIV | | 31.50 |
| 9/13 | | | | DIV 8/20/04  9/10/04 | | | |
| | | | | 3M COMPANY | DIV | | 48.60 |
| 9/14 | | | | DIV 8/20/04  9/12/04 | | | |
| | | | | MICROSOFT CORP | DIV | | 152.40 |
| 9/14 | 794 | | 13631 | DIV 9/25/04  9/14/04 | | | |
| | | | | FIDELITY SPARTAN | 1 | 794.00 | |
| 9/16 | | | | U S TREASURY MONEY MARKET | | | |
| | | | | HOME DEPOT INC | DIV | | 34.43 |
| 9/17 | | | | DIV 9/02/04  9/16/04 | | | |
| | | | | AMERICAN INTL GROUP INC | DIV | | 34.88 |
| 9/22 | | 435 | 3004 | DIV 9/03/04  9/17/04 | | | |
| 9/22 | | 210 | 7273 | COCA COLA CO | 40.510 | | 17,621.85 |
| 9/22 | | 165 | 11473 | MEDTRONIC INC | 50 | | 10,500.00 |
| | | | | MERRILL LYNCH & CO INC | 51.960 | | 8,573.40 |
| | | | | CONTINUED ON PAGE      2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL  33433

| PERIOD ENDING | PAGE |
|---|---|
| 9/30/04 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB477-3-0 | 59-6708722 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 16,471.06 | |
| | | | | CHECK | CA | | 100,000.00 |
| 9/01 | | | | | 99.538 | 99,538.00 | |
| 9/01 | 100,000 | | 9701 | U S TREASURY BILL DUE 12/16/2004 12/16/2004 | | | |
| | | | | BANK OF AMERICA | RECD | | |
| 9/02 | 360 | | | DIV 9/01/04 9/02/04 | | | 99.4 |
| | | | | WAL-MART STORES INC | DIV | | |
| 9/07 | | | | DIV 8/20/04 9/07/04 | | | 31.5 |
| | | | | UNITED TECHNOLOGIES CORP | DIV | | |
| 9/10 | | | | DIV 8/20/04 9/10/04 | | | 48.6 |
| | | | | 3M COMPANY | DIV | | |
| 9/13 | | | | DIV 8/20/04 9/12/04 | | | 152.4 |
| | | | | MICROSOFT CORP | DIV | | |
| 9/14 | | | | DIV 8/25/04 9/14/04 | | | 34. |
| 9/14 | 794 | | 13632 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 794.00 | |
| | | | | HOME DEPOT INC | DIV | | |
| 9/16 | | | | DIV 9/02/04 9/16/04 | | | 34. |
| | | | | AMERICAN INTL GROUP INC | DIV | | |
| 9/17 | | | | DIV 9/03/04 9/17/04 | | | 17,521. |
| 9/22 | | 435 | 3005 | COCA COLA CO | 40.510 | | 10,500. |
| 9/22 | | 210 | 7274 | MEDTRONIC INC | 50 | | 8,573. |
| 9/22 | | 165 | 11474 | MERRILL LYNCH & CO INC | 51.960 | | |
| | | | | CONTINUED ON PAGE   2 | | | |

CONTINUED ON PAGE 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM TRUST B
BEATRICE WEXELBAUM TRUSTEE
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL   33433

| PERIOD ENDING | PAGE |
|---|---|
| 6/30/08 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB477-3-0 | ******4542 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 17,954.13 | |
| 6/02 | | | | INTEL CORP DIV 5/07/08   6/01/08 | DIV | | 194.18 |
| 6/02 | | | | WAL-MART STORES INC DIV 5/16/08   6/02/08 | DIV | | 135.38 |
| 6/02 | | | | WELLS FARGO & CO NEW DIV 5/09/08   6/01/08 | DIV | | 235.60 |
| 6/03 | | | | PFIZER INC DIV 5/09/08   6/03/08 | DIV | | 522.88 |
| 6/03 | | | | UNITED PARCEL SVC INC CLASS B DIV 5/19/08   6/03/08 | DIV | | 111.15 |
| 6/09 | | | | CHECK | CA | | 60,000.00 |
| 6/09 | 50,000 | | 46603 | U S TREASURY BILL DUE 9/18/2008        9/18/2008 | 99.467 | 49,733.50 | |
| 6/09 | 10,267 | | 46666 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,267.00 | |
| 6/10 | | | | CHEVRON CORP DIV 5/19/08   6/10/08 | DIV | | 333.45 |
| 6/10 | | | | EXXON MOBIL CORP DIV 5/13/08   6/10/08 | DIV | | 516.80 |
| 6/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 5/09/08   6/10/08 | DIV | | 171.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

*withdrawal*

JOSEPH WEXELBAUM
& BEATRICE WEXELBAUM TSTEES          1-W0086-3
U/A 5/6/81 BEATRICE WEXELBAUM
7418 CORKWOOD CIRCLE
TAMARAC          FL 33321

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 895,305.27CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 50,000.00- |
| REALIZED P/L FOR CURRENT YEAR | 182,256.35CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | |
| CURRENT CASH BALANCE | .62CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 1,027,561.00  NET LONG |
| TOTAL EQUITY | 1,027,561.62CR |

ANNUALIZED RETURN FOR CURRENT YEAR     20.56 %

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM
& BEATRICE WEXELBAUM TSTEES
U/A 5/6/81 BEATRICE WEXELBAUM
7418 CORKWOOD CIRCLE
TAMARAC            FL  33321

PERIOD ENDING: 12/31/02    PAGE: 1

YOUR ACCOUNT NUMBER: 1-W0086-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: 59-6708723

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 199,377.78 |
| 12/02 | | | | INTEL CORP DIV 11/01/02 12/01/02 | DIV | | 52.80 |
| 12/02 | | | | WELLS FARGO & CO NEW DIV 11/08/02 12/01/02 | DIV | | 184.80 |
| 12/05 | | | | PFIZER INC DIV 11/15/02 12/05/02 | DIV | | 313.17 |
| 12/09 | | | | ANHEUSER BUSCH COS INC DIV 11/11/02 12/09/02 | DIV | | 64.35 |
| 12/09 | | 25,000 | 96886 | U S TREASURY BILL DUE 12/19/2002 | 99.966 | | 24,991.50 |
| 12/09 | 25,000 | | 96886 | U S TREASURY BILL DUE 3/20/2003 | 99.666 | 24,916.50 | |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/02 12/10/02 | DIV | | 584.43 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/08/02 12/10/02 | DIV | | 103.95 |
| 12/10 | | | | JOHNSON & JOHNSON DIV 11/19/02 12/10/02 | DIV | | 230.01 |
| 12/16 | | | | CHECK | CH | 100,000.00 | |
| 12/16 | | | | DU PONT E I DE NEMOURS & CO DIV 11/15/02 12/14/02 | DIV | | 138.60 |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Tel 020 7493 6222

BEATRICE WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON     FL    33433

**PERIOD ENDING** 3/31/06

**PAGE** 5

**YOUR ACCOUNT NUMBER** 1-ZB476-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** 59-6708723

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/27 | 12,227 | | 89750 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,227.00 | |
| 3/31 | | | | CHECK | CW | 35,000.00 | |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/31/06 | DIV | | 21.18 |
| 3/31 | | | | PEPSICO INC DIV 3/10/06  3/31/06 | DIV | | 98.28 |
| 3/31 | | | | SPRINT NEXTEL CORP DIV 3/10/06  3/31/06 | DIV | | 16.65 |
| 3/31 | | 23,351 | 21157 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,351.00 |
| 3/31 | | 525,000 | 21674 | U S TREASURY BILL DUE 5/11/2006                     5/11/2006 | 99.481 | | 522,275.25 |
| 3/31 | 500,000 | | 25526 | U S TREASURY BILL DUE 5/4/2006                     5/06/2006 | 99.572 | 497,860.00 | |
| 3/31 | 15,605 | | 30115 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,605.00 | |
| | | | | NEW BALANCE | | 7,217.83 | |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 15,605 | | | | | | |

CONTINUED ON PAGE  6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON        FL   33433

| PERIOD ENDING | PAGE |
|---|---|
| 3/31/06 | 5 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB477-3-0 | 59-6708722 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/27 | 12,227 | | 89751 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,227.00 | |
| 3/31 | | | | CHECK | CW | 35,000.00 | |
| 3/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/31/06 | DIV | | 21.18 |
| 3/31 | | | | PEPSICO INC DIV 3/10/06  3/31/06 | DIV | | 98.28 |
| 3/31 | | | | SPRINT NEXTEL CORP DIV 3/10/06  3/31/06 | DIV | | 16.65 |
| 3/31 | | 23,351 | 21150 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,351.00 |
| 3/31 | | 525,000 | 21675 | U S TREASURY BILL DUE 5/11/2006               5/11/2006 | 99.481 | | 522,275.25 |
| 3/31 | 500,000 | | 25527 | U S TREASURY BILL DUE 5/4/2006               5/04/2006 | 99.572 | 497,860.00 | |
| 3/31 | 15,605 | | 30116 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,605.00 | |
| | | | | NEW BALANCE | | | 7,217.81 |
| | 15,605 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE    6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BEATRICE WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL   33433

| PERIOD ENDING | PAGE |
|---|---|
| 4/30/07 | 1 |

YOUR ACCOUNT NUMBER: 1-ZB476-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******8723

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 33,285.72 | |
| 4/02 | | | | COCA COLA CO DIV 3/15/07 4/01/07 | DIV | | 144.50 |
| 4/02 | | | | MERCK & CO DIV 3/09/07 4/02/07 | DIV | | 174.42 |
| 4/02 | | | | WAL-MART STORES INC DIV 3/16/07 4/02/07 | DIV | | 112.20 |
| 4/04 | | | | HEWLETT PACKARD CO DIV 3/14/07 4/04/07 | DIV | | 46.24 |
| 4/09 | | | | CHECK | CW | 25,000.00 | |
| 4/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 04/10/07 | DIV | | 63.96 |
| 4/10 | | | | ALTRIA GROUP INC DIV 3/15/07 4/10/07 | DIV | | 380.12 |
| 4/10 | | 34,986 | 97942 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 34,986.00 |
| 4/10 | 10,050 | | 98399 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,050.00 | |
| 4/24 | 187 | | 3303 | MERRILL LYNCH & CO INC | 90.140 | 16,863.18 | |
| 4/24 | 442 | | 7597 | ALTRIA GROUP INC | 70.020 | 30,965.84 | |
| 4/24 | 459 | | 11891 | MERCK & CO | 49.660 | 22,811.96 | |
| 4/24 | 238 | | 16105 | MORGAN STANLEY | 81.120 | 19,315.56 | |
| 4/24 | 1,870 | | 20479 | MICROSOFT CORP | 28.300 | 52,995.00 | |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL  33433

PERIOD ENDING
4/30/07

PAGE
1

YOUR ACCOUNT NUMBER
1-ZB477-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER
******8722

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 33,285.70 | |
| 4/02 | | | | COCA COLA CO | DIV | | 144.50 |
| | | | | DIV 3/15/07  4/01/07 | | | |
| 4/02 | | | | MERCK & CO | DIV | | 174.42 |
| | | | | DIV 3/09/07  4/02/07 | | | |
| 4/02 | | | | WAL-MART STORES INC | DIV | | 112.20 |
| | | | | DIV 3/16/07  4/02/07 | | | |
| 4/04 | | | | HEWLETT PACKARD CO | DIV | | 46.24 |
| | | | | DIV 3/14/07  4/04/07 | | | |
| 4/09 | | | | CHECK | CW | 25,000.00 | |
| 4/10 | | | | FIDELITY SPARTAN | DIV | | 63.90 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 04/10/07 | | | |
| 4/10 | | | | ALTRIA GROUP INC | DIV | | 380.12 |
| | | | | DIV 3/15/07  4/10/07 | | | |
| 4/10 | | 34,986 | 97943 | FIDELITY SPARTAN | 1 | | 34,986.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/10 | 10,050 | | 98400 | FIDELITY SPARTAN | 1 | 10,050.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 4/24 | 187 | | 3304 | MERRILL LYNCH & CO INC | 90.140 | 16,863.18 | |
| 4/24 | 442 | | 7598 | ALTRIA GROUP INC | 70.020 | 30,965.84 | |
| 4/24 | 459 | | 11892 | MERCK & CO | 49.660 | 22,811.94 | |
| 4/24 | 238 | | 16186 | MORGAN STANLEY | 81.120 | 19,315.56 | |
| 4/24 | 1,870 | | 20480 | MICROSOFT CORP | 28.300 | 52,995.00 | |
| | | | | CONTINUED ON PAGE  2 | | | |

CONTINUED ON PAGE  2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BEATRICE WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL   33433

PERIOD ENDING **9/30/07**

PAGE **2**

YOUR ACCOUNT NUMBER **1-ZB476-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*8723**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----|-----|-----|-----|-----|-----|-----|
| 9/18 | 714 | | 55884 | WELLS FARGO & CO NEW | 35.700 | 25,517.80 | |
| 9/18 | 51 | | 56662 | GOOGLE | 523.600 | 26,705.60 | |
| 9/18 | 510 | | 60198 | WAL-MART STORES INC | 42.840 | 21,868.40 | |
| 9/18 | 85 | | 60976 | GOLDMAN SACHS GROUP INC | 183.820 | 15,627.70 | |
| 9/18 | 1,190 | | 64512 | EXXON MOBIL CORP | 87.770 | 104,493.30 | |
| 9/18 | 578 | | 65290 | HEWLETT PACKARD CO | 48.470 | 28,038.66 | |
| 9/18 | 289 | | 69604 | INTERNATIONAL BUSINESS MACHS | 116 | 33,535.00 | |
| 9/18 | 1,258 | | 73918 | INTEL CORP | 25.310 | 31,889.98 | |
| 9/18 | 612 | | 78232 | JOHNSON & JOHNSON | 62.640 | 38,359.68 | |
| 9/18 | 731 | | 82545 | J.P. MORGAN CHASE & CO | 44.420 | 32,500.02 | |
| 9/18 | 425 | | 86859 | COCA COLA CO | 55.710 | 23,693.75 | |
| 9/18 | 459 | | 91173 | ALTRIA GROUP INC | 67.090 | 30,812.31 | |
| 9/18 | 459 | | 95487 | MERCK & CO | 49.820 | 22,885.38 | |
| 9/18 | 1,785 | | 99801 | MICROSOFT CORP | 29.010 | 51,853.85 | |
| 9/18 | | 1,225,000 | 68878 | U S TREASURY BILL DUE 12/13/2007 12/13/2007 | 99.070 | | 1,213,607.50 |
| 9/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/18/07 | DIV | | 61.36 |
| 9/18 | | 10,898 | 74739 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,898.00 |
| 9/18 | 61,107 | | 79182 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 61,107.00 | |
| 9/20 | | | | CHECK | CW | 15,000.00 | |
| | | | | CONTINUED ON PAGE    3 | | | |

CONTINUED ON PAGE    3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL   33433

PERIOD ENDING **9/30/07**          PAGE **2**

YOUR ACCOUNT NUMBER **1-ZB477-3-0**          YOUR TAX PAYER IDENTIFICATION NUMBER *******8722**

| | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/18 | 714 | | 55885 | WELLS FARGO & CO NEW | 35.700 | 25,517.80 | |
| 9/18 | 51 | | 56663 | GOOGLE | 523.600 | 26,705.60 | |
| 9/18 | 510 | | 60199 | WAL-MART STORES INC | 42.840 | 21,868.40 | |
| 9/18 | 85 | | 60977 | GOLDMAN SACHS GROUP INC | 183.820 | 15,627.70 | |
| 9/18 | 1,190 | | 64513 | EXXON MOBIL CORP | 87.770 | 104,493.30 | |
| 9/18 | 578 | | 65291 | HEWLETT PACKARD CO | 48.470 | 28,038.66 | |
| 9/18 | 289 | | 69605 | INTERNATIONAL BUSINESS MACHS | 116. | 33,535.00 | |
| 9/18 | 1,258 | | 73919 | INTEL CORP | 25.310 | 31,889.98 | |
| 9/18 | 612 | | 78233 | JOHNSON & JOHNSON | 62.640 | 38,359.68 | |
| 9/18 | 731 | | 82566 | J.P. MORGAN CHASE & CO | 44.620 | 32,617.22 | |
| 9/18 | 425 | | 86860 | COCA COLA CO | 55.710 | 23,693.75 | |
| 9/18 | 459 | | 91374 | ALTRIA GROUP INC | 67.090 | 30,812.31 | |
| 9/18 | 459 | | 95488 | MERCK & CO | 49.820 | 22,885.38 | |
| 9/18 | 1,785 | | 99802 | MICROSOFT CORP | 29.010 | 51,853.85 | |
| 9/18 | | 1,225,000 | 68879 | U S TREASURY BILL DUE 12/13/2007 | 99.070 | | 1,213,607.50 |
| 9/18 | | | | 12/13/2007 FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 61.36 |
| 9/18 | | 10,898 | 74740 | DIV 09/18/07 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 10,898.00 |
| 9/18 | 61,107 | | 79183 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 61,107.00 | |
| 9/20 | | | | CHECK | CW | 15,000.00 | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madison Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JOSEPH WEXELBAUM TRUST B
BEATRICE WEXELBAUM TRUSTEE
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL  33433

| PERIOD ENDING | | PAGE |
|---|---|---|
| 3/31/08 | | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZB477-3-0 | ******4542 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .80 |
| 3/10 | | | | CHECK | CW | 90,000.00 | |
| 3/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/10/08 | DIV | | 130.75 |
| 3/10 | | 23,979 | 10924 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,979.00 |
| 3/10 | | 75,000 | 10941 | U S TREASURY BILL DUE 04/03/2008 | 99.891 | | 74,918.25 |
| 3/10 | 9,028 | | 10978 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,028.00 | |
| 3/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/19/08 | DIV | | 4.74 |
| 3/19 | | 9,028 | 28334 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,028.00 |
| 3/19 | | 1,175,000 | 32412 | U S TREASURY BILL DUE 04/03/2008 | 99.954 | | 1,174,459.50 |
| 3/19 | 1,175,000 | | 37125 | U S TREASURY BILL DUE 7/31/2008 | 99.576 | 1,170,018.00 | |
| 3/19 | 13,475 | | 41472 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,475.00 | |

CONTINUED ON PAGE   2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BEATRICE WEXELBAUM REV TRUST
DTD 5/6/1981
CASA DEL MAR
22603 CAMINO DEL MAR APT 1118
BOCA RATON          FL  33433

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/08 | 1 |

YOUR ACCOUNT NUMBER: 1-ZB476-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****8723

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 80,477.09 | |
| 10/01 | | | | CHECK | CW | 10,000.00 | |
| 10/01 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 10/01/08 | DIV | | 8.88 |
| 10/01 | | | | COCA COLA CO DIV 9/15/08 10/01/08 | DIV | | 209.00 |
| 10/01 | | | | HEWLETT PACKARD CO DIV 9/10/08 10/01/08 | DIV | | 54.56 |
| 10/01 | | | | MERCK & CO DIV 9/05/08 10/01/08 | DIV | | 225.72 |
| 10/01 | | 17,255 | 98900 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,255.00 |
| 10/01 | 7,264 | | 99320 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,264.00 | |
| 10/03 | | | | SCHLUMBERGER LTD DIV 9/03/08 10/03/08 | DIV | | 69.30 |
| 10/10 | | | | PHILLIP MORRIS INTERNATIONAL DIV 9/15/08 10/10/08 | DIV | | 308.88 |
| 10/31 | 868 | | 10443 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 868.00 | |
| | | | | NEW BALANCE | | 80,477.75 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 8,132 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES