**SILLS CUMMIS & GROSS P.C.**
One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Andrew H. Sherman
Email: asherman@sillscummis.com
Philip R. White
Email: pwhite@sillscummis.com

*Attorneys for William Frederick Chais Trust #3*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC. <br><br> Defendant. | SIPA LIQUIDATION <br><br> No. 08-01789 (BRL) |

## CERTIFICATION OF SERVICE

PETER CALHOUN, of full age, certifies as follows:

I am a Paralegal employed with the firm of Sills Cummis & Gross P.C., attorneys for William Frederick Chais Trust # 3.

On April 22, 2010, the following document was filed electronically with the United States Bankruptcy Court for the Southern District of New York:

Objection to Trustee's Determination of Claim and Request for a Hearing.

In addition to the parties that were served electronically with a Notice of Electronic Filing by the Court, the following parties were served the foregoing document on April 22, 2010 via Federal Express overnight mail:

1751595 v1

Irving H. Picard, as Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100

and

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1415

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated: April 23, 2010

*Peter Calhoun*
PETER CALHOUN

1751595 v1

- 2 -