**Roman Trojan & Danuta Trojan**
Siegesplatz 21/5
A-1220 Wien
Tel.: +43 1 9092827
Email: tro@gmx.at
Primeo Select Fund Account ID: **1000149** Holder ID: **00799801**

October 3, 2009

Mr. Irving H. Picard
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, Texas 75201

Re:   *NOTICE TO CUSTOMERS OF BERNARD L. MADOFF
      INVESTMENT SECURITIES LLC
      REGARDING ADJUDICATION OF "NET EQUITY" ISSUE*

Dear Mr. Picard:

I am an investor in the Primeo Select Fund ("Primeo" or the "Fund") and, as you are aware, all of the money invested in Primeo was subsequently invested with Bernard L. Madoff Investment Securities LLC ("BLMIS").

In 2003, I invested €59,999.75 in Primeo and I have never received any redemptions.
My account balances statement on November 28, 2008 was €86,535.58 provided by HSBC.
Those details was sent to you within claim forms, however once with Net Equity specified to pure invested cash (on March 5, 2009) and then corrected to actual account balances statement (on April 8, 2009)

**Responding to your notice, I would like to post my opinion to regard last actual account balances statement less any withdrawn redemptions up to significant amount ($500,000.00) resting upon fraud nature of BLMIS.**

The private honest investors based on commercial interest rate fewer than 10%p.a. should be prioritized, without differentiation over feeder funds.

My proposal is to set upper significant redemption amount dynamically, depending on actually retrieved money by SIPA Liquidation.

Very truly yours,

Roman Trojan

RECEIVED
NOV 1 1 2009
AlixPartners, LLP