FROM :                          FAX NO. :2203950                Jan. 27 2010 11:07AM P1

January 26, 2010

Irving H. Picard., Esq.,
Trustee for the Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

**RECEIVED**

**FEB 02 2010**

RE: **Daniela Estremadoyro Morales**

Dear Mr. Picard,

I refer to your letter dated December 8, 2009 in which you notify me that my claim under SIPC has been denied due to the fact that I did not have an account directly with BLMIS.

As mentioned on my previous letter, I understand this, however, I was invested in BLMIS through Fairfield Sentry Ltd., and I was affected in the same way as all other investors, who invested (whether directly or indirectly) with BLMIS. When BLMIS received funds from clients, there was no distinction whether those funds came directly through BLMIS clients of channeled through funds like Fairfield. There is even a strong possibility that, through this Ponzi scheme, my funds were used to pay redemptions from clients directly invested in BLMIS.

I understand that the possibility of having indirect investors qualify under SIPC was still under review given the amount of people affected. I want to once again plead my case and request that this is further reviewed as these funds represent a large part of my life savings and my son's college education.

Please do not hesitate to contact me with any questions or comments.

Best regards,

Daniela Estremadoyro
Mobile # 011-591-701-44494
Office # 011-591-2-2204-012



U.S. POSTAGE PAID
MIAMI, FL 33131
JAN 28, 10
AMOUNT $5.54
00032566-09



UNITED STATES POSTAL SERVICE



7009 2250 0001 8070 6546

701 Brickell Avenue
11th Floor
Miami, FL 33131

Irving H. Picard, Esq.,
Trustee for the Bernard L. Madoff Investment
Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201