Page 1 of 2

Herb and Ruth Gamberg
c/o Anthony Gamberg, Esq.
33-48 169th Street
Flushing, NY  11358

March 19, 2010

Irving Picard, Trustee
c/o Baker Hostetler
45 Rockefeller Plaza
11th Floor
NY, NY  10111

Bankruptcy Judge Burton R. Lifland
US Bankruptcy Court Southern District
1 Bowling Green
New York, NY  10004

Re: BLMIS Account No. 1CM070 designated as Claim 013584; Bankruptcy Case No. 08-1789 (BRL)

Dear Mr. Picard and Bankruptcy Judge Burton R. Lifland:

    I am writing this letter on behalf of my parents Herb and Ruth Gamberg who are presently out of the country and are unable to respond personally.

    My parents were informed that a determination regarding their claim of the balance of $593,011.98 for securities in BMLIS Account No. 1CM070 designated as Claim 013584 has been denied, and that the Trustee has further determined that they withdrew a total of $1,092,000.00 from BMLIS and deposited a total $350,000.00 with BMLIS.  The letter informing my parents of the Trustee's determination told them that if they disputed these findings they should write to you to tell you of their disagreement with the Trustee's findings within 30 days after Feb. 19, 2010.  This timely letter is to inform you that they disagree with the findings of the Trustee as briefly set forth herein.

    First, my parents disagree with the finding of the trustee regarding the balance of $593,011.98 for securities in BMLIS Account No. 1CM070 designated as Claim 013584.  Although the District Court that has heard the matter at the trial level has agreed with the Trustee's definition of "net equity" in the instant matter, as you know, the matter is presently on appeal.  Accordingly, the issue of the legal definition of "net equity" in this matter is not finally determined.  My parents disagree with the opinion of the Trustee and with the finding of the District Court on this issue, and reserve their right to whatever relief they may be entitled to should the final Federal Court determination of "net equity" entitle them to any such relief.

Page 2 of 2

    Concerning the Trustee's determination that my parents withdrew a total of $1,092,000.00 from BMLIS and deposited a total $350,000.00 with BMLIS, my parents reserve the right to dispute these figures, and, on present information and belief, they feel that these figures may well be incorrect. As mentioned above, my parents are away from their home, and therefore from their records, for another two or so months. Therefore, they have not had access, nor will they have access until their return in late May, to check their records in this matter. My parents therefore reserve the right to dispute these figures after they have had the opportunity to check their records.

    Regarding a hearing, my parents would like a hearing on this matter should one become necessary.

    Thank you for your time and consideration.

_____
Anthony Gamberg, Esq.
On behalf of
Herb and Ruth Gamberg

Anthony Gamberg
3348 169th St.
Flushing, NY 11358





7009 1410 0001 7916 7078

U.S. POSTAGE
FLUSHING, NY
11358
MAR 19, '10
AMOUNT
$5.54
00067731-06

BAKER

Irving Picard, Trustee
c/o Baker Hostetler
45 Rockefeller Plaza
11th Floor
NY NY 10111

RETURN RECEIPT
REQUESTED

10111$0230