BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:     (212) 589-4200
Facsimile:     (212) 589-4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Marc Hirschfield, Esq.
Email: mhirschfield@bakerlaw.com
Deborah Renner
Email: drenner@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 27, 2010 AT 10:00 A.M.**

**CONTESTED MATTER**

**Picard v. Fox, et al.**; Adv. Pro. No. 10-3114

1.  Motion for Temporary Restraining Order /Memorandum of Law In Support of Trustee's Application For Temporary Restraining Order, Enforcement of Automatic Stay and

300083206

Preliminary Injunction filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 3/31/2010) [Docket No. 2]

Related Documents:

A.  Affidavit In Support of The Trustee's Application For Temporary Restraining Order, Enforcement of Automatic Stay and Preliminary Injunction (related document 2), filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 3/31/2010) [Docket No. 3]

B.  Order to Show Cause With Temporary Restraining Order (TRO) signed on 4/1/2010 at 11:05 AM (related document 2)  (Filed: 4/1/2010) [Docket No. 4]

C.  Certificate of Service of Order to Show Cause with Temporary Restraining Order, Memorandum of Law, Affidavit of David J. Sheehan in Support, Proposed Order Enforcing Automatic Stay and Complaint (related documents 2, 3, 4, 1) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 4/1/2010) [Docket No. 5]

D.  So Ordered Stipulation signed on 4/8/2010 Between Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff and Adele Fox and Susanne Stone Marshall, individually and to the extent they represent a class of those similarly situated. RE: Adjourning Hearing, Extending Temporary Restraining Order, And Setting Briefing Schedule (related document 4)  (Filed: 4/8/2010) [Docket No. 9]

E.  Complaint against Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated filed by Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC  (Filed: 3/31/2010) [Docket No. 1]

Opposition Due:            April 15, 2010

Opposition Filed:

F.  Opposition Brief Defendants' Memorandum of Law in Opposition to Plaintiff's Order to Show Cause (related documents 2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated  (Filed: 4/15/2010) [Docket No. 10]

Related Documents:

G. Declaration of Adele Fox (related document 2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/15/2010) [Docket No. 11]

H. Declaration of Susanne Stone Marshall (related document 2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/15/2010) [Docket No. 12]

I. Declaration of Peter W. Smith, Esq. in Opposition to the Trustee's Application for Enforcement of Automatic Stay and Preliminary Injunction (related document 2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/15/2010) [Docket No. 13]

J. Declaration of Richard L. Stone (related document 2) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/15/2010) [Docket No. 14]

K. Certificate of Service (related documents 10, 12, 13, 14, 11) filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/15/2010) [Docket No. 15]

Reply Due: April 21, 2010

Reply Filed:

L. Reply Memorandum of Law in Support of Trustee's Application For Enforcement of Automatic Stay and Preliminary Injunction (related document 2) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 4/21/2010) [Docket No. 17]

M.     Certificate of Service of Reply Memorandum of Law in Support of Trustee's Application For Enforcement of Automatic Stay and Preliminary Injunction (related document 17) filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 4/21/2010) [Docket No. 18]

Sur-Reply:

N.     Letter to Hon. Burton R. Lifland, Re: Argument April 27, 2010 at 10 a.m. filed by Helen Chaitman on behalf of Adele Fox, individually and to the extent she purports to represent a class of those similarly situated, Susanne Stone Marshall, individually and to the extent she purports to represent a class of those similarly situated (Filed: 4/26/2010) [Docket No. 19]

Status:     This matter is going forward.

Dated: New York, New York
April 26, 2010

**BAKER & HOSTETLER LLP**

By:     *s/Keith R. Murphy*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com
Deborah Renner
Email: drenner@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC And Bernard L.
Madoff*