Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Diane and Roger Peskin,
Maureen Ebel, and a large group of other
customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2010, I caused a true copy of the **Objection to Third Applications of Irving H. Picard, Trustee, and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2009 through January 31, 2010** to be served upon the interested parties who receive electronic service through CM/ECF, and as indicated by Federal Express, United States Postal Service Regular Mail and/or electronic mail to the parties at the addresses set forth on the attached Schedule A.

Dated: April 28, 2010

                                                                                    */s/ Lourdes Blanco*

## SCHEDULE A

**BY ELECTRONIC MAIL**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Attention: David J. Sheehan, Esq.
dsheehan@bakerlaw.com

**BY FEDERAL EXPRESS**

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attention: Kevin H. Bell, Esq.

**BY UNITED STATES POSTAL SERVICE REGULAR MAIL:**

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20004

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

Chapter 7 Trustee
Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**BY ELECTRONIC MAIL:**

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

**United States Attorney for SDNY**
Marc Litt – marc.litt@usdoj.gov
Lisa Baroni – lisa.baroni@usdoj.gov
Natalie Kuehler – natalie.kuehler@usdoj.gov

**Counsel to the JPL**
Eric L. Lewis – Eric.Lewis@baachrobinson.com