KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise Scherr Frejka
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Brulene Associates Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | |
| Defendant. | |

--------------------------------------------------------------- X

In re

BERNARD L. MADOFF,

Debtor.

--------------------------------------------------------------- X

## OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM

Brulene Associates Inc. ("Brulene"), by its undersigned attorneys, objects to the Notice of Trustee's Determination of Claim, dated April 8, 2010 (the "Determination Letter"), and respectfully represents as follows:

### Background

1.  Brulene is a "customer" as defined by the Securities Investor Protection Act of 1970 ("SIPA") of Bernard L. Madoff Investment Securities, LLC ("BLMIS").

2.  On December 11, 2008, the above-captioned liquidation proceeding was

commenced against BLMIS, pursuant to SIPA.  See Order, Securities and Exchange Commission v. Madoff, No. 08-10791 (S.D.N.Y. Dec. 15, 2008) (ordering relief under SIPA and transferring proceeding to the United States Bankruptcy Court for the Southern District of New York) [Docket No. 4].  Irving Picard was appointed Trustee (the "SIPC Trustee"), charged with overseeing the liquidation of BLMIS and processing customer claims pursuant to SIPA.  Id.; 15 U.S.C. § 78fff-1(a).

3.     On December 23, 2008, this Court entered an Order directing the SIPC Trustee to disseminate notice and claim forms to BLMIS customers and setting forth claims filing deadlines (the "Claims Procedures Order") [Docket No. 12].

4.     Brulene submitted a claim in accordance with the Claims Procedures Order which claim has been designated Claim Number 11192 (the "Claim") by the SIPC Trustee.

5.     On April 8, 2010, the SIPC Trustee sent Brulene the Determination Letter denying the Claim.

### Grounds for Objection

6.     The SIPC Trustee determined the Claim by adjusting the transfer made into Brulene's account on April 5, 2005, from $527,706.91, to $0.00.  The SIPC Trustee gave Brulene no credit for the $527,706.91 inter-account transfer (the "Transfer") from another BLMIS investor with BLMIS account number IG030230 (the "Transferor"), on the ground that "the transferor account did not have sufficient principal available to effectuate the full transfer."  Determination Letter at p. 2.  This is not a valid basis to fail to credit Brulene for the full amount of the Transfer.  The Transfer was, in economic substance, a cash transfer – no different than if the Transferor had withdrawn $527,706.91 from its BLMIS account and transferred the proceeds of this withdrawal to Brulene, which in turn made a $527,706.91 cash deposit into its own

BLMIS account. The Transfer should be treated as the $527,706.91 deposit that it was.

## Relief Requested

For the reasons set forth above, the Bankruptcy Court should allow the Claim in its entirety, and grant such other relief as may be just and equitable.

Dated: New York, New York
May 5, 2010

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                By:  /s/ Elise Scherr Frejka
                                    Philip Bentley
                                    Elise Scherr Frejka
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    (212) 715-9100
                                    (212) 715-8000

                                    *Attorneys for Brulene Associates Inc.*

KL3 2774553.2