# EXHIBIT A

# CUSTOMER CLAIM

Claim Number _____

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Cheng Hye Cheah & Hau Yin To
**Mailing Address:** c/o ONC Lawyers, 15/F, The Bank of East Asia Building, 10 Des Voeux Road Central
**City:** Hong Kong    **State:** _____    **Zip:** _____
**Account No.:** See attached statement
**Taxpayer I.D. Number (Social Security No.):** N/A

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of        $ _____

    b. I owe the Broker a Debit (Dr.) Balance of           $ _____

    c. If you wish to repay the Debit Balance, please insert the    $ _____
       amount you wish to repay and attach a check payable to
       "Irving H. Picard, Esq., Trustee for Bernard L. Madoff
       Investment Securities LLC." If you wish to make a payment,
       **it must be enclosed** with this claim form.

    d. If balance is zero, insert "None."                  $ See Attached Statement

766724v3 009887.0101

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds ||
|---|---|---|---|
|   |   | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|   | See attached statement |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

766724v3 009887.0101

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | See attached statement. |   |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |   | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Allan Grauberd, Esq. of Moses & Singer LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-1299, Tel: 212-554-7883

766724v3 009887.0101

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _6/30/09_    Signature _____

Date _6/20/09_    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

766724v3 009887.0101

## Statement of Cheng Hye Cheah & Hau Yin To

This is a customer claim filed by Cheng Hye Cheah & Hau Yin To ("Investor"). These persons invested in Hermes International Fund Limited ("Hermes"), which invested in Bernard L. Madoff Investment Securities LLC ("BLMIS"), through a subsidiary known as Lagoon Investment Limited ("Lagoon").

Attached are the following documents:

1. Questions and Answers regarding the impact of the alleged Madoff fraud on Hermes International Fund Ltd (the "Hermes Fund") dated March 11, 2009 and May 22, 2009
2. Letter to from Hermes to shareholders dated May 22, 2009
3. Prospectus of Hermes International Fund Limited dated January 10, 2002, May 6, 2002, and March 6, 2003
4. Bye-Laws of Hermes International Fund Limited
5. Audited Financial Statements of Hermes International Fund Limited
6. Hermes International Fund Limited Share Application Form
7. Subscription History

Investor gave Aurelia Finance S/A ("Aurelia") discretionary authority to execute securities transactions. Aurelia invested Investor's funds with Hermes.

From approximately April 2002 through June 2008, Investor invested $8,200,000.00 with Hermes. Investor's monies were placed in a subsidiary of Hermes called Lagoon Investment Limited ("Lagoon"), which was 100% invested with BLMIS. Investor has never made any withdrawals from the account which had invested with Lagoon.

Investor reserves the right to amend or supplement its claim at any time and in any respect. This claim should not be construed as: (i) a waiver or release of Investor's right against any person, entity or property, (ii) a concession, admission or acknowledgement that Investor is subject to personal jurisdiction in any court, or (iii) a waiver of Investor's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases.

All notices and distributions with respect to this claim should be sent to Mr. Allan Grauberd at the address below:

> Allan Grauberd, Esq.
> Moses & Singer LLP
> 405 Lexington Avenue
> New York, New York 10174-1299
> Tel: 212-554-7883
> Fax: 917-206-4381
> agrauberd@mosessinger.com

767178v4  008000.0001