## **EXHIBIT A**

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

**Name of Customer:** Morris Fuchs Holdings, LLC
**Mailing Address:** 1109 East 22nd Street
**City:** Brooklyn                         **State:** New York        **Zip:** 11210
**Account No.:** See attached statement
**Taxpayer I.D. Number (Social Security No.):** 20-3916699

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1. Claim for money balances as of **December 11, 2008**:

    a. The Broker owes me a Credit (Cr.) Balance of                           $_____

    b. I owe the Broker a Debit (Dr.) Balance of                              $_____

    c. If you wish to repay the Debit Balance, please insert the              $_____
       amount you wish to repay and attach a check payable to
       "Irving H. Picard, Esq., Trustee for Bernard L. Madoff
       Investment Securities LLC." If you wish to make a payment,
       **it must be enclosed** with this claim form.

    d. If balance is zero, insert "None."                                     $ See Attached
                                                                                Statement

766724v3 009887.0101

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X |   |
| b. | I owe the Broker securities |   | X |
| c. | If yes to either, please list below: |   |   |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|   | See attached statement |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

766724v3 009887.0101

**NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |   | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |   | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |   | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |   | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |   | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | See attached statement. |   |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |   | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Allan Grauberd, Esq. of Moses & Singer LLP, The Chrysler Building, 405 Lexington Avenue, New York, New York 10174-1299

766724v3 009887.0101

JUN-25-2009  15:17        Lenoxx Electronics Corp.                    17186334406       P.01/01

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**                    MORRIS FUCHS HOLDINGS LLC

Date  6/25/09           Signature  BY: Morris Fuchs, MANAGER

Date  _____       Signature  _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

766724v3  009887.0101

TOTAL P.01

## Statement of Morris Fuchs Holdings LLC

This is a customer claim filed by Morris Fuchs Holdings LLC ("Investor") with respect to its investment with Bernard L. Madoff Investment Securities LLC ("BLMIS") through Gabriel Capital, L.P. ("Gabriel Capital").

Attached are the following documents:

1. Letter dated February 27, 2009 from Gabriel Capital's legal counsel attaching Appendix 1, Certificate of Gabriel Capital reflecting that as of November 30, 2008 (the "Certificate"), $4,402,158.65 was the net asset value of the investment by Investor, of which 30.32% or $1,334,734.50 was invested with BLMIS
2. Limited Liability Company Agreement of Morris Fuchs Holdings LLC
3. Certificate of Formation of Morris Fuchs Holdings LLC
4. Account Deposit and Withdrawal Statements of Morris Fuchs Holdings LLC

The issue of whether the Investor, through Gabriel Capital, granted discretionary authority to execute securities transactions to BLMIS is unclear and remains under review.

On or about January 2, 2006, Investor invested with Gabriel Capital approximately $10,135,000 (the "Investment"). Up through December 11, 2008, Investor received from Gabriel Capital approximately $7,303,000 on account of the Investment.

Estimating that 30.32% of the Investment was invested with BLMIS, as set forth in the Certificate, the portion of the Investment attributed to BLMIS would be $3,072,932 ("Cash-in") and the amount received on account of the investment with BLMIS would be $2,214,269 ("Cash-out"). The difference between the Cash-in and Cash-out is $858,663.

Of the amount of the Investment lost on account of BLMIS, $1,334,734.50, Investor estimates that $858,663 of that amount constituted principal and $476,071.50 constituted profit. Accordingly, Investor estimates its customer claim against BLMIS to be $858,663.

Investor reserves the right to amend or supplement its claim at any time and in any respect. This claim should not be construed as: (i) a waiver or release of Investor's right against any person, entity or property, (ii) a concession, admission or acknowledgement that Investor is subject to personal jurisdiction in any court, or (iii) a waiver of Investor's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases.

All notices and distributions with respect to this claim should be sent to Mr. Allan Grauberd at the address below:

   Allan Grauberd, Esq.
   Moses & Singer LLP
   405 Lexington Avenue
   New York, New York 10174-1299
   Tel: 212-554-7883

Fax: 917-206-4381
agrauberd@mosessinger.com