### Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | MAY − 7 2010 |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lava Investments Limited Partnership, a Nevada limited partnership ("Claimant"), having filed an objection to the Trustee's Notice of Determination respecting Claimant's customer claim (#004299) (the "Objection", Docket No. 2040), hereby gives notice that it is withdrawing such Objection.

Dated: April 22 2010, 2010

_____  *Manager Sport Optics LLC*
Lava Investments Limited Partnership   *General Partner*
Attention: Robert Smith
c/o Feltman & Garrison PLLC
P.O. Box 9280
Ketchum, Idaho 83340
(208) 726-6205

300082972.1, Revised Sport Optics                13