UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | RECEIVED<br>MAY - 7 2010 |

## NOTICE OF WITHDRAWAL OF OBJECTION

Mr. Robert Callely ("Claimant"), having filed an objection (the "Objection", Docket No. 2216) to the Trustee's Notice of Determination dated as of April 26, 2010, respecting Claimant's customer claim (# 003541), hereby gives notice that he is withdrawing such Objection. The basis for the withdrawal is the Trustee's agreement (1) to re-review the claim and account information and (2) to issue a revised Notice of Trustee's Determination.

Dated: _April 28_, 2010

_/s/ Robert Callely_
Mr. Robert Callely
300 W. 49th Street
New York, NY 10019

300082882