Norman P. Rappaport
7448 Rexford Road
Boca Raton, FL  33434
561-483-0198

May 5, 2010

**BY FEDERAL EXPRESS AND CERTIFIED MAIL**

Clerk of the United States Bankruptcy Court
 For the Southern District
One Bowling Green
New York, NY  10004

Irving H. Picard, Esq.
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10011

> RE:  **Bankruptcy Case No. 08-1789 (BRL)**
> **Norman P. Rappaport**
> **Account No. 1C0020 designated**
> **As Claim No. 1927**

Dear Sirs:

 I have received Mr. Picard's letter dated April 14, 2010 in connection with my claim. In the letter dated April 14, 2010, Mr. Picard only allowed a partial claim of $3,045,393.73. It appears that Mr. Picard rejected $794,260.76 which is shown on the attached Table 1 and is listed as "Trans from 1R000830 (dated 6/22/1992). I have hand marked the Table to show what should be changed. Mr. Picard's letter asked me to prove that the $794,260.76 was the opening balance.

 After many hours of searching, I found a document showing a transfer <u>to</u> Madoff of stock certificates for (i) 3,000 shares of Walt Disney Production (ii) 1,000 shares of Dow Chemicals and (iii) 1,000 shares of General Electric. The certificates were received by Madoff on 8/21/91 which stock was then sold by Madoff and credited to my account. Madoff used account number 1-01880-3. I also sent a check which with shares totals $794,260.76. After 19 years I have not been able to locate the check however, the attached statement clearly shows that I did have $794,260.76 as of June 22, 1992.

MAY - 7 2010

May 5, 2010
Page 2

This Madoff receipt proves that I had funded my account with Madoff in 1991 and should be properly credited. Therefore, the allowed claim of $3,045,393.73 should be increased by $794,260.76 for a total allowed claim of $3,839,654.49.

Attached for your review are:

1. Receipt from Madoff dated 8/21/91 showing receipt of the stock certificates
2. Table 1 "Deposits" – The form has been marked to show the amount in dispute
3. Copy of Trustee's Final Determination of Claim

If my allowed claim is not increased, this letter shall be deemed to constitute a disagreement with the Trustee's Final Determination of Claim and shall constitute a request for a hearing.

Very truly yours,

Norman P. Rappaport

*See attached receipt from Madoff dated 3/21/91 acknowledging receipt of stock*

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT | |
|---|---|---|---|---|
| 6/22/1992 | TRANS FROM 1R000830 | $794,260.76 | $0.00 | → Should be increased based on Madoff's acknowledgment of receipt of stock |
| 10/20/1992 | TRANS FROM 1R000830 A/O 10/13 | $1,640.75 | $0.00 | |
| 1/4/1993 | CHECK | $145,000.00 | $145,000.00 | |
| 9/3/1993 | CHECK | $300,000.00 | $300,000.00 | |
| 1/3/1994 | CHECK | $150,000.00 | $150,000.00 | |
| 1/8/1996 | CHECK | $1,700,000.00 | $1,700,000.00 | |
| 1/2/2001 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 | |
| 6/8/2001 | CHECK | $2,000,000.00 | $2,000,000.00 | |
| 6/8/2001 | CHECK | $2,000,000.00 | $2,000,000.00 | |
| 6/12/2001 | CXL CHECK 6/8/01 | ($2,000,000.00) | ($2,000,000.00) | |
| 3/21/2002 | CHECK | $500,000.00 | $500,000.00 | |
| 4/4/2002 | CHECK | $500,000.00 | $500,000.00 | |
| 12/11/2002 | CHECK WIRE | $1,545,383.73 | $1,545,383.73 | |
| 12/19/2002 | CHECK | $1,000,000.00 | $1,000,000.00 | |
| 1/3/2003 | CHECK | $400,000.00 | $400,000.00 | |
| 1/6/2003 | CHECK | $500,000.00 | $500,000.00 | |
| 5/29/2003 | CHECK | $500,000.00 | $500,000.00 | |
| 9/12/2007 | CHECK WIRE | $1,211,000.00 | $1,211,000.00 | |
| 9/19/2007 | CHECK | $1,000,000.00 | $1,000,000.00 | |
| 10/3/2007 | CHECK | $2,700,000.00 | $2,700,000.00 | |
| 7/24/2008 | CHECK WIRE | $3,443,112.00 | $3,443,112.00 | |
| 9/29/2008 | CHECK WIRE | $550,898.00 | $550,898.00 | |
| 10/14/2008 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 | |
| **Total Deposits:** | | $20,941,295.24 | $20,145,393.73 | |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 7/1/1993 | CHECK | ($600,000.00) | ($600,000.00) |
| 1/3/1997 | CHECK | ($400,000.00) | ($400,000.00) |
| 7/23/1997 | CHECK WIRE | ($2,000,000.00) | ($2,000,000.00) |
| 1/4/1999 | CHECK WIRE | ($1,100,000.00) | ($1,100,000.00) |
| 7/20/2004 | CHECK WIRE | ($4,000,000.00) | ($4,000,000.00) |
| 7/5/2005 | CHECK WIRE | ($2,000,000.00) | ($2,000,000.00) |
| 8/15/2005 | CHECK WIRE | ($3,500,000.00) | ($3,500,000.00) |
| 11/10/2005 | CHECK WIRE | ($2,500,000.00) | ($2,500,000.00) |
| 10/14/2008 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| **Total Withdrawals:** | | ($17,100,000.00) | ($17,100,000.00) |
| **Total deposits less withdrawals:** | | $3,841,295.24 | $3,045,393.73 |

4

095879.000005.300061749.1

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY   DEBITED YOUR                              8/21/91
ACCOUNT WITH THE FOLLOWING:   RECEIVED 8/21/91
3,000 DISNEY WALT PRODTNS

FREE

CLIENT'S ACCOUNT NUMBER
1-01880-3

NORMAN P RAPPAPORT
7447 REXFORD RD
BOCA RATON        FL 33434

---

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY   DEBITED YOUR                              8/21/91
ACCOUNT WITH THE FOLLOWING:   RECEIVED 8/21/91
1,000 DOW CHEMICAL CO

FREE

CLIENT'S ACCOUNT NUMBER
1-01880-3

NORMAN P RAPPAPORT
7447 REXFORD RD
BOCA RATON        FL 33434

---

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 221-2242
TELEX 235 130
FAX (212) 486-8178

WE HAVE THIS DAY   DEBITED YOUR                              8/21/91
ACCOUNT WITH THE FOLLOWING:   RECEIVED 8/21/91
1,000 GENERAL ELECTRIC CO

FREE

CLIENT'S ACCOUNT NUMBER
1-01880-3

NORMAN P RAPPAPORT
7447 REXFORD RD
BOCA RATON        FL 33434