MOSES & SINGER LLP
Alan E. Gamza, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
agamza@mosessinger.com

Attorneys for Cheng Hye Cheah and Hau Yin To

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION           :
CORPORATION                              :
                                         :
                    Plaintiff,           :
                                         :   Adv. Pro. No. 08-01789-BRL
v.                                       :
                                         :   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT             :
SECURITES LLC,                           :
                                         :
                    Defendant.           :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

     Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 7th day of May, 2010, he caused a copy of the:

- **Objection to Trustee's Determination of the Customer Claim of Cheng Hye Cheah and Hau Yin To**

to be served By hand on:

                Irving H. Picard, Trustee
                c/o Baker & Hostetler LLP
                Attn: Claims Department
                45 Rockefeller Plaza
                New York, New York 10111

816865v1  080167.0101

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing

          /s/ Don K. Kick
          Don K. Kick

Sworn to before me on May 7, 2010

    /s/ Marie S. Leybag
Notary Public

Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20, 2010

816865v1  080167.0101