MOSES & SINGER LLP
Alan E. Gamza, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
agamza@mosessinger.com

Attorneys for Morris Fuchs Holdings, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION        :
CORPORATION                           :
                                      :
              Plaintiff,              :
                                      :   Adv. Pro. No. 08-01789-BRL
v.                                    :
                                      :   SIPA Liquidation
BERNARD L. MADOFF INVESTMENT          :
SECURITES LLC,                        :
                                      :
              Defendant.              :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

     Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 7th day of May, 2010, he caused a copy of the:

- **Objection to Trustee's Determination of the Customer Claim of Morris Fuchs Holdings, LLC**

to be served By hand on:

               Irving H. Picard, Trustee
               c/o Baker & Hostetler LLP
               Attn: Claims Department
               45 Rockefeller Plaza
               New York, New York 10111

816865v2  080167.0101

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing

        /s/ Don K. Kick  
        Don K. Kick

Sworn to before me on May 7, 2010

    /s/ Marie S. Leybag  
Notary Public

Marie S. Leybag  
Notary Public, State of New York  
No. 01LE5060744  
Qualified in Queens County  
Commission Expires: May 20, 2010

816865v2  080167.0101