PATRICIA A. PRATT
243-22 CANEY ROAD
ROSEDALE, NEW YORK 11422
Home:718/527-9249
Cell:516/510-0628



May 4, 2010

Clerk of the United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York 10004

        Re: Bankruptcy Case No. 08-1789(BRL)
            IRA-BLMIS Account No. 1P0117
            Claim No. 2647

To Whom it May Concern:

In response to your correspondence of April 13, 2010, I do not agree with your calculations. If possible, I need at least another month to finish my own calculations and investigation into my account statements before I can forward any documents. Also, can you tell me how the amount stated ($37,679.82) in the notice I received was calculated? Thank you for any help you can give me.

Very truly yours,

Patricia A. Pratt

cc: Irving H. Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111