KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise Scherr Frejka
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Brulene Associates Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : | SIPA Liquidation |
| v. | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | : | |
| Defendant. | : | |

------------------------------------------------------------ X

In re

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

        Lauren E. Wierman, being duly sworn, deposes and says:

    1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP, and I am not a party to the above-captioned action.

    2. On May 5, 2010, I caused to be served true and correct copies of the Objection to Trustee's Determination of Claim on behalf of Brulene Associates Inc. by first class mail to the parties on the service list attached hereto as Exhibit A.

                                              /s/ Lauren E. Wierman  
                                              Lauren E. Wierman

Sworn to before me this  
10th day of May, 2010

/s/ Michael A. Makinde               Michael A. Makinde  
Michael A. Makinde                  Notary Public, State of New York  
Notary Public                             No. 01MA6192562  
                                              Qualified in Bronx County  
                                              Commission Expires September 02, 2012

# EXHIBIT A

Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Baker & Hostetler LLP
45 Rockefeller Plaza, New York, NY 10111
Attention: David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2215