KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Elise Scherr Frejka
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Don H. Rimsky*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01789 (BRL) |
| | : | |
| Plaintiff, | : | SIPA Liquidation |
| | : | |
| v. | : | (Substantively Consolidated) |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------------- X

| | |
|---|---|
| In re | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

----------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK      )

     Lauren E. Wierman, being duly sworn, deposes and says:

     1.  I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP, and I am not a party to the above-captioned action.

     2. On May 5, 2010, I caused to be served true and correct copies of the Objection to Trustee's Determination of Claim on behalf of Don H. Rimsky by first class mail to the parties on the service list attached hereto as Exhibit A.

/s/ Lauren E. Wierman
Lauren E. Wierman

Sworn to before me this
10th day of May, 2010

/s/ Michael A. Makinde
Michael A. Makinde
Notary Public

Michael A. Makinde
Notary Public, State of New York
No. 01MA6192562
Qualified in Bronx County
Commission Expires September 02, 2012

**EXHIBIT A**

Honorable Burton R. Lifland
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Baker & Hostetler LLP
45 Rockefeller Plaza, New York, NY 10111
Attention: David J. Sheehan, Esq.
Douglas E. Spelfogel, Esq.

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005-2215