# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

## BANKRUPTCY CASE NO. 08-1789 (BRL)

### OBJECTION TO TRUSTEE'S DENIAL OF CLAIM AND APPEAL OF DENIAL

May 6, 2010

To:

CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004



and

IRVING H. PICARD, TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111

Re:   Claim Number 244 and Claim Number 245
      BLMIS Account No. 1ZB541 and No. 1ZA027

Pursuant to the terms of the notice in the Trustee's Determination of Claim, I, Charlotte Jasnow Geronemus, hereby object to the Trustee's denial of my claim, request a review and reversal of the denial, and hearing as may be necessary, and state:

1.   Between March 1, 1999 and January 1, 2004, I deposited at least $805,000.00 with BLMIS.

2.   Between March 1, 1999 and January 1, 2009, according to the Trustee I withdrew $201,332.53 from BLMIS.

3.   Without waiving any objection to the Trustee's money in/money out analysis, by using that calculation I had a "net equity" of $603,667.47. Under the Trustee's analysis this should be the value of my claim.

4.      The Trustee's denial improperly only credits me with deposits of $183,912.00 and shows withdrawals of $201,332.53. As stated above, and as is demonstrated in the attached proofs, these cash flows are incorrect.

5.      My deposits were into an account held in the name of my husband, Dr. Saul A. Geronemus, as Trustee. The account was No. 1ZA027. The deposits were on my behalf and were my funds for my benefit. They were not a gift or transfer for the benefit of my husband. He confirmed this with BLMIS in writing, copies of which are attached. I can trace the deposits made and proof of the deposits is attached.

6.      Further evidence that these funds deposited into account No. 1ZA027 were my funds is the transfer of $1,284,608.34 from account No. 1ZA027 into my own account No. 1ZB541 on December 16, 2005. My account was titled Charlotte Jasnow Geronemus, Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus.

7.      Here are the dates and amounts of my deposits:

| | | |
|---|---|---|
| a. | March 1999 - | $150,000 |
| b. | October 2000 - | $ 50,000 |
| c. | May 2001 - | $ 50,000 |
| d. | August 2001 - | $ 50,000 |
| e. | April 2002 - | $100,000 |
| f. | July 2002 - | $250,000 |
| g. | November 2002 - | $ 50,000 |
| h. | April 2003 - | $ 85,000 |
| i. | November 2003 - | $ 20,000 |
| | | $805,000 |

8.      Given the money in/money out formula, my net equity was $603,667.47.

8.      I am attaching documents, such as cancelled checks, deposit slips, and signed letters and balance sheets from Dr. Saul A. Geronemus, which evidence my claim.

THEREFORE, I request the denial of my claim be overturned, that my claim be paid to the full extent possible under the bankruptcy proceedings, and that I be given all other relief that is obtainable under the law and facts in this matter.

Charlotte Jasnow Geronemus
Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus

_____
Charlotte Jasnow Geronemus by
Her attorney in fact

Toni Greenberg
4071 Contera Rd.
Encino, CA 91436

2