## Brown, Seanna R.

| | |
|---|---|
| **From:** | Roman T. [tro@gmx.at] |
| **Sent:** | Monday, April 12, 2010 5:21 PM |
| **To:** | Sheehan, David J. |
| **Cc:** | Hirschfield, Marc E.; Brown, Seanna R.; Cheema, Bik |
| **Subject:** | SIPA Liquidation |
| **Importance:** | High |
| **Categories:** | C: Madoff |

Dear Mr. David J.Sheehan,
Dear Sirs Marc E.Hirschfield, Seanna R.Brown, Bik Cheema

RE: NOTICE OF TRUSTEE'S MOTION FOR AN ORDER TO SCHEDULE HEARING ON "CUSTOMER" ISSUE

Please notice my e-mail.

Please consider your position for purposes of determining claims without an directly account at BLMIS because you are going to make absurd wrong to distribute properties of feeder funds to only those of protected by Madoff fraud system!
You can define only really net values up to 500,000.00$ or 50,000.00$, less or more, but you should be fair to all defrauded persons, especially private ones who have even no chance to say anything more to court hearing.
I have never knew about definision in section "78lll(2) of SIPA" nore signed something like this, so you have no right to schedule my live savings whithout share!

Sincerely yours
Roman Trojan

Roman Trojan & Danuta Trojan
Holder ID: 00799801
Primeo Account ID: 1000149
Siegesplatz 21/5
A-1220 Vienna
Austria
Tel: +43 1 9092827
mailto:tro@gmx.at

1