Patricia A. Pratt
243-22 Caney Road
Rosedale, New York 11422
Cell: 516/510-0628

May 11, 2010

MAY 1 3 2010

Clerk of the United States Bankruptcy Court
 For the Southern District of New York
One Bowling Green
New York, New York 10004

Re: Bankruptcy Case No. 08-1789(BRL)
    IRA-BLMIS Account No. 1P0117
    Claim No.2647

To Whom it May Concern:

Please disregard my letter of May 4, 2010. I have signed, notarized and mailed

the Assignment and Release form to Baker & Hostetler.

Yours truly,

Patricia A. Pratt

cc: Irving H. Picard, Trustee
    c/o Baker & Hostetler LLP
    45 Rockefeller Plaza
    New York, New York 10111