NOTICE OF FILING WRITTEN OPPOSITION TO TRUSTEE'S
DETERMINATION/DENIAL OF CLAIM AND REQUEST
FOR HEARING ON SAME

Bankruptcy Case no.: 08-1789 (BRL)

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green                                    May 13th, 2010
New York, N.Y. 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

RE: BLMIS Account no.: 1CM332 designated as
    Claim no.: 3085
    STANLEY MONDSHINE AND SARAH MONDSHINE J/T WROS



    COME NOW, Stanley Mondshine and Sarah Mondshine J/T WROS by
and through their attorney/representative, Ross Bennett Gampel and Klemick
and Gampel, P.A., and hereby file this written opposition to the Trustee's
determination/denial of the above referenced claim and request a hearing on
same.

    Due to the lack of time and documents available to the undersigned, we
are not able to attach copies of any documents in support of our position. We
need, and hereby request, copies of all of the documents the Trustee used to
make his determination to deny this above referenced claim. It is our position
that the Trustee's evaluation is wrong and that there is in fact substantial net
equity in the above referenced account that is due and owing to the Stanley
Mondshine and Sarah Mondshine J/T WROS referenced herein. We believe the
calculations of the Trustee are wrong, but we need time and help to obtain the
proper documentation to prove same. We believe the above referenced account
lost a substantial amount of money due to the actions of Bernard L. Madoff and
Bernard L. Madoff Investment Securities LLC and the

Cont..

damages and lost money far exceed the amount of money withdrawn from the applicable above referenced account over time.

Therefore, please provide us with a Hearing date and the requested documents.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

LAW OFFICES OF KLEMICK AND GAMPEL, P.A.

By: _____
      ROSS BENNETT GAMPEL
Attorneys/Representative for Stanley Mondshine and
Sarah Mondshine J/T WROS



THE LAW OFFICE OF
KLEMICK & GAMPEL

1953 Southwest 27th Avenue
Miami, Florida 33145



Clerk of the U.S. Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, N.Y. 10004