Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for the Robert C. Luker Family Partnership,
Robert Charles Luker, Ruth Loraine Luker, Sharon
Ruth Luker, Carol Ann Walsh, Donald Paul Luker,
Kenneth Scott Luker, R. Luker Living Trust dated 2/01/08,
Ruth Luker Living Trust dated 2/01/08

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br><br>**CERTIFICATE OF SERVICE** |

　　　I, Lourdes Blanco, hereby certify that on May 19, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of the Robert C. Luker Family Partnership, Robert Charles Luker, Ruth Loraine Luker, Sharon Ruth Luker, Carol Ann Walsh, Donald Paul Luker, Kenneth Scott Luker, R. Luker Living Trust dated 2/01/08, Ruth Luker Living Trust dated 2/01/08 to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

　　　　　　　David J. Sheehan, Esq.
　　　　　　　Baker & Hostetler LLP
　　　　　　　45 Rockefeller Plaza
　　　　　　　New York, NY 10111
　　　　　　　dsheehan@bakerlaw.com

Dated: May 19, 2010

                                                        */s/ Lourdes Blanco*