JEAN KAHN
1060 Park Avenue
New York, N.Y. 10128

The Clerk of the United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, N.Y. 10111

Dear Sirs

Referencing Bankruptcy case number 08-1789 (BLR)

I am writing to take opposition with the denial for my claim regarding my account with Bernard Madoff.

Upon regarding the detail of the deposits and withdrawals there seem to be a number of errors present. I am unable to prove the total of the funds deposited as the Family's accounts with Madoff date back the very early 1980's perhaps even late 1970's and the funds that were deposited came from my father who has since passed away in 1994 and his files are no longer available.

I believe that the paperwork I have been sent also shows withdrawals that were never made as well as is missing funds that had been deposited by my father into my account. As I am unable to prove the deposits going back as far as our accounts did I am demanding proof of all deposits into the account and all cancelled checks for the withdrawals that have been declared by the trustee as removed by me.

Respectfully,

Jean Kahn