Clerk of the United States Bankruptcy Court for

The Southern District of New York

One Bowling Green

New York, New York 10004

May 17, 2010

Bernard L. Madoff Investment Securities LLC   In Liquidation December 11, 2008

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM  CASE # 008349**

**Michael A. Bellini & Judith Belllini J/T WROS:**


The transfers from BLMIS Fannie Schwartz Living Trust account to Michael and Judith Bellini's BLMIS account were for the purpose of meeting the needs of Fannie Schwartz.

A complete demonstration of the integrity of these transfers will involve many hundreds of documents, depending on the degree of proof you require.

No funds were in any case used for the benefit of the undersigned.

We request a meeting as soon as possible to discuss how we would satisfy your requirements with a reasonable effort.


Michael Bellini

*/s/ Michael Bellini/*

Judith Bellini

*/s/ Judith Bellini/*

CC Irving H. Picard, Trustee

c/o Baker & Hostetler LLP

45 Rockefeller Plaza

New York, New York 10111



Ms. Judith Bellini
320 Rutland Ave
Teaneck NJ 07666-2841

CERTIFIED MAIL
7010 0780 0001 1102 0840

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, New York 10004

U.S. POSTAGE
PAID
TEANECK, NJ
07666
MAY 18, 10
AMOUNT
$5.54
00090626-01