UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |



## NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION

Nancy L. Warshow ("Claimant"), having filed an objection (the "Objection", Docket No. 2108) to the Trustee's Notice of Determination (the "Determination") dated as of January 29, 2010, respecting Claimant's customer claim (# 3896), hereby gives notice that she is partially withdrawing such Objection. The basis for the withdrawal is that the Trustee provided documentation from Bernard L. Madoff Investment Securities LLC's books and records to the Claimant which confirmed that the Trustee's calculations were correct as evidenced in the Determination. Under the circumstances, Claimant has decided not to proceed with that part of her Objection. The Claimant's objection to the Trustee's interpretation of "net equity" is not withdrawn and remains in existence without prejudice and without a waiver of the Court's final

{27880/005/01218492:1-RDH}

decision regarding any appeals to its Order of March 8, 2010 [Docket No. 2020], in which it

upheld the Trustee's methodology for determining net equity.

Dated: May [7], 2010

*Nancy L. Warshow*
Nancy L. Warshow
195 Heron Lane, Manhasset, NY 11030