UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

MAY 19 2010

### NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION

James E. Bignell Revocable Living Trust ("Claimant"), having filed an objection (the "Objection," Docket No. 923) to the Notice of Trustee's Determination ("Determination") respecting the Claimant's customer claims (#000586 and #009663), hereby gives notice that it is partially withdrawing such Objection. The basis for the withdrawal is that the Trustee provided documentation from Bernard L. Madoff Investment Services LLC's books and records to the Claimant which confirmed that the Trustee's calculations were correct in the Determination. The Claimant's objection to the Trustee's interpretation of "net equity" is not withdrawn and remains in existence without prejudice and without a waiver of the Court's final decision regarding any appeals to its Order of March 8, 2010 [Docket No. 2010], in which it upheld the Trustee's methodology for determining net equity.

300082471

Dated: May __11__, 2010

                                           */s/ James E. Bignell*
James E. Bignell Revocable Living Trust
1061 Fairway Lane
Gunnison, CO 81230
Tel: (970) 641-1599

300082471

Bignell
1061 Fairway Lane
Gunnison, Colo. 81230



Bik Cheema
Baker + Hostetler LLP
45 Rockefeller Plaza
New York, NY. 10111