Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, NY 10006
hchaitman@becker-poliakoff.com
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of other*
*customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |

**NOTICE OF APPEAL**

Diane and Roger Peskin and Maureen Ebel, and a large group of other Customers of Bernard L. Madoff Investment Securities, LLC, as listed on Exh. A hereto ("Appellants"), by their attorneys, Becker & Poliakoff, LLP, appeal under 28 U.S.C. § 158(a) from the Order of the bankruptcy judge Honorable Burton R. Lifland, titled "Order Approving Applications for Allowance of Interim Compensation for Services Rendered and Reimbursements of Expenses" entered in this Adversary Proceeding on the 6th day of May, 2010, to the extent that it granted

1

the third applications for interim compensation of Irving H. Picard, Trustee, and his counsel, Baker & Hostetler LLP.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4688 | David J. Sheehan, Esq.<br>Baker & Hostetler LLP<br>Counsel to the Trustee<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4616 |
| Howard L. Simon, Esq.<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Telephone: (212) 237-1000 | Kevin H. Bell, Esq.<br>Securities Investor Protection Corporation<br>805 Fifteenth Street, N.W., Suite 800<br>Washington D.C. 20005<br>Telephone: (202) 371-8300 |
| United States Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br>Telephone: (888) 732-6585 | Internal Revenue Service<br>District Director<br>290 Broadway, 5th Floor<br>New York, New York 10008 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA 19114 | United States Department of Justice<br>Tax Division<br>Box 55<br>Ben Franklin Station<br>Washington, DC 20004 |
| Marc O. Litt, Esq.<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrew's Plaza<br>New York, New York 10007<br>Telephone: (212) 637-2295 | Eric L. Lewis, Esq.<br>Baach Robinson & Lewis PLCC<br>1201 F Street, NW, Suite 500<br>Washington, DC 20004<br>Telephone: (202) 833-8900 |

Diane and Roger Peskin
Maureen Ebel
Becker & Poliakoff, LLP
45 Broadway
New York, NY 10006
Telephone: (212) 559-3322

May 19, 2010

                    BECKER & POLIAKOFF LLP

                    By: /s/ Helen Davis Chaitman
                    45 Broadway
                    New York, NY 10006
                    (212) 599-3322
                    *Attorneys for Diane and Roger Peskin,*
                    *Maureen Ebel, and a large group of other*
                    *customers*

| | |
|---|---|
| United States Bankruptcy Court | Helen Davis Chaitman (4266) |
| Southern District of New York | Becker & Poliakoff, LLP |
| Adv. Pro. No. 08-01789 (BRL) | NOTICE OF APPEAL |

## SERVICE LIST

Irving H. Picard, Trustee
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

David J. Sheehan, Esq.
Baker & Hostetler LLP
Counsel to the Trustee
45 Rockefeller Plaza
New York, NY 10111

Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019

Kevin H. Bell, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington D.C. 20005

United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, New York 10008

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114

United States Department of Justice
Tax Division
Box 55
Ben Franklin Station
Washington, DC 20004

Marc O. Litt, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLCC
1201 F Street, NW, Suite 500
Washington, DC 20004

4