Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                          Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                          Defendant. | Case No.:  _____<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated)<br><br><br>__**NOTICE OF MOTION**__ |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                          Debtor. | |

**PLEASE TAKE NOTICE** that, upon the Declaration of Helen Davis Chaitman, dated

May 19, 2010, the accompanying Memorandum of Law, and on all the proceedings heretofore

had herein, Diane Peskin, Roger Peskin and Maureen Ebel, and a large group of other customers

of Bernard L. Madoff Investment Securities LLC as listed on Ex. A to the Chaitman Declaration,

by their undersigned counsel, hereby move the Court at the United States Courthouse, 500 Pearl

Street, New York, New York  10007, on a date to be determined by the Court, for an Order

pursuant to Federal Rules of Bankruptcy Procedure 8001(b) and 8003: (1) granting them leave to

appeal the May 5, 2010 order (entered on May 6, 2010 – Doc # 2251) of the United States

Bankruptcy Court for the Southern District of New York Approving Applications for Allowance

of Interim Compensation for Services Rendered and Reimbursement of Expenses (the "Order")

to the extent that the Order granted the third applications for interim compensation of Irving H.

Picard, Trustee, and his counsel, Baker & Hostetler LLP, and (2) granting such other and further

relief in the movants' favor as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Federal Rule of Bankruptcy

Procedure 8003(a), answering papers are to be served within ten days after service of this

motion.

May 19, 2010

BECKER & POLIAKOFF LLP


By: /s/ Helen Davis Chaitman
45 Broadway
New York, NY 10006
(212) 599-3322
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of other*
*customers*