Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Case No.: _____<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, I caused a true copy of:

- Notice of Motion,

- Declaration of Helen Davis Chaitman in Support of Motion for Leave to Appeal with Exhibits, and

- Memorandum of Law in Support of Motion for Leave to Appeal

to be served upon the interested parties who receive electronic service through CM/ECF.

Dated: May 19, 2010

                             */s/ Lourdes Blanco*