**SKOLOFF & WOLFE, P.C.**
Jonathan W. Wolfe (7070)
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750

*Attorneys for Albert & Carole Angel*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pr. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF APPEARANCE & REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Skoloff & Wolfe, P.C., hereby enters its

appearance as counsel for ALBERT ANGEL and CAROLE ANGEL (the "Angels"),

creditors and parties-in interest in this matter, in accordance with Rules 2002 and 9010(b)

of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy

Code, and requests that all notices give or required to be given and all papers served in this case be delivered to and served upon:

>SKOLOFF & WOLFE, P.C.
>140 Broadway Center
>New York, New York  10005
>Tel:    (212) 858-7522
>Fax:  (212) 858-7750
>jwolfe@skoloffwolfe.com
>bschweiger@skoloffwolfe.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referenced in Rule 2002 of the Bankruptcy Code, but also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise that seek to affect the rights or interests of any creditor, equity security holder, party in interest, or other person or entity.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the Angels' right to:  (a) have final orders in non-core matters entered only after *de novo* review by a district court judge; (b) trial by jury in any triable proceedings or in any case, controversy, or proceeding related to this matter; and (c) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal.  Any and all claims, rights, actions, defenses, setoffs, or recoupments to which the Angels are or may be entitled

under the law, or in equity, are expressly reserved, including, the filing of a motion to dismiss, to seek abstention, or to seek withdrawal of the case or proceeding.

Dated: New York, New York
       May 20, 2010

                                SKOLOFF & WOLFE, P.C.

                                ___/s/ Barbara A. Schweiger____
                                Jonathan W. Wolfe
                                jwolfe@skoloffwolfe.com
                                Barbara A. Schweiger
                                bschweiger@skoloffwolfe.com
                                140 Broadway Center
                                New York, New York 10005
                                Telephone:  (212) 858-7522
                                Fax:  (212) 858-7750

                                *Attorneys for Albert & Carole Angel*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Barbara S. Schweiger, herby certify that on May 20, 2010, I caused a true and correct copy of this Notice of Appearance on behalf of Albert & Carole Angel to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com

Dated: May 20, 2010

SKOLOFF & WOLFE, P.C.

  /s/ Barbara A. Schweiger
Jonathan W. Wolfe
Barbara A. Schweiger
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750

*Attorneys for Albert & Carole Angel*