**SKOLOFF & WOLFE, P.C.**
Jonathan W. Wolfe (7070)
Barbara A. Schweiger (6448)
140 Broadway Center
New York, New York 10005
Telephone: (212) 858-7522
Fax: (212) 858-7750

*Attorneys for Albert & Carole Angel*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pr. No. 08-01789 (BRL)<br><br>SIPA Liquidation |
| In re<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

I, Barbara S. Schweiger, herby certify that on May 20, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Albert & Carole Angel to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com

2

Dated: May 20, 2010

                        SKOLOFF & WOLFE, P.C.

                        __/s/ Barbara A. Schweiger____
                        Jonathan W. Wolfe
                        jwolfe@skoloffwolfe.com
                        Barbara A. Schweiger
                        bschweiger@skoloffwolfe.com
                        140 Broadway Center
                        New York, New York 10005
                        Telephone: (212) 858-7522
                        Fax: (212) 858-7750

                        *Attorneys for Albert & Carole Angel*