Helen Davis Chaitman (4266)
Becker & Poliakoff LLP
45 Broadway
New York, New York 10006
HCHAITMAN@BECKER-POLIAKOFF.COM
*Attorneys for Diane and Roger Peskin,*
*Maureen Ebel, and a large group of other customers*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Case No.: _____<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2010, I caused a true copy of:

- Notice of Appeal with Exhibit A,

- Civil Cover Sheet,

- Notice of Motion for Leave to Appeal,

- Helen Davis Chaitman Declaration in Support with Exhibits A-E,

- Memorandum of Law in Support,

to be served by electronic mail upon the parties at the addresses listed below:

**Baker & Hostetler LLP**
David J. Sheehan: dsheehan@bakerlaw.com
*Attorneys for the Trustee*

**Securities Investor Protection Corporation**
Kevin Bell – kbell@sipc.org
Josephine Wang – jwang@sipc.org

**Securities and Exchange Commission**
Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu – vasilescua@sec.gov
Terri Swanson – swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy – krishnamurthyp@sec.gov

Dated: May 20, 2010

                                                */s/ Lourdes Blanco*