# EXHIBIT A

**(Customer Claim)**

# STROOCK

7001 0320 0005 2739 6142

Via Certified Mail
Return Receipt Requested

June 24, 2009

Danielle Alfonzo Walsman
Direct Dial  212-806-5607
Direct Fax  212-806-2607
dwalsman@stroock.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
    Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

Re:   Amy Roth Acct No. 1-R0041

Dear Mr. Picard:

We are counsel to Amy Roth.  Please see the attached Customer Claim forms with attachments for Account No. 1-R0041.

If you have any questions, please feel free to call me.

Very truly yours,

Danielle Alfonzo Walsman

Enclosures

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Amy Roth_
Mailing Address: _21218 St. Andrews Blvd. PMB 743_
City: _Boca Raton_    State: _FL_    Zip: _33433_
Account No.: _1-R0041_
Taxpayer I.D. Number (Social Security No.): _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_

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

****************************************************************

1. Claim for money balances as of December 11, 2008:

   a. The Broker owes me a Credit (Cr.) Balance of    $ _0_

   b. I owe the Broker a Debit (Dr.) Balance of    $ _0_

   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, it must be enclosed with this claim form.    $_____

   d. If balance is zero, insert "None."    _None_

502180406    1

2. Claim for securities as of **December 11, 2008**:

PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities |   | ✓ |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see attached statement dated 11/30/08 | | $9,028,346 | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE: IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|     |     | YES | NO |
|-----|-----|-----|-----|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Stroock & Stroock & Lavan LLP
180 Maiden Lane, New York, NY 10038
Attn: Danielle Alfonzo Walsman

502180406                                        3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date  6-18-09   Signature  Amy R. [signature]

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                              4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2321 NORTH FRONTAGE ROAD #13
VAIL                CB    81657

PERIOD ENDING: 11/30/98
YOUR ACCOUNT NUMBER: 1-R0041-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****9155
PAGE: 1

| Date | Bought/Received | Sold/Delivered | TRN | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 7,467,024.20 | |
| 11/02 | | | | OCT MARGIN INTEREST | | 15,082.56 | |
| 11/03 | | | | CHECK | | 3,000,000.00 | |
| 11/21 | 25,000 | | 78343 | BARRICK GOLD CORP | 20.890 | 522,250.00 | |
| | | | | KB HOME | DIV | | 4,687.50 |
| 11/25 | | | | DIV 11/-/08 11/25/08 | | | |
| | | | | DIV ADJ 11/24/08 11/25/08 KBH | RND | | |
| | | | | NEW BALANCE | | 8,011,128.34 | |
| | | | | SECURITY POSITIONS | | MKT PRICE | |
| | 23,800 | | | APPLE INC | 92.670 | | |
| | 25,000 | | | BARRICK GOLD CORP | 20.450 | | |
| | 267,000 | | | DEVON ENERGY CORP NEW | 72.360 | | |
| | 75,000 | | | KB HOME | 11.630 | | |
| | 80,000 | | | TOLL BROTHERS INC | 19.930 | | |
| | 25,500 | | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG    SHORT | | | |
| | | | | 8,023,365.80 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2121 NORTH FRONTAGE ROAD #18
VAIL        CO    81657

Period ending: 11/30/08
Your account number: 1-R0041-3-0
Your tax payer ID number: ****-*-9155
Page: 2

| BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | YEAR-TO-DATE SUMMARY | | | 157,217.57 |
| | | | DIVIDENDS | | | |
| | | | MARGIN INTEREST | | 185,139.43 | |
| | | | GROSS PROCEEDS FROM SALES | | | 5,940,948.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2121 NORTH FRONTAGE ROAD #18
VAIL    CO    81657

PERIOD ENDING: 11/30/08
YOUR TAXPAYER IDENTIFICATION NUMBER: ****9155
YOUR ACCOUNT NUMBER: 1-R0041-7-0
PAGE: 1

| DATE | BOUGHT or RECEIVED | SOLD or DELIVERED | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 12,297,590.08 |
| 11/25 | | | DIV HIF 11/14/08 - 11/25/08 | DIV | 4,687.50 | |
| 11/25 | | | DIV ADJ 11/14/08 11/25/08 KBH | JRNL | | 4,687.50 |
| | | | DEC 1 CLOSING | | | 12,297,590.08 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 23,800 | | APPLE INC | 92.670 | | |
| | 567,000 | | DEVON ENERGY CORP NEW | 22.240 | | |
| | 177,050 | | HOME DEPOT | 19.650 | | |
| | 80,080 | | TOLL BROTHERS INC | 19.930 | | |
| | 25,500 | | WYNN RESORTS LTD | 39.820 | | |
| | | | MARKET VALUE OF SECURITIES — SHORT | | | |
| | | | LONG | 8,291,845.00 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2121 NORTH FRONTAGE ROAD #18
VAIL    CO    81657

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ********9155
YOUR ACCOUNT NUMBER: 1-R0041-7-0
PAGE 1 OF 2

YEAR-TO-DATE SUMMARY
DIVIDENDS
GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2121 NORTH FRONTAGE ROAD #16
VAIL    CO   81657

PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ****** *9155
YOUR ACCOUNT NUMBER: 1-R0041-8-0
PAGE: 1

| DATE | BOUGHT/RECEIVED OR SHORT | SOLD/DELIVERED OR COVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 1,458,758.93 |
| 10/03 | 12,500 | | 6140 | SPDR TRUST SER 1 UNITS | 116.700 | 1,458,750.00 | |
| 10/03 | | 12,500 | 93787 | SPDR TRUST SER 1 UNITS | 116.700 | | 1,458,750.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | | | SPDR TRUST SER 1 UNITS | 89.950 MKT PRICE | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | 1,124,375.00 | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

AMY ROTH
2121 NORTH FRONTAGE ROAD-#13
VAIL            CO    81657

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-R0041-8-0
PAGE: 2

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES