## EXHIBIT A

**(Customer Claim)**

# STROOCK

7001 0320 0005 2739 6159

**Via Certified Mail**
**Return Receipt Requested**

June 23, 2009

Danielle Alfonzo Walsman
Direct Dial  212-806-5607
Direct Fax  212-806-2607
dwalsman@stroock.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
  Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX  75201

Re:    Jonathan Roth Acct Nos. 1-R0050 and 1-R0157

Dear Mr. Picard:

We are counsel to Jonathan Roth.  Please see the attached Customer Claim forms with
attachments for Account Nos. 1-R0050 and 1-R0157.

If you have any questions, please feel free to call me.

Very truly yours,

Danielle Alfonzo Walsman

Enclosures

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: __Jonathan Roth__

Mailing Address: __70-31 108th Street, Apt 7D__

City: __Forest Hills__    State: __NY__    Zip: __11375__

Account No.: __1R 0050__

Taxpayer I.D. Number (Social Security No.): __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__

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of December 11, 2008:

   a.    The Broker owes me a Credit (Cr.) Balance of    $_____0_____

   b.    I owe the Broker a Debit (Dr.) Balance of    $_____0_____

   c.    If you wish to repay the Debit Balance,
          please insert the amount you wish to repay and
          attach a check payable to "Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC."
          If you wish to make a payment, it must be enclosed
          with this claim form.    $_____

   d.    If balance is zero, insert "None."    ____None____

2.        Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|-----|-----|
| a. | The Broker owes me securities | ✓ |  |
| b. | I owe the Broker securities |  | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | Number of Shares or Face Amount of Bonds | |
| See attached statement dated 11/30/08 | | $8,945,850.00 | |
| | | | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                        2

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038._
_Attn: Danielle Alfonzo Walsman_

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _ 06 / 18 / 09 _ Signature _Jonathan David Pott_

Date _____ Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

835 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS        NY  11375

1-R005D-3-D        11/30/08        *******9156        1

| DATE | BOUGHT | SOLD | DESCRIPTION | PRICE | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|
| 11/03 | | | BALANCE FORWARD | | | 7,129,701.02 |
| 11/03 | | | DELMARK INCOME ST | INT | 15,135.40 | |
| 11/03 | | | CHECK | | 209,000.00 | |
| 11/21 | 25,000 | | BARRICK GOLD CORP    78344 | 20.890 | 522,250.00 | |
| | | | NEW BALANCE | | | 7,547,707,057.42 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 29,000 | | APPLE INC | 92.670 | | |
| | 22,000 | | BARRICK GOLD CORP | 22.000 | | |
| | 15,000 | | DEVON ENERGY CORP | 72.560 | | |
| | 84,000 | | MILLIPORE CORP    NEW | 50.550 | | |
| | 25,500 | | WYNN RESORTS LTD | 39.820 | | |
| | | | MARKET VALUE OF SECURITIES | LONG | | |
| | | | | SHORT | | |
| | | | 8,945,850.06 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS          NY  11375

11/30/08          ********9156          1-R0050-3-0          2

YEAR-TO-DATE SUMMARY

DIVIDENDS
MARGIN INTEREST                    177,719.40                20,230.00
GROSS PROCEEDS FROM SALES                                    8,161,230.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

JONATHAN ROTH
70-31 108TH STREET APT 7D
FOREST HILLS    NY    11375

1-R0050-7-0    11/30/98    ******9156

| BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 12,368,025.00 |
| | | NEW BALANCE | | | 12,368,025.00 |
| | | SECURITY POSITIONS | MKT. PRICE | | |
| | 20,000 | APPLE INC | 72,540 | | |
| | 25,000 | DEVON ENERGY CORP NEW | 72,340 | | |
| | 84,000 | MILLIPORE CORP | 50,660 | | |
| | 25,500 | WYNN RESORTS LTD | 39,820 | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG    8,209,350.00 | | | |
| | | SHORT | | | |

1

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Jonathan  Roth_

Mailing Address: _70- 31  108th  Street,  Apt 7D_

City: _Forest Hills_          State: _NY_          Zip: _11375_

Account No.: _1- R0157_

Taxpayer I.D. Number (Social Security No.): _059 - 38 - 9156_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

***********************************************************************

1.  Claim for money balances as of December 11, 2008:

   a.   The Broker owes me a Credit (Cr.) Balance of          $_____0_____

   b.   I owe the Broker a Debit (Dr.) Balance of             $_____0_____

   c.   If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, it must be enclosed

        with this claim form.                                 $_____

   d.   If balance is zero, insert "None."                    _None_____

502180406                          1

2.    Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | | **Number of Shares or Face Amount of Bonds** | |
| See attached | account statement dated 11/30/08 | $1,589,156.32 | |
| | | | |
| | | | |
| | | | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the
preparation of this claim form: _Stroock & Stroock & Lavan LLP_
_180 Maiden Lane, New York, NY 10038_
_Attn: Danielle Alfonzo Walsman_

502180406                                3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.

Date _06/18/09_    Signature _Jonathan David Rott_

Date _____    Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

***DUPLICATE*** FOR ACCOUNT NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS        NY  11375

1-R0157-3-0        *******6253        11/30/08

| DATE | BOUGHT | SOLD | ACCT NUMBER | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 91,709.32 |
| 11/12 | 1,386 | | 225 | WELLS FARGO & CO NEW | 29.800 | 41,357.80 | |
| 11/12 | 990 | | 351 | HEWLETT PACKARD CO | 34.900 | 34,596.00 | |
| 11/12 | 858 | | 4555 | WAL-MART STORES INC | 55.830 | 47,936.14 | |
| 11/12 | 561 | | 5297 | INTERNATIONAL BUSINESS MACHS | 87.270 | 48,980.47 | |
| 11/12 | 4,879 | | 9883 | EXXON MOBIL CORP | 72.800 | 355,680.52 | |
| 11/12 | 1,039 | | 13309 | SINTEL CORP | 23.370 | 24,336.27 | |
| 11/12 | 1,685 | | 18030 | JOHNSON & JOHNSON | 59.530 | 54,922.65 | |
| 11/12 | 1,702 | | 22350 | J.P. MORGAN CHASE & CO | 33.800 | 57,672.85 | |
| 11/12 | 492 | | 25685 | COCA COLA CO | 44.660 | 35,491.72 | |
| 11/12 | 858 | | 31012 | MCDONALDS CORP | 55.570 | 25,598.94 | |
| 11/12 | | | | MERCK & CO | 28.550 | 24,529.90 | |
| 11/12 | 3,135 | | 35338 | MICROSOFT CORP | 21.810 | 68,499.35 | |
| 11/12 | 1,354 | | 39604 | ORACLE CORPORATION | 17.500 | 23,745.00 | |
| 11/12 | 627 | | 52642 | PEPSICO INC | 56.730 | 35,594.07 | |
| 11/12 | 363 | | 53144 | APPLE INC | 100.780 | 36,597.14 | |
| 11/12 | 2,673 | | 56968 | PFIZER INC | 16.940 | 45,386.62 | |
| 11/12 | 1,627 | | 57470 | ABBOTT LABORATORIES | 53.010 | 34,265.47 | |
| 11/12 | 1,188 | | 61294 | PROCTER & GAMBLE CO | 64.080 | 76,117.04 | |
| 11/12 | 429 | | 61796 | AMGEN INC | 59.160 | 25,396.64 | |
| 11/12 | 225 | | 65620 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 36,003.00 | |
| 11/12 | 1,990 | | 65622 | BANK OF AMERICA | 22.590 | 44,827.20 | |
| 11/12 | 660 | | 69994 | QUALCOMM INC | 33.770 | 22,314.20 | |
| 11/12 | 2,145 | | 70448 | CITI GROUP INC | 12.510 | 26,918.95 | |
| | | | | CONTINUED ON PAGE 2 | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***  FOR ACCOUNT  NTC & CO.
JONATHAN ROTH

70-21 108TH STREET APT 7D
FOREST HILLS        NY  11375

| YOUR ACCOUNT NUMBER | TAX PERIOD | 11/30/08 | YOUR TAX PAYER IDENTIFICATION NUMBER ******6253 | PAGE 2 |
|---|---|---|---|---|

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 495 | | 74272 | SCHLUMBERGER LTD | 49.480 | 24,551.60 | |
| 11/12 | 1,188 | | 74774 | COMCAST CORP | 16.510 | 19,660.88 | |
| 11/12 | | 2,343 | 78598 | AT&T INC | 27.410 | | 63,354.00 |
| 11/12 | 594 | | 79100 | CONOCOPHILLIPS | 52.510 | 31,213.94 | |
| 11/12 | 396 | | 82924 | UNITED PARCEL SVC INC | 52.040 | 20,622.84 | |
| 11/12 | 2,409 | | 83426 | CLASS B | | | |
| 11/12 | 693 | | 87250 | CISCO SYSTEMS INC | 16.730 | 40,398.57 | |
| 11/12 | 825 | | 87752 | U S BANCORP | 24.930 | 20,491.29 | |
| 11/12 | 396 | | 91576 | CHEVRON CORP | 73.230 | 29,019.06 | |
| 11/12 | 4,392 | | 92078 | UNITED TECHNOLOGIES CORP | 55.150 | 24,512.75 | |
| 11/12 | 1,122 | | 95902 | GENERAL ELECTRIC CO | 108.830 | 24,464.33 | |
| 11/12 | 99 | | 96404 | VERIZON COMMUNICATIONS | 30.410 | 37,464.02 | |
| 11/12 | | 475,000 | 228839 | GOOGLE | 337.400 | 37,405.60 | |
| | | | | U.S. TREASURY BILL | 99.9936 | | 1,474,056.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | | | | |
| 11/12 | | | | FIDELITY SPARTAN | DIV | | 78.69 |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 11/12 | 63,344 | | 17939 | SPDR 312/03/2009 | | | |
| | | | | FIDELITY SPARTAN | 1 | 63,344.00 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 11/02 | 36,304 | | 67208 | FIDELITY SPARTAN | 1 | 36,304.00 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 11/19 | | | | FIDELITY SPARTAN | DIV | | 4.46 |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| | | | | DIV 11/19/09 | | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

385 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**
JONATHAN ROTH

FOR ACCOUNT    NTC & CO.

70-31 108TH STREET APT 7D
FOREST HILLS    NY 11375

| Account Number | Date | Tax Number | Page |
|---|---|---|---|
| 1-R0157-3-0 | 11/30/08 | ******6253 | 3 |

| Date | Bought Received | Sold Delivered | TRN | Description | Price/Symbol | Amount Debited To Your Account | Amount Credited To Your Account |
|---|---|---|---|---|---|---|---|
| 11/19 | 36,304 | | 52776 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 36,304.00 |
| 11/19 | | 1,125,000 | 57317 | U.S. TREASURY BILL DUE 03/26/2009 | 99.926 | 124,907.50 | |
| 11/19 | 10,269 | | 61814 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DUE 3/26/2009 | 1 | 10,269.00 | |
| | | | | NEW BALANCE | | | 183,911.16 |
| | | | | SECURITY POSITIONS LONG: | MKT PRICE | | |
| | 2,349 | | | ABBOTT LABORATORIES | 28.560 | | |
| | 627 | | | AMGEN INC | 52.390 | | |
| | 429 | | | BANK OF AMERICA | 55.540 | | |
| | 363 | | | CHEVRON CORP | 22.670 | | |
| | 1,980 | | | CISCO SYSTEMS INC | 79.010 | | |
| | 825 | | | CITIGROUP INC | 16.250 | | |
| | 2,409 | | | COCA COLA CO | 1.540 | | |
| | 2,145 | | | COMCAST CORP CL A | 23.290 | | |
| | 792 | | | CONOCOPHILLIPS | 22.870 | | |
| | 1,188 | | | EXXON MOBIL CORP | 17.340 | | |
| | 2,079 | | | GENERAL ELECTRIC CO | 62.520 | | |
| | 4,191 | | | | 52.150 | | |
| | | | | | 17.170 | | |
| | | | | CONTINUED ON PAGE | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE***
JONATHAN ROTH

FOR ACCOUNT  NTC  &  CO.

70-31 108TH STREET APT 7D
FOREST HILLS          NY  11375

| TAX YEAR | 4 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | ******6253 |
| YOUR ACCOUNT NUMBER | 1-R0157-3-0 |

| AMOUNT DEBITED TO YOUR ACCOUNT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|
| 99 | GOOGLE | 292.960 | |
| 990 | HEWLETT PACKARD CO | 35.280 | |
| 2,247 | INTEL CORP | 13.300 | |
| 561 | INTERNATIONAL BUSINESS MACHS | 81.600 | |
| 1,485 | J.P. MORGAN CHASE & CO | 31.660 | |
| 1,089 | JOHNSON & JOHNSON | 58.580 | |
| 1,602 | MCDONALDS CORP | 58.750 | |
| 858 | MERCK & CO. | 28.720 | |
| 3,135 | MICROSOFT CORP | 20.220 | |
| 1,584 | ORACLE CORPORATION | 16.700 | |
| 1,529 | PEPSICO INC | 54.430 | |
| 825 | PFIZER INC | 16.430 | |
| 2,937 | PHILLIP MORRIS INTERNATIONAL | 42.160 | |
| 188 | PROCTER & GAMBLE CO | 64.350 | |
| 1,600 | QUALCOMM INC | 33.579 | |
| 459 | SCHLUMBERGER LTD | 56.740 | |
| | FIDELITY SPARTAN | 1 | |
| 10,269 | U.S. TREASURY MONEY MARKET | | |
| 693 | U.S. BANCORP | 25.939 | |
| 360 | UNITED PARCEL SVC INC | 57.600 | |
| | CLASS B | | |
| 125,000 | U.S.TREASURY BILL | 99.971 | |
| | DUE 03/26/2009 | | |
| | 03/26/2009 | .454 | |
| 396 | UNITED TECHNOLOGIES CORP | 48.530 | |
| | CONTINUED ON PAGE 5 | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS NY 11375

11/30/08 | PAGE 5 | *****6253 | 1-R0157-3-0

| AMOUNT | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1,122 | | | | VERIZON COMMUNICATIONS | 32.650 | | |
| 858 | | | | WAL-MART STORES INC | 55.830 | | |
| 1,500 | | | | WELLS FARGO & CO NEW | 281.990 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                SHORT | | | |



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**    FOR ACCOUNT    NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS    NY  11375

1-R0157-3-0    11/30/08    ****5253    6

YEAR-TO-DATE SUMMARY

DIVIDENDS                          10,467.09
GROSS PROCEEDS FROM SALES       8,729,442.92

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel (020) 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT NTC & CO.
JONATHAN ROTH

70-31 108TH STREET APT 7D
FOREST HILLS        NY 11375

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/12 | | | BALANCE FORWARD | | | 91,710.00 |
| 11/12 | | 33 | S & P 100 INDEX NOVEMBER 460 CALL | 15,800 | | 52,107.00 |
| 11/12 | 33 | | 48316 NOVEMBER 450 PUT | 17,800 | 58,773.00 | |
| 11/19 | | 33 | 34420 S & P 100 INDEX DECEMBER 430 CALL | 26 | | 885,767.00 |
| 11/19 | 33 | | 38745 S & P 100 INDEX DECEMBER 420 PUT | 30 | 99,033.00 | |
| 11/19 | 33 | | 43970 S & P 100 INDEX NOVEMBER 460 CALL | 3 | 94,933.00 | |
| 11/19 | | 33 | 47395 NOVEMBER 450 PUT | 37 | | 122,057.00 |
| | | 33 | S & P 100 INDEX NEW BALANCE | | | 183,912.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 33 | S & P 100 INDEX DECEMBER 430 CALL | 23,900 | | |
| | | | S & P 100 INDEX DECEMBER 420 PUT | 16,500 | | |
| | | | MARKET VALUE OF SECURITIES LONG | | 54,450.00 | |
| | | | SHORT | | 76,890.00 | |

11/30/06    1-R0157-4-0    *****6253    1