# EXHIBIT A

**(Customer Claim)**

# STROOCK

**Via Certified Mail**
**Return Receipt Requested**

June 25, 2009

Danielle Alfonzo Walsman
Direct Dial  212-806-5607
Direct Fax  212-806-2607
dwalsman@stroock.com

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
 Securities LLC
Claims Processing Center
2100 McKinney Avenue, Suite 800
Dallas, TX 75201

Re:   Benmar Family LP  Acct No. 1-R0045

Dear Mr. Picard:

We are counsel to Benmar Family LP.  Please see the attached Customer Claim form with
attachments for Account No. 1-R0045.

If you have any questions, please feel free to call me.

Very truly yours,

Danielle Alfonzo Walsman

Enclosures

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

(Please print or type)

Name of Customer: _Ben Mar Family LP_
Mailing Address: _22181 Trillium Way_
City: _Boca Raton_      State: _FL_      Zip: _33433_
Account No.: _1 - R0045_
Taxpayer I.D. Number (Social Security No.): _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_

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1.    Claim for money balances as of December 11, 2008:

    a.    The Broker owes me a Credit (Cr.) Balance of        $_____0_____

    b.    I owe the Broker a Debit (Dr.) Balance of        $_____0_____

    c.    If you wish to repay the Debit Balance,
          please insert the amount you wish to repay and
          attach a check payable to "Irving H. Picard, Esq.,
          Trustee for Bernard L. Madoff Investment Securities LLC."
          If you wish to make a payment, it must be enclosed
          with this claim form.        $_____

    d.    If balance is zero, insert "None."        _None_

502180406                                1

2.     Claim for securities as of December 11, 2008:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ | |
| b. | I owe the Broker securities | | ✓ |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Please see attached statement dated 11/30/08 | | $14,173,652.00 | |

Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.    IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _Stroock & Stroock & Lavan LLP_
_180 Maiden Lane, New York, NY 10038_
_Attn: Danielle Alfonzo Walsman_

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _June 18, 2009_    Signature _Marvin B Roth_

Date _____    Signature _Benjamin Roth_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

*State of Delaware*

## Office of the Secretary of State

PAGE  1

---

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF LIMITED PARTNERSHIP OF "BENMAR FAMILY
L.P.", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF OCTOBER,
A.D. 2001, AT 9 O'CLOCK A.M.



*Harriet Smith Windsor*
Hairlet Smith Windson Secretary of State

3452046  8100

010546998

AUTHENTICATION: 1420708

DATE: 10-31-01

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 10/31/2001
010546998 — 3452046

# CERTIFICATE OF LIMITED PARTNERSHIP

## OF

## BENMAR FAMILY L.P.

This Certificate of Limited Partnership of Benmar Family L.P. is being executed by the undersigned for the purpose of forming a limited partnership pursuant to the Delaware Revised Uniform Limited Partnership Act.

1.    The name of the limited partnership is Benmar Family L.P. (the "Limited Partnership").

2.    The address of the registered office of the Limited Partnership in Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808-1646. The Limited Partnership's registered agent at that address is Corporation Service Company.

3.    The name and address of each general partner are:

| Name | Address |
|------|---------|
| Benjamin W. Roth | 501 East Camino Real<br>Boca Raton, Florida 33432 |
| Marlon B. Roth | 501 East Camino Real<br>Boca Raton, Florida 33432 |

4.    The latest date upon which the Limited Partnership is to dissolve is December 31, 2051.

IN WITNESS WHEREOF, the undersigned, the general partners of the
Limited Partnership, have executed this Certificate of Limited Partnership on October 26,
2001.

BENJAMIN W. ROTH, General Partner

MARION B. ROTH, General Partner

2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities Lo

Mayfair

BENMAR FAMILY LP

C/O BENJAMIN ROTH
22181 TRILLIUM WAY
BOCA RATON          FL   33433

11/30/08          *****#1941

1-R0045-3-0

| DATE | BOUGHT | SOLD | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,353,496.32 |
| 11/05 | | | | DUE MARGIN INTEREST | INT | 20,766.45 |
| 11/21 | 509,000 | 78346 | | PATRICK SOLD CORP | 204.890 | 199,475,000.00 |
| 11/25 | 50,900 | 78353 | | NATIONAL OILWELL INC | 18.120 | 906,000.00 |
| | | | | NEW BALANCE | | 16,240,430.20 |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 50,000 | | | APPLE INC | 92.670 | |
| | 240,700 | | | FIDELITY SPARTAN | 99.660 | |
| | 457,000 | | | JPMORGAN CHASE & CO | 31.860 | |
| | 804,000 | | | JOHNSON E JOHNSON | 58.580 | |
| | 50,000 | | | NATIONAL OILWELL INC | 28.290 | |
| | 223,000 | | | WYNN RESORTS LTD | 58.270 | |
| | | | | MARKET VALUE OF SECURITIES | | |
| | | | | LONG | | 16,175,652.00 |
| | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Madoff Securities Le

Mayfair

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BENMAR FAMILY LP
C/O BENJAMIN ROTH
22181 TRILLIUM WAY
BOCA RATON          FL   33433

11/30/08

*****1941

YOUR ACCOUNT NUMBER 1-R0045-3-0

| DATE | BOUGHT LONG | SOLD SHORT | | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|-------------|------------|---|-------------------------------|

YEAR-TO-DATE SUMMARY

DIVIDENDS
MARGIN INTEREST
GROSS PROCEEDS FROM SALES

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BENMAR FAMILY LP
C/O BENJAMIN ROTH
2281 TRILLIUM WAY
BOCA RATON          FL   33433

PACK 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *****1951

YOUR ACCOUNT NUMBER 1-R0045-7-8

| BOUGHT Received or Long | SOLD Delivered or Short | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | 15,111,400.03 |
| | | NEW BALANCE | | | 15,111,400.03 |
| | | SECURITY POSITIONS | NET PRICE | | |
| | 58,300 | APPLE INC | 92.679 | | |
| | 80,000 | JOHNSON & JOHNSON | 58.588 | | |
| | 13,600 | WYNN RESORTS LTD | 39.820 | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG SHORT 9,861,452.60- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

05/24/2009   09:10   361-406-2143   FEDEX OFFICE   0668   PAGE   06

**BERNARD L. MADOFF**
MadF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BENMAR FAMILY LP

C/O BENJAMIN ROTH
22181 TRILLIUM WAY
BBCA RATON        FL   33433

| PAGE | 2 |

| PERIOD ENDING | 11/30/88 |

| YOUR TAX/PAYER IDENTIFICATION NUMBER | **\*\*\*\*\*\***1961 |

| YOUR ACCOUNT NUMBER | 1-R0045-7-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 34,206.00 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 17,272,306.66 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES