# EXHIBIT A

# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Cornerstone Capital, Inc.
Mailing Address: ██████████████  Phone: (561)493-8262
City: ██████  State: ██  Zip: ██
Account No.: 1-D0001-3-0   1-D0001-7-0   1-D0001-8-0
Taxpayer I.D. Number (Social Security No.): ██████████

NOTE: BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*************************************************************************

1. Claim for money balances as of **December 11, 2008**:

   a. The Broker owes me a Credit (Cr.) Balance of    $_____0_____

   b. I owe the Broker a Debit (Dr.) Balance of    $_____0_____

   c. If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.    $_____

   d. If balance is zero, insert "None."    _____None_____

502180406                                    1

2.Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | ✓ |   |
| b. | I owe the Broker securities | ✓ |   |
| c. | If yes to either, please list below: |   |   |

*See Attached*
Amount of Claim $56,100,754.51 -

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) Number of Shares or Face Amount of Bonds | I Owe the Broker (Short) |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

5021804062

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | ✓ |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. |  | ✓ |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068

502180406                                    3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.        CORNERSTONE CAPITAL, INC.

Date  6/30/09                        Signature By: _____
                                                  David Polner, President

Date _____           Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                            4

CORNERSTONE CAPITAL, INC.

| ACCOUNT 1-D0001-3-0 LONG ACCOUNT | | | ACCOUNT 1-D0001-7-0 SHORT AGAINST THE BOX ACCOUNT | | | ACCOUNT 1-D0001-8-0 SHORT ACCOUNT | | |
|---|---|---|---|---|---|---|---|---|
| DATE OF TRANSACTION | NAME OF SECURITY | SHARES | DATE OF TRANSACTION | NAME OF SECURITY | SHARES | DATE OF TRANSACTION | NAME OF SECURITY | SHARES |
| 10/12/00 | Altria Group | 65,000 | 10/09/08 | Altria Group | 65,000 | 10/01/08 | SPDR Trust Series 1 | 185,000 |
| 11/05/01 | Amazon.com | 174,000 | 09/03/08 | Amazon.com | 174,000 | | | |
| 07/18/02 | Amgen | 138,000 | 10/09/08 | Amgen | 138,000 | | | |
| 02/05/08 | Devon Energy | 30,000 | 09/24/08 | Devon Energy | 30,000 | | | |
| 10/23/00 | Dow Chemical | 106,000 | 10/08/08 | Dow Chemical | 106,000 | | | |
| 03/19/07 | Freeport McMoran | 122,275 | 01/08/08 | Freeport McMoran | 122,275 | | | |
| 10/30/01 | Hewlett Packard | 40,000 | 01/08/08 | Hewlett Packard | 40,000 | | | |
| 10/11/02 | Hewlett Packard | 80,000 | 01/08/08 | Hewlett Packard | 80,000 | | | |
| 01/14/08 | KB Home | 150,000 | 10/09/08 | KB Home | 150,000 | | | |
| 04/05/07 | Kraft Food | 56,745 | 10/16/08 | Kraft Food | 56,745 | | | |
| 12/12/00 | Nike | 200,000 | 10/09/08 | Nike | 200,000 | | | |
| 06/26/92 | Oracle Systems | 239,850 | 10/09/08 | Oracle Systems | 239,850 | | | |
| 03/28/08 | Phillip Morris International | 65,000 | 09/16/08 | Phillip Morris International | 65,000 | | | |
| 08/10/06 | Priceline.com | 200,000 | 08/06/08 | Priceline.com | 200,000 | | | |
| 04/30/04 | Research In Motion | 187,500 | 09/08/08 | Research In Motion | 187,500 | | | |
| 01/14/08 | Toll Brothers | 140,000 | 10/08/08 | Toll Brothers | 140,000 | | | |
| 07/15/08 | Wynn Resorts | 170,000 | 09/23/08 | Wynn Resorts | 170,000 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CORNERSTONE CAPITAL INC

YOUR ACCOUNT NUMBER: 1-D0001-3-0
PERIOD ENDING: 11/30/08
PAGE: 1   Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TYN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 204,826.08 | |
| | | | | OCT MARGIN INTEREST | INT | | |
| 1/03 | | | | FREEPORT MCMORAN COMMON | DIV | | |
| 1/03 | | | | DIV 10/15/08 11/01/08 | | | |
| | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | 61,137.50 | 61,137.50 |
| 1/03 | | | | KB HOME | DIV | | |
| 1/25 | | | | DIV 11/14/08 11/25/08 | | | |
| | | | | DIV ADJ 11/14/08 11/25/08 KBH | JRNL | 9,375.00 | 9,375.00 |
| 1/25 | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 65,000 | | | ALTRIA GROUP INC | 16.080 | | |
| | 174,000 | | | AMAZON COM INC | 42.700 | | |
| | 138,000 | | | AMGEN INC | 55.540 | | |
| | 30,000 | | | DEVON ENERGY CORP NEW | 72.340 | | |
| | 106,000 | | | DOW CHEMICAL CO | 18.550 | | |
| | 122,275 | | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | 120,000 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 150,000 | | | KB HOME | 11.630 | | |
| | 56,745 | | | KRAFT FOOD INC | 27.210 | | |
| | 200,000 | | | NIKE INC | 53.250 | | |
| | 239,850 | | | ORACLE CORPORATION | 16.090 | | |
| | 65,000 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |

CONTINUED ON PAGE 2

LEASE RETAIN THIS S"    WENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

CORNERSTONE CAPITAL INC

YOUR ACCOUNT NUMBER: 1-D0001-3-0
PERIOD ENDING: 11/30/08
PAGE: 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 200,000 | | | PRICELINE COM INC | 69 | | |
| | 187,500 | | | RESEARCH IN MOTION LTD | 42.470 | | |
| | 140,000 | | | TOLL BROTHERS INC | 19.930 | | |
| | 170,000 | | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 79,303,840.20 SHORT | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

CORNERSTONE CAPITAL INC

YEAR-TO-DATE SUMMARY

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | DIVIDENDS | | | |
| | | | MARGIN INTEREST | | | |
| | | | GROSS PROCEEDS FROM SALES | | 2,691,691.91 | |

YOUR ACCOUNT NUMBER: 1-D0001-3-0
PERIOD ENDING: 11/30/08
PAGE: 3 of 9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CORNERSTONE CAPITAL INC

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

YOUR ACCOUNT NUMBER: 1-D0001-7-0
PERIOD ENDING: 11/30/08
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 1/03 | | | | FREEPORT MCMORAN COMMON | DIV | | 61,137.50 |
| 1/03 | | | | DIV 10/15/08 11/01/08 | JRNL | | |
| 1/03 | | | | DIV ADJ 10/15/08 11/01/08 FCX | JRNL | | |
| 1/25 | | | | KB HOME | DIV | | 9,375.00 |
| 1/25 | | | | DIV 11/14/08 11/25/08 | JRNL | | |
| | | | | DIV ADJ 11/14/08 11/25/08 KBH | JRNL | | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 65,000 | | ALTRIA GROUP INC | 16.080 | | |
| | | 174,000 | | AMAZON COM INC | 42.700 | | |
| | | 138,000 | | AMGEN INC | 55.540 | | |
| | | 30,000 | | DEVON ENERGY CORP NEW | 72.340 | | |
| | | 106,000 | | DOW CHEMICAL CO | 18.550 | | |
| | | 122,275 | | FREEPORT MCMORAN COMMON | 23.990 | | |
| | | 120,000 | | HEWLETT PACKARD CO | 35.280 | | |
| | | 150,000 | | KB HOME | 11.630 | | |
| | | 56,745 | | KRAFT FOOD INC | 27.210 | | |
| | | 200,000 | | NIKE INC | 53.250 | | |
| | | 239,850 | | ORACLE CORPORATION | 16.090 | | |
| | | 65,000 | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | | 200,000 | | PRICELINE COM INC | 69 | | |
| | | | | CONTINUED ON PAGE 2 | | | |
| | | | | | | 61,137.50 | 9,375.00 |

*[Page rotated 90°. Statement from Bernard L. Madoff Investment Securities LLC, 885 Third Avenue, New York, NY 10022, (212) 230-2424, 800 334-1343, Fax (212) 838-4061. Validated with Madoff Securities International Limited, 12 Berkeley Street, Mayfair London W1J 8DT, Tel 020-7493 6222.]*

**CORNERSTONE CAPITAL INC**
New York □ London

Account Number: 1-D0001-7-0
Period Ending: 11/30/08
Page: 2

| DATE | BOUGHT OR RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | 187,500 | | RESEARCH IN MOTION LTD | 42.470 | | |
| | | 140,000 | | TOLL BROTHERS INC | 19.930 | | |
| | | 170,000 | | WYNN RESORTS LTD | 39.820 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | | | |
| | | | | SHORT 79,303,840.20- | | | |

PLEASE RETAIN STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CORNERSTONE CAPITAL INC

YOUR ACCOUNT NUMBER: 1-D0001-7-0
PERIOD ENDING: 11/30/03
PAGE: 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | |
| | | | | GROSS PROCEEDS FROM SALES | | 259,798.43 | |

PLEASE RETAIN STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

CORNERSTONE CAPITAL INC

YOUR ACCOUNT NUMBER: 1-D0001-8-0
PERIOD ENDING: 11/30/08
PAGE: 1 Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 0/01 | 90,000 | | 6108 | SPDR TRUST SER 1 UNITS | 120.980 | 10,888,200.00 | |
| 0/01 | 95,000 | | 6109 | SPDR TRUST SER 1 UNITS | 120.420 | 11,439,900.00 | |
| 0/01 | | 90,000 | 35826 | SPDR TRUST SER 1 UNITS | 120.980 | | 10,888,200.00 |
| 0/01 | | 95,000 | 35827 | SPDR TRUST SER 1 UNITS | 120.420 | | 11,439,900.00 |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | 185,000 | | SPDR TRUST SER 1 UNITS SHORT | MKT PRICE 89.950 | | |
| | | | | MARKET VALUE OF SECURITIES LONG | 16,640,750.00- | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**CORNERSTONE CAPITAL INC**

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel +44 207 493 6222

YOUR ACCOUNT NUMBER: 1-D0001-8-0
PERIOD ENDING: 11/30/08
PAGE: 2 OF 0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES