LOWENSTEIN SANDLER PC
Bruce S. Nathan, Esq.
David M. Banker, Esq.
1251 Avenue of the Americas
18th Floor
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402

*Attorneys for Cornerstone Capital, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES,<br>            Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

**CERTIFICATION OF SERVICE**

I, David M. Banker, hereby certify that on May 21, 2010, I caused a true and correct copy of Cornerstone Capital, Inc.'s Objection to Trustee's Determination of Claim, (1) to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF; (2) to be served by hand upon:

      Irving H. Picard, Trustee
      c/o Baker & Hostetler, LLP
      45 Rockefeller Plaza
      New York, NY  10111;

22710/1
05/21/2010 14421143.1

-2-

and (3) to be mailed by Federal Express Priority Overnight service to each of the following addresses:

> Clerk of the United States Bankruptcy Court
> for the Southern District of New York
> One Bowling Green
> New York, NY 10004
>
> Irving H. Picard, Trustee
> c/o Baker & Hostetler, LLP
> 45 Rockefeller Plaza
> New York, NY 10111.

Dated: May 21, 2010

>                            */s/ David M. Banker*
>                            David M. Banker, Esq.