## EHHIBIT A

*HK*

## MEMORANDUM

TO:     Sam Silvers

FROM:   Harvey Krauss

DATE:   May 8, 1996

RE:     MARTIN J. JOEL
        Our Client #10048-001

======================================================================

Martin J. Joel and his wife, Sylvia Ann Joel, reside at 21 Cayuga Road, Scarsdale, N.Y. 10583. Martin is a very successful financial advisor/broker with our client, Bernard L. Madoff & Co. (phone 212/230-2424).

Martin requested that we form a N.Y. general partnership for him based at his home in Scarsdale (Westchester County). He desires that the name of the partnership be "The Martin J. Joel Partnership." The sole business operations of the partnership will be Martin's personal investment trading activities.

Martin will own 99% and Sylvia 1% of the general partnership interests.

Please attend to the formation of the partnership and the requisite filings in Westchester County and publications (if any are required). A simple partnership agreement wherein 99% of the interest in and the profits and losses of the partnership are allocated to Martin and 1% to Sylvia.

Attached is a rough draft copy of a Form SS-4 which I prepared which should, after the date of formation of the partnership has been attended to, be typed in final form, signed by Martin, as general partner, and mailed to the IRS to request a tax ID# to be assigned to the partnership.

Ask Betty to create a "sub-file" using the Client #10048-001 for this matter under the name "Martin J. Joel - Partnership."

If you have any questions, see me.


HK/rr


F:\WORK\HK\MEMOS\JOEL.M

391 1-94

*- Rough Draft -*

1003

| Form **SS-4** (Rev. December 1993) Department of the Treasury Internal Revenue Service | **Application for Employer Identification Number** (For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.) | EIN OMB No. 1545-0003 Expires 12-31-96 |
|---|---|---|

*Please type or print clearly.*

**1** Name of applicant (Legal name) (See instructions.)
THE MARTIN J. JOEL PARTNERSHIP

**2** Trade name of business, if different from name in line 1

**3** Executor, trustee, "care of" name

**4a** Mailing address (street address) (room, apt., or suite no.)
21 CAYUGA ROAD

**4b** City, state, and ZIP code
SCARSDALE, N.Y. 10583

**5a** Business address, if different from address in lines 4a and 4b

**5b** City, state, and ZIP code

**6** County and state where principal business is located
WESTCHESTER, NEW YORK

**7** Name of principal officer, general partner, grantor, owner, or trustor—SSN required (See instructions.) ▶
MARTIN J. JOEL

**8a** Type of entity (Check only one box.) (See instructions.)
☐ Sole Proprietor (SSN) _____
☐ REMIC          ☐ Personal service corp.
☐ State/local government  ☐ National guard
☐ Other nonprofit organization (specify) _____
☐ Other (specify) ▶ _____

☐ Estate (SSN of decedent) _____
☐ Plan administrator-SSN _____
☐ Other corporation (specify) _____
☐ Federal government/military  ☐ Church or church controlled organization
_____ (enter GEN if applicable) _____

☐ Trust
☒ Partnership
☐ Farmers' cooperative

**8b** If a corporation, name the state or foreign country (if applicable) where incorporated ▶ | State | Foreign country |

**9** Reason for applying (Check only one box.)
☒ Started new business (specify) ▶ _____
☐ Hired employees
☐ Created a pension plan (specify type) ▶
☐ Banking purpose (specify) ▶

☐ Changed type of organization (specify) ▶ _____
☐ Purchased going business
☐ Created a trust (specify) ▶
☐ Other (specify) ▶ PARTNERSHIP FORMED 1/96

**10** Date business started or acquired (Mo., day, year) (See instructions.)
*to be inserted* 1/96

**11** Enter closing month of accounting year. (See instructions.)
12/31

**12** First date wages or annuities were paid or will be paid (Mo., day, year). Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (Mo., day, year) ............ ▶ N/A

**13** Enter highest number of employees expected in the next 12 months. Note: If the applicant does not expect to have any employees during the period, enter "0." ........ ▶
Nonagricultural: -0-   Agricultural: -0-   Household: -0-

**14** Principal activity (See instructions.) ▶ ~~SECURITIES~~ & TRADING OF SECURITIES
*INVESTMENTS*

**15** Is the principal ~~business activity~~ manufacturing? ........ ☐ Yes ☒ No
If "Yes," principal product and raw material used ▶

**16** To whom are most of the products or services sold? Please check the appropriate box.
☐ Public (retail)   ☐ Other (specify) ▶   ☐ Business (wholesale)   ☒ N/A

**17a** Has the applicant ever applied for an identification number for this or any other business? ........ ☐ Yes ☒ No
Note: If "Yes," please complete lines 17b and 17c.

**17b** If you checked the "Yes" box in line 17a, give applicant's legal name and trade name, if different than name shown on prior application.
Legal name ▶          Trade name ▶

**17c** Enter approximate date, city, and state where the application was filed and the previous employer identification number if known.
Approximate date when filed (Mo., day, year) | City and state where filed | Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (Please type or print clearly.) ▶ MARTIN J. JOEL, PARTNER

Business telephone number (include area code)
(914) *To be inserted*

Signature ▶          Date ▶

Note: Do not write below this line.  For official use only.

| Please leave blank ▶ | Geo. | Ind. | Class | Size | Reason for applying |
|---|---|---|---|---|---|

For Paperwork Reduction Act Notice, see attached instructions.   Cat. No. 16055N   Form **SS-4** (Rev. 12-93)