**EHHIBIT C**

x 74—Certificate of Conducting Business as Partners, Individual—Corporation.    08-01789-cgm    Doc 2335-3    Filed 05/24/10    Entered 05/24/10 18:07:46    Exhibit C    Pg 2 of 2

Copyright 1973 by Julius Blumberg, Inc., Law Blank Publishers

# Business Certificate for Partners

The undersigned do hereby certify that they are conducting or transacting business as members of a partnership under the name or designation of **The Martin J. Joel Partnership** at **21 Cayuga Road, Scarsdale,** in the County of **Westchester**, State of New York, and do further certify that the full names of all the persons conducting or transacting such partnership including the full names of all the partners with the residence address of each such person, and the age of any who may be infants, are as follows:

| NAME Specify which are infants and state ages. | RESIDENCE |
|---|---|
| Martin J. Joel | 21 Cayuga Road, Scarsdale, NY 10583 |
| Sylvia Ann Joel | 21 Cayuga Road, Scarsdale, NY 10583 |

**WE DO FURTHER CERTIFY** that we are the successors in interest to

the person or persons heretofore using such name or names to carry on or conduct or transact business.

**In Witness Whereof,** We have this 20th day of MAY 1996 made and signed this certificate.

_Martin J. Joel_

_Sylvia Ann Joel_

State of New York, County of Westchester ss.:       INDIVIDUAL ACKNOWLEDGMENT

On this 20th day of May 19 96, before me personally appeared Martin J. Joel and Sylvia Ann Joel, to me known and known to me to be the individuals described in, and who executed the foregoing certificate, and they thereupon duly acknowledged to me that they executed the same.

MARGARET W. GAVLIK
Notary Public, State of New York
No. 60-4991511
Qualified in Westchester County
Commission Expires February 3, 19 98