# EXHIBIT D

PORTFOLIO MANAGEMENT REPORT AS OF 3/31/99   PAGE 11

ACCOUNT # 1-J0029-3  MARTIN J JOEL PARTNERSHIP   REPORT FOR THE PERIOD FROM 1/01/99 TO 3/31/99

| | | |
|---|---|---|
| INITIAL INVESTMENT | | 8,796,353.03CR |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | | 11,324,107.32 |
| ADJUSTMENTS | | |
| CAPITAL ADDITIONS | | 55,165.00CR |
| CAPITAL WITHDRAWALS | | |
| NET WORKING CAPITAL | | 8,851,518.03CR |
| BENCHMARK RATE OF RETURN | 21.00 % | |
| BENCHMARK RETURN FOR 90 DAYS | | 458,338.88CR |
| CAPITAL GAINS AND LOSSES | | 6,746.65CR |
| DIVIDENDS AND INTEREST | | 37,783.35 |
| REALIZED P/L | | 31,036.70 |
| UNREALIZED P/L | | 22,626,944.13CR |
| PROFITS WITHDRAWN | | |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | | 22,137,568.55 |
| CURRENT CASH BALANCE | | 7,045,325.99 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 27,168,644.13 |
| TOTAL EQUITY | | 20,123,318.14CR |
| PRIOR YEAR END EQUITY | 19,364,975.84CR | |
| ANNUALIZED RETURN FOR CURRENT YEAR | 15.83 % | |

handwritten annotations: >9309857, EQ853422, under 775435

PORTFOLIO MANAGEMENT REPORT AS OF   3/31/99                                              PAGE   12

ACCOUNT #   1-J0029-7   MARTIN J JOEL PARTNERSHIP        REPORT FOR THE PERIOD FROM  1/01/99 TO  3/31/99

| | |
|---|---|
| INITIAL INVESTMENT | |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | |
| ADJUSTMENTS | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | |
| BENCHMARK RATE OF RETURN | 00.00 % |
| BENCHMARK RETURN FOR  90 DAYS | |
| CAPITAL GAINS AND LOSSES | |
| DIVIDENDS AND INTEREST | 14,843.72CR |
| REALIZED P/L | 14,843.72 |
| UNREALIZED P/L | |
| PROFITS WITHDRAWN | 11,588,896.00 |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | |
| CURRENT CASH BALANCE | 11,588,896.00- |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 14,459,185.63CR |
| | 26,048,081.63CR |
| TOTAL EQUITY | 11,588,896.00 |
| PRIOR YEAR END EQUITY | 9,906,599.50 |
| ANNUALIZED RETURN FOR CURRENT YEAR | 68.86 % |

PORTFOLIO MANAGEMENT REPORT AS OF   6/30/99                                                                            PAGE   1

| ACCOUNT # | 1-J0029-3 | MARTIN J JOEL PARTNERSHIP | REPORT FOR THE PERIOD FROM 1/01/99 TO 6/30/99 | |
|---|---|---|---|---|
| | | INITIAL INVESTMENT | | 8,796,353.03CR |
| | | PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | | 11,324,107.32 |
| | | ADJUSTMENTS | | |
| | | CAPITAL ADDITIONS | | 55,165.00CR |
| | | CAPITAL WITHDRAWALS | | 40,000.00 |
| | | NET WORKING CAPITAL | | 8,811,518.03CR |
| | | BENCHMARK RATE OF RETURN | 21.00 % | |
| | | BENCHMARK RETURN FOR 181 DAYS | | 920,895.89CR |
| | | CAPITAL GAINS AND LOSSES | | 687,137.33CR |
| | | DIVIDENDS AND INTEREST | | 88,175.20 |
| | | REALIZED P/L | | 598,962.13CR |
| | | UNREALIZED P/L | | 24,400,814.25CR |
| | | PROFITS WITHDRAWN | | |
| | | OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | | 24,078,880.49 |
| | | CURRENT CASH BALANCE | | 6,239,027.16 |
| | | NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 28,726,214.25 |
| | | TOTAL EQUITY | | 22,487,187.09CR |
| | | PRIOR YEAR END EQUITY | 19,364,975.84CR | |
| | | ANNUALIZED RETURN FOR CURRENT YEAR | 32.85 % | |

Handwritten annotations:
> 9,732,414
> EQ 8,303,321
> (Under 1,429,093)

PORTFOLIO MANAGEMENT REPORT AS OF 6/30/99                    PAGE 83

ACCOUNT #  1-J0029-7  MARTIN J JOEL PARTNERSHIP   REPORT FOR THE PERIOD FROM  1/01/99 TO  6/30/99

| | |
|---|---|
| INITIAL INVESTMENT | |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | |
| ADJUSTMENTS | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | |
| BENCHMARK RATE OF RETURN | 00.00 % |
| BENCHMARK RETURN FOR  181 DAYS | |
| CAPITAL GAINS AND LOSSES | 68,553.04CR |
| DIVIDENDS AND INTEREST | 68,553.04 |
| REALIZED P/L | |
| UNREALIZED P/L | 14,183,866.12 |
| PROFITS WITHDRAWN | |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | 14,183,866.12- |
| CURRENT CASH BALANCE | 14,515,285.63CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 28,699,151.75CR |
| TOTAL EQUITY | 14,183,866.12 |
| PRIOR YEAR END EQUITY | 9,906,599.50 |
| ANNUALIZED RETURN FOR CURRENT YEAR | 87.06 % |

PORTFOLIO MANAGEMENT REPORT AS OF 9/30/99                                                    PAGE 80

ACCOUNT # 1-J0029-3   MARTIN J JOEL PARTNERSHIP      REPORT FOR THE PERIOD FROM 1/01/99 TO 9/30/99

| | | |
|---|---|---|
| INITIAL INVESTMENT | | 8,796,353.03CR |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | | 11,324,107.32 |
| ADJUSTMENTS | | |
| CAPITAL ADDITIONS | | 55,165.00CR |
| CAPITAL WITHDRAWALS | | 40,000.00 |
| NET WORKING CAPITAL | | 8,811,518.03CR |
| BENCHMARK RATE OF RETURN | 21.00 % | |
| BENCHMARK RETURN FOR 273 DAYS | | 1,387,302.82CR |
| CAPITAL GAINS AND LOSSES | | 651,162.53CR |
| DIVIDENDS AND INTEREST | | 139,295.87 |
| REALIZED P/L | | 511,866.66CR |
| UNREALIZED P/L | | 26,658,145.56CR |
| PROFITS WITHDRAWN | | |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | | 25,782,709.40 |
| CURRENT CASH BALANCE | | 6,326,122.63 |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 30,983,545.56 |
| TOTAL EQUITY | | 24,657,422.93CR |
| PRIOR YEAR END EQUITY | 19,364,975.84CR | |
| ANNUALIZED RETURN FOR CURRENT YEAR | 36.74 % | |

*Handwritten annotations:* > 10,198,821 ; EQ 8118382 ; UNDER 2080439

```
PORTFOLIO MANAGEMENT REPORT AS OF  9/30/99                                    PAGE   81

ACCOUNT #  1-J0029-7  MARTIN J JOEL PARTNERSHIP        REPORT FOR THE PERIOD FROM 1/01/99 TO  9/30/99
              INITIAL INVESTMENT
              PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR
              ADJUSTMENTS
              CAPITAL ADDITIONS
              CAPITAL WITHDRAWALS
              NET WORKING CAPITAL
              BENCHMARK RATE OF RETURN             00.00 %
              BENCHMARK RETURN FOR  273 DAYS
              CAPITAL GAINS AND LOSSES                                119,527.84CR
              DIVIDENDS AND INTEREST                                  119,527.84
              REALIZED P/L
              UNREALIZED P/L                                       16,539,041.18
              PROFITS WITHDRAWN
              OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR          16,539,041.18-
              CURRENT CASH BALANCE                                  13,386,535.63CR
              NET MARKET VALUE OF OPEN SECURITIES POSITIONS         29,925,576.81CR
              TOTAL EQUITY                                          16,539,041.18

              PRIOR YEAR END EQUITY           9,906,599.50
              ANNUALIZED RETURN FOR CURRENT YEAR    89.51 %
```

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99                                                      PAGE   92

ACCOUNT #   1-J0029-3   MARTIN J JOEL PARTNERSHIP        REPORT FOR THE PERIOD FROM 1/01/99 TO 12/31/99

| | |
|---|---:|
| INITIAL INVESTMENT | 8,796,353.03CR |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | 11,324,107.32 |
| ADJUSTMENTS | 55,165.00CR |
| CAPITAL ADDITIONS | 40,000.00 |
| CAPITAL WITHDRAWALS | 8,811,518.03CR |
| NET WORKING CAPITAL | |
| BENCHMARK RATE OF RETURN         21.00 % | 1,853,709.75CR |
| BENCHMARK RETURN FOR 365 DAYS | 483,686.43 |
| CAPITAL GAINS AND LOSSES | 21,195.00CR |
| DIVIDENDS AND INTEREST | 462,491.43 |
| REALIZED P/L | 27,249,058.75CR |
| UNREALIZED P/L | 24,932,857.51 |
| PROFITS WITHDRAWN | 6,196,580.72 |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | 30,470,558.75 |
| CURRENT CASH BALANCE | 24,273,978.03CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | |
| TOTAL EQUITY | |
| PRIOR YEAR END EQUITY | 19,364,975.84CR |
| ANNUALIZED RETURN FOR CURRENT YEAR         25.51 % | |

Handwritten annotations: 10,665,229 ; state over ; 24470853 - 196871 ; ER 8L (837644) ; (88584)

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/99                                    PAGE   9

ACCOUNT #   1-J0029-7  MARTIN J JOEL PARTNERSHIP        REPORT FOR THE PERIOD FROM  1/01/99 TO 12/31/99

| | |
|---|---:|
| INITIAL INVESTMENT | |
| PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR | |
| ADJUSTMENTS | |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | |
| NET WORKING CAPITAL | |
| BENCHMARK RATE OF RETURN                00.00 % | |
| BENCHMARK RETURN FOR 365 DAYS | 15,200.00CR |
| CAPITAL GAINS AND LOSSES | 3,200.00 |
| DIVIDENDS AND INTEREST | 12,000.00CR |
| REALIZED P/L | 16,106,208.75 |
| UNREALIZED P/L | |
| PROFITS WITHDRAWN | 16,094,208.75- |
| OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR | 5,173,650.00CR |
| CURRENT CASH BALANCE | 21,267,858.75CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 16,094,208.75 |
| TOTAL EQUITY | |
| PRIOR YEAR END EQUITY        9,906,599.50 | |
| ANNUALIZED RETURN FOR CURRENT YEAR    62.45 % | |