**EHHIBIT E**

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury, Internal Revenue Service
For calendar year 2002, or tax year beginning _____, _____, and ending _____, _____
OMB No. 1545-0099
**2002**

- **A** Principal business activity: INVESTMENT
- **B** Principal product or service: INVESTMENT
- **C** Business code number: 523900
- Name of partnership: **MARTIN J. JOEL PARTNERSHIP**
- Number, street, and room or suite no.: 21 CAYUGA ROAD
- City or town, state, and ZIP code: SCARSDALE, NY 10583-6941
- **D** Employer identification number: 13-3891671
- **E** Date business started: 05/20/1996
- **F** Total assets: $18,564,854.
- **G** Check applicable boxes: (1) Initial return (2) Final return (3) Name change (4) Address change (5) Amended return
- **H** Check accounting method: (1) [X] Cash (2) Accrual (3) Other (specify)
- **I** Number of Schedules K-1: 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Less returns and allowances | |
| 1c | | |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | |
| 7 | Other income (loss) (attach schedule) | |
| 8 | Total income (loss). Combine lines 3 through 7 | |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | |
| 12 | Bad debts | |
| 13 | Rent | |
| 14 | Taxes and licenses | |
| 15 | Interest | |
| 16a | Depreciation (if required, attach Form 4562) | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach schedule) | |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 0. |

COPY

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below (see instr.)? [X] Yes  [ ] No

**Paid Preparer's Use Only:**
- Preparer's signature _____ Date _____
- Check if self-employed [ ]
- Preparer's SSN or PTIN _____
- Firm's name: KONIGSBERG, WOLF & CO., P.C.
- Address: 440 PARK AVENUE SOUTH, NEW YORK, N.Y. 10016
- EIN: 13-2811464
- Phone no.: (212) 685-7215

211001 12-16-02  JWA  For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2002)

MARTIN J. JOEL PARTNERSHIP 13-3891671

Form 1065 (2002) Page 2

### Schedule A — Cost of Goods Sold (see page 19 of the instructions)

| # | Description | Amount |
|---|---|---|
| 1 | Inventory at beginning of year | |
| 2 | Purchases less cost of items withdrawn for personal use | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | |
| 6 | Total. Add lines 1 through 5 | |
| 7 | Inventory at end of year | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

### Schedule B — Other Information

1 What type of entity is filing this return? Check the applicable box:
 a [X] Domestic general partnership  b ☐ Domestic limited partnership
 c ☐ Domestic limited liability company  d ☐ Domestic limited liability partnership
 e ☐ Foreign partnership  f ☐ Other ▶

| # | Question | Yes | No |
|---|---|---|---|
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see Designation of Tax Matters Partner below | | X |
| 5 | Does this partnership meet all three of the following requirements? a The partnership's total receipts for the tax year were less than $250,000; b The partnership's total assets at the end of the tax year were less than $600,000; and c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | X | |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership on page 8 of the instructions | X | |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

COPY

### Designation of Tax Matters Partner (see page 21 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ MARTIN JOEL
Identifying number of TMP ▶ 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
Address of designated TMP ▶ 21 CAYUGA ROAD
SCARSDALE, NY 10583

JWA
211011
12-16-02

Form 1065 (2002)

Form 1065 (2002)   MARTIN J. JOEL PARTNERSHIP   13-3891671   Page 3

## Schedule K — Partners' Shares of Income, Credits, Deductions, etc.

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 0. |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a Gross income from other rental activities ... 3a | | |
| | b Expenses from other rental activities (attach schedule) ... 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss): a Interest income | 4a | |
| | b Ordinary dividends ... SEE STATEMENT 1 | 4b | 183,373. |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | 412,955. |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e(1) | |
| | (2) 28% rate gain (loss) ▶ _____  (3) Qualified 5-year gain ▶ _____ | | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 Charitable contributions (attach schedule) | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 Deductions related to portfolio income (itemize) | 10 | |
| | 11 Other deductions (attach schedule) | 11 | |
| Credits | 12a Low-income housing credit: | | |
| | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| Investment Interest | 14a Interest expense on investment debts | 14a | 769,925. |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 183,373. |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a Net earnings (loss) from self-employment | 15a | 0. |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ▶ _____ (2) Other ▶ | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 1,020,000. |
| | 23 Distributions of property other than money | 23 | 243,117. |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | |

JWA
211021
12-16-02

Form **1065** (2002)

Form 1065 (2002)   MARTIN J. JOEL PARTNERSHIP                              13-3891671    Page 4

### Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Sch K, lines 8 through 11, 14a, 17g, and 18b  **1**  -173,597.

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | -173,597. | | | | |
| b Limited partners | | | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

### Schedule L   Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STATEMENT 2 | 14,548,940. | | 18,564,854. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 14,548,940. | | 18,564,854. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | STATEMENT 3 | 19,528,287. | | 24,974,754. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | -4,979,347. | | -6,409,900. |
| 22 Total liabilities and capital | | 14,548,940. | | 18,564,854. |

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

1 Net income (loss) per books   -173,597.
2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): _____
3 Guaranteed payments (other than health insurance) _____
4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize):
 a Depreciation $ _____
 b Travel and entertainment $ _____
5 Add lines 1 through 4   -173,597.

6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize):
 a Tax-exempt interest $ _____
7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize):
 a Depreciation $ _____
8 Add lines 6 and 7 _____
9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5   -173,597.

### Schedule M-2   Analysis of Partners' Capital Accounts

1 Balance at beginning of year   -4,979,347.
2 Capital contributed during year  a Cash   6,161.
   b Property
3 Net income (loss) per books   -173,597.
4 Other increases (itemize): _____

5 Add lines 1 through 4   -5,146,783.

6 Distributions:  a Cash   1,020,000.
        b Property   243,117.
7 Other decreases (itemize): _____
8 Add lines 6 and 7   1,263,117.
9 Balance at end of year. Subtract line 8 from line 5   -6,409,900.

211041
12-16-02  JWA                                                          Form **1065** (2002)

# SCHEDULE D (Form 1065)

Department of the Treasury
Internal Revenue Service

## Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

**2002**

**Name of partnership:** MARTIN J. JOEL PARTNERSHIP

**Employer identification number:** 13-3891671

### Part I — Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|
| 1 | | | | | |
| SEE STATEMENT 5 | | | 4,379,015 | 3,966,060. | 412,955. |

2 Short-term capital gain from installment sales from Form 6252, line 26 or 37 ............ **2**
3 Short-term capital gain (loss) from like-kind exchanges from Form 8824 ............ **3**
4 Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts ............ **4**
5 Net short-term capital gain or (loss). Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 ............ **5** | **412,955.**

### Part II — Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) * (see instr. below) |
|---|---|---|---|---|---|---|
| 6 | | | | | | |

7 Long-term capital gain from installment sales from Form 6252, line 26 or 37 ............ **7**
8 Long-term capital gain (loss) from like-kind exchanges from Form 8824 ............ **8**
9 Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts ............ **9**
10 Capital gain distributions ............ **10**
11 Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 ............ **11**
12 Net long-term capital gain or (loss). Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 ............ **12**

* 28% rate gain or (loss) includes all "collectibles gains and losses" (as defined in the instructions).

JWA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

Schedule D (Form 1065) 2002

211171
12-16-02

MARTIN J. JOEL PARTNERSHIP                                                    13-3891671

| SCHEDULE K | DIVIDEND INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| B MADOFF | 274,814. |
| LESS: SHORT AGAINST THE BOX DIVIDENDS | -91,441. |
| TOTAL TO SCHEDULE K, LINE 4B | 183,373. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITIES HELD AT COST | 14,548,940. | 18,564,854. |
| TOTAL TO SCHEDULE L, LINE 6 | 14,548,940. | 18,564,854. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| MARGIN PAYABLE-B.L.MADOFF | 19,528,287. | 24,974,754. |
| TOTAL TO SCHEDULE L, LINE 17 | 19,528,287. | 24,974,754. |

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | STATEMENT 4 |
|---|---|---|

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -4,998,050. | 6,099. | -171,862. | 1,250,486. | -6,414,299. |
| 2 | 18,703. | 62. | -1,735. | 12,631. | 4,399. |
| TOTAL | -4,979,347. | 6,161. | -173,597. | 1,263,117. | -6,409,900. |

MARTIN J. JOEL PARTNERSHIP

13-3891671

| SCHEDULE D | SHORT-TERM CAPITAL GAINS AND LOSSES | | | | STATEMENT 5 |
|---|---|---|---|---|---|
| DESCRIPTION | DATE ACQUIRED | DATE SOLD | SALES PRICE | COST OR BASIS | GAIN OR LOSS |
| KLA | 01/23/02 | 12/06/01 | 5,452,230. | 5,355,000. | 97,230. |
| APPL MATERIALS | 03/01/02 | 09/04/01 | 6,293,600. | 6,107,100. | 186,500. |
| CIRCUIT CITY | 12/10/01 | 08/05/02 | 3,155,425. | 3,026,200. | 129,225. |
| ALTERA-SHORT SALES NOT COVERED IN 2002 | | 06/05/02 | 331,740. | 331,740. | 0. |
| PHILIP MORRIS-SHORT SALES NOT COVERED IN 2002 | | 06/05/02 | 1,375,200. | 1,375,200. | 0. |
| ADAPTEC INC-SHORT SALES NOT COVERED IN 2002 | | 05/31/02 | 975,000. | 975,000. | 0. |
| XILINX INC-SHORT SALES NOT COVERED IN 2002 | | 06/03/02 | 4,826,250. | 4,826,250. | 0. |
| DELTA-SHORT SALES NOT COVERED IN 2002 | | 06/03/02 | 1,993,500. | 1,993,500. | 0. |
| KLA TENCOR-SHORT SALES NOT COVERED IN 2002 | | 06/05/02 | 2,682,500. | 2,682,500. | 0. |
| BROADCOM-SHORT SALES NOT COVERED IN 2002 | | 05/01/02 | 3,987,870. | 3,987,870. | 0. |
| EMC-SHORT SALES NOT COVERED IN 2002 | | 05/01/02 | 1,742,250. | 1,742,250. | 0. |
| NETWORK APPLIANCES-SHORT SALES NOT COVERED IN 2002 | | 05/01/02 | 696,000. | 696,000. | 0. |
| LSI LOGIC-SHORT SALES NOT COVERED IN 2002 | | 06/05/02 | 867,450. | 867,450. | 0. |
| TOTAL TO SCHEDULE D, LINE 1 | | | 34,379,015. | 33,966,060. | 412,955. |

# SCHEDULE K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 2002 or tax year beginning _____, and ending _____

OMB No. 1545-0099

**2002**

Partner's identifying number ▶ 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
Partnership's identifying number ▶ 13-3891671

Partner's name, address, and ZIP code:

MARTIN JOEL
21 CAYUGA ROAD
SCARSDALE, NY 10583

Partnership's name, address, and ZIP code:

MARTIN J. JOEL PARTNERSHIP
21 CAYUGA ROAD
SCARSDALE, NY 10583-6941

A. This partner is a [X] general partner  [ ] limited partner
   [ ] limited liability company member
B. What type of entity is this partner? ▶ INDIVIDUAL
C. Is this partner a [X] domestic or a [ ] foreign partner?
D. Enter partner's percentage of:
   - (i) Before change or termination
   - (ii) End of year
   - Profit sharing: 99.0000000%
   - Loss sharing: 99.0000000%
   - Ownership of capital: 99.0000000%
E. IRS Center where partnership filed return: OGDEN, UT

F. Partner's share of liabilities:
   - Nonrecourse $
   - Qualified nonrecourse financing $
   - Other $ 0.
G. Tax shelter registration number ▶
H. Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]
I. Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

J. Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -4,998,050. | 6,099. | -171,862. | ( 1,250,486. ) | -6,414,299. |

| (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|
| **Income (Loss)** | | |
| 1. Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 2. Net income (loss) from rental real estate activities | | |
| 3. Net income (loss) from other rental activities | | |
| 4. Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| b Ordinary dividends | 181,539. | Sch. B, Part II, line 5 |
| c Royalties | | Sch. E, Part I, line 4 |
| d Net short-term capital gain (loss) | 408,825. | Sch. D, line 5, col. (f) |
| e (1) Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) |
| (2) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| (3) Qualified 5-year gain | | Line 5 of worksheet for Sch. D, line 29 |
| f Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| 5. Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 6. Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| 7. Other income (loss) (attach schedule) | | Enter on applicable line of your return |
| **Deductions** | | |
| 8. Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| 9. Section 179 expense deduction | | |
| 10. Deductions related to portfolio income (attach schedule) | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 11. Other deductions (attach schedule) | | |
| **Credits, Investment Interest & S.E.** | | |
| 13. Other credits | | (Enter on applicable lines of your return) |
| 14a. Interest expense on investment debts | 762,226. | Form 4952, line 1 |
| b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 181,539. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| (2) Investment expenses included on line 10 above | | |
| 15a. Net earnings (loss) from self-employment | 0. | Sch. SE, Section A or B |
| b Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| c Gross nonfarm income | | |
| **Adjustments and Tax Preference** | | |
| 16a. Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| b Adjusted gain or loss | | |
| c Other adjustments and tax preference items (attach schedule) | | |
| **Other** | | |
| 19. Tax-exempt interest income | | Form 1040, line 8b |
| 20. Other tax-exempt income | | |
| 21. Nondeductible expenses | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 22. Distributions of money (cash and marketable securities) | 1,009,800. | |
| 23. Distributions of property other than money | 240,686. | |

JWA  For Paperwork Reduction Act Notice, see Form 1065 Instructions.    No Information Required for Page 2 Schedule K-1 (Form 1065) 2002

211161
02-18-03

1

MARTIN J. JOEL PARTNERSHIP

13-3891671

SCHEDULE K-1     COLUMN C RECONCILIATION

| DESCRIPTION | AMOUNT |
|---|---|
| DIVIDEND INCOME | 181,539. |
| SHORT-TERM CAPITAL GAIN (LOSS) | 408,825. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | -762,226. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | -171,862. |

Partner Number 1

# SCHEDULE K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2002 or tax year
beginning _____, and ending _____

OMB No. 1545-0099

## 2002

Partner's identifying number ▶ 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
Partnership's identifying number ▶ 13-3891671

Partner's name, address, and ZIP code:

SYLVIA ANN JOEL
21 CAYUGA ROAD
SCARSDALE, NY 10583

Partnership's name, address, and ZIP code:

MARTIN J. JOEL PARTNERSHIP
21 CAYUGA ROAD
SCARSDALE, NY 10583-6941

A This partner is a [X] general partner  [ ] limited partner
   [ ] limited liability company member
B What type of entity is this partner? ▶ INDIVIDUAL
C Is this partner a [X] domestic or a [ ] foreign partner?
D Enter partner's percentage of:
   (i) Before change or termination / (ii) End of year
   Profit sharing _____ % 1.0000000%
   Loss sharing _____ % 1.0000000%
   Ownership of capital _____ % 1.0000000%
E IRS Center where partnership filed return: OGDEN, UT

F Partner's share of liabilities:
   Nonrecourse .................. $ _____
   Qualified nonrecourse financing ... $ _____
   Other ........................ $ 0.
G Tax shelter registration number ▶ _____
H Check here if this partnership is a publicly traded partnership
   as defined in section 469(k)(2) ......... [ ]
I Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 18,703. | 62. | -1,735. | ( 12,631. ) | 4,399. |

| | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 2 | Net income (loss) from rental real estate activities | | |
| 3 | Net income (loss) from other rental activities | | |
| 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 1,834. | Sch. B, Part II, line 5 |
| | c Royalties | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4,130. | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) | | Sch. D, line 12, col. (f) |
| | (2) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | (3) Qualified 5-year gain | | Line 5 of worksheet for Sch. D, line 29 |
| | f Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| 7 | Other income (loss) (attach schedule) | | Enter on applicable line of your return |
| 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 10 | Deductions related to portfolio income (attach schedule) | | |
| 11 | Other deductions (attach schedule) | | |
| 13 | Other credits | | (Enter on applicable lines of your return) |
| 14a | Interest expense on investment debts | 7,699. | Form 4952, line 1 |
| | b(1) Investment income included on lines 4a, 4b, 4c, and 4f above | 1,834. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) Investment expenses included on line 10 above | | |
| 15a | Net earnings (loss) from self-employment | 0. | Sch. SE, Section A or B |
| | b Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c Gross nonfarm income | | |
| 16a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b Adjusted gain or loss | | |
| | c Other adjustments and tax preference items (attach schedule) | | |
| 19 | Tax-exempt interest income | | Form 1040, line 8b |
| 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| 21 | Nondeductible expenses | | |
| 22 | Distributions of money (cash and marketable securities) | 10,200. | |
| 23 | Distributions of property other than money | 2,431. | |

JWA  For Paperwork Reduction Act Notice, see Form 1065 Instructions.   No Information Required for Page 2 Schedule K-1 (Form 1065) 2002

211161
02-18-03

2

MARTIN J. JOEL PARTNERSHIP

13-3891671

| SCHEDULE K-1 | COLUMN C RECONCILIATION | |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| DIVIDEND INCOME | | 1,834. |
| SHORT-TERM CAPITAL GAIN (LOSS) | | 4,130. |
| INTEREST EXPENSE ON INVESTMENT DEBTS | | -7,699. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | | -1,735. |

Partner Number 2

KONIGSBERG, WOLF & CO., P.C.
440 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016
(212) 685-7215

MARCH 4, 2003

MARTIN J. JOEL PARTNERSHIP
21 CAYUGA ROAD
SCARSDALE, NY 10583-6941

MARTIN J. JOEL PARTNERSHIP:

WE HAVE PREPARED AND ENCLOSED YOUR 2002 NEW YORK PARTNERSHIP INCOME TAX RETURN FOR THE YEAR ENDED DECEMBER 31, 2002. THE RETURN SHOULD BE SIGNED AND DATED.

THE NEW YORK FORM IT-204 SHOULD BE MAILED ON OR BEFORE APRIL 15, 2003 TO:

STATE PROCESSING CENTER
P.O. BOX 61000
ALBANY, NY 12261-0001

NO PAYMENT IS REQUIRED WITH THIS RETURN WHEN FILED.

A COPY OF SCHEDULE K-1 SHOULD BE FURNISHED TO EACH PARTNER.

WE RECOMMEND THAT YOU SEND THE RETURN TO THE TAXING AUTHORITIES BY CERTIFIED MAIL WITH A REQUEST FOR A RETURN RECEIPT. PLEASE RETAIN THE RECEIPT AS A PROOF OF TIMELY FILING.

WE SINCERELY APPRECIATE THIS OPPORTUNITY TO SERVE YOU. IF YOU HAVE ANY QUESTIONS REGARDING THE RETURN, PLEASE DO NOT HESITATE TO CALL.

A COPY OF THE RETURN IS ENCLOSED FOR YOUR FILES. WE SUGGEST THAT YOU RETAIN THIS COPY INDEFINITELY.

SINCERELY,


KONIGSBERG, WOLF & CO., P.C.

| For office use only | New York State Department of Taxation and Finance | | **IT-204** |
|---|---|---|---|
| | **Partnership Return** | | 2002 |

For calendar year 2002 or fiscal year beginning _____ and ending _____

Read the instructions, Form IT-204-I, before completing this return.

**Legal name:** MARTIN J. JOEL PARTNERSHIP
**Trade name of business if different from legal name above:**
**Address (number and street or rural route):** 21 CAYUGA ROAD
**City, village, or post office:** SCARSDALE, **State:** NY **ZIP code:** 10583-6941

**Employer identification number:** 13-3891671
**Principal business activity:** INVESTMENT
**Principal product or service:** INVESTMENT
**NAICS business code number:** 523900
**Date business started:** 05/20/1996

**A** Mark an X in the box that applies to your entity:
- [X] Regular partnership
- [ ] Limited liability partnership (LLP)
- [ ] Portfolio investment partnership
- [ ] Limited liability company (LLC - including limited liability investment company and a limited liability trust company)

If you do not need forms mailed to you next year, mark an X in the box [ ]

**B** 1) Did the partnership have any income gain, loss, or deduction derived from New York sources during the tax year? ... **B1** Yes ___ No X
 2) If No, enter the number of resident partners ... **B2** ___

**C** Mark applicable box(es): ▶ ___ Change of address ▶ ___ Initial return ▶ ___ Amended return ___ Final return (attach explanation)

**D** Is this return the result of federal audit changes? ... **D** Yes ___ No X
 If Yes: 1) Enter date of final federal determination ... **D1** ▶ ___
 2) Do you concede the federal audit changes? (see instructions for amended return or federal changes) ... **D2** Yes ___ No ___

**E** Did you file a New York State partnership return for: ... 2000 Yes X No ___ ... 2001 Yes X No ___
 If No, state reason: ___

**F** Total number of partners required to be listed on Form IT-204-ATT (see instructions) ... **F** 2

**G** Does the partnership currently have tax accounts with New York State for the following taxes?
 1. Sales and use tax [ ] Yes [ ] No X     If Yes, enter ID number **G1** ___
 2. Withholding tax [ ] Yes [ ] No X     **G2** ___

## Schedule A

**Part I** - List all places, both in and out of New York State, where the partnership carries on business
(attach additional sheets if necessary)

| Street address | City and state | Description |
|---|---|---|
| | | |

**Part II** - Formula basis allocation of income if books do not reflect income earned in New York

| Items used as factors | A Totals - in and out of New York State Dollars | B New York State amounts Dollars | C Percent column B is of column A |
|---|---|---|---|
| Property percentage | | | |
| 1  Real property owned | 1. | 1. | |
| 2  Real property rented from others | 2. | 2. | |
| 3  Tangible personal property owned | 3. | 3. | |
| 4  Property percentage (add lines 1, 2, and 3) | 4. | 4. | 4. ___ % |
| 5  Payroll percentage | 5. | 5. | 5. ___ % |
| 6  Gross income percentage | 6. | 6. | 6. ___ % |
| 7. Total of percentages (add column C, lines 4, 5, and 6) | | | 7. ___ % |
| 8. Business allocation percentage (divide line 7 by three or by actual number of percentages if less than three) | | | 8. 100.00 % |

**Third party designee**: Do you want to allow another person to discuss this return with the Tax Dept? (see instructions) Yes X (complete the following) No [ ]
**Designee's Name:** PREPARER
**Designee's phone number:** (212) 685-7215
**Personal identification number (PIN):** ___

**Paid preparer's use only**
Preparer's signature: ___
Preparers SSN or PTIN: ___
**Sign here** Signature of general partner
Firm name (or yours, if self-employed): KONIGSBERG, WOLF & CO., P.C.
Employer identification number: 13-2811464
Date: ___  Mark X if self-employed ___
Address: 440 PARK AVENUE SOUTH, NEW YORK, N.Y. 10016
Daytime phone number (optional): ___

311213
268501
09-23-02  1019

Partnership must attach federal Form 1065 or Form 1065-B and all schedules to this Form IT-204 (see instructions for Penalties).
Mail your return to: STATE PROCESSING CENTER, PO BOX 61000, ALBANY, NY 12261-0001.
This is a scannable form: please file this original return with the Tax Department.

IT-204 2002

IT-204 (2002) (page 2)

## Schedule B - Partners' New York modifications, credits, etc. SEE ATTACHED SCHEDULES K-1

### Part I - Partners' New York modifications to federal items

| # | Item | Total |
|---|------|-------|
| 9 | New York State additions (attach schedule; see instructions) | |
| 10 | New York State subtractions (attach schedule; see instructions) | |
| 11 | Additions to federal itemized deductions | |
| 12 | Subtractions from federal itemized deductions | |
| 13 | Amount of interest expense incurred to carry tax-exempt obligations | |
| 14 | New York adjustments to federal tax preference items (see instructions) | |

### Part II - Partners' credit information

| # | Item | Total |
|---|------|-------|
| 15 | Manufacturing and production, retail enterprise, waste treatment and pollution control property - investment credit (attach Form IT-212) | |
| 16 | Research and development property - investment credit (attach Form IT-212) | |
| 17 | Add-back of investment credit on early dispositions (attach Form IT-212) | |
| 18 | Defibrillator credit (attach Form IT-250) | |
| 19 | Investment credit for the financial services industry (attach Form IT-252) | |
| 20 | Add-back of investment credit on early dispositions for the financial services industry (attach Form IT-252) | |
| 21 | Credit for employment of persons with disabilities (attach Form IT-251) | |
| 22 | Alternative fuels credit (attach Form IT-253) | |
| 23 | Add-back of alternative fuels credit on early dispositions (attach Form IT-253) | |
| 24 | Fuel oil storage tank credit (attach Form IT-254) | |
| 25 | Industrial or manufacturing business (IMB) credit (attach Form DTF-623) | |
| 26 | Low-income housing credit (attach Form DTF-624) | |
| 27 | Green building credit (attach Form DTF-630) | |
| 28 | Long-term care insurance credit (attach Form IT-249) | |
| 29 | EZ wage tax credit (attach Form IT-601) | |
| 30 | ZEA wage tax credit (attach Form IT-601.1) | |
| 31 | EZ capital tax credit for investments in and donations to EZ capital corporations (from Form IT-602, Schedule A, line 5) | |
| 32 | EZ capital tax credit for investments in certified EZ businesses (from Form IT-602, Schedule B, line 9) | |
| 33 | EZ capital tax credit for monetary contributions to EZ development projects (from Form IT-602, Schedule C, line 13) | |
| 34 | EZ investment tax credit and EZ employment incentive credit (attach Form IT-603) | |
| 35 | QEZE credit for real property taxes (attach Form IT-604) | |
| 36 | QEZE employment increase factor (see instructions) | |
| 37 | QEZE zone allocation factor (see instructions) | |
| 38 | QEZE benefit period factor (see instructions) | |
| 39 | Add-back of QEZE credit for real property taxes (attach Form IT-604) | |
| 40 | EZ investment tax credit and EZ employment incentive credit for the financial services industry (attach Form IT-605) | |
| 41 | Add-back of EZ capital tax credit, EZ investment tax credit, and EZ employment incentive credit (attach Forms IT-602 and IT-603) | |
| 42 | Add-back of EZ investment tax credit and EZ employment incentive credit for the financial services industry (attach Form IT-605) | |
| 43 | QETC employment credit (attach Form DTF-621) | |
| 44 | QETC capital tax credit (attach Form DTF-622) | |
| 45 | Add-back of QETC capital tax credit on early dispositions (attach Form DTF-622) | |
| 46 | Total acres of qualified agricultural property | |
| 47 | Total acres of qualified conservation property | |
| 48 | Total amount of eligible taxes paid | |
| 49 | Total acres of qualified agricultural property converted to nonqualified use | |

### Part III - Income and deductions allocated to New York (see instructions)

| # | Item | Allocated NY amounts |
|---|------|----------------------|
| 50 | Ordinary income (loss) from trade or business activities | |
| 51 | Net income or loss from New York rental real estate activities | |
| 52 | Net income or loss from other rental activities | |
| 53 | Portfolio income (loss) | |
| 54 | Guaranteed payments to partners | |
| 55 | Net gain (loss) under IRC section 1231 (other than due to casualty or theft) | |
| 56 | Other income | |
| 57 | Expense deduction for property under IRC section 179 | |
| 58 | Deductions related to portfolio income (do not include investment interest expense) | |
| 59 | Other deductions (see instructions) | |
| 60 | Tax preference items for minimum tax (see instructions) | |
| 61 | New York adjustments to federal tax preference items (see instructions) | |
| 62 | Investment interest expense (see instructions) | |
| 63 | Other items not included above that are required to be reported separately to partners | |

268502
09-23-02  1019  312213  This is a scannable form; please file this original return with the Tax Department.

IT-204 2002



| 2002 | New York State Department of Taxation and Finance **Partners' Identifying Information** Attachment to Form IT-204 | | | **IT-204-ATT** |
|---|---|---|---|---|
| | | | | Page 1 of 1 |

| Legal name (as shown on Form IT-204) MARTIN J. JOEL PARTNERSHIP 21 CAYUGA ROAD SCARSDALE, NY 10583-6941 | | | Employer identification number 13-3891671 |
|---|---|---|---|

| (A) For each identifying number, enter name (last, first, middle initial) on first line; enter home address on second and third lines. | (B) Identifying number (SSN or EIN) (C) Percentage of ownership | (D) Mark X if resident of: | (E) Mark X if partner is: |
|---|---|---|---|
| 1.  1 MARTIN JOEL 21 CAYUGA ROAD SCARSDALE, NY 10583 | 1B. 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 1C. 99.0000000 | X NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 2.  2 SYLVIA ANN JOEL 21 CAYUGA ROAD SCARSDALE, NY 10583 | 2B. 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 2C. 1.0000000 | X NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 3. | 3B. 3C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 4. | 4B. 4C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 5. | 5B. 5C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 6. | 6B. 6C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 7. | 7B. 7C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 8. | 8B. 8C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |
| 9. | 9B. 9C. | ___ NYS ___ NYC ___ Yonkers | ___ NYS Corporation ___ Foreign Corporation ___ Partnership ___ Estate or Trust |

351213

268011 09-23-02  1019

This is a scannable form; please file this original with the Tax Department.    IT-204-ATT 2002

| NEW YORK SCHEDULE K-1 EQUIVALENT | Partner's New York Information<br>For Calendar Year 2002 or Fiscal Year<br>Beginning _____, 2002; and Ending _____, ____ | 2002 |
|---|---|---|

Partner's Name, Address and ZIP Code

MARTIN JOEL
21 CAYUGA ROAD
SCARSDALE, NY 10583

Partner Number: 1
Partner's Identifying Number: 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

Resident [X]     Nonresident [ ]
Amended Schedule K-1 [ ]     Final Schedule K-1 [ ]

Partnership's Name, Address and ZIP Code

MARTIN J. JOEL PARTNERSHIP
21 CAYUGA ROAD
SCARSDALE, NY 10583-6941

Partnership's Identifying Number: 13-3891671
Partner's Percentage of:
Ownership  99.0000000 %
Profit and Loss  99.0000000 %

## Part I - Partner's Share of New York Modifications to Federal Items

| | Total amount of change |
|---|---|
| New York state additions | |
| New York state subtractions | |
| Additions to federal itemized deductions | |
| Subtractions from federal itemized deductions | |
| Amount of interest expense incurred to carry tax-exempt obligations | |
| New York adjustments to federal tax preference items | |

## Part II - Partner's Share of Credit Information

## Part III - Nonresident Partner's Distributive Share of:

| | Amount reported on federal Form 1065 | New York amount to be reported on nonresident partner's return |
|---|---|---|
| Ordinary income (loss) from trade or business activities | | |
| Net income or loss from rental real estate activities | | |
| Net income or loss from other activities | | |
| Portfolio income (loss) | | |
| Guaranteed payments to partners | | |
| Net gain (loss) under IRC Section 1231 (other than due to casualty or theft) | | |
| Other income | | |
| Expense deduction for property under IRC Section 179 | | |
| Deductions related to portfolio income | | |
| Other deductions | | |
| Tax preference items for minimum tax | | |
| New York adjustments to federal tax preference items | | |
| Investment interest expense | | |
| Other items required to be reported separately to partners | | |

THERE ARE NO ADJUSTMENTS OR CREDITS FOR THIS PARTNER.

268531
05-01-02

| NEW YORK SCHEDULE K-1 EQUIVALENT | Partner's New York Information For Calendar Year 2002 or Fiscal Year Beginning _____, 2002; and Ending _____, _____ | 2002 |
|---|---|---|

Partner's Name, Address and ZIP Code

SYLVIA ANN JOEL
21 CAYUGA ROAD
SCARSDALE, NY 10583

Partner Number: 2
Partner's Identifying Number: 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

Resident [X]  Nonresident [ ]
Amended Schedule K-1 [ ]  Final Schedule K-1 [ ]

Partnership's Name, Address and ZIP Code

MARTIN J. JOEL PARTNERSHIP
21 CAYUGA ROAD
SCARSDALE, NY 10583-6941

Partnership's Identifying Number: 13-3891671
Partner's Percentage of:
Ownership: 1.0000000%
Profit and Loss: 1.0000000%

### Part I - Partner's Share of New York Modifications to Federal Items

| | Total amount of change |
|---|---|
| New York state additions | |
| New York state subtractions | |
| Additions to federal itemized deductions | |
| Subtractions from federal itemized deductions | |
| Amount of interest expense incurred to carry tax-exempt obligations | |
| New York adjustments to federal tax preference items | |

### Part II - Partner's Share of Credit Information

### Part III - Nonresident Partner's Distributive Share of:

| | Amount reported on federal Form 1065 | New York amount to be reported on nonresident partner's return |
|---|---|---|
| Ordinary income (loss) from trade or business activities | | |
| Net income or loss from rental real estate activities | | |
| Net income or loss from other activities | | |
| Portfolio income (loss) | | |
| Guaranteed payments to partners | | |
| Net gain (loss) under IRC Section 1231 (other than due to casualty or theft) | | |
| Other income | | |
| Expense deduction for property under IRC Section 179 | | |
| Deductions related to portfolio income | | |
| Other deductions | | |
| Tax preference items for minimum tax | | |
| New York adjustments to federal tax preference items | | |
| Investment interest expense | | |
| Other items required to be reported separately to partners | | |

THERE ARE NO ADJUSTMENTS OR CREDITS FOR THIS PARTNER.

268531
05-01-02