EXHIBIT F

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE    NY 10583

PERIOD ENDING 5/31/0

YOUR ACCOUNT NUMBER 1-J0029-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 27,422,03 |
| 5/01 | | | | APR MARGIN INTEREST | INT | 67,62 |
| 5/01 | | | | VERIZON COMMUNICATIONS DIV 4/10/03 5/01/03 | DIV | |
| 5/05 | | | | CHECK WIRE | CW | 75,00 |
| 5/08 | | 40,000 | | AMERICAN EXPRESS COMPANY TRANS FROM 70 ACCT | DELV | |
| 5/08 | | 40,000 | | HEWLETT PACKARD CO TRANS FROM 70 ACCT | DELV | |
| 5/08 | | 321,600 | | INTEL CORP TRANS FROM 70 ACCT | DELV | |
| 5/08 | | 6,390 | | JOHNSON & JOHNSON TRANS FROM 70 ACCT | DELV | |
| 5/09 | | | | AMERICAN EXPRESS COMPANY DIV 4/04/03 5/09/03 | DIV | |
| 5/09 | | | | DIV ADJ 4/04/03 5/09/03 AXP | JRNL | 3,84 |
| 5/13 | | 150,000 | 79617 | AETNA INC | 51.750 | |
| 5/13 | | 75,000 | 79618 | AETNA INC | 51.810 | |
| 5/13 | | 7,628 | 79619 | AGILENT TECHNOLOGIES | 15.830 | |
| 5/13 | | 53,000 | 79620 | ALTERA CORP | 16.550 | |
| 5/13 | | 40,000 | 79621 | ALTERA CORP | 16.570 | |
| 5/13 | | 28,000 | 79622 | ALTRIA GROUP INC | 30.990 | |
| 5/13 | | 95,000 | 79623 | AMAZON COM INC | 30.340 | |
| 5/13 | | 80,000 | 79624 | AMAZON COM INC | 30.400 | |
| | | | | CONTINUED ON PAGE 2 | | |

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE     NY  10583

PERIOD ENDING 5/31/0

YOUR ACCOUNT NUMBER 1-J0029-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 5/13 | | 20,000 | 79625 | ANHEUSER BUSCH COS INC | 49.730 | |
| 5/13 | | 90,000 | 79626 | BROADCOM CORP CL A | 18.040 | |
| 5/13 | | 25,000 | 79627 | BROADCOM CORP CL A | 18.050 | |
| 5/13 | | 10,000 | 79628 | CHUBB CORP | 58.630 | |
| 5/13 | | 52,400 | 79629 | CISCO SYSTEMS INC | 15.160 | |
| 5/13 | | 90,000 | 79630 | EMC CORPORATION MASS | 9.380 | |
| 5/13 | | 90,000 | 79631 | EMC CORPORATION MASS | 9.370 | |
| 5/13 | | 10,000 | 79632 | FEDEX CORPORATION | 60.730 | |
| 5/13 | | 62,400 | 79633 | INTEL CORP | 18.870 | |
| 5/13 | | 27,000 | 79634 | LSI LOGIC CORP | 5.100 | |
| 5/13 | | 20,000 | 79635 | LSI LOGIC CORP | 5.060 | |
| 5/13 | | 20,000 | 79636 | LSI LOGIC CORP | 5.080 | |
| 5/13 | | 20,000 | 79637 | MCDONALDS CORP | 17.030 | |
| 5/13 | | 10,000 | 79638 | MICRON TECHNOLOGY INC | 9.020 | |
| 5/13 | | 40,000 | 79639 | NETWORK APPLIANCE INC | 14.790 | |
| 5/13 | | 5,000 | 79640 | PEPSICO INC | 42.980 | |
| 5/13 | | 75,000 | 79641 | VERIZON COMMUNICATIONS | 36.320 | |
| 5/13 | | 65,000 | 79642 | VERIZON COMMUNICATIONS | 36.310 | |
| 5/13 | | 90,000 | 79643 | VERIZON COMMUNICATIONS | 36.330 | |
| 5/13 | | 52,000 | 79644 | WAL-MART STORES INC | 54.800 | |
| 5/13 | | 1,000 | 79645 | YUM BRANDS INC | 25.060 | |
| 5/13 | | | | TRANS FROM 80 ACCT | JRNL | |
| 5/13 | 18,060,000 | | 92780 | U S TREASURY BILL DUE 9/25/2003   9/25/2003 | 99.591 | 17,986, |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J. JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE        NY    10583

PERIOD ENDING 5/31/0_

YOUR ACCOUNT NUMBER 1-J0029-3-0

YOUR TAX PAY... 13-3

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 5/23 | | | | CHECK WIRE | CW | 100,00_ |
| 5/23 | | 100,000 | 92781 | U S TREASURY BILL DUE 9/25/2003 9/25/2003 | 99.635 | |
| 5/30 | 90,000 | | 98831 | U S TREASURY BILL DUE 9/11/2003 9/11/2003 | 99.688 | 89,71_ |
| 5/30 | 3,005 | | 98933 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 3,00_ |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 3,005 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | 90,000 | | | U S TREASURY BILL DUE 9/11/2003 9/11/2003 | 99.688 | |
| | 17,950,000 | | | U S TREASURY BILL DUE 9/25/2003 9/25/2003 | 99.646 | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 17,989,145.80 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE            NY  10583

PERIOD ENDING 5/31/
YOUR ACCOUNT NUMBER 1-J0029-3-0
YOUR TAX 13-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | 251,0 |
| | | | | MARGIN INTEREST | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES