**EXHIBIT G**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE          NY   10583

PERIOD ENDING 5/31/
YOUR ACCOUNT NUMBER 1-J0029-7-0
YOUR TAX 13-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 5/08 | 48,000 | | | AMERICAN EXPRESS COMPANY TRANS TO 30 ACCT | RECD | 596,0 |
| 5/08 | 40,000 | | | HEWLETT PACKARD CO TRANS TO 30 ACCT | RECD | 1,145,0 |
| 5/08 | 121,600 | | | INTEL CORP TRANS TO 30 ACCT | RECD | 1,368,9 |
| 5/08 | 6,390 | | | JOHNSON & JOHNSON TRANS TO 30 ACCT | RECD | 203,7 |
| 5/09 | | | | AMERICAN EXPRESS COMPANY DIV 4/04/03 5/09/03 | DIV | 3,84 |
| 5/09 | | | | DIV ADJ 4/04/03 5/09/03 AXP | JRNL | |
| | | | | NEW BALANCE | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE        NY 10583

PERIOD ENDING 5/31/0

YOUR ACCOUNT NUMBER: 1-J0029-7-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  |  | YEAR-TO-DATE SUMMARY |  |  |
|  |  |  |  | DIVIDENDS |  | 37,18 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES