**EXHIBIT H**



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE      NY  10583

PERIOD ENDING: 5/31/03
PAGE: 1   H
YOUR ACCOUNT NUMBER: 1-J0029-8-0
YOUR TAXPAYER IDENTIFICATION NUMBER: 13-3891671

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 9,768,475.00 |
| 5/13 | 75,000 | | 79646 | ADAPTEC INC | 7 | 525,000.00 | |
| 5/13 | 50,000 | | 79647 | KLA-TENCOR CORPORATION | 41.410 | 2,070,500.00 | |
| 5/13 | 70,000 | | 79648 | PEOPLESOFT INC | 16.180 | 1,132,600.00 | |
| 5/13 | 95,000 | | 79649 | XILINX INC | 28.090 | 2,668,550.00 | |
| 5/13 | 40,000 | | 79650 | XILINX INC | 28.170 | 1,126,800.00 | |
| | | | | TRANS TO 30 ACCT | JRNL | 2,245,025.00 | |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MARTIN J JOEL PARTNERSHIP

21 CAYUGA ROAD
SCARSDALE     NY  10583

PERIOD ENDING: 5/31/03
PAGE: 2  H
YOUR ACCOUNT NUMBER: 1-J0029-8-0
YOUR TAXPAYER IDENTIFICATION NUMBER: 13-3891671

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | YEAR-TO-DATE SUMMARY |  |  |  |
|  |  |  |  | DIVIDENDS |  | 1,875.00 |  |
|  |  |  |  | GROSS PROCEEDS FROM SALES |  |  | 1,286,600.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES