**EXHIBIT I**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Sec

ESTATE OF MARTIN J JOEL JR

C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FL
NEW YORK        NY  10022

PERIOD ENDING 9/30/03

YOUR ACCOUNT NUMBER: 1-J0056-3-0

YOUR TAX PAYER IDEN: 57-6203

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  |  | NO BALANCE FORWARD |  |  |
| 9/03 |  |  |  | TRANS FROM 1J002930 | JRNL |  |
| 9/03 | 17,900,000 |  | 31098 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.720 | 17,849,880.0 |
| 9/03 | 23,083 |  | 31099 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23,083.0 |
| 9/04 |  |  |  | CHECK WIRE | CW | 150,000.0 |
| 9/05 |  |  |  | CHECK WIRE | CW | 100,000.0 |
| 9/11 |  |  |  | CHECK | CA |  |
| 9/15 |  | 50,000 | 53912 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.757 |  |
| 9/15 | 1,878 |  | 53913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,878.0 |
| 9/22 |  |  |  | CHECK WIRE | CW | 75,000.0 |
| 9/22 |  | 100,000 | 31397 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.778 |  |
| 9/22 | 24,778 |  | 31398 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,778.0 |
|  |  |  |  | NEW BALANCE |  |  |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |
|  | 49,739 |  |  | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Secu

ESTATE OF MARTIN J JOEL JR

C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FL
NEW YORK           NY 10022

PERIOD ENDING
9/30/03

YOUR ACCOUNT NUMBER
1-J0056-3-0

YOUR TAX PAYER IDENT
57-6203?

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 17,750,000 | | | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.809 | |
| | | | | MARKET VALUE OF SECURITIES LONG              SHORT 17,765,836.50 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ESTATE OF MARTIN J JOEL JR

C/O BERNARD L MADOFF
885 THIRD AVENUE 18TH FL
NEW YORK          NY 10022

PERIOD ENDING: 9/30/03

YOUR ACCOUNT NUMBER: 1-J0056-3-0

YOUR TAX PAYER IDENT: 57-6203...

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ESTATE OF MARTIN J JOEL JR
HARVEY KRAUSS

C/O SNOW BECKER & KRAUSS PC
605 THIRD AVENUE
NEW YORK          NY   10158

PERIOD E... 9/30

YOUR ACCOUNT NUMBER: 1-J0056-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT... TO YOUR AC... |
|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | |
| 9/03 | | | | TRANS FROM 1J002930 | JRNL | |
| 9/03 | 17,900,000 | | 31098 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.720 | 17,849, |
| 9/03 | 23,985 | | 31099 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 23, |
| 9/04 | | | | CHECK WIRE | CW | 150, |
| 9/05 | | | | CHECK WIRE | CW | 100, |
| 9/11 | | | | CHECK | CA | |
| 9/15 | | 50,000 | 53912 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.757 | |
| 9/15 | 1,878 | | 53913 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1, |
| 9/22 | | | | CHECK WIRE | CW | 75, |
| 9/22 | | 100,000 | 31397 | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.778 | |
| 9/22 | 24,778 | | 31398 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24, |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 49,739 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |

CONTINUED ON PAGE    2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

\*\*DUPLICATE\*\*  FOR ACCOUNT  ESTATE OF MARTIN J JOEL JR
HARVEY KRAUSS

C/O SNOW BECKER & KRAUSS PC
605 THIRD AVENUE
NEW YORK            NY   10158

PERIOD ENDING: 9/30/

YOUR ACCOUNT NUMBER: 1-J0056-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
|  | 17,750,000 |  |  | U S TREASURY BILL DUE 12/18/2003 12/18/2003 | 99.809 |  |
|  |  |  |  | MARKET VALUE OF SECURITIES LONG                    SHORT 17,765,836.50 |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ESTATE OF MARTIN J JOEL JR
HARVEY KRAUSS

C/O SNOW BECKER & KRAUSS PC
605 THIRD AVENUE
NEW YORK          NY   10158

PERIOD ENDING 9/30/

YOUR ACCOUNT NUMBER: 1-J0056-3-0

YOUR TAX PAYER: 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|
|      |                         |                         |     | YEAR-TO-DATE SUMMARY |        |                               |
|      |                         |                         |     | GROSS PROCEEDS FROM SALES |    |                               |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES