**EXHIBIT J**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE          NY  10583

PERIOD ENDING 1/31/04
YOUR ACCOUNT NUMBER 1-J0057-3-0
YOUR TAX PAYER 57-6?

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|------------------------|-------------------------|------|-------------|-----------------|-------------------------------|
|      |                        |                         |      | NO BALANCE FORWARD |     |     |
| 1/02 |                        |                         |      | TRANS FROM 1J005630 | JRNL |   |
| 1/02 | 15,000,000             |                         | 22430 | U S TREASURY BILL | 99.578 | 14,936,700 |
|      |                        |                         |      | DUE 6/10/2004 6/10/2004 |   |   |
| 1/05 | 19,673                 |                         | 22466 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,673 |
| 1/13 |                        |                         |      | CHECK WIRE | CW | 100,000 |
| 1/15 | 8,811                  |                         | 20316 | AMERICAN INTL GROUP INC | 69.260 | 610,249 |
| 1/15 | 4,272                  |                         | 20405 | AMGEN INC | 63.040 | 269,305 |
| 1/15 | 4,272                  |                         | 20494 | AMERICAN EXPRESS COMPANY | 47.720 | 203,859 |
| 1/15 | 4,806                  |                         | 20583 | BANK OF AMERICA | 78.240 | 376,021 |
| 1/15 | 6,408                  |                         | 20672 | BRISTOL MYERS SQUIBB COMPANY | 29.410 | 188,459 |
| 1/15 | 17,088                 |                         | 20761 | CITI GROUP INC | 49.600 | 847,564 |
| 1/15 | 23,229                 |                         | 20850 | CISCO SYSTEMS INC | 26.400 | 613,245 |
| 1/15 | 33,108                 |                         | 20939 | GENERAL ELECTRIC CO | 31.960 | 1,058,131 |
| 1/15 | 7,476                  |                         | 21028 | HOME DEPOT INC | 35.280 | 263,753 |
| 1/15 | 10,146                 |                         | 21117 | HEWLETT PACKARD CO | 24.220 | 245,736 |
| 1/15 | 5,607                  |                         | 21206 | INTERNATIONAL BUSINESS MACHS | 91.290 | 511,863 |
| 1/15 | 21,627                 |                         | 21295 | INTEL CORP | 34.010 | 735,534 |
| 1/15 | 9,879                  |                         | 21384 | JOHNSON & JOHNSON | 51.600 | 509,756 |
| 1/15 | 6,675                  |                         | 21473 | JP MORGAN CHASE & CO | 38.480 | 256,854 |
| 1/15 | 8,010                  |                         | 21562 | COCA COLA CO | 49.500 | 396,495 |
| 1/15 | 4,005                  |                         | 21651 | MEDTRONIC INC | 48.200 | 193,041 |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE        NY   10583

PERIOD ENDING 1/31/0

YOUR ACCOUNT NUMBER: 1-J0057-3-0

YOUR TAX PA: 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBIT TO YOUR ACCO |
|---|---|---|---|---|---|---|
| 1/15 | 3,204 | | 21740 | MERRILL LYNCH & CO INC | 57.600 | 184,5 |
| 1/15 | 2,670 | | 21829 | 3M COMPANY | 82.300 | 219,74 |
| 1/15 | 6,675 | | 21918 | ALTRIA GROUP INC | 52.880 | 352,9 |
| 1/15 | 7,209 | | 22007 | MERCK & CO | 46.110 | 332,40 |
| 1/15 | 35,511 | | 22096 | MICROSOFT CORP | 27.480 | 975,84 |
| 1/15 | 3,738 | | 22185 | MORGAN STANLEY | 57.030 | 213,17 |
| 1/15 | 17,622 | | 22452 | ORACLE CORPORATION | 14.300 | 251,9 |
| 1/15 | 5,607 | | 22541 | PEPSICO INC | 45.880 | 257,24 |
| 1/15 | 24,831 | | 22630 | PFIZER INC | 35.780 | 888,45 |
| 1/15 | 4,272 | | 22719 | PROCTER & GAMBLE CO | 99.530 | 425,19 |
| 1/15 | 11,214 | | 22808 | SBC COMMUNICATIONS INC | 25.970 | 291,22 |
| 1/15 | 14,952 | | 22894 | TIME WARNER INC | 18.400 | 275,11 |
| 1/15 | 5,874 | | 22983 | TEXAS INSTRUMENTS INC | 31.830 | 186,96 |
| 1/15 | 6,675 | | 23072 | TYCO INTERNATIONAL LTD | 27.300 | 182,22 |
| 1/15 | 5,607 | | 23161 | VIACOM INC CLASS B NON VOTING SHS | 43.220 | 242,33 |
| 1/15 | 9,345 | | 23250 | VERIZON COMMUNICATIONS | 35.770 | 334,27 |
| 1/15 | 5,607 | | 23339 | WELLS FARGO & CO NEW | 56.930 | 319,20 |
| 1/15 | 14,151 | | 23428 | WAL-MART STORES INC | 52.410 | 741,65 |
| 1/15 | 21,894 | | 23517 | EXXON MOBIL CORP | 40.580 | 888,45 |
| 1/15 | | 15,000,000 | 20218 | U S TREASURY BILL DUE 6/10/2004  6/10/2004 | 99.628 | |
| 1/15 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/15/04 | DIV | |

CONTINUED ON PAGE    3

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE            NY  10583

PERIOD ENDING: 1/31/04
YOUR ACCOUNT NUMBER: 1-J0057-3-0
YOUR TAX PAYER: 57-62

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 1/15 | | 19,673 | 20118 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 1/15 | 7,072 | | 23823 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,072 |
| 1/22 | | 5,874 | 30517 | TEXAS INSTRUMENTS INC | 33.710 | |
| 1/22 | 125,000 | | 42282 | U S TREASURY BILL DUE 5/20/2004  5/20/2004 | 99.712 | 124,640 |
| 1/22 | 19,172 | | 44415 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,172 |
| | | | | NEW BALANCE | | |
| | | | | SECURITY POSITIONS | MKT PRICE | |
| | 6,675 | | | ALTRIA GROUP INC | 55.590 | |
| | 4,272 | | | AMERICAN EXPRESS COMPANY | 51.840 | |
| | 8,811 | | | AMERICAN INTL GROUP INC | 69.450 | |
| | 4,272 | | | AMGEN INC | 64.490 | |
| | 4,806 | | | BANK OF AMERICA | 81.460 | |
| | 6,408 | | | BRISTOL MYERS SQUIBB COMPANY | 28.050 | |
| | 23,229 | | | CISCO SYSTEMS INC | 25.640 | |
| | 17,088 | | | CITI GROUP INC | 49.480 | |
| | 8,010 | | | COCA COLA CO | 49.240 | |
| | 21,894 | | | EXXON MOBIL CORP | 40.790 | |
| | 33,108 | | | GENERAL ELECTRIC CO | 33.630 | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE            NY   10583

PERIOD ENDING 1/31/0

YOUR ACCOUNT NUMBER 1-J0057-3-0

YOUR TAX PA... 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBIT TO YOUR ACCOU... |
|---|---|---|---|---|---|---|
| | 10,146 | | | HEWLETT PACKARD CO | 23.790 | |
| | 7,476 | | | HOME DEPOT INC | 35.470 | |
| | 21,627 | | | INTEL CORP | 30.600 | |
| | 5,607 | | | INTERNATIONAL BUSINESS MACHS | 99.230 | |
| | 6,675 | | | JP MORGAN CHASE & CO | 38.890 | |
| | 9,879 | | | JOHNSON & JOHNSON | 53.420 | |
| | 4,005 | | | MEDTRONIC INC | 49.220 | |
| | 7,209 | | | MERCK & CO | 47.600 | |
| | 3,204 | | | MERRILL LYNCH & CO INC | 58.790 | |
| | 35,511 | | | MICROSOFT CORP | 27.650 | |
| | 3,738 | | | MORGAN STANLEY | 58.210 | |
| | 17,622 | | | ORACLE CORPORATION | 13.810 | |
| | 5,607 | | | PEPSICO INC | 47.260 | |
| | 24,831 | | | PFIZER INC | 36.630 | |
| | 4,272 | | | PROCTER & GAMBLE CO | 101.080 | |
| | 11,214 | | | SBC COMMUNICATIONS INC | 25.500 | |
| | 26,244 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | 2,670 | | | 3M COMPANY | 79.090 | |
| | 14,952 | | | TIME WARNER INC | 17.570 | |
| | 6,675 | | | TYCO INTERNATIONAL LTD | 26.750 | |
| | 125,000 | | | U S TREASURY BILL DUE 5/20/2004    5/20/2004 | 99.719 | |
| | 9,345 | | | VERIZON COMMUNICATIONS | 36.860 | |
| | | | | CONTINUED ON PAGE   5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE          NY   10583

PERIOD ENDING 1/31/

YOUR ACCOUNT NUMBER: 1-J0057-3-0
YOUR TAX PA... 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 5,607 | | | VIACOM INC CLASS B NON VOTING SHS | 40.300 | |
| | 14,151 | | | WAL-MART STORES INC | 53.850 | |
| | 5,607 | | | WELLS FARGO & CO NEW | 57.410 | |
| | | | | MARKET VALUE OF SECURITIES LONG          SHORT 14,926,686.10 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

```
ARTICLE FOURTH TRUST U/W
MARTIN J JOEL JR DECEASED
C/O SYLVIA JOEL
21 CAYUGA ROAD
SCARSDALE           NY  10583
```

PERIOD ENDING 1/31/0

YOUR ACCOUNT NUMBER: 1-J0057-3-0

YOUR TAX PA... 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

805 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**\*\*DUPLICATE\*\*   FOR ACCOUNT   ARTICLE FOURTH TRUST U/W**
**HARVEY KRAUSS**

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK                NY   10158

PERIOD END: 1/31/
YOUR ACCOUNT NUMBER: 1-J0057-3-0
YOUR TAX P: 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEB TO YOUR ACC |
|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | |
| 1/02 | | | | TRANS FROM 1J005630 | JRNL | |
| 1/02 | 15,000,000 | | 22430 | U S TREASURY BILL DUE 6/10/2004  6/10/2004 | 99.578 | 14,936, |
| 1/05 | 19,673 | | 22466 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19, |
| 1/13 | | | | CHECK WIRE | CW | 100, |
| 1/15 | 8,811 | | 20316 | AMERICAN INTL GROUP INC | 69.260 | 610, |
| 1/15 | 4,272 | | 20405 | AMGEN INC | 63.040 | 269, |
| 1/15 | 4,272 | | 20494 | AMERICAN EXPRESS COMPANY | 47.720 | 203, |
| 1/15 | 4,806 | | 20583 | BANK OF AMERICA | 78.240 | 376, |
| 1/15 | 6,408 | | 20672 | BRISTOL MYERS SQUIBB COMPANY | 29.410 | 188, |
| 1/15 | 17,088 | | 20761 | CITI GROUP INC | 49.600 | 847, |
| 1/15 | 23,229 | | 20850 | CISCO SYSTEMS INC | 26.400 | 613, |
| 1/15 | 33,108 | | 20939 | GENERAL ELECTRIC CO | 31.960 | 1,058, |
| 1/15 | 7,476 | | 21028 | HOME DEPOT INC | 35.280 | 263, |
| 1/15 | 10,146 | | 21117 | HEWLETT PACKARD CO | 24.220 | 245, |
| 1/15 | 5,607 | | 21206 | INTERNATIONAL BUSINESS MACHS | 91.290 | 511, |
| 1/15 | 21,627 | | 21295 | INTEL CORP | 34.010 | 735, |
| 1/15 | 9,879 | | 21384 | JOHNSON & JOHNSON | 51.600 | 509, |
| 1/15 | 6,675 | | 21473 | JP MORGAN CHASE & CO | 38.480 | 256, |
| 1/15 | 8,010 | | 21562 | COCA COLA CO | 49.500 | 396, |
| 1/15 | 4,005 | | 21651 | MEDTRONIC INC | 48.200 | 193, |
| | | | | CONTINUED ON PAGE    2 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**\*\*DUPLICATE\*\*  FOR ACCOUNT  ARTICLE FOURTH TRUST U/W**
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK            NY   10158

PERIOD ENDING 1/31/

YOUR ACCOUNT NUMBER: 1-J0057-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|
| 1/15 | 3,204 | | 21740 | MERRILL LYNCH & CO INC | 57.600 | 184, |
| 1/15 | 2,670 | | 21829 | 3M COMPANY | 82.300 | 219, |
| 1/15 | 6,675 | | 21918 | ALTRIA GROUP INC | 52.880 | 352, |
| 1/15 | 7,209 | | 22007 | MERCK & CO | 46.110 | 332, |
| 1/15 | 35,511 | | 22096 | MICROSOFT CORP | 27.480 | 975, |
| 1/15 | 3,738 | | 22185 | MORGAN STANLEY | 57.030 | 213, |
| 1/15 | 17,622 | | 22452 | ORACLE CORPORATION | 14.300 | 251, |
| 1/15 | 5,607 | | 22541 | PEPSICO INC | 45.880 | 257, |
| 1/15 | 24,831 | | 22630 | PFIZER INC | 35.780 | 888, |
| 1/15 | 4,272 | | 22719 | PROCTER & GAMBLE CO | 99.530 | 425, |
| 1/15 | 11,214 | | 22808 | SBC COMMUNICATIONS INC | 25.970 | 291, |
| 1/15 | 14,952 | | 22894 | TIME WARNER INC | 18.400 | 275, |
| 1/15 | 5,874 | | 22983 | TEXAS INSTRUMENTS INC | 31.830 | 186, |
| 1/15 | 6,675 | | 23072 | TYCO INTERNATIONAL LTD | 27.300 | 182, |
| 1/15 | 5,607 | | 23161 | VIACOM INC CLASS B NON VOTING SHS | 43.220 | 242, |
| 1/15 | 9,345 | | 23250 | VERIZON COMMUNICATIONS | 35.770 | 334, |
| 1/15 | 5,607 | | 23339 | WELLS FARGO & CO NEW | 56.930 | 319, |
| 1/15 | 14,151 | | 23428 | WAL-MART STORES INC | 52.410 | 741, |
| 1/15 | 21,894 | | 23517 | EXXON MOBIL CORP | 40.580 | 888, |
| 1/15 | | 15,000,000 | 20218 | U S TREASURY BILL DUE 6/10/2004   6/10/2004 | 99.628 | |
| 1/15 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/15/04 | DIV | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**  FOR ACCOUNT  ARTICLE FOURTH TRUST U/W
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK                NY  10158

PERIOD ENDING 1/31/

YOUR ACCOUNT NUMBER: 1-J0057-3-0

YOUR TAX P.: 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBIT TO YOUR ACCOU |
|------|------|------|------|------|------|------|
| 1/15 |  | 19,673 | 20118 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |  |
| 1/15 | 7,072 |  | 23823 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,0 |
| 1/22 |  | 5,874 | 30517 | TEXAS INSTRUMENTS INC | 33.710 |  |
| 1/22 | 125,000 |  | 42282 | U S TREASURY BILL DUE 5/20/2004    5/20/2004 | 99.712 | 124,6 |
| 1/22 | 19,172 |  | 44415 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,1 |
|  |  |  |  | NEW BALANCE |  |  |
|  |  |  |  | SECURITY POSITIONS | MKT PRICE |  |
|  | 6,675 |  |  | ALTRIA GROUP INC | 55.590 |  |
|  | 4,272 |  |  | AMERICAN EXPRESS COMPANY | 51.840 |  |
|  | 8,811 |  |  | AMERICAN INTL GROUP INC | 69.450 |  |
|  | 4,272 |  |  | AMGEN INC | 64.490 |  |
|  | 4,806 |  |  | BANK OF AMERICA | 81.460 |  |
|  | 6,408 |  |  | BRISTOL MYERS SQUIBB COMPANY | 28.050 |  |
|  | 23,229 |  |  | CISCO SYSTEMS INC | 25.640 |  |
|  | 17,088 |  |  | CITI GROUP INC | 49.480 |  |
|  | 8,010 |  |  | COCA COLA CO | 49.240 |  |
|  | 21,894 |  |  | EXXON MOBIL CORP | 40.790 |  |
|  | 33,108 |  |  | GENERAL ELECTRIC CO | 33.630 |  |
|  |  |  |  | CONTINUED ON PAGE    4 |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ARTICLE FOURTH TRUST U/W
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK          NY   10158

PERIOD END: 1/31/

YOUR ACCOUNT NUMBER: 1-J0057-3-0

YOUR TAX: 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 10,146 | | | HEWLETT PACKARD CO | 23.790 | |
| | 7,476 | | | HOME DEPOT INC | 35.470 | |
| | 21,627 | | | INTEL CORP | 30.600 | |
| | 5,607 | | | INTERNATIONAL BUSINESS MACHS | 99.230 | |
| | 6,675 | | | JP MORGAN CHASE & CO | 38.890 | |
| | 9,879 | | | JOHNSON & JOHNSON | 53.420 | |
| | 4,005 | | | MEDTRONIC INC | 49.220 | |
| | 7,209 | | | MERCK & CO | 47.600 | |
| | 3,204 | | | MERRILL LYNCH & CO INC | 58.790 | |
| | 35,511 | | | MICROSOFT CORP | 27.650 | |
| | 3,738 | | | MORGAN STANLEY | 58.210 | |
| | 17,622 | | | ORACLE CORPORATION | 13.810 | |
| | 5,607 | | | PEPSICO INC | 47.260 | |
| | 24,831 | | | PFIZER INC | 36.630 | |
| | 4,272 | | | PROCTER & GAMBLE CO | 101.080 | |
| | 11,214 | | | SBC COMMUNICATIONS INC | 25.500 | |
| | 26,244 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| | 2,670 | | | 3M COMPANY | 79.090 | |
| | 14,952 | | | TIME WARNER INC | 17.570 | |
| | 6,675 | | | TYCO INTERNATIONAL LTD | 26.750 | |
| | 125,000 | | | U S TREASURY BILL DUE 5/20/2004  5/20/2004 | 99.719 | |
| | 9,345 | | | VERIZON COMMUNICATIONS | 36.860 | |
| | | | | CONTINUED ON PAGE  5 | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE**  FOR ACCOUNT  ARTICLE FOURTH TRUST U/W
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK           NY   10158

PERIOD ENDING 1/31/

YOUR ACCOUNT NUMBER 1-J0057-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | 5,607 | | | VIACOM INC CLASS B NON VOTING SHS | 40.300 | |
| | 14,151 | | | WAL-MART STORES INC | 53.850 | |
| | 5,607 | | | WELLS FARGO & CO NEW | 57.410 | |
| | | | | MARKET VALUE OF SECURITIES  LONG          SHORT 14,926,686.10 | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ARTICLE FOURTH TRUST U/W
HARVEY KRAUSS

C/O SNOW BECKER KRAUSS PC
605 THIRD AVENUE
NEW YORK    NY  10158

PERIOD ENDING 1/31/0

YOUR ACCOUNT NUMBER: 1-J0057-3-0

YOUR TAX PAY: 57-6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**