**EXHIBIT K**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ESTATE OF MARTIN J JOEL JR
SYLVIA ANN JOEL

21 CAYUGA ROAD
SCARSDALE         NY 10583

PERIOD ENDING 1/31/

YOUR ACCOUNT NUMBER 1-J0056-3-0

YOUR TAX P... 57-

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | |
| 1/02 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 01/02/04 | DIV | |
| 1/02 | | | | TRANS TO 1J005730 | CW | 14,956,3 |
| 1/02 | | 103,013 | 22366 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 1/02 | 14,875,000 | | 22367 | U S TREASURY BILL DUE 3/4/2004   3/04/2004 | 99.854 | |
| | | | | NEW BALANCE | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

| | BERNARD L. MADOFF |
|---|---|
| [MADF] | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

685 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT ESTATE OF MARTIN J JOEL JR
SYLVIA ANN JOEL

21 CAYUGA ROAD
SCARSDALE     NY   10583

PERIOD ENDING 1/31

YOUR ACCOUNT NUMBER 1-J0056-3-0

YOUR TAX 57

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | |
| | | | | DIVIDENDS | | |
| | | | | GROSS PROCEEDS FROM SALES | | |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**