Presentment Date: June 3, 2010
Time: 12:00 p.m.

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER APPROVING REQUESTS FOR JUDICIAL ASSISTANCE
(LETTERS ROGATORY) FOR LANDMARK INVESTMENT FUND,
M&B CAPITAL ADVISERS AND BANK OF IRELAND GROUP**

Upon the motion of Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, individually, for an order approving the requests for judicial assistance ("Letters Rogatory") from the applicable courts of Ireland and Spain for Landmark Investment Fund, M&B Capital Advisers and Bank of Ireland Group, and due and sufficient notice of the motion having been given under the circumstances, and it appearing that such Letters Rogatory are appropriate, it is hereby

ORDERED that the Clerk of this Court shall issue the Letters Rogatory in the forms attached to this Order.

Dated: New York, New York
_____ \_\_, 2010

_____
Hon. Burton R. Lifland
UNITED STATES BANKRUPTCY JUDGE
