**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**

In Liquidation

**DECEMBER 11, 2008**[1]

**NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM**

April 27, 2010

Viola Brown, Trustee U/T/D 12/29/88
19 Ocean Drive
Jupiter, Florida 33469

Dear Viola Brown, Trustee U/T/D 12/29/88:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claims on BLMIS Account No. 1B0078 designated as Claim Number 002317 and Claim Number 014254 (the latter of which is duplicative of Claim Number 002317) and combined ("Combined Claim") for purposes of this determination. This letter shall serve as the Trustee's determination with respect to the Combined Claim:

Your Combined Claim securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $10,708,758.03), as more fully set forth in Table 1 annexed hereto and

---

[1] Section 78*lll*(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78*lll*(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300083118.1

made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $8,286,398.03). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($2,422,360.00) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is **DENIED** in its entirety.

**On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.**

**Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.**

Nothing in this Notice of Trustee's Determination of Claim shall be construed as a waiver of any rights or claims held by the Trustee against you.

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within **THIRTY DAYS** after April 27, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004

> and

> Irving H. Picard, Trustee
> c/o Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10111

*[signature: Irving H. Picard]*

Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc:   Christopher Van De Kieft, Esq.
      Seeger Weiss LLP
      One William Street
      New York, New York 10004

## Table 1 - DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 3/31/1981 | ALIX: 3/31/1981 Equity | $831,398.03 | $831,398.03 |
| 10/18/1982 | CHECK | $75,000.00 | $75,000.00 |
| 4/7/1983 | CHECK | $50,000.00 | $50,000.00 |
| 4/19/1984 | CHECK | $85,000.00 | $85,000.00 |
| 7/22/1985 | CHECK | $100,000.00 | $100,000.00 |
| 10/16/1987 | CHECK | $200,000.00 | $200,000.00 |
| 10/13/1988 | CHECK | $300,000.00 | $300,000.00 |
| 4/12/1989 | CHECK | $75,000.00 | $75,000.00 |
| 7/11/1989 | CHECK | $170,000.00 | $170,000.00 |
| 10/13/1989 | CHECK | $200,000.00 | $200,000.00 |
| 1/16/1990 | CHECK | $125,000.00 | $125,000.00 |
| 4/12/1990 | CHECK | $100,000.00 | $100,000.00 |
| 7/11/1990 | CHECK | $175,000.00 | $175,000.00 |
| 10/15/1990 | CHECK | $195,000.00 | $195,000.00 |
| 4/12/1991 | CHECK | $250,000.00 | $250,000.00 |
| 7/9/1991 | CHECK | $284,000.00 | $284,000.00 |
| 10/8/1991 | CHECK | $229,000.00 | $229,000.00 |
| 1/13/1992 | CHECK | $220,000.00 | $220,000.00 |
| 4/9/1992 | CHECK | $185,000.00 | $185,000.00 |
| 5/11/1992 | CHECK | $135,000.00 | $135,000.00 |
| 7/13/1992 | CHECK | $125,000.00 | $125,000.00 |
| 7/14/1992 | CHECK A/O 7/13/92 | $175,000.00 | $175,000.00 |
| 7/14/1992 | CXL CHECK A/O 7/13/92 | ($125,000.00) | ($125,000.00) |
| 10/9/1992 | CHECK | $360,000.00 | $360,000.00 |
| 1/25/1993 | CHECK | $75,000.00 | $75,000.00 |
| 4/12/1993 | CHECK | $110,000.00 | $110,000.00 |
| 7/12/1993 | CHECK | $270,000.00 | $270,000.00 |
| 10/18/1993 | CHECK | $140,000.00 | $140,000.00 |
| 10/19/1993 | CHECK | $100,000.00 | $100,000.00 |
| 1/25/1994 | CHECK | $112,000.00 | $112,000.00 |
| 4/18/1994 | CHECK | $145,000.00 | $145,000.00 |
| 7/12/1994 | CHECK | $190,000.00 | $190,000.00 |
| 10/14/1994 | CHECK | $150,000.00 | $150,000.00 |
| 1/17/1995 | CHECK | $100,000.00 | $100,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 2/10/1995 | TRANS FROM 1B007010 | $100,776.31 | $0.00 |
| 4/10/1995 | CHECK | $200,000.00 | $200,000.00 |
| 7/12/1995 | CHECK | $500,000.00 | $500,000.00 |
| 10/10/1995 | CHECK | $300,000.00 | $300,000.00 |
| 1/11/1996 | CHECK | $300,000.00 | $300,000.00 |
| 7/10/1996 | CHECK | $175,000.00 | $175,000.00 |
| 10/10/1996 | CHECK | $200,000.00 | $200,000.00 |
| 1/17/1997 | CHECK | $200,000.00 | $200,000.00 |
| 4/19/1999 | CHECK | $500,000.00 | $500,000.00 |
| 6/1/2004 | TRANS FROM 1B021330 | $6,527.30 | $0.00 |
| **Total Deposits:** | | $8,393,701.64 | $8,286,398.03 |

## WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/6/1981 | CHECK | ($16,183.37) | ($16,183.37) |
| 4/13/1981 | CHECK | ($8,559.65) | ($8,559.65) |
| 5/21/1981 | CHECK | ($8,024.98) | ($8,024.98) |
| 5/27/1981 | CHECK | ($15,044.96) | ($15,044.96) |
| 6/11/1981 | CHECK | ($8,056.32) | ($8,056.32) |
| 7/17/1981 | CHECK | ($12,896.75) | ($12,896.75) |
| 7/28/1981 | CHECK | ($8,527.01) | ($8,527.01) |
| 8/3/1981 | CHECK | ($6,039.27) | ($6,039.27) |
| 9/9/1981 | CHECK | ($15,048.25) | ($15,048.25) |
| 9/24/1981 | CHECK | ($8,054.15) | ($8,054.15) |
| 10/5/1981 | CHECK | ($6,394.77) | ($6,394.77) |
| 11/9/1981 | CHECK | ($17,152.73) | ($17,152.73) |
| 11/13/1981 | CHECK | ($8,572.22) | ($8,572.22) |
| 11/23/1981 | CHECK | ($8,054.09) | ($8,054.09) |
| 2/1/1982 | CHECK | $50,000.00 | $50,000.00 |
| 3/30/1982 | CHECK | ($34,282.84) | ($34,282.84) |
| 3/30/1982 | CHECK | ($46,478.00) | ($46,478.00) |
| 4/8/1982 | CHECK | $100,000.00 | $100,000.00 |
| 7/6/1982 | CHECK | ($55,717.16) | ($55,717.16) |
| 10/7/1982 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/4/1983 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/1983 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/3/1983 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/3/1984 | CHECK | ($55,000.00) | ($55,000.00) |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 4/10/1984 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/2/1984 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1984 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/31/1984 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/1985 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/1985 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1985 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/1986 | CHECK | ($55,000.00) | ($55,000.00) |
| 3/31/1986 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/1986 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1986 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/1987 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/1987 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/1987 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1987 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/4/1988 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/4/1988 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/7/1988 | CHECK ADVANCED SYSTEMS | ($8,836.28) | ($8,836.28) |
| 5/25/1988 | CHECK INTERCO | ($7,798.27) | ($7,798.27) |
| 7/1/1988 | CHECK | ($55,000.00) | ($55,000.00) |
| 8/8/1988 | CHECK AMFAC | ($8,315.92) | ($8,315.92) |
| 10/3/1988 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/12/1988 | CHECK COMPAQ COMPUTERS | ($8,820.29) | ($8,820.29) |
| 11/22/1988 | CHECK TRUSTCORP | ($7,542.94) | ($7,542.94) |
| 12/5/1988 | CHECK PNC FINL | ($5,803.99) | ($5,803.99) |
| 12/28/1988 | CANADIAN W/H TAX DIV INCO | ($150.00) | ($150.00) |
| 1/4/1989 | CHECK | ($55,000.00) | ($55,000.00) |
| 2/1/1989 | INCO LTD W/H TAX FGN DIV | ($7,500.00) | ($7,500.00) |
| 2/3/1989 | CHECK GENERAL CINEMA | ($20,317.95) | ($20,317.95) |
| 3/16/1989 | CANADIAN W/H TAX INCO | ($150.00) | ($150.00) |
| 4/3/1989 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/11/1989 | CHECK PHELPS | ($21,587.55) | ($21,587.55) |
| 6/15/1989 | CHECK WARNER COMM | ($2,273.79) | ($2,273.79) |
| 6/19/1989 | CANADIAN W/H TAX - | ($150.00) | ($150.00) |

|  | INCO |  |  |
|---|---|---|---|
| 6/20/1989 | CHECK DURR FILLAUER MED | ($19,026.67) | ($19,026.67) |
| 7/3/1989 | CHECK | ($55,000.00) | ($55,000.00) |
| 8/16/1989 | CHECK HANNA | ($21,864.80) | ($21,864.80) |
| 9/12/1989 | W/H TAX FOREIGN SEC. N | ($150.00) | ($150.00) |
| 9/13/1989 | CHECK NATIONAL MED | ($5,939.34) | ($5,939.34) |
| 10/2/1989 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/20/1989 | CHECK AMERICAN MAIZE | ($23,325.79) | ($23,325.79) |
| 11/10/1989 | CHECK HASBRO | ($5,413.75) | ($5,413.75) |
| 12/11/1989 | CHECK COLUMBIA PICTURES | ($18,586.00) | ($18,586.00) |
| 12/27/1989 | W/H TAX FOREIGN | ($187.50) | ($187.50) |
| 12/27/1989 | CHECK AUTOMATIC DATA | ($14,769.52) | ($14,769.52) |
| 1/2/1990 | CHECK | ($55,000.00) | ($55,000.00) |
| 2/14/1990 | CHECK APACHE | ($23,347.85) | ($23,347.85) |
| 3/7/1990 | CHECK FEDERAL | ($13,863.33) | ($13,863.33) |
| 3/12/1990 | W/H TAX FOREIGN SEC. N | ($187.50) | ($187.50) |
| 4/2/1990 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/5/1990 | CHECK SEAGULL | ($21,241.15) | ($21,241.15) |
| 5/9/1990 | CHECK MCDERMOTT | ($15,683.23) | ($15,683.23) |
| 6/12/1990 | CHECK CONNER | ($30,107.26) | ($30,107.26) |
| 6/14/1990 | W/H TAX FOREIGN SEC. N | ($187.50) | ($187.50) |
| 6/25/1990 | CHECK PFIZER | ($3,738.38) | ($3,738.38) |
| 6/29/1990 | CHECK SUN ELECTRIC | ($11,074.04) | ($11,074.04) |
| 7/2/1990 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/30/1990 | CHECK COMPAQ COMPUTERS | ($19,907.92) | ($19,907.92) |
| 8/13/1990 | CHECK FURON | ($3,180.82) | ($3,180.82) |
| 8/29/1990 | CHECK HUMANA | ($13,749.42) | ($13,749.42) |
| 9/14/1990 | W/H TAX FOREIGN SEC. N | ($187.50) | ($187.50) |
| 9/28/1990 | CHECK INTEL | ($33,130.69) | ($33,130.69) |
| 10/1/1990 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/16/1990 | CHECK DREYERS | ($3,708.55) | ($3,708.55) |

| | | | |
|---:|---|---:|---:|
| 10/29/1990 | CHECK CBI INDUSTRIES | ($14,803.45) | ($14,803.45) |
| 12/11/1990 | CHECK ANADARKO | ($37,547.90) | ($37,547.90) |
| 12/17/1990 | CHECK ATLANTIC RICHFIELD | ($11,300.00) | ($11,300.00) |
| 12/21/1990 | CHECK BAXTER | ($3,726.80) | ($3,726.80) |
| 1/2/1991 | CHECK | ($55,000.00) | ($55,000.00) |
| 2/21/1991 | CHECK MEDCO | ($61,554.97) | ($61,554.97) |
| 3/7/1991 | CHECK UNITED | ($3,710.60) | ($3,710.60) |
| 4/1/1991 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/25/1991 | CHECK POLICY | ($50,721.78) | ($50,721.78) |
| 5/13/1991 | CHECK XOMA | ($3,427.93) | ($3,427.93) |
| 7/1/1991 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/3/1991 | CHECK USX CORP | ($55,778.18) | ($55,778.18) |
| 7/12/1991 | CHECK HEALTH SOUTH | ($3,173.80) | ($3,173.80) |
| 7/22/1991 | CHECK LIBERTY NATL | ($350.35) | ($350.35) |
| 8/13/1991 | CHECK RUDDICK | ($51,035.12) | ($51,035.12) |
| 9/5/1991 | CHECK THERMO | ($2,517.59) | ($2,517.59) |
| 9/25/1991 | CHECK STUDENT LOAN | ($11,401.50) | ($11,401.50) |
| 10/1/1991 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/7/1991 | CHECK TIME WARNER | ($47,844.75) | ($47,844.75) |
| 10/22/1991 | CHECK RJR | ($2,522.25) | ($2,522.25) |
| 11/18/1991 | CHECK FIRST FIN | ($8,547.91) | ($8,547.91) |
| 12/11/1991 | CHECK NCR | ($6,786.41) | ($6,786.41) |
| 12/11/1991 | CHECK CML | ($63,730.00) | ($63,730.00) |
| 1/2/1992 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/10/1992 | CHECK PHL CORP | ($8,556.75) | ($8,556.75) |
| 1/24/1992 | CHECK ATLANTIC | ($18,357.25) | ($18,357.25) |
| 1/24/1992 | CHECK RJR | ($26,245.81) | ($26,245.81) |
| 2/10/1992 | CHECK WMS | ($12,196.11) | ($12,196.11) |
| 3/10/1992 | CHECK MANUFACTURES | ($11,457.37) | ($11,457.37) |
| 3/16/1992 | CHECK PRODUCTION | ($6,730.53) | ($6,730.53) |
| 3/19/1992 | CHECK QUANEX | ($12,174.70) | ($12,174.70) |
| 3/19/1992 | CHECK AMERICAN BRANDS | ($29,241.37) | ($29,241.37) |
| 3/30/1992 | CHECK WATTS | ($8,124.71) | ($8,124.71) |
| 4/1/1992 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/21/1992 | CHECK WATTS | ($3,642.52) | ($3,642.52) |
| 4/22/1992 | CHECK RAYTHEON | ($9,367.37) | ($9,367.37) |

| | | | |
|---|---|---|---|
| 4/28/1992 | CHECK TYCO TOYS | ($6,276.52) | ($6,276.52) |
| 5/6/1992 | CHECK PULTE | ($31,469.14) | ($31,469.14) |
| 5/11/1992 | CHECK PFIZER | ($8,012.98) | ($8,012.98) |
| 5/29/1992 | CHECK MEXICO | ($5,302.50) | ($5,302.50) |
| 5/29/1992 | CHECK MEXICO | ($17,104.00) | ($17,104.00) |
| 6/10/1992 | CHECK DISNEY | ($22,480.62) | ($22,480.62) |
| 6/16/1992 | CHECK PEP BOYS | ($7,504.74) | ($7,504.74) |
| 6/24/1992 | CHECK DEL WEBB | ($11,387.99) | ($11,387.99) |
| 7/1/1992 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/13/1992 | CHECK MERCK | ($3,953.50) | ($3,953.50) |
| 7/13/1992 | CHECK PHELPS DODGE | ($12,854.00) | ($12,854.00) |
| 7/27/1992 | CHECK HOME DEPOT | ($6,239.18) | ($6,239.18) |
| 7/28/1992 | CHECK UNION CARBIDE/PRAXAIR | ($8,581.50) | ($8,581.50) |
| 8/12/1992 | CHECK HOME DEPOT | ($47,895.15) | ($47,895.15) |
| 8/18/1992 | CHECK SOUTHWEST | ($15,956.50) | ($15,956.50) |
| 9/8/1992 | CHECK FLOWERS | ($34,417.88) | ($34,417.88) |
| 9/30/1992 | CHECK STAPLES | ($31,624.29) | ($31,624.29) |
| 10/1/1992 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/14/1992 | CHECK TIME | ($18,390.00) | ($18,390.00) |
| 11/12/1992 | CHECK AL LABS | ($46,099.51) | ($46,099.51) |
| 11/17/1992 | CHECK TRI CONT'L | ($7,220.55) | ($7,220.55) |
| 12/8/1992 | CHECK SUN MICRO | ($25,854.37) | ($25,854.37) |
| 12/16/1992 | CHECK PNC | ($32,227.00) | ($32,227.00) |
| 12/21/1992 | CHECK HARLEY | ($7,617.39) | ($7,617.39) |
| 1/4/1993 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/5/1993 | CHECK HARLEY | ($8,439.33) | ($8,439.33) |
| 1/25/1993 | CHECK XTRA | ($20,165.99) | ($20,165.99) |
| 1/26/1993 | CHECK MARVEL | ($7,104.75) | ($7,104.75) |
| 2/10/1993 | CHECK MOTOROLA | ($40,378.75) | ($40,378.75) |
| 2/18/1993 | CHECK AMERICAN BRANDS | ($8,437.50) | ($8,437.50) |
| 2/24/1993 | CHECK TJX | ($23,025.42) | ($23,025.42) |
| 3/8/1993 | CHECK WASHINGTON | ($10,692.62) | ($10,692.62) |
| 3/17/1993 | CHECK WALMART | ($40,042.75) | ($40,042.75) |
| 4/1/1993 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/27/1993 | CHECK JACKPOT | ($46,461.81) | ($46,461.81) |
| 5/20/1993 | CHECK DSC COMM | ($85,424.96) | ($85,424.96) |
| 5/27/1993 | CHECK HOME DEPOT | ($2,075.00) | ($2,075.00) |

| | | | |
|---|---|---|---|
| 6/18/1993 | CHECK BB & T FINANCIAL CORP | ($34,828.86) | ($34,828.86) |
| 6/28/1993 | CHECK INTEL | ($40,055.25) | ($40,055.25) |
| 6/29/1993 | CHECK EMC | ($2,388.00) | ($2,388.00) |
| 7/1/1993 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/21/1993 | CHECK MAY | ($26,537.50) | ($26,537.50) |
| 9/3/1993 | CHECK CIRCUS | ($25,969.25) | ($25,969.25) |
| 9/3/1993 | CHECK CARDINAL | ($58,954.41) | ($58,954.41) |
| 9/30/1993 | CHECK ENRON | ($31,497.00) | ($31,497.00) |
| 10/1/1993 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/4/1993 | CHECK BANC ONE | ($27,956.25) | ($27,956.25) |
| 10/6/1993 | CHECK NYNEX | ($2,207.50) | ($2,207.50) |
| 10/25/1993 | CHECK GEN MOTORS | ($34,120.00) | ($34,120.00) |
| 11/16/1993 | CHECK MEXICO | ($2,985.12) | ($2,985.12) |
| 12/2/1993 | CHECK MIRAGE | ($40,954.38) | ($40,954.38) |
| 12/2/1993 | CHECK APACHE | ($41,960.68) | ($41,960.68) |
| 12/16/1993 | CHECK MERRILL LYNCH | ($1,097.00) | ($1,097.00) |
| 1/3/1994 | CHECK | ($55,000.00) | ($55,000.00) |
| 2/8/1994 | CHECK AMERITECH | ($26,322.50) | ($26,322.50) |
| 3/3/1994 | CHECK HORIZON | ($48,919.62) | ($48,919.62) |
| 3/8/1994 | CHECK DIGITAL | ($2,739.08) | ($2,739.08) |
| 3/16/1994 | CHECK MBNA | ($34,203.63) | ($34,203.63) |
| 4/4/1994 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/7/1994 | CHECK HEALTH SOURCE | ($1,652.50) | ($1,652.50) |
| 4/15/1994 | CHECK COMCAST | ($30,073.23) | ($30,073.23) |
| 4/22/1994 | CHECK ALLIED | ($22,131.50) | ($22,131.50) |
| 4/22/1994 | CHECK CUMMINS | ($26,970.30) | ($26,970.30) |
| 5/11/1994 | CHECK MINN MNG MFG | ($1,835.00) | ($1,835.00) |
| 5/20/1994 | CHECK AUTOZONE | ($5,368.62) | ($5,368.62) |
| 5/26/1994 | CHECK BEST BUY | ($20,122.37) | ($20,122.37) |
| 6/2/1994 | CHECK BANK OF NY | ($12,445.00) | ($12,445.00) |
| 6/2/1994 | CHECK | ($14,850.00) | ($14,850.00) |
| 6/22/1994 | CHECK GEN ELECTRIC | ($6,289.50) | ($6,289.50) |
| 6/28/1994 | CHECK DSC COMM | ($11,875.25) | ($11,875.25) |
| 6/30/1994 | CHECK CHEVRON | ($15,005.50) | ($15,005.50) |
| 7/1/1994 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/7/1994 | CHECK COMPAQ COMPUTER | ($2,856.25) | ($2,856.25) |

| Date | Description | Amount | Amount |
|---|---|---|---|
| 8/17/1994 | CHECK CENT CELL CORP | ($8,437.00) | ($8,437.00) |
| 8/17/1994 | CHECK UAL CORP | ($67,682.70) | ($67,682.70) |
| 9/9/1994 | CHECK ENERGY SERVICE | ($2,676.17) | ($2,676.17) |
| 9/19/1994 | CHECK MORTON | ($9,407.50) | ($9,407.50) |
| 9/28/1994 | CHECK CATERPILLAR | ($39,877.50) | ($39,877.50) |
| 9/29/1994 | CHECK CABLETRON | ($4,457.50) | ($4,457.50) |
| 10/3/1994 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/11/1994 | CHECK SPORTS & RECREATION | ($1,901.25) | ($1,901.25) |
| 11/7/1994 | CHECK CBS INC | ($47,127.12) | ($47,127.12) |
| 11/14/1994 | CHECK HUDSON FOODS | ($12,681.35) | ($12,681.35) |
| 11/17/1994 | CHECK BLOCKBUSTER/VIACOM | ($15,529.47) | ($15,529.47) |
| 12/9/1994 | CHECK AUTO DESK | ($32,631.50) | ($32,631.50) |
| 12/14/1994 | CHECK MICROCHIP | ($22,759.00) | ($22,759.00) |
| 1/3/1995 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/11/1995 | CHECK QUAKER OATS | ($6,893.75) | ($6,893.75) |
| 1/24/1995 | CHECK CARNIVAL | ($7,004.00) | ($7,004.00) |
| 1/26/1995 | CHECK PHYCOR | ($43,920.75) | ($43,920.75) |
| 3/6/1995 | CHECK MARK IV | ($41,196.85) | ($41,196.85) |
| 3/16/1995 | CHECK ALUMINUM | ($15,329.75) | ($15,329.75) |
| 3/27/1995 | CHECK USF & G CORP | ($8,151.25) | ($8,151.25) |
| 4/3/1995 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/6/1995 | CHECK ORACLE SYSTEMS | ($11,974.12) | ($11,974.12) |
| 4/6/1995 | CHECK CALLOWAY | ($17,505.00) | ($17,505.00) |
| 4/18/1995 | CHECK EMC CORP | ($15,206.12) | ($15,206.12) |
| 5/8/1995 | CHECK HEWLETT | ($30,218.62) | ($30,218.62) |
| 5/12/1995 | CHECK BK OF BOSTON | ($16,645.06) | ($16,645.06) |
| 5/15/1995 | CHECK HOME DEPOT | ($30,653.73) | ($30,653.73) |
| 5/30/1995 | CHECK HEALTH | ($19,218.25) | ($19,218.25) |
| 6/14/1995 | CHECK MICRON | ($20,929.00) | ($20,929.00) |
| 6/21/1995 | CHECK SCOTT PAPER | ($10,055.50) | ($10,055.50) |
| 7/3/1995 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/5/1995 | CHECK GEN MILLS | ($5,122.13) | ($5,122.13) |
| 7/17/1995 | CHECK PFIZER | ($33,049.50) | ($33,049.50) |
| 7/21/1995 | CHECK GILLETTE | ($9,056.00) | ($9,056.00) |
| 7/27/1995 | CHECK KULICKE & | ($15,973.42) | ($15,973.42) |

|  |  | SOFFA |  |  |
|---|---|---|---|---|
|  | 8/2/1995 | CHECK MORGAN | ($18,251.50) | ($18,251.50) |
|  | 8/28/1995 | CHECK STAPLES | ($11,834.38) | ($11,834.38) |
|  | 9/8/1995 | CHECK TEXAS INSTRUMENTS | ($14,702.50) | ($14,702.50) |
|  | 9/11/1995 | CHECK CHAMPION | ($22,512.65) | ($22,512.65) |
|  | 9/14/1995 | CHECK WALGREEN | ($11,145.62) | ($11,145.62) |
|  | 10/2/1995 | CHECK | ($55,000.00) | ($55,000.00) |
|  | 10/6/1995 | CHECK CHARLES SCHWAB | ($10,654.50) | ($10,654.50) |
|  | 10/13/1995 | CHECK KROGER | ($3,439.07) | ($3,439.07) |
|  | 10/17/1995 | CHECK INTL PAPER | ($38,748.00) | ($38,748.00) |
|  | 10/20/1995 | CHECK INTEGRATED DEV | ($11,173.75) | ($11,173.75) |
|  | 10/23/1995 | CHECK SCI SYSTEMS | ($5,599.19) | ($5,599.19) |
|  | 11/8/1995 | CHECK MEDTRONIC | ($16,826.25) | ($16,826.25) |
|  | 11/15/1995 | CHECK APPLIED MATERIALS | ($22,500.00) | ($22,500.00) |
|  | 11/20/1995 | CHECK QUICK & REILLY | ($13,773.50) | ($13,773.50) |
|  | 11/20/1995 | CHECK ◇ FINANCIAL | ($19,858.50) | ($19,858.50) |
|  | 12/14/1995 | CHECK HEINZ | ($16,824.50) | ($16,824.50) |
|  | 1/2/1996 | CHECK | ($55,000.00) | ($55,000.00) |
|  | 1/4/1996 | CHECK DEERE & CO | ($31,631.50) | ($31,631.50) |
|  | 1/8/1996 | CHECK NAT'L SEMI CORP | ($24,831.88) | ($24,831.88) |
|  | 1/17/1996 | CHECK STARBUCKS | ($14,032.50) | ($14,032.50) |
|  | 1/31/1996 | TRANS TO 30 ACCT | ($3,369,234.80) | ($887,430.35) |
|  | 2/27/1996 | CHECK SAFEWAY | ($23,750.00) | ($23,750.00) |
|  | 2/29/1996 | CHECK NETSCAPE | ($11,019.00) | ($11,019.00) |
|  | 4/1/1996 | CHECK | ($55,000.00) | ($55,000.00) |
|  | 4/15/1996 | CHECK SEAGATE | ($34,990.91) | ($34,990.91) |
|  | 4/17/1996 | CHECK DIBRELL BROS INC | ($26,003.06) | ($26,003.06) |
|  | 6/6/1996 | CHECK LAM RESEARCH | ($32,100.37) | ($32,100.37) |
|  | 6/11/1996 | CHECK STARBUCKS | ($21,671.50) | ($21,671.50) |
|  | 7/1/1996 | CHECK | ($55,000.00) | ($55,000.00) |
|  | 7/9/1996 | CHECK IOMEGA | ($10,117.25) | ($10,117.25) |
|  | 7/9/1996 | CHECK PEPSICO | ($29,195.37) | ($29,195.37) |
|  | 8/13/1996 | CHECK HEWLETT PACKARD | ($17,405.00) | ($17,405.00) |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 8/13/1996 | CHECK DAYTON HUDSON CORP | ($21,410.00) | ($21,410.00) |
| 8/27/1996 | CHECK TRAVELERS | ($3,607.62) | ($3,607.62) |
| 9/18/1996 | CHECK SUN AMERICA | ($14,589.00) | ($14,589.00) |
| 9/30/1996 | CHECK ANHEUSER BUSCH | ($13,616.50) | ($13,616.50) |
| 10/1/1996 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/7/1996 | CHECK HERSHEY FOODS | ($224.50) | ($224.50) |
| 10/16/1996 | CHECK JONES APPAREL | ($1,968.75) | ($1,968.75) |
| 10/22/1996 | CHECK LUCENT TECH | ($34,054.25) | ($34,054.25) |
| 11/12/1996 | CHECK NEWBRIDGE NETWORKS | ($2,415.00) | ($2,415.00) |
| 11/20/1996 | CHECK NIKE | ($2,744.50) | ($2,744.50) |
| 12/17/1996 | CHECK DUN & BRADSTREET | ($112,347.50) | ($112,347.50) |
| 12/26/1996 | CHECK SEAGATE TECHNOLOGY | ($4,253.50) | ($4,253.50) |
| 1/2/1997 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/27/1997 | CHECK EMC CORP | ($29,394.14) | ($29,394.14) |
| 2/13/1997 | CHECK STORAGE TECH | ($3,003.55) | ($3,003.55) |
| 3/11/1997 | CHECK DOLLAR GENERAL | ($15,005.25) | ($15,005.25) |
| 3/19/1997 | CHECK NATIONS BANK | ($2,496.87) | ($2,496.87) |
| 3/24/1997 | CHECK BRISTOL MYERS | ($23,487.37) | ($23,487.37) |
| 4/1/1997 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/9/1997 | TRANS TO 1B012830 | ($1,206,572.14) | $0.00 |
| 4/11/1997 | STOP PAYMENT | $55,000.00 | $55,000.00 |
| 4/14/1997 | TRANS TO 1B012830 | ($200,005.49) | $0.00 |
| 4/14/1997 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/15/1997 | CHECK EMERSON ELECTRIC | ($14,999.50) | ($14,999.50) |
| 4/17/1997 | TRANS TO 1B012830 | ($1,710,074.95) | $0.00 |
| 4/21/1997 | CHECK BORDERS GROUP INC | ($2,248.62) | ($2,248.62) |
| 4/23/1997 | CHECK PHILIP MORRIS | ($19,241.12) | ($19,241.12) |
| 7/1/1997 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1997 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/1998 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/1998 | CHECK | ($55,000.00) | ($55,000.00) |

| | | | |
|---|---|---|---|
| 7/1/1998 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/1998 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/4/1999 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/29/1999 | TRANS TO 1B021370 | ($3,285,781.12) | $0.00 |
| 3/1/1999 | TRANS TO 1B021330 | ($1,076,481.84) | $0.00 |
| 4/1/1999 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/1999 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/12/1999 | TRANS TO 1B012830 | ($500,000.00) | $0.00 |
| 10/1/1999 | CHECK | ($220,000.00) | ($220,000.00) |
| 1/3/2000 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/3/2000 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/3/2000 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/2/2000 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2001 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/2/2001 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/2/2001 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/2001 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/2002 | CHECK WIRE | ($55,000.00) | ($55,000.00) |
| 10/7/2002 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2003 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/2003 | CHECK | ($55,000.00) | ($55,000.00) |
| 5/1/2003 | TRANS TO 1B021330 | ($589,627.84) | $0.00 |
| 7/1/2003 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/2003 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/3/2005 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/2005 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/2005 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/3/2005 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/3/2006 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/3/2006 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/3/2006 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/2/2006 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2007 | CHECK | ($55,000.00) | ($55,000.00) |

| | | | |
|---|---|---|---|
| 4/2/2007 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/2/2007 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/2007 | CHECK | ($55,000.00) | ($55,000.00) |
| 1/2/2008 | CHECK | ($55,000.00) | ($55,000.00) |
| 4/1/2008 | CHECK | ($55,000.00) | ($55,000.00) |
| 7/1/2008 | CHECK | ($55,000.00) | ($55,000.00) |
| 10/1/2008 | CHECK | ($55,000.00) | ($55,000.00) |
| **Total Withdrawals:** | | ($21,759,105.86) | ($10,708,758.03) |
| | | | |
| **Total deposits less withdrawals:** | | ($13,365,404.22) | ($2,422,360.00) |