# EXHIBIT

# A

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: _305-794-7370_
(CELL)
HOME: _305-993-5083_

Taxpayer I.D. Number (Social Security No.)

_____

Account Number:    1G0247
BRIAN H GERBER
201 AQUA AVENUE #801
MIAMI BEACH, FL 33141

(If incorrect, please change)

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008**:
     a.   The Broker owes me a Credit (Cr.) Balance of          $_____
     b.   I owe the Broker a Debit (Dr.) Balance of             $_____

B- 1/4

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. |  | X |

B- 3/4

PORTFOLIO MANAGEMENT REPORT AS OF    9/30/08

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR
ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

BRIAN H GERBER                     1-G0247-3

201 AQUA AVENUE  #801
MIAMI BEACH          FL 33141

| | |
|---|---|
| STARTING EQUITY FOR CURRENT YEAR | 2,164,920.61CR |
| CAPITAL ADDITIONS | |
| CAPITAL WITHDRAWALS | 197,389.02- |
| REALIZED P/L FOR CURRENT YEAR | 174,933.92CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | 2,103.75CR |
| CURRENT CASH BALANCE | .76CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | 2,144,569.50    NET LONG |
| TOTAL EQUITY | 2,144,569.26CR |

ANNUALIZED RETURN FOR CURRENT YEAR    11.45 %

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **1**

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*\*8173**

YOUR ACCOUNT NUMBER **1-G0247-3-0**

BRIAN H GERBER

201 AQUA AVENUE  #801
MIAMI BEACH        FL    33141

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 133,838.52 | |
| 1/12 | 1,196 | | 3575 | WAL-MART STORES INC | 55.830 | 66,819.68 | |
| 1/12 | 782 | | 4077 | INTERNATIONAL BUSINESS MACHS | 87.270 | 68,276.14 | |
| 1/12 | 2,898 | | 7901 | EXXON MOBIL CORP | 72.880 | 211,321.24 | |
| 1/12 | 3,174 | | 8403 | INTEL CORP | 14.510 | 46,180.74 | |
| 1/12 | 1,518 | | 12729 | JOHNSON & JOHNSON | 59.580 | 90,502.44 | |
| 1/12 | 2,070 | | 17054 | J.P. MORGAN CHASE & CO | 38.530 | 79,839.10 | |
| 1/12 | 1,104 | | 21380 | COCA COLA CO | 44.660 | 49,348.64 | |
| 1/12 | 644 | | 25706 | MCDONALDS CORP | 55.370 | 35,683.28 | |
| 1/12 | 1,196 | | 30032 | MERCK & CO | 28.550 | 34,192.80 | |
| 1/12 | 4,370 | | 34358 | MICROSOFT CORP | 21.810 | 95,483.70 | |
| 1/12 | 2,208 | | 38684 | ORACLE CORPORATION | 17.300 | 38,206.40 | |
| 1/12 | 874 | | 51662 | PEPSICO INC | 56.410 | 49,336.34 | |
| 1/12 | 506 | | 52164 | APPLE INC | 100.780 | 51,014.68 | |
| 1/12 | 3,726 | | 55988 | PFIZER INC | 16.940 | 63,267.44 | |
| 1/12 | 874 | | 56490 | ABBOTT LABORATORIES | 54.610 | 47,763.14 | |
| 1/12 | 1,656 | | 60314 | PROCTER & GAMBLE CO | 64.080 | 106,182.48 | |
| 1/12 | 598 | | 60816 | AMGEN INC | 59.160 | 35,400.68 | |
| 1/12 | 1,150 | | 64640 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 50,186.00 | |
| 1/12 | 2,760 | | 65142 | BANK OF AMERICA | 21.590 | 59,698.40 | |
| 1/12 | 920 | | 68966 | QUALCOMM INC | 33.770 | 31,104.40 | |
| 1/12 | 2,990 | | 69468 | CITI GROUP INC | 12.510 | 37,523.90 | |
| 1/12 | 690 | | 73292 | SCHLUMBERGER LTD | 49.480 | 34,168.20 | |
| 1/12 | 1,656 | | 73794 | COMCAST CORP | 16.510 | 27,406.56 | |
| | | | | CL A | | | |
| | | | | CONTINUED ON PAGE    2 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

2/6

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BRIAN H GERBER

201 AQUA AVENUE    #801
MIAMI BEACH        FL    33141

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|
| 11/30/08 | 1-G0247-3-0 | ******8173 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 3,266 | | 77618 | AT&T INC | 27 | 88,312.00 | |
| 1/12 | 828 | | 78120 | CONOCOPHILIPS | 52.510 | 43,511.28 | |
| 1/12 | 552 | | 81944 | UNITED PARCEL SVC INC CLASS B | 52.040 | 28,748.08 | |
| 1/12 | 3,358 | | 82446 | CISCO SYSTEMS INC | 16.730 | 56,313.34 | |
| 1/12 | 966 | | 86270 | U S BANCORP | 29.530 | 28,563.98 | |
| 1/12 | 1,150 | | 86772 | CHEVRON CORP | 73.430 | 84,490.50 | |
| 1/12 | 552 | | 90596 | UNITED TECHNOLOGIES CORP | 53.160 | 29,366.32 | |
| 1/12 | 5,842 | | 91098 | GENERAL ELECTRIC CO | 19.630 | 114,911.46 | |
| 1/12 | 1,564 | | 94922 | VERIZON COMMUNICATIONS | 30.410 | 47,623.24 | |
| 1/12 | 138 | | 95424 | GOOGLE | 337.400 | 46,566.20 | |
| 1/12 | 1,932 | | 99248 | WELLS FARGO & CO NEW | 29.800 | 57,650.60 | |
| 1/12 | 1,380 | | 99750 | HEWLETT PACKARD CO | 34.900 | 48,217.00 | |
| 1/12 | | 2,100,000 | 21860 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,098,656.00 |
| 1/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 12.08 |
| 1/12 | | 21,641 | 16959 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,641.00 |
| 1/12 | 27,757 | | 26328 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,757.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.41 |
| | | | | CONTINUED ON PAGE    3 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PAGE | 3 | 3/6 |
| PERIOD ENDING | 11/30/08 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | *******8173 |
| YOUR ACCOUNT NUMBER | 1-G0247-3-0 |

BRIAN H GERBER

201 AQUA AVENUE    #801
MIAMI BEACH       FL   33141

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/19 | | 27,757 | 51700 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 27,757.00 |
| 1/19 | 150,000 | | 56300 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 149,889.00 | |
| 1/19 | 15,687 | | 60739 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,687.00 | |
| | | | | NEW BALANCE | | 262,362.41 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,266 | | | AT&T INC | 28.560 | | |
| | 874 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 598 | | | AMGEN INC | 55.540 | | |
| | 506 | | | APPLE INC | 92.670 | | |
| | 2,760 | | | BANK OF AMERICA | 16.250 | | |
| | 1,150 | | | CHEVRON CORP | 79.010 | | |
| | 3,358 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 2,990 | | | CITI GROUP INC | 8.290 | | |
| | 1,104 | | | COCA COLA CO | 46.870 | | |
| | 1,656 | | | COMCAST CORP CL A | 17.340 | | |
| | 828 | | | CONOCOPHILIPS | 52.520 | | |
| | 2,898 | | | EXXON MOBIL CORP | 80.150 | | |
| | 5,842 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC.
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

BRIAN H GERBER

201 AQUA AVENUE    #801
MIAMI BEACH    FL    33141

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********8173

YOUR ACCOUNT NUMBER 1-G0247-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|--------|--------|-----|-------------|-----------------|--------|--------|
| | 138 | | | GOOGLE | 292.960 | | |
| | 1,380 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 3,174 | | | INTEL CORP | 13.800 | | |
| | 782 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,070 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,518 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 644 | | | MCDONALDS CORP | 58.750 | | |
| | 1,196 | | | MERCK & CO | 26.720 | | |
| | 4,370 | | | MICROSOFT CORP | 20.220 | | |
| | 2,208 | | | ORACLE CORPORATION | 16.090 | | |
| | 874 | | | PEPSICO INC | 56.700 | | |
| | 3,726 | | | PFIZER INC | 16.430 | | |
| | 1,150 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,656 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 920 | | | QUALCOMM INC | 33.570 | | |
| | 690 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,687 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 966 | | | U S BANCORP | 26.980 | | |
| | 552 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | 150,000 | | | U S TREASURY BILL CLASS B DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 552 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE    5 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **5**  5/6

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER **\*\*\*\*\*\*\*8173**

YOUR ACCOUNT NUMBER **1-G0247-3-0**

BRIAN H GERBER

201 AQUA AVENUE  #801
MIAMI BEACH        FL    33141

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 1,564 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,196 | | | WAL-MART STORES INC | 55.880 | | |
| | 1,932 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 2,192,324.84 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BRIAN H GERBER

201 AQUA AVENUE  #801
MIAMI BEACH      FL  33141

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-60247-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ********8173
PAGE 6

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 15,438.30 |
| | | | | GROSS PROCEEDS FROM SALES | | | 17,133,585.40 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ********8173

YOUR ACCOUNT NUMBER 1-60247-4-0

BRIAN H GERBER

201 AQUA AVENUE #801
MIAMI BEACH        FL    33141

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 133,839.00 |
| 1/12 | | 46 | 43010 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 72,634.00 |
| 1/12 | | 46 | 47336 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 81,926.00 | |
| 1/19 | 46 | | 33440 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 119,554.00 |
| 1/19 | 46 | | 37765 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 138,046.00 | |
| 1/19 | 46 | | 42090 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 13,846.00 | |
| 1/19 | | 46 | 46415 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 170,154.00 |
| | | | | NEW BALANCE | | | 262,363.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 46 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | 46 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 75,900.00 | | | |
| | | | | SHORT 107,180.00— | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES