Bellows and Bellows, P.C.
209 South LaSalle Street, Ste. 800
Chicago, IL 60604
312-332-3340
Attorneys for Brian Gerber

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

Adv. Pro. No. 08-01789 (BRL)

SECURITIES INVESTOR PROTECTION
CORPORATION,

SIPA Liquidation

       Plaintiffs,

v.

**CERTIFICATE OF SERVICE**

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC.

       Defendant.

--------------------------------------------------------------

I, Priscella Medina, hereby certify that on May 27, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Brian H. Gerber to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by Certified Mail Return Receipt upon:

        Clerk of the United States Bankruptcy Court for
        the Southern District of New York
        One Bowling Green
        New York, New York 10004

        and

        Irving H. Picard, Trustee
        c/o Baker & Hostetler LLP
        45 Rockefeller Plaza
        New York, New York 10111
        150 North Michigan Avenue

Dated: May 27, 2010

                                                                  */s/ Priscella Medina*