# EXHIBIT A

# Baker Hostetler

Baker&Hostetler LLP

PNC Center*
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

April 21, 2010

Thomas M. Wearsch
direct dial: 216.861.7303
TWearsch@bakerlaw.com

**VIA ELECTRONIC MAIL
AND FIRST CLASS MAIL**

Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway
New York, NY 1006

Re:   Objection to Purported Trustee's Determination of Claim of Savest Ltd.
      (Account # 1FR137)

Dear Ms. Chaitman:

We are in receipt of the Objection to the Trustee's draft Notice of Determination of Claim dated April 13, 2010 (the "Objection") which you filed on behalf Savest Ltd. ("Savest"). You may not be aware of the history on this account, but for some time prior to your involvement, we had several contacts with representatives of Savest in an attempt to resolve the issue of the payment of $270,012.03 made by BLMIS to Savest within 90 days of December 11, 2008 (the "Preferential Payment"). Although the parties reached a general agreement on the resolution of the Preferential Payment, Savest asked to see a draft of a determination letter prior to formally agreeing to the settlement. Because we cannot issue an actual determination letter until there is resolution of treatment of the Preferential Transfer, in an attempt to resolve this dispute, Courtni Thorpe forwarded an unsigned draft Notice of Trustee's Determination of Claim (the "Draft Determination") to Savest. The Draft Determination was clearly marked "Draft" in the body of the document and it was delivered with a cover email that explained that the draft was being delivered "for settlement purposes only." A copy of the delivery email is attached hereto.

The unsigned Draft Determination, which you attached to the Objection, is not, and cannot be considered, an actual, final determination of claim. As such, your Objection is not timely and should be withdrawn. In addition, because the Draft Determination is not an actual determination, we cannot deliver a Partial Assignment and Release as you have requested.

---

*The building name of the Cleveland office has changed from National City Center to PNC Center. The mailing address is revised as noted above.

Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa
Denver    Houston    Los Angeles    New York    Orlando    Washington, DC

Helen Davis Chaitman
April 21, 2010
Page 2

We are happy to continue discussions with you regarding settlement and determination of the Savest account. In any event, under the circumstances, we request that you withdraw the Objection.

Sincerely,

*Tom Wea*

Thomas M. Wearsch

Enclosure

cc:  Irving Picard
     Courtni Thorpe

300082629.1

**From:** Thorpe, Courtni E. [mailto:cthorpe@bakerlaw.com]
**Sent:** 19 March 2010 18:26
**To:** nicolaas@drake-advisors.com
**Subject:** Savest LTD - Draft settlement documents for BLMIS claim

Nicolaas,

Per our conversation, I have attached drafts of the proposed determination letter and release. These documents are being provided for settlement purposes only.

I will also confirm that we agreed that you may have 14 days to respond to the Trustee's proposal. Feel free to contact me if you have any questions.

Regards,
Courtni Thorpe

| My Bio | Web site | V-card |
|---|---|---|

T 216.861.6106
F 216.696.0740
M 440.915.9630
www.bakerlaw.com

**Courtni Thorpe**
cthorpe@bakerlaw.com

Baker & Hostetler LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485