UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

SECURITIES INVESTOR PROTECTION
CORPORATION

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

SIPA LIQUIDATION

Case No. 08-01789 (BRL)

(Substantively Consolidated)



### NOTICE OF WITHDRAWAL OF OBJECTION

Patricia A. Pratt ("Claimant"), having filed an objection (the "Objection", Docket No. 2262), to the Trustee's Notice of Determination (the "Determination") dated as of April 13, 2010 respecting the Claimant's customer claim (#2647), hereby gives notice that she is withdrawing such Objection. The basis for the withdrawal is the Claimant's agreement to execute, notarize and return the Assignment and Release for the aforementioned claim number, upon receipt of which, the Trustee shall promptly pay the Allowed Claim as stated in the Determination.

Dated: May 19, 2010

Patricia A. Pratt
243-22 Caney Road
Rosedale, New York, 11422

300086112.1