**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

In re:

BERNARD L. MADOFF,

                Debtor

-------------------------------------------------------------

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, Lawrence M. Shapiro, hereby certify that on June 1, 2010 I caused a true and correct copy of **Objection To The Notice of Trustee's Determination of Claim** to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served via United States mail upon:

Clerk of the United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Date: June 1, 2010                              /s/ Lawrence M. Shapiro
                                                                                       Lawrence M. Shapiro