# CUSTOMER CLAIM

Claim Number_____

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

### DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: 561-207-6217

HOME: 561-207-6217

Taxpayer I.D. Number (Social Security No.)

Redacted

Account Number:    1L0142

LAURENCE E LEIF
~~10343 BRAEBURN RIDGE TRAIL~~
~~DELRAY BEACH, FL 33446~~
3630 Gardens Parkway
Unit 1101C
Palm Beach Gardens, FL 33410

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE
ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD
BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION
AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE
TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT
DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED
PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE
CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN
RECEIPT REQUESTED.

*****************************************************************************

1.    Claim for money balances as of **December 11, 2008** :
      a.    The Broker owes me a Credit (Cr.) Balance of        $_____
      b.    I owe the Broker a Debit (Dr.) Balance of          $_____

c. If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                          $ _____

d. If balance is zero, insert "None."                     *None*

2. Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | *Yes* | |
| b. | I owe the Broker securities | | *No* |

c. If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| 11-12-08 | *See attached Statement* | ✓ | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | No |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | No |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | No |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | No |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | No |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | Yes |  |

9.      Have you or any member of your family
        ever filed a claim under the Securities
        Investor Protection Act of 1970?  if
        so, give name of that broker.                    _____   NO

        Please list the full name and address of anyone assisting you in the
        preparation of this claim form:_____

        _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date _1-2¤-¤9_____        Signature_____

Date _____        Signature_____

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                        4

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL  33446

| YOUR ACCOUNT NUMBER | FOR PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0142-3-0 | 11/30/08 | *****3185 | 1 |

| DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 251,756.64 |
| 11/12 | 2,670 | | MERRILL LYNCH & CO | 55,800 | | |
| 11/12 | 2,314 | | WAL-MART STORES INC | 55,830 | 129,282.62 | |
| 11/12 | 1,513 | | INTERNATIONAL BUSINESS MACHS | 87,270 | 132,099.51 | |
| 11/12 | 5,607 | | EXXON MOBIL CORP | 72,880 | 408,862.16 | |
| 11/12 | 6,143 | | INTEL CORP | 13,550 | 83,230.21 | |
| 11/12 | 2,937 | | JOHNSON & JOHNSON | 59,500 | 175,195.46 | |
| 11/12 | 4,005 | | J.P. MORGAN CHASE & CO | 38,530 | 154,472.65 | |
| 11/12 | 2,136 | | COCA-COLA CO | 44,660 | 95,678.76 | |
| 11/12 | 1,242 | | MCDONALDS CORP | 55,200 | 69,360.92 | |
| 11/12 | 2,314 | | MERCK & CO | 28,550 | 607,596.70 | |
| 11/12 | 8,455 | | MICROSOFT CORP | 21,810 | 184,741.55 | |
| 11/12 | 4,277 | | ORACLE CORPORATION | 17,300 | 74,075.60 | |
| 11/12 | 975 | | PEPSICO INC | 100,700 | 98,182.52 | |
| 11/12 | 7,209 | | APPLE INC | 106,780 | 907,002.62 | |
| 11/12 | 1,601 | | PFIZER INC | 16,940 | 122,408.46 | |
| 11/12 | 3,220 | | ABBOTT LABORATORIES | 56,610 | 92,412.51 | |
| 11/12 | 1,157 | | PROCTER & GAMBLE CO | 72,000 | 85,440.37 | |
| 11/12 | 2,225 | | AMGEN INC | 55,100 | 68,494.12 | |
| 11/12 | 5,340 | | PHILLIP MORRIS INTERNATIONAL | 43,600 | 97,099.00 | |
| 11/12 | 1,700 | | BANK OF AMERICA | 21,590 | 115,503.60 | |
| 11/12 | 5,705 | | QUALCOMM INC | 36,270 | 60,461.25 | |
| 11/12 | 1,335 | | SCHLUMBERGER LTD | 49,480 | 66,108.80 | |
| | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH    FL  33446

| PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|---|
| 11/30/08 | 1-L0142-3-0 | *****3185 |

| DATE | BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 1/12 | 3,204 | | 74371 | COMCAST CORP CL A | 16-510 | 53,026.04 | |
| 1/12 | 6,939 | | 76192 | NETFLIX INC | 27 | 170,805.00 | |
| 1/12 | 1,602 | | 78691 | CONOCOPHILLIPS | 52-510 | 84,105.02 | |
| 1/12 | 1,068 | | 82521 | UNITED PARCEL SVC INC CLASS B | 52-040 | 55,620.72 | |
| 1/12 | 64,577 | | 83023 | U S BANCORP DEL | 30-430 | 109,953.81 | |
| 1/12 | 14,869 | | 86847 | | 73-330 | 95,265.57 | |
| 1/12 | 2,225 | | 87349 | CHEVRON CORP | 73-430 | 163,470.75 | |
| 1/12 | 1,068 | | 91173 | UNITED TECHNOLOGIES CORP | 53-160 | 56,816.88 | |
| 1/12 | 11,305 | | 91676 | GENERAL ELECTRIC CO | 49-610 | 222,329.280 | |
| 1/12 | | | 95499 | VERIZON COMMUNICATIONS | 305-410 | 92,141.86 | |
| 1/12 | 3,026 | | 89825 | GOOGLE | 337-400 | 90,095.80 | |
| 1/12 | 267 | | 96001 | WELLS FARGO & CO NEW | 29-800 | 117,541.40 | |
| 1/12 | 3,739 | 45,000,000 | | DUE 2/12/2009 2/12/2009 | 994-236 | | 45,997,440.00 |
| 1/12 | | | 17536 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 95.00 |
| 1/12 | | 83,947 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 83,947.00 |
| 1/12 | | 32,830 | 26905 | U S TREASURY MONEY MARKET | | 32,830.00 | |
| 1/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV DLY 01/09/08 | DIV | | 4.03 |

CONTINUED ON PAGE 3



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURENCE E LEIF

16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH    FL  33446

PAGE 3

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER *******3185

YOUR ACCOUNT NUMBER 1-L0142-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/19 | | 32,830 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 32,830.00 |
| 11/19 | 275,000 | 56890 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 274,796.50 | |
| 11/19 | 24,681 | 61374 | FIDELITY SPARTAN U S TREASURY MONEY MARKET  3/26/2009 | 1 | 24,681.00 | |
| | | | NEW BALANCE | | 500,422.28 | |
| | | | SECURITY POSITIONS | | | |
| | 6,319 | | AT&T INC | 28,560 | | |
| | 1,691 | | ABBOTT LABORATORIES | 52,390 | | |
| | 1,157 | | AMGEN INC | 55,540 | | |
| | 979 | | APPLE INC | 92,870 | | |
| | 5,340 | | BANK OF AMERICA | 16,250 | | |
| | 2,225 | | CHEVRON CORP | 79,010 | | |
| | 6,697 | | CISCO SYSTEMS INC | 16,560 | | |
| | 5,785 | | COCA COLA CO | 43,290 | | |
| | 2,135 | | COLGATE PALMOLIVE | 46,870 | | |
| | 3,204 | | COMCAST CORP | 17,340 | | |
| | | | G L A | | | |
| | 1,607 | | CONOCOPHILLIPS | 52,520 | | |
| | 5,607 | | EXXON MOBIL CORP | 80,150 | | |
| | 11,303 | | GENERAL ELECTRIC CO | 17,170 | | |
| | | | CONTINUED ON PAGE | | | |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL  33446

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-L0142-3-0 | 11/30/08 | ******3185 | 4 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 267 |  |  | GOOGLE | 292.960 |  |  |
|  | 2,670 |  |  | HEWLETT PACKARD CO | 32.200 |  |  |
|  | 6,141 |  |  | INTEL CORP | 21.000 |  |  |
|  | 1,913 |  |  | INTERNATIONAL BUSINESS MACHS | 81.600 |  |  |
|  | 4,005 |  |  | J.P. MORGAN CHASE & CO | 31.660 |  |  |
|  | 2,937 |  |  | JOHNSON & JOHNSON | 51.580 |  |  |
|  | 1,245 |  |  | MCDONALDS CORP | 53.750 |  |  |
|  | 3,314 |  |  | MERCK & CO | 28.720 |  |  |
|  | 8,455 |  |  | MICROSOFT CORP | 20.220 |  |  |
|  | 4,272 |  |  | ORACLE CORPORATION | 16.090 |  |  |
|  | 1,591 |  |  | PEPSICO INC | 64.700 |  |  |
|  | 7,709 |  |  | PFIZER INC | 16.430 |  |  |
|  | 2,225 |  |  | PHILLIP MORRIS INTERNATIONAL | 42.160 |  |  |
|  | 3,204 |  |  | PROCTER & GAMBLE CO | 64.350 |  |  |
|  | 1,701 |  |  | QUALCOMM INC | 33.570 |  |  |
|  | 1,335 |  |  | SCHLUMBERGER LTD | 504.760 |  |  |
|  |  |  |  | FIDELITY SPARTAN |  |  |  |
|  | 24,681 |  |  | U.S. TREASURY MONEY MARKET | 1 |  |  |
|  | 1,869 |  |  | DUE BANCORP | 26.930 |  |  |
|  | 1,068 |  |  | UNITED PARCEL SVC INC | 57.600 |  |  |
|  |  |  |  | CLASS B |  |  |  |
|  | 275,000 |  |  | U.S. TREASURY BILL | 99.971 |  |  |
|  |  |  |  | DUE 03/26/2009 |  |  |  |
|  |  |  |  | DTD 03/26/2009 |  |  |  |
|  | 1,068 |  |  | UNITED TECHNOLOGIES CORP | 48.530 |  |  |
|  |  |  |  | CONTINUED ON PAGE 5 |  |  |  |



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

LAURENCE E LEIF

16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH    FL  33446

YOUR ACCOUNT NUMBER: 1-L0142-3-0
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******3185
PAGE: 5

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 3,026 | | VERIZON COMMUNICATIONS | 32.650 | | |
| 2,314 | | HALLIBURTON CO INC | 52.800 | | |
| 3,730 | | WELLS FARGO CO NEW | 28.040 | | |
| | | MARKET VALUE OF SECURITIES | | | |
| | | LONG | | | |
| | | $1,230,749.05 | | | |
| | | SHORT | | | |



BERNARD L. MADOFF
MADF  INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE  6

PERIOD ENDING  11/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER  *******3185

YOUR ACCOUNT NUMBER  1-L0142-3-0

LAURENCE E LEIF

16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH    FL  33446

YEAR-TO-DATE SUMMARY

DIVIDENDS
GROSS PROCEEDS FROM SALES

AMOUNT CREDITED TO YOUR ACCOUNT
281,805.10
28,353,289.00

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/88

YOUR TAXPAYER IDENTIFICATION NUMBER ********3185

YOUR ACCOUNT NUMBER 1-L0142-4-0

LAURENCE E LEIF

16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH    FL  33446

| DATE | BOUGHT RECEIVED OR IN | SOLD DELIVERED OR OUT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 251,757.00 |
| 1/12 | | 89 | 43587 | S & P 100 INDEX NOVEMBER 490 CALL | 15.800 | | 140,531.00 |
| 1/12 | 89 | | 47913 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 158,509.00 | |
| 1/19 | | 89 | 34017 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 231,311.00 |
| 1/19 | 89 | | 38342 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 267,089.00 | |
| 1/19 | 89 | | 42667 | S & P 100 INDEX NOVEMBER 490 CALL | | 231,789.00 | |
| 1/19 | | 89 | 46992 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 329,211.00 |
| | | | | NEW BALANCE | | | 500,423.00 |
| | | | | SECURITY POSITIONS | | | |
| | | 89 | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 15.300 | | |
| | 89 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 146,850.00 SHORT 207,370.00 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 57067 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,691 | 002824100 | ABBOTT LABORATORIES | 92412.51 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 54.610 | 92345.51 | 67.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 61393 | 5 | 1 | | 11/06/08 | 11/12/08 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,157 | 031162100 | AMGEN INC | 68494.12 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.160 | 68448.12 | 46.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 52741 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 979 | 037833100 | APPLE INC | 98702.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 100.780 | 98663.62 | 39.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 78195 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,319 | 00206R102 | AT&T INC | 170865.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 27.000 | 170613.00 | 252.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-L0142-3 | D | 65719 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,340 | 060505104 | BANK OF AMERICA | 115503.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.590 | 115290.60 | 213.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-L0142-3 | D | 87349 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,225 | 166764100 | CHEVRON CORP | 163470.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 73.430 | 163381.75 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 83023 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,497 | 17275R102 | CISCO SYSTEMS INC | 108953.81 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.730 | 108694.81 | 259.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MADF

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 70045 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,785 | 172967101 | CITI GROUP INC | 72601.35 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 12.510 | 72370.35 | 231.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 21957 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,136 | 191216100 | COCA COLA CO | 95478.76 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 44.660 | 95393.76 | 85.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 74371 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,204 | 20030N101 | COMCAST CORP CL A | 53026.04 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.510 | 52898.04 | 128.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 78697 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,602 | 20825C104 | CONOCOPHILIPS | 84185.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.510 | 84121.02 | 64.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 08478 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 5,607 | 30231G102 | EXXON MOBIL CORP | 408862.16 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 72.880 | 408638.16 | 224.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 91675 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 11,303 | 369604103 | GENERAL ELECTRIC CO | 222329.89 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 19.630 | 221877.89 | 452.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 96001 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 267 | 38259P508 | GOOGLE | 90095.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 337.400 | 90085.80 | 10.00 | | | | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 00328 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,670 | 428236103 | HEWLETT PACKARD CO | 93289.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 34.900 | 93183.00 | 106.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
**New York □ London**

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 08980 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 6,141 | 458140100 | INTEL CORP | 89350.91 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 14.510 | 89105.91 | 245.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-L0142-3 | D | 04654 | 5 | 1 |  | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,513 | 459200101 | INTERNATIONAL BUSINESS MACHS | 132099.51 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 87.270 | 132039.51 | 60.00 |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES |  |  | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | TR | CAP | SETT |  |  |
| 0646 |  | 1-L0142-3 | D | 17631 | 5 | 1 |  | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
|  |  |  |  |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,005 | 46625H100 | J.P. MORGAN CHASE & CO | 154472.65 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 38.530 | 154312.65 | 160.00 |  |  |  |  |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-L0142-3 | D | 13306 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,937 | 478160104 | JOHNSON & JOHNSON | 175103.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 59.580 | 174986.46 | 117.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

**MEMBER:**
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1-L0142-3 | D | 26283 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,246 | 580135101 | MCDONALDS CORP | 69040.02 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.370 | 68991.02 | 49.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–3 | D | 30609 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,314 | 589331107 | MERCK & CO | 66156.70 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 28.550 | 66064.70 | 92.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–3 | D | 34935 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 8,455 | 594918104 | MICROSOFT CORP | 184741.55 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 21.810 | 184403.55 | 338.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1–L0142–3 | D | 39261 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH         FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,272 | 68389X105 | ORACLE CORPORATION | 74075.60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.300 | 73905.60 | 170.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TR | CAP | SETT | | | 17 |
| 0646 | | 1–L0142–3 | D | 52239 | 5 | 1 | | 11/06/08 | 11/12/08 | |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH         FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,691 | 713448108 | PEPSICO INC | 95456.31 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 56.410 | 95389.31 | 67.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–3 | D | 56565 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 7,209 | 717081103 | PFIZER INC | 122408.46 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 16.940 | 122120.46 | 288.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–3 | D | 65217 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,225 | 718172109 | PHILLIP MORRIS INTERNATIONAL | 97099.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 43.600 | 97010.00 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 60891 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,204 | 742718109 | PROCTER & GAMBLE CO | 205440-32 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 64.080 | 205312-32 | 128.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 69543 | 5 | 1 | | 11/06/08 | 11/12/08 |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,780 | 747525103 | QUALCOMM INC | 60181-60 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 33.770 | 60110-60 | 71.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-L0142-3 | D | 73869 | 5 | | 1 | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 1,335 | 806857108 | SCHLUMBERGER LTD | 66108.80 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 49.480 | 66055.80 | 53.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
| 0646 | | 1-L0142-4 | D | 38342 | 8 | | 1 | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
| SLD | 89 | 783790XD4 | S & P 100 INDEX DECEMBER 420 PUT | 267089.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
| 30.000 | 267000.00 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–4 | R | 34017 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 89 | 783790LFF | S & P 100 INDEX DECEMBER 430 CALL | 231311.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 26.000 | 231400.00 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1–L0142–4 | D | 47913 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 89 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 158509.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 17.800 | 158420.00 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-4 | R | 46992 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH     FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 89 | 783790WJ1 | S & P 100 INDEX NOVEMBER 450 PUT | 329211.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 37.000 | 329300.00 | 89.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-4 | D | 42667 | 8 | 1 | | 11/14/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH     FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 89 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 26789.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 3.000 | 26700.00 | 89.00 | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-L0142-3 | D | 82521 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,068 | 911312106 | UNITED PARCEL SVC INC CLASS B | 55620.72 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 52.040 | 55578.72 | 42.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0846 | | 1-L0142-4 | R | 43587 | 8 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH      FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 89 | 783790KLF | S & P 100 INDEX NOVEMBER 460 CALL | 140531.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 15.800 | 140620.00 | 89.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 91173 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,068 | 913017109 | UNITED TECHNOLOGIES CORP | 56816.88 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 53.160 | 56774.88 | 42.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES | | | TRADE DATE | SETTLEMENT DATE | |
| | | | | | TR | CAP | SETT | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 86847 | 5 | 1 | | 11/06/08 | 11/12/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 1,869 | 902973304 | U S BANCORP | 55265.57 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.530 | 55191.57 | 74.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | R | 22436 | 5 | 1 | | 11/10/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 4,000,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009       2/12/2009 | 3997440.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.936 | 3997440.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 95499 | 5 | 1 | | 11/06/08 | 11/12/08 |

CODES

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH        FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,026 | 92343V104 | VERIZON COMMUNICATIONS | 92141.66 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 30.410 | 92020.66 | 121.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 04152 | 5 | 1 | | 11/06/08 | 11/12/08 | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 2,314 | 931142103 | WAL-MART STORES INC | 129282.62 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 55.830 | 129190.62 | 92.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

---

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MADF

MEMBER:
FINRA  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 99825 | 5 | 1 | | 11/06/08 | 11/12/08 | |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 3,738 | 949746101 | WELLS FARGO & CO NEW | 111541.40 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 29.800 | 111392.40 | 149.00 | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 56896 | 5 | 1 | | 11/19/08 | 11/19/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 275,000 | 912795K91 | U S TREASURY BILL DUE 03/26/2009  Y.T.M. .21% 3/26/2009 | 274796.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.926 | 274796.50 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
New York □ London

MEMBER:
FINRA   NSX   SIPC   NSCC   DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-L0142-3 | D | 83822 | 5 | 1 | | 9/16/08 | 9/17/08 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

LAURENCE E LEIF
16343 BRAEBURN RIDGE TRAIL
DELRAY BEACH          FL 33446

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 4,000,000 | 912795K34 | U S TREASURY BILL DUE 2/12/2009  Y.T.M. 1.21% 2/12/2009 | 3980440.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.511 | 3980440.00 | | | | | |

**Affiliated with:**
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

## EXHIBIT A TO CLAIM FORM OF
## LAURENCE LEIF, ACCT. NO. 1LO142

1. The Claim Form and supporting documentation (collectively "Claim Form") was submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form additionally be considered as a proof of claim, as a general creditor or otherwise, in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. The Claim Form was required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does the Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documentation contain confidential information. The Claimant has submitted this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. To the extent the BMIS account for which this Claim Form was submitted contains or purports to contain funds from a "predecessor" or other BMIS account, the Claimant reserves all rights, claims, and defenses as to any such predecessor or other BMIS account. To the extent necessary or appropriate, the Claim Form is likewise submitted as a claim for and on behalf of any such predecessor or other BMIS account.

13. The Claimant submitted documents in support of the Claimant's claim. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement the submission, including the submission of additional documents, if deemed necessary.

Please send all correspondence to:

Matthew A. Kupillas
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 613-5697
Fax: (212) 273-4331

Attorney for Laurence Leif

2