| | |
|---|---|
| BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Marc E. Hirschfield<br>Email: mhirschfield@bakerlaw.com | Presentment Date: June 11, 2010<br>Time: 12:00 p.m.<br><br>Objections Due: June 11, 2010<br>Time: 11:00 a.m. |

*Attorneys for Irving H. Picard, Esq., Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION FOR AN ORDER ISSUING A REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY) FOR SERVICE OF A SUBPOENA UPON KINGATE MANAGEMENT LIMITED**

  **PLEASE TAKE NOTICE** that upon the motion of Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, individually, for an order approving the request for judicial assistance ("Letter Rogatory") from the applicable judicial

authority of Bermuda for proper service of a subpoena upon Kingate Management Limited, the undersigned will present the attached proposed order (the "Order") to the Honorable Burton R. Lifland, United States Bankruptcy Judge, for signature and entry on **June 11, 2010 at 12:00 p.m**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the Objections, and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures of the United States Bankruptcy Court for the Southern District of New York with a proof of service, and a courtesy copy shall be delivered to the chambers of the Honorable Burton R. Lifland, One Bowling Green, New York, New York 10004, (v) served upon (a) Baker & Hostetler, LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David Sheehan, and (b) the Securities Investor Protection Corporation, 805 Fifteenth Street, NW, Suite 800, Washington, DC 20005, Attn: Josephine Wang, Esq. so as to be received no later than **11:00 a.m. on June 11, 2010**.

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.  The moving and objecting parties are required to attend the hearing and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

| | |
|---|---|
| New York, New York | Respectfully submitted, |
| Dated: June 3, 2010 | *s/Marc E. Hirschfield* |

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc E. Hirschfield
Email: mhirschfield@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

Of Counsel:

Frederick W. Chockley III
John J. Burke
Trevor M. Stanley
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
Telephone: (202) 861-1680
Facsimile: (202) 861-1783