**Presentment Date: June 11, 2010**
                        **Time: 12:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**ORDER APPROVING REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY) FOR SERVICE OF A SUBPOENA ON KINGATE MANAGEMENT LIMITED**

Upon the motion of Irving H. Picard, Esq., as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and Bernard L. Madoff, individually, for an order approving the request for judicial assistance ("Letter Rogatory") from the applicable court of Bermuda for Kingate Management Limited, and due and sufficient notice of the motion having been given under the circumstances, and it appearing that such Letters Rogatory are appropriate, it is hereby

2

      ORDERED that the Clerk of this Court shall issue the Letter Rogatory in the form attached to this Order.

New York, New York

Dated: _____, 2010

                                            Hon. Burton R. Lifland
                                  UNITED STATES BANKRUPTCY JUDGE