# EXHIBIT A

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008[1]

## NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

May 20, 2010

Fern C. Palmer Revocable Trust DTD 12/31/91, as amended
c/o Fern C. Palmer & Boyer H. Palmer, Trustees
100 Clydesdale Trail, Apt 220
Medina, MN 55340

Dear Fern C. Palmer Revocable Trust DTD 12/31/91, as amended:

### PLEASE READ THIS NOTICE CAREFULLY.

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim on BLMIS Account No. 1EM145 designated as Claim Number 009582:

Your claim for securities is **DENIED**. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $22,411,688.62), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $17,722,556.62). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

| | - Table 1 - | | |
|---|---|---|---|
| | DEPOSITS | | |
| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
| 1/4/1993 | TRANS FROM E & M 3 | $2,645,843.03 | $1,200,000.00 |
| 2/1/1993 | CHECK | $50,000.00 | $50,000.00 |
| 8/10/1993 | CHECK | $75,000.00 | $75,000.00 |
| 8/17/1993 | CHECK WIRE | $425,000.00 | $425,000.00 |
| 4/12/1995 | CHECK WIRE | $50,000.00 | $50,000.00 |
| 2/16/1996 | CHECK | $100,000.00 | $100,000.00 |
| 4/2/1996 | CHECK WIRE | $494,556.62 | $494,556.62 |
| 8/9/1996 | CHECK WIRE | $60,000.00 | $60,000.00 |
| 8/26/1996 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 11/12/1996 | CHECK WIRE A/O 11/8/96 | $100,000.00 | $100,000.00 |
| 1/16/1997 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 1/17/1997 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 5/2/1997 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 8/18/1997 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 11/14/1997 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 1/22/1998 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 4/17/1998 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 5/4/1998 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 11/13/1998 | CHECK WIRE | $400,000.00 | $400,000.00 |
| 1/7/1999 | CHECK WIRE | $400,000.00 | $400,000.00 |
| 6/16/1999 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 6/25/1999 | CHECK WIRE | $100,000.00 | $100,000.00 |
| 7/20/1999 | CHECK WIRE | $400,000.00 | $400,000.00 |
| 9/1/1999 | CHECK WIRE | $200,000.00 | $200,000.00 |
| 7/17/2000 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 1/22/2001 | CHECK WIRE | $500,000.00 | $500,000.00 |
| 2/13/2001 | CHECK WIRE | $93,000.00 | $93,000.00 |
| 4/12/2001 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 4/26/2001 | CHECK WIRE | $150,000.00 | $150,000.00 |
| 5/15/2001 | CHECK WIRE | $125,000.00 | $125,000.00 |
| 12/4/2001 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 3/4/2002 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 5/1/2002 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 7/30/2002 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 4/21/2003 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 7/9/2003 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 12/2/2003 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 7/14/2004 | CHECK WIRE | $900,000.00 | $900,000.00 |
| 2/8/2005 | CHECK WIRE | $1,000,000.00 | $1,000,000.00 |
| 5/4/2007 | CHECK WIRE | $500,000.00 | $500,000.00 |

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 4/1/2008 | TRANS FROM 1EM48830 | $160,699.67 | $0.00 |
| 4/1/2008 | TRANS FROM 1EM48930 | $97,699.06 | $0.00 |
| **Total Deposits:** | | $19,426,798.38 | $17,722,556.62 |

## WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 1/13/1993 | TRANS TO 1EM14430 | ($200,000.00) | ($200,000.00) |
| 2/2/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/3/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/2/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/1/1993 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/3/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/11/1994 | TRANS TO 1EM14430 | ($200,000.00) | ($200,000.00) |
| 2/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/4/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/2/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/8/1994 | STOP PAYMENT | $10,000.00 | $10,000.00 |
| 7/11/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/3/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/1/1994 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/12/1994 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/3/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/13/1995 | TRANS TO 1EM14430 | ($200,000.00) | ($200,000.00) |
| 1/23/1995 | TRANS TO 1EM14430 | ($20,000.00) | ($20,000.00) |
| 2/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/3/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/2/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/1/1995 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/2/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/10/1996 | TRANS TO 1EM14430 | ($220,000.00) | ($220,000.00) |
| 2/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |

| | | | |
|---|---|---|---|
| 3/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/12/1996 | CHECK | ($150,000.00) | ($150,000.00) |
| 5/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/3/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/3/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/30/1996 | CHECK | ($60,000.00) | ($60,000.00) |
| 11/1/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/2/1996 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/2/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/2/1997 | TRANS TO 1EM14430 | ($220,000.00) | ($220,000.00) |
| 1/6/1997 | CHECK | ($250,000.00) | ($250,000.00) |
| 4/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/4/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 5/29/1997 | CHECK | ($100,000.00) | ($100,000.00) |
| 6/2/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/2/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/3/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/5/1997 | CHECK | ($400,000.00) | ($400,000.00) |
| 12/1/1997 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/15/1997 | CHECK | ($150,000.00) | ($150,000.00) |
| 1/2/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 2/2/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/2/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/2/1998 | CHECK | ($324,000.00) | ($324,000.00) |
| 5/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/2/1998 | CHECK | ($120,000.00) | ($120,000.00) |
| 6/5/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 7/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/3/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1998 | CHECK | ($150,000.00) | ($150,000.00) |
| 10/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 10/1/1998 | CHECK | ($100,000.00) | ($100,000.00) |
| 11/2/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/2/1998 | TRANS TO 1EM14430 | ($220,000.00) | ($220,000.00) |
| 12/1/1998 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/11/1998 | CHECK | ($65,000.00) | ($65,000.00) |
| 12/23/1998 | CHECK | ($225,000.00) | ($225,000.00) |

| | | | |
|---|---|---|---|
| 1/4/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 1/26/1999 | TRANS TO 1EM39630 | ($3,000,000.00) | ($620,556.62) |
| 2/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 3/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 4/5/1999 | CHECK | ($320,000.00) | ($320,000.00) |
| 4/29/1999 | TRANS TO 1EM14430 | ($220,000.00) | $0.00 |
| 5/3/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 6/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 7/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/2/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 9/8/1999 | CHECK | ($150,000.00) | ($150,000.00) |
| 10/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 11/1/1999 | CHECK | ($10,000.00) | ($10,000.00) |
| 12/1/1999 | CHECK | ($15,000.00) | ($15,000.00) |
| 12/3/1999 | CHECK | ($265,000.00) | ($265,000.00) |
| 1/3/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 2/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 3/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 3/17/2000 | TRANS TO 1EM14430 | ($77,132.00) | ($77,132.00) |
| 4/3/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 4/20/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/5/2000 | CHECK | ($550,000.00) | ($550,000.00) |
| 7/3/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 8/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/1/2000 | CHECK | ($220,000.00) | ($220,000.00) |
| 10/2/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/12/2000 | CHECK | ($125,000.00) | ($125,000.00) |
| 10/31/2000 | CHECK | ($65,000.00) | ($65,000.00) |
| 11/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 11/6/2000 | CHECK | ($500,000.00) | ($500,000.00) |
| 12/1/2000 | CHECK | ($15,000.00) | ($15,000.00) |
| 12/11/2000 | CHECK | ($100,000.00) | ($100,000.00) |
| 1/2/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 3/15/2001 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 4/2/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 7/16/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/13/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 10/1/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 11/1/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 11/1/2001 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 12/3/2001 | CHECK | ($15,000.00) | ($15,000.00) |
| 12/6/2001 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/2/2002 | CHECK | ($15,000.00) | ($15,000.00) |

| | | | |
|---|---|---|---|
| 1/30/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 2/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 2/19/2002 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 3/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 4/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 4/9/2002 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 4/11/2002 | CHECK | ($135,000.00) | ($135,000.00) |
| 5/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/3/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 6/3/2002 | CHECK | ($25,000.00) | ($25,000.00) |
| 7/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 7/12/2002 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 8/1/2002 | CHECK | ($15,000.00) | ($15,000.00) |
| 9/25/2002 | CHECK | ($75,000.00) | ($75,000.00) |
| 12/5/2002 | CHECK | ($100,000.00) | ($100,000.00) |
| 3/7/2003 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 4/9/2003 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/14/2003 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 7/31/2003 | CHECK | ($75,000.00) | ($75,000.00) |
| 9/2/2003 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/24/2003 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 9/25/2003 | CHECK WIRE | ($100,000.00) | ($100,000.00) |
| 10/22/2003 | CHECK | ($100,000.00) | ($100,000.00) |
| 11/25/2003 | CHECK | ($100,000.00) | ($100,000.00) |
| 5/26/2004 | CHECK WIRE | ($1,020,000.00) | ($1,020,000.00) |
| 6/10/2004 | CHECK | ($50,000.00) | ($50,000.00) |
| 9/3/2004 | CHECK | ($75,000.00) | ($75,000.00) |
| 9/28/2004 | CHECK | ($75,000.00) | ($75,000.00) |
| 11/1/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 11/30/2004 | CHECK | ($50,000.00) | ($50,000.00) |
| 12/10/2004 | CHECK | ($55,000.00) | ($55,000.00) |
| 12/17/2004 | CHECK WIRE | ($1,060,000.00) | ($1,060,000.00) |
| 2/23/2005 | CHECK | ($300,000.00) | ($300,000.00) |
| 4/19/2005 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 6/29/2005 | CHECK | ($10,000.00) | ($10,000.00) |
| 8/18/2005 | CHECK | ($60,000.00) | ($60,000.00) |
| 12/16/2005 | CHECK | ($50,000.00) | ($50,000.00) |
| 3/9/2006 | CHECK | ($50,000.00) | ($50,000.00) |
| 4/4/2006 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/13/2006 | CHECK | ($300,000.00) | ($300,000.00) |
| 6/16/2006 | CHECK | ($25,000.00) | ($25,000.00) |
| 9/12/2006 | CHECK | ($50,000.00) | ($50,000.00) |
| 1/9/2008 | CHECK | ($100,000.00) | ($100,000.00) |
| 4/14/2008 | CHECK | ($100,000.00) | ($100,000.00) |
| 8/11/2008 | CHECK WIRE | ($1,000,000.00) | ($1,000,000.00) |
| 9/9/2008 | CHECK | ($100,000.00) | ($100,000.00) |
| **Total Withdrawals:** | | ($25,011,132.00) | ($22,411,688.62) |

| | | | |
|---|---|---|---|
| **Total deposits less withdrawals:** | | ($5,584,333.62) | ($4,689,132.00) |