Exhibit C

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS    NY    11746

Account No: 1-S0019-3-0    Date: 11/30/03

| DATE | | | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/03 | | | | BALANCE FORWARD | | | .76 |
| 11/03 | | | | INTEREST | | 519.28 | |
| 11/03 | | | | CHECK | | 10,000.00 | |
| 11/25 | 890,000 | 39636 | | U.S. TREASURY BILL | 99.746 | 887,721.50 | |
| | | | | DUE 07/04/2004 | DIV | | |
| 11/25 | | | | FIDELITY SPARTAN | | | 1.89 |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 11/25 | 4,461 | 39642 | | FIDELITY SPARTAN | CM | 866,625.46 | |
| | | | | U.S. TREASURY MONEY MARKET | | | |
| 11/25 | | | | NEW BALANCE | | | 4,451.00 |

