Exhibit D

08-01789-cgm   Doc 2372-4   Filed 06/07/10   Entered 06/07/10 15:10:54   Exhibit D
Pg 1 of 2

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHALL DRIVE
DIX HILLS      NY    11746

PERIOD ENDING: 11/30/03
YOUR ACCOUNT NUMBER: 1-S0493-3-0
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 11/25 | | | | TRANS FROM 1S001930 | JRNL | | 866,655.46 |
| 11/25 | 850,000 | | 48946 | U S TREASURY BILL DUE 04/08/2004 | 99.651 | 847,033.50 | |
| 11/25 | 19,631 | | 53323 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/08/2004 | 1 | 19,631.00 | |
| | | | | NEW BALANCE | | | .96 |
| | | | | SECURITY POSITIONS | | | |
| | 19,631 | | | FIDELITY SPARTAN | MKT PRICE 1 | | |
| | 850,000 | | | U.S. TREASURY MONEY MARKET U S TREASURY BILL DUE 04/08/2004 4/08/2004 | 99.655 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT 866,698.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES