Exhibit F

08-01789-cgm    Doc 2372-6    Filed 06/07/10    Entered 06/07/10 15:10:54    Exhibit F
Pg 1 of 7

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W.1 8DT
Tel 020 7493 6222

PAGE: 1

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS     NY   11746

PERIOD ENDING: 12/31/01
YOUR ACCOUNT NUMBER: 1-S0019-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,241,607.21 | |
| 12/03 | | | | NOV MARGIN INTEREST | INT | 3,783.60 | |
| 12/03 | | | | CHECK | CW | 5,000.00 | |
| 12/11 | | | | JOHNSON & JOHNSON | DIV | | 1,150.20 |
| 12/11 | | | | DIV ADJ 11/20/01 12/11/01 | JRNL | | 100.00 |
| 12/31 | | | | TRANS FROM 80 ACCT | JRNL | 1,150.20 | |
| 12/31 | | | | DEC MARGIN INTEREST | INT | 3,709.65 | |
| | | | | NEW BALANCE | | 1,252,000.46 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,000 | | | ADOBE SYS INC | 31.050 | | |
| | 10,000 | | | ALTERA CORP | 21.220 | | |
| | 4,000 | | | CATERPILLAR INC | 52.250 | | |
| | 5,400 | | | CISCO SYSTEMS INC | 18.110 | | |
| | 10,000 | | | FEDEX CORPORATION | 51.880 | | |
| | 12,000 | | | INCO LTD | 16.940 | | |
| | 4,000 | | | IOMEGA CORP | 8.350 | | |
| | 6,390 | | | JOHNSON & JOHNSON | 59.100 | | |
| | 10,000 | | | MICRON TECHNOLOGY INC | 31 | | |
| | 5,000 | | | PEPSICO INC | 48.630 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | 2,649,733.00 | | | LONG | | | |
| | | | | | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP
14 PINEHILL DRIVE
DIX HILLS    NY    11746

PAGE: 2
PERIOD ENDING: 12/31/01
YOUR ACCOUNT NUMBER: 1-S0019-3-0

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 13,847.01 |
| | | | | MARGIN INTEREST | | 67,916.18 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 217,080.0 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1
PERIOD ENDING: 12/31/01
YOUR ACCOUNT NUMBER: 1-S0019-7-0

SAMUELS FAMILY LTD PARTNERSHIP
14 PINEHILL DRIVE
DIX HILLS NY 11746

| DATE | BOUGHT/RECEIVED OR LONG | SOLD/DELIVERED OR SHORT | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 425,375.00 |
| 12/31 | | | JOHNSON & JOHNSON DIV 11/20/01 12/11/01 | DIV | | 1,150.20 |
| 12/11 | | | DIV ADJ 11/20/01 12/11/01 JNJ | JRNL | 1,150.20 | |
| | | | NEW BALANCE | | | 425,375.00 |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,000 | | ADOBE SYS INC | 31.050 | | |
| | 4,000 | | CATERPILLAR INC | 52.250 | | |
| | 19,000 | | INCO LTD | 16.940 | | |
| | 6,390 | | JOHNSON & JOHNSON | 59.100 | | |
| | | | MARKET VALUE OF SECURITIES LONG SHORT 914,089.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1    Q

PERIOD ENDING 12/31/01

YOUR ACCOUNT NUMBER 1-S0019-8-0

SAMUELS FAMILY LTD PARTNERSHIP
14 PINEHILL DRIVE
DIX HILLS    NY    11746

| DATE | BOUGHT / RECEIVED OR LONG | SOLD / DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 772,300.00 |
| 12/07 | 10,000 |  | 35077 | PEOPLESOFT INC | 35.220 | 352,200.00 |  |
| 12/24 | 10,500 |  | 2740 | XILINX INC | 40 | 420,000.00 |  |
| 12/31 |  |  |  | TRANS TO 30 ACCT | JRNL | 100.00 |  |
|  |  |  |  | NEW BALANCE |  |  |  |



PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS        NY   11746

PERIOD ENDING: 12/31/01
PAGE: 2
YOUR ACCOUNT NUMBER: 1-S0019-8-0

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES        772,100.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES