Exhibit G

**Form 1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2002, or tax year beginning .................... and ending ....................

▶ See separate instructions.

OMB No. 1545-0099

**2002**

**A** Principal business activity

INVESTMENTS

**B** Principal product or service

INVESTMENTS

**C** Business code number

523900

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

**D** Employer identification number

**E** Date business started

07/25/01

**F** Total assets (see page 14 of the instructions)

$ 1,000,000

**G** Check applicable boxes: (1) [X] Initial return  (2) [ ] Final return  (3) [ ] Name change  (4) [ ] Address change  (5) [ ] Amended return

**H** Check accounting method: (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶ _____

**I** Number of Schedules K-1.  Attach one for each person who was a partner at any time during the tax year ▶ _____ 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | |
| | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| 7 | Other income (loss) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | |

**Deductions** (see page 15 of the instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | 0. |

COPY

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ▶ [X] | Preparer's SSN or PTIN P00271070 |
|---|---|---|---|---|

Firm's name (or yours if self-employed), address, and ZIP code ▶

MICHAEL J. WEISS, CPA
14 DOTI COURT
HUNTINGTON, NY 11743

EIN

Phone no. (631) 368-6648

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2002)

210651  01F  12/17/02

SAMUELS FAMILY LIMITED PARTNERSHIP

Form 1065 (2002)                                                                                                                     Page **2**

## Schedule A   Cost of Goods Sold   (see page 19 of the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** |
| 2 | Purchases less cost of items withdrawn for personal use | **2** |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs | **5** |
| 6 | **Total.** Add lines 1 through 5 | **6** |
| 7 | Inventory at end of year | **7** |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** |

**9a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost as described in Regulations section 1.471-3

    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

    (iii) ☐ Other (specify method used and attach explanation) ▶

  **b** Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) .................... ▶ ☐

  **c** Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ......... ▶ ☐

  **d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ............... ☐ Yes  ☐ No

  **e** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........... ☐ Yes  ☐ No

    If "Yes," attach explanation

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership    **b** ☒ Domestic limited partnership | | |
| | **c** ☐ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership    **f** ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships ? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233 ? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet **all three** of the following requirements? | | |
| | **a** The partnership's total receipts for the tax year were less than $250,000; | | |
| | **b** The partnership's total assets at the end of the tax year were less than $600,000; **and** | | |
| | **c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners ? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2) ? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter ? | | X |
| 9 | At any time during calendar year 2002, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions. | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year ? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 7 of the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

## Designation of Tax Matters Partner (see page 21 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|
| Address of designated TMP ▶ | | | |

SAMUELS FAMILY LIMITED PARTNERSHIP

Form 1065 (2002)    Page **3**

## Schedule K   Partners' Shares of Income, Credits, Deductions, etc.

| | (a) Distributive share items | | | (b) Total amount |
|---|---|---|---|---|
| **I n c o m e / L o s s** | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | | 1 | |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | | 2 | |
| | 3 a Gross income from other rental activities | 3a | | |
| | b Expenses from other rental activities (attach schedule) | 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | | 3c | |
| | 4 Portfolio income (loss):  a Interest income | | 4a | |
| | b Ordinary dividends          SEE SCHEDULE 1 | | 4b | 4,450. |
| | c Royalty income | | 4c | |
| | d Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | 4d | |
| | e (1) Net long-term capital gain (loss) (attach Schedule D (Form 1065)): | | 4e(1) | |
| | (2) 28% rate gain (loss) ▶            (3) Qualified 5-year gain ▶ | | | |
| | f Other portfolio income (loss) (attach schedule) | | 4f | |
| | 5 Guaranteed payments to partners | | 5 | |
| | 6 Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797): | | 6 | |
| | 7 Other income (loss) (attach schedule) | | 7 | |
| **Deductions** | 8 Charitable contributions (attach schedule) | | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | | 9 | |
| | 10 Deductions related to portfolio income (itemize) | | 10 | |
| | 11 Other deductions (attach schedule)          SEE SCHEDULE 2 | | 11 | 54,236. |
| **Credits** | 12a Low-income housing credit: | | | |
| | (1) From partnerships to which section 42(j)(5) applies | | 12a(1) | |
| | (2) Other than on line 12a(1) | | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | | 12c | |
| | d Credits related to other rental activities | | 12d | |
| | 13 Other credits | | 13 | |
| **Investment Interest** | 14a Interest expense on investment debts | | 14a | |
| | b (1) Investment income included on lines 4a, 4b, 4c and 4f above | | 14b(1) | 4,450. |
| | (2) Investment expenses included on line 10 above | | 14b(2) | |
| **Self-Employment** | 15a Net earnings (loss) from self-employment | | 15a | |
| | b Gross farming or fishing income | | 15b | |
| | c Gross nonfarm income | | 15c | |
| **Adjustments and Tax Preference Items** | 16a Depreciation adjustment on property placed in service after 1986 | | 16a | |
| | b Adjusted gain or loss | | 16b | |
| | c Depletion (other than oil and gas) | | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | | 16e | |
| **Foreign Taxes** | 17a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | | 17b | |
| | c Gross income sourced at partner level | | 17c | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive ▶       (2) Listed categories (attach schedule) ▶       (3) Gen. limitation ▶ | | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense ▶            (2) Other ▶ | | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive ▶      (2) Listed categories (attach schedule) ▶      (3) Gen. limitation ▶ | | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | | 17g | |
| | h Reduction in taxes available for credit (attach schedule) | | 17h | |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶            b Amount ▶ | | 18b | |
| | 19 Tax-exempt interest income | | 19 | |
| | 20 Other tax-exempt income | | 20 | |
| | 21 Nondeductible expenses | | 21 | |
| | 22 Distributions of money (cash and marketable securities) | | 22 | |
| | 23 Distributions of property other than money | | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | | |

210653   01F   12/17/02    Form **1065** (2002)

53

Form 1065 (2002)

SAMUELS FAMILY LIMITED PARTNERSHIP

Page **4**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | | | | **1** | **<49,786.>** |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | <49,786.> | | | |

Note: Schedules L, M–1 and M–2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments  SEE SCHEDULE 3 | | 1,000,000. | | 1,000,000. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets | | | | |
| 14 Total assets | | 1,000,000. | | 1,000,000. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities | | | | |
| 21 Partners' capital accounts | | 1,000,000. | | 1,000,000. |
| 22 Total liabilities and capital | | 1,000,000. | | 1,000,000. |

## Schedule M–1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | <49,786.> | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | a Tax-exempt interest $ | |
| | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): | | a Depreciation $ | |
| a Depreciation $ | | | |
| b Travel and entertainment $ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | <49,786> | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | <49,786> |

## Schedule M–2  Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 1,000,000 | 6 Distributions: a Cash | |
| 2 Capital contributed:  a Cash | 49,786 | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | <49,786> | | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 1,000,000 | 9 Balance at end of year. Subtract line 8 from line 5 | 1,000,000 |

210854  02F  12/17/02

Form 1065 (2002)

54

**SCHEDULE K-1** (Form 1065)

Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

► See separate instructions.

OMB No. 1545-0099

1    1A

## 2002

For calendar year 2002 or tax year beginning _____ and ending _____

Partner's identifying number ▶

Partnership's identifying number ▶

Partner's name, address, and ZIP code

Partnership's name, address, and ZIP code

HOWARD SAMUELS
14 PINE HILL DRIVE
DIX HILLS NY 11746

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

**A** This partner is a ☐ general partner  ☒ limited partner
☐ limited liability company member

**B** What type of entity is this partner? ▶ INDIVIDUAL

**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | _____ % | 50.0000% |
| Loss sharing | _____ % | 50.0000% |
| Ownership of capital | _____ % | 50.0000% |

**E** IRS Center where partnership filed return: CINCINNATI, OH

**F** Partner's share of liabilities (see instructions):

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Other | $ _____ |

**G** Tax shelter registration number ▶ _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

**I** Check applicable boxes: (1) ☐ Final K-1  (2) ☐ Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7. Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 500,000. | 24,893. | <24,893.> | ( ) | 500,000. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **I** | 1 | Ordinary income (loss) from trade or business activities | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| **n** | 4 | Portfolio income (loss): | | | |
| **c** | a | Interest | 4a | | Sch. B, Part I, line 1 |
| **o** | b | Ordinary dividends | 4b | 2,225. | Sch. B, Part II, line 5 |
| **m** | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| **e** | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| **(Loss)** | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deductions** | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions          SEE SCHEDULE 4 | 11 | 27,118. | |
| **Credits** | 12 a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2002

210X11  01F  12/18/02

55

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Invest-ment Interest** | 14 a  Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b  (1)  Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 2,225. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2)  Investment expenses included on line 10 | 14b(2) | | |
| **Self-em-ploy-ment** | 15 a  Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b  Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Gross nonfarm income | 15c | | |
| **Adjust-ments and Tax Pref-erence Items** | 16 a  Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b  Adjusted gain or loss | 16b | | |
| | c  Depletion (other than oil and gas) | 16c | | |
| | d  (1)  Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2)  Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e  Other adjustments and tax preference items | 16e | | |
| **Foreign Taxes** | 17  Name of foreign country or U.S. possession ▶ _____ | | | |
| | b  Gross income from all sources | 17b | | |
| | c  Gross income sourced at partner level | 17c | | |
| | d  Foreign gross income sourced at partnership level: | | | |
| | (1)  Passive | 17d(1) | | |
| | (2)  Listed categories (attach schedule) | 17d(2) | | |
| | (3)  General limitation | 17d(3) | | |
| | e  Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1)  Interest expense | 17e(1) | | |
| | (2)  Other | 17e(2) | | |
| | f  Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1)  Passive | 17f(1) | | |
| | (2)  Listed categories (attach schedule) | 17f(2) | | |
| | (3)  General limitation | 17f(3) | | |
| | g  Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h  Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18  Section 59(e)(2) expenditures: a Type ▶ _____ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b  Amount | 18b | | |
| | 19  Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20  Other tax-exempt income | 20 | | |
| | 21  Nondeductible expenses | 21 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 22  Distributions of money (cash and marketable securities) | 22 | | |
| | 23  Distributions of property other than money | 23 | | |
| | 24  Recapture of low-income housing credit: | | | |
| | a  From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b  Other than on line 24a | 24b | | |
| **Supplemental Information** | 25  Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

_____

_____

_____

_____

_____

_____

_____

210K12   09F   12/18/02

56

**SAMUELS FAMILY LIMITED PARTNERSHIP**

████████

================================================================================

SCHEDULE K-1 - OTHER DEDUCTIONS                                    SCHEDULE 4
--------------------------------------------------------------------------------

| DESCRIPTION | AMOUNT |
| --- | --- |
| MARGIN INTEREST | 27118. |
| TOTAL TO SCHEDULE K1 LINE 11 | 27118. |

57

**SCHEDULE K-1**
**(Form 1065)**

**Partner's Share of Income, Credits, Deductions, etc.**
► See separate instructions.

OMB No. 1545-0099

2    1B

**2002**

Department of the Treasury
Internal Revenue Service

For calendar year 2002 or tax year beginning _____ and ending _____

| Partner's identifying number ► | Partnership's identifying number ► |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS NY 11746

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

A This partner is a ☐ general partner  ☒ limited partner
   ☐ limited liability company member

B What type of entity is this partner? ►INDIVIDUAL

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 50.0000% |
| Loss sharing | % | 50.0000% |
| Ownership of capital | % | 50.0000% |

E IRS Center where partnership filed return: CINCINNATI, OH

F Partner's share of liabilities (see instructions):
   Nonrecourse ........................ $ _____
   Qualified nonrecourse financing ...... $ _____
   Other ............................... $ _____

G Tax shelter registration number ► _____

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1   (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7. Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d) |
|---|---|---|---|---|
| 500,000. | 24,893. | <24,893.> | ( ) | 500,000. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| **I n c o m e** | 1 | Ordinary income (loss) from trade or business activities | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | 4b | 2,225. | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) |
| | | (1) Net long-term capital gain (loss) | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain | 4e(3) | | Line 5 of worksheet for Sch. D, line 29 |
| **(Loss)** | f | Other portfolio income (loss) | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| **Deduc- tions** | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions      SEE SCHEDULE 5 | 11 | 27,118. | |
| **C r e d i t s** | 12 a | Low-income housing credit | | | |
| | | (1) From section 42(j)(5) partnerships | 12a(1) | | } Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2002

210K11   01F   12/18/02

Schedule K-1 (Form 1065) 2002

Page **2**

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Invest-ment Interest** | **14 a** Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | **b** (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | 2,225. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-em-ploy-ment** | **15 a** Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | **b** Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **c** Gross nonfarm income | 15c | | |
| **Adjust-ments and Tax Prefer-ence Items** | **16 a** Depreciation adjustment on property placed in service after 1986 | 16a | | |
| | **b** Adjusted gain or loss | 16b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | **c** Depletion (other than oil and gas) | 16c | | |
| | **d** (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | **e** Other adjustments and tax preference items | 16e | | |
| **Foreign Taxes** | **17 a** Name of foreign country or U.S. possession ▶ _____ | | | |
| | **b** Gross income from all sources | 17b | | |
| | **c** Gross income sourced at partner level | 17c | | |
| | **d** Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | **e** Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | **f** Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | **g** Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | **h** Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | **18** Section 59(e)(2) expenditures: a Type ▶ _____ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **b** Amount | 18b | | |
| | **19** Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | **20** Other tax-exempt income | 20 | | |
| | **21** Nondeductible expenses | 21 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | **22** Distributions of money (cash and marketable securities) | 22 | | |
| | **23** Distributions of property other than money | 23 | | |
| | **24** Recapture of low-income housing credit: | | | |
| | **a** From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | **b** Other than on line 24a | 24b | | |
| **Supplemental Information** | **25** Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

SAMUELS FAMILY LIMITED PARTNERSHIP                    ███████████

=====================================================================================
SCHEDULE K-1 - OTHER DEDUCTIONS                                    SCHEDULE 5
-------------------------------------------------------------------------------------
DESCRIPTION                                                          AMOUNT
-----------
MARGIN INTEREST
                                                                    27118.
                                                                  -----------
TOTAL TO SCHEDULE K1 LINE 11
                                                                    27118.

## Federal Attachments

**2002**

| Name(s) as shown on return | Identification Number |
|---|---|
| SAMUELS FAMILY LIMITED PARTNERSHIP | ███████ |

```
=================================================================
SCHEDULE K - DIVIDEND INCOME                        SCHEDULE 1
-----------------------------------------------------------------
DESCRIPTION                                             AMOUNT
-----------                                          ----------
SHORT DIVIDEND PAID                                     15630.
                                                       11180.-
                                                     -----------
    TOTAL TO SCHEDULE K LINE 4B                          4450.

=================================================================
SCHEDULE K - OTHER DEDUCTIONS                       SCHEDULE 2
-----------------------------------------------------------------
DESCRIPTION                                             AMOUNT
-----------                                          ----------
MARGIN INTEREST                                         54236.
                                                     -----------
    TOTAL TO SCHEDULE K LINE 11                         54236.

=================================================================
SCHEDULE L - OTHER INVESTMENTS                      SCHEDULE 3
-----------------------------------------------------------------
DESCRIPTION                           BEGINNING       ENDING
-----------                           ---------      --------
INVESTMENTS                           1000000.       1000000.
                                      ---------      --------
    TOTAL TO SCHEDULE L LINE 8        1000000.       1000000.
```

New York State Department of Taxation and Finance

# Partnership Return

**2002**        **IT-204**

For calendar year 2002, or fiscal year beginning _____ and ending _____

| | |
|---|---|
| **P r i n t  or  T y p e** | Read the instructions before completing this return. |

Employer identification number: _____

**Legal name**
SAMUELS FAMILY LIMITED PARTNERSHIP

Principal business activity
**INVESTMENTS**

Trade name of business if different from legal name above

Principal product or service
**INVESTMENTS**

**Address** (number and street or rural route)
14 PINE HILL DRIVE

NAICS business code number (see instructions) ▶ 523900     Date business started 07/25/01

City, village or post office     State     ZIP code
DIX HILLS        NY    11746

If you do not need forms mailed to you next year, mark an X in the box ▶ X

**A** Mark an X in the box that applies to your entity:
  **X** Regular partnership    ___ Limited liability partnership (LLP)    ___ Portfolio investment partnership
  ___ Limited liability company (LLC – including limited liability investment company and a limited liability trust company)

**B** 1) Did the partnership have any income gain, loss, or deduction derived from New York sources during the tax year?  **B1** Yes **X**  No ___
  2) If no, enter the number of resident partners ▶  **B2** _____

**C** Mark applicable box(es): ▶ ___ Change of address ▶ **X** Initial return  ___ Amended return  ___ Final return (attach explanation)

**D** Is this return the result of federal audit changes?  **D** ___ Yes  No **X**
  If Yes: 1) Enter date of final federal determination  **D1** ▶ _____
  2) Do you concede the federal audit changes? (See instructions for amended return or federal changes.)  **D2** ___ Yes  No ___

**E** Did you file a New York State partnership return for: _____ 2000 Yes ___ No **X**  2001 Yes **X** No ___
  If No, state reason: **NOT IN BUSINESS**

**F** Total number of partners required to be listed on Form IT-204-ATT (see instructions)  **F** _____ **2**

**G** Does the partnership currently have tax accounts with New York State for the following taxes?
  1. Sales and use tax  ___ Yes _____ **X** No  If Yes, enter ID number  **G1** _____
  2. Withholding tax  ___ Yes _____ **X** No  **G2** _____

## Schedule A
### Part I - List all places, both in and out of New York State, where the partnership carries on business (Attach additional sheets if necessary)

| Street address | City and state | Description (see instructions) |
|---|---|---|
| | | |
| | | |
| | | |

### Part II - Formula basis allocation of income if books do not reflect income earned in New York

| Items used as factors | A Totals – in and out of New York State | B New York State amounts | C Percent column B is of column A |
|---|---|---|---|
| Property percentage (see instructions) | | | |
| 1  Real property owned | 1. | 1. | |
| 2  Real property rented from others | 2. | 2. | |
| 3  Tangible personal property owned | 3. | 3. | |
| 4  **Property percentage** (add lines 1, 2 and 3; see inst.) | 4. | 4. | 4. % |
| 5  **Payroll percentage** (see instructions) | 5. | 5. | 5. % |
| 6  Gross income percentage (see inst.) | 6. | 6. | 6. % |
| 7  Total of percentages (add column C, lines 4, 5 and 6) | | | 7. % |
| 8  **Business allocation percentage** (divide line 7 by three or by actual number of percentages if less than three) | | | 8. 100.0000% |

| Third – party designee | Do you want to allow another person to discuss this return with the Tax Dept? (see instructions) Yes **X** (complete the following)  No ___ |
|---|---|

Designee's name **PREPARER**    Designee's phone number _____    Personal identification number (PIN) _____

| Paid preparer's use only | Preparer's signature _____ | Preparer's SSN or PTIN ▼ **P00271070** | Signature of general partner _____ |
|---|---|---|---|

Firm's Name (or yours, if self-employed)
MICHAEL J. WEISS, CPA
14 DOTI COURT
HUNTINGTON, NY 11743

Employer identification number _____

**Sign here**

Date _____   Mark "X" if self-employed **X**

Date _____   Daytime phone number (optional) _____

**Partnership must attach federal Form 1065 or Form 1065-B and all schedules to this Form IT-204 (see instructions for Penalties).**
Mail your return to: **STATE PROCESSING CENTER, PO BOX 61000, ALBANY, NY 12261-0001.**
This is a scannable form: please file this original return with the Tax Department.

311216
22041  05F  01/06/03

IT-204  2002

63

IT-204 (2002) (page 2)

## Schedule B – Partners' New York modifications, credits, etc.

**Part I – Partners' New York modifications to federal items**

| | | Total |
|---|---|---|
| 9 | New York State additions (attach schedule; see instructions) | 9. |
| 10 | New York State subtractions (attach schedule; see instructions) | 10. |
| 11 | Additions to federal itemized deductions | 11. |
| 12 | Subtractions from federal itemized deductions | 12. |
| 13 | Amount of interest expense incurred to carry tax-exempt obligations | 13. |
| 14 | New York adjustments to federal tax preference items (see instructions) | 14. |

**Part II – Partners' credit information**

| | | Total |
|---|---|---|
| 15 | Manufacturing and production, retail enterprise, waste treatment and pollution control property – Investment credit (attach IT-212) | 15. |
| 16 | Research and development property – Investment credit (attach Form IT-212) | 16. |
| 17 | Add-back of investment credit on early dispositions (attach Form IT-212) | 17. |
| 18 | Defibrillator credit (attach Form IT-250) | 18. |
| 19 | Investment credit for the financial services industry (attach Form IT-252) | 19. |
| 20 | Add-back of investment credit on early dispositions for the financial services industry (attach Form IT-252) | 20. |
| 21 | Credit for employment of persons with disabilities (attach Form IT-251) | 21. |
| 22 | Alternative fuels credit (attach Form IT-253) | 22. |
| 23 | Add-back of alternative fuels credit on early dispositions (attach Form IT-253) | 23. |
| 24 | Fuel oil storage tank credit (attach Form IT-254) | 24. |
| 25 | Industrial or manufacturing business (IMB) credit (attach Form DTF-623) | 25. |
| 26 | Low-income housing credit (attach Form DTF-624) | 26. |
| 27 | Green building credit (attach Form DTF-630) | 27. |
| 28 | Long-term care insurance credit (attach Form IT-249) | 28. |
| 29 | EZ wage tax credit (attach Form IT-601) | 29. |
| 30 | ZEA wage tax credit (attach Form IT-601.1) | 30. |
| 31 | EZ capital tax credit for investments in and donations to EZ capital corporations (from Form IT-602, Schedule A, line 5; attach form) | 31. |
| 32 | EZ capital tax credit for investments in certified EZ businesses (from Form IT-602, Schedule B, line 9; attach form) | 32. |
| 33 | EZ capital tax credit for monetary contributions to EZ development projects (from Form IT-602, Schedule C, line 13; attach form) | 33. |
| 34 | EZ investment tax credit and EZ employment incentive credit (attach Form IT-603) | 34. |
| 35 | QEZE credit for real property taxes (attach Form IT-604) | 35. |
| 36 | QEZE employment increase factor (see instructions) | 36. |
| 37 | QEZE zone allocation factor (see instructions) | 37. |
| 38 | QEZE benefit period factor (see instructions) | 38. |
| 39 | Add-back of QEZE credit for real property taxes (attach Form IT-604) | 39. |
| 40 | EZ investment tax credit and EZ employment incentive credit for the financial services industry (attach Form IT-605) | 40. |
| 41 | Add-back of EZ capital tax credit, EZ investment tax credit, and EZ employment incentive credit (attach Forms IT-602 and IT-603) | 41. |
| 42 | Add-back of EZ investment tax credit and EZ employment incentive credit for the financial services industry (attach Form IT-605) | 42. |
| 43 | QETC employment credit (attach Form DTF-621) | 43. |
| 44 | QETC capital tax credit (attach Form DTF-622) | 44. |
| 45 | Add-back of QETC capital tax credit on early dispositions (attach Form DTF-622) | 45. |
| 46 | Total acres of qualified agricultural property | 46. |
| 47 | Total acres of qualified conservation property | 47. |
| 48 | Total amount of eligible taxes paid | 48. |
| 49 | Total acres of qualified agricultural property converted to nonqualified use | 49. |

**Part III – Income and deductions allocated to New York** (see instructions)

| | | Allocated NY amounts |
|---|---|---|
| 50 | Ordinary income (loss) from trade or business activities | 50. |
| 51 | Net income or loss from New York rental real estate activities | 51. |
| 52 | Net income or loss from other rental activities | 52. |
| 53 | Portfolio income (loss) | 53. |
| 54 | Guaranteed payments to partners | 54. |
| 55 | Net gain (loss) under IRC section 1231 (other than due to casualty or theft) | 55. |
| 56 | Other income | 56. |
| 57 | Expense deduction for property under IRC section 179 | 57. |
| 58 | Deductions related to portfolio income (do not include investment interest expense) | 58. |
| 59 | Other deductions (see instructions) | 59. |
| 60 | Tax preference items for minimum tax (see instructions) | 60. |
| 61 | New York adjustments to federal tax preference items (see instructions) | 61. |
| 62 | Investment interest expense (see instructions) | 62. |
| 63 | Other items not included above that are required to be reported separately to partners | 63. |

312216   22042   02   11/07/02   **This is a scannable form; please file this original return with the Tax Department.**

IT-204  2002

New York State Department of Taxation and Finance

# Partners' Identifying Information

## 2002

Attachment to Form IT-204

**IT-204-ATT**

Page __1__ of __1__

Legal name (as shown on Form IT-204)

SAMUELS FAMILY LIMITED PARTNERSHIP

Employer identification number

| (A) For each identifying number, enter name (last, first, middle initial) on first line; enter home address on second and third lines. | (B) Identifying number (SSN or EIN) (C) Percentage of ownership | (D) Mark **X** if resident of: | (E) Mark **X** if partner is: |
|---|---|---|---|
| 1. HOWARD SAMUELS<br>14 PINE HILL DRIVE<br>DIX HILLS NY 11746 | 1B. ████<br><br>1C. 50.0000 | **X** NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 2. PATRICIA SAMUELS<br>14 PINE HILL DRIVE<br>DIX HILLS NY 11746 | 2B. ████<br><br>2C. 50.0000 | **X** NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 3. | 3B.<br><br>3C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 4. | 4B.<br><br>4C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 5. | 5B.<br><br>5C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 6. | 6B.<br><br>6C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 7. | 7B.<br><br>7C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 8. | 8B.<br><br>8C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |
| 9. | 9B.<br><br>9C. | ___ NYS<br>___ NYC<br>___ Yonkers | ___ NYS Corporation<br>___ Foreign Corporation<br>___ Partnership<br>___ Estate or Trust |

65                                                                                      1        1A

**NYS K-1 EQUIVALENT SCHEDULE**

**NEW YORK STATE**
**Partner's Shares of Income, Credits, Deductions, etc. - 2002**

For calendar year 2002 or fiscal year beginning _____ ending _____

Partner's identifying number ▶ ████████████        Partnership's identifying number ▶ ████████████

| | |
|---|---|
| HOWARD SAMUELS<br>14 PINE HILL DRIVE<br>DIX HILLS NY 11746 | SAMUELS FAMILY LIMITED PARTNERSHIP<br>14 PINE HILL DRIVE<br>DIX HILLS, NY 11746 |

Nonresident Partner          | YES | X NO

| | | |
|---|---|---|
| **Part I –**<br>**Modifications** | New York State additions | |
| | New York State subtractions | |
| | Additions to federal itemized deductions | |
| | Subtractions from federal itemized deductions | |
| | Interest expense incurred to carry tax-exempt obligations | |
| | New York adjustments to federal tax preference items | |
| **Part II –**<br>**Credits**<br>**and**<br>**Recapture** | Manufacturing and production, retail enterprise, waste treatment and pollution control property-investment credit (IT-212) | |
| | Research and development property-investment credit (IT-212) | |
| | Add-back of investment credit on early dispositions (IT-212) | |
| | Defibrillator credit (IT-250) | |
| | Investment credit for the financial services industry (IT-252) | |
| | Add-back of investment credit on early dispositions for the financial services industry (IT-252) | |
| | Credit for employment of persons with disabilities (IT-251) | |
| | Alternative fuels credit (IT-253) | |
| | Add-back of alternative fuels credit on early dispositions (IT-253) | |
| | Fuel oil storage tank credit (IT-254) | |
| | Industrial or manufacturing business (IMB) credit (DTF-623) | |
| | Low-income housing credit (DTF-624) | |
| | Green building credit (DTF-630) | |
| | Long-term insurance credit (IT-249) | |
| | EZ wage tax credit (IT-601) _____ | ZEA wage tax credit (IT-601.1) |
| | EZ capital tax credit for investments in and donations to EZ capital corporations (IT-602) | |
| | EZ capital tax credit for investments in certified EZ businesses (IT-602) | |
| | EZ capital tax credit for monetary contributions to EZ development projects (IT-602) | |
| | EZ investment tax credit and EZ employment incentive credit (IT-603) | |
| | QEZE credit for real property taxes (IT-604) | |
| | QEZE employment increase factor | |
| | QEZE zone allocation factor | |
| | QEZE benefit period factor | |
| | Add-back of QEZE credit for real property taxes (IT-604) | |
| | EZ investment tax credit and EZ employment incentive credit for the financial services industry (IT-605) | |
| | Add-back of EZ capital tax credit, EZ investment tax credit, and EZ employment incentive credit (IT-602 and IT-603) | |
| | Add-back of EZ investment tax credit and EZ employment incentive credit for the financial services industry (IT-605) | |
| | QETC employment credit (DTF-621) _____ | QETC capital tax credit (DTF-622) |
| | Add-back of QETC capital tax credit on early dispositions (DTF-622) | |
| | Total acres of qualified agricultural property _____ | Total acres of qualified conservation property |
| | Total amount of eligible taxes paid | |
| | Total acres of qualified agricultural property converted to nonqualified use | |
| **Part III –**<br>**Income**<br>**Deductions**<br>**Allocated**<br>**to**<br>**New York** | Ordinary income (loss) from trade or business activities | |
| | Net income or loss from New York rental real estate activities | |
| | Net income or loss from other rental activities | |
| | Portfolio income (loss) | |
| | Guaranteed payments to partners | |
| | Net gain (loss) under IRC section 1231 (other than due to casualty or theft) | |
| | Other income | |
| | Expense deduction for property under IRC section 179 | |
| | Deductions related to portfolio income (do not include investment interest expense) | |
| | Other deductions | |
| | Tax preference items for minimum tax | |
| | New York adjustments to federal tax preference items | |
| | Investment interest expense | |
| | Other items not included above that are required to be reported separately to partners | |

ET   2NYP1X   03   11/07/02

66                                                                                                                    2        1B

| NYS K-1 EQUIVALENT SCHEDULE | NEW YORK STATE Partner's Shares of Income, Credits, Deductions, etc. - 2002 | |
|---|---|---|
| | For calendar year 2002 or fiscal year beginning _____ ending _____ | |

Partner's identifying number ▶ ████████                Partnership's identifying number ▶ ████████

| PATRICIA SAMUELS | SAMUELS FAMILY LIMITED PARTNERSHIP |
|---|---|
| 14 PINE HILL DRIVE | 14 PINE HILL DRIVE |
| DIX HILLS NY 11746 | DIX HILLS, NY 11746 |

Nonresident Partner                    YES        X  NO

| Part I –  Modifications | New York State additions | |
|---|---|---|
| | New York State subtractions | |
| | Additions to federal itemized deductions | |
| | Subtractions from federal itemized deductions | |
| | Interest expense incurred to carry tax-exempt obligations | |
| | New York adjustments to federal tax preference items | |
| **Part II –  Credits  and  Recapture** | Manufacturing and production, retail enterprise, waste treatment and pollution control property-investment credit (IT-212) | |
| | Research and development property-investment credit (IT-212) | |
| | Add-back of investment credit on early dispositions (IT-212) | |
| | Defibrillator credit (IT-250) | |
| | Investment credit for the financial services industry (IT-252) | |
| | Add-back of investment credit on early dispositions for the financial services industry (IT-252) | |
| | Credit for employment of persons with disabilities (IT-251) | |
| | Alternative fuels credit (IT-253) | |
| | Add-back of alternative fuels credit on early dispositions (IT-253) | |
| | Fuel oil storage tank credit (IT-254) | |
| | Industrial or manufacturing business (IMB) credit (DTF-623) | |
| | Low-income housing credit (DTF-624) | |
| | Green building credit (DTF-630) | |
| | Long-term insurance credit (IT-249) | |
| | EZ wage tax credit (IT-601) [        ]        ZEA wage tax credit (IT-601.1) | |
| | EZ capital tax credit for investments in and donations to EZ capital corporations (IT-602) | |
| | EZ capital tax credit for investments in certified EZ businesses (IT-602) | |
| | EZ capital tax credit for monetary contributions to EZ development projects (IT-602) | |
| | EZ investment tax credit and EZ employment incentive credit (IT-603) | |
| | QEZE credit for real property taxes (IT-604) | |
| | QEZE employment increase factor | |
| | QEZE zone allocation factor | |
| | QEZE benefit period factor | |
| | Add-back of QEZE credit for real property taxes (IT-604) | |
| | EZ investment tax credit and EZ employment incentive credit for the financial services industry (IT-605) | |
| | Add-back of EZ capital tax credit, EZ investment tax credit, and EZ employment incentive credit (IT-602 and IT-603) | |
| | Add-back of EZ investment tax credit and EZ employment incentive credit for the financial services industry (IT-605) | |
| | QETC employment credit (DTF-621) ......... [        ]        QETC capital tax credit (DTF-622) | |
| | Add-back of QETC capital tax credit on early dispositions (DTF-622) | |
| | Total acres of qualified agricultural property [        ]        Total acres of qualified conservation property | |
| | Total amount of eligible taxes paid | |
| | Total acres of qualified agricultural property converted to nonqualified use | |
| **Part III –  Income  Deductions  Allocated  to  New York** | Ordinary income (loss) from trade or business activities | |
| | Net income or loss from New York rental real estate activities | |
| | Net income or loss from other rental activities | |
| | Portfolio income (loss) | |
| | Guaranteed payments to partners | |
| | Net gain (loss) under IRC section 1231 (other than due to casualty or theft) | |
| | Other income | |
| | Expense deduction for property under IRC section 179 | |
| | Deductions related to portfolio income (do not include investment interest expense) | |
| | Other deductions | |
| | Tax preference items for minimum tax | |
| | New York adjustments to federal tax preference items | |
| | Investment interest expense | |
| | Other items not included above that are required to be reported separately to partners | |

ET   2NYP1K  03   11/07/02

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS          NY    11746

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/02 | 1 |

YOUR TAX PAYER IDENTIFICATION NUMBER ▮▮▮   Q

YOUR ACCOUNT NUMBER   1-S0019-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 2,051,043.12 | |
| 12/02 | | | | NOV MARGIN INTEREST | INT | 5,057.36 | |
| 12/02 | | | | CHECK | CW | 3,000.00 | |
| 12/10 | | | | JOHNSON & JOHNSON | DIV | | 1,309.95 |
| | | | | DIV 11/19/02 12/10/02 | | | |
| 12/10 | | | | DIV ADJ 11/19/02 12/10/02 JNJ | JRNL | 1,309.95 | |
| 12/31 | | | | DEC MARGIN INTEREST | INT | 5,245.81 | |
| | | | | NEW BALANCE | | 2,064,366.29 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 20,000 | | | ADOBE SYS INC | 24.910 | | |
| | 10,000 | | | ALTERA CORP | 12.340 | | |
| | 17,000 | | | AMGEN INC | 48.340 | | |
| | 4,000 | | | CATERPILLAR INC | 45.720 | | |
| | 5,400 | | | CISCO SYSTEMS INC | 13.100 | | |
| | 10,000 | | | FEDEX CORPORATION | 54.220 | | |
| | 6,000 | | | IMATION CORP | 35.080 | | |
| | 1,000 | | | INCO LTD | 21.220 | | |
| | 4,000 | | | IOMEGA CORP | 7.850 | | |
| | 6,390 | | | JOHNSON & JOHNSON | 53.710 | | |
| | 10,000 | | | MICRON TECHNOLOGY INC | 9.740 | | |
| | 5,000 | | | PEPSICO INC | 42.220 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG           SHORT | | | |
| | | | | 3,154,006.90 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS         NY   11746

YOUR ACCOUNT NUMBER: 1-S0019-3-0
PERIOD ENDING: 12/31/02
PAGE: 2
Q

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 15,630.05 |
| | | | | MARGIN INTEREST | | 54,235.83 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS        NY    11746

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 609,675.00 |
| 12/10 | | | | JOHNSON & JOHNSON | DIV | 1,309.95 | |
| | | | | DIV 11/19/02 12/10/02 | | | |
| 12/10 | | | | DIV ADJ 11/19/02 12/10/02 JNJ | JRNL | | 1,309.95 |
| | | | | NEW BALANCE | | | 609,675.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 10,000 | | ADOBE SYS INC | 24.910 | | |
| | | 10,000 | | ALTERA CORP | 12.340 | | |
| | | 4,000 | | CATERPILLAR INC | 45.720 | | |
| | | 1,000 | | INCO LTD | 21.220 | | |
| | | 6,390 | | JOHNSON & JOHNSON | 53.710 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | 919,806.90- | | |

YOUR ACCOUNT NUMBER   1-S0019-T-0

PERIOD ENDING   12/31/02

YOUR TAX PAYER IDENTIFICATION NUMBER

PAGE   1

Q

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHILL DRIVE
DIX HILLS          NY   11746

PERIOD ENDING: 12/31/02    PAGE: 2    Q

YOUR ACCOUNT NUMBER: 1-S0019-7-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 184,300.00 |
| | | | | GROSS PROCEEDS FROM SALES | | 11,180.05 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES