Exhibit H

# Form 1065 — U.S. Return of Partnership Income — 2003

Department of the Treasury
Internal Revenue Service

For calendar year 03, or tax year beginning _____ and ending _____
► See separate instructions.

OMB No. 1545-0099

**A** Principal business activity: INVESTMENTS
**B** Principal product or service: INVESTMENTS
**C** Business code number: 523900

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

**D** Employer identification number: [redacted]
**E** Date business started: 07/25/01
**F** Total assets (see page 14 of the instructions): $ 864,516

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ► _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Less returns and allowances | |
| 1c | | |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | |
| 7 | Other income (loss) | |
| 8 | Total income (loss). Combine lines 3 through 7 | |

## Deductions (see page 15 of the instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | |
| 12 | Bad debts | |
| 13 | Rent | |
| 14 | Taxes and licenses | |
| 15 | Interest | |
| 16a | Depreciation (if required, attach Form 4562) | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions | |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 0. |

(COPY stamp appears across the form)

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member ► _____   Date _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No

**Paid Preparer's Use Only**
Preparer's signature ► _____   Date _____   Check if self-employed ► ☒   Preparer's SSN or PTIN: P00271070
Firm's name (or yours if self-employed), address, and ZIP code: MICHAEL J. WEISS, CPA
14 DOTI COURT
HUNTINGTON, NY 11743
EIN ► _____
Phone no. (631) 368-6648

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2003)

310651  01F  12/19/03

Form 1065 (2003)                                                                                                              Page 2

### Schedule A — Cost of Goods Sold (see page 18 of the instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases less cost of items withdrawn for personal use | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs | 5 |
| 6 | Total. Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a  Check all methods used for valuing closing inventory:
   (i) ☐ Cost as described in Regulations section 1.471-3
   (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶ _____

b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)      ☐ Yes  ☐ No
d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?                   ☐ Yes  ☐ No
e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
   If "Yes," attach explanation

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a [X] Domestic general partnership    b ☐ Domestic limited partnership | | |
| | c ☐ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| | e ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see Designation of Tax Matters Partner below | | X |
| 5 | Does this partnership meet all three of the following requirements? | | |
| | a The partnership's total receipts for the tax year were less than $250,000; | | |
| | b The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| | c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; | | X |
| | or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | |
| 9 | At any time during calendar year 2003, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions. | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership on page 9 of the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

### Designation of Tax Matters Partner (see page 20 of the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ _____    Identifying number of TMP ▶ _____

Address of designated TMP ▶ _____

Form 1065 (2003)

310652  01F  12/19/03

Form 1065 (2003) — Page 3

## Schedule K — Partners' Shares of Income, Credits, Deductions, etc.

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | |
| | 2 Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3 a Gross income from other rental activities ........ 3a | | |
| | b Expenses from other rental activities (attach schedule) ........ 3b | | |
| | c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 Portfolio income (loss) (attach Schedule D (Form 1065) for lines 4d and 4e): | | |
| | a Interest income    SEE SCHEDULE 2 | 4a | 853. |
| | b Dividends: (1) Qualified dividends ▶ ........ (2) Total ordinary dividends ▶ | 4b | |
| | c Royalty income | 4c | |
| | d Net short-term capital gain (loss): (1) post-May 5, 2003 ▶ ........ (2) Entire year ▶ | 4d(2) | |
| | e Net long-term capital gain (loss): (1) post-May 5, 2003 ▶ ........ (2) Entire year ▶ | 4e(2) | |
| | f Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 Guaranteed payments to partners | 5 | |
| | 6 a Net section 1231 gain (loss) (post-May 5, 2003) (attach Form 4797) | 6a | |
| | b Net section 1231 gain (loss) (entire year) (attach Form 4797) | 6b | |
| | 7 Other income (loss) (attach schedule) | 7 | |
| **Deductions** | 8 Charitable contributions (attach schedule) | 8 | |
| | 9 Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 Deductions related to portfolio income (itemize) | 10 | |
| | 11 Other deductions (attach schedule) | 11 | |
| **Credits** | 12 a Low-income housing credit: (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| **Investment Interest** | 14 a Interest expense on investment debts | 14a | |
| | b (1) Investment income included on lines 4a, 4b(2), 4c and 4f above | 14b(1) | 853. |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| **Self-Employment** | 15 a Net earnings (loss) from self-employment | 15a | |
| | b Gross farming or fishing income | 15b | |
| | c Gross nonfarm income | 15c | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b Adjusted gain or loss | 16b | |
| | c Depletion (other than oil and gas) | 16c | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ | | |
| | b Gross income from all sources | 17b | |
| | c Gross income sourced at partner level | 17c | |
| | d Foreign gross income sourced at partnership level: | | |
| | (1) Passive ▶ ........ (2) Listed categories (attach schedule) ▶ ........ (3) Gen. limitation ▶ | 17d(3) | |
| | e Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ▶ ........ (2) Other ▶ | 17e(2) | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ▶ ........ (2) Listed categories (attach schedule) ▶ ........ (3) Gen. limitation ▶ | 17f(3) | |
| | g Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 17g | |
| | h Reduction in taxes available for credit (attach schedule) | 17h | |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses | 21 | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 136,337. |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | |

310653  01F  12/19/03

Form **1065** (2003)

Form 1065 (2003)    Page 4

## Analysis of Net Income (Loss)

| 1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b | | | | 1 | 853. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | 853. | | | | |
| b Limited partners | | | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments SEE SCHEDULE 3 | | 1,000,000. | | 864,516. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets | | | | |
| 14 Total assets | | 1,000,000. | | 864,516. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities | | | | |
| 21 Partners' capital accounts | | 1,000,000. | | 864,516. |
| 22 Total liabilities and capital | | 1,000,000. | | 864,516. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| 1 Net income (loss) per books | 853 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ _____ | |
|---|---|---|---|
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ _____ | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ _____ b Travel and entertainment $ _____ | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | 853 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 853 |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 Balance at beginning of year | 1,000,000 | 6 Distributions: a Cash | 136,337 |
|---|---|---|---|
| 2 Capital contributed: a Cash b Property | | b Property | |
| | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | 853 | | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 136,337 |
| 5 Add lines 1 through 4 | 1,000,853 | 9 Balance at end of year. Subtract line 8 from line 5 | 864,516 |

Form 1065 (2003)
310654 01F 12/19/03

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. ► See separate instructions. | | OMB No. 1545-0099 **2003** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2003 or tax year beginning | and ending | |
| Partner's identifying number ► | | Partnership's identifying number ► | |
| Partner's name, address, and ZIP code | | Partnership's name, address, and ZIP code | |

HOWARD SAMUELS
14 PINE HILL DRIVE
DIX HILLS, NY 11746

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

A  This partner is a  [X] general partner  [ ] limited partner
   [ ] limited liability company member
B  What type of entity is this partner? ► INDIVIDUAL
C  Is this partner a  [X] domestic or a  [ ] foreign partner?
D  Enter partner's percentage of:
      (i) Before change or termination    (ii) End of year
   Profit sharing ........ _____ %   50.0000%
   Loss sharing ........ _____ %   50.0000%
   Ownership of capital ___ %   50.0000%
E  IRS Center where partnership filed return: CINCINNATI, OH

F  Partner's share of liabilities (see instructions):
     Nonrecourse .................. $ _____
     Qualified nonrecourse financing ... $ _____
     Other ........................ $ _____
G  Tax shelter registration number ► _____
H  Check here if this partnership is a publicly traded
   partnership as defined in section 469(k)(2) ........ [ ]
I  Check applicable boxes:  (1) [ ] Final K-1  (2) [ ] Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7. Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 500,000. | | 427. | ( 68,169) | 432,258. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| I n c o m e (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest income | 4a | 427. | Form 1040, line 8a |
| | b | (1) Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | | (2) Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c | Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | | (2) Net short-term capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | | (2) Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) | 4f | | |
| | 5 | Guaranteed payments to partner | 5 | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6a | Net section 1231 gain (loss) (post-May 5, 2003) | 6a | | |
| | b | Net section 1231 gain (loss) (entire year) | 6b | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | |
| Deductions | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| Credits | 12a | Low-income housing credit: (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d | Credits related to other rental activities | 12d | | |
| | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2003

310K11  01F  12/19/03

Schedule K-1 (Form 1065) 2003 — Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f | 14b(1) | 427. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| **Foreign Taxes** | 17 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | Form 1116, Part I |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 68,169. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |
| **Supplemental Information** | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

Schedule K-1 (Form 1065) 2003

310K12  02F  01/06/04

| SCHEDULE K-1 (Form 1065) | Partner's Share of Income, Credits, Deductions, etc. ▶ See separate instructions. | | OMB No. 1545-0099 **2003** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2003 or tax year beginning_____ and ending_____ | | |
| Partner's identifying number ▶ ■■■■■ | | Partnership's identifying number ▶ ■■■■■ | |
| Partner's name, address, and ZIP code | | Partnership's name, address, and ZIP code | |

PATRICIA SAMUELS
14 PINE HILL DRIVE
DIX HILLS, NY 11746

SAMUELS FAMILY LIMITED PARTNERSHIP
14 PINE HILL DRIVE
DIX HILLS, NY 11746

A  This partner is a  [X] general partner  [ ] limited partner
   [ ] limited liability company member
B  What type of entity is this partner?  ▶ INDIVIDUAL
C  Is this partner a  [X] domestic or a  [ ] foreign partner?
D  Enter partner's percentage of:   (i) Before change or termination   (ii) End of year
   Profit sharing ......................... _____ %  50.0000 %
   Loss sharing .......................... _____ %  50.0000 %
   Ownership of capital .............. _____ %  50.0000 %
E  IRS Center where partnership filed return: CINCINNATI, OH

F  Partner's share of liabilities (see instructions):
   Nonrecourse ................................................ $ _____
   Qualified nonrecourse financing ................... $ _____
   Other ........................................................... $ _____
G  Tax shelter registration number  ▶ _____
H  Check here if this partnership is a publicly traded
   partnership as defined in section 469(k)(2) ................ [ ]
I  Check applicable boxes:  (1) [ ] Final K-1   (2) [ ] Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7. Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 500,000. | | 426. | ( 68,168 ) | 432,258. |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| | 1 | Ordinary income (loss) from trade or business activities | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| I | a | Interest income | 4a | 426. | Form 1040, line 8a |
| n | b | (1) Qualified dividends | 4b(1) | | Form 1040, line 9b |
| c | | (2) Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| o | c | Royalty income | 4c | | Sch. E, Part I, line 4 |
| m | d | (1) Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| e | | (2) Net short-term capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| (Loss) | | (2) Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) | 4f | | |
| | 5 | Guaranteed payments to partner | 5 | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 a | Net section 1231 gain (loss) (post-May 5, 2003) | 6a | | |
| | b | Net section 1231 gain (loss) (entire year) | 6b | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | |
| Ded- | 8 | Charitable contributions | 8 | | Sch. A, line 15 or 16 |
| uct- | 9 | Section 179 expense deduction | 9 | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| ions | 10 | Deductions related to portfolio income | 10 | | |
| | 11 | Other deductions | 11 | | |
| | 12 a | Low-income housing credit: (1) From section 42(j)(5) partnerships | 12a(1) | | Form 8586, line 5 |
| C | | (2) Other than on line 12a(1) | 12a(2) | | |
| r | b | Qualified rehabilitation expenditures related to rental real estate activities | 12b | | |
| e | | | | | |
| d | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| i | | | | | |
| t | d | Credits related to other rental activities | 12d | | |
| s | 13 | Other credits | 13 | | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2003

310K11   01F   12/19/03

Schedule K-1 (Form 1065) 2003

| | (a) Distributive share item | | (b) Amount | |
|---|---|---|---|---|
| Investment Interest | 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f | 14b(1) | 426. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15 a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16 a Depreciation adjustment on property placed in service after 1986 | 16a | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| Foreign Taxes | 17 a Name of foreign country or U.S. possession ▶ | | | |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | Form 1116, Part I |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | Form 1116, Part II |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, line 12 |
| | h Reduction in taxes available for credit (attach schedule) | 17h | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | |
| | b Amount | 18b | | Form 1040, line 8b |
| | 19 Tax-exempt interest income | 19 | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 20 Other tax-exempt income | 20 | | |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | 68,168. | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit | | | Form 8611, line 8 |
| | a From section 42(j)(5) partnerships | 24a | | |
| | b Other than on line 24a | 24b | | |
| Supplemental Information | 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

310K12  02F  01/06/04

Schedule K-1 (Form 1065) 20

# SCHEDULE D (Form 1065)
## Capital Gains and Losses
### 2003

▶ Attach to Form 1065.

Department of the Treasury
Internal Revenue Service

**Name of partnership:** SAMUELS FAMILY LIMITED PARTNERSHIP

**Employer identification number:** [redacted]

## Part I — Short-Term Capital Gains and Losses — Assets Held 1 Year or Less

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5, 2003 gain or (loss) *(See below) |
|---|---|---|---|---|---|---|
| SEE SCHEDULE 1 | | | | | | |

2  Short-term capital gain from installment sales from Form 6252, line 26 or 37 ........... **2**
3  Short-term capital gain (loss) from like-kind exchanges from Form 8824 ................. **3**
4  Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts ............ **4**
5a Combine lines 1 through 4 in column (g). Enter here and on Form 1065, Schedule K, line 4d(1) ... **5a**
5b Net short-term capital gain or (loss). Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d(2) or 7 ............. **5b**

## Part II — Long-Term Capital Gains and Losses — Assets Held More Than 1 Year

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) for the entire year Subtract (e) from (d) | (g) Post-May 5, 2003 gain or (loss) *(See below) |
|---|---|---|---|---|---|---|
| 6 | | | | | | |

7  Long-term capital gain from installment sales from Form 6252, line 26 or 37 ........... **7**
8  Long-term capital gain (loss) from like-kind exchanges from Form 8824 ................ **8**
9  Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts ............. **9**
10 Capital gain distributions ............ **10**
11 Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 ........... **11**
12 Net long-term capital gain or (loss). Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 ........... **12**

*Note: Include in column (g) all gains and losses from column (f) from sales, exchanges, or conversions (including installment payments received) after May 5, 2003. However, do not include gain attributable to unrecaptured section 1250 gain, a "collectibles gains and losses" (as defined on page 3) or the eligible gain on qualified business stock (see page 3).

For Paperwork Reduction Act Notice, see the instructions for Form 1065.                                         Schedule D (Form 1065)

310650  03F  01/06/04

**Federal Attachments**

| Name(s) as shown on return | Identification Number |
|---|---|
| MUELS FAMILY LIMITED PARTNERSHIP | |

```
===============================================================================
                                                                    SCHEDULE 1
SCHEDULE D - SHORT TERM CAPITAL GAINS AND LOSSES
-------------------------------------------------------------------------------
                                        PRICE      COST   GAIN/LOSS   POST 5/5
DESCRIPTION      ACQUIRED    SOLD
-----------      --------    ----    --------   --------  ---------   --------
                                                                   0
TREASURY BILLS   01/01/03  01/01/03   1696864    1696864
                                                           ---------
                                                                   0
TOTAL TO SCHEDULE D, LINE 1
===============================================================================
                                                                    SCHEDULE 2
SCHEDULE K - INTEREST INCOME
-------------------------------------------------------------------------------
                                                                       AMOUNT
DESCRIPTION                                                        ----------
-----------                                                              842.
INTEREST ON U.S. OBLIGATIONS                                              11.
INTEREST INCOME                                                    ----------
                                                                         853.
TOTAL TO SCHEDULE K LINE 4A
===============================================================================
                                                                    SCHEDULE 3
SCHEDULE L - OTHER INVESTMENTS
-------------------------------------------------------------------------------
                                                       BEGINNING      ENDING
                                                       ---------    --------
DESCRIPTION                                             1000000.     864516.
-----------                                            ---------    --------
INVESTMENTS                                             1000000.     864516.

TOTAL TO SCHEDULE L LINE 8
```

3ATTSC   00   05/14/01

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 12/31/03
PAGE: 1
YOUR ACCOUNT NUMBER: 1-S0493-3-0

SAMUELS FAMILY LTD PARTNERSHIP
14 PINEHALL DRIVE
DIX HILLS    NY    11746

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | .96 |
| 12/01 | | | | CHECK | CW | 3,000.00 | |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/03 | DIV | | 5.63 |
| 12/16 | | 19,631 | 74388 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 19,631.00 |
| 12/16 | | 850,000 | 74802 | U S TREASURY BILL DUE 04/08/2004 | 99.712 | | 847,552.00 |
| 12/16 | 850,000 | | 75209 | U S TREASURY BILL DUE 4/08/2004 2/05/2004 | 99.881 | 848,988.50 | |
| 12/16 | 15,202 | | 75711 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,202.00 | |
| 12/31 | | | | U S TREASURY MONEY MARKET DIV 12/31/03 | DIV | | 3.88 |
| 12/31 | | 850,000 | 1536 | U S TREASURY BILL DUE 2/5/2004 2/05/2004 | 99.919 | | 849,311.50 |
| 12/31 | 425,000 | | 12059 | U S TREASURY BILL DUE 4/22/2004 4/22/2004 | 99.718 | 423,801.50 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 2
PERIOD ENDING 12/31/03
YOUR ACCOUNT NUMBER 1-S0493-3-0

SAMUELS FAMILY LTD PARTNERSHIP
14 PINEHALL DRIVE
DIX HILLS         NY  11745

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 425,000 | | 16396 | U S TREASURY BILL DUE 4/29/2004 | 99.700 | 423,725.00 | |
| 12/31 | 16,990 | | 20806 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,990.00 | |
| 12/31 | | 15,202 | 99329 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 15,202.00 |
| | | | | NEW BALANCE | | | .97 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 16,990 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 425,000 | | | U.S. TREASURY BILL DUE 4/22/2004 4/22/2004 | 99.718 | | |
| | 425,000 | | | U S TREASURY BILL DUE 4/29/2004 | 99.700 | | |
| | | | | MARKET VALUE OF SECURITIES LONG      SHORT 864,516.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

SAMUELS FAMILY LTD PARTNERSHIP

14 PINEHALL DRIVE
DIX HILLS       NY    11746

PERIOD ENDING: 12/31/03
PAGE: 3
YOUR ACCOUNT NUMBER: 1-50493-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 10,51 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,696,863.50 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES