Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000
Steven R. Schlesinger, Esq.

*Attorneys for Samuels Family Limited Partnership*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff-Applicant,          Adv. Pro. No. 08-01789 (BRL)

        v.                                        SIPA Liquidation

BERNARD L. MADOFF INVESTMENT          (Substantively Consolidated)
SECURITIES LLC,

                    Defendant.
-------------------------------------------------------------X

IN RE:

BERNARD L. MADOFF,

                    Debtor.
-------------------------------------------------------------X
**STATE OF NEW YORK    )**
                       **) ss.:**
**COUNTY OF NASSAU     )**

        **RICHARD E. ROBINSON**, being duly sworn, deposes and says:

        Deponent is not a party to the action is over 18 years of age and is employed by JASPAN

SCHLESINGER LLP, 300 Garden City Plaza, Garden City, New York.

        On June 7, 2010, deponent served the **SAMUELS FAMILY LIMITED**

**PARTNERSHIP'S OBJECTION TO NOTICE OF TRUSTEE'S DETERMINATION OF**

**CLAIM** upon the attorneys listed below, at the addresses listed below, said addresses being

designated for that purpose, via First Class Mail, by depositing a true copy of same enclosed in a

properly addressed wrapper, in an official United States Postal Service depository, located at 300

Garden City Plaza, Garden City, New York 11530:


To:    Irving H. Picard, Trustee
       c/o Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111


       Ona T. Wang, Esq.
       Naima Garvin, Esq.
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111


s/ Richard E. Robinson
**RICHARD E. ROBINSON**


Sworn to before me this
7th day of June, 2010.

s/ Hale Yazicioglu
**HALE YAZICIOGLU**
Notary Public, State of New York
No. 02YA6183236
Qualified in Suffolk County
Commission Expires 03/10/2012