## CERTIFICATE OF SERVICE

I, Jonathan M. Landers, certify that on the 7th day of June, 2010, I caused a true and correct copy of the foregoing OBJECTION TO TRUSTEE'S DETERMINATION OF CLAIM (Michael Roth - 1R0057) to be filed and served on the parties to this action via electronic filing. In addition, service was effectuated to the following address via Federal Express:

> Irving H. Picard, Trustee
> c/o Baker Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011

        s/ Jonathan M. Landers