Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Eugene Stern and Arlene Stern

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

    I, Lourdes Blanco, hereby certify that on June 8, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Eugene Stern and Arlene Stern to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>     David J. Sheehan, Esq.
>     Baker & Hostetler LLP
>     45 Rockefeller Plaza
>     New York, NY 10111
>     dsheehan@bakerlaw.com

Dated: June 8, 2010

                                                            */s/ Lourdes Blanco*