June 1, 2010

Irving H. Picard

Trustee for the Liquidation of the Business of Bernard L. Madoff Investment Securities LLC

c/o Baker and Hostetler LLP

45 Rockefeller Plaza

New York, NewYork 10111

And

Clerk of the United States Bankruptcy Court for

The Southern District of New York

One Bowling Green

New York, New York 10004

RECEIVED
JUN - 8 2010
U.S. BANKRUPTCY COURT, SDNY

Reference to : Monica Kolzet claim

To Whom It May Concern,

Although at this time I am not requesting a hearing to contest the determination of this claim, I would like to say that I choose not to be bound by your accountant's figures on my claims.

Sincerely Yours

Monica Kolzet

Monica Kolzet

Kolzel / Johnson
400 Ridge Springs Drive
Chapel Hill, NC 27516


RESEARCH TRIANGLE REGION
SDNY
USA44


Clerk of U.S. Bankruptcy Court for
The Southern District of NY
One Bowling Green
NY NY 1000 4
RECEIVED
JUN 8 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK


10004+1415







