June 1, 2010
Clerk of the United States Bankruptcy Court for the
Southern District of New York
USPS Return Rec. # 70062150000386763323
and
Irving H. Picard, Trustee c/o
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
USPS Return Rec. # 70062150000386763316
Dear Sirs:



Please be advised I am in receipt of your communication. In respect to your letter dated 5-14-2010 advising of trustees determination of claim I am totally confused by your statement "your claim for securities is DENIED, no securities were ever purchased for your account".
Not withstanding the allegations and references to "BLMIS" monies, the Table 1 schedule of deposits and withdrawals which was enclosed does not strike a familiar note or recollection in any manner whatsoever.
For the record, I am 87 years of age, under doctors care and on several prescribed medications which render me incapable of being outside my home for any length of time. My inability to drive as well as my need for bathroom facilities makes it impossible for me to travel and/ or be present at any hearings.
In addition, let it be noted after I was drafted (Jan. 1943), honorably discharged 1946, I then went on to be a NYC police officer until my retirement from same in April 1965.

Thanking you for your consideration and compassion with regard to the above circumstances. Please advise accordingly.

Sincerely,

Murray Gold

Mr. Murray Gold
13759 Date Palm Ct. Apt. A
Delray Beach, FL 33484-1424



7006 2150 0003 8676 3323

CERTIFIED MAIL

Clerk of the US Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY



$005.70
JUN 02 2010
MAILED FROM ZIP CODE 33407