

June 6, 2010

Statement of Aaron Blecker in opposition to Trustee's Denial of Claim

IN SUM:

I am 98 years old, turning 99, next month. I established a Madoff Account in my own name and later a second, separate account jointly with my wife who has since died. In 2007, Madoff insisted I consolidate the two accounts into one. **I invested hundreds of thousands of dollars in the accounts, but never withdrew one penny from any account.**

I have submitted three claims for reimbursement under SIPA, one for each account and another for the consolidated account. The trustee denied the two earlier claims, (Claim #3907) on the ground that monthly statements indicated checks had been drawn on my account. I never authorized any checks, I never received any money, I never received any stock, never had any dealings with these corporations, and would have had no reason to submit or authorize checks. **Thus in spite of the fact that I invested hundreds of thousands of dollars in Madoff and lost my entire investment, The Trustee has denied my earlier claims and now this one.**

When I called the accountant working for the Trustee to ask for copies of these checks, I was told they had no record, that it was my burden to prove I never authorized the checks and never received any benefit from them. He told me to get a lawyer. I do not understand why I must undergo additional expense to get a lawyer to receive money to which I am unquestionably entitled legally and morally.

I have already challenged the Trustee's earlier decisions, submitting a notarized affidavit laying out my claims in greater detail. (~~see attached~~) Now once again, I officially challenge the latest unjust finding.

I beg the court for a hearing, and in advance of that, an order compelling the Trustee to supply proof (which cannot exist) that I ever authorized checks be drawn on my account, and that I received *anything* of value from those checks.

Please give me justice while I can still enjoy it.

Aaron Blecker

Aaron Blecker

Aaron Blecker
50 Grist Mill Lane
Great Neck, N.Y. 11023
USBC SDNY
RETURN RECEIPT REQUESTED
CERTIFIED MAIL
7010 0290 0001 8852 2704
UNITED STATES POSTAL SERVICE
1000
10004
U.S. POSTAGE PAID
MANHASSET, NY
11030
JUN 07, 10
AMOUNT
$5.54
Clerk of the U.S. Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
RETURN RECEIPT REQUESTED
RECEIVED
JUN - 8 2010
10004$1400
