Helen Davis Chaitman (4266)
BECKER & POLIAKOFF, LLP
45 Broadway
New York, New York 10006
(212) 599-3322
hchaitman@becker-poliakoff.com
Attorneys for Martin Lifton

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 09-01789 (BRL)<br><br>SIPA Liquidation<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, Lourdes Blanco, hereby certify that on June 8, 2010 I caused a true and correct copy of the **Objection to Trustee's Determination of Claim** on behalf of Martin Lifon to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon:

>　　David J. Sheehan, Esq.
>　　Baker & Hostetler LLP
>　　45 Rockefeller Plaza
>　　New York, NY 10111
>　　dsheehan@bakerlaw.com

Dated: June 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lourdes Blanco*